paolo.giordano@wachovia.com
paolo.guggiari@bsibank.com
paolo.guglielmini@arcafondi.it
paolo.labbozzetta@mediobanca.it
paolo.lampugnani@ca-suisse.com
paolo.lodi@antonveneta.it
paolo.magri@bancaintesa.it
paolo.malcotti@sai.it
paolo.manfredini@ubm.it
paolo.maturo2@ge.com
paolo.mazzocca@arcafondi.it
paolo.olivetto@sella.it
paolo.olivieri@ersel.it
paolo.oppizzio@intesasanpaolo.com
paolo.panini@bper.it
paolo.penco@it.zurich.com
paolo.perego@banca.mps.it
paolo.polloni@intesavita.it
paolo.rossi@sellagestioni.it
paolo.salomone@finmeccanica.com
paolo.sella@am.generali.com
paolo.taranta@bancaintesa.it
paolo.tesoro@bnlmail.com
paolo.torti@us.calyon.com
paolo.torti@us.mizuho-sc.com
paolo.tradati@bancaakros.it
paolo.tramontana@group.novartis.com
paolo.valle@sella.it
paolo.vanini@zkb.ch
paolo.vesconi@pioneerinvest.it
paolo.vico@tudor.com
paolo.zagaria@zkb.ch
paolo.zapparoli@aig.com
paolo_dublo@generali.com
paoloangelogiuseppe.bugini@mpsgr.it
paologribaudi@intesabci.it
paolop@bloomberg.net
paoreilly@bloomberg.net
papagrigoris.gr@nbg.gr
papillon707@hanmail.net
papoui@titan.gr
pappasd@aetna.com
pappoj@lotsoff.com
papri.bhattacharya@thehartford.com
paquettehc@aetna.com
para02@handelsbanken.se
paraag.amin@gs.com

parag.pandya@prudential.com
parag.s.parekh@jpmorgan.com
parag.saxena@ny.invesco.com
parana@tiaa-cref.org
paras.anand@db.com
paras.dodhia@morganstanley.com
paras.fancy@barclaysglobal.com
paras.mehta@fandc.com
paras_shah@americancentury.com
parcdoinvest@axa-im.com
parchment@bloomberg.net
parens@bloomberg.net
paresh.bhatt@morganstanley.com
paresh_aatkar@bat.com
paresh_upadhyaya@putnam.com
paresyma@cmcic.fr
pareti@gestielle.it
parhambehrooz@tagfolio.com
parihj@treas.gov.ab.ca
parikh@pimco.com
parikhc@deshaw.com
pariotti.massimo@insedia.interbusiness.it
paris.anand@fandc.com
paris.de-bollardiere@totalfinaelf.com
paritosh.batra@citadelgroup.com
park.jw@kr.standardchartered.com
park.tohhyung@kokusai-am.co.jp
park425@bok.or.kr
park78@bok.or.kr
parkej@kochind.com
parker@apollolp.com
parker@bessemer.com
parker_king@putnam.com
parkerg@bessemer.com
parkerjeffery@yahoo.com
parkhs@chb.co.kr
parkinsr@deshaw.com
parksh@kdb.co.kr
parlavecchia@bloomberg.net
parmenta@denveria.com
parmeshwar_chadha@newton.co.uk
parora@guildinvestment.com
parowerr@jwseligman.com
parranz@ahorro.com
parrish@dynexcapital.com
parrotdad@bloomberg.net
parryw@mcm.com

parthapratim.chakraborty@westernasset.com
parthie.darrell@morganstanley.com
parthur@eib.org
parul.shah@barclaysglobal.com
parul.shah@morleyfm.com
parus.shah@uk.fid-intl.com
parv.gill@europe.ups.com
pas8@ntrs.com
pasbury@mortgagenetwork.com
pascal.bachy@lodh.com
pascal.badan@lodh.com
pascal.becker@dexint-dexia.com
pascal.betrisey@lodh.com
pascal.blanque@ca-assetmanagement.fr
pascal.boiteau@db.com
pascal.brasey@dreyfusbank.ch
pascal.breant@totalfinaelf.com
pascal.brechbuehler@lodh.com
pascal.carbonneau@lodh.com
pascal.caulier@hvb.de
pascal.christory@axa-im.com
pascal.chrobocinski@jpmorganfleming.com
pascal.curtet@vontobel.ch
pascal.dequenne@dexia-am.com
pascal.dessaux@caam.com
pascal.devanthery@bcge.ch
pascal.dubreuil@sg.caam.com
pascal.dudle@vontobel.ch
pascal.dutler@ubs.com
pascal.dux@bcv.ch
pascal.engel@ubs.com
pascal.felici@bbh.com
pascal.fischer@claridenleu.com
pascal.fournie-taillant@sgam.com
pascal.fovini@juliusbaer.com
pascal.gandrille@bnpparibas.com
pascal.grandin@socgen.com
pascal.hautcoeur@wanadoo.fr
pascal.hildbrand@aam.ch
pascal.hotz@cbve.com
pascal.hungerbuehler@credit-suisse.com
pascal.imboden@juliusbaer.com
pascal.isner@juliusbaer.com
pascal.koenen@ingim.com
pascal.koeppel@credit-suisse.com
pascal.koeppel@ubs.com
pascal.koradi@nab.ch

pascal.latrouite@deka.de
pascal.loeffelmann@ubs.com
pascal.mangang@vbl.de
pascal.marionneau@bred.fr
pascal.masse@aberdeen-asset.com.sg
pascal.mathieu@dexia-am.com
pascal.menges@lodh.com
pascal.michez@agf.be
pascal.netz@basler.ch
pascal.nicoli@gibuk.com
pascal.nicoloso@ecb.int
pascal.nyffeneger@lodh.com
pascal.paunovic@caam.com
pascal.peigneux@ing.be
pascal.pernet@credit-suisse.com
pascal.perrier@cardif.fr
pascal.poupelle@caam.com
pascal.ramseier@credit-suisse.com
pascal.rennie@ubs.com
pascal.rohner.3@credit-suisse.com
pascal.schuler@swisscanto.ch
pascal.seidner@zkb.ch
pascal.traccucci@allianzgi.com
pascal.vernerie@caam.com
pascal.wernle@nab.ch
pascal.wojtaszczyk@caixacat.es
pascal.wolljung@cardif.fr
pascal_heurtault@aviva.fr
pascal_zbinden@swissre.com
pascale.benguigui@bnpparibas.com
pascale.fargnier@bnpparibas.com
pascale.kerviel@cr29.credit-agricole.fr
pascale.libouton@degroof.lu
pascale.oddou@pharma.novartis.com
pascale.sagnier@axa-im.com
pascale.simon2@francetelecom.fr
pascale.wera@dexia.be
pascal-za.meier@ubs.com
pascualj@bancsabadell.com
pash01@handelsbanken.se
pashah@delinvest.com
pasi.hamalainen@pimco.com
paskiewiczse@aetna.com
paslos3@bloomberg.net
paspbury@europeancredit.com
pasquale.cannatelli@fininvest.it
pasquale.cattani@capitalia-am.com

pasquale.corvino@gestielle.it
pasquale.galassi@antonveneta.it
pasquale.masiello@mpsgr.it
pasquale.sala@citibank.com
pasquale.tripaldi@capitalia-am.com
pasquale_fungaroli@nylim.com
pasquije@cmcic.fr
passar@bloomberg.net
passarac@bot.or.th
passuncao@bpp.pt
passy.w.y.ng@hsbcrepublic.com
pastel_amy@jpmorgan.com
pastev@safeco.com
pastres@bloomberg.net
pasummerville@wellington.com
pat.antonetti@pncadvisors.com
pat.barker@trs.state.tx.us
pat.biggers@lazard.com
pat.cahill@fmr.com
pat.coleman@depfa.com
pat.dorn@micorp.com
pat.doyle@avmltd.com
pat.fraker@huntington.com
pat.fry@associatedbank.com
pat.fuchs@nisanet.com
pat.hogan@associatedbank.com
pat.itrato@pioneerinvest.com
pat.jack@rbc.com
pat.kenney@fmr.com
pat.luby@ubs.com
pat.mcbride@boimail.com
pat.mcgeever@aamcompany.com
pat.miner@mutualofomaha.com
pat.o'connor@aib.ie
pat.perez@tcw.com
pat.quilty@barcap.com
pat.rawle@mnopf.co.uk
pat.roche@harrisbank.com
pat.russett@rbcds.com
pat.scott@huntington.com
pat.shevlin@wahcovia.com
pat.walton@gibuk.com
pat.wilkes@commercebank.com
pat_lewis@invesco.com
pat_mchugh@elliottandpage.com
pat_mitchell@calstrs.com
pat_omeara@tigerfund.com

pat_srinivas@americancentury.com
pat_stefik@ml.com
pataky.jan@slsp.sk
patel.dm@mellon.com
patel.k1@mellon.com
patelc1@nationwide.com
patelli@swisscap.com
paternok@dime.com
pathanas@diethniki.nbg.gr
pathey@troweprice.com
pathinkson@angloirishbank.ie
pathurley@bloomberg.net
patience.musingarimi@pimco.com
patiencea@delaware.co.uk
patj@mcm.com
patkins@tiaa-cref.org
patmorej@ebrd.com
patonia_wong@capgroup.com
patreynolds@synovus.com
patric.ackermann@vontobel.ch
patric.gysin@rmf.ch
patric.lager@nyc.nxbp.com
patric@deshaw.com
patrice.allart@caam.com
patrice.degris@caam.com
patrice.delarrard@caam.com
patrice.gensse@dexia-am.com
patrice.green@wachovia.com
patrice.harouimi@cepacr.caisse-epargne.fr
patrice.labbe@lazard.fr
patrice.lemonnier@ca-assetmanagement.fr
patrice.mclaughlin@morganstanley.com
patrice.morin@ca-suisse.com
patrice.piade@caam.com
patrice.ribault@cpr-am.fr
patrice.thys@interbrew.com
patrice.truffer@bnpparibas.com
patrice.williams@ophedge.com
patrice_moulin@carrefour.com
patricec@fhlbsea.com
patricia.baker@associatedbank.com
patricia.berger@bsibank.com
patricia.bloom@wellsfargo.com
patricia.bochud@bcv.ch
patricia.bouchard@caam.com
patricia.cantu@trs.state.tx.us
patricia.chao@highbridge.com

patricia.coghlan@bis.org
patricia.davies@morleyfm.com
patricia.dawson2@usbank.com
patricia.d'innocenzo@morganstanley.com
patricia.donnelly@bnpparibas.com
patricia.eitrheim@thrivent.com
patricia.elmer@wcmadvisors.com
patricia.evans@wamulends.net
patricia.fan@ibtco.com
patricia.fan@lazard.com
patricia.fonjad@claridenleu.com
patricia.galuska@citizensbank.com
patricia.garcia@trs.state.tx.us
patricia.jamal@barcap.com
patricia.john@frankfurt-trust.de
patricia.keogh@barclaysglobal.com
patricia.khoo@income.com.sg
patricia.klaslo@prudential.com
patricia.klawitter@nuveen.com
patricia.klems@pnc.com
patricia.knapp@dexia-bil.com
patricia.kongting@tt.rbtt.com
patricia.lamotta@pnc.com
patricia.leib@pncbank.com
patricia.m.kocsis@fhlb-pgh.com
patricia.m.mcredmond@jpmorgan.com
patricia.manente@aigpb.com
patricia.martin@glgpartners.com
patricia.moore@barcap.com
patricia.morrissey@highbridge.com
patricia.o'donnell@pnc.com
patricia.pan@db.com
patricia.peach@morganstanley.com
patricia.perez-coutts@agf.com
patricia.schneider@bnymellon.com
patricia.schrandt@usbank.com
patricia.small@ucop.edu
patricia.taylor@sixcontinents.com
patricia.tiensch@jpmorgan.com
patricia.toh@gs.com
patricia.tracy@chase.com
patricia.voets@pggm.nl
patricia.wilson@swip.com
patricia.winiarczyk@columbiamanagement.com
patricia.wong@morganstanley.com
patricia.zechner@centrumbank.com
patricia.zobel@ny.frb.org

patricia@blabla.com
patricia@cfam.com
patricia_a_lunova@vanguard.com
patricia_alayne_evans@freddiemac.com
patricia_bridson@newton.co.uk
patricia_brosokas@prusec.com
patricia_cook@freddiemac.com
patricia_delgadillo@amrcorp.com
patricia_gaynor@putnam.com
patricia_gildea@ssga.statestre
patricia_grieve@hvbamericas.com
patricia_kelly@prusec.com
patricia_morse@putnam.com
patricia_murphy@ssga.com
patricia_noga@canadalife.com
patricia_pinkos@calpers.ca.gov
patricia_rangel@gmacm.com
patriciagomes@hsbc.com
patriciavankampen@northwesternmutual.com
patrick.a.tucci@usa.dupont.com
patrick.ahearn@compassbnk.com
patrick.aicardi@fmr.com
patrick.azouri@nationalcity.com
patrick.barbe@bnpparibas.com
patrick.barrett@lmginv.com
patrick.baumann@alliancebernstein.com
patrick.belger@cominvest-am.com
patrick.bernard@corporate.ge.com
patrick.berset@dresdner-bank.ch
patrick.berther@credit-suisse.com
patrick.biver@bnpparibas.com
patrick.blattmann@csadvisorypartners.com
patrick.blauth@credit-suisse.com
patrick.bourbon@ubs.com
patrick.bouvier2@cnp.fr
patrick.brandenberger@vontobel.ch
patrick.brankin@ca-aipg.com
patrick.brauer@ubs.com
patrick.brechbuehl@sl-am.com
patrick.brennan@pionneraltinvest.com
patrick.brenner@db.com
patrick.brophy@janus.com
patrick.buchanan@fmr.com
patrick.budden@westernasset.com
patrick.bumann@wachovia.com
patrick.burgermeister@zkb.ch
patrick.butler@rzb.at

patrick.buxton@barclays.co.uk
patrick.byrne@boigm.com
patrick.c.griffin@jpmorgan.com
patrick.carletto@ca-assetmanagement.fr
patrick.carlin@ge.com
patrick.carney@tudor.com
patrick.casters@dexia-bil.com
patrick.cecconi@bsibank.com
patrick.chan@ubs.com
patrick.cheung@banca.mps.it
patrick.ck.wong@hk.standardchartered.com
patrick.coggi@juliusbaer.com
patrick.collins@uk.mizuho-sc.com
patrick.conteh@cominvest-am.com
patrick.corkery@bnlmail.com
patrick.cosgrove@trs.state.tx.us
patrick.couque@calyon.com
patrick.crotty@mackayshields.com
patrick.cutler@wamulends.net
patrick.d.businger@claridenleu.com
patrick.d.drurybyrne@aib.ie
patrick.de.boer@fortisinvestments.com
patrick.deborredon@pernod-ricard.com
patrick.defraguier@caam.com
patrick.delataillade@caam-re.com
patrick.delestra@apicil.com
patrick.den.besten@ingim.com
patrick.denhiere@banquecial.fr
patrick.d'herouville@bnpparibas.com
patrick.dhondt@creditlyonnais.lu
patrick.dolan@blackrock.com
patrick.donnelly@blackrock.com
patrick.donohue@columbiamanagement.com
patrick.dote@clinton.com
patrick.dunn@tudor.com
patrick.dunne@barclaysglobal.com
patrick.durkin@csfb.com
patrick.dutli@ubs.com
patrick.dwyer@ny.frb.org
patrick.dyson@ubs.com
patrick.dzuba@infidar.ch
patrick.edelmann@blackrock.com
patrick.ehrsam@credit-suisse.com
patrick.erb@juliusbaer.com
patrick.ernst@dghyp.de
patrick.estermann@claridenleu.com
patrick.faul@calvertgroup.com

patrick.fehr@credit-suisse.com
patrick.felgenhauer@commerzbankib.com
patrick.fenske@zkb.ch
patrick.feth@siemens.com
patrick.fisch@bnpparibas.com
patrick.fleur@pggm.nl
patrick.foley@lloydstsb.co.uk
patrick.fournier@lodh.com
patrick.franke@eagleasset.com
patrick.frey@zkb.ch
patrick.frost@swisslife.ch
patrick.fu@lazard.com
patrick.fuchs@allianzgi.de
patrick.gallagher@wgzbank.ie
patrick.gauthier@sinopia.fr
patrick.gautier@sinopia.fr
patrick.gerard@bbl.fr
patrick.gibson@pncbank.com
patrick.gillentine@nationalcity.com
patrick.goff@fmr.com
patrick.graham@columbiamanagement.com
patrick.greene@mortgage.wellsfargo.com
patrick.gregory@fmglobal.com
patrick.greiner@blkb.inet.ch
patrick.grenham@cgii.com
patrick.gueguen@caam.com
patrick.guivarch@caam.com
patrick.gundlach@micorp.com
patrick.hasenboehler@sarasin.ch
patrick.hayes2@mortgagefamily.com
patrick.hendrikx@fandc.com
patrick.hennigan@thehartford.com
patrick.henseler@ubs.com
patrick.herfroy@sgam.com
patrick.hoban@barclaysglobal.com
patrick.hoehne@4086.com
patrick.hovest@ikb.de
patrick.huang@email.chinatrust.com.tw
patrick.hughes@morleyfm.com
patrick.humair@sarasin.ch
patrick.humm@dzbank.de
patrick.husistein@credit-suisse.com
patrick.hussy@deka.de
patrick.ingold@credit-suisse.com
patrick.j.ford@columbiamanagement.com
patrick.j.grune@bankofamerica.com
patrick.j.parr@jpmorgan.com

patrick.josse@calyon.com
patrick.k.cunneen@aib.ie
patrick.kearns@bmonb.com
patrick.keating@harrisbank.com
patrick.keller@bsibank.com
patrick.kelly@deshaw.com
patrick.kennedy@london.entoil.com
patrick.kern@pncbank.com
patrick.kezele@fareastnationalbank.com
patrick.king@guarantygroup.com
patrick.king@lazard.com
patrick.koepfli@credit-suisse.com
patrick.kolb@credit-suisse.com
patrick.koplenig@ubs.com
patrick.kruczek@morgankeegan.com
patrick.l.barry@aib.ie
patrick.lambe@pioneerinvest.ie
patrick.lapvetelainen@sampo.fi
patrick.lebourdais@pioneerinvest.com.sg
patrick.leconte@bnpparibas.com
patrick.lefort@sgam.com
patrick.leitienne@leumi.lu
patrick.lemuet@eu.ca-investorservices.com
patrick.lepvrier@alcatel.fr
patrick.leung@barclaysglobal.com
patrick.levy@ing.be
patrick.lewis@aiminvestments.com
patrick.loepfe@vontobel.ch
patrick.lonergan@moorecap.com
patrick.lukundola@socgen.com
patrick.lupini@ubs.com
patrick.lutz@zkb.ch
patrick.lyn@westam.com
patrick.mabille@axa-im.com
patrick.mange@bnpparibas.com
patrick.maniciati@credit-suisse.com
patrick.mason@truscocapital.com
patrick.matagne@caam.com
patrick.mavro@credit-agricole-sa.fr
patrick.mcdonough@alliancebernstein.com
patrick.mcginnis@aig.com
patrick.mcguire@bis.org
patrick.mcsweeney@usbank.com
patrick.meier@claridenleu.com
patrick.merckx@fortisbank.com
patrick.mertenat@lloydsbank.ch
patrick.meyer@claridenleu.com

patrick.moonen@ingim.com
patrick.morris@chicagoequity.com
patrick.muhl@skag.siemens.de
patrick.mullin@lazard.com
patrick.murphy@thehartford.com
patrick.murrayhayden@prudential.com
patrick.nese@dws.de
patrick.newens@fandc.com
patrick.nisot@degroof.be
patrick.nivelles@mailpoalim.co.uk
patrick.oconnor@barclaysglobal.com
patrick.oconnor@raymondjames.com
patrick.o'donnell@aberdeen-asset.com
patrick.ohara@abnamro.com
patrick.oneil@us.bacai.com
patrick.oneill@bhf.ing.com
patrick.o'rourke@db.com
patrick.otto@hvb.de
patrick.oustin@ubs.com
patrick.owens@natixis.us
patrick.p.deboer@shell.com
patrick.pace@aig.com
patrick.pagotto@zkb.ch
patrick.pastollnigg@rcm.at
patrick.peppard@citigroup.com
patrick.persuy@edfgdf.fr
patrick.petit@creditlyonnais.lu
patrick.petz@ubs.com
patrick.pfleger@ba-ca.com
patrick.pies@lrp.de
patrick.pircher@seb.co.uk
patrick.purington@westernasset.com
patrick.r.whalen@usa.dupont.com
patrick.rahal@db.com
patrick.reed@ing.be
patrick.reichenbach@credit-suisse.com
patrick.ruoss@azgrp.ch
patrick.rutz@tkb.ch
patrick.ryan@lazard.com
patrick.ryan@tudor.com
patrick.ryan-dolan@lgim.co.uk
patrick.s.bright@bankofamerica.com
patrick.s.hayes@conocophillips.com
patrick.sarfati@calyon.com
patrick.saunders@deshaw.com
patrick.schenkhuizen@pggm.nl
patrick.schmidt@union-investment.de

patrick.schmidtke@cominvest-am.com
patrick.schmitz@fortis.lu
patrick.schneeberger@blkb.inet.ch
patrick.schneider@cominvest-am.com
patrick.schopfer@credit-suisse.com
patrick.seelen@wellsfargo.com
patrick.sheehan@db.com
patrick.simeon@caam.com
patrick.smith@effcu.org
patrick.solerschubert@oppenheim.de
patrick.soucas@credit-suisse.com
patrick.sporl@aa.com
patrick.springer@morganstanley.com
patrick.steeg@hypointernational.com
patrick.stiefel@oppenheim.de
patrick.stutz@rmf.ch
patrick.sullivan@hcmny.com
patrick.sullivan@himco.com
patrick.suter@ubs.com
patrick.swiderski@clf-dexia.com
patrick.tan@westernasset.com
patrick.tao@db.com
patrick.thoma@leumi.ch
patrick.todd@tcw.com
patrick.trouet@aareal-bank.com
patrick.tsang@citigroup.com
patrick.tschupp@bsibank.com
patrick.uelfeti@claridenleu.com
patrick.vandenhaute@dexia-am.com
patrick.vandenhoutte@dexia.be
patrick.vanderborght@ing.be
patrick.vandersloot@shell.com
patrick.venanzi@fmr.com
patrick.verelst@interbrew.com
patrick.verelst@solvay.com
patrick.verlee@tractebel.be
patrick.vermeulen@jpmorgan.com
patrick.vijgeboom@pggm.nl
patrick.vogel@infidar.ch
patrick.vogel@lgim.co.uk
patrick.volkart@eave.com
patrick.waddell@fmr.com
patrick.wallace@pncbank.com
patrick.wang@bankofamerica.com
patrick.wanner@juliusbaer.com
patrick.wellnitz@helaba.de
patrick.widmayer@dekabank.de

patrick.widmer@bnpparibas.com
patrick.wierckx@mn-services.nl
patrick.william@sgam.com
patrick.wirth@juliusbaer.com
patrick.wuytens@ing.be
patrick.yeghnazar@highbridge.com
patrick.yot@nestle.com
patrick.zeenni@dexia-am.com
patrick.zima@erstebank.at
patrick.zoro@americas.bnpparibas.com
patrick@mail.bot.com.tw
patrick_andersen@putnam.com
patrick_andreatta@swissre.com
patrick_armstrong@ssga.com
patrick_aylmer@britamtob.com
patrick_blais@sunlife.com
patrick_condello@acml.com
patrick_dwyer@ntrs.com
patrick_flynn@putnam.com
patrick_gallaway@invesco.com
patrick_gremban@vanguard.com
patrick_h_beranek@fanniemae.c
patrick_hudson@troweprice.com
patrick_keedy@bankone.com
patrick_loftis@cinfin.com
patrick_loranger@putnam.com
patrick_lyons@keybank.com
patrick_m_conway@fanniemae.com
patrick_macary@conning.com
patrick_maldari@ml.com
patrick_mayo@keybank.com
patrick_mccormack@tigerfund.com
patrick_miller@smbcgroup.com
patrick_milligan@vanguard.com
patrick_morrissey@bankone.com
patrick_mullins@bnz.co.nz
patrick_okeefe@westlb.com
patrick_s_brennan@progressive.com
patrick_scherrer@swissre.com
patrick_watson@bankone.com
patrick_wendt@swissre.com
patrick_wong@scotiacapital.com
patrick_wong@ssga.com
patrick_yee@sfmny.com
patrick_yip@ustrust.com
patrickbyrne@bankofny.com
patrick-c.vogel@db.com

patrickchong@temasek.com.sg
patrickcichy@hsbc.com.hk
patrickgleeson@angloirishbank.ie
patrickj.cunningham@biam.boi.ie
patrickling@gic.com.sg
patrickm@bgi-group.com
patricknolan@hsbc.com
patrickryoo@hanmail.net
patrickryoo@wooribank.com
patrick-za.zimmermann@ubs.com
patridgeianuser@company.com
patrik.brummer@brummer.se
patrik.carisch@csam.com
patrik.eberhart@sgkb.ch
patrik.janovjak@cial.ch
patrik.janovjak@sarasin.ch
patrik.kuster@credit-suisse.com
patrik.lindgren@sek.se
patrik.nevsten@northseacapital.com
patrik.nyman@ap1.se
patrik.onnerdal@ap1.se
patrik.pizzali@bsibank.com
patrik.ragan@swedbank.se
patrik.roos@mini post.nu
patrik.roos@nordea.com
patrik.rundin@dnbnor.com
patrik.safvenblad@dnbnor.com
patrik.sandell@scania.com
patrik.scheuber@swisscanto.ch
patrik.schwendimann@zkb.ch
patrik.wainio@nib.int
patrik.zedendahl@swedbank.com
patrik.zingmark@seb.se
patrikh@bloomberg.net
patrizia.baudino@bis.org
patrizia.bianchi@arcafondi.it
patrizia.dellatorre@bsibank.com
patrizia.diplinio@ersel.it
patrizia.driusso@realemutua.it
patrizia.ferro@ersel.it
patrizia.fiorino@agf.com
patrizia.masutti@bancagenerali.it
patrizio.m.gregori@jpmorgan.com
patrizio.merciai@lodh.com
patryk.jablonowski@union-investment.de
patsy_kreitman@nylim.com
patsy_rick@fsba.state.fl.us

**LBH - Derivatives Counterparties Email Service List**

patti.bradshaw@usaa.com
patti.cheung@uboc.com
patti.perras.shugart@cibc.ca
patti.satterthwaite@fmr.com
patti_brown@dell.com
pattra_piriyapoksombut@swissre.com
pattsm@texaco.com
patty.arrieta@transamerica.com
patty.giudice@allegiantgroup.com
patty.mullen@allegiantgroup.com
patty.nogalski@micorp.com
patty.rivet@fmr.com
patty.younker@53.com
patty_hoopes@aimfunds.com
patty_taylor@gmacm.com
patty13@bloomberg.net
patxi.bente@lazard.fr
patxi.ipina@telefonica.es
patzer.ws@tbcam.com
paudet@blackrock.com
paul.a.brophy@aib.ie
paul.a.gallagher@aib.ie
paul.a.herbst@wamu.net
paul.a.lloyd@usa.dupont.com
paul.a.mataras@citigroup.com
paul.a.mclaughlan@aib.ie
paul.a.mclaughlin@aibbny.ie
paul.a.quinsee@jpmorgan.com
paul.a.sassa@db.com
paul.a.sheehan@aibbny.ie
paul.abberley@uk.abnamro.com
paul.achleitner@allianz.com
paul.ainsworth@creditlyonnais.co.uk
paul.allen@fandc.com
paul.allen@uk.pimco.com
paul.allison@baesystems.com
paul.allison@fandc.com
paul.amer@insightinvestment.com
paul.antico@fmr.com
paul.appleby@prudential.com
paul.ardleigh@wellsfargo.com
paul.aronson@inginvestment.com
paul.arthur@ecb.int
paul.aston@columbiamanagement.com
paul.attwood@huntington.com
paul.bareman@jpmorgan.com
paul.bates@erieinsurance.com

paul.battams@barclaysglobal.com
paul.bawab@ca-suisse.com
paul.beach@barclays.co.uk
paul.beadle@gibuk.com
paul.bearman@uk.calyon.com
paul.beaudoin@raymondjames.com
paul.benson@pimco.com
paul.berejnoi@nuveen.com
paul.berg@janus.com
paul.berlinguet@columbiamanagement.com
paul.bernard@nokia.com
paul.berquist@carlsberg.com
paul.berriman@db.com
paul.berry@cater-allen.co.uk
paul.birish@inginvestment.com
paul.bottoms@bgi.com
paul.bourdon@credit-suisse.com
paul.bracken@fmr.com
paul.braverman@janus.com
paul.bremeyer@lgim.co.uk
paul.brennan@nuveen.com
paul.brock@glgpartners.com
paul.bromley@db.com
paul.brown@insightinvestment.com
paul.brown@irwinmortgage.com
paul.buckley@db.com
paul.bukowski@himco.com
paul.bukowski@inginvestment.com
paul.buren@inginvestment.com
paul.butler@rabobank.com
paul.caldwell@db.com
paul.caleca@wachovia.com
paul.callahan@fmr.com
paul.canavan@fmr.com
paul.cangro@citigroup.com
paul.carman@mhcb.co.uk
paul.carter@fmr.com
paul.casino@sumitomotrust.co.jp
paul.cavalier@lodh.com
paul.cavey@lehman.com
paul.chambers@ubs.com
paul.chan@alpshk.com
paul.chan@rbc.com
paul.chappell@db.com
paul.chen@inginvestment.com
paul.chen@prudential.com
paul.cheonghl@uobgroup.com

paul.chew@daiwa-am.com.sg
paul.chin@barclaysglobal.com
paul.chu@insightinvestment.com
paul.chung@gecapital.com
paul.clarke@blackrock.com
paul.clarke@dresdner-bank.com
paul.cloonan@pioneerinvest.com
paul.collard@drkw.com
paul.collison@jpmorganfleming.com
paul.colonna@corporate.ge.com
paul.connor@mhcb.co.uk
paul.coolen@jpmorgan.com
paul.cooper@friendsprovident.co.uk
paul.copeman@db.com
paul.corner@resolutionasset.com
paul.corps@jpmorgan.com
paul.cottee@lgim.co.uk
paul.cox@53.com
paul.cramp@threadneedle.co.uk
paul.crinion@longview-partners.com
paul.crosby@europe.hypovereinsbank.com
paul.crovo@pnc.com
paul.cuddy@ing.com.au
paul.cummins@barclaysglobal.com
paul.czerkawski@uk.nomura.com
paul.d.rivers@bankofamerica.com
paul.d.thompson@morganstanley.com
paul.daggy@morganstanley.com
paul.daley@ubs.com
paul.dalton@boi.ie
paul.dalton@gs.com
paul.davey@lodh.com
paul.davis@db.com
paul.deleon@lazard.com
paul.demey@caam.com
paul.denninger@columbiamanagement.com
paul.dentskevich@hsh-nordbank.co.uk
paul.devilleneuve@drkw.com
paul.devlin@us.mizuho-sc.com
paul.dillon@boigm.com
paul.dimmick@fhlb-pgh.com
paul.dockeray@uk.bnpparibas.com
paul.dolan@irwinmortgage.com
paul.donohoe@blackrock.com
paul.donovan@commcercebank.com
paul.doran@rlam.co.uk
paul.dowicz@asbai.com

paul.doyle@threadneedle.co.uk
paul.drotch@lmginv.com
paul.drumm@ubs.com
paul.dudouit@creditfoncier.fr
paul.duffy@hsh-nordbank.co.uk
paul.dungate@morleyfm.com
paul.dunn@mhcb.co.uk
paul.durdin@credit-suisse.com
paul.e.jablansky@citi.com
paul.ebner@barclaysglobal.com
paul.eckley.agei@statefarm.com
paul.egan@citigroup.com
paul.elwood@sunlife.com
paul.emata@pncbank.com
paul.etheridge@blackrock.com
paul.f.cahill@aib.ie
paul.fairbrother@ubs.com
paul.faulkner@abnamromellon.com
paul.faulkner@bailliegifford.com
paul.fergusson@britannia.co.uk
paul.fiani@ubs.com
paul.fisher@bankofengland.co.uk
paul.fitzpatrick@dzbank.de
paul.flynn@boitib.com
paul.flynn@inginvestment.com
paul.fogarty@davy.ie
paul.forestier@bnpgroup.com
paul.fraker@moorecap.com
paul.freeman@dresdnerkb.com
paul.fuchs@columbiamanagement.com
paul.g.daggy@db.com
paul.g.doorley@aib.ie
paul.galtier@sncf.fr
paul.gamerdinger@hcmny.com
paul.gately@aig.com
paul.gerard@ocas.com
paul.gibbs@threadneedle.co.uk
paul.giblin@davy.ie
paul.glacken@ge.com
paul.glands@jpmorgan.com
paul.goeldi@lgt.com
paul.goody@citicorp.com
paul.goss@hvbeurope.com
paul.graham@ubs.com
paul.grasso@prudential.com
paul.greenplate@wsfsbank.com
paul.greer@boigm.com

**LBH - Derivatives Equity Email Service List**

paul.griesbach@thrivent.com
paul.groenewoud@nl.abnamro.com
paul.guilbert@bnpparibas.com
paul.guthrie@halliburton.com
paul.h.sperling@wellsfargo.com
paul.hadley@glgpartners.com
paul.hamblet@merchinv.co.uk
paul.hannan@rothschild.com.au
paul.harbord@norwich-union-life.co.uk
paul.hare@uk.standardchartered.com
paul.harris@opco.com
paul.harrison@barclayglobal.com
paul.harvey@glgpartners.com
paul.harvey@ubs.com
paul.hayes@allegiantgroup.com
paul.hearn@bnpparibas.com
paul.heller.h7br@statefarm.com
paul.henderson@barclaysglobal.com
paul.herbert@jpmorgan.com
paul.heyman@dexia.be
paul.hiebert@ecb.europa.eu
paul.hilsley@lgim.co.uk
paul.hilsley@ubs.com
paul.hirschi@vontobel.ch
paul.horat@juliusbaer.com
paul.huang@ap.ing.com
paul.huang@bbh.com
paul.hulbert@wachovia.com
paul.hunter@db.com
paul.j.baker@jpmorganfleming.com
paul.j.benziger@db.com
paul.j.digiacomo@columbiamanagement.com
paul.j.federico@jpmorgan.com
paul.j.stegmayer@jpmorganfleming.com
paul.j.white@morganstanley.com
paul.jackson@fmr.com
paul.jacobson@delta.com
paul.janssens@fortisbank.com
paul.jay@canadalife.co.uk
paul.jo@alliancebernstein.com
paul.jouannic@ch.michelin.com
paul.kaio@ubs.com
paul.kamor@pncadvisors.com
paul.kanitra@avmltd.com
paul.karrlsson-willis@fidelity.com
paul.kasian@hsbcam.com
paul.keel@kuehne-nagel.com

paul.kehoe@citadelgroup.com
paul.kelly-euro@db.com
paul.kern@thrivent.com
paul.kim@pimco.com
paul.king@harrisbank.com
paul.kirk@commercebank.com
paul.kirste@tcw.com
paul.kirtley@threadneedle.co.uk
paul.kleinaitis@allegiantgroup.com
paul.klinkert@alecta.com
paul.klinkert@dnbnor.com
paul.knight@ers.state.tx.us
paul.knobl@bmo.com
paul.kong@tudor.com
paul.koscik@huntington.com
paul.kosiba@pncbank.com
paul.kowalow@citadelgroup.com
paul.kramper@mutualofomaha.com
paul.kulkarni@boimail.com
paul.kunz@db.com
paul.kw.neoh@jpmorgan.com
paul.lacoursiere@barclaysglobal.com
paul.lafleche@fmglobal.com
paul.langton@royal-london.co.uk
paul.lavelle@fidelity.com
paul.leonard@barclaysglobal.com
paul.leonardi@nb.com
paul.lesica@ryanbeck.com
paul.lewitt@lloydstsb.co.uk
paul.li@capitalglobal.com
paul.liu@db.com
paul.lockey@damel.co.uk
paul.lockwood@imc.wellsfargo.com
paul.lopez@us.hsbc.com
paul.lovett@aib.ie
paul.m.andrews@hsbc.com
paul.m.joseph@jpmorgan.com
paul.m.lock@jpmorgan.com
paul.magura@aberdeen-asset.com
paul.marendaz@fandc.com
paul.marriage@insightinvestment.com
paul.marsh@nb.com
paul.marson@gs.com
paul.martins@lazard.com
paul.mason.01@bbc.co.uk
paul.mason@airbus.fr
paul.mccarthy@lloydstsb.co.uk

paul.mccarthy@mortgagefamily.com
paul.mccormack@ibtco.com
paul.mcenroe@boitib.com
paul.mcginnis@cis.co.uk
paul.mcintyre@threadneedle.co.uk
paul.mckeaveney@jpmorgan.com
paul.mcnamara@augustus.co.uk
paul.meier@disney.com
paul.merrey@prudential.co.uk
paul.meyer@brummer.se
paul.middleton@axaframlington.com
paul.mikhailoff@bankofengland.co.uk
paul.milsom@lgim.co.uk
paul.milton@sgcib.com
paul.mingay@morleyfm.com
paul.mitchell@jpmchase.com
paul.mitchell@ubs.com
paul.moghtader@lazard.com
paul.mondschein@pnc.com
paul.montecalvo@fmr.com
paul.morgan@threadneedle.co.uk
paul.mortenson@fmr.com
paul.mullings@chase.com
paul.murphy@uk.mizuho-sc.com
paul.murray@lasmo.com
paul.murray-john@threadneedle.co.uk
paul.narayanan@aig.com
paul.nestro@corporate.ge.com
paul.newman@gartmore.com
paul.newmark@drkw.com
paul.niven@fandc.com
paul.nolle@db.com
paul.o.morley@aibbny.ie
paul.o'brien@morganstanley.com
paul.ocenasek@thrivent.com
paul.oelmann@smith.williamson.co.uk
paul.oh@gwl.com
paul.okholm@nordea.com
paul.osborne@lodh.com
paul.osman@uk.nomura.com
paul.pancino@hsh-nordbank.co.uk
paul.parseghian@prudential.com
paul.pawelka@rcm.at
paul.peduto@fhlbboston.com
paul.perry@norcap.com
paul.petery@fmr.com
paul.placken@gm.com

paul.pollington@barclayscapital.com
paul.presinzano@americas.bnpparibas.com
paul.price@prudential.com
paul.psaila@morganstanley.com
paul.qiuistberg@columbiamanagement.com
paul.quistberg@columbiamanagement.com
paul.r.cannon@aexp.com
paul.r.donnelly@jpmorgan.com
paul.r.polichino@jpmorgan.com
paul.rasplicka@aiminvestments.com
paul.ravetta@wcmadvisors.com
paul.rayner@rlam.co.uk
paul.read@alliancebernstein.com
paul.reagan@moorecap.com
paul.reagan@soros.com
paul.reed@aberdeen-asset.com
paul.regan@hq.smurfitgroup.com
paul.reinhardt@ge.com
paul.rhude@bmonb.com
paul.ringsted@wachovia.com
paul.rissman@alliancebernstein.com
paul.roberts@aegon.co.uk
paul.rochat@lodh.com
paul.rocheleau@columbiamanagement.com
paul.rochester@insightinvestment.com
paul.roethof@fbs.nl
paul.rose@ldn_invesco.co.uk
paul.ross@bwater.com
paul.rudland@blackrock.com
paul.runnalls@gwl.com
paul.rutherford@pnc.com
paul.s.choi@jpmorgan.com
paul.s.hyatt@jpmorgan.com
paul.sacco@wnco.com
paul.sakaguchi@usa.dupont.com
paul.saks@barclaysglobal.com
paul.salniker@usaa.com
paul.sampson@axa.co.jp
paul.sandhu@usaa.com
paul.santucci@citadelgroup.com
paul.schep@pggm.nl
paul.schibli@db.com
paul.schminke@lrp.de
paul.schonen@axa.be
paul.schreder@falconig.com
paul.schwartz@mxminc.com
paul.scofield@usbank.com

paul.secchia@bmo.com
paul.seng@income.com.sg
paul.severin@sparinvest.com
paul.sharp@insightinvestment.com
paul.sharpe@ubs.com
paul.shea@mhcb.co.uk
paul.sheedy@fmr.com
paul.shuttleworth@blackrock.com
paul.sibianu@lbb.lu
paul.simmons@morleyfm.com
paul.simpson@omam.co.uk
paul.sinclair@sunlife.com
paul.singer@barclayswealth.com
paul.single@cnb.com
paul.smith2@drkw.com
paul.smith3@barcap.com
paul.snyder@harrisbank.com
paul.speargas@pnc.com
paul.springorum@selectum.be
paul.squires@axa-im.com
paul.stanaitis@cibc.ca
paul.stanley@ubs.com
paul.stappard@barclayswealth.com
paul.steiger@zurich.com
paul.stilwell@uk.abnamro.com
paul.stimson@moorecap.com
paul.sugandi@uobgroup.com
paul.suitela@kasbank.com
paul.sullivan@alliancebernstein.com
paul.suter@commerzbank.com
paul.swartz@bwater.com
paul.sweeting@uk.fid-intl.com
paul.taylor@lloydstsb.co.uk
paul.tellefsen@ibtco.com
paul.tessens@dexia.be
paul.thompson@suntrust.com
paul.ticu@morganstanley.com
paul.tucker@bankofengland.co.uk
paul.tydeman@fly.virgin.com
paul.udall@morleyfm.com
paul.ukmt.blakeley@jpmorgan.com
paul.van.der.worp@nibc.com
paul.van.gent@mn-services.nl
paul.vandenberghe@glgpartners.com
paul.vandevaart@morleyfm.com
paul.vangeert@dexia.be
paul.verloop@ingim.com

paul.vickars@axa-im.com
paul.vogel@alliancebernstein.com
paul.vonkuster@peregrinecapital.com
paul.vrints@dexia.be
paul.vrouwes@ingim.com
paul.w.dickson@jpmorganfleming.com
paul.w.mcdonough@jpmorgan.com
paul.wallace@barclaysglobal.com
paul.walsh@fmr.com
paul.washburn@fmglobal.com
paul.weiner@morganstanley.com
paul.wendler@pimco.com
paul.wesson@fandc.com
paul.westesson@nordea.com
paul.white2@jpmorgan.com
paul.whitehead@barclaysglobal.com
paul.whyman@fortis.co.uk
paul.wiencek@libertymutual.com
paul.wild@db.com
paul.wildermuth@pimco.com
paul.williamson@jpmchase.com
paul.wise@dfafunds.com
paul.witchalls@threadneedle.co.uk
paul.wojtyla@abnamro.com
paul.woo@impaccompanies.com
paul.wood@uk.fid-intl.com
paul.wurm@peregrinecapital.com
paul.wylie@lloydstsb.co.uk
paul.x.byrne@jpmorgan.com
paul.x.ward@qsk.com
paul.y.hikichi@wellsfargo.com
paul.yablon@moorecap.com
paul.zajac@funb.com
paul.zekveld@nibcapital.com
paul.zelisko@ubs.com
paul.zelissen@ingdirect.nl
paul.zemsky@inginvestment.com
paul.zepf@fmr.com
paul.zetterstrom@prudential.com
paul.ziots@sun.com
paul.zych@wamu.net
paul@bernstein.com
paul@buenavistapartners.com
paul@ggfg.com
paul@gruss.co.uk
paul@ikos.com.cy
paul@incomeresearch.com

paul@moorecap.com
paul@rentec.com
paul@tcdrs.org
paul@wasatchadvisors.com
paul@willcapmanagement.com
paul_a_toft@victoryconnect.com
paul_albonetti@ustrust.com
paul_allende@morganstanley.com
paul_brakke@ssga.com
paul_brittman@putnam.com
paul_brooke@tigerfund.com
paul_bucuvalas@putnam.com
paul_butler@newton.co.uk
paul_caprez@generaliglobal.com
paul_causer@hen.invesco.com
paul_clifton@blackrock.com
paul_cooley@swissre.com
paul_cunningham@nylim.com
paul_d_danes@victoryconnect.com
paul_denoon@acml.com
paul_drury@putnam.com
paul_e_chismark@keybank.com
paul_edwards@westlb.co.uk
paul_english@invesco.com
paul_english@manulife.com
paul_fehrenbach@fleet.com
paul_gagey@aviva.fr
paul_gardner@ssga.com
paul_gerard@ml.com
paul_godfrey@scotiacapital.com
paul_graham@gb.smbcgroup.com
paul_green@invescoperpetual.co.uk
paul_greene@troweprice.com
paul_greff@ssga.com
paul_gulberg@acml.com
paul_harrison@bat.com
paul_harrison@scotiacapital.com
paul_hauff@blackrock.com
paul_heath@westlb.co.uk
paul_j.edwards@westlb.co.uk
paul_j_martinez@bankone.com
paul_j_nolte@bankone.com
paul_j_thompson@prusec.com
paul_jakubowski@vanguard.com
paul_jenkel@acml.com
paul_konigsberg@freddiemac.com
paul_kraftic@nylim.com

paul_kramer@calpers.ca.gov
paul_kronlokken@ustrust.com
paul_kume@freddiemac.com
paul_lacosta@msdw.com
paul_lafleche@arkwright.com
paul_lohrey@vanguard.com
paul_lumbis@cgnu.net
paul_m_malloy@vanguard.com
paul_maguire@putnam.com
paul_markham@newton.co.uk
paul_martin@westlb.co.uk
paul_massaro@troweprice.com
paul_moretti@fanniemae.com
paul_mullaney@cargill.com
paul_napoli@ustrust.com
paul_nash@ldn.invesco.com
paul_norris@fanniemae.com
paul_oldfield@ustrust.com
paul_oliu@ml.com
paul_pasquill@standardlife.com
paul_phillips@scotiacapital.com
paul_queyrouze@hancockbank.com
paul_raman@glenmede.com
paul_read@hen.invesco.com
paul_rhodes@bat.com
paul_richardson@cargill.com
paul_rippe@hvbamericas.com
paul_rogers@scudder.com
paul_rudewick@sumitomobank.com
paul_scanlon@putnam.com
paul_sellier@conning.com
paul_shottes@cbcm.com
paul_spiroff@mgic.com
paul_sprinsky@conning.com
paul_stackhouse@standardlife.com
paul_stephany@newton.co.uk
paul_stern@nylim.com
paul_sullivan@glenmede.com
paul_survilla@capgroup.com
paul_swoboda@bankone.com
paul_touradji@bigfoot.com
paul_unchalipongse@ustrust.com
paul_van_der_meer@deltalloyd.nl
paul_vanmaaren@ml.com
paul_w_harvey@ml.com
paul_walker-duncalf@blackrock.com
paul_walton@blackrock.com

paul_wojcik@troweprice.com
paul_yee@nylim.com
paul_young@ssga.com
paul_zoschke@acml.com
paul123@netsgo.com
paula.allen@morleyfm.com
paul-a.buchwitz@db.com
paula.bujia@ar.schroders.combb
paula.bujia@schroders.com
paula.caruana@grupobbva.com
paula.collins@gs.com
paula.croson@blackrock.com
paula.fleming@janus.com
paula.gonzalez-esc@grupobbva.com
paula.ioannides@g-icap.com
paula.jouandet-dahlen@axa-im.com
paula.kienert@fmr.com
paula.m.dowdall@aib.ie
paula.mateus@cgd.pt
paula.renzi@fmr.com
paula.szturma@moorecap.com
paula.treutiger@swedbankrobur.se
paula.werner@alcoa.com
paula@gries.com
paula@trsl.state.la.us
paula_baker@conseco.com
paula_blacher@ustrust.com
paula_craft@ssga.com
paula_d_healey@fleet.com
paula_hartnett@gb.smbcgroup.com
paula_laliberte@ustrust.com
paula_niall@newton.co.uk
paula_papastathis@putnam.com
paula_pikus@key.com
paula_smith@notes.ntrs.com
paulachen@cathaylife.com.tw
paulandre.meyers@fortisbank.com
paulandre.pittard@lodh.com
paulandrew_cannon@swissre.com
paulaprice@bapfim.co.uk
paulb@cater-allen.co.uk
paulb@loopcap.com
paulbratten@tagfolio.com
paulc@bloomberg.net
paulcallan@bloomberg.net
paulchuan@gic.com.sg
pauler@ui-gmbh.de

**LBH - Derivatives Counterparties Email Service List**

paulette@hhmi.org
paulf@oechsle.com
paulfssb@ix.netcom.com
paulfuji@bloomberg.net
paul-gerhard.ebel@postbank.de
paulh@state.nm.us
paul-hen.delaportedutheil@caam.com
paulhl@vankampen.com
pauli.mortensen@kap.norges-bank.no
paulina.czabaj@avmltd.com
pauline.abadie@sgam.com
pauline.c.yurich@firstar.com
pauline.carlotti@uk.calyon.com
pauline.dennehy@primark.com
pauline.deseauve@bnpparibas.com
pauline.hedgecock@wachovia.com
pauline.marshall-lee@uk.abnamro.com
pauline.nepgen@threadneedle.co.uk
pauline.stewart@aegon.co.uk
pauline.toffier@sgam.com
pauline_macpherson@standardlife.com
pauline_sheedy@ustrust.com
paulinechen@ptbni.com.sg
paulinel@carson.com.hk
paulinelow@mas.gov.sg
paulinemccabe@angloirishbank.ie
paul-j.flynn@db.com
pauljg@bernstein.com
paul-johannes.altmann@db.com
paul-k.harris@ubs.com
paulk@fmaadvisors.com
paulkim@wooribank.com
paullau@dbs.com
paulliew@gic.com.sg
paullundmark@aol.com
paulm@csccu.com
paulo.alexandrecaricati@westernasset.com
paulo.angeletti@bsibank.com
paulo.cacella@bcb.gov.br
paulo.da.costa@hsbcpb.com
paulo.pinto@caixabi.pt
paulo.quintino@fandc.com
pauls@cater-allen.co.uk
paulstillabower@hsbc.com
paultews@northwesternmutual.com
paulv@bgi-group.com
paul-van.hastenberg@unilever.com

paulvanner@hypovereinsbank.co.uk
paulwiggins@mac.com
paulzack@bloomberg.net
paum@capgroup.com
paumeng@dbs.com
pauric.z.mccormack@jpmchase.com
paus@capgroup.com
pavan.wadhwa@jpmorgan.com
pavan_chatlani@fanniemae.com
pavao.gf@mellon.com
pavel.blinchik@fmr.com
pavel.horcin@nbs.sk
pavel.mertlik@rb.cz
pavel.sool@citigroup.com
pavel.vaynshtok@inginvestment.com
pavellone@angelogordon.com
pavitabile@bloomberg.net
pavlina.novakova@cnb.cz
pavlos.alexandrakis@pioneerinvest.com
pavlos.karadeloglou@ecb.int
pavol_horny@koba.sk
pawan.dhir@ubs.com
pawan.jhangiani@fgb.ae
pawel.golebiewski@pbk.pl
pawel.mosakowski@db.com
pawel.skala@ch.abb.com
pawel.skrzypczynski@mail.nbp.pl
pawel.tomczyk@oppenheim.de
pawel.wyczanski@mail.nbp.pl
payal.agarwal.fi@fmr.com
payel.ghosh@schwab.com
payer.bernhard@rahnbodmer.ch
paynsley@oppenheimerfunds.com
paz.na@adia.ae
pazzaglia@nusasim.it
pb@dodgeandcox.com
pbabb@princeton.edu
pbabyak002@aol.com
pbacchetta@pictet.com
pbadeski@putnamlovellnbf.com
pbae@canyonpartners.com
pbaenziger@swissca.ch
pbagchi@us.ibm.com
pbaillie@martincurrie.com
pbajema@aegon.nl
pbalakrishna@bloomberg.net
pbaldessari@fideuramcapital.it

pban@jyskebank.dk
pbanerjee@investcorp.com
pbansal@inv.uchicago.edu
pbard@ipohome.com
pbarker@fhlbc.com
pbarnaby@art-allianz.com
pbarno@caxton.com
pbarrabb@cajamadrid.es
pbarrett@evergreeninvestments.com
pbartlet@princeton.edu
pbass@pictet.com
pbattistella@bci.it
pbbgl@bloomberg.net
pbe@jyskebank.dk
pbecht@crawfordinvestment.com
pbechtold@mfs.com
pbednarek@seic.com
pbenacci@federatedinv.com
pbenjamin@metlife.com
pbenjamin1@metlife.com
pbennorth@summitbank.com
pberdeja@nb.com
pberg3@bloomberg.net
pbergan@mdsass.com
pbertucelli@fhlbatl.com
pbest@presidiomanagement.com
pbewerun@princeton.edu
pbg@mn-services.nl
pbhudia@fftw.com
pbianco@bankofny.com
pbinfo@citadelgroup.com
pbisbey@ofii.com
pblain@wellington.com
pblancha@kemper.com
pblange@aegon.nl
pbleier@bryangarnier.ch
pbm@dodgeandcox.com
pbock@nb.com
pboehm@babsoncapital.com
pbogart@njm.com
pbogle@babsoncapital.com
pbolovis@bloomberg.net
pbonart@unigestion.com
pbonner@aceguarantyre.com
pbourgeois@groupama-am.fr
pbowen@trmshedge.com
pboyce@hcmlp.com

**LBH - Derivatives Counterparties Email Service List**

pbrain1@bloomberg.net
pbrandow@westernasset.com
pbratton@fisbons.com
pbreault@wellington.com
pbresnehan@panagora.com
pbreton@cimfra.com
pbrian@litchfieldcapital.com
pbrill@allstate.com
pbroda@rentec.com
pbrown@sterling-capital.com
pbrugere@msfi.com
pbruneau@besv.fr
pbrunell@bloomberg.net
pbsabo@bloomberg.net
pbunnage@freemontcapital.co.uk
pburge@bloomberg.net
pburgener@mfs.com
pburnette@montag.com
pburns@interops.rjf.com
pbush@bloomberg.net
pbush@hcmlp.com
pbusick@russell.com
pbussoli@fideuramsgr.it
pbvermag@spin.ch
pbwillis@staceybraun.com
pbwu@metlife.com
pbyrne@amfin.com
pc.wheaton@janus.com
pc22416@glaxowellcome.co.uk
pcaiazza@lordabbett.com
pcalamari@vestarcapital.com
pcalati@fideuramsgr.it
pcallahan@nb.com
pcameron@fandc.co.uk
pcampbell@eatonvance.com
pcampo@eatonvance.com
pcapri@wasatchadvisors.com
pcardella@nbne.com
pcardon@bloomberg.net
pcarey@fountaincapital.com
pcarlsen@bloomberg.net
pcarlson@hgk.com
pcarr@stephens.com
pcaruso@cityntl.com
pcarvell@hbk.com
pcasati@bloomberg.net
pcasey@bankofny.com

pcastaneda@perrycap.com
pcastanoli@lincap.com
pcastellano@bloomberg.net
pce@nbim.no
pcecere@sanpaolo.co.uk
pcerino@meag-ny.com
pcetkovsky@csas.cz
pcgomes@banco-privado.pt
pch@bankinvest.dk
pch@danskecapital.com
pchadha@nb.com
pchakany@caxton.com
pchalasani@hbk.com
pchan@shiplp.com
pchandran@westernasset.com
pcharles@ford.com
pchasey@linc.com
pchen@oppenheimerfunds.com
pcheng@firstmanhattan.com
pchew@brownadvisory.com
pchollet@bper.ch
pchrist1@allstate.com
pchristensen@fhlbc.com
pchristo@nbg.gr
pchung@hcmlp.com
pcipriani@sistonet.org
pcirasole@fondianima.it
pckendall@chevychasebank.net
pcl@dodgeandcox.com
pcl@ubp.ch
pclark@bear.com
pcliche@metlife.com
pcoates@russell.com
pcocking@ttc.ocgov.com
pcocuccioni@iccrea.bcc.it
pcocuzza@oppenheimerfunds.com
pcoffin@bondinvestor.com
pcolaco1@bloomberg.net
pcoleman@sisucapital.com
pcoleman@voyageur.net
pcollins11@bloomberg.net
pcollison@faralloncapital.com
pcolwell@bloomberg.net
pconde@finibanco.pt
pcondrat@dadco.com
pconner@hcmlp.com
pcorbin@brownadvisory.com

pcordova@autostrade.it
pcornell@azoa.com
pcornet@ca-suisse.com
pcosta.lisboa@sinvest.es
pcoumes@ccr.fr
pcova@mcc.it
pcr@ubp.ch
pcramer@payden-rygel.com
pcremiao@spinnaker.com.br
pcrosbie@dsaco.com
pcroson@blackrock.com
pcrotty@rockco.com
pcrowe@bony.com
pcs@capgroup.com
pcsuk@samsung.co.kr
pctan_99@yahoo.com
pcubbage@buffalofunds.com
pcunningham@loews.com
pcunningham1@bloomberg.net
pcurti@inasim.gruppoina.it
pcutshall@allete.com
pczekanski@loomissayles.com
pczim@perrycounty.com
pdalzell@bloomberg.net
pdanderson@bankofny.com
pdanes@martincurrie.com
pdangelo@caxton.com
pdano@munder.com
pdarling@provincebankers.com
pdaryani@babsoncapital.com
pdattels@imf.org
pdaugherty@hcmlp.com
pdavidson@westpac.com.au
pdavies@strome.com
pdavis@tiaa-cref.org
pdcampbell@mmm.com
pdearce@bloomberg.net
pdeazambuja@bloomberg.net
pdebbas@valueline.com
pdebraine1@bloomberg.net
pdecat@blaylocklp.com
pdedecek@csas.cz
pdee@fsbnm.com
pdegreeve@caxton.com
pdejosselin@templeton.com
pdelafuente@bankpime.es
pdelamata@mfs.com

pdeluca@troweprice.com
pdemerse@bank-banque-canada.ca
pderose@hcmny.com
pdersark@lib.com
pdersarkisian@lib.com
pderubeis@jhancock.com
pdery@massmutual.com
pdesai@halcyonllc.com
pdesantis@seic.com
pdesury@bloomberg.net
pdeville@natexistx.com
pdevine@mfs.com
pdeweck@pictet.com
pdf77@bloomberg.net
pdg3@ntrs.com
pdholakia@metlife.com
pdias@bportugal.pt
pdias@dlbabson.com
pdifiore@bloomberg.net
pdilella@tiaa-cref.org
pdileo@fideuramireland.ie
pdillard@tswinvest.com
pdillinger@bloomberg.net
pdiorio@ci.com
pdjong@irisresearch.nl
pdlugosch@buffalofunds.com
pdmcdonough@leggmason.com
pdoerig@rbccm.com
pdolan@opusinvestment.com
pdolci@bloomberg.net
pdolle@pb-santander.com
pdonnelly@us.mufg.jp
pdonnelly@williamblair.com
pdooley@canyonpartners.com
pdougherty@hcmlp.com
pdp5@cornell.edu
pdq1@ntrs.com
pdriscoll@fdic.gov
pduchesne@sinopia.fr
pduddy@bloomberg.net
pduffy@penncapital.com
pdugquem@eurekafunds.com
pdumont@ofi-am.fr
pduncan@fhlbi.com
pe.pelizzari@bpci.it
peaa@sek.se
peaches_kenneally@ssga.com

pean23@handelsbanken.se
pearcesd@bernstein.com
pearl.chang@schwab.com
pearle.lee@soros.com
pearlsteins@washpost.com
pearse.conaty@boigm.com
pearse.griffith@ubs.com
pearse.mcdowell@bbh.com
peattidk@bp.com
pebj07@handelsbanken.se
pebk@nykredit.dk
pebo02@handelsbanken.se
peburdiss@comerica.com
pec@ubp.ch
pecc1@bloomberg.net
pechavarria@turnerinvestments.com
pechon@bloomberg.net
peconomou@statestreet.com
pecoraro_michael@jpmorgan.com
ped@petercam.be
peder.hasslev@amfpension.se
peder.tiricke@lansforsakringar.se
pedergervin.pedersen@nordea.lu
pedging@opers.org
pedro.a.yaguez@aib.ie
pedro.bastos@bsnp.pt
pedro.benites@finantia.com
pedro.cabecos@igcp.pt
pedro.canamera@bbvapartners.com
pedro.casquinho@millenniumbcp.pt
pedro.danobeitia@db.com
pedro.guinea@grupobbva.com
pedro.marcal@nacm.com
pedro.montero@grupobbva.com
pedro.mora@credit-suisse.com
pedro.morgado@fldfs.com
pedro.morgado@igcp.pt
pedro.noronha.camara@bancobpi.pt
pedro.porfirio@drkw.com
pedro.teixeira@gs.com
pedro.wilton@mf.gov.pt
pedrosa@iadb.org
peeler_sage@jpmorgan.com
peer.emmrich@bayern-invest.de
peer.rosenberg@ikb.de
peer.rossbach@telekom.de
peer.wrede@telekom.de

pefa05@handelsbanken.se
peg.thompson@janus.com
peg_fritz@dpimc.com
peggi@mcm.com
peggie_bowie@mfcinvestments.com
pegginton@loomissayles.com
peggy.brynjolfsson@sscims.com
peggy.burton@wamu.net
peggy.flemming@westhyp.de
peggy.james@corporate.ge.com
peggy.koury@thehartford.com
peggy.lowder@harrisbank.com
peggy.mac@db.com
peggy.mak@db.com
peggy.palos@chase.com
peggy.pirson@axa-im.com
peggy_hayward@troweprice.com
peggy_meckel@troweprice.com
peggysue.khumalo@investecmail.com
peh@danskebank.dk
peha@jyskebank.dk
pehu@uk.danskebank.com
pehv01@handelsbanken.se
pei.weng@aiminvestments.com
pei0426@mail.cbc.gov.tw
peifang.chan@ubs.com
pei-jie.shiu@ubs.com
peik.norenberg@hydro.com
peike.guo@icbc.com.cn
peilin.charrette@pfpc.com
peiyitsai@upamc.com.tw
peje@nykredit.dk
pejman@gulfbank.com.kw
pejo03@handelsbanken.se
pek@clinton.com
pek1@pge.com
pekka.petro@okobank.com
pekka.toivonen@leonia.fi
peli20@handelsbanken.se
pellas_roberto@alitalia.it
pellegrinelli@capitalgest.it
peller.cathy@pmlmail.com
pellet@bordier.com
peltekian_paul@jpmorgan.com
pemarrkand@wellington.com
pemiller@clearbridgeadvisors.com
pempera@frk.com

penarczyks@hhmi.org

penderp@finsbury.com

penderr@hhmi.org

penelope.wordsworth@uk.abnamro.com

peng.zhou@sunlife.com

peng_liu@ssga.com

pengfei.xie@gmam.com

pengfong.ng@schrdoers.com

pengg@nationwide.com

penn@ellington.com

penn@nyc.apollolp.com

pennal@novarabank.com

pennanph@cmcic-sdm.fr

penny.dobkin@fmr.com

penny.gregory@rbccm.com

penny.kemp@canadalife.co.uk

pentii.pikkarainen@bof.fl

pentikis@nyc.apollolp.com

penu01@handelsbanken.se

peo@ms.com

pepstein@tullib.com

per.almesjo@electrolux.se

per.asbjorn.nielsen@danskebank.dk

per.aspegren@swedbank.com

per.aspegren@swedbank.se

per.colleen@ap3.se

per.eklof@fandc.com

per.eklund@swedbank.com

per.elfstrom@sandvik.com

per.engstrom@nordea.com

per.erikson@sl-am.com

per.eriksson@stadshuset.stockholm.se

per.forsgren@swedbank.se

per.frederiksen@nordea.com

per.frennberg@alecta.com

per.frenneberg@alecta.com

per.gregersen@nordea.com

per.greil@nor.no

per.griberg@swedbankrobur.se

per.h.brinch@dnb.no

per.hoegh@danskebank.dk

per.hoglund@swedbank.com

per.horn@siemens.com

per.johansson@uk.fid-intl.com

per.josefsson@brummer.se

per.kunow@threadneedle.co.uk

per.lilja@swedbankrobur.se

per.liljestrand@dnb.se
per.limdberg@skandia.se
per.lundborg@ap1.se
per.lundqvist@seb.se
per.martinelle@nordea.com
per.molinder@sek.se
per.moller@nordea.com
per.norden@klp.no
per.norling@brummer.se
per.oervik@klp.no
per.paulsson@nyc.nxbp.com
per.regnarsson@uk.danskebank.com
per.snarberg@ap1.se
per.solvin@swedbankrobur.se
per.storfaelt@lansforsakringar.se
per.sundstrom@brummer.se
per.svensson@afaforsakring.se
per.ulderup@nordea.com
per.wehrmann@db.com
per@capgroup.com
perachik@hhmi.org
per-ake.rydgard@nordea.com
per-ake.stahl@nokia.com
peranzonib@ansaldo.com
per-arne.blomquist@seb.se
per-atle.aronsen@moa.norges-bank.no
per-axel.carlsson@folksam.se
perazzolo@capitalgest.it
percheni@cmcic.fr
percy_yw_ng@hkma.gov.hk
perdigon.luis-fernando@us.standardchartered.com
pere.riba@andbanc.com
perea.ignacio@aegon.es
peregrin.chelik@oenb.co.at
peregrin.ward@amb-generali.de
pereon@clamericas.com
perez.jonathan@principal.com
perez.sanjuan@grupobbva.com
perezj@mail.bancsabadell.es
perfgroup@lfg.com
performance@chase.com
perhad.merwanji@ubs.com
perhendrik.bertilsson@helaba.de
perihanss@adic.co.ae
peris.eduardo@principal.com
perkins.research@fmr.com
perla.pulido@banamex.com

pernasmonica@bancourquijo.com
pernilla.eriksson@sandvik.com
pernille.svensson@nordea.com
pernot_eric@accor.fr
per-olof.uppeke@swedbank.com
perquiaga@adb.org
perret@bordier.com
perri.henderson@alliancebernstein.com
perri_henderson@freddiemac.com
perrierb@ebrd.com
perrin.lim@state.or.us
perrine.debellefroid@axa.be
perry.adams@huntington.com
perry.beaumont@axa-im.com
perry.chaifetz@fidelity.com
perry.lok@hk.bankaustria.com
perry.m@mellon.com
persaud_mary@jpmorgan.com
perschl.andreas@rahnbodmer.ch
perttu.tuomi@danskebank.com
perttuh@bloomberg.net
peruris@jwseligman.com
peruzzi.lg@tbcam.com
pervis.thomas@shell.com
pescaro.r@tbcam.com
pese01@handelsbanken.se
pesi01@handelsbanken.se
pespinosa@leggmason.com
pestephane@kio.uk.com
pet_olsen@scudder.com
petad@bloomberg.net
pete.galliers@credit-suisse.com
pete.gargasoulas@mnco.com
pete.hastings@morgankeegan.com
pete.iaconis@ark.com
pete.mackowiecki@fhhl.com
pete.mclaughlin@trs.state.tx.us
pete.perrotti@thehartford.com
pete.thomas@mortgagefamily.com
peter holland@uk.fid-intl.com
peter.3.cross@bt.com
peter.a.law@morganstanley.com
peter.a.rubinsky@fhlb-pgh.com
peter.a.signori@pjc.com
peter.abbott@fortisinvestments.com
peter.abeles@sgcib.com
peter.abelin@swedbankrobur.se

peter.abric@wachovia.com
peter.adamczyk@aig.com
peter.aebischer@claridenleu.com
peter.agnes@ubs.com
peter.agrimson@fafadvisors.com
peter.albanese@wpginvest.com
peter.albano@pncbank.com
peter.albrecht@union-investment.de
peter.allwright@threadneedle.co.uk
peter.ammann@stg.ch
peter.amport@bkb.ch
peter.andahazy@sparinvest.com
peter.anderson@csam.com
peter.andersson@fip.se
peter.andren@seb.se
peter.andres@axa-im.com
peter.andrews@bankofengland.co.uk
peter.askew@jpmorganfleming.com
peter.attiger@credit-suisse.com
peter.audoore@dexia.be
peter.auzers@fmr.com
peter.b.wikstrom@seb.se
peter.bachmann.2@credit-suisse.com
peter.badik@erstebank.at
peter.baguley@boots-plc.com
peter.bainlardi@americas.bnpparibas.com
peter.bajema@blueskygroup.nl
peter.barnes-wallis@rolls-royce.com
peter.barsa@db.com
peter.baxter@omam.co.uk
peter.becker@aberdeen-asset.com
peter.begler@ubs.com
peter.bellia@sun.com
peter.benda@ge.com
peter.bentley@insightinvestment.com
peter.berg@nl.abnamro.com
peter.berger@vontobel.ch
peter.berger@zkb.ch
peter.bernard@deshaw.com
peter.berrie@belgacom.be
peter.birchmeier@sl-am.com
peter.birkey@lmginv.com
peter.birnie@aberdeen-asset.com
peter.blenkle@lampebank.de
peter.blessing@ilptreasury.com
peter.blosch@pim.com
peter.blum.pbb@suva.ch

peter.boardman@usaa.com
peter.bodis@pioneerinvestments.com
peter.bonekamp@shell.com
peter.bonfield@bt.com
peter.bossart@dresdner-bank.ch
peter.botham@tilney.com
peter.bouzane@fmr.com
peter.braendle@swisscanto.ch
peter.brag@nordea.com
peter.braun@cominvest-am.com
peter.braunwalder@hsbcpb.com
peter.brehm@ubs.com
peter.bretschger@pimco.com
peter.brierley@bankofengland.co.uk
peter.brown.3@csam.com
peter.brown@rbccm.com
peter.brunner@eu.altria.com
peter.buckendahl@credit-suisse.de
peter.burbank@investecmail.com
peter.bury@wcmadvisors.com
peter.butler@bnpparibas.com
peter.butler@boigm.com
peter.c.barcia@bankerstust.com
peter.cafaro@fmr.com
peter.camenzind@vontobel.ch
peter.cameron@morleyfm.com
peter.campfield@schwab.com
peter.cannon@rmf.ch
peter.carlson@prudential.com
peter.carragher@blackrock.com
peter.caruso@soros.com
peter.caulo@fmr.com
peter.chambers@framlington.co.uk
peter.chan@blackrock.com
peter.chau@dartmouth.edu
peter.cheley@jpmorganfleming.com
peter.chiappinelli@fmr.com
peter.christiansen@barclaysglobal.com
peter.cipa@trinkaus.de
peter.clelland@jpmorganfleming.com
peter.cockburn@swipartnership.co.uk
peter.cody@prudential.com
peter.coffey@citigroup.com
peter.colby@fmr.com
peter.cole@uk.abnamro.com
peter.connolly@ge.com
peter.connolly@gecapital.com

peter.cordrey@prudential.com
peter.corner@commerzbankib.com
peter.corrigan@sgcib.com
peter.costa@fmr.com
peter.cote@ubs.com
peter.cramer@barclaysglobal.com
peter.crays@db.com
peter.cripwell@erm.ie
peter.czernin@hvb.de
peter.czichowski@dlh.de
peter.d.burt@jpmchase.com
peter.d.clapham@bankofamerica.com
peter.d.edwards@jpmorgan.com
peter.d.simons@jpmorgan.com
peter.dabrowski@barclaysglobal.com
peter.dahlgren@nordea.com
peter.dalgleish@gartmore.com
peter.dalgliesh@fandc.com
peter.dalmalm@nordea.com
peter.danielsson@nordea.com
peter.day@barclaysglobal.com
peter.debaere@dexia.be
peter.defazio@aig.com
peter.deininger@columbiamanagement.com
peter.dellsperger@credit-suisse.com
peter.depoorter@dexia.be
peter.devine@citigroup.com
peter.dillard@dimensional.com
peter.din@fortisinvestments.co.uk
peter.dodds@us.standardchartered.com
peter.doerig-bal@ubs.com
peter.dorn@ubsw.com
peter.dorward@swipartnership.co.uk
peter.dowling@db.com
peter.doyle@black-river.com
peter.dreidel@tbfglobal.com
peter.drew@ashmoregroup.com
peter.dunstan@europe.ups.com
peter.durman@scottishpower.com
peter.e.haagensen@db.com
peter.e.kocubinski@jpmorganfleming.com
peter.e.smith@hsbcam.com
peter.echausse@tdsecurities.com
peter.edwall@percunia.nu
peter.ehret@aiminvestments.com
peter.eichenberger@zkb.ch
peter.eliot@alliancebernstein.com

**LBH - Derivatives Counterparties Email Service List**

peter.ellis@db.com
peter.elston@aberdeen-asset.com
peter.elwell@mhcb.co.uk
peter.embury@vanguard.com.au
peter.eng@nb.com
peter.epstein@mackayshields.com
peter.erpen@juliusbaer.com
peter.estlick@wfweb.com
peter.etzrodt@unicreditgroup.de
peter.farac@btfinancialgroup.com
peter.fasone@abnamrousa.com
peter.fegelman@citicorp.com
peter.ferrise@pncbank.com
peter.fiek@pacificlife.com
peter.findley@deshaw.com
peter.floyd@pioneerinvest.com
peter.francek@pncbank.com
peter.frehner@raiffeisen.ch
peter.freilinger@wamu.net
peter.freitag@prudential.com
peter.fricke@nordlb.de
peter.friedmann@seb.de
peter.friel@lgim.co.uk
peter.frischeisen@hvb.de
peter.frommer@osterweis.com
peter.furlong@morganstanley.com
peter.g.hammersley@bankofamerica.com
peter.g.nealon@us.hsbc.com
peter.g.vinzani@us.hsbc.com
peter.g.wehrmann@credit-suisse.com
peter.gachnang@swisscanto.ch
peter.gaessler@bw-bank.de
peter.gailliot@blackrock.com
peter.ganz@tui.com
peter.gardner@hsbc.com
peter.gaynor@evergreeninvestments.com
peter.gebert@juliusbaer.com
peter.geens@dexia.be
peter.gerlach@juliusbaer.com
peter.gero@ge.com
peter.gewirtz@morganstanley.com
peter.gillespie@corporate.ge.com
peter.gladwin@threadneedle.co.uk
peter.glancy@scottishwidows.co.uk
peter.glidden@fmr.com
peter.glynne-percy@swipartnership.com
peter.gnehm@claridenleu.com

peter.goldman@chicagoasset.com
peter.goshawk@barclays.co.uk
peter.graham1@ge.com
peter.grainger@glgpartners.com
peter.gray@shinseibank.co.jp
peter.grigory@citicorp.com
peter.grijseels@artesiabc.be
peter.groninger@firstmidwest.com
peter.guan@inginvestment.com
peter.guastamachio@bankofthewest.com
peter.gummesson@ohman.se
peter.guntermann@oppenheim.de
peter.guschov@db.com
peter.gygax@pharma.novartis.com
peter.h.dixon@fmr.com
peter.hackenberger@nuernberger.de
peter.hackworth@morleyfm.com
peter.hadden@aegon.co.uk
peter.hagemann@credit-suisse.com
peter.hallerberg@lrp.de
peter.ham@ubs.com
peter.hames@aberdeen-asset.com
peter.hanlon@barclays.co.uk
peter.hanrott@uk.mufg.jp
peter.harnett@glgpartners.com
peter.harrison@db.com
peter.harvey@cazenovecapital.com
peter.hathaway@ge.com
peter.hayes@blackrock.com
peter.hecht@lbbw.de
peter.heijen@mn-services.nl
peter.helbling@commerzbank.ch
peter.helmer@lrp.de
peter.hennig@commerzbank.com
peter.herbert@lloydstsb.co.uk
peter.herrlin@uk.danske.com
peter.herrmann.3@credit-suisse.com
peter.hewitt@isisam.com
peter.hielscher@ampegagerling.de
peter.hill@bapensions.com
peter.hill@lazard.com
peter.hill@standardlife.ca
peter.hirsch@fmr.com
peter.hitzler-spital@union-investment.de
peter.hoerdahl@bis.org
peter.hoffmann@credit-suisse.com
peter.hoffmann@lrp.de

peter.hohler@bwinvest.de
peter.holguin@ibtco.com
peter.holland@uk.fid-intl.com
peter.holtermand@seb.se
peter.horsman@group.landg.com
peter.horvath@erstebank.at
peter.hostrup@seb.se
peter.hu2@aig.com
peter.hulqvist@swedbank.com
peter.humphreys@hsbc.com
peter.hunsberger@lazard.com
peter.hunter@corporate.ge.com
peter.hursthouse@rabobank.com
peter.huwyler@zkb.ch
peter.i.lehrer@db.com
peter.i.shih@wellscap.com
peter.iversen@citizensbank.com
peter.j.davis@jpmorgan.com
peter.j.decandia@prudential.com
peter.j.green@bbg.co.uk
peter.j.lancos@us.hsbc.com
peter.j.mullahey@jpmchase.com
peter.j.robinson@jpmorgan.com
peter.j.shortt@aib.ie
peter.j.wasserman@chase.com
peter.j.zeitsch@nabasia.com
peter.james@black-river.com
peter.janata@dzbank.de
peter.jarvis@fandc.com
peter.jecklin@ubs.com
peter.jenson@citadelgroup.com
peter.jerauld@citigroup.com
peter.johnston@vtbeurope.com
peter.joslin@insightinvestment.com
peter.k.hopkins@gsk.com
peter.k.kong@jpmorgan.com
peter.kahn@prudential.com
peter.kallos@petro-canada.com
peter.kapfelsperger@deka.de
peter.kashanek@lazard.com
peter.kaste@sl-am.com
peter.katsanos@mizuhocbus.com
peter.kaufmann@barcap.com
peter.keenan@gcm.com
peter.kelly@wachovia.com
peter.kempf@pncbank.com
peter.kerger@jpmorgan.com

peter.kernick@lloydstsb.co.uk
peter.khan@fidelity.com
peter.kijne@nordea.com
peter.kjaergaard@bnpparibas.com
peter.kleppich@hypovereinsbank.de
peter.kline@usbank.com
peter.knez@barclaysglobal.com
peter.knorr@muenchenerhyp.de
peter.kobiela@helaba.de
peter.koelle@hvb.de
peter.koenigbauer@pioneerinvestments.com
peter.koerndl@dresdner-bank.com
peter.kolb@deka.de
peter.kolthof@shell.com
peter.komarek@inginvestment.com
peter.konstantyner@nordea.com
peter.koritschan@ubs.com
peter.kozak@deshaw.com
peter.kraneveld@pggm.nl
peter.kraus@dit.de
peter.krawchuk@yesbank.com
peter.krebs@hypovereinsbank.de
peter.krismer@cbve.com
peter.kroeger@sachsenlb.de
peter.kronenberg@essenhyp.com
peter.kruslak@bmo.com
peter.kucharski@statestreet.com
peter.kwiatkowski@53.com
peter.labhart@claridenleu.com
peter.ladreiter@securitykag.at
peter.lang@dit.de
peter.lang@wachovia.com
peter.lawery@jpmorganfleming.com
peter.lee@sgam.com
peter.lee@tigerfund.com
peter.lee@ubs.com
peter.lees@fandc.com
peter.leffler@blackrock.com
peter.lennartz@dlh.de
peter.li@inginvestment.com
peter.li@lazard.com
peter.li@moorecap.com
peter.liebst@glic.com
peter.liedholm@nordea.com
peter.lindahl@evli.com
peter.lindsey@sgib.com
peter.lindstrom@barcap.com

peter.lingen@swedbankrobur.se
peter.litvin@citicorp.com
peter.liu@email.chinatrust.com.tw
peter.liwowski@ahbr.de
peter.loescher@amersham.com
peter.lopez@transamerica.com
peter.luc@pimco.com
peter.lueck@bnpparibas.com
peter.luetolf@lukb.ch
peter.luevanos@sscims.com
peter.lugauer@dresdner-bank.com
peter.lundkvist@ap3.se
peter.luongo@pioneerinvest.com
peter.luypaert@dexia.be
peter.lynch@fmr.com
peter.m.stanton@fmr.com
peter.machlachlan@insightinvestment.com
peter.maguire@corporate.ge.com
peter.maguire@db.com
peter.maguire@fmr.com
peter.maher@household.com
peter.manning@mosnar.com
peter.marchant@bmonb.com
peter.marquard@willis.com
peter.marten@nab.ch
peter.marturano@tigerfund.com
peter.marxer.jun@marxerpartner.com
peter.marxer@llb.li
peter.mathern@blackrock.com
peter.matovu@aberdeen-asset.com
peter.matza@rwe.com
peter.mauder@oppenheim.de
peter.mccabe@iptreasury.com
peter.mcgloughlin@cibc.co.uk
peter.mchugh@commercebank.com
peter.mcloughlin@insightinvestment.com
peter.metcalfe@tdsecurities.com
peter.metzler@centrumbank.com
peter.meulepas@fandc.com
peter.meulepas@fandc.nl
peter.michaelis@morleyfm.com
peter.middleton@morleyfm.com
peter.mikkelsen@nordea.dk
peter.miller@drkw.com
peter.millington@fmr.com
peter.miselis@ubs.com
peter.moffatt@chase.com

peter.molinaro@pncadvisors.com
peter.monaco@tudor.com
peter.moore@fandc.com
peter.morgan@ubs.com
peter.moritz@siemens.com
peter.moukios@wpginvest.com
peter.muellauer@bawag.com
peter.mueller@dit.de
peter.mullen@boiuk.com
peter.murphy@disney.com
peter.murphy@glgpartners.com
peter.musser@rainierfunds.com
peter.myran@citadelgroup.com
peter.n.lawrence@jpmorgan.com
peter.nadosy@morganstanley.com
peter.nelson@prudential.com
peter.nemschak@erstebank.at
peter.nesvold@lazard.com
peter.neumayer@pnconsult.de
peter.nicolson@nordea.com
peter.nies@dbv-winterthur.de
peter.nind@smith-nephew.com
peter.nowaczyk@apobank.de
peter.nowell@uk.bnpparibas.com
peter.nowicki@sgcib.com
peter.nygren@afa.se
peter.nyquist@electrolux.se
peter.o.hara@be.gm.com
peter.odonoghue@biam.boi.ie
peter.oellers@lbbw.de
peter.olsacher@noehypo.at
peter.olsen@db.com
peter.oneill@ms.com
peter.onofrej@rzb.at
peter.osborne@ubs.com
peter.o'sullivan@drkw.com
peter.ott@ubs.com
peter.p.thomas@hsbc.com
peter.panser@erstebank.at
peter.pastor@akb.ch
peter.pih@aegon.co.uk
peter.platzer@db.com
peter.plester@rabobank.com
peter.poenitzsch@credit-suisse.com
peter.posch@bayernlb.de
peter.preisler@lu.danskebank.com
peter.prestel@hypovereinsbank.de

peter.pt@mellon.com
peter.r.diliberti@wellsfargo.com
peter.r.duffy@db.com
peter.raab@activest.de
peter.radtke@rewe-group.com
peter.rains@morleyfm.com
peter.ramsay@avenir.fi
peter.ranty@fortisinvestments.com
peter.rebsamen@vontobel.ch
peter.rechsteiner@mbczh.ch
peter.redward@citadelgroup.com
peter.reese@dresdner-bank.com
peter.reid@resolutionasset.com
peter.reilly@london.entoil.com
peter.reilly@raymondjames.com
peter.reinmuth@juliusbaer.com
peter.reinmuth@swisscanto.ch
peter.reusser@publica.ch
peter.rieth@frankfurt-trust.de
peter.ro@cnb.com
peter.robert@citigroup.com
peter.rodwick@hcmny.com
peter.roe@bt.com
peter.rogan@daiwasectab.ie
peter.roimisher@jpmorgan.com
peter.rolfsen@pncbank.com
peter.romanowski@hsh-nordbank.com
peter.roseblade@ubk-plc.com
peter.rossi@ibtco.com
peter.rossi@sanpaoloimi.com
peter.rouhi@drkw.com
peter.roymans@fortis.com
peter.ru@morganstanley.com
peter.ruggiero@moorecap.com
peter.rundle@ubs.com
peter.rutter@db.com
peter.ryckeboer@dexia.com
peter.rysselaere@degroof.be
peter.s.andreou@jpmchase.com
peter.s.fortunato@db.com
peter.s.joo@columbiamanagement.com
peter.saganski@db.com
peter.sanchez@citadelgroup.com
peter.sanderson@blackrock.com
peter.santoro@columbiamanagement.com
peter.saperstone@fmr.com
peter.sargant@hk.standardchartered.com

peter.sass@db.com
peter.sauerbier@dekabank.de
peter.schaerer@ubs.com
peter.scharf@uk.bdroma.com
peter.scheffel@ikb-cam.de
peter.scheffel@postbank.de
peter.scherhammer@ba-ca.com
peter.schillinger@schoellerbank.at
peter.schlagbauer@rcm.at
peter.schmid2@zkb.ch
peter.schmorl@ikb.de
peter.schoenenberger@juliusbaer.com
peter.schott@aareal-bank.com
peter.schottmueller@cominvest.de
peter.schottmueller@union-investment.de
peter.schranz@db.com
peter.schroeder@columbiamanagement.com
peter.schuetz@juliusbaer.com
peter.schupp@vw.com
peter.schuster@ba-ca.com
peter.schuster@ikb.de
peter.schwartz@nationstarmail.com
peter.scot@zkb.ch
peter.scottgraham@aberdeen-asset.com
peter.sedlmeier@allfonds-bkg.de
peter.seelig@bnymellon.com
peter.seely@morganstanley.com
peter.seipel@frankfurt-trust.de
peter.seitinger@omv.com
peter.seka@effem.com
peter.shell@fhlb-pgh.com
peter.shepherd@lloydstsb.co.uk
peter.sheridan@morganstanley.com
peter.shouvlin@moorecap.com
peter.siciliano@ubs.com
peter.siegmund@wwk.de
peter.sigg@winterthur.ch
peter.simmons@ubs.com
peter.simon@gmacbank.com
peter.simon@morganstanley.com
peter.simons@deka.de
peter.skau@dehaw.com
peter.soo@aig.com
peter.sorrentino@huntington.com
peter.spano@nbs.sk
peter.spence@barcap.com
peter.staehler@apobank.de

Pg 52 of 1504

peter.stage@fandc.com
peter.stanfield@barclaysglobal.com
peter.stenz@swisscanto.ch
peter.stevenson@aig.com
peter.stiasny@dekabank.de
peter.stoffelen@carolinafirst.com
peter.strassmann@verkehrsbank.de
peter.strobl@axa.at
peter.struck@wamu.net
peter.studer@sl-am.com
peter.studtrucker@bmw.de
peter.su@tcw.com
peter.sullivan@lmginv.com
peter.sulser@lgt.com
peter.svoboda@sparinvest.com
peter.swank@tudor.com
peter.sward@seb.se
peter.swartz@moorecap.com
peter.sziklai@dgbank-dip.de
peter.tait@uk.nestle.com
peter.talbot@thehartford.com
peter.thelin@brummer.se
peter.thomas@group.novartis.com
peter.thomas@london.entoil.com
peter.thomas@morganstanley.com
peter.thorpe@inginvestment.com
peter.tiemey@pncadvisors.com
peter.tils@db.com
peter.tobler@credit-suisse.com
peter.tonetti@philips.com
peter.townsend@exxon.com
peter.tram@sswedbank.com
peter.trosker@postbank.de
peter.tsang@barclaysglobal.com
peter.tse@moorecap.com
peter.tsu@lazard.com
peter.turnor@uk.nestle.com
peter.tvrdy@commerzbank.com
peter.tzanetos@lmginv.com
peter.van.apeldoorn@nl.abnamro.com
peter.van.berlekom@alecta.com
peter.van.dashorst@nl.abnamro.com
peter.van.der.mespel@dzbank.de
peter.van.der.sterren@nibc.com
peter.van.vliet@ingim.com
peter.vanberlekom@brummer.com
peter.vandenhoute@ing.be

peter.vanderhof@meespierson.com
peter.vanwinkle@pncbank.com
peter.varga@sparinvest.com
peter.viehl@tcw.com
peter.vogel@db.com
peter.vogt@schering.de
peter.voitl@dekabank.de
peter.vonmoos@credit-suisse.com
peter.vonsivers@dnbnor.com
peter.w.knight@jpmorganfleming.com
peter.wadkins@fbfinance.com
peter.wagenhaeuser@bmw.de
peter.walburg@dws.de
peter.wan@ubs.com
peter.ward@glgpartners.com
peter.warlick@aa.com
peter.warmerdam@philips.com
peter.weldner@trinkaus.de
peter.welford@lehman.com
peter.wells@icap.com
peter.west@pamglobalfunds.com
peter.westaway@bankofengland.co.uk
peter.westlake@db.com
peter.wetter@credit-suisse.com
peter.whitbeck@fmr.com
peter.white@claridenleu.com
peter.widmann@allianz.de
peter.wiley@pioneerinvestments.com
peter.wilhelm@dresdner-bank.com
peter.willet@ssga.com
peter.williams@dmgt.co.uk
peter.willner@hvb.de
peter.wilson@barclaysglobal.com
peter.wilton@ibiscapital.co.uk
peter.winkle@lionhart.net
peter.winzinger@activest.de
peter.wirtz@db.com
peter.womg@sg.standardchartered.com
peter.wong@bear.com
peter.wong@blackrock.com
peter.wood@barclaysglobal.com
peter.worn@cmim.co.uk
peter.wright@fmr.com
peter.wright@morganstanley.com
peter.wrzodek@dzbank.de
peter.wuethrich@rothschildbank.com
peter.wufli@ubs.com

LBH - Derivatives Pg 54 of 1504 Email Service List

peter.young@bankofamerica.com
peter.yuen@ubs.com
peter.zerhouni@bbl.be
peter.zornio@honeywell.com
peter.zwerenz@db.com
peter@adib.co.ae
peter@ikos.co.uk
peter@oneinvest.ch
peter@stonehillcap.com
peter@swissinv.com
peter@watrust.com
peter_altman@ml.com
peter_angelopolus@putnam.com
peter_antos@cguusa.com
peter_antos@onebeacon.com
peter_bates@troweprice.com
peter_c_larson@fleet.com
peter_cooke@glenmede.com
peter_cornax@acml.com
peter_crocco@sunlife.com
peter_d_simons@bankone.com
peter_decrem@westlb.com
peter_devilbiss@merck.com
peter_donofrio@bankone.com
peter_dow@westlb.co.uk
peter_federico@freddiemac.com
peter_ferrelli@putnam.com
peter_fleisher@putnaminv.com
peter_g_lucas@fleet.com
peter_gibbs@blackrock.com
peter_grant@putnam.com
peter_hadden@putnam.com
peter_hajjar@ssga.com
peter_henricks@new-alliance.com
peter_hensman@newton.co.uk
peter_hubley@fanniemae.com
peter_j_azzinaro@keybank.com
peter_jarvis@ldn.invesco.com
peter_k_crossley@fleet.com
peter_kawada@invesco.com
peter_kruppa@ldn.invesco.com
peter_leffler@swissre.com
peter_lert@ssga.com
peter_lindley@ssga.com
peter_lindner@ssga.com
peter_m_flynn@fanniemae.com
peter_m_steinmetz@vanguard.com

peter_mahoney@freddiemac.com
peter_mahoney@vanguard.com
peter_marshall@conning.com
peter_mcevoy@ml.com
peter_middelkamp@swissre.com
peter_milczarek@putnam.com
peter_nguyen@calpers.ca.gov
peter_niculescu@fanniemae.com
peter_phillips@manulife.com
peter_ra@nylim.com
peter_reichenbach@swissre.com
peter_schwab@putnam.com
peter_snook@scotiacapital.com
peter_sonza@smbcgroup.com
peter_twidale@gb.smbcgroup.com
peter_ugincius@fanniemae.com
peter_v._meyer@putnam.com
peter_visser@deltalloyd.nl
peter_willett@ssga.statestreet.com
peter_wollman@invesco.com
peter_yang@manulife.com
peter_yang@mfcinvestments.com
peter_yi@ntrs.com
peter_yuen@ustrust.com
peter_zacowich@putnam.com
peter_zafiris@westlb.com
peter_zhang@acml.com
peter_zou@freddiemac.com
peter_zuleba@glenmede.com
peter0404@ms1.chb.com.tw
peter-a.steffen@dws.com
peterb@artesiamortgage.com
peterc.andersson@tetral.com
peterchesterfield@wessexam.co.uk
peterchiang@dbs.com
petercramer@pimco.com
petereinders@northwesternmutual.com
peterh@woodstockcorp.com
peterhazou@hsbc.com
peterhenry.hale@juliusbaer.com
peterhs@mail.pscnet.com.tw
peterhsieh@tcb-bank.com.tw
peterjan.de.koning@bloomberg.net
peterkelly@bloomberg.net
peter-l.harnik@ubsw.com
peter-levine@idexx.com
peter-m.weber@ba-ca.com

peterm@gic.com.sg
peterm@ikospartners.com
petermark.vogel@oppenheim.ch
peter-noel.schoemig@westam.com
peterr@oechsle.com
peterreeh@helaba-invest.de
peterrot@bloomberg.net
peterrudman@nb.se
peter-s.mccarthy@db.com
peters@oechsle.com
petersena@aetna.com
petersoh@dbs.com
peterson.marc@principal.com
peterson.scott.j@edgeassetmgt.com
peterson_bill@jpmorgan.com
petersonc@swcorp.org
peterss@delaware.co.uk
peterwalsh@angloirishbank.ie
peter-za.haug@ubs.com
petes@woodstockcorp.com
petevatev@tagfolio.com
petewang@princeton.edu
petr.kocourek@morganstanley.com
petr.polach@rzb.at
petr.thorson@pncadvisors.com
petr.toman@nlcal.mail.abb.com
petr_holubec@kb.cz
petra.asteson@tele1europe.se
petra.barthenheier@helaba.de
petra.becker@ruv.de
petra.beron@erstebank.at
petra.bradler@ruv.de
petra.dedeyne@fortis.com
petra.frewein@erstebank.at
petra.friedrich@bayernlb.com
petra.gerlach@commerzbank.com
petra.hoefer@lodh.com
petra.klaffert@alecta.com
petra.kuehl@allianzgi.de
petra.kutschera@helaba.de
petra.laux@sb.com
petra.luedecke@lgt.com
petra.meyer@oppenheim.de
petra.milbrath@db.com
petra.nithammer@barmenia.de
petra.pflaum@db.com
petra.pieper@ikb.de

petra.rihm@ubsw.com
petra.schaar@hsh-nordbank.com
petra.scheffel@ikb.de
petra.schruth@shell.com
petra.schwab@hyporealestaste.de
petra.schwab@hypovereinsbank.de
petra.sjostedt@omg.co.uk
petra.spelbos@rabobank.com
petra.steffler@rvs.at
petra.steves@postbank.de
petra.van.lochem@ingim.com
petra.wehlert@kfw.de
petra.wittmeier@postbank.de
petri.kangas@okobank.com
petri.vartiainen@nokia.com
petrine@fhlb-of.com
petros.toesland@glgpartners.com
petrounakou@bloomberg.net
petry@gothamcapital.com
petter.andreassen@seb.se
petter.haugerjohannssen@moa.norges-bank.no
petter.kristiansen@seb.se
petter.olberg@sr-bank.no
petter.stensland@alliancebernstein.com
petter.westlye@swedbank.com
petteri.joensuu@okobank.com
petteri.vaarnanen@tapiola.fi
petty.mw@dreyfus.com
peur01@handelsbanken.se
pevangelista@credem.it
peyre@westernasset.com
peze@perrycap.com
pf.guarguaglini@finmeccanica.it
pf@mizrahi.co.il
pfaily@floor32.com
pfaivre@pictet.com
pfang@lordabbett.com
pfarahmand@bank-banque-canada.ca
pfasold@frk.com
pfaus@bcj.gbancaja.com
pfaustma@allstate.com
pfeil@nordinvest.de
pferguso@nystrs.state.ny.us
pferguson@alger.com
pfernandes.lisboa@sinvest.es
pferwerda@tswinvest.com
pfewell@bloomberg.net

**LBH - Derivatives Counterparties Email Service List**

pfg@capgroup.com
pfiguracio@btmna.com
pfine@loomissayles.com
pfinops@perrycap.com
pfischer@safdie.com
pfishbin@jhancock.com
pfisher@blackrock.com
pfisher@wellington.com
pfisher@westcapinv.com
pfister@i-cv.ch
pfister@slb.com
pfitzgerald@chicagoequity.com
pfitzsimmons@oppenheimerfunds.com
pfixter@jennison.com
pflaherty@browncapital.com
pfleming@statestreet.com
pflood@tiaa-cref.org
pflynch@statestreet.com
pfmurph1@bechtel.com
pfo@ms.com
pfranc@pictet.com
pfranke@blair.com
pfrei@mmwarburg.ch
pfrick@loomissayles.com
pfroehlicher@pictet.com
pfroud@londonstockexchange.com
pfruzzetti@mfs.com
pfullerton@bloomberg.net
pfurlan@hwic.ca
pg@carnegieam.dk
pg@nationalbanken.dk
pg38@ntrs.com
pg4@americancentury.com
pgalbraith@frostbank.com
pgalloway@fhlbdm.com
pganucheau@hcmlp.com
pgarcia@ahorro.com
pgarciaalbaladejo@hipotecario.com.ar
pgartin@wellington.com
pgasant@frk.com
pgauthier@ofivalmo.fr
pgbrown@oppenheimerfunds.com
pgc1@ntrs.com
pgeyer@chubb.com
pghavami@ubs.com
pgiampa@jhancock.com
pgibbons@harcourtgeneral.com

pgieren@bloomberg.net
pgill@jhancock.com
pgill4@nyc.rr.com
pgillis@standishmellon.com
pgilman@aegonusa.com
pgl@fm.dk
pglaser@us.nomura.com
pglasgow@bailliegifford.co.uk
pglieze@cvceruope.com
pgmcpherson@wellington.com
pgmoucan@caam.com
pgnemmi@bancadellarete.it
pgo@nbim.no
pgoeller@wscapital.com
pgoginen@tiaa-cref.org
pgoldberg@ohiosavings.com
pgomezca@notes.banesto.es
pgoncalves@standishmellon.com
pgonzalez@xlserv.com
pgonzalezp@repsolypf.com
pgoodman@bloomberg.net
pgoodstadt@wellington.com
pgordon@mfs.com
pgordon@standishmellon.com
pgorman4@bloomberg.net
pgorman9@bloomberg.net
pgoux@groupama-am.fr
pgpking@bloomberg.net
pgr@ubp.ch
pgray@pjc.com
pgreco@fftw.com
pgreenwell@lkcm.com
pgreenwood@russell.com
pgreig@fciadvisors.com
pgrice1@bloomberg.net
pgrillo@delinvest.com
pgronniger@fciadvisors.com
pgruss@hcmny.com
pgu1@bloomberg.net
pguilbert@tiaa-cref.org
pgutierrez1@metlife.com
pguyonvarch@cicfg.com
pguzzi@loomissayles.com
ph@ubp.ch
ph99@cornell.edu
pha@bankinvest.com
pha@ubp.ch

phabert@cpr-am.fr
phaddad@statestreet.com
phadden@westpac.com.au
phaedonresearch@soros.com
phall@lincap.com
pham.phu-khoi@sg.standardchartered.com
phaman@exchange.ml.com
phamptian@bear.com
phamq@jwseligman.com
phan.dang@sscims.com
phanau@union-investment.de
phanella.i.mayall@jpmorgan.com
phangkw@ocbc.com
phannifa@amfam.com
phanrott@ibuk.bankgesellschaft.de
phanson@loomissayles.com
pharikishan@bankofindia.com
pharland@bankofny.com
pharrington@fi.rjf.com
pharris@jhancock.com
pharris@jp.statestreet.com
phauser@canyonparteners.com
phayes@hellerfin.com
phborghuis@aegon.nl
phburlisson@groupama-am.fr
phchainet@finama-am.fy
pheagy@federatedinv.com
phealy@bayernlbny.com
phecht@allstate.com
phecht@hbs.edu
pheckman@canyonpartners.com
pheeb@oppenheimerfunds.com
phelang@deshaw.com
phelsel@yorktraditionsbank.com
phendershot@hcmlp.com
phendry@alaskapermfund.com
phenry@ameritas.com
phenry@bloomberg.net
phentges@fhlbdm.com
pheobe_leung@hk.ml.com
pherman@lordabbett.com
phermann@ag-am.com
phermann3@bloomberg.net
phershey@tiaa-cref.org
phew@bankofny.com
phfu@ml.com
phga8408@mylodh.com

phguan@bloomberg.net
phi_green@ml.com
phickfui@dbs.com
phidaka@uscentral.org
phidar@tiaa-cref.org
phiemma.m.wilson@bob.hsbc.com
phiferh@stifel.com
phil.abejar@tcw.com
phil.austin@pncbank.com
phil.bayliss@lgim.co.uk
phil.carty@columbiamanagement.com
phil.deimus@ny.frb.org
phil.doel@fandc.com
phil.dumns@wachovia.com
phil.fazio.hvg5@statefarm.com
phil.gilham@moorecap.co.uk
phil.heaney@resolutionasset.com
phil.horner@northernrock.co.uk
phil.jobbins@dzbank.de
phil.kassin@aigfpc.com
phil.kearns@deshaw.com
phil.kurpiewski@dnbnor.no
phil.langfelder@db.com
phil.lee@hsbcpb.com
phil.manning@fidelity.com
phil.march@lgim.co.uk
phil.melville@usbank.com
phil.mierzwa@ustrust.com
phil.morse@uk.fid-intl.com
phil.muldoon@uk.calyon.com
phil.niehaus@suntrust.com
phil.oakley@halbis.com
phil.riordan@corporate.ge.com
phil.robinson@hsbcinvestments.com
phil.robinson@northernrock.co.uk
phil.rohdes@lbbwus.com
phil.schade@barclaysglobal.com
phil.scott@us.calyon.com
phil.sheridan@barcap.com
phil.skelton@mailpoalim.co.uk
phil.smyth@moorecap.com
phil.stafford@agf.com
phil.taylor@aiminvestments.com
phil.webster@aberdeen-asset.com
phil.yeates@rothschild.co.uk
phil@ardsley.com
phil_davidson@americancentury.com

phil_doherty@blackrock.com
phil_guth@freddiemac.com
phil_kligman@troweprice.com
phil_mcloughlin@phl.com
phil_meckel@ssga.com
phil_spak@conning.com
phileasa_p_patrick@vanguard.c
phili.graves@resolutionasset.comet.com
philij@nuveen.com
philiju@agf.fr
philip.allen@boimail.com
philip.ammann@vontobel.ch
philip.annen@bailliegifford.com
philip.ball@rbc.com
philip.barach@tcw.com
philip.barleggs@insightinvestment.com
philip.berman@electrolux.se
philip.best@threadneedle.co.uk
philip.bille@petercam.be
philip.blayney@pnc.com
philip.blunsen@nomura.co.uk
philip.boyce@citadelgroup.com
philip.braeker@ubs.com
philip.bredt@ingim.com
philip.brides@blackrock.com
philip.bullen@fmr.com
philip.c.morgan@jpmorgan.com
philip.c.street@jpmorgan.com
philip.camporeale@jpmorganfleming.com
philip.catmur@icap.com
philip.chan@swisslife.ch
philip.chan@zcmgroup.com
philip.chappell@swipartnership.co.uk
philip.chen@barclaysglobal.com
philip.chew@blackrock.com
philip.chitty@cgii.com
philip.chow@fandc.com
philip.christie@cba.com.au
philip.chu@bayernlb.de
philip.cohen@ubs-oconnor.com
philip.colburn@pioneerinvest.com
philip.croft@gartmore.com
philip.dicken@threadneedle.co.uk
philip.dipaolo@bbh.com
philip.duggan@biam.boi.ie
philip.ehrmann@gartmore.com
philip.engel@prudential.com

philip.farnum@vontobel.ch
philip.ferguson@aimfunds.com
philip.feront@ie.dexia.be
philip.foronda@westernasset.com
philip.g.condon@db.com
philip.garbarino@ubs.com
philip.garrett@eagleasset.com
philip.gent@singers.co.uk
philip.ghosn@bnpparibas.com
philip.gillman@fandc.com
philip.guest@ubs.com
philip.haigh@ubs.com
philip.hargreaves@hsbcam.com
philip.harris@csam.com
philip.haworth@aegon.co.uk
philip.hemsley@alliance-leicester.co.uk
philip.ho@meespierson.com.hk
philip.horgan@ny.invesco.com
philip.hsin@barclaysglobal.com
philip.hunt@fandc.co.uk
philip.hunter@lgim.co.uk
philip.hunter@omam.com
philip.j.foronda@citigroup.com
philip.jacob@gs.com
philip.jagd@nordea.dk
philip.jamison@dkib.com
philip.jan.looijen@mn-services.nl
philip.jao@email.chinatrust.com.tw
philip.k.perkins@jpmorgan.com
philip.kemp@rabobank.com
philip.kibble@sarasin.ch
philip.ladstaetter@fandc.com
philip.lawson@barclaysglobal.com
philip.letts@aibgovett.co.uk
philip.liverpool@shell.com
philip.lund-conlon@morganstanley.com
philip.m.salvisberg@claridenleu.com
philip.may@ppm-uk.com
philip.mcduell@ants.co.uk
philip.milburn@aegon.co.uk
philip.moffitt@gs.com
philip.mulvihill@ge.com
philip.mutooni@ge.com
philip.neyland@schwab.com
philip.norton@pioneerinvestments.com
philip.p.ashbrook@aib.ie
philip.p.lockyer@jpmorgan.com

philip.parker@morleyfm.com
philip.passafiume@protective.com
philip.payer@juliusbaer.com
philip.payne@aberdeen-asset.com
philip.pearson@glgpartners.com
philip.pearson@morleyfm.com
philip.r.rice@wellsfargo.com
philip.radziwill@moorecap.com
philip.rands@cba.com.au
philip.reading@bawagpsk.com
philip.riddell@lloydstsb.co.uk
philip.rose@swipartnership.co.uk
philip.rosenstrach@barcap.com
philip.ruvinsky@ubs.com
philip.salman@ubs.com
philip.schantz@csam.com
philip.schmitz@oppenheim.de
philip.schwab@edwardjones.com
philip.schwartz@inginvestment.com
philip.scott@fhlbny.com
philip.stec@ppmamerica.com
philip.thomas@bankofengland.co.uk
philip.tortelboom@dexia.be
philip.true@csam.com
philip.tuzzolino@pncadvisors.com
philip.valvona@hsbcib.com
philip.vandermause@citadelgroup.com
philip.wan@blackrock.com
philip.watkins@daiwasbi.co.jp
philip.westpfel@barclaysglobal.com
philip.whittome@investecmail.com
philip.winckle@seb.se
philip.winston@cgii.com
philip.winters@morganstanley.com
philip.wooldridge@bis.org
philip.wright@centrumbank.com
philip.wubbena@csam.com
philip.x.bird@jpmorgan.com
philip.young@harrisbank.com
philip@ab-capital.com
philip@gulfbank.com.kw
philip_a_davi@fleet.com
philip_aspinall@westlb.co.uk
philip_burger@troweprice.com
philip_byrde@ohionational.com
philip_chu@westlb.co.jp
philip_collins@newton.co.uk

philip_england@newton.co.uk
philip_guth@freddiemac.com
philip_hjelmer@aaa-net.com
philip_mccarty@freddiemac.com
philip_melville@nylim.com
philip_raciti@invesco.com
philip_reardon@ssga.com
philip_rio@nylim.com
philip_roberts@ustrust.com
philip_rodrigs@troweprice.com
philip_scully@capgroup.com
philip_sundell@americancentury.com
philipe.brunet@saint-gobain.com
philip-john.munoz@pimco.com
philip-max.meier@db.com
philipp.baertschi@sarasin.ch
philipp.bochsler@ubs.com
philipp.bonvin@ubs.com
philipp.brenneisen@nab.ch
philipp.brugger@dws.com
philipp.buechler@csam.com
philipp.burger@credit-suisse.com
philipp.federspieler@allianzgi.de
philipp.frank@credit-suisse.com
philipp.galliker@swisslife.ch
philipp.guerber@ubs.com
philipp.hegetschweiler@ubs.com
philipp.herzig@roche.com
philipp.inderbitzin@csam.com
philipp.kastner@credit-suisse.com
philipp.kellerhals@de.pimco.com
philipp.kruetli@csresearch.us
philipp.kuchen@credit-suisse.com
philipp.liechtenstein@lgt.com
philipp.lisibach@credit-suisse.com
philipp.matter@ubs.com
philipp.raetz@ubs.com
philipp.richard@mobi.ch
philipp.rickenbacher@juliusbaer.com
philipp.rieder@zkb.ch
philipp.rottwilm@db.com
philipp.ruegg@ubs.com
philipp.schmid@db.com
philipp.schmidmeister@credit-suisse.com
philipp.schreyer@fortisinvestments.com
philipp.schultze@juliusbaer.com
philipp.schwenecke@oppenheim.de

philipp.schweneke@oppenheim.de
philipp.sierstorpff@ovt.de
philipp.ulrich@cbve.com
philipp.vorndran@csam.com
philipp.waldstein@hvb.de
philipp.wickart@juliusbaer.com
philipp.wilson@ubs.com
philipp_e_daal@fleet.com
philippa.hatting@glgpartners.com
philippa.matthews@aegon.co.uk
philippe.agiman@ch.abb.com
philippe.alexandre@commerzbank.com
philippe.andrieu@banquedorsay.fr
philippe.argou@axa-im.com
philippe.barberot@alcatel.fr
philippe.bernard@csfb.com
philippe.berthelot@axa-im.com
philippe.besson@bcv.ch
philippe.bietlot@fortisbank.com
philippe.blavier@bnpparibas.com
philippe.blondiaux@nestle.com
philippe.bonnet@exane.com
philippe.bordenave@bnpparibas.com
philippe.bourgault@dexia.be
philippe.branley@socgen.com
philippe.brosse@sgam.com
philippe.buffle@lodh.com
philippe.busetta@caam.com
philippe.carey@credit-suisse.com
philippe.chalvert@ingferri.fr
philippe.chavanne@uk.mizuho-sc.com
philippe.christen@vpbank.com
philippe.clerc@groupe-mma.com
philippe.colas@sgam.com
philippe.colin@crediteurop.lu
philippe.cornu@lodh.com
philippe.couzinou@francetelecom.com
philippe.danilo@socgen.com
philippe.darbellay@db.com
philippe.de.verdalle@hsbc.fr
philippe.debreu@bnpparibas.com
philippe.de-gouville@sgam.com
philippe.dehoux@dexia.com
philippe.delmas@airbus.com
philippe.dembourg@ing.de
philippe.denef@degroof.be
philippe.deprez@ing.be

philippe.descheemaeker@axa-im.com
philippe.devaujuas-langan@dexia-bil.com
philippe.devroye@ing.be
philippe.dore@credit-agricole-sa.fr
philippe.douillet@ing.fr
philippe.du-chatelier@ingpatrimoine.com
philippe.duchatelier@lodh.com
philippe.ducos@dexia.com
philippe.eger@bbh.com
philippe.fremond@federal-finance.fr
philippe.gabella@bcv.ch
philippe.gaspard@caam.com
philippe.gazil@globalderivatives.com
philippe.geay@remy-cointreau.com
philippe.gijsels@fortisbank.com
philippe.gossard@airbus.com
philippe.graeppi@ubs.com
philippe.gross@banque-diamantaire.ch
philippe.guigny@caam.com
philippe.heiz@ubs.com
philippe.henry@barclayscapital.com
philippe.hijazin@dexia-am.com
philippe.hullaert@fortisbank.com
philippe.isvy@glgpartners.com
philippe.jaquet@vontobel.ch
philippe.jarry@airbus.com
philippe.jeunet@gazdefrance.com
philippe.joly@cnp.fr
philippe.joly@sgam.com
philippe.jotterand@credit-suisse.com
philippe.jungers@puilaetco.com
philippe.kellerhals@bnpparibas.com
philippe.kiewiet@inter.nl.net
philippe.klaskala@caam.com
philippe.kretz@credit-suisse.com
philippe.kurzweil@morganstanley.com
philippe.kuttler@zas.admin.ch
philippe.langham@sgam.co.uk
philippe.larange@ingferri.fr
philippe.lasnier-de-lavalette@sgam.com
philippe.latour@fortis.com
philippe.laval@ethias.be
philippe.lecocq@fortis.lu
philippe.lencou@barclays.co.uk
philippe.lhermie@edf.fr
philippe.loock@delen.be
philippe.madar@calyon.com

philippe.mahe@caam.com
philippe.malteste@dexia-bil.com
philippe.martin@banquedorsay.fr
philippe.martin@claridenleu.com
philippe.massot@ap.nxbp.com
philippe.meurice@bnpgroup.com
philippe.mitaine@sgam.com
philippe.mongars@banque-france.fr
philippe.mouy@sgam.com
philippe.noel@cades.com
philippe.noyard@dexia-am.com
philippe.oizon@axa-im.com
philippe.paulus@ing.be
philippe.perrody@banque-bpsd.fr
philippe.poeydomengedebettignies@credit-agricole-sa.fr
philippe.preite@credit-suisse.com
philippe.reichlin@swisslife.ch
philippe.renaudin@bnpparibas.com
philippe.ribiere@ikano.lu
philippe.rochat@lodh.com
philippe.rochez@puilaetco.com
philippe.rousseau@caam.com
philippe.rousseau@drkw.com
philippe.ruffat@axa-im.com
philippe.sala@lloydsbank.ch
philippe.sarfati@bmo.com
philippe.schindler@lodh.com
philippe.screve@dexia-am.com
philippe.seux@saint-gobain.com
philippe.simon@fortis.com
philippe.stadler@ubs.com
philippe.thomas@jpmorgan.com
philippe.trainar@ffsa.fr
philippe.veisseire@hsbc.fr
philippe.verstraete@ingim.com
philippe.vlasselaer@ing.ch
philippe.wagner@juliusbaer.com
philippe.weber@cpr-am.fr
philippe.zhang@axa-im.com
philippe.zuercher@lodh.com
philippe.zufferey@bcv.ch
philippe.zurcher@lodh.com
philippe@philippemagistretti.com
philippe@wanadoo.com
philippe_bibi@putnam.com
philippe_noury@pechiney.com
philippe_vibertguigue@aviva.fr

philippedamay@dbs.com
philippe-g.mueller@ubs.com
philippidespz@bernstein.com
philipp-p.hegetschweiler@ubs.com
philiprichards@northwesternmutual.com
philips.mao@cpic-ing.com.cn
philipshea@babsoncapital.com
philip-wright@swissre.com
phillip.auth@trs.state.tx.us
phillip.b.newman@exxonmobil.com
phillip.bales@gecapital.com
phillip.bolton@lodh.com
phillip.boustridge@barclaysglobal.com
phillip.brown@advantuscapital.com
phillip.chen@barclaysglobal.com
phillip.d.hart@jpmorgan.com
phillip.dransfied@lloydstsb.co.uk
phillip.edwards@bankofamerica.com
phillip.huson@prudential.com
phillip.ingram@dzbank.de
phillip.krauss@harrisbank.com
phillip.lamerton@bnpparibas.com
phillip.marriott@asbai.com
phillip.miller@abnamro.com
phillip.neuhart@wachovia.com
phillip.pilch@schwab.com
phillip.rhee@sscims.com
phillip.rogers@suntrust.com
phillip.schemel@us.socgen.com
phillip.sewell@exxonmobil.com
phillip.soccio@blackrock.com
phillip.sundquist@claridenleu.com
phillip.young@db.com
phillip_gottlick@cater-allen.co.uk
phillip_sapovits@vanguard.com
phillipa_morris@ntrs.com
phillipchang@temasek.com.sg
phillipe.gilson@bbl.be
phillipe.tacquenier@tractebel.com
phillipj@vankampen.com
phillipm@fhlbsea.com
phillippe.chapuis@nestle.com
phillippe.robeyns@sgcib.com
phillipphil@bloomberg.net
phillip-pt.thompson@ubs.com
phillips.b@mellon.com
phillips.steph@principal.com

**LBH - Derivatives Counterparties Email Service List**

phillips_charles@jpmorgan.com
phillipsjd@bernstein.com
phillipyeo@dbs.com
phillord@bankofny.com
phillro@exchange.ml.com
phills@wharton.upenn.edu
philyang@aol.com
phiob@maplepartners.com
phirt@swisscanto.ch
phlegaj@nationwide.com
phlim@mas.gov.sg
phmiglino@logancapital.com
phn@ubp.ch
phoddo@oddo.fr
phoebe.mcbee@morganstanley.com
phoebe@wasatchadvisors.com
phoebe_yen@cbcm.com
phoebehsu@jsun.com
phoenix.wright@ubs.com
phollis@bailliegifford.co.uk
pholt@fhlbdm.com
phommeyer3@bloomberg.net
phong.huynh@hanovercapital.com
phong7@bloomberg.net
phoran@leggmasoncanada.com
phorn@deerfieldcapital.com
phorng@orix.com
phoros@allstate.com
photz@mfs.com
phoung.le@db.com
phperelmuter@wellington.com
phposta@pictet.com
phs@choiceonemail.com
phsaini@bloomberg.net
phschmit@cisco.com
phudson@bass-net.com
phudson@millertabak.com
phughes@britannicasset.com
phumbert@aztreasury.gov
phumbert@mwamllc.com
phuong.t.le@db.com
phuong_pham@acml.com
phurbu.darpoling@csam.com
phurichr@bot.or.th
phux@tucsonelectric.com
phyllis.allgood@wachovia.com
phyllis.ames-kennedy@pnc.com

phyllis.chang@barcap.com
phyllis.devericks@phxinv.com
phyllis.harris@pnc.com
phyllis.musoke@deshaw.com
phyllis.seeger@hartfordlife.com
phyllis_daisey@cargill.com
phylos_sandison@centralbank.net
pia.herrala@scania.com
pia.horlebein@helaba.de
pia.lehto@helaba.de
pia.nyholm@swipartnership.co.uk
pia.pfeiffer@stinnes.de
pia.senn@cibasc.com
pia_mccusker@ssga.com
piacentinit@ing-afs.com
piangsze.chua@schroders.com
piankov@vtb.ru
pibor@bloomberg.net
pic1@bloomberg.net
piccione.cc@tbcam.com
piedad.gonzalezgonzalez@telefonica.es
pieper@bloomberg.net
pieples.t@mellon.com
pier.assistant@piercap.com
pier.francesco.facchini@benetton.it
pier.riches@agf.fr
pier.satta@bancaintesa.it
piera.elisa.grassi@jpmorgan.com
piercarlo.debernardi@sai.it
pierced@vkm.com
pierfrancesco.ragni@fincantieri.it
pierfranco.dimuro@bnlmail.com
pierfranco.giorgi@bancamarche.it
pierfranco.malpenga@dit.de
piergallini@wesbanco.com
piergiorgio.cellerino@jpmorgan.com
pier-giorgio.danella@helaba.de
piergiorgio.gabbi@interbanca.it
piergiova@bloomberg.net
pierino.caroti@mpsgr.it
pierluca.beltramelli@gestielle.it
pierluca.bonvicini@eurosgr.it
pierluigi.antonelli@bms.com
pierluigi.benettin@antonveneta.it
pierluigi.biondi@bancamarche.it
pierluigi.borle@interbanca.it
pierluigi.pasotti@bsibank.com

pierluigi.ricchiuti@bancaintesa.it
pierluigi.salvatore@pioneerinvest.it
pierluigi.spagnolo@arcafondi.it
piermario.cambula@capitalia-am.com
piermario.livrea@mediobanca.it
piero.cirenei@bpmsgr.com
piero.gavazzi@cattolicaassicurazioni.it
piero.grilli@bancaakros.it
piero.isabella-valenzi@credit-suisse.com
piero.maiocchi@bancaintesa.it
piero.mosconi@st.com
piero.pinto@ch.abnamro.com
piero.serafini@bancaeuromobiliare.it
pier-olivier.calestagne@global-infra.com
pierpaolo.deflaviis@lehman.com
pierpaolo.franca@bancagenerali.it
pierpaolo.iasci@pioneerinvest.ie
pierpaolo.rossi@bancaakros.it
pierpaolo.squillante@seb.lu
pierre.addoum@ie.dexia.be
pierre.amrom@fortisbank.com
pierre.annutsch@oppenheim.de
pierre.ars@ethias.be
pierre.bailleux@ingim.com
pierre.barre@clfbanque-dexia.com
pierre.benaich@publicis.fr
pierre.benaich@sodexhoalliance.com
pierre.biscay@axa-im.com
pierre.bose@barclays.co.uk
pierre.bouhanna@exane.com
pierre.boulic@caam.com
pierre.brusselmans@henkel.com
pierre.capra@sgam.com
pierre.capsie@bnpparibas.com
pierre.carotti@dexia-am.com
pierre.charlot@socgen.com
pierre.conrad@ubs.com
pierre.court@barep.com
pierre.cousseran@banque-france.fr
pierre.couture@inginvestment.com
pierre.curtis@cic-ue.fr
pierre.dallemagne@axa-im.com
pierre.delaly@bcv.ch
pierre.delisle@tres.bnc.ca
pierre.de-weck@db.com
pierre.diot@banque-hervet.fr
pierre.drevillon@jpmorgan.com

pierre.dubernard-laurent@bnpparibas.com
pierre.dury@cnp.fr
pierre.escande@caam.com
pierre.fourche@sgam.com
pierre.fourrier@bnpgroup.com
pierre.francois@morleyfm.com
pierre.gomot@sgam.com
pierre.grenier@fmr.com
pierre.grosfils@eurizoncapital.lu
pierre.gueguen@federalgestion.com
pierre.guenin@francetelecom.fr
pierre.guillemin@sl-am.com
pierre.gurdal@westernasset.com
pierre.hainry@cades.com
pierre.harang@calyon.com
pierre.harpes@bgl.lu
pierre.henin@belgacom.be
pierre.hilaire@francetelecom.fr
pierre.jaillet@banque-france.fr
pierre.lamboray@dexia-am.com
pierre.lapan@tmgchicago.com
pierre.ledoyen@nbb.be
pierre.lequeux@uk.abnamro.com
pierre.longueville@ing.be
pierre.louppe@cail.lu
pierre.martin@dws.de
pierre.martineu@calyon.com
pierre.masliah@bred.fr
pierre.mathieu@bnpgroup.com
pierre.meyer@legrand.fr
pierre.miguel@citicorp.com
pierre.moulin@bnpparibas.com
pierre.nguyen@bnpgroup.com
pierre.nothomb@deminor.com
pierre.ogier@cnp.fr
pierre.p.picard@bnpparibas.com
pierre.pincemaille@bnpparibas.com
pierre.pinel@bnpparibas.com
pierre.planche@lodh.com
pierre.pringuet@pernod-ricard.com
pierre.py@caam.com
pierre.rivier@partnerre.com
pierre.sattler@siemens.com
pierre.saulnier@dws.com
pierre.savarzeix@caam.com
pierre.sequier@sinopia.fr
pierre.sorel@fmr.com

pierre.stoll@bdl.lu
pierre.thomir@caam.com
pierre.tissot@lodh.com
pierre.toussain@banquedorsay.fr
pierre.valade@glgpartners.com
pierre.wauthier@zurich.com
pierre.weinstein@us.socgen.com
pierre.winand@inbev.com
pierre@stemarie.net
pierre_alain.rucquois@agf.be
pierre_auguste@ssga.com
pierre_fournel@coface.com
pierre_mainoldi@carrefour.com
pierre_sarrau@blackrock.com
pierre-alain.labat@labanquepostale-am.fr
pierre-alain.sieber@credit-suisse.com
pierreandre.klein@pioneerinvestments.com
pierreandre.maccabez@juliusbaer.com
pierre-andre.poletti@ubs.com
pierre-antoine.bellon@bcv.ch
pierre-antoine.cousin@bnpparibas.com
pierrecyril.calandreau@calyon.com
pierreemmanuel.juillard@axa-im.com
pierre-etienne.gilard@fortisinvestments.com
pierrefrancois.demontserrat@axa-im.com
pierre-henri.demonts@csam.com
pierre-henri.flamand@gs.com
pierrehenri.floquet@calyon.com
pierre-jean.marcon@sgam.com
pierrelouis.baslez@creditfoncier.fr
pierre-marie.di-maria-laval@us.socgen.com
pierre-marie.gerez@labanquepostale-am.fr
pierre-marie.piquet@bnpparibas.com
pierre-olivier.polet@ingim.com
pierre-pascal.fovini@juliusbaer.com
pierre-paul.verelst@ing.be
pierre-paul.verelst@ingim.com
pierrerouy@tinet.ie
pierreyves.gauthier@axa-im.com
pierre-yves.guillo@americas.bnpparibas.com
pierre-yves.hofer@lloydsbank.ch
pierre-yves.piccand@bcv.ch
pierrjohnson@yahoo.com
piers.hillier@db.com
piers.robinson@shell.com
pierson_cheng@americancentury.com
piet.roelandt@pggm.nl

piet.verheijen@philips.com
pieter.bouwknegt@mail.ing.nl
pieter.dhoore@ing.be
pieter.heijboer@ingim.com
pieter.korteweg@robeco.nl
pieter.maarten.mann@nl.abnamro.com
pieter.schop@ingim.com
pieter.strobos@credit-suisse.com
pieter.van.ockenburg@ingim.com
pieter.vanbaelen@fortis.com
pieter.vanzyl@gmacrfc.com
pietro.belotti@azimut.it
pietro.codoni@popso.ch
pietro.crigna@am.generali.com
pietro.dagui@gruppobim.it
pietro.giuliani@azimut.it
pietro.giuliani@credit-suisse.com
pietro.lai@antonveneta.it
pietro.mantovano@enifin.emi.it
pietro.scibona@popso.it
pietro.tenuta@bancaprofilo.it
pietrofranco.tali@saipem.eni.it
pietrzad@vankampen.com
piez.j@dreyfus.com
piffaretti@bloomberg.net
pifss3@ncc.moc.kw
pifss7@kems.net
pigl@bgbank.dk
piha01@handelsbanken.se
pihiggins@wellington.com
pihls@aeltus.com
piksoo.chen@jpmorgan.com
pil_anton@jpmorgan.com
pilar.campillos@interdin.com
pilar.castrillocarreira@telefonica.es
pilar.fernandez@uk.fid-intl.com
pilar.guzman@cibc.co.uk
pilar.segurasanchez@telefonica.es
pilar_villaseca_bce@cajarural.com
pilho.cho@wooribank.com
pilippe.delles@cail.lu
pille@wharton.upenn.edu
pillions@bloomberg.net
pim.beirens@fortisinvestments.com
pim.burggraeve@sns.nl
pim.poppe@snsreaal.nl
pim.van.mourik.broekman@nl.abnamro.com

pim.vansanten@shell.com
pim@pauligroup.com
pimpanc@bot.or.th
pinakin.patel@friendsis.com
pincherak@aeltus.com
ping.fu@ehy-us.com
ping.own@uk.fid-intl.com
ping.zhou@corporate.ge.com
ping_lin@cathaylife.com.tw
ping_pw_wu@amat.com
pingyin.chai@salemfive.com
pinkston_joseif@fsba.state.fl.us
pino.mattioli@capitalia-am.com
pino.mellerio@interbanca.it
pinuccia.parini@gestielle.it
piotr.mielus@bph.pl
piper.kerr@bmo.com
pipera@nationwide.com
pippa.wimble@investecmail.com
pippen-03548@email.esunbank.com.tw
pippo.ghezzi@bancaakros.it
pippolito@senecacapital.com
piqbal@bloomberg.net
piraroj@vankampen.com
pirb@chevron.com
pires.jn@tbcam.com
piret.viskus@hansa.ee
pirro@bloomberg.net
pirrucce@wharton.upenn.edu
pisantia@edison.it
pisenberg@lib.com
piskorowski.jj@tbcam.com
pisoni@bpintra.it
pissarif@ebrd.com
pitcher.bs@mellon.com
pitcher.marshall@edgeassetmgt.com
pittarag@ebrd.com
pius.boeswald@bnpparibas.com
pius.cavelty@oppenheim.ch
pivarcsia@mnb.hu
piwamoto@boh.com
piwasko@munder.com
piyanit.photchanatarm@db.com
piyaratana@aol.com
piyasa@tcmb.gov.tr
piyush.sahni@westernasset.com
piyush.srivastava@db.com

piyushg@bloomberg.net
pizzichemi@gruppocredit.it
pjacobs@bi.go.id
pjacobs@qualcomm.com
pjacobson@lordabbett.com
pjacoby@samipfd.com
pjacostg@cajamadrid.es
pjadhav@statestreet.com
pjain@smithgraham.com
pjain@us.nomura.com
pjansen@aegon.nl
pjarvis@pictet.com
pjcucurullo@the-ark.com
pjd3@ntrs.com
pjdaniel@hibernia.com
pjf1@ntrs.com
pjh@capgroup.com
pjh2@ntrs.com
pjha@fhlbatl.com
pjhaveri@frk.com
pjhaveri@templeton.com
pjj@sitinvest.com
pjk.tu@adia.ae
pjm1@anz.com
pjm43@cornell.edu
pjn@bloomberg.net
pjo@nbim.no
pjoshi@fandc.co.uk
pjourdan@firststate.co.uk
pjoyce@babsoncapital.com
pjpalaysi@bft.fr
pjsciandra@fhhlc.com
pjsilva@milleniumbcp.pt
pjsnyder@xlserv.com
pju@mfs.com
pjudge@jhancock.com
pjulita@pasche.ch
pjuran@blackrock.com
pjvdlinden@bloomberg.net
pjyakim@leggmason.com
pk.sinha@drkw.com
pk334@cornell.edu
pkalogeras@statestreet.com
pkane@allmerica.com
pkanna@perrycap.com
pkaperick@russell.com
pkapoor@bear.com

pkarpers@troweprice.com
pkaspar@csas.cz
pkatsos@metlife.com
pkauffman@hcmlp.com
pkaukonen@lordabbett.com
pkazlowski@bear.com
pkchu@bok.or.kr
pkeefe@loomissayles.com
pkelleher@uh.edu
pkelley@cap.com
pkelly@alger-ny.com
pkelly@sumitomotrustusa.com
pkendall@westernasset.com
pkenna@babsoncapital.com
pkennedy@standishmellon.com
pkenney@ford.com
pkenney@us.nomura.com
pkeogan@bloomberg.net
pkhatau@aol.com
pkhouri@dgaf.loreal.com
pking@phlyins.com
pking@ustrust.com
pkirk@babsoncapital.com
pkirkby@pkinvest.com
pkirwan@mfs.com
pkitzen@optimix.nl
pkj@nbim.no
pklein@frk.com
pkluge@scotiabank.com
pkn@jyskebank.dk
pknapp@bpscapital.com
pknepple@tiaa-cref.org
pkohlmann@union-investment.de
pkolluri@investcorp.com
pkong@nb.com
pkossian@troweprice.com
pkotsopoulos@mcleanbudden.com
pkp27@cornell.edu
pkrall@metlife.com
pkreiselmaier@russell.com
pkrell@uaw.net
pkrishnamurthy@rbi.org.in
pkroger@allstate.com
pkruger@bankofamerica.com
pkruis@bloomberg.net
pkscaturro@ustrust.com
pkupferberg@gofen.com

pkurniawan@metlife.com
pkvarn@bloomberg.net
pkyip@dbs.com
pkyle@kio.uk.com
pkyle@orleanscapital.com
pkz@bloomberg.net
pl333@cornell.edu
pl4@americancentury.com
plaa@kempen.nl
plaar@aegon.nl
placzek.brian@edgeassetmgt.com
pladreiter@rbb-bank.co.at
plafontaine@voyageur.net
plagonig@hartfordlife.com
plamasle@notes.banesto.es
plamb@fnbaonline.com
plamen.monovski@blackrock.com
plangerman@msfi.com
plangham@kio.uk.com
plarkin@bloomberg.net
plarrieu@calstrs.com
plarson@wfgweb.com
plarusso@btmna.com
platourette@ingalls.net
platt.es@dreyfus.com
plaughlin@reamsasset.com
plawrence@bc.pitt.edu
plawton@rwbaird.com
playle.sarah@principal.com
plc@bankinvest.dk
plciri@fhhlc.com
plebas@cenlar.com
plebois@bloomberg.net
plecocq@bloomberg.net
plederrey@bper.ch
pledonche@ofi-am.fr
plee@bethlehem.com
pleff@perrycap.com
pleischner@wella.de
pleiser@troweprice.com
plelievre@cpr.fr
plenders@oddo.fr
plenkeit@dlbabson.com
plentz@crain.com
plepetit@bloomberg.net
pleung@bankofny.com
plevi@lucchini.it

plewis@angelogordon.com
pli@brownadvisory.com
plim@fmt.com
plimlomwongse@worldbank.org
plin@caxton.com
plin@wescorp.org
plinekin@bear.com
plinio.zanetti@claridenleu.com
plisda@cityntl.com
plissman@angelogordon.com
plitalien@jhancock.com
pliu@hbk.com
pliu@mrcm.com
pliu@tiaa-cref.org
plivingstone@ambac.com
plivney@vcallc.com
pljohnson@chubb.com
plloyd@millertabak.com
plm@capgroup.com
plm@sitinvest.com
pln23@cornell.edu
plo@ubp.ch
plofdahl@tmgchicago.com
ploffredi@bloomberg.net
plogan@highbridge.com
plojka@csas.cz
plopes@banco-privado.pt
plopez@mfs.com
plorthioir@3suissesinternational.fr
plotnick@hhmi.org
ploughran@standishmellon.com
ploux@bloomberg.net
plowe@generalbank.com
plucas@franklintempleton.co.uk
plumer@ftci.com
plus.ceo@grupobbva.net
plyons@ncmapital.com
plyons2@bloomberg.net
pm.research@wachovia.com
pm@creditlyonnais.ch
pm@formuepleje.dk
pm@tkb.ch
pm327@cornell.edu
pma@sunamerica.com
pmaccrone@bloomberg.net
pmaggi@fondianima.it
pmagida@bloomberg.net

pmahebornon@dgaf.loreal.com
pmaher@certusmgt.com
pmahn@wellington.com
pmaiorana@bloomberg.net
pmaley@deerfieldcapital.com
pmaliczak@refcoeurope.com
pmallon@frk.com
pmara@jhancock.com
pmarazue@bancogui.es
pmarcaillou@cicparis.com
pmarchessaux@bnp.fr
pmarcogliese@mcleanbudden.com
pmark@ofina.on.ca
pmarnay@groupama-am.fr
pmarronn@entenial.com
pmartin@presidiomanagement.com
pmartinez@invercaixa.es
pmartinez@rccl.com
pmateu@invercaixa.es
pmattocks@bloomberg.net
pmatzelle2@bloomberg.net
pmaxwell@newstaram.com
pmay@newstaram.com
pmazur@idbny.com
pmb@petercam.be
pmb9@cornell.edu
pmc1111@bloomberg.net
pmccabe@blackrock.com
pmccall@templeton.com
pmccan@us.ibm.com
pmccarrol@templeton.com
pmccarth@ubs.com
pmccarthy@clamericas.com
pmcclain@fciadvisors.com
pmccormick@ambac.com
pmcdonough@onebeacon.com
pmchugh@tiaa-cref.org
pmcilveen@metlife.com
pmcmahon@gemcapitalmgmt.com
pmcmillan@sunamerica.com
pmdolz@ibercaja.es
pmead@mfs.com
pmeier@swissca.ch
pmelville@metlife.com
pmendonca@ryanlabs.com
pmeritt@bloomberg.net
pmessina@jhancock.com

pmeybom@munichre.com
pmf@ubp.ch
pmfe.ecoresearch@pmintl.com
pmgt@dkb.ch
pmiaris@nbgi.co.uk
pmicellis@generali.fr
pmiddleton@hcsbnj.com
pmidgley@sisucapital.com
pmiller@fhlbc.com
pmilora@bloomberg.net
pmimran@groupe-ufg.com
pmitsopolous@jhancock.com
pmitsopoulos@jhancock.com
pmiya@snwsc.com
pmjohnso@gapac.com
pmm@capgroup.com
pmm6192@red.cam.es
pmmcavoy@statestreet.com
pmng@mas.gov.sg
pmoeschter@templeton.com
pmol@kempen.nl
pmolony@fhlbdm.com
pmoomaw@hestercapital.com
pmoonan@amica.com
pmoore@statestreet.com
pmorais@bpp.pt
pmoratona@fibanc.es
pmorris@waddell.com
pmortg@bloomberg.net
pmoshabad@payden-rygel.com
pmouton@ftci.com
pms0123@chb.co.kr
pmt@pacbell.net
pmtraquina@wellington.com
pmullen@us.mufg.jp
pmurphy@au.pimco.com
pmurray@caxton.com
pna@capgroup.com
pnaik@oppenheimerfunds.com
pnatalizzi@ftci.com
pnathan@charles-stanley.co.uk
pnavanandan@fftw.com
pncoelho@montepiogeral.pt
pnelso3@amfam.com
pneman@pt.lu
pneri@tweedy.com
pnestico@troweprice.com

pnewell@bondinvestor.com
pnewman@banamex.com
pnf@ubp.ch
pniels@mapfre.com
pnilsson@oddo.fr
pnims@aegonusa.com
pnishiki@boh.com
pnk@veb.ru
pno@nbim.no
pnoble@dimensional.com
pnoel@bloomberg.net
pnoel@delinvest.com
pnoel@groupama-am.fr
pnolan@firstrust.com
pnolan@penncapital.com
pnolan@smithbreeden.com
pnolan@tiaa-cref.org
pnori@templeton.com
pnorr@lehman.com
pnutter@templeton.com
poakes@banksterling.com
poba-kundenhandel@postbank.de
pobermann@baylbny.com
pobermann@loomissayles.com
pobrien@brownadvisory.com
pochi@stanford.edu
pochih@ctclife.com.tw
pocobelli.fabrizio@alitalia.it
poconno@frk.com
poconomo@statestreet.com
pod@pggm.nl
podonnet@unigestion.com
poellers@pershing.com
poeppem@nationwide.com
pog.cdu@adia.ae
poh-kin.cheong@aig.com
pohodich.sm@mellon.com
pointhelp@lehman.com
pokeefe@bpbtc.com
poker.gary@edgeassetmgt.com
polanyig@otpbank.hu
polatn@tskb.com.tr
polin.foo@barclays.com
polina.bogdanova@citigroup.com
polina_drantyev@nylim.com
polina_kurdiavko@acml.com
pollutrn@jwseligman.com

polly.chow@citicorp.com
polly.escott@threadneedle.co.uk
polly.m.traer@wellsfargo.com
polly.pao@ge.com
polly@buffalofunds.com
polly_kolotas@swissre.com
polsen@westernasset.com
pome.gautier@sgcib.com
pomeara@hellerfin.com
poneill@unfcu.com
ponladep@bot.or.th
ponnamma_lalith@ssga.com
pontoglio@capitalgest.it
poobazee@delinvest.com
pooja.malik@barclaysglobal.com
pooja.rajput@wellsfargo.com
pooja.x.ganju@jpmchase.com
poole.j@mellon.com
poonam.dighe@morganstanley.com
poonmo@wellsfargo.com
poonsroc@bot.or.th
poos@home.nl
pop@epsilonfunds.com
popatn@nbd.com
popescua@princeton.edu
popham@ellington.com
popp.jennifer@principal.com
poppy.allonby@blackrock.com
porcella@capitalgest.it
porlando@federatedinv.com
portae@gunet.georgetown.edu
portal@chase.com
portegl@co.mecklenburg.nc.us
porterjg@ensignpeak.org
portfolio.management@ca-suisse.com
portfoliomanagement@westlb.lu
portilloramonmaria@bancsabadell.com
porto.jj@mellon.com
portugal@aigfpc.com
posada_cristian@jpmorgan.com
posborne@meagpower.org
posner@deshaw.com
possolo@research.ge.com
post_howland@nylim.com
postons@strsoh.org
pothe@stifel.com
potoole@fisbonds.com

pott@ftci.com
potter_brendan@jpmorgan.com
potter_nicholas@jpmorgan.com
pottert@aetna.com
potthof@pimco.com
poul.ahlmann@nordeasecurities.com
poul.bentsen@amagerbanken.dk
poul.callesen@nordea.com
poul.winslov@nordea.com
poul.winslow@nordea.com
poulsen@jyskebank.dk
pov@capgroup.com
powell.thurston@pimco.com
powellgl@bernstein.com
powellk@aeltus.com
powells@anz.com
powerf@ebrd.com
powers@pimco.com
powerss@lotsoff.com
powerst4@nationwide.com
ppafort@bloomberg.net
ppalani@frk.com
ppalfrey@bloomberg.net
ppalombi@inasim.gruppoina.it
ppalozzi@beutelgoodman.com
ppancholi@aigi.com
ppanciroli@credem.it
ppancza@vcallc.com
ppardini@fideuramsgr.it
pparsons@jhancock.com
ppask@thehartford.com
ppastorino@bancaintesa.us
ppatel@westernasset.com
ppatrick@firstmanhattan.com
ppatterson@mfcglobalus.com
ppawlowski@apollolp.com
ppcoyne@delinvest.com
ppecque@entergy.com
ppeluso@mcc.it
ppenet@cpr-am.fr
ppensyl@evergreeninvestments.com
ppereira@bankofny.com
pperez@invercaixa.es
pperret@pictet.com
pperrott1@bloomberg.net
pperry@schny.com
ppertusi3@bloomberg.net

ppeters@jhancock.com
ppeters@mellonbank.com
ppetresc@princeton.edu
ppg1@ntrs.com
pphelan@seic.com
pphilen@bloomberg.net
ppielmeyer@wella.de
ppillmore@bloomberg.net
ppimenta@incomeresearch.com
ppirsch@alger.com
pplaia@beazer.com
ppoduri@eatonvance.com
ppol@pictet.com
ppolny@babsoncapital.com
ppowers@delinvest.com
pprice@swst.com
ppt@ubp.ch
ppuglisi@blenheiminv.com
ppuig@bloomberg.net
ppurcell@rwbaird.com
ppuster@spt.com
pputman@troweprice.com
ppv@bloomberg.net
pquinn@fhlbc.com
pquinn@perrycap.com
pquinn@williamblair.com
pr49@ntrs.com
pr96@cornell.edu
prabha_ramakrishnan@americancentury.com
prabhav.mehta@morganstanley.com
prabhav.rakhra@dartmouth.edu
prabir.mitrabarua@fgb.ae
prabirg@mcm.com
pracheesh.mishra@citigroup.com
pradeep.jyer@us.standardchartered.com
pradeep.mehra@arabbanking.com
pradeepak@ambaresearch.com
pradicchi@cumberassoc.com
prajakta.nadkarni@morganstanley.com
praju@hcmlp.com
prakash.balakrishnan@morganstanley.com
prakash.jothee@hp.com
prakash.reddy@fmr.com
prakash.shirke@credit-suisse.com
prakash@bis.org
prakash@rbi.org.in
prakash_chaudhari@mfcinvestments.com

prakashs@strsoh.org
praktikum@wuerttembergische.de
prall.connie@principal.com
pramakrishnan@bear.com
pramela_krishna@vanguard.com
pramod.atluri@fmr.com
pramos1@mapfre.com
prampinelli@fideuram.fr
praneth.ly@labanquepostale-am.fr
prasad.inampudi@bernstein.com
prasad@smithindia.com
prasanth.v.dev@si.shell.com
prashant.bhajar@gs.com
prashant.goyal@fmr.com
prashant.goyal@inginvestment.com
prashant.gupta@barclaysglobal.com
prashant_jeyaganesh@troweprice.com
prashant_sundararajan@putnam.com
prashun.popat@moorecap.co.uk
prasm@danskebank.dk
prasongw@bot.or.th
prateek.pant@lazard.com
prathamesh.kulkarni@morganstanley.com
pratik.patel@mackayshields.com
pratik.shah@sgcib.com
pratik.shah@ubs.com
pratik.vazir@credit-suisse.com
pratikburmanray@gic.com.sg
pratima.abichandani@fidelity.com
pratseff@state.tn.us
prau@sterling-capital.com
praveen.richard@norwich.union.co.uk
praveen.tipirneni@cubist.com
praveen_damija@ssga.com
praveen_dhamija@ssga.com
pravir_bhatia@deshaw.com
praygor@gscpartners.com
prcteam@morganstanley.com
pread@fhlbdm.com
prealdeasua@bloomberg.net
preben.rosenberg@danskebank.dk
preben.tornes@moa.norges-bank.no
preeti.sayana@fmr.com
preeti_chadha@americancentury.com
preich@hhs.net
preidy@btmna.com
preinemann@jennison.com

preinhart@jmsonline.com
preite@bloomberg.net
preiters@loomissayles.com
prem_somu@fanniemae.com
premal.kadakia@umb.com
premdulari.thakkar@bankofamerica.com
pren@princeton.edu
prensink@wolterskluwer.com
prentice.jr@tbcam.com
prescott_legard@americancentury.com
press@apollolp.com
pressjoshua@hotmail.com
prestin.read@gwl.com
preston.holsinger@halliburton.com
preston.walters@uboc.com
prestwi@london.cic.fr
prewcastle@sjs-group.com
preya.patel@ubs.com
prgrsshm@cs.com
pri@ubp.ch
pribeiro@banco-privado.pt
pricee1@vankampen.com
priceta@ci.anchorage.ak.us
pricingroom@statestreet.com
priders@loomissayles.com
priegis@oddo.fr
prignoli@piaggio.com
primeau.david@principal.com
prinfret@utendahl.com
priorj@deshaw.com
prisadej@bot.or.th
prisca.schuster@lrp.de
priscilla.ordonez@prudential.com
priscilla_cy_chan@hkma.gov.hk
priscillali@gic.com.sg
priscille.melandri@lazard.fr
priska.scot@zkb.ch
pritesh.ranjan@ocwen.com
pritha_mitra-stiff@ssga.com
priti_kartik@symantec.com
priveebond@bloomberg.net
privee-bourse@bper.ch
priya.krishana@highbridge.com
priya.malhotra@blackrock.com
priya.ramanathan@avmltd.com
priyaa@mcm.com
prkelly@mfs.com

prkulkarni@wellington.com
prm.sennema@interpolispensioenen.nl
pro9@bloomberg.net
proantree@newstaram.com
probbims@mfs.com
probbins@mfs.com
probertson@cavanalhill.com
probinson@farcap.com
prockwood@standishmellon.com
proctor.david@sg.standardchartered.com
proeder@munichre.com
progbank@ovis.net
prohin@agf.fr
prohner@pictet.com
prokosz@roxcap.com
proland@e-qci.com
prolt@bloomberg.net
promano@bcbsm.com
prook@bloomberg.net
proos@hcmlp.com
proot@munder.com
prop@bnpparibas.com
propequities@artesiabc.be
proptrading@lbbw.de
prossi@nylim.com
prostom@ftci.com
prousseau@scor.com
provalue@tic.ch
provenzano.ka@mellon.com
provinceg@brinson.com
prowan@pugco.com
prp@ubp.ch
prp1@ntrs.com
prperkins@delinvest.com
prphillips@leggmason.com
prphillips@washtrust.com
prtmaletta@aol.com
prudy.lo@bmo.com
prue@adamsexpress.com
pruggieri@amica.com
pruksa.iamthongthong@aberdeen-asset.com
prunnalls@sib.wa.gov
prusso@bloomberg.net
prusso@grneam.com
pruyn_haskins@scotiacapital.com
prwalsh@statestreet.com
pryan@nabny.com

przemyslaw.pyziel@ubs.com
przemyslaw.sitarz@caam.com
przepf@wellmanage.com
ps@danskebank.dk
ps@dodgeandcox.com
ps78@nrts.com
psa@bpi.pt
psage@standishmellon.com
psaitta@bankofny.com
psakon@deerfieldcapital.com
psakungew@hcmlp.com
psalisbury@eatonvance.com
psalmon@metlife.com
psalniker@wellington.com
psalov@evergreeninvestments.com
psanders@waddell.com
psanfeli@notes.banesto.es
psano@iccrea.bcc.it
psantucci@uecic.cicomore.fr
psarreau@pictet.com
psatterfield@unumprovident.com
psavor@wharton.upenn.edu
pscalisi@bloomberg.net
pschaffer@ustrust.com
pscherrer@bper.ch
pschleiffer@bloomberg.net
pschmidt10@bloomberg.net
pschoenh@amfam.com
pschott@pwmco.com
pschu@oppenheimerfunds.com
pschulten@wescorp.org
pschulten2@bloomberg.net
pschulze8@bloomberg.net
pschutt@mail.state.il.us
pschwartzman@blackrock.com
pschwob@asbnet.com
pscola@tiaa-cref.org
pse@petercam.be
psegal@bper.ch
psegal@ftci.com
pseidenwar@dcxcaptial.com
psellers@perrycap.com
psengelmann@payden-rygel.com
pserafini@pictet.com
psetbon@generali.fr
psganzerla@credem.it
psgardelis@alpha.gr

psgresearch@citadelgroup.com
pshah@btmna.com
pshah@canyonpartners.com
pshah@loomissayles.com
pshah@us.mufg.jp
pshangkuan@omega-advisors.com
pshantic@calstrs.com
pshapiro@mcdinvest.com
psharma16@metlife.com
pshea1@metlife.com
psheehy@ag-am.com
pshen@wharton.upenn.edu
psheridan@wintrust.com
psherringham@sanwabank.com
pshields@blackcanyoncapital.com
pshih@perrycap.com
pshomig@oppenheimerfunds.com
psilano@iccrea.bcc.it
psilva@penncapital.com
psilzer@nevrodie.com
psim@maybank.com.sg
psivin@mdsass.com
psjarvis@bloomberg.net
psk@merganser.com
pskinner@mfs.com
psloane@martincurrie.com
pslomer@marsbank.com
psmanchiraju@dow.com
psmartin@bcentral.cl
psmith@barbnet.com
psmith@caxton.com
psmith@pkinvest.com
psmith@whitepinecapital.com
pso@bpi.pt
psolis@cuprum.cl
psommers@paladininvestments.com
psong@mas.gov.sg
psorento@bbandt.com
psosnowski@siebertnet.com
psp@nbim.no
pspain@ssrm.com
pspessoa@aol.com
pspivack@hawkglobal-us.com
psrinivas@waddell.com
pss8837@wooribank.com
pst@brgco.com
pstack@bankofny.com

pstafford@dow.com
pstalun@frk.com
pstein@princeton.edu
pstekl@williamblair.com
pstern1@bloomberg.net
pstern2@bloomberg.net
psterner@waddell.com
pstiles@uk-dexia.com
pstiller@ipohome.com
pstoll1@bloomberg.net
pstowell@pjc.com
pstraffon@mcdinvest.com
pstrauss@nb.com
pstruck@metzler.com
pstrzalkowski@oppenheimerfunds.com
pstscherban@rwbaird.com
pstubbs@caxton.com
pstutz@westernasset.com
psuarez@invercaixa.es
psubrama@citadelgroup.com
psularz@williamblair.com
psullivan18@bloomberg.net
psun@panagora.com
psun@wellington.com
psundman@nb.com
psv@nbim.no
pswaffield@eatonvance.com
pswigart@omega-advisors.com
pszczygiel2@babsoncapital.com
pszpak@jennison.com
ptadie@bankofny.com
ptag@capgroup.com
ptbradford@bjurman.com
ptdesk@millertabak.com
ptegano@vestarcapital.com
pteten@hibernia.com
pthacker@bloomberg.net
ptheriault@wilmingtontrust.com
pthogan@statestreet.com
pthornton@wachoviasec.com
pthullen@pictet.com
pthursby@thamesriver.co.uk
ptily@loomissayles.com
ptiwari@fhlbdm.com
ptomasina@bancasempione.ch
ptomlin@kio.uk.com
ptorreso@cajamadrid.es

ptorretta@bancorio.com.ar
ptownsen@capstonefinancial.com
ptr@clinton.com
ptr@ubp.ch
ptracey@ustrust.com
ptrager@aigfpc.com
ptravezan@asbnet.com
ptrill@lehman.com
ptroob@evcap.com
ptru@chevron.com
ptschaar@bllomberg.net
ptschuetsche@bloomberg.net
ptsu@wdwitter.com
ptucker@csc.com
ptures@acuity.com
pturner@citysecurities.com
puachingleong@gic.com.sg
puahjimee@gic.com.sg
puahtohlim@gic.com.sg
puccij@nationwide.com
puebel@ambac.com
pui.leng.fong@cibc.com.sg
pui.y.tse@us.hsbc.com
pui_chow@westlb.com
puigd@bancsabadell.com
pui-kei.yuen@ubs.com
puiyin.chan@jpmorgan.com
puja.u.kapadia@jpmorgan.com
pujan.amin@alliancebernstein.com
pula.gabor@ecb.europa.eu
pulayj@ebrd.com
pulin@bloomberg.net
puneet.kohli@bmonb.com
puneet.kohli@tres.bnc.ca
punit_nagori@ml.com
punnamas@temasek.com.sg
punt@bloomberg.net
puravani@microsoft.com
puraye@bloomberg.net
purbanc@hotmail.com
purdy.t@dreyfus.com
purl.hogan@ubs.com
purpuro@vankampen.com
purquidi@oaktreecap.com
purrutiaj@bancopastor.es
purrutij@cajamadrid.es
puru.vashishtha@qifmanagement.com

Pg 94 of 1504

puru@qifmanagement.com
puschroeder@ui-gmbh.de
pushkar.jauhari@uk.fid-intl.com
putnam.coes@morganstanlely.com
putnicki@pimco.com
pvalle@federatedinv.com
pvanacker@cpr.fr
pvanderelst@bloomberg.net
pvankud@clinton.com
pvansaun@tswinvest.com
pvaream@mfs.com
pvarughese@metlife.com
pvaruno@frk.com
pvasas@bper.ch
pvasquez@iidpower.com
pvaughan@fbw.com
pvazques@interdin.com
pvenlet@spfbeheer.nl
pventuri@carigesgr.it
pvh@ntrs.com
pvialle@groupama-am.fr
pvieth@panagora.com
pvigil@fdic.gov
pviola@gestielle.it
pvithlani@kio.uk.com
pvkane@bloomberg.net
pvolino@cantor.com
pvolovich@lordabbett.com
pvong@croftleo.com
pvoulgaris@mfs.com
pvtbanking@lloydstsb-offshore.com
pw12@ntrs.com
pw46@ntrs.com
pwade@nb.com
pwag@nb.com
pwainman@bayharbour.com
pwald@caicheuvreux.com
pwalker@evcap.bm
pwalker@frk.com
pwallace@heritagefunds.rjf.com
pwallace@xlserv.com
pwang@nb.com
pwarga@pictet.com
pwarner@nb.com
pwaro@valcourt.ch
pwcarpi@wellington.com
pweiss@ftci.com

pwelch@penncapital.com
pwelling@metzler.com
pwen@ag-am.com
pwerner@copera.org
pwerner@icbny.com
pwestmoreland@litchcap.com
pwhelan1@bloomberg.net
pwhitcutt@angloamerican.co.uk
pwhite@deshaw.com
pwilders@membertrade.com
pwilhelm@federatedinv.com
pwilliams@chicagoequity.com
pwilliams@insightinvestment.com
pwilmsh@templeton.com
pwilshin@bloomberg.net
pwilson@allstate.com
pwilson@bankofny.com
pwilson1@metlife.com
pwinfield@bloomberg.net
pwir@ubp.ch
pwirrer@bloomberg.net
pwirz@ftci.com
pwithers@fftw.com
pwong@lordabbett.com
pwood@evcap.com
pwood@munder.com
pwoodruff@stephens.com
pwoolridge@dadco.com
pwright@loomissayles.com
pwright@tiaa-cref.org
pwroblewski@opcap.com
pwruedi@wellington.com
pwweigold@homeside.com
pwynn@bloomberg.net
pxc04655@niftyserve.or.jp
pxstone@us.ca-indosuez.com
pybrack@bper.ch
pyepes@caxton.com
pym@wooribank.com
pym3@wooribank.com
pyopyo@cathaylife.com.tw
pyrsch@bloomberg.net
pz35@cornell.edu
pzetlmaier@orixcm.com
pzhao@hbk.com
pzlatkovic@bloomberg.net
pzuckerwise@ucm.utendahl.com

pzweifel@pictet.com
pzywot@bloomberg.net
q.zhao@robeco.nl
qaisar.hasan@alliancebernstein.com
qaiser.waheed@ubsw.com
qamar.a.abbasi@unb.ae
qasim.abbas@ubs.com
qasim.ahmedbhai@aig.com
qbarker@nylim.com
qchen@fftw.com
qchen@worldbank.org
qed@best.com
qeg_research@vanguard.com
qfan@worldbank.org
qfaulkner@loomissayles.com
qfmodel@bankofamerica.com
qfu@bci.it
qi.chen@icbc.com.cn
qi_guan@ssga.com
qian.jiang@caam.com
qian_yang@cmbchina.com
qiang.fu@wamu.net
qiang_fu@fanniemae.com
qiansheng@bloomberg.net
qianwei_hz@zj.icbc.com.cn
qing.sheng@db.com
qing.wang@credit-suisse.com
qing.xu@ingim.com
qing_sun@fanniemae.com
qinlei@icbc.com.cn
qinlong@cmbchina.com
qiongshu.li@icbc.com.cn
qiufang.cao@bankofamerica.com
qkrn2884@hotmail.com
qkrn2984@kbstar.co.kr
qktang@mas.gov.sg
ql43@cornell.edu
qlei@bankofny.com
qli2@worldbank.org
qnb@bloomberg.net
quahwg@gic.com.sg
quaiser@ui-gmbh.de
quan.lee@barcap.com
quan.wen@aig.com
quang_la@ssga.com
quang-vinh.le@bred.fr
quanjunjie@citicbank.com

quant.research@prudential.com
quant@pavc.com
quant_rsch@inginvestment.com
quanta_graves@troweprice.com
quashie_aline@jpmorgan.com
que.nguyen@morganstanley.com
quekmm@bloomberg.net
quello.david@luthbro.com
quent.herring@bcbsfl.com
quentin.fitzsimmons@threadneedle.co.uk
querini@gestielle.it
questions@seic.com.
quianag@csccu.com
quick@colognere.com
quin.casey@morleyfm.com
quincy.scott@kbcaim.com
quinn.bp@mellon.com
quinn.morgan@moorecap.com
quinn.vork@ftnmidwest.com
quinn_d_nguyen@vanguard.com
quinn_forrest@jpmorgan.com
quinnm@bwbank.ie
quinnnoel@northwesternmutual.com
quintaj@rjrt.com
quintin.price@blackrock.com
quinton.long@mortgagefamily.com
quirosaa@bccr.fi.cr
quiviya_eldridge@ml.com
qun.ju@tcw.com
qunshan.gao@de.pimco.com
quoc-giao.tran@sgam.com
quocphong.dang@lodh.com
quyen.tran@highbridge.com
quynh.pham@shell.com
quynh.vu@vanguard.com.au
qwang@hbk.com
qwang@worldbank.org
qwu@bloomberg.net
qyang@statestreet.com
qyliu@bocusa.com
qzhang8@bloomberg.net
qzhu@bocusa.com
qzimmerman@russell.com
r...@kdfhi.com
r.a.moraal@robeco.nl
r.abe@aozorabank.co.jp
r.almajed@ncbc.com

r.bernhard@efv.admin.ch
r.biffi@bipielle.it
r.blokland@robeco.nl
r.brenninkmeijer@robeco.nl
r.brouwer@robeco.nl
r.burgstaller@ooev.at
r.c.coppes@dnb.nl
r.caniard@macsffinance.com
r.cannon@fnysllc.com
r.carroll-freile@bloomberg.net
r.christopher.melendes@jpmchase.com
r.clarke@hermes.co.uk
r.clements@hermes.co.uk
r.clifford@lcfr.co.uk
r.colangelo@astonbank.com
r.condulmari@kairosinv.com
r.crijns@gbf.nl
r.darwish@alahli.com
r.de.die@robeco.nl
r.de.meel@hq.vnu.com
r.deifel@t-online.net
r.dejulian@bcee.lu
r.dieckvoss@bvv-vers.de
r.duerler@hsbc.guyerzeller.com
r.duncan@uk.abnamro.com
r.ebert@sskhan.de
r.eibes@labouchere.nl
r.elemans@robeco.nl
r.feddes@sl-am.nl
r.fedorak@usa.dupont.com
r.fortune@hermes.co.uk
r.foss@interpolis.nl
r.garland@qic.com
r.garobbio@finter.ch
r.gattiglia@miroglio.com
r.gervasoni@bpbfinance.com
r.giancola@bimbank.it
r.goel@nrcl.com
r.grant@easternbk.com
r.grosso@danieli.it
r.heussen@apoasset.de
r.hinterdorfer@oberbank.at
r.holbrook@easternbk.com
r.hottensen@olayangroup.com
r.houben@robeco.nl
r.huuftgraafland@heineken.com
r.j.albinus@indoverbank.com

r.jewell@qic.com
r.karsenti@eib.org
r.koole@dbv.nl
r.koppang@israeldiscountbank.com
r.kroos@robeco.nl
r.lake@hermes.co.uk
r.ledager@jyskebank.dk
r.lupotto@italcementi.it
r.maier@ww-ag.com
r.martin@easternbk.com
r.mccarthy@olayangroup.com
r.medici@sirti.it
r.mehra@fnysllc.com
r.monti@olivetti.com
r.morgenthaler@sgkb.ch
r.morris@mwam.com
r.mozzetti@dbtc.ch
r.muller@dr.utc.rabobank.com
r.n.m.wesseling@heineken.com
r.nagahama@noemail.com
r.nahar@robeco.nl
r.neill@leggmasoninvestors.com
r.oehr@donner.de
r.oetliker@hsbc.guyerzeller.com
r.paghini@bipielle.it
r.patel@hermes.co.uk
r.pauli@dnb.nl
r.pedon@cassalombarda.it
r.pfyl@aigpb.com
r.pisano@robeco.nl
r.rizzo@hsbc.guyerzeller.com
r.rosso@kairospartners.com
r.saxinger@frankfurt-trust.de
r.schellekens@robeco.nl
r.schlaepfer@hsbc.guyerzeller.com
r.schmidt@hsh-nordbank.com
r.scholten@bloomberg.net
r.sekijima@mitsui.com
r.sharpe@bspf.co.uk
r.sierra@sumitomotrust.co.jp
r.smith@kairospartners.com
r.solenske@wafra.com
r.speetjens@robeco.nl
r.sprangers@robeco.nl
r.stauss@nrcl.com
r.stazi@cofiri.it
r.stimson@easternbk.com

r.stokvis@heineken.com
r.strauss.2002@frankfurt-trust.de
r.t.c.m.obbens@vanlanschot.com
r.tan@robeco.nl
r.taricco@sace.it
r.tateossian@wafra.com
r.temperley@bloomberg.net
r.van.den.barselaar@robeco.nl
r.van.der.meer@robeco.nl
r.van.hees@zwitserleven.nl
r.vanheyningen@vanlanschot.com
r.velida@robeco.nl
r.venster@robeco.nl
r.verhoeven@bloomberg.net
r.vermeulen@dnb.nl
r.weiss@blpk.ch
r.werdel@bcee.lu
r.wilson@lcfr.co.uk
r.wuijster@robeco.nl
r.yesodharan@sumitomotrust.co.jp
r.zanetti@creberg.it
r@blaylocklp.com
r_beaudoin@putnam.com
r_dhopeshwarkar@ml.com
r_ethington@putnam.com
r_kamiyama@nam.co.jp
r_mead@putnam.com
r_parra@bancourquijo.es
r_portillo@bancourquijo.es
r_t_quinn@troweprice.com
r1champion@bloomberg.net
r1johnson@mfs.com
r1macdonald@mfs.com
r4.tanaka@aozorabank.co.jp
raaed.kabbabe@rzb.at
raanan.pritzker@truscocapital.com
raarora@lehman.com
rab.na@adia.ae
rab@baupost.com
rab_khan@putnam.com
rabad@ftci.com
rabadam@nationwide.com
rabea_nawaz@freddiemac.com
rabel@blbabson.com
rabel@dlbabson.com
rabele@orleanscapital.com
rabelo.l@tbcam.com

rabijar@petronas.com.my
rabin.tambyraja@jpmchase.com
rabinovitz.a@fibi.co.il
rabinowitz@gothamcapital.com
rabruno@wellington.com
rabu@statoil.com
rac@bpi.pt
rac@gr.dk
racel_ochoa@calpers.ca.gov
racel_sy@calpers.ca.gov
rach@bloomberg.net
rachael.downey@compassbnk.com
rachael.foo@vanguard.com.au
rachael.mcghee@jpmorgan.com
rachael_brierley@bat.com
rachael_leman@ssga.com
rachaeltang@dbs.com
rachel.baratiak@barclaysglobal.com
rachel.barnard@dillonread.com
rachel.benepe@asbai.com
rachel.bernstein@fmr.com
rachel.bruner@aiminvestments.com
rachel.campbell@alliancebernstein.com
rachel.colicchio@moorecap.com
rachel.collingridge@insightinvestment.com
rachel.crossley@insightinvestment.com
rachel.english@bg-group.com
rachel.english@ubs.com
rachel.f.naughton@aib.ie
rachel.fallows@uk.fid-intl.com
rachel.feuer@lazard.com
rachel.haas@gmacrfc.com
rachel.haefliger@credit-suisse.com
rachel.jones@socgen.co.uk
rachel.jordan@db.com
rachel.kinney@blackrock.com
rachel.kolsky@aig.com
rachel.lambert@uk.fid-intl.com
rachel.lauber@inginvestment.com
rachel.lewis@pnc.com
rachel.madeiros@morganstanley.com
rachel.mccormich@uk.fid-intl.com
rachel.muscatt@csam.com
rachel.o'connor@ing.com.au
rachel.onghy@uobgroup.com
rachel.roberts@state.tn.us
rachel.sackmaster@janus.com

rachel.speirs@citigroup.com
rachel.willis@gartmore.com
rachel.zhang@pncbank.com
rachel@bpviinc.com
rachel_delahunty@troweprice.com
rachel_smith@vanguard.com
rachel_west@putnam.com
rachele.dellera@bancaprofilo.it
rachelle.justice@inginvestment.com
rachelle.scheierl@lacrosseglobal.com
rachelteo@gic.com.sg
rachid.jdidi@barclays.co.uk
rachid.medjaoui@labanquepostale-am.fr
rachid.semaoune@gibuk.com
rachid.semaoune@omam.co.uk
rachmah.idroes@ubs.com
rachmi.n.dwiyandari@jpmorgan.com
racope@greatsoutherbank.com
radams@jhancock.com
radecki.sarah@edgeassetmgt.com
radek.svoboda@t-mobile.net
rademacher@tk.thyssenkrupp.com
radenmosrijah@gic.com.sg
radha.subramanian@shenkmancapital.com
radkins@us.ibm.com
radomir.danek@erstegroup.com
radovan.milanovic@credit-suisse.com
radrogue@wellington.com
radu.neagu@research.ge.com
radu.tunaru@bmo.com
rae.zakhary@jpmorganfleming.com
raearly@delinvest.com
raeed@kuwait-fund.org
rafael.a.febres-cordero@fmr.com
rafael.a.martinez@bgf.gobierno.pr
rafael.bernal@alliancebernstein.com
rafael.bloom@glgpartners.com
rafael.canada@bbvauk.com
rafael.chang@credit-suisse.com
rafael.e.amoros@bankofamerica.com
rafael.freitas@jpmorgan.com
rafael.fucinos@bcv.ch
rafael.galuszkiewicz@muenchenerhyp.de
rafael.garza@bis.org
rafael.gonzalez@morganstanley.com
rafael.gonzalez_aller@citicorp.com
rafael.harada@jbsswift.com

rafael.lim@sscims.com
rafael.martinez@fortis.com
rafael.polatinsky@threadneedle.com
rafael.rabat@bankpyme.es
rafael.rico@db.com
rafael.rodriquez@bgf.gobierno.pr
rafael.rudnik@vontobel.ch
rafael.schmidt@bis.org
rafael.silveira@bankofamerica.com
rafael_valbuena@westlb.co.uk
rafaelh@wharton.upenn.edu
rafaelina.lee@db.com
rafaella.casula@saras.it
rafal.niedzialek@prudential.com
rafalinde@bloomberg.net
rafaneh@omega-advisors.com
rafe.garvin@rbc.com
raffael.furrer@credit-suisse.com
raffael.weidmann@claridenleu.com
raffaele.bratina@am.generali.com
raffaele.carlucci@mediolanum.it
raffaele.carmine@zkb.ch
raffaele.derosa@bsibank.com
raffaele.lovero@bancaprofilo.it
raffaele.medugno@arcafondi.it
raffaele.moretti@ubs.com
raffaele.riccioli@sai.it
raffaele.savi@capitalia-am.com
raffaele.senese@juliusbaer.com
raffaele.zingone@jpmorgan.com
raffaele@banksterling.com
raffaele_agrusti@generali.com
raffaele_bartoli@generali.com
raffaella.allotti@eni.it
raffaella.conti@ubs.com
raffaella.cremonesi@enifin.eni.it
raffaella.luglini@finmeccanica.it
raffaella.maroglio@gnisim.it
raffaella.mezzanzanica@ubs.com
raffaella.piva@dexia-crediop.it
raffaella.sommariva@azfund.com
raffaella.tolardo@meliorbanca.com
raffaelle.berchtold@csam.com
raffaello.soardi@bancalombarda.it
raffeph@texaco.com
rafi.u.zaman@usa.dupont.com
rafink@uss.com

rafisher@uss.com
rafzac@bloomberg.net
rag2@ntrs.com
ragarwa@frk.com
raghav.bansal@fmr.com
raghav_nandagopal@ustrust.com
ragheed.moghrabi@ae.abnamro.com
raghnall.craighead@woolwich.co
raghu.raghavendra@moorecap.co.uk
ragioneria@bpservizi.it
ragnar@kaupthing.is
ragnelli@duncanw.com
ragrimonti@bloomberg.net
rah.cdu@adia.ae
rahagerty@statestreetkc.com
rahe@danskebank.dk
raheel.altaf@uk.fid-intl.com
raheel.siddiqui@nb.com
raheem.mungrue@tt.rbtt.com
rahel.wuethrich@sarasin.ch
rahil.iqbal@fandc.com
rahim.rezigat@lbb.lu
rahimah@temsek.com.sg
rahman@bloomberg.net
rahmanm@bloomberg.net
rahmer@nbd.com
rahn@blackrock.com
rahul.ahuja@morleyfm.com
rahul.arora@uk.standardchartered.com
rahul.garga@bmo.com
rahul.kalia@aberdeen-asset.com
rahul.oberoi@uk.fid-intl.com
rahul.sabarwal@soros.com
rahul.saito@shinseibank.com
rahul.seksaria@pimco.com
rahul.sen@wamu.net
rahul.sharma@citigroup.com
rahul.verma@sgcib.com
rahul_ghosh@troweprice.com
rahul_k_vyas@vanguard.com
rahul_patel@acml.com
rahulg@lehman.com
rahwa.senay@lazard.com
rai_reyes@fleet.com
raik.hoffmann@dws.de
raimund.ferley@nordlb.de
raimund.korherr@s-versicherung.co.at

raimund.nierop@csam.com
raimund.saier@westam.com
raimundik@aeltus.com
rainald.brune@apobank.de
rainald.hentze@helaba.de
rainer.altenberger@omv.com
rainer.amacker@ubs.com
rainer.bunz@dzbank.de
rainer.duffner@aam.de
rainer.gehler@dekabank.de
rainer.gogel@frankfurt-trust.de
rainer.gutacker@dzbank.de
rainer.hackl@siemens.com
rainer.haerle@db.com
rainer.hagemann@wgz-bank.de
rainer.helms@hsh-nordbank.com
rainer.jaeger@oppenheim.de
rainer.jung@hsh-nordbank.com
rainer.keidel@dbv-winterthur.de
rainer.kienzle@bw-bank.de
rainer.krick@helaba.de
rainer.maennle@sarasin.ch
rainer.muench@allianzgi.de
rainer.neumann@ruv.de
rainer.noack@hsh-nordbank.com
rainer.polenz@essenhyp.com
rainer.punke@bremerlandesbank.de
rainer.roczen@hsh-nordbank.com
rainer.saile@lbb.de
rainer.scharf@dit.de
rainer.schoellkopf@bayern-invest.de
rainer.sievers@dghyp.de
rainer.spitznagel@credit-suisse.com
rainer.tafelmayer@dit.de
rainer.vermehren@dws.de
rainer.vogel@sachsenlb.ie
rainer.wagner@helaba-invest.de
rainman@bloomberg.net
raivo@bloomberg.net
raizo.yamamoto@mizuhocbus.com
raj.agrawal@genmills.com
raj.bajaj@morleyfm.com
raj.gunaratna@insightinvestment.com
raj.gupta@epoch-funds.com
raj.gupta@morganstanley.com
raj.hallen@skandia.co.uk
raj.hathiramani@citadelgroup.com

raj.madha@nomura-asset.co.uk
raj.makhija@inginvestment.com
raj.patara@baesystems.com
raj.sharma@morganstanley.com
raj@kbcfp.com
raj@omega-advisors.com
raj_dave@cbcm.com
raja.coopoosamy@fortisinvestments.com
raja.janakiraman@glgpartners.com
raja.kchia@lamondiale.com
raja.mukherji@pimco.com
raja@fhlb-pgh.com
rajah.menon@blackrock.com
rajamani.r@tbcam.com
rajames@foodlion.com
rajan.arora@lehman.com
rajan.rehan@morleyfm.com
rajashek@princeton.edu
rajat.ahuja@alliancebernstein.com
rajat.gupta@ipaper.com
rajat.rajan@pnc.com
rajat.sarup@ge.com
rajat.shah@prudential.com
rajeev.eyunni@bernstein.com
rajeev.eyunni@citigroup.com
rajeev.mittal@aig.com
rajeev.patil@bmo.com
rajeevkakar@fullertonfinancial.com
rajen.jadav@alliancebernstein.com
rajen_jadav@acml.com
rajendra.amin@fgb.ae
rajesh.agarwal@alliancebernstein.com
rajesh.amin@gs.com
rajesh.bendre@morganstanley.com
rajesh.bharwani@mackayshields.com
rajesh.guha@fmr.com
rajesh.iyer@nbb.com.bh
rajesh.shrivastava@usa.dupont.com
rajesh.tanna@csam.com
rajesh.vasireddy@citadelgroup.com
rajesh_agarwal@ml.com
rajesh_gandhi@americancentury.com
rajesh_shant@newton.co.uk
rajeshwar.singh@deshaw.com
rajiv.dave@bms.com
rajiv.kacholia@deshaw.com
rajiv.kaul@fmr.com

**LBH - Derivatives Pg 107 of 504 Email Service List**

rajiv.lapasia@blackrock.com
rajiv_prabhakar@ssga.com
rajivranjan@rbi.org.in
rajni_tyagi@putnam.com
rajpala@kochind.com
rajseh.bose@morganstanley.com
raju.adhikari@novartis.com
raju.jobanputra@lgim.co.uk
rajyashree.jalan@db.com
rak.tr@adia.ae
rak@dodgeandcox.com
rakennedy@massmutual.com
rakesh.gupta@fmr.com
rakesh.kansara@gmacrfc.com
rakesh.parameshwar@us.hsbc.com
rakesh.patel@novartis.com
rakesh.rikhi@gs.com
rakeshmohan@rbi.org.in
rakeson@nb.com
rakhee.popat@westernasset.com
rakshitp@wharton.upenn.edu
ralec@bgcpartners.com
ralexander@noonam.com
ralexander@sterling-capital.com
raley.sarah@principal.com
ralf.ackermann@lbsh-int.com
ralf.ahrens@frankfurt-trust.de
ralf.andresen@hsh-nordbank.com
ralf.bedranowsky@helaba.de
ralf.boeckel@union-investment.de
ralf.boepple@lbbw.de
ralf.branda@union-investment.de
ralf.brech@hypovereinsbank.de
ralf.breuer@oppenheim.de
ralf.burmeister@lbbw.de
ralf.dallendoerfer@aareal-bank.com
ralf.dickebohm@lampebank.de
ralf.draeger@wuerttembergische.de
ralf.edelmann@bmw.de
ralf.elmer@lbbw.de
ralf.endlich@mail.psk.co.at
ralf.engel@dzbank.de
ralf.euler@dit.de
ralf.flad@dgpanagora.de
ralf.funk@ksk-koeln.de
ralf.hallmann@ib.bankgesellschaft.de
ralf.hilfrich@sgz-bank.de

ralf.hoss@apobank.de
ralf.jacobi@lri.lu
ralf.johannsen@helaba-invest.de
ralf.juelichmanns@cominvest-am.com
ralf.kalt@barclayscapital.com
ralf.knoch@trinkaus.de
ralf.krings@credit-suisse.com
ralf.krott@wgv-online.de
ralf.lierow@siemens.com
ralf.loewe@depfa.com
ralf.maier@hypovereinsbank.de
ralf.mueller@lri.lu
ralf.oberbannscheidt@db.com
ralf.ochs@muenchenerhyp.de
ralf.paulsen@dekabank.de
ralf.paulsen@hsh-nordbank.com
ralf.recktenwald@westlb.lu
ralf.rueller@db.com
ralf.ruhwedel@naspa.de
ralf.rybarczyk@db.com
ralf.rybarczyk@dws.com
ralf.schiller@aam.de
ralf.schmidgall@bw-bank.de
ralf.schneider@hsh-nordbank.com
ralf.schreyer@dws.de
ralf.schweers@t-mobile.net
ralf.seifert@juliusbaer.com
ralf.seschek@credit-suisse.com
ralf.steinert@commerzbank.com
ralf.stromeyer@allianzgi.de
ralf.thomas@oppenheim.de
ralf.van-dawen@ruv.de
ralf.wachler@deka.de
ralf.walter@cominvest-am.com
ralf.werner@de.pimco.com
ralf.wiedenmann@vontobel.ch
ralf.wieseler@amgam.de
ralf.wittenbrink@ikb-cam.de
ralf.wuerker@bsibank.com
ralf-botho.grupe@db.com
ralfbusse@helaba-invest.de
ralfonso@creditandorra.ad
ralfonso@fibanc.es
ralf-peter.dorow@postbank.de
ralf-peter.lemmer@gerling.de
ralfthomas_decker@dgbank.de
ralfthomas_decker@dzbank.de

ralgozo@lordabbett.com
rallemann@pasche.ch
rallen@firstcitizensbank.com
rallen@snwsc.com
rallstott@jbush.com
ralmeida@mfs.com
ralph.andresen@rabobank.com
ralph.axford@uk.abnamro.com
ralph.bachmann@helaba.de
ralph.barbato@opco.com
ralph.bilger@vontobel.ch
ralph.blickisdorf@bkb.ch
ralph.bloch@credit-suisse.com
ralph.brook-fox@resolutionasset.com
ralph.bucher@ingim.com
ralph.courtney@jpmorgan.com
ralph.cox@blackrock.com
ralph.daloisio@nyc.nxbp.com
ralph.defeo@nb.com
ralph.diserio@xlca.com
ralph.diseviscourt@dexia-bil.com
ralph.divino@blackrock.com
ralph.fetrow@pncadvisors.com
ralph.geiger@lodh.com
ralph.glatz@oppenheim.de
ralph.green@aig.com
ralph.haefliger@credit-suisse.com
ralph.hallenborg@lbbwus.com
ralph.hardenberg@achmea.com
ralph.hessler@dit.de
ralph.hood@pncbank.com
ralph.laeuppi@claridenleu.com
ralph.langenborg@rbccm.com
ralph.lattner@vontobel.ch
ralph.layman@corporate.ge.com
ralph.lehnis@credit-suisse.com
ralph.link@dlh.de
ralph.linn@trs.state.tx.us
ralph.lopez@sscims.com
ralph.marron@gs.com
ralph.maurer@credit-suisse.com
ralph.messerschmidt@oppenheim.de
ralph.ockert@dzbank.de
ralph.poulssen@azl-group.com
ralph.roelke@dws.de
ralph.smith@barclaysglobal.com
ralph.smith@statestreet.com

ralph.straus@hvb.lu
ralph.striglia@db.com
ralph.taddeo@himco.com
ralph.visconti@prudential.com
ralph.weber@claridenleu.com
ralph.weber@juliusbaer.com
ralph.weidenfeller@ecb.int
ralph.witt@thehartford.com
ralph.wolf@fmr.com
ralph.ziefle@pioneerinvestments.com
ralph.zweidler@juliusbaer.com
ralph_davino@ml.com
ralph_edmondson@bat.com
ralph_marinaccio@nylim.com
ralphen@pvf.nl
ralph-froehlich.rf@bayer-ag.de
ralphg@mcm.com
ralphlau@helaba-invest.de
raluca.z.dalea@jpmorganfleming.com
ralvarez@bancomercantilny.com
ralvarez@mercantilcb.com
ram.deshpande@fmr.com
ram.sabri@uk.calyon.com
ram_brahmachari@mfcinvestments.com
ram_tumu@ml.com
rama.nambimadom@pimco.com
ramachr@dow.com
ramal.chatterjee@barcap.com
raman_srivastava@putnam.com
ramanaka@crd.ge.com
ramanan.v@fmr.com
ramani@cbd.ae
ramesh.karpagavinayagam@tuck.dartmouth.edu
ramesh.narayanaswamy@fmr.com
ramesh.parmar@lloydstsb.co.uk
rameshmorjaria@hotmail.com
ramez.nashed@morganstanley.com
ramez.sousou@towerbrook.com
ramezm@cbd.ae
ramgopal_nellutla@ml.com
rami.boustany@ubs.com
rami.tabbara@bnpparibas.com
rami_hassan@ssga.com
ramici@westernasset.com
ramin.arani@fmr.com
ramin.toloui@pimco.com
ramin.yasseri@db.com

ramiro.antezana@citicorp.com
ramiz.hasan@orbitex.co.uk
ramkir@nbk.com
ramla_hasanali@invesco.com
ramm58@bloomberg.net
ramnath.iyer@pioneerinvestments.com
ramon.gomezsalvador@ecb.int
ramon.maronilla@pimco.com
ramon.moreno@bis.org
ramon.pitter@jpmorgan.com
ramon.sanjuan@grupobbva.com
ramon.tol@blueskygroup.nl
ramon_maronilla@ssga.com
ramon_r_decastro@fanniemae.com
ramon_t_stewart@keybank.com
ramona.glass@threadneedle.co.uk
ramona.persaud@fmr.com
ramone.smith@lazard.com
ramons@mizrahi.co.il
ramos.dd@dreyfus.com
rampellc@washpost.com
ramrhein@wellington.com
ramsay@fhlb-of.com
ramsden@gothamcapital.com
ramu.singh@wachovia.com
ramut@mcm.com
ramy.sukarieh@credit-suisse.com
ramzans@bloomberg.net
ramzi.bouzayane@bancaakros.it
ramzi.faris@fmr.com
ramzi.rishani@longview-partners.com
ramzy.austin@principal.com
ran.li@gs.com
ran@bankinvest.dk
ran_yi@freddiemac.com
rana.kudsi@pioneeraltinvest.co.uk
ranadeep.banerjee@norwich-union-life.co.uk
ranagle@wellington.com
ranajoy.sarkar@kochglobalcapital.com
ranand@newstaram.com
ranastas@bloomberg.net
ranbir.lakhpuri@insightinvestment.com
rand.mattsson@thrivent.com
randa.c.middleton@lmco.com
randal.a.smith@db.com
randall.king@pncbank.com
randall.lynch@wachovia.com

randall.malcolm@barclaysglobal.com
randall.parrish@inginvestment.com
randall.rodda@ny.frb.org
randall.williamson@inginvestment.com
randall@tudor.com
randall_pollock@vanguard.com
randall_roth@ipohome.com
randalralph@northwesternmutual.com
rander28@ford.com
randeregg@bellevue.ch
randers1@allstate.com
randi.abada@alliancebernstein.com
randle_smith@dpimc.com
randlee@citinational.com
randolph.birkman@tcw.com
randolph.chapman@dresdnerrcm.com
randolph.reitenauer@pnc.com
randolph.vineis@kbc.be
randolph.wedding@ucop.edu
randy.angerhofer@wellsfargo.com
randy.bateman@huntington.com
randy.boushek@thrivent.com
randy.brown@db.com
randy.bushman@kochfinancial.com
randy.denny@gmacrfc.com
randy.haas@ledyardbank.com
randy.hare@huntington.com
randy.himelfarb@rabobank.com
randy.hood@prudential.com
randy.loving@silvantcapital.com
randy.lynch@ubs-oconnor.com
randy.moore@eagleasset.com
randy.nemecek@nationwide.com
randy.o'toole@aig.com
randy.palomba@mbia.com
randy.royther@columbiamanagement.com
randy.selgrad@abbott.com
randy.stafford@fhlbtopeka.com
randy.vogel@pncadvisors.com
randy.wachtel@jpmorgan.com
randy.watkins@rabobank.com
randy.white@capmark.funb.com
randy@apcm.net
randy_banes@amat.com
randy_cutler@putnam.com
randy_farina@putnam.com
randy_goodleaf@swissre.com

randy_merk@americancentury.com
randy_nemecek@bankone.com
randy_peterson@ustrust.com
randy_smith@vanguard.com
randy_webb@amat.com
randyish@keb.co.kr
randyj@bgi-group.com
rangehrn@bloomberg.net
rangelica@ems.att.com
rani.jabban@ca-suisse.com
rania.alkhalifa@csam.com
ranieri.demarchis@unicredit.it
ranipiputri@saemor.com
ranjeet.guptara@lehman.com
ranji_nagaswami@acml.com
ranjit.attalia@barclaysglobal.com
ranjitdandekar@temasek.com.sg
rankd_galletti@ssga.com
rankine@londonandamsterdam.com
rankr@selectiveinsurance.com
ranm@koor.com
ranthony@lehman.com
ranvir.dewan@kfb.co.kr
rao.casturi@inginvestment.com
rao.mangipudi@us.fortis.com
raoul.gyger@pksbb.ch
raoul.h.rayos@usa.dupont.com
raoul.luttik@ingim.com
raoul.maddaleni@carifirenze.it
raoul.martinez@ingpatrimoine.com
raoul.paglia@bsibank.com
raoul.rayos@csam.com
raph@mwvinvest.com
raphael.amanou@fibimail.co.il
raphael.bucher@ubs.com
raphael.castellanos@aig.com
raphael.couble@sgam.com
raphael.daune@dexia-bil.com
raphael.davis@aig.com
raphael.dieterlen@sgam.com
raphael.donati@akb.ch
raphael.dubois@sgam.com
raphael.eber@dexia-bil.com
raphael.fabre@alcatel.fr
raphael.fiorentino@bernstein.com
raphael.fuhrmann@oppenheim.de
raphael.gallardo@axa-im.com

raphael.guastalla@totalfinaelf.com
raphael.kassin@uk.abnamro.com
raphael.krings@bgl.lu
raphael.luescher@ubs.com
raphael.motta@bcv.ch
raphael.robas@credit-suisse.com
raphael.schindelholz@bcv.ch
raphael.thuin@sgcib.com
raphael.verellen@dexia.be
raphael.weber@claridenleu.com
raphael.wilhelm@credit-suisse.com
raphael.zemp@ubs.com
raphaela.dohm@henkel.com
raphaelle.champion@credit-suisse.com
raphaelle.knight@ikb-cam.de
raphi.savitz@credit-suisse.com
raplinger@countryclubbank.com
rapper@bloomberg.net
raprokop@csas.cz
raquel.blazquez@ibercaja.net
raquel.castiel@standardlife.ca
raraujo@wescorp.org
rarendt@caxton.com
rares@1stnatbank.com
rarnold@agfirst.com
rarnold@osc.state.ny.ue
rarnold@osc.state.ny.us
raroberson@bloomberg.net
raross@fmtinv.com
rarroyo@sanostra.es
ras@mfs.com
rasbaekm@kpf.no
rascal_house@victoryconnect.com
raschini@bloomberg.net
rashas@kia.gov.kw
rasheed.boykin@bankofbermuda.com
rashid@deshaw.com
rashik@ambaresearch.com
rashmi.gupta@jpmorgan.com
rashmi.khare@fmr.com
raskin@ymcaret.org
rasmus.blomquist@sek.se
rasmus.rousing@credit-suisse.com
rasmussen@clamericas.com
rastislav.talajka@erstebank.at
rastogirk@bernstein.com
rastogirk@sbernstein.com

ratcliff_carmen@fsba.state.fl.us
ratna_ray@dell.com
ratnah@mas.gov.sg
rattanad@bot.or.th
raubert@generali.fr
rauch@meinlbank.com
rauch@safdie.com
raufdenspring@smithbreeden.com
raul.dani@bancaakros.it
raul.espejel@citadelgroup.com
raul.fernandez@jpmorganfleming.com
raul.kaltenbach@frankfurt-trust.de
raul.leotedecarvalho@bnpparibas.com
raul.moreno@grupobbva.com
raul.ojeda@farmcreditbank.com
raul.rgarcia@grupobbva.com
raul.sequera@jpmchase.com
raul@logic-intl.com
raul_riverajr@ssga.com
raulin.villegas@pimco.com
raulsf@fsgrhino.com
raup@household.com
raus@ellington.com
ravasi@bloomberg.net
ravasio.m@mellon.com
ravchopr@cisco.com
raven_henderson@freddiemac.com
ravenellm@jwseligman.com
ravi.akhoury@mackayshields.com
ravi.galav@hcmny.com
ravi.gidoomal@depfa.com
ravi.goutam@barclaysglobal.com
ravi.i@bloomberg.net
ravi.kamath@aig.com
ravi.mantha@fmr.com
ravi.mattu@citadelgroup.com
ravi.mudan@bankofamerica.com
ravi.pamnani@ge.com
ravi.sankaran@bmo.nb.com
ravi.sivakumaran@fmr.com
ravi.suria@moorecap.com
ravi.tanuku@fmr.com
ravi_nathan@westlb.co.uk
ravi_ohri@freddiemac.com
ravib@gic.com.sg
ravin.agrawal@qifmanagement.com
ravin.onakan@barcap.com

ravinder.mehta@gartmore.com
raviprakash.dugyala@novartis.com
ravogel@delinvest.com
ravrett@delinvest.com
rawdanowicz@ecb.int
rawls.morrow@inginvestment.com
rawurster@wellington.com
ray.antes@ncmgroup.com
ray.bell@uk.abnamro.com
ray.dalio@bwater.com
ray.dietman@inginvestment.com
ray.dinius@everbank.com
ray.elston@aberdeen-asset.com
ray.g.fitzpatrick@aib.ie
ray.geisler@ge.com
ray.it@adia.ae
ray.jovanovich@hk.ca-assetmanagement.com
ray.kingsfield@fmr.com
ray.lee@pacificlife.com
ray.lennon@angloirishbank.ie
ray.lim@pimco.com
ray.m.o'neill@aib.ie
ray.marquette@ubs.com
ray.martin@moorecap.com
ray.mccoll@hsh-nordbank.com
ray.meyer@nyc.nxbp.com
ray.miller@gwl.com
ray.reid@bbh.com
ray.robbins@edwardjones.com
ray.scholtz@pncbank.com
ray.stancil@jpmorgan.com
ray.stewart@belgacom.be
ray.tierney@morganstanley.com
ray.uy@thehartford.com
ray.w.davis@emcins.com
ray.wong@wellsfargo.com
ray.wyer@boimail.com
ray_cunha@ssga.com
ray_helfer@scudder.com
ray_henry@glic.com
ray_janssen@invesco.com
ray_romano@freddiemac.com
ray_trogdon@rsausa.com
raya.sokolyanska@jpmorgan.com
rayauth@northwesternmutual.com
raychen@mail.bot.com.tw
rayhan.davis@towerbrook.com

raylei@fpg.com.tw
raylward@firstmanhattan.com
raymatsuura@tagfolio.com
raymond.b.seymour@aexp.com
raymond.calabrese@exar.com
raymond.chan@hk.ca-assetmanagement.com
raymond.chang@rbc.com
raymond.condon@shenkmancapital.com
raymond.connor@resolutionasset.com
raymond.ditzel@prudential.com
raymond.folmer@db.com
raymond.fung@bmo.com
raymond.g.tierney@aib.ie
raymond.gutowski@raymondjames.com
raymond.heesakker@fandc.com
raymond.hendriks@pggm.nl
raymond.henze@tcw.com
raymond.humphrey@bbh.com
raymond.k.tong@wellsfargo.com
raymond.lee@westernasset.com
raymond.lefante@mackayshields.com
raymond.leffler@wellsfargo.com
raymond.man@wamu.net
raymond.mark@rbc.com
raymond.meier@ubs.com
raymond.miller@rabobank.com
raymond.monney@credit-suisse.com
raymond.murray@boiss.boi.ie
raymond.napolitano@alliancebernstein.com
raymond.reece@bbl.fr
raymond.rouphael@sgam.com
raymond.sars@pggm.nl
raymond.singer@mhcb.co.uk
raymond.spencer@shinseibank.com
raymond.sulentic@ubs.com
raymond.sze@asia.bnpparibas.com
raymond.tan@ff.com
raymond.van.denende@ingim.com
raymond.van.putten@kasbank.com
raymond.van.wersch@pggm.nl
raymond.wong@avmltd.com
raymond.yung@fortisinvestments.com
raymond_bo@hkma.gov.hk
raymond_crosby@conning.com
raymond_haddad@putnam.com
raymond_kong@americancentury.com
raymond_mills@troweprice.com

raymond_papera@acml.com
raymond_powers@freddiemac.com
raymond_venner@calpers.ca.gov
raymond_ym_yip@hkma.gov.hk
raymondchan@dahsing.com
raymondchiam@temasek.com.sg
raymonde.jacobs@belgacom.be
raymondgoh@gic.com.sg
raymondhcting@dbs.com
raymond-mf.lau@aig.com
raymond-r.smeets@dsm.com
raymondwong@whbhk.com
raymund.scheffrahn@novartis.com
rayna.butler@uk.abnamro.com
rayna.lesser@fmr.com
rayner.woohl@uobgroup.com
raynisa.wilson@schwab.com
raynngong@gic.com.sg
rayyf@hncb.com.tw
raz.cdu@adia.ae
raza.hussain@uab.ae
raza@epsilonfunds.com
raza_rana@putnam.com
razaliibrahim@gic.com.sg
razarbayejani@tiaa-cref.org
razi.amin@mizuhocbus.com
rbabiak@wilmingtontrust.com
rbabst@russell.com
rback@meag.com
rbafx@bloomberg.net
rbaier@neded.org
rbailes@us.nomura.com
rbaldelli@iccrea.bcc.it
rball@lordabbet.com
rball@mcleanbudden.com
rbamford@seic.com
rbansal@aegonusa.com
rbansal@caxton.com
rbanz@pictet.com
rbarbara@banco-privado.pt
rbarbosa@blbarg.com
rbarbosa@payden-rygel.com
rbard@wisi.com
rbarnes@backbaymgmt.com
rbarnhart@massmutual.com
rbarrios@bppr.com
rbarry@unumprovident.com

rbartlett@uh.edu
rbarzykowski@jhancock.com
rbatiste@divinv.net
rbattle@bankofny.com
rbauer@federatedinv.com
rbaumbach@babsoncapital.com
rbayles@ustrust.com
rbayston@frk.com
rbayston@standishmellon.com
rbbuck@bremer.com
rbcawley@wellington.com
rbeane@essexinvest.com
rbeauchemin@mcleanbudden.com
rbeck@hcmny.com
rbecker@frk.com
rbecker2@bloomberg.net
rbedmar@safei.es
rbefumo@lmcm.com
rbellamy@microsoft.com
rbelmont@mfs.com
rbendixen@halcyonllc.com
rbenson@britannicasset.com
rberjamin@adb.org
rbernstein@brownadvisory.com
rbertrand@extendicare.com
rbex@mistubishitrust.co.uk
rbeyer@omef.com
rbhaman@oppenheimerfunds.com
rbhasin@bankofny.com
rbhebert@hibernia.com
rbiagini@mfs.com
rbialkin@loomissayles.com
rbielsker@fhlbc.com
rbiesiot@aegonusa.com
rbiester@delinvest.com
rbijlmakers@meag.com
rbilcox@deerfieldcapital.com
rbirla@babsoncapital.com
rbiscay@cisco.com
rbishop@central-bank.org.tt
rbishop@russell.com
rbiswas@blenheiminv.com
rbitner@uncb.com
rbittencourt@apollocapital.com
rbk.tr@adia.ae
rbkastan@earthlink.net
rblack@firstcitizensbank.com

rblair@sandleroneill.com
rblandfo@richmond.edu
rblank@stephens.com
rblock@allstate.com
rbluestein@rhbco.com
rblumberg@metlife.com
rbmeyer@chevychasebank.net
rboateng@allmerica.com
rboden@pacholder.com
rboersma@aegon.nl
rboespflug@oppenheimerfunds.com
rboettner@union-investment.de
rbohner@us.mufg.jp
rbonanni@uic.it
rbooth@hbk.com
rbooth@westernasset.co.uk
rbordogna@toddinvestment.com
rborgeat@pictet.com
rborina@lehman.com
rborja@lmcm.com
rborkenstein@perrycap.com
rborthwick@firstgroup.com
rbosch@aegon.nl
rboscher@groupama-am.fr
rbotoff@ups.com
rbouille@cimfra.com
rbourgeois@bloomberg.net
rboutz@watrust.com
rboyer@oddo.fr
rbracchi@bancasempione.ch
rbrandt@fcem.co.uk
rbrasca@fondianima.it
rbreau@jhancock.com
rbreed@flputnam.com
rbrenes@bankinter.es
rbridges@ftci.com
rbrivera@worldbank.org
rbrookhouse@chubb.com
rbrooksklueber@hapoalimusa.com
rbrown@bear.com
rbrown@blackrock.com
rbrown@caxton.com
rbrown@deutsche.com
rbrubaker@us.mizuho-cb.com
rbruder@loomissayles.com
rbuch@bear.com
rbuchwald@logancapital.com

rbuehler@pictet.com
rbunning@summitbank.com
rburns@fdic.gov
rbutler@russell.com
rc79@ntrs.com
rcabrera@leggmason.com
rcalarco@hcmny.com
rcaldwell@waddell.com
rcammilleri@nabny.com
rcampagna@provnet.com
rcamponovo@bloomberg.net
rcanakaris@montag.com
rcane@rwbaird.com
rcapalbo@rnt.com
rcapasso@bcp.it
rcaporaso@sanpaolo.lu
rcarducci@sanpaolo.co.uk
rcarlock@icbny.com
rcarmona@princeton.edu
rcarney@fsa.com
rcarona@baupost.com
rcarpio@halcyonllc.com
rcarrier@opers.org
rcarroll@unumprovident.com
rcarryl@harborviewgrowth.com
rcasey1@bear.com
rcasey1@bloomberg.net
rcashill@isbnj.com
rcasillas@nafin.gob.mx
rcassady@lmcm.com
rcastaldo@pershing.com
rcastelazo@accival.com.mx
rcbe@canyonpartners.com
rcd1@dcx.com
rcdaigle@wellmanage.com
rcervone@putnam.com
rchaabra@cumberassoc.com
rchan@bankofny.com
rchan@dbzco.com
rchan@frk.com
rchandra@bankbii.com
rchandran@aegonusa.com
rchang@intesabcius.com
rchang@ups.com
rchase@cencorpcu.com
rchaulman@bpbt.com
rchen@hcmlp.com

rchen@rockfound.org
rcheng@tiaa-cref.org
rchesterton@ustrust.com
rcheung@wellington.com
rcheuvront@op-f.org
rchi@federatedinv.com
rchiabudini@pictet.com
rchidiac@worldbank.org
rchidley@nacm.com
rchilson@bkb.com
rchin@stanford.edu
rchristie@caxtonhealth.com
rchullani@babsoncapital.com
rchung@tiaa-cref.org
rchupik@csas.cz
rchuyan@jhancock.com
rciotola@bcp.it
rciruelos@bancamarch.es
rclark@azoa.com
rclarke@kio.uk.com
rclarke@turnerinvestments.com
rclegg@europeancredit.com
rcleslie@comcast.net
rcochran@ucbi.com
rcofer@fdic.gov
rcohen@clinton.com
rcohen@kfb.co.kr
rcolavecchio@unfcu.com
rcole@scotiacapital.com
rcolicchio@caxton.com
rconnolly@ufji.com
rconnolly@westpac.com.au
rcontreras@deerfieldcapital.com
rcook@orixcm.com
rcook@voyageur.net
rcooley@mt.gov
rcopinot@pembacreditadvisers.com
rcoppock@tsocorp.com
rcoppola@tiaa-cref.org
rcordier@bloomberg.net
rcorman@nb.com
rcornejo@fhlbc.com
rcornish@fandc.co.uk
rcorona@bancodisicilia.it
rcorry@alliedcapital.com
rcosta.buenos-aires@sinvest.es
rcostas@frk.com

rcourtemanche@babsoncapital.com
rcovode@lincap.com
rcox@fdic.gov
rcoyle1@bloomberg.net
rcpanda@rbi.org.in
rcrable@loomissayles.com
rcrandall@babsoncapital.com
rcrandall@dlbabson.com
rcrane@stephens.com
rcrawford@britannicasset.com
rcresci@sagitta.co.uk
rcrimmins@glic.com
rcripps@leggmason.com
rcroft@croftleo.com
rcroonen@aegon.nl
rcropp@img-dsm.com
rcrosby@munder.com
rcrosby@perrycap.com
rcrouse@ohiosavings.com
rcrowell@boh.com
rcruz@bpmny.com
rcruz@frk.com
rcruz@maidenform.com
rcs@kfb.co.kr
rcsaranen@aaamichigan.com
rcsykes@wellington.com
rcu1@ntrs.com
rcubashu@notes.banesto.es
rcudre@pictet.com
rcumberledge@federatedinv.com
rcuomo1@bloomberg.net
rcurrimjee@ing-ghent.com
rcuta1@bloomberg.net
rcutler@tiaa-cref.org
rd.mcdorman@icomd.com
rd@carnegieam.dk
rd@dhja.com
rd@mail.com
rdalelio@nb.com
rdalmau@fftw.com
rdamato@caxton.com
rdamm@metzler.com
rdauria@bloomberg.it
rdavidson@britannicasset.com
rdavis@reamsasset.com
rdburn@wellington.com
rdc@ubp.ch

rddirossi@leggmason.com
rdebenedetti@cirgroup.it
rdecavele@cpr-am.fr
rdelgado@ocwen.com
rdemarco@templeton.com
rdennis@apollocapital.com
rdente@jefco.com
rdeonarain@us.mufg.jp
rdepablo@notes.banesto.es
rdepelteau@freedom-capital.com
rderdowski@ttcpa.sbcounty.gov
rderiso@lordabbett.com
rdesantes@bpmny.com
rdesaultels@dlbabson.com
rdesautels@dlbabson.com
rdesmond@fftw.com
rdesroch@pacbell.net
rdeupree@lmcm.com
rdeustachio@bloomberg.net
rdevegar@notes.banesto.es
rdevito@espiritosanto.com
rdhall@statestreet.com
rdiao@fftw.com
rdicanto@nabny.com
rdiem@fultonfinancialadvisors.com
rdimaria@mcc.it
rdirusso@hymanbeck.com
rdishmon@oppenheimerfunds.com
rdistefano@loomissayles.com
rdjames@provbank.com
rdoede@ftportfolios.com
rdolan@oppenheimerfunds.com
rdoll@samgmt.com
rdonate@frk.com
rdondiego@lordabbett.com
rdong@loomissayles.com
rdonovan@ambac.com
rdornau@silchester.com
rdotson@westernasset.com
rdouglas@jhancock.com
rdouglass@wescorp.org
rdow@lordabbett.com
rdoyle@refco.com
rdrands@wellington.com
rdruica@aflac.com
rdryden@canyonpartners.com
rds@sitinvest.com

rdscott@aegonusa.com
rdselvey@aaamichigan.com
rdsjr@shay.com
rdsykes@wellington.com
rdtorrijos@delinvest.com
rduckworth@sterling-capital.com
rdudgins@imsi.com
rduff@cabotsquare.com
rduff@westpac.com.au
rdunphy@oppenheimerfunds.com
rdurfy@ci.com
rdurso@fhlbatl.com
rdw@capgroup.com
rdwi@bankbii.com
rdyson@mandtbank.com
rea.miller@pncbank.com
rea@ubp.ch
real.estate.pens@interpolis.nl
realestate.hedgefund@credit-suisse.com
reaton@tiaa-cref.com
rebeca.gosalvez@grupobbva.com
rebecca.antoniou@axa.com
rebecca.berridge@allegiantgroup.com
rebecca.berridge@nationalcity.com
rebecca.bianconi@bper.it
rebecca.bruenning@nisanet.com
rebecca.cain@ge.com
rebecca.coulson@aig.com
rebecca.dawson@glgpartners.com
rebecca.flinn@db.com
rebecca.ford@ge.com
rebecca.irwin@pramericafinancial.com
rebecca.j.norman@wellsfargo.com
rebecca.johnson@threadneedle.co.uk
rebecca.kingwell@sgcib.com
rebecca.l.krollman@jpmorgan.com
rebecca.l.sharp@jpmorgan.com
rebecca.leesy@uobgroup.com
rebecca.milligan@ge.com
rebecca.moquin@pioneerinvest.com
rebecca.morris@aberdeen-asset.com
rebecca.neuwirth@detecon.com
rebecca.parker@ubs.com
rebecca.rebello@pioneerinvestments.com
rebecca.rogers@pnc.com
rebecca.scharffe@bmo.com
rebecca.seabrook@fandc.com

rebecca.stokes@bapensions.co.uk
rebecca.todd@aig.com
rebecca.zeder@credit-suisse.com
rebecca_arnold@troweprice.com
rebecca_chu@cathaylife.com.tw
rebecca_hillis@ustrust.com
rebecca_hurley@putnam.com
rebecca_kelsch@ssga.com
rebecca_king@capgroup.com
rebecca_marlowe@paribas.com
rebecca_robison@invesco.com
rebecca_wilson@db.com
rebeccabryant@quilterjersey.com
rebekah.chow@db.com
rebekah.l.chuan@hsbcpb.com
rebekah.mccahan@pnc.com
rebekah@cathaylife.com.tw
reble@thirdfedbank.com
recendm@vankampen.com
rech.m@pg.com
recherchecreditbnppam@bnpparibas.com
recohen@kfb.co.kr
reda.elkhayati@hsbcgroup.com
redaniel55@hotmail.com
redli@bloomberg.net
redmond.oleary@boigm.com
reece.birtles@citigroup.com
reed.newkirk@gmacrfc.com
reed.nuttall@zurich.com
reed@isaakbond.com
reed_t_manning@fleet.com
reeg.eric@principal.com
reeg.gloria@principal.com
reeg.tracy@principal.com
reena.bajwa@ubs.com
rees.e@dreyfus.com
reeset@vmcmail.com
reeslev@jyskeinvest.dk
reeve1@bloomberg.net
refaab@kia.gov.kw
refd@aozorabank.co.jp
reg.brown@bankofamerica.com
reg_watson@standardlife.com
regan.buckley@lmginv.com
regan.nanbara@intel.com
reganhindman@northwsternmutual.com
regbert@tiaa-cref.org

regelmann@tk.thyssenkrupp.com
regenbom@strsoh.org
reggie.imamura@wachovia.com
reggie.wilkes@pnc.com
regina.borromeo@morganstanley.com
regina.chi@opcap.com
regina.circosta@alliancebernstein.com
regina.harrington@aig.com
regina.hornung@siemens.com
regina.lombardi@bbh.com
regina.opitz@erstebank.at
regina.oppitz-pfannhauser@bawagpsk.com
regina.reinert@bsibank.com
regina.reinert@claridenleu.com
regina.shafer@usaa.com
regina.spierings@dexia.be
regina.stewart@morganstanley.com
regina.webster@credit-suisse.com
regina_hill@troweprice.com
regina_spano@ml.com
reginald.degols@fortis.com
reginald.leese@blackrock.com
reginald.luly@asbai.com
reginald.pfeifer@thrivent.com
reginald_gillet@carrefour.fr
reginaldoh@gic.com.sg
regine.fischer-wendland@idsffm.com
regis.begue@lazard.fr
regis.bruley@cpr-am.com
regis.copinot@sgcib.com
regis.copinot@socgen.co.uk
regis.feroc@federal-finance.fr
regis.gaston@ubs.com
regis.lanove@ing.be
regis.leoni@degroof.lu
regis.loeb@barcap.com
regis.monfront@uk.calyon.com
regis.salgado@bcb.gov.br
regis.varao@bcb.gov.br
regis.weiler@postbank.lu
regula.schaub@zkb.ch
regula.simsalazic@akb.ch
rehan.masood@morganstanley.com
rehan@sfc-uk.com
rehfusa@deutschehypo.de
rehhcsb@compserve.com
reho@bpintra.it

reichstadtl@cmcic.fr
reid.pennebaker@coair.com
reid_smith@vanguard.com
reidar.bolme@dnbnor.no
reidd@lotsoff.com
reidy_james@jpmorgan.com
reiji@bloomberg.net
reijiro_samura@mitsubishi-trust.co.jp
reiko.kinoshita@tokyostarbank.co.jp
reiko.koban@hsh-nordbank.com
reiko.tokukatsu@barclaysglobal.com
reiko_ohashi@mail.toyota.co.jp
reim@bloomberg.net
reima.rytsola@okobank.com
reima.rytsola@okobank.fi
reimmat.ffdb@bloomberg.net
rein.schutte@selectum.be
reinald.demonchy@lloydstsb.co.uk
reine.gunnarsson@uk.abnamro.com
reine.haslay@caam.com
reiner.gesellmann@bayernlb.de
reiner.grupp@bayernlb.com
reiner.hauenstein@dgbank.de
reiner.huebner@ubs.com
reiner.kloecker@union-investment.de
reiner.laakmann@ids.allianz.com
reiner.martin@ecb.int
reiner.montag@saarlb.de
reiner.pfeifferling@postbank.de
reiner_michels@westlb.de
reiner_triltsch@ustrust.com
reinermatthiasuser@company.com
reinhard.huber@activest.de
reinhard.mix@hsh-nordbank.com
reinhard.niebuhr@geninvest.de
reinhard.ortner@erstebank.at
reinhard.pfingsten@oppenheim.de
reinhard.ploder@ffandp.com
reinhard.redeker@helaba.de
reinhard.schmidt@hsh-nordbank.com
reinhard.seitz@ercgroup.com
reinhard.sievers@hsh-nordbank.com
reinhard.stutz@juliusbaer.com
reinhard.thierbach@oppenheim.de
reinhard.wirz@vontobel.ch
reinhard@princeton.edu
reinhard_eckl@swissre.com

reinhard_furthmayr@commerzbank.com
reinhardt@rentenbank.de
reinhardt44@bloomberg.net
reinhold.geissler@lbbw.de
reinhold.gerbig@allianzgi.de
reinhold.wanka@oenb.co.at
reiniera.van.der.feltz@fortisinvestments.com
reinolda@hmc.harvard.edu
reinout.schalkwijk@ib.bankgesellschaft.de
reisenhauer@westernasset.com
reisja@bernstein.com
reiss_peter@gsb.stanford.edu
reissja@bernstein.com
reist_paul@gsb.stanford.edu
rejeev.patel@bmo.com
rejustice@wellington.com
rekasir@mnb.hu
rekha.k.halai@jpmorgan.com
rekha.k.sharma@jpmorgan.com
rekha_hagen@glenmede.com
rel@jwbristol.com
rel626ad@optonline.net
relger@corpone.org
relk@capgroup.com
rellis@evcap.com
relmer@ncmcapital.com
relundelius@lmus.leggmason.com
rema.abouelgibeen@uk.fid-intl.com
remco.vergeer@ingim.com
remi.bertin@ing.ch
remi.vullierme-perrier@lgim.co.uk
remigiusz.urbanowski@mofnet.gov.pl
remko.vanekelen@ing.ch
remo.caderas@bloomberg.net
remo.krauer@zkb.ch
remo.quadroni@credit-suisse.com
remy.charre@socgen.com
remy.dumoulin@valeo.com
remy.ferraretto@dexia-am.com
remy.lecat@banque-france.fr
remy.levy@wachovia.com
remy.marcel@caam.com
remy.mattey@vontobel.ch
remy.naturkrejt@bnpparibas.com
remyje@cial.cic.fr
ren.cheng@fmr.com
ren.richmond@asbai.com

LBH - Derivatives Pg 130 of 504 Email Service List

ren.wu@citadelgroup.com
rena.haynes@lbbw.de
renaissance@ipohome.com
renata.klita@credit-suisse.com
renate.kienbacher@ba-ca.com
renate.schoenhoff@dzbank.de
renate.traxler@rieter.com
renato.beroggi@sl-am.com
renato.bruno@rothschildbank.com
renato.calabretto@bpf.com
renato.demarchi@bancaintesa.it
renato.frick@llb.li
renato.jansson@bcb.gov.be
renato.jansson@bcb.gov.br
renato.luethhold@db.com
renato.petrelli@popso.it
renato.rezzonico@bsibank.com
renato.tondina@bcge.ch
renato.von-allmen@db.com
renato-von-allmen@db.com
renaud.champion@axa-im.com
renaud.desferet@axa-im.com
renaud_viguier@fujibank.co.jp
renaudlatreille@axa-im.com
rene.bachmann@cial.ch
rene.blanc@credit-suisse.com
rene.boulier@juliusbaer.com
rene.breseghello@pioneerinvest.it
rene.bustamante@mackayshields.com
rene.capitelli@ubs.com
rene.casis@barclayscapital.com
rene.casis@barclaysglobal.com
rene.christoffersen@cominvest-am.com
rene.clerix@dexia-am.com
rene.degreve@solvay.com
rene.devilliers@lionhart.net
rene.dichant@sparkasse-koelnbonn.de
rene.exenberger@vontobel.ch
rene.freiermuth@credit-suisse.com
rene.gilvert@novartis.com
rene.gorodsinsky@lbbw.de
rene.groteboer@sns.nl
rene.hagmann@ubs.com
rene.halter@cbve.com
rene.hermann@mbczh.ch
rene.ho@jpmorgan.com
rene.kallestrup@sedlabanki.is

Page 131 of 1504

rene.kassis@clf-dexia.com
rene.kluser@aaa-net.com
rene.kolb@lgt.com
rene.landtwing@vontobel.ch
rene.lobnig@schoellerbank.at
rene.martel@pimco.com
rene.merz@credit-suisse.com
rene.michel.2@claridenleu.com
rene.mouchotte@calyon.com
rene.nicolodi@zkb.ch
rene.noel@jpmorgan.com
rene.noelly@ubs.com
rene.penzler@db.com
rene.petersen@nordea.com
rene.przyborowsky@union-investment.de
rene.reisshauer@commerzbank.com
rene.saner@stg.ch
rene.schertenleib@vontobel.ch
rene.schmidli@generali.ch
rene.schmidli@swissfirst.ch
rene.schmit@hypovereinsbank.lu
rene.schneider@juliusbaer.com
rene.torgersen@pioneerinvestments.com
rene.vongunten@credit-suisse.com
rene.wagner@claridenleu.com
rene.weber@hsbcpb.com
rene.zahner@juliusbaer.com
rene_de_bray@deltalloyd.nl
rene_noel@bankone.com
renee.arledge@pnc.com
renee.bauer@erstebank.at
renee.beaudreau@thehartford.com
renee.bonnell@nationalcity.com
renee.boukhelf@ib.bankgesellschaft.de
renee.chatoux@bnpparibas.com
renee.chrostowski@aig.com
renee.dougherty@schwab.com
renee.eick@blackrock.com
renee.gallizzo@prudential.com
renee.hui@allianzinvestors.com
renee.kassis@statestreet.com
renee.paysour@columbiamanagement.com
renee.pernell@morganstanley.com
renee.pfender@fhlb-pgh.com
renee.poutree@fmr.com
renee_r_schultz@fanniemae.com
renee_tang@fanniemae.com

renegal@nationwide.com
rene-pierre.giavina@bcv.ch
rengel@newmontmining.com
rengland@barrowhanley.com
renieris@gruppocredit.it
renjing@icbc.com.cn
renne.marsjanik@lmginv.com
reno.kroboth@bawag.com
renold.thompson@nationalcity.com
ren-raw.chen@blackrock.com
rentwistle@oppenheimerfunds.com
reny.thomas@prudential.com
renyg@cmbchina.com
renzo.bagorda@credit-suisse.com
renzo.scilacci@montepaschi.ch
renzo.tarantino@bpm.it
repo1@bok.or.kr
repodesk.fim@bcee.lu
repulsebay@clubaa.com
rer@ubp.ch
rer09@dartmouth.edu
rernst@hcmlp.com
rerras@helaba-invest.de
res@jwbristol.com
research.bnppam@bnpparibas.com
research.corporates@snb.ch
research.investment@snb.ch
research.ozkaya@gmail.com
research.vadim@alliancebernstein.com
research.wolfman@acqcap.com
research@ae-gis.com
research@capraasset.com
research@croftleo.com
research@daiwasbi.co.jp
research@delen.be
research@fcminvest.com
research@fultonfinancialadvisors.com
research@gkb.ch
research@halcyonpartnerships.com
research@heritageinvestors.com
research@infidar.ch
research@jbush.com
research@keleher.info
research@lvmh.fr
research@marchpartners.com
research@mcleanbudden.com
research@metro.de

research@netglide.com
research@research.com
research@sarofim.com
research@stonehillcap.com
research@tchinc.com
research@zuam.ch
research1@rbcds-ged-uk.com
research1@tudor.com
researchea@pasche.ch
research-newsletter-data@tudor.com
researchreports@bailliegifford.com
researchrequest@warburgpincus.com
reshma.patel@morganstanley.com
resi.dickler@geninvest.de
resit.talimcioglut@bnpparibas.com
restewart@martincurrie.com
retaildwr@bloomberg.net
retienne@osc.state.ny.us
reto.antonietti@csfides.ch
reto.beerli@juliusbaer.com
reto.buehler@dresdner-bank.ch
reto.buesser@dresdner-bank.ch
reto.cantoni@ubsw.com
reto.demostene@ubs.com
reto.frei@uebgroup.com
reto.fuenfgeld@cic.ch
reto.grau@slhfp.ch
reto.grieder@vontobel.com
reto.heldstab@bve.ch
reto.hess@credit-suisse.com
reto.hintermann@juliusbaer.com
reto.jaeggli@ca-suisse.com
reto.lienhard@zkb.ch
reto.meneghetti@credit-suisse.com
reto.niggli@swisscanto.ch
reto.portmann@sarasin.co.uk
reto.rebmann@lbswiss.ch
reto.schmidlin@juliusbaer.com
reto.seiler@csam.com
reto.stadelmann@ubsw.com
reto.stiffler@juliusbaer.com
reto.tarnutzer@juliusbaer.com
reto.weber@bsibank.com
reto.wiget@credit-suisse.com
reto.wild@georgfischer.com
reto.wolf@cibasc.com
reuben_scherzer@victoryconnect.com

reubenabrams@gic.com.sg
revans@martincurrie.com
reverett@bpbtc.com
revolon.alberto@sella.it
rex.olson@pacificlife.com
rex.sinquefield@dfafunds.com
rex.w.bennett@conocophillips.com
rex_hw_tang@hkma.gov.hk
rex_schuette@ucbi.com
rey.dominique@rahnbodmer.ch
rey_stroube@agfg.com
reynaldo.garcia@ibtco.com
reynars@nationwide.com
reynoldr@ubk.co.uk
reynolds@apolloic.com
reynolj@vankampen.com
reynote@bloomberg.net
reza.kazemi@s-versicherung.at
reza.samdjee@francetelecom.com
reza.vishkai@insightinvestment.com
reza@bnm.gov.my
reza_bahar@hvbamericas.com
rf.invermap@mapfre.com
rfacchini@sbp-banque.ch
rfalchetti@standishmellon.com
rfallon@tigerglobal.com
rfanciullo@icbny.com
rfaris@ocwen.com
rfaulkner@babsoncapital.com
rfaulkner@bcentral.cl
rfc@jwbristol.com
rfcollins@delinvest.com
rfeign@cisco.com
rfeingold@dlbabson.com
rfeiss@bloomberg.net
rfeldmann@bear.com
rfeliciano@mfs.com
rferber@bloomberg.net
rferguson@gcr.com
rfernand@bcentral.cl
rfernandez@opusinvestment.com
rferraioli@caxton.com
rferrara@jhancock.com
rferste@templeton.com
rfetch@lordabbett.com
rfh@dartmouth.edu
rfhayes@wellington.com

rfick@borel.com
rfiel@hough.com
rfielding@oppenheimerfunds.com
rfilatov@templeton.com
rfilia@federatedinv.com
rfinch@hourglasscapital.com
rfinn@opers.org
rfischer@allstate.com
rfiske@pershing.com
rflaherty@mfs.com
rflax@perrycap.com
rfleimkuhler@delinvest.com
rfleming@ingfnc.com
rfleming@leopoldjoseph.com
rflorez@lib.com
rflowers@dbzco.com
rflugum@aegonusa.com
rfolmer@bloomberg.net
rfoo@troweprice.com
rforbes@edc-see.ca
rforgues@canyonpartners.com
rforker@loomissayles.com
rfornes@bloomberg.net
rfoster@caxtonhealth.com
rfox@opers.org
rfox@smithbreeden.com
rfox@whitneybank.com
rfp@nacm.com
rfpedersen@illinoismutual.com
rfr@atalantasosnoff.com
rfrancello@caxton.com
rfrangella@caxton.com
rfrank@gscpartners.com
rfrank@hellmanjordan.com
rfrankel@sarofim.com
rfranklin@nb.com
rfranzese@libertyview.com
rfranzese@nb.com
rfrazier@aegonusa.com
rfrederes@bloomberg.net
rfretz@us.mufg.jp
rfriedbe@blackrock.com
rfriedman@msfi.com
rfroig@stifel.com
rfronapfel@bankofny.com
rfruh@ifsam.com
rftchan@hkma.gov.hk

rfuente@banxico.org.mx
rfuhrman@wellington.com
rfunes@us.mufg.jp
rfurka@mymainstreetbank.com
rfyoung@metlife.com
rg.delclaux@grupobbva.com
rg@us.danskebank.com
rg369@cornell.edu
rg40@ntrs.com
rg55@ntrs.com
rgadala@bloomberg.net
rgaensslen@pictet.com
rgalione@europeancredit.com
rgallagher@babsoncapital.com
rgallen@mercuryinsurance.com
rgaller@invesco.com
rgambira@princeton.edu
rganesh@blackrock.com
rganti@hbk.com
rgarcesb@cajamadrid.es
rgardella@lordabbett.com
rgardner@cambonds.com
rgargant@finibanco.pt
rgarritt@nabny.com
rgartaganis@loomissayles.com
rgarton@pacificlife.com
rgarza@westernasset.com
rgasco@bancamarch.es
rgaskell@seic.com
rgasway@ups.com
rgatten1@bloomberg.net
rgaviglio@intermarketcorp.net
rgball@opers.org
rgbrown@bear.com
rgc@capgroup.com
rgclark@logancapital.com
rgeib@harleysvillesavings.com
rgengelb@bloomberg.net
rgeorge@bankofny.com
rgeorge@tiaa-cref.org
rgeorgeson@smithgraham.com
rgerber@lordabbett.com
rgerdeman@nb.com
rghrenassia@pictet.com
rgiangregorio@samipfd.com
rgiliberti1@bloomberg.net
rgill@bankofny.com

rgill@farmcredit-ffcb.com
rgilli10@ford.com
rginsberg@union-investment.de
rgipson@ingalls.net
rgiudice4@bloomberg.net
rgk@capgroup.com
rgk@dodgeandcox.com
rglaesche@wuerttag.de
rglasebrook@nb.com
rglenny@uscentral.org
rglise@munder.com
rgm@capgroup.com
rgm1@ntrs.com
rgmohan@wellington.com
rgn.tr@adia.ae
rgoel@aegonusa.com
rgoldberg@banxico.org.mx
rgoldsborough@arielinvestments.com
rgoldstein@bankofny.com
rgomes1@bloomberg.net
rgomez@bcentral.cl
rgonzalez@babsoncapital.com
rgonzalez@banamex.com
rgonzalez@fhlbatl.com
rgonzalezba@banamex.com
rgoodband@jhancock.com
rgoodof@loomissayles.com
rgooskens@msfi.com
rgordan@chevrontexaco.com
rgordon@williamblair.com
rgottesman@firstmanhattan.com
rgraham@bondwave.com
rgranber@nylim.com
rgrannis@qualcomm.com
rgrant@kbw.com
rgrau@nb.com
rgraves@mail.state.tn.us
rgravil@carac.fr
rgravino@provident-bank.com
rgreen@wasatchadvisors.com
rgreenjr@pclient.com
rgreeno@princeton.edu
rgregg@ftci.com
rgregory@baylbny.com
rgreulich@wdwitter.com
rgrimm@berkeleyvc.com
rgromero@princeton.edu

rgromko@dbzco.com
rgrubbs@wellington.com
rgruwell@fhlbi.com
rgstcollins@yahoo.com
rgthompson@dow.com
rgtreasury@robeco.nl
rguastello@marchpartners.com
rguha@canyonpartners.com
rguijt@insinger.com
rguimara@bloomberg.net
rgunaratna@metlife.com
rgupta4@metlife.com
rgusick@perrycap.com
rguttridge@lmfunds.com
rgw23@cornell.edu
rha@bankinvest.dk
rhaan@schootsepoort.nl
rhabursky@bloomberg.net
rhaddad@saib.com.sa
rhadley@ofiinstitutional.com
rhaggard@kbw.com
rhaggard@sanwafp.com
rhakim@templeton.com
rhale@cambonds.com
rhalgren@metlife.com
rhall@mfs.com
rhall@russell.com
rhallisey@blackrock.com
rhamilton@mfcglobalus.com
rhammerl@sgz-bank.lu
rhamwee@gscpartners.com
rhanek@munichre.com
rhannah@bankofcanada.ca
rhansen@ustrust.com
rhar@kempen.nl
rhare@alabamafuel.com
rhargaden@pacificincome.com
rharris@sterne-agee.com
rharrison@voyageur.net
rhart@frk.com
rharvey@fandc.co.uk
rharvey1@bloomberg.net
rhaskel@jbhanauer.com
rhauser@opcap.com
rhauser@pictet.com
rhausmann@tiaa-cref.org
rhawkins@mfs.com

rhay@libertyview.com
rhaydon@nb.com
rhd@tudor.com
rhdavis@us.nomura.com
rhe@nbim.no
rhea.hamilton@shell.com
rhea_mihalisin@merck.com
rhealy@kpsp.com
rhechler@waddell.com
rheckman@tiaa-cref.org
rheebner@ofii.com
rheidemann@waddell.com
rheinboden@netcologne.de
rheine@meag.com
rheinhyp@indigo.ie
rheitu.bansal@morganstanley.com
rhelderman@anthos.nl
rhelf@fiduciarymgt.com
rhelm@meag.com
rhenderson@bpbtc.com
rhenderson12@bloomberg.net
rhensley@unumprovident.com
rhern@meag.com
rhernandez@bsp.gov.ph
rherr@bankofny.com
rhervas@deerfieldcapital.com
rhett.brown@lazard.com
rhett.lambert@alexanderkey.com
rhett.neuenschwander@tcw.com
rhett_hunter@troweprice.com
rheza.lascano@hsbc.com
rhiett@viningsparks.com
rhill@ofii.com
rhimelfarb@leggmason.com
rhimelfarb@stifel.com
rhimmo@bloomberg.net
rhinckley@eatonvance.com
rhinderlie@copera.org
rhines@bostonprivatebank.com
rhl@capgroup.com
rhlee@metlife.com
rhmeredith@metlife.com
rhn@capgroup.com
rhn49225@cathaylife.com.tw
rhoades@rentec.com
rhocker@penncapital.com
rhoerle@rnt.com

rhoffman@us.nomura.com
rhoffman@wilmingtontrust.com
rhofmann@bloomberg.net
rholcomb@invest.treas.state.mi.us
rholt@1838.com
rholt@fmaadvisors.com
rholt@lkcm.com
rhom@ca-indosuez.com
rhona.stewart@aegon.co.uk
rhonda.liesenfeld@edwardjones.com
rhonda.vitanye@barclaysglobal.com
rhonda_boggs@dom.com
rhonda_chang@mfcinvestments.com
rhonda_crosson@putnam.com
rhonda_webb@calpers.ca.gov
rhondale.haywood@pnc.com
rhopps@allstate.com
rhorner@fnni.com
rhossli2@bloomberg.net
rhovermale@fhlbi.com
rhoverson@provident-bank.com
rhoward@lordabbett.com
rhowe@eatonvance.com
rhowells@bloomberg.net
rhoyng@fnccorp.com
rhs@capgroup.com
rhs@nbim.no
rhsu@frk.com
rhua@panagora.com
rhuang@mfs.com
rhughes@bbandt.com
rhughes@pwmco.com
rhutton@libertyview.com
rhutton@nb.com
rhv39972@glaxowellcome.co.uk
rhys.foulkes@threadneedle.co.uk
rhys.g.true@jpmorgan.com
rhys.lyons@icap.com
rhys@braeburncapital.com
rhys_davies@hen.invesco.com
ri.guderian@frankfurt-trust.de
ri@capgroup.com
ri@ubpam.com
ri5@ntrs.com
ria.beckers@interbrew.com
ria.sugay@banksterling.com
rian.caufield@ge.com

rian.caufman@ge.com
rian@sek.se
ribo01@handelsbanken.se
ribonib@1stsource.com
ric.costa@pimco.com
rica.trujillo@frm.com
ricardo.caldeira@finantia.com
ricardo.calico@cgd.pt
ricardo.funes@scotiacapital.com
ricardo.grados@ohis.com
ricardo.laborda@grupobbva.com
ricardo.marino@gs.com
ricardo.martinelli@bcb.gov.br
ricardo.mesquita@bcb.gov.br
ricardo.moura@bcb.gov.br
ricardo.pedro@clf-dexia.com
ricardo.pires@besci.co.uk
ricardo.rosa@grupposantander.pt
ricardo.salgado@gs.com
ricardo.sanmartin@fonditel.es
ricardo.sayao@alcoa.com
ricardo.scaff@rabobank.com
ricardo.vit@sscims.com
ricardo.xavier@ashmoregroup.com
ricardo_cipicchio@bankone.com
ricardocruz@quilter.co.uk
riccardi.roberto@enel.it
riccardo.bindi@morganstanley.com
riccardo.cavo@pioneeraltinvest.com
riccardo.cazzola@eurosgr.it
riccardo.costa@ersel.it
riccardo.curcio@uk.fid-intl.com
riccardo.divenuta@sai.it
riccardo.grimaldi@bancaprofilo.it
riccardo.lagorio@bancaprofilo.it
riccardo.lugli@bancaintesa.co.uk
riccardo.magni@bpubanca.it
riccardo.masotti@credit-suisse.com
riccardo.mazzi@bancaintesa.it
riccardo.nembri@bancaprofilo.it
riccardo.parasporo@bancaintesa.it
riccardo.quartodipalo@mediobanca.it
riccardo.ratti@bancaprofilo.it
riccardo.senn@ubs.com
riccardo.taje@jpmorganfleming.com
riccardo.tomasi@banca.mps.it
riccardo.vanoli@db.com

riccardo.veglio@mediolanum.it
riccardo.zucchini@bancalombarda.it
riccardodirenzo@cariplo.it
riccardoserrini@intesabci.it
ricciardi@mpsgr.it
ricciot@aetna.com
riccochan@mas.gov.sg
riccolon@bbvapr.com
rice_paul@jpmorganfleming.com
ricet@ebrd.com
rich.bartolotta@eds.com
rich.bielen@protective.com
rich.bradfield@mortgagefamily.com
rich.bressler@twi.com
rich.brody@ppmamerica.com
rich.burns@prudential.com
rich.crist@prudential.com
rich.dabrowski@citadelgroup.com
rich.farra@transamerica.com
rich.gale@firstunion.com
rich.gale@glenmede.com
rich.ghazarian@westernasset.com
rich.hobson@sterlingsavings.com
rich.kelly@db.com
rich.king@6thaveinvest.com
rich.king@houston.nacm.com
rich.laxer@ge.com
rich.mercante@aig.com
rich.millard@jpfinancial.com
rich.okeeffe@pncadvisors.com
rich.rosen@jwseligman.com
rich.shulusky@commercebank.com
rich.smith@aberdeen-asset.com
rich.stevenson@tcw.com
rich.urban@corporate.ge.com
rich.vaccaro@prudential.com
rich.vandermass@morganstanley.com
rich_carter@ustrust.com
rich_fitzsimons@swissre.com
rich_gazda@ml.com
rich_jamie@jpmorgan.com
rich_king@invesco.com
rich_petruzzo@vanguard.com
rich_robben@invesco.com
rich_sega@conning.com
richarad@rbcel.com
richard.a.henley@jpmchase.com

richard.a.hoffman@csam.com
richard.a.jarvis@jpmorgan.com
richard.abma@kasbank.com
richard.adams@ing.com.au
richard.albanese@prudential.com
richard.albano@ingfunds.com
richard.alborough@morleyfm.com
richard.allen@fuji-bank.co.uk
richard.altstaetter@btv.at
richard.annunziato@csam.com
richard.asbery@gs.com
richard.askey@lloydstsb.co.uk
richard.aubrey@bankofthewest.com
richard.avidon@csam.com
richard.avidon@db.com
richard.axilrod@moorecap.com
richard.baker@glgpartners.com
richard.baldwin@gartmore.com
richard.balfour@csam.com
richard.balloch@resolutionasset.com
richard.banno@pacificlife.com
richard.baytosh@huntington.com
richard.beadsworth@lloydstsb.co.uk
richard.bei@bernstein.com
richard.bell@isisam.com
richard.bennett@rabobank.com
richard.berberian@rbsgc.com
richard.berthiaume@tudor.com
richard.bertoni@dresdnerkleinwort.com
richard.biagini@fmr.com
richard.biegen@aig.com
richard.bisson@nomura-asset.co.uk
richard.black@lgim.co.uk
richard.black@omam.co.uk
richard.bohan@fmr.com
richard.bona@gmacm.com
richard.booth@db.com
richard.brightman@barclaysglobal.com
richard.brink@alliancebernstein.com
richard.brown@citigroup.com
richard.brown@schroders.com
richard.brumby@csam.com
richard.burrows@pernod-ricard.com
richard.burton@hypovereinsbank.de
richard.burwood@citicorp.com
richard.busellato@moorecap.co.uk
richard.butler@caam.com

richard.byrnes@db.com
richard.c.davies@jpmorgan.com
richard.cai@novartis.com
richard.cambridge@lgim.co.uk
richard.campbell@lloydstsb.co.uk
richard.campbell@trs.state.tx.us
richard.campbell@umb.com
richard.cansell@morleyfm.com
richard.carnes@pncbank.com
richard.caro@columbiamanagement.com
richard.casey@boigm.com
richard.cashin@ubs.com
richard.chadderton@lazard.com
richard.chang@moorecap.com
richard.chapman@ldn.invesco.com
richard.chauvin@capitalonebank.com
richard.chen@barclaysglobal.com
richard.cheng@fmr.com
richard.chilton@swift.com
richard.chin@53.com
richard.chin@watchhillfunds.com
richard.christinat@bcv.ch
richard.chung@db.com
richard.clarida@pimco.com
richard.clark@pnc.com
richard.clode@gartmore.com
richard.colasuonno@pimco.com
richard.colavecchio@wamu.net
richard.collins@ubs.com
richard.colwell@csam.com
richard.colwell@morleyfm.com
richard.convy@pnc.com
richard.cox@lbb.de
richard.craske@glgpartners.com
richard.cumberledge@inginvestment.com
richard.cumbley@commerzbankib.com
richard.cumbley@hsbcib.com
richard.cummings@dartmouth.edu
richard.curling@db.com
richard.cutts@columbiamanagement.com
richard.d.mellin@wellsfargo.com
richard.dahlberg@columbiamanagement.com
richard.dameron@pncbank.com
richard.davidson@morganstanley.com
richard.dekaser@nationalcity.com
richard.deluca@ibtco.com
richard.derose@alliancebernstein.com

richard.dichillo@inginvestment.com
richard.diem@pncadvisors.com
richard.dingwall-smith@swipartnership.co.uk
richard.dolhun@agf.com
richard.doron@fmr.com
richard.drason@db.com
richard.dryer@credit-suisse.com
richard.duggan@selective.com
richard.dunbar@swipartnership.co.uk
richard.dymond@morleyfm.com
richard.dyson@aberdeen-asset.com
richard.e.john@citi.com
richard.edelman@db.com
richard.edmonds@wachovia.com
richard.edwards@fac.com
richard.elliott@mhcb.co.uk
richard.esterly@daiwausa.com
richard.evans@gartmore.com
richard.evans@rolls-royce.com
richard.f.jordan@chase.com
richard.farmer@citadelgroup.com
richard.felegy@morganstanley.com
richard.fentin@fmr.com
richard.ferguson@db.com
richard.fiedorek@pncbank.com
richard.field@norwich-union.co.uk
richard.figuly@jpmorgan.com
richard.fisher@wamu.net
richard.flack@ubs.com
richard.flax@gs.com
richard.fletcher@fandc.com
richard.flint@barclaysglobal.com
richard.frei@zkb.ch
richard.friederich@zkb.ch
richard.fry@axa-im.com
richard.fuld@tudor.com
richard.furst@moorecap.com
richard.ghazarian@sce.com
richard.gibson@bankofamerica.com
richard.glass@morganstanley.com
richard.goddard@it.abnamro.com
richard.goldsmith@db.com
richard.goldthorpe@lloydstsb.co.uk
richard.grahman@uboc.com
richard.grasset@lloydstsb.co.uk
richard.green@norwich-union-life.co.uk
richard.greenwood@aig.com

richard.greenwood@prudential.com
richard.griffiths@uk.danskebank.com
richard.guether@morganstanley.com
richard.habermann@fmr.com
richard.hall@rbc.com
richard.hallett@morleyfm.com
richard.harjes@citadelgroup.com
richard.healing@mhcb.co.uk
richard.hegwood@columbiamanagement.com
richard.henricsson@nordea.com
richard.henry@pncbank.com
richard.herberth@jpmorganfleming.com
richard.herbst@jpmorgan.com
richard.herbst@rabobank.com
richard.hetherington@chase.com
richard.hill@csam.com
richard.hinz@cominvest-am.com
richard.hochreutiner@ubsw.com
richard.hockings@lazard.com
richard.hodges@lgim.co.uk
richard.hodson@credit-suisse.com
richard.hoerner@blackrock.com
richard.hogan@fmr.com
richard.homan@dillonread.com
richard.honeck@bankofamerica.com
richard.hoss@bnpparibas.com
richard.house@threadneedle.co.uk
richard.howarth@insightinvestment.com
richard.howorth@lionhart.net
richard.hrabchak@prudential.com
richard.hudson@icgplc.com
richard.hughes4@barcap.com
richard.humphreys@nationwide.co.uk
richard.huston@drkw.com
richard.insalaco@rochester.edu
richard.ipesch@apobank.de
richard.irons@cw.com
richard.j.barry@pjc.com
richard.j.nicholson@jpmchase.com
richard.j.rogalski@tuck.dartmouth.edu
richard.j.wall@aib.ie
richard.j.ward@jpmorganfleming.com
richard.jackson@tudor.com
richard.jenkins@rbccm.com
richard.johnson@pnc.com
richard.johnston@siemens.com
richard.jucker@zkb.ch

richard.k.driscoll@usa.dupont.com
richard.kassaby@cba.com.au
richard.keizer@ingim.com
richard.kelly@biam.boi.ie
richard.kelsall@norwich-union-life.co.uk
richard.kelsall@norwich-union-life.com
richard.kennaugh@db.com
richard.kent@glenmede.com
richard.kernan@ryanbeck.com
richard.keys@lloydstsb.co.uk
richard.kim@jpmorgan.com
richard.kimball@usaa.com
richard.king@himco.com
richard.kobler@rmf.ch
richard.koch@ap1.se
richard.kosecky@erstebank.at
richard.kowal@lazard.com
richard.kruse@nomura-asset.co.uk
richard.lambert@bankofengland.co.uk
richard.lantz@electrolux.se
richard.larner@db.com
richard.lau@sg.standardchartered.com
richard.lee@citadelgroup.com
richard.lefebvre@caam.com
richard.lehman@isisam.com
richard.leite@credit-suisse.com
richard.lepere@caam.com
richard.levinson@firstunion.com
richard.lewis@newstaram.com
richard.leyman@ge.com
richard.liang@shinseibank.com
richard.lin@schroders.com
richard.list@credit-suisse.com
richard.lonsdale@gerrard.com
richard.loretan@juliusbaer.com
richard.lossano@prudential.com
richard.lowes@harrisbank.com
richard.lowman@isisam.com
richard.luijken@nibcapital.com
richard.luu@sarasin.ch
richard.m.davis@gs.com
richard.m.hibell@jpmorgan.com
richard.m.twomey@citigroup.com
richard.m.white@csam.com
richard.ma@lionhart.net
richard.machin@fhlb-pgh.com
richard.major@db.com

richard.mak@pimco.com
richard.manuel@fmr.com
richard.marshall@bbh.com
richard.marshall@mhcb.co.uk
richard.marwood@axa-im.com
richard.massuci@pncadvisors.com
richard.matas@4086.com
richard.mattner@nyc.rabobank.com
richard.mauro@pncbank.com
richard.may@barclaysglobal.com
richard.mcbain@db.com
richard.mcbride@clamericas.com
richard.mcclorey@bmo.com
richard.mccormick@threadneedle.co.uk
richard.mcintosh@sgcib.com
richard.mckinney@deshaw.com
richard.meek@bbh.com
richard.meese@barclaysglobal.com
richard.mejzak@blackrock.com
richard.merage@falconig.com
richard.mercier@alliancebernstein.com
richard.meth@jpmorganfleming.com
richard.mettler@columbiamanagement.com
richard.mhende@morganstanley.com
richard.miller@ge.com
richard.montesano@us.mizuho-sc.com
richard.moore@gmacrfc.com
richard.moore@omam.co.uk
richard.moreland@bmo.com
richard.morgan@bapfim.co.uk
richard.mormile@pioneeraltinvest.com
richard.mueller@rmf.ch
richard.mulley@gs.com
richard.murphy@ch.abnamro.com
richard.muruve@bmo.com
richard.n.sharp@hsbcam.com
richard.nahmani@lodh.com
richard.nash@isisam.com
richard.neuner@blb.de
richard.ng@intel.com
richard.nibloe@insightinvestment.com
richard.nield@aiminvestments.com
richard.north@sixcontinents.com
richard.o'connell@barclays.co.uk
richard.oconnell@gcm.com
richard.olson2@hp.com
richard.owens@rbccm.com

richard.p.grammer@bankofamerica.com
richard.padgham@pncbank.com
richard.papetti@morganstanley.com
richard.parent@prudential.com
richard.patterson@swip.com
richard.peck@fmr.com
richard.peirson@framlington.co.uk
richard.penny@lgim.co.uk
richard.petrino@columbiamanagement.com
richard.philips@ubs.com
richard.piccirillo@prudential.com
richard.pierson@framlington.co.uk
richard.pike@tudor.com
richard.pitre@tasitalia.com
richard.prvulovich@gartmore.com
richard.puma@ospraie.com
richard.q.wendt@towersperrin.com
richard.quin@csam.com
richard.r.davis@citigroup.com
richard.r.helmerichs@pjc.com
richard.razza@thehartford.com
richard.read@lloydstsb.co.uk
richard.redfern@isisam.com
richard.ritschel@nordea.lu
richard.robben@db.com
richard.rochat@csam.com
richard.rogers@prudential.com
richard.rokus@micorp.com
richard.romano@prudential.com
richard.rose@pfpc.com
richard.rosen@mackayshields.com
richard.rossatti@tkb.ch
richard.s.bei@jpmorgan.com
richard.s.cohen@bankofamerica.com
richard.saldanha@investecmail.com
richard.saldanha@morleyfm.com
richard.saler@inginvestment.com
richard.samuel@icgplc.co.uk
richard.sanderson@lloydstsb.co.uk
richard.schlanger@pioneerinvest.com
richard.schmidt@postbank.de
richard.schoeb@jpmorgan.com
richard.schreuder@barclays.co.uk
richard.schulein@fbs.nl
richard.scott@aig.com
richard.seebacher@sparkasse.it
richard.seissler@t-online.de

richard.shepley@db.com
richard.shum@schroders.com
richard.shuster@wpginvest.com
richard.singleton@fandc.com
richard.skelt@uk.fid-intl.com
richard.skeppstrom@eagleasset.com
richard.slaughter@ers.state.tx.us
richard.sloan@barclaysglobal.com
richard.small@csfb.com
richard.smith@tcw.com
richard.smithyes@uk.mufg.jp
richard.spalton@aberdeen-asset.com
richard.spillane@fidelity.com
richard.springate@dkib.com
richard.stanley@singers.co.im
richard.starling@fmr.com
richard.steffen@juliusbaer.com
richard.stevens@lgim.co.uk
richard.stevens@nationalcity.com
richard.stevens@pioneerinvestments.com
richard.stevenson@allegiantgroup.com
richard.stewart@db.com
richard.stewart@moorecap.com
richard.talerico@umb.com
richard.tan@credit-suisse.com
richard.tanner@ubs.com
richard.taormina@jpmorgan.com
richard.taube@pacificlife.com
richard.tauber@columbiamanagement.com
richard.taylor1@barclays.co.uk
richard.teisch@pseg.com
richard.tennant@uk.fid-intl.com
richard.thieke@db.com
richard.thompson@aig.com
richard.thompson@bnpparibas.com
richard.thompson@uk.fid-intl.com
richard.tomlinson@omam.co.uk
richard.toner@prudential.com
richard.travis@morgankeegan.com
richard.troyer@alliancebernstein.com
richard.truong@uk.mizuho-sc.com
richard.tsai@barclaysglobal.com
richard.turner@columbiamanagement.com
richard.ungaro@americas.bnpparibas.com
richard.urwin@blackrock.com
richard.v.annunziato@citigroup.com
richard.van.ovost@mn-services.nl

richard.veith@kodak.com
richard.vincent@skandia.co.uk
richard.w.berger@dartmouth.edu
richard.w.bottomley@hsbc.com
richard.w.bullock@jpmorgan.com
richard.w.sunderland.iii@dartmouth.edu
richard.waddington@rbccm.com
richard.wagner@vkb.de
richard.walker@thomascook.com
richard.walsh@glgpartners.com
richard.warne@credit-suisse.com
richard.warr@citigroup.com
richard.watts@fandc.com
richard.weaver@bernstein.com
richard.webb@flemings.com
richard.wegener@citadelgroup.com
richard.weiland@s-versicherung.co.at
richard.weiss@alliancebernstein.com
richard.weiss@ibtco.com
richard.wellington@bankofengland.co.uk
richard.welsh@inginvestment.com
richard.wendell@prudential.com
richard.wertheimer@citadelgroup.com
richard.west@ubs.com
richard.whiles@halliburton.com
richard.white@opco.com
richard.whitehouse@hsbc.com
richard.wigglesworth@db.com
richard.wilkinson@erstebank.at
richard.williams@blackrock.com
richard.wilmarth@bbh.com
richard.wilson@fandc.com
richard.wilson@threadneedle.co.uk
richard.winkler@aam.ch
richard.wiseman@insightinvestment.com
richard.wittesaele@bnpparibas.com
richard.wohanka@fortisinvestments.com
richard.woodhouse@commerzbankib.com
richard.woodhouse@eu.nabgroup.com
richard.woodward@frostbank.com
richard.x.austin@jpmorgan.com
richard.xie@4086.com
richard.yarmey@pncbank.com
richard.yurasko@pncadvisors.com
richard.zechmeister@credit-suisse.com
richard@barclaysglobal.com
richard@baupost.com

richard@epsilonfunds.com
richard@rentec.com
richard@roxcap.com
richard_a_hill@westlb.co.uk
richard_a_janus@victoryconnect.com
richard_arnott@ssga.com
richard_balestra@cinfin.com
richard_bard@reservefunds.com
richard_batty@standardlife.com
richard_block@putnam.com
richard_bowers@ssga.com
richard_bridges@capgroup.com
richard_c_hepner@vanguard.com
richard_c_hughes@westlb.co.uk
richard_chen@scudder.com
richard_chung@freddiemac.com
richard_clattenburg@troweprice.com
richard_cordover@hvbamericas.com
richard_cortese@manulife.com
richard_crook@mfcinvestments.com
richard_decoste@putnam.com
richard_dell@blackrock.com
richard_dent@troweprice.com
richard_duffy@calpers.ca.gov
richard_ellson@hvbamericas.com
richard_fang@invesco.com
richard_g_dauteuil@fleet.com
richard_g_wolverton@keybank.com
richard_gorda@glenmede.com
richard_gordon@ml.com
richard_ho@fujibank.co.jp
richard_hoang@putnam.com
richard_hofmann@nacm.com
richard_hopkins@perpetual.co.uk
richard_j_turgeon@victoryconnect.com
richard_jaucian@fanniemae.com
richard_johannes@putnam.com
richard_kehoe@nylim.com
richard_kemp@banvenez.com
richard_ko@ml.com
richard_kos@mfcinvestments.com
richard_leung@putnam.com
richard_li@usa.net
richard_limekiller@ustrust.com
richard_macdonald@putnam.com
richard_moffat@standardlife.com
richard_neuman@westlb.com

richard_newitter@acml.com
richard_ngpack@ssga.com
richard_ochman@ssga.com
richard_olek@freddiemac.com
richard_pilat@putnam.com
richard_plackett@blackrock.com
richard_pooley@blackrock.com
richard_powers@vanguard.com
richard_presley@troweprice.com
richard_ronan@acml.com
richard_rothwell@ntrs.com
richard_scholefield@standardlife.com
richard_schwartz@am.newyorklife.com
richard_sorkin@fanniemae.com
richard_tan@ml.com
richard_tanner@swissre.com
richard_taylor@acml.com
richard_thomas@ssga.com
richard_townsend@merck.com
richard_turnill@blackrock.com
richard_vanden_boogard@victoryconnect.com
richard_vella@ml.com
richard_w_wolf@fanniemae.com
richard_wang@freddiemac.com
richard_whitfield@vanguard.com
richard_wilmot@newton.co.uk
richard_wintle@newton.co.uk
richarda.heubisch@bayernlb.de
richarda@bloomberg.net
richarda@imsi.com
richardbarns@bankofny.com
richardc@cater-allen.co.uk
richardchan@gic.com.sg
richardd@coj.net
richarddennis@wessexam.co.uk
richardfearon@eaton.com
richard-h.thomas@ubs.com
richardh@treasury.state.az.us
richardhill@bloomberg.net
richardj@aeltus.com
richardjackson6551@sbcglobal.net
richard-m.smith@db.com
richardmusch@hotmail.com
richardmyers@halifax.co.uk
richardo.rodriques@bcv.ch
richard-peter.leib@muenchenerhyp.de
richards.jason@ntrs.com

richards.jc@mellon.com
richards@hcmny.com
richardschreuder@saemor.com
richardspence@hsbc.com
richardstrait@northwesternmutual.com
richardt@mcm.com
richarst@deshaw.com
richie.cruz@pimco.com
richie@ruanecunniff.com
rich-mgam.wilson@db.com
richmondb@greenecountybank.com
rick.aneshansel@firstar.com
rick.baril@utc.com
rick.baylor@moorecap.com
rick.block@harrisbank.com
rick.bookstaber@bwater.com
rick.brown@bmo.com
rick.bryan@bmonb.com
rick.burmeister@bundesbank.de
rick.cardillo@nationstarmail.com
rick.castro@barclaysglobal.com
rick.cleary@sharpridge.com
rick.davis@jpmorgan.com
rick.delosreyes@soros.com
rick.dentith@rlam.co.uk
rick.didonato@firstunion.com
rick.foytek@nationalcity.com
rick.ganong@tudor.com
rick.grossman@ccastrategies.com
rick.harmon@sto.sc.gov
rick.hoogerwerf@ingim.com
rick.i.davis@bankamerica.com
rick.johnston@resolutionplc.com
rick.jones@ncmcapital.com
rick.lam@hk.nomura.com
rick.llewellyn@rabobank.com
rick.lynes@prudential.com
rick.mace@fmr.com
rick.mak@tdsecurities.com
rick.marquez@bhf-bank.com
rick.morioka@pimco.com
rick.nelson@inginvestment.com
rick.nelson@truscocapital.com
rick.palmon@db.com
rick.patel@fidelity.com
rick.petran@swib.state.wi.us
rick.pitten@columbiamanagement.com

rick.pressly@coair.com
rick.ratkowski@nisanet.com
rick.romano@prudential.com
rick.rubin@pnc.com
rick.schlesinger@pnc.com
rick.scott@aig.com
rick.simonsen@nokia.com
rick.vallieres@alliancebernstein.com
rick.vansteenbergen@himco.com
rick.velez@kofc.org
rick.wayne@pncbank.com
rick.yee@bankofthewest.com
rick@apothcap.com
rick@heliosgrp.com
rick@presaz.com
rick@primco.com
rick@stw.com
rick_conway@agfg.com
rick_delosreyes@troweprice.com
rick_didonato@keybank.com
rick_gable@sunlife.com
rick_gordon@sunlife.com
rick_jackson@scudder.com
rick_richmond@conseco.com
rick_sawers@national.com.au
rick_smith@bancone.com
rick_turnock@invesco.com
rick_weed@putnam.com
rick_wynn@putnam.com
rickard.alte@amfpension.se
rickard.calalv@nordea.com
rickard.skogsfors@swedbank.com
rickard.stenberg@seb.se
rickard.synnergren@seb.se
rickard.waldenlind@nordea.com
rickard.warnelid@dnb.se
rickboesch@bloomberg.net
rickbotthof@synovus.com
rickdoede@ftadvisors.com
rickp@bloomberg.net
ricksr@ensignpeak.org
rick-waldis@dlfi.com
ricky.lit@fortisbank.com.hk
ricky.liu@email.chinatrust.com.tw
ricky.sun@citadelgroup.com
rickyh@nbd.com
rickyhowe@hotmail.com

rickylaw@bloomberg.net
ricmea@safeco.com
rico.bopp@csam.com
rico.fasel@nl.fortis.com
rico.milde@bhf.ing.com
ricocheung@ftsfund.com
ricsun@carnegie.se
ridgely_ficks@putnam.com
ridwan.setiadi.oey@ingim.com
rie.kachi@mizuho-cb.co.jp
rie.shibuya@alliancebernstein.com
rie0429@dl.dai-ichi-life.co.jp
rieco.mello@fmr.com
rieglerw@vankampen.com
rie-katoh@am.mufg.jp
rieko.matsuzawa@boj.or.jp
rieko.tsuchiya@boj.or.jp
rieko.uehara@pimco.com
rieko_arai@mitsubishi-trust.co.jp
rieko-mino@am.mufg.jp
rien.wijnen@ingim.com
riesen.markus@rahnbodmer.ch
riesmeyer.j@mellon.com
riesposito@bankofny.com
riet.vijgen@puilaetco.be
rievesg@rjrt.com
rifatrafi.ojalvo@teb.com.tr
rigano.rita@enel.it
riggins.sarah@principal.com
riginos_dimitriou@blackrock.com
rihi01@handelsbanken.se
riichiro.fukahori@mizuho-cb.co.jp
riitta.naaralainen-vallila@tapiola.fi
riitta.salonen@leonia.fi
rijk_griffioen@nl.ibm.com
rik.dhoest@nagelmackers.be
rika.sato@ubs.com
rikard.forssmed@swedbankrobur.se
riki@nochubank.or.jp
rikiya_kato@putnam.com
rikkin@erbd.com
riku.wiitala@oko.fi
ril.tr@adia.ae
rili01@handelsbanken.se
rim.tehraoui@bnpparibas.com
rima.el-kawa@barclaysglobal.com
rima.terradista@aibny.com

rimma.talis@jpmchase.com
rimperiale@forwardmgmt.com
rina.andriani@ai.astra.co.id
rina.asano@japan.gartmore.com
rina.bhattacharyya@ubs.com
rina.ghez@novartis.com
rina.jha@fmr.com
rina.r.conti@jpmchase.com
rina.yoo@bmo.com
rinaldo.rusca@bsibank.com
rinaldo.tonsi@italtel.it
rinesh.mehta@bankofamerica.com
ringo.r.leo@aexp.com
ringo_lau@scotiacapiral.com
rinji.watanabe@schroders.com
rino.cantele@centrumbank.li
rino.miraglia@claridenleu.com
rio.tandaju@lodh.com
riordan.p@mellon.com
ripal.patel@inginvestment.com
ripper.jennifer@pennmutual.com
rirani@alfransi.com.sa
risa_genjima@tr.mufg.jp
risaueda@dl.dai-ichi-life.co.jp
risei.goto@truscocapital.com
rishi.bali@dillonread.com
rishi.kakati@citi.com
rishi.kansagra@bankofengland.co.uk
rishi.modi@hcmny.com
rishi.sadarangani@alliancebernstein.com
rishi_chullani@invesco.com
rishma.moennasing@nl.abnamro.com
rishul.shah@canadalife.co.uk
risk.management@banchemarche.it
riskbotm@bloomberg.net
rissem@firstcharter.com
risteardbrennan@angloirishbank.ie
risto.oja@swip.com
risto.paivansalo@evli.com
risto.peltokangas@bof.fi
rita.alberico@firstmidwest.com
rita.boscolo@antonveneta.it
rita.capocasale@interbanca.it
rita.chu@wellsfargo.com
rita.crusius@generali.ch
rita.dhut@morleyfm.com
rita.duggan@ge.com

rita.geyermann@kfw.de
rita.grewal@uk.fid-intl.com
rita.hsiao@email.chinatrust.com.tw
rita.j.hanson@jpmorgan.com
rita.kelley@pharma.novartis.com
rita.mcavoy@aberdeen-asset.com
rita.ontko@nationalcity.com
rita.osea@aig.com
rita.pointer@oberbank.at
rita.taplatzidou@fandc.com
rita.ukmt.mccarthy@jpmorgan.com
rita@venetoireland.com
ritaleung@hsbc.com.hk
rita-marie.giudice@credit-suisse.com
ritesh.verma@ge.com
ritikap@mcm.com
ritirupa_samanta@ssga.com
ritt@oce.nl
ritter@bessemer.com
ritterj@strsoh.org
ritu.bhargava@jpmorganfleming.com
ritu.dattani@bg-group.com
riva@bloomberg.net
riveraj@wellscap.com
rivese@nuveen.com
rivierep@cpw.co.uk
rix@loomissayles.com
riyadh.yousif@nbb.com.bh
riyer@canyonpartners.com
riyouta_inami@am.sumitomolife.co.jp
riyouzo.iknoshita@surugabank.co.jp
riyuu824@dl.dai-ichi-life.co.jp
riz.raja@prudential.com
rizal@bcb.com.my
rizalsd@mas.com.my
rizmirlian@meag-ny.com
rizwan.ahmad@rbccm.com
rizwanul.huda@fhlbboston.com
rizzi@mediolanum.it
rizzoni@rentec.com
rj.jones@nordstrom.com
rjaamereno@bloomberg.net
rjachim@desaricap.com
rjack@britannicasset.com
rjackson@capfed.com
rjacobs@ftci.com
rjacoud@brusselsairlines.com

rjaeger@wgtrading.com
rjaffe@angelogordon.com
rjain@standard.com
rjakob@hcmlp.com
rjames@pictet.com
rjameson@bloomberg.net
rjameson@tiaa-cref.org
rjandrasits@bloomberg.net
rjbarrett@wellington.com
rjbukovac@williamblair.com
rjdegirolamo@statestreet.com
rjdriver@ybs.co.uk
rjempalmado@unionbankph.com
rjenkins@metlife.com
rjensen3@bloomberg.net
rjfaro@wellington.com
rjfilip@delinvest.com
rjfreniere@wellington.com
rjgatwar@nb.com
rjh.eu@adia.ae
rjian@mail.notes.bank-of-china.com
rjiang@wellington.com
rjkaye@wellington.com
rjle@tao.sainsburys.co.uk
rjm@dodgeandcox.com
rjmoro@wellington.com
rjmurphy@aegonusa.com
rjn@gruss.com
rjohnson@nacm.com
rjohnson@smithgraham.com
rjohnson@tiaa-cref.org
rjoller@pictet.com
rjones@fandc.co.uk
rjones@invest.treas.state.mi.us
rjones@tigerglobal.com
rjordan@hellmanjordan.com
rjosephs@ibtco.com
rjostes@allstate.com
rjr@libertyview.com
rjr242@cornell.edu
rjrpng@bloomberg.net
rjs@sitinvest.com
rjs1@ntrs.com
rjschreuder@anthos.nl
rjstapleton@shellus.com
rjt@wmblair.com
rjthurston@wellington.com

rjuan@bancamarch.es
rjurado@mapfre.com
rk275@cornell.edu
rk43@ntrs.com
rkalaau@perrycap.com
rkalra@bloomberg.net
rkamali@bloomberg.net
rkampfe@utimco.org
rkaneko@bloomberg.net
rkanovich@oppenheimerfunds.com
rkanzenbach@voyageur.net
rkapur@dlbabson.com
rkarcher@jmsonline.com
rkarlsson1@bloomberg.net
rkathuria@babsoncapital.com
rkay@btmna.com
rkay@us.mufg.jp
rkazemi@bloomberg.net
rkeane@kbw.com
rkehoe@bankofny.com
rkeister@montag.com
rkekish@tsbjinc.com
rkelly@edc.ca
rkelly@panagora.com
rkelly@rockfound.com
rkemp@capgrowthmgt.com
rkent@wilmingtontrust.com
rkeough@jhancock.com
rkernaghan@fiatcorp.co.uk
rkerr@alger.com
rkerth@union-investment.de
rkhlopin@boh.com
rkhoffman@wellington.com
rkhounlivong@groupama-am.fr
rkhoury@tiaa-cref.org
rkilbride@ifsam.com
rkinderman@ellington.com
rking@blackrock.com
rking@dreyfus.com
rking@warburgpincus.com
rkirk@orixcm. com
rkiuttu@myprovident.com
rkjellman@bpbtc.com
rklein@bear.com
rkleinschroth@munichre.com
rklemmer@jennison.com
rkli@kempen.nl

rklingman@bankofny.com
rklm@capgroup.com
rkloek@wolterskluwer.com
rkmann@advisorscap.com
rknee@lincap.com
rkoenig@metlife.com
rkoeste@frk.com
rkoh@bradfordmarzec.com
rkohn@arielinvestments.com
rkonrad@ryanbeck.com
rkoop@bloomberg.net
rkoretz@corusbank.com
rkostal@oechsle-de.com
rkostraba@websterbank.com
rkouliev@westernasset.com
rkouwenberg@aegon.nl
rkowalchik@combk.com
rkowit@federatedinv.com
rkramer@chicagoequity.com
rkramm@ers.state.tx.us
rkrause@josephthal.com
rkrishnan@wellington.com
rkubiak@standishmellon.com
rkumasaki@ambac.com
rkurma@mfs.com
rkurtz@bear.com
rkushel@blackrock.com
rkusmierski@bloomberg.net
rkusumastuti@bi.go.id
rkuze@bloomberg.net
rkwee@tiaa-cref.org
rl36@ntrs.com
rla@nbim.no
rlabbe@seven-cm.com
rlabonte@opusinvestment.com
rlacoff@sterling-capital.com
rlaffey@ifsam.com
rlaiseca@grupobbva.com
rlalexander@wellington.com
rlambert@bbandtcm.com
rlang@bankatlantic.com
rlang@lincap.co
rlangston@bloomberg.net
rlangway@jhancock.com
rlanphier@williamblair.com
rlapara@entergy.com
rlapointe@mfs.com

rlaragh@hbk.com
rlarner@ci.collins-stewart.com
rlarsen@lordabbett.com
rlarson@voyageur.net
rlaskowski@oceanfirst.com
rlatour@caxton.com
rlau@mfs.com
rlbaker@oppenheimerfunds.com
rlbesse@household.com
rlbyrne@leggmason.com
rlderesiewicz@wellington.com
rle@canyonpartners.com
rleavitt@americanfundadvisors.com
rlederman@rockco.com
rledis@westernasset.com
rlee@farcap.com
rlee@lordabbett.com
rlee@mfs.com
rlee@millertabak.com
rlee@uk.tr.mufg.jp
rlee@us.nomura.com
rlee@vcallc.com
rleeman@eatonvance.com
rleeman@evergreeninvestments.com
rlefevre@loomissayles.com
rleheny@caxtonadvantage.com
rlehnher@allstate.com
rlei@kempen.nl
rleist@metlife.com
rleitzes@loomissayles.com
rlennox@caxton.com
rleon@am-gruppe.de
rleonard3@bloomberg.net
rleongar@cajamadrid.es
rlescure@groupama-am.fr
rlestyk@ncmcapital.com
rleu@ibtco.com
rlevans@wellington.com
rleveque@oppenheimerfunds.com
rlevine@nb.com
rlevine@us.nomura.com
rlewis@ag-am.com
rlf@caqpgroup.com
rlfreund@ibtco.com
rli@tiaa-cref.org
rlicorish@worldbank.org
rlimage@osc.state.ny.us

rlin@investcorp.com
rlin@oppenheimerfunds.com
rlindberg@bloomberg.net
rlinden@hcmlp.com
rlink@meag.com
rlitchfield@allmerica.com
rlittle@dlbabson.com
rlittle@senecacapital.com
rlivermore@mfs.com
rlkropp@delinvest.com
rllewellin@bloomberg.net
rlochoff@teleos.com
rlockerman@unumprovident.com
rloewy@bank-of-china.com
rlofgren@capitaladv.com
rlong@fandc.co.uk
rlonic@unumprovident.com
rlopes@servibanca.pt
rlowe@bloomberg.net
rlsimmons@trigon.com
rlucchesini@calstrs.com
rlucy@tiaa-cref.org
rlundelius@westernasset.com
rlw12@dcx.com
rlwilson@bbandt.com
rlyons@dlbabson.com
rm@meisenbachcapital.com
rma@atalantasosnoff.com
rma6109@red.cam.es
rmacdonald@mandtbank.com
rmacia@grupobbva.com
rmackay@loomissayles.com
rmackenson@nb.com
rmacphee@westernasset.com
rmaglin@federatedinv.com
rmagome@mtbcny.com
rmaher@woodman.com
rmahjoory@deerfieldcapital.com
rmahmud@bloomberg.net
rmahtre@wpgvp.com
rmalikyar@worldbank.org
rmalone@fideuramireland.ie
rmanfredi@credem.it
rmangels@wellscap.com
rmanix@us.ca-indosuez.com
rmann@aegonusa.com
rmann@bbandt.com

rmanning@mfs.com
rmarash@firstmanhattan.com
rmare@bcra.gov.ar
rmarks@caxton.com
rmarrone@evergreeninvestments.com
rmarsh@nb.com
rmarsh@tudor.com
rmarsjanik@wellington.com
rmartin@allstate.com
rmartine@cajamadrid.es
rmartineza@cam.es
rmartins@cajamadrid.es
rmartosl@bancopastor.es
rmarvin@roxcap.com
rmass@westernasset.com
rmassenberg@acml.com
rmasterson@gemcapitalmgmt.com
rmasucci@btmna.com
rmattessich@bankofny.com
rmatthes@metzler.com
rmatthews@oppenheimerfunds.com
rmatuschka@meag.com
rmaue@investmentcounselors.com
rmaura@bloomberg.net
rmcallister@britannicasset.com
rmcallister@mfs.com
rmcarthy@calfed.com
rmcashan@frostbank.com
rmccall@templeton.com
rmccarter@tiaa-cref.org
rmccrillis@itsmarta.com
rmccullough@mailbox.lacity.org
rmceldowney@brv-llc.com
rmcelhinney@loomissayles.com
rmcgill@bpop.com
rmcgrail@loomissayles.com
rmcgreevey@ustrust.com
rmcguf@state.wy.us
rmchargue@first-online.com
rmchugh@jhancock.com
rmchugh@us.nomura.com
rmcilrat@travelers.com
rmcinnes@mortgagenetwork.com
rmcintosh@caxton.com
rmckeever@dlbabson.com
rmclaughlin@evergreeninvestments.com
rmclaughlin@tiaa-cref.com

rmclawrence@bankofny.com
rmcnab@martincurrie.com
rmcnavish@1838.com
rmcwalters@bankofny.com
rmcwalters@jhancock.com
rmcwatters@jhancock.com
rmd.tr@adia.ae
rme@ubp.ch
rmeckler@cprus.com
rmeckler@libertyview.com
rmedina@standishmellon.com
rmedinaa@banxico.org.mx
rmediobanca@bloomberg.net
rmeeker@bear.com
rmeijer@optiver.com
rmeirschen@mmwarburg.com
rmelcher@aegonusa.com
rmendel@allstate.com
rmeo@lehman.com
rmeraviglia@vrgestioni.it
rmessina@westernasset.com
rmestaz@allegiancecapital.com
rmeyer@aegonusa.com
rmeyer@nb.com
rmeyer@pax.ch
rmeyer@seic.com
rmfrey@rmf.ch
rmiddlehurst@ufji.com
rmignemi@bankofny.com
rmiki@dl.dai-ichi-life.co.jp
rmillard@scotiacapital.com
rmiller@amfin.com
rmiller@bankofcanada.ca
rmiller@ifm.net.au
rmiller@serviceasset.com
rmills@samllc.com
rmirco@bloomberg.net
rmiriam@tudor.com
rmiron@blackrock.com
rmisko@oppenheimerfunds.com
rmk59@cornell.edu
rml@gries.com
rmlukassen@aegon.nl
rmodafferi@bancafideuram.it
rmolisso@metlife.com
rmollen@utimco.org
rmollett@blackrock.com

rmolloy@lifescap.com
rmontano@hotmail.com
rmonte@mapfre.com
rmoogan@lasallebonds.com
rmoolenaar@spfbeheer.nl
rmoone@ciceuro.com
rmooney@mdsass.com
rmorales@invercaixa.es
rmorenom@bankinter.es
rmorgan@blackrock.com
rmorgan@metlife.com
rmorillo@rockco.com
rmorino@caxton.com
rmorley@mfs.com
rmorris@lordabbett.com
rmorris@williamblair.com
rmorrison@dlbabson.com
rmorton@opers.org
rmoser@maninvestments.com
rmoukarim@dohabank.com.qa
rmowbray@fiatcorp.co.uk
rmowrer@blackrock.com
rmr@bloomerg.net
rmsparling@dow.com
rmueller@caxton.com
rmui@boh.com
rmulder@wolterskluwer.com
rmulford@tiaa-cref.org
rmullens@aflac.com
rmuller@insinger.com
rmuller@reatech.net
rmulligan@bankofny.com
rmunger@baupost.com
rmunro@essexinvest.com
rmurphy@ssrm.com
rmustard@scotiacapital.com
rmvaheesan@leggmason.com
rmwest@state.nm.us
rmwitkoff@chubb.com
rmyers@canyonpartners.com
rmzdunczyk@wellington.com
rn@atalantasosnoff.com
rn02472@bloomberg.net
rnackenson@nb.com
rnarayana@rockco.com
rnash@swst.com
rnastou@jhancock.com

rnatale@bear.com
rneath@metlife.com
rnegi@bloomberg.net
rnelson@bankofny.com
rnew@hanifen.com
rnewkirk@fhlbdm.com
rnewsome@blackrock.com
rnh.eu@adia.ae
rnh@capgroup.com
rnichols@strsoh.org
rnielsen@tiaa-cref.org
rnightingale@waddell.com
rnightingale@westernasset.co.uk
rnimmo@martincurrie.com
rnirenberg@metlife.com
rnishi@boj.co.uk
rnixon@barrowhanley.com
rniyazov@nylim.com
rnl@capgroup.com
rnl1@ntrs.com
rno@nbim.no
rnoe@imrf.org
rnoel@bloomberg.net
rnoreika@firststate.co.uk
rnoskiewicz@exchange.ml.com
rns@ntrs.com
rnuciforo@rockco.com
rnuttall@aamcompany.com
rnye@bakernye.com
roald.borre@puilaetco.be
rob.anderson@iim-ar.com
rob.baretto@ubsw.com
rob.bechard@barclaysglobal.com
rob.bernstein@greenpoint.com
rob.broggi@tudor.com
rob.buckmaster@barclaysglobal.com
rob.clement@unilver.com
rob.corley@pimco.com
rob.crimes@ppm-uk.com
rob.cue@wellsfargo.com
rob.denecker@db.com
rob.donath@citadelgroup.com
rob.drijkoningen@ingim.com
rob.fezekas@dfafunds.com
rob.galusza@fmr.com
rob.giles@gartmore.com
rob.goyens@fortisbank.com

rob.gulden@barclaysglobal.com
rob.guttschow@nuveen.com
rob.habets@fbs.nl
rob.hadley@ge.com
rob.hess@fmr.com
rob.hill@do.treas.gov
rob.holland@tcw.com
rob.hom@fac.com
rob.horlings@akzonobel.com
rob.ipsen@allstate.com
rob.johnston@bmo.com
rob.jones@threadneedle.co.uk
rob.krasko@bwater.com
rob.l.mclean@lowes.com
rob.lay@flemings.com
rob.libbrecht@morleyfm.com
rob.long@threadneedle.co.uk
rob.maloof@morganstanley.com
rob.marshall@eagleasset.com
rob.mason@friendsis.com
rob.moore@wamu.net
rob.moores@ge.com
rob.nagra@db.com
rob.nunn@ubs.com
rob.orahilly@chase.com
rob.petrie@fmr.com
rob.polak@citadelgroup.com
rob.pomphrett@rbccm.com
rob.pyne@gs.com
rob.radelaar@ingim.com
rob.reid@abbey.com
rob.reiner@db.com
rob.rigg@columbiamanagement.com
rob.rivest@bankofamerica.com
rob.roquitte@allegiantgroup.com
rob.schreur@philips.com
rob.shafir@csam.com
rob.spil@kasbank.com
rob.stanley@uk.nomura.com
rob.stewart@csam.com
rob.taylor@db.com
rob.thompson@threadneedle.co.uk
rob.tilton@americo.com
rob.timmons@citadelgroup.com
rob.turner@inginvestment.com
rob.turner@ubs.com
rob.van.de.wijngaert@nl.abnamro.com

rob.vandenassem@aig.com
rob.vanoostveen@fortisinvestments.com
rob.w@gordian.co.uk
rob.wahl@gcm.com
rob.walker@hsbc.com
rob.walsh@fmr.com
rob.white@bmo.com
rob.wood@bankofengland.co.uk
rob@shenkmancapital.com
rob@ubp.ch
rob_bartolo@troweprice.com
rob_bloemker@putnam.com
rob_bonds@colonialbank.com
rob_bove@americancentury.com
rob_daley@putnam.com
rob_grady@calpers.ca.gov
rob_paskulin@scotiacapital.com
rob_pohly@tigerfund.co
rob_rubano@ssga.com
rob_siewert@glenmede.com
rob_smith@ntrs.com
rob_wilson@americancentury.com
rob_young@ml.com
robaranc@nb.com
robb.dean@dcccd.edu
robb.phillips@advantuscapital.com
robb.phillips@thrivent.com
robb.staszewski@bankofamerica.com
robbasinger@fdic.gov
robbert.staal@ingim.com
robbert.van.den.elshout@mn-services.nl
robbert.vanheekeren@organon.com
robbid@bloomberg.net
robbie.holler@wachovia.com
robbie.klein@inginvestment.com
robbie.luyckx@ingim.com
robbins@bloomberg.net
robbishop@bloomberg.net
robert.a.callaghan@jpmchase.com
robert.a.king@hsbc.com
robert.abad@westernasset.com
robert.absey@alliancebernstein.com
robert.acheritogaray@schwab.com
robert.adriaanse@usa.dupont.com
robert.akester@mondrian.com
robert.alster@alliancebernstein.com
robert.amodeo@westernasset.com

robert.apter@ubs.com
robert.ardente@alliancebernstein.com
robert.armstrong@agf.com
robert.arnold@avmltd.com
robert.arroyo@lazard.com
robert.ashton@alliancebernstein.com
robert.b.miller@chase.com
robert.bakanauskas@bbh.com
robert.balan@sl-am.com
robert.ball@moorecap.com
robert.ball@ssmb.com
robert.baltzer@bailliegifford.com
robert.barnard-smith@lgim.co.uk
robert.barrett@ppm-uk.com
robert.barrett@usbank.com
robert.barrios@lamrc.com
robert.batt@wamu.net
robert.baumann@akb.ch
robert.baumann@rothschild-bank.ch
robert.bayer@prudential.com
robert.beam@wmich.edu
robert.beechey@kodak.com
robert.beggs@swib.state.wi.us
robert.benayoun@clf-dexia.com
robert.bender@evergreeninvestments.com
robert.bergson@notes.ntrs.com
robert.beyer@tcw.com
robert.bijl@klm.com
robert.blaikie@bailliegifford.com
robert.blauvelt@lmginv.com
robert.blumensaat@unicreditgroup.at
robert.boardman@gs.com
robert.boelstler@dkib.com
robert.boublil@clf-dexia.com
robert.boucher@inginvestment.com
robert.bouhl@pncbank.com
robert.boukhoufane@gartmore.com
robert.bourke@westlb.co.uk
robert.bowers@db.com
robert.bowie@credit-suisse.com
robert.bowman@jpmorgan.com
robert.boyd@drkw.com
robert.bradbury@barclayscapital.com
robert.brady@bnymellon.com
robert.brennan@shinseibank.com
robert.bricout@investecmail.com
robert.brinker@columbiamanagement.com

robert.broadwell@barclaysglobal.com
robert.brody@fmr.com
robert.brogan@bnpparibas.com
robert.broomhead@glgpartners.com
robert.broseman@ppmamerica.com
robert.brown@wachovia.com
robert.browne@prudential.com
robert.brownlee@gm.com
robert.bruckner@ba-ca.com
robert.brzoza@morleyfm.com
robert.bucher@jamisonfirst.com
robert.burgess@hsbcib.com
robert.burns@blackrock.com
robert.burns@fmr.com
robert.burns@rbccm.com
robert.buzdon@thehartford.com
robert.byrnes@fmr.com
robert.c.amenta@jpmorgan.com
robert.c.colwell@jpmorgan.com
robert.c.j.meijer@si.shell.com
robert.c.melillo@citigroup.com
robert.capaldi@blackrock.com
robert.carbone@fortisinvestments.com
robert.carpenter@dillonread.com
robert.cazes@bnpparibas.com
robert.cecchi@aegon.co.uk
robert.celsing@skandia.se
robert.centrella@mackayshields.com
robert.chambers@inginvestment.com
robert.chan@fmr.com
robert.chardon@lodh.com
robert.charpentier@foreningssparbanken.se
robert.child@ubs.com
robert.chuck@wellscap.com
robert.churchlow@lgim.co.uk
robert.cobb@blackrock.com
robert.cook@4086.com
robert.corbally@skandia.com
robert.corman@soros.com
robert.corner@truscocapital.com
robert.cosgrove@barclaysglobal.com
robert.costello@dkib.com
robert.costello@rbsgc.com
robert.cox@citicorp.com
robert.cozzone@rocklandtrust.com
robert.crewe@fandc.com
robert.cronan@credit-suisse.com

robert.crowl@nationalcity.com
robert.crusha@thehartford.com
robert.cummisford@micorp.com
robert.d.blake@aibbny.ie
robert.d.mcdonnell@aibbny.ie
robert.d.mclaughlin@bankofamerica.com
robert.d.reeves@bankofamerica.com
robert.d.roy@jpmchase.com
robert.daly@blackrock.com
robert.dawson@uboc.com
robert.decker@harrisbank.com
robert.degennaro@blackrock.com
robert.deguigne@axa-im.com
robert.dekle@ny.frb.org
robert.delgrande@ubs.com
robert.demohn@trinkaus.de
robert.deustachio@us.mizuho-sc.com
robert.dickerson@alliancebernstein.com
robert.diedrich@advantuscapital.com
robert.digangi@bmo.com
robert.doherty@citadelgroup.com
robert.donahue@fmr.com
robert.donald@glgpartners.com
robert.doyle@rbccm.com
robert.drobinski@thrivent.com
robert.dufour@us.abb.com
robert.dunlap@bbh.com
robert.durante@ubs.com
robert.e.matty@jpmorganfleming.com
robert.e.stilwell@bankofamerica.com
robert.edelson@columbiamanagement.com
robert.edmond@morganstanley.com
robert.ehrbar@sgcib.com
robert.ekerlin@lansforsakringar.se
robert.emes@aig.com
robert.eng@mackayshields.com
robert.ensinger@spaengler.at
robert.erni@kuehne-nagel.com
robert.ewers@bms.com
robert.ewers@ubs.com
robert.eyre@usbank.com
robert.f.cunningham@us.hsbc.com
robert.f.wiedemeier@db.com
robert.failla@lazard.com
robert.farley@americas.bnpparibas.com
robert.fassbender@kfw.de
robert.fauntleroy@ncfcorp.com

robert.feinman@smithbarney.com
robert.felvinci@alliancebernstein.com
robert.fish@dzbank.de
robert.fish@fmb.com
robert.fishbach@barclaysglobal.com
robert.fisher@barclaysglobal.com
robert.fitzpatrick@ubs.com
robert.fitzsimons@arabbanking.com
robert.flieger@hvb.de
robert.folino@asbai.com
robert.forrest@swipartnership.co.uk
robert.franklin@prudential.com
robert.frascona@prudential.com
robert.freund@highbridge.com
robert.frost@allianzcapitalpartners.com
robert.fruechtl@hauck-aufhaeuser.de
robert.fullerton@bailliegifford.com
robert.furutani@wamu.net
robert.g.smith@wellsfargo.com
robert.gall@insightinvestment.com
robert.gallagher@mizuhocbus.com
robert.galuba@hsbcpb.com
robert.gambi@ubs.com
robert.gates@shinseibank.com
robert.gauvain@pioneerinvest.com
robert.gervis@fmr.com
robert.ginis@barclaysglobal.com
robert.ginsberg@alliancebernstein.com
robert.gish@state.nm.us
robert.glaeser@db.com
robert.glenn@morgankeegan.com
robert.gold@gs.com
robert.goldsmith@morleyfm.com
robert.gonci@nationalcity.com
robert.gonzales@vontobel.ch
robert.graham@aiminvestments.com
robert.grassinger@wuertt-hyp.de
robert.gray@akzonobel.com
robert.greenawalt@gmacrfc.nl
robert.grey@ubs.com
robert.gromadski@prudential.com
robert.gromadzki@morganstanley.com
robert.grund@bayern-invest.de
robert.guelich@bwater.com
robert.gulden@lodh.com
robert.guzman@aberdeen-asset.com
robert.h.trudeau@fhlb-pgh.com

robert.haim@jpmorgan.com
robert.hale@columbiamanagement.com
robert.hanisee@tcw.com
robert.harder@cnb.com
robert.hardmeier@claridenleu.com
robert.harless@huntington.com
robert.harradine@morganstanley.com
robert.harris@gartmore.com
robert.harris@rabobank.com
robert.hart@sscims.com
robert.hauber@telekom.de
robert.hauser@zkb.ch
robert.hawcroft@hsbc.com
robert.heaney@fmr.com
robert.hellstrand@ubs.com
robert.hesselbo@tres.bnc.ca
robert.hinchliffe@aig.com
robert.hinterberger@rlb-noe.raiffeisen.at
robert.hodson@conagrafoods.com
robert.hofmann@allianzgi.de
robert.hoke@effem.com
robert.holmes@ubs.com
robert.hook@hsbcam.com
robert.hordon@asbai.com
robert.hordon@asbinc.com
robert.howard@gs.com
robert.howard@lmginv.com
robert.howarth@mhcb.co.uk
robert.huisman@mn-services.nl
robert.hunkeler@ipaper.com
robert.hyken@eagleasset.com
robert.ingersoll@moorecap.com
robert.isaacs@nationalcity.com
robert.iverson@blackrock.com
robert.j.eschweiler@chase.com
robert.j.gould@jpmorgan.com
robert.j.martin@bnymellon.com
robert.j.maunsell@aib.ie
robert.j.minyard@exxonmobil.com
robert.j.morena@jpmorgan.com
robert.j.obrien@citigroup.com
robert.j.williams@suntrust.com
robert.james@insightinvestment.com
robert.janis@csam.com
robert.jasminski@ge.com
robert.johansson@seb.se
robert.johnson@lazard.com

robert.jonke@moorecap.com
robert.joseph@oppenheim.at
robert.jost@morganstanley.com
robert.jurkowski@aon.co.uk
robert.kalin@dws.de
robert.kamp@postbank.de
robert.kaniuk@ubs.com
robert.kapito@blackrock.com
robert.kaplan@bmo.com
robert.karas@alinpa.com
robert.kelly@ge.com
robert.kemp@morganstanley.com
robert.kendrick@jpmorgan.com
robert.kern@wamu.net
robert.kim@soros.com
robert.king@pw.utc.com
robert.kinsey@inginvestment.com
robert.klap@shell.com
robert.kliesspiess@rzb.at
robert.kocur@usbank.com
robert.krassnig@bks.at
robert.kruisland@ingim.com
robert.kuchler@gmacm.com
robert.kuo@fmr.com
robert.kyprianou@axa-im.com
robert.l.battel@ssmb.com
robert.l.cook@jpmorgan.com
robert.l.meyer@morganstanley.com
robert.l.peters@morganstanley.com
robert.l.titus@wamu.net
robert.lam@ubs.com
robert.lambert@ibtco.com
robert.lamentino@us.socgen.com
robert.landry@usaa.com
robert.laverty@db.com
robert.lawrence@fmr.com
robert.lee@aiminvestments.com
robert.lee@fmr.com
robert.lee@pimco.com
robert.lefkowitz@db.com
robert.leo@sscims.com
robert.leopold@helaba-invest.de
robert.lerwill@plc.cwplc.com
robert.lichtenstein@morganstanley.com
robert.lightfoot@fiamm.com
robert.lin@ppmamerica.com
robert.lisi@bnlmail.com

robert.liu@jpmorgan.com
robert.lloyd@aiminvestments.com
robert.lopez@db.com
robert.lovisek@jpmorgan.com
robert.lowenthal@opco.com
robert.lucenti@bankofamerica.com
robert.lynch@sgcib.com
robert.lynn@suntrust.com
robert.m.corbett@columbiamanagement.com
robert.m.gallagher@aib.ie
robert.m.mcgrath@bnymellon.com
robert.m.reardon.azk7@statefarm.com
robert.m.sellers@db.com
robert.macarthur@blackrock.com
robert.macdougall@corporate.ge.com
robert.macgillivray@ibtco.com
robert.madsen@nordea.com
robert.mandeville@fmr.com
robert.manfreda@ge.com
robert.mann@abnamro.com
robert.marcus@alliancebernstein.com
robert.martorana@pnc.com
robert.martorelli@blackrock.com
robert.matayev@bbh.com
robert.mayr@ge.com
robert.mazzarella@fmr.com
robert.mccarthy@ubs.com
robert.mccollum@db.com
robert.mcconnaughey@columbiamanagement.com
robert.mccorkle@genworth.com
robert.mccormack@bnymellon.com
robert.mccormack@postbank.de
robert.mcdonald@aig.com
robert.mcdougall@fafadvisors.com
robert.mcevoy@gs.com
robert.mchenry@thehartford.com
robert.mchugh@americas.bnpparibas.com
robert.mcintyre@fmr.com
robert.mcintyre@moorecap.com
robert.mckeen@harrisbank.com
robert.mclaughlin@db.com
robert.mcmahon@ge.com
robert.mcmurray@prudential.com
robert.mcwilliam@asda.co.uk
robert.mead@de.pimco.com
robert.mellows@norwich-union.co.uk
robert.melvin@pnc.com

robert.melvin@wgzbank.ie
robert.merenick@fhlb-pgh.com
robert.mersky@peregrinecapital.com
robert.meyers@ers.state.tx.us
robert.miles@wamu.net
robert.miller@bankofamerica.com
robert.miller@huntington.com
robert.milton@lbbwuk.com
robert.minde@frankfurt-trust.de
robert.minicus@fmr.com
robert.minter@aberdeen-asset.com
robert.mitchelson@csam.com
robert.moore@glgpartners.com
robert.moran@fmr.com
robert.morello@aig.com
robert.moreth@credit-suisse.com
robert.mori@dresdner-bank.ch
robert.moro@rbsgc.com
robert.morris@hsbchalbis.com
robert.mpuku@bwater.com
robert.munch@mizuhocbus.com
robert.murgenovich@pncbank.com
robert.murphy@gartmore.com
robert.murphy@jpmorganfleming.com
robert.musner@oberbank.at
robert.naess@nordea.com
robert.nalbach@juliusbaer.com
robert.napoli@abnamro.com
robert.neeson@resolutionasset.com
robert.new@fafadvisors.com
robert.nicander@morganstanley.com
robert.nigro@bmo.com
robert.nisi@mackayshields.com
robert.niu@ap.ing.com
robert.noble@pioneerinvest.ie
robert.noveski@drkw.com
robert.o.weller@jpmorgan.com
robert.obolewicz@ge.com
robert.oh@db.com
robert.olive@fmr.com
robert.oneil@libertymutual.com
robert.orca@sscims.com
robert.ott@tudor.com
robert.paiano@thehartford.com
robert.pari@usa.dupont.com
robert.pariseau@usaa.com
robert.park@tcw.com

robert.parkinson@suntrust.com
robert.parrella@pncbank.com
robert.parsons@himco.com
robert.parsons@morleyfm.com
robert.partlow@suntrust.com
robert.peel@jpmorganfleming.com
robert.pelligrini@jpmorgan.com
robert.penaloza@aberdeen-asset.com
robert.peterson@shenlife.com
robert.petruschan@erstebank.at
robert.phillips@advantuscapital.com
robert.pierce@lloydstsb.co.uk
robert.pleska@fmglobal.com
robert.polachek@citadelgroup.com
robert.pontbriand@inginvestment.com
robert.potts@huntington.com
robert.presser@inginvestment.com
robert.purves@glgpartners.com
robert.radich@us.hsbc.com
robert.railz@lodh.com
robert.rausch@ubs.com
robert.reffkin@lazard.com
robert.reilly@pjc.com
robert.reinwald@oenb.at
robert.reiser@abbott.com
robert.reynolds@fmr.com
robert.ritchie@gartmore.com
robert.roberts@ubs.com
robert.robin@ge.com
robert.robson@gerrard.com
robert.rohm@pncbank.com
robert.rokhsar@inginvestment.com
robert.roman@clinton.com
robert.rossetti@morganstanley.com
robert.rowland@lazard.com
robert.rubin@db.com
robert.rudolph@ppmamerica.com
robert.runge@alecta.com
robert.rupp@bnymellon.com
robert.ruttmann@credit-suisse.com
robert.ryan@fortisinvestments.com
robert.ryan@sgcib.com
robert.ryan@us.standardchartered.com
robert.ryman@bernstein.com
robert.s.janis@db.com
robert.s.kovach@fhlb-pgh.com
robert.s.lim@jpmchase.com

robert.sabatino@ubs.com
robert.sahlfeld@pncbank.com
robert.salzman@aamcompany.com
robert.scalzo@moorecap.com
robert.scharfe@bgl.lu
robert.scheurer@prudential.com
robert.schildhouse@ge.com
robert.schmid@ppmamerica.com
robert.schneider@fortis.lu
robert.schoenleber@bayer.com
robert.schoetz@blb.de
robert.schonbrunn@inginvestment.com
robert.schopen@db.com
robert.schub@fmr.com
robert.schurer@harrisbank.com
robert.schwartz@citadelgroup.com
robert.scillwell@bankofamerica.com
robert.scott@bis.org
robert.sekula@zkb.ch
robert.semple@db.com
robert.senz@rcm.at
robert.sepich@secumd.com
robert.sergent@db.com
robert.severance@swib.state.wi.us
robert.shackleton@barclaysglobal.com
robert.shapiro@morganstanley.com
robert.shelton@aiminvestments.com
robert.shi@commerzbank.com
robert.shimell@barclaysglobal.com
robert.shoss@aiminvestments.com
robert.shumaker@gm.com
robert.siddles@fandc.co.uk
robert.siefers@nationalcity.com
robert.simmons@citigroup.com
robert.simone@prudential.com
robert.simpson@insightinvestments.com
robert.sl.chen@jpmorganfleming.com
robert.slorach@brummer.se
robert.smallegange@ingim.com
robert.smith@nbad.ae
robert.soros@soros.com
robert.spano@prudential.com
robert.spitz@ibtco.com
robert.stansky@fmr.com
robert.stauffer@pncbank.com
robert.steiner@fhlb-pgh.com
robert.stenram@foreingssparbanken.se

robert.stephan.cmy5@statefarm.com
robert.stephenson@columbiamanagement.com
robert.stirling@threadneedle.co.uk
robert.strijbos@philips.com
robert.stryker@morganstanley.com
robert.sullivan@csam.com
robert.swanson@fmr.com
robert.swartz@pnc.com
robert.sweeney@sunlife.com
robert.swift@morganstanley.com
robert.szyszko@glgpartners.com
robert.t.gannon@jpmorgan.com
robert.takacs@ubs.com
robert.talbut@rlam.co.uk
robert.taplett@sgcib.com
robert.taschman@kodak.com
robert.taskey@nationalcity.com
robert.teller@wachovia.com
robert.thomas@credit-suisse.com
robert.thomas@csam.com
robert.thompson@advantuscapital.com
robert.thompson@inginvestment.com
robert.thurlow@mhcb.co.uk
robert.tijerina@cpa.state.tx.us
robert.timmers@lu.abnamro.com
robert.tinari@sgcib.com
robert.tipp@prudential.com
robert.tombolini@credit-suisse.com
robert.torretti@aig.com
robert.tramonti@axa-im.com
robert.trynes@rabobank.com
robert.turnquest@morganstanley.com
robert.uk.chapman@uk.fid-intl.com
robert.urban@usaa.com
robert.urie@pioneerinvestments.com
robert.v.saia@fmr.com
robert.valoroso@citi.com
robert.van.der.ven@ingim.com
robert.vargas@prudential.com
robert.vc.hubbard@jpmorgan.com
robert.velins@fgic.com
robert.venezia@db.com
robert.veno@sunlife.com
robert.vergara@lionhart.nct
robert.volk@union-investment.de
robert.w.jacob@jpmorgan.com
robert.waas@prudential.com

robert.wachtel@dws.de
robert.wagner@conagrafoods.com
robert.wagner@lrp.de
robert.wagner@robur.se
robert.walker@abnamro.com
robert.wallin@calyon.com
robert.walsh@axacs.com
robert.warth@pncbank.com
robert.wasserhess@db.com
robert.waugh@swip.com
robert.wazevich@ftnmidwest.com
robert.webb.nocl@statefarm.com
robert.weber@umb.com
robert.weible@jpmorgan.com
robert.weijdenter@fortis.com
robert.weintraub@db.com
robert.weissenstein@jpmorgan.com
robert.wenk@claridenleu.com
robert.wessel@nbfinancial.com
robert.wheeler@boh.com
robert.white@barcap.com
robert.wildeman@citadelgroup.com
robert.willemsen@nl.abnamro.com
robert.wilson@inginvestment.com
robert.wright2@ge.com
robert.wyss@graffenried-bank.ch
robert.young@chl.org.uk
robert.zimmermann@juliusbaer.com
robert.zutty@firstunion.com
robert@idontknow.com
robert@wasatchadvisors.com
robert_a_herlund@fanniemae.com
robert_anzalone@westlb.com
robert_aufenanger@ustrust.com
robert_barnum@conning.com
robert_bayer@invesco.com
robert_benthemdegrave@piadvisors.net
robert_bigelow@uboc.com
robert_bodenlos@bankone.com
robert_boese@freddiemac.com
robert_booker@calpers.ca.gov
robert_breyer@jwhmail.com
robert_buckwalter@vanguard.com
robert_burns@freddiemac.com
robert_c_chen@amat.com
robert_c_megan@fleet.com
robert_canepa-anson@newton.co.uk

robert_carroll@freddiemac.com

robert_chappelear@fleet.com

robert_chen@hp.com

robert_chiuch@cibcmellon.com

robert_collier@ml.com

robert_coughlin@ml.com

robert_daley@putnam.com

robert_davis@putnam.com

robert_degenero@ml.com

robert_dempsey@ssga.com

robert_devaney@ssga.com

robert_dial@nylim.com

robert_diforio@westlb.com

robert_dollery@westlb.co.uk

robert_dowman@prusec.com

robert_f._auwaerter@vanguard.com

robert_f_manning@bankone.com

robert_f_wagner@fanniemae.com

robert_fairbairn@blackrock.com

robert_farrell@countrywide.com

robert_felvinci@acml.com

robert_feng@acml.com

robert_ferguson@nylim.com

robert_fishman@freddiemac.com

robert_friess@amat.com

robert_gamboa@nacm.com

robert_ginsberg@putnam.com

robert_grillo@black-river.com

robert_grimm@em.fcnbd.com

robert_grogg@prusec.com

robert_haynes@acml.com

robert_heisterberg@acml.com

robert_higgins@putnam.com

robert_israel@victoryconnect.com

robert_ives@fanniemae.com

robert_j_strnad@victoryconnect.com

robert_jackson@ssga.com

robert_jandreau@conning.com

robert_johnigan@aon.com

robert_johnson@rhco.com

robert_jordan@hvbamericas.com

robert_joseph@acml.com

robert_judge@natcity.com

robert_kania@ssga.com

robert_kase@agc.com

robert_king@scudder.com

robert_korlesky@ml.com

robert_l_haworth@bankone.com
robert_larkins@troweprice.com
robert_lee@keybank.com
robert_lowder@colonialbank.com
robert_lutzko@mfcinvestments.com
robert_macdonald@putnam.com
robert_mahan@putnam.com
robert_marshall-lee@newton.co.uk
robert_mcgee@ustrust.com
robert_mckeon@hvbamericas.com
robert_mckillop@standardlife.com
robert_mcwilliam@troweprice.com
robert_meyer@ustrust.com
robert_mills@conning.com
robert_owens@farmermac.com
robert_padgett@freddiemac.com
robert_paine@putnam.com
robert_panariello@troweprice.com
robert_perez@calpers.ca.gov
robert_peterson@ml.com
robert_philipp@freddiemac.com
robert_pickett@ssga.com
robert_pitti@ustrust.com
robert_r_maneri@victoryconnect.com
robert_revel-chion@troweprice.com
robert_reynolds@putnam.com
robert_ricciarelli@ssga.com
robert_rudnick@ustrust.com
robert_salvin@putnam.com
robert_schick@acml.com
robert_schifner@campbellsoup.com
robert_schoen@putnam.com
robert_schoen_at_ccpoienov1@putnam.com
robert_shelton@newton.co.uk
robert_simmons@glic.com
robert_sonneborn@sachsenlb.ie
robert_stein@westlb.co.uk
robert_stewart@newton .co.uk
robert_t_lippert@ml.com
robert_t_phillips@ml.com
robert_tulipani@putnam.com
robert_uek@ssga.com
robert_underwood@merck.com
robert_volpi@freddiemac.com
robert_weeks@notes.ntrs.com
robert_wieser@westlb.com
robert_willsdon@blackrock.com

robert_young@nylim.com
roberta.bastianon@meliorbanca.it
roberta.cortesi@am.generali.com
roberta.evangelist@ersel.it
roberta.faccio@db.com
roberta.farina@interbanca.it
roberta.marconcini@arcafondi.it
robert-a.murray@ubs.com
roberta.piani@uk.fid-intl.com
roberta.romaldi@dexia-crediop.it
roberta.tucker@aiminvestments.com
roberta.tucker@compassbank.com
robertaf@iadb.org
robertca@msh.co.il
roberte@mcm.com
roberteckerstrom@gic.com.sg
robertfuh@tcenterprise.com.tw
robertg@ruanecunniff.com
robertgruwell@tpgbank.com
robertk@mellon.com
robertlie.olson@nordea.com
robertliu@gic.com.sg
robertm@buffalofunds.com
robertmanson@hbosts.com
robertmerrifield@quilter.co.uk
robertmillington@gic.com.sg
roberto.ambres@bancoval.es
roberto.baldini@hvb.de
roberto.benatti@bper.it
roberto.berzero@eurizoncapital.lu
roberto.bianchi@gkb.ch
roberto.bini@bpubanca.it
roberto.bolgiani@azimut.it
roberto.brero@ca-suisse.com
roberto.burini@pirelli.com
roberto.carli@mpsfinance.it
roberto.castella@ersel.it
roberto.ceraudo@fincantieri.it
roberto.cerratti@bsibank.com
roberto.colacchia@enifin.eni.it
roberto.cominotto@juliusbaer.com
roberto.coronado@db.com
roberto.cucchetti@symphonia.it
roberto.davola@dillonread.com
roberto.de_santis@ecb.int
roberto.desiderio@banca.mps.it
roberto.eggmann@bsibank.com

roberto.falaschi@blb.de
roberto.ferrito@ie.dexia.be
roberto.gallo@pioneerinvest.it
roberto.hauyon@bancoval.es
roberto.izzo@dit.de
roberto.lemple@abnanro.com
roberto.magnatantini@hsbcpb.com
roberto.manfreda@it.nestle.com
roberto.marini@volksbank.it
roberto.matta@ersel.it
roberto.menchetti@banca.mps.it
roberto.mini@capitalia-am.com
roberto.morales@janus.com
roberto.morelli-euro@db.com
roberto.moscone@capitalia-am.com
roberto.occhipinti@arcafondi.it
roberto.ostinelli@juliusbaer.com
roberto.paglino@sella.it
roberto.panini@bper.it
roberto.parente@credit-suisse.com
roberto.peronaglio@bpm.it
roberto.petz@bancaprofilo.it
roberto.pezzoli@ubm.it
roberto.picano@vontobel.ch
roberto.plaja@gs.com
roberto.prizzi@credit-suisse.com
roberto.prizzi@dresdner-bank.ch
roberto.protei@barclays.co.uk
roberto.puggioni@bancaintesa.it
roberto.ruiz-scholtes@ubs.com
roberto.sandei@bancaintesa.it
roberto.schiavi@ecb.int
roberto.seiler@lodh.com
roberto.sella@msdw.com
roberto.sisi@ruedblass.ch
roberto.tona@ubm.it
roberto.villa@bancaintesa.it
roberto.viola@mediobanca.it
roberto.vogrig@cail.lu
roberto.volpato@unicredit.it
roberto@vargasr.com
robertoakley@nationwide financial.com
robertociasca@intesabci.com
robertoliver.fuerst@ba-ca.group-treasury.co.at
robertopoleesel@friuladria.it
robertopujatti@friuladria.it
robertoranieri@bancaintesa.it

robertorgan@northwesternmutual.com
roberts.grava@bank.lv
robert-s.king@db.com
roberts.l.grava@jpmorgan.com
roberts.paul@enel.it
robertsd@strsoh.org
robertson.alice@principal.com
robertson@icomd.com
robertsonl@domres.com
robertsonm@swcorp.org
robertsonpl@bernstein.com
robertstclair@gic.com.sg
robertt@bgi-group.com
roberttw@bloomberg.net
robertu@seic.com
robertus.w.prajogi@jpmorgan.com
robertweber@gic.com.sg
robery.lingaas@nordea.com
robin.aspinall@ubs.com
robin.b.chance@jpmorgan.com
robin.das@bmo.com
robin.diamonte@utc.com
robin.dutt@ubs.com
robin.e.wilson@fmr.com
robin.estenfelder@postbank.de
robin.foley@fmr.com
robin.forrest@ashmoregroup.com
robin.ghosal@swedbank.com
robin.gnaegi@ubs.com
robin.green@jpmorgan.com
robin.hargrave@ybs.co.uk
robin.hermann@kemper.com
robin.jenner@icgplc.co.uk
robin.joines@morganstanley.com
robin.jones@lazard.com
robin.kokilananda@ibtco.com
robin.kokilananda@statestreet.com
robin.lenna@citicorp.com
robin.louch@pioneerinvestments.com
robin.lowe@rmf.ch
robin.p.sachs@usa.dupont.com
robin.parbrook@schroders.com
robin.perry@barclays.co.uk
robin.podevyn@degroof.be
robin.rettschlag@usbank.com
robin.richermo@labanquepostale-am.fr
robin.roger@moorecap.com

robin.s.asquith@jpmorgan.com
robin.savchuk@nl.abnamro.com
robin.schink@dzbank.de
robin.secrist@wamu.net
robin.seydoux@credit-suisse.com
robin.sheth@funb.com
robin.simpson@commerzbank.com
robin.snyder@prudential.com
robin.stalker@adidas.de
robin.stemann@union-investment.de
robin.thorn@aig.com
robin.weise@aig.com
robin.west@morleyfm.com
robin.williams@nordstrom.com
robin.zakoor@cgii.com
robin_batchelor@blackrock.com
robin_bircher@swissre.com
robin_eads@troweprice.com
robin_grieves@freddiemac.com
robin_kraemer@scudder.com
robin_m_hudson@victoryconnect.com
robin_n_ventura@victoryconnect.com
robin_phillips@freddiemac.com
robin_taylor@farmermac.com
robin_z_shortridge@rsausa.com
robing@argyle-investment.com
robinnc@cmcic-sdm.fr
robinr@oechsle.com
robinson.ulrich@hypovereinsbank.de
robinson@aigfpc.com
robinsong@ufji.com
robinsonsc@fhlbcin.com
robk@primco.com
robl@danainvestment.com
robleep@strsoh.org
robr@teleos.com
robskelly@angloirishbank.ie
robt@meederfinancial.com
robt@scm-lp.com
robyn.donahue@prudential.com
robyn.gallegos@prudential.com
robyn.haley@wellsfargo.com
robyn.lazara@morganstanley.com
robyn.mckegg@nab.com.au
robyn.misiano@bostonadvisors.com
robyn.richards@allstate.com
robyn.y.choe@db.com

robyn@ardsley.com
robyn_cichra@keybank.com
robyn_morris@freddiemac.com
robyn_trause@ml.com
robynne.parry@morganstanley.com
roc.mehigan@davy.ie
roccamenaa@bpn.it
rocco.bove@mpsgr.it
rocco.bozzone@fortis.lu
rocco.caruso@autogrill.net
rocco.rinaldi@fmr.com
rocco.scali@db.com
rocco.zoccali@bancaakros.it
rocco_romanelli@generali.com
rochard.kock@apl.se
rochelle@att.com
rochelle_ballard@freddiemac.com
rochelle_siegel@msdw.com
rochus.baumgartner@ubs.com
rocio.aramendia@grupobbva.com
rocio.muniz@union-panagora.de
rocky.kurita@deshaw.com
rocky.mould@aig.com
rockyp33@hotmail.com
roconnell@evcap.bm
rod.boone@tcw.com
rod.cerny@kpinvest.com
rod.chay@citadelgroup.com
rod.davidson@aberdeen-asset.com
rod.davidson@swip.com
rod.elliott@national-city.com
rod.j.mckenzie@aib.ie
rod.moore@wpginvest.com
rod.olea@cnb.com
rod.rich@seattle.gov
rod.wilmer@bmo.com
rod.wright@pioneerinvest.com
rod_najimian@ml.com
rod_paris@standardlife.com
roddy.bridge@morganstanley.com
roddy.e.p.lee@hsbc.com
roddy.g.thomson@jpmorgan.com
roddy.macpherson@scottishwidows.co.uk
roderick.abad@lazard.com
roderick.d.boothby@wellsfargo.com
roderick.lewis@lgim.co.uk
roderick.mckenzie@blackrock.com

roderick.molenaar@fortisinvestments.com
roderick.mouthaan@pggm.nl
roderick.read@kraft.com
roderick.ritchie@akzonobel.com
roderick.snell@bailliegifford.com
roderick.stephan@citadelgroup.com
roderick_p._abad@lnotes5.bankofnewyork.com
rodger.elble@pimco.com
rodger.mcnair@isisam.com
rodgersl@strsoh.org
rodica.glavan@schroders.com
rodney.fernandes@londonandcapital.com
rodney.loy@glgpartners.com
rodney.mcmullen@kroger.com
rodney.ungsg@uobgroup.com
rodney.yoder@mbna.com
rodney@cathaylife.com.tw
rodney_knight@bnz.co.nz
rodney_koren@generali.com
rodney_lewis@colonialbank.com
rodney_scholten@swissre.com
rodney2.allen@prudential.com
rodneylim@dbs.com
rodolfo.chou@morganstanley.com
rodolfo.martell@barclaysglobal.com
rodolfo.martin@auna.es
rodolfo.pusterla@bsibank.com
rodolfo_liccione@centroleasing.it
rodolfo_robles@ssga.com
rodolphe.bailleuil@bred.fr
rodolphe.chilewicz@bnpparibas.com
rodolphe.larque@csfs.com
rodolphe.leleu@caam.com
rodolphe.sagehomme@axa.be
rodolphe.saussier@jpmorgan.com
rodolphe.taquet@cpr-am.fr
rodolphe.zellitch@fr.rothschild.com
rodosky@pimco.com
rodrigo.barbieri@safra.lu
rodrigo.gurdian@us.standardchartered.com
rodrigo.rocha@unibanco.com
rodrigo.rodriguez@jpmorgan.com
rodrigo.velasco@banxico.org.mx
rodrigop@omiam.omigroup.com
rodrigue.antoun@bnpparibas.com
rodrigues@bloomberg.net
rodriguezso@bancsabadell.com

roederj@vankampen.com
roegild@jyskebank.dk
roel.barnhoorn@ch.abnamro.com
roel.de.groot@kasbank.com
roel.jansen@asia.ing.com
roel.shaikh@mn-services.nl
roeland.tso@fortisinvestments.com
roelf.groeneveld@ingim.com
roelf.pater@mn-services.nl
roelie.vanwijk@sns.nl
roell.stephen@jci.com
roelof.v.d.struik@pggm.nl
roepers@atlanticinvestment.net
rogalinski@nisi.net
roganti@corphq.utc.com
rogelio.albarran@firstbankpr.com
rogelio_arellano@banxico.org.mx
rogelio_soltero@fanniemae.com
roger.a.richards@dryden.com
roger.a.shirley@conocophillips.com
roger.banks@morganstanley.com
roger.bartley@lgim.co.uk
roger.baumann@stg.ch
roger.bickerstaffe@solvay.com
roger.binggeli@bbh.com
roger.bischof@claridenleu.com
roger.bonne@lamondiale.com
roger.bradshaw@rabobank.com
roger.burns@uk.nomura.com
roger.buzas@credit-suisse.com
roger.chuchen@morganstanley.com
roger.cursley@investecmail.com
roger.curtis@aberdeen-asset.com
roger.dawes@canadalife.co.uk
roger.degen@juliusbaer.com
roger.diedenhofen@bdl.lu
roger.disalvatore@midfirst.com
roger.elsas@opco.com
roger.emerson@gsk.com
roger.ferguson@tdsecurities.com
roger.fischer@claridenleu.com
roger.fluri@juliusbaer.com
roger.fradin@honeywell.com
roger.french@wachovia.com
roger.gifford@seb.co.uk
roger.gorham@aig.com
roger.groebli@sg.abnamro.com

**LBH - Derivatives Counterparties Email Service List**

roger.guy@gartmore.com
roger.haley@chevron.com
roger.hartmann@ubs.com
roger.hugentobler@hyposwiss.ch
roger.inglin@csam.com
roger.isler@lukb.ch
roger.kernbach@claridenleu.com
roger.keusch@db.com
roger.kramer@delinvest.com
roger.kunz@claridenleu.com
roger.leow@morleyfm.com
roger.lewis@csam.com
roger.lynch@barclaysglobal.com
roger.m.hallam@jpmorganfleming.com
roger.matthews@honeywell.com
roger.mcintosh@vanguard.com.au
roger.meier@credit-suisse.com
roger.moh@credit-suisse.com
roger.mueller@credit-suisse.com
roger.neath@abbey.com
roger.nieves@pimco.com
roger.nilsen@norgeskredit.no
roger.nizard@ubs.com
roger.northwood@hsbcib.com
roger.offermann@securitybenefit.com
roger.osullivan@artesiabc.be
roger.pairoux@dexia.be
roger.parish@fly.virgin.com
roger.pellegrini@rbccm.com
roger.price@usaa.com
roger.princelle@bhf-bank.com
roger.reist@ubs.com
roger.rimann@credit-suisse.com
roger.rothenbuehler@infidar.ch
roger.ruettimann@ubs.com
roger.sachs@sgcib.com
roger.schmid@claridenleu.com
roger.schweitzer@bertelsmann.de
roger.seggins@lloydstsb.co.uk
roger.signer@credit-suisse.com
roger.sitzler@bkb.ch
roger.somers@achmea.nl
roger.studer@vontobel.ch
roger.sullivan@columbiamanagement.com
roger.tashjian@morganstanley.com
roger.trussardi@juliusbaer.com
roger.tschantre@credit-suisse.com

roger.w.adams@wellsfargo.com
roger.ward@lgim.co.uk
roger.webb@morleyfm.com
roger.wehrli@csam.com
roger.wettstein@juliusbaer.com
roger.widmer@juliusbaer.com
roger.wiltshire@baesystems.com
roger.wong@daiwausa.com
roger.yockel@us.hsbc.com
roger@granitellc.com
roger@icp.com
roger@wasatchadvisors.com
roger_craig@bankone.com
roger_debard@ml.com
roger_hale@mail.bankone.com
roger_li@ustrust.com
roger_wilkinson@newton.co.uk
rogerf@woodstockcorp.com
rogers_ralph@gsb.stanford.edu
rogert@capitalconsultantsinc.com
rogge@nboc.com
rogier.everwijn@nibc.com
rogsuen@bloomberg.net
rogums@babsoncapital.com
roh@compassbnk.com
roh2@ci.berkeley.ca.us
roham.medifar@pimco.com
rohan.desilva@cibc.com
rohan.kalyanpur@jpmorgan.com
rohan.ketkar@adcb.com
rohan.tawadey@barclayscapital.com
rohan@evap.bm
rohfrida@cial.cic.fr
rohin.morjaria@morleyfm.com
rohinton.karanjia@bankofamerica.com
rohit.chawdhry@bbkonline.com
rohit.chopra@lazard.com
rohit.dewan@ceredexvalue.com
rohit.dogra@fmr.com
rohit.gupta@citadelgroup.com
rohit.kapur@bmo.com
rohit.kaul@fmr.com
rohit.pandey@alliancebernstein.com
rohit.r.shah@fmr.com
rohit.reddy@vanguardasia.com
rohit.sobti@thehartford.com
rohit@ivp.com

rohit@temasek.com.sg
rohith.chandra-rajan@abbeynational.co.uk
rohmann@bloomberg.net
roisin.a.magee@aib.ie
roja@bloomberg.net
rojones@bear.com
rol@bankinvest.dk
roland.alter@siemens.com
roland.backes.rb@bayer-ag.de
roland.bart@aam.ch
roland.barz@dghyp.de
roland.baumann.3@credit-suisse.com
roland.beck@ecb.int
roland.bercher@vontobel.ch
roland.berchtold@zkb.ch
roland.bettex@group.novartis.com
roland.bosch@fandc.co.uk
roland.boss@mobi.ch
roland.brunner@bpb.barclays.com
roland.burger@juliusbaer.com
roland.coulon@caam.com
roland.crottaz@lodh.com
roland.cymara@hsh-nordbank.com
roland.de.bruijn@robeco.nl
roland.dornbierer@claridenleu.com
roland.ducommun@rothschildbank.com
roland.eder@raiffeisenbank.at
roland.egger@vph.ch
roland.eidherr@gx.novartis.com
roland.emch@ubs.com
roland.fernandes@impaccompanies.com
roland.gabert@db.com
roland.germann@juliusbaer.com
roland.gilbert@frankfurt-trust.de
roland.goetz@danzas.com
roland.haltmeier@juliusbaer.com
roland.hausheer@rmf.ch
roland.ho@morganstanley.com
roland.ho@tcw.com
roland.iberg@ubs.com
roland.j.emmans@aib.ie
roland.kaelin@szkb.ch
roland.kalt@zkb.ch
roland.king@bkb.ch
roland.klaeger@nab.ch
roland.klimesch@rzb.at
roland.kluger@vkb.de

roland.koessler@vkb.de
roland.koster@zkb.ch
roland.kuehnis@sl-am.com
roland.maier@lbbw.de
roland.maier@swissfirst.ch
roland.mainz@ekk.de
roland.marchand@jpmorgan.com
roland.matt@llb.li
roland.mechtler@ri.co.at
roland.mittenhuber@siemens.com
roland.nilsson@skandia.se
roland.oehler@dresdner-bank.ch
roland.peetz@hvb.de
roland.pfeuti@juliusbaer.com
roland.pieper@lbbw.de
roland.piltz@lrp.de
roland.prien@winterthur.ch
roland.rausch@dekabank.de
roland.rayment@morganstanley.com
roland.ruebesam@cominvest-am.com
roland.schaardt@dzbank.de
roland.schaus@dexia-bil.com
roland.schetter@ubs.com
roland.schmidt@devif.de
roland.schneiter@blb.ch
roland.schneiter@hyposwiss.ch
roland.schoch@vontobel.ch
roland.schuermann@lukb.ch
roland.schulz@dekabank.de
roland.sehmke@bis.org
roland.sotula@sgam.com
roland.spaeth@allianz.de
roland.spurr@alliancebernstein.com
roland.steere@santandergbm.com
roland.stettler@credit-suisse.com
roland.utzinger@mbczh.ch
roland.van.wettum@fortisinvestments.com
roland.verhoeven@pggm.nl
roland.wodo@lbbw.de
roland.woehr@zkb.ch
roland.zanini@credit-suisse.com
roland.ziegler@bhf-bank.com
roland_arnold@blackrock.com
rolanda.raichel@blackrock.com
rolando.hepp@bsibank.com
rolando.rodrigues@axa-im.com
roland-u.niederer@ubs.com

roldfield@bailliegifford.co.uk
rolf.aeberli@juliusbaer.com
rolf.baertschi@lodh.com
rolf.bertschi@credit-suisse.com
rolf.biland.abpk@bluewin.ch
rolf.boesenberg@bwinvest.de
rolf.buchholz@saarlb.de
rolf.elmer@csam.com
rolf.frey@ruedblass.ch
rolf.ganter@ubs.com
rolf.geck@vers-am.de
rolf.hartmann@oppenheim.de
rolf.hossli@vontobel.ch
rolf.johansen@bankofamerica.com
rolf.jufer@swisslife.ch
rolf.klubmann@allianz.de
rolf.klussmann@allianz.de
rolf.krahe@dresdner-bank.com
rolf.linke@sachsenlb.ie
rolf.luescher@zkb.ch
rolf.maier@bayernlb.com
rolf.ohlson@nordea.com
rolf.palmer@dnbnor.no
rolf.piepenburg@dresdner-bank.com
rolf.pierags@helaba.de
rolf.reichardt@helaba.de
rolf.rudin@blkb.inet.ch
rolf.schaller@vontobel.ch
rolf.scheffer@lloydsbank.ch
rolf.schmidli@ubs.com
rolf.shaefer@blb.co.uk
rolf.smit@nl.abnamro.com
rolf.steinmann@credit-suisse.com
rolf.stout@fortisinvestments.com
rolf.streuli@juliusbaer.com
rolf.vannieuwenhuyzen@meespierson.com
rolf.weiss@claridenleu.com
rolf.zuercher@vpbank.com
rolf_angehrn@aaa-net.com
rolf_ehrensberger@swissre.com
rolf_quaas@hvbamericas.com
rolfnagel.dahl@dnbnor.no
rolf-pieter.ter.horst@ingbank.com
roliviera@mfs.com
rolland.yingmiao.chen@citi.com
rollins@pimco.com
rolsen@nb.com

rom.porto@gs.com
rom@emigrant.com
roma.jain@be.gm.com
romain.butte@edf.fr
romain.clark@hitachi-eu.com
romain.feraud@barep.com
romain.fillon@etoile-gestion.com
romain.goerens@oppenheim.lu
romain.grandis@groupe-mma.fr
romain.grethen@bil-dexia.com
romain.lahoste@ubs.com
romain.larreur@axa-im.com
romain.lege@novartis.com
romain.munera@caam.com
romain.pasche@vontobel.ch
romain.perchet@bnpparibas.com
romain.riegert@axa-im.com
romain.rouillon@sgcib.com
romaine.tavernier@bpb.barclays.com
roman.baumann@snb.ch
roman.boner@ubs.com
roman.canziani@juliusbaer.com
roman.demeyer@dexia-am.com
roman.exenberger@rzb.at
roman.frenkel@daiwausa.com
roman.gaiser@threadneedle.co.uk
roman.gieck@postbank.de
roman.gutkovich@barclaysglobal.com
roman.gysler@credit-suisse.com
roman.hederer@allianz.com
roman.heilig@hvb.de
roman.huesler@ubs.com
roman.kurmann@leu.com
roman.luethy@zkb.ch
roman.nadgor@ge.com
roman.petix@aigpb.com
roman.rafeiner@erstebank.at
roman.rohner@winterthur.ch
roman.rossel@hypovereinsbank.de
roman.salvi@credit-suisse.com
roman.samer@ba-ca.com
roman.straessle@juliusbaer.com
roman.swaton@barclaysglobal.com
roman.swaton@dws.com
roman.thurner@rcm.at
roman.vonah@juliusbaer.com
roman.walter@claridenleu.com

roman.wyss@claridenleu.com
roman@bessemer.com
romane.somaroo@db.com
romanenko.i@bloomberg.net
romanie.dobbs@gb.sumitomobank.com
romano.brandenberg@ubs.com
romano.costa@bsibank.com
romano.kwok@wachovia.com
romano.piffaretti@credit-suisse.com
romano.razzi@bancaroma.it
romano@bpintra.it
romanot@deshaw.com
romasp@emigrant.com
romeara@clinton.com
romeo.collina@bancaroma.it
romeo.maciocci@ubs.com
romeo.orlandi@bper.it
romeo.sakac@claridenleu.com
romeros@nytimes.com
romina.dalpogetto@sscims.com
rominves@pt.lu
romney.fox@aberdeen-asset.com
romualdo@bernstein.com
romulus_carbunari@ssga.com
ron.ahluwalia@lfg.com
ron.bailey@bmo.com
ron.barin@alcoa.com
ron.bates@db.com
ron.bedny@discountbank.co.il
ron.chapman@dreyfus.com
ron.cheng@blackrock.com
ron.dvari@blackrock.com
ron.eichel@ibi.co.il
ron.gibbs@edwardjones.com
ron.gilbert@gecapital.com
ron.habakus@bbh.com
ron.helm@bisys.com
ron.kahn@barclaysglobal.com
ron.klipstein@citadelgroup.com
ron.krueger@sachsenlb.ie
ron.logue@statestreet.com
ron.murff@guarantygroup.com
ron.phillips@ubs.com
ron.pinsky@bwater.com
ron.portnoy@ubs.com
ron.ranheim@paccar.com
ron.sachs@janus.com

ron.schachter@db.com
ron.schwartz@truscocapital.com
ron.she@dpimc.com
ron.speaker@janus.com
ron.stanley@rbcds.com
ron.tagoff@avmltd.com
ron.tesmond@micorp.com
ron.toll@schwab.com
ron.veld@ubs.com
ron.westdorp@glgpartners.com
ron.wexler@citadelgroup.com
ron@alfacapital.co.uk
ron_diamond@acml.com
ron_gale@keybank.com
ron_glantz@tigerfund.com
ron_mintz@putnam.com
rona.silverio@citicorp.com
ronadoln@bot.or.th
ronakan@lehman.com
ronald.anderson@aig.com
ronald.angst@vontobel.ch
ronald.aparicio@gecapital.com
ronald.aziz@ubs.com
ronald.bechtle@juliusbaer.com
ronald.blankenbuehler@pncbank.com
ronald.blogowski@ubs.com
ronald.bloomer@csam.com
ronald.born@akb.ch
ronald.born@zkb.ch
ronald.borowski@ib.bankgesellschaft.de
ronald.bullock@danskebank.de
ronald.canent@pacificlife.com
ronald.clark@alliancebernstein.com
ronald.coleman@columbiamanagement.com
ronald.f.martin@db.com
ronald.flohr@pnc.com
ronald.graf@postbank.de
ronald.grenacher@bnpparibas.com
ronald.grobeck@rabobank.com
ronald.huebener@sfs.siemens.de
ronald.huebler@amg.co.at
ronald.joe@aig.com
ronald.joelson@prudential.com
ronald.johannes@bankofengland.co.uk
ronald.k.chan@columbiamanagement.com
ronald.kirchler@harrisnesbitt.com
ronald.kline@morganstanley.com

ronald.koelsch@db.com

ronald.koza@midstates.org

ronald.latenstein@snreaal.nl

ronald.lavault@ibtco.com

ronald.lokkers@fortisbank.com

ronald.mackey@morganstanley.com

ronald.manley@pimco.com

ronald.mendel@himco.com

ronald.mercado@db.com

ronald.meyer@sebfundservices.lu

ronald.mueller@jennicie.ch

ronald.nemec@erstebank.at

ronald.ogna@bsibank.com

ronald.p.checkley@citigroup.com

ronald.perry@westernasset.com

ronald.port@uk.fid-intl.com

ronald.pressman@ge.com

ronald.ratcliffe@barclaysglobal.com

ronald.ryan@shell.com

ronald.saba@lazard.com

ronald.schauer@oppenheim.de

ronald.schneider@rcm.at

ronald.seilheimer@hvb.de

ronald.silvestri@nb.com

ronald.sloan@aiminvestments.com

ronald.spekking@deka.de

ronald.stahl@columbiamanagement.com

ronald.striegl@bayernlb.de

ronald.sweet@usaa.com

ronald.temple@lazard.com

ronald.tesmond@kemper.com

ronald.trubisky@53.com

ronald.tsang@agf.com

ronald.van.dijk@ingim.com

ronald.van.loon@uk.abnamro.com

ronald.vansteenweghen@degroof.be

ronald_daly@freddiemac.com

ronald_dooley@scotiacapital.com

ronald_dp@bi.go.id

ronald_floyd@ml.com

ronald_mattia@ml.com

ronald_mccullough@putnam.com

ronald_ratcliffe@freddiemac.com

ronald_reardon@vanguard.com

ronald_welburn@ml.com

ronaldstephonic@westfieldgrp.com

ronan.bradley@ilim.com

ronan.burke@biam.boi.ie
ronan.crosson@biam.boi.ie
ronan.gately@boimail.com
ronan.harris@morganstanley.com
ronan.kelly@sachsenlb.ie
ronan.marguerie@euro-vl.com
ronan.mcmahon@biam.boi.ie
ronan.odonoghue@biam.boi.ie
ronan_connolly@blackrock.com
ronan_lynch@scotiacapital.com
ronan1@bloomberg.net
ronancostello@angloirishbank.ie
ronang@gic.com.sg
ronanwhite@angloirishbank.ie
ronbrandon@bloomberg.net
ronda.craft@citadelgroup.com
rondiris.k@emporiki.gr
ronee.greazel@harrisbank.com
ronem.yaffe@fibimail.co.il
ronenp@clal-fin.co.il
rong.ren@hvbasia.com
ronghui.tao@db.com
rongwen_wu@freddiemac.com
roni.gani@danskebank.se
roni.malay@mailpoalim.co.il
roni.pond@db.com
roni_white@scudder.com
ronit.meiri@mailpoalim.co.il
ronj@bgi-group.com
ronl@msfi.com
ronmandle@gic.com.sg
ronmcalister@ftportfolios.com
ronn.cornelius@pacificlife.com
ronnette.scarder@jpmorgan.com
ronnie.budja@juliusbaer.com
ronnie.cheung@namhk.com.hk
ronnie.dick@drkw.com
ronnie@de.pimco.com
ronnie_lawrence@westlb.co.uk
ronnie_mueller@swissre.com
ronnie_petrie@standardlife.com
ronny.beck@juliusbaer.com
ronny.cosijns@capco.com
ronny.engebretsen@im.storebrand.no
ronny.maiti@abbey.comuk
ronny.moller@seb.se
r-ono@nochubank.or.jp

ronross@downeysavings.com
ronspa@safeco.com
rony.hamaui@bancaintesa.it
ronyy@bll.co.il
ropferman@lincap.com
rormond@pictet.com
rorne@loomissayles.com
rorourke@metlife.com
rorozco@banxico.org.mx
rortiz@ucmpartners.com
rorusso@nb.com
rory.anderson@insightinvestment.com
rory.bateman@gs.com
rory.beaton@ubs.com
rory.buchan@ubs.com
rory.davan@ubs.com
rory.g.charity@jpmorgan.com
rory.hammerson@swipartnership.co.uk
rory.macgowan@sachsenlb.ie
rory.mason@uk.abnamro.com
rory.murphy@citadelgroup.com
rory.tobin@barclaysglobal.com
rory_adam@standardlife.com
rory_hill@blackrock.com
rory_hudson@prusec.com
rory_oneill@cargill.com
rory_verenicoll@blackrock.com
rory1@bloomberg.net
roryoconnor@angloirishbank.ie
ros.stripe@citicorp.com
rosa.e.velasquez@columbiamanagement.com
rosa.gillis@commercebank.com
rosa.gisini@bpm.it
rosa.jp@tbcam.com
rosa.pastorello@am.generali.com
rosa.sanchez@firstbankpr.com
rosadom@aetna.com
rosalee.stine@huntington.com
rosalie.richichi@lazard.com
rosalind.j.jones@aib.ie
rosalind.malone@mhmraharris.org
rosalind.morais@insightinvestment.com
rosalind.torney@boitib.com
rosalind_finney@newton.co.uk
rosaly.lentini@baring-asset.com
rosalyn.wildman@rothschild.co.uk
rosalyn_schick@ustrust.com

rosamar.martinez@fortisbank.com
rosamaria.colicchia@bpm.it
rosamund.price@pimco.com
rosamunde.price@citicorp.com
rosana.decesco@mediobanca.it
rosana.stacewicz@rmf.ch
rosania.rr@tbcam.com
rosania@finmeccanica.it
rosanna.castro@alliancebernstein.com
rosanna.fabbri@ubs.com
rosanna.marcionelli@london.bsipb.com
rosanna.moretti@morleyfm.com
rosanna.s.singh@jpmorgan.com
rosanna.vecchio@vanguard.com.au
rosannam@microsoft.com
rosanne.baruh@prudential.com
rosanoff@bordier.com
rosario.bettencourt@santander.pt
rosario.dellaquila@zkb.ch
rosario.distefano@thehartford.com
rosata@gestielle.it
rosboro@pimco.com
roscroft@bloomberg.net
rose.fung@hvbasia.com
rose.gramegna@intesasanpaolo.com
rose.lim@us.hsbc.com
rose.liu@moorecap.com
rose.sanders@mbna.com
rose.siciliano@avmltd.com
rose.struck@state.nm.us
rose.venette@fmr.com
rose@roseassetmgt.com
rose_czerny@bankone.com
roseann.burke@americas.bnpparibas.com
roseanna_chan@mitsubishi-trust.co.jp
roseanne.castellino@fmr.com
roseanne.dillon@aiminvestments.com
roseanngomez@oppenheimerfunds.com
roseh@jwseligman.com
rosemarie.licastri@db.com
rosemarie.loffredo@ipaper.com
rosemarie.reardon@nctrust.com
rosemarie.seery@aig.com
rosemarie.westman@alecta.com
rosemarie_reardon@ustrust.com
rosemary.candido@bernstein.com
rosemary.fairhead@db.com

rosemary.hann@threadneedle.co.uk
rosemary.maltus-smith@bancaakros.it
rosemary.quinn@bailliegifford.com
rosemary.ripley@us.pm.com
rosemary.thorne@bbg.co.uk
rosemary.winkworth@db.com
rosemary.zeppetella@prudential.com
rosenberg.lawrence@nomura-asset.com
rosenbes@wellsfargo.com
rosenblatt.jordan@pennmutual.com
rosenfelder.sascha@rahnbodmer.ch
rosenga@bloomberg.net
roser.bosch@be.gm.com
rosetta_rosati@bancalombarda.it
rosh.panesar@agf.com
roshan.k.kholil@jpmorgan.com
roshan.patel@soros.com
roshan.white@firstunion.com
roshan_shah@ml.com
roshanp@farcap.com
rosiak@pimco.com
rosie.mcmellin@aberdeen-asset.com
rosie_bichard@newton.co.uk
rosminah@bloomberg.net
roso@nykredit.dk
ross.atkinson@dzbank.com.sg
ross.bayley@abnamromellon.com
ross.bradley@aegon.co.uk
ross.campbell@credit-suisse.com
ross.cardon@hcmny.com
ross.dilkes@ubs.com
ross.dillon@libertymutual.com
ross.ferguson@barclays.co.uk
ross.hazlett@53.com
ross.hecht@moorecap.com
ross.jackson@sscims.com
ross.james@barclaysglobal.com
ross.jm@mellon.com
ross.levinsky@deshaw.com
ross.long@sgcib.com
ross.maclean@glgpartners.com
ross.martin@aberdeen-asset.com
ross.mccormick@moorecap.co.uk
ross.mcinnes@thalesgroup.com
ross.olusanya@swip.com
ross.pillsbury@gmacrfc.com
ross.sappenfield@capitglobal.com

ross.schneiderman@nytimes.com
ross.seebalack@db.com
ross.silvis@erieinsurance.com
ross.slusser@tcw.com
ross.smead@prudential.com
ross.tauchert@wachovia.com
ross.wales@capitalonebank.com
ross.watson@aberdeen-asset.com
ross.willmann@trs.state.tx.us
ross@denveria.com
ross_bolton@ssga.com
ross_ciesla@newton.co.uk
ross_galitsky@bankone.com
ross_howell@vanguard.com.au
ross_teverson@standardlife.com
ross_znavor@ml.com
rossana.brambilla@gnf.it
rossd@jwseligman.com
rossella.leidi@bpubanca.it
rossella.merciai@bancaintesa.it
rossen.peytchev@erstebank.at
rossini_stotomas@symantec.com
rossjm@bernstein.com
rosso@jwseligman.com
rossthenee.nendaroh@bia.com.bn
rostern@bloomberg.net
roswitha.droeber@bayernlb.de
roswitha.radke@ids.allianz.com
rotanni@tcbank.com.tw
rotert@bloomberg.net
rothb@rabo-bank.com
rothe@skba.com
rotherp@nationwide.com
rothj@jwseligman.com
rothk@emigrant.com
rothm@fhlbsf.com
rothwep@bloomberg.net
rotoole@federatedinv.com
rotraut.schmid@db.com
rott@alger.com
roudabush@orix.com
roula.rouphael@bnpparibas.com
roupen.ardhaldjian@wpginvest.com
roupen@heliosgrp.com
rouse.jx@mellon.com
rousseau@ebrd.com
rouven.koelmel@union-investment.de

rouven-dean.dibbern@zkb.ch
rovida@londondandamsterdam.com
rowan.chaplin@isisam.com
rowan.flatt@seb.co.uk
rowan@nyc.apollolp.com
rowan@rccl.com
rowanomahony@angloirishbank.ie
rowedon@bloomberg.net
rowena.romulo@citigroup.com
rowena_lynn@symantec.com
rowens@crewsassoc.com
rowlandj1@aetna.com
rowley.russ@principal.com
rowman.caguyong@barclaysglobal.com
roxana.villafane@morganstanley.com
roxanne.lawrence@prudential.com
roxanne.newman@americo.com
roxanne.scott@db.com
roxanne.tepler@janus.com
roxanne_sosa@nylim.com
roxannesoh@mas.gov.sg
roxton.mcneal@gm.com
roy.brubaker@mizuhocbus.com
roy.budge@aberdeen-asset.com
roy.burgess@icap.com
roy.dosramos@axa-im.com
roy.gates@coastalcorp.com
roy.h.turner@hsbc.com
roy.hansel@prudential.com
roy.johnston@opcap.com
roy.koolen@dsm.com
roy.kroon@mn-services.nl
roy.kurian@trs.state.tx.us
roy.lenahan@ge.com
roy.liu@morganstanley.com
roy.mills@mailpoalim.co.il
roy.s.kim@bankofamerica.com
roy.schwartz@gs.com
roy.sher@glgpartners.com
roy.smale@nl.abnamro.com
roy.standfest@tudor.com
roy.thomas@citadelgroup.com
roy.vageskar@t-systems.com
roy.wellington@state.tn.us
roy_bracher@ldn.invesco.com
roy_hansen@ml.com
roy_marks@notes.ntrs.com

roy_r_hormuth@fanniemae.com
roy_van_wechem@deltalloyd.nl
roy_yan@ml.com
royal.tm@tbcam.com
royce.woods@pnc.com
roychoudhury.p@tbcam.com
royr@aeltus.com
royr@jwseligman.com
roystontan@afcmerchantbank.com
rozanne.moraux@banquedorsay.fr
rozenn.le-cainec@caam.com
rozhanskaya@vtb.ru
rozimi.r.abdulrahman@si.shell.com
rozyczka.mw@mellonequity.com
rp69@ntrs.com
rpa@dalmine.it
rpacheco@capis.com
rpackard@fdic.gov
rpage@gcoelf.com
rpaidipaty@farcap.com
rpaige@perrycap.com
rpalliser1@bloomberg.net
rpalmer@brownadvisory.com
rpalmer@pimco.com
rpalou@bancamarch.es
rpamphilon@europeancredit.com
rparekh@templeton.com
rparilla@jennison.com
rpark@hmausa.com
rpark@mfs.com
rpark@provnet.com
rparker@quanttradebd.com
rparks@orixcm.com
rparlanti@turnerinvestments.com
rparramo@bga.gbancaja.com
rparry@tjim.com
rparyani@wscapital.com
rpaschke@bloomberg.net
rpasserine@integrabank.com
rpatel@faralloncapital.com
rpatel@payden-rygel.com
rpatsy@retirement.sc.gov
rpatterson@standish.com
rpaul@blackrock.com
rpaz@mcmorgan.com
rpearce@wasatchadvisors.com
rpearl@firstmanhattan.com

rpearsall@cicny.com
rpease@newstaram.com
rpedrazzini@bipielle.it
rpegg@fisbonds.com
rpeirce@canyonpartners.com
rpellegrino@worldbank.org
rpenny@chevrontexaco.com
rperaza@bancamarch.es
rpercy@resurgenscapitalmarkets.com
rperez@deerfieldcapital.com
rperfetto@bloomberg.net
rperiti@ergpetroli.it
rpernia1@worldbank.org
rperry@aegonusa.com
rperry@perrycap.com
rperry@smithbreeden.com
rpersaud@ambac.com
rpersons@mfs.com
rpeterkin@delinvest.com
rpeterson@nb.com
rpetrenka@mwamllc.com
rpettafor@bloomberg.net
rpettifour@bloomberg.net
rpezzo@intesasanpaolo.us
rpfahl@ofiinstitutional.com
rphillips@mcdinvest.com
rpiasio@us.nomura.com
rpiazza@harborviewgrowth.com
rpicardo@notes.banesto.es
rpierson@bankofny.com
rpinedo@ceca.com
rpino@evcap.com
rpinto@statestreet.com
rpleasant@perrycap.com
rplummer@valueline.com
rpm@bancoinversion.es
rpmarsh@itsmarta.com
rpmeagher@wellington.com
rpmelanson@wellington.com
rpol@kempen.nl
rpolatty@alliance-mortgage.com
rpolye@huffcompanies.com
rponsonnet@groupama-am.fr
rporrasl@cajamadrid.es
rportell@peabodyenergy.com
rporter@tswinvest.com
rpost@corporateone.coop

rpotito@bloomberg.net

rpoushan@us.ca-indosuez.com

rpowell@novell.com

rppalang@bloomberg.net

rprado@grupobbva.com

rprather@ggiltd.com

rpreston@caxton.com

rprevitali@oppenheimerfunds.com

rpriestly@aegon.co.uk

rpripstein@perrycap.com

rprocopio@lmus.leggmason.com

rprorok@howeandrusling.com

rpsimarro@repsol-ypf.com

rpullara@sscinc.com

rpullie@allstate.com

rpun@preferredbank.com

rquinn@bpbtc.com

rquintiliana@beneficialsavingsbank.com

rr@capgroup.com

rr@londonandamsterdam.com

rr388@cornell.edu

rrabat@creditandorra.ad

rrabl@saigroup.com

rraczkowski@loomissayles.com

rramiah@worldbank.org

rramired@banxico.org.mx

rramirez@sunamerica.com

rrandolph@fib.com

rrappaport@payden-rygel.com

rrasheed@adic.co.ae

rrathour@uss.co.uk

rraval@caxton-iseman.com

rraybardhan@eatonvance.com

rrayborn@mcmorgan.com

rrb2@ntrs.com

rrdavis@metlife.com

rready@wharton.upenn.edu

rrech@snwsc.com

rreed@loomissayles.com

rrees@uss.co.uk

rreeves@standishmellon.com

rregan@panagora.com

rreggiani@credem.it

rreichle@payden-rygel.com

rreid@oaktreecap.com

rreinwald@meag.com

rreisenbuechler@bloomberg.net

rreitzes@bear.com
rremijsen@dow.com
rrendle@frk.com
rrevuelta@panamericanlife.com
rrey@cajadeburgos.es
rreynolds@lordabbett.com
rreza@sarofim.com
rrice@federatedinv.com
rrice@leggmason.com
rrichar@inginvestment.com
rrichard@watrust.com
rrickard@rnt.com
rrifkin@evergreeninvestments.com
rrillings@hertz.com
rrimkus@bbandt.com
rrinaudo@bankofny.com
rripple@sib.wa.gov
rrjanikov@mfs.com
rroberge@dlbabson.com
rroberts@herewego.com
rrobinson@noonday.com
rrobinson@tigerglobal.com
rrobis@oppenheimerfunds.com
rrock@jhancock.com
rrocker@firstmanhattan.com
rrodrigc@cajamadrid.es
rrodriguez@grupobbva.com
rroett@mail.jhuwash.jhu.edu
rrogers-windsor@northwesternm.dum
rrogers-windsor@northwesternmutual.com
rrogovin@tiaa-cref.org
rrohra@lordabbett.com
rroland@loomissayles.com
rromaine@valueline.com
rroncari@fideuramsgr.it
rrosario@fundadministration.com
rrosenthal@bear.com
rross@fhlbc.com
rross@libertyview.com
rroyce@oppenheimerfunds.com
rrpatel@wellington.com
rrs@mn-services.nl
rrscholl@bloomberg.net
rrsouthworth@gkst.com
rrubin@mncm.com
rrubino@troweprice.com
rruchay@union-investment.de

rrudin@bellevue.ch
rruebsahm@utimco.org
rrueda@dcf.pemex.com
rruijter@aegon.nl
rrundell@icccapital.com
rrussell@orrstown.com
rruvigny@newstaram.com
rruvkun@lordabbett.com
rryan@patteninc.com
rs101@ntrs.com
rs4@ntrs.com
rsach@bloomberg.net
rsagalyn@ftci.com
rsagar@ustrust.com
rsah@oppenheimerfunds.com
rsahli@swissca.ch
rsaiki@maximgrp.com
rsajkoski@bloomberg.net
rsalazar@vcallc.com
rsaldonis@pclient.ml.com
rsaltarelli@pncadvisors.com
rsalzsieder@metzler.com
rsamuel@gic.com.kw
rsamuels@wsfsbank.com
rsanch@ftci.com
rsanchez-dahl@federatedinv.com
rsandbergen2@bloomberg.net
rsandeogracias@santalucia.es
rsanders@tiaa-cref.org
rsanni-thomas@oppenheimerfunds.com
rsaper@bloomberg.net
rsaraf1@progressive.com
rsargent@sfim.co.uk
rsauer@bayernlbny.com
rsaunder@ms.com
rsaussier1@bloomberg.net
rsawada@nochubank.or.jp
rsb@ubp.ch
rscetlin@bernstein.com
rschadt@oppenheimerfunds.com
rschaper@farcap.com
rschapers@aegon.nl
rscherfke@wellmanage.com
rscherzer@ftci.com
rscheun@allstate.com
rschlosst@blackrock.com
rschneider@cambonds.com

rschneider@lincap.com
rscholman@anthos.nl
rschotin@chotingroup.com
rschundler@smithbreeden.com
rschwarzkopf@kayne.com
rscott@iof.org
rscoville@seawardmgmt.com
rscudre@pictet.com
rsdynan@wellington.com
rseah@income.com.sg
rsearle@pop.net
rsecris@frk.com
rsedwards@uss.com
rseifert@aegonusa.com
rselvaggio@ambac.com
rserina@mmsa.com
rsessa@ers.state.tx.us
rseverude@farcap.com
rsewradj@statestreet.com
rsforza@websterbank.com
rsg@artemisinvest.com
rshaeffer@hbk.com
rshafer@alaskapermfund.com
rshainberg@jbhanauer.com
rshalhoub@caxton.com
rshalhoub@lordabbett.com
rshanks@munder.com
rsharma@martincurrie.com
rsharp@barbnet.com
rsharp3@bloomberg.net
rsharps@troweprice.com
rshawger@bloomberg.net
rshea@blackrock.com
rshea@jhancock.com
rshea3@bloomberg.net
rsheklin@hbk.com
rshelly@lincap.com
rshemesh@ustrust.com
rshep@bloomberg.net
rsherry@kayne.com
rshiber@nbeny.com
rshih@westernasset.com
rshino@bloomberg.net
rshu@metlife.com
rsi@nbim.no
rsimonso@allstate.com
rsims@fdic.gov

rsingh2@dlbabson.com
rsion@blackrock.com
rsipley@bostonprivatebank.com
rsison@sterneagee.com
rskaggs@loomissayles.com
rskloff@bear.com
rskloff@leggmason.com
rslocum@rwjf.org
rsmall@hbk.com
rsmith@chittenden.com
rsmith@smithmgtllc.com
rsmith@westmiltonstatebank.com
rsmola@lordabbett.com
rsmurphy@wellington.com
rsmythe@frk.com
rsneller@bailliegifford.co.uk
rsnoke@westernasset.com
rsnow@wasatchadvisors.com
rsnyder@bankofcanton.com
rsnyder@fnysllc.com
rsoderst@munder.com
rsommers@fdic.gov
rsong@bbandt.com
rsong@metlife.com
rsora@bloomberg.net
rsotter@westernasset.co.uk
rsoule@fhlbdm.com
rsp@ubp.ch
rspayde@highbridge.com
rspears@millertabak.com
rspector@mcleanbudden.com
rspencer@dlbabson.com
rspieker@fdic.gov
rspigolon@bsct.ch
rspitz@williamblair.com
rss4@ntrs.com
rstarling@canyonpartners.com
rstarr4@bloomberg.net
rsteijn@dow.com
rstein@oppenheimerfunds.com
rsteinhauer@fidelitysavingsonline.com
rstern@perrycap.com
rsterr@federatedinv.com
rsteven@frk.com
rstew10446@aol.com
rstiles3@bloomberg.net
rstiver@pilgrimfunds.com

rstlouis@lordabbett.com
rstock@valueline.com
rstohr@dadco.com
rstoichev@wasatchadvisors.com
rstopiak@bloomberg.net
rstudley@eatonvance.com
rstudness@firstmanhattan.com
rsuarez@templeton.com
rsucre@commercebankfl.com
rsugiyama@persi.state.id.us
rsw@columbus.com
rsweeney@drkw.com
rswiatek@ftportfolios.com
rswidey@allamerica.com
rswilliams@rwbaird.com
rsy@dodgeandcox.com
rsymington@resurgencellc.com
rt@capgroup.com
rta@bpi.pt
rtaillandier@groupe-casino.fr
rtakayasu@sompo-japan.co.jp
rtanuku@alger.com
rtaricco@mcc.it
rtate@standishmellon.com
rtaylor@babsoncapital.com
rtaylor@caxton.com
rtaylor@lnc.com
rtc@dodgeandcox.com
rtcrawford@wellington.com
rteaney@lordabbett.com
rteixeira@wellington.com
rterzian@calfed.com
rtestin@ftadvisors.com
rtfernandez@bloomberg.net
rthatcher@ingalls.net
rthomas@sarofim.com
rthomas@thamesriver.co.uk
rthornburgh@fmausa.com
rtitto@federatedinv.com
rtjackson@ibtco.com
rtjader@frk.com
rtjong@vegapartners.com
rtl@ubp.ch
rtong@opers.org
rtong@steinroe.com
rtorioma@cajamadrid.es
rtorres@evcap.com

rtosali@mas.gov.sg
rtowne@providentbank.com
rtoygar@akbank.com.tr
rtoyoshima@us.mufg.jp
r-toyota@yasuda-life.co.jp
rtriltsch@federatedinv.com
rtrudeau@huffcompanies.com
rtruesdell@mandtbank.com
rts27@cornell.edu
rtt@capgroup.com
rtucker@fsa.com
rtucker@torchmarkcorp.com
rtuffier@oddo.fr
rtumbry@congressasset.com
rturner@turnerinvestments.com
rtweed@bankofny.com
ru@gs.com
ruadhri_duncan@newton.co.uk
ruairi.o'neill@pnc.com
ruba.khoury@deshaw.com
ruben.avilez@wellsfargo.com
ruben.calderon@fmr.com
ruben.logatto@intesabci.co.uk
ruben.marciano@db.com
ruben.smit@snsam.nl
rubens.riva@passbanca.it
ruberton@apolloic.com
rubin.b@tbcam.com
rubin.chen@inginvestment.com
rubin.savio@lehman.com
rubin.srimal@dartmouth.edu
rubinstein@ymcaret.org
ruby.s.l.chan@hsbc.com.hk
rubyl@unibank.dk
rucha.potdar@morganstanley.com
ruchi.gupta@credit-suisse.com
ruchi.patel@csam.com
ruchir.patel@investecmail.com
ruchir.sharma@morganstanley.com
ruchita.pathak@ubs.com
rudell@fftw.com
rudi.fechter@dit.de
rudi.kramer@achmea.nl
rudi.vandeneynde@dexia-am.com
rudjito@bri.co.id
rudolf.anger@fraspa1822.de
rudolf.boeltl@de.pimco.com

rudolf.buxtorf@rbscoutts.com
rudolf.enderli@ubs.com
rudolf.gleisner@ubs.com
rudolf.hamann@siemens.com
rudolf.hanisch@bayernlb.de
rudolf.hofbauer@bayernlb.de
rudolf.keller@swisslife.ch
rudolf.leemann@ubs.com
rudolf.marty@rothschildbank.com
rudolf.rickenmann@lodh.com
rudolf.roffler@ubs.com
rudolf.schmidt@hsh-nordbank.co.uk
rudolf.sellinger@ba-ca.group-treasury.co.at
rudolf.stutz@vontobel.ch
rudolf.suter@swisslife.ch
rudy.bulis@nyc.rabobank.com
rudy.garza@pimco.com
rudy.hokanson@ubs.com
rudy.pimentel@pimco.com
rudy.setiawan@siemens.com
rudy.vandorpe@fortisinvestments.com
rudy.vermeersch@dexia-am.com
rueda@pimco.com
ruedi.brunner@bhimail.ch
ruedi.zaugg@rbscoutts.com
ruediger.lange@westlb.de
ruediger.weber@dresdner-bank.com
ruetterm@colognere.com
rueven@deshaw.com
rueyher_liu@ml.com
ruey-shiuan.tsai@novartis.com
rufaro.makanda@dartmouth.edu
ruffa@cimbanque.ch
rufino.a.mendoza@jpmorgan.com
rufus.round@rabobank.com
rufus_w_davenport@nylife.com
ruggero.botto@sella.it
ruggiero.jx@mellon.com
ruggiero.santeramo@am.generali.com
ruhe@uk.danskebank.com
ruhi.khan@fmr.com
ruhlig@exchange.ml.com
rui.dong@deshaw.com
rui.grenho@fandc.com
rui.manuel@cgd.pt
rui.santinho@finantia.com
rui.uchida@mizuho-cb.co.jp

rui.zhao@blackrock.com
rui.zheng@ubs.com
rui_falcon@fanniemae.com
ruiling.zeng@ubs.com
ruiling@dbs.com
ruixiong@mas.gov.sg
ruizdan@bloomberg.net
ruizj@vankampen.com
ruj.tr@adia.ae
rumi.x.masih@jpmorgan.com
rumit@bloomberg.net
runa.urheim@kap.norges-bank.no
runa@kaupthing.is
rune.kaland@gjensidige.no
rune.talberg@dnb.no
rune@jybkebank.dk
rupal.bhansali@mackayshields.com
rupal.mehta@bankofamerica.com
rupali.saggar@pimco.com
rupert.armitage@shorecap.co.uk
rupert.balfour@db.com
rupert.della-porta@fandc.co.uk
rupert.gifford@fl.com
rupert.horrocks@eu.nabgroup.com
rupert.howard@rothschild.co.uk
rupert.kay@commerzbankib.com
rupert.lescott@barclaysglobal.com
rupert.limentani@db.com
rupert.robson@hsbcib.com
rupert.trotter@friendsis.com
rupert.vaughan@glgpartners.com
rupesh.tailor@barcap.com
ruping@cathaylife.com.tw
ruppen.margarian@ing.com.au
ruppert.vernon@ssmb.com
rurquhart@opcap.com
rurso1@bloomberg.net
rus.lin@natixis.us
rus@capgroup.com
ruscittt@fhlbsf.com
rushant.sanathara@pimco.com
rushp@univest.net
ruskin.c.green@exxonmobil.com
ruskin.jp@dreyfus.com
russ.diminni@mackayshields.com
russ.ewing@columbiamanagement.com
russ.kimbro@wachovia.com

russ.koesterich@barclaysglobal.com
russ.pattee@lpcorp.com
russ@catholicknights.com
russel.mackie@mondrian.com
russel.martin@isisam.com
russel_matthews@ldn.invesco.com
russell.beer@credit-suisse.com
russell.blake@fhlbboston.com
russell.bloomfield@columbiamanagement.com
russell.booth@agamwestfcb.com
russell.brown@northernrock.co.uk
russell.cernansky@morganstanley.com
russell.champion@uk.fid-intl.com
russell.chweidan@jpmorganfleming.com
russell.clements@aberdeen-asset.com
russell.condrich@bankofamerica.com
russell.croninjr@nationalcity.com
russell.driver@db.com
russell.faulkner@inginvestment.com
russell.good@insightinvestment.com
russell.graham@barclaysglobal.com
russell.grimwood@westernasset.co.uk
russell.gurnhill@london.entoil.com
russell.harris@morleyfm.com
russell.hogan@aegon.co.uk
russell.j.lee@aib.ie
russell.j.miller@jpmorgan.com
russell.jones@rbccm.com
russell.jones@swift.com
russell.maddox@blackrock.com
russell.matthews@uk.nomura.com
russell.oxley@resolutionasset.com
russell.papst@vanguard.com.au
russell.peddie@swip.com
russell.penn@axa-im.com
russell.platts@ubs.com
russell.plumley@smiths-group.com
russell.pudney@jpmorgan.com
russell.schtern@db.com
russell.shtern@db.com
russell.taylor@aig.com
russell.vernick@barclaysglobal.com
russell.williams@blblon.co.uk
russell.wright@insightinvestment.com
russell@robertvan.com
russell_brody@acml.com
russell_dussling@vanguard.com

russell_gibbons@scotiacapital.com
russell_pointon@newton.co.uk
russell_read@calpers.ca.gov
russell_vellequette@victoryconnect.com
russell_walls@baa.co.uk
russenberger@bloomberg.net
russo@simgest.it
russo_james@jpmorgan.com
rustem.shaikhutdinov@alliancebernstein.com
rusty.sommer@nationalcity.com
rusty_hoss@nacm.com
rut.pugsasin@moorecap.com
ruta.ziverte@ge.com
ruta.ziverte@phxinv.com
ruth.cefaratti@lazard.com
ruth.f@gordian.co.uk
ruth.fitter@blackrock.com
ruth.forbes@gmacm.com
ruth.greene@db.com
ruth.grob@swisslife.ch
ruth.hass@jpmorgan.com
ruth.johnstone@uk.bnpparibas.com
ruth.kossoff@mackayshields.com
ruth.m.hogan@aib.ie
ruth.m.mcnamara@aibbny.ie
ruth.mattson@usbank.com
ruth.mulligan@mfs.com
ruth.norton@wgzbank.ie
ruth.ockendon@mhcb.co.uk
ruth.rayner@citadelgroup.com
ruth.richardson@harrisbank.com
ruth.shlein@mailpoalim.co.il
ruth.x.priestley@jpmorgan.com
ruth_c@bi.go.id
ruth_levine@vanguard.com
ruth_sawyer@elas.co.uk
ruthannewilliams@oppenheimerfunds.com
ruthard_murphy@nylim.com
ruther@nordinvest.de
ruthpang@gic.com.sg
rutledge@bessemer.com
rutuza.arya@lehman.com
rutyo@gmulot.co.il
ruu@ubp.ch
ruud.boeve@ingim.com
ruud.hagendijk@mn-services.nl
ruud.oude.wolbers@fandc.com

ruud.van.de.putte@kasbank.com
ruud.van.gogh@achmea.nl
ruvenh@boi.gov.il
ruwan_wickrema@vanguard.com
ruxandra.ghika@shenkmancapital.com
ruyalves@bloomberg.net
rv1@ntrs.com
rvakil@europeancredit.com
rvaldivia@bloomberg.net
rvanaart@aegon.nl
rvandeberghe@btmna.com
rvandermark@aegon.nl
rvannoort1@bloomberg.net
rvanrooyen@northcentraltrust.com
rvarela@oppenheimerfunds.com
rvc1@ntrs.com
rvdhoek@generali.nl
rvdyer@wellington.com
rvelascol@banxico.org.mx
rvellequette@metlife.com
rvenkatachalam@loews.com
rventura@fhlbc.com
rvesters@spfbeheer.nl
rvg@americancentury.com
rvi.invermap@mapfre.com
rviera@luminentcapital.com
rvilim@fdic.gov
rvillacorta@blackrock.com
rvillanueva@westernasset.com
rvillavicencio@imf.org
rvin@kempen.nl
rvirani@halcyonllc.com
rvitale@uic.it
rviyer@canyonpartners.com
rvoccolai@barrettassociates.com
rvoegeli@pasche.ch
rvoge@amfam.com
rvogel@wilmingtontrust.com
rvoigt@senecacapital.com
rvoon@faralloncapital.com
rvrodrigo@bloomberg.net
rvsala@ibercaja.es
rvturner@bloomberg.net
rvv@nbim.no
rw@gruss.com
rw35@ntrs.com
rw57@ntrs.com

rw658658@yahoo.com.tw
rwacker@fhlbatl.com
rwaelchli@evalor.ch
rwait@richmondcap.com
rwaldn@ftci.com
rwaldron@loomissayles.com
rwall@cumberassoc.com
rwang@bankofny.com
rwang@cainbrothers.com
rwannop@bostonprivatebank.com
rward@kbw.com
rward7@bloomberg.net
rwarren@hbk.com
rwartell@blackrock.com
rwat@fdic.gov
rwaterhouse@deerfieldcapital.com
rwatson@bankatlantic.com
rwatson@hcmlp.com
rweaver@williamblair.com
rweber@ooev.at
rwedeking@caxton.com
rweger@versorgungskammer.de
rweiden@staceybraun.com
rweinberg@mfs.com
rwelchman@firststate.co.uk
rwendt@bloomberg.net
rwenger@fortress.com
rwerman@nb.com
rwetmore@turnerinvestments.com
rwetzer@meag.com
rwh@jwbristol.com
rwhateley@nb.com
rwhite@jhancock.com
rwhite@newstaram.com
rwhite@panagora.com
rwhitehead@washingtonfederal.com
rwhitney@troweprice.com
rwi@nbim.no
rwijgerse@bloomberg.net
rwilliams@bloomberg.net
rwilliams@cavanalhill.com
rwilliams@halcyonllc.com
rwilliams@willcap.com
rwilliams1@worldbank.org
rwilliamson@pictet.com
rwilson@essexinvest.com
rwindle@bloomberg.net

rwininge@microsoft.com
rwinkowski@federatedinv.com
rwinter@groupama-am.fr
rwisentaner@kio.uk.com
rwish@hbk.com
rwitmer@bbhc.com
rwk.cdu@adia.ae
rwl@capitalworld.com
rwlangway@wellington.com
rwlee@ibtco.com
rwm1@ntrs.com
rwolfe@lehman.com
rwolinsky@dkb.com
rwolters@aegon.nl
rwomack@mws.com
rwong@dkpartners.com
rwonghk@bloombeg.net
rwood@ers.state.tx.us
rwoodall@fandc.co.uk
rwoodard11@bloomberg.net
rwq@ubp.ch
rwright@dsaco.com
rwrighton@barrowhanley.com
rws@sitinvest.com
rwsimmon@princeton.edu
rwsnyder@uss.com
rwu@halcyonllc.com
rwyke@eatonvance.com
rximenez@msdw.es
rxing@princeton.edu
rxk@libertyiew.com
rxkee@mas.gov.sg
rxkennedy@leggmason.com
rxn@dartmouth.edu
ryackel@jhancock.com
ryadh.boudjemadi@edf.fr
ry-akiyama@ja-kyosai.or.jp
ryakubik@pacificincome.com
ryan.aj@tbcam.com
ryan.amerman@aiminvestments.com
ryan.avrett@4086.com
ryan.b.tse@jpmorgan.com
ryan.beach@usaa.com
ryan.bernardi@usbank.com
ryan.bierds@bbandt.com
ryan.bloom@himco.com
ryan.blute@pimco.com

ryan.brady@nationalcity.com
ryan.braniff@barclaysglobal.com
ryan.brogan@fmr.com
ryan.burkett@barclaysglobal.com
ryan.bushman@micorp.com
ryan.c.karaian@bankofamerica.com
ryan.carrington@ge.com
ryan.clarkson@pimco.com
ryan.curdy@wellsfargo.com
ryan.day@gcm.com
ryan.degnitz@acuity.com
ryan.downey@mackayshields.com
ryan.e.lowe@wellsfargo.com
ryan.e.meltzer@jpmchase.com
ryan.egan@morganstanley.com
ryan.eisenbeis@edwardjones.com
ryan.english@53.com
ryan.erin@principal.com
ryan.feeney@morganstanley.com
ryan.fitzsimon@drkw.com
ryan.foster@alliancebernstein.com
ryan.foster@soros.com
ryan.fox@ge.com
ryan.freimark@huntington.com
ryan.fulmer@aig.com
ryan.g.huckstorf@wellsfargo.com
ryan.garino@citadelgroup.com
ryan.gelrod@db.com
ryan.green@janus.com
ryan.h.yuk@dartmouth.edu
ryan.hart@pimco.com
ryan.haskett@highbridge.com
ryan.haynes@us.schroders.com
ryan.hutchinson@db.com
ryan.hutson@pw.utc.com
ryan.jasper@4086.com
ryan.john@principal.com
ryan.johnson@columbiamanagement.com
ryan.kagy@pimco.com
ryan.karchner@corporate.ge.com
ryan.kelly@cna.com
ryan.kelly@prudential.com
ryan.kim@barclaysglobal.com
ryan.korinke@pimco.com
ryan.l.letchworth@jpmorgan.com
ryan.lanphere@pimco.com
ryan.lecznar@pimco.com

ryan.lim@csfb.com
ryan.m.metcalf@bankofamerica.com
ryan.martin@barclaysglobal.com
ryan.martinez@wnco.com
ryan.mccann@columbiamanagement.com
ryan.mccann@wamu.net
ryan.mcdonald@db.com
ryan.mcreynolds@wellscap.com
ryan.mims@db.com
ryan.molloy@moorecap.com
ryan.moss@morganstanley.com
ryan.mostafa@us.schroders.com
ryan.murphy@pimco.com
ryan.nellums@inginvestment.com
ryan.neske@rbccm.com
ryan.neupaver@pncadvisors.com
ryan.nugent@ubs.com
ryan.okimura@ibtco.com
ryan.oldham@fmr.com
ryan.olsen@wamu.net
ryan.osullivan@citadelgroup.com
ryan.parry@fmr.com
ryan.peirce@ubs.com
ryan.polisi@lehman.com
ryan.popple@chevron.com
ryan.rackley@raymondjames.com
ryan.raymond@ubs.com
ryan.s.kromer@bob.hsbc.com
ryan.salomone@fmr.com
ryan.seghesio@oracle.com
ryan.sheftel@citadelgroup.com
ryan.simmons@inginvestment.com
ryan.smith@aegon.co.uk
ryan.staszewski@morleyfm.com
ryan.szakacs@blackrock.com
ryan.t.monahan@bankofamerica.com
ryan.valente@citadelgroup.com
ryan.w.j.choi@dartmouth.edu
ryan.watkins@pimco.com
ryan.welch@fhlb.com
ryan.wiley@dfafunds.com
ryan.witko@blackrock.com
ryan.yeo@icprc.com
ryan@aigfpc.com
ryan@apothcap.com
ryan@bpviinc.com
ryan@ellington.com

ryan@incomeresearch.com
ryan@roxcap.com
ryan_burgess@troweprice.com
ryan_campbell@ssga.com
ryan_cottreau@putnam.com
ryan_ferguson@scotiacapital.com
ryan_harn@freddiemac.com
ryan_henning@freddiemac.com
ryan_j_gill@vanguard.com
ryan_jaggers@invesco.com
ryan_langille@ssga.com
ryan_lindsay@vanguard.com
ryan_liu@cmbchina.com
ryan_ludt@vanguard.com
ryan_m_burkart@putnam.com
ryan_maria@jpmorgan.com
ryan_parmele@fleet.com
ryan_rycraw@toyota.com
ryan_turner@troweprice.com
ryan_watts@invesco.com
ryan_weninger@merck.com
ryan_white@conseco.com
ryan_widener@hvbamericas.com
ryan_zannini@putnam.com
ryanaugustin@gic.com.sg
ryanberg@northwesternmutual.com
ryandan@bloomberg.net
ryandenton@northwesternmutual.com
ryang@westernasset.com
ryangreg@exchange.ie.ml.com
ryanj.haartman@53.com
ryanm@bgi-group.com
ryanmiller@tiaa-cref.org
ryann.donohue@raymondjames.com
ryanpowers@bloomberg.net
ryanyeo@dbs.com
ryarlas@panagora.com
rybad@ebrd.com
rydell.wp@mellonequity.com
ryder.donahue@bnymellon.com
rye.harper@sgcib.com
ryean@stanford.edu
ryelandg@mcm.com
ryeung@lib.com
ryhanen@bloomberg.net
ryi@westernasset.com
ryiu1@bloomberg.net

ryo.daido@uk.mufg.jp
ryo_furuya@tr.mufg.jp
ryo_hasegawa@tr.mufg.jp
ryo_sawai@tr.mufg.jp
ryo_tanigawa@am.sumitomolife.co.jp
ryo_taniguchi@tr.mufg.jp
ryoichi_tani@tr.mufg.jp
ryoji.koike@bojny.com
ryoji_shimizu@tr.mufg.jp
ryosuke-tanaka@am.mufg.jp
ryou_sugie@ajinomoto.com
ryoung@essexinvest.com
ryoung@wesbanco.com
ryousei.ishida@mizuho-cb.co.jp
ryousuke.kawahara@mizuho-bk.co.jp
ryousuke.komori@mizuho-bk.co.jp
rysc@capgroup.com
ryszard.petru@bph.pl
ryu.tsujikawa@barclaysglobal.com
ryu@ftci.com
ryu@payden-rygel.com
ryugin@bloomberg.net
ryuhei.fujii@mizuhocbus.com
ryuhei_sakamoto@orix.co.jp
ryuichi@dl.dai-ichi-life.co.jp
ryuichis@dl.dai-ichi-life.co.jp
ryuusuke.awazu@mizuho-bk.co.jp
rz5@ntrs.com
rzage@faralloncapital.com
rzayas@bankofny.com
rzhab@allstate.com
rzibelli@oppenheimerfunds.com
rzielonka@westernasset.com
rzilb@sunlife.com
rzimmerman@summitbank.com
rzubak@allstate.com
rzubillaga.miami@sinvest.es
s.a.ibrahim@greenpoint.com
s.abdo@ncbc.com
s.abdowaise@alahli.com
s.acquaroli@bpbfinance.com
s.adle@lvmh.fr
s.alshamlan@alahli.com
s.asta@apioil.com
s.bandini@bloomberg.net
s.banerjee@bloomberg.net
s.banno@noemail.com

s.barber@mwam.com
s.barnhard@robeco.nl
s.belser@aigpb.com
s.benvenuti@crsm.it
s.bergakker@robeco.nl
s.bernardinello@bipielle.it
s.bichsel@robeco.nl
s.brunel@cholet-dupont.fr
s.buckley@qic.com
s.bus@robeco.nl
s.campbell@ldn.invesco.com
s.canova@bipielle.it
s.cardello@apioil.com
s.danforth@olayangroup.com
s.de.groot@interpolis.nl
s.defrancesco@fddbank.com
s.delariviere@lvmh.fr
s.delmarco@mwam.com
s.demaar@dpfs.nl
s.dhawan@eib.org
s.diop@bloomberg.net
s.djadoenath@sl-am.nl
s.duffy@sumitomotrust.co.jp
s.earl@sumitomotrust.co.jp
s.endo@ny.tr.mufg.jp
s.feiss@hsbc.guyerzeller.com
s.ferguson@hermes.co.uk
s.fukuzawa@mitsui.com
s.goodman@mwam.com
s.hall@mwam.com
s.hall@noemail.com
s.hannigan@rorerasset.com
s.hasegawa@skam.co.jp
s.hashiguchi@aozorabank.co.jp
s.hefti@hsbc.guyerzeller.com
s.heyman@mitsubishi-trust.co.uk
s.hirakawa@noemail.com
s.hoberg@inka-kag.de
s.hoelscher@federated.de
s.hosobuchi@aozorabank.co.jp
s.howard@kairospartners.com
s.hutchinson@qic.com
s.inada@noemail.com
s.jones@mwam.com
s.julius@qic.com
s.k.w.de.willigen@robeco.nl
s.kaemmerer@frankfurt-trust.de

**LBH - Derivatives Page 227 of 1504 Email Service List**

s.kanodia@robeco.nl
s.kikuchi@jahs.or.jp
s.kobayashi@noemail.com
s.kogler@staedtische.co.at
s.kono@noemail.com
s.kyoutaki@aozorabank.co.jp
s.latorre@rpweb.it
s.lie@robeco.nl
s.lujin@lvmh.fr
s.mansouri@ncbc.com
s.matalon@probtp.com
s.matsumura@meijiyasuda.co.jp
s.min@samsung.com
s.murphy@naspadub.ie
s.nagao@noemail.com
s.nagayama@skam.co.jp
s.nakano@noemail.com
s.nalletamby@afdb.org
s.noma@noemail.com
s.ogawa@noemail.com
s.olivares@telefonica.es
s.otake@noemail.com
s.pierson@eib.org
s.poirelle@palatine.fr
s.rissman@qic.com
s.rivellini@astonbank.com
s.satake@noemail.com
s.scott.gregory@morganstanley.com
s.sekioua@afdb.org
s.shivram@gecapital.com
s.smith@qic.com
s.soquar@hermes.co.uk
s.staples@ibj.co.uk
s.stevens@macintosh.nl
s.stots@sl-am.nl
s.swanson@alaskausatrust.com
s.tait@mwam.com
s.tansiokhoon@noemail.com
s.tatsumi@noemail.com
s.thackeray@hermes.co.uk
s.theus@dbtc.ch
s.thomas@frankfurt-trust.de
s.todorovic@frankfurt-trust.de
s.toya@mitsui.com
s.vaccarino@olivetti.com
s.van.den.heuvel@robeco.nl
s.van.eijkern@robeco.nl

s.van.heijst@robeco.nl
s.vigoni@aston-bond.com
s.vranken@bnpparibas.com
s.waite@mwam.com
s.white@bspf.co.uk
s.yonemori@tokyostarbank.co.jp
s_cho@meijiyasuda.co.jp
s_giontzis@putnam.com
s_howley@putnam.com
s_leon@bancourquijo.es
s_medina@putnam.com
s_moeckel@amwestka.de
s_pomerantz@yahoo.com
s_preve@putnam.com
s_ramamurthy@putnam.com
s_tanaka@meiji-life.co.jp
s_tanaka@meijiyasuda.co.jp
s_tindall@yahoo.com
s_williams@oppenheimerfunds.com
s_yagi@nochubank.or.jp
s0884@mb.rosenet.ne.jp
s094596@income.com.sg
s1.tanaka@aozorabank.co.jp
s192jmw@zionsbank.com
s2.yamaguchi@aozorabank.co.jp
s221drg@zionsbank.com
s221jeb@zionsbank.com
s3f@americancentury.com
s4.nakamura@aozorabank.co.jp
s5c@americancentury.com
s7m@americancentury.com
sa@farcap.com
sa@formuepleje.dk
saabramowitz@wellington.com
saad.hammoud@hsbcgroup.com
saad.siddiqui@morganstanley.com
saad@bloomberg.net
saaish.sukumaran@ae.abnamro.com
saamer.azzuz@arabbanking.com
saba_hekmat@nylim.com
sabar@ellington.com
sabdikeev@jp.statestreet.com
sabe@dl.dai-ichi-life.co.jp
saberry@lnc.com
sabina.sardi@soditic.co.uk
sabina_ciminero@putnam.com
sabine.baton@cail.lu

sabine.bauer@hvb.de
sabine.bollo@db.com
sabine.cosse@sgam.com
sabine.depauw@dexia-am.com
sabine.doebeli@zkb.ch
sabine.fischer@kfw.de
sabine.fruehn@dws.de
sabine.gast@commerzbanib.com
sabine.heidrich@s-versicherung.at
sabine.hubler-guy@dresdner-bank.ch
sabine.hummel@hauck-aufhaeuser.de
sabine.jenet-loewe@lrp.de
sabine.koenig@bhf-bank.com
sabine.krueger@dekabank.de
sabine.mueller@dekabank.de
sabine.mueller@wwasset.de
sabine.nowak@postbank.de
sabine.otto@dkib.com
sabine.rahn@dghyp.de
sabine.riga@nagelmackers.be
sabine.schrafl@dekabank.de
sabine.sekutor@de.bosch.com
sabine.shel@henkle.com
sabine.staeuble@csam.com
sabine.stahl@trinkaus.de
sabine.theis@sk-koeln.de
sabine.weiler@bbh.com
sabine_fethiere@ml.com
sabita.kumar@avmltd.com
sabitkh@halykbank.kz
sabrina.becker@eurizoncapital.lu
sabrina.bowens@truscocapital.com
sabrina.girelli@bancaprofilo.it
sabrina.jones@hsbcib.com
sabrina.liu@soros.com
sabrina.manco@ubm.it
sabrina.massucco@mpssgr.it
sabrina.meyer@bnpparibas.com
sabrina.sperow@fmr.com
sabrina_rodriguez-harte@freddiemac.com
sabrine.waismann@lgim.co.uk
sabya.sinha@columbiamanagement.com
sabya_roy@acml.com
sacchitello_michael@jpmorgan.com
sacha.bacro@blackrock.com
sacha.bernasconi@ubs.com
sacha.demicheli@bsibank.com

sacha.deutsch@ruedblass.ch
sacha.devittori@credit-suisse.com
sacha.fischer@credit-suisse.com
sacha.green@insightinvestment.com
sacha.haymoz@credit-suisse.com
sacha.hoek@rreef.com
sacha.holderegger@ubs.com
sacha.mingard@bcv.ch
sacha.sadan@gartmore.com
sacha.vicente@bankcoop.ch
sacha.widin@credit-suisse.com
sacha.wright@uk.fid-intl.com
sacha.ziegler@zkb.ch
sachiko.okuma@jp.pimco.com
sachin.bawale@sscims.com
sachin.divecha@highbridge.com
sachin.mehra@gm.com
sachin.patel@glgpartners.com
sachin.patodia@fmr.com
sachintulyani@northwesternmutual.com
sachse@caxton.com
sack@apolloic.com
sadahito_tomioka@tokaitokyo.co.jp
sadakata@nam.com
saddlerock@gothamcapital.com
sadiehsu@tcbank.com.tw
sadik.culcuoglu@lmginv.com
sadiqa_brown@freddiemac.com
sadok.moussa-djarrara@bnpparibas.com
sadowsth@sdm.cic.fr
sadruddin.rejeb@rmm.im
saeedmirza@bloomberg.net
saeger.erich@principal.com
saeki_hiroaki@dn.smbc.co.jp
saeki-nobukazu@mitsubishi-sec.co.jp
saeko.saker@mizuhocbus.com
safak.alptekin@finansbank.com.tr
safal.durg@deshaw.com
safarina@bi.go.id
safia.abdullah@tcw.com
safra@bloomberg.net
safran@cooperindustries.com
safsd@arbor.com
safura@maybank.com.my
sag.em@adia.ae
sagabond@bloomberg.net
sagacmt@pluto.plala.or.jp

sagalyt@cmbchina.com
sagar.parikh@tcw.com
sagar.sheth@ubs.com
sagnewhuke@ustrust.com
sagorman@wellington.com
sagrawal@mmsa.com
sagretelis@jhancock.com
sah.eu@adia.ae
sah@nbim.no
sahashi.dli@dial.pipex.com
sahiba.chadha@invescoaim.com
sahiba.chadha@usa.dupont.com
sahil.tandon@morganstanley.com
sahlner@bankofny.com
sahmed@manubank.com
sahn7@bloomberg.net
sahoda@nam.co.jp
sai@wharton.upenn.edu
saibal.mukherjee@ubs.com
said.oumar@axa-im.com
saide.el-hachem@sgam.com
saidman@bwater.com
saied_simozar@putnam.com
saikat.kumar@nbf.ae
saikatc@wharton.upenn.edu
saintlee@koreaexim.co.kr
saintral@sdm.cic.fr
sairam.muthialu@citadelgroup.com
saito.shigeru@daiwa-am.co.jp
saito-s@daiwasbi.co.jp
saitou_toshikazu@mail.asahi-life.co.jp
saiyi_he@blackrock.com
saiz@bloomberg.net
sajal.choudhury@moorecap.co.uk
saji@mas.gov.sg
saji@nam.co.jp
sa-jinno@ja-kyosai.or.jp
sajiv.vaid@rlam.co.uk
sajjad.hussain@ocwen.com
sajjad.naqvi@tcw.com
sajjad@bloomberg.net
sajjadl@nb.com
sajl@capgroup.com
saka@dl.dai-ichi-life.co.jp
sakae.igarashi@sumitomotrust.co.jp
sakae@daiwa-am.co.jp
sakae@nam.co.jp

sakaguchi19592@nissay.co.jp
sakai@nam.co.jp
sakai@tmam.co.jp
sakai-masaki@mitsubishi-sec.co.jp
sakamoto@daiwa-am.co.jp
sakamoto@nam.com
sakamoto723@dl.dai-ichi-life.co.jp
sakari.saro@dexia-bil.com
sakata@daiwa-am.co.jp
sakauchi@nam.co.jp
sakazaki02240@nissay.co.jp
sakeda@bloomberg.net
saker.nusseibeh@tcw.com
saket.anand@fmr.com
saket.saurabh.wg09@wharton.upenn.edu
sakiko_reuterskiold@putnam.com
sa-kin@kddi.com
sakis@adia.co.uk
sakita@btmna.com
sakono_kenji@vr.smbc.co.jp
saksak1@bloomberg.net
saktiandi@mas.gov.sg
saku.santavirta@aktia.fi
saku1@bloomberg.net
sakuma@nam.co.jp
sakuma02858@nissay.co.jp
sakumi@bloomberg.net
sakuragi_toshiharu@yk.smbc.co.jp
sakurai@daiwa-am.co.jp
sakurai@daiwasbi.co.jp
sal.digangi@inginvestment.com
sal.esposito@bloomberg.net
sal.mirran@bankofamerica.com
sal.pramas@pioneerinvest.com
sal@sbsi.com
sal_demarco@sbtorsvr123.tor.scotia-mcleod.com
sal_mirran@fanniemae.com
sala.mercados@servibanca.pt
salah.amraoui@bnpparibas.com
salah@kuwait-fund.org
salamercati@biver.it
salangone@wellington.com
salarcon@hcmlp.com
salarie@statestreet.com
salateeqi@kio.uk.com
salatti@swisscap.com
salawwad@bloomberg.net

salb@sierraglobal.com
salbane@ftci.com
salbashir@aol.com
salbert@bloomberg.net
salbert@us.nomura.com
salbrecht@federatedinv.com
salbrecht1@bloomberg.net
salchow@tk.thyssenkrupp.com
saleem@anb.com.sa
salehs@kia.gov.kw
sales.bischofberger@aigpb.com
salesservi1@bloomberg.net
salesservi2@bloomberg.net
salestrading@juliusbaer.fr
salfaghm@saib.com.sa
saliha.garah-nielsen@db.com
salil.sharma@hcmny.com
salil_bhatt@freddiemac.com
salim.hart@fmr.com
salim.hasnat@rabobank.com
salim.khanachet@bbh.com
salim.saab@commerzbankib.com
salim.samaha@global-infra.com
salima.gebleux@cpr-am.fr
salima.remtulla@deshaw.com
salimah.osman@nordlb.com
salina@bnm.gov.my
salinas.martinez@grupobbva.com
salisbuj@strsoh.org
saliya_wijesekera@freddiemac.com
sallabanda@gic.com.sg
sallang@bloomberg.net
sallen@hbk.com
sallen@silchester.com
salloy@oddo.fr
salluemi@cajamadrid.es
sally.2.davis@bt.com
sally.dessloch@ubs.com
sally.english@ubs-oconnor.com
sally.gilding@db.com
sally.godley-maynard@hsbcib.com
sally.greig@bailliegifford.com
sally.mellon@citadelgroup.com
sally.ritter@aig.com
sally.stoffel@ubs.com
sally.walden@uk.fid-intl.com
sally.waugh@tudor.com

**LBH - Derivatives Questionnaire Email Service List**

sally.williams@bg-group.com
sally.wirts@glenmede.com
sally.yu@barclaysglobal.com
sally_au-yeung@freddiemac.com
sally_panicker@morganstanley.com
sally_sancimino@msdw.com
sally_springer@newton.co.uk
sally_williamson@freddiemac.com
sally-ann.dunphy@bbh.com
sallychua@dbs.com
sallyong@sumitomotrust.co.jp
salma.baho@axa-im.com
salmas@ibjwhitehall.com
salome.abla-bloomquist@lacrosseglobal.com
salome.camur@renault.com
salome.venter@resbank.co.za
saloni.nagpal@shell.com
salothman@kio.uk.com
salpert@glickenhaus.com
salpukas@nytimes.com
salsane@kio.uk.com
saltong@fcsamerica.com
saltzman@ellington.com
saltzmangk@aetna.com
salujav@jwseligman.com
salvatore.aiello@morganstanley.com
salvatore.aliotta@bancacrasti.it
salvatore.amato@marshallfunds.com
salvatore.amorello@db.com
salvatore.bonello@moorecap.com
salvatore.bruno@am.generali.com
salvatore.colli@saipem.eni.it
salvatore.cordaro@bsibank.com
salvatore.deangelis@jpmorgan.com
salvatore.di.vincenzo@bpm.it
salvatore.difrancesco@daiwausa.com
salvatore.fruscione@bancaakros.it
salvatore.leanza@bnpparibas.com
salvatore.liprino@antonveneta.it
salvatore.martone@ge.com
salvatore.parascandola@blackrock.com
salvatore.r.mule@db.com
salvatore.russo@snamretegas.it
salvatore.sama@lazard.com
salvatore.santostefano@db.com
salvatore.stincone@db.com
salvatore.torrisi@fiamm.com

salvatore.zeolla@barclaysglobal.com
salvatore_amato@swissre.com
salvatore_dellagrotta@putnam.com
salvatore_esposito@hvbamericas.com
salvatore_tornello@fleet.com
salwa_boussoukaya@lazard.fr
salwabil1@bloomberg.et
sam.assamongkol@citadelgroup.com
sam.ball@insightinvestment.com
sam.bapasola@blackrock.com
sam.bathia@ppm-uk.com
sam.bullard@wachovia.com
sam.cairns@gs.com
sam.caroll@morganstanley.com
sam.chantana@axa-im.com
sam.chui@bmo.com
sam.crocker@wamu.net
sam.deva@fmr.com
sam.diamond@nacm.com
sam.finkelstein@gs.com
sam.fusco@ppmamerica.com
sam.garza@tcw.com
sam.gere@lazard.com
sam.gouch@db.com
sam.hill@threadneedle.co.uk
sam.holl@morleyfm.com
sam.horowitz@rabo-bank.com
sam.houlie@investecmail.com
sam.hunter-nolan@statestreet.com
sam.ingham@abbey.com
sam.jones@calvert.com
sam.k.cheung@jpmorgan.com
sam.lam@ubs.com
sam.lloyd@barclaysglobal.com
sam.mcgairl@uk.bnpparibas.com
sam.morley@threadneedle.co.uk
sam.morse@uk.fid-intl.com
sam.moyn@gwl.com
sam.myhrman@uk.fid-intl.com
sam.otchere@thehartford.com
sam.pallotta@gm.com
sam.patel@barclaysglobal.com
sam.patterson@moorecap.com
sam.pearlman@avmltd.com
sam.perry@db.com
sam.polyak@piog.com
sam.pulsford@barclaysglobal.com

sam.radnor@glgpartners.com
sam.rahman@fmr.com
sam.riter@blackrock.com
sam.rosenthal@mortgagefamily.com
sam.sezeto@ilim.com
sam.smith@peregrinecapital.com
sam.spencer@glgpartners.com
sam.szeto@ilim.ie
sam.thelen@jnli.com
sam.turner@wachoviasec.com
sam.wald@fmr.com
sam.weinstock@nordlb.com
sam.yee@ppmamerica.com
sam@baupost.com
sam@ikos.co.uk
sam@primco.com
sam@wasatchadvisors.com
sam@wooribank.com
sam_baldwin@hen.invesco.com
sam_chang@nacm.com
sam_essling@cargill.com
sam_li@freddiemac.com
sam_mason@invesco.com
sam_shiu@scotiacapital.com
sam_wilkins@standardlife.com
sam8771.huang@hncb.com.tw
samahogg@bankofny.com
samand@ofivalmo.fr
samantha.abner-wallace@bankofamerica.com
samantha.ashworth@cwcom.co.uk
samantha.bacon@alliancebernstein.com
samantha.bartlett@barclaysglobal.com
samantha.burden@blackrock.com
samantha.bush@uk.fid-intl.com
samantha.gleave@flemings.com
samantha.glennerster@nationwide.co.uk
samantha.harrison@pimco.com
samantha.li@tdsecurities.com
samantha.m.cunningham@aib.ie
samantha.moran@ge.com
samantha.nel@threadneedle.co.uk
samantha.pandolfi@gs.com
samantha.stephenson@uk.calyon.com
samantha.wilson@jpmorganfleming.com
samantha.wong@lbbwsg.com
samantha_foster@acml.com
samantha_lamb@standardlife.com

samantha_lau@acml.com
samantha_tan@ml.com
samantha_thalji@freddiemac.com
samba@hvbamericas.com
sambine.tomber@puilaetco.com
sambou.makalou@redwoodtrust.com
sambroceo@statestreet.com
sambrogi1@bloomberg.net
samcmeni@ibtco.com
samco_treasury@shell.com
sameer.arsiwala@morganstanley.com
sameer.bhalla@lmginv.com
sameer.jain@barclaysglobal.com
sameer.kero@credit-suisse.com
sameer.malik@morganstanley.com
sameer.maru@gs.com
sameer.parab@barclaysglobal.com
sameer.sabharwal@eagleasset.com
sameer.vaghela@gs.com
sameera.waheed@citigroup.com
sameet.desai@soros.com
sameh.khalil@cibeg.com
sameh@mginvestors.com
samei@nam.co.jp
samelung@metzler.com
samer.helou@axa-im.com
samer.saleh@db.com
samho@aol.com
samhopkins@bloomberg.net
sami.ahmad@gs.com
sami.kermiche@barep.com
sami.mesrour@barclaysglobal.com
sami.tamer@erstebank.at
samia.behbehani@credit-suisse.com
samir.bederr@labanquepostale-am.fr
samir.belarbi@dexia-crediop.it
samir.bentekaya@tres.bnc.ca
samir.bhatt@highbridge.com
samir.charif@danskebank.dk
samir.essafri@axa-im.com
samir.master@pharma.novartis.com
samir.parikh@ubs.com
samir.patel@daiwausa.com
samir.ramdane@groupe-mma.fr
samir.sikka@tcw.com
samir.sweidan@riyadbank.com
samira.clair@bnpparibas.com

samira.laouer@nordlb.com
samit.ghosh@ge.com
samit.paul@geind.ge.com
samitha.gajameragedara@global-infra.com
samitnathirmal@gic.com.sg
samkang1@hanmail.net
samlee@chb.co.kr
sammarco.giorgia@italease.it
sammi.teng@chinatrust.com.tw
sammi.truong@pioneerinvest.com
sammy.cheung@lgt.com
sammy.sangiovanni@wachovia.com
sammy.simnegar@fmr.com
sammy.skovronek@bdl.lu
sammy_yip@ssga.com
samoroso@frk.com
sampathj@stanford.edu
sampats@nationwide.com
sampei@nam.co.jp
samphoen@gic.com.sg
samrah.kazmi@wachovia.com
sams.scott@principal.com
samu.slotte@nib.fi
samual@sgsfunds.com
samual_hecker@troweprice.com
samuel.adu@himco.com
samuel.alexandrine@labanquepostale-am.fr
samuel.atanasio@alliancebernstein.com
samuel.baumann@credit-suisse.com
samuel.burick@bankofamerica.com
samuel.e.belk@dartmouth.edu
samuel.epee-bounya@columbiamanagement.com
samuel.etheridge@aberdeen-asset.com
samuel.gottesman@mizuhocbus.com
samuel.guillet@synchrony.ch
samuel.hui@ap.ing.com
samuel.kidston@blackrock.com
samuel.kim@citadelgroup.com
samuel.kim@ubs.com
samuel.lau@db.com
samuel.lau@tcw.com
samuel.lopezbriceno@gs.com
samuel.mueller@lbswiss.ch
samuel.naccache@caam.com
samuel.oubadia@lodh.com
samuel.pang@hk.fortis.com
samuel.perrard@labanquepostale-am.fr

samuel.perruchoud@aexp.com
samuel.pinto@lcfr.fr
samuel.silver@prudential.com
samuel.smith@fmr.com
samuel.tung@barclaysglobal.com
samuel.wardwell@pioneerinvest.com
samuel.weaner@vanguard.com.au
samuel.wilamowsky@alliancebernstein.com
samuel.wilson@fmr.com
samuel@temasek.com.sg
samuel_albert@cargill.com
samuel_chamovitz@putnam.com
samuel_hecker@troweprice.com
samuel_murray@aimfunds.com
samuel_silver@amrcorp.com
samuela.sacchi@bnlmail.com
samuele.marafin@eurosgr.it
samuele.rudelli@bsibank.com
samuelearico@bancaintesa.it
samuelkim@bok.or.kr
samv@mcm.com
samy.chaar@lodh.com
samy.ibrahim@deka.de
san.eu@adia.ae
san.lie@nl.abnamro.com
san_khieu@ml.com
sana.ragbir@db.com
sanae.tsuchiya@jp.pimco.com
sanat.mishra@fmr.com
sanat_shankardass@freddiemac.com
sanchez.blanco@grupobbva.com
sanchez_laura@sinvest.es
sancho.chan@sunlife.com
sanchototo@yahoo.co.kr
sancruri@yahoo.co.kr
sanda.molotcovroustel@axa-im.com
sanda_pesut@fanniemae.com
sandeep.a.saggar@pfizer.com
sandeep.bhargava@jpmorgan.com
sandeep.bhatia@silvantcapital.com
sandeep.bhatia@ubs.com
sandeep.brion@swib.state.wi.us
sandeep.chainani@morganstanley.com
sandeep_jeksaani@fanniemae.com
sandeep_shilawat@fanniemae.com
sandeep_varma@symantec.com
sander.boelen@nl.abnamro.com

sander.fynboe@uk.danskebank.com
sander.huizinga@azl-group.com
sander.van.riel@achmea.nl
sander_vijselaar@deltalloyd.nl
sanderje@wellsfargo.com
sanders@bessemer.com
sandersb@kochind.com
sanderskow@mcdinvest.com
sanderson@us.nomura.com
sanderson@ustrust.com
sandersonr@gruppocredit.it
sanderwald@bellevue.ch
sandhya.mullangi@ppmamerica.com
sandi.hannon@ibtco.com
sandi.merwitz@investecmail.com
sandie.staimesse@eu.nabgroup.com
sandie.w.s.choi@hsbc.com.hk
sandin_wang@putnam.com
sandip.bhagat@morganstanley.com
sandip.taylor@citigroup.com
sandler@bwater.com
sandner.guenter@swm.de
sandnerg@landeshauptstadt.de
sandor.hau@gs.com
sandor.sigrist@pksbb.ch
sandor_steverink@deltalloyd.nl
sandra.a.wynter@jpmchase.com
sandra.armetta@.ubm.com
sandra.bagulho@cgd.fr
sandra.baltazar@bsnp.pt
sandra.bernard@cpr-am.fr
sandra.bonardi@ersel.it
sandra.borland@blackrock.com
sandra.cafazzo@ubs.com
sandra.caraballo@ibtco.com
sandra.chow@dillonread.com
sandra.cidda@ersel.it
sandra.crane@uk.fid-intl.com
sandra.curtis@alliancebernstein.com
sandra.disse_nicodeme@novartis.com
sandra.duncan@cominvest-am.com
sandra.erne@vpbank.com
sandra.goldschneider@ubs.com
sandra.gowlett@g-icap.com
sandra.guerrero@barclaysglobal.com
sandra.gueth@trinkaus.de
sandra.haase@dzbank.de

sandra.hernandez@opco.com
sandra.hind@altria.com
sandra.holdsworth@threadneedle.co.uk
sandra.jenks@morgankeegan.com
sandra.kehrmann@allianz.de
sandra.kochanski@sparkasse-hannover.de
sandra.l.yeager@usa.dupont.com
sandra.lievens@belgacom.be
sandra.liyanage@rothschild.co.uk
sandra.lourenco@caam.com
sandra.mcneillie@lgim.co.uk
sandra.nunes@rbc.om
sandra.okeefe@ge.com
sandra.oliveira@chq.alstom.com
sandra.panzner@bhf-bank.com
sandra.parisi@nestle.com
sandra.partouche@fibimail.co.il
sandra.pernet@bcv.ch
sandra.rizzuto@ubm.it
sandra.s.kruis-schuiten@si.shell.com
sandra.schaufler@db.com
sandra.solange@db.com
sandra.sorg@claridenleu.com
sandra.stahel@claridenleu.com
sandra.steinbuechel@sparkasse-koelnbonn.de
sandra.strauss@dzbank.de
sandra.sullivan@blackrock.com
sandra.tessarek@westam.com
sandra.tordin@ch.abnamro.com
sandra.trino@credit-suisse.com
sandra.valentini@enel.it
sandra.wawrzyniak@collineo-am.com
sandra.weck@pncbank.com
sandra.willens@insightinvestment.com
sandra.zerbo@usbank.com
sandra_ballard@bankone.co
sandra_de_brouwer@deltalloyd.nl
sandra_fisher@ml.com
sandra_harris@invesco.com
sandra_k_lehr@keybank.com
sandra_miles@freddiemac.com
sandra_vogel@rsausa.com
sandra_young@hancockbank.com
sandra1.williams@prudential.com
sandrabrown@jhancock.com
sandrap@bll.co.il
sandrews@qgcapital.com

sandrine.bastide@banque-bpsd.fr
sandrine.beyaert@ca-assetmanagement.fr
sandrine.bon@lodh.com
sandrine.causse@everbank.com
sandrine.gregoire@seb.lu
sandrine.guerin@creditfoncier.fr
sandrine.levallegan@caam.com
sandrine.magloire@us.socgen.com
sandrine.notari@gottardo.com
sandrine.pariente@mpsa.com
sandrine.rabel@sncf.fr
sandrine.richard@axa-im.com
sandrine.vannier@sgam.com
sandro.antonucci@lodh.com
sandro.baechli@claridenleu.com
sandro.campanile@credit-suisse.com
sandro.campestrini@ubs.com
sandro.canuti@bsibank.com
sandro.croce@lodh.com
sandro.curzola@am.generali.com
sandro.dellasala@corner.ch
sandro.dittli@leu.com
sandro.dorigo@juliusbaer.com
sandro.doudin@zurich.com
sandro.l.apostolico@jpmorgan.com
sandro.lozza@ubs.com
sandro.matta@pioneerinvest.it
sandro.mattle@credit-suisse.com
sandro.merino@ubs.com
sandro.monti@bsibank.com
sandro.pierri@pioneerinvest.it
sandro.rosa@claridenleu.com
sandro.scalabrino@popso.it
sandro.streit@snb.ch
sandro.volpe@capitalia-am.com
sandro.zwyssig@ubs.com
sandro@saadgroup.com
sandro_galfetti@swissre.com
sandrodidio@libero.it
sandy.black@insightinvestment.com
sandy.boes@nctrust.com
sandy.bruce@commerzbank.com
sandy.chin@moorecap.com
sandy.christie@blackrock.com
sandy.goyal@nb.com
sandy.hall@state.co.us
sandy.heilman@jpmorgan.com

sandy.issanchou@dexia-am.com
sandy.loperfito@stbank.net
sandy.naim@swipartnership.co.uk
sandy.ng@lbbwus.com
sandy.panetta@columbiamanagement.com
sandy.rattray@glgpartners.com
sandy.schoemaker@bbl.be
sandy.szakach@ppmamerica.com
sandy.yun@morganstanley.com
sandy_blitzer@gmacm.com
sandy_boes@ustrust.com
sandy_chan@new-alliance.com
sandy_koch@america.hypovereinsbank.com
sandy_richards@progressive.com
sandy_wong-ng@ssga.com
sandyhertzfeld@pershing.com
sandylim@gic.com.sg
sandymehta@wellington.com
sandyrivas@northwesternmutual.com
sandyshiau@aegon.com.tw
sandysm@bloomberg.net
sanem.bilgin@alliancebernstein.com
sang.han@tdsecurities.com
sangbin.park@hanabank.com
sangeeta.marfatia@ubs.com
sangela@stw.com
sanghee_lee@samsung.com
sangho.d.jung@samsung.com
sanghoon.ahn@hanvitbank.co.kr
sanghoon.kim@lazard.com
sanghoonkim@hanabank.com
sangsoo2.kim@hnanbank.com
sang-sub_lee@freddiemac.com
sangwan.kang@lehman.com
sangwooh@naver.com
sangyoonkim@hanabank.com
sani@us.danskebank.com
sanja.milas-hardy@umb.com
sanjai.bhonsle@rbccm.com
sanjay.chawla@axa-im.com
sanjay.dhawan@cendantmortgage.com
sanjay.gupta@insightinvestment.com
sanjay.j.bhide@si.shell.com
sanjay.jhaveri@vontobel.ch
sanjay.joshi@londonandcapital.com
sanjay.kashyap@jpmorganfleming.com
sanjay.mazumdar@gs.com

sanjay.oberoi@fidelity.de
sanjay.pandya@icbclondon.com
sanjay.patel@nomura-asset.co.uk
sanjay.roy@blackrock.com
sanjay.roy@wellsfargo.com
sanjay.soni@barclaysglobal.com
sanjay.verma@morganstanley.com
sanjay.yadav@barclaysglobal.com
sanjay_bhasin@westlb.co.uk
sanjay_bhatt@fanniemae.com
sanjay_bhatt@westlb.com
sanjay_chopra@putnam.com
sanjay_jagtiani@invesco.com
sanjay_shah@putnam.com
sanjayab@fhlbcin.com
sanjeev.gogna@de.pimco.com
sanjeev.khemlani@jpmorgan.com
sanjeev.shah@alliancebernstein.com
sanjeev.shah@uk.fid-intl.com
sanjib.datta@threadneedle.co.uk
sanjiv.garg@unicapital.com.hk
sanjiv.tumkur@alliancebernstein.com
sanjiv@avmltd.com
sanju.raturi@tdsecurities.com
sanju_raturi@scotiacapital.com
sankara@lehman.com
sannawong@hsbc.com.hk
sanne.sylvest@danskebank.dk
sano.masaki@daido-life.co.jp
sano-k@ga.toyo-eng.co.jp
sanroman_a@telefonicamoviles.com
sansel@russell.com
sansman.hkdb@bloomberg.net
sant.int1@interbusiness.it
santamrm@bloomberg.net
santiago.debareno@grupobbva.com
santiago.fernandez@prudential.com
santiago.fernandez-de-lis@bde.es
santiago.mora@andbanc.com
santiagt@wellsfargo.com
santir@bot.or.th
santitarn@gic.com.sg
santo.di.pollina@bcv.ch
santodomingob@saccounty.net
santoro@bpintra.it
santosa@bni.co.id
santosh.kumar@morganstanley.com

santosh.varki@rbccm.com
santosh.varki@us.rbcds.com
sanvi@seas.upenn.edu
sanville.t@mellon.com
sanzolga@sabadellatlantico.com
saoirse.jones@zurich.com
saori.mitsuta@pimco.com
saori.tajima@schroders.com
saori_nara@mitsubishi-trust.co.jp
sap39@cornell.edu
sapan.b.shah@jpmorgan.com
sapna.shah@pimco.com
sapons@wellington.com
sar.em@adia.ae
sara.alexander@avmltd.com
sara.alvarado@sunlife.com
sara.amato@mpsgr.it
sara.arfwidson@robur.se
sara.arfwidsson@swedbankrobur.se
sara.bertogali@ubm.it
sara.bolduc@uk.fid-intl.com
sara.carabella@salamercati.it
sara.caselunghe@bancaakros.it
sara.cotter@ubs.com
sara.fischer@lazard.com
sara.freedman@robecoinvest.com
sara.gardiner-hill@db.com
sara.gennari@gestielle.it
sara.gomes@bcb.gov.br
sara.gragg@6thaveinvest.com
sara.grohl@aig.com
sara.halbard@icgplc.co.uk
sara.hellberg@glgpartners.com
sara.johnson@bcbsfl.com
sara.jones.nonemployee@pnc.com
sara.kellersman@alliancebernstein.com
sara.klabacha@harrisbank.com
sara.marrocu@capitalia-am.com
sara.meier@csam.com
sara.metelli@ubm.it
sara.mills.ht5g@statefarm.com
sara.niemann@hypointernational.com
sara.obrien@columbiamanagement.com
sara.pollack@pimco.com
sara.press.pdjb@statefarm.com
sara.sechi@pioneerinvest.it
sara.shea@bankofamerica.com

sara.spock@nationalcity.com
sara.stein@stephens.com
sara.sterckx@statestreetnl.com
sara.weisser@db.com
sara.wigmore@db.com
sara_alasfour@yahoo.com
sara_cole@kdb.co.kr
sara_dauber@putnam.com
sara_divello@ssga.com
sara_earle@conseco.com
sara_leslie@ustrust.com
sara_lowne@newton.co.uk
sara_mcclelland@aimfunds.com
sara_sampsell@riggsbank.com
sara_zielske@troweprice.com
saraa@kia.gov.kw
sarab@kia.gov.kw
sarac@boi.gov.il
saraghi@frk.com
sarah.a.smith@bnpparibas.com
sarah.arkle@threadneedle.co.uk
sarah.bagnall@ppm-uk.com
sarah.belitz@pacificlife.com
sarah.beraud@bgpi.com
sarah.boardman@fidelity.com
sarah.boden@sainsburys.co.uk
sarah.bradford@paccar.com
sarah.briggs@huntington.com
sarah.brindle@pimco.com
sarah.butt@silchester.com
sarah.capozzo@kofc.org
sarah.cheam@ibtco.com
sarah.cheung@columbiamanagement.com
sarah.christian@drkw.com
sarah.collett@aig.com
sarah.collins@ubs.com
sarah.craig@juliusbaer.com
sarah.curry@barclaysglobal.com
sarah.daud@hsbcib.com
sarah.devlin@morganstanley.com
sarah.dirn@crediteurop.lu
sarah.doenni@csam.com
sarah.doughty@fidelity.com
sarah.driscoll@thehartford.com
sarah.durham@uk.fid-intl.com
sarah.dyer@csam.com
sarah.e.mawby@jpmorganfleming.com

sarah.emberson@csam.com
sarah.emly@jpmorgan.com
sarah.fawcett2@lloydstsb.co.uk
sarah.fotsch@bnpparibas.com
sarah.gallogly@ibtco.com
sarah.gannon@uk.mufg.jp
sarah.garvan@bloomberg.net
sarah.garvey@lazard.com
sarah.green@csam.com
sarah.heatley@aa.com
sarah.hedger@ge.com
sarah.hewitt@wamu.net
sarah.hill@nationwide.co.uk
sarah.hollands@bnpgroup.com
sarah.horowitz@pioneerinvestments.com
sarah.hoskins@glgpartners.com
sarah.iannacone@fmr.com
sarah.j.gunn@jpmorgan.com
sarah.j.murdoch@jpmorganfleming.com
sarah.jones@bernstein.com
sarah.kendrick@threadneedle.co.uk
sarah.kern@dexia-bil.com
sarah.kline@lehman.com
sarah.kostezer@ubs.com
sarah.l.mcavoy@bankofamerica.com
sarah.lamb@bnpparibas.com
sarah.lee@rabobank.com
sarah.lu@axa-im.com
sarah.luetgert@wmam.com
sarah.luget@db.com
sarah.martin@sgam.com
sarah.mcdonald@uk.bnpparibas.com
sarah.mcgaughy@pnc.com
sarah.mcgill@barcap.com
sarah.mcglyne@marks-and-spencer.com
sarah.mcqueen@bailliegifford.com
sarah.melvin@blackrock.com
sarah.merefield@citicorp.com
sarah.morrow@huntington.com
sarah.nash@ge.com
sarah.neher@lbbw.de
sarah.pastore@glgpartners.com
sarah.pereschino@citizensbank.com
sarah.pohlinger@sgam.co.uk
sarah.polhinger@sgam.co.uk
sarah.quirk@53.com
sarah.r.dahan@jpmorgan.com

sarah.redhead@ppm-uk.com
sarah.renshaw@lgim.co.uk
sarah.roles-ndibe@threadneedle.co.uk
sarah.russell@nl.abnamro.com
sarah.schumacher@schwab.com
sarah.shand@aberdeen-asset.com
sarah.shoukimas@bbh.com
sarah.simmons@cna.com
sarah.snyder@ubsw.com
sarah.stevens@bankofengland.co.uk
sarah.sullivan@inginvestment.com
sarah.thesse@fmr.com
sarah.thompson@ceredexvalue.com
sarah.titterington@uk.tesco.com
sarah.tucker@raymondjames.com
sarah.wade@moorecap.com
sarah.wahby@claridenleu.com
sarah.webb@ubs.com
sarah.weis@swib.state.wi.us
sarah.whitley@bailliegifford.com
sarah.wild@db.com
sarah.williams@glgpartners.com
sarah.williams@ppm.com
sarah.williams@ppmamerica.com
sarah.williams@threadneedle.co.uk
sarah.wilson@usaa.com
sarah@incomeresearch.com
sarah_burckmyer@putnam.com
sarah_carbone@vanguard.com
sarah_coole@blackrock.com
sarah_dimling@acml.com
sarah_easterly@freddiemac.com
sarah_k_bondurant@victoryconnect.com
sarah_kim@glic.com
sarah_kong@fanniemae.com
sarah_marshall@putnam.com
sarah_moore@colonialbank.com
sarah_percy-dove@acml.com
sarah_ringle@acml.com
sarah_smart@standardlife.com
sarah_youngson@bat.com
sarah-03623@email.esunbank.com.tw
sarah-0828@email.esunbank.com.tw
sarahbevin@gic.co.uk
sarah-jane.campbell@rabobank.com
sarah-jane.chilver-stainer@gsk.com
sarah-jane.morley@jpmorgan.com

sarahlim@dbs.com.sg
sarahmclaren@gartmore.com
sarahw@azasrs.gov
sarai.montes@bspr.com
sarandrea.massimo@italease.it
sarangmc@kfb.co.kr
saranja.andrews@zurich.com
saranunp@bot.or.th
sarath.madap@wachovia.com
sarath_sathkumara@ssga.com
saravanan.rajendran@fmr.com
saravanan.rajendran@ubs.com
sarayutc@bot.or.th
sarbashis_ghosh@freddiemac.com
sarbur@ebrd.com
sarcaro@rnt.com
sarfaraz.yousaf@uk.bnpparibas.com
sargis.gevorgyan@db.com
sarichter@wellington.com
sarif@stanford.edu
sarita.bajaj@aberdeen-asset.com
saritg@clal-fin.co.il
sarju_hindocha@deltalloyd.nl
sarkar@wharton.upenn.edu
sarmad.habib@ingim.com
sarnold@federatedinv.com
sarnone@atlanticasset.com
sarosh.nanavati@ubs.com
sarpin@beutelgoodman.com
sarrajf@nbd.com
sartigaud@bloomberg.net
sartorim@bloomberg.net
saruhan.yucel@yapikredi.com.tr
saryu@kocbank.com.tr
sasa@daiwa-am.co.jp
sasai_masaki@dn.smbc.co.jp
sasaki.k@daiwa-am.co.jp
sasaki.koji@kokusai-am.co.jp
sasaki.naohiko@kokusai-am.co.jp
sasaki@nam.co.jp
sasaki_akira@dn.smbc.co.jp
sasaki_toyofumi@dn.smbc.co.jp
sasaki22692@nissay.co.jp
sasano_toshihiro@ra.smbc.co.jp
sasardinha@wellington.com
sascha.banz@credit-suisse.com
sascha.becker@allianzgi.de

sascha.brutschin@sarasin.ch
sascha.dilly@credit-suisse.com
sascha.gaurilavas@drkw.com
sascha.graf@vontobel.ch
sascha.halicki@db.com
sascha.haudenschild@akb.ch
sascha.hilber@credit-suisse.com
sascha.hirsch@fortisinvestments.com
sascha.imhof@vontobel.ch
sascha.kaelin@credit-suisse.com
sascha.kessler@zkb.ch
sascha.krebs@lbbw.de
sascha.mark@hypointernational.com
sascha.mark@lbbw.de
sascha.mergner@amgam.de
sascha.mergner@union-panagora.de
sascha.meyer-dautrich@hvb.de
sascha.rieken@helaba-invest.de
sascha.stadnikow@rlb-noe.raiffeisen.at
sascha.vinogradic@oppenheim.de
sascha.werberich@oppenheim.de
sascha.wullschleger@abnamro.com
sascha.zetzsche@dzbank.de
sascha@ahorro.com
sasha.kovriga@osterweis.com
sashah@rbcds.com
sasho.bogoevski@lazard.com
sasi.digavalli@citadelgroup.com
saskia.duits@ingim.com
sasoderberg@wellington.com
sassan.zaker@juliusbaer.com
sat.buu@sscims.com
sathar@bbkonline.com
sathie@dcf.pemex.com
sathyamurthy@dohabank.com.sg
satir.sinan@credit-suisse.com
satish.ramakrishna@db.com
satish.selvanathan@bnpparibas.com
satish.swamy@ucop.edu
satish_iyer@freddiemac.com
sato.naruto@kokusai-am.co.jp
sato@noemai.com
sato_shuichi@vr.smbc.co.jp
sato_toshihiro@rk.smbc.co.jp
satoe.aoki@boj.or.jp
satokazu@dl.dai-ichi-life.co.jp
satoko_ishii@mitsubishi-trust.co.jp

satomi.matsumoto@wellscap.com
satoru.tanabe@ufj-partners.co.jp
satoru_kobayashi@tr.mufg.jp
satoru_nojima@tr.mufg.jp
satoru_takakuwa@tr.mufg.jp
satoru-takano@am.mufg.jp
satoshi.a.uchida@mizuho-bk.co.jp
satoshi.funakoshi@mizuho-cb.co.jp
satoshi.heike@boj.or.jp
satoshi.iwanaga@mizuho-cb.co.jp
satoshi.iwase@shinseibank.com
satoshi.morita@axa.co.jp
satoshi.nagano@boj.or.jp
satoshi.nemoto@nabasia.com
satoshi.okumoto@fi.fukoku-life.co.jp
satoshi.ooyama@mizuho-cb.co.jp
satoshi.sugaya@mizuho-cb.co.jp
satoshi.takeuchi@mizuho-cb.co.jp
satoshi_fukagawa@mitsui-seimei.co.jp
satoshi_imaizumi@mitsubishi-trust.co.jp
satoshi_kubo@tr.mufg.jp
satoshi_nasu@tr.mufg.jp
satoshi_nishioka@mitsubishi-trust.co.jp
satoshi_sakamaki@tr.mufg.jp
satoshi_someya@tr.mufg.jp
satoshi-ito@ioi-sonpo.co.jp
satoshi-kamata@am.mufg.jp
satoshi-suzuki@am.mufg.jp
satosi_oohara@am.sumitomolife.co.jp
satou01778@nissay.co.jp
satou962@dl.dai-ichi-life.co.jp
satpalsingh.sandhu@ing.ch
satsuka@nochubank.or.jp
sattaye.gc@dreyfus.com
sattpy@bloomberg.net
satu.linden@aktia.fi
satvin@bnm.gov.my
satyajit.mohanty@fmr.com
satyan.sanghrajka@ubs.com
satyanarayana.allala@ubs.com
saubuchon@loomissayles.com
saubuchon@mfs.com
saudera@nationwide.com
sauj@capgroup.com
saurabh.singh@uk.abnamro.com
saurabhsinha@bloomberg.net
saurav@bloomberg.net

saurigemma@lordabbett.com
saurin.shah@nb.com
saurin_shah@acml.com
sauth@federatedinv.com
sauyin.loke@pioneerinvest.com.sg
saverio.console@ubs.com
saverio.cusano@ubs.com
saverio.papagno@azfund.com
savilespa@bankinter.es
savina.martinucci@sanpaoloam.lu
savio.rodrigues@barclaysglobal.com
savita_subramanian@ml.com
savo.bakrac@citadelgroup.com
sawada.hana@hk.nomura.com
sawchootatt@gic.com.sg
sawchuk@ebmud.com
sawwan@atlanticinvestment.net
saxelsson1@bloomberg.net
saxtont@michigan.gov
saya_nozu@tr.mufg.jp
sayac@bloomberg.net
sayako.konno@boj.or.jp
sayan.ghosh@citadelgroup.com
saybar@denveria.com
sayersf@lotsoff.com
sayuri.aoyama@morganstanley.com
sayuri_owens@putnam.com
saz.tr@adia.ae
saz16@aol.com
sazs@capgroup.com
sb.svenning@fearnleys.no
sb@bankinvest.dk
sb@capgroup.com
sb@eldorado.com
sb@fmr.com
sb235@cornell.edu
sba.cdu@adia.ae
sbacchus@russell.com
sbadlani@canyonpartners.com
sbalakri@us.ca-indosuez.com
sbalakum@ford.com
sballal@daiwa-am.com.sg
sbang@westernasset.com
sbannaty@invercaixa.es
sbardack@canyonpartners.com
sbarker@ifm.net.au
sbarker@montag.com

sbarker@opers.org
sbarker@templeton.com
sbarnett@fffc.com
sbarot@oppenheimerfunds.com
sbarret@generali.fr
sbarth@crawfordinvestment.com
sbartley@lib.com
sbasham@perrycap.com
sbashrum@hcmlp.com
sbassett@orixcm.com
sbastien1@bloomberg.net
sbaucom@templeton.com
sbauer@bloomberg.net
sbaum@panagora.com
sbb@nbim.no
sbchae@bok.or.kr
sbcm@email.msn.com
sbcw@capgroup.com
sbe@bankinvest.dk
sbe@brgco.com
sbeaber@metlife.com
sbeatty@westernasset.com
sbecht@duke-energy.com
sbeck4@bloomberg.net
sbecuzzi@tullib.com
sbeehre@silchester.com
sbeer@metzler.com
sbeirne@bloomberg.net
sbekele@angelogordon.com
sbell@halcyonpartnerships.com
sbenedetti@thamesriver.co.uk
sbengtson@woodmen.com
sbenitez@sunamerica.com
sbenjamin@ofiinstitutional.com
sbennett@scottishlife.co.uk
sbensan@westpac.com.au
sberka@jefco.com
sberkley@blackrock.com
sberkley@fciadvisors.com
sbernhardt@vcallc.com
sbertasi@bcihongkong.com
sbertner@angelogordon.com
sbertoldo@bancasempione.ch
sberzon@leggmason.com
sbesancon@ohiosavings.com
sbhasin@fhlbc.com
sbhat@jhancock.com

sbickham@russell.com
sbiehle@fhlbatl.com
sbigeard@ofi-am.fr
sbihour@generali.fr
sbilotta@farmcredit-ffcb.com
sbilter@hp.com
sbinder@loomissayles.com
sbirrell@ftci.com
sbischoff@cantor.com
sbisht@westernasset.com
sbjensen@pt.lu
sbkahn@princeton.edu
sbkelly@bloomberg.net
sblakey@europeancredit.com
sblewitt@jhancock.com
sblomberg@payden-rygel.com
sblouin@dlbabson.com
sbn@bok.or.kr
sbocamazo@loomissayles.com
sbodhe@jhancock.com
sbogiony@wellington.com
sbonanomi@bci.it
sbonnyman@mcleanbudden.com
sbonser@fandc.co.uk
sbonte@standishmellon.com
sboone@ingalls.net
sbooth@keybank.com
sbooth@mcdinvest.com
sbooth@rwbaird.com
sboothe@troweprice.com
sbordeleau@bank-banque-canada.ca
sborg@ibuk.bankgesellschaft.de
sboris@firstheritagebank.com
sbosch@jennison.com
sbosch@postbank.de
sboscoe@senecacapital.com
sbossart@rmf.ch
sboubran@notes.banesto.es
sbouchet@caam.com
sbouras@bft.fr
sbourmaud@cpr-am.fr
sbowen@franklintempleton.co.uk
sbowron@mwamllc.com
sboxer@babsoncapital.com
sboyce@chittenden.com
sboyina@allstate.com
sbp@americancentury.com

sbrady@wellscap.com
sbraedt@russell.com
sbrambilla@bloomberg.net
sbraming@williamblair.com
sbrandt@provinzial-online.de
sbranis@alpha.gr
sbrasher@wscapital.com
sbrassell@evergreeninvestments.com
sbrausa@tiaa-cref.org
sbrauser@tiaa-cref.org
sbreidbart@hapoalimusa.com
sbrengle@eatonvance.com
sbrennan@bankofny.com
sbrennan@fhlbatl.com
sbrinkley@standishmellon.com
sbriones@lacaixa.es
sbroske@detschepost.de
sbrown@hvbank.com
sbrown@kynikos.com
sbrown@morgankeegan.com
sbrown@ssrm.com
sbrown@ufji.com
sbrown@waddell.com
sbruce@icaminc.com
sbruno@metlife.com
sbryant@mfs.com
sbryant@russell.com
sbstrader@statestreet.com
sbu@nbim.no
sbuchanan@unumprovident.com
sbucky@dartmouth.edu
sbudde@tiaa-cref.org
sbuffum@metlife.com
sburelli@mfs.com
sburg@eatonvance.com
sburge2@bloomberg.net
sburhouse@fdic.gov
sburrill@russell.com
sburrows@pictet.com
sburton@fdic.gov
sbuschmann1@bloomberg.net
sbutt@silchester.com
sbwee@chb.co.kr
sby3000@hotmail.com
sc433@cornell.edu
sc469@cornell.edu
sc475@cornell.edu

sc536@cornell.edu
sc938@cornell.edu
sc96@ntrs.com
scabalka@voyageur.net
scaccese@oppenheimerfunds.com
scachetti@lehman.com
scalcagnini@popvi.it
scaldwell@reamsasset.com
scaliapd@bernstein.com
scalidas@dkpartners.com
scalnan@bloomberg.net
scalso@ford.com
scalvo@worldbank.org
scamarea@cajamadrid.es
scampbell-reid@alliancebernstein.com
scangeli@wellington.com
scanter@ellington.com
scanup@eastwestbank.com
scaplice@eatonvance.com
scarafoni.giuseppina@creval.it
scarbonchi.v@tbcam.com
scarlson@hcmlp.com
scarlsson1@bloomberg.net
scarollo@arielinvestments.com
scarrillo@iidenergy.com
scarrithers@uscentral.org
scaruso@bloombet.net
scaruso@frk.com
scarvo@us.mufg.jp
scates@perrycap.com
scaton@oppenheimerfunds.com
scbearce@wellington.com
scconcannon@wellmanage.com
scd@baupost.com
scebeci@oppenheimerfunds.com
scep01@handelsbanken.se
scew@pggm.nl
scfried@bloomberg.net
scgroves@fnbaonline.com
sch@lrc.ch
schacko@caxton.com
schade.ja@mellon.com
schae@templeton.com
schaedler@nordinvest.de
schaefer@loews.com
schaen@wpginvest.com
schaffsu@wellscap.com

schakravarthy@mba2007.hbs.edu
schakravarthy@wellington.com
schallan@statestreet.com
schamfrault@oddo.fr
schang@fftw.com
schang@genre.com
schang@presidiomangement.com
schang@turnerinvestments.com
schase@markelcorp.com
schase@stephens.com
schaufler@meinlbank.com
schausb@nationwide.com
schawla@alger.com
schawla@dow.com
schen@blx.com
schen@caxton.com
schen@dsaco.com
schen@fdic.gov
schencch@cial.cic.fr
scheng@tiaa-cref.org
scheng@us.nomura.com
scherrer@lhi.ch
schester@westernasset.co.uk
schevalier@azoa.com
schevallier@ftna.com
schhonn@standishmellon.com
schi@perrycap.com
schiasson@ibtco.com
schiavarone@federatedinv.com
schickw@vankampen.com
schiebeler_ulrike@jpmorgan.com
schiebelk@publicfm.com
schiesss@swcorp.org
schilk1@delinvest.com
schiminger@adamsexpress.com
schin@nb.com
schittenden@loomissayles.com
schlaflj@stifel.com
schlereth@rentenbank.de
schlomy.botbol@sgam.com
schlossg@wellsfargo.com
schluraff@us.caylon.com
schlusslerdc@bernstein.com
schmaltzd@jwseligman.com
schmide3@nationwide.com
schmidth@dit.de
schmidtk@dime.com

schmil@fideuramireland.ie
schmitt.lf@mellon.com
schmitt@wesbanco.com
schneider.steven@principal.com
schneider@apollodif.com
schneiderd@lotsoff.com
schneiderh@washpost.com
schneiderman@metlife.com
schneiderp@nbd.com
schneiec@cmcic.fr
scho@metlife.com
schoenfelder@nbg.ibv.com
schoening.julie@principal.com
schoi@bear.com
schoi@ftci.com
schong@mcm.com
schorlej@vankampen.com
schorng@bloomberg.net
schorrc@bernstein.com
schow@ofi-am.fr
schow@smithbreeden.com
schowdry@falconbridgecapital.com
schoy@loews.com
schr@bankofny.com
schrick.diane@gene.com
schristel@clarkest.com
schroederr@jwseligman.com
schuentan@halcyonllc.com
schuepbach@bloomberg.net
schulerg@aetna.com
schulist@pimco.com
schulman@waltonst.com
schulthm@jwseligman.com
schultk@vankampen.com
schultz.l@mellon.com
schumann@dcmc.creditlyonnais.f
schumar@vankampen.com
schung@cooperneff.com
schung16@bloomberg.net
schurch@pictet.com
schurch1@bloomberg.net
schuthari@westernasset.com
schuthel@bloomberg.net
schwaj@tcw.com
schwarcj@strsoh.org
schwartz.jf@mellon.com
schwartz@molpharm.dk

schwej@tcwgroup.com
schwetz@pimco.com
sciascia@moorecap.com
sciccardini@ofi-am.fr
scicco@massmutual.com
scilla.huangsun@juliusbaer.com
scipio21@bok.or.kr
sciresearch@dresdnerkb.com
scislo@bbandt.com
scjung2006@kbstar.co.kr
sck@ubp.ch
sclancy@troweprice.com
sclavive@banrep.gov.co
sclements@beutelgoodman.com
sclemmons@aflac.com
scleong@mas.gov.sg
scoan@standishmellon.com
scoco@ftci.com
scohn@brownadvisory.com
scoleman@iaifunds.com
scolin@firstmanhattan.com
scollett@bloomberg.net
scollins@ftportfolios.com
scollins@panagora.com
scomiskey@statestreet.com
scompton@statestreet.com
sconaghan1@bloomberg.net
sconcannon@eatonvance.com
sconnell@mcleanbudden.com
sconnery@aol.com
sconnolly@evergreeninvestments.com
sconstantine@fftw.com
scooke@loomissayles.com
scooke@wachoviasec.com
scopren@msfi.com
scordebar@cpr-am.com
scordes@tiaa-cref.org
scornet@pictet.com
scornick@halcyonllc.com
scorsell@tiaa-cref.org
scot.johnson@aiminvestments.com
scot.leith@trs.state.tx.us
scot.morton@lloydstsb.co.uk
scotanderson@bankofny.com
scott.a.frost@inginvestment.com
scott.a.moore@abnamro.com
scott.a.smithjr@jpmorganchase.com

**LBH - Derivatives Pg 260 of 504 Email Service List**

scott.agi@db.com
scott.alcott@belgacom.be
scott.amero@blackrock.com
scott.anmolmehra@fmr.com
scott.anthony@fmglobal.com
scott.appleton@lionheartusa.net
scott.arnold@clinton.com
scott.ashley@delta.com
scott.barasch@lazard.com
scott.barber@inginvestment.com
scott.beer@ihe.com
scott.beltz@pimco.com
scott.bennett@aberdeen-asset.com
scott.beveridge@wachovia.com
scott.billeadeau@53.com
scott.blasdell@jpmorgan.com
scott.bluth@blackrock.com
scott.bondurant@ubs.com
scott.bowes@wamulends.net
scott.brandt@53.com
scott.brecher@criterion.com
scott.brian.davis@jpmchase.com
scott.brunenavs@db.com
scott.bryant@alliancebernstein.com
scott.bucker@53.com
scott.butler@tcw.com
scott.bynum@gs.com
scott.cammenga@nationalcity.com
scott.camp@allegiantgroup.com
scott.canuel@pnc.com
scott.caponegro@siemens.com
scott.celia@prudential.com
scott.chambers@wellsfargo.com
scott.chandler@lgim.co.uk
scott.clemons@bbh.com
scott.clifford@barclaysglobal.com
scott.cobb@eds.com
scott.colbert@commercebank.com
scott.condron@blackrock.com
scott.cook@raymondjames.com
scott.cowling@barclaysglobal.com
scott.cullen@usbank.com
scott.cullerton@morganstanley.com
scott.d.eisenberg@jpmorgan.com
scott.d.kosack@jpmchase.com
scott.da.smith@jpmorgan.com
scott.davis@columbiamanagement.com

scott.davis@lamrc.com
scott.day@janus.com
scott.desano@fmr.com
scott.dickinson@uk.bnpparibas.com
scott.dinsdale@transamerica.com
scott.dohemann@barclaysglobal.com
scott.dolan@ubs.com
scott.donnelly@prudential.com
scott.duggal@shell.com
scott.durbahn@stpaul.com
scott.dynan@nb.com
scott.e.craig@truscocapital.com
scott.e.ross@bankofamerica.com
scott.eason@landg.com
scott.eberhardt@fmr.com
scott.elliott@commerzbankib.com
scott.engelmann@peregrinecapital.com
scott.evans@barclaysglobal.com
scott.faithfull@db.com
scott.fleming@mondrian.com
scott.foushee@aig.com
scott.freeman@nationwide.co.uk
scott.freemon@gmam.com
scott.froehlich@inginvestment.com
scott.frymoyer@citadelgroup.com
scott.fukumoto@tcw.com
scott.fuller@capmark.funb.com
scott.fuller@ubs-oconnor.com
scott.furgal@us.hsbc.com
scott.g.frye@lowes.com
scott.gis.kelly@jpmorgan.com
scott.glover@usaa.com
scott.goodfellow@barclays.co.uk
scott.goodside@moorecap.com
scott.gordon@wamu.net
scott.grabine@shenkmancapital.com
scott.granly@sterlingsavings.com
scott.greenberg@ge.com
scott.grupe@wellsfargo.com
scott.hansen@harrisbank.com
scott.hayward@prudential.com
scott.henkin@deshaw.com
scott.heyer@morganstanley.com
scott.hill@bbh.com
scott.hoffman@citadelgroup.com
scott.hoina@nb.com
scott.holan@micorp.com

scott.huckins@kochfinancial.com
scott.ireland@barclaysglobal.com
scott.j.odonnell@citigroup.com
scott.jamieson@aegon.co.uk
scott.jennings@micorp.com
scott.jessup@uboc.com
scott.johnson@hcmlp.com
scott.kelley@morganstanley.com
scott.kingsley@communitybankna.com
scott.kinum@ubs-oconnor.com
scott.klein@gmacrfc.com
scott.kleinman@huntington.com
scott.kramer@csfp.co
scott.kroll@pncbank.com
scott.kruger@aig.com
scott.kushner@pioneerinvest.com
scott.lalim@thrivent.com
scott.lavigne@fmr.com
scott.lemone@rbsgc.com
scott.leonard@kemper.com
scott.lewis@csam.com
scott.lewis@inginvestment.com
scott.lorang@ccastrategies.com
scott.love@anfis.co.uk
scott.m.berman@jpmorgan.com
scott.maddock@rothschild.com.au
scott.mallek@mackayshields.com
scott.marshall@pacificlife.com
scott.matheson@metrokc.gov
scott.maw@gecapital.com
scott.maw@wamu.net
scott.mccarthy@mbna.com
scott.mccrossin@citigroup.com
scott.mcelroy@alliancebernstein.com
scott.mckenzie@morleyfm.com
scott.mclellan@hcmny.com
scott.meech@threadneedle.co.uk
scott.merkel@csam.com
scott.mills@inginvestment.com
scott.mlynek@53.com
scott.moore@columbiamanagement.com
scott.moore@trs.state.tx.us
scott.motta@prudential.com
scott.mullinix@fafadvisors.com
scott.n.braunstein@jpmorgan.com
scott.newhall@abnamro.com
scott.newman@state.nm.us

scott.nielsen3@aig.com
scott.nisbet@bailliegifford.com
scott.offen@fmr.com
scott.olsen@fmr.com
scott.osborn@ers.state.tx.us
scott.osborne@btfinancialgroup.com.au
scott.p.townsend@aib.ie
scott.pangbourne@credit-suisse.com
scott.patterson@peoplesbt.com
scott.perry@threadneedle.co.uk
scott.peterson@reliastar.com
scott.piper@morganstanley.com
scott.pool.@citadelgroup.com
scott.powers@omam.co.uk
scott.purdy@bmo.com
scott.quigley@wellsfargo.com
scott.r.shapiro@americas.bnpparibas.com
scott.radell@barclaysglobal.com
scott.rafferty@citadelgroup.com
scott.reed@midfirst.com
scott.renner@eagleasset.com
scott.rhoades@schwab.com
scott.richard@msdw.com
scott.richards@ppmamerica.com
scott.richardson@barclaysglobal.com
scott.richardson@icap.com
scott.richter@53.com
scott.roberts@aiminvestments.com
scott.robertson@fmr.com
scott.romans@nuveen.com
scott.rowell@tcm-ltd.com
scott.samuel@trs.state.tx.us
scott.scarborough@cpa.state.tx.us
scott.schneider@avmltd.com
scott.schneider@conagrafoods.com
scott.schultz@bbh.com
scott.schweizer@alliancebernstein.com
scott.schwindt@wellsfargo.com
scott.sedlak@fafadvisors.com
scott.seegers@corporate.ge.com
scott.senseney@fmr.com
scott.sherman@ny.frb.org
scott.simon@prudential.com
scott.sindelar@chicagoasset.com
scott.skowronski@blackrock.com
scott.sleece@soros.com
scott.spencer@credit-suisse.com

scott.sprauer@fgic.com
scott.stephenson@commercebank.com
scott.storey@aig.com
scott.striegel@pimco.com
scott.stutzman@janus.com
scott.sunbury@sscims.com
scott.swanson@prudential.com
scott.swift@rabobank.com
scott.terada@bankofamerica.com
scott.thiel@blackrock.com
scott.thornton@tcw.com
scott.tindle@barcap.com
scott.tonneson@fafadvisors.com
scott.topping@wnco.com
scott.turner@prudential.com
scott.umbs@rbccm.com
scott.vandersnow@ubs.com
scott.vergin@thrivent.com
scott.vess@ocas.com
scott.w.sweitzer@prudential.com
scott.waggoner@sgcowen.com
scott.wallace@thehartford.com
scott.wandro@gecapital.com
scott.warnock@raymondjames.com
scott.weaver@wachovia.com
scott.wendt@citadelgroup.com
scott.werdann@moorecap.com
scott.wetherington@inginvestment.com
scott.wetzel@blackrock.com
scott.wilkin@ubs.com
scott.williamson@barclaysglobal.com
scott.winslow@bbh.com
scott.winters@opcap.com
scott.wittenberg@hcmny.com
scott.wyler@avmltd.com
scott.x.brown@uk.bnpparibas.com
scott.yuschak@ironoakadvisors.com
scott.zilora@pioneerinvest.com
scott.zuehlke@aiminvestments.com
scott@cbnm.com
scott@epsilonfunds.com
scott@ikos.com.cy
scott@incomeresearch.com
scott@mwvinvest.com
scott@paragonassociates.net
scott@stw.com
scott_allen@standardlife.com

scott_baskind@invesco.com
scott_benesch@ustrust.com
scott_berg@troweprice.com
scott_booth@mgic.coom
scott_bride@freddiemac.com
scott_c_shepard@fanniemae.com
scott_carr@westlb.co.uk
scott_case@invesco.com
scott_chastain@fanniemae.com
scott_clancy@conseco.com
scott_clements@scotiacapital.com
scott_conlon@ssga.com
scott_dimaggio@acml.com
scott_donaldson@putnam.com
scott_dropik@ml.com
scott_dulmage@scotiacapital.com
scott_dunglinson@agfg.com
scott_e_barber@blackrock.com
scott_e_miles@vanguard.com
scott_fedak@putnam.com
scott_fulford@ssga.com
scott_gasparini@ustrust.com
scott_goldsmith@invesco.com
scott_gray@key.com
scott_grimshaw@bankone.com
scott_group@ml.com
scott_haymore@freddiemac.com
scott_inglis@agfg.com
scott_j_thomas@bankone.com
scott_knapp@swissre.com
scott_leeb@mcgraw-hill.com
scott_lewis@soros.com
scott_livingston@troweprice.com
scott_manduca@glic.com
scott_marolf@americancentury.com
scott_mcgough@glenmede.com
scott_merritt@ustrust.com
scott_miller@ssga.com
scott_moore@americancentury.com
scott_nelson@putnam.com
scott_payseur@na.natwestgfm.co
scott_peppard@ml.com
scott_phillips@ml.com
scott_piche@ssga.com
scott_pierce@aimfunds.com
scott_platzer@agfg.com
scott_r_linkowski@keybank.com

scott_renze@americancentury.com
scott_richards@ssga.com
scott_robicheaux@colonialbank.com
scott_seewald@nylim.com
scott_solomon@troweprice.com
scott_stokes@victoryconnect.com
scott_sykes@capgroup.com
scott_wallace@acml.com
scott_webster@fanniemae.com
scott_weiner@acml.com
scott_whelan@calpers.ca.gov
scott_wojie@westlb.com
scotta.andreson@himco.com
scotta@mcm.com
scottbarham@kaupthing.net
scottbrown@tagfolio.com
scotteldridge@tagfolio.com
scotthall@firsttrustportfolios.com
scotti@gestielle.it
scottie.diebold@raymondjames.com
scottier@oppenheimerfunds.com
scottjef@vankampen.com
scottk@mcm.com
scottl@bankofbermuda.com
scottlee@frk.com
scottmiller@millerglobalinvestments.com
scotts@aetna.com
scotts@cdrfp.com
scottulm@litchcap.com
scottw@hcmny.com
scottwilliams@tiaa-cref.org
scoughl@grneam.com
scoulter@allstate.com
scourteney@epo.org
scowilliams@tiaa-cref.org
scox@fhlbdm.com
scq@soros.com
scraig@eatonvance.com
scraig@fideuramireland.ie
scraig@integrabank.com
scraige@ustrust.com
scrane@federatedinv.com
scrank@dg-g.com
scrath@rbi.org.in
scraven@frk.com
scrawford@mcdinvest.com
screwe@fandc.co.uk

scs3@bloomberg.net
scsmith@ftci.com
scthomas@nb.com
scullen@bloomberg.net
scullyp@bessemer.com
scumberbatch@ssrm.com
scummings@icbny.com
scummins@standishmellon.com
scunei@benetton.it
scurry@gwkinc.com
scurry@jhancock.com
scusack@britannicasset.com
scutler@essexinvest.com
scutting@ayco.com
scv@dodgeandcox.com
scwilliams@providentbank.com
sd@gruss.com
sd62@ntrs.com
sdabbah@bloomberg.net
sdalal@blackrock.com
sdale@barbnet.com
sdale@sbtbank.com
sdalton@farcap.com
sdandrea@bloomberg.net
sdangoor1@bloomberg.net
sdaniel@fftw.com
sdaniels@osc.state.ny.us
sdankelman@mfs.com
sdas@ap.nxbp.com
sdatta@tiaa-cref.org
sdavenport@waddell.com
sdavenport@wilmingtontrust.com
sdavid@bayern-invest.de
sdavies@smithbreeden.com
sdavis@westernasset.com
sday@mbna.com
sday@nylim.com
sday@standishmellon.com
sdbiedermann@cps.k12.il.us
sdc@dodgeandcox.com
sdchung@bok.or.kr
sdebont@fideuramireland.ie
sdecanio@sierraglobal.com
sdelarosa@westernasset.com
sdelia@nb.com
sdelle@bear.com
sdelprete@the-ark.com

sdesai@thamesriver.co.uk
sdesmond@congressasset.com
sdetraglia@bankofny.com
sdeutsch@eatonvance.com
sdeva@susqbanc.com
sdevine@bankersbankusa.com
sdewhurst@bloomberg.net
sdhillon@calstrs.com
sdhughes@fedex.com
sdiacos@loews.com
sdickson@baminvest.co.uk
sdietzel@standishmellon.com
sdigiorgi1@bloomberg.net
sdilbone@bloomberg.net
sdimitrijevic@templeton.com
sdinsky@lordabbett.com
sdisterheft@trmshedge.com
sdixon@pbucc.org
sdkang@asiaonline.net
sdla@nykredit.dk
sdlanders@wdwitter.com
sdm@bpi.pt
sdm@vegafinance.fr
sdm003@bred.fr
sdm004@bred.fr
sdm006@bred.fr
sdm013@bred.fr
sdo.em@adia.ae
sdob1@bloomberg.net
sdobrenchuk@payden-rygel.com
sdoherty@bear.com
sdoherty@loomissayles.com
sdolbear@fandc.co.uk
sdonaghue@bloomberg.net
sdonahue@bennettmgmt.com
sdonovan@mfs.com
sdorward@svmonline.com
sdoud@ggiltd.com
sdover@frk.com
sdoyle@millertabak.com
sdoyle@woodstockcorp.com
sdray@ofii.com
sdroyles@bloomberg.net
sdruskath@metzler.com
sds6@ntrs.com
sdtorgeson@bankofny.com
sdudacy@metzler.com

sduff@clarkest.com
sdunphy@smithbreeden.com
sdupslaff@bloomberg.net
sduss@meag.com
sdwang1@bloomberg.net
sdwood@the-ark.com
sdzaleski@wellington.com
se.ueda@mitsui.com
seabirdiv@aol.com
seabong@hanmail.net
seaboong@hanmail.net
seagerresearch@mlp.com
seah.hway-keng@sg.standardchartered.com
seah.peter@st.com
sea-jin.huh@citadelgroup.com
sealetsas@bob.bw
sealy.dm@tbcam.com
seames@ag-am.com
seamus.magner@ilim.com
seamus.s.brown@jpmorgan.com
seamus78@bloomberg.net
sean.banai@inginvestment.com
sean.becketti@wamu.net
sean.c.callanan@aib.ie
sean.carney@blackrock.com
sean.coleman@db.com
sean.conner@fafadvisors.com
sean.conway@db.com
sean.copley@us.standardchartered.com
sean.corcoran@fmr.com
sean.costello@nibcapital.com
sean.craven@sunlife.com
sean.cronin@wachovia.com
sean.crowe@boi.ie
sean.curry@fmr.com
sean.curry@harrisbank.com
sean.d.hennelly@jpmorgan.com
sean.davis@glgpartners.com
sean.davy@db.com
sean.day@mbna.com
sean.dunne@wellscap.com
sean.epp@bankamerica.com
sean.f.walsh@fmr.com
sean.finegan@ntrs.com
sean.flanagan@moorecap.co.uk
sean.foley@alliancebernstein.com
sean.gavin@fmr.com

sean.goudy@carval.com
sean.graham@gmam.com
sean.hanley@barclaysglobal.com
sean.harrington@deshaw.com
sean.heihr@hp.com
sean.hodgson@barcap.com
sean.hogan@fmr.com
sean.hsueh@email.chinatrust.com.tw
sean.hurley@citadelgroup.com
sean.jeong@novartis.com
sean.johnson@cnb.com
sean.kavanagh@db.com
sean.kearney@pfpc.com
sean.kelly@soros.com
sean.ketcherside@umb.com
sean.koval@wamu.net
sean.laird@pncadvisors.com
sean.larmon@henkel.com
sean.lawler@dillonread.com
sean.lynch@soros.com
sean.lyng@aig.com
sean.maclachlan@ibtco.com
sean.marion@wamu.net
sean.martin@bpm.it
sean.mcbrien@boigm.com
sean.mccarthy@pimco.com
sean.mccloskey@insightinvestment.com
sean.mcginnis@wellscap.com
sean.mcleod@usbank.com
sean.meehan@morganstanley.com
sean.molony@allianzcornhill.co.uk
sean.morgan@fmr.com
sean.mylod@fandc.com
sean.newman@ge.com
sean.o'brien@fmr.com
sean.o'malley@morganstanley.com
sean.onyett@db.com
sean.oshea@fandc.com
sean.p.kelly@bankofamerica.com
sean.p.kruzel@jpmorgan.com
sean.p.mccaffrey@db.com
sean.park@drkw.com
sean.parker@ubs.com
sean.phayre@swip.com
sean.reynolds@lazard.com
sean.rhoderick@pnc.com
sean.s.o'neil@nab.com.au

sean.salji@citadelgroup.com
sean.savage@ny.frb.org
sean.serrell@fmr.com
sean.slotterback@hcmny.com
sean.suh@capmark.funb.com
sean.timonen@advantuscapital.com
sean.toranji@uboc.com
sean.tracey@trs.state.tx.us
sean.walker@fmr.com
sean.wills@barclaysglobal.com
sean.wilson@gecapital.com
sean.windisch@pnc.com
sean.x.keegan@jpmchase.com
sean.x.regan@jpmchase.com
sean.zimmermann@towerfcu.org
sean@stw.com
sean_barry@prusec.com
sean_buchan@scotiacapital.com
sean_c_fallon@fanniemae.com
sean_dillon@ntrs.com
sean_dillon@ssga.com
sean_flanagan@freddiemac.com
sean_flannery@ssga.com
sean_heron@glenmede.com
sean_hudson@nacm.com
sean_hughes@conning.com
sean_lucier@ssga.com
sean_lussier@ssga.com
sean_m_roche@victoryconnect.com
sean_mooney@merck.com
sean_murphy@putnam.com
sean_park@paribas.com
sean_tully@westlb.com
sean_whelan@bat.com
sean_zhang@elliottandpage.com
seanc@bradfordmarzec.com
seand@crt.com
seand@foothillcapital.com
seanliu@aegon-cnooc.com
seanmac8@bloomberg.net
seanna.johnson@barclaysglobal.com
seansryu@seoulbank.net
seantwohig@northwesternmutual.com
searches@epsilonfunds.com
seasee@unitel.co.kr
season@alaskapermfund.com
seathv@jea.com

sebastiaankoeling@optiver.com
sebastian.arslanogullari@swedbankrobur.se
sebastian.bachmann@dzbank.de
sebastian.barry-taylor@gartmore.com
sebastian.canepa@bsibank.com
sebastian.colabella@lloydstsb.co.uk
sebastian.davila.torres@remy-cointreau.com
sebastian.doering@ib.bankgesellschaft.de
sebastian.dunn@bankofbermuda.com
sebastian.edwards@anderson.ucla.edu
sebastian.epp.2@claridenleu.com
sebastian.epp@claridenleu.com
sebastian.felsch@swisscanto.ch
sebastian.grawert@csadvisorypartners.com
sebastian.hadlich@hshn-securities.com
sebastian.hagman@uk.calyon.com
sebastian.kahlfeld@dws.de
sebastian.klein@cominvest-am.com
sebastian.luparia@jpmorgan.com
sebastian.mackay@swipartnership.co.uk
sebastian.miele@aigpb.com
sebastian.miralles@morganstanley.com
sebastian.mueller@first-private.de
sebastian.muff@credit-suisse.com
sebastian.naumann@db.com
sebastian.parishorvitz@axa-im.com
sebastian.petrich@ubs.com
sebastian.r.farahnak@jpmorgan.com
sebastian.reiff@henkel.com
sebastian.reuter@hauck-aufhaeuser.de
sebastian.rohm@union-investment.de
sebastian.sandoval@uboc.com
sebastian.skoda@cfh.de
sebastian.steib@ubs.com
sebastian.stein@ib.bankgesellschaft.de
sebastian.voigt@ubs.com
sebastian.wandtke@cominvest-am.com
sebastian.wood@bt.com
sebastian.x.gutierrez@jpmorgan.com
sebastian@rentec.com
sebastian_beuerle@hvbamericas.com
sebastian_schrott@troweprice.com
sebastian_wernli@swissre.com
sebastianhonnibal@isisam.com
sebastiano.chiarantano@bancaintesa.it
sebastiano.picone@mpsgr.it
sebastien.baltzer@dexia-am.com

sebastien.barbe@fr.rothschild.com
sebastien.betermier@barclaysglobal.com
sebastien.buch@union-investment.de
sebastien.collard@ing.lu
sebastien.compere@dexia.com
sebastien.cordoliani@foyerpatrimonium.com
sebastien.daguenet@cnp.fr
sebastien.delachapelle@ubs.com
sebastien.delage@bred.fr
sebastien.deperez@pfpc.iet
sebastien.didier@picardie.caisse-epargne.fr
sebastien.dimeo@barcap.com
sebastien.dirren@sl-am.com
sebastien.dumay@sgam.com
sebastien.faucher@lgim.co.uk
sebastien.figue@bnpparibas.com
sebastien.gagnon@global-infra.com
sebastien.gaillot@ubs.com
sebastien.galy@ubs.com
sebastien.gentizon@lloydsbank.ch
sebastien.gothier@dexia.com
sebastien.guglietta@barclaysglobal.com
sebastien.gyger@lodh.com
sebastien.hebert@mv4.fr
sebastien.krol@fandc.com
sebastien.lagarde@axa-im.com
sebastien.lecorrs@axa-im.com
sebastien.levy@banque-france.fr
sebastien.maillard@axa-im.com
sebastien.mallet@troweprice.com
sebastien.monnerotdumaine@it.calyon.com
sebastien.morin@caam.com
sebastien.petit@uk.fid-intl.com
sebastien.thenard@socgen.com
sebastien.vernhes@bgpi.com
sebastienabascal@gic.com.sg
seberle@munichre.com
sebrell@wellscap.com
sebryant@bloomberg.net
sebtrading@bloomberg.net
sebusby@bloomberg.net
sec.derivativesconfirms@pacificlife.com
secalist.cho@samsung.com
secheber@bancogui.com
sechevarria@ibercaja.es
seclendalm@stb-usa.com
secomandi@bpintra.it

securities@bci.ch
securities@pasche.ch
secval@oppenheimerfunds.com
seddleblute@voyageur.net
sedelst@templeton.com
sedlami@exchange.ml.com
sedleger@swisscap.com
sedm@uk.danskebank.com
sedmonds@wilmingtontrust.com
sedrick.tydus@wellsfargo.com
sedwards@aamcompany.com
see@notes.not
seeger@provinzial.com
seegers@greenecountybank.com
seelyc@nationwide.com
seema.maru@bnymellon.com
seema.shah@granitegrp.com
seery_scott@fsba.state.fl.us
seetha.garikapati@jpmorgan.com
seetohpeckyoke@gic.com.sg
sefik.feratovic@ubs.com
sega.luca@creval.it
segalb@tcwgroup.com
segawa@mori.co.jp
segawa02272@nissay.co.jp
segger@fhlbdm.com
segolene.mathis@bnpparibas.com
segovj@tcwgroup.com
segrasso@cajamadrid.es
segrec@gruppocredit.it
segreteriaad@eni.it
sehbal.oner@wamu.net
sehong@wooribank.com
sehrenberg@babsoncapital.com
sehrlich@angelogordon.com
seidita@willcap.com
s-eidome@nochubank.or.jp
seifried.s@bloomberg.net
seiichi.nozaki@fi.fukoku-life.co.jp
seiichi.tanaka@mizuho-cb.co.jp
seiichirou_oka@yamaguchibank.co.jp
seiji.fukuhara@statestreet.com
seiji.inui@surugabank.co.jp
seiji.nakao@uk.btmeurope.com
seiji.tsuboi@mizuho-cb.com
seikens@meag.com
seiki.hara@mhcb.co.uk

seilenberg@deshaw.com
se-inoue@nochubank.or.jp
seiseler@oaktreecapital.com
seisenhut@pictet.com
seishiro.niwano@partners.co.jp
seisinger@pictet.com
seisner@microsoft.com
sejal.jobanputra@baesystems.com
sejal.patel@ny.frb.org
sejase@bernstein.com
seki.y@daiwa-am.co.jp
sekiguchi_hiroshi@mail.asahi-life.co.jp
sekine02338@nissay.co.jp
sekk@capgroup.com
sel@nbim.no
selamawit.thomas@alliancebernstein.com
selcuk.erbas@oppenheim.de
seldredge@voyageur.net
selena.given@carolinafirst.com
selene.koh@sg.fortis.com
selene.mantegani-cioccariello@ubs.com
selfd@bloomberg.net
selig.sechzer@blackrock.com
selina.lu@email.chinatrust.com.tw
selina.yu@ap.ing.com
sellersj@deshaw.com
sellersml@bernstein.com
sellis@worldbank.org
sellison@mcm.com
selnalyn.locsin@redwoodtrust.com
selva.neelakandan@ubs.com
selvaggi@cccep.caisse-epargne.fr
selvakumar.mc@tbcam.com
selwyn.crews@53.com
sem@ubp.ch
semimartingale@usa.net
seminara@apollolp.com
semorales@grouposantander.com
sen.li@nationalcity.com
sena.tak@tcw.com
sendaik@po.jsf.co.jp
sender.cohen@soros.com
senedhun@princeton.edu
senelson@wellington.com
senesek@jwseligman.com
senftan@wellsfargo.com
seng.liew@mackayshields.com

sengleong@bloomberg.net
senglish@ford.com
sengstrom@blenheiminv.com
senniang@dbs.com
senta.wenke@deka.de
senzo.hlangu@ppm-sa.com
seoeunah@wooribank.com
seok.teoh@gartmore.com
seokhooi.teoh@schroders.com
seonan.ward@daiwasectab.ie
seong-rak.kim@db.com
seongwook.jang@samsung.com
seonwook@kookmin.co.kr
sepideha@mcm.com
seppo.ilonen@sampo.fi
ser43@cornell.edu
serdar.baykal@finansbank.com.tr
serdar_rebis@cargill.com
serena.sheldrake@jpmorgan.com
serena.tiong@drkw.com
serena.tse@soros.com
serena.turrisi@bancaintesa.it
serena@mail.cbc.gov.tw
serene.peng@us.hsbc.com
serenekwok@gic.com.sg
sererine.haudegand@edf.fr
serge.bernet@hsbcpb.com
serge.blommaert@drkw.com
serge.bona@lodh.com
serge.bourbeau@juliusbaer.com
serge.brighi@oppenheim.lu
serge.crevecoeur@hvb.de
serge.darolles@sgam.com
serge.desrayaud@americas.bnparibas.com
serge.dickler@lodh.com
serge.fournier@dexia-bil.com
serge.guerineau@bnpparibas.com
serge.ivlef@dexia.be
serge.jeanneau@bis.org
serge.kuenzler@credit-suisse.com
serge.kunzler@credit-suisse.com
serge.lauper@vontobel.ch
serge.ledermann@lodh.com
serge.lignot@bcv.ch
serge.longueville@nbb.be
serge.mans@mail.ing.nl
serge.monseu@dexia-am.com

**LBH - Derivatives Counterparties Email Service List**

serge.mores@ingim.com
serge.pizem@axa-im.com
serge.rohmann@fortis.lu
serge.rotzer@zkb.ch
serge.sondak@banca.mps.it
serge.sv.vandevelde@dexia-bil.com
serge.tchuruk@alcatel.fr
serge.vandeuren@axa.be
serge.vandevelde@dexia.be
serge.vandevelde@dexia-bil.com
serge.vanhalme@dexia.be
serge.wibaut@axa.be
sergei.baranovsky@pncbank.com
sergei.mancastroppa@bsibank.com
sergesv@microsoft.com
sergey.dergachev@union-investment.de
sergey.korotkov@citicorp.com
sergey.losyev@db.com
sergey.reynov@bcp-bank.com
sergey_dyakin@putnam.com
sergi.aguado@andbanc.com
sergi.turabelidze@nisanet.com
sergio.andenmatten@snb.ch
sergio.bernal@prudential.com
sergio.carey@siemens.com
sergio.cinti@credit-suisse.com
sergio.cola@bsibank.com
sergio.del.gottardo@bcv.ch
sergio.delgado@credit-suisse.com
sergio.dellecave@pioneerinvest.com.sg
sergio.esteban@claridenleu.com
sergio.ferreira@morleyfm.com
sergio.gambazza@azimut.it
sergio.garcia@nordlb.com
sergio.gfernandez@grupobbva.com
sergio.goldenstein@bcb.gov.br
sergio.leifert@sgcib.com
sergio.leon@daiwausa.com
sergio.leon@ibtco.com
sergio.leon@statestreet.com
sergio.locatelli@capitalia-am.com
sergio.macias@union-investment.de
sergio.madeo@ubm.it
sergio.molisani@ubm.it
sergio.moro@bancaintesa.it
sergio.nacci@bsibank.com
sergio.nakashima@sao.rabobank.com

sergio.sommariva@mediolanum.it
sergio_dearujo@ustrust.com
sergiodutto@hotmail.com
sergiow@clal-fin.co.il
sergius.storfer@bw-bank.de
serguei.nemtsev@db.com
serguei.son@fhlb-pgh.com
serhat.sefer@halkbank.com.tr
serkan.belevi@isbank.com.tr
serkan.kaygalak@isbank.com.tr
sern@trmshedge.com
serpiccioli@aol.com
serpicr@nationwide.com
serra.m@mellon.com
serranoe@bancsabadell.com
serranos@bancsabadell.com
serrap@bancsabadell.com
serretx@bancsabadell.com
sersen.mk@mellon.com
sertac.yeltekin@capitalia-am.com
servet.canal@rabobank.com
service.creditresearch@bis.org
service@lampebank.lu
servoy@bernstein.com
seryin@temasek.com.sg
ses@us.ibm.com
sesay@pimco.com
seshu_dasari@putnam.com
sesimpson@wellington.com
sespinosa@nb.com
setangreg@comcast.net
seth.albert@corporate.ge.com
seth.alexander@yale.edu
seth.charnow@deshaw.com
seth.clement@fmr.com
seth.coulson@pimco.com
seth.finkelstein@inginvestment.com
seth.horwitz@morganstanley.com
seth.kurland@prudential.com
seth.mankin@us.socgen.com
seth.meyer@janus.com
seth.michaels@ubs.com
seth.p.bernstein@jpmorgan.com
seth.roman@pioneerinvest.com
seth.rosenthal@ntrs.com
seth.ruthen@pimco.com
seth.smith@fafadvisors.com

seth.sprague@suntrust.com
seth.weingram@barclaysglobal.com
seth.wheeler@do.treas.gov
seth.x.miller@jpmorgan.com
seth@glickenhaus.com
seth@heliosgr.com
seth@ufj.com
seth_misshula@invesco.com
seth_r_cochran@bankone.com
seth_tweeddale@putnam.com
se-ting.frenzel@halbis.com
seto@pfdincome.com
setsuko.nakayama@mizuho-bk.co.jp
sette.voute@morganstanley.com
settimio.stigliano@arcafondi.it
settlement.securities.lending@bcv.ch
seumas.dawes@ashmoregroup.com
seungchul.yoo@samsung.com
seung-hwan.kang@samsung.com
seungyonglee@hanabank.com
sevans@mcdinvest.com
sevans@oppenheimerfunds.com
sevans@tiaa-cref.org
severine.blond@socgen.com
severine.cauchie@lodh.com
severine.delahaye@caam.com
severine.delen@bbl.be
severine.deval@caam.com
severine.kettels@bnpparibas.com
severine.leprise@sgam.com
severine.meunier@lloydstsb.co.uk
severinsen@jyskebank.dk
sevgi.aytekin@abank.com.tr
sevickers@wellington.com
sevinc.acar@pggm.nl
sevtap.buldanlioglu@finansbank.com.tr
sewickley.sb@verizon.net
seyoon@bok.or.kr
sez.ulusoy@uk.mufg.jp
sf@wmblair.com
sf19@ntrs.com
sfacineroso@morval.ch
sfairf@ftci.com
sfamilet@blackrock.com
sfanchini@pictet.com
sfarley@farleycap.com
sfarneti@bear.com

sfarsi@canyonpartners.com

sfasano@nylim.com

sfayolle@munder.com

sfbrown@wellington.com

sfdd@bloomberg.net

sfds@adfsd.com

sfecik@troweprice.com

sfederico@perrycap.com

sfeeley@dlbabson.com

sferguson@kio.uk.com

sfernandez@ibercaja.es

sferriss.ny@siny.com

sfidalgos@repsol-ypf.com

sfielitz@bayernlbny.com

sfillaut@bloomberg.net

sfinley@caxton.com

sfinnk@sunamerica.com

sfiresto1@bloomberg.net

sfirozali@lordabbett.com

sfisher@waddell.com

sfiszman@ofi-am.fr

sfk23@cornell.edu

sflahert@allstate.com

sflahert@lincap.com

sfleming@blackrock.com

sfleming@fandc.co.uk

sflorentin@oppenheimerfunds.com

sfmswaps@ohis.com

sfolan@cisco.com

sfoley3@bloomberg.net

sfollmer@allstate.com

sfong@fandc.co.uk

sfontana@bancodisicilia.it

sfoote@ingalls.net

sforde@bloomberg.net

sformentini@sbp-banque.ch

sforsyth@martincurrie.com

sfowle@wsfsbank.com

sfowler@ups.com

sfpedersen@wellington.com

sframe@oppenheimerfunds.com

sfrancisco.ghiglino@wpginvest.com

sfranklin@fisbonds.com

sfreeman@nb.com

sfreeze@millertabak.com

sfrenkel@allstate.com

sfretwell@metlife.com

sfriedland@meag-ny.com
sfriedman@apple-bank.com
sfrimere@rnt.com
sfriscia@bear.com
sfrois@bkb.com
sfromme@colognere.com
sfruehn@meag.com
sfuhrer@pictet.com
sfujine@uk.tr.mufg.jp
sfukushima@pictet.com
sfulton@westernasset.com
sfunaro@fdic.gov
sfurman@smithbreeden.com
sg_ca308@statestreet.com
sga1@ntrs.com
sga3@ntrs.com
sgabriel@fdic.gov
sgala@metlife.com
sgalib@gdbny.org
sgallego@cajamadrid.es
sgalvema@banrep.gov.co
sgam.eco@sgam.com
sgamezma@notes.banesto.es
sgammill@federatedinv.com
sganatra@ellington.com
sganjei@lordabbett.com
sgao@blenheiminv.com
sgao@wellington.com
sgarfield@jhancock.com
sgarla@state.wy.us
sgarrett@metlife.com
sgarton@bloomberg.net
sgaston@dlbabson.com
sgavios@jennison.com
sgaya@loomissayles.com
sgaya@wellington.com
sgayle@bear.com
sgcatricks@delinvest.com
sgcoates@sisucapital.com
sgd@atalantasosnoff.com
sgeesey@btmna.com
sgelb@farmcredit-ffcb.com
sgendal@vegapartners.com
sgeorge@delinvest.com
sgeorge@hbk.com
sgeskos@perrycap.com
sgete@invercaixa.es

sgiacchini1@bloomberg.net
sgibbons@voyageur.net
sgieg@mfs.com
sgilbert@bc.pitt.edu
sgilkes@aegonusa.com
sgill@fnbaonline.com
sgillia@ustrust.com
sginns@jennison.com
sginsbach@bloomberg.net
sginzburg1@bloomberg.net
sgiroux@ftci.com
sgivans@calfed.com
sgkang@bok.or.kr
sgkovacs@wellington.com
sglantz@fbw.com
sglasgow@hcmlp.com
sgleason@kayne.com
sgleslie@stanford.edu
sgoedkin@aegonusa.com
sgoh@fftw.com
sgold@turnerinvestments.com
sgoldberg@swedbank.com
sgolden@cantor.com
sgoldstein@halcyonllc.com
sgonzalez@eagleglobal.com
sgonzalez@ifc.org
sgonzalezgrigori@pictet.com
sgoode@sscinc.com
sgoodman@chevrontexaco.com
sgoodside@ftci.com
sgopalraman@wellington.com
sgopinath@rbi.org.in
sgordon@ambac.com
sgordon32@bloomberg.net
sgorham@mfs.com
sgorman@nb.com
sgoupil@cpr.fr
sgpoh@mas.gov.sg
sgrace@bankofny.com
sgrady@jhancock.com
sgraf@rmf.ch
sgraglia@iccrea.bcc.it
sgrant@valueline.com
sgrayson@jwseligman.com
sgreco@metlife.com
sgreen@tiaa-cref.org
sgreenhaus@vegapartners.com

sgreenwald@bayharbour.com
sgreer@bony.com
sgreiwe@pughcapital.com
sgresham@mfs.com
sgressel@teleos.com
sgrier@clinton.com
sgriggs1@bloomberg.net
sgrimm@russell.com
sgroban@bear.com
sgronek@browncapital.com
sgrossman@caxton.com
sgroves@amfin.com
sgroves@hcmlp.com
sgruber@orgrealproperty.com
sgruppo@tiaa-cref.org
sguerrerog@bankinter.es
sguihan@bloomberg.net
sguilbault@bank-banque-canada.ca
sguinoiseau@bloomberg.net
sgupta@barbnet.com
sgupta@federatedinv.com
sgupta@hcmlp.com
sgupta@oppenheimerfunds.com
sgupta@sarofim.com
sgupta16@stanford.edu
sgupte@angelogordon.com
sgurich@cajamadrid.es
sguthleben@fr.ebsworld.com
sgutke@aegonusa.com
sgy@ubp.ch
sgyoon@bok.or.kr
sh_takahashi@yasuda-life.co.jp
sh121@ntrs.com
sh127@ntrs.com
sh59@ntrs.com
sh9@dcx.com
shaaijer@spfbeheer.nl
shabbir.rashid@nl.abnamro.com
shabion.dill@fid-intl.com
shad.rogers@pimco.com
shadab.ali@ubs.com
shadi.sarhangpour@lgim.co.uk
shadi.shahin@drkw.com
shadman.riaz@fmr.com
sh-advanced@ubs.com
shael.kalef@bmonb.com
shaff@frk.com

shafin.moledina@tdsecurities.com
shafiq.akhtar@wamu.net
shafla@clinton.com
shager@ag-am.com
shaggerty19@bloomberg.net
shags@bloomberg.net
shah.badkoubei@fmr.com
shah.roshan@ml.com
shah@bnm.gov.my
shahab.smousavi@hshn-securities.com
shahab_sheikholeslam@gmacm.com
shahe.sanentz@novartis.com
shaheen.iqubal@ubs.com
shaheer.guirguis@insightinvestment.com
shahid.ikram@morleyfm.com
shahid.rasool@fgb.ae
shahk@deshaw.com
shahmes@vankampen.com
shahnawaz.buch@alliancebernstein.com
shahr@jwseligman.com
shahredza@bnm.gov.my
shaifali.aggarwal@nb.com
shailait@microsoft.com
shailesh.gupta@pimco.com
shailesh.shah@ge.com
shailesh.singh@morganstanley.com
shaima.a@adcb.com
shaista.tajamal@usbank.com
shakak@dmba.com
shakeel.dewji@bostonadvisors.com
shaker_sundaram@abnamrousa.com
shakoory.e@fibi.co.il
shakun.tahiliani@sto.sc.gov
shalberstam@perrycap.com
shale@babsoncapital.com
shaler@pimco.com
shaley@fmbonline.com
shalin.bhagwan@lgim.co.uk
shalini_sharma@dpimc.com
shall3@bloomberg.net
shalom.chen@citi.com
sham@jp.statestreet.com
sham@pbucc.org
sh-amada@ja-kyosai.or.jp
shamala.littlefield@lmco.com
shamam@oyakbank.com.tr
shamayelh@kia.gov.kw

shameem.r.kathiwalla@db.com
shameer.karim@gmam.com
shammond@bankofny.com
shamroff@tiaa-cref.org
shan.kwee@vanguard.com.au
shan.wall-palmer@uk.fid-intl.com
shanbo.tao@westernasset.com
shanda@tiaa-cref.org
shane.a.gargan@aib.ie
shane.bennett@gecapital.com
shane.brashears@bankofamerica.com
shane.cahill@ilim.com
shane.cook@bbh.com
shane.dardis@nabasia.com
shane.duffy@jpmorgan.com
shane.e@mellon.com
shane.forster@aib.ie
shane.harvey@micorp.com
shane.huether@gmacrfc.com
shane.hughes@depfa.com
shane.jackson@blackrock.com
shane.jent.c2e2@statefarm.com
shane.kitzan@firstar.com
shane.korpisto@glgpartners.com
shane.mccarthy@kochglobalcapital.com
shane.merriweather@columbiamanagement.com
shane.mooney@statestreet.com
shane.o'neill@aib.ie
shane.rein@bbh.com
shane.sawyer@micorp.com
shane.thornhill@uk.bnpparibas.com
shanebuckley@angloirishbank.ie
s-haneda@clcm.co.jp
shanetregillis@mas.gov.sg
shanifor@allstate.com
shanifor@stpaultravelers.com
shanikwa.peterkin@wachovia.com
shanil_shah@notes.ntrs.com
shanker.trivedi@corp.sun.com
shanley@lincap.com
shanming.shi@db.com
shanmuga.murasan@fmr.com
shanna2@bloomberg.net
shannon.ackermann@bankofamerica.com
shannon.callan@tcw.com
shannon.calli@prudential.com
shannon.chesnut@westernasset.com

shannon.doherty@ca-aipg.com
shannon.downward@mbna.com
shannon.hart@morganstanley.com
shannon.hernandez@chase.com
shannon.hilton@ubs.com
shannon.jaggi@ca-suisse.com
shannon.mcadams@chase.com
shannon.miemiec@himco.com
shannon.r.edgar@wellsfargo.com
shannon.servaes@inginvestment.com
shannon.t.mcgrael@jpmorgan.com
shannon.vigil@barclaysglobal.com
shannon.willenbring@advantuscapital.com
shannon_batchman@hvbamericas.com
shannon_burnett@invesco.com
shannon_harkins@aimfunds.com
shannonbrown@tagfolio.com
shannon-j.curley@ubs.com
shanr@wharton.upenn.edu
shansen5@bloomberg.net
shanta.huque@morganstanley.com
shantanu.agrawal@ubs.com
shaoming@temasek.com.sg
sharad.ghosh@pimco.com
sharad.madkekar@inginvestment.com
sharada.kalanidhi@bankofamerica.com
sharan.pasricha@lloydstsb.co.uk
shard@kio.uk.com
sharda@daiwa-am.com.sg
sharding@iidpower.com
shareef.alkorayea@samba.com.sa
shareef.bahador@pimco.com
shari.angelica.setyawinata@morganstanley.com
shari.gilfillan@ubs.com
shari.kempf@53.com
shari.sikes@nuveen.com
shari_lawson@nylim.com
shari_thomas@freddiemac.com
sharif.el-hamalawi@ba-ca.group-treasury.co.at
sharif.siddiqui@citadelgroup.com
sharif@farcap.com
sharif_islam@westlb.co.uk
shariffr@yahoo.com
sharifsadler@statestreet.com
sharika.chauhan@glgpartners.com
sharilee.fossum@fcc-sca.ca
sharina.sanny@agf.com

shariq.khan@citi.com
shariramir@bnm.gov.my
shark@bok.or.kr
sharkemw@wellsfargo.com
sharline.cathalina@statestreet.com
sharlyne.toon@trs.state.tx.us
sharna.reingold@williams.com
sharon.adams@thehartford.com
sharon.balchin@lloydstsb.co.uk
sharon.brett-smith@chase.com
sharon.carroll@prudential.com
sharon.chandler@aa.com
sharon.clift@compassbnk.com
sharon.cohen@morganstanley.com
sharon.ecke@morganstanley.com
sharon.egilinsky@credit-suisse.com
sharon.farrel@pfizer.com
sharon.gentles@thehartford.com
sharon.herrmann@bankofamerica.com
sharon.huey@morganstanley.com
sharon.kuok@schroders.com
sharon.mussalli@fmr.com
sharon.ng@citadelgroup.com
sharon.o'mahony@bnymellon.com
sharon.oneil@csam.com
sharon.pichler@janus.com
sharon.reed@honeywell.com
sharon.rha@soros.com
sharon.rothbaum@phxinv.com
sharon.su@ubs.com
sharon.sweeney@fmr.com
sharon.t@fibi.co.il
sharon.tallman@pncadvisors.com
sharon.tengeres@towerfcu.org
sharon.voci@morganstanley.com
sharon.wang@chinatrust.com.tw
sharon.wang@icprc.com
sharon.watson@aberdeen-asset.com
sharon@ardsley.com
sharon@ikos.com.cy
sharon_copper@aimfunds.com
sharon_kane@standardlife.com
sharon_mahoney@scudder.com
sharon_mcgarvey@westlb.com
sharon_oosterveld@deltalloyd.nl
sharon_pinnock@fanniemae.com
sharon_racine-kohne@ml.com

sharon_stieber@fanniemae.com
sharon_wizik@acml.com
sharon_woodcock@bat.com
sharonbell@bloomberg.net
sharonlee@gic.com.sg
sharonlml@dbs.com
sharonm.smith@aig.com
sharp@pimco.com
sharpeb@strsoh.org
sharperl@pensionboards-ucc.org
sharrison@us.mufg.jp
sharron@gries.com
shartn@ftci.com
shartnett@ftci.com
shartz@jhancock.com
sharvard@cpr.fr
sharvey@standishmellon.com
sharvey@ustrust.com
sharyn.clemente@fmr.com
shasha@bnm.gov.my
shashemi@rockco.com
shashi.srikantan@csam.com
shassenstab@aegonusa.com
shatzlstefanis@ufji.com
shaun.buckley@ibtco.com
shaun.giacomo@sgam.com
shaun.jamieson@blackrock.com
shaun.lemessurier@credit-suisse.com
shaun.mcdonnell@db.com
shaun.murphy@ntrs.com
shaun.o'donnell@citadelgroup.com
shaun.ong@barclaysglobal.com
shaun.ramcharitar@westernasset.com
shaun.redman@hsbcgroup.com
shaun.smith@hvbeurope.com
shaun.smith@morganstanley.com
shaun.stevens@fortisinvestments.com
shaun_parkes@jpmorgan.com
shaun_williams@westlb.co.uk
shauna.k.mcelduff@jpmorgan.com
shauna.ramage@fandc.com
shauna_sexsmith@mfcinvestments.com
shaunl@bloomberg.net
shaunn.griffiths@ge.com
shavercroft@pictet.com
shaw@bessemer.com
shaw_breland@hancockhorizon.com

shawn.anderson@advantuscapital.com
shawn.correia@ibtco.com
shawn.deng@credit-suisse.com
shawn.france@axa-im.com
shawn.gibson@bbandt.com
shawn.lytle@ubs.com
shawn.parry@aig.com
shawn.perry@aig.com
shawn.remish@morganstanley.com
shawn.robb@bmo.com
shawn.robb@tdsecurities.com
shawn.ross@morleyfm.com
shawn.snyder@pnc.com
shawn.steel@barclaysglobal.com
shawn.stone@checmail.com
shawn.tesoro@blackrock.com
shawn.verbout@fmr.com
shawn.yee@email.chinatrust.com.tw
shawn_ardizone@conseco.com
shawn_boire@yahoo.com
shawn_driscoll@troweprice.com
shawn_johnson@ssga.com
shawn_keegan@acml.com
shawn_moser@vanguard.com
shawna_millman@acml.com
shawnda.r.jones@fhlb-pgh.com
shawnferrell@tagfolio.com
shawnlin@dbs.com
shawnredmon@columbusbankandtrust.com
shawny@wharton.upenn.edu
shay.pangkh@uobgroup.com
shayan.hussain@ubs.com
shayan.norasteh@ubs.com
shayan_salahuddin@fanniemae.com
shayanthan.pathmanathan@landg.com
shaydon@mail.notes.bank-of-china.com
shayne.dunlap@mhcb.co.uk
shayne.elliott@citigroup.com
shayne.marcos.de.abreu@morganstanley.com
shayne.mcguire@trs.state.tx.us
shaz.khan@pnc.com
shb.pr@adia.ae
sh-banba@meijiyasuda.co.jp
shberube@mm.com
shc@dodgeandcox.com
shchen@bankofny.com
shcho1@kbstar.co.kr

shd.ex@adia.ae
shd_stef@bloomberg.net
she@allstate.com
she@nbim.no
shea.harvey@blackrock.com
shealey@nbf-us.com
sheanly@angelogordon.com
sheath@bankofny.com
sheauming.lim@temasek.com.sg
sheba_alexander@putnam.com
s-hebd@cafe.tc.umn.edu
s-hebd@groupwise.umn.edu
sheddadji@oddo.fr
sheedsa.ali@aig.com
sheehyb@brinson.com
sheekeen@bloomberg.net
sheena.grimes@ibtco.com
sheena.popat@ashmoregroup.com
sheena.price@pioneerinvest.ie
sheena.radia@ml.com
sheena.yellop@aberdeen-asset.com
sheenaw@bernstein.com
shehriyar.antia@ny.frb.org
sheide@blackrock.com
sheila.butterly@investecmail.com
sheila.cullinane@barclaysglobal.com
sheila.finnerty@lmginv.com
sheila.kerins@boitib.com
sheila.king@eagleasset.com
sheila.noonan@ubs.com
sheila.olmem@gmacrfc.com
sheila.piernock@morganstanley.com
sheila.sohr@ppmamerica.com
sheila.swanson@wachovia.com
sheila@paragonassociates.net
sheila_concannon@putnam.com
sheila_davies@acml.com
sheila_ecaille@capgroup.com
sheila_leavitt@ml.com
sheinauer@standishmellon.com
sheky@bloomberg.net
shelby.bell@pacificorp.com
shelby.pollard@tcw.com
shelby@dsaco.com
shelby_niss@toyota.com
sheldon.ce@mellon.com
sheldon.engler@schwab.com

sheldon.sussman@rabobank.com
sheldon_ross@swissre.com
shellane.quinn@citadelgroup.com
shelley.aron@ubs.com
shelley.everson@himco.com
shelley.finn@edwardjones.com
shelley.sherer@prudential.com
shelley.wilson@ncfcorp.com
shelley.yang@columbiamanagement.com
shelli_edgar@ssga.com
shellmund@mmwarburg.com
shelly.bansal@bankofamerica.com
shelly.deitert@db.com
shelly.everson@himco.com
shelly.kelly@db.com
shelly.ma@umb.com
shelly.moledina@aberdeen-asset.com
shelly.simpson@truscocapital.com
shelly@bessemer.com
shelms@bloomberg.net
shen@wellsfargo.com
shendehua@icbc.com.cn
shenderson@hbk.com
shenderson@lordabbett.com
shendricks@metlife.com
shenglt@hotmail.com
shengquan.ho@jpmchase.com
shengsheng@osterweis.com
shengsheng_zhang@deltalloyd.nl
shengx@princeton.edu
shengyu.zhang@wamu.net
shenh@fhlbsf.com
shenkar@bloomberg.net
shennessey@statestreet.com
shenry@wellington.com
shenshiaoyun@gic.com.sg
shenxia@sh.icbc.com.cn
shenyimin@leasing.icbc.com.cn
sheppard.p@tbcam.com
sheppard@penntrust.com
sheps@bloomberg.net
sherenp@jwseligman.com
sheri.bergman@fmr.com
sheri.blacher@ppmamerica.com
sheri.kaplan@wpginvest.com
sheri_murrah@fanniemae.com
sheridan.j.lear@ssmb.com

sherif.nabih@unb.ae
sherif.zeneiny@nbad.com
sherlock_ray@fsba.state.fl.us
shermaine.s.lee@db.com
sherman.dave@nomura-asset.com
sherman.peter@pennmutual.com
sherman.pitts@umb.com
shermanb@vankampen.com
shermanc@kochind.com
shern.i.frederick@jpmchase.com
shernandez@grupobbva.com
shernwei@temasek.com.sg
sheron.xing@hcmny.com
sherrera@caxton.com
sherri.cohen@morganstanley.com
sherri.shaffer@barclaysglobal.com
sherrie.beehler@opco.com
sherrof@vankampen.com
sherry.costanzo@pncbank.com
sherry.fung@tcw.com
sherry.ly@barclaysglobal.com
sherry.zhang@pioneerinvest.com
sherry_e_wilson@fanniemae.com
sherry_smith@ml.com
sherry_wentworth@mail.bankone.com
sherry88233@tcbank.com.tw
sherrys@fhlbsea.com
sherrytan@temasek.com.sg
sherwin.johnson@fgic.com
sherwin.soo@nb.com
sherwood.h.yuen@wellsfargo.com
sheryl.asch@axa-im.com
sheryl.finch@asbai.com
sheryl.graf@wellsfargo.com
sheryl.harrison@aberdeen-asset.com
sheryl.hawkins@lloydstsb.co.uk
sheryl.hempel@csam.com
sheryl.hughes@lehman.com
sheryl_j_asnes@fleet.com
shetty_divya@ml.com
shewrinj@strsoh.org
shewsjr@imc.wellsfargo.com
shfh@capgroup.com
shgg@capgroup.com
sh-hara@meijiyasuda.co.jp
shhedvat@seas.upenn.edu
shi.nisman@deshaw.com

shi@daiwa-ny.com
shi766@dl.dai-ichi-life.co.jp
shibata.s@daiwa-am.co.jp
shibata_kouji@dn.smbc.co.jp
shibazaki@mhcb.co.uk
shibo.guo@icbc.com.cn
shibuya@daiwasbi.co.jp
shic@swcorp.org
shiestan@jefco.com
shigeharu_yuasa@tr.mufg.jp
shigehiro_wakamoto@tr.mufg.jp
shigekazu_kawasaki@tr.mufg.jp
shigeki.abe@alliancebernstein.com
shigeki.makino@putnam.com
shigeki.shibata@mizuho-bk.co.jp
shigeki_katoh@alliancebernstein.com
shigemoto@bojny.com
shigemoto054@dl.dai-ichi-life.co.jp
shigenobu_okabayashi@mitsubishi-trust.co.jp
shigeo.kanayama@mizuhocbus.com
shigeru.nakayama@ntt-finance.co.jp
shigeru_iijima@mitsui-seimei.co.jp
shigeru_nobukami@ufjbank.co.jp
shigetake.nakayama@uk.mufg.jp
shigeta-osamu@mitsubishi-sec.co.jp
shiggins@martincurrie.com
shiggins@nationallife.com
shiho.takashima@db.com
shih-pin@freddiemac.com
shihua_lu@freddiemac.com
shihwan.chung@ubs.com
shijounyo@ja-kyosai.or.jp
shijun.liu@wamu.net
shikhar.ranjan@morganstanley.com
shikin@kinkiosakabank.co.jp
shikin@nagano-rokin.co.jp
shikin00@chugin.jp
shikins2@jabankkyoto.or.jp
shiliang@princeton.edu
shilpa.lakhani@db.com
shilpa_kadam@conseco.com
shilpa_sree@ssga.com
shilpee.x.raina@jpmorgan.com
shilpi.basak@morganstanley.com
shima.m@daiwa-am.co.jp
shimada.manabu@daido-life.co.jp
shimada.y@daiwa-am.co.jp

shimada-0fb1@jp.nomura.com
shimamimcb@bloomberg.net
shimamotom@saccounty.net
shimasaki156801@sumitomobank.co.jp
shimizu.makoto@nomura-asset.com
shimizu@boj.co.uk
shimizu@dl.dai-ichi-life.co.jp
shimizu-2nf3@jp.nomura.com
shimizu-sa@daiwasbi.co.jp
shimizut1@bloomberg.net
shimodoi_toshihide@dn.smbc.co.jp
shimokakimoto@nochubank.or.jp
shimon@analyst.co.il
shimonse@bezeq.com
shimotsu19522@nissay.co.jp
shimozumi-y@itochu.co.jp
shin.futamata@axa.co.jp
shin.kasahara@lehman.com
shin.nakahara-0035@boj.or.jp
shin_okumoto@tr.mufg.jp
shindo-1qkf@jp.nomura.com
shines@apollocapital.com
shingmin.lai@ubsw.com
shingo.narue@fi.fukoku-life.co.jp
shingo-takenaga@am.mufg.jp
shinichi.kaji@mizuho-cb.co.jp
shinichi.tanaka@db.com
shinichi.tsuji@mizuho-bk.co.jp
shinichi.yamazoe@tokyostarbank.co.jp
shinichi@dl.dai-ichi-life.co.jp
shinichi_harada@tr.mufg.jp
shinichi_kuragasaki@ssga.com
shinichi_okada@tr.mufg.jp
shinichi_shindou@ufjbank.co.jp
shinichi_takasaka@mitsubishi-trust.co.jp
shinichi_yuki@ho.rokinbank.or.jp
shinichiro.shiraki@ufj-partners.co.jp
shinichiro.watanabe@gb.smbcgroup.com
shinichiro_hyogo@tr.mufg.jp
shinichiro_kohashi@sakura.co.jp
shinichiro_nakada@tr.mufg.jp
shinichiro-hidaka@am.mufg.jp
shinichirou.itoi@mizuho-bk.co.jp
shinichirou.kawano@boj.or.jp
shinichisuzuki@meijiyasuda.co.jp
shining.wang@hncb.com.tw
shining@abchina.com

shinji.hasumi@shinseibank.com
shinji.nakamura@nttl.co.jp
shinji.ogawa@mail.mol.co.jp
shinji_higashihara@sakura.com
shinji_okazawa@tr.mufg.co.jp
shinji-nishiyama@am.mufg.jp
shinna@dl.dai-ichi-life.co.jp
shinnousuke.kobayashi@sumitomotrust.co.jp
shino.takeda@mitsui.com
shinobu.nakagawa@boj.or.jp
shinobu_hirabayashi@mitsubishi-trust.co.jp
shinohara02869@nissay.co.jp
shinohara-go@mitsubishi-sec.co.jp
sh-inoue@ja-kyosai.or.jp
shinpei_kataoka@nochubank.or.jp
shinren-shikin@jabankgifu.or.jp
shinsa@daiwa-am.co.jp
shinsuke.ohyama@boj.or.jp
shinsuke.tanaka@mizuho-cb.co.jp
shinsy@bok.or.kr
shinta_tahara@tr.mufg.co.jp
shintani@nam.co.jp
shintani02911@nissay.co.jp
shintaro.sasaki@shinseibank.com
shintaro.yoshida@aig.com
shinton2@bloomberg.net
sh-investorrelations@ubs.com
shinya.ishii@mizuho-cb.co.jp
shinya.miyazaki@sumitomocorp.co.jp
shinya.ota@daiwa.co.jp
shinya_arisue@mitsui-seimei.co.jp
shinya_ito@tr.mufg.jp
shinya-suzuki@am.mufg.jp
shinyat@bloomberg.net
shinyoon.roh@samsung.com
shiod@nochubank.or.jp
shioiri-minoru@sc.mufg.jp
shiomi.s@daiwa-am.co.jp
shiomi@nam.co.jp
shiong.tan@intel.com
shiori.kitamura@boj.or.jp
shiori.takinami@westernasset.com
shiotsu18789@nissay.co.jp
shiozaki-y@po.jsf.co.jp
shipman.se@dreyfus.com
shipra.gupta@pncadvisors.com
shipra.gupta@sumitomotrust.co.jp

shir.ophir@mailpoalim.co.il
shira.y.cohen@teva.co.il
shirahata_kazunori@mail.nikko.co.jp
shiraishi@nam.co.jp
shiraishi_hiroaki@kk.smbc.co.jp
shiraishi-shuuichi@sc.mufg.jp
shiraki@daiwasbi.co.jp
shiratsuki.tadaaki@daido-life.co.jp
shireen.jones@jpmorgan.com
shirin@fullerton.com.sg
shirleenq@mas.gov.sg
shirlery.cheng@email.chinatrust.com.tw
shirley.banes@suntrust.com
shirley.c@gordian.co.uk
shirley.cartmill@standardlife.ca
shirley.heller@bankofamerica.com
shirley.liu@ap.ing.com
shirley.loh@aig.com
shirley.remy@americas.bnpparibas.com
shirley.richards@hsbc.com
shirley.s.wang@columbiamanagement.com
shirley.seraphin@fhlbboston.com
shirley.szeto@robecousa.com
shirley.yu@blackrock.com
shirley.zheng@tcw.com
shirley@omega-advisors.com
shirley_lam@acml.com
shirleyba@boi.gov.il
shirleyng@mas.gov.sg
shirleywu@gic.com.sg
shiro.shiraishi@mizuhocbus.com
shiro_yamada@mitsui-seimei.co.jp
shiroo.k@daiwa-am.co.jp
shirosaka-toshiaki@mitsubishi-sec.co.jp
shiroto02400@nissay.co.jp
shirsch@tiaa-cref.org
shirschbrich@union-investment.de
shishengshen@icbc.com.cn
shital.patel@lazard.com
shiv.mehta@inginvestment.com
shiva.krupa@novartis.com
shiva_iyer@hvbamericas.com
shivam.rajdev@tuck.dartmouth.edu
shive@1stsource.com
shivraj.bassi@gs.com
shiyola@yf7.so-net.ne.jp
shizintl@bloomberg.net

shizuo.ichikawa@jp.standardchartered.com
shizuokala@bigplanet.com
shkang@princeton.edu
shkim21@bok.or.kr
shkreli.g@dreyfus.com
shlee@kfb.co.kr
shlee369@yahoo.co.kr
shloka.melwani@fil.com
shlomo.crandus@transamerica.com
shm32@cornell.edu
shmill@safeco.com
sh-mima@ja-kyosai.or.jp
shmoradi@delinvest.com
shmulik@safdie.com
shnam720@wooribank.com
sh-narui@ja-kyosai.or.jp
sho.osanai@japan.gartmore.com
shobhit@qifmanagement.com
shobik@kennedyusa.com
shoch@bok.or.kr
shochfam@aol.com
shochu02@bloomberg.net
shoconnell@bloomberg.net
shoconnell@opusinvestment.com
shoda@princeton.edu
shodges@sarofim.com
shogo.fujita@jp.pimco.com
shogo.maeda@schroders.com
shogo.maede@schroders.com
shohei.miura@db.com
shohei.ura@schroders.com
shohei_hara@am.sumitomolife.co.jp
shohreh.gholsorkhi@pharma.novartis.com
shoichi_oyama@tr.mufg.jp
shoji.akahane@mizuho-cb.co.jp
shoji.koyama@partners.co.jp
shoji_shimamura@tr.mufg.jp
shoji-m@daiwasbi.co.jp
sholland@metlife.com
shollinger@hei.com
shollmann@lkcm.com
sholly@mfs.com
sholt@leggmason.com
sholt1@bloomberg.net
sholz@idbny.com
shomas.kayani@insightinvestment.com
shong@jennison.com

shong8@bloomberg.net
shongou@lf.mufg.jp
shonna.davidson@inginvestment.com
shood@europeancredit.com
shood@ing-capadv.com
shooda@tiaa-cref.org
shooker@frk.com
shoppe@loomissayles.com
shore@bessemer.com
shorsley@tswinvest.com
short@wgz-bank.ie
shoshana.zysberg@alliancebernstein.com
shoshana_zysberg@acml.com
sh-otc-client-service@ubsw.com
shoufu@bloomberg.net
shoughton@trmshedge.com
showald@pictet.com
showard@ftci.com
showbhik.kalra@pimco.com
showes@standishmellon.com
sh-psp-aa-ge-apa@ubs.com
shr@bankinvest.dk
shradhag@dbs.com
shravan.sood@chase.com
shreenapatel@bankofny.com
shreya.jawalkar@mercantile.com
shreyash.gupta@db.com
shri.singhvi@bernstein.com
shriram.ramanathan@ap.ing.com
shrut_vakil@acml.com
shruti_basavaraj@vanguard.com
shruti_verma@ssga.com
shrutiku@microsoft.com
shschwartz@statestreet.com
shseo@shinhan.com.hk
shu.irikura@ufj-partners.co.jp
shu.izumi@mitsui.com
shu.nakai@ntt-finance.co.jp
shuaib.siddiqui@citadelgroup.com
shuang@metlife.com
shuang@westernasset.com
shuangy@princeton.edu
shuber@sra.state.md.us
shubha.x.sethi@jpmchase.com
shuchen@mail.cbc.gov.tw
shudong_huang@bankone.com
shudson@asbcm.com

shuesler@pembacreditadvisers.com
shughes@btmna.com
shughes@fdic.gov
shugo.aoto@mail.mol.co.jp
shuichi_izumikawa@mitsubishi-trust.co.jp
shuichi-wada@am.mufg.jp
shujaat.nadeem@samba.com
shuji.matsuura@mizuho-cb.co.jp
shuji_nakagawa@mitsubishi-trust.co.jp
shujiro_hosokawa@tr.mufg.jp
shuk.yin.cheung@ingim.com
shuki.hay@fibimail.co.il
shumphre@lordabbett.com
shun.dyes@harrisbank.com
shun.fujii@mcp-am.com
shun.hong.liu@hsbc.com.hk
shunichi_sakai@tr.mufg.jp
shunichiro.saiki@morganstanley.com
shunichiro_totsuka@mufg.jp
shunji.iwata@meiji-life.co.jp
shunji.ochiai@barings.com
shunsuke.kabaya@barclayscapital.com
shunsuke_kikutani@tr.mufg.jp
shunsuke-imai@am.mufg.jp
shunter@fhlbc.com
shurst@farcap.com
shurtleff@massmutual.co.jp
shurwitz@matrixassetadvisors.com
shurwitz@omega-advisors.com
shusei_imai@tr.mufg.jp
shussey@calstrs.com
shuster.m@mellon.com
shusui_kataoka@smbcgroup.com
shuuhei.naka@mizuho-bk.co.jp
shuuichirou.torigoe@shinseibank.com
shuusaku.yamada@mizuho-cb-co.jp
shu-yang.tan@ubs.com
shwan.taha@soros.com
shweta.ahluwalia@uk.abnamro.com
shxc@capgroup.com
shyamsunderr@temasek.com.sg
shymanski@clamericas.com
shyney@opusinvestment.com
shyoon@hanvitbank.co.kr
si@volksbank.it
siamak_izadkia@swissre.com
siambk06@navigator.com

sian.maddieson@jpmorganfleming.com
siang.tan@aig.com
siannini@bbandt.com
siarhei.novik@erstebank.at
siautze@dbs.com
sibel.karantay@asbai.com
siberej@nationwide.com
sibongile_boyd@fanniemae.com
sibrava.martin@slsp.sk
siby_thomas@troweprice.com
sibylle.bischofberger@zkb.ch
sibylle.kirstein@credit-suisse.com
sibylle.zinser@dzbank.de
sicat_jenny@jpmorgan.com
sicdb@bloomberg.net
sicignano@bessemer.com
sicpl@bloomberg.net
sid.bakst@robecousa.com
sid.bassett@conocophillips.com
sid.henderson@db.com
sid.malik@bpb.barclays.com
sid.swaminathan@barclaysglobal.com
siddarth_sudhir@ml.com
siddharth.kasera@siemens.com
siddharth.kumar@schroders.com
siddharth.panjwani@lazard.com
siddharth.sahoo@db.com
siddhartha.s.panda@tuck.dartmouth.edu
siddhartha_gill@putnam.com
siddharthsanyal@rbi.org.in
siddiqui@atlanticinvestment.net
sidharth.mahapatra@hk.caam.com
sidi@bloomberg.net
sidney.chong@btfinancialgroup.com
sidney.santos@westernasset.com
sidney.yu@schwab.com
sidneyd@loopcap.com
siebel.aaron@principal.com
siebel@tk.thyssenkrupp.com
sieder@bloomberg.net
siegbert.eschenbacher@bundesbank.de
siegelg@jwseligman.com
siegert@wai.wyeth.com
siegfried.cordes@credit-suisse.com
siegfried.gendries@rwe.com
siegfried.kaeser@credit-suisse.com
siegfried.seiffert@telekom.de

siegfried.simon@oppenheim.de
siegmar.thakur-weigold@trinkaus.de
siei_syo@chukyo-bank.co.jp
sienna@fibonaccillc.com
siep@gardner.ch
sierdt@scm-lp.com
sierhan@dbs.com
siew.hoon.ong@dnbnor.no
siew_chiow_walton@ufjbank.co.jp
sig@nbim.no
sigbjorn.birkeland@storebrand.no
sigfrido.objio@moorecap.com
sigisbert.koch@credit-suisse.com
sigit.pramono@bni.co.id
sigmund.kyrdalen@nbim.no
signorio.camille@ubs.com
sigrid.assmann@bhf-bank.com
sigrid.derichs@westlb.de
sigrid.focke@db.com
sigrid.koller-savir@ids.allianz.com
sigrid.nauss@westlb.de
sigrid.zecha@db.com
sigrist_kevin@fsba.state.fl.us
sigthor.gudmundsson@isb.is
sigurd.ugland@klp.no
sigurdur.magnusson@isb.is
sigvaldi.stefansson@isb.is
siham@kpc.com.kw
si-har_choi@freddiemac.com
sihn.luong@pimco.com
siho@uk.danskebank.com
sihyoung.ahn@samsung.com
sii3@cornell.edu
sijoo@kbstar.com
sikandar.siddiqui@dekabank.de
sikingakari@hanmail.net
sikora.ad@mellon.com
silas.chu@ubs.com
silas.l.matthies@wellsfargo.com
silas.rodriguez@lazard.com
silberstein.c@tbcam.com
sileanne.wootton@irishlife.ie
silim7@samsung.co.kr
silja.chouquet@pharma.novartis.com
silkcut@bloomberg.net
silke.friedrich@lri.lu
silke.halvorson@aig.com

silke.herrmann@dws.de
silke.kettermann@dws.com
silke.pieper@georgfischer.com
silke.waterstraat@bkb.ch
silva.sak@ngc.com
silva_noruega@amcm.gov.mo
silvan.noetzli@credit-suisse.com
silvana.figuccio@fondiaria-sai.it
silvana.fiorillo@vontobel.ch
silvana.lau@ing.com.au
silvana.pisoni@dcmc.creditlyonnais.fr
silvana.temporin@italtel.it
silvana.vergara@mpsgr.it
silvanaveljovic@gic.com.sg
silvano.bortolin@juliusbaer.com
silvano.de.col@zkb.ch
silvano.leardo@juliusbaer.com
silvano.sassano@juliusbaer.com
silver.joan@principal.com
silverj@mail.nrucfc.org
silversd@adpomr.com
silvia.aa@tbcam.com
silvia.baroncini@bancaakros.it
silvia.bocchiotti@caam.com
silvia.cerquetella@meliorbanca.com
silvia.chin@blb.de
silvia.ciabuschi@capitalia-am.com
silvia.cova@bawagpskfonds.at
silvia.demagistris@sai.it
silvia.demase@bpv.it
silvia.dickertmann@hsh-nordbank.com
silvia.fan@ibtco.com
silvia.gambarini@bancaakros.it
silvia.gomez@bnpparibas.com
silvia.guerriero@bnlmail.com
silvia.hernandezmartin@telefonica.es
silvia.kronawitter@union-investment.de
silvia.kuratli@helvetia.ch
silvia.lafer-stuppnig@ba-ca.com
silvia.leonhard@rmf.ch
silvia.marelli@ubs.com
silvia.marengo@claridenleu.com
silvia.merendoni@symphonia.it
silvia.pace@sgcib.com
silvia.pai@email.chinatrust.com.tw
silvia.pesci@steinonline.it
silvia.quaglinibarbi@ubs.com

silvia.schaak@csam.com
silvia.schuhn@saarlb.de
silvia.suarez@barcap.com
silvia.tartara@pioneerinvestments.com
silvia.wagner@db.com
silvia.wegmann@juliusbaer.com
silvia.wendlinger@fortisinvestments.com
silvia.wiese@lrp.de
silvia.zitolo@bancaakros.it
silvio.borelli@sgcib.com
silvio.depeppo@meliorbanca.com
silvio.dieterich@ubs.com
silvio.dieterich@ubsw.com
silvio.fantini@sella.it
silvio.giovannini@credit-suisse.com
silvio.giraudo@grifogest.it
silvio.lenk@dekabank.de
silvio.pestalozzi@credit-suisse.com
silvio.severino@juliusbaer.com
silvio.sganzerla@bancaintesa.it
sim.ee.san@nordlb.com
sim.king.yaw@icprc.com
sim.wooten@icomd.com
sim8@cornell.edu
simamura2@sompo-japan.co.jp
simao.oom@finantia.com
simbrosciano@btmna.com
simcockm@gic.com.sg
simeon.zeffert@ubs.com
simina.borsaru@labanquepostale-am.fr
siminovichy.y@fibi.co.il
simiso_nzima@calpers.ca.gov
simma.lndb@bloomberg.net
simming@countryclubbank.com
simmons_kim@gsb.stanford.edu
simmskf@bernstein.com
simo01@handelsbanken.se
simon.a.poncet@jpmorgan.com
simon.allocca@bnpparibas.com
simon.astley@threadneedle.co.uk
simon.b.byrne@aexp.com
simon.ballard@uk.abnamro.com
simon.barnard@credit-suisse.com
simon.barnard@gs.com
simon.barry@boitib.com
simon.barry@ulsterbank.com
simon.bell@aberdeen-asset.com

**LBH - Derivatives Pg 304 of 504 Email Service List**

simon.bennett@halbis.com
simon.bentley@lazard.com
simon.beverley@northernrock.co.uk
simon.blakeney@threadneedle.co.uk
simon.blundell@uk.abnamro.com
simon.bond@icap.com
simon.bond@threadneedle.co.uk
simon.brady@juliusbaer.com
simon.brailey@barclaysglobal.com
simon.bray-stacey@morleyfm.com
simon.brett@elas.co.uk
simon.brook@statestreet.com
simon.brooks@creditlyonnais.co.uk
simon.bruce@bankofamerica.com
simon.buckley@dzbank.de
simon.burton@rabobank.com
simon.c.wilcox@bankofamerica.com
simon.cairns@aegon.co.uk
simon.cao@hk.ca-assetmanagement.com
simon.carter@aegon.co.uk
simon.carter@morganstanley.com
simon.cawdery@barclays.co.uk
simon.chan@moorecap.com
simon.chatterton@barclays.co.uk
simon.chennell@db.com
simon.clark@barclays.co.uk
simon.clark@barclays.com
simon.clements@gartmore.com
simon.clements@morleyfm.com
simon.clinch@fandc.com
simon.coates@bnpgroup.com
simon.colson@trafalgarcapital.com
simon.cook@hvb.de
simon.coombes@tcw.com
simon.cowie@gartmore.com
simon.cunliffe@npbs.co.uk
simon.d.ulcickas@jpmchase.com
simon.davies@threadneedle.co.uk
simon.davis@baesystems.com
simon.densem@ubs.com
simon.down@ngm.co.uk
simon.doyle@schroders.com
simon.duerden@lloydstsb.co.uk
simon.fallon@cibc.com
simon.fallon@citigroup.com
simon.fine@shorecap.co.uk
simon.fink@fibimail.co.il

simon.fischer@ubs.com
simon.foessmeier@ubs.com
simon.forster@uk.abnamro.com
simon.foster@ubs.com
simon.fraser@uk.fid-intl.com
simon.frick@claridenleu.com
simon.fricker@bnpparibas.com
simon.gellett@bmo.com
simon.gillis@tudor.com
simon.goetschmann@ubs.com
simon.gunning@barclays.co.uk
simon.haines@threadneedle.co.uk
simon.hancock@aberdeen-asset.com
simon.hauxwell@dexia-bil.com
simon.hepworth@nordea.com
simon.heywood@mhcb.co.uk
simon.higgo@lazard.com
simon.hillard@aig.com
simon.hills@gibuk.com
simon.holman@aegon.co.uk
simon.huang@barclaysglobal.com
simon.hunter@swip.com
simon.j.ebbins@jpmorgan.com
simon.jaffe@morleyfm.com
simon.james@honeywell.com
simon.joiner@glgpartners.com
simon.jones@threadneedle.co.uk
simon.karregat@philips.com
simon.kemp@commerzbankib.com
simon.kempton@db.com
simon.king@gartmore.com
simon.kirton@aberdeen-asset.com
simon.kirton@damel.co.uk
simon.koenig@rmf.ch
simon.krieger@claridenleu.com
simon.lambert@uk.fid-intl.com
simon.lau@soros.com
simon.lee@osterweis.com
simon.lee@pacificlife.com
simon.ling@rbccm.com
simon.lloyd@gs.com
simon.long@barcap.com
simon.loveday@morganstanley.com
simon.lowth@scottishpower.com
simon.macdonald@db.com
simon.maeder@aigpb.com
simon.manning@threadneedle.co.uk

simon.marquis@snb.ch
simon.martin@barclaysglobal.com
simon.mauger@credit-suisse.com
simon.mays-smith@pearson.com
simon.mcwilliams@glgpartners.com
simon.meers@ace.ina.com
simon.meijlink@nl.abnamro.com
simon.melville@aberdeen-asset.com
simon.midgen@msci.com
simon.miller@lloydstsb.co.uk
simon.morley@barclaysglobal.com
simon.morrell@icgplc.com
simon.morris@icap.com
simon.moss@swipartnership.co.uk
simon.n.williams@barclaysglobal.com
simon.newman@uk.abnamro.com
simon.osterberg@seb.se
simon.overington@rbccm.com
simon.p.baxter@morganstanley.com
simon.park@bankofamerica.com
simon.park@ubs.com
simon.parker@rabobank.com
simon.penniston@lloydstsb.co.uk
simon.peters@gartmore.com
simon.petres@sgcib.com
simon.phillips@ubsw.com
simon.picard@calyon.com
simon.piel@apobank.de
simon.pilcher@mandg.co.uk
simon.polbennikov@barclayscapital.com
simon.pottinger@barclaysglobal.com
simon.quinn@statestreet.com
simon.quirke@lionhartasia.net
simon.r.taylor@hsbc.com
simon.rechatin@axa-im.com
simon.reed@bnpparibas.com
simon.reynolds@axa-multimanager.com
simon.rigby@schroders.com
simon.rivett-carnac@sarasin.co.uk
simon.roddy@shell.com
simon.rubingh@cis.co.uk
simon.savage@glgpartners.com
simon.scholes@ib.bankgesellschaft.de
simon.seneor@hcmny.com
simon.sharp@halbis.com
simon.shaw@insightinvestment.com
simon.shearing@glgpartners.com

simon.shephard@bankofamerica.com
simon.shorland@hsbcgroup.com
simon.smakowski@hsh-nordbank.com
simon.somerville@cazenove.com
simon.spalinger@juliusbaer.com
simon.starr@eu.nabgroup.com
simon.steiner@credit-suisse.com
simon.stewart@uk.fid-intl.com
simon.stredder@jpmorgan.com
simon.surtees@gartmore.com
simon.tanwk@uobgroup.com
simon.tarr@fsmail.net
simon.thorpe@chase.com
simon.todd@mfs.com
simon.tring@morleyfm.com
simon.twiss@fipartners.com.au
simon.vallotto@ca-suisse.com
simon.van.veen@fortisinvestments.com
simon.waddington @royalbank.com
simon.warner@chase.com
simon.watkins@bmo.com
simon.weiss@zkb.ch
simon.wells@bankofengland.co.uk
simon.wells@fandc.co.uk
simon.whitaker@bankofengland.co.uk
simon.white@glgpartners.com
simon.white@rothschild.co.uk
simon.whiteley@insightinvestment.com
simon.whitfield@blblon.co.uk
simon.wilkinson@lgim.co.uk
simon.wyss@sl-am.com
simon.yangyq@uobgroup.com
simon.yee@bankofamerica.com
simon.young@blackrock.com
simon@ikospartners.com
simon@pimco.com
simon_bancroft@notes.ntrs.com
simon_broxham@bmo.com
simon_burdett@scotiacapital.com
simon_chantry@gb.smbcgroup.com
simon_clements@blackrock.com
simon_cohen@ntrs.com
simon_collinge@ssga.com
simon_davis@putnam.com
simon_flood@blackrock.com
simon_hallett@iaifunds.com
simon_kinnie@standardlife.com

simon_laing@newton.co.uk
simon_lim@calpers.ca.gov
simon_liu@acml.com
simon_mcclure@blackrock.com
simon_mcdonagh@westlb.co.uk
simon_mckay@putnam.com
simon_mullumby@ssga.com
simon_nichols@newton.co.uk
simon_parkins@paribas.com
simon_pryke@newton.co.uk
simon_rogers@gb.smbcgroup.com
simon_steward@capgroup.com
simon_wilkinson@westlb.co.uk
simon_wood@standardlife.com
simona.canepa@ubs.com
simona.delgreco@bnlmail.com
simona.dottavi@pgalternative.com
simona.paravani@hsbcinvestments.com
simona.prati@mpsgr.it
simonaesterina.borio@realemutua.it
simonbyrne@angloirishbank.ie
simonchao@upamc.com.tw
simone.arbib@glgpartners.com
simone.baer@juliusbaer.com
simone.bemporad@finmeccanica.it
simone.binismaghi@arcafondi.it
simone.bomio@ubs.com
simone.burello@bcb.gov.br
simone.busalt@seb.de
simone.de.haas@pggm.nl
simone.erhardt@hsh-nordbank.co.uk
simone.facchinato@arcafondi.it
simone.farinelli@zkb.ch
simone.francazi@bnlmail.com
simone.freschi@banca.mps.it
simone.guidi@fandc.com
simone.haefeli@ubs.com
simone.heinz@lri.lu
simone.hofer@ubs.com
simone.kees@hsh-nordbank-int.com
simone.kerbach@activest.de
simone.pinelli@bsibank.com
simone.pressley@pimco.com
simone.reiss@juliusbaer.com
simone.renzelli@euroaisgr.it
simone.sabbadini@credit-suisse.com
simone.schaerer@zkb.ch

simone.schmid@blb.de
simone.soldini@bancamarche.it
simone.staeuble@csam.com
simone.vetter-fohr@dbv-winterthur.de
simone.wilhelms@deutsche-hypo.de
simone.x.broadfield@jpmorgan.com
simone.zottarel@am.generali.com
simone_erhardt@westlb.co.uk
simongordon@bapfim.co.uk
simonhandcock@gic.com.sg
simonjb@us.ibm.com
simon-p.taylor@ubs.com
simonpar@chollian.net
simont@1stsource.com
simon-uk.lee@chase.com
simonyaptc@dbs.com
simpkip@nationwide.com
simpp@income.com.sg
simpson.david@edgeassetmgt.com
sinagarajan@aegonusa.com
sinanb@garanti.com.tr
sinclair.eaddy@mercantile.net
sinclairkung@mail.cbc.gov.tw
sindhu.srivastava@gmacrfc.com
sindhu.tantri@ubs.com
sinead.a.fennell@aibbny.ie
sinead.b.dunne@aibbny.ie
sinead.eaton@boimail.com
sinead.fitzpatrick@ubs.com
sinead.gray@statestreet.com
sinead.haughey@ge.com
sinead.m.neeson@aib.ie
sinead.m.tynan@aibbny.ie
sinead.mulligan@statestreet.com
sinead.murphy@db.com
sinead_haughey@ml.com
sineadohara@bwbank.ie
singapore@wooribank.com
singhh@wharton.upenn.edu
singlis@metlife.com
singo_tahara@am.sumitomolife.co.jp
sinichi_namikawa@tr.mufg.jp
sinirene@bloomberg.net
siniti_kawaguti@am.sumitomolife.co.jp
sinitzin@evrofinance.com
sin-minh.tan@ap.nxbp.com
sinnell@angloamerican.co.uk

sino.stalbne@credit-suisse.com
sinodat@po2.jsf.co.jp
sinonsen@princeton.edu
s-invest@ytb.co.jp
sinyinling@gic.com.sg
sinzi_hikiti@am.sumitomolife.co.jp
sinzi_imamura@am.sumitomolife.co.jp
sinzi_masad@am.sumitomolife.jp
sinzou_kouno@am.sumitomolife.co.jp
siobhan.a.broderick@aibbny.ie
siobhan.carolan@boiss.boi.ie
siobhan.cass@halbis.com
siobhan.hicks@bnpparibas.com
siobhan.laing@swip.com
siobhan.m.tuite@aib.ie
siobhan_doherty@putnam.com
siokmei.lim@schroders.com
siongted@temasek.com.sg
sionoid@bloomberg.net
siowwei@dbs.com
sircar@princeton.edu
sire.ortiz@firstmidwest.com
sirif@statoilhydro.com
sirivanv@hsbc.co.th
sirka.krabbe@hsh-nordbank.com
sisaacsl@bloomberg.net
sisak@lehman.com
siscovick@caxton.com
sisi01@handelsbanken.se
sisley@metlife.com
sistjohn@wellington.com
sit3@bloomberg.net
sita.japsi@aig.com
sital_cheema@standardlife.com
siu_gim_lee@keppelbank.com.sg
siu_moy@ssga.com
siukee.chan@nl.abnamro.com
sius@gcm.com
siva.sivasubramaniam@barclaysglobal.com
sivasankar@mas.gov.sg
siyer@meag-ny.com
siytangco@sun.com
sj.moon@hanabank.com
sj700.kim@samsung.com
sjacco.schouten@abpinvestments.nl
sjackaman@reatech.net
sjackson@evergreeninvestments.com

sjacobsn@stanford.edu
sjacot@pictet.com
sjaeger@fhlbdm.com
sjaffe@kbw.com
sjagannathan@swst.com
sjagst@bloomberg.net
sjagunic@gmail.com
sjain@bayharbour.com
sjalan@wharton.upenn.edu
sjallet@generali.fr
sjames@invest.treas.state.mi.us
sjames@samgmt.com
sjames@tudor.com
sjardine@ftportfolios.com
sjaun@pictet.com
sjaworski@merctrust.com
sjb@artemisinvest.com
sjb@ubp.ch
sjboxer@wellington.com
sjchung@kfb.co.kr
sjdonnelly@metlife.com
sjenkens@ci.com
sjensen@fscnet.com
sjeung@bechtel.com
sjg@citicib.com.cn
sjhaveri@mcleanbudden.com
sjhenry@jhancock.com
sjk47@cornell.edu
sjlake@bloomberg.net
sjlee@netsgo.com
sjm@email.esunbank.com.tw
sjmalley@statestreet.com
sjmiller@bloomberg.net
sjmink@statestreet.com
sjmonissen@bloomberg.net
sjn@dodgeandcox.com
sjocher@meag.com
sjoerd.kitzen@ingim.com
sjohanse@aegonusa.com
sjohn@ncmcapital.com
sjohnsen03@pjc.com
sjohnson@essexinvest.com
sjohnson@prospectsecurities.com
sjohnson@sandiego.gov
sjohnson@smithgraham.com
sjohnson@westernasset.com
sjohnstone@britannicasset.com

sjohnstone@martincurrie.com
sjones@uscentral.org
sjorgen@pacifictrust.net
sjors.haverkamp@ingim.com
sjoseph@bankofny.com
sjoshi@apollocapital.com
sjpannell@wellington.com
sjplace@wellington.com
sjpollak@nb.com
sjrichter@leggmason.com
sjritcher@leggmason.com
sjs@capgroup.com
sjs1@bloomberg.net
sjs5@cornell.edu
sjs53@bloomberg.net
sjs92@cornell.edu
sjsturtevant@wellington.com
sjun@rockco.com
sjwm@capgroup.com
sjyang@bok.or.kr
sk.lam@interpolis.nl
sk.shin@bbh.com
sk@turnerinvestments.com
sk2232@cornell.edu
sk795@cornell.edu
skahn@fsa.com
skail@federatedinv.com
skakar@divinv.net
skallok@sunamerica.com
skalos@federatedinv.com
skalos@grneam.com
skalra@angelogordon.com
skamikubo@hvbamericas.com
skandarian@metlife.com
skander.chabbi@db.com
skaping@ebrd.com
skaplan@jennison.com
skappagoda@caxton.com
skapuganti@aegonusa.com
skarasic@allstate.com
skaross@statestreet.com
skarpel@metlife.com
skartsonis@jennison.com
s-kasai@nissay.co.jp
skasai13@sompo-japan.co.jp
skasaya@pictet.com
skaseta@loomissayles.com

skassev@aegonusa.com
skatz@nb.com
skatz2@bloomberg.net
skatzenstein@gscpartners.com
skawabe@bloomberg.net
skawazoe@sumitomotrust.lu
skayser@bloomberg.net
skchoi@hanabank.com
ske@martincurrie.com
skearney@nisi.net
skee@fhlbatl.com
skeenan@wfgweb.com
skeersc@rba.gov.au
skefer@victoryconnect.com
skeid@firstunion.com
skelley@fandc.co.uk
skelley@mfs.com
skelley@pictet.com
skelly2@templeton.com
skelman@martincurrie.com
skemming@meag.com
skempler@tiaa-cref.org
skennedy@ellington.com
skennedy@wellington.com
skensing@allstate.com
skernkraut@lordabbett.com
skertsman@hbk.com
skesanapally@tiaa-cref.org
skever@bancasempione.ch
skh@nykredit.dk
skhalatbari@worldbank.org
skhan@europeancredit.com
skhan@pictet.com
skhan@recordcm.com
skhan@tiaa-cref.org
skhanna1@bear.com
skhatri@bloomberg.net
ski@ubp.ch
skiernan@caxton.com
skilkenny@metlife.com
skiltonb@lotsoff.com
skim@mfs.com
s-kimishima@kokusai.co.jp
skincaid@dkpartners.com
sking@howeandrusling.com
sking@loomissayles.com
skinsey@divinv.net

skip.moeller@capitalonebank.com
skip.shelly@fhlb-pgh.com
skip_short@putnam.com
skippyc@bloomberg.net
skirner@jennison.com
skirtman@wisi.com
skji@hanabank.com.hk
skk@bok.or.kr
skk@temasek.com.sg
skk4@ntrs.com
sklee@hanabank.com
skleeberg@cdcixis-cm.com
sklein@blenheiminv.com
sklein@troweprice.com
skleinwort@axia-advisors.com
skline@bankofny.com
sklotz@mfs.com
skmjapan@bloomberg.net
sknapp@bloomberg.net
sknappe@bloomberg.net
sknowles@fhlbdm.com
sknowles@silchester.com
sko@clinton.com
skodangil@standishmellon.com
skoeckerling@bloomberg.net
skofol.lndb@bloomberg.net
skoga@bloomberg.net
skolderu@allstate.com
skon@smithbreeden.com
skono@nochubank.or.jp
skopf@ibuk.bankgesellschaft.de
skorar@nationwide.com
skorn@bloomberg.net
skornfeld@frk.com
skornreich@libertyview.com
skorstade@kpf.no
skosier@ustrust.com
skosior@templeton.com
skostenbaum@bper.ch
skosthowa@scor.com
skothari@statestreet.com
skotsen@us.nomura.com
skoutoumanos@allianz.gr
skoutsantonis@fmr.com
skoval@russell.com
skovenborg@jyskebank.dk
skowronski.d@bloomberg.net

skr@ubp.ch
skraljic@tiaa-cref.org
skrall@bft.fr
skramer@union-investment.de
skraus@provnet.com
skrilcic@bloomberg.net
skrishnan@ifc.org
skrishnaswamy@bkb.com
skrucze@frk.com
skrull@steinroe.com
sktan@ti.com
skunt@blackrock.com
skupchin@tiaa-cref.org
skuro@dl.dai-ichi-life.co.jp
skwarek_lucia@jpmorgan.com
skwon@babsoncapital.com
skyhawk@bloomberg.net
skylark@kbstar.co.kr
skylee@keb.co.kr
skyway33@healthcare.co.kr
sl@ennismorefunds.com
sl@sitinvest.com
sl@tchinc.com
sl70@ntrs.com
sl945@cornell.edu
sl952@cornell.edu
slaa@pggm.nl
slabaugh@tiaa-cref.org
sladjevardi@btm.co.uk
slaffin@cvceurope.com
slaffoy@statestreet.com
slamandola@capis.com
slamberton@ufji.com
slampman@bloomberg.net
sland@frk.com
slange@aegonusa.com
slansing@princeton.edu
slantis@barrowhanley.com
slarios@nafin.gob.mx
slaryea@opusinvestment.com
slatter@bermuda.sl.slb.com
slaurans@cicny.com
slautizar@pictet.com
slav.botchkarev@morganstanley.com
slavomir.nagy@ids.allianz.com
slawekp@bloomberg.net
slawler@bankofny.com

slawry@bloomberg.net
slbeuro@bloomberg.net
slbond@bloomberg.net
slbus@aol.com
slcasey@bloomberg.net
slcastonguay@wellington.com
slchua@mas.gov.sg
sldfjaosihge@fhoeh.com
sle@nbim.no
sledge@bessemer.com
sledger@aegonusa.com
slee@ag-am.com
slee@jhancock.com
slee@maplepartners.com
slee@pictet.com
slee@scmadv.com
slee17@metlife.com
slefkowitz@caxton-iseman.com
sleguti@bloomberg.net
slehman@federatedinv.com
sleibowitz@metlife.com
sleighmyers@thamesriver.co.uk
slemon@snwsc.com
slenzi@lib.com
sleone@lordabbett.com
sleonida@evcap.bm
slesieur@bloomberg.net
sleu@tiaa-cref.org
slevine@tiaa-cref.org
slewis@steinroe.com
slfoo@bloomberg.net
slgoh@mas.gov.sg
slheureux@loomissayles.com
sli.industrials@standardlife.com
sli@oppenheimerfunds.com
slibera@babsoncapital.com
slibera@dlbabson.com
slibkind@ahorro.com
slim@lordabbett.com
slin@westernasset.com
slin1@templeton.com
slindset@princeton.edu
slineyd@stifel.com
slinnick@metlife.com
slistor@bankofny.com
slituchy@metlife.com
sliu@calfed.com

sliu@perrycap.com
sljones@ybs.co.uk
slking@barbnet.com
slkoh@mas.gov.sg
slliu@paydenpotomac.com
slm@jwbristol.com
slmole@wellington.com
slmurphy@statestreet.com
sloan.walker@morganstanley.com
sloand@adpomr.com
slockman@blaylockabacus.com
slolli@bloomberg.net
sloneg1@nationwide.com
slopata@oppenheimerfunds.com
slopez@deerfieldcapital.com
slopez@wellington.com
slopezsa@notes.banesto.es
slops@hbk.com
slord@loomissayles.com
sloughp@bp.com
slouie@schny.com
slouis@panagora.com
slouste@entergy.com
slouyang@wellington.com
slover.e@dreyfus.com
slover.e@tbcam.com
slr@capgroup.com
slstark@stifel.com
slstefany@wellington.com
slteo@mas.gov.sg
sluaa@allstate.com
slucaccini@oppenheimerfunds.com
sluh@westernasset.com
slummi@state.wy.us
slumpr@dime.com
slunat@apollocapital.com
slurito@ag-am.com
slutzinger@wellington.com
slva@pge.com
slyford@nacm.com
slyons@frk.com
slyttelton@newstaram.com
sm@kingfisherinvestors.com
sm168@ntrs.com
sma.pr@adia.ae
sma@luminentcapital.com
sma2@nbim.no

smabtp@mail.fininfo.fr
smacdon@frk.com
smacdonald@ssrm.com
smaconald@tiaa-cref.org
smadar.mishan@barclayscapital.com
smadden@stephens.com
smagnan@dexia-us.com
smagoon@lordabbett.com
smahler@cobank.com
smahon@princeton.edu
smahtani@fcem.co.uk
smaierovits@mizrahi.co.il
smaile@ompa.com
smaillard@oddo.fr
smaillard@pictet.com
smalagoli@credem.it
smalhotra@investcorp.com
smalik@caxton.com
smalik@tiaa-cref.org
smalkoff@summitbank.com
smallach@farcap.com
smallick@utendahl.com
smallman@allstate.com
smalloy@evcap.com
smaltese@albertinisim.it
smaltz@dreyfus.com
smandis@halcyonllc.com
smangroo@spfbeheer.nl
smann@lasers.state.la.us
smanning@blackrock.com
smanning@pnc.com
smanson@ftci.com
smansukhani@chevychasetrust.com
smarciano@the-ark.com
smarkowitz@dsaco.com
smarquez@notes.banesto.es
smarron@allstate.com
smarsh@seic.com
smarshman@roxcap.com
smartel@pictet.com
smarti@crediinvest.ad
smartin@creditandorra.ad
smartin@firststate.co.uk
smartin@johnsoninv.com
smartin@pimco.com
smarto'connor@noclue.com
smarusa@hbk.com

smasin@perrycap.com
smatson@qwest.com
s-matsu@nochubank.or.jp
smatsumoto@exchange.ml.com
smatsuno@bloomberg.net
s-matsuo@ioi-sonpo.co.jp
smatteoli@grifogest.it
smatthias@steinroe.com
smausolf@dow.com
smavromates@mapension.com
smay@exchange.ml.com
smayor1@bloomberg.net
smayse@bayharbour.com
smazel@groupama-am.fr
smazzoli@oaktreecap.com
smc@bankinvest.dk
smc@sitinvest.com
smc338@cornell.edu
smcardle@southernco.com
smcbeth@bloomberg.net
smcboyle@roycenet.com
smccabe@loomissayles.com
smccole@martincurrie.com
smccoubrie@europeancredit.com
smccuen@sandlercap.com
smccullagh@abnamroprime.com
smcdermott@hollandcap.com
smcdonald@barrowhanley.com
smcdowell@bloomberg.net
smcfadden@cobank.com
smcfeely@bloomberg.net
smcfetridge@jhancock.com
smcgairl@europeancredit.com
smcgive@frk.com
smcgowan@fnbnonline.com
smcgrude@lordabbett.com
smcguinn@allstate.com
smchen@princeton.edu
smcintosh@russellmellon.com
smcintyre@gwkinc.com
smckinney@hbk.com
smclemore@lmcm.com
smcleod@rowancompanies.com
smcnamara@beutelgoodman.com
smcneil@jennison.com
smeade@anchorcapital.com
smeehan@ingalls.net

smehta@blackrock.com
smehta@jennison.com
smehta@mfs.com
smelliott@wellington.com
smelluish2@bloomberg.net
smelyanskiy_yuriy@jpmorgan.com
smelzer@bloomberg.net
smercado@dsaco.com
smerves@bear.com
smessina@bloomberg.net
smeyer@metzler.com
smezic@bloomberg.net
smf@ibercaja.es
smf@public.ibercaja.es
smf@summitpartnersllc.com
smfanning@wellington.com
smfontana@comerica.com
smgarces@homeside.com
smgrauze@mmm.com
smh.eu@adia.ae
smh@renre.com
smharrington@wellington.com
smhayes@wellington.com
smhorrigan@leggmason.com
smichael@schwab.com
smichaels@fmaadvisors.com
smidchense@brinson.com
smilazzo@bankofny.com
smilla@nafin.gob.mx
smillan@wellington.com
smillar@ingnz.com
smiller@sagitta.co.uk
smiller@tswinvest.com
smiller3@bear.com
smillham@faralloncapital.com
smilstein@ocwen.com
sminer@standishmellon.com
sminzlaff@ibuk.bankgesellschaft.de
smiserey@bloomberg.net
smith.ca@tbcam.com
smith.darrin@principal.com
smith@ipohome.com
smith_jeffrey@fsba.state.fl.us
smith_justin@fsba.state.fl.us
smith_mark_e@jpmorgan.com
smith_richard@fsba.state.fl.us
smith_rob@fsba.state.fl.us

smith_sheilah@fsba.state.fl.us
smithandy@bloomberg.net
smithb@swcorp.org
smithbb1@bloomberg.net
smithd@vankampen.com
smithep@texaco.com
smithgary@bloomberg.net
smithgc@ensignpeak.org
smithj@ebrd.com
smithja@bernstein.com
smithl@lotsoff.com
smithm@lotsoff.com
smithpe@anz.com
smiths@bot.or.th
smithsco@wellscap.com
smithte@brinson.com
smitra2@ifc.org
smittal@noonam.com
smittipon.srethapramote@fmr.com
s-miyaji@nochubank.or.jp
smjang@bok.or.kr
smjuszczyszyn@delinvest.com
smkammann@wellington.com
smkwong@bochk.com
smlaplante@wellington.com
smleonard@wellington.com
smm.ef@adia.ae
smm.tr@adia.ae
smmannin@blackrock.com
smmh@capgroup.com
smo@bankinvest.dk
smody@concordiafunds.com
smoeller@blackrock.com
smohandas@fhlbi.com
smoini@payden-rygel.com
smokkapati@federatedinv.com
smoller@nafin.gob.mx
smolloy@ibtco.com
smonji@daiwasbi.co.jp
smontagna@babsoncapital.com
smontenero@siebertnet.com
smontero@marchgestion.es
smonticelli@mosaic.com
smontobbio@bloomberg.net
smoojoy@aol.com
smoon@dsaco.com
smooney@bondinvestor.com

smooney@freedom-capital.com
smoore@buffalofunds.com
smoore@chubb.com
smorad@ibtco.com
smoreno@loomissayles.com
smorenstein@caxtonadvantage.com
smorgan@federatedinv.com
smori@nochubank.or.jp
smorjari@lehman.com
smorley@bloomberg.net
smorris3@travelers.com
smorrison@deerfieldcapital.com
smorrison@westernasset.com
smorrow@cumberassoc.com
smorse@mfs.com
smortimer@wellington.com
smosshamer@fhlbc.com
smosshammer@fhlbc.com
smost@bankofny.com
smounier@cicny.com
smountain@standishmellon.com
smp.ia@adia.ae
smp70@pitt.edu
smpike@wellington.com
smr7@ntrs.com
smrickert@us.fortis.com
smriti.popenoe@wachovia.com
smriti.shetty@wamu.net
sms.eu@adia.ae
smt@capgroup.com
smtrabucco@duke-energy.com
smtremble@wellmanage.com
smui@genre.com
smukhopadhyaya@aegonusa.com
smullen@nb.com
smuns@hcmlp.com
smunson@unumprovident.com
smurphy@firststate.co.uk
smurphy@mfs.com
smurphy@nb.com
smurphy@standishmellon.com
smurray@opers.org
smurti@bankbii.com
smuspratt1@bloomberg.net
smuter@eatonvance.com
smwalsh@jhancock.com
smy@abchina.com.sg

smyeo@mas.gov.sg
smyers@roxcap.com
smyojin@bloomberg.net
smz.tr@adia.ae
sn@capgroup.com
snadler@loomissayles.com
snagarajan@ssrm.com
snaghibi@statestreet.com
snaik@panagora.com
snaish@newstaram.com
snakamura@daiwasbi.co.jp
snanda@troweprice.com
snangia@nb.com
snapa@statoil.com
snareyka@mmwarburg.de
snarui@bloomberg.net
snason@federatedinv.com
snatarajan@mfs.com
snathan@baupost.com
snatoch@princeton.edu
snavarro@exprinteruruguay.com.uy
snavin@jhancock.com
snbandara@dohabank.com.qa
snbrown@unumprovident.com
snedekeb@deshaw.com
snehal.pathak@bmo.com
snehashis.das@hk.calyon.com
snehashis.das@wachovia.com
sneimeth@sunamerica.com
sneller@bear.com
snellgrove.dk@pg.com
snelson@stephens.com
snelson@stonehillcap.com
sneuen@hestercapital.com
sneumann@hbk.com
snewhall@trees-invest.com
snewland6@aol.com
snewton@jhancock.com
sng@worldbank.org
snguyen@allegiancecapital.com
snguyen@bradfordmarzec.com
snguyen@mfs.com
snicholls@sunamerica.com
snisi@ofivalmo.fr
snjnara@bloomberg.net
snlim@kfb.co.kr
snlnxn@bloomberg.net

snn@jyskebank.dk
snn@ubp.ch
snoble@hcmlp.com
snogaki@btmna.com
snorquist@massmutual.com
snorth@fhlbatl.com
snoss1@bloomberg.net
snowbond@bloomberg.net
snowd@hmc.harvard.edu
snowk@wooribank.co.jp
snr009@keb.co.kr
snst@capgroup.com
snusim@blaylocklp.com
snutt@nacm.com
snydegger@sto.state.id.us
snyder.ni@mellon.com
snyder_john@jpmorgan.com
snyderl2@nationwide.com
snydern@parkerhunter.com
so@evcap.bm
so_ota@tr.mufg.jp
soakey@tswinvest.com
soam@soam.com
soan0115@chb.co.kr
soboucka@cordius.be
sobrien@martincurrie.com
sobti.rajiv@nomura-asset.com
soccer5@bloomberg.net
sochel@swst.com
socho@nb.com
sochong.yi@blackrock.com
soconnell@us.mufg.jp
soda@dl.dai-ichi-life.co.jp
soekching.kum@credit-suisse.com
soenke.heistermann@hsh-nordbank.com
soenke.pfraenger@helaba.de
soenke.rix@hsh-nordbank.com
soenke.steinert@union-panagora.de
soenke_papenhausen@goam.de
soenketimm@helaba-invest.de
soeren.katterbach@lrp.de
soeren.linde.nielsen@jyskeinvest.dk
soeren.moerch@uk.calyon.com
soeren.steinert@union-panagora.de
soeren.thomsen@jyskebank.dk
soeren.wiedau@weberbank.de
soeren@jyskebank.dk

sofi.eriksson@ap1.se
sofia.anton@interdin.com
sofia.branfelt@swedbank.se
sofia.heredia@cgd.pt
sofia.nu@igcp.pt
sofia.sermos@pioneerinvest.com
sofia.skalistiri@omam.co.uk
sofia@bnm.gov.my
sofia_larsen@westlb.co.uk
sofiagomes.silva@millenniumbcp.pt
sofian.jani@bia.com.bn
sofie.emilsson-nilvall@ap3.se
sofiokc@corning.com
sofkos@delta.gr
soflahe@gcr.com
softa.shields@rbccm.com
sogabe@dl.dai-ichi-life.co.jp
sogabe@nam.co.jp
soga-k@itochu.co.jp
soge02@handelsbanken.se
soh@ag-am.com
soha@nykredit.dk
sohail.gani@bankofamerica.com
sohail.rasul@xlgroup.com
sohallor@cisco.com
so'halloran@wellington.com
sohil.mody@lloydstsb.co.uk
sohnm@sigmacap.com
soho@kdb.co.kr
soichi_takimoto@yamaguchibank.co.jp
soiricho.matsumoto@morganstanley.com
sojkai@fhlbsf.com
sokchuang@temasek.com.sg
sokeeffe@citco.com
sokol@midamerican.com
sol.chehebar@us.hsbc.com
soledad.lecube@bnpparibas.com
soledad.seivane@grupobbva.com
soledad.seivanenavia@telefonica.es
solene.clement@labanquepostale-am.fr
solene.zammito@accor.com
solesiuk@fdic.gov
soli@sek.se
solimine_jennifer@jpmorgan.com
soliver@metlife.com
soliver@tiaa-cref.org
soliveros@worldbank.org

sollars.heath@principal.com
solomich.mt@mellon.com
solomon.barnett@citadelgroup.com
solomon_tadesse@ssga.com
solon.b.saoulis@aexp.com
soltas@mac.com
solveig.stroeer@dit.de
solyak@mnb.hu
soma.ghosal@credit-suisse.com
somara@loomissayles.com
somaschini@bpintra.it
somender_chaudhary@fanniemae.com
somers@wgz-bank.ie
someya1@bloomberg.net
sommanney@provnet.com
sommer@nytimes.com
sompoch.wongkittivatchakul@db.com
son.nguyen@efv.admin.ch
sona_sikorova@kb.cz
sonabowle@evcap.bm
sonal.kothari@bapensions.com
sondra.vitols@deshaw.com
sondrioev@bloomberg.net
sondriolb@bloomberg.net
sonelius.kendrick-smith@db.com
soner.aksu@tcmb.gov.tr
song.li@alliancebernstein.com
song@bok.or.kr
song@mackenziefinancial.com
song58@kdb.co.kr
songer@spectrumassetmgt.com
songjinzhi@bloomberg.net
songjo@bloomberg.net
songng@gic.com.sg
songyang@icbc.com.cn
songz@nationwide.com
sonia.b.ravello@jpmorgan.com
sonia.bendt@nl.abnamro.com
sonia.beng@morleyfm.com
sonia.crooks@northernrock.co.uk
sonia.dezordo@ubs.com
sonia.hamstra@aig.com
sonia.johnson@threadneedle.co.uk
sonia.kowal@bailliegifford.com
sonia.lee@creditlyonnais.fr
sonia.leonard@jpmorgan.com
sonia.m.carey@aibbny.ie

sonia.meskin@jpmorgan.com
sonia.patel@micorp.com
sonia.pernot@bcv.ch
sonia.raikes@standardlife.ca
sonia.thueler@richemont.com
sonia.valencia@barclaysglobal.com
sonia.vidal@andbanc.com
sonia_lee@ntrs.com
so-nishimoto@ja-kyosai.or.jp
sonja.demann@csam.com
sonja.foerster@db.com
sonja.hampel@kfw.de
sonja.hoebartner@pioneerinvestments.com
sonja.j.rodine@wellsfargo.com
sonja.lessing@hsh-nordbank.com
sonja.reed@wellsfargo.com
sonja.spielberger@db.com
sonja.zoellner@dzbank.de
sonja.zoellner@dzbank.ie
sonnie.ayere@bmonb.com
sonning.bredemeier@nordlb.de
sonny.surkin@truscocapital.com
sonny_wong@bocgroup.com
sonnylee@kdb.co.kr
sono@templeton.com
sonparn@ebrd.com
sonu.kalra@fmr.com
sonya.dilova@fandc.com
sonya.sheehy@credit-suisse.com
sonya_sheth@fanniemae.com
sonyajenkins@westpac.com.au
soo.cao@citadelgroup.com
soo.lim.goh@belgacom.be
soo@bnm.gov.my
soo_young_der@toyota.com
soo-feng.lee@aig.com
soohwan.kim@americas.bnpparibas.com
soo-jin.lee@citadelgroup.com
sookkin.chong@hvbasia.com
sookkuan.wong@hsbcpb.com
soolee@bankofny.com
soonef.x.kapadia@jpmorgan.com
soo-thiam.tan@aig.com
soowon@bok.or.kr
sooyoung.min@shinseibank.com
sopha_so@glenmede.com
sophana.periasamy@morganstanley.com

sopheara.lim@labanquepostale-am.fr
sophia.baah@interbrew.com
sophia.hartley@cgii.com
sophia.l.talkington@wellsfargo.com
sophia.m.long@aibbny.ie
sophia.rui@ubssdic.com
sophia.zhao@aig.com
sophia.zhao@blackrock.com
sophia_banar@ssga.com
sophia_whitbread@newton.co.uk
sophiawang@cathaylife.com.tw
sophie.bakalar@avmltd.com
sophie.betbeder@sncf.fr
sophie.brown@gartmore.com
sophie.bsch@jpmorgan.com
sophie.cagnard@richemont.com
sophie.carter@sgam.co.uk
sophie.chapuisat@hsbcpb.com
sophie.cloux@cpr-am.fr
sophie.condon@gb.smbcgroup.com
sophie.debehogne@fortisinvestments.com
sophie.dedise@sgam.com
sophie.dewachter@degroof.be
sophie.elkrief@dexia-am.com
sophie.ellkrief@dexiamfr-dexia.com
sophie.fournier@bnpparibas.com
sophie.gautie@bnpparibas.com
sophie.hawkes@rabobank.com
sophie.lados@dexia.com
sophie.lampard@glgpartners.com
sophie.lemenestrel@axa-im.com
sophie.messenger@glgpartners.com
sophie.munier@axa-im.com
sophie.nicolas@caam.com
sophie.palliez@francetelecom.fr
sophie.payot@ubs.com
sophie.richmond@isisam.com
sophie.rouard@puilaetco.be
sophie.rouillon@bnpparibas.com
sophie.sentilhes@sinopia.fr
sophie.zbinden@lodh.com
sophied@bloomberg.net
sophielim@mas.gov.sg
sophie-von.bila@dekabank.de
sopp@aegonusa.com
soppe.corey@principal.com
soppenheimer@tiaa-cref.org

soraoka@dlusa.com
soraya.hakuziyaremye@fortis.com
sorbino.francesco@enel.it
soreilly@valance.us
soren.aarup@nordea.com
soren.bech@lazard.com
soren.bech@morganstanley.com
soren.beck@morganstanley.com
soren.christensen@bmo.com
soren.folkmann@nordea.com
soren.hovgaard@seb.dk
soren.mortensen@nordea.com
soren.stilling.christensen@nordea.com
soren.stilling.christensen@storebrand.com
sorfanelli@inasim.gruppoina.it
soriano@ellington.com
sorin.roibu@blackrock.com
sorini@poplodi.it
sorita17822@nissay.co.jp
sorr@pughcapital.com
sortiz@utendahl.com
soshea@tiaa-cref.org
sosi.vartanesian@sgam.com
sosi.vartanesyan@sgam.com
sosullivan@caxton.com
sosyurad@deshaw.com
sotirios.koutoumanos@allianz.gr
sotiris.boutsis@uk.fid-intl.com
sotos@kochind.com
s-otsuka@yasuda-life.co.jp
sou.s@daiwa-am.co.jp
soufat.hartawan@schroders.com
souhei.okuno@mizuho-cb.co.jp
souheil.hajjar@gibbah.com
soukup.kurt@citadelgroup.com
souleles@wharton.upenn.edu
soulsbyp@bancopopolare.it
soumik.ghosh@fmr.com
soumilya@citicorp.com
soumyanshu.bhattacharya@fmr.com
soustra@clamericas.com
souta.inoue@ufj-partners.co.jp
souta_suzuki@mtam.co.jp
sovereign.ryan@principal.com
sowade@delinvest.com
sowens@bbandt.com
sowens@frk.com

sowmdeb.sen@truscocapital.com
sowmya.rajagopalan@gm.com
sowmya.ramkumar@gibbah.com
sowmya.sreerangaiah@fandc.com
soyj@sabadellatlantico.com
soylub@delaware.co.uk
soyoung_lee@acml.com
soysonc@hsbc.co.th
sp433@cornell.edu
spacheco@meag-ny.com
spadowitz@hbk.com
spag@fgb.ae
spage@eatonvance.com
spagliara@iccrea.bcc.it
spalacio@bancosantander.com.com
spallerola@fibanc.es
spalmer7@bloomberg.net
span@worldbank.org
spance.westam@banquedorsay.fr
spanetta@ustrust.com
spappan@treasury.state.la.us
spar1@bloomberg.net
spark@bear.com
spark@brownadvisory.com
spark@cumberassoc.com
spark@icecanyon.com
sparker@hbk.com
sparkes@bankofny.com
spaspal@jhancock.com
spasupuleti@alliancebernstein.com
spatel@alger.com
spatel@perrycap.com
spatel@pictet.com
spatel3@metlife.com
spatel3@tiaa-cref.org
spatrick@fhlbc.com
spaul@firststate.co.uk
spaul@oppenheimerfunds.com
spavone@alger.com
spaynter@lordabbett.com
spbrooks@delinvest.com
spb-treasury@shell.com
spc@summitpartnersllc.com
spd-ops-ln@morganstanley.com
spe12@allstate.com
specialsituations@uk.abnamro.com
spegram@bankofny.com

spei1@bloomberg.net
spelkola@metlife.com
spemsin@templeton.com
spena@bloomberg.net
spenatti@fideuramcapital.it
spencer.adair@bailliegifford.com
spencer.ashby@britannia.co.uk
spencer.copp@omam.co.uk
spencer.hallarn@citadelgroup.com
spencer.landau@db.com
spencer.lee@barclaysglobal.com
spencer.leung@ubs.com
spencer.ludgate@cnb.com
spencer.parker@us.sgcib.com
spencer.phua@inginvestment.com
spencer.phua@prudential.com
spencer.pitcher@bmonb.com
spencer.punter@spintech.com
spencer.ruhl@himco.com
spencer.ruhl@thehartford.com
spencer.sarah@principal.com
spencer.staples@mhcb.co.uk
spencer.sun@exar.com
spencer@ardsley.com
spencer@tudor.com
spencer_l_klein@bankone.com
spencergt@bernstein.com
spencert@bloomberg.net
speng@frk.com
speng7@bloomberg.net
spenser@deshaw.com
spenta.dinshaw@pncadvisors.com
spera@finmeccanica.it
sperchik@aegonusa.com
sperek@russell.com
sperez@federatedinv.com
sperin@frk.com
sperkins@provnet.com
sperotto@bloomberg.net
sperrier@lib.com
sperry@pictet.com
spersaud@templeton.com
spersico@bloomberg.com
spes@capgroup.com
spesek@mfs.com
speter1@templeton.com
speterfy@bbandt.com

speters@lmfunds.com
spetersen@firststate.co.uk
spetras@caxton.com
spetrey@na.cokecce.com
spetri@templeton.com
speyser@glickenhaus.com
spf@columbus.com
spglendon@wellmanage.com
spham1@bloomberg.net
sphastings@delinvest.com
sphilebrown@bloomberg.net
sphilippon@groupama-am.fr
sphillips@arvest.com
spho@canyonpartners.com
sphurthi.annapareddy@pnc.com
spicer.rd@mellon.com
spichler@meag.com
spiegels@lazard.com
spielp@tdusa.com
spierson@fhhlc.com
spiesst@cmcic.fr
spiggo@ftci.com
spike@sfc-uk.com
spina@bancaroma.it
spiot@worldbank.com
spiracom@boltblue.com
spiros_jamas@ssga.com
spitcher@metlife.com
spittman@essexinvest.com
spitznagelj@lotsoff.com
spl@americancentury.com
spm@edfd.com
spm36@cornell.edu
spmele@up.com
spmmam@bloomberg.net
spo@bankinvest.dk
spolevikov@oppenheimerfunds.com
spolson@global-equities.com
spolyak@oppenheimerfunds.com
spombo@ifc.org
spomeroy@nb.com
spongyt@usa.redcross.org
spoont.b@tbcam.com
sporter@firstmanhattan.com
spotvin@voyageur.com
spowell@edc.ca
spoynter@fhlbi.com

sppalmer@paychex.com
spr@dartmouth.edu
spr1@bloomberg.net
spra@kempen.nl
sprague.rient@ge.com
spralong@pictet.com
spratsides@caxton.com
sprauer.s@dreyfus.com
spriante@dow.com
spriyadarshi@delinvest.com
sproctor@loomissayles.com
sproffitt@caxton.com
spryor@bgcfx.com
spst@capgroup.com
spt@americancentury.com
sptan@mas.gov.sg
spulley@crewsassoc.com
spunagules@fhlbcin.com
spuntatitolimo@bpv.it
spuodziunas@westernasset.com
spuppini@bpvifondi.it
spurgeon@firsthorizon.com
spurushothman@caxton.com
spurvis@lkcm.com
sputnam@copera.org
spyarilal@tiaa-cref.org
spymar@hol.gr
spyridon.stefanou@db.com
spyros.degleris@rabobank.com
spyros.skoulakis@barclaysglobal.com
sqj@jyskebank.dk
squ.tr@adia.ae
squ.tr@adia.co.ae
squam@denveria.com
square@mail.cbc.gov.tw
squarello@divinv.net
squek@hbk.com
squiller@fhlbc.com
sqw21737@glaxowellcome.com
sr@ennismorefunds.com
sr2@americancentury.com
sr59@ntrs.com
sraab@tiaa-cref.org
srad@bloomberg.net
sradis@metlife.com
sradtke@grneam.com
sraikundlia@thamesriver.co.uk

srajah@templeton.com
srajkumar@worldbank.org
srakows@grneam.com
sralff@dsaco.com
sramamurthy@hcmlp.com
srand@danskebank.dk
srand@mmcgrand.com
srao6@ford.com
srauh@meag.com
srbui.seferian@sunlife.com
srcousino@stifel.com
srdjan.vukovic@soros.com
sreddy@firststate.co.uk
sredondj@cajamadrid.es
sreese@massmutual.com
srefuge@payden-rygel.com
sregan@waddell.com
sregli@lehman.com
sreichenberg@calstrs.com
sreicks@dubuquebank.com
sreid@canyonpartners.com
sreid@evergreeninvestments.com
sreilly@eastwestbank.com
sreilly@idbny.com
srenhowe@oppenheimerfunds.com
sresnick@us.ibm.com
sreveau@bft.fr
srgobran@yahoo.com
srh6@ntrs.com
srhall@ibtco.com
srhart@wellington.com
sri.cdu@adia.ae
sri.nadesan@lazard.com
sri.tella@fmr.com
sriccio@bear.com
srich@gemcapitalmgmt.com
srichard@loomissayles.com
srichards@mfs.com
srichardson2@tiaa-cref.org
srichey@asbcm.com
srickert@wescorp.org
srida@jwseligman.com
sriddell@williamblair.com
sriecke@nb.com
srihari.angara@daiwausa.com
srik@tcwgroup.com
srikant.nagalapur@db.com

sriketan_mahanti@putnam.com
sriley@loomissayles.com
srin@qifmanagement.com
srini.srinivasan@novartis.com
srinivas.namagiri@db.com
srinivas.preethi@bankofamerica.com
srinivas_dhulipala@ml.com
srinivasan.sivasamy@deshaw.com
srinivasbodapati@northwesternmutual.com
srinivasramadas@dbs.com
sripaorayawongjan@gic.com.sg
sriram.reddy@barclaysglobal.com
sriram.sumaithangi@blackrock.com
srisimovic@ctbr.ch
srivers@babsoncapital.com
srjohnson@bbandt.com
srmay@wellington.com
srmcfarlane@bremer.com
srn@dodgeandcox.com
srnie@danskebank.dk
srobbins@1838.com
srobbins@caxton.com
srobbins@vcallc.com
srobert@generali.fr
sroberts@deerfieldcapital.com
srobinson@bankofny.com
srobinson@wilmingtontrust.com
srocco@lordabbett.com
srock@bloomberg.net
srod@lehman.com
srodger@bailliegifford.co.uk
srodgers3@bloomberg.net
srogan@westernasset.com
sroger1@templeton.com
sromano@nb.com
sromanowski@hapoalimusa.com
srosener@reamsasset.com
srosenmayer@fhlbc.com
srosenthal@us.nomura.com
sross@us.tr.mufg.jp
sross@waddell.com
srossi@bloomberg.net
srossi5@bloomberg.net
srossiello@tiaa-cref.org
sroth@dlbabson.com
srother@meag.com
sroukis@matrixassetadvisors.com

srowe@newstaram.com
srpierce@lmus.leggmason.com
srs@summitpartnersllc.com
srsinger@wellington.com
srubin@presidentiallife.com
srubio@invercaixa.es
sruby@gscpartners.com
srudland2@bloomberg.net
srumsey@europeancredit.com
srush@amica.com
srusnak@voyageur.net
srusso@eagleglobal.com
srusso@ispcorp.com
srutledge@alfains.com
srutledge@worldbank.org
srutz@tiaa-cref.org
srv.cam@bcee.lu
srv.cri@bcee.lu
srw@capgroup.com
sryan@ubs.com
ss522@cornell.edu
ss86@ntrs.com
ssaabneh@angelogordon.com
ssaadian@sscinc.com
ssabbagh4@bloomberg.net
ssacks@essexinvest.com
ssadler@firstwacovia.com
ssaeki@hby.dai-ichi-life.co.jp
ssafdieh@perrycap.com
ssaffari@icecanyon.com
ssahgal@bankofny.com
ssainju@bostonprivatebank.com
ssalas@sunamerica.com
ssaleh@pbucc.org
ssampaoli@bloomberg.net
ssanch01@cajamadrid.es
ssanchez@bayharbour.com
ssanchez@williamblair.com
ssanders@bloomberg.net
ssanford@tiaa-cref.org
ssangiovann1@bloomberg.net
ssanny@bloomberg.net
ssansotta@qts-am.net
ssant@metlife.com
ssantiago@eatonvance.com
ssantos@bcj.gbancaja.com
ssassano@refco.com

ssathkumara@federatedinv.com
s-satoh@nochubank.or.jp
ssattarzadeh@westernasset.co.uk
ssauerschell@union-investment.de
ssaurack@atlanticasset.com
ssawren@standish.com
ssayer@wellscap.com
sschaeffer@nb.com
sschaffer@us.mufg.jp
sschamel@symantec.com
sscharer@oppenheimerfunds.com
sschembri@hcmlp.com
sschenk@tjim.com
sscherer@saw.com
sscherrer@mandtbank.com
sschiang@mas.gov.sg
sschiff@williamblair.com
sschlus@templeton.com
sschmette@rmf.ch
sschmidt@bakernye.com
sschmidt14@bloomberg.net
sschmitz@statestreet.com
sschneider@fhlbdm.com
sschneider@waddell.com
sschroe@bart.gov
sschulman@bayernlbny.com
sschumacher@penncapital.com
sschumm@bloomberg.net
sschurr@kynikos.com
sscott@nevrodie.com
sscranto@freedom-capital.com
sscranton@watrust.com
sscrogham@ebkgroup.com
sseaby@bloomberg.net
ssebastian@osc.state.ny.us
ssegalas@jennison.com
ssegarra@caxton.com
ssegesser@allegiancecapital.com
ssejournet@pictet.com
ssem@worldbank.org
sseoanev@cajamadrid.es
sservice@loomissayles.com
sseverson@capstonefinancial.com
ssgreen@loomissayles.com
sshabazz@lincap.com
sshah@wellington.com
sshah2@europeancredit.com

sshaikh@massmutual.com
sshan@wellmanage.com
sshea@natexisny.com
ssheehan@tea.state.tx.us
ssheeler@fftw.com
ssheen@alum.wellesley.edu
sshenfeld@mdsass.com
ssheng@bloomberg.net
ssheng@orixcm.com
ssherwood@mfs.com
sshi@evcap.com.sg
s-shibayama@nochubank.or.jp
sshigekawa@nb.com
sshimo@daiwasbi.co.jp
sshin@symantec.com
s-shiota@nochubank.or.jp
sshivraman@worldbank.org
sshleifer@tigerglobal.com
sshoji@daiwasbi.co.jp
sshore@newstaram.com
sshukr@allegiancecapital.com
sshunk@msfi.com
sshuter@mcleanbudden.com
sshutz@cavcap.com
sshyun@wooribank.com
ssiano@consulenti.bancafideuram.it
ssidhu@aegonusa.com
ssiefkas@levi.com
ssiegal@caxton.com
ssiegfriedt@anchorcapital.com
ssill@bear.com
ssimi@jhancock.com
ssimko@seic.com
ssimmons15@bloomberg.net
ssimonns@delinvest.com
ssimpson@divinv.net
ssingh@ftci.com
ssingh@wellington.com
ssinnan@tiaa-cref.org
ssiva@ords.com.au
ssjoholm@bloomberg.net
sskang@chb.co.kr
sskell@att.blackberry.net
sskim@amervest.com
ssl@bpi.pt
ssl38@cornell.edu
sslattery@metlife.com

sslee@jhancock.com
sslee@logancapital.com
ssligh@newberryfederalbank.com
sslu@mail.cbc.gov.tw
ssm@adb.org
ssmall@capgrowthmgt.com
ssmall@us.mufg.jp
ssmayhugh@wellington.com
ssmit262@ford.com
ssmith@bluebonnetsavings.com
ssmith@hcmlp.com
ssmith@lordabbett.com
ssmith@oppenheimerfunds.com
ssmith@sentraspelman.com
ssmith@smithbreeden.com
ssmith@websterbank.com
ssmith10@allstate.com
ssmith7731@aol.com
ssmore@eatonvance.com
ssn@mn-services.nl
ssn@nykredit.dk
ssnyder@babsoncapital.com
ssnyder@ipohome.com
ssoffel@hymanbeck.com
ssohn@kdb.co.kr
ssoli@frk.com
ssollars@waddell.com
ssolly@aj.co.nz
ssolomon@whitneybank.com
ssommerfeld@opers.org
ssorensen@vigilantcap.com
ssouhrada@ryanbeck.com
ssoy@wooribank.com
ssozio@bayharbour.com
sspada@bloomberg.net
sspadacenta@iccrea.bcc.it
sspark@hanabank.com
sspelts@oppenheimerfunds.com
sspiegelberg@pictet.com
sspinhar@russell.com
sspodek@blackrock.com
ssr72@cornell.edu
sss@dodgeandcox.com
ssssss@ooooo.com
sst@cial.ch
sst@lrc.ch
sstaeuber@fftw.com

**LBH - Derivatives Counterparty Email Service List**

sstaggs@dlbabson.com
sstamps@osc.state.ny.us
sstarbuc@waddell.com
sstarner@eatonvance.com
sstauffer@flputnam.com
sstecher@dlbabson.com
ssteiger@bayern-invest.de
ssteinberg@tiaa-cref.org
ssteiner@bayern-invest.de
ssteiner@the-ark.com
ssterling@sunamerica.com
ssterman@tiaa-cref.org
sstevens@ford.com
sstewart@fhlbc.com
sstickells@essexinvest.com
sstjohn@ssrm.com
sstoffel@perrycap.com
sstofik@essabank.com
sstojanovic@nabny.com
sstotts@waddell.com
sstreifel@worldbank.org
sstroud@alger.com
sstuart-smith@ibuk.bankgesellschaft.de
sstuck@mrcm.com
sstuck@opers.org
sstuckey@blubonnetsavings.com
s-sugimoto@nochubank.or.jp
ssullivan@waddell.com
ssundaram@lincap.com
ssung@princeton.edu
ssutton@bloomberg.net
ssuzuki@dl.dai-ichi-life.co.jp
sswenson@wasatchadvisors.com
sswetnick@metlife.com
sswickard@turnerinvestments.com
sswitzer@bankofny.com
sswitzky@blackrock.com
sswords@intlassets.com
ssy@capgroup.com
ssy@nbim.no
ssylvester@ibtco.com
ssyokn1@mbs.sphere.ne.jp
sszorzoli@bloomberg.net
st@capgroup.com
st@qgcapital.com
st46@ntrs.com
st58@ntrs.com

st60@ntrs.com
stacey.a.almond@bankofamerica.com
stacey.colman@fmr.com
stacey.gray@abnamro.com
stacey.hughes@us.socgen.com
stacey.lane@ubs.com
stacey.lee@db.com
stacey.mcgovern@offitbank.com
stacey.obrien@janus.com
stacey.peot@trs.state.tx.us
stacey.seah@aberdeen-asset.com
stacey.thomas@eagleasset.com
stacey_kenneweg@freddiemac.com
stacey_rubin@acml.com
stacey_wagner@putnam.com
staceychristianson@commercialfed.com
staceyrooney@tagfolio.com
staci.z.lombard@csam.com
stacie.anctil@pimco.com
stacie.cowell@rainierfunds.com
stacie.jarrett@halliburton.com
stacie.jovancevic@ftnmidwest.com
stacie_plummer@ci.richmond.ca.us
stacied@bgfoods.com
stacy.curtin@aig.com
stacy.donohue@hp.com
stacy.downing@fmr.com
stacy.houser@target.com
stacy.jansz@db.com
stacy.jennings@ihc.com
stacy.jensen@janus.com
stacy.l.jester@jpmorgan.com
stacy.le-cao@slma.com
stacy.schaus@pimco.com
stacy.syphrett@trs.state.tx.us
stacy.turnof@blackrock.com
stacy_guidry@calpers.ca.gov
stacyy@bgi-group.com
stael@nacm.com
staf.deplecker@dexia.be
stafano.racco@it.zurich.com
staffan.beckvid@seb.se
staffan.fredholm@alfredberg.se
staffan.hornell@nordea.com
staffan.knafve@swedbankrobur.se
staffan.rasjo@alecta.com
staffan.thonners@riksbank.se

stafford_southwick@americancentury.com
stahl@bessemer.com
s-takahashi@nochubank.or.jp
s-takahira@meijiyasuda.co.jp
s-takeda@kokusai.co.jp
stakemm@ubk.net
stakemoto1@sompo-japan.co.jp
stakra@safeco.com
stal@wharton.upenn.edu
stamatia.kavadia@postbank.de
stan.beckers@barclaysglobal.com
stan.berdnick@inginvestment.com
stan.delaney@morganstanley.com
stan.lee@sscims.com
stan.pyc@dartmouth.edu
stan.vasilev@db.com
stan.zlotsky@db.com
stan.zou@inginvestment.com
stan@esperia.co.uk
stan@halcyonllc.com
stan@westernasset.com
stan_pearson@standardlife.com
stan-03566@email.esunbank.com.tw
s-tanahara@yasuda-life.co.jp
standardfed@bloomberg.net
standberg@hcmlp.com
stanford.horn@ubs.com
stange.lisa@principal.com
stanislk@ebrd.com
stankusg@hmc.harvard.edu
stanley.chan@hk.calyon.com
stanley.chan@hvbasia.com
stanley.cheang@bank-of-china.com
stanley.cherney@thehartford.com
stanley.ho@morganstanley.com
stanley.mathew@aareal-bank.com
stanley.ouyang@columbiamanagement.com
stanley.seo@kr.nomura.com
stanley.smadja@sinopia.fr
stanley.yang@lehman.com
stanley@okosam.com
stanley_a_kaniecki@bankone.com
stanley_chu@putnam.com
stanley_kwok@ssga.com
stanley_tang@amcm.gov.mo
stanley-03579@email.esunbank.com.tw
stanleynunoo@northwesternmutual.com

st-antoine@bloomberg.net
stanton.vandenberg@bankofamerica.com
stapia@bankinter.es
starla.bennett@state.nm.us
staroverov_s_v@veb.ru
starshm@vankampen.com
stasha@safeco.com
stasie_kostova@keybank.com
statkow@bordier.com
stauber@ui-gmbh.de
staudtc@emigrant.com
stavri@bloomberg.net
stavros.stavrou@icap.com
stayert.w@mellon.com
staylor@eatonvance.com
staylr@ensignpeak.org
stb@capgroup.com
stc@capgroup.com
stck@capgroup.com
stclaire@willcapmanagement.com
stcmmuni@bloomberg.net
stda06@handelsbanken.se
stdavies@edc.ca
stebau@safeco.com
steele@aigfpc.com
steen.blaafalk@danskebank.dk
steen.blindum@nordea.com
steen.grondahl@nordea.lu
steen.melton@seb.dk
steen.thomsen@nordea.com
steen@hol.gr
steenbeb@meijer.com
steen-madsen@jyskebank.dk
stefaan.dedoncker@fortis.com
stefaan.dennekin@ingim.com
stefaan.vandemosselaer@fortis.com
stefan.abrams@tcw.com
stefan.amenda@activest.de
stefan.andersson@dnbnor.com
stefan.angele@juliusbaer.com
stefan.asbrink@dnbnor.com
stefan.baatz@dekabank.de
stefan.bain@fandc.com
stefan.bain@rlam.co.uk
stefan.bauer@provinzial.com
stefan.baum@lrp.de
stefan.benvegnu@credit-suisse.com

stefan.bergsten@ap1.se
stefan.besendorfer@postbank.de
stefan.bohren@ubs.com
stefan.bonfanti@juliusbaer.com
stefan.braun@westam.com
stefan.brugger@union-investment.de
stefan.brunn@dresdner-bank.com
stefan.bubeck@lbbw.de
stefan.bucher@lukb.ch
stefan.bucher2@lukb.ch
stefan.buchli@vontobel.ch
stefan.bungarten@bgbank.bk
stefan.bungarten@helaba.de
stefan.chappot@rmf.ch
stefan.collaud@credit-suisse.com
stefan.daetwyler@cic.ch
stefan.dahm@sparkasse-koelnbonn.de
stefan.dahmen@hsh-nordbank.co.uk
stefan.dahmen@hshnordbank.de
stefan.doerfler@erstebank.at
stefan.dudler@credit-suisse.com
stefan.duerler@ubs.com
stefan.dunatov@db.com
stefan.dvorak@nuernberger.de
stefan.eckert@cibasc.com
stefan.eckhardt@rzb.at
stefan.eichenberger@swisscanto.ch
stefan.elofsson@swedbank.com
stefan.ericson@sebny.com
stefan.feller@ubs.com
stefan.fimmen@sebam.de
stefan.fischer@ubs.com
stefan.franzen@swedbankrobur.se
stefan.friberg@seb.se
stefan.frischknecht@schroders.com
stefan.fritz@skpfcw.de
stefan.froehlich@credit-suisse.com
stefan.gaechter@sarasin.ch
stefan.gasser.2@credit-suisse.com
stefan.glaeser@bertelsmann.de
stefan.gothenby@alfredberg.se
stefan.gruenwald@rcm.at
stefan.guenther@cominvest-am.com
stefan.guenther@hafm.de
stefan.gundlach@aareal-bank.com
stefan.guter@afa.se
stefan.hartung@idsffm.com

stefan.heidel@kzvk.de
stefan.hein@wgz-bank.de
stefan.heinemann@ampegagerling.de
stefan.heinzerling@dws.com
stefan.hintermann@dresdner-bank.ch
stefan.hirter@dresdner-bank.ch
stefan.hofer@juliusbaer.com
stefan.hofrichter@allianzgi.de
stefan.hollidt@postbank.de
stefan.horvath@raiffeisenbank.at
stefan.huesler@rmf.ch
stefan.igel@nuernberger.de
stefan.illmer@csam.com
stefan.jaeggi@hyposwiss.ch
stefan.jager@robeco.nl
stefan.janoska@ubs.com
stefan.janssen@oppenheim.de
stefan.jarudd@brummer.se
stefan.jentzsch@hvb.de
stefan.jochum@dbla.com
stefan.johansson@sebny.com
stefan.k.kraeuchi@claridenleu.com
stefan.karbach@postbank.de
stefan.karolewicz@dekabank.de
stefan.kempf@commerzbank.com
stefan.kind@bankgesellschaft.lu
stefan.klee@db.com
stefan.klein@cominvest-am.com
stefan.klein@union-panagora.de
stefan.kloeti@claridenleu.com
stefan.kloss@dit.de
stefan.kopperud@dnb.se
stefan.krause@ubs.com
stefan.kreuzkamp@dws.com
stefan.krieger@ellington.com
stefan.kuehne@de.pimco.com
stefan.kunzmann@bkb.ch
stefan.lachhammer@cominvest-am.com
stefan.landolt@sl-am.com
stefan.laternser@centrumbank.com
stefan.lauinger@de.bosch.com
stefan.lechner@vkb.de
stefan.leusder@sachsenlb.de
stefan.lewellen@ubs.com
stefan.lewitus@commerzbank.com
stefan.liebl@allianzgi.de
stefan.loeffler@leu.com

stefan.lohr@brummer.se
stefan.ludolfinger@hyporealestate.de
stefan.lundbergh@dnb.se
stefan.lutz@credit-suisse.com
stefan.magerl@bayernlb.de
stefan.mandl@ba-ca.com
stefan.marelid@seb.se
stefan.martin@aberdeen-asset.com
stefan.meier@lbbw.de
stefan.meyer@vpbank.com
stefan.misik@juliusbaer.com
stefan.mueller@activest.de
stefan.muheim@claridenleu.com
stefan.muth@dws.de
stefan.neullens@telekom.de
stefan.nielsson@seb.se
stefan.nixel@dit.de
stefan.novak@csam.com
stefan.nydahl@amfpensions.se
stefan.ortseifen@ikb.de
stefan.pelgrim@cominvest-am.com
stefan.peterson@im.storebrand.no
stefan.pieters@ing.be
stefan.pihaule@naspa.de
stefan.pluess@akb.ch
stefan.pohl@dzbank.de
stefan.raetzer@dit.de
stefan.rahaus@nordlb.de
stefan.raida@vuw.de
stefan.reck@dzbank.de
stefan.reist@credit-suisse.com
stefan.requardt@kfw.de
stefan.richner@ubs.com
stefan.rocklind@nordea.com
stefan.roderer@ubs.com
stefan.rohrer@pioneerinvestments.at
stefan.rueter@conti.de
stefan.ruppel@hvb.de
stefan.rust@hsh-nordbank.com
stefan.sanne@allianz.de
stefan.schaedler@ubs.com
stefan.schandert@dit.de
stefan.schiesser@dzbank.de
stefan.schlatermund@hsh-nordbank.com
stefan.schmeling@bkb.ch
stefan.schmid@barclayscapital.com
stefan.schoeppner@dresdner-bank.com

stefan.schoppner@dresdner-bank.com
stefan.soellner@postbank.de
stefan.sonnerstedt@nordea.com
stefan.steinberger@union-investment.de
stefan.strassburg@blb.de
stefan.strugies@db.com
stefan.stucki@credit-suisse.com
stefan.suckop@erstebank.at
stefan.theis@gothaer.de
stefan.thiel@ampegagerling.de
stefan.thomsen@union-investment.de
stefan.tilch@essenhyp.com
stefan.tordai@seb.se
stefan.traut@gz-bank.de
stefan.tribull@l-bank.de
stefan.tsonev@dillonread.com
stefan.ufer@oppenheim.de
stefan.ullrich@drkw.com
stefan.unternaehrer@graffcapital.ch
stefan.wald@postbank.de
stefan.waldner@omv.com
stefan.weber@ubs.com
stefan.wetterlin@drkw.com
stefan.wick@claridenleu.com
stefan.wick@dresdner-bank.ch
stefan.wieler@juliusbaer.com
stefan.wilkes@rbcdexia-is.net
stefan.wills@barclaysglobal.com
stefan.wittig@dekabank.de
stefan.wolf@kfw.de
stefan.wolpert@axa-im.com
stefan.wuerz@lbbw.de
stefan.wurm@commerzbankib.com
stefan.zander@essenhyp.com
stefan.zimmermann@zkb.ch
stefan.zinn@idsffm.com
stefan.zuber@csam.com
stefan_boecker@westlb.de
stefan_bulla@bayerischerueck.com
stefan_gerlach@hkma.gov.uk
stefan_gotsche@commerzbank.com
stefan_hubrich@troweprice.com
stefan_verkroost@deltalloyd.nl
stefan-b.schauer@db.com
stefaned@ebrd.com
stefan-guenter.bauknecht@db.com
stefania.andreotti@sella.it

stefania.bianchi@seb.se
stefania.bolis@bancaintesa.it .
stefania.cantatore2@bancaintesa.it
stefania.dimauro@dalmineenergie.it
stefania.forti@bancaintesa.it
stefania.goggiano@bancacrasti.it
stefania.morotti@bpb.it
stefania.perrucci@morganstanley.com
stefanie.binder@dzbank.de
stefanie.inghelbrecht@fortis.com
stefanie.jaron@ntrs.com
stefanie.lehner@allianz.de
stefanie.marx@helaba.de
stefanie.ruf@lbbwuk.com
stefanie.scholtysik@ubs.com
stefanie.steiner@groups.novartis.com
stefanie.steinmeier@hsh-nordbank.com
stefanie.strabel@union-investment.de
stefanie.tholen@telekom.de
stefanie.tragier@trinkaus.de
stefanie.witte@novartis.com
stefanie.wright@bsibank.com
stefano.alberigo@ubm.it
stefano.alliata@banca.mps.it
stefano.amarilli@snamprogetti.eni.it
stefano.ambrosi@am.generali.com
stefano.baldazzi@carife.it
stefano.bellani@jpmorgan.com
stefano.bianchi@alpitour.it
stefano.bleve@lloydsbank.ch
stefano.bramerini@mpsfinance.it
stefano.burani@bancaintesa.co.uk
stefano.calderano@bancaintesa.it
stefano.canepa@bancaakros.it
stefano.cao@eni.it
stefano.carlino@sai.it
stefano.catalano@dexia-crediop.it
stefano.cavaglia@ubs.com
stefano.cei@corner.ch
stefano.cividini@bsibank.com
stefano.cortina@mpsgr.it
stefano.costagli@vegagest.it
stefano.dedola@arnerbank.ch
stefano.delpapa@azfund.com
stefano.didomizio@bancaintesa.it
stefano.disalvo@nab.ch
stefano.fiala@bsibank.com

stefano.frondoni@juliusbaer.com
stefano.furlanich@bancagenerali.it
stefano.fusi@meliorbanca.it
stefano.galli@bnpparibas.com
stefano.gambaro@bancaintesa.it
stefano.ghetti@arcafondi.it
stefano.gianinazzi@corner.ch
stefano.jermini@bsibank.com
stefano.melera@bsibank.com
stefano.migliore@bancaroma.it
stefano.minervini@stg.ch
stefano.montorsi@bper.it
stefano.mussati@credit-suisse.com
stefano.nannizzi@moorecap.co.uk
stefano.negri@alleanza.it
stefano.negri@intesavita.it
stefano.pallotti@rabobank.com
stefano.panerai@bpm.it
stefano.parisotto@helvetiapatria.ch
stefano.passera@bsibank.com
stefano.pastorino@sanpaoloimi.com
stefano.pedrini@dalmineenergie.it
stefano.perin@am.generali.com
stefano.piloni@azimut.it
stefano.pittaluga@mpsalternative.it
stefano.plaino@mediobanca.it
stefano.poli@bancalombarda.it
stefano.risi@bancaintesa.it
stefano.risoldi@enel.it
stefano.sclano@insightinvestment.com
stefano.scudiere@enel.it
stefano.siviero@ecb.int
stefano.socchi@juliusbaer.com
stefano.solferini@ubs.com
stefano.spurio@juliusbaer.com
stefano.tiraboschi@ubibanca.it
stefano.tommasi@antonveneta.it
stefano.veneziani@campisisim.com
stefano.x.nora@jpmorgan.com
stefano.ziglioli@mpsgr.it
stefano.zoffoli@ruedblass.ch
stefano_burrino@generali.com
stefano_comar@generali.com
stefano_meroi@generali.com
stefan-r.meyer@ubs.com
stefan-za.schneider@ubs.com
stefelino@gmx.ch

steffen.beier@dzbank.de
steffen.bender@feri.de
steffen.buchwald@postbank.de
steffen.heihoff@oppenheim.de
steffen.jaspers@commerzbank.com
steffen.jordan@seb.de
steffen.mack@lodh.com
steffen.quast@lbbw.de
steffen.ruespeler@kfw.de
steffen.schaefer@cominvest-am.com
steffen.schattner@postbank.de
steffen.tolzien@dresdner-bank.com
steffen.trippel@dzbank.de
steffen.vonhof@postbank.de
steffen.winnefeld@uk.fid-intl.com
steffen_panzone@putnam.com
stefka.tcherneva@commerzbankib.com
stefopoulou.i@combank.gr
stefopoulou.l@combank.gr
steiman@offitbank.com
stein.egil.valderhaug@orkla.com
steinbaa@deshaw.com
steing@emigrant.com
steinhauser.eric@rahnbodmer.ch
steinmt1@nationwide.com
steinulf.literud@dnb.no
steinunn.thordardottir@isb.is
stejames@cisco.com
stela.sejdini@bbh.com
stella.brown@northernrock.co.uk
stella.cosulich@am.generali.com
stella.dombrowsky@juliusbaer.com
stella.lou-delucia@corporate.ge.com
stella.magklivera@aig.com
stella.ng@asia.bnpparibas.com
stella.panu@aberdeen-asset.com
stella.vonahrentschildt@vuw.de
stella.wan@genmills.com
stella.yannoulakis@standardlife.ca
stella.yukhaev@aig.com
stellakwek@temasek.com.sg
stellaoh@mas.gov.sg
steller@us.ibm.com
stellos.pantelitdakis@axa-im.com
sten.holmberg@nib.fi
sten.lengroth@amfpension.se
stender.sweeney@uboc.com

stengeu@nationwide.com
stenjoukian@pictet.com
stenley@aegonusa.com
stensrudj@saccounty.net
step@nykredit.dk
stepahan.bingold@bfg-bank.lu
steph.allen@bankofamerica.com
steph.cremer@degroof.lu
steph.morti@uk.fid-intl.com
stephan.aguirre@janus.com
stephan.arnold@vontobel.ch
stephan.aschmann@sarasin.ch
stephan.bassas@blackrock.com
stephan.bloch@ubs.com
stephan.braendle@credit-suisse.com
stephan.bruch@dexiamfr-dexia.com
stephan.brunner@cbve.com
stephan.chauderna@nestle.com
stephan.christmann@adig.lu
stephan.demoulin@ubs.com
stephan.dietrich@sachsenlb.ie
stephan.eger@telekom.de
stephan.eichhorn@helaba.de
stephan.elmenhorst@credit-suisse.com
stephan.ertz@union-investment.de
stephan.feifer@hypointernational.com
stephan.feifer@lbbw.de
stephan.feller@hsbcpb.com
stephan.frerker@hsh-nordbank.com
stephan.fries@bhf.ing.com
stephan.gamper@baloise.ch
stephan.gliem@lbb.de
stephan.gruber@lodh.com
stephan.gscheidlen@lbbw-am.de
stephan.hans@ba-ca.com
stephan.hink@wgz-bank.de
stephan.hrdina@fmr.com
stephan.hrozek@hypovereinsbank.de
stephan.huber@juliusbaer.com
stephan.huebner@claridenleu.com
stephan.hug@credit-suisse.com
stephan.jaeger@juliusbaer.com
stephan.jud@ch.schindler.com
stephan.kamenar@generali.ch
stephan.kemper@westlb.de
stephan.kessler@morganstanley.com
stephan.knuser@mbczh.ch

stephan.krenboeck@zkb.ch
stephan.krotz@raiffeisenbank.at
stephan.laughlin@lmginv.com
stephan.locher@ubs.com
stephan.lukesch@amg.co.at
stephan.md@tbcam.com
stephan.meier@swissfirst.ch
stephan.michel@ubs.com
stephan.muehlner@oppenheim.de
stephan.mueller@devif.de
stephan.muhr@trinkaus.de
stephan.piron@dexia.be
stephan.scharrer@csam.com
stephan.scheller@bertelsmann.de
stephan.schilken@juliusbaer.com
stephan.schimberg@drkw.com
stephan.schmidbauer@blb.de
stephan.schmitt@telekom.de
stephan.schneider.ss1@bayer-ag.de
stephan.schneider@llb.li
stephan.schnell@dbi.de
stephan.scholl@db.com
stephan.schroeter@dzbank.de
stephan.schwarz@bankcoop.ch
stephan.sewelies@devif.de
stephan.simonidis@ids.allianz.com
stephan.sommer@tetrapak.com
stephan.stockert@ambgf.de
stephan.theissing@allianz.de
stephan.treschow@seb.se
stephan.troxler@swissfirst.ch
stephan.uebersax@credit-suisse.com
stephan.van.vliet@ap.ing.com
stephan.vonbismarck@fidelity.com
stephan.wagner@dekabank.de
stephan.welfonder@ahbr.de
stephan.werner@dws.de
stephan.wiemann@telekom.de
stephan.winkelmeier@hvb.de
stephan.wuttke@hypointernational.com
stephan.zeigler@sfs.siemens.de
stephan.zwahlen@mbczh.ch
stephan@keb.co.kr
stephan_eugster@swissre.com
stephan_plagemann@westlb.co.uk
stephan-c.schumann@db.com
stephane.arvanitis@inginvestment.com

stephane.astic@ubs.com
stephane.barthassat@claridenleu.com
stephane.baverez@bnpparibas.com
stephane.blanchoz@bnpparibas.com
stephane.boussidan@axa-im.com
stephane.buricod@ch.abnamro.com
stephane.cadieu@federal-finance.fr
stephane.cadoch@clamericas.com
stephane.caminati@cnce.caisse-epargne.fr
stephane.carregues@bnpparibas.com
stephane.casagrande@csam.com
stephane.castillo-soler@bnpparibas.com
stephane.cremer@degroof.lu
stephane.croisier@synchrony.ch
stephane.cuartero@bred.fr
stephane.cuerel@claridenleu.com
stephane.delacotardiere@bgpi.com
stephane.denise@bnpparibas.com
stephane.de-saint-hilaire@caam.com
stephane.desvernay@caam.com
stephane.dubost@caam.com
stephane.duperray@bnpparibas.com
stephane.dupuis@tres.bnc.ca
stephane.dutrey@caam.com
stephane.eglizeau@bnpparibas.com
stephane.egnell@exane.com
stephane.everaerts@atofina.com
stephane.geny@bnpparibas.com
stephane.guillaume@creditlyonnais.lu
stephane.gutbub@fr.abnamro.com
stephane.hamel@cooperneff-am.com
stephane.iacono@sanpaoloam.lu
stephane.jeanin@jpmorganfleming.com
stephane.jourdan@axa-im.com
stephane.jourdan@exane.com
stephane.landon@sgcib.com
stephane.laurent@hsh-nordbank.com
stephane.lavaud@bnpparibas.com
stephane.le-gall@federal-finance.fr
stephane.lepriol@axa-im.com
stephane.m.varin@aexp.com
stephane.marie-francoise@cpr-am.fr
stephane.monier@fortisinvestments.com
stephane.occhipinti@calyon.com
stephane.parent@dexia-am.com
stephane.parlebas@commerzbank.fr
stephane.rizzo@labanquepostale-am.fr

stephane.rochon@rbcinvestments.com
stephane.roffler@ing.be
stephane.sc.capette@dexia-bil.com
stephane.taillepied@caam.com
stephane.trarieux@cnp.fr
stephane.vannimmen@degroof.be
stephane.villarme@caam.com
stephane.waserman@eulia.com
stephane.willem@agf.be
stephane.wuethrich@juliusbaer.com
stephane.zeisel@barclays.com
stephane_boisier@swissre.com
stephane_echardour@aviva.fr
stephanie.akhal@sgam.com
stephanie.audy@pioneerinvestments.com
stephanie.babich@royalusa.com
stephanie.bishop@jpmorgan.com
stephanie.bonder@calyon.com
stephanie.brennan@westam.com
stephanie.cheung@tcw.com
stephanie.christie@wellsfargo.com
stephanie.cook@gm.com
stephanie.cook@towerfcu.org
stephanie.dain@pnc.com
stephanie.davis@citadelgroup.com
stephanie.douglas@zurich.com
stephanie.dusinski@citadelgroup.com
stephanie.faibis@sgam.com
stephanie.favre@credit-suisse.com
stephanie.feigt@siemens.com
stephanie.ferrieu@axa-im.com
stephanie.flanders@bbc.co.uk
stephanie.flavegece@ingim.com
stephanie.floquet@caam.com
stephanie.foster@alliancebernstein.com
stephanie.fowler@sumitomotrust.co.jp
stephanie.gabrielsson@amfpension.se
stephanie.goldman@agc.com
stephanie.h.decrevecoeur@usa.dupont.com
stephanie.heimerle@l-bank.de
stephanie.heinrichs@bhf-bank.com
stephanie.hiddinga-marelle@bnpparibas.com
stephanie.howard@csam.com
stephanie.kao@leumiusa.com
stephanie.kay@usbank.com
stephanie.kolacki@wmam.com
stephanie.kroesche.sk@bayer-ag.de

stephanie.landry@citadelgroup.com
stephanie.lappe@ubs.com
stephanie.lim@pioneerinvestments.com
stephanie.limond@blackrock.com
stephanie.limpc@uobgroup.com
stephanie.louie@gs.com
stephanie.loyxh@uobgroup.com
stephanie.maher@agf.com
stephanie.marelle@bnpparibas.com
stephanie.meyer@lacrosseglobal.com
stephanie.milby@db.com
stephanie.niven@gs.com
stephanie.packer@pimco.com
stephanie.pavillon@bnpparibas.com
stephanie.pless@caam.com
stephanie.rapp@hypovereinsbank.de
stephanie.rogers@americas.bnpparibas.com
stephanie.roth@fmr.com
stephanie.s.schneider@columbiamanagement.com
stephanie.schmueck@allianzgi.de
stephanie.scott@tres.bnc.ca
stephanie.selinger@barclaysglobal.com
stephanie.staar@bertelsmann.de
stephanie.tan@orix.com
stephanie.timsit@axa-im.com
stephanie.v.ruffie@jpmorgan.com
stephanie.weiss@fafadvisors.com
stephanie.windsor@ubs.com
stephanie.wong@mizuhocbus.com
stephanie.x.price@jpmorgan.com
stephanie.y.h.chan@hsbcpb.com
stephanie.yang@jpmorganfleming.com
stephanie.yardley@barclaysglobal.com
stephanie@chuomitsui-spr.com.sg
stephanie_anderson@ml.com
stephanie_gerrard@hen.invesco.com
stephanie_hallenbeck@putnam.com
stephanie_marshall@invesco.com
stephanie_setyadi@vanguard.com
stephanie_simon@acml.com
stephanie_skinner@freddiemac.com
stephanie_turner@cargill.com
stephanie_visayze@par.invesco.com
stephanie_wu@hen.invesco.com
stephanies@mcm.com
stephany.brenda@principal.com
stephen.a.bennett@aibbny.ie

stephen.a.bondi@jpmorgan.com
stephen.a.boyle@aibbny.ie
stephen.a.smith@morganstanley.com
stephen.adams@aegon.co.uk
stephen.andrews@jpmorganfleming.com
stephen.ashurst@insightinvestment.com
stephen.b.ward@schwab.com
stephen.balter@fmr.com
stephen.barclay@morganstanley.com
stephen.barnett@gs.com
stephen.bernardi@tudor.com
stephen.bernier@deshaw.com
stephen.bersey@db.com
stephen.binder@fmr.com
stephen.bond-nelson@opcap.com
stephen.booth@rlam.co.uk
stephen.bozeman@barclaysglobal.com
stephen.britt@truscocapital.com
stephen.buschbom@inginvestment.com
stephen.bykowski@fmr.com
stephen.byrne@bnlmail.com
stephen.c.walker@morganstanley.com
stephen.campagna@fmr.com
stephen.campisi@bankofamerica.com
stephen.candido@nuveen.com
stephen.cheng@lehman.com
stephen.chiu@citadelgroup.com
stephen.chung@morganstanley.com
stephen.church@bmonb.com
stephen.church@davy.ie
stephen.clout@credit-suisse.com
stephen.cole@moorecap.co.uk
stephen.coll@inginvestment.com
stephen.collins@pnc.com
stephen.connolly@ppm-uk.com
stephen.cook@westernasset.com
stephen.corliss@barclaysglobal.com
stephen.corry@slcam.co.uk
stephen.cummings@pioneerinvest.com
stephen.d.marchini@jpmorgan.com
stephen.davenport@pnc.com
stephen.demotto@gecapital.com
stephen.derrick@pimco.com
stephen.detommaso@aig.com
stephen.devos@corporate.ge.com
stephen.dirkes@clinton.com
stephen.docherty@aberdeen-asset.com

stephen.donovan@conocophillips.com
stephen.dougherty@inginvestment.com
stephen.drane@group.landg.com
stephen.driscoll@ibj.co.uk
stephen.dry@swip.com
stephen.esser@morganstanley.com
stephen.faldo@mhcb.co.uk
stephen.ficara@db.com
stephen.flynn@alliancebernstein.com
stephen.flynn@ubs.com
stephen.fredlund@thrivent.com
stephen.freedman@ubs.com
stephen.friscia@mackay.com
stephen.frost@chase.com
stephen.fulford@uk.fid-intl.com
stephen.futch@truscocapital.com
stephen.gallant@inginvestment.com
stephen.gelhaus@ge.com
stephen.gertz@pnc.com
stephen.gibbs@fmr.com
stephen.gorman@nab.co.uk
stephen.grant@isisam.com
stephen.greene@rbccm.com
stephen.grisanti@hcmny.com
stephen.haeckel@prudential.com
stephen.hall@swip.com
stephen.harasimowicz@columbiamanagement.com
stephen.hargreaves@csam.com
stephen.harris@hsh-nordbank.co.uk
stephen.harrison@omam.co.uk
stephen.hartnett@commerzbank.com
stephen.hermsdorf@fmr.com
stephen.hobbis@aberdeen-asset.com
stephen.hoedt@nationalcity.com
stephen.holliday@glgpartners.com
stephen.hollis@fandc.com
stephen.hotsma@nibc.com
stephen.howard@vanguard.com.au
stephen.hughes.3@claridenleu.com
stephen.hughes@dimensional.com
stephen.hughes@moorecap.com
stephen.hunt@btfinancialgroup.com
stephen.hunter@nordlb.com
stephen.hynes@gmacrfc.com
stephen.j.garibaldi@credit-suisse.com
stephen.j.mitchell@jpmorgan.com
stephen.j.park@db.com

stephen.j.salmon@bankofamerica.com
stephen.jenvey@fmr.com
stephen.johnson@53.com
stephen.johnson@db.com
stephen.johnstone@gartmore.com
stephen.jones@aegon.co.uk
stephen.jones@gartmore.com
stephen.joseph@gartmore.com
stephen.k.mayes@jpmorgan.com
stephen.kalajian@db.com
stephen.kaszynski@credit-suisse.com
stephen.kauke@citigroup.com
stephen.keck@tcw.com
stephen.keenan@fmr.com
stephen.kelly@axaframlington.com
stephen.kelly@framlington.co.uk
stephen.kim@barclaysglobal.com
stephen.kim@trs.state.tx.us
stephen.kimber@lloydstsb.co.uk
stephen.kirkham@uk.nomura.com
stephen.koeller@pncadvisors.com
stephen.kristofco@inginvestment.com
stephen.kwa@db.com
stephen.kyle-binkley@commerzbankib.com
stephen.langan@fmr.com
stephen.larosa@moorecap.com
stephen.lee@alliancebernstein.com
stephen.lee@barclaysglobal.com
stephen.lee@morleyfm.com
stephen.lee@robecousa.com
stephen.levitan@rbccm.com
stephen.lew@janus.com
stephen.lingard@fmr.com
stephen.lomas@dresdner-bank.com
stephen.lowe@morleyfm.com
stephen.lucas@juliusbaer.com
stephen.luker@saudibank.com
stephen.lynch@db.com
stephen.m.g.hodge@si.shell.com
stephen.m.quinn@aibbny.ie
stephen.m.szczepankiewicz@jpmorganfleming.com
stephen.m.williams@citigroup.com
stephen.macklow-smith@flemings.com
stephen.mak@wamu.net
stephen.marchini@jpmorgan.com
stephen.martin@fandc.co.uk
stephen.mathai-davis@aig.com

stephen.mccormick@moorecap.com
stephen.mccrory@sanpaoloimi.com
stephen.mcguire@lazard.com
stephen.mchugh@fhlbboston.com
stephen.meschenmoser@blackrock.com
stephen.meyer@usbank.com
stephen.miller@blackrock.com
stephen.mitchell@fmr.com
stephen.monto@nationalcity.com
stephen.moore@threadneedle.co.uk
stephen.morgan@bbandt.com
stephen.morris@aberdeen-asset.com
stephen.nash@cazenove.com
stephen.nazzaro@bbh.com
stephen.ng@ap.ing.com
stephen.notidis@rbc.com
stephen.osowiecki@fhlbboston.com
stephen.p.scharre@bankamerica.com
stephen.paice@bailliegifford.com
stephen.parlett@citadelgroup.com
stephen.parr@credit-suisse.com
stephen.parry@moorecap.com
stephen.pawlyshyn@gmacrfc.com
stephen.payne@framlington.co.uk
stephen.payne@lazard.com
stephen.peacher@columbiamanagement.com
stephen.peirce@rlam.co.uk
stephen.pelensky@morganstanley.com
stephen.peters@charles-stanley.co.uk
stephen.petersen@fmr.com
stephen.petretto@thehartford.com
stephen.petta@mizuhocbus.com
stephen.porteous@anfis.co.uk
stephen.pounds@inginvestment.com
stephen.r.carey@aibbny.ie
stephen.r.scott@db.com
stephen.r.sylvester@db.com
stephen.r.white@sunlife.com
stephen.rafferty@barclaysglobal.com
stephen.raneri@soros.com
stephen.reedy@db.com
stephen.reynolds@pimco.com
stephen.rich@mutualofamerica.com
stephen.rogers@barclaysglobal.com
stephen.rose@inginvestment.com
stephen.roseberry@pioneerinvest.com
stephen.rowenhorst@schwab.com

stephen.rudland@rbcdexia-is.com
stephen.russell@db.com
stephen.s.williams@shell.com
stephen.salemy@kbcaim.com
stephen.satter@aiminvestments.com
stephen.saunders@gmacm.com
stephen.schaller@chase.com
stephen.schofield@clamericas.com
stephen.schumm@barclaysglobal.com
stephen.scinicariello@blackrock.com
stephen.scott@lazard.com
stephen.sharman@gartmore.com
stephen.shea@bancamps.it
stephen.shone@royal-london.co.uk
stephen.sibley@westernasset.com
stephen.smith@ridgeworth.com
stephen.smith@wachovia.com
stephen.snowden@omam.co.uk
stephen.southgate@fandc.com
stephen.stretton@barcap.com
stephen.suo@tcw.com
stephen.tangnian@tt.rbtt.com
stephen.taylor@bapensions.co.uk
stephen.thornber@threadneedle.co.uk
stephen.tong@alliancebernstein.com
stephen.ts.chan@hk.standardchartered.com
stephen.turtle@threadneedle.co.uk
stephen.ventrello@pnc.com
stephen.waitt@fmr.com
stephen.walker@sgcib.com
stephen.way@agf.com
stephen.webster@aig.com
stephen.welch@hsh-nordbank.com
stephen.westbrook@jpmorgan.com
stephen.whitman@bbh.com
stephen.wilder@fmr.com
stephen.williams@sgcib.com
stephen.wingate@moorecap.co.uk
stephen.winterstein@pncbank.com
stephen.yarbrough@truscocapital.com
stephen_alosa@troweprice.com
stephen_anness@hen.invesco.com
stephen_bartolini@fanniemae.com
stephen_bergquist@iustrust.com
stephen_boggs@invesco.com
stephen_burke@ssga.com
stephen_burke@vanguard.com

stephen_conlon@lnotes3.bankofny.com
stephen_cropper@ml.com
stephen_currie@standardlife.com
stephen_d_barbaro@fleet.com
stephen_deibel@bankone.com
stephen_delaney@freddiemac.com
stephen_deletto@swissre.com
stephen_dexter@putnaminv.com
stephen_dowds@ntrs.com
stephen_driscoll@putnam.com
stephen_dunn@gb.smbcgroup.com
stephen_dunn@manulife.com
stephen_evans@ustrust.com
stephen_finamore@troweprice.com
stephen_finley@invesco.com
stephen_geis@notes.ntrs.com
stephen_grant@standardlife.com
stephen_haas@troweprice.com
stephen_hall@putnam.com
stephen_hill@manulife.com
stephen_hong@bnz.co.nz
stephen_j_nash@ssga.com
stephen_jasko@merck.com
stephen_jury@blackrock.com
stephen_k_mayes@bankone.com
stephen_kistner@ustrust.com
stephen_krajewski@ssga.com
stephen_lamacraft@invescoperpetual.co.uk
stephen_m_mcfee@vanguard.com
stephen_m_steenkamer@vanguard.com
stephen_mantle@ssga.com
stephen_masten@freddiemac.com
stephen_mccrow@standardlife.com
stephen_oconnell@newton.co.uk
stephen_o'connell@putnam.com
stephen_oler@putnam.com
stephen_peacher@putnam.com
stephen_pelensky@acml.com
stephen_penfold@blackrock.com
stephen_piatkowski@westlb.co.uk
stephen_puglisi@conning.com
stephen_rowntree@newton.co.uk
stephen_searl@conning.com
stephen_tait@standardlife.com
stephen_w_becker@fleet.com
stephen_w_kozeracki@vanguard.com
stephen_w_vandermark@putnam.com

**LBH - Derivatives Question and Email Service List**

stephen_watson@ntrs.com
stephen_weeple@standardlife.com
stephene.e.doty@db.com
stephenoleary@hsbc.com
stephenrooney@morganstanleyquilter.ie
stephens.brian@nbg.gr
stephensm@bloomberg.net
stephen-w.barrow@db.com
stepnauski@blackrock.com
stergios.saloustros@fandc.com
sterling.amy@principal.com
sterling.russell@benlife.com
sterling_haynes@ml.com
stern@bessemer.com
stern_jacques@accor.fr
sternda@bloomberg.net
sterneagee@bloomberg.net
steshigawara@bloomberg.net
stetz.ka@mellon.com
steuart.marshall@lazard.com
stev.beill@rbs.co.uk
stev.zaumseil@allianzgi.de
stevan.bajic@sarasin.ch
stevan.maglic@bmo.com
stevce.mojanovski@seb.se
steve.abel@norwich-union-life.co.uk
steve.abreu@greenpoint.com
steve.aguirre@pimco.com
steve.ahrens@prudential.com
steve.allen@nbkny.com
steve.ardovini@hcmny.com
steve.barker@morleyfm.com
steve.barrilleaux@barclaysglobal.com
steve.barwikowski@fmr.com
steve.beinhacker@alliancebernstein.com
steve.belisle@standardlife.ca
steve.bellman@pncbank.com
steve.berardi@do.treas.gov
steve.best@ubs.com
steve.bolsee@eurizoncapital.lu
steve.borgioli@fmr.com
steve.bowser@6thaveinvest.com
steve.braithwaite@fmr.com
steve.brasier@suntrust.com
steve.brennan@mizuho-cb.com
steve.bryan@huntington.com
steve.bullock@lloydstsb.co.uk

steve.burlingame@tcw.com
steve.calhoun@fmr.com
steve.carmichael@bellsouth.com
steve.carnaby@barclaysglobal.com
steve.chapman@axa-im.com
steve.chappell@halbis.com
steve.chasan@moorecap.co.uk
steve.chernyakhovsky@ge.com
steve.cherrier@bcbsnc.com
steve.chew@uk.bnpparibas.com
steve.christy@moorecap.co.uk
steve.chylinski@eagleasset.com
steve.clark@dfafunds.com
steve.cleal@morleyfm.com
steve.clements@nifa.org
steve.cowie@robecousa.com
steve.crawford@mortgagefamily.com
steve.d.drew@jpmorganfleming.com
steve.d.ellis@gs.com
steve.dembeck@db.com
steve.desalvo@wachovia.com
steve.doire@db.com
steve.doll@ftnmidwest.com
steve.dufour@fmr.com
steve.duncan@dws.de
steve.edney@citadelgroup.com
steve.eilenberg@deshaw.com
steve.elterich@fmr.com
steve.eubanks@treasurer.state.nc.us
steve.evans@tudor.com
steve.everest@db.com
steve.fielder@ubt.com
steve.fieler@hp.com
steve.fierstein@ge.com
steve.folker@53.com
steve.frost@chase.com
steve.frost@nctrust.com
steve.glod@lbfram.lu
steve.goldman@csam.com
steve.greenfield@moorecap.com
steve.greiner@allegiantgroup.com
steve.guihan@soros.com
steve.h.western@conocophillips.com
steve.hall@chase.com
steve.harrison@moorecap.co.uk
steve.harrison@nbad.com
steve.heath@lgim.co.uk

**LBH - Derivatives Question and Email Service List**

steve.henderson@sgcib.com
steve.hilbish@shenlife.com
steve.hlavin@nuveen.com
steve.hoffman@associatedbank.com
steve.holley@bescl.co.uk
steve.hong@pimco.com
steve.honsberber@lodh.com
steve.hwang@gs.com
steve.j.wang@jpmorgan.com
steve.janson@hsh-nordbank.co.uk
steve.johnson@komag.com
steve.johnson@northernrock.co.uk
steve.jones@soros.com
steve.joss@treasury.govt.nz
steve.kalin@us.bacai.com
steve.kalmin@himco.com
steve.kamman@fmr.com
steve.kaye@fmr.com
steve.kelley@sunlife.com
steve.kelly@pncbank.com
steve.kim@dresdnerrcm.com
steve.kirby@mhcb.co.uk
steve.klein@moorecap.com
steve.kluger@ge.com
steve.koomar@prudential.com
steve.krisik@harrisbank.com
steve.krupa@nuveen.com
steve.kuettel@state.mn.us
steve.kuhns@wellsfargo.com
steve.l.vielhaber@bankamerica.com
steve.lafontaine@ospraie.com
steve.lambdin@rsa-al.gov
steve.lawrence@janus.com
steve.levanti@corporate.ge.com
steve.lowe@thrivent.com
steve.luo@morganstanley.com
steve.mageras@ff.com
steve.mageras@first-franklin.com
steve.maget@hsbcpb.com
steve.marra@lazard.com
steve.mason@icap.com
steve.mathews@tudor.com
steve.matosziuk@calvert.com
steve.matsuo@bmo.com
steve.mccarthy@grneam.com
steve.mcdermott@us.icap.com
steve.mcginnis@nationalcity.com

steve.meltzer@fmr.com
steve.michel@juliusbaer.com
steve.miller@wamu.net
steve.milner@shell.com
steve.moehlman@prudential.com
steve.moeller@lehman.com
steve.moir@abbey.com
steve.monosson@osterweis.com
steve.moore@osterweis.com
steve.morris@sunlife.com
steve.moulder@gibuk.com
steve.myers@americo.com
steve.n.butler@uk.tesco.com
steve.napoli@prudential.com
steve.nelson@fmr.com
steve.ng@ubsw.com
steve.nichols@britannia.co.uk
steve.nielander@db.com
steve.noone@truscocapital.com
steve.norcutt@reliastar.com
steve.oconnell@slma.com
steve.page@sterlingsavings.com
steve.pan@dartmouth.edu
steve.pardoe@baesystems.com
steve.pascucci@fmr.com
steve.pearson@pncbank.com
steve.peterson@trs.state.tx.us
steve.philebrown@db.com
steve.philebrown@panmure.com
steve.philips@dexia-am.com
steve.pipp@associatedbank.com
steve.pochop@vontobel.ch
steve.poulin@gecapital.com
steve.prunuske@micorp.com
steve.putnam@csam.com
steve.puttock@uk.standardchartered.com
steve.quantrell@hsbcam.com
steve.r.brown@threadneedle.co.uk
steve.rayner@inginvestment.com
steve.reisenauer@inginvestment.com
steve.rich@mackayshields.com
steve.richardson@moorecap.co.uk
steve.ricks@wellscap.com
steve.roberts@jpmorganfleming.com
steve.robinson@aberdeen-asset.com.au
steve.rogers@agf.com
steve.rosen@fmr.com

steve.ross@advantuscapital.com
steve.roth@glgpartners.com
steve.ryder@morleyfm.com
steve.salopek@inginvestment.com
steve.sample@trs.state.tx.us
steve.santa-maria@bmo.com
steve.saperstein@prudential.com
steve.schifferes@bbc.co.uk
steve.schlott@cbcf-net.com
steve.schofield@soros.com
steve.schweitzer@shenkmancapital.com
steve.sedmak@inginvestment.com
steve.sedmark@inginvestment.com
steve.shapiro@firstmidwest.com
steve.sherrick@gcm.com
steve.shingiro@bnymellon.com
steve.shumake@frostbank.com
steve.simpers@chase.com
steve.skolnik@first-franklin.com
steve.smart@abnamrousa.com
steve.spencer@wamu.net
steve.stearns@wamu.net
steve.steinour@citizensbank.com
steve.thom@rbccm.com
steve.thomas@rabobank.com
steve.tonizzo@bpvn.lu
steve.tosi@instinet.com
steve.trabucco@bellsouth.com
steve.tsai@email.chinatrust.com.tw
steve.tubb@uk.calyon.com
steve.turley@bmo.com
steve.turman@invesco.com
steve.turner@morganstanley.com
steve.valadie@ftcm.com
steve.van.reempts@belga.be
steve.waddington@insightinvestment.com
steve.walt@db.com
steve.ward@mutualofamerica.com
steve.warner@morleyfm.com
steve.waygood@insightinvestment.com
steve.webb@uk.tesco.com
steve.weller@citadelgroup.com
steve.welter@fortis.lu
steve.white@ge.com
steve.whitehead@ppm-uk.com
steve.wilks@rabobank.com
steve.williamson@lloydstsb.co.uk

steve.wilson@clamericas.com
steve.wilson@evergreeninvestments.com
steve.wilson3@firstunion.com
steve.wizeman@mackayshields.com
steve.wood@ercgroup.com
steve.worthington@fmb.com
steve.wymer@fmr.com
steve.young@curian.com
steve.zaubi@delta-air.com
steve@aol.com
steve@apexfcu.com
steve@ardsley.com
steve@bpviinc.com
steve@incomeresearch.com
steve@pauzeassetmanagement.com
steve_burns@ml.com
steve_caffarelli@otfs.state.ga.us
steve_cao@aimfunds.com
steve_confessore@nylim.com
steve_costoff@fanniemae.com
steve_dilbone@key.com
steve_gianelli@putnam.com
steve_gorman@putnam.com
steve_gowsoski@bankone.com
steve_guggenmos@freddiemac.com
steve_horner@putnam.com
steve_hussey@acml.com
steve_karnes@putnam.com
steve_keleher@freddiemac.com
steve_kubis@ml.com
steve_lelaurin@invesco.com
steve_luehrmann@cinfin.com
steve_lurito@americancentury.com
steve_mahan@aimfunds.com
steve_mahoney@glenmede.com
steve_morrison@bankofscotland.co.uk
steve_olentine@swissre.com
steve_oristaglio@putnam.com
steve_point@glenmede.com
steve_richardson@aigi.com
steve_richter@troweprice.com
steve_riley@cgnu.net
steve_roth@americancentury.com
steve_shen@fanniemae.com
steve_soloria@cinfin.com
steve_t_smith@dell.com
steve_thompson@mgic.com

steve_tips@freddiemac.com
steve_triantafilidis@swissre.com
steve_tyson@mfcinvestments.com
steve_w_bright@bankone.com
steve_xia@vanguard.com
steve_yardley@blackrock.com
steve_zechello@putnam.com
stevea@amherstsecurities.com
steveb@ttmc.com
stevebrown@nb.com
stevecoleman@northwesternmutual.com
steveedelman@tagfolio.com
steveg@apam.com
steveg@turnerinvestments.com
stevej@primco.com
stevekimb@hotmail.com
stevel@cater-allen.co.uk
stevelowe@angloirishbank.ie
stevem@scm-lp.com
steven.a.rosen@citi.com
steven.abbott@nomura-asset.co.uk
steven.aitken@swipartnership.co.uk
steven.alcorn@rabobank.com
steven.algert@ucop.edu
steven.angelich@barclaysglobal.com
steven.baker@fandc.com
steven.barton@anfis.co.uk
steven.baumgarten@pnc.com
steven.beck@bankofamerica.com
steven.belluardo@citadelgroup.com
steven.bergman@tcw.com
steven.berrios@db.com
steven.binks@threadneedle.co.uk
steven.bobasch@socgen.co.uk
steven.boreham@lgim.co.uk
steven.bowen@halbis.com
steven.boyd@citadelgroup.com
steven.breen@ubs.com
steven.brodie@resolutionasset.com
steven.bulko@dillonread.com
steven.buller@fmr.com
steven.bullock@fmr.com
steven.burke@daiwausa.com
steven.caiazzo@mackayshields.com
steven.calhoun@fmr.com
steven.capouch@53.com
steven.cassidy@drkw.com

steven.center@wamu.net
steven.chan@schwab.com
steven.chen@fareastnationalbank.com
steven.childress@morgankeegan.com
steven.chubak@alliancebernstein.com
steven.cohen@mellon.com
steven.colton@phxinv.com
steven.connelly@ibtco.com
steven.cook@aig.com
steven.cooper@sunlife.com
steven.cornew@barclaysglobal.com
steven.cowcher@chase.com
steven.crooks@fmr.com
steven.crotteau@prudential.com
steven.d.jones@firstar.com
steven.d.woolford@citigroup.com
steven.dalzell@blackrock.com
steven.decoster@petercam.be
steven.delarosa@westernasset.com
steven.denny@protective.com
steven.desmyter@glgpartners.com
steven.devine@jpmorgan.com
steven.dick@morganstanley.com
steven.dryborough@nl.abnamro.com
steven.dutaut@bailliegifford.com
steven.dutaut@mondrian.com
steven.e.wharton@jpmorgan.com
steven.ellis@pnc.com
steven.eubanks@firstcitizens.com
steven.flin@icap.com
steven.frary@db.com
steven.frech@aberdeen-asset.com
steven.friedman@ny.frb.org
steven.fries@shell.com
steven.g.lee@jpmchase.com
steven.galbraith@bailliegifford.com
steven.ganss@frostsecurities.com
steven.gleason@pimco.com
steven.gottesman@phxinv.com
steven.gould@sgam.com
steven.goulden@blackrock.com
steven.grahame@ubs.com
steven.guyer@morganstanley.com
steven.h.ng@rbccm.com
steven.hale@calvert.com
steven.harms@xlgroup.com
steven.harnie@fortisinvestments.com

steven.hay@bailliegifford.com
steven.heimarck@fmr.com
steven.herbert@ubs.com
steven.heron@morganstanley.com
steven.hewitt@threadneedle.co.uk
steven.higgins@uk.fid-intl.com
steven.huang@lloydstsb.co.uk
steven.hughes@wachovia.com
steven.hung@schwab.com
steven.ikemura@uboc.com
steven.j.mcgarry@slma.com
steven.jerrit@lgim.co.uk
steven.johnson@fhlb.com
steven.jones@pimco.com
steven.jones@wachovia.com
steven.jung@morganstanley.com
steven.kaufmann@axa-winterthur.ch
steven.kaye@aberdeen-asset.com
steven.kellner@prudential.com
steven.kirk@uk.fid-intl.com
steven.kittrell@truscocapital.com
steven.kleiman@blackrock.com
steven.kohwk@uobgroup.com
steven.kok@ingim.com
steven.kreider@morganstanley.com
steven.kreider@msdw.com
steven.l.randall@bankofamerica.com
steven.lane@advantuscapital.com
steven.lee@thrivent.com
steven.letch@uk.fid-intl.com
steven.lilly@columbiamanagement.com
steven.lilly@nrucfc.org
steven.liu@ubs.com
steven.loeys@moorecap.co.uk
steven.logan@swipartnership.co.uk
steven.luetger@columbiamanagement.com
steven.lupacchino@pfpc.com
steven.m.peras@credit-suisse.com
steven.m.wilson@usa.dupont.com
steven.macdougall@tdsecurities.com
steven.madsen@db.com
steven.majocha@nb.com
steven.malin@bernstein.com
steven.marotta@ubs.com
steven.mathews2@halliburton.com
steven.maxwell@swipartnership.co.uk
steven.morfield@greenpoint.com

steven.morris@britannia.co.uk
steven.morrison@pioneerinvest.com
steven.moss@barclays.co.uk
steven.nussbaum@alliancebernstein.com
steven.oblack@morganstanley.com
steven.palmer@aig.com
steven.pearson@prudential.com
steven.pena@pncbank.com
steven.penn@db.com
steven.philebrown@panmure.com
steven.phillips@lgim.co.uk
steven.pollock@sgcib.com
steven.postal@ge.com
steven.powell@hsh-nordbank.co.uk
steven.powell@xlgroup.com
steven.r.ashley@wellsfargo.com
steven.r.segien@exxonmobil.com
steven.raab@prudential.com
steven.reynolds@wachovia.com
steven.ricchio@harrisbank.com
steven.richman@eastsidecap.com
steven.rosen@aig.com
steven.rosenberg@citadelgroup.com
steven.ryder@gecapital.com
steven.s.harraway@si.shell.com
steven.s.pfeiffer@wellsfargo.com
steven.santore@invescoaim.com
steven.sau@tcw.com
steven.sawyer1@wachovia.com
steven.schoen@gecapital.com
steven.schoenfeld@barclaysglobal.com
steven.schwimmer@ubs.com
steven.scrudato@db.com
steven.selerno@db.com
steven.sentler@libertymutual.com
steven.shapiro@pncbank.com
steven.shekane@morganstanley.com
steven.sherman@abnamro.com
steven.sherrick@rbsgc.com
steven.shin@morganstanley.com
steven.siegel@moorecap.com
steven.siem@blackrock.com
steven.silbermann@chase.com
steven.slaughter@ubs.com
steven.snider@fmr.com
steven.soranno@credit-suisse.com
steven.steyaert@ingim.com

steven.strycula@pnc.com
steven.stuart@shinseibank.com
steven.t.ho@jpmorganfleming.com
steven.t.mielke@jci.com
steven.tanz@prudential.com
steven.taylor@fortisinvestments.com
steven.theby@columbiamanagement.com
steven.theofanis@sunlife.com
steven.thesing@53.com
steven.tholl@wamu.net
steven.towers@morleyfm.com
steven.treftz@towersperrin.com
steven.tze@barclaysglobal.com
steven.vandepitte@ingim.com
steven.vankeirsbilck@umb.com
steven.w.johnson@jpmorgan.com
steven.w.johnson@jpmorganfleming.com
steven.ward@hsbcib.com
steven.weiss@ge.com
steven.winpenny@abnamro.com
steven.wittwer@ubs.com
steven.wolstenholme@icap.com
steven.wright@augustus.co.uk
steven.wyman@sunlife.com
steven.yorke@seb.se
steven.zagoren@libertymutual.com
steven.zapata@wachovia.com
steven@omega-advisors.com
steven@scm-lp.com
steven@sfc-uk.com
steven_a_russo@ssga.com
steven_anderson@progressive.com
steven_bachman@swissre.com
steven_bagley@putnam.com
steven_brannum@fanniemae.com
steven_brooks@em.fcnbd.com
steven_brooks@troweprice.com
steven_brown@nacm.com
steven_butler@scotiacapital.com
steven_carden@calpers.ca.gov
steven_chiou@ctxmort.com
steven_cutler@bankone.com
steven_dailly@standardlife.com
steven_desimone@putnam.com
steven_devejian@keybank.com
steven_e_deggendorf@fanniemae.com
steven_fazo@hsb.com

steven_fowler@ml.com
steven_hobbs@ustrust.com
steven_huber@troweprice.com
steven_j_santiccioli@ntrs.com
steven_kistner@ssga.com
steven_krichbaum@troweprice.com
steven_lerit@nylim.com
steven_lin@swissre.com
steven_lodge@standardlife.com
steven_lotwin@capgroup.com
steven_meier@ssga.com
steven_miller@acml.com
steven_mintz@timeinc.com
steven_ng@scotiamarkets.com
steven_petrie@westlb.com
steven_phillips@acml.com
steven_pumilia@cargill.com
steven_swann@standardlife.com
steven_t_lewis@ml.com
steven_van_de_wall@deltalloyd.nl
steven_way@standardlife.com
steven_williams@nylim.com
steven_wolcott@swissre.com
steven_wolken@keybank.com
steven_za.smith@ubs.com
steven_zhu@acml.com
stevenarthur@northwesternmutual.com
stevencario@bloomberg.net
stevenkoh@dbs.com
stevenliu@mail.cbc.gov.tw
stevenlyons@northwesternmutual.com
stevens.mcaleer@robecoinvest.com
stevens@ikos.com.cy
stevent@mcm.com
steventanel@phillip.com.sg
steventsui@dbs.com
steveproctor@bmonb.com
steveswanson@northwesternmutual.com
stevet@ibbfla.com
stevetallmadge@northwesternmutual.com
stevew@primco.com
stevewarren@northwesternmutual.com
stevewilson@northwesternmutual.com
stevie.noh@lazard.com
stewart.brad@edgeassetmgt.com
stewart.cowe@swipartnership.co.uk
stewart.davies@uk.bnpparibas.com

stewart.day@4086.com
stewart.fleming@abnamro.com
stewart.foley@aamcompany.com
stewart.gilmartin@sgam.co.uk
stewart.harding@shinseibank.com
stewart.kalish@nyc.rabobank.com
stewart.mcmillan@swipartnership.co.uk
stewart.meijer@abnamro.com
stewart.methven@aberdeen-asset.com
stewart.morrison@genworth.com
stewart.morton@anz.com
stewart.mudd@perpetual.co.uk
stewart.newnham@morleyfm.com
stewart.pemberton@jpmorganfleming.com
stewart.robertson@morleyfm.com
stewart.russell@moorecap.com
stewart.tan@insightinvestment.com
stewart.tanner@deshaw.com
stewart.whitehead@jpmorgan.com
stewart.wong@prudential.com
stewart@acorncapitalmgt.com
stewart_cowley@newton.co.uk
stewart_edginton@blackrock.com
stewart_sprague@mfcinvestments.com
stewarti@ebrd.com
stewart-kc.thong@aig.com
stfocken@nb.com
stg8@cornell.edu
stgrdi@hypostmk.co.at
sth@baupost.com
sth2@ntrs.com
stha01@handelsbanken.se
sthb@cgii.com
sthevard@eutelsat.fr
sthiriez@ifc.org
sthompson@montag.com
sthorm@ftci.com
sthumm@alger.com
sti@bankinvest.dk
stian.solberg@dnbnor.no
stierr@kochind.com
stig.berg@nordea.com
stig.jonsson@ap3.se
stig.zarle@fmr.com
stigfal@bloomberg.net
stigor@bi.go.id
stijn.dockx@fortisinvestments.com

stijn.huysentruyt@dexia.be
stijn.vanacker@ingim.com
stijn.vanvuchelen@agf.be
stillet@troweprice.com
stillinghast@sunamerica.com
stilwellbrianuser@company.com
stine.madsen@morganstanley.com
stine.pilegaard@db.com
stirons@wellington.com
stjae@danskebank.dk
stje01@handelsbanken.se
stjohn@bessemer.com
stk@lrc.ch
stl29@cornell.edu
stlampe@delinvest.com
stli03@handelsbanken.se
stli12@handelsbanken.se
stmchugh@microsoft.com
stmetsov@princeton.edu
stmh@capgroup.com
stny01@handelsbanken.se
stobin@jhancock.com
stobrien@wellington.com
stockex@cis.u-net.com
stockstrading@pictet.com
stodagishi@bloomberg.net
stoermer.brad@principal.com
stojanovic@bridport.ch
stokes.grymes@alexanderkey.com
stolarck@ebrd.com
stolboom@anthos.nl
stolep@metlife.com
s-tomioka@meiji-life.co.jp
stone.shi@deshaw.com
stone@deshaw.com
stone@pfdincome.com
stonebraker@aigfpc.com
stonesifer@adamsexpress.com
stong@calstrs.com
stong@tiaa-cref.org
stopyra@bloomberg.net
storrentn@creditandorra.ad
stoudems@strsoh.org
stow@ae-gis.com
stpang@bloomberg.net
stpark@westernasset.com
str@bloomberg.net

str@ubp.ch
strahlh@brinson.com
strain.bj@tbcam.com
straka@alpha.gr
strang_sarah@jpmorgan.com
strange.bernard@nbg.gr
strategy_development@swissre.com
strathearn.mc@mellon.com
stratos.nikolakakis@nl.abnamro.com
strauch@pimco.com
straum@tiaa-cref.org
streanor@hellerfin.com
strecker@russell.com
streeterd@usa.redcross.org
strepp@westernasset.com
stricklandss@aetna.com
stricknerg@bloomberg.net
stripsbob@bloomberg.net
stro05@handelsbanken.se
stroge@copera.org
stroh_karsten@jpmorgan.com
strohme@leggmason.com
stroll@troweprice.com
strousseau@gscpartners.com
struan_malcolm@ntrs.com
structured_products@pictet.com
structuredfinance.fim@bcee.lu
structuredproducts@alpha.gr
strueber@bloomberg.net
strugazowaz@bernstein.com
strusso@bankofny.com
strykerr@vankampen.com
stsai1@cathaylife.com.tw
stschultz@fdic.gov
ststone@aegonusa.com
s-tsubuku@yasuda-life.co.jp
s-tsuchida@nochubank.or.jp
s-tsuchimoto@clcm.co.jp
stuart.a.norman@aib.ie
stuart.a.schweitzer@jpmorgan.com
stuart.ames@citigroup.com
stuart.andrews@icap.com
stuart.atkinson@glgpartners.com
stuart.atwell@hsbchalbis.com
stuart.baker@shinseibank.com
stuart.barry@ing.com.au
stuart.beavis@hsbcgroup.com

stuart.bohart@morganstanley.com
stuart.boyle@fhlb.com
stuart.burrows@barclaysglobal.com
stuart.butler@juliusbaer.com
stuart.campbell@aberdeen-asset.com
stuart.clarke@drkw.com
stuart.coco@aiminvestments.com
stuart.cole@bankofengland.co.uk
stuart.crafer@fandc.com
stuart.crouch@citigroup.com
stuart.d.connell@jpmorgan.com
stuart.d.ward@jpmorgan.com
stuart.dalgleish@conocophillips.com
stuart.davidson@trs.state.tx.us
stuart.davies@arabbank.co.uk
stuart.davies@bankofengland.co.uk
stuart.dawkins@alliance-leicester.co.uk
stuart.doyle@barclaysglobal.com
stuart.eaton@insightinvestment.com
stuart.firth@csfb.com
stuart.fleet@seb.co.uk
stuart.forshaw@tilney.com
stuart.forsyth@barclaysglobal.com
stuart.fowler@axa-slim.co.uk
stuart.geddis@ikb.de
stuart.gibbs@hp.com
stuart.gray@aberdeen-asset.com
stuart.grimshaw@cba.com.au
stuart.hapin@jpmorganfleming.com
stuart.harris@csam.com
stuart.hawkins@threadneedle.co.uk
stuart.i.odell@intel.com
stuart.j.chaplin@si.shell.com
stuart.james@aberdeen-asset.com.au
stuart.jarvis@barclaysglobal.com
stuart.kraft@bmonb.com
stuart.landucci@db.com
stuart.liebeski@prudential.com
stuart.lissner@ppmamerica.com
stuart.low@ubs.com
stuart.luck@uk.fid-intl.com
stuart.maclean@jpmorganfleming.com
stuart.marshall@aberdeen-asset.com
stuart.mcmaster@swip.com
stuart.mcpherson@gs.com
stuart.milne@hsbc.com
stuart.moon@drkw.com

stuart.moon@ubs.com
stuart.mortimer-walker@db.com
stuart.newman@ubs.com
stuart.oatley@hsh-nordbank.co.uk
stuart.oneill@fandc.com
stuart.overend@aberdeen-asset.com
stuart.owen@barclaysglobal.com
stuart.parks@perpetual.co.uk
stuart.peck@lehman.com
stuart.phillips@fandc.com
stuart.piper@ubs.com
stuart.prince@gs.com
stuart.r.davies@usa.dupont.com
stuart.rae@bernstein.com
stuart.reeve@blackrock.com
stuart.ritson@morleyfm.com
stuart.robinson@bernstein.com
stuart.rollason@isisam.com
stuart.rose@marks-and-spencer.com
stuart.rosenthal@credit-suisse.com
stuart.schuster@jpmorgan.com
stuart.seeley@morganstanley.com
stuart.simpson@ftnmidwest.com
stuart.steven@swip.com
stuart.stevenson@sgcib.com
stuart.strasner@pncadvisors.com
stuart.talliss@axa-im.com
stuart.taylor@insightinvestment.com
stuart.taylor1@barclays.co.uk
stuart.thomson@resolutionasset.com
stuart.thresher@icap.com
stuart.udall@rbc.com
stuart.urquhart@barcap.com
stuart.vanarsdale@truscocapital.com
stuart.williams@ers.state.tx.us
stuart.williamson@uk.fid-intl.com
stuart.x.price@jpmorgan.com
stuart.young@csam.com
stuart_ashton@nylim.com
stuart_bennett@westlb.co.uk
stuart_biggar@ml.com
stuart_cohen@fanniemae.com
stuart_eaton@newton.co.uk
stuart_frohmaier@westlb.co.uk
stuart_gibson@bankofscotland.co.uk
stuart_hosansky@vanguard.com
stuart_j_fraser@standardlife.com

stuart_leitner@nacm.com
stuart_lindsay@standardlife.com
stuart_macarthur@standardlife.com
stuart_meldrum@blackrock.com
stuart_niman@blackrock.com
stuart_stanley@ldn.invesco.com
stuarta@bloomberg.net
stuartbridge@optiver.com
stuartc.beharry@aig.com
stuartjones@ups.com
stuarts@mizuhocap.com
stubbs@standishmellon.com
stucker@wasatchadvisors.com
studee@bloomberg.net
stufi@bloomberg.net
stumulty@msfi.com
stung@ifm.net.au
sturla.palsson@sedlabanki.is
sturner@fmcg.com
sturner@munichreamerica.com
sturner@xlserv.com
sturola@icbpi.it
stv@nbim.no
stvanacker@cordius.be
stwa05@handelsbanken.se
style1@bok.or.kr
styner@hibernia.com
styrrell@newstaram.com
styrrell@pictet.com
suan.tk@gmail.com
suanna.rockwell@pncbank.com
suarezj@bancsabadell.com
suauf@bancsabadell.com
subashini_chandran@scotiacapital.com
subbiah_subramanian@putnam.com
subesh.r.williams@gsk.com
subhaguha@yahoo.com
subhash.tripathi@ubs.com
subinl@bot.or.th
subodh.agarwal@ubs.com
subodh.baid@threadneedle.co.uk
subrata_ghose@putnam.com
subu.venkataraman@hcmny.com
sucha.m@tfb.co.th
sucheolkim@hanabank.com
sucheta.rawal@inginvestment.com
suchitra.ram@6thaveinvest.com

suchkov@vtb.ru
suchun.ma@bloomberg.net
sud.ad@adia.ae
sudarshan.rajan@aig.com
sudawanr@bot.or.th
sudeep.sarma@barcap.com
sudeept@stanford.edu
sudeshna.andre@caam.com
sudha.sethuraman@westernasset.com
sudha_garg@freddiemac.com
sudhanshu.x.khandelwal@bankofamerica.com
sudhansu.sahoo@ubs.com
sudhir.bhat@americas.bnpparibas.com
sudhir.sharma@aig.com
sudipto.banerji@uk.fid-intl.com
sudo@dl.dai-ichi-life.co.jp
sudpreel@bot.or.th
sudriepi@cmcic.fr
sue.abdullah@cgii.com
sue.bachman@wachovia.com
sue.christoph@fac.com
sue.collazo@sscims.com
sue.cory@ubs.com
sue.devereux@bmo.com
sue.dolan@citadelgroup.com
sue.enay@dfafunds.com
sue.gonzalez@pnc.com
sue.hartman@ubt.com
sue.hingley@lloydstsb.co.uk
sue.juan@email.chinatrust.com.tw
sue.kranjc@libertysavingsbank.com
sue.lawrence@bnpparibas.com
sue.p.bowley@aib.ie
sue.smith@ashmoregroup.com
sue_arnold@bankone.com
sue_bonfeld@ssga.statestreet.com
sue_burris@ssga.com
sue_downing@putnam.com
sueann.leong@fandc.com
suebrix@ftadvisors.com
suedb001@umn.edu
sueg@azoa.com
suehyun.kim@capgroup.com
suemeng.chan@blackrock.com
suerydz@fiduciarymgt.com
suetchee@temasek.com.sg
suezz@bloomberg.net

sufei.koo@tcw.com
sufoo@uob-oskam.co.my
sug@nbim.no
sugandhi@temasek.com.sg
sugar.ng@ap.nxbp.com
sugarkit@bloomberg.net
sugauchi@dl.dai-ichi-life.co.jp
sugawara_masaki@dn.smbc.co.jp
sugayat@po2.jsf.co.jp
sugiharto.widjaja@fmr.com
sugimok@po2.jsf.co.jp
sugimoto.t@daiwa-am.co.jp
sugimoto@nam.co.jp
sugimura@daiwasbi.co.jp
sugitat@nochubank.or.jp
sugizaki@dl.dai-ichi-life.co.jp
sugrue@ellington.com
suguru.yasuno@westernasset.com
sugx1967@yahoo.com.cn
suhail.arain@swipartnership.co.uk
suhail.dada@pimco.com
suhail@kpc.com.kw
suhari@bi.go.id
suhas.ghorpadkar@alliancebernstein.com
suhmg@bok.or.kr
su-ho_lee@acml.com
suicheng.wang@calyon.com
suikboon@bloomberg.net
sui-ping.yuen@dws.com
suiwahchan@whbhk.com
sujay@bnm.gov.my
sujinta.lin@bms.com
sujr@danskebank.dk
suk@offitbank.com
sukhbir.gill@blackrock.com
sukjunyang@bok.or.kr
sukkim@chb.co.kr
sukru_saman@fanniemae.com
sulaiman_ghaussy@freddiemac.com
sulamith.wuethrich@ubs.com
sulaszek@steinroe.com
sulbrich@bloomberg.net
sule.kusogullari@swisscanto.ch
sulick@tiaa-cref.org
sullivan@peteres.com
sullivanp@ndu.edu
sulp@capgroup.com

sultan.al-shehri@samba.com
sultan@sfc-uk.com
sum.pr@adia.ae
sum@nbim.no
sumathi.kesavan@hvbasia.com
sumeet.pillai@lloydstsb.co.uk
sumeet_bhalla@freddiemac.com
sumit.juneja@ubs.com
sumit.kapur@morganstanley.com
sumit.mehra@fmr.com
sumit.sharma.fi@fmr.com
sumit.sharma@tcw.com
sumita.ghosh@bankofengland.co.uk
sumitani@dl.dai-ichi-life.co.jp
sumith.kudroli@ge.com
sumit-s.gupta@ubs.com
sumiyoshi-matsuzaki@am.mufg.jp
summerge@rbcel.com
sumner.anderson@citadelgroup.com
sumner.j@tbcam.com
sun.min@icprc.com
sun@blackrockkelso.com
sun7@bluewin.ch
sunagawa8026@intra.cosmo-sec.co.jp
sunaina.murthy@aiminvestments.com
sunaina.suresh@gs.com
sunao_yokokawa@tr.mufg.jp
sunao-yokokawa@am.mufg.jp
suncholchoi@hanabank.com
sundarmurthy@rbi.org.in
sundeep.bhandari@in.standardchartered.com
sundeep.dhaliwal@suntrust.com
sundeep.gantori@ubs.com
sundeep.mullangi@ppmamerica.com
sune.jensen@nordea.com
suneil.mahindru@gs.com
sung.lee@capitalglobal.com
sung.w.sohn@norwest.com
sung_choi@freddiemac.com
sung_yoon@fanniemae.com
sung913@chb.co.kr
sungcc@gic.com.sg
sung-jin.park@samsung.com
sungtaek.woo@scfirstbank.com
sunguoshen@icbc.com.cn
sungwon@bok.or.kr
sungwookcho@hanabank.com

sunhee_oh@acml.com
suni@temasek.com.sg
sunian.davies@threadneedle.co.uk
sunil.annapareddy@citadelgroup.com
sunil.banker@edwardjones.com
sunil.dattani@ubs.com
sunil.kothari@pimco.com
sunil.krishnan@blackrock.com
sunil.reddy@53.com
sunil.sud@morganstanley.com
sunil.uppal@prudential.com
sunil_daswani@ntrs.com
sunish.panchal@uk.fid-intl.com
sunita.goklaney@threadneedle.co.uk
sunita.menon@morganstanley.com
sunita.phulara@fmr.com
sunita.sarathi@truscocapital.com
sunita.singh@pioneerinvest.com
sunitha_das@ssga.com
sunitha_thomas@putnam.com
sunjay.mulot@axa-im.com
sunjinli@citicib.com.cn
sunlu@bloomberg.net
sunmingchun@gmail.com
sunmye@kdb.co.kr
sunny.mehra@deshaw.com
sunny.pang@asia.bnpparibas.com
sunny.shreeve@truscocapital.com
sunny.tang@morganstanley.com
sunny.vachhani@canadalife.co.uk
sunnyk@nbf.ae
sunshine@wooribank.com
suntarou_tanaka@am.sumitomolife.co.jp
sunterhalter@exchange.ml.com
sunthart@bot.or.th
sunwei@citicib.com.cn
sunwkim@kdb.co.kr
suny_park@notes.ntrs.com
sunyi@citicbank.com
sunyu@icbc.com.cn
suparatt@bot.or.th
supawadp@bot.or.th
supotek@bot.or.th
suppachc@bot.or.th
supportfi@bloomberg.net
supreeyp@bot.or.th
supreo.ghosh@db.com

suraj.chopra@citadelgroup.com
suraj.gohil@kbcfp.com
suraj.kripalani@blackrock.com
surakij.saengtawesin@alliancebernstein.com
surasak.d@gototfb.com
surbhi.kumar@fmr.com
suren.markosov@morganstanley.com
surendran.rajasundaram@fandc.co.uk
suresh.krishnamoorthy@inginvestment.com
suresh.sadasivan@omam.co.uk
suresh.withana@uk.mizuho-sc.com
suresh_tata@smbcgroup.com
suri@pfdincome.com
surj.sandher@barclaysglobal.com
surline@bloomberg.net
suro.ghatak@fmr.com
suroor.khalife@unb.ae
surrina.hu@morganstanley.com
surya.devaguptapu@gibuk.com
surya.devaguptapu@nationwide.co.uk
surya@sandlercap.com
susaannebehrendt@gmx.de
susahteh@gic.com.sg
susan.atkins@alcoa.com
susan.bao@jpmorgan.com
susan.barrett@inginvestment.com
susan.beck@us.schroders.com
susan.berger@fmr.com
susan.blake@pncbank.com
susan.brewster@aberdeen-asset.com
susan.brown@morgankeegan.com
susan.buchsbaum@alliancebernstein.com
susan.burnett@morganstanley.com
susan.chang-hong@bmo.com
susan.chase@ny.frb.org
susan.chevalier@bankofamerica.com
susan.clarke@ubs.com
susan.courtney@prudential.com
susan.da-sie@standardlife.ca
susan.dewhurst@tudor.com
susan.driscoll@thehartford.com
susan.dulde@micorp.com
susan.dushock@columbiamanagement.com
susan.eckenberg@hypovereinsbank.de
susan.egger@pncbank.com
susan.everly@csam.com
susan.farrell@associatedbank.com

susan.gaynor@prudential.com
susan.grant@nationwide.co.uk
susan.gray@uk.bnpparibas.com
susan.greenleaf@mutualofamerica.com
susan.h.quigley@bankofamerica.com
susan.hajjar@fmr.com
susan.hickok@prudential.com
susan.hines@harrisbank.com
susan.hudson@ubs.com
susan.hughes@wellsfargo.com
susan.hunter@resolutionasset.com
susan.hutchison@mackayshields.com
susan.isquith@fhlbny.com
susan.johnson@chase.com
susan.k.miller@wellsfargo.com
susan.karlfeldt@amfpension.se
susan.kueper-roesnick@db.com
susan.l.johnson@fmr.com
susan.lay@usaa.com
susan.lee@wamu.net
susan.levermann@db.com
susan.lieberman@rbc.com
susan.livesey@rorerasset.com
susan.lucas@morganstanley.com
susan.lyons@pioneerinvestments.com
susan.m.chiavoli@jpmorgan.com
susan.m.vansciver@bofasecurities.com
susan.malone@westam.com
susan.mangiero@corporate.ge.com
susan.marron@citigroup.com
susan.martin@moorecap.com
susan.martland@db.com
susan.mccabe@jpmorganfleming.com
susan.mcdonald@thrivent.com
susan.mclaughlin@frbny.sprint.com
susan.mydlach@db.com
susan.o'brien@barings.com
susan.o'connor@ubs.com
susan.parekh@jpmorgan.com
susan.park@us.schroders.com
susan.pawlak.olson@aiminvestments.com
susan.perozzi@nuveen.com
susan.perrino@ppmamerica.com
susan.powell@fhlb-pgh.com
susan.pritchard@jpmorganfleming.com
susan.raessler@pimco.com
susan.roberts@jpmorgan.com

LBH - Derivatives Email Service List

susan.s.chen@morganstanley.com
susan.sanderson@columbiamanagement.com
susan.sheridan@uk.fid-intl.com
susan.signori@westernasset.com
susan.spinner@cominvest-am.com
susan.stevens@alexanderkey.com
susan.stiehm@ny.frb.org
susan.stuart@huntington.com
susan.sun@mizuho-cb.com
susan.suvall@tcw.com
susan.sweeney@po.state.ct.us
susan.thomson@bailliegifford.com
susan.trahan@gwl.com
susan.troia@chase.com
susan.vanzeyl@transamerica.com
susan.wagner@blackrock.com
susan.webb@pfizer.com
susan.ye@edwardjones.com
susan.zaferos@fmr.com
susan_a_stewart@keybank.com
susan_c_hart@fleet.com
susan_dondzik@notes.ntrs.com
susan_drake@aimfunds.com
susan_duffy@newton.co.uk
susan_foster@ssga.com
susan_graef@vanguard.com
susan_gray@scudder.com
susan_h_bailey@key.com
susan_hamilton@freddiemac.com
susan_hendrix@agc.com
susan_isetts@manulife.com
susan_km_cheng@hkma.gov.hk
susan_kroger@gap.com
susan_lindow@key.com
susan_macleod@putnam.com
susan_mccormack@putnam.com
susan_mcdowell@ml.com
susan_oh@ml.com
susan_parekh@bankone.com
susan_reigel@ssga.com
susan_ritchie@newton.co.uk
susan_royles@conning.com
susan_segovia@ci.richmond.ca.us
susan_sharrockyates@aviva.com
susan_smith@aimfunds.com
susan_tarry@standardlife.com
susan_troll@troweprice.com

susan_walton@ustrust.com
susan_witalis@key.com
susan_zelmanovich@acml.com
susana.aranda@jpmorgan.com
susana.dossantos@lodh.com
susana.ho@gs.com
susana.penarrubia@db.com
susana.sanchez@zurich.com
susana.santos@igcp.pt
susana.teixeira@bcp.pt
susanb@capraasset.com
susanchew@mas.gov.sg
susanchu@mas.gov.sg
susanclark@fmbonline.com
susanhoe@gic.com.sg
susank@mcm.com
susann.gunten@postbank.de
susann.moldenhauer@dws.com
susanna.binkert@csam.com
susanna.cefariello@db.com
susanna.cinelli@bancaintesa.it
susanna.jacob@barclaysglobal.com
susanna.jacob@citadelgroup.com
susanna.ould@chase.com
susanna_b_kondracki@freddiemac.com
susannah.bourke@bnpparibas.com
susanne.battegay@credit-suisse.ch
susanne.brandenberger@vontobel.ch
susanne.carrington@jpmorganfleming.com
susanne.cubera@bayernlb.de
susanne.didas@amg-invest.de
susanne.diehl@sparkasse-koelnbonn.de
susanne.fagerstolt@nib.int
susanne.gahler@fandc.com
susanne.gallie@insightinvestment.com
susanne.haag@de.pimco.com
susanne.hagel@lrp.de
susanne.hagen@activest.de
susanne.haury@evk.admin.ch
susanne.jakob@ahbr.de
susanne.joeckle@teamstatestreet.com
susanne.kaufmann@bis.org
susanne.kubik@sparkasse-krefeld.de
susanne.kundert@rmf.ch
susanne.leemann@ubs.com
susanne.lenz@db.com
susanne.mauss@dit.de

susanne.moosberger@ubs.com
susanne.noetling@ahbr.de
susanne.otruba@rmf.ch
susanne.patterson@lloydstsb.co.uk
susanne.ramer@swarovski.com
susanne.reichenbach@senfin.verwalt-berlin.de
susanne.reis@ids.allianz.com
susanne.rose@isbankgmbh.de
susanne.torren@zkb.ch
susanne.vandootingh@fortisinvestments.com
susanne.ward@amg-invest.de
susanne.wedig@deka.de
susanne.weitz@rwe.com
susanne.wild@allianz.de
susanne.willumsen@lazard.com
susanne.woelfinger@siemens.com
susanne.zech@csam.com
susanne.zimmermann@pirelli.com
susano@iadb.org
susanosborn@gic.com.sg
susanreed@tagfolio.com
susanteh@gic.com.sg
su-seino@ja-kyosai.or.jp
sushant.sharma@mbczh.ch
susi@chinalife.com.tw
susian.phoa@schroders.com
susie.anderson@associatedbank.com
susie.fenton@ing.com.au
susie.jana@fandc.com
susie.wilson@pimco.com
susie_rathsombath@ssga.com
suspeed@cathayconsult.com.tw
susrut.kesari@bernstein.com
susumu.kato@jp.calyon.com
susumu.tominaga@schroders.com
susumu_aono@tr.mufg.jp
susumu_aramaki@am.sumitomolife.co.jp
susy_m_kim@vanguard.com
sutcliffe.spencer@principal.com
suter@mail.nrucfc.org
sutherland.b@bimcor.ca
su-tung_lee@acml.com
suty.joe@edgeassetmgt.com
suur01@handelsbanken.se
suzan.dorul@capitalia-am.com
suzan.peeters@pggm.nl
suzan.saville@fhlbtopeka.com

suzana.simasmachado@bcb.gov.b
suzana.zankova@credit-suisse.com
suzanna.quinn@avon.com
suzannah.grady@aig.com
suzanne.andre@rbsgc.com
suzanne.becker@uk.fid-intl.com
suzanne.boughner@frbny.sprint.com
suzanne.boulle@gecapital.com
suzanne.bouteloup@edf.fr
suzanne.bullock@ibtco.com
suzanne.cartan@bnpparibas.com
suzanne.e.moran@csam.com
suzanne.flynn@pioneerinvestments.com
suzanne.hone@morganstanley.com
suzanne.howarth@ibtco.com
suzanne.jagernauth@morganstanley.com
suzanne.karpick@dpimc.com
suzanne.kitscha-lambillon@ca-suisse.com
suzanne.laing@gmacrfc.com
suzanne.laronde@fmr.com
suzanne.m.doyle@aib.ie
suzanne.mccarthy@aibbny.ie
suzanne.mckenzie@schwab.com
suzanne.morrison@wachovia.com
suzanne.rhen@nationalcity.com
suzanne.rogers@cgii.com
suzanne.sharp@bnpparibas.com
suzanne.smith@insightinvestment.com
suzanne.spink@hsbcpb.com
suzanne.tosini@calvert.com
suzanne_austin@em.fcnbd.com
suzanne_cho@troweprice.com
suzanne_deshaies@putnam.com
suzanne_knox@bankone.com
suzanne_schwartz@statestreet.com
suzanne_wilcox@ustrust.com
suzanneseabolt@firstcommercialbank.com
suzie.demer@bankofamerica.com
suzie.kemp@csam.com
suzuka@dl.dai-ichi-life.co.jp
suzuka@nam.co.jp
suzuki.hide@daiwa-am.co.jp
suzuki.masaaki@daido-life.co.jp
suzuki.miho@kokusai-am.co.jp
suzuki.s@daiwa-am.co.jp
suzuki.tomomi@kokusai-am.co.jp
suzuki_mami@hh.smbc.co.jp

suzuki02335@nissay.co.jp
suzuki02418@nissay.co.jp
suzuki-0g22@jp.nomura.com
suzuki16846@nissay.co.jp
suzuki-1hk9@jp.nomura.com
suzuki-atsushi3@itochu.co.jp
suzuki-hiromichi@sc.mufg.jp
suzukis@bernstein.com
suzy.chapman@westam.com
suzy.hinds@citadelgroup.com
suzy.margretts@lloydstsb.co.uk
suzy.ramos@barclaysglobal.com
sva6@cornell.edu
svallaure@invercaixa.es
svalverde@bloomberg.net
svanallen@wmgf.net
svanalstyne@jennison.com
svanberg.gudnason@glitnir.is
svanderbreetstra@worldbank.org
svandyke@bayharbour.com
svanhouten@perrycap.com
svante.elfving@brummer.se
svante.elving@brummer.se
svante.sundholm@nordea.com
svanzee@fhlbdm.com
svava.sverrisdottir@glitnir.is
svazquezh@uef.es
svbalach@allstate.com
svc@brgco.com
svc@clinton.com
svchivukula@wellington.com
svecchi@epo.nl
svecchi@epo.org
svein.aage.aanes@dnbnor.no
svein.stokke@citigroup.com
sveinivar.mossige@dnb.no
sveins@statoilhydro.com
sveinung.drydal@kbank.no
svejg@unibank.dk
svelori@comptroller.nyc.gov
sveluri@voyageur.net
sveluz@lib.com
sven.bartel@dekabank.de
sven.becker@postbank.de
sven.belewitsch@lbb.de
sven.bucher@zkb.ch
sven.carlsson@ericsson.com

sven.corsenca@credit-suisse.com
sven.craeynest@dexia-am.com
sven.degreef@fortisinvestments.com
sven.diehl@db.com
sven.dittmer@fskag.de
sven.elowson@dnbnor.com
sven.falkenhagen@devif.de
sven.helsen@bnpparibas.com
sven.hoelzer@union-investment.de
sven.hogsep@gs.com
sven.johansson@skurupssparbank.se
sven.kaiser@oppenheim.de
sven.knobel@lbb.de
sven.krause@bb-invest.de
sven.lautenschlaeger@l-bank.de
sven.luebs@dresdner-bank.com
sven.madsen@bhf.ing.com
sven.madsen@hauck-aufhaeuser.de
sven.marzahn@bhf.com
sven.morell@gehe.de
sven.nitzsche@hvb.de
sven.norgaard@klp.no
sven.oesch@lgt.com
sven.oestmann@uk.fid-intl.com
sven.olson@db.com
sven.petersen@sachsenlb.ie
sven.rissmueller@dzbank.de
sven.rudolf@wmam.com
sven.rump@db.com
sven.scholze@fandc.com
sven.schubert@credit-suisse.com
sven.seeber@credit-suisse.de
sven.simon@sv-versicherungen.de
sven.smit@fandc.com
sven.sommer@credit-suisse.com
sven.steinberger@db.com
sven.thoma@deka.de
sven.thomas@postbank.de
sven.trahan@ba-ca.com
sven.van.kemenade@morganstanley.com
sven.van-den-bogaert@ingim.com
sven.weinhold@hsh-nordbank.com
sven_kaiser@swissre.com
svenbakker@saemor.com
svenbouman@saemor.com
sverdun@munder.com
svernal@fhlbc.com

sverre.schaanning@bgu.lu
sverre.thornes@klp.no
svertheim@mmwarburg.com
sveta.obin@bernstein.com
svetlana.bukharina@bankofamerica.com
svetlana.petrischeva@gb.smbc.com
svetlin.p.petkov@jpmchase.com
svfox@templeton.com
svi@petercam.be
svichness@tiaa-cref.org
sviebrock@valueline.com
svijay@nb.com
svilardell@creditandorra.ad
svilarindo@dlbabson.com
svilen.ivanov@bwater.com
svillarindo@massmutual.com
svincent@reamsasset.com
svirgilio@tiaa-cref.org
svisloskie@unbmountcarmel.com
svitek.dusan@slsp.sk
svitlana_gubriy@standardlife.com
svito@ftci.com
svkwok@bloomberg.net
svo@petercam.be
svogel@dkpartners.com
svoulgaris@nb.com
svoulgaris@williamblair.com
svp@fortisclearing.com.au
sw.chan@nbksg.com.sg
sw@gruss.com
sw@pallmallpartners.com
sw13@ntrs.com
sw68@ntrs.com
s-wada@ioi-onpo.co.jp
swadams@bankofny.com
swaddell@wescorp.org
swagle@jwseligman.com
swagner@federatedinv.com
swahnon.londres@sinvest.es
swain@chase.com
swain_julie@fsba.state.fl.us
swalker@blackrock.com
swalker@oppenheimerfunds.com
swalsh@wgtrading.com
swalters@fhlbatl.com
swalton@dadco.com
swalworth@markelcorp.com

swanand.kelcar@morganstanley.com
swancier@metlife.com
swangseb@bloomberg.net
swankp@aeltus.com
swap@kokusai.co.jp
swapnil.karnik@columbiamanagement.com
swaps.operations@westernasset.com
swaps@hmc.harvard.edu
swapsvaluation@bft.fr
sward@newstaram.com
swardwell@ssrm.com
swarman@mandtbank.com
swati.mittal@ubs.com
swati.tewari@ubs.com
swatland@deshaw.com
swatson@fhlbatl.com
swaugh@ubs.com
swee.leong@uk.abnamro.com
swee-chiew.tan@asiaparibas.com
sweichle@wintrust.com
sweidel@metzler.com
sweinand@cantor.com
sweinberg@pjc.com
sweiner@nb.com
sweiner@payden-rygel.com
sweinstein@fftw.com
sweiss@nb.com
sweiss@union-investment.de
sweitzer_alicia@jpmorgan.com
swen.molteni@ubs.com
swendell@loews.com
sweng@amre.com
swenson.mark@luthbro.com
swerner@vegapartners.com
sweta.asnotkar@alliancebernstein.com
sweta.saxena@bis.org
swetha.ramachandran@alliancebernstein.com
swetlana.laube@bahn.de
swetter@bankofny.com
swhite@hbk.com
swhittaker@newstaram.com
swicken@bloomberg.net
swiedemann@divinv.net
swiggett@tahoeadvisors.com
swigmore@blackrock.com
swilliamson@cenlar.com
swillis@jennison.com

swillmes@bloomberg.net
swillson@hotmail.com
swilson@investcorp.com
swilson@sarofim.com
swinchac@ebrd.com
swindell@adamsexpress.com
swisaa@bot.or.th
swit@spfbeheer.nl
swittman@munder.com
swlee@wooribank.com
swmok@lehman.com
swolfson@us.nomura.com
swolkowicki@tiaa-cref.org
swolrich@tiaa-cref.org
swolson@statestreet.com
swong@frk.com
swong@lordabbett.com
swong@tre.state.ma.us
swong-ng@ssga.com
swoodcock@nb.com
swoods@aflac.com
swoods@barbnet.com
swoolf@barbnet.com
swoppow@colognere.com
swords.e@tbcam.com
sworr@nysif.com
sworth@unitymgmt.com
swortman@lordabbett.com
swpark@bloomberg.net
swro@pggm.nl
sws@bok.or.kr
swsi@bloomberg.net
swsuh@bok.or.kr
swsukianto@bankbii.com
swteo@bloomberg.net
swuthrich@pasche.ch
sx33@cornell.edu
sxchen@metlife.com
sxhill@delinvest.com
sxj@columbus.com
sxrogers@bloomberg.net
sxu@investec.co.za
sxue@princeton.edu
sy.kim@hanabank.com
syafiq@bloomberg.net
syafiq@bnm.gov.my
syanar@meag.com

syang@alger.com
syang@standishmellon.com
syang01@hanmail.net
syarcia@tiaa-cref.org
s-yasuda@meiji-life.co.jp
syasuda@statestreet.com
s-yasui@nochubank.or.jp
syb.s.bartlema@shell.com
sybella.stanley@reedelsevier.com
sybril.lau@credit-suisse.com
sycheong@kdb.co.kr
sycho99@hotmail.com
sychuang@cathaylife.com.tw
sychung@templeton.com
sychung@woobibank.com
syd.wilkinson@threadneedle.co.uk
syd@capgroup.com
sydney.guilder@tcw.com
sydney.xu@soros.com
syeary@valueline.com
syed.ali@thehartford.com
syed.hasnain@alliancebernstein.com
syed.saleemuddin@ubs.com
syed.shah@wachovia.com
syeo@blackrock.com
syeung2@templeton.com
sygoh@bnm.gov.my
syh@kfb.co.kr
syhong@kdb.co.kr
syi@ubp.ch
sykes_nicholas@fsba.state.fl.us
sylke.schaefer@westhyp.de
sylvain.afriat@db.com
sylvain.barrette@db.com
sylvain.bornand@bcv.ch
sylvain.bruley@cpr-am.fr
sylvain.de.ruijter@ingim.com
sylvain.debus@dexia-am.com
sylvain.desouza@axa-im.com
sylvain.dupuis@bnpparibas.com
sylvain.fritsch@bmo.com
sylvain.honold@ubs.com
sylvain.massot@lodh.com
sylvain.petit@cnce.caisse-epargne.fr
sylvain_pommeret@smabtp.fr
sylvan_feldstein@glic.com
sylveline.besson@ca-suisse.com

sylvester.dube@ubs.com
sylvester.heyn@henkel.com
sylvester.njenga@nuveen.com
sylvester.williams@firstcitizens.com
sylvia.beck@drkw.com
sylvia.chung@ms3.chb.com.tw
sylvia.corum@huntington.com
sylvia.dresel-waibel@ubsw.com
sylvia.foerster@basler.ch
sylvia.fulk@ppmamerica.com
sylvia.hassert@sparkasse-koelnbonn.de
sylvia.kambouris@jpmorgan.com
sylvia.lause@sparkasse-hannover.de
sylvia.mittermann@erstebank.at
sylvia.neuner@lbbw.de
sylvia.radbourn@bg-group.com
sylvia.strausz@bsibank.com
sylvia.vyrostko@sunlife.com
sylvia.walter@sl-am.com
sylvia.wiensgoll@provinzial.com
sylvia.windlinger@fortisinvestments.com
sylvia.wm.woo@citi.com
sylvia.wu@chinatrust.com.tw
sylvia@allianz.de
sylvia@mail.cbc.gov.tw
sylvia_garcia@freddiemac.com
sylvia_kwong@db.com
sylviane.fuzewski@cail.lu
sylviap@bankisrael.gov.il
sylvie.bratel@cnce.caisse-epargne.fr
sylvie.delaguiche@caam.com
sylvie.delamotte@ingferri.fr
sylvie.demonceau@ethias.be
sylvie.fromont@vendome.com
sylvie.golay@credit-suisse.com
sylvie.gros@caam.com
sylvie.jeanjean@ratp.fr
sylvie.kichenin@sgcib.com
sylvie.lecomte@axa-im.com
sylvie.lucot@thalesgroup.com
sylvie.morvan@dvbbank.com
sylvie.rodrigues@socgen.com
sylvie_morvan@mtbcny.com
sylvio.de.castro@nl.abnamro.com
sylwia.buechel@vpbank.com
symon.bradford@rlam.co.uk
symon.scott@resolutionasset.com

sympool@bok.or.kr
syndication.uk@mail.notes.bank-of-china.com
syndications@alpha.gr
synergy@kbcfp.com
synsmsherman@ocbc.com.sg
syona.shingla@db.com
syoneda@sompo-japan.co.jp
syonglee@bok.or.kr
syoo@stanford.edu
s-yoshino@nochubank.or.jp
syouhei_rin@tokaitokyo.co.jp
sypark@kdb.co.kr
syquek@delinvest.com
syr.na@adia.ae
syrae@hanmail.net
syrichas@centralbank.gov.cy
sysops@tudor.com
sysun@bloomberg.net
sytang@mas.gov.sg
sytze.bouius@statestreetnl.com
syukri.jais@bia.com.bn
syunichi_matsuba@ho.rokinbank.or.jp
syunji_shiima@tokaitokyo.co.jp
szaboj@mnb.hu
szabov@mnb.hu
szakely@evergreeninvestments.com
szancanella@pictet.com
szanzi@pictet.com
szauske@bloomberg.net
szb6192@red.cam.es
szemanc@hmc.harvard.edu
szenicole@ocbc.com.sg
szervos@oppenheimerfunds.com
szetan@princeton.edu
szeyee.chan@barclayscapital.com
sziemke@hellerfin.com
szinser@europeancredit.com
szlobin@vtb.ru
szmidt@bloomberg.net
szucsg@mnb.hu
szuercher@krafteurope.com
szuo@zscap.com
szutsb@otpbank.hu
szych@us.ibm.com
t.akimoto@yasuda-life.co.jp
t.alkhereiji@alahli.com
t.amano@aozorabank.co.jp

t.anderson@fordfound.org
t.asada@noemail.com
t.bianchi@bpl.gruppobipielle.it
t.borrie@robeco.nl
t.botteldooren@robeco.nl
t.brown@bspf.co.uk
t.bussone@easternbk.com
t.bykova@robeco.nl
t.c.beriker@finansbank.nl
t.daba@ncbc.com
t.davenport@mwam.com
t.donino@fnysllc.com
t.doris@mwam.com
t.eriksson@wartsila.com
t.fakhro@ncbc.com
t.foley@qic.com
t.frederiksen@nordea.com
t.french@leggmasoninvestors.com
t.hayim@hsbc.guyerzeller.com
t.hempel@bloomberg.net
t.higuchi@usa.net
t.hirota@ny.tr.mufg.jp
t.inaba@aozorabank.co.jp
t.iwamoto@xm.mitsui.co.jp
t.jansen@robeco.nl
t.jenkins@wafra.com
t.jonkman@robeco.nl
t.julin@afdb.org
t.kanemaru@noemail.com
t.khoujah@alahli.com
t.kobayashi@skam.co.jp
t.kumakura@noemail.com
t.langohr@inka-kag.de
t.leonard@bloomberg.net
t.m.de.bie@dnb.nl
t.manabe@mitsui.com
t.mccune-vassilev@olayangroup.com
t.mclaren@sumitomotrust.co.jp
t.mieda@noemail.com
t.mita@meijiyasuda.co.jp
t.miyagi@noemail.com
t.miyazaki@bloomberg.net
t.naaijkens@robeco.nl
t.nakagawa@ja-bank-fukui.or.jp
t.nakamura@noemail.com
t.nakano@noemail.com
t.nishijima@jabankkyoto.or.jp

t.oconnell@eib.org

t.okuda@aozorabank.co.jp

t.osawa@aozorabank.co.jp

t.oyama@aozorabank.co.jp

t.putters@robeco.nl

t.rea@apioil.com

t.reeg@newportglobaladvisors.com

t.rieck@qic.com

t.saeki@mitsui.com

t.sawamura@mitsui.com

t.schneider@frankfurt-trust.de

t.schroeter@inka-kag.de

t.stevens@nyc.rabobank.com

t.tajima@noemail.com

t.takahashi@noemail.com

t.tanami@noemail.com

t.tang@dbv.nl

t.tanimoto@noemail.com

t.ueda@ny.tr.mufg.jp

t.umino@aozorabank.co.jp

t.usugaya@mitsui.com

t.uzawa@aozorabank.co.jp

t.wang@robeco.nl

t.wiersma@robeco.nl

t.winkler@provequity.com

t.woodward@hermes.co.uk

t.yamada@aozorabank.co.jp

t.yamaguchi@ny.tr.mufg.jp

t.yanagiya@aozorabank.co.jp

t_ameriana@bi.go.id

t_f_bacon@amrcorp.com

t_fujii@nam.co.jp

t_hirose@nam.co.jp

t_kienler@bankaudi.ch

t_kitagawa@nam.co.jp

t_mangam@putnam.com

t_matsushita@nam.co.jp

t_takahashi@nam.co.jp

t_tang@putnam.com

t_theodorsen@ml.com

t_yamaguchi@nam.co.jp

t_yoshida@nam.co.jp

t0632521@pmail.tepco.co.jp

t1.hasegawa@aozorabank.co.jp

t1.katou@aozorabank.co.jp

t1.murakami@aozorabank.co.jp

t1.takeuchi@aozorabank.co.jp

t15214@meijiyasuda.co.jp
t15898@meiji-life.co.jp
t15942@meiji-life.co.jp
t16149@meiji-life.co.jp
t16208@meiji-life.co.jp
t16426@meijiyasuda.co.jp
t16558@meiji-life.co.jp
t16614@meiji-life.co.jp
t17400@meiji-life.co.jp
t1-ishii@nissay.co.jp
t2.takahashi@aozorabank.co.jp
t2_ito@nam.co.jp
t2-amano@nissay.co.jp
t2-kobayashi@ioi-sonpo.co.jp
t2t@capgroup.com
t3.matsui@aozorabank.co.jp
t318142@bloomberg.net
t320781@bloomberg.net
t4_ito@nam.co.jp
ta.goto@mitsui.com
ta.mizuno@xm.mitsui.co.jp
ta@cumberassoc.com
ta@gruss.com
ta1-murakami@meijiyasuda.co.jp
ta99018@adk.jp
taah@capgroup.com
taanliker@midamerican.com
tabitha.dearden@ing.com.au
tabitha_waithaka@ssga.com
tabler-yosha@strsoh.com
taboal@tcwgroup.com
tabraham@federatedinv.com
taco.lens@fortisinvestments.com
tacrr@bloomberg.net
tactical&risktrading@lehman.com
tad.anderson@gwl.com
tad.fukushima@db.com
tad@ultan.net
tada.ino@bloomberg.net
tada@daiwa-am.co.jp
tadahiko_minakuchi@fujibank.co.jp
tadakazu_izumi@am.sumitomolife.co.jp
tadams@impaccompanies.com
tadams2@bloomberg.net
tadao.hayashi@mizuho-cb.co.jp
tadashi.kikkawa@morganstanley.com
tadashi.nunami@boj.or.jp

tadashi.tago@barclayscapital.com
tadashi_hoshino@tr.mufg.jp
tadashi_matsumoto@nochubank.or.jp
tadashi1_hayashi@mitsubishi-trust.co.jp
tadashi-uchida@am.mufg.jp
tadateru_kimura@mitsubishi-trust.co.jp
tadato-sekine@am.mufg.jp
tadayuki.ozaki@damel.co.uk
tadhgoshea@optiver.com
tadler@enogex.com
tae.park@sgcib.com
taekwon@bok.org.uk
tafat@bloomberg.net
tafflerbach@union-investment.de
tagbabiaka@bayernlbny.com
taggart@wellington.com
tago@ultan.net
taguchi@daiwa-am.co.jp
taguchi_takayuki@dn.smbc.co.jp
tagurit@jsf.co.jp
tagutit@po2.jsf.co.jp
tahara@daiwa-am.com.hk
tahboubl@ferro.com
ta-higai@ja-kyosai.or.jp
tahir.bhinji@lloydstsb.co.uk
tahreemk@microsoft.com
tai.terada@boj.or.jp
tai.truong@schwab.com
tai.vu@wellsfargo.com
taibbil@jwseligman.com
taic@bloomberg.net
taicher@pennlibertybank.com
taichi.kawai@shinseibank.com
taichiro.kira@ufj-partners.co.jp
taictwo@batelco.com.bh
taiichi.akamatsu@schroders.com
tai-inoue@nochubank.or.jp
taimur.hassan@citadelgroup.com
ta-inoue@ufjtrustbank.co.jp
tais.pacheco@pimco.com
tais.rojas@pimco.com
ta-ishikawa@meijiyasuda.co.jp
tait.sorensen@st.com
taitjam@bloomberg.net
taitsewen@gic.com.sg
taiyo-ogino@am.mufg.jp
tajima166786@sumitomobank.co.jp

tajtii@mnb.hu
takaaki.hamano@mizuho-cb.co.jp
takaaki_nakamura@tr.mufg.jp
takachio.takehiko@kokusai-am.co.jp
takada@nam.co.jp
takada@tokyotrust.co.jp
takafumi.inui@mizuhocbus.com
takafumi.kawamura@mizuhocbus.com
takagaki@nam.co.jp
takagaki16854@nissay.co.jp
takahashi.kenta@kokusai-am.co.jp
takahashi.t@daiwa-am.co.jp
takahashi_hiroaki2@mail.nikko.co.jp
takahashi_seiichiro@ra.smbc.co.jp
takahashi_tomoaki@rk.smbc.co.jp
takahashi_yui@vb.smbc.co.jp
takahashi22679@nissay.co.jp
takahashi-hiroyuki@mitsubishi-sec.co.jp
takahash-iko@sumitomometals.co.jp
takahashi-ma@daiwasbi.co.jp
takahashi-masahiko@sc.mufg.jp
takahashi-to@daiwasbi.co.jp
takahashi-y@daiwasbi.co.jp
takahashi-ya@daiwasbi.co.jp
takahiko.okutsu@schroders.com
takahiko.ueda@mizuhocbus.com
takahiko_suzuki@meiji-life.co.jp
takahiro.fujii@meijiyasuda.co.jp
takahiro.igarashi@fi.fukoku-life.co.jp
takahiro.omura@westernasset.com
takahiro.sawada@shinseibank.com
takahiro.yawata@mizuhocbus.com
takahiro_kumon@omron.co.jp
takahiro_mori@am.sumitomolife.co.jp
takahiro-fukai@nochubank.or.jp
takahiro-furusato@am.mufg.jp
takahito_hukui@am.sumitomolife.co.jp
takakik@jsf.co.jp
t-akamatsu@nochubank.or.jp
takamitsu_kajii@gb.smbcgroup.com
takamori@daiwa-am.co.jp
takamura@daiwa-am.co.jp
takanabe@sumitomotrust.co.jp
takanari.fujii@mizuho-bk.co.jp
ta-kaneko@ja-kyosai.or.jp
takano@daiwasbi.co.jp
takano@nam.co.jp

takano19625@nissay.co.jp
takanori.kanazawa@novartis.com
takanori.nagatomo@capitalglobal.com
takanori.oki@dsiim.com
takanori_ishii@tr.mufg.jp
takanori_yamaguchi@mitsubishi-trust.co.jp
takano-yu@itochu.co.jp
takao.kawamoto@morganstanley.com
takao.kimura@sanofi-aventis.com
takao.niwa@tokyostarbank.co.jp
takao@daiwa-am.co.jp
takao_akaogi@am.sumitomolife.co.jp
takao_yosimoto@am.sumitomolife.co.jp
takaoka@daiwa-am.co.jp
takaomi.fujiwara@dsiim.com
takao-suzuki@am.mufg.jp
takao-uotani@am.mufg.jp
ta-karasawa@ja-kyosai.or.jp
takashi.a.watanabe@mizuho-cb.co.jp
takashi.b.kawaguchi@mizuho-cb.co.jp
takashi.fujimoto@axa.co.jp
takashi.hatanaka@gs.com
takashi.inagaki@ufj-partners.co.jp
takashi.kimouri@uk.btmeurope.com
takashi.kirihara@mizuho-bk.co.jp
takashi.kuroda@mizuho-bk.co.jp
takashi.makita@mhcb.co.uk
takashi.minagawa@mizuho-cb.co.jp
takashi.moriuchi@morganstanley.com
takashi.nagato@mhcb.co.uk
takashi.yagi@boj.or.jp
takashi.yano@mizuho-cb.com
takashi.yonetsu@mizuho-cb.co.jp
takashi_fuseya@mitsubishi-trust.co.jp
takashi_hirota@yamaguchibank.co.jp
takashi_hiroyasu@sakura.co.jp
takashi_kubota@tr.mufg.jp
takashi_matsumoto@tr.mufg.jp
takashi_nagashima@mitsubishi-trust.co.jp
takashi_ochiai@mitsui-seimei.co.jp
takashi_shimahara@sumitomobank.com
takashi_sugita@mitsubishi-trust.co.jp
takashi_tamura@tr.mufg.jp
takashi_uchino@nissay-it.co.jp
takashi_yamaguchi@tr.mufg.jp
takashi_yamamoto@mitsubishi-trust.co.jp
takashi_yamamoto@tr.mufg.jp

takashi-a.shibuya@sumitomocorp.co.jp
takashi-fujimaki@am.mufg.jp
takashi-hiho.mizohata@hitachi-eu.com
takashima@nochubank.or.jp
takashima_makoto@vb.smbc.co.jp
takashi-miyazaki@am.mufg.jp
takasi_sakanoue@am.sumitomolife.co.jp
takato_yoshida@mitsubishi-trust.co.jp
takatoshi-itoshima@am.mufg.jp
takato-yoshida@am.mufg.jp
takayama@daiwa-am.co.jp
takayama@dl.dai-ichi-life.co.jp
takayama656@dl.dai-ichi-life.co.jp
takayanagi.hiroshi@daido-life.co.jp
takayoshi.wiesner@mizuhocbus.com
takayuki.kumagai@mizuho-cb.co.jp
takayuki.sawano@daiwausa.com
takayuki.yamada@db.com
takayuki_funatsu@suntory.co.jp
takayuki_miyoshi@mitsubishi-trust.co.jp
takayuki_saito@mail.toyota.co.jp
takayuki_yamaguchi@nochubank.or.jp
takayuki-akiyama@am.mufg.jp
takayuki-amano@mitsubishi-am.co.jp
takebayashi@daiwa-am.co.jp
takebayashi@nochubank.or.jp
takeda@nam.co.jp
takeda_kengo@rn.smbc.co.jp
takefumi_hirose@tr.mufg.co.jp
takefumi_konishi@tr.mufg.jp
takehiko.a.suzuki@mizuho-bk.co.jp
takehiro.hata@meiji-life.co.jp
takehiro_hamada@am.sumitomolife.co.jp
takehiro_shinya@yamaguchibank.co.jp
takehiro_tanaka@chibakogyo-bank.co.jp
takei@boj.co.uk
takei@daiwasbi.co.jp
takeinoue@daiwasbi.co.jp
takemasa_niki@tr.mufg.jp
takemura@nam.co.jp
takemura26697@nissay.co.jp
takenaka@nam.co.jp
takenaka03302@nissay.co.jp
takeo.segawa@mizuho-bk.co.jp
takeo.tonda@sgk1.ho.dkb.co.jp
takeo_yoshida@mitsubishi-trust.co.jp
takeo-kondo@mitsubishi-am.co.jp

taker@apolloic.com
takeshi.fukushima@bankerstrust.com
takeshi.kanamaru@schroders.com
takeshi.katou@fi.fukoku-life.co.jp
takeshi.kurita@mizuho-cb.co.jp
takeshi.nakamitsu@schroders.com
takeshi.ozawa@mizuhocbus.com
takeshi.sasaki@tokyostarbank.co.jp
takeshi.shintani@chase.com
takeshi.suziki@mizuho-bk.co.jp
takeshi.utagawa@mizuho-bk.co.jp
takeshi.yasuda@mizuho-bk.co.jp
takeshi_itai@putnam.com
takeshi_kimura@mitsubishi-trust.co.jp
takeshi_kuwabara@nochubank.or.jp
takeshi_nagai@am.sumitomolife.co.jp
takeshi_nakagami@sliim.co.jp
takeshi_sato@mitsubishi-trust.co.jp
takeshi_sato@orix.co.jp
takeshi_tagami@tr.mufg.jp
takeshi_takahashi@ml.com
takeshi-aida@gm.shokochukin.go.jp
takeshi-hanai@am.mufg.jp
takeshi-iwakata@am.mufg.jp
takeshi-nakamura@am.mufg.jp
takeshi-nishioka@am.mufg.jp
takeshi-watanabe@am.mufg.jp
takesi_kasimura@am.sumitomolife.co.jp
takesi_kasiwara@am.sumitomolife.co.jp
takesi_oosaki@am.sumitomolife.co.jp
taketomi@dl.dai-ichi-life.co.jp
taketoshi.taira@schroders.com
taketsuna.okabe@mhcb.co.uk
takeuchi@nam.co.jp
takeuchi@nochubank.or.jp
takeuchi@tokyotrust.co.jp
takeuchi457@dl.dai-ichi-life.co.jp
takeuchi-toshi@itochu.co.jp
takeyoshi-suzuki@am.mufg.jp
takeyuki@dl.dai-ichi-life.co.jp
taki-s@circlepointfunds.com
takouhi.tchertchian@sgam.co.uk
taku.onodera@boj.or.jp
taku.umemoto@mizuho-bk.co.jp
taku.yamada@mizuho-bk.co.jp
taku.yasuo@sumitomo-rd.co.jp
takuji.komuro@schroders.com

takuma_matsuo@tr.mufg.jp
takuma_okamoto@tr.mufg.jp
takumatsuda@bloomberg.net
takumi.otsuka@mhcb.co.uk
takumi_naito@capgroup.com
takumi-morita@am.mufg.jp
takurat@tokyomarineam.co.jp
takurou.kouno@boj.or.jp
takurou_kurumisawa@am.sumitomolife.co.jp
takuya.furutani@schroders.com
takuya.hiroi@ufj-partners.co.jp
takuya.sakamoto@citadelgroup.com
takuya.shibayama@boj.or.jp
tal.eloya@uk.fid-intl.com
tal.greenberg@teva.co.il
tal.shlasky@mailpoalim.co.il
tal@nbim.no
tal8@dcx.com
talal.alghalib@arabbanking.com
talang@treas.gov.ab.ca
talbiber@bankisrael.gov.il
talbot@adelphi-capital.com
talbrecht@mfs.com
talbrecht@wfgweb.com
talemagna@fondianima.it
talha.karim@arabbanking.com
talia.a.baron-hall@jpmorgan.com
talib.a.sheikh@jpmorgan.com
talkhereiji@sama-ksa.org
talklausner@gic.com.sg
tallal.malik@blackrock.com
tallen@russell.com
tallraum@evcap.com
taly@finibanco.pt
tam.kwokfun@uobgroup.com
tam1@ntrs.com
tam8@ntrs.com
tama.willis@fil.com
tamaiy@po.jsf.co.jp
tamaki@sompo-japan.co.jp
tamar.hamlyn@credit-suisse.com
tamar.howson@bms.com
tamar.joulia@bbl.be
tamara.albrecht@bawagpsk.com
tamara.benefield@disney.com
tamara.doi@morganstanley.com
tamara.haegi@bancaroma.it

tamara.van-den-ban@ing.be
tamara.x.ware@jpmchase.com
tamara.zaliznyak@rabobank.com
tamara_glock@troweprice.com
tamara_molinary@acml.com
tamarg@migdal-group.co.il
tamaru_manabu@mail.asahi-life.co.jp
tamas.bakacs@bailliegifford.com
tamas.gal@db.com
tamas.korchmaros@credit-suisse.com
tamato@bakernye.com
tamato@templeton.com
tameika_burrell@freddiemac.com
tamerlan.abdikeev@pimco.com
tamh@capgrp.com
tami.arbogast@columbiamanagement.com
tami.kita@mizuho-cb.com
tami.marshall@securitybenefit.com
tami.rosemeyer@swib.state.wi.us
tami.vendig@pimco.com
tami_babcook@conseco.com
tamihiro_kawauchi@sakura.com
tamika.bradford@ubs.com
tamiko.hutchinson@intel.com
tamisuke-yamashita@mitsubishi-am.co.jp
tamlyn.nall@lloydstsb.co.uk
tammi.ortega@columbiamanagement.com
tammie.arnold@pimco.com
tammie.ryan@thrivent.com
tammo.diemer@aareal-bank.com
tammy.battersby@citicorp.com
tammy.bauer@usbank.com
tammy.chiao@fenb-us.com
tammy.cox@fmr.com
tammy.dalton@mizuhocbus.com
tammy.lloyd@investecmail.com
tammy.romo@wnco.com
tammy.tang@fmr.com
tammy.wright@alexanderkey.com
tammy_mills@nylim.com
tammy_wiggs@troweprice.com
tammy-yi-jiun.liou@tw.standardchartered.com
tamojit.dutta@db.com
tamotsu_chiba@nochubank.or.jp
tamsin.barth@axa-im.com
tamsin.quayle@gartmore.com
tamsin_balfour@standardlife.com

tamura@daiwasbi.co.jp
tamura_masayuki@dn.smbc.co.jp
tamura_taishi@dn.smbc.co.jp
tamyg@bloomberg.net
tamyra.thomas@morganstanley.com
tamzin.dossantos@barclaysglobal.com
tan.chew-may@aberdeen-asset.com
tan.jweechye@uobgroup.com
tan.tan@icbc.com.cn
tan.yanteck@uobgroup.com
tan_janet@jpmorgan.com
tan_yh@ocbc.net
tanabe@t3.rim.or.jp
tanabiki.osamu@kokusai-am.co.jp
tanaikchye@ocbc.com.sg
tanaka.j@daiwa-am.co.jp
tanaka@nochubank.or.jp
tanaka_yasuyuki@zn.smbc.co.jp
tanaka20789@nissay.co.jp
tanaka-t@tominbank.co.jp
tanakatz@bernstein.com
tanaken@bloomberg.net
tanaya@steinroe.com
tancheeyong@gic.com.sg
tancherhan@gic.com.sg
tanchoontat@gic.com.sg
tanco.ong@swisslife.ch
tanda@daiwasbi.co.jp
tandersen@bloomberg.net
tanderson@denveria.com
tandl@bloomberg.net
tane@daiwa-am.co.jp
tanemura@boj.co.uk
taner.alicehic@bcv.ch
tanferb@tskb.com.tr
tang.roger.cs@hkjc.org.hk
tang@bessemer.com
tang_tony@jpmorgan.com
tange@daiwasbi.co.jp
tangi.leliboux@etoile-gestion.com
tangmeiling@gic.com.sg
tangonnfei@gic.com.sg
tangtien.fern@hvbasia.com
tanguy.cornet@dexia-am.com
tanguy.de-la-tullaye@caam.com
tanguy.de-lauzon@sgam.com
tanguy.devillenfagne@dexia.com

tanguy.de-volder@ing.be
tanguy.moreau@federal-finance.fr
tanguy.saure-jarrosson@bis.org
tang-varner.min@principal.com
tanhsiaomein@gic.com.sg
tanhweeloo@gic.com.sg
tani.girton@bankofthewest.com
tani_kazunobu@dn.smbc.co.jp
tania.dimitrova@credit-suisse.com
tania.middelhof@bbvapr.com
tania@oneinvest.ch
tanicker@ibtco.com
taniguchi@daiwa-am.co.jp
taniguchi@nam.co.jp
tanisha.augustus@bankofbermuda.com
taniuchi@daiwasbi.co.jp
tanizaki_katsunori@rn.smbc.co.jp
tanja.allenspach@sgkb.ch
tanja.funken@ksk-koeln.de
tanja.hauenstein@csfb.com
tanja.hornburg@bremerlandesbank.de
tanja.karl-sawatzki@ubs.com
tanja.kufner@siemens.com
tanja.lenger@clariden.com
tanja.schnepp@dit.de
tanja.stephan@aareal-bank.com
tanja.uhlmann@wuerttembergische.de
tanja.wienckol@bayernlb.com
tanjaangiola_minella@swissre.com
tankengsiong@gic.com.sg
tankokyong@gic.com.sg
tankut.celik@oyakportfoy.com.tr
tanlaykuan@gic.com.sg
tanlengleng@gic.com.sg
tanlh1@ocbc.com.sg
tanneke.lyppens@nl.abnamro.com
tanner.fahl@deshaw.com
tanny.t.sethi@aexp.com
tanou@daiwa-am.co.jp
tanshus@abchina.com.hk
tansnchristine@ocbc.com
tanss@temasek.com.sg
tantangkodelvin@ocbc.com.sg
tanteckleng@gic.com.sg
tanu_s_bhatnagar@fanniemae.com
tanweekiat@gic.com.sg
tanweijie@gic.com.sg

tanya.bough@gs.com
tanya.clarke@morleyfm.com
tanya.dyjak@gwl.com
tanya.ferguson@columbiamanagement.com
tanya.greenwood@fmr.com
tanya.kerrigan@bostonadvisors.com
tanya.klymkowych@uboc.com
tanya.lincevski@dkib.com
tanya.odom@alliancebernstein.com
tanya.peterson@agf.com
tanya.vellieux@inginvestment.com
tanya_birmingham@ustrust.com
tanya_fleming@notes.ntrs.com
tanya_quartararone@storagetek.com
tanyongkhim@ocbc.com.sg
tao.mei@icbcleasing.com
tao.peng@fhlb-pgh.com
tao.tang@inginvestment.com
tao_cheng@fanniemae.com
ta-oe@ja-kyosai.or.jp
taorong.jiang@wellsfargo.com
taoyama@btmna.com
tapani.mannersuo@sampo.fi
taperkin@southernco.com
tar.pr@adia.co.ae
tar@nationalcity.com
tara.abidi@tudor.com
tara.dierschke@westam.com
tara.doyle@gartmore.com
tara.glen@socgen.co.uk
tara.innes@aig.com
tara.mason@membersunited.org
tara.mcconkey@commercebank.com
tara.morley@prudential.com
tara.tomlin@morgankeegan.com
tara.waterhouse@aig.com
tara_hillegass@vanguard.com
tara_kenney@scudder.com
tara_moore@westlb.co.uk
tara_s_hillegas@vanguard.com
tara_torrens@capgroup.com
tarabrown@massmutual.com
tarah.holloway@morganstanley.com
t-araki@meijiyasuda.co.jp
taralynn_torrens@capgroup.com
tarang.agarwal@dartmouth.edu
tarango@nytimes.com

taras.chaban@glgpartners.com
taras.ivanenko@lazard.com
taras_ivanenko@ssga.com
tarca_silvio@jpmorgan.com
tarden@angelogordon.com
tarek.akrout@sgam.com
tarek.belkahia@clf-dexia.com
tarek.ghozayel@innocap.com
tarek.issaoui@caam.com
tarek.mouganie@glgpartners.com
tarek.rekik@cfm.mc
tarends@irisresearch.nl
tareqb@kia.gov.kw
targent@westpac.com.au
tarik.adam@allegiantgroup.com
tarik.ben-saud@barclaysglobal.com
tarik_hussain@ufjbank.co.jp
tarimtayf@tskb.com.tr
tarini.mohan@morganstanley.com
tariq.2.malik@bt.com
tariq.a.ahmad@jpmorgan.com
tariq.hilaly@bernstein.com
tarisaka@us.mizuho-cb.com
tarlock.randhawa@investecmail.com
tarmstrong@ucmpartners.com
tarnaud@dow.com
tarne.bevan@hsbchalbis.com
tarnoldt@munichre.com
taro_tamura@mitsubishi-trust.co.jp
taro_yamauchi@tr.mufg.jp
taro-iida@am.mufg.jp
taron.ganjalyan@shell.com
tarquin.orchard@rbccm.com
tarrissa.hockenberry@morganstanley.com
tartwell@bloomberg.net
taru.kosonen@danskebank.com
tarun.buxani@nibcapital.com
tarun.chavda@jpmorgan.com
tarun.gandhi@spinnakerasia.com
tarun_kumar@ntrs.com
taryn.howard@inginvestment.com
tas.keval@usbank.com
tas@wmblair.com
tasano@dl.dai-ichi-life.co.jp
tasdique.pasha@fgb.ae
tashi@nochubank.or.jp
taskin@vtbam.ru

tasos.bouloutas@blackrock.com
tasso.coin@peregrinecapital.com
tassos.los@alliancebernstein.com
tassos.stassopoulos@alliancebernstein.com
ta-suzuki@meijiyasuda.co.jp
tata1@bloomberg.net
ta-takahashi@taiyo-seimei.co.jp
tatanosoff@amtrust.com
tate_josserand@blackrock.com
tateb@sigmacap.com
tateda-yasuyuki@mitsubishi-sec.co.jp
tateishi@hby.dai-ichi-life.co.jp
tateishi@nam.co.jp
tatiana.bruegelmann@commerzbankib.com
tatiana.cohen@gll-partners.com
tatiana.iliczewa@aig.com
tatiana.spineanu@blackrock.com
tatjana.michel@credit-suisse.com
tatjana.schmied-woerle@aam.de
tatjana.ulicevic@ingim.com
tatjana.zwitbaum@essenhyp.com
tatreadwell@household.com
tatsuno@dl.dai-ichi-life.co.jp
tatsuno@dlusa.com
tatsuo.takahashi@nttl.co.jp
tatsuro.koyama@csam.com
tatsuya.kinugasa@schroders.com
tatsuya.mori@nestle.com
tatsuya.yagi@mizuho-cb.co.jp
tatsuya@dl.dai-ichi-life.co.jp
tatsuya_noguchi@tr.mufg.jp
tatsuya_tarumi@tr.mufg.jp
tatwater@meagpower.org
taubmanc@ebrd.com
tauer@copera.org
tauhidin.ananda@bni.co.id
tauno_loertscher@swissre.com
tavallone@ustrust.com
tavangar@clamericas.com
tavianto@bi.go.id
tavis.cannell@gs.com
tawanlimaksorn@hsbc.co.th
tawhite@unum.com
tay.tongpoh@uobgroup.com
taycwklaus@ocbc.com.sg
tayfun.bayazit@disbank.com.tr
tayfun.tuzun@53.com

tayhianboon@gic.com.sg
taylor.alan-lee@pimco.com
taylor.b.page@jpmorgan.com
taylor.brown@bwater.com
taylor.cable@moorecap.com
taylor.hare@moorecap.com
taylor.hinshaw@capitalglobal.com
taylor.jon@principal.com
taylor.mosley@lazard.com
taylor.mulherin@db.com
taylor.siedell@shinseibank.com
taylor.wagenseil@mackayshields.com
taylor.wride@gmam.com
taylor@aigfpc.com
taylor_adams@symantec.com
taylor_leavitt@freddiemac.com
taylor_tim@fsba.state.fl.us
taylord13@bp.com
taylorj@bernstein.com
taylorr@aeltus.com
taymour_tamaddon@troweprice.com
tayne_rebecca@jpmorgan.com
tayo.ajilore@rlam.co.uk
taysweeyuan@gic.com.sg
taywenliang@gic.com.sg
tayyarif@dime.com
tayyicheah@gic.com.sg
tazio.storni@ubs.com
tb@capgroup.com
tb2@bloomberg.net
tb58@ntrs.com
tba@bp.com
tba@db.com
tba@eurosgr.it
tba@tba.com
tba@unknown.com
tbaf@tba.com
tbagley@russell.com
tbailey@kayne.com
tbair@standishmellon.com
tbaldwin@hcmlp.com
tbandoni@cisco.com
tbanker@keb.co.kr
tbanks@federatedinv.com
tbarbato@oppenheimerfunds.com
tbardas@lincap.com
tbarrens@wdwitter.com

tbassion@delinvest.com
tbattle@barclayi.com
tbavin@standishmellon.com
tbc@adia.ae
tbc@allianzgi.com
tbc@bancodisicilia.it
tbc@bsibank.com
tbc@t.com
tbc@t.t
tbc@tbc.tbc
tbc@willdolater.com
tbc2@bloomberg.net
tbd@bankofny.com
tbdolan@leggmason.com
tbeatrice@loomissayles.com
tbeben@bloomberg.net
tbechter@waddell.com
tbeebout@beeboutconsulting.com
tbehl@bbandt.com
tbender@espiritosanto.com
tbenzel@nb.com
tberdil@ziraatbank.com.tr
tbermejo@bancamarch.es
tberntsen@bankofny.com
tberry@privateadvisors.com
tbertsekas@mfs.com
tbettingfield@sunamerica.com
tbeyer@sterling-capital.com
tbidwell@loomissayles.com
tbj@jyskebank.dk
tblack@bloomberg.net
tblack@opers.org
tblaker@firstmerchants.com
tblakey@essexinvest.com
tblanchette@federatedinv.com
tbm@fm.dk
tbo@dpbank.dk
tbo@nbim.no
tbob@rentec.com
tboettger1@bloomberg.net
tboffa@leggmason.com
tbolduc@dlbabson.com
tbosh@bankofny.com
tbossert@union-investment.de
tbosworth@sib.wa.gov
tbosworth@statestreet.com
tbouchard1@bloomberg.net

tboy1@bloomberg.net
tboyce@angelogordon.com
tboysson@investcorp.com
tbradford@bradfordmarzec.com
tbradshaw@bancopastor.es
tbragg@pershing.com
tbrandt@sunamerica.com
tbray@newstaram.com
tbrickey@lordabbett.com
tbrickhouse@odec.com
tbright@frk.com
tbrobbey@bankofny.com
tbroccardo@fandc.co.uk
tbrownell@sentinelfunds.com
tbrownsword@metlife.com
tbrunetti@safdie.com
tbruseh@bloomberg.net
tbrux@voyageur.net
tbucher@meag-ny.com
tbuckley@ag-am.com
tbuehler@crawfordinvestment.com
tbulitt@bankofny.com
tbullitt@bankofny.com
tburger@waddell.com
tburgess@mfs.com
tburnett@halcyonpartnerships.com
tbuthorn@bankofny.com
tbutler@fhlbi.com
tbuttiglieri@mfs.com
tbyrne@rwbaird.com
tbyrne@wdwitter.com
tc@capgroup.com
tcabra@wscapital.com
tcalimano@staceybraun.com
tcalkins@e-qci.com
tcall@the-cmc.com
tcalzadas@bancopastor.es
tcambara@metlife.com
tcampbel@otfs.state.ga.us
tcampbell@sunamerica.com
tcampbell14@bloomberg.net
tcantrell@corporateone.coop
tcappella@bloomberg.net
tcappellini@jennison.com
tcaputo@iccrea.bcc.it
tcarey@resurgenscapitalmarkets.com
tcarlson@metlife.com

tcarpenter@wcbarksdale.com
tcarr@westernasset.com
tcarroll@lincap.com
tcarter@hcmlp.com
tcarvalho@sjs-group.com
tcasey@standishmellon.com
tcentofanti@pictet.com
tcesareck@sunamerica.com
tcfoster@midamerican.com
tchallande@nb.com
tchan@frk.com
tchan@lordabbett.com
tchase@standishmellon.com
tchen@payden-rygel.com
tchernak@trmshedge.com
tchester@bloomberg.net
tcheung@ifsam.com
tchiaro@shay.com
tchigariro@britannicasset.com
tchintcia.s.barros@columbiamanagement.com
tchow@sunamerica.com
tchrestman@bloomberg.net
tchristenson@wasatchadvisors.com
tchristman@barbnet.com
tchun@bancaintesa.us
tciambotti@omef.com
tcjacinto@ashmorebrazil.com.br
tcjohnst@waddell.com
tcjones@leggmason.com
tclare@fandc.co.uk
tclee@metlife.com
tcliborne@bbandt.com
tclinton@yorktraditionsbank.com
tcm@baupost.com
tcnair@rbi.org.in
tcoffey@frk.com
tcole@hfw1.com
tcoleman@tswinvest.com
tcolgan@ftci.com
tcollins@sfim.co.uk
tcoltharp@fdic.gov
tcolwell@blackrock.com
tcolwell@icaminc.com
tcomins@sfim.co.uk
tcon@bloomberg.net
tconklin@rwbaird.com
tconlon@metlife.com

tconnolly@bankofny.com
tconnolly@loews.com
tcook@ustrust.com
tcope@williamblair.com
tcorbett@mcmorgan.com
tcorcoran@glenrauch.com
tcorcoran@lionsgatecap.com
tcorcos@fideuramsgr.it
tcorliss@sierraglobal.com
tcossenet@groupama-am.fr
tcostello@caxton.com
tcoyle@lib.com
tcquek@bloomberg.net
tcrawford@bbandt.com
tcreedon@nb.com
tcrimmins@lordabbett.com
tcriscuolo@standishmellon.com
tcronin@jhancock.com
tcronin@mfs.com
tcrowley@mfs.com
tcruise@aaa.com
tcruz@lkcm.com
tculler@barrowhanley.com
tcunneen@smithbreeden.com
tcunning@us.ca-indosuez.com
tcurran@metlife.com
tcurrier2@bloomberg.net
tcutter@calstrs.com
tczitron@rbim.com
td23@ntrs.com
td77@vtb.ru
tda@capgroup.com
tdanner@mmwarburg.com
tdarby@paychex.com
tdattilo@amfin.com
tdavanzo@erstebank.com
tdavies@roxcap.com
tdavis@frostbank.com
tdavis@loomissayles.com
tday@kc.rr.com
tday@pictet.com
tdayioglu@worldbank.org
tdayton@denveria.com
tdearth@us.mufg.jp
tdekerviler@cpr-am.fr
tdelaney@hellmanjordan.com
tdellapiana@jhancock.com

tdelserone@federatedinv.com
tdeltchev@sinopia.fr
tdemeyer@bloomberg.net
tdemirjian@millertabak.com
tdenapoli@tiaa-cref.org
tdenkler@sunamerica.com
tderbyshire@cnbelkins.com
tderderian@jhancock.com
tdesouza@bloomberg.net
tdevane@blaylockco.com
tdfitzsimmons@chevychasebank.net
tdhaney@wellington.com
tdial@gsc.com
tdias2@babsoncapital.com
tdibella@turnerinvestments.com
tdickin@bloomberg.net
tdickson@croftleo.com
tdickson@templeton.com
tdiller@acml.com
tditosto@ingalls.net
tdittmer@mfs.com
tdjones@bloomberg.net
tdm@scsalliance.com
tdoheny@sandleroneill.com
tdonahue@nb.com
tdong@munder.com
tdorety@suncoastfcu.org
tdougherty@cnbsnet.com
tdoumen@daiwasbi.co.jp
tdowning@fultonfinancialadvisors.com
tdoyle@jennison.com
tdoyle@panagora.com
tdrew@fhlbc.com
tdrumgoole@troweprice.com
tdscribner@wellington.com
tduff@gwkinc.com
tduffy@husic.com
tdugan@fhlbatl.com
tdunn@halcyonpartnerships.com
tdunn@mbna.com
tduong@octfcu.org
tdurkin@angelogordon.com
tduski@babsoncapital.com
tdykman@waddell.com
te2@ntrs.com
teaira.adams@bankofthewest.com
teasel@aigfpc.com

teatom_robert@jpmorgan.com
teayon@chb.co.kr
technical.research@lodh.com
technology.research@aberdeen-asset.com
teckhow@dbs.com
teckyong@temasek.com.sg
teconnolly@wellington.com
ted.ake@wachovia.com
ted.bernardo@fmr.com
ted.bigman@morganstanley.com
ted.boufaissal@xilinx.com
ted.c.ufferfilge@jpmorganfleming.com
ted.chen@barclaysglobal.com
ted.chin@pnc.com
ted.clark@tudor.com
ted.douglas@kochfinancial.com
ted.gillman@lazard.com
ted.harper@frostbank.com
ted.hines@phxinv.com
ted.hollander@citadelgroup.com
ted.holliday@aig.com
ted.hu@usa.dupont.com
ted.kasyjanski@moorecap.com
ted.killilea@dzbank.de
ted.koerner@americas.bnpparibas.com
ted.leschke@aberdeen-asset.com.au
ted.lu@citadelgroup.com
ted.macdonald@deshaw.com
ted.manges@us.schroders.com
ted.naeckel@inginvestment.com
ted.paluszek@columbiamanagement.com
ted.scott@fandc.com
ted.shannon@janus.com
ted.sotir@gs.com
ted.tulpa@jpmchase.com
ted.white@fmr.com
ted@chandlerasset.com
ted@shenkmancapital.com
ted_andrews@scudder.com
ted_etlinger@agfg.com
ted_gekas@ssga.com
ted_harlan@americancentury.com
ted_jaeckel@ml.com
ted_knuckles@putnam.com
ted_magnani@ml.com
ted_moore@natcity.com
ted_robson@troweprice.com

ted_whitehead@elliottandpage.com
ted_wt_cheung@hkma.gov.hk
teddinger@federatedinv.com
teddins@deerfieldcapital.com
teddryden@northwesternmutual.com
teddytm@msn.com
tedeschl@strsoh.org
tedf@woodstockcorp.com
tedfarrell@bloomberg.net
tedoua@templeton.com
teemu.liikanen@sampo.fi
teerayak@bot.or.th
teerl@sph-spms.nl
tegan@bankofny.com
tegilal@repsolypf.com
tegreen5@bloomberg.net
tehkweechin@gic.com.sg
tehrani.m@mellon.com
tei.onaka@nationalcity.com
teija.buenting@cominvest-am.com
teijakourujarvi@gic.com.sg
teik.cheah@ap.ing.com
teik.cheah@ingim.com.sg
teimur.abasov@morganstanley.com
teimuraz.barbakadze@fandc.com
teis.knuthsen@seb.se
teizo.taya@boj.or.jp
tejas.m.patani@jpmorgan.com
tejiri@metzler.com
tekauerova.andrea@slsp.sk
telaird@hcsbnj.com
telder@payden-rygel.com
teleos@teleos.com
tellet@tcwgroup.com
tem4@ntrs.com
tembora_kardanov@cargill.com
temilade.oyeniyi@harrisbank.com
te-miyamoto@ja-kyosai.or.jp
tempac@lehman.com
temple.houston@prudential.com
templetonrio@bloomberg.net
templin@helaba-invest.de
temurray1@bloomberg.net
tenbroecka@aeltus.com
tendayi.kapfidze@bankofamerica.com
t-endo@nochubank.or.jp
teneisha.wilson@inginvestment.com

tengct@gic.com.sg
tenglish@standishmellon.com
tennille_william@jpmorgan.com
tenomoto2@bloomberg.net
teo.hiangboon@uobgroup.com
teo.monkean@uobgroup.com
teo.xuan.lin@icprc.com
teocgcynthia@ocbc.com.sg
teodoravuckovic@gic.com.sg
teofilo.bacungan@ers.state.tx.us
teofilo.del_prete@hsh-nordbank.com
teoman.kaplan@dzbank.de
teowanyin@gic.com.sg
tepper@bloomberg.net
terada.m@daiwa-am.co.jp
terahata-0fmf@jp.nomura.com
terakado_kazuhiko@mail.nikko.co.jp
terance.chen@jpmorgan.com
teranishi@nam.co.jp
teraoka.yasuo@daido-life.co.jp
terashima@daiwa-am.co.jp
terashima@daiwasbi.co.jp
terence.brennan@db.com
terence.chang@alliancebernstein.com
terence.cheng@ubs.com
terence.cordner@alliancebernstein.com
terence.dooley@nationalcity.com
terence.ip@hk.bdroma.com
terence.law@bnymellon.com
terence.nahar@rlam.co.uk
terence.p.dillon@bankofamerica.com
terence.sullivan@gecapital.com
terence.tanbh@uobgroup.com
terence.walls@jpmorgan.com
terence.wheat@prudential.com
terence.wong@pricoacapital.com
terence@unc.ae
terence_cuddihy@acml.com
terence_mark@westlb.com
terence_o'sullivan@hvbamericas.com
terence-cm.shiu@aig.com
terencephang@dbs.com
teresa.carelli@bancaintesa.it
teresa.cook@pnc.com
teresa.elston@pimco.com
teresa.freeley@pioneerinvest.com
teresa.g.bowlin@bankofamerica.com

teresa.g.jones@bankofamerica.com
teresa.guerrero@rbcdexia-is.es
teresa.kastl@disney.com
teresa.kochanek@genworth.com
teresa.kong@barclaysglobal.com
teresa.kudrle@criterion.com
teresa.moon@ffbc-oh.com
teresa.nielsen@ubs.com
teresa.sison@ge.com
teresa.susca@mpsgr.it
teresa.tan@barclaysglobal.com
teresa.thomas@selective.com
teresa.tupper@bbh.com
teresa.walter@gwl.com
teresa.wilkinson@gs.com
teresa.woods@fmr.com
teresa@mwvinvest.com
teresa_giacino@ml.com
teresa_poyner@dpimc.com
teresaang@dbs.com
teresam.perez@aiminvestments.com
teresamtorrey@travelers.com
terese.wilke@lazard.com
terese.zingg@pncadvisors.com
teri.carroll@ibtco.com
teri.martini@morganstanley.com
teri.ocampo@nrucfc.coop
terje.duus@fondsfinans.no
terje.iversen@klp.no
terje@statoil.com
ternes.kyle@principal.com
tero.rautasuo@okobank.com
terpstra.brian@principal.com
terr.conygham@morganstanley.com
terrance.choi@prudential.com
terrance.m.beaulieu@fmr.com
terrance.rebello@morganstanley.com
terraze@bloomberg.net
terrence.gray@db.com
terrence.ing@pimco.com
terrence.matthews@tdsecurities.com
terrence.moll@investecmail.com
terrence_connelly_jr@freddiemac.com
terrence_ellison@nylim.com
terrenceteo@fullerton.com.sg
terresa.tu@email.chinatrust.com.tw
terresed@vankampen.com

terri.campbell@lmginv.com
terri.jackson@avmltd.com
terri.jonesadvantus@advantuscapital.com
terri.krumnow@trs.state.tx.us
terri.mueller@pnc.com
terri.thomas@pnc.com
terri.wallace@pnc.com
terri.warren@sunlife.com
terri_hett@troweprice.com
terri_james@invesco.com
terri_magnani@ml.com
terri_warren@putnam.com
terri_wharton@troweprice.com
terri-ann.miller@ingclarion.com
terry.a.mccabe@aib.ie
terry.b.davis@state.tn.us
terry.bedford@raymondjames.com
terry.begley@wachovia.com
terry.bray@blackrock.com
terry.burns@53.com
terry.burns@greystone.ca
terry.chong@agf.com
terry.coleman@ppmamerica.com
terry.cooke@tudor.com
terry.daly@mackayshields.com
terry.duffy@lionhart.net
terry.dufrene@jpmorgan.com
terry.duggan@opcap.com
terry.ewing@resolutionasset.com
terry.fallon@rbccm.com
terry.frank@frostbank.com
terry.froggatt@jpmorgan.com
terry.goode@wellscap.com
terry.harris@trs.state.tx.us
terry.hutson@bt.com
terry.klebe@cooperindustries.com
terry.kung@fhlb-pgh.com
terry.lee@hkbankaustria.com
terry.lo@bms.com
terry.loughran@cnb.com
terry.ludwig.cvwb@statefarm.com
terry.mcbride@db.com
terry.nercessian@barclaysglobal.com
terry.o'brian@friendsis.com
terry.obrien@isisam.com
terry.pavlic@norcap.com
terry.pavlopoulos@csam.com

terry.savage@lazard.com
terry.shu@pioneerinvestments.com
terry.sloan@fafadvisors.com
terry.smith@ubs.com
terry.strange@pncbank.com
terry.tsui@sunlife.com
terry.wood@db.com
terry.wood@fandc.com
terry.wright@fhlbtopeka.com
terry_carr@mfcinvestments.com
terry_davis@troweprice.com
terry_foster@americancentury.com
terry_hults@acml.com
terry_ruppe@cargill.com
terrylim@gic.com.sg
terrymorgan@bloomberg.net
terryr@bradfordmarzec.com
teruhiko.hattori@db.com
teruhiko_tokuno@tr.mufg.jp
terui26698@nissay.co.jp
terunobu.kinoshita@ufj-partners.co.jp
teruyo.hiromatsu@shinseibank.com
tesha.winslow@suntrust.com
tesmith@wellington.com
tesoreria.gruppo@bancamarche.it
tesoreria@cajadeburgos.es
tesoreria@venetobanca.it
tesposito@mandtbank.com
tess.chi@jpmorgan.com
tess.strom@towerbrook.com
tessa.mondesir@aberdeen-asset.com
tessa.thostrup@aberdeen-asset.com
tessa.vanderburgh@fandc.com
test@chemical.co.jp
test@lehman.com
test@test.com
test01@handelsbanken.se
testanisa@bernstein.com
testing@123.com
testore@finmeccanica.it
te-suzuki@ja-kyosai.or.jp
tetdan@bloomberg.net
tetsu.itou@surugabank.co.jp
tetsu.kasuga@db.com
tetsuaki.kajitani@aig.com
tetsuhiro.toomata@shinseibank.com
tetsumasa_yamamoto@tr.mufg.jp

tetsuo.iwashita@schroders.com
tetsuo_akaike@aizawa.co.jp
tetsuo_yamashita@tr.mufg.co.jp
tetsuo_yamashita@tr.mufg.jp
tetsuomi.kawabuchi@axa.co.jp
tetsuro.hanajiri@bojny.com
tetsuro.kondo@pimco.com
tetsuro_suwa@tr.mufg.jp
tetsurou.oomura@nicos.co.jp
tetsushi.nagato@schroders.com
tetsuya.akutsu@mizuhocbus.com
tetsuya.hasegawa@ufj-partners.co.jp
tetsuya.kawagishi@mizuho-cb.co.jp
tetsuya.morimoto@mizuho-cb.co.jp
tetsuya_hikino@tr.mufg.jp
tetsuya_kuwabara@tr.mufg.jp
tetsuyoshi_kubo@yamaguchibank.co.jp
tetteh@fhlb-of.com
tetupei_kanehiro@am.sumitomolife.co.jp
teurquetil@bnpparibas.com
tevans@eatonvance.com
tevnin@ustrust.com
tewarip@bernstein.com
teychunmaw@bnm.gov.my
te-yoda@ja-kyosai.or.jp
tezan@egebank.com.tr
tf@teachersfcu.org
tf16@ntrs.com
tfahey@standishmellon.com
tfallon@rentec.com
tfamigletti@griffinasset.com
tfarcomeni@iccrea.bcc.it
tfares@chicagoequity.com
tfarm@bloomberg.net
tfarouki@perrycap.com
tfarren@loomissayles.com
tfaust@eatonvance.com
tfay@worldbank.org
tfaye@fftw.com
tfbourell@wellington.com
tfelker@bloomberg.net
tfennessey@btmna.com
tferguson@bokf.com
tfernandez@bpi-gruposantander.com
tferrazzo@bci.it
tferrer@bloomberg.net
tferris@caxton.com

**LBH - Derivatives Pg 426 of 504 Email Service List**

tfidler@arielinvestments.com
tfinch@loomissayles.com
tfink@reamsasset.com
tfinke@dlbabson.com
tfinnegan@refco.com
tfinucane@loomissayles.com
tfisher@whitneybank.com
tfitzgerald@perrycap.com
tfitzherbert@bpmny.com
tfletcher@loomissayles.com
tfletcher@russell.com
tfoote@mandtbank.com
tford@bankofny.com
tfrangione@bankofny.com
tfranklin@aegonusa.com
tfranks@tiaa-cref.org
tfrench@fmausa.com
tfu@bocusa.com
tfuhs@aegonusa.com
t-fujii@nissay.co.jp
t-fujikawa@meijiyasuda.co.jp
t-fujimoto@yasudalifeny.com
tfukui@worldbank.org
tfukushima3@bloomberg.net
tfukutani@btmna.com
tfuller@angelogordon.com
tfung@bocusa.com
tfuruya@dl.dai-ichi-life.co.jp
t-furuya@taiyo-seimei.co.jp
tfussell@kanaly.com
tfutaoka@nochubank.or.jp
tfuzesi@apollocapital.com
tg@dl.dai-ichi-life.co.jp
tgaches@accor.fr
tgage@lincap.com
tgaglia@chubb.com
tgailun@essexinvest.com
tgal@lordabbett.com
tgalbraith@bear.com
tgallagher@isigrp.com
tgalloway@westernasset.com
tgalvin@ustrust.com
tgandolfo@ambac.com
tgannon@federatedinv.com
tgarciaf@notes.banesto.es
tgarvey@lmcm.com
tgately@loomissayles.com

tgaylord1@bloomberg.net
tgeorge@worldbank.org
tghadially@uss.co.uk
tghei@ford.com
tghorayeb@cyrilfinance.com
tgibbons@bankofny.com
tgilchrist@mfs.com
tgilling@rnt.com
tgiorgio@edc-see.ca
tglaessner@worldbank.org
tgleason@nb.com
tgmckinnon@wellington.com
tgn@capgroup.com
tgoepfert@vcallc.com
tgojani@leggmason.com
tgoodger@federatedinv.com
tgordinier@vmfcapital.com
tgore@babsoncapital.com
tgosheff@troweprice.com
tgoswam@frk.com
tgr@nbim.no
tgraf@standish.com
tgraff@cavcap.com
tgraffeo@blooomberg.net
tgrande@senecacapital.com
tgrant@clamericas.com
tgray@chittenden.com
tgray@fhlb-pgh.com
tgregory@standishmellon.com
tgrier@fhlbatl.com
tgs2@ntrs.com
tguilfoile@lycos.com
tgujer@pictet.com
tgunadi@eastwestbank.com
tgurr@pershing.com
tguylay@barbnet.com
th@ennismorefunds.com
th@premierassetmanagement.com
tha.sisopha@aberdeen-asset.com
tha@nationalbanken.dk
thaag@pilgrimfunds.com
thaarmann@loomissayles.com
thad.davis@bear.com
thad_paskell@bankone.com
thagihara@mtbcusa.com
thagino@pictet.com
t-hagiwara@tmam.co.jp

thagstrom@ssrm.com
thah03@handelsbanken.se
thahn@frk.com
thaiqu@wellsfargo.com
thais.carne@andbanc.com
thaiss@bloomberg.net
thalia_meehan@putnam.com
thall@fhlbsea.com
thalle@tcwgroup.com
thallen@pacificincome.com
tham@maybank.com.my
thamchiewkit@gic.com.sg
thammarm@bot.or.th
than09@handelsbanken.se
thanassis.tjavaras@citadelgroup.com
thane.bublitz@thrivent.com
thanh.p.nguyen@jpmorgan.com
thannafin@bloomberg.net
thant.han@cazenovecapital.com
thara@dl.dai-ichi-life.co.jp
thardt@wharton.upenn.edu
thardy@allmerica.com
tharithp@bot.or.th
tharrigan@amresco.com
tharrington@rockfound.org
tharris@blackrock.com
thart@fnni.com
thart@hbk.com
tharte@tiaa-cref.org
thartlage@aegonusa.com
thartzell@kanaly.com
tharuna@nochubank.or.jp
thasan@gscpartners.com
t-hashimoto@nochubank.or.jp
thasse@us.ca-indosuez.com
thastan@hcmlp.com
thathaway@brownadvisory.com
thathaway@metlife.com
thattori@nria.com
thaug@dow.com
thayalini.mohanavel@db.com
t-hayama@nissay.co.jp
thayase1@sompo-japan.co.jp
thayer.ep@tbcam.com
thayer.swallen@tudor.com
thayere@bloomberg.net
thayner@loomissayles.com

thb@capgroup.com
thb@danskecapital.com
thea.ivanisevic@bsibank.com
thea_williams@troweprice.com
thean.hweimei@uobgroup.com
theaton@metlife.com
thedden@newstaram.com
thedlund@turnerinvestments.com
thedora.zemek@axa-im.com
theduy.nguyen@sgam.com
theeraph@bot.or.th
thefriedster@bloomberg.net
the-hung.nguyen@socgen.com
theis.nygaard@nordea.com
thellesen@jyskebank.dk
thellmer@templeton.com
theltman@nb.com
thenry@troweprice.com
thensley@sarofim.com
theo.amacher@ubs.com
theo.de.kort@nl.abnamro.com
theo.gavrilos@nab.co.uk
theo.j.vandaalen@si.shell.com
theo.kempf@cominvest-am.com
theo.linnig@hvb.de
theo.maas@fipartners.com.au
theo.meder@bdl.lu
theo.s.hadiwidjaja@jpmorgan.com
theo.tillmann@blvk.ch
theod@snwsc.com
theodor.mueller@hypovereinsbank.de
theodore.dalberti@caam.com
theodore.drury@ubs.com
theodore.feury@gm.com
theodore.hoxmeier@minnesotamutual.com
theodore.lockwood@prudential.com
theodore.z.wyman@jpmorgan.com
theodore_kuck@acml.com
theodoros.alepis@cy.bankofcyprus.com
theodoros.gikos@allianz.gr
theofana.weinreich@allfonds.de
theokraan@bloomberg.net
theres.abrahamsson@nb.se
theresa.a.demaio@jpmorgan.com
theresa.boffa@citigroup.com
theresa.egan@omam.co.uk
theresa.fennell@wellscap.com

theresa.gusman@db.com
theresa.hamacher@pioneerinvest.com
theresa.han@ubs.com
theresa.hickman@ubs.com
theresa.liu@arcafondi.it
theresa.mann@midamericabank.com
theresa.martino@barcap.com
theresa.mcmanus@bnymellon.com
theresa.pope@alliancebernstein.com
theresa.ramko@mutualofamerica.com
theresa.shaughnessy@morganstanley.com
theresa.stone@jpfinancial.com
theresa.tran@sscims.com
theresa_buckland@newton.co.uk
theresa_costigan@standardlife.com
theresa_freiss@glenmede.com
theresa_m_bacon@key.com
theresa_maurer@ssga.com
theresa_meawad@fanniemae.com
theresa_pereira@ustrust.com
theresa_tipton-fletcher@victoryconnect.com
therese.bechet@jpmorgan.com
therese.collins@lu.abnamro.com
therese.johnsen@novartis.com
therese.karlsson@robur.se
therese.larsson@swedbankrobur.se
therese.metcalf@6thaveinvest.com
therese.niklasson@threadneedle.com
therese.oswald@tudor.com
therese.schwabe@sgcib.com
therese.vu@pimco.com
therese@bok.or.kr
therkil.petersen@fibimail.co.il
thet@danskeinvest.com
theysse@dsaco.com
thh.tr@adia.ae
thh@capgroup.com
thh@nbim.no
thhans@statoilhydro.com
thian.chew@gs.com
thias@bloomberg.net
thiaw.a@tbcam.com
thibaud.devitry@axa-im.com
thibaud.gogny-goubert@bnpparibas.com
thibaud.halewyck@ubs.com
thibaud.valette@lbb.de
thibault.amand@db.com

thibault.deletraz@dresdner-bank.ch
thibault.hautier@total.com
thibaut.declerck@bnpparibas.com
thibaut.federici@creditfoncier.fr
thibaut.ferret@axa-im.com
thibaut.pizenberg@asbai.com
thibaut.rutsaert@dexia-am.com
thibodeaub@aetna.com
thiebaud@bridport.ch
thiel.richard@commerzbank.com
thieme.d@tbcam.com
thien-bac.tu@credit-suisse.com
thierry.albrand@alcatel.fr
thierry.bechu@sgam.com
thierry.bensoussan@sgam.com
thierry.blais@labanquepostale-am.fr
thierry.bloch@dreyfusbank.ch
thierry.bochud@nestle.com
thierry.bourgain@ing-im.fr
thierry.boutin@aam.de
thierry.charlier@fortisinvestments.com
thierry.collard@sanpaoloam.lu
thierry.coste@caam.com
thierry.creno@bnpparibas.com
thierry.darmon@caam.com
thierry.demolder@riyadbank.com
thierry.deraeck@fortis.com
thierry.de-rycke@barep.com
thierry.deslarzes@bcge.ch
thierry.dufour@creditfoncier.fr
thierry.dumait@socgen.com
thierry.elias@nyc.nxbp.com
thierry.favre@bcv.ch
thierry.kammerer@lodh.com
thierry.lambert@bcv.ch
thierry.lambrechts@proximus.net
thierry.le-gall@bred.fr
thierry.levalois@exane.com
thierry.levrat@credit-suisse.com
thierry.logier@cail.lu
thierry.malka@bnpparibas.com
thierry.martinez@sgam.com
thierry.mirabel@sgam.com
thierry.misamer@frankfurt-trust.de
thierry.misson@citicorp.com
thierry.moulin@sgam.com
thierry.nardozi@sgam.com

**LBH - Derivatives Question for 504 Email Service List**

thierry.ormiere@caam.com
thierry.plaine@caam.com
thierry.ralet@nestle.com
thierry.reymond@bcv.ch
thierry.rigaudiere@banque-bpsd.fr
thierry.rojat@bnpparibas.com
thierry.royer@usinor.com
thierry.sarles@cpr-am.fr
thierry.sebton@uk.calyon.com
thierry.serres@hsbcpb.com
thierry.simon@creditlyonnais.fr
thierry.soma@cfm.mc
thierry.taglione@uk.fid-intl.com
thierry.vidal@axa-im.com
thierry_iniguez@ssga.com
thierry_nardon@westlb.de
thierrydiana@bloomberg.net
thiery.borstlap@dexia-am.com
thiggins@payden-rygel.com
thiguchi@dl.dai-ichi-life.co.jp
thihien.nguyen-khac@nordea.com
thikida@sompo-japan.co.jp
t-hikino@taiyo-seimei.co.jp
thillairajah@fhlb-of.com
thilo.kusch@telekom.de
thilo.reichert@lbb.lu
thilo.rossberg@lbbw.de
thilo.schwiezer@commerzbankib.com
thilo.siekmann@commerzbank.com
thilo.theilen@telekom.de
thiltner@provbank.com
thines@princeton.edu
think@soros.com
thinnerskov@gr.dk
thinze@voyageur.net
thio.boonkiat@uobgroup.com
thipple@lordabbett.com
thirachp@bot.or.th
t-hirao@taiyo-seimei.co.jp
thirao@tudor.com
thirdpartyteam@mellon.com
thjomoe@statoil.com
thjr@danskebank.dk
thk@publicbank.com.my
thkim@jennison.com
thl@cgii.com
thlang@sierraglobal.com

tho.nguyen@db.com
tho@metlife.com
thoang@turnerinvestments.com
thoefakker@aegon.nl
thoelem@stifel.com
thoey@ofii.com
thoffmann@bloomberg.net
thogan@rwbaird.com
tholc@ocbc.com.sg
thollingworth@anchorcapital.com
tholoor.t@arig.com.bh
thom.gascoigne@ubs.com
thomas.a.klitbo@jyskebank.dk
thomas.adler@cominvest.de
thomas.aebli@juliusbaer.com
thomas.agus@cba.com.au
thomas.alamalhoda@bnpparibas.com
thomas.albrecht@csam.com
thomas.amrein@credit-suisse.com
thomas.andersson@brummer.se
thomas.andreas@bhf-bank.com
thomas.angermann@ubs.com
thomas.arendt@corealcredit.de
thomas.aust@ge.com
thomas.b.sheridan@dartmouth.edu
thomas.b.white@csam.com
thomas.bachmeier@blb.de
thomas.baechtold@juliusbaer.com
thomas.ballent@harrisbank.com
thomas.barrett@ubs.com
thomas.bauer@claridenleu.com
thomas.bauer@lbbw.de
thomas.bayerl@hsh-nordbank.co.uk
thomas.beckman@swedbank.com
thomas.bellone@wellsfargo.com
thomas.belsham@bankofengland.co.uk
thomas.benders@ing.com
thomas.benesch@ba-ca.com
thomas.bengtson@seb.se
thomas.bennett@morganstanley.com
thomas.berger@csam.com
thomas.berglund@if.se
thomas.bernard@lri.lu
thomas.berner@ubs.com
thomas.bernert@ingdirect.nl
thomas.berry@nuveen.com
thomas.besteher@hsh-nordbank.com

thomas.binz@bayermaterialscience.com
thomas.biscardi@blackrock.com
thomas.block@compassbnk.com
thomas.blondel@cardif.fr
thomas.blondin@fortisbank.com
thomas.blum@ikb.de
thomas.blum@schmidtbank.de
thomas.bobek@sparinvest.com
thomas.body@nordlb.lu
thomas.boger@db.com
thomas.borah@ubs.com
thomas.boss@hsh-nordbank.com
thomas.brady@drkw.com
thomas.branczyk@hsh-nordbank.co.uk
thomas.bremer@hypovereinsbank.de
thomas.brenier@lazard.fr
thomas.brenner@bayernlb.de
thomas.bretzger@hvb.de
thomas.broschek@lrp.de
thomas.brown@schwab.com
thomas.browne@opcap.com
thomas.bruckner@hypointernational.com
thomas.bruhin@zkb.ch
thomas.bucher@db.com
thomas.buell@moorecap.com
thomas.burghardt@fmr.com
thomas.buri@vontobel.ch
thomas.burian@ba-ca.com
thomas.burri@vontobel.ch
thomas.burroughs@barclaysglobal.com
thomas.byrne@gecapital.com
thomas.c.kaufmann@credit-suisse.com
thomas.caflisch@juliusbaer.com
thomas.callan@blackrock.com
thomas.chang@prudential.com
thomas.chellew@lloydstsb.co.uk
thomas.chidester@ge.com
thomas.cho@sl-am.com
thomas.christen@sarasin.ch
thomas.christian.schulz@dekabank.de
thomas.chu@db.com
thomas.cirino@fmr.com
thomas.cloutier@phxinv.com
thomas.cohrs@hvb.de
thomas.cole@ubs.com
thomas.collins@corporate.ge.com
thomas.colvin@wamu.net

thomas.combarel@dexiamfr-dexia.com
thomas.cotts@bailliegifford.com
thomas.coudert@axa-im.com
thomas.coughlin@fmr.com
thomas.coutts@bailliegifford.com
thomas.craven@aig.com
thomas.curtin@kofc.org
thomas.d.novak@chase.com
thomas.dachille@citigroup.com
thomas.dantonio@nyc.rabobank.c
thomas.delpiaz@wpginvest.com
thomas.demarco@fidelity.com
thomas.dempsey@glgpartners.com
thomas.deprez@dexia.be
thomas.dewner@db.com
thomas.didia@prudential.com
thomas.dieterle@lbbw.de
thomas.digenan@ubs.com
thomas.dillman@mutualofamerica.com
thomas.dissen@lloydstsb.co.uk
thomas.doerner@citigroup.com
thomas.dolan@abnamro.com
thomas.domenig@zkb.ch
thomas.donnelly@shinseibank.co.jp
thomas.downey@blackrock.com
thomas.dubach@rmf.ch
thomas.durlach@lrp.de
thomas.dzaack@bhf-bank.com
thomas.dzaack@deka.de
thomas.dzakowic@bmo.com
thomas.dzwil@lazard.com
thomas.ebben@thyssenkrupp.com
thomas.ebel@lbbw.de
thomas.ebeling@novartis.com
thomas.einramhof@erstebank.at
thomas.eitzen@seb.no
thomas.ekert@ssmb.com
thomas.ellis@nuveen.com
thomas.emmert@dzbank.de
thomas.etzel@bhf-bank.com
thomas.ewing@uk.fid-intl.com
thomas.faeh@claridenleu.com
thomas.fallon@fpconsult.gbank.com
thomas.fant@msdw.com
thomas.farina@db.com
thomas.farrell@boigm.com
thomas.fechner@kzvk.de

thomas.fedier@infidar.ch

thomas.fenlon@morganstanley.com

thomas.fennessey@uk.mufg.jp

thomas.feurer@zkb.ch

thomas.fichtinger@oenb.co.at

thomas.fink@sl-am.com

thomas.finkenzeller@pimco.com

thomas.fischer@blb.de

thomas.flaherty@aberdeen-asset.com

thomas.flannery@credit-suisse.com

thomas.flannery@csam.com

thomas.fleckenstein@cominvest-am.com

thomas.fletcher@fmr.com

thomas.flothen@bve.ch

thomas.fluegel@test.com

thomas.flury@ubs.com

thomas.fraenkel-thonet@uk.fid-intl.com

thomas.frame@morganstanley.com

thomas.frazier@global-infra.com

thomas.fredericks@us.rbcds.com

thomas.freeman@swib.state.wi.us

thomas.frei@claridenleu.com

thomas.frey@pasche.ch

thomas.friedrichs@commerzbank.com

thomas.frings@lri.lu

thomas.frischknecht@claridenleu.com

thomas.frost@cibc.co.uk

thomas.funk@juliusbaer.com

thomas.furey@us.hsbc.com

thomas.g.hauser@jpmorgan.com

thomas.gadenne@calyon.com

thomas.gaylord@columbiamanagement.com

thomas.geel@lgt.com

thomas.gehlen@dzi.lu

thomas.geier@helaba.de

thomas.geiser@sparkassenversicherung.de

thomas.gerber@cominvest-am.com

thomas.gerhardt@dws.com

thomas.germann@zkb.ch

thomas.giger@lgt.com

thomas.gilotte@caam.com

thomas.giquel@caam.com

thomas.girard@robecousa.com

thomas.gispert@commerzbankib.com

thomas.glynn@hyporealestate.com

thomas.goedel@lrp.de

thomas.goldthorpe@gs.com

thomas.gregg@schwab.com
thomas.gruenenfelder@juliusbaer.com
thomas.guetle@aam.de
thomas.gunderson1@fafadvisors.com
thomas.gurbach@nationalcity.com
thomas.gut@ubs.com
thomas.h.mulligan@jpmorgan.com
thomas.haag@ubs.com
thomas.hackl@bawag.com
thomas.haerter@swisscanto.ch
thomas.hammond@fmr.com
thomas.handte@cominvest-am.com
thomas.hansen@westernasset.com
thomas.hanzel@dresdner-bank.com
thomas.hartmann@blb.de
thomas.hasmann@pharma.novartis.com
thomas.hayes@citadelgroup.com
thomas.hayes@iac.com
thomas.heavron@thehartford.com
thomas.heckel@bnpparibas.com
thomas.heib@cominvest-am.com
thomas.heil@bhf-bank.com
thomas.heinrich@aam.de
thomas.henke@gs.com
thomas.henningsen@hsh-nordbank.com
thomas.henry@pncbank.com
thomas.hense@fmr.com
thomas.heppel@lodh.com
thomas.hermann@pncbank.com
thomas.herrmann@bw-bank.de
thomas.herrmann@credit-suisse.com
thomas.herzog@ubs.com
thomas.hesse@bertelsmann.de
thomas.hewett@morganstanley.com
thomas.hoare@chase.com
thomas.hochstrasser@juliusbaer.com
thomas.hoefer@db.com
thomas.hoefermann@nordlb.de
thomas.hoehenleiter@frankfurt-trust.de
thomas.hofer@schoellerbank.at
thomas.hogan@opcap.com
thomas.holl@blackrock.com
thomas.hoo@db.com
thomas.houghton@advantuscapital.com
thomas.humml@deka.de
thomas.hunziker@vontobel.ch
thomas.hutter@lgt.com

thomas.hynes@db.com
thomas.imhasly@csfs.com
thomas.inderwildi@efv.admin.ch
thomas.ineke@ubs.com
thomas.isler@sl-am.com
thomas.j.schmidt@schmidtbank.de
thomas.jackson@ingfunds.com
thomas.jalics@nationalcity.com
thomas.joekel@union-investment.de
thomas.johansen@fandc.com
thomas.jondeau@axa-im.com
thomas.jonk@statestreetnl.com
thomas.jost@postbank.de
thomas.jucker@credit-suisse.com
thomas.kallberg@gmam.com
thomas.kaltwasser@dzbank.de
thomas.karlsson@swedbankrobur.se
thomas.kasa@moorecap.com
thomas.kaufmann@yale.edu
thomas.keene@thehartford.com
thomas.keir@bapensions.com
thomas.keith@westlb.lu
thomas.keller@pop.lbbw.de
thomas.keller@rmf.ch
thomas.keller@zkb.ch
thomas.kellner@pioneerinvestments.at
thomas.kennedy@nwa.com
thomas.kennedy@thehartford.com
thomas.kertsos@fmr.com
thomas.kettern@dzbank.de
thomas.kiernan@pnc.com
thomas.kieselstein@union-panagora.de
thomas.kirchherr@ids.allianz.com
thomas.klein@kskbb.de
thomas.knigge@dbi.de
thomas.koerfgen@sebam.de
thomas.koerfgen@seb-invest.de
thomas.kolimago@blackrock.com
thomas.kollath@dzbank.de
thomas.kolle@allfonds.de
thomas.koller@dresdner-bank.com
thomas.konanz@vbl.de
thomas.kopkash@sscims.com
thomas.korhammer@rcm.at
thomas.korossy@kbcfp.com
thomas.kraus@bawag.com
thomas.kreitmeier@hvb.de

thomas.kressin@de.pimco.com
thomas.kronzer@ge.com
thomas.krotz@ids.allianz.com
thomas.kruemmel@ubs.com
thomas.krum@ch.abb.com
thomas.kuehn@lbb.de
thomas.kuhlmann@usbank.com
thomas.kundegraber@ba-ca.com
thomas.kursawe@hypovereinsbank.com
thomas.kurzmann@allianzgi.de
thomas.kwong@westernasset.com
thomas.lachmann@ui-gmbh.de
thomas.ladefoged@nordea.com
thomas.lally@ubsw.com
thomas.lammer@lukb.ch
thomas.lange@cominvest-am.com
thomas.langer@dresdner-bank.lu
thomas.lapeyre@caam.com
thomas.larkin@transamerica.com
thomas.larsson@sparbankenikarlshamn.se
thomas.layton@raymondjames.com
thomas.leah@citi.com
thomas.leidenberger@lbbw.de
thomas.leidenroth@credit-suisse.de
thomas.leitner@baloise.ch
thomas.leopold@allfonds-bkg.de
thomas.lestin@volvo.com
thomas.lettenberger@columbiamanagement.com
thomas.lettenberger@harrisbank.com
thomas.lewis@harrisbank.com
thomas.liebe@nordlb.de
thomas.liebi@claridenleu.com
thomas.lindquist@nordea.com
thomas.link@essenhyp.com
thomas.liskamm@dresdner-bank.com
thomas.liu@bis.org
thomas.locher@ubs.com
thomas.lonnerstam@danskebank.com
thomas.lonnerstam@seb.se
thomas.looschen@t-systems.com
thomas.lotterer@lbbw.de
thomas.lund@seb.co.uk
thomas.lusetti@vpbank.com
thomas.luthardt@commerzbank.com
thomas.lyon@tcw.com
thomas.m.hynes@db.com
thomas.m.jadlos@citigroup.com

thomas.m.le@jpmorgan.com
thomas.m.luddy@jpmorgan.com
thomas.maag@swissfirst.ch
thomas.machowski@morganstanley.com
thomas.maier@claridenleu.com
thomas.marek@postbank.de
thomas.marshall@transamerica.com
thomas.marty@mobi.ch
thomas.marx@aig.com
thomas.matter@swissfirst.ch
thomas.mauceri@mackayshields.com
thomas.maul@sachsenlb.de
thomas.maurer@vontobel.ch
thomas.mcconville@raymondjames.com
thomas.mcfarren@barclaysglobal.com
thomas.mckelvey@ubs.com
thomas.mckeon@dnbnor.com
thomas.mcnicholas@gecapital.com
thomas.meissner@weberbank.de
thomas.melcher@pnc.com
thomas.melvin@baring-asset.com
thomas.melvin@mackayshields.com
thomas.mertens@oppenheim.de
thomas.merz@postbank.de
thomas.middendorf@wbm-am.de
thomas.miele@ssmb.com
thomas.mielke@first-privat.de
thomas.miller@lazard.com
thomas.miller@westernasset.com
thomas.mills@invesco.com
thomas.minkowicz@janus.com
thomas.mittag@dresdner-bank.com
thomas.mockler@corporate.ge.com
thomas.monico@lazard.com
thomas.morck@bundesbank.de
thomas.murphy@bbh.com
thomas.musmanno@blackrock.com
thomas.n.davis@jpmorgan.com
thomas.neemann@lampebank.de
thomas.neidhardt@rzb.at
thomas.neisse@deka.de
thomas.nellen@zkb.ch
thomas.ng@ge.com
thomas.nieliwocki@gecapital.com
thomas.nienaber@moorecap.co.uk
thomas.nilsson@brummer.se
thomas.noack@westam.com

thomas.norrby@moorecap.com
thomas.nugent@bnymellon.com
thomas.nummer@adig.lu
thomas.nyegaard@fandc.com
thomas.obrien@depfa.com
thomas.obrien@pncbank.com
thomas.oconnor@wellsfargo.com
thomas.oehmler@huntington.com
thomas.o-keefe@db.com
thomas.olbrich@oppenheim.de
thomas.o'malley@nationalcity.com
thomas.oneil@ironoakadvisors.com
thomas.oposich@sparinvest.com
thomas.orourke@blackrock.com
thomas.orthen@de.rcm.com
thomas.oshea@augutus.co.uk
thomas.otbo@northseacapital.com
thomas.palmblad@puilaetco.com
thomas.paul@lbbw.de
thomas.pedersen@gs.com
thomas.perez@csam.com
thomas.pergande@aramea-ag.de
thomas.perrera@citigroup.com
thomas.petermann@juliusbaer.com
thomas.pethofer@gerling.de
thomas.petschnigg@db.com
thomas.philipp@hauck-aufhaeuser.de
thomas.picciochi@db.com
thomas.pietrobelli@barclayscapital.com
thomas.pohl@helaba.de
thomas.pohontsch@sachsenlb.de
thomas.policzer@oenb.at
thomas.poskin@pncbank.com
thomas.poullaouec@bnpparibas.com
thomas.pozios@cidatelgroup.com
thomas.prangley@ubs.com
thomas.preite@db.com
thomas.puetter@allianz.de
thomas.r.lebertre@jpmorgan.com
thomas.radinger@pioneerinvestments.com
thomas.rauch@ba-ca.com
thomas.reese@thehartford.com
thomas.rennemann@ubs.com
thomas.rentschler@bmwgroup.com
thomas.ridder@dzbank.de
thomas.ringkvist@ohman.se
thomas.riordan@us.hsbc.com

thomas.roglieri@prudential.com
thomas.rosenmayr@amg.co.at
thomas.rosmanitz@ba-ca.com
thomas.ruf@devif.de
thomas.russo@jpmorgan.com
thomas.rustici@ubs.com
thomas.ruthner@bawag.com
thomas.sabram@alliancebernstein.com
thomas.saladin@ubs.com
thomas.saltiel@lloydstsb.co.uk
thomas.salvia@rabobank.com
thomas.sandbulte@commercebank.com
thomas.sanford@moorecap.com
thomas.saulnier@lodh.com
thomas.schaad@sl-am.com
thomas.schaniel@credit-suisse.com
thomas.schatzmann@art-allianz.ch
thomas.schaufler@erstebank.at
thomas.schiess@cs.com
thomas.schirmer@ikb-cam.de
thomas.schmidlin@claridenleu.com
thomas.schmidt@cbve.com
thomas.schmidt@lbbw.de
thomas.schmiegel@devif.de
thomas.schopper@rzb.at
thomas.schreier@fafadvisors.com
thomas.schreiner@dzbank.de
thomas.schroe06@bhf-bank.com
thomas.schudel@claridenleu.com
thomas.schultz@dresdner-bank.lu
thomas.schumbert@dzbank.de
thomas.seifert@hvb.de
thomas.semadeni@lgt.com
thomas.seppi@db.com
thomas.seulnier@lodh.com
thomas.shine@bancaintesa.it
thomas.siedler@hvbeurope.com
thomas.siegel@hypointernational.com
thomas.simar@ingim.com
thomas.skill@helaba.de
thomas.skrapits@daiwausa.com
thomas.slater@bailliegifford.com
thomas.smith@bankofengland.co.uk
thomas.socha@alliancecapital.com
thomas.sommer@at.bacai.com
thomas.sorensen@nordea.com
thomas.soudan@db.com

thomas.soviero@fmr.com
thomas.spalding@nuveen.com
thomas.spiegel@daiwausa.com
thomas.spitz@ca-indosuez.com
thomas.sponholtz@barclaysglobal.com
thomas.sprey@allianzgi.de
thomas.staats@deutsche-hypo.de
thomas.stawicki@bbh.com
thomas.steffens@blackrock.com
thomas.steinemann@vontobel.ch
thomas.stengl@postbank.de
thomas.stephan@dit.de
thomas.stephens@citadelgroup.com
thomas.stocker@ubs.com
thomas.stockmann@postbank.lu
thomas.stoeckli@claridenleu.com
thomas.stoll@mbczh.ch
thomas.stollenwerk@db.com
thomas.stucki@hyposwiss.ch
thomas.stucki@snb.com
thomas.sturzenegger@juliusbaer.com
thomas.sumpster@glgpartners.com
thomas.swaney@morganstanley.com
thomas.sweeney@db.com
thomas.tan@barclayscapital.com
thomas.tangen@dnbnor.no
thomas.thieken@bayernlb.com
thomas.thirouin@labanquepostale-am.fr
thomas.tilse@cominvest-am.com
thomas.to@asia.bnpparibas.com
thomas.toerpe@associatedbank.com
thomas.tomchak@db.com
thomas.trauth@credit-suisse.com
thomas.troeger@dekabank.de
thomas.twiggs@citadelgroup.com
thomas.unterberger@claridenleu.com
thomas.uutala@micorp.com
thomas.v.wallace@morganstanley.com
thomas.vanck@db.com
thomas.van-der-meulen@ubs.com
thomas.vecchione@prudential.com
thomas.veillet@ubs.com
thomas.vestweber@credit-suisse.com
thomas.viola@ubs.com
thomas.vocke@lbbw.de
thomas.voges@allianzgi.com
thomas.vogg@ids.allianz.com

thomas.vonrohr@juliusbaer.com
thomas.vorlaufer@nl.abnamro.com
thomas.w.aust@citigroup.com
thomas.w.aust@jpmorgan.com
thomas.w.cotter@aibbny.ie
thomas.w.fiske@verizon.com
thomas.wacker@ubs.com
thomas.waehli@credit-suisse.com
thomas.walser@csam.com
thomas.walz@kskbb.de
thomas.wanger@llb.li
thomas.waters@bbh.com
thomas.watter@swisscanto.ch
thomas.weckemann@dresdner-bank.ch
thomas.weidmann@helaba.de
thomas.weigl@ids.allianz.com
thomas.werbinski@schwab.com
thomas.werkle@blb.de
thomas.werndl@dekabank.de
thomas.west@columbiamanagement.com
thomas.westerlund@nokia.com
thomas.westermann@ecb.int
thomas.wieneke@db.com
thomas.wiesner@hauck-aufhaeuser.de
thomas.wightman@ers.state.tx.us
thomas.wille@vpbank.com
thomas.williams@sscims.com
thomas.wilson@pncadvisors.com
thomas.winkler@abnamro.com
thomas.winterholler@wwk.de
thomas.wintertoller@bhf-bank.com
thomas.woelwer@ikb-cam.de
thomas.wollner@schmidtbank.de
thomas.wong@nylim.com
thomas.wren@mbna.com
thomas.x.buckingham@jpmorgan.com
thomas.x.charlet@jpmorgan.com
thomas.yeung@hk.caam.com
thomas.zbinden@swisscanto.ch
thomas.zengeler@ruv.de
thomas.zimmerer@dit.de
thomas.zollinger@ruedblass.ch
thomas.zorab@mbna.com
thomas.zottner@alliancebernstein.com
thomas.zwilling@aareal-bank.com
thomas@bessemer.com
thomas@hsaml.com

thomas@pimco.com
thomas_a_benson@bankone.com
thomas_a_lawler@fanniemae.com
thomas_appleton@ustrust.com
thomas_arrington@ustrust.com
thomas_ashton@ustrust.com
thomas_beevers@newton.co.uk
thomas_brennecke@ustrust.com
thomas_cahill@gmacm.com
thomas_chi@ml.com
thomas_connolly@ustrust.com
thomas_davis@conseco.com
thomas_distefano@ssga.com
thomas_dunn@ml.com
thomas_e_kirkenmeier@notes.ntrs.com
thomas_elliott@ml.com
thomas_esposito@hvbamericas.com
thomas_ewald@invesco.com
thomas_farmakis@swissre.com
thomas_flynn@freddiemac.com
thomas_fuqua@freddiemac.com
thomas_gaylord@ssga.com
thomas_girard@nylim.com
thomas_graf@swissre.com
thomas_guarini@ssga.com
thomas_h_loeffler@fleet.com
thomas_harner@troweprice.com
thomas_haubenstricker@nyl.com
thomas_i_poz@bankone.com
thomas_irwin@westlb.com
thomas_j_bebej@am.fcnbd.com
thomas_kayola@ssga.com
thomas_kelly@ssga.com
thomas_kennelly@ssga.com
thomas_knoff@nylim.com
thomas_lefebvre@dpimc.com
thomas_mann@bloomberg.net
thomas_mattinson@gmaccm.com
thomas_mcardle@nylim.com
thomas_mcdonagh@calpers.ca.gov
thomas_mcnulty@fleet.com
thomas_michel@swissre.com
thomas_moore@standardlife.com
thomas_mowat@hvbcreditadvisors.com
thomas_murdock@prusec.com
thomas_n_kovacevich@keybank.com
thomas_p_lynch@vanguard.com

thomas_perks@vanguard.com
thomas_phame@ml.com
thomas_piontek@freddiemac.com
thomas_rahman@standardlife.com
thomas_reh@westlb.de
thomas_rogowski@ustrust.com
thomas_rothenberger@swissre.com
thomas_rubbert@hvbamericas.com
thomas_schaub@swissre.com
thomas_schrebel@westlb.com
thomas_sculley@hvbamericas.com
thomas_sherry@ssga.com
thomas_spratt@troweprice.com
thomas_stolberg@ssga.com
thomas_telford@americancentury.com
thomas_uutala@victoryconnect.com
thomas_vaiana@americancentury.com
thomas_w_thaler@fleet.com
thomas_watson@troweprice.com
thomas_weigle@fanniemae.com
thomas_wong@invesco.com
thomasa@hp.com
thomas-c.boyle@db.com
thomas-g.winkler@telekom.de
thomasg@highbridge.com
thomas-georg.hasenboehler@ubs.com
thomas-gerhard.huber@ubs.com
thomas-j.davis@db.com
thomaslee@bankofny.com
thomasliao@cathaylife.com.tw
thomasm@mcm.com
thomas-markus.oesch@ubs.com
thomas-p.schuessler@dws.de
thomasread@chinatrustusa.com
thomass@jwseligman.com
thomas-t.butler@ubs.com
thomas-zd.mueller@ubs.com
thomaz@lycos.co.kr
thompson@daiwa-ny.com
thompson_astrid@gsb.stanford.edu
thompson_lynn@fsba.state.fl.us
thompss4@nationwide.com
thomsen.troy@principal.com
thomsent@columbiafunds.com
thomson.c.h.cheung@hsbcpb.com
thomson.scott@nomura-asset.com
thomy.zuend@rbscoutts.com

thon.huijser@rabobank.com
thone.gdovin@gwl.com
thong.nguyen@credit-suisse.com
thonychen@cmbchina.com
thor.skaret@seb.se
thorarinn.petursson@sedlabanki.is
thorben.hakanson@commerzbank.com
thorben.kremers@lbbw.de
thorben.luethge@dzbank.de
thorben.luethge@hsh-nordbank.com
thorben.sangkuhl@dghyp.de
thorkan@divinv.net
thorne.gregory@capmark.funb.com
thorne.gregory@funb.com
thornton.ma@mellon.com
thorre.sauer@commerzbankib.com
thorstein.vrolijk@rabobank.com
thorsteinn.jonsson@deutsche-hypo.de
thorsten.albrecht@devif.de
thorsten.balla@haspa.de
thorsten.becker@fmr.com
thorsten.dueser@csadvisorypartners.com
thorsten.engelmann@dws.com
thorsten.erbelding@graffenried-bank.ch
thorsten.guse@ruv.de
thorsten.heidt@commerzbank.com
thorsten.hock@zkb.ch
thorsten.hotz@apobank.de
thorsten.knoth@barcap.com
thorsten.koch@sebam.de
thorsten.komm@hsh-nordbank.com
thorsten.kraemer@lrp.de
thorsten.kuechler@deka.de
thorsten.kuechler@rahnbodmer.ch
thorsten.malter@deka.de
thorsten.mehltretter@bhf-bank.com
thorsten.muff@union-panagora.de
thorsten.nagel@db.com
thorsten.neumann@union-investment.de
thorsten.palinkas@mhcb.co.uk
thorsten.polleit@barcap.com
thorsten.rieper@hsh-nordbank.com
thorsten.ruehl@deka.de
thorsten.ruelle@drkw.com
thorsten.runde@amgam.de
thorsten.runde@hsbctrinkaus.de
thorsten.salmikeit@db.com

thorsten.schilling@sebam.de
thorsten.suder@thehartford.com
thorsten.urban@rentenbank.de
thorsten.weinelt@hvb.de
thorsten.winkelmann@allianzgi.de
thorsten.woelbern@ampegagerling.de
thorsten_kanzler@westlb.de
thoshino@sakura.co.uk
thosono@nts.ricoh.co.jp
thowanger@pershing.com
thowe@sfim.co.uk
thowes@bloomberg.net
thowey@loomissayles.com
thoye@unumprovident.com
thp@americancentury.com
thp@bankinvest.dk
thre02@handelsbanken.se
threlfall.r@tbcam.com
ths@bankinvest.dk
ths@ubp.ch
thsc@danskecapital.com
thschneider@bloomberg.net
thschneider@union-investment.de
thsung@kdb.co.kr
tht@bankinvest.dk
thuang@bear.com
thuang@essexinvest.com
thuang@hcmlp.com
thuber@troweprice.com
thudson@lordabbett.com
thuggins@eatonvance.com
thughes@bayharbour.com
thu-ha.chow@aberdeen-asset.com
thull@utsystem.edu
thunelius.j@dreyfus.com
thunt@eagleglobal.com
thunter@libertyview.com
thurlburt@lordabbett.com
thushara_therrien@fanniemae.com
thussain@us.mufg.jp
thutchinson@bloomberg.net
thutfilz@angelogordon.con
thu-uyen_nguyen@ml.com
thuy.cellini@pacificlife.com
thuy.doan@uk.bnpparibas.com
thuy.pham@pimco.com
thuyquynh.dang@barclayswealth.com

thv.na@adia.ae
thv@bankinvest.dk
thybo@tbgmc.com
thyett@fandc.co.uk
thyge@bloomberg.net
thymis.carolides@bnpparibas.com
tiago.miguel.santos@bancobpi.pt
tiago.requeijo@inginvestment.com
tiago.santos@cgd.pt
tian.mu@inginvestment.com
tian.q.chen@halbis.com
tiarra.webber@firstmidwest.com
tib@nbim.no
tibor.szikszai@barclaysglobal.com
t-ichibagase@taiyo-seimei.co.jp
tidweltj@oge.com
tiedwards@fdic.gov
tiemo.wesseling@bng.nl
tien.sanlucas@aiminvestments.com
tiend@bloomberg.net
tiendoe@gic.com.sg
tietz.rob@principal.com
tieu-my_nguyen@countrywide.com
tiffanie.wong@wellscap.com
tiffany.fleming@prudential.com
tiffany.hayden@tcw.com
tiffany.hewlin@alliancebernstein.com
tiffany.lam@ubs.com
tiffany.stallings@db.com
tiffany.tian@aig.com
tiffany.w.tai@dartmouth.edu
tiffany.ying@sgcib.com
tiffany.zahas@columbiamanagement.com
tiffany@caxtonrvh.com
tiffany_rockette@asc.aon.com
tifflin@stanford.edu
tifkuo1@bloomberg.net
tige.stading@fmr.com
tiger5@scsb.com.tw
tigeroptionusers@lehman.com
tihiro_uematu@am.sumitomolife.co.jp
tihowe@lehman.com
tiino@us.mufg.jp
tiki@uk.danskebank.com
tilak.silva@alliancebernstein.com
tilde.tosetti@capitalia-am.com
till.bechtolsheimer@ubs.com

till.heimlich@glgpartners.com
till.menges@bayernlb.de
till.schneider@bhf-bank.com
tillit.j@rothschild-cie.fr
tillmann.fabry@dekabank.de
tilly.steinbeck@swib.state.wi.us
tilmann.kuhfuss@hsh-nordbank.com
tilmann.kuhsuss@hsh-nordbank.com
tilo.andreas.wannow@frankfurt-trust.de
tilo.brauer@pioneerinvestments.com
tilsond@bloomberg.net
tilsonj1@nationwide.com
tim.abbott@highbridge.com
tim.adler@jpmorgan.com
tim.anderson@columbiamanagement.com
tim.antrobus@morganstanley.com
tim.ashley@bg-group.com
tim.bailey@citadelgroup.com
tim.bailey@jpmorgan.com
tim.ball@abnamro.com
tim.barber@huntington.com
tim.barker@morleyfm.com
tim.barker@rothschild.com.au
tim.beaven@lgim.co.uk
tim.bending@bbg.co.uk
tim.beyer@aiminvestments.com
tim.biggs@inginvestment.com
tim.breedon@lgim.co.uk
tim.brown@db.com
tim.bruenjes@db.com
tim.burge@allianzcornhill.co.uk
tim.butcher@swipartnership.co.uk
tim.callaghan@gartmore.com
tim.campbell@bailliegifford.com
tim.campion@aig.com
tim.carfi@ge.com
tim.cassels@sterlingsavings.com
tim.clemmey@ahliunited.com
tim.cohen@fmr.com
tim.cooke@credit-suisse.com
tim.covington@mortgage.wellsfargo.com
tim.craigen@threadneedle.co.uk
tim.crannis@gs.com
tim.curran@morgankeegan.com
tim.despain@halliburton.com
tim.dickson@swip.com
tim.dowd@baring-asset.com

tim.dowling@roggeglobal.com
tim.dulaney@do.treas.gov
tim.duncker@gs.com
tim.dunlop@gmacrfc.com
tim.edmonstone@btfinancialgroup.com
tim.ellerton@morganstanley.com
tim.everist@anz.com
tim.fahey@fmr.com
tim.fetten@prudential.com
tim.foley@pioneerinvest.com
tim.foord@barclaysglobal.com
tim.frankenheim@westam.com
tim.freuer-junghans@dws.com
tim.friebertshaeuser@db.com
tim.fritzenwalder@dbla.com
tim.geissler@rlb-noe.raiffeisen.at
tim.george@bailliegifford.com
tim.gill@citadelgroup.com
tim.gill@fmr.com
tim.gittos@exane.com
tim.gorle@ubs.com
tim.gough@hsbcam.com
tim.grant@aig.com
tim.haaf@de.pimco.com
tim.harenberg@db.com
tim.harris3@morleyfm.com
tim.harth@bbh.com
tim.hartshorn@fmr.com
tim.haywood@augustus.co.uk
tim.heaney@phxinv.com
tim.heffernan@fmr.com
tim.hennig@micorp.com
tim.hogan@fidelity.com
tim.hurst@lgim.co.uk
tim.huyck@fmr.com
tim.j.emmott@aib.ie
tim.jaenecke@ubs.com
tim.jaksland@nordea.com
tim.jarka@thehartford.com
tim.jones@trs.state.tx.us
tim.kelly@hcmny.com
tim.kerr@53.com
tim.keyes@gecas.com
tim.kitt@mortgage.wellsfargo.com
tim.kominiarek@ppmamerica.com
tim.l.musik@wellsfargo.com
tim.lange@henkel.com

tim.lemmon@wamu.net
tim.li@bankofamerica.com
tim.lindvall@aig.com
tim.lucas@morleyfm.com
tim.lueninghoener@commerzbankib.com
tim.m.cahill@aib.ie
tim.macdonald@hsbcam.com
tim.macek@ubsw.com
tim.madraimov@jpmorgan.com
tim.madsen@nordea.com
tim.mankus@wellsfargo.com
tim.mann@lgim.co.uk
tim.martin@blackrock.com
tim.mccarron@uk.fid-intl.com
tim.mccarthy@alliancebernstein.com
tim.mccaughey@nab.com.au
tim.mccrady@inginvestment.com
tim.mckenzie@glgpartners.com
tim.mcleod@barclaysglobal.com
tim.medland@glgpartners.com
tim.mills@nationwide.co.uk
tim.monahan@sunlife.com
tim.moore@aiminvestments.com
tim.morris@morganstanley.com
tim.mueller1@zkb.ch
tim.mulrennan@pioneerinvest.com
tim.nguyen@cpa.state.tx.us
tim.nierste@ihe.com
tim.norman@thrivent.com
tim.o'day@ny.frb.org
tim.o'dell@investecmail.com
tim.olijerhoek@nl.abnamro.com
tim.pearce@rbccm.com
tim.pickering@northernrock.co.uk
tim.pihl@wamu.net
tim.powell@4086.com
tim.pratt@wachovia.com
tim.rees@insightinvestment.com
tim.reynolds@ers.state.tx.us
tim.reynolds@usaa.com
tim.rovekamp@dexia.be
tim.russell@lazam.co.uk
tim.russell@usbank.com
tim.ryan.fmrco@fmr.com
tim.ryan@thehartford.com
tim.saigol@lloydstsb.co.uk
tim.salter@bis.org

tim.schmelzer@aareal-bank.com
tim.scholefield@swipartnership.co.uk
tim.segboer@bng.nl
tim.sexton@db.com
tim.shardman@fandc.com
tim.sheehan@fortisinvestments.com
tim.short@axaframlington.com
tim.skeet@dresdnerkb.com
tim.slotover@citigroup.com
tim.smith@axa-im.com
tim.smollen@dkrw.com
tim.soetens@philips.com
tim.spencer@barcap.com
tim.stephens@barcap.com
tim.stevenson@firstunion.com
tim.sundell@inginvestment.com
tim.sutton@rbccm.com
tim.swanson@evergreeninvestments.com
tim.swanson@nationalcity.com
tim.t.bennett@aib.ie
tim.tackett@midfirst.com
tim.tanner@morleyfm.com
tim.taylor@bankofengland.co.uk
tim.temple@sarasin.co.uk
tim.tomalin-reeves@db.com
tim.tookey@ltsb-finance.co.uk
tim.tucker@aig.com
tim.vanklaveren@ubs.com
tim.wartman@midstates.org
tim.webb@barclaysglobal.com
tim.wilhide@thehartford.com
tim.winstone@ubs.com
tim.withey@axa-im.com
tim.wittich@inginvestment.com
tim.wong@barclaysglobal.com
tim.wong@bmonb.com
tim.woods@lloydstsb.co.uk
tim.young@bankofengland.co.uk
tim.zelgert.q07p@statefarm.com
tim@bpviinc.com
tim@independentsector.org
tim@sandlercap.com
tim_aylott@blackrock.com
tim_bartosh@ctxmort.com
tim_bei@troweprice.com
tim_binks@capgroup.com
tim_brown@fanniemae.com

tim_coughlin@morganstanley.com
tim_edwards@mgic.com
tim_fitzgerald@dpimc.com
tim_garry@ssga.com
tim_gary@ssga.com
tim_gaudette@putnam.com
tim_gaudette@ssga.com
tim_holihen@mail.bankone.com
tim_i_murphy@acml.com
tim_jacobson@consecofinance.com
tim_jenkins@tigerfund.com
tim_lasham@invesco.com
tim_leach@ustrust.com
tim_lucas@newton.co.uk
tim_mahoney@ml.com
tim_miller@americancentury.com
tim_murphy@campbellsoup.com
tim_parker@troweprice.com
tim_reid@hsbcsecuritiesinc.com
tim_rice@sfmny.com
tim_richards@westlb.co.uk
tim_sai_louie@westlb.co.uk
tim_schmidt@freddiemac.com
tim_stark@capgroup.com
tim_thiebout@bankone.com
tim_w_bond@bankone.com
tim_wilson@newton.co.uk
tim_woolley@glenmede.com
tim1@bloomberg.net
timalb@bloomberg.net
timbrown@northwesternmutual.com
timbsi@bloomberg.net
timbul_budi@bi.go.id
timchilde@quilterjersey.com
timd@bpviinc.com
timea.gregorcsok@sl-am.ch
timfetter@eatonvance.com
timh@bgi-group.com
timhok@safeco.com
timhylton@sceptre.ca
timi_burgess@ntrs.com
timkellen@northwesternmutual.com
timkenny@nifa.org
timl@chgroup.com
timlee@gic.com.sg
timm.hoeynck@hsh-nordbank.com
timo.boehm@de.pimco.com

timo.kuerschner@bw-bank.de
timo.schild@deka.de
timo.seiler@lbbw.de
timon.lissel@wgz-bank.de
timos.daskalopoulos@csam.com
timothe.rauly@axa-im.com
timothee.malphettes@groupe-mma.fr
timothy.anderson@wachoviasec.com
timothy.andrew@wellsfargo.com
timothy.bacik@alliancebernstein.com
timothy.barrett@ibtco.com
timothy.batten@fmr.com
timothy.bias@imsi.com
timothy.bradshaw@gartmore.com
timothy.burger@umb.com
timothy.caffrey@thehartford.com
timothy.compan@nationalcity.com
timothy.corbett@thehartford.com
timothy.coyne@nationalcity.com
timothy.crandall@usbank.com
timothy.cronin@columbiamanagement.com
timothy.deegan@daiwausa.com
timothy.dorey@bmo.com
timothy.drinkall@morganstanley.com
timothy.foster@uk.fid-intl.com
timothy.gage@morganstanley.com
timothy.gleason@harrisbank.com
timothy.hanson@bmo.com
timothy.harth@prudential.com
timothy.hawkins@lmginv.com
timothy.hellmann@credit-suisse.com
timothy.holmes@national-city.com
timothy.horan@pioneerinvest.com
timothy.j.morris@jpmorgan.com
timothy.j.snyder@jpmorgan.com
timothy.jannetta@morganstanley.com
timothy.johnson@blackrock.com
timothy.johnson@ny.frb.org
timothy.k.y.tso@hsbcrepublic.com
timothy.keenan@barclayscapital.com
timothy.kleiman@deshaw.com
timothy.lambour@pncadvisors.com
timothy.leask@jpmorganfleming.com
timothy.leitch@jbsswift.com
timothy.ligowski@nyc.nxbp.com
timothy.lyons@citadelgroup.com
timothy.m.gamache@jpmorgan.com

timothy.m.johnson@co.hennepin.mn.us
timothy.m.shannon@jpmorgan.com
timothy.m.weber@columbiamanagement.com
timothy.mackin@nationalcity.com
timothy.macphail@wachovia.com
timothy.malloy@baring-asset.com
timothy.martin@bankofamerica.com
timothy.martin@nordlb.com
timothy.matson@ap.ing.com
timothy.mccabe@huntington.com
timothy.mcdonough@national-city.com
timothy.mckean@mhcb.co.uk
timothy.moss@alliancebernstein.com
timothy.mulrenan@pioneerinvest.com
timothy.murphy@janus.com
timothy.murray@barclaysglobal.com
timothy.nelson@fafadvisors.com
timothy.neumann@jpmorganfleming.com
timothy.noonan@blackrock.com
timothy.o'grady@pncadvisors.com
timothy.p.faselt@us.hsbc.com
timothy.parton@jpmorgan.com
timothy.pihl@chase.com
timothy.pynchon@pioneerinvest.com
timothy.rea@fandc.com
timothy.rezvan@blackrock.com
timothy.riddell@ubs.com
timothy.routledge@blackrock.com
timothy.s.brown@morganstanley.com
timothy.settel@lazard.com
timothy.shannon@morganstanley.com
timothy.stoll@abnamro.com
timothy.swenson@xlgroup.com
timothy.tan@bayernlb.de
timothy.taylor@morganstanley.com
timothy.tiani@rbsgc.com
timothy.veraska@morganstanley.com
timothy.walz@lbbwus.com
timothy.welch@barclaysglobal.com
timothy.white@mizuhocbus.com
timothy.whitehead@insightinvestment.com
timothy.wood@rbc.com
timothy.x.woods@jpmorgan.com
timothy.yanoti@ge.com
timothy_bitsberger@freddiemac.com
timothy_blair@notes.ntrs.com
timothy_browse@ml.com

timothy_codrington@putnam.com
timothy_cook@ssga.com
timothy_corbett@ssga.com
timothy_daggett@swissre.com
timothy_dillane@merck.com
timothy_e_kehoe@fleet.com
timothy_edmonstone@putnam.com
timothy_evnin@ustrust.com
timothy_ferguson@putnam.com
timothy_furbush@ssga.com
timothy_heller@freddiemac.com
timothy_j_conway@fleet.com
timothy_jacoutot@ml.com
timothy_lyons@putnam.com
timothy_reil@nylim.com
timothy_ryan@ssga.com
timothy_w_eisel@mail.bankone.com
timothys@bloomberg.net
timothystrickland@synovus.com
timothy-t.ryan@db.com
timothytan@dbs.com
timothyteo@gic.com.sg
timothyweir@wessex.co.uk
timstubbs@gic.com.sg
timu@pwmco.com
timw@treasury.state.az.us
tin.chan@pioneerinvest.com
tina.allen@threadneedle.co.uk
tina.cao@rabobank.com
tina.chen@barclaysglobal.com
tina.fendl@morganstanley.com
tina.forssgren@ubs.com
tina.heath@axa-im.com
tina.huang@email.chinatrust.com.tw
tina.jeffery-heath@axa-im.com
tina.jung@ge.com
tina.knecht@vontobel.ch
tina.long@truscocapital.com
tina.mortensen@nordea.com
tina.rogers@gartmore.com
tina.rosenkranz@helaba.de
tina.sadler@templeton.com
tina.schumacher@okobank.fi
tina.shaw@gibuk.com
tina.stumpf@dzbank.de
tina.suo@pimco.com
tina.swedenborghall@fortis.com

tina.tanaka-ishida@gwl.com
tina.thompson@mortgagefamily.com
tina.ventura@abbott.com
tina.wegmueller@baloise.ch
tina.zumer@ecb.int
tina_hsiao@mfcinvestments.com
tina_wang@scudder.com
tinachiu@sohu.com
tinalin@mail.cbc.gov.tw
tincherj@strsoh.org
tindallp@uk.ibm.com
tine.denorme@fortisinvestments.com
tineeck@fdic.gov
tineka.smart@jpmchase.com
tineke_frikkee@newton.co.uk
ting.chen@email.chinatrust.com.tw
ting.cui@dartmouth.edu
ting.so@barclaysglobal.com
ting_li@ssga.com
tinga8@singnet.com.sg
tingelsby@gscpartners.com
tinglei@wellsfargo.com
ting-ting_yu@freddiemac.com
tinguely@bordier.com
tingz@wharton.upenn.edu
tinh.tieu@ge.com
tinireen@aol.com
tinka.kleine@pggm.nl
tinnes@metlife.com
tino.petzold@sachsenlb.de
tino.sarantis@bsibank.com
tino.spina@dexia-bil.com
tino.tziotzios@vpbank.com
tino@fmr.com
tinomata@daiwasbi.co.jp
tintin@unionbankph.com
tioga326@msn.com
tiongguan@dbs.com
tiricia_mills@ustrust.com
t-irie@ikedabank.co.jp
tironi@bloomberg.net
tisch@bloomberg.net
tiseki@suntory.com
tisha.jackson@columbiamanagement.com
tisha_tyson@fanniemae.com
tishfield_marc@jpmorgan.com
t-ishihara@nochubank.or.jp

tishmael@tiaa-cref.org
titierni@bi.go.id
titilayo.udoh@mortgagefamily.com
tito.acosta@soros.com
titoli@buc.ch
titoli@capitalgest.it
titoli1@bloomberg.net
titschrivero@bloomberg.net
titus.liu@citadelgroup.com
titus.schnyder@zkb.ch
tivan.bovington@abrir.ch
tiw@statoil.com
tiwamoto@bloomberg.net
t-iwasa@pub.taisei.co.jp
tiya.walker@jpmorgan.com
tiziana.bocus@dbfm.it
tiziana.costa@alpitour.it
tiziana.nart@mail.alleanzaassicurazioni.i
tiziana.palladini@capitalia-am.com
tiziana.rizzati@pioneerinvest.it
tiziana.rossi@arcafondi.it
tiziano.bregagnollo@bancaakros.it
tiziano.brianza@ceresiobank.com
tiziano.fantozzi@bper.it
tizuta@wellington.com
tj.brannon@columbiamanagement.com
tj.hughes@morganstanley.com
tj.maher@evergreeninvestments.com
tj.vigliotta@lazard.com
tj@nationalbanken.dk
tj_brannon@ustrust.com
tj_kravits@bankone.com
tj1@ntrs.com
tj4@ntrs.com
tjab@bloomberg.net
tjabez@cpr-am.fr
tjackson@caxton.com
tjackson@hcmlp.com
tjacobs1@frk.com
tjacobson@lordabbett.com
tjacos@waddell.com
tjamme.klaren@ingim.com
tjane@wellington.com
tjard.westbroek@rabobank.com
tjaron@dkpartners.com
tjayne@wellington.com
tjb@columbus.com

tjbaur@greatsouthernbank.com

tjbrodeur@lmus.leggmason.com

tjbryant@statestreet.com

tjcasey@standishmellon.com

tjcoleman@wellington.com

tjeerd.van.cappelle@ingim.com

tjeerd.voskamp@threadneedle.co.uk

tjeert.keijzer@ingim.com

tjeffrey@ci.palm-desert.ca.us

tjemme.van.der.meer@nl.abnamro.com

tjenkins@pwmco.com

tjensen@allstate.com

tjerk.methorst@pggm.nl

tjester@bloomberg.net

tjian@mfs.com

tjiang@fhlbc.com

tjibbe.van.houten@ingin.com

tjin.ong.kwok@nordlb.com

tjjb@capgroup.com

tjkamerich@pepco.com

tjkennelly@bkb.com

tjkwon@kookminbank.com;tjkwon@bloomberg.net

tjmacdonald@statestreet.com

tjmccarthy@wellington.com

tjmccormack@wellington.com

tjmcglinn@uss.com

tjmeidhof@wellington.com

tjmillard@fhlbatl.com

tjmiller@waddell.com

tjn610@comcast.net

tjnam@bok.or.kr

tjo@nbim.no

tjohansen@bostonprobes.com

tjohn@princeton.edu

tjohnson@deerfieldcapital.com

tjohnson@denveria.com

tjohnson@wilmingtontrust.com

tjohnson63@cox.net

tjomme.dijkma@fandc.com

tjonasz@msfi.com

tjones@mfs.com

tjones8@bloomberg.net

tjordan@troweprice.com

tjosien@oddo.fr

tjt2@notes.ntrs.com

tjthomas@bloomberg.net

tjuarez@mailbox.lacity.org

tjudd@hhhinfo.org
tjudson@husic.com
tjum@samsung.co.kr
tjurevic@loomissayles.com
tjyoung@stephens.com
tk@carnegieam.dk
tkabisch@meag.com
tkadlec@paladininvestments.com
t-kaida@nissay.co.jp
tkamimura@wellington.com
tkamo@wellington.com
t-kanamaru@nochubank.or.jp
tkane@bankofny.com
tkaneko@perrycap.com
tkaniewski@munder.com
t-kato@nochubank.or.jp
tkatsumi@btmna.com
tkauss@williamblair.com
t-kawamoto@ioi-sonpo.co.jp
tkcho@bloomberg.net
tkeaney@bankofny.com
tkearney4@bloomberg.net
tkeffer@oppenheimerfunds.com
tkeitel@amfin.com
tkellenberger@aegonusa.com
tkelley@dlbabson.com
tkelley@loomissayles.com
tkellis@azoa.com
tkellner@fiduciarymgt.com
tkempner@dkpartners.com
tkendall@fsa.com
tkennedy@tribune.com
tkenny@munder.com
tkerns@rentec.com
t-kiang.tan@ubs-oconnor.com
tkieran@blackrock.com
tkihara@bloomberg.net
tkim@canyonpartners.com
tkimura@ifc.org
tkirchmaier@meag.com
tkisaka@wilmingtontrust.com
tkk@capgroup.com
tklee@mas.gov.sg
tklimes@caxton.com
tklingman@bloomberg.net
tkmiotek@chicagocapital.com
tkne@victoryconnect.com

tknight@aegonusa.com
tkniola@standishmellon.com
tknutson@voyageur.net
tko@lrc.ch
tkoba@dl.dai-ichi-life.co.jp
t-koba@nochubank.or.jp
tkoether@caxton.com
tkohata@tiaa-cref.org
tkolefas@tiaa-cref.org
tkono@dl.dai-ichi-life.co.jp
tkontos@alger.com
tkooyker@blenheiminv.com
tkotrec@transat.tm.fr
tkovalsky@bayharbour.com
tkp@paradigmasset.com
tkroeber@meag-ny.com
tkroutil@lkcm.com
tkrushman@acecapitalre.com
tkubo@nochubank.or.jp
tkuchler@hcmlp.com
tkulinski@invest.treas.state.mi.us
tkuo@ftci.com
tkurisu@aamcompany.com
tkurisu@williamblair.com
t-kuroda@nissay.co.jp
tkurtz@meag.com
tkushi@sompo-japan.co.jp
tkytoenen@pembacreditadvisers.com
t-l.kamann@federated.de
tl@cgii.com
tl@dsaco.com
tl_tsang@putnam.com
tl10@ntrs.com
tl337@cornell.edu
tl4236@meiji-life.co.jp
tlacraz@pictet.com
tlam@pictet.com
tlamar@bloomberg.net
tlamb@art-allianz.com
tlane@wescorp.org
tlangela@notes.banesto.es
tlanyi@templeton.com
tlar@nykredit.dk
tlarson@ftadvisors.com
tlau1@metlife.com
tlay@cdcixis-cm.com
tlbearman@delinvest.com

tlcancelarich@wellington.com
tleach@ustrust.com
tlee@nystrs.state.ny.us
tlee@wellington.com
tlefevre@wscapital.com
tlemkin@canyonpartners.com
tlenihan@metlife.com
tlennon2@metlife.com
tleone@tiaa-cref.org
tleonhard@meag.com
tlerchl@meag.com
tleturno@fhlbc.com
tlevering@wellington.com
tlewis@waddell.com
tlhansen@gr.dk
tli@babsoncapital.com
tlibassi@gscpartners.com
tlightcap@perrycap.com
tlindemann@bloomberg.net
tliston@humana.com
tlitt@perrycap.com
tlj@compassbnk.com
tljohnson@aegonusa.com
tlkaufman@statestreet.com
tllim@mas.gov.sg
tloh@perrycap.com
tlong@wellington.com
tlord@bear.com
tlpappas@wellington.com
tls@capgroup.com
tlt@tchinc.com
tlucifero@astoriafederal.com
tlunde2@bloomberg.net
tlusk@federatedinv.com
tluster@eatonvance.com
tly@nbim.no
tlyman@firstcitizensbank.com
tlynch12@bloomberg.net
tlyons@quadrantcapital.com
tm.yap@vtbeurope.com.sg
tmacklem@bank-banque-canada.ca
tmacrini@oppenheimerfunds.com
tmadden@federatedinv.com
tmadesclaire@groupama-am.fr
t-maeda@nissay.co.jp
tmaffia@tiaa-cref.org
tmaglia@kbw.com

tmagness@troweprice.com
tmaher@lordabbett.com
tmahon@nylim.com
tmajors@barbnet.com
t-makita@nochubank.or.jp
tmallman@cwhenderson.com
tmaloney@mfs.com
tman@danskebank.dk
tmandel@utendahl.com
tmangan@websterbank.com
tmanthe@aegonusa.com
tmanzi@standishmellon.com
tmarks@quantjock.net
tmartens@meag.com
tmarthaler@chicagocapital.com
tmartin@perrycap.com
tmarvel@ustrust.com
tmarzilli@standishmellon.com
tmason@co.la.ca.us
tmason@loomissayles.com
t-matsuzawa@mitsubishi-motors.co.jp
tmaxwell@martincurrie.com
tmaxwell@rwbaird.com
tmay@viningsparks.com
tmccarthy@rockco.com
tmccauley@fhlbatl.com
tmcclone@williamblair.com
tmcclure@state.tn.us
tmccorkell@seic.com
tmccormick@bankofny.com
tmccormick@williamblair.com
tmccoy@fhhlc.com
tmccubbin@asbcm.com
tmccullagh@martincurrie.com
tmcdonnell@babsoncapital.com
tmcevilly@lincap.com
tmcfaul@stwca.com
tmcgann@leggmason.com
tmcginnis@bloomberg.net
tmcglinch@voyageur.net
tmcgurkin@leggmason.com
tmckee@bloomberg.net
tmcmahon@westernasset.com
tmcmeekin3@gmail.com
tmctague@grneam.com
tmdargie@statestreet.com
tmeichl1@bloomberg.net

tmeirink@copera.org
tmelendez@mfs.com
tmelguiz@notes.banesto.es
tmelillo@fwg.com
tmengel@waddell.com
tmennie@stonebridgebank.com
tmeringoff@statestreet.com
tmerkle@steinroe.com
tmermagen@bloomberg.net
tmetzold@eatonvance.com
tmholzhauser@midamerican.com
tmilani@arborresearch.com
tmilazzo@hncbank.com
tmiller@clarkest.com
tmiller@fhlbatl.com
tmiller@osc.state.ny.us
tmiller1@frk.com
tmilovanov@angelogordon.com
tminami@btmna.com
tminnick@tswinvest.com
tminor@ubs.com
tmiot@lvmh.fr
tmiraglia@howeandrusling.com
tmitchell@federatedinv.com
tmitchell@provnet.com
tmitchell@snwsc.com
tmiyagawa@nissay.co.uk
tmizuno@jp.statestreet.com
tmm@capgroup.com
tmm@dodgeandcox.com
tmm@sitinvest.com
tmo@canyonpartners.com
tmobrien@delinvest.com
tmocarski@navispartners.com
tmoe@omega-advisors.com
tmoeller@union-investment.de
tmoi@statoil.com
tmolloy@hapoalimusa.com
tmomose@bloomberg.net
tmoore@caxton.com
tmoore@luminentcapital.com
tmoore@smithbreeden.com
tmorgan55@bloomberg.net
tmorimoto@nissay.co.uk
tmorris@keybanccm.com
tmorton@russell.com
tms.padoaschioppa@ecb.int

tms@dodgeandcox.com
tms2@ntrs.com
tmuccia@firstmanhattan.com
tmudie@munder.com
tmueller8@bloomberg.net
tmullen@allstate.com
tmuller@insinger.com
tmullig@ftci.com
tmulligan@eagle.rjf.com
tmullin1@bloomberg.net
tmulvaney@braeburncapital.com
tmurao@dia-lease.co.jp
tmurphy@congressasset.com
tmurphy@fwg.com
tmurphy@jefco.com
tmurphy01@bloomberg.net
tmurray@fdic.gov
tmusante@sunamerica.com
tmusto@silchester.com
tmyers@vmfcapital.com
tn@capgroup.com
t-nagaoka@nochubank.or.jp
tnak@bloomberg.net
tnakauchi@btm.co.uk
tnallasamy@westernasset.com
tnantell@csom.umn.edu
tnapholtz@allstate.com
tnapholz@allstate.com
tnappy@loews.com
tnau@hcmlp.com
tnavasardian@caxton.com
tndoyle@standishmellon.com
tneale@wilmingtontrust.com
t-negama@taiyo-seimei.co.jp
tnelson@frk.com
tnesbitt@evcap.bm
tnest@gsc.com
tnewlin@lnc.com
tng.kweelian@uobgroup.com
tnguyen@metlife.com
tnguyen@saybrook.net
tnhill@jhancock.com
tnicholson@bbandt.com
tnielsen@jyskeinvest.dk
tnielsen@lehman.com
tnixon@smithbreeden.com
tnmanning@wellington.com

tnnguyen@jhancock.com
tnobezawa1@sompo-japan.co.jp
tnobile@bankofny.com
tnocella@halcyonllc.com
tnocella@us.nomura.com
tnordstrom@fnni.com
tnpickering@wellington.com
tnutt@delinvest.com
tnw.tr@adia.ae
toa@nykredit.dk
toan.nguyen@wamu.net
tob@ingalls.net
toba@nam.co.jp
toback@ellington.com
tobe.epstein@corporate.ge.com
tobeconfirmed@ubs.com
tober@entergy.com
tober@meag.com
toberhaus@lordabbett.com
tobias.beck@dzbank.de
tobias.becker@rabobank.com
tobias.bettkober@credit-suisse.com
tobias.engel@aareal-bank.com
tobias.frei@oppenheim.ch
tobias.geyer@cominvest.de
tobias.grun@gartmore.com
tobias.halasz@sarasin.ch
tobias.hopp@fortis.lu
tobias.ilgen@westimmo.de
tobias.jerschke@kuehne-nagel.com
tobias.klein@first-private.de
tobias.kohls@dit.de
tobias.maier@ikb.de
tobias.merath@credit-suisse.com
tobias.neppl@commerzbank.com
tobias.prokesch@de.pimco.com
tobias.schmidt@feri.de
tobias.schulte@ubs.com
tobias.spaeti@db.com
tobias.spandri@de.pimco.com
tobias.stein@union-panagora.de
tobias.strelow@bayernlb.de
tobias.tolino@inginvestment.com
tobias.welo@fmr.com
tobias.widmer@juliusbaer.com
tobias.windecker@dit.de
tobias.windmeier@cominvest.de

tobias.windmeier@cominvest-am.com
tobias.wuertzl@credit-suisse.de
tobias.wyss@claridenleu.com
tobias.x.mensing@jpmorgan.com
tobias.zwimpfer@hyposwiss.ch
tobias_astor@blackrock.com
tobias_bucks@newton.co.uk
tobifi@bezeq.com
tobin.kim@clinton.com
tobin.thomas@nationalcity.com
tobin@bessemer.com
tobita.shigemi@sumitomo-rd.co.jp
tobl02@handelsbanken.se
tobrien@loomissayles.com
tobruns@bloomberg.net
tobryan@williamblair.com
tobul.g@fibi.co.il
toby.foord-kelcey@threadneedle.co.uk
toby.hayes@insightinvestment.com
toby.hudson@schroders.com
toby.lewis@fmr.com
toby.mansell@mondrian.com
toby.rackliff@uk.abnamro.com
toby.rome@rbccm.com
toby.ross@bailliegifford.com
toby.vaughan@fandc.com
toby.warburton@barclaysglobal.com
toby_baker@troweprice.com
toby_maczka@bankone.com
toby_markes@americancentury.com
toby_michaud@ssga.com
tocchiolini@mfs.com
tochiai@us.tr.mufg.jp
toconnor@armfinancial.com
tod.fairbanks@bms.com
tod.mc-kenna@ingim.com
tod.nasser@pacificlife.com
tod.vanname@fbfinance.com
toda@dl.dai-ichi-life.co.jp
todd.a.neils@wellsfargo.com
todd.adams@midstates.org
todd.barger@state.nm.us
todd.barker@citadelgroup.com
todd.barre@harrisbank.com
todd.bates@inginvestment.com
todd.beekman@fmr.com
todd.bocabella@blackrock.com

todd.brabazon@fmr.com
todd.buchner@credit-suisse.com
todd.burnside@blackrock.com
todd.chesterpal@pnc.com
todd.davis@fidelity.com
todd.dewberry@huntington.com
todd.edgar@tudor.com
todd.ehret@wpginvest.com
todd.fletcher@lehman.com
todd.fraser@schwab.com
todd.gjervold@citadelgroup.com
todd.glassman@fmr.com
todd.glick@citadelgroup.com
todd.gronski@ge.com
todd.hanssen@wamu.net
todd.harris@pnc.com
todd.healy@micorp.com
todd.herget@columbiamanagement.com
todd.herlihy@morganstanley.com
todd.houghton@bmonb.com
todd.humphreys@sscims.com
todd.hunter@wachovia.com
todd.hurtubise@blackrock.com
todd.huskinson@deshaw.com
todd.jablonski@csam.com
todd.jorgensen@himco.com
todd.kreitzman@ftnmidwest.com
todd.l@mellon.com
todd.leon@highbridge.com
todd.ludgate@swib.state.wi.us
todd.m.brown@jpmorganfleming.com
todd.m.lovell@morganstanley.com
todd.maddock@rocklandtrust.com
todd.marciniak@morganstanley.com
todd.mccallister@eagleasset.com
todd.meadow@dillonread.com
todd.mick@columbiamanagement.com
todd.murray@ge.com
todd.myers@americo.com
todd.petersen@prudential.com
todd.phin@highbridge.com
todd.prado@janus.com
todd.ragusa@ge.com
todd.rogers@sgcib.com
todd.schroeder@citadelgroup.com
todd.schubert@gecapital.com
todd.schwartz@usbank.com

todd.shirak@shenkmancapital.com
todd.smith@swib.state.wi.us
todd.snyder@putnam.com
todd.stitt@wachovia.com
todd.trapp@honeywell.com
todd.wood@ftnmidwest.com
todd.woodacre@bbh.com
todd@ardsley.com
todd@scm-lp.com
todd@stw.com
todd_bean@ssga.com
todd_block@gmacm.com
todd_brezinski@ssga.com
todd_buechs@nacm.com
todd_buesch@nacm.com
todd_cooper@swissre.com
todd_e_hoffman@keybank.com
todd_e_peterson@fanniemae.com
todd_fellerman@ustrust.com
todd_finkelstein@conning.com
todd_james@capgroup.com
todd_kennedy@ssga.com
todd_lines@freddiemac.com
todd_m_smith@ml.com
todd_macijauskas@conning.com
todd_parker@fanniemae.com
todd_parsons@elliottandpage.com
todd_peters@americancentury.com
todd_qed@yahoo.com
todd_smith@calpers.ca.gov
todd_stewart@nylim.com
todd_urbon@cargill.com
todd_wolter@nacm.com
todd-a.greenfield@ubs.com
toddagger@northwesternmutual.com
toddcheney@synovusmortgage.com
toddj@citysummit.com
toddjankowski@northwesternmutual.com
toddkuimjian@tagfolio.com
toddm@loopcap.com
toddp@pwmco.com
toddr@ruanecunniff.com
toddwisner@gmacm.com
todor.todorov@credit-suisse.com
todoroki_yoshitaka@dn.smbc.co.jp
todorov@apple.com
todryka@nationwide.com

tofi.lakhani@shenkmancapital.com
togashi@daiwa-am.co.jp
togiso@sompo-japan.co.jp
togorman@vaamllc.com
tograly@westernasset.com
toh.sweehuat@uobgroup.com
toh@nykredit.dk
tohallor@lordabbett.com
to-harada@ja-kyosai.or.jp
tohnakamura@bloomberg.net
t-ohno@kokusai.co.jp
toho08@handelsbanken.se
tohoport@nifty.com
tohpat@bloomberg.net
tohru_yuhara@mufg.jp
tohru-hashizume@am.mufg.jp
tohsengg@bnm.gov.my
toine.picokrie@ingim.com
toine.teulings@nibc.com
t-oishi@yasuda-life.co.jp
toishigawa20856@nissay.co.jp
toiw01@handelsbanken.se
tojima.m@mellon.com
tojo04@handelsbanken.se
tok.pr@adia.ae
tok@ntga.ntrs.com
tokaigolf@bloomberg.net
tokamoto4@sompo-japan.co.jp
tokes@allstate.com
toki_shinichi@mail.asahi-life.co.jp
toki-akitomo@mitsubishi-sec.co.jp
tokiko.shimizu@boj.or.jp
tokio_kondo@mitsui-seimei.co.jp
tokoro@daiwasbi.co.jp
toku_chen@ml.com
tokugin@bloomberg.net
tokuhara.m@daiwa-am.co.jp
tokunaga@nam.co.jp
tokuoka.shoichi@kokusai-am.co.jp
tokushima@nam.co.jp
tokushima02362@nissay.co.jp
tokyoprogramtrading@lehman.com
tol@bcmnet.nl
tolentino@bessemer.com
tolga.durmusoglu@isbank.com.tr
tolga.i.uzuner@jpmorgan.com
tolga.kirbay@fortis.com.tr

tolivierre@perrycap.com
tolle.groterud@telenor.com
tolloni.francesca@alitalia.it
tolsen@img-dsm.com
tom.a.ahern@chase.com
tom.abrams@columbiamanagement.com
tom.allen@fmr.com
tom.arthur@glgpartners.com
tom.attwood@icgplc.co.uk
tom.avazian@bankofamerica.com
tom.bartlam@icgplc.co.uk
tom.bastian@vankampen.com
tom.bauwens@gs.com
tom.billiard@pacificlife.com
tom.borer@wamu.net
tom.brofors@seb.se
tom.brooks@fmr.com
tom.brown@glgpartners.com
tom.burke@blackrock.com
tom.c.lynch@aib.ie
tom.calimano@pncbank.com
tom.cammack@trs.state.tx.us
tom.carr@lgim.co.uk
tom.carroll@aamcompany.com
tom.carroll@fmr.com
tom.casey@wamu.net
tom.cb.elliott@jpmorganfleming.com
tom.ceusters@dexia-us.com
tom.chang.hbw1@statefarm.com
tom.chistolini@fmr.com
tom.clark@fmglobal.com
tom.clark@raymondjames.com
tom.clarke@ubs.com
tom.coleman@moorecap.com
tom.cook@commerzbankib.com
tom.copeland@aegon.co.uk
tom.copper@threadneedle.co.uk
tom.crombie@aegon.co.uk
tom.cullen@blackrock.com
tom.cunningham@us.fortis.com
tom.dailey@calvertgroup.com
tom.davidson@osterweis.com
tom.day@sgcib.com
tom.demeyer@ingim.com
tom.denkler@aig.com
tom.denniston@citadelgroup.com
tom.dhaenens@fortis.com

tom.doyle@citadelgroup.com
tom.dutta@thrivent.com
tom.eich@lbbw.de
tom.elder@nomura-asset.co.uk
tom.finnegan@huntington.com
tom.franke@raymondjames.com
tom.galvin@columbiamanagement.com
tom.glynn@ilim.com
tom.grabenstatter@huntington.com
tom.graf@wachovia.com
tom.grogan@dzbank.ie
tom.hartung@sachsenlb.de
tom.hayes@boimail.com
tom.hedges@gartmore.com
tom.heineke@bayerninvest.de
tom.hickey@moorecap.co.uk
tom.hickey@moorecap.com
tom.hill@ubs.com
tom.holflod@nordea.com
tom.holland@abnamro.com
tom.hooper@aberdeen-asset.com
tom.howse@clarica.com
tom.huelin@aberdeen-asset.com
tom.hughes@db.com
tom.jackson@clinton.com
tom.jackson@ingfunds.com
tom.johannessen@drkw.com
tom.johnson@gwl.com
tom.johnson@harrisbank.com
tom.johnson@wachovia.com
tom.kellet@barclayscapital.com
tom.kendrat@pncbank.com
tom.kirke@omam.co.uk
tom.kotsopoulos@bmo.com
tom.kozlak@stpaul.com
tom.l.maginn@aib.ie
tom.lapointe@columbiamanagement.com
tom.lavin@fmr.com
tom.lazaridis@us.hsbc.com
tom.lee@rcbank.com
tom.lehto@aktia.fi
tom.lincoln@ge.com
tom.liu@prudential.com
tom.lofton@ost.state.or.us
tom.lund@klp.no
tom.lundsten@sampo.fi
tom.lyon@trs.state.tx.us

tom.mann@csam.com
tom.maughan@jpmorgan.com
tom.mayo@blackrock.com
tom.mcaleavy@citigroup.com
tom.mcconnell@edwardjones.com
tom.mccutchen@barclaysglobal.com
tom.mccuthen@barclaysglobal.com
tom.mceachin@utcpower.com
tom.mcgrane@pncbank.com
tom.mckissick@tcw.com
tom.mcutchen@barclaysglobal.com
tom.mead@firstar.com
tom.melvin@mackayshields.com
tom.miller@nycomptroller.com
tom.mondelaers@blackrock.com
tom.monsen@juliusbaer.com
tom.morrow@fluor.com
tom.murray@jpmorgan.com
tom.murray1@ge.com
tom.neary@gmacm.com
tom.nevin@opco.com
tom.nicholas@barclaysglobal.com
tom.oelrich@dzbank.de
tom.ogrady@cooperindustries.com
tom.okeefe@aig.com
tom.o'keeffe@aig.com
tom.olsson@dnbnor.com
tom.oneill@highbridge.com
tom.ormesher@bmonb.com
tom.otterbein@pimco.com
tom.palzewicz@usbank.com
tom.pantelleria@daiwausa.com
tom.parker@barclaysglobal.com
tom.pedersen@shinseibank.com
tom.pedulla@sunlife.com
tom.peters@rbccm.com
tom.potts@wellsfargo.com
tom.radwanski@prudential.com
tom.randolph@clamericas.com
tom.record@bailliegifford.com
tom.riordan@dreyfus.com
tom.roberts@ers.state.tx.us
tom.robertson@aegon.co.uk
tom.rowland@citadelgroup.com
tom.scanlan@lionhartusa.net
tom.schmitt@alliancebernstein.com
tom.schwartz@soros.com

tom.sciaranetti@ubs.com
tom.silvia@fmr.com
tom.sipp@gartmore.com
tom.slefinger@membersunited.org
tom.speir@wachovia.com
tom.sprague@fmr.com
tom.stein@firstunion.com
tom.stephens@barclaysglobal.com
tom.summerfield@gecapital.com
tom.sutcliffe@uk.fid-intl.com
tom.tao@moorecap.com
tom.terchek@prudential.com
tom.thyssens@fortis.com
tom.turney@boigm.com
tom.voglewede@inginvestment.com
tom.weiford@commercebank.com
tom.westerlund@fhlb-pgh.com
tom.westrup@clarica.com
tom.whyman@uk.fid-intl.com
tom.wilkins@cedarrockcapital.com
tom.wilkinson@gwl.com
tom.williams@dryden.com
tom.wills@morleyfm.com
tom.wurtz@wachovia.com
tom@apothcap.com
tom@ardsley.com
tom@eldorado.com
tom@gordian.co.uk
tom@halcyonllc.com
tom@havencapital.com
tom@incomeresearch.com
tom@sandlercap.com
tom@shenkmancapital.com
tom@stonehillcap.com
tom@unb.com
tom_angers@piadvisors.net
tom_baker@calpers.ca.gov
tom_chang@capgroup.com
tom_connelley@ssga.com
tom_conway@putnam.com
tom_costanzo@gmacm.com
tom_donne@bankone.com
tom_drake@canadalife.com
tom_ennis@vanguard.com
tom_favazza@ssga.com
tom_h_cartwright@bankone.com
tom_hagstrom@ssga.com

tom_huber@glenmede.com
tom_kamp@acml.com
tom_lobene@hp.com
tom_lodge@westlb.co.uk
tom_macmillan@cibcmellon.com
tom_motley@ssga.com
tom_muir@standardlife.com
tom_paap@deltalloyd.nl
tom_quinn@glenmede.com
tom_raeside@bankofscotland.co.uk
tom_schieber@den.invesco.com
tom_schlotzhauer@agfg.com
tom_serie@cargill.com
tom_sorell@glic.com
tom_sullivan@nacm.com
tom_williams@ntrs.com
toma.james@raymondjames.com
toma@scm-lp.com
toma@woodstockcorp.com
toma01@handelsbanken.se
tomaror@bernstein.com
tomas.cunnane@pioneeraltinvestments.com
tomas.garbaravicius@ecb.int
tomas.johansson@hsh-nordbank.co.uk
tomas.klevbo@inter-ikea.com
tomas.kristjansson@isb.is
tomas.lacko@hvb.de
tomas.makranci@robur.se
tomas.persson@alecta.com
tomas.pinto@gartmore.com
tomas.risbecker@robur.se
tomas.rydin@seb.se
tomas.tomasson@lazard.com
tomas.wiklander@seb.se
tomasheredia@invercaixa.es
tomaso.corsini@caamsgr.it
tomasz.grajewski@citigroup.com
tomasz.jakubczyk@bis.org
tomasz.malkowski@mail.nbp.pl
tomasz.mironczuk@bph.pl
tomasz.stadnik@csam.com
tomasz.sztuka@uk.nomura.com
tomaszp@bloomberg.net
tomaszw@bloomberg.net
to-matsumura@ja-kyosai.or.jp
tombillcook@yahoo.com
tomburton@tagfolio.com

tomcarroll@northwesternmutual.com

tomei@apple.com

tomh@mcm.com

tomi.einesalo@danskebank.com

tomimatsu@daiwasbi.co.jp

tomimura@nam.co.jp

tomin@bloomberg.net

tomin2@bloomberg.net

tomin4@bloomberg.net

tominaga.yoshikazu@daido-life.co.jp

tomioka@daiwasbi.co.jp

tomishima-miki@sc.mufg.jp

tomislav.a.segaric@jpmorgan.com

tomislav.goles@db.com

tomita@muis.com.hk

tomita@nam.co.jp

tomita@sin.nn-ja.or.jp

tomiyama-ysh@sumitomometals.co.jp

tomk@blenheiminv.com

toml@capgroup.com

tommaso.bonanata@juliusbaer.com

tommaso.mancuso@pioneeraltinvest.com

tommaso.milanese@fincantieri.it

tommaso.pavia@ersel.it

tommaso.perrone@bper.it

tommaso.sanzin@pioneerinvest.it

tommi.moilanen@bof.fi

tommy.bardong@alliancebernstein.com

tommy.chung@nationwide.co.uk

tommy.ekstrom@tele1europe.se

tommy.mueller@ubs.com

tommy.nguyen@pimco.com

tommy.pace@bbh.com

tommy.zovich@tudor.com

tommy_cheung@ssga.com

tommy_kriengprarthana@scudder.com

tomo_matsumoto@mitsui-seimei.co.jp

tomoaki.harada@mitsubishicorp.com

tomoaki-kota@am.mufg.jp

tomoharu_suzuki@mitsui-seimei.co.jp

tomohiro.kurosawa@mizuho-bk.co.jp

tomohiro.oka@mizuho-bk.co.jp

tomohiro.onodera@mizuho-cb.co.jp

tomohiro_kunisue@am.sumitomolife.co.jp

tomohiro_ochiai@mitsubishi-am.co.jp

tomohiro_ochiai@tr.mufg.jp

tomohiro_shibuya@mitsubishi-trust.co.jp

tomohiro_toyota@tr.mufg.jp
tomo-kat@nochubank.or.jp
tomokata.nakaoji@axa.co.jp
tomokazu.nakamura@mizuho-bk.co.jp
tomokazu.yoshida@axa.co.jp
tomokazu-kojima@am.mufg.jp
tomoko.iwakawa@uboc.com
tomoko.matsuda@axa.co.jp
tomoko.miyata.sd@kyocera.jp
tomoko.ohta@schroders.com
tomoko.tanaka@mizuhocbus.com
tomoko.watanabe@db.com
tomoko_bando@mail.toyota.co.jp
tomoko_hanazawa@putnam.com
tomomi.kihara@tokyostarbank.co.jp
tomomi.yoshioka@pimco.com
tomomitsu.yanaba@ufj-partners.co.jp
tomonaga_hama@am.sumitomolife.co.jp
tomonari_kadoumi@am.sumitomolife.co.jp
tomonobu-gotouda@am.mufg.jp
tomonori.sasaki@mizuho-cb.co.jp
tomonori.yuyama@boj.or.jp
tomoo_akiyama@mitsui-seimei.co.jp
tomoo_shimizu@tr.mufg.jp
tomoya_aoki@capgroup.com
tomoya_kinugasa@tr.mufg.jp
tomoyuki.kazaoka@mizuho-bk.co.jp
tomoyuki.mizohata@shinseibank.com
tomoyuki.nishikido@mizuho-bk.co.jp
tomoyuki.uchida@mizuho-bk.co.jp
tomoyuki_awano@tr.mufg.jp
tomriva@bloomberg.net
tomrstevenson@fidelityinternational.com
toms.silins@bank.lv
toms@wvimb.org
tomtull@ggiltd.com
tomura_shigetaka@dn.smbc.co.jp
tomvacek@stanford.edu
ton.bruijne@wavin.com
ton.kennedie@axa.be
ton.selier@meespierson.com
t-onaka@bloomberg.net
tone.varmann@orkla.no
tone@daiwa-am.co.jp
toner.m@bimcor.ca
tong.zhao@novartis.com
tong@templeton.com

tongai.kunorubwe@fmr.com
tongleong.t@maybank.com.my
tongli.han@pimco.com
tongli@cathaylife.com.tw
tonhaisers@fsgrhino.com
toni.afonso@de.pimco.com
toni.dzaja@lbbw.de
toni.jenson@threadneedle.co.uk
toni.lobo@cibc.ca
toni.roesti@csam.com
toni.s.helton@db.com
toni.tomasone@swissfirst.ch
toni.winghart@sl-am.com
toni_jackson@fanniemae.com
tonia.r.fischer@credit-suisse.com
tonnette_bufford@key.com
tonny.ririassa@ingim.com
tono@dl.dai-ichi-life.co.jp
tonoli@capitalgest.it
tonosima@dl.dai-ichi-life.co.jp
tony.a.m.eales@opc.shell.com
tony.allen@anz.com
tony.balestrieri@ppmamerica.com
tony.barone@checmail.com
tony.bauchet@axa-im.com
tony.blanchard@uk.bnpparibas.com
tony.botting@rbccm.com
tony.briney@tudor.com
tony.brown@suntrust.com
tony.bulcaen@bnpparibas.com
tony.burek@mbandt.com
tony.butera@cba.com.au
tony.butler@capmark.funb.com
tony.caccese@secumd.com
tony.cantwell@db.com
tony.carey@wachovia.com
tony.chacko@ge.com
tony.clarizio@pioneerinvest.com
tony.cowley@bbg.co.uk
tony.cty@hk.fortis.com
tony.daher@nationalcity.com
tony.decrescentiis@bmonb.com
tony.dickin@aberdeen-asset.com
tony.dunoyer@americas.bnpparibas.com
tony.duprez@sgam.com
tony.enebo@thrivent.com
tony.english@fcbw.com

tony.finding@mandg.co.uk
tony.foster@swipartnership.co.uk
tony.fout@harrisbank.com
tony.gallagher@moorecap.com
tony.gaunt@gs.com
tony.genua@agf.com
tony.gioulis@eu.nabgroup.com
tony.hamer@bankofamerica.com
tony.hubbard@blackrock.com
tony.hubbard@britannia.co.uk
tony.hui@us.schroders.com
tony.j.quinlan@marks-and-spencer.com
tony.jensen@threadneedle.co.uk
tony.johnson@morgankeegan.com
tony.kao@gm.com
tony.karlsson@ap1.se
tony.kauzlarich@ubs.com
tony.kearney@moorecap.com
tony.kemp@barclayscorporate.com
tony.ledergerber@wellscap.com
tony.lee@axa-im.com
tony.leggett@oechsle.com
tony.lepore@huntington.com
tony.lindstroem@sfs.siemens.de
tony.lockwood@axa-im.com
tony.macneary@hsbchalbis.com
tony.magnoli@thehartford.com
tony.marcello@ercgroup.com
tony.markwalder@juliusbaer.com
tony.massara@libertysavingsbank.com
tony.mather@swipartnership.co.uk
tony.maturo@standardlife.ca
tony.mcdonagh@mhcb.co.uk
tony.mcghee@gs.com
tony.mcghee@irvine.statestreet.com
tony.mcintyre@boiss.boi.ie
tony.morley@davy.ie
tony.oregan@aberdeen.com.au
tony.p.gargan@aib.ie
tony.p.irwin@anfis.co.uk
tony.patti@credit-suisse.com
tony.pazaitis@juliusbaer.com
tony.persson@alecta.com
tony.pierce@northernrock.co.uk
tony.piggott@hsh-nordbank.co.uk
tony.pizzi@pioneerinvest.com
tony.q.tran@jpmchase.com

tony.ririassa@ingim.com
tony.rizzo@smhl.com
tony.roesti@csam.com
tony.romero@pncbank.com
tony.rowland@morgankeegan.com
tony.sandhu@threadneedle.co.uk
tony.scrimali@bnlmail.com
tony.sevsek@bmonb.com
tony.shizari@ge.com
tony.smith@axa-im.com
tony.solway@bnpparibas.com
tony.spiers@norwich-union-life.co.uk
tony.su@alliancebernstein.com
tony.swindall@nationalcity.com
tony.t.farrell@aib.ie
tony.tita@na.natwestgfm.com
tony.trani@exchange.quick-reilly.com
tony.trinh@db.com
tony.versaci@gecapital.com
tony.whalley@swipartnership.co.uk
tony.wilkinson@db.com
tony.willis@lazard.com
tony.wong@invesco.com
tony.yao@janus.com
tony.yu@wamu.net
tony@moorecap.com
tony@stw.com
tony_altobelli@hp.com
tony_arnese@swissre.com
tony_baildon@westlb.co.jp
tony_beaulac@ssga.com
tony_borges@scudder.com
tony_boykin@ml.com
tony_elavia@nylim.com
tony_ho@capgroup.com
tony_hood@standardlife.com
tony_lo@calpers.ca.gov
tony_ruysdeperez@putnam.com
tony_scola@ssga.com
tony_semak@invesco.com
tony_silva@scotiacapital.com
tony_siytangco@symantec.com
tony_stenning@blackrock.com
tonya.gross@citadelgroup.com
tonya.joseph@wachovia.com
tonya.kiel@aiminvestments.com
tonya.l.vance@jpmorgan.com

tonya.sweeden.g3mz@statefarm.com
tonyarnolduser@company.com
tonyc@loopcap.com
tonychan07@bloomberg.net
tonyclark@halifax.co.uk
tonydoyle@bloomberg.net
tonym@argyle-investment.com
tonysmith@westpac.com.au
tony-w-a.andersson@ubs.com
tonyzhang@ftsfund.com
too@topdanmark.dk
t-oohori@taiyo-seimei.co.jp
took@bloomberg.net
tooleesoong@gic.com.sg
toors@deshaw.com
tooru.terasawa@mizuho-bk.co.jp
tootatcheng@gic.com.sg
tooten@ivymackenzie.com
topatigh@swisscap.com
topchung@bok.or.kr
topfund@bloomberg.net
topi.jokiranta@csplc.com
tor.borg@folksam.se
tor.mori@mitsui.com
tor.nygaard@abgsc.no
tor@omega-advisors.com
tor@ubp.ch
torai.tooru@daido-life.co.jp
toral.munshi@credit-suisse.com
toralfkuehn@helaba-invest.de
toratora@kawachi.zaq.ne.jp
torben.cattley@lgim.co.uk
torben.f@nordea.com
torben.jorgensen@tryg.dk
torben.madsen@nordea.lu
torben.nielsen@nib.int
torben.riedel@wwasset.de
torben.skodeberg@nordea.com
torbjorn.arenbo@alecta.com
torbjorn.hamnmark@dnb.se
torbjorn.kronblad@nordea.com
torbjorn.segerstedt@dnb.se
tord.andersson@dnb.se
tore.bertilsson@skf.com
tore.sirevaag@klp.no
toreilly@lincap.com
torgeir.storo@dnb.no

torgrim.roll@kap.norges-bank.no
torgrim.roll@klp.no
toriumi.yoshiko@nomura-asset.com
toriyama-s@marubeni.com
torleif.berg@spv.no
tornadma@cmcic-sdm.fr
tornellos@emigrant.com
tornos@bancozaragozano.es
toronia@bloomberg.com
torresmi@bloomberg.net
torrili@exchange.ml.com
torstein.moland@bedrift.telenor.no
torsten.achtmann@uk.fid-intl.com
torsten.beer@dws.com
torsten.gruber@wwasset.de
torsten.gruendel@cominvest-am.com
torsten.gyllensvard@afa.se
torsten.haas@db.com
torsten.haufe@hypovereinsbank.de
torsten.haufe@sarasin.ch
torsten.jasper@sparkasse-koelnbonn.de
torsten.johannsen@hsh-nordbank.com
torsten.kohrs@dlh.de
torsten.mietzner@sparkasse-koelnbonn.de
torsten.probst@wl-bank.de
torsten.reich@aam.de
torsten.schellscheidt@oppenheim.de
torsten.schuessler@bmw.de
torsten.seifert@dzbank.de
torsten.stilling@juliusbaer.com
torsten.strohrmann@db.com
torsten.vetter@neelmeyer.de
torsten.zenner@union-investment.de
torsten.zittlau@lbbw.de
tortp@bancsabadell.com
toru.lin@pimco.com
toru.oda@mizuho-bk.co.jp
toru.tokoyoda@boj.or.jp
toru.yamamoto@daiwausa.com
toru_imahori@tr.mufg.jp
toru_tabei@mitsubishi-trust.co.jp
toru_watanabe@tr.mufg.jp
toru1_matsuda@mitsubishi-trust.co.jp
torucrazy@yahoo.co.jp
tory.windisch@gs.com
tos@bankinvest.dk
tosato@bloomberg.net

tosca.lahpor@philips.com
toshiaki.kamijyou@boj.or.jp
toshiaki.mizuno@ufj-partners.co.jp
toshiaki.yukiue@shinseibank.com
toshiaki_fuse@tr.mufg.jp
toshiaki_ito@sec.orix.co.jp
toshiaki_kajiura@tr.mufg.jp
toshiaki_kimura@tr.mufg.jp
toshiaki_kobayashi@mitsubishi-trust.co.jp
toshiharu.yumoto@mizuho-cb.co.jp
toshihide.morita@db.com
toshihiko.ashizawa@sumitomocorpeurope.com
toshihiko.sekiya@mizuho-bk.co.jp
toshihiko_nishi@tr.mufg.jp
toshihiko_sakai@tr.mufg.jp
toshihiko_ubukata@mail.toyota.co.jp
toshihiro.ishikiriyama@gsk.com
toshihiro.iwamura@sumitomocorp.co.jp
toshihisa_itinose@am.sumitomolife.co.jp
toshikazu.nakagawa@mizuho-cb.co.jp
toshikazu.sasaki@boj.or.jp
toshiki.kakegawa@fi.fukoku-life.co.jp
toshio.idesawa@boj.or.jp
toshio.konishi@schroders.com
toshio.tsuiki@boj.or.jp
toshio_goto@tr.mufg.jp
toshio_shimizu@tr.mufg.jp
toshiro_ohchi@am.sumitomolife.co.jp
toshitaka_iinuma@tr.mufg.jp
toshiya.kambayashi@db.com
toshiya.kotake@sumitomocorp.co.jp
toshiya.nakahara@nmoc.co.jp
toshiya.owada@mhcb.co.uk
toshiyasu_goto@mitsui-seimei.co.jp
toshiyasu_shimizu@mitsui-seimei.co.jp
toshiyuki.abe@mizuho-cb.co.jp
toshiyuki.iwama@mizuho-bk.co.jp
toshiyuki.murakami@axa.co.jp
toshiyuki.murasawa@mitsubishicorp.com
toshiyuki_masaoka@mitsubishi-trust.co.jp
toshiyuki_mineo@mlgam.co.jp
toshiyuki_miwa@tr.mufg.jp
toshiyuki-kurabayashi@am.mufg.jp
toshiyuki-sato@am.mufg.jp
toshiyuki-takahashi@nochubank.or.jp
tosio_huzimura@am.sumitomolife.co.jp
tosio_kobayasi@am.sumitomolife.co.jp

tostlund@caxton.com
to-takekoshi@ja-kyosai.or.jp
tothchr@ml.com
tothd@nationwide.com
tothgm@bernstein.com
toto@kdb.co.kr
totosuharto@ptbni.com.sg
toubinc@mizrahi.co.il
toublan@wharton.upenn.edu
touficsehnaoui@temasek.com.sg
toukai-b4940041@jp.nomura.com
toushi@yamanashibank.co.jp
toutaio@agf.fr
tov@nbim.no
tov@nykredit.dk
towe03@handelsbanken.se
towens@websterbank.com
towerdoug@bloomberg.net
towers@westernasset.com
townsendjc@bernstein.com
toyoda@nam.co.jp
toyohiro.washio@mizuho-cb.co.jp
toyokazu.kaneko@barings.com
toyokuni.tanaka@axa.co.jp
toyomu.chihaya@mizuho-cb.co.jp
toyoshima@nam.co.jp
toyota.watanabe@mitsubishicorp.com
t-ozaki@nochubank.or.jp
tp@dodgeandcox.com
tpaccot@pictet.com
tpaff@farcap.com
tpalumbo@bloomberg.net
tpantas1@bloomberg.net
tpappas@wellington.com
tparker@hcmlp.com
tparliman@ustrust.com
tparson@frk.com
tpastorello@bloomberg.net
tpauwels@ofi-am.fr
tpayne@metlife.com
tpayne@millertabak.com
tpborger@intermarketcorp.net
tpeart@perrycap.com
tpease@exchange.ml.com
tpeckosh@dubuquebank.com
tpecore@frk.com
tpellegrino@fisbonds.com

tpelzel@hcmlp.com

tpereira@hcmlp.com

tperez5@bloomberg.net

tperkins@pwmco.com

tperman@bloomberg.net

tpetrov@lordabbett.com

tpettee@sunamerica.com

tpham@westernasset.com

tphilipp@stern.nyu.edu

tpiacentini@babsoncapital.com

tpiesko@metlife.com

tpmulroy@stifel.com

tpocholuk@mail.inext.fr

tpodlewski@templeton.com

tpollack@bbandt.com

tporcelli@ustrust.com

tporter@state.nd.us

tportig@hcm-ag.de

tpouschine@dsaco.com

tpowell@apolloic.com

tpowers@divinv.net

tpoyanr@ecap.com.sg

tpremer@pacificlife.com

tprentice@eudaimonia-invest.com

tprew@firststate.co.uk

tprice@bankofny.com

tprince@downeysavings.com

tprose@bankofny.com

tpshea@dlbabson.com

tpulver@angelogordon.com

tputman@alaskapermfund.com

tqiu-a@templeton.com

tquinn@bankcalumet.com

tquinn@ifsam.com

tqw4@ntrs.com

tr@bea.com

tr@tbb.com.hk

trabelsi@cbt.com

tracey.baldwin@lodh.com

tracey.cameron@fmr.com

tracey.dominick@fmr.com

tracey.ivey@morganstanley.com

tracey.johnstone@aberdeen-asset.com

tracey.jourdal@pimco.com

tracey.l.masterson@pjc.com

tracey.lander@omam.co.uk

tracey.nicholls@csam.com

tracey.ray@stpaul.com
tracey.smith@pncbank.com
tracey.telfer@uk.bnpparibas.com
tracey_killorn@standardlife.com
tracey_lovely@ci.richmond.ca.us
tracey_shahan@dell.com
traci.andress@aiminvestments.com
traci.l.manford@jpmorgan.com
traci@scmadv.com
tracie.ahern@soros.com
tracy.calev@alliancebernstein.com
tracy.cherrington@csam.com
tracy.chin@au.pimco.com
tracy.clark@barclaysglobal.com
tracy.e.williams@jpmorgan.com
tracy.eccles@thehartford.com
tracy.fu@db.com
tracy.knight@calvertgroup.com
tracy.lau@blackrock.com
tracy.lum@disney.com
tracy.mazzei@gm.com
tracy.mccullough@inginvestment.com
tracy.middleton@fandc.com
tracy.ossowski@blackrock.com
tracy.pridgen@fgic.com
tracy.pridgen@rabobank.com
tracy.reed@aberdeen-asset.com
tracy.rosson@alexanderkey.com
tracy.sanderson@cubist.com
tracy.shafer@calvert.com
tracy.small@axa-im.com
tracy.vonick@bwater.com
tracy.wb@mellon.com
tracy.wright@pioneerinvest.com
tracy_desjardins@scudder.com
tracy_li@capgroup.com
tracy_mazzei@gmaccm.com
tracy_rowohlt@ntrs.com
tracy_schuneible@freddiemac.com
tracy_sweeney@putnam.com
tracyc@mcm.com
tracylundberg@tagfolio.com
trade.queries@aberdeen-asset.com
trader@ikos.com.cy
tradetower@bloomberg.net
trading@myerberg.com
trading@penncapital.com

trading@pictet.com
trading@pkb.ch
trading@quantjock.net
trading@trigone.com
tradingcolor@pattersoncapital.com
tradingcy@ikos.com.cy
tradinggroup@rockco.com
tradingroom@us.bdroma.com
tradtke@deerfieldcapital.com
trae.willoughby@usaa.com
traeke@mfs.com
traeke@ofii.com
trafton.c@tbcam.com
trahanjeffreya@johndeere.com
trallen@russell.com
tram.bui@lazard.com
tram@cadence.com
trambev@eib.org
tran.nguyen@sscims.com
traney@mcmorgan.com
traney@westernasset.com
trang.dinh@glgpartners.com
tranquillo.capozzoli@bancaakros.it
transactions@opers.com
trascoll@cpr-am.fr
trath@bellmortgage.net
traudel.hasenstab@helaba.de
trault@groupe-casino.fr
trauth@bwk.de
trautmann@metro.de
travejr@swib.state.wi.us
traversa@psai.com
travis.brock@kochind.com
travis.burch@pnc.com
travis.cocke@trs.state.tx.us
travis.gracey@huntington.com
travis.hook@fafadvisors.com
travis.j.bates@columbiamanagement.com
travis.king@inginvestment.com
travis.rudnick@morganstanley.com
travis.schaftenaar@ubs.com
travis.sell@thrivent.com
travis.stevenson@blackrock.com
travis.vieth@edwardjones.com
travis.white@aig.com
tray@sra.state.md.us
traynors@fhlbsf.com

trc@nykredit.dk
treardon@standishmellon.com
treasa.simbeye@gmacrescap.com
trease@conocophillips.com
treasurer@sto.sc.gov
treasuries@avmltd.com
treasury.f@hauck-aufhaeuser.de
treasury.middleoffice@philips.com
treasury@bankleumiusa.com
treasury@crediteurop.lu
treasury@deutsche-hypo.de
treasury@gdbmacau.com
treasury@gordian.co.uk
treasury@hypo-ooe.at
treasury@hypovbg.at
treasury@nic.com.kw
treasury@robeco.com
treasuryinvestments@ashland.com
treasurymarketnews@pmintl.com
treasuryresearch@ceridian.com
treasurytop@bloomberg.net
trebeschi.giorgio@insedia.interbusiness.it
tredman@angloamerican.co.za
treed@backbayadvisors.com
tregeao@nationwide.com
tregelsb@kodak.com
trekatz@bloomberg.net
trelawny.williams@uk.fid-intl.com
tremblay@bessemer.com
trembry@magten.com
trena.hawthorne@huntington.com
trena_johnston@invesco.com
trent.larcombe@barclaysglobal.com
trent.redman@avmltd.com
trent.ward@citadelgroup.com
trent.williams@wamu.net
trent@apam.com
trentloh@gic.com.sg
treso@lamondiale.com
trevor.a.courtney@aib.ie
trevor.bailey@mhcb.co.uk
trevor.baxter@bankofengland.co.uk
trevor.carlin@rbc.com
trevor.chown@aberdeen-asset.com
trevor.cowan@boigm.com
trevor.cox@aig.com
trevor.dean@us.hsbc.com

trevor.greetham@uk.fid-intl.com
trevor.heap@europe.hypovereinsbank.com
trevor.j.cobbe@aibbny.ie
trevor.liang@pimco.com
trevor.meeks@uk.fid-intl.com
trevor.mundt@barcap.com
trevor.oliver@barclaysglobal.com
trevor.petch@insightinvestment.com
trevor.walker@sscims.com
trevor.warne@db.com
trevor.welsh@morleyfm.com
trevor.whelan@barclaysglobal.com
trevor.williams@rainierfunds.com
trevor.young@ibtco.com
trevor_denton@troweprice.com
trevor_gurwich@americancentury.com
trey.beck@deshaw.com
trey.harrison@4086.com
trey.stenersen@wachovia.com
trfinnerty@bremer.com
triblecj@bankofbermuda.com
tribs@bloomberg.net
tribunal@caixa-geral.pt
tricia.hacioglu@us.bnpparibas.com
tricia.harris@wachovia.com
tricia.ho@blackrock.com
tricia.mankoski@pncadvisors.com
tricia.mendoza@ubs.com
tricia.o'brien@edwardjones.com
tricia.shinden@sgcib.com
tricia.tumminello@nb.com
tricia_capal@nylim.com
trideep.bhattacharya@ubs.com
trider@payden-rygel.com
tridgway@bloomberg.net
trigo@farcap.com
trimania@aetna.com
trina.steinbach@wpginvest.com
trina.yates@ubs.com
trina_yeung@blackrock.com
trinh_nguyen@nylim.com
trini@bot.or.th
trini@nyl.com
triona.m.o'mahony@aib.ie
trip.lilly@pimco.com
trip.shepard@ubs.com
tripp.blum@bbh.com

trish.myers@truscocapital.com
trish.reopelle@swib.state.wi.us
trish@gries.com
trish_visintine@may-co.com
trisha.fitzpatrick@barclaysglobal.com
trisha.white@fmr.com
trish-delaney@dlfi.com
trishkwan@gic.com.sg
trishul@qifmanagement.com
tristan.allen@bbg.co.uk
tristan.blondel@bgpi.com
tristan.brenner@arnerbank.ch
tristan.hockin@uk.abnamro.com
tristan.larrue@bnpparibas.com
tristan.sones@agf.com
tristan_reid@capgroup.com
tristanm@fhlbsea.com
tritchey@sib.wa.gov
tritthart@meinlbank.com
trivan.mathur@cbve.com
trjv@bloomberg.net
trkevhan@bloomberg.net
trm@nbim.no
troberts@noonam.com
trobey@allmerica.com
trobinson@metlife.com
trock@cicny.com
trodwell@pictet.com
troetlin@aegonusa.com
trols1@bp.com
tromanow@bloomberg.net
tromero@troweprice.com
tron.r.wang@jpmorgan.com
tronberg@europeancredit.com
trond.hermansen@storebrand.com
trong-luu.truong@pharma.novartis.com
trose2@mn.rr.com
trosinsky@the-ark.com
trosky@pimco.com
tross@blenheiminv.com
trossano@bloomberg.net
trossmeier@munichre.com
trothe@bloomberg.net
trotte@bloomberg.net
trotteg@nationwide.com
trow@troweassociates.com
trowe@smithbreeden.com

trowland@whummer.com
trows@ebrd.com
troy.bracher@ibtco.com
troy.davis@halliburton.com
troy.deschaines@fmr.com
troy.ellis@inginvestment.com
troy.gerhardt@mutualofomaha.com
troy.gibbens@gmacrfc.com
troy.haines@wamu.net
troy.huff@usbank.com
troy.linton@pnc.com
troy.ludgood@wellsfargo.com
troy.mcmaster@6thaveinvest.com
troy.peterson@americo.com
troy.raby@funb.com
troy.wilson@bnymellon.com
troy.winslow@ibtco.com
troy_muniz@ntrs.com
troyb@washtenawmortgage.com
troybarnett@northwesternmutual.com
troygayle@westfieldgrp.com
troythompson@chevron.com
trs@bnihk.com
trs@capgroup.com
trs@ptbni.co.jp
trspmd03@bni.co.id
trtadita@noil.co.uk
trudie.rothery@threadneedle.co.uk
trudy.brands@ingim.com
trudy.pasman@ingim.com
truenorth.lee@samsung.com
truett.tate@lloydstsb.co.uk
trujillanojaime@bancsabadell.com
trukas.j@tbcam.com
truls.evensen@storebrand.com
truls.nergaard@dnbnor.no
trunkel@frk.com
truschel.je@tbcam.com
trusha.chokshi@morganstanley.com
trusling@howeandrusling.com
trussardi@bloomberg.net
trussell@cazenove.com
trust@krafteurope.com
truta@adamsexpress.com
tryan@oppenheimerfunds.com
trychlik@tudor.com
tryfo@scotiacapital.com

tryggvi.davidsson@isfba.is
trygve.toraasen@uk.fid-intl.com
trygve.young@dnb.no
ts@capgroup.com
ts103@ntrs.com
tsable@bearstearns.com
tsabu@bloomberg.net
tsacca@lordabbett.com
t-sagasaki@yasuda-life.co.jp
tsaimy@bankofbermuda.com
tsairi.kobi@discountbank.co.il
tsaito@hbk.com
t-saito@nissay.co.jp
tsakagawa@nochubank.or.jp
tsakelis@omegasec.gr
tsanchez@mfs.com
tsands@templeton.com
tsangalli@federatedinv.com
tsantiago@analyticasset.com
tsato@dlusa.com
tsaturn@refco.com
tsauermelch@seic.com
tsc@bankinvest.dk
tsc@capgroup.com
tscalise@tiaa-cref.org
tscerbo@opcap.com
tscherr@federatedinv.com
tschmidt@meag.com
tschmidt@metlife.com
tschneider@fbopcorp.com
tschulze@babsoncapital.com
tschuster@metlife.com
tschuster@roxcap.com
tscott@nb.com
tscott@templeton.com
tscott@ubs.com
tsd@dodgeandcox.com
tsder@uk.mufg.jp
tse@sitinvest.com
tsearles@lasers.state.la.us
tseay@mcdinvest.com
tse-ern.chia@glgpartners.com
tseidcheck@rwbaird.com
tseitz@piperjaffrey.com
tsekine445954@po.yasuda.co.jp
tself@fhlbc.com
tseno@ellington.com

**LBH - Derivatives Counterparties Email Service List**

tsenov.nikolai@dws.de

tsensing@fhlbatl.com

tserero@newstaram.com

tsettel@westernasset.com

tseveritt@wellington.com

tsf@nbim.no

tshafer@concordiafunds.com

tshasta@wellington.com

tsheehan@cainbrothers.com

t-shibata@ufjtrustbank.co.jp

tshimura@eatonvance.com

t-shimura@nochubank.or.jp

t-shioda@ikedabank.co.jp

tshipp@amfin.com

tshishido@bloomberg.net

tshively@ssm.com

tshrager@tweedy.com

tshushan@mfs.com

tsidorenko@bloomberg.net

tsikora2@bloomberg.net

tsilva1@bloomberg.net

tsinclai@invest.treas.state.mi.us

tsingh@hcmlp.com

ts-ishiad@taiyo-seimei.co.jp

tsk@gr.dk

tskeshi.sugaya@axa.co.jp

tskim@bankofny.com

tskipper@agfirst.com

ts-komoda@ja-kyosai.or.jp

tskramstad@wellmanage.com

tslight@westernasset.co.uk

tsmid@aegon.nl

tsmith@chittenden.com

tsmith@invest.treas.state.mi.us

tsmith@panagora.com

tsmith@ustrust.com

tsmith16@metlife.com

tsnedden@russell.com

tsnipe@babsoncapital.com

tso@us.mufg.jp

tsolano@tiaa-cref.org

tsolomon@congressasset.com

tsolomon@halcyonllc.com

tsomers@fmaadvisors.com

tsommerfeld@warburgpincus.com

tsoots@opers.org

tsp2@ntrs.com

tspaeth@spt.com
tspencer@martincurrie.com
tsprince@dbs.com
ts-sato@meijiyasuda.co.jp
tstakem@woodstockcorp.com
tstalker@westpac.com.au
tsteele@bartlett1898.com
tsteer@newstaram.com
tsteidle@cobank.com
tsteitz@opers.org
tstern@eatonvance.com
tstern@hcmlp.com
tsternberg@williamblair.com
tstevens@ambac.com
tstevens@denveria.com
tsteyer@faralloncapital.com
tstockton@metlife.com
tstolberg@loomissayles.com
tstoops@fhlbc.com
tstory@williamblair.com
tstress@aesb.net
tstrider@worldbank.org
tstringfellow@frostbank.com
tstrobach@qgcapital.com
tstrom@caxton.com
tstromstedt@apollolp.com
tstudds4@bloomberg.net
tsubokawa@ja-bank-fukui.or.jp
tsubota@sbcm.com
tsuchiya.takashi@daido-life.co.jp
tsuchiya@daiwa-am.co.jp
tsuchiya@daiwasbi.co.jp
tsuchiyama@nam.co.jp
tsuchizuka02999@nissay.co.jp
tsuda.soshi@kokusai-am.co.jp
tsuda@nam.co.jp
tsuda111@dl.dai-ichi-life.co.jp
tsugumasa_kojima@sakura.co.jp
tsuji@sumitomotrust.co.jp
tsuji_masanao@mail.asahi-life.co.jp
tsujino_hirohiko@yk.smbc.co.jp
tsukasa_yoshizaki@tr.mufg.jp
tsulliv@frk.com
tsullivan@ftci.com
tsullivan@williamblair.com
tsullivan6@bloomberg.net
tsun@princeton.edu

tsuna@dl.dai-ichi-life.co.jp
tsunemasa_tsukada@tr.mufg.jp
tsunemitsu.kosuge@surugabank.co.jp
tsung-ying.yang@fhlb-pgh.com
tsuno.h@daiwa-am.co.jp
tsurugas@nochubank.or.jp
tsurumi20491@nissay.co.jp
tsuruo.mitch@nomura-asset.com
tsutomu.iwasawa@baring-asset.com
tsutomu_kinoshita@tr.mufg.jp
tsutomu_kondo@mitsubishi-trust.co.jp
tsutomu_maeda@suntory.co.jp
tsutomu-horiuchi@mori.co.jp
tsutsui@bloomberg.net
tsutsui_shinichi@ve.smbc.co.jp
tsutsumi@nam.co.jp
tsuyoshi.matsumoto@ufj-partners.co.jp
tsuyoshi.shimizu@shinseibank.com
tsuyoshi.takara@bankofamerica.com
tsuyoshi_kodaka@tr.mufg.jp
tsuyuki@hby.dai-ichi-life.co.jp
tsvidler@ftci.com
tsw@capgroup.com
tswadling@bloomberg.net
tswaney@ofiinstitutional.com
tswaney@oppenheimerfunds.com
tswartz@chubb.com
tswift@bloomberg.net
tswingle@opers.org
tsycoff@bear.com
tsygl3@bloomberg.net
tsynnott@ustrust.com
tsz.lung.lau@citigroup.com
tszaro@lordabbett.com
tszczesny@bankofny.com
tt@bankinvest.dk
tt@cathaylife.com.tw
tt333@cornell.edu
t-tajima@nochubank.or.jp
t-takano@nochubank.or.jp
ttakase@nochubank.or.jp
ttalenda@massmutual.com
ttan@evcap.com.sg
ttaniura@ufjbgam.com
ttaogi@wooribank.com
ttatekawa@bloomberg.net
ttaylor@corusbank.com

**LBH - Derivatives Email Service List**

ttaylor@offitbank.com
ttaylor@troweprice.com
ttc001@co.santa-cruz.ca.us
ttc003@co.santa-cruz.ca.us
ttdd@capgroup.com
t-teranishi@nochubank.or.jp
tteshima@mtbcny.com
ttewksbury@troweprice.com
tthangpijaigul@worldbank.org
ttheodore@avatar-associates.com
tthomas@corporateone.coop
tthome@pwmco.com
tthompson@newstaram.com
tthompson@reamsasset.com
tthomson@tswinvest.com
tthresher@bankofny.com
tti@bgbank.dk
ttimura@mcglinncap.com
ttint@westernasset.com
ttod@statoil.com
ttokita@bloomberg.net
ttomizzi2@bloomberg.net
ttoth@caxton.com
ttowers@nb.com
ttowery@waddell.com
ttownsel@invest.treas.state.mi.us
ttraber@wssc.dst.md.us
ttravers@ambac.com
ttravers@hcmlp.com
ttresigne1@bloomberg.net
ttrotter@rccl.com
ttruitt@deerfieldcapital.com
ttruitt@lkcm.com
tts@ntrs.com
ttsuji@daiwasbi.co.jp
ttsuyuzaki@us.mufg.jp
ttsyjm5@bloomberg.net
tuan.huynh@janus.com
tuantu.schmucker@allianz.de
tubben@lincap.com
tucci@pfdincome.com
tucd@chevron.com
tuck.hall@putnam.com
tuck.reed@suntrustmortgage.com
tucker.morrissey@blackrock.com
tucker.morrissey@inginvestment.com
tudell@ameritas.com

tudisco@bpintra.it
t-uemura@taiyo-seimei.co.jp
tu-fujii@meijiyasuda.co.jp
tugrul.kolad@pioneerinvestments.com
tugrul.ozbakan@teb.com.tr
tujazdowski@the-ark.com
tullio.grilli@bancaakros.it
tullio.lucca@sanpaoloimi.com
tullke.lndb@bloomberg.net
tulturi2@bok.or.kr
tumat@postbank.de
tumurd@wharton.upenn.edu
tuncay.cevher@soros.com
tunde.bey@blackrock.com
tune@bloomberg.net
tungsiewhoong@gic.com.sg
tuomas.inkinen@sampo.fi
tuomas.peltonen@ebc.int
turenchalkea@bernstein.com
turino.sl@mellon.com
turkovitsa@otpbank.hu
turner8@bloomberg.net
turnerb@bwbank.ie
turnerb@swcorp.org
turnert@mnb.hu
turpin.senou@caam.com
tursillo@loomissayles.com
turu-k@marubeni.co.jp
tus@capgroup.com
tushar_dayal@fanniemae.com
tushiki@sjam.co.jp
tusif.arif@uk.fid-intl.com
tuttle.le@tbcam.com
tuula.k.koskimaki@sampo.fi
tuzzolino.d@mellon.com
tv@gr.dk
tv44@cornell.edu
tvaill@bpbtc.com
tvandam@loomissayles.com
tvanderz@princeton.edu
tvanvuren@hollandcap.com
tvargha@meag.com
tvarkey@stonehill.nb.com
tveazey@metlife.com
tvezauskas@intesasanpaolo.us
tvh@jyskebank.dk
tvien@dlbabson.com

tvigna@westernasset.com
tvillaferra@hiberniabank.com
tvillanu@notes.banesto.es
tviola@pershing.com
tvispoli@chubb.com
tvl@dodgeandcox.com
tvm@nbim.no
tvo@statoil.com
tvolpe@nylim.com
tvr_rao@fanniemae.com
tw@capgroup.com
tw@fortressltd.com
tw227@cornell.edu
tw55@ntrs.com
twadap@swbell.net
twain@bloomberg.net
twalden@fultonfinancialadvisors.com
twalker@martincurrie.com
twalker@tde.org
twalklett@provnet.com
twallach@capitalcambridge.com
twallach@halcyonllc.com
twalsh@congressasset.com
twalsh@cubb.com
twalter@ofii.com
twalter@sunbankpa.com
twalters@smithbreeden.com
twan.franken@lodh.com
twana_cooper@vanguard.com
twang@worldbank.org
twania@bloomberg.net
twanna.cloyd@nationalcity.com
twarstler@invest.treas.state.mi.us
twashall@fbw.com
twaters@cazenove.com
twaugh@hbk.com
twbaxter@wellington.com
tweber@fultonfinancialadvisors.com
twegan@wellington.com
twendorff@litchfieldcapital.com
twerner@aegonusa.com
twesthus@perrycap.com
twestrup@ers.state.tx.us
twexman@sunamerica.com
tweyl@eatonvance.com
twf1@ntrs.com
twh@danskebank.com

twh@jwbristol.com
twhaling@westunionbank.com
twhasket@duke-energy.com
twhite@fmbonline.com
twicks@newstaram.com
twiese@troweprice.com
twilcher@hcmlp.com
twilcox@statestreet.com
twilkin@templeton.com
twilli@ftci.com
twilliams@wasatchadvisors.com
twillis@oppenheimerfunds.com
twilloughby@europeancredit.com
twilson@caxton.com
twinklmann@bloomberg.net
twinograd@metlife.com
twippman@sterlingpartner.us
twirkus@canyonpartners.com
twirth@chemungcanal.com
twitt@asglp.com
twleung@wellington.com
twm@nationalbanken.dk
twmanning@statestreet.com
twolfe@jennison.com
twong@bearmeasurisk.com
twong@senecacapital.com
twoo@loomissayles.com
twood@mfs.com
twoodhams@westernasset.co.uk
twoodhouse@seawardmgmt.com
twoodley@londonstockexchange.com
twoodmaska@bayernlbny.com
twozn@seoulbank.co.kr
twp@dodgeandcox.com
twright@pjc.com
tws@shinhan.com
twso@bochk.com
twt@capgroup.com
twt1@ntrs.com
twwchan@hkma.gov.hk
twyman@husic.com
ty.anderson@db.com
ty.wooldridge@gecapital.com
ty_miller@gmacm.com
tya@dodgeandcox.com
tyakuwa@us.tr.mufg.jp
tyamamiya@noil.co.uk

tyamamoto@skckny.com
t-yamane@taiyo-seimei.co.jp
t-yamashita@taiyo-seimei.co.jp
tyanagawa@mtildn.co.uk
tyanagis@nochubank.or.jp
tyano@nochubank.or.jp
tycho.van.wijk@ingim.com
tyhesha_harrington@ssga.com
tyisha.wolfe@statestreet.com
tyler.a.young@dartmouth.edu
tyler.blum@schwab.com
tyler.cook@eagleasset.com
tyler.dann@aiminvestments.com
tyler.gaylord@fmr.com
tyler.gentry@4086.com
tyler.h.patla@jpmorgan.com
tyler.hill@fmr.com
tyler.johnson@cooperindustries.com
tyler.lynch@micorp.com
tyler.mccarthy@us.bacai.com
tyler.pinkernell@bwater.com
tyler.platte@rainierfunds.com
tyler.sutherland@fmr.com
tyler.treat@genmills.com
tyler@adelphi-capital.com
tyler@nebomanagement.com
tyler_ratcliffe@swissre.com
tyler_smith@acml.com
tyler_w_johnson@dell.com
tyler_yuan@ssga.com
tylin@canyonpartners.com
tylyfe@knbank.co.kr
tyorke@refco.com
tyoseloff@dkpartners.com
tyoshinaga@nria.com
tyoun@lordabbett.com
tyoung@redstoneadv.com
tyra.lydon@aamcompany.com
tyrice_coates@freddiemac.com
tyron.eng@drkw.com
tyson.iravani@gcm.com
tzaldivar@bear.com
tzatko@babsoncapital.com
tzellmer@allstate.com
tzemek@newstaram.com
tzewai.yiu@bernstein.com
tzeyang@dbs.com

**LBH - Derivatives Potential 5504 Email Service List**

tzh@bloomberg.net

tzhao@princeton.edu

tzigantcheva_milena@fsba.state.fl.us

tzimmer@loomissayles.com

tzizzamia@refco.com

tzucker@thamesriver.co.uk

tzul@bloomberg.net

tzulung@kdb.co.kr

u.bernardini@bipielle.it

u.colombo@bipielle.it

u.duebendorfer@hsbc.guyerzeller.com

u.gormanns@bloomberg.net smtp

u.haibach@hsbc.guyerzeller.com

u.hermann@bvv-vers.de

u.kanda@noemail.com

u.mueller@ubz.ch

u.noetges@apoasset.de

u.reitz@frankfurt-trust.de

u22863cgak@bloomberg.net

uamsic@uobgroup.com

uandratschke@provinzial-online.de

ub24@cornell.edu

ubald.cloutier@lodh.com

ubcd@vanguard.com

uberner@bloomberg.net

ubidkar@blx.com

ubk@bloomberg.net

ubpce@bloomberg.net

ubr@danskebank.lu

ubsops@citco.com

ubukata-c@ga.toyo-eng.co.jp

uchida.masaaki@tepco.co.jp

uchida@daiwa-am.co.jp

uchida@nam.co.jp

uchida_hironori@sol.nichimen.co.jp

uchida226@dl.dai-ichi-life.co.jp

uchida8447@intra.cosmo-sec.co.jp

uchimura_nobuaki@mail.asahi-life.co.jp

udahl@alger.com

udaley@wisi.com

udara.fernando@citadelgroup.com

uday.p.shah@jpmorganfleming.com

uday.patnaik@gibuk.com

uden@bng.nl

udir@migdal-group.co.il

udit.mitra@morganstanley.com

udo.giegerich@omv.com

udo.goebel@dam.lu
udo.herschel@glgpartners.com
udo.klos@ui-gmbh.de
udo.meyer@vuw.de
udo.onwuachi@fgic.com
udo.reimann@dit.de
udo.riese@allianz.de
udo.rosendahl@dws.de
udo.schacht@nordlb.de
udo.schmidt-mohr@deka.de
udo.von.werne@zurich.com
udo_bodewig@westlb.de
udo_martinsohn@bayerischerueck.com
udou@dl.dai-ichi-life.co.jp
udyal@alger.com
uebepa.ffdb@bloomberg.net
uebrva@bloomberg.net
uecgto@bloomberg.net
uechve@bloomberg.net
ueda@e.u-tokyo.ac.jp
uehara@feo.fuji-ric.co.jp
uehara@nochubank.or.jp
uehira974@dl.dai-ichi-life.co.jp
ueli.buechi@mgb.ch
ueli.von.burg@zkb.ch
uematsu@daiwa-am.co.jp
uengler@tiaa-cref.org
ueno.tetsuo@daido-life.co.jp
ueno.y@daiwa-am.co.jp
ueno@daiwasbi.co.jp
ueno_masashige@ra.smbc.co.jp
ueshiman@dl.dai-ichi-life.co.jp
uesugi@daiwa-am.co.jp
ufr@danskecapital.com
ufrawley@imsi.com
ufugmann@bloomberg.net
ugantert@meag.com
uge@ceresiobank.com
ugo.bartolucci@ingdirect.it
ugo.ciliberti@morganstanley.com
ugo.debernardi@generaliproperties.com
ugo.domange@caam.com
ugo.ercolano@saras.it
ugo.renda@interbanca.it
ugosalia@loomissayles.com
ugur.guner@amd.com
ugxo@vanguard.com

uha@russell.com
uherold@metzler.com
uhoffman@tudor.com
uhryniak.d@mellon.com
ujsung@bloomberg.net
uk.research@aberdeen-asset.com
uk@bailliegifford.com
ukequity.fundmanagers@csam.com
ukteam@bankofengland.co.uk
ulah01@handelsbanken.se
ulbo@sek.se
ulbo03@handelsbanken.se
uleblebici@teb.com.tr
ulf.alexandersson@amfpension.se
ulf.arvidsson@amfpension.se
ulf.boden@sek.se
ulf.forsberg@amfpension.se
ulf.fuellgraf@deka.de
ulf.ghosh@wamu.net
ulf.johansson@sl-am.com
ulf.krumins@electrolux.se
ulf.lichtenberg@at.bacai.com
ulf.lindgren@sparbanken-nord.se
ulf.lindqvist@swedbank.com
ulf.noren@seb.se
ulf.plesmann@cominvest-am.com
ulf.schlenker@ubs.com
ulf.soderstrom@scania.com
ulf.steinborn@ag.man.de
ulf.stejmar@nordea.com
ulf@ibp.se
ulftos@carnegie.se
ulha@nykredit.dk
ulhas.shenoy@ubs.com
ull@danskecapital.com
ulla.fetzer@hsh-nordbank.com
ulla.hoyer@danskebank.dk
ulla.james@nokia.com
ulla.kauppinen@nb.se
ulla.peplinsky@activest.de
ulla.tarstrup@jyskeinvest.dk
ullrich.quenzer@commerzbank.com
ullum.sg@mellon.com
ulmueller@munichre.com
ulri02@handelsbanken.se
ulrica.slane-sens@ap3.se
ulrich.althoff@db.com

ulrich.brand@rwe.com
ulrich.braun@credit-suisse.com
ulrich.bruns@kfw.de
ulrich.ellerbeck@hsh-nordbank.com
ulrich.faupel@wmam.com
ulrich.gauss@allianz.de
ulrich.gerza@drkw.com
ulrich.geuss@postbank.de
ulrich.hejle@nordea.com
ulrich.jespersen@finansbanken.dk
ulrich.john@dekabank.de
ulrich.kaiser@credit-suisse.com
ulrich.kaltenbronn@jpmorganfleming.com
ulrich.katz@dit.de
ulrich.lind@allianzgi.de
ulrich.luthy@bcv.ch
ulrich.martensen@hsh-nordbank.com
ulrich.mattonet@blb.de
ulrich.niederer@ubs.com
ulrich.nowak@essenhyp.com
ulrich.nowak@postbank.de
ulrich.osswald@novartis.com
ulrich.ostholt@am.generali.com
ulrich.roth@credit-suisse.com
ulrich.scheppan@nordlb.de
ulrich.schulze@ruedblass.ch
ulrich.schulze-ueding@wgzbank.de
ulrich.seldeslachts@bmv.be
ulrich.sperber@ids.allianz.com
ulrich.sperl@ubs.com
ulrich.teutsch@cominvest.de
ulrich.vogel@lbb.de
ulrich.vogel@nordlb.lu
ulrich.vonauer@jpmorganfleming.com
ulrich.vornefeld@t-mobile.net
ulrich.walter@dzbank.de
ulrich.weiss@lbbw.de
ulrich.willeitner@dws.de
ulrich.zorn@deka.de
ulrich.zwanzger@db.com
ulrich_corbach@westlb.de
ulrieke.wendtland@hsh-nordbank.com
ulrik.frederiksen@nordea.com
ulrika.bagge@posten.se
ulrika.enhorning@swedbankrobur.se
ulrika.linden@robur.se
ulrika.lundgren@saab.se

ulrika.torell@alecta.com
ulrike.becker@frankfurt-trust.de
ulrike.benker@frankfurt-trust.de
ulrike.brocke@bayernlb.de
ulrike.gorny@ikb.de
ulrike.hasel@fidelity.de
ulrike.hoffmann-burchardi@tudor.com
ulrike.kaes@lbbwuk.com
ulrike.kaiserboing@lodh.com
ulrike.kastens@oppenheim.de
ulrike.katheder@dit.de
ulrike.kohlmann-kreutz@allianz.de
ulrike.kroener@vodafone.com
ulrike.kunz@bawag.com
ulrike.kunze@hvb.de
ulrike.loehr@db.com
ulrike.ryll@kfw.de
ulrike.scheef@lbbw.de
ulrike.serafini@kfw.de
ulrike.tatzber@rcm.at
ulrike.von_krosigk@novartis.com
ulriksenh@bloomberg.net
ulso04@handelsbanken.se
ulst06@handelsbanken.se
ultrayy@unitel.co.kr
ulucas@meag.com
ulysse.buonomo@bnpparibas.com
ulysses@moorecap.co.uk
uma_rajeshwar@glenmede.com
umair.tariq@nbad.com
umang.vithlani@morleyfm.com
umberto.brinatti@bancareale.it
umberto.celentano@pasche.ch
umberto.cirri@nestle.com
umberto.crespi@capitalia-am.com
umberto.orsenigo@db.com
umberto.vallarino@merloni.com
umeda@chuomitsui-spr.com.sg
umemoto@sun.com
umesh_mahajan@ml.com
umeuchi@nam.co.jp
umino@nam.co.jp
umit.cetkin@isbank.com.tr
umoran@bear.com
umpaii@bot.or.th
umut.utkan@finansbank.com.tr
un@known.com

una.m.kane@aibbny.ie
undereiner.js@mellon.com
underwoodm@bernstein.com
uneuhauss@ibuk.bankgesellschaft.de
unitt.david@ftci.ch
unknow@ntrs.com
unknowm@unknown.com
unknown@creditorrelations.com
unknown@email.com
unknown@mail.com
unknown@mediobanca.nl
unknown@mediocredito.nl
unknown@mediosim.nl
unknown@unknown.com
unknowns@unknown.com
unnati.patel@blackrock.com
uno@daiwa-am.co.jp
unon@sumitomotrust.co.jp
upallasch@union-investment.de
upatel@senecacapital.com
update@update.com
upkar.kambo@morleyfm.com
upuramsetti@delinvest.com
urangarajan@cicny.com
uranguma@wharton.upenn.edu
urbain.mbazoa@vontobel.ch
urban.angehrn@zurich.com
urban.bleisch@lgt.com
urban.eriksson@ap3.se
urban.larson@baring-asset.com
urban.persson@amfpension.se
urban_charles_t@cat.com
urd-ikari@nochubank.or.jp
ureber@pax.ch
uri.landesman@inginvestment.com
uri.miller@fmr.com
uri.ron@rbccm.com
uri.snir@bmo.com
urickheeram@fftw.com
urmas.wompa@jpmorgan.com
urquijo@dcmc.creditlyonnais.fr
urs.antonioli@ubs.com
urs.beck@zkb.ch
urs.beer@ubs.com
urs.bieri@vontobel.ch
urs.duss@schroders.com
urs.edward.blattmann@sunrise.ch

urs.eilinger@juliusbaer.com
urs.fischbach@zkb.ch
urs.gahler@rbscoutts.com
urs.gfeller@group.novartis.com
urs.gisiger@aig.com
urs.guthmann@credit-suisse.com
urs.haberthuer@csam.com
urs.hiller@csam.com
urs.j.gallmann@credit-suisse.com
urs.keller@ubs.com
urs.knuchel@vontobel.ch
urs.kunz@csam.com
urs.matsch@juliusbaer.com
urs.meili@commerzbank.ch
urs.meister@suva.ch
urs.pfister@bsibank.com
urs.pfister@rothschildbank.com
urs.ramseier@csam.com
urs.reiter@mbczh.ch
urs.schnueriger@ubs.com
urs.schubiger@ubs.com
urs.schwarz@cbve.com
urs.von-gunten@ubs.com
urs.wiesendanger@bkb.ch
urs.winiger@schroders.com
ursel.baumann@bankofengland.co.uk
urs-s.weber@ubs.com
ursula.bachmann@ecb.int
ursula.denzel@aam.de
ursula.elser@gz-bank.de
ursula.federsel@bawag.com
ursula.jahns@telekom.de
ursula.kluck@fm.nrw.de
ursula.neumann@credit-suisse.com
ursula.nitschke@ubs.com
ursula.oser@zkb.ch
ursula.prior@bhf-bank.com
ursula.radeke-pietsch@siemens.com
ursula.sahrhage@dekabank.de
ursula.speich@credit-suisse.com
ursula.vonsayn-wittgenstein@hypovereinsbank.de
ursula_brenner@dell.com
ursula_o_schaefer@fanniemae.com
ursula_o"donnell@fanniemae.com
uruze@garanti.com.tr
uscashdesk@levi.com
uschneider@meag.com

uschuh@union-investment.de
use.brueggendieck@csam.com
useifert@meag.com
user@company.com
usg@capgroup.com
usguest1@nomura-asset.com
ushah@metlife.com
ushathorat@rbi.org.in
ushma.mulji@uk.fid-intl.com
usman.x.naeem@jpmorgan.com
usr@hbk.com
usresearch@aberdeen-asset.com
usundermeier@metzler.com
uta.fehm@db.com
uta.kubis@ikb-cam.de
uta.sichhart@hvb.de
ute.bach@ikb-cam.de
ute.guendert@lbbw.de
ute.hering@db.com
ute.hildebrand@ids.allianz.com
ute.kaller@basf.com
ute.rehwald@apobank.de
ute.rohner@pharma.novartis.com
ute.rosen@lbbw.de
ute.rosen@union-investment.de
ute.schulthess@ca-suisse.com
ute.schweizer@axelspringer.de
ute.speidel@cominvest-am.com
ute.valerius@telekom.de
ute.wissing@ikb-cam.de
ute.wriedt@dghyp.de
ute.zeptner@ids.allianz.com
uto.shinohara@alliancebernstein.com
utorlach@groupe-ccr.com
utorresan@dow.com
uts@ubp.ch
utsumi.takayuki@kokusai-am.co.jp
utsunomiya@daiwasbi.co.jp
utter@db.com
uva@capgroup.com
uvonwietersheim@bayernlbny.com
uwe.bell@db.com
uwe.buertel@devif.de
uwe.ehrismann@allfonds-bkg.de
uwe.ehrismann@hypoinvest.at
uwe.flach@dzbank.de
uwe.flossmann@blb.de

uwe.fuiten@westam.com
uwe.guenther.2@claridenleu.com
uwe.jech@ib.bankgesellschaft.de
uwe.krause@apobank.de
uwe.krause@sachsenlb.ie
uwe.loose@commerzbank.com
uwe.metzinger@lbbw.de
uwe.nagel@postbank.de
uwe.neumann@credit-suisse.com
uwe.neumann@nordlb.de
uwe.neumann@oppenheim.de
uwe.nunn@lbbw.de
uwe.petzler@helaba.de
uwe.prasser@fortis.com
uwe.pyde@seb.de
uwe.roehrig@ubs.com
uwe.rossmannek@nordlb.de
uwe.sass@postbank.de
uwe.schertel@credit-suisse.de
uwe.schillhorn@ubs.com
uwe.schluetter@ba-ca.group-treasury.co.at
uwe.schwarz@seb.de
uwe.trackmann@dresdner-bank.com
uwe.treckmann@dresdner-bank.com
uwe.truppel@dresdner-bank.lu
uwe.voshage@bwinvest.de
uwe.wiedl@union-investment.de
uwe.zeidler@apobank.de
uwe_carl@swissre.com
uweeberhard_remy@swissre.com
u-wen.kok@barclaysglobal.com
uwezeissner@helaba-invest.de
uyen_nguyen@calpers.ca.gov
uyjung@hanabank.com
uyurday@canyonpartners.com
uzak@oppenheimerfunds.com
v.fiocco@fineco.it
v.folli@bipielle.it
v.j.ter.morsche@dnb.nl
v.jenkinsrhea@bsiifabanque.com
v.kishore@mitsubishi-trust.co.uk
v.lai@indoverbank.com
v.malasomma@promos.it
v.marcora@net.mediolanum.it
v.nimmalapudi@hermes.co.uk
v.nocton@bpsd.fr
v.ogliengo@barilla.it

v.rippa@bancodinapoli.it
v.sadarangani@lcfr.co.uk
v.seaman@wafra.com
v.tan@hermes.co.uk
v.van.der.sanden@robeco.nl
v.verberk@robeco.nl
v.villa@kairospartners.com
v_cooney@blackrock.com
v2@bloomberg.net
v9c@storebrand.com
vaban@nysif.com
vabrancaccio@delinvest.com
vacharya@westernasset.com
vachez.fabrizio@enel.it
vachiraa@bot.or.th
vadams@fido.com
vadams@us.mufg.jp
vader@cathaylife.com.tw
vadim.b.matyushkin@rzb.at
vadim.bagatouria@us.socgen.com
vadim.lipanov@hvb.de
vadim.mezrin@bbh.com
vadim.moroz@ubs.com
vadim.shteyn@colimbiamanagement.com
vadim.yasnov@pimco.com
vadims.zaicevs@bank.lv
vadjaraganian@mail.bancsabadell.es
vadym.sliusar@db.com
vafa.ahmadi@cpr-am.fr
vaga.bartalini@ing.ch
vagarwal@unigestion.com
vaia.tzokas@claridenleu.com
vaibhav.chauhan@gs.com
vaida.tautvaisaite@usbank.com
vaidheesh.krishnamurti@ge.com
vaifro.zullato@bancaakros.it
vairetti@bpintra.it
val.diggin@helaba.de
val.george@threadneedle.co.uk
val.glynn@statestreet.com
val.glytas@associatedbank.com
val.isayev@prudential.com
val_devassal@glenmede.com
valasis.vafiadis@robecoinvest.com
valata.dewalt@swib.state.wi.us
valbano@bloomberg.net
valcourt@bluewin.ch

valcourthere@bloomberg.net
valejand.lorca@grupobbva.com
valen.tsai@email.chinatrust.com.tw
valentijn.van.nieuwenhuijzen@ingim.com
valentin.burki@bcv.ch
valentin.fernandez@fonditel.es
valentin.schmid@nl.abnamro.com
valentin.vondermuehll@juliusbaer.com
valentin.yanev@dartmouth.edu
valentina.carluccio@bancaintesa.it
valentina.chen@morleyfm.com
valentina.karnjel@am.generali.com
valentina.maddalena@bancaditalia.it
valentina.salvini@saras.it
valentina.vanderdys@morganstanley.com
valentina.vicinanza@bancaakros.it
valentine.ainouz@caam.com
valentine.dsouza@bmo.com
valentine@braverstern.com
valentino.bidone@gestielle.it
valenzuelaj@bancsabadell.com
valerarafael@sabadellbancaprivada.com
valeri@capitalgest.it
valeria.aiudi@mediolanum.it
valeria.anzoino@caboto.it
valeria.caielli@intesasanpaolo.com
valeria.penco@capitalia-am.com
valeria.stefano@enel.it
valeria.zanon@bsibank.com
valerie.bardou@caam.com
valerie.beale@bbh.com
valerie.blot@sgam.com
valerie.bour@banque-france.fr
valerie.brown@bernstein.com
valerie.brown@bms.com
valerie.bureau@ca-assetmanagement.fr
valerie.cecchini@standardlife.ca
valerie.chevallier-chantepie@ceral.caisse-epargne.fr
valerie.cho@lazard.com
valerie.clay-bey@inginvestment.com
valerie.feggestad@peregrinecapital.com
valerie.friedholm@fmr.com
valerie.gay@pncbank.com
valerie.gobet@ing.ch
valerie.grivotet-masri@richemont.com
valerie.henon@bnpparibas.com
valerie.j.sill@usa.dupont.com

valerie.kibieta@belgacom.be
valerie.kuotsingjen@calyon.com
valerie.laloux@fortis.com
valerie.lemaigre@lodh.com
valerie.malter@jpmorganfleming.com
valerie.nannettedan@axa-im.com
valerie.nicolas@bnpparibas.com
valerie.noel@hsbcpb.com
valerie.oelhoffen@groupe-mma.fr
valerie.phillips@caam.com
valerie.piquard@ingpatrimoine.com
valerie.s.dahlman@wellsfargo.com
valerie.schneider@bbls.ch
valerie.schneitter@credit-suisse.com
valerie.schroeter@db.com
valerie.schroeter@dws.com
valerie.seror@caam.com
valerie.sussman@wachoviasec.com
valerie.teegardin@firstmidwest.com
valerie.verge@sgam.com
valerie.vigin@dexia.be
valerie_connolly@ustrust.com
valerie_michael@bnz.co.nz
valerio.piacentini@bpm.it
valerio.romano@bancaintesa.it
valerio.schmitz-esser@csam.com
valerio.zuccolo@bancaintesa.it
valeriy.petrov@hvb.de
valero.matriciani@sl-am.com
valery.amouroux@eurotunnel.com
valinda.arnett-patton@inginvestment.com
valladolid_michelle@jpmorgan.com
vallende@morganstanley.es
vallery.brown@protective.com
valli.srikanthapalan@alliancebernstein.com
valli@ellington.com
vallone.stefania@enel.it
valmai.jones@uk.fid-intl.com
valter.apostolo@bpm.it
valter.nosenzo@arcafondi.it
vambekar@invest.treas.state.mi.us
vamsi.raju@wachovia.com
vamsi_kommasani@fanniemae.com
van.dupuy@axa-im.com
van.eswara@fmr.com
van.krupper@gte.net
van.sayler@raymondjames.com

van@juliusbaer.com
van_banh@calpers.ca.gov
van_simmons@invesco.com
vanaporl@bot.or.th
vance.arnold@frostbank.com
vance.shaw@csfb.com
vancew@nationwide.com
vand@pggm.nl
vanda.alves.oliveira@bancobpi.pt
vandana.bhagat@fmr.com
vandenberg.mark@principal.com
vanderd@rabo-bank.com
vanderge@cmcic.fr
vandermeulen@bis.org
vanessa.a.cesario@bankofamerica.com
vanessa.answini@funb.com
vanessa.barata@hvb.de
vanessa.beck@union-investment.de
vanessa.brathwaite@ubs.com
vanessa.cosgrave@gs.com
vanessa.donegan@threadneedle.co.uk
vanessa.duchman@pnc.com
vanessa.galvan@columbiamanagement.com
vanessa.guez@framlington.co.uk
vanessa.hopwood@morganstanley.com
vanessa.king@novartis.com
vanessa.marom@chq.alstom.com
vanessa.moeske@lbbw.de
vanessa.scala@gartmore.com
vanessa.schaefer@saarlb.de
vanessa.schumack@westam.com
vanessa.shumack@westam.com
vanessa.simbalista@bcb.gov.br
vanessa.strauss@hyporealestate.de
vanessa.vanacker@morganstanley.com
vanessa.werthwein@l-bank.de
vanessa_dekker@troweprice.com
vanessa_moulin@fanniemae.com
vanessa_schlegel@fanniemae.com
vanessachan@hsbc.com.hk
vanessaharvey@gic.com.sg
vangelis.bratsikas@claridenleu.com
vangelis.bratsikas@juliusbaer.com
vangs@ctclife.com.tw
vanheel@uk.pimco.com
vani.gupta@cwcom.co.uk
vanina.babbini@bnpparibas.com

vanle@stanford.edu
vanmersbergen.kristin@principal.com
vannedea@ebrd.com
vanni.vecchini@gartmore.com
vanpraagh@atlanticinvestment.net
vanreeth@bloomberg.net
vantil.charles@axa-slim.co.uk
vanvoja@chevrontexaco.com
vanwoerkomdw@ensignpeak.org
vanya@wasatchadvisors.com
varanof@pfm.com
varanom@pfm.com
varcity.kariuki@jpmorgan.com
vardhana.pawaskar@morganstanley.com
vargasju@cmcic.fr
varinp@bot.or.th
varjanp@ms.com
varma_rohit@gsb.stanford.edu
varmas@nbd.com
varmstrong@metlife.com
varnold@bloomberg.net
varsay.sirleaf@wachovia.com
vartelasaj@aetna.com
varunmehta@northwesternmutual.com
vas.narasimhan@novartis.com
vas@ellington.com
vasant.mistry@concordiabus.com
vasantha@gartmore.com
vaseem@ikospartners.com
vashawn_cooper@putnam.com
vashik_vajner@blackrock.com
vasi@gestion.it
vasiliki.koutoupi@fgic.com
vasilios.simantirakis@ubs.com
vasiliou.b@dreyfus.com
vasilis.katsikiotis@genworth.com
vassili.kotlov@bms.com
vassilina.lapteva@richemont.com
vassilios.x.koulovassilopoulos@jpmorgan.com
vassos@ikos.com.cy
vasuvir@bot.or.th
vaugh-r@stifel.com
vavante@adb.org
vavena@bofa.com
vayoula.georgakopoulos@citadelgroup.com
vaysburd@deshaw.com
vb@bohler.co.uk

vbacheller@wellington.com
vbakshi@iberdrolausa.com
vbaliga@bear.com
vbalouzian@bony.com
vbaugh@opcap.com
vbenson@amica.com
vbertellotti@metlife.com
vbisaria@tva.gov
vbonte1@bloomberg.net
vbopp@oppenheimerfunds.com
vborue@caxton.com
vbosch@bloomberg.net
vboukhantsev@bloomberg.net
vbrady@presidiomanagement.com
vbudinger@westernasset.com
vbv@unionbankph.com
vbwarren@delinvest.com
vcao@tiaa-cref.org
vcapalbo@statestreet.com
vcara@pictet.com
vcasolo@credem.it
vcastro@isifunds.com
vchampion@generali.fr
vchang@nb.com
vchavez@westernasset.com
vchiu2@bloomberg.net
vchong@hcmlp.com
vchow@tudor.com
vcirulli@metlife.com
vcoleman@myprovident.com
vconti@bci.it
vcornelis@groupe-ccr.com
vcorrea@metlife.com
vcosta@aston-bond.com
vcurtis@opcap.com
vdarp@clinton.com
vdavid-robin@ufji.com
vdavisson@loomissayles.com
vdd@americancentury.com
vdelucia@bci.it
vdelucia@grneam.com
vderryberry@denveria.com
vdesai@metlife.com
vdeswal@bear.com
vdiaz@jefco.com
vdiehl@union-investment.de
vdivasta@jhancock.com

vdk@capgroup.com
vdunlop@invest.singer-friedlander.com
vecamp@bankofny.com
vedant.x.mehra@jpmorgan.com
vedran.rudelj@vontobel.ch
veehoo@bloomberg.net
veena_avadhanam@symantec.com
veeral.shah@us.bnpparibas.com
vegannae@wellington.com
vegard.benterud@nbim.no
veikko.kantola@bof.fi
veit.trunk@ids.allianz.com
vek@nbim.no
vekrishn@lehman.com
velasco@bloomberg.net
velascodj@aetna.com
velbert@princeton.edu
veleswarapu@oppenheimerfunds.com
vellanki_ramesh@jpmorgan.com
velma.brumfield@shell.com
velma_chang@ssga.com
velock_walter@jpmorgan.com
vendome.nauer@online.lu
vengel@shellus.com
venita.olson@alliancebernstein.com
venkat.badri@ubs.com
venkat.gorantla@ubs.com
venkat_gangisetty@fanniemae.com
venkatakrishnan_cs@jpmorgan.com
venkataramanaz@bernstein.com
venkatesh.devarajan@ge.com
venkatram@ellington.com
veno@jyskeinvest.dk
venture.quest@verizon.net
venu-madhav.bolisetty@db.com
ver003@maersk.com
vera.bergamaschi@meliorbanca.com
vera.bonte@am.generali.com
vera.colombo@enel.it
vera.dianova@claridenleu.com
vera.ho@wamu.net
vera.kaeppler@ubs.com
vera.kartseva@ingim.com
vera.kotlik@stanford.edu
vera.nikolova@electrolux.se
vera.rossi@morganstanley.com
vera.schubert@kfw.de

vera.stoeck@sparkasse-koelnbonn.de
vera.trindade@lodh.com
vera.vanert@tcw.com
vera_mcvey@hvbamericas.com
vera-02500@email.esunbank.com.tw
verband@nationwide.com
verdant.x.mehra@jpmorgan.com
veredice@finmeccanica.it
verena.gradwohl@rzb.at
verena.kamer@swissfirst.ch
verena.rothmaier@lbbw.de
verena.volpert@bertelsmann.de
verena_zollikofer@swissre.com
verena-jeanette.fister-rech.vf@bayer-ag.de
verena-van.well@db.com
veresi@mnb.hu
vereszkip@mnb.hu
verhalen@provinzial.com
verhoefm@rabo-bank.com
verity.criddle@tilney.com
verity.savage@jpmorgan.com
vernet@the-hague.sl.slb.com
vernon.barnes@icap.com
vernon.wright@mbna.com
vernon_bernardino@nacm.com
vernon_patterson@keybank.com
veron_tan@capgroup.com
verona@pimco.com
veronica.a.gilmartin@ssmb.com
veronica.amati@prudential.com
veronica.barbieri@henkel.com
veronica.bats@sgam.com
veronica.cobb@53.com
veronica.hairston@53.com
veronica.lopez-ibor@ubs.com
veronica.marino@bcb.gov.br
veronica.vasquez@tcw.com
veronica.yu@robur.se
veronica_ho@ssga.com
veronica_kuan@amcm.gov.mo
veronica_m_ferro@fleet.com
veronika.henkel@siemens.com
veronika.kuenzler@credit-suisse.com
veronika.landsgard@nordea.com
veronika.neubauer@de.pimco.com
veronika.posch@sparinvest.com
veronika.weisser@ubs.com

veronique.akoun@creditfoncier.fr
veronique.barenne@bnpparibas.com
veronique.brunel@cnp.fr
veronique.dimaria@dexia-bil.com
veronique.floxoli@bnpparibas.com
veronique.geronde@bnpparibas.com
veronique.hache@fortisinvestments.com
veronique.haefliger@bcv.ch
veronique.laffiteau@labanquepostale-am.fr
veronique.leroybouille@cnp.fr
veronique.limpens@axa.be
veronique.ormezzano@bnpparibas.com
veronique.rosier@labanquepostale-am.fr
versnel@vpv.nl
veruschka.tan@sscims.com
verushka.ramirez@bwater.com
vesa.hokkanen@okobank.com
vesa.nurminen@sampo-leonia.fi
vesta.m.foster@columbiamanagement.com
vetier@bridportjersey.net
veuhuan@dbs.com
vfaro@mdsass.com
vfernandez@sarofim.com
vfeygin1@bear.com
vfitzpatrick@bankofny.com
vfliorent@metlife.com
vfong@levi.com
vformery@bft.fr
vfradkin@metlife.com
vfrovich@lordabbett.com
vfuentes@pictet.com
vfumagalli@bloomberg.net
vgade@tudor.com
vgadon@groupama-am.fr
vgallagher@babsoncapital.com
vgallo@caxton.com
vgamberale@autostrade.it
vgeorgenes@loomissayles.com
vgomez@oddo.fr
vgor1@bloomberg.net
vgrimaldi@pictet.com
vgrzywna@groupama-am.fr
vgu@orixcm.com
vgulati@delinvest.com
vhachevincenot@ofi-am.fr
vhammond@ustrust.com
vhan@seic.com

vherman@wescorp.org
vhitchco@allstate.com
vhjohn@uswest.com
vhoutteville@firststate.co.uk
vhouxelle@bloomberg.com
vhoward@waddell.com
vhowland@mfs.com
via hedwig.vohrer@lbbw.de
viald@agf.fr
viame.chan@mizuho.com
viana.huie@soros.com
viannone@bankofny.com
viaud.m@mellon.com
vibeke.pentzen@dnbnor.no
vibiana.irvine@tcw.com
vic.hanson@mutualofomaha.com
vic.khaitan@db.com
vic_thompson@ssga.com
vicenciolito@gic.com.sg
vicente.alava-pons@dlh.de
vicente.ortueta@grupobbv.com
vicentemariasalud@bancsabadell.com
vich@ellington.com
vicken.kioumdjan@fortisbank.com
vicken.kioumjian@fortisbank.com
vicki.bryce@wellscap.com
vicki.bull@tcw.com
vicki.gedge@credit-suisse.com
vicki.rosenberg@jpmorganfleming.com
vicki_fuller@acml.com
vickie.chang@fareastnationalbank.com
vickie.detorre@pncbank.com
vickie.taylor@capgroup.com
vickie@cathaylife.com.tw
vickif@qualcomm.com
vicknesan@bloomberg.net
vickreb@vankampen.com
vickrum.chima@statestreet.com
vicky.eatwell@barclaysglobal.com
vicky.harriss@rlam.co.uk
vicky.parry@glgpartners.com
vicky.read@bankofengland.co.uk
vicky.simonds@csam.com
vicky.watson@swip.com
vicky.wu@wamu.net
vicky_frew@standardlife.com
vicky_hughes@acml.com

victoire.detrogoff@uk.fid-intl.com
victor.baghat@alliancebernstein.com
victor.barreras@firstbankpr.com
victor.bemmann@db.com
victor.bhagat@alliancebernstein.com
victor.cabral@pimco.com
victor.cheong@mizuhocbus.com
victor.chow@hp.com
victor.chu@morleyfm.com
victor.chu@westernasset.com
victor.cristobal@grupobbva.com
victor.diiorio@banca.mps.it
victor.donev@axa-im.com
victor.feliciano@bspr.com
victor.gauvin@sgcib.com
victor.kaelin@bbls.ch
victor.koh@bloomberg.net
victor.kolvites@aig.com
victor.lin@email.chinatrust.com.tw
victor.maccagnan@pncbank.com
victor.macein@bancoval.es
victor.oliveira@sebprivatebank.com
victor.pena@altria.com
victor.pina@gs.com
victor.rodriguez@csam.com
victor.rodriguez@inginvestment.com
victor.rozenblits@db.com
victor.s.henry@jpmorgan.com
victor.saratella@lmginv.com
victor.thay@fmr.com
victor.toro@db.com
victor.van.will@nibc.com
victor.wong@barclaysglobal.com
victor.wongky@uobgroup.com
victor.yang@genworth.com
victor_hong@westlb.com
victor_pa@freddiemac.com
victor_samoilovich@nylim.com
victoria.a.lowrie@jpmorgan.com
victoria.bloom@pacificlife.com
victoria.brown@aberdeen-asset.com
victoria.callcott@lodh.com
victoria.cannon@rlam.co.uk
victoria.chittock@barclayscapital.com
victoria.dehn@usbank.com
victoria.engwell@ubs.com
victoria.feldens@t-mobile.net

victoria.filkins@nationalcity.com
victoria.friend@augustus.co.uk
victoria.greenwood@lgim.co.uk
victoria.hamilton@glgpartners.com
victoria.hasler@rothschild.co.uk
victoria.houston@hcmny.com
victoria.jensen@insightinvestment.com
victoria.johnstone@lgim.co.uk
victoria.leggett@threadneedle.co.uk
victoria.m.paradis@jpmorganfleming.com
victoria.norman@threadneedle.co.uk
victoria.persey@glgpartners.com
victoria.port@threadneedle.co.uk
victoria.raucci@yale.edu
victoria.rock@citigroup.com
victoria.sharpe@barclayscapital.com
victoria.stewart@rlam.co.uk
victoria.thompson@citi.com
victoria.todd@baesystems.com
victoria.vonaretin@hvb.de
victoria.vonaretin@unicreditgroup.de
victoria.wang@email.chinatrust.com.tw
victoria.winckle@aberdeen-asset.com
victoria.wong@trs.state.tx.us
victoria_franklin@agfg.com
victoria_grant@ml.com
victoria_kagler@troweprice.com
victoria_metherell@prusec.com
victoriay.chin@aig.com
victorlai@dbs.com
victorma@pshk.com.hk
victortse@daiwa-am.com.hk
victory_lan_team@vanguard.com
vidhu.aggarwal@westernasset.com
vidmantas_pleta@swissre.com
vidtoriya.d.mikityanskaya@jpmorganfleming.com
vidulichbz@bernstein.com
vidur.goel@wgsl.com
vidur.sachdeva@inginvestment.com
vidya.rajappa@alliancebernstein.com
vidya.vasu-devan@gs.com
vidya_kadiyam@troweprice.com
vidya_krishnaswamy@ssga.com
vie.ming.tan@cibc.com.sg
vieker@mk-ag.de
vier@maerskoil.com
viglesia@ibercaja.es

vignir.sverrisson@glitnir.is
vijay.balakrishnan@nisanet.com
vijay.bhasin@wamu.net
vijay.chopra@db.com
vijay.chugh@morganstanley.com
vijay.katechia@sgcib.com
vijay.narayanan@fidelity.co.in
vijay.panday@klm.com
vijay.rao@barclaysglobal.com
vijay.s.chauhan@barclayscapital.com
vijay.sarathi@geind.ge.com
vijay.sharma@ubs.com
vijay.valabhadas@qatarbank.com
vijay_movva@freddiemac.com
vijaya.govindan@ubs.com
vijayaanand.karuppia@schwab.com
vijayalakshmi.rajendran@gs.com
vijayraina@rbi.org.in
vijesh.patel@uk.fid-intl.com
viju.joseph@morganstanley.com
vik.chopra@alliancebernstein.com
vik@nbim.no
vikas.chopra@swip.com
vikas.goyal@blackrock.com
vikas.mehta@ofheo.gov
vikas.sharma@bkb.ch
vikas.sharma@glgpartners.com
vikas.sharma@juliusbaer.com
vikas.singhal@stpaul.com
vikas.vijayan@adcb.com
vikas@mcm.com
vikas@nytimes.com
vikas_singhal@fanniemae.com
vikki.burr@glgpartners.com
vikki.hanges@westam.com
vikki.lindstrom@gs.com
vikram.chawda@inginvestment.com
vikram.dasgupta@citizensbank.com
vikram.j.kuriyan@columbiamanagement.com
vikram.kaura@ubs.com
vikram.modi@deshaw.com
vikram.raju@citigroup.com
vikram@bnm.gov.my
vikram_dhindsa@putnam.com
vikram_lunavat@blackrock.com
viktor.heese@apobank.de
viktor.pitrans@ing.com.au

viktor.schneider@ib.bankgesellschaft.de
viktor.turk@pioneeraltinvest.com
viktoria.beromelidze@ubs.com
viktoria.gerling@dekabank.de
viktoria.keuter@dzbank.de
viktoria_grinberg@acml.com
vilam@bancsabadell.com
ville.holma@sampopankki.fi
ville.rouvila@danskecapital.fi
ville.talasmaki@sampo.fi
vilnis.barons@bank.lv
vily.dardanes@ubs-oconnor.com
vim.tr@adia.ae
vimal_agarwal@freddiemac.com
vimal_jayaraj@ssga.com
vimontiel@gruposantander.com
vinashgopalakrishnan@temasek.com.sg
vinay.k.raj@hsbcgroup.com
vinay.kedia@morganstanley.com
vinay.sharma@westam.com
vinay.ved2@piercap.com
vinay_agarwal@putnam.com
vinay_sharma@westam.com
vinay_thapar@americancentury.com
vinayak.kanvinde@fmr.com
vince.borjas@bnymellon.com
vince.chen@tw.standardchartered.com
vince.dicarlo@db.com
vince.fiso@credit-suisse.com
vince.gubitosi@citadelgroup.com
vince.heneghan@sgcib.com
vince.rivers@fmr.com
vince.russo@micorp.com
vince.salvato@csam.com
vince@providencefunds.com
vince_hannity@bc.com
vincent.au@bapensions.com
vincent.aubras@dexia.com
vincent.baria@inginvestment.com
vincent.baron@dexia-am.com
vincent.berrada@axa-im.com
vincent.bourdarie@hk.ca-assetmanagement.com
vincent.bourgeois@hsbchalbis.com
vincent.boyer@uk.bnpparibas.com
vincent.breton@caam.com
vincent.caillon@calyon.com
vincent.chan@hk.forits.com

vincent.chun@aig.com
vincent.costa@inginvestment.com
vincent.couson@ubs.com
vincent.d.moye@fhlb-pgh.com
vincent.darpino@clinton.com
vincent.de_valliere@group.novartis.com
vincent.delfosse@ingim.com
vincent.demartel@axa-im.com
vincent.demartel@barclaysglobal.com
vincent.digby@boitib.com
vincent.dumontoy@barcap.com
vincent.dupont@alliancebernstein.com
vincent.durel@uk.fid-intl.com
vincent.duval@ubs.com
vincent.fannon@alliancebernstein.com
vincent.fea@db.com
vincent.fedelich@picardie.caisse-epargne.fr
vincent.ficca@eagleasset.com
vincent.fiorillo@tcw.com
vincent.flanagan@us.fortis.com
vincent.fleury@winterthur.com
vincent.fravel@sgam.com
vincent.georges@safra.lu
vincent.gigounon@fortisinvestments.com
vincent.gilles@ubs.com
vincent.godemel@axa-franceassurance.fr
vincent.grieco@csam.com
vincent.haderer@caam.com
vincent.huet@exane.com
vincent.juvyns@ingim.com
vincent.kester@ingim.com
vincent.kouch@lasalle.com
vincent.kouch@ubs.com
vincent.kravec@lazard.com
vincent.lagger@juliusbaer.com
vincent.laguerre@caam.com
vincent.laudati@citigroup.com
vincent.lauras@natixis.us
vincent.lecomte@fortis.com
vincent.legroux@banque-france.fr
vincent.le-meur@socgen.com
vincent.leung@hvbasia.com
vincent.liu@morganstanley.com
vincent.marcel@valeo.com
vincent.marioni@cnce.caisse-epargne.fr
vincent.masson@caam.com
vincent.matera@us.sgcib.com

vincent.matsui@swissre.com
vincent.matthijssen@fortisinvestments.com
vincent.megard@axa-im.com
vincent.mistretta@ubs.com
vincent.molinari@ugsl.com
vincent.montemaggiore@fmr.com
vincent.mooijer@nl.abnamro.com
vincent.mottier@bcv.ch
vincent.moy@wedbush.com
vincent.musumeci@japan.gartmore.com
vincent.palermo@prudential.com
vincent.pecoraro@nb.com
vincent.perrot@bnpparibas.com
vincent.petitpierre@givaudan.com
vincent.pons@csam.com
vincent.rappo@bnpparibas.com
vincent.regan@tilney.com
vincent.rufo@degroof.lu
vincent.salle@cardif.fr
vincent.salvato@pioneerinvestments.com
vincent.schirinzi@lloydsbank.ch
vincent.servan@bcv.ch
vincent.sneyers@dexia.be
vincent.solnik@axa-im.com
vincent.spinelli@jpmorgan.com
vincent.tedaldi@bbh.com
vincent.thebault@jp.ca-indosuez.com
vincent.tinant@ingim.com
vincent.torres@xlgroup.com
vincent.treillet@clf-dexia.com
vincent.tricomi@moorecap.com
vincent.van-steensel@ing.be
vincent.varca@wamu.net
vincent.vierhout@rabobank.com
vincent.wright@uk.bdroma.com
vincent.yee@schroders.com
vincent.zelenko@fmr.com
vincent.zhao@barclaysglobal.com
vincent@bok.or.kr
vincent@cathaysite.com.tw
vincent_barucq@carrefour.com
vincent_cuccaro@fleet.com
vincent_ingato@fujibank.co.jp
vincent_leung@hvbasia.com
vincent_lui@bochk.com
vincent_p_thornton@ssga.com
vincent_suen@ssga.com

vincent_ws_lee@hkma.gov.hk
vincent_yu@cathaylife.com.tw
vincent-0998@email.esunbank.com.tw
vincentb@fhlbsea.com
vincentchan@gic.com.sg
vincent-j.esposito@db.com
vincentn@wil.com
vincentngcc@wooribank.com
vincentsalerno@amalgamatedbank.com
vincentw@nbd.com
vincenzo.calia@claridenleu.com
vincenzo.cassino@bankofengland.co.uk
vincenzo.dangelo@degroof.be
vincenzo.ferrari@sede.estense.coop.it
vincenzo.grimaldi@am.generali.com
vincenzo.masellicampagna@saipem.eni.it
vincenzo.moramarco@pioneerinvestments.com
vincenzo.sorbara@am.generali.com
vincenzo.zappia@bancaintesa.it
vincy.yu@fenb-us.com
vineet.hemdev@morganstanley.com
vineet.theodore@bbh.com
vineet@origincm.com
vinfra@safeco.com
vinh.ho@lodh.com
vinh-tuan.ngo@carval.com
vinicius.silva@bcb.gov.br
vinit_patel@westlb.co.uk
vinita.rustagi@gecis.ge.com
vinnie.gade@tudor.com
vinnie.varca@ubsw.com
vinnie@tudor.com
vinny.a.butler@aib.ie
vinny.tucci@inginvestment.com
vinod.chandrashekaran@barclaysglobal.com
vinod.pedhambkar@ge.com
vinod.prashad@morganstanley.com
vinod.pujar@fmr.com
vinod.rajakumar@citadelgroup.com
vinod.sadasivam@nisanet.com
vinod.venkitachalam@gs.com
vinod_kushawaha@freddiemac.com
vinodh.nalluri@asbai.com
vinti.khanna@aig.com
vinzenz.nef@credit-suisse.com
viola.dunne@blackrock.com
viola.patock@de.pimco.com

violet.osterberg@pacificlife.com
violet.sohbm@uobgroup.com
vipin.ahuja@credit-suisse.com
vipin.narula@schroders.com
vipin_sahijwani@riggsbank.com
vipul.arora@ubs.com
vipul.kadakia@bmo.com
viral.patel@bernstein.com
virgenmina.nieves@citigroup.com
virginia.celebuski@prudential.com
virginia.gonzalez@db.com
virginia.keehan@morganstanley.com
virginia.porter@cwmsg.cwplc.com
virginia.stoops@pnc.com
virginiak@iadb.org
virginie.badozober@bnpparibas.com
virginie.boucher-ferte@db.com
virginie.cayatte@axa.com
virginie.dascenzio@degroof.lu
virginie.deboisseson@ing.ch
virginie.dedriche@bnpparibas.com
virginie.derue@axa-im.com
virginie.dessertenne@bnpparibas.com
virginie.deterck@sgam.com
virginie.jouhaud@cominvest-am.com
virginie.vermeersch@calyon.com
virginie.vuong@socgen.com
virginie@bnm.gov.my
virginie_blin@carrefour.com
virginio.nottola@capitalia-am.com
virginio_codegoni@bancosardegna.it
virgy.quist@deshaw.com
virinder.seth@jpmorgan.com
vironda.jeanjacques@sodexho-alliance.fr
virostek.jj@mellon.com
viru_raparthi@ml.com
virwin@bloomberg.net
vis.shankar@sg.standardchartered.com
visa.manninen@keva.fi
vish.acharya@blackrock.com
vish.khasarla@ubs.com
vishal.gupta@barclaysglobal.com
vishal.mahajan@4086.com
vishal.patel@barclaysglobal.com
vishal.sharma@lgim.co.uk
vishal.v.patel@ge.com
vishal.x.thakkar@jpmorgan.com

vishala.x.sri-pathma@jpmchase.com
visnic.m@mellon.com
visras@bot.or.th
visser81@bloomberg.net
vita.bates@protective.com
vita.padalino@protective.com
vita_lorraine@jpmorgan.com
vitalie.sajin@hvb.de
vitaliy.liberman@tcw.com
vitaly.chaika@nuveen.com
vitaly.fiks-cdg@db.com
vitaly.korchevsky@icomd.com
vitaly.n.kazakov@jpmorgan.com
vitaly.ushakov@fandc.com
vitaly.veksler@fmr.com
vitamarie.pike@corporate.ge.com
vito.courtney@fairchildsemi.com
vito.macchia@bpv.it
vito.petrolito@lodh.com
vito.romaniello@fondiaria-sai.it
vito.romaniello@fondiario-sai.it
vito.semeraro@hsbc.com
vito@sandlercap.com
vitor.hugo.pires@bpi.pt
vitor.palazzo@ubs.com
vitor.santos@fandc.com
vittnergg@aetna.com
vittof@bloomberg.net
vittorio.deluigi@mpsgr.it
vittorio.fegitz@rbc.com
vittorio.gaudio@mediolanum.it
vittorio.maggiolini@bancaintesa.it
vittorio.treichler@bsibank.com
vittorio_cornaro@ml.com
vittoriotreichler@bsibank.com
vitus.vonwil@zkb.ch
vivek.arora@ntrs.com
vivek.gupta@blackrock.com
vivek.jeswani@threadneedle.co.uk
vivek.k.shah@jpmorgan.com
vivek.sadanand@citadelgroup.com
vivek.shah@deshaw.com
vivek.sriram@jpmorgan.com
vivek_gandhi@putnam.com
vivenne_hsu@americancentury.com
vivian.brunner@tkb.ch
vivian.c.lin@jpmorgan.com

vivian.chen@csam.com
vivian.evans@saudibank.com
vivian.hairston@huntington.com
vivian.huxley@forester.co.uk
vivian.lee@alliancebernstein.com
vivian.lin@ubs.com
vivian.lubrano@fmr.com
vivian.truong@redwoodtrust.com
vivian.whiteley@usbank.com
vivian.wong@barclaysglobal.com
vivian.yelland@hsbcpb.com
vivian.yip@db.com
vivian@us.ibm.com
viviana.gisimundo@pioneerinvest.it
viviane.ting@hk.caam.com
vivianha99@scsb.com.tw
vivianlee@mas.gov.sg
vivian-pt.tsai@aig.com
viviantan@gic.com.sg
vivianyew@gic.com.sg
vivien.ronnebeck@btfinancialgroup.com
vivienlee@gic.com.sg
vivienne.blackwell@axa-im.com
vivienne.chia@ubs.com
vivienne.hsu@schwab.com
vivienne.zhao@dartmouth.edu
vivienne_ballico@invescoperpetual.co.uk
vivienne_rooney@bnz.co.nz
vivierpa@cin.cic.fr
viviku@cathaylife.com.tw
vjacobson@perrycap.com
vjadrikhinsky@kkb.kz
vjan@kempen.nl
vjhaveri@metlife.com
vjohnson@standishmellon.com
vk@capgroup.com
vkampe@sirachcap.com
vkatsikiotis@metlife.com
vkotlan@csas.cz
vksenloanfunds@vankampen.com
vkubica@nbs.sk
vkulkarni@unfcu.com
vkurella@hbk.com
vl@capgroup.com
vlad.byalik@bernstein.com
vlad.d.dobru@dartmouth.edu
vlad.kolpakov@bms.com

vlad.stavitskiy@wellsfargo.com
vlad.vladimirov@gmam.com
vlad@zelengora.com
vladamir.zelkov@tudor.com
vladik.shutoy@inginvestment.com
vladimir.arrieta@prudential.com
vladimir.cilli@dzbank.ie
vladimir.demine@ubs.com
vladimir.goloviznine@pggm.nl
vladimir.karlov@aig.com
vladimir.mrazek@cnb.cz
vladimir.novakovski@citadelgroup.com
vladimir.polhorsky@nbs.sk
vladimir.portnykh@barclayscapital.com
vladimir.sotskov@rabobank.com
vladimir.valenta@bankofamerica.com
vladimir_vladimirov@acml.com
vladimira.mircheva@gs.com
vladislav.vassiliev@db.com
vladislav_iordanov@acml.com
vladyzhets@babsoncapital.com
vlamb@lkcm.com
vlance@gestion.leven.com
vlannin@genre.com
vlaseros.vasilios@nbg.gr
vlb23@cornell.edu
vld@nbim.no
vledoux@groupe-ccr.com
vlee@rockco.com
vlee@templeton.com
vlee@waddell.com
vlehmann@arabbank.ch
vlipscom@ftci.com
vlosito@lortobco.com
vlt7@cornell.edu
vlubrano@loomissayles.com
vlui@hcmlp.com
vlui@muis.co.hk
vm36@ntrs.com
vmandre@fhlbdm.com
vmani@ifc.org
vmarghescu@worldbank.org
vmarks@ucm.utendahl.com
vmartine@banxico.org.mx
vmartinez@metlife.com
vmastr@nbg.gr
vmat@bloomberg.net

vmaultsby@aol.com
vmazza@fahnestock.com
vmcbride@lordabbett.com
vmdiamond@wellington.com
vmelashenko@lkcm.com
vmelendez@rockco.com
vmeschoulam@caxton.com
vmeyer@mnpower.com
vmg@bpi.pt
vmikulecky@csas.cz
vmilev@bloomberg.net
vmmartinez@nafin.gob.mx
vmohan@halcyonllc.com
vmoissin@princeton.edu
vmojica@blx.com
vmostrowski@delinvest.com
vmschwatka@leggmason.com
vmtrojan@wellington.com
vmurray48@bloomberg.net
vmurthy@wellington.com
vmuscolino@babsoncapital.com
vnagarajan@tiaa-cref.org
vnair@bernstein.com
vnalluri@lionsgatecap.com
vnatu@bloomberg.net
vnewman@groupeartemis.com
vnewman@pwmco.com
vnguyen@payden-rygel.com
vnikiforakis@allianz.gr
vocfra@bloomberg.net
vogel.p@tbcam.com
vogel@ellington.com
voicemail@am.com
voinich.vladimiro@alitalia.it
volantpa@cmcic.fr
volkan.gulen@fmr.com
volkan.kubali@mizuhocbus.com
volkanarslan@bloomberg.net
volker.amspach@postbank.de
volker.armspach@postbank.de
volker.beck@dit.de
volker.blau@acm-adam.de
volker.de.haan@ikb.de
volker.dosch@dws.com
volker.floegel@union-panagora.de
volker.heisig@deka.de
volker.hentschel@lbbw.de

volker.hergert@ib.bankgesellschaft.de
volker.hergert@lgt.com
volker.honisch@drkw.com
volker.honold@lbbw.de
volker.karioth@bayernlb.de
volker.kempf@dresdner-bank.com
volker.knoepfle@wgz-bank.de
volker.korella@dresdner-bank.com
volker.kunath@wuestenrot.de
volker.lenhard@dekabank.de
volker.marnet-islinger@cominvest-am.com
volker.neuhaus@allianz.de
volker.oerter@fm.nrw.de
volker.sachs@credit-suisse.com
volker.sarstedt@neelmeyer.de
volker.schieck@bundesbank.de
volker.schmidt@lri.lu
volker.schupp@dresdner-bank.com
volker.stoll@bw-bank.de
volker.varnholt@juliusbaer.com
volker.wehrle@vontobel.ch
volker.zaworka@ubs.com
volker_rheinfeld@westlb.de
volkmar.kriesch@vkb.de
volkmar.ritter@swisslife.ch
volodymyr_zdorovtsov@ssga.com
volpatti.tl@mellon.com
vols1@bloomberg.net
vonbeckumd@sph-spms.nl
vonbernewitz_glenn@jpmorgan.com
vonderluft.h@tbcam.com
vonnahme.eddie@principal.com
vorbeck@ui-gmbh.de
voshage@bwk.de
vosrjwde@hagemeyer.com
voss@tk.thyssenkrupp.com
vossa@rba.gov.au
vosse@jwseligman.com
voutlaw1@bloomberg.net
vp@capgroup.com
vpa@baupost.com
vpa@ntrs.com
vpacillo@bear.com
vpalumbo@caxton.com
vpande@caxton.com
vpanteri@bloomberg.net
vparameswaran@wilmingtontrust.com

vpatel@frk.com
vpb-weh@bloomberg.net
vpenfie@frk.com
vperruchoud@espiritosanto.com
vpetronio@juliusbaer.com
vpetrov@wellington.com
vpiazza@lordabbett.com
vpicinic@nb.com
vpickhardt@meag.com
vpitt@dow.com
vpogharian@hbk.com
vprice@europeancredit.com
vproviz@frk.com
vprudius@ifc.org
vpsaltis@alpha.gr
vpulidore@pressprich.com
vpulidore@refco.com
vquesada@cpr.fr
vraby@analyticasset.com
vrai@amtrust.com
vramirez@notes.banesto.es
vramos@finibanco.pt
vrana_michael@gsb.stanford.edu
vranos@ellington.com
vreddy@waddell.com
vreid@troweprice.com
vricci@dow.com
vriego@pacificincome.com
vroane@dow.com
vroberts@centex.com
vrohrer@ford.com
vrosenth@princeton.edu
vrossier@pictet.com
vroy@barclaysglobal.com
vrusso@howeandrusling.com
vrustaman@worldbank.org
vrvikas@wharton.upenn.edu
vryan@walterind.com
vs10@ntrs.com
vsamoilovich@tiaa-cref.org
vsantiago@blackrock.com
vscarola@barbnet.com
vschaff@fciadvisors.com
vschoett@verkehrsbank.de
vscialli@lordabbett.com
vscipioni@nb.com
vsegall@loomissayles.com

vsellecc@rnt.com
vsevolod.nefedov@nibc.com
vshah1@ftci.com
vshanho@frk.com
vshankaran@turnerinvestments.com
vshapsis@nylim.com
vshaw@dow.com
vshelton@smithgraham.com
vshinsky@dlbabson.com
vsilvester@sfim.co.uk
vsingh@isigrp.com
vsingh@wellington.com
vsmetana@jhancock.com
vsmith@ers.state.tx.us
vsmith@loomissayles.com
vsondhi@russell.com
vsoo@babsoncapital.com
vst@bpi.pt
vsteen@oddo.fr
vstorie@faralloncapital.com
vstrenk@lordabbett.com
vtagle@worldbank.org
vtanqueray@bloomberg.net
vtexter@meag.com
vtimpanelli@vcallc.com
vtirupattur@chubb.com
vtlux1@bloomberg.net
vto@nbim.no
vtran@metlife.com
vtran@payden-rygel.com
vtumminello@bancodisicilia.it
vuk.kalezic@lehman.com
vusal.najafov@gs.com
vv.m@hauck-aufhaeuser.de
vvairavamurthy@blackrock.com
vvarghese@clinton.com
vvarma@caxton.com
vvt1@ntrs.com
vwaddell@unumprovident.com
vwang@investcorp.com
vwarsen@metlife.com
vwd@vwd.org
vweber@secmut.com
vwhill2@yesbank.com
vwillard@bloomberg.net
vwisman@yorktraditionsbank.com
vwolflercalvo@bci.it

vxb6@pge.com
vyayant.jan@us.standardchartered.com
vyc3@cornell.edu
vza1@cornell.edu
vzanardi11@yahoo.com
vzeller@groupama-am.fr
vzhang@metlife.com
vzinna@fondianima.it
w.alessi@finter.ch
w.bethke@worldnet.att.net
w.bruce.vetter@pncbank.com
w.de.groot@robeco.nl
w.demel@frankfurt-trust.de
w.elsenburg@dnb.nl
w.h.pals@robeco.nl
w.hutmann@frankfurt-trust.de
w.isom@harrisbank.com
w.j.c.van.hekeren@robeco.nl
w.j.c.van.heteren@robeco.nl
w.kenney@shcm.co.uk
w.kwan@indoverbank.com
w.lambert@dresdner.com
w.lewi@robeco.nl
w.pate@easternbk.com
w.patrick.begg@huntington.com
w.patrick.flanigan@pnc.com
w.rehman@mwam.com
w.richard.jones@pncadvisors.com
w.rochette@fnysllc.com
w.rosingh@hermes.co.uk
w.runge@sozialbank.de
w.schapendonk@gbf.nl
w.schramade@robeco.nl
w.scott.telford@jpmorgan.com
w.taguchi@noemail.com
w.th.a.van.veen@dnb.nl
w.tisi@bimbank.it
w.valder@apoasset.de
w.van.schaik@robeco.nl
w.wiegel@vanlanschot.com
w.wuethrich@hsbc.guyerzeller.com
w.y.andrea.choi@dartmouth.edu
w_berglund@putnam.com
w_cadwallader@fairfax.ca
w_f_mellin@faralloncapital.com
w_lavelle@blackrock.com
w_robert_main@vanguard.com

w090689@bloomberg.net
waalgasam@riyadbank.com
waanglace@delinvest.com
wabusuud@kio.uk.com
wada@daiwa-am.co.jp
wada@nam.co.jp
wada-hisataka@mitsubishi-sec.co.jp
wadams@mfs.com
wade.pollard@cazenovecapital.com
wade.schwartz@tudor.com
wade.stinnette@wachovia.com
wade_slome@americancentury.com
wade_wescott@glenmede.com
wadew@loopcap.com
wadoyle@wellington.com
wadsworth.j@mellon.com
waelchli@bloomberg.net
wafawei@stanford.edu
wagnema@swib.state.wi.us
wagner@baupost.com
wagnerj@fnb-corp.com
wagners@fhlbsf.com
wahib.sadozai@glgpartners.com
wahid.chammas@janus.com
wah-yong.tan@sgam.com
wahyu_tl@bi.go.id
wai.chiang@prudential.com
wai.chiang@qmassociates.com
wai.chung@mbna.com
wai.lee@csam.com
wai.tong@agf.com
wai_mei_leong@scotiacapital.com
waihoongleong@dbs.com
waikin.choy@rbnz.govt.nz
wailocke@bnm.gov.my
waiman.leung@csam.com
wainwright.babb@de.pimco.com
wainwright.babb@nordlb.com
wai-shun.hung@db.com
waitak.wong@alliancebernstein.com
waiyeung@bankofny.com
wajihjoseph.accary@dexia-am.com
wak.ef@adia.ae
wakl@ntrs.com
wakako.sano@ufj-partners.co.jp
wakamiya.isao@kokusai-am.co.jp
wakasa.hitoshi@daido-life.co.jp

wakefield.tw@tbcam.com
wakeup@bloomberg.net
walaa.riad@fgb.ae
walbraikan@gic.com.kw
walden.thompkins@uk.abnamro.com
waleed.alghanim@lazard.com
walid.abdulkarim@national-city.com
walid.hached@innocap.com
walid.majdalani@nl.abnamro.com
walid_assaf@westlb.co.uk
walid_bacha@swissre.com
walid_kassem@ml.com
walid_khalfallah@acml.com
walker.john.m@principal.com
walker@acorncapitalmgt.com
walker@ellington.com
wallaby@bloomberg.net
wallace.chu@sgam.com
wallace.yu@db.com
wallace1@vankampen.com
wallack@bernstein.com
wallesch@tk.thyssenkrupp.com
wally.cisewski@black-river.com
wally.hoefer-neder@depfa.com
wally_cheung@ssga.com
wallyj@lamgmt.com
wallysmith@northwesternmutual.com
walmart-03573@email.esunbank.com.tw
walmeloo@aegon.nl
walo.meyer@cbve.com
walsford@bgcfx.com
walsh_barbara@jpmorgan.com
walshkm@bloomberg.net
walt.czaicki@commercebank.com
walt.ebner@bmo.com
walt.holman@db.com
walt.ruane@ge.com
walter.ambrogi@bancaintesa.co.uk
walter.apostolo@bpm.it
walter.azzurro@bancaprofilo.it
walter.barrett@robecoinvest.com
walter.benesch@oenb.co.at
walter.berchtold@credit-suisse.com
walter.beveridge@wellscap.com
walter.cegarra@clamericas.com
walter.chang@seagate.com
walter.dahms@lbb.de

walter.demel@rzb.at
walter.dewey@usbank.com
walter.di-egidio@ubs.com
walter.dolhare@wachovia.com
walter.donovan@fmr.com
walter.edelmann@ubs.com
walter.egger@hypotirol.at
walter.er@tbcam.com
walter.french@fafadvisors.com
walter.gehl@dlh.de
walter.goldoni@italease.it
walter.groll@dekabank.de
walter.h.colsman@columbiamanagement.com
walter.hausner@amg.co.at
walter.heil@db.com
walter.holick@dws.com
walter.hunnewell@pioneerinvest.com
walter.j.muller@bankofamerica.com
walter.josiah@aig.com
walter.kickenweitz@rzb.at
walter.kraushaar@dekabank.de
walter.liebe@oppenheim.de
walter.maynard@morganstanley.com
walter.mello@blackrock.com
walter.mitchell@credit-suisse.com
walter.notz@hvb.de
walter.owens@gecapital.com
walter.pharo@lrp.de
walter.pompliano@adcb.com
walter.reger@cbve.com
walter.reich@lionhart.net
walter.riddell@morganstanley.com
walter.roman@rahnbodmer.ch
walter.rossini@gestielle.it
walter.schabel@americas.paribas.com
walter.schepers@westam.com
walter.schmidt@postbank.de
walter.schmidt@wgzbank.ie
walter.schmitz-cording@dlh.de
walter.schulte-herbrueggen@helaba.de
walter.schultes@staedtische.co.at
walter.sevcik@oenb.co.at
walter.sperb@csam.com
walter.tate@columbiamanagement.com
walter.thoma@claridenleu.com
walter.thorman@morganstanley.com
walter.tsui@fmr.com

walter.van-meensel@ing.be
walter.vejdovsky@orange-ft.com
walter.vester@alliancebernstein.com
walter.w.vandevijver@si.shell.com
walter.wehrli@ubs.com
walter.wichert@juliusbaer.com
walter.windecker@dzbank.de
walter.windt@bawag.com
walter@gontarek.org
walter_bauman@fanniemae.com
walter_blasberg@conning.com
walter_cuje@ml.com
walter_goodwin@invesco.com
walter_hargrove@colonialbank.com
walter_hill@fanniemae.com
walter_j_henry@keybank.com
walter_k_kim@fanniemae.com
walter_l_burke@fleet.com
walter_o'connor@ml.com
walter_seibert@ustrust.com
walter_stock@ssga.com
walter7557@bloomberg.net
walteremilio.spanio@meliorbanca.com
walton_pearson@putnam.com
waltonm@wellscap.com
walworcb@oge.com
walzak@bloomberg.net
wambrosia@bankofny.com
wambrosio@bankofny.com
wanchong.kung@fafadvisors.com
wanda.wu@db.com
wanderson@fhlbi.com
wang.bo@icprc.com
wang.hoimin@bloomberg.net
wang.hoimin@uobgroup.com
wang.hui@icprc.com
wang.ping.jiao@icprc.com
wang.pu@icbc.com.cn
wang.qiang@icbcleasing.com
wang.rosa@dresdnerrcm.com.hk
wang.yaoqiang@icbcleasing.com
wang@structuredcredit.com
wang@vpv.nl
wanga@fhlbsf.com
wangbo@bocgroup.com
wanghailu@icbc.com.cn
wanghch@cmbchina.com

wangj@fhlbsf.com
wangj6@nationwide.com
wangsong@gtjas.com
wangtong@bloomberg.net
wangtun@icbc.com.cn
wangxia@abchina.com
wangyanboc@bloomberg.net
wangzeyu@bank-of-china.com
wanismail@gic.com.sg
wankup@maybank.com.my
wanochoi@bok.or.kr
wansun.park@lehman.com
waol@ntrs.com
ward.argust@gwl.com
ward.ian@aoins.com
ward.lievens@fortisbank.com
ward@aigfpc.com
ward_highstone@bankone.com
wardbrown@mfs.com
wardj@wellsfargo.com
wardwissner@msn.com
wareshmd@bloomberg.net
warga@uh.edu
warit@plaza-am.co.jp
warnera@strsoh.org
warnersd@bernstein.com
warnold@barbnet.com
warnold@jhancock.com
warrel1@delinvest.com
warren.ackerman@morganstanley.com
warren.andy@principal.com
warren.bates@aberdeen-asset.com
warren.chang@blackrock.com
warren.chou@pimco.com
warren.cole@moorecap.co.uk
warren.geiger@aig.com
warren.hastings@schroders.com
warren.hrung@ny.frb.org
warren.ladd@gs.com
warren.leonard@rbccm.com
warren.mccormick@hsbcib.com
warren.miller@inginvestment.com
warren.min@pimco.com
warren.n.vincent@us.hsbc.com
warren.seidel@us.bacai.com
warren.shaw@pncbank.com
warren.shirvell@mondrian.com

warren.stock@axa-im.com
warren.tennant@aiminvestments.com
warren.tong@rabobank.com
warren.touwen@glgpartners.com
warren.tucker@trs.state.tx.us
warren.w.yang@aexp.com
warren.wong@lazard.com
warren.zhang@nacm.com
warren.zhu@ubs.com
warren@uk.oechsle.com
warren_hymson@ml.com
warren_trepeta@calpers.ca.gov
warrenc@mcm.com
warrenhua@temasek.com.sg
warrens@bupa.com
warriner.debbi@pmlmail.com
warwicj@vankampen.com
warwickd@ebrd.com
wasan.alsaleh@aig.com
waseem.b.abourjeili@bankofamerica.com
washmore@impaccompanies.com
wasif.latif@usaa.com
wasim.afzal@rbccm.com
wassili.papas@union-investment.de
wassim.jomaa@qnb.com.qa
wassup@bloomberg.net
wasylnbpp@bloomberg.net
watabe.satoshi@kokusai-am.co.jp
watanabe.d@daiwa-am.co.jp
watanabe.hiroyuki@daido-life.co.jp
watanabe.kazu@daiwa-am.co.jp
watanabe.masayuki@kokusai-am.co.jp
watanabe.s@daiwa-am.co.jp
watanabe.w@daiwa-am.co.jp
watanabe.y@daiwa-am.co.jp
watanabe@daiwasbi.co.jp
watanabe_akiya@vb.smbc.co.jp
watanabe_tomonori@vb.smbc.co.jp
watanabe_tooru2@mail.nikko.co.jp
watanabe-a@marubeni.com
watanabe-y@marubeni.com
watarai.sawako@kokusai-am.co.jp
wataru.nishimura@barings.com
wataru.takahashi@boj.or.jp
wataru-fukumoto@am.mufg.jp
watayasu@dl.dai-ichi-life.co.jp
waters@bessemer.com

waters@fhlb-of.com
watkinsk@kochind.com
watson.rk@tbcam.com
watsonfl@bellsouth.net
watsonla@msn.com
watts.r@tbcam.com
waugh.dick@principal.com
wawalker@bloomberg.net
way.king@alliancebernstein.com
wayc2k@cathaylife.com.tw
wayne.archambo@blackrock.com
wayne.bi@inginvestment.com
wayne.burlingham@hsbcam.com
wayne.calvert@suntrust.com
wayne.collette@columbiamanagement.com
wayne.fitzgerald@columbiamanagement.com
wayne.forbes@inginvestment.com
wayne.foster@westlb.co.uk
wayne.gladen@uk.bacai.com
wayne.greathouse@atrs.state.ar.us
wayne.h.shaner@lmco.com
wayne.han@irvine.statestreet.com
wayne.hoffmann@gwl.com
wayne.hosang@tcw.com
wayne.king@ubsw.com
wayne.kircher@blackrock.com
wayne.klein@aig.com
wayne.koble@pncbank.com
wayne.lai@pimco.com
wayne.man@jpmchase.com
wayne.rosenwinkel@bankofamerica.com
wayne.speer@trs.state.tx.us
wayne.yu@citadelgroup.com
wayne.yu@email.chinatrust.com.tw
wayne@aigfpc.com
wayne_b_mclurkin@fanniemae.com
wayne_bruce@westpac.co.nz
wayne_dolly@mfcinvestments.com
wayne_oliver@acml.com
wayne_parrish@ssga.com
wayne_schwartz@freddiemac.com
wayne_sundquist@putnam.com
waynef@bloomberg.net
waynel@mcm.com
waynelyski@optonline.net
wazhma.noorzayee@dfafunds.com
wb@butlercapitalpartners.com

wb8@ntrs.com
wbaird@bankofny.com
wbarker@bankofcanada.ca
wbarratt@charles-stanley.co.uk
wbarrett@chicagoequity.com
wbean@federatedinv.com
wbenton@williamblair.com
wberkley@wrberkley.com
wbest768@aol.com
wblack@hcmlp.com
wbledau@ahb-ag.de
wboustead1@bloomberg.net
wbrady@presidiomanagement.com
wbreisch@jhancock.com
wbrigham@ustrust.com
wbrowne@tweedy.com
wbrundige@bbandt.com
wbs1@msn.com
wbuntrock@bft.fr
wbwelch@bankofny.com
wby@bloomberg.net
wc8@ntrs.com
wcalineur@maersk.com
wcallahan@dubuquebank.com
wcarpenter@lordabbett.com
wcc@eslinvest.com
wchambers@bloomberg.net
wchan@meag-ny.com
wchen@delinvest.com
wchen@oppenheimerfunds.com
wchen5@worldbank.org
wcheng4@bloomberg.net
wchester@denveria.com
wcheung@fftw.com
wchin@metlife.com
wchong@frk.com
wchu@faralloncapital.com
wchuang@templeton.com
wchun1@bloomberg.net
wchung@tiaa-cref.org
wcicio@hapoalimusa.com
wcl@jwbristol.com
wcleary@cantor.com
wcook@standishmellon.com
wcross@eatonvance.com
wd@gruss.co.uk
wd10@ntrs.com

wdahl@canyonpartners.com
wdailey@capis.com
wdalasio@tiaa-cref.org
wdavidson@alberto.com
wdavis@jhancock.com
wdawber@uk.tr.mufg.jp
wdb1@ntrs.com
wdelahunty@eatonvance.com
wdenehy1@bloomberg.net
wdgoldenthal@wellington.com
wdiffenbaugh@troweprice.com
wdiianni@wellington.com
wdnewby@bloomberg.net
wdong@metlife.com
wdonkor@worldbank.org
wdonovan@uss.com
wdouglas@mfs.com
wdowling@ibtco.com
wdroege@jhancock.com
wdunbar@bloomberg.net
wdunlap@ssrm.com
wdw@jwbristol.com
wdwyer@dlbabson.com
wdwyer@mandtbank.com
weaver@adamsexpress.com
weaverje@wellscap.com
web.content@first-franklin.com
webaker@us.ibm.com
weberm@ufji.com
webin.chuang@chinatrust.com.tw
webster.kiang@chinatrust.com.tw
webster.ray@protective.com
webster_trent@fsba.state.fl.us
websterh@bloomberg.net
websterhung@mail.cbc.gov.tw
wedewer@ui-gmbh.de
wee.tzeming@uobgroup.com
wee_mien_cheung@deltalloyd.nl
weeaining@gic.com.sg
weechye@dbs.com
weekee.chong@lbbwsg.com
wee-kuok_chieng@putnam.com
weeliat@dbs.com
weelinrong@gic.com.sg
weemeng@dbs.com
weemeng1@bloomberg.net
weeming.goh@schroders.com

weesoonyeong@dbs.com

weetiansin@gic.com.sg

weeyanhann@ocbc.com.sg

wegli@pictet.com

weh@ntrs.com

wehbe.r@tbcam.com

wehrly_ronald@jpmorgan.com

wei.guo@black-river.com

wei.he@bmo.com

wei.li@barclaysglobal.com

wei.shi@morganstanley.com

wei.sun@barep.com

wei.tan@schroders.com

wei.wu@wamu.net

wei.xei@morganstanley.com

wei.xiao.li@icprc.com

wei.xiao@fmr.com

wei_huang@piadvisors.net

wei106@mail.cbc.gov.tw

weibeld@atag.com

weichen.wang@email.chinatrust.com.tw

weichieh@dbs.com

weidenbach@bloomberg.net

weigelt@bloomberg.net

weihan@wharton.upenn.edu

weihuangwong@gic.com.sg

weihuaxu@wharton.upenn.edu

weijiang.gu@bankofamerica.com

weil_kimberly@jpmorgan.com

weilbachg@landeshauptstadt.de

wei-ling.liew@morganstanley.com

weimin_chang@ftsfund.com

weiner.m@mellon.com

weineraj@bernstein.com

weinstock@fhlb-of.com

weintraub.michael@nomura-asset.com

weiqun.zhou@jpmorgan.com

weirup.jed@principal.com

weiscaro@wellsfargo.com

weishuo.lai@prudential.com

weisowl4@aol.com

weitznerd@deshaw.com

weitzu.chao@eamil.chinatrust.com.tw

weizhang@gm.com

welch.j@tbcam.com

welchc@nationwide.com

weldonjc@wellsfargo.com

well3@bloomberg.net
wellerwu@bloomberg.net
wells.c@mellon.com
wells@bloomberg.net
wellsj@vankampen.com
welocke@statestreet.com
weltonwh@bankofbermuda.com
wem@capgroup.com
wema@pggm.nl
wen.wang@wpginvest.com
wenaril@bot.or.th
wenbo.zhou@inginvestments.com
wencheng.chen@ubs.com
wenchi.chen@email.chinatrust.com.tw
wendell_fuller@glic.com
wendellc@princeton.edu
wendi.mcparland@53.com
wendong.qu@pimco.com
wendy.a.willett@wellsfargo.com
wendy.agnew@ge.com
wendy.barker@tcw.com
wendy.beller@barclaysglobal.com
wendy.bruns@akzonobel.com
wendy.cogdell@csam.com
wendy.e.norman@bankamerica.com
wendy.e.norman@columbiamanagement.com
wendy.elwell@barclaysglobal.com
wendy.hay@aegon.co.uk
wendy.held@blackrock.com
wendy.j.gorman@bankofamerica.com
wendy.k.tsang@aexp.com
wendy.priest@aberdeen-asset.com
wendy.procops@db.com
wendy.rachuk@halliburton.com
wendy.rodriguez@pilkington.com
wendy.rosenfeld@rabobank.com
wendy.russell-hall@swipartnership.co.uk
wendy.s.wyatt@usa.dupont.com
wendy.sawchuk@inginvestment.com
wendy.schuler@acuity.com
wendy.scott@uk.bnpparibas.com
wendy.veelenturf@ingim.com
wendy.wong@ny.frb.org
wendy.yeoh@ing.com.my
wendy_ferguson@westlb.com
wendy_fletcher@mail.bankone.co
wendy_milacci@ml.com

wendychia@mas.gov.sg
wen-fu_wu@putnam.com
wenhong@temasek.com.sg
wenhuei.cheng@email.chinatrust.com.tw
wenjingzhou@dbs.com
wenjy@em.tsinghua.edu.cn
wenlee@cathaylife.com.tw
wen-lin.young@db.com
wenlo@smith-graham.com
wen-tse.tseng@alliancebernstein.com
wenwen.liao@henkel.com
wenwen.lindroth@pimco.com
werbey@ocwen.com
werickson@metlife.com
werner.bade@nordlb.de
werner.bartels@deka.de
werner.bauer@icn.siemens.de
werner.besenfelder@lbbw.de
werner.bieri@juliusbaer.com
werner.blank@aam.de
werner.bollier@vontobel.ch
werner.brockel@dekabank.de
werner.busch@hsh-nordbank.com
werner.buschor@lgt.com
werner.diekoetter@dgzbank.de
werner.eckert@sachsenlb.de
werner.eppacher@dws.com
werner.fey@frankfurt-trust.de
werner.goricki@feri.de
werner.hertzog@publica.ch
werner.hochrainer@raiffeisenbank.at
werner.hofmann@helaba.de
werner.hohl@pioneerinvestments.com
werner.holpp@vpbank.com
werner.huber@aam.ch
werner.huber@lampebank.de
werner.huerlimann@aigpb.com
werner.huysmans@fortisinvestments.com
werner.kolb@sachsenlb.de
werner.kraft@cominvest-am.com
werner.kram2@db.com
werner.langmaak@dghyp.de
werner.lorbach@sparkasse-koelnbonn.de
werner.lorentz@ahbr.de
werner.muehlemann@inginvestment.com
werner.mueller@ba-ca.group-treasury.co.at
werner.mueller@bayern-invest.de

werner.neumeier@hyporealestate.de
werner.oellerer@rlb-noe.raiffeisen.at
werner.richli@credit-suisse.com
werner.ruefenacht@ubs.com
werner.schmidt@pharma.novartis.com
werner.seeliger@lbbw.de
werner.serles@raiffeisenbank.at
werner.sohier@pggm.nl
werner.stanzl@inginvestment.com
werner.steffens@kfw.de
werner.vonbaum@hypovereinsbank.de
werner.wegmann@vontobel.ch
werner.wiedenbrig@erstebank.at
werner@dynexcapital.com
werner@kebcard.co.kr
wernerc@bloomberg.net
wernerlykowsky@helaba-invest.de
wernher.e.kielmann@ahbr.de
wertheim@us.calyon.com
wertpapierleihe@trinkaus.de
wes.bonewell@gmacrfc.com
wes.bonine@gmacrfc.com
wes.davis@wachovia.com
wes.murphy@pimco.com
wesbonewell@gic.com.sg
wesley.dearsley@blackrock.com
wesley.ferriman@lgim.co.uk
wesley.sparks@us.schroders.com
wesley.whiteman@prudential.com
wesley@mcm.com
wesley_clifton@swissre.com
wesley_mccoy@standardlife.com
west.fed@verizon.net
westb3@nationwide.com
westcott.andrew@principal.com
westerling@optimix.nl
westhyp3@cityweb.de
westobya@bernstein.com
weston.kasper@pimco.com
weston.t.dinsel@usa.dupont.com
westons@rba.gov.au
westr@strsoh.org
wetty@generali.nl
weversley@fhlbatl.com
wey.fook.hou@asia.ing.com
weyap@mas.gov.sg
weylanda@cmcic.fr

wf39@cornell.edu
wfan@lehman.com
wfeng@divinv.net
wferguson@tiaa-cref.org
wfh2@ntrs.com
wfkeelan@delinvest.com
wflynn@wellington.com
wflynt@frk.com
wfowler4@bloomberg.net
wfrazier2@bloomberg.net
wfrey@blackrock.com
wfurth@ubs.com
wfw@sitinvest.com
wfwanner@wellmanage.com
wgadsden@caxton.com
wgardiner@eatonvance.com
wgardner@metlife.com
wgcharcalis@the-ark.com
wgcromp@statestreet.com
wghazar@arabbankusa.com
wgilder1@bloomberg.net
wgofen@gofen.com
wgolie@oppenheimerfunds.com
wgoodrich@scmadv.com
wgowen@ubp.com
wgrady@allstate.com
wgueriri@bft.fr
wgust@anthemcapital.com
wgustafson@cornerstoneadvisers.com
wgzmarkets@bloomberg.net
wh.song@icbcasia.com
wh@cgii.com
wh@erstebank.com
wh_ng@johnsonmotor.com
whalas@bloomberg.net
whamilton@ssrm.com
whandrade@statestreet.com
wharrison@loews.com
whartford@bloomberg.net
whawkins@peabodyenergy.com
whawley@payden-rygel.com
whbivs@bloomberg.net
whchang@metlife.com
whdavid@the-ark.com
whe@tudor.com
whee@firststate.co.uk
wheeler.j@tbcam.com

wheindl@meag.com
whelan@aigfpc.com
whelann@ebrd.com
whenderson@blackrock.com
whessert@princeton.edu
whickey@anchorcapital.com
whicks@chubb.com
whill@caxton.com
whill@jhancock.com
whit.armstrong@hcmny.com
whitakw1@nationwide.com
white.derek@principal.com
whitea@tcwgroup.com
whiteal@wellscap.com
whiteford@bessemer.com
whiteg@vankampen.com
whitelawj@rba.gov.au
whitet@stifel.com
whitney.wright@blackrock.com
whitney@aeltus.com
whitney@roycenet.com
whitth@tdsec.co.uk
whmeyer@ifc.org
whooley.j@mellon.com
whopkins@templeton.com
whornby@century-bank.com
whowarth@foxasset.com
whparker@wellington.com
whreid@delinvest.com
whu@alum.mit.edu
whu@putnam.com
whuston@tudor.com
whwells@rowamcompanies.com
whyemeng@dbs.com
wia@nbim.no
wickp@jwseligman.com
wickwire@structuredcredit.com
widar.kirkeby@gjensidige.no
widich.jo@mellon.com
widmays@nationwide.com
wido.mina@ubs.com
wiebke.wanner-borchardt@tiaa-cref.org
wieboldt.ms@dreyfus.com
wiederkehr.juerg@rahnbodmer.ch
wiederkehr@bordier.com
wiedmer.hanspeter@bpk.ch
wiersel@spfbeheer.nl

wietze.reehoorn@nl.abnamro.com
wigbert.boehm@allianz.com
wikrann@bot.or.th
wilbur.chow@pimco.com
wilbur.matthews@aig.com
wilc@chevrontexaco.com
wilcox@bessemer.com
wilda.oberacker@dit.de
wildauer@nyc.apollolp.com
wildea1@nationwide.com
wildeboerschut@aegon.nl
wilderinke@frieslandbank.nl
wilenskygj@bernstein.com
wilfred.bakker@nl.abnamro.com
wilfred.chilangwa@fmr.com
wilfred.wong@westernasset.com
wilfredwee@gic.com.sg
wilfried.brandstetter@oberbank.at
wilfried.esten@sparkasse-krefeld.de
wilfried.hauck@allfonds-bkg.de
wilfried.wouters@dexia.de
wilhelm.gold@dit.de
wilhelm.heinrichs@allianzgi.de
wilhelm.holzer@ba-ca.com
wilhelm.schorn@dit.de
wilhelm.walke@citadelgroup.com
wilkens@btmsha.com.cn
wilkielai@bochk.com
wilkinsn@ubk-plc.com
wilkinson@aigfpc.com
will.bales@janus.com
will.carpmael@ubs-oconnor.com
will.chen@ap.ing.com
will.danoff@fmr.com
will.davis@nokia.com
will.fletcher-roberts@morleyfm.com
will.frazier@morgankeegan.com
will.graves@altria.com
will.haywood@boiuk.com
will.jacobsen@wellsfargo.com
will.jennings@eu.nabgroup.com
will.jordan@tcw.com
will.landers@blackrock.com
will.menne@omam.co.uk
will.morgan@gs.com
will.o'rielly@alexanderkey.com
will.sedden@db.com

will.seddon@fmr.com
will.tanaka@barclaysglobal.com
will.watts@morgankeegan.com
will@findlaypark.com
will_james@standardlife.com
will_white@centralbank.net
willard.c.butcher@chase.com
willd@scm-lp.com
willem.boeschoten@shell.com
willem.de.jong.iim@ingim.com
willem.j.g.van.dommelen@ingim.com
willem.klijnstra@fortisinvestments.com
willem.van.ruitenburg2@mail.ing.nl
willem.verhagen@ingim.com
willemien.rijsdijk@ingim.com
willem-jan.pelle@mn-services.nl
willemser@lotsoff.com
willenbacher@meinlbank.com
willesrb@ensignpeak.org
willial@vankampen.com
william.a.sellier@bankamerica.com
william.a.wider@us.hsbc.com
william.ackerman@fmr.com
william.ambrose@storebrand.no
william.amzand@pggm.nl
william.anderson@fortisinvestments.com
william.ballard@rbccm.com
william.barlow@dnb.se
william.barnes@barclaysglobal.com
william.barron@db.com
william.bartrem@mnco.com
william.bentley@prudential.com
william.bishop@bankofamerica.com
william.blair@swipartnership.co.uk
william.bogolin@bankofamerica.com
william.bonawitz@pncadvisors.com
william.bonnell@tres.bnc.ca
william.boyd@pnc.com
william.brilliant@global-infra.com
william.broderick@edwardjones.com
william.brown@fandc.co.uk
william.brown@ubs.com
william.brunet@bnpparibas.com
william.callihan@pnc.com
william.calvert@framlington.co.uk
william.campbell@nuveen.com
william.carr@ibtco.com

william.cevallos@pncbank.com
william.chamberlain@columbiamanagement.com
william.chao@prudential.com
william.chapman@grainger.com
william.chen@nacm.com
william.cheng@schroders.com
william.chipp@pimco.com
william.chong@us.hsbc.com
william.chu@hk.ca-assetmanagement.com
william.chung@tcbank.com.tw
william.claxtonsmith@insightinvestment.com
william.cussans@smith.williamson.co.uk
william.d.donnelly@db.com
william.davies@threadneedle.co.uk
william.deallaume@ubs.com
william.degale@blackrock.com
william.desmet@dexia-bil.com
william.devijlder@fortisinvestments.com
william.dewulf@gs.com
william.dickesheid@daiwausa.com
william.diianni@fmr.com
william.dinning@aegon.co.uk
william.dooley@aig.com
william.e.greene@aibbny.ie
william.e.oliver@columbiamanagement.com
william.ebsworth@fmr.com
william.edgar@gartmore.com
william.egli@ubs.com
william.eigen@hcmny.com
william.eskridge@firstcitizens.com
william.feeley@nationalcity.com
william.ferdinand@ustrust.com
william.ferri@ubs.com
william.finley@fortisinvestments.com
william.fish@drkw.com
william.fitzgerald@jpmorgan.com
william.flaherty@tudor.com
william.flanagan@barclaysglobal.com
william.fleury@ubs.com
william.francis@pncadvisors.com
william.frewen@threadneedle.co.uk
william.g.batz@fhlb-pgh.com
william.gilchrist@thehartford.com
william.goldthwait@columbiamanagement.com
william.gonser@daiwausa.com
william.gooch@morgankeegan.com
william.goodwin@axa-financial.com

william.gorman@pncbank.com
william.goykman@fhlbny.com
william.gutherie@nationalcity.com
william.h.jeffress@csam.com
william.hamlyn@citigroup.com
william.harrison@chase.com
william.hart@lionhartasia.net
william.healey@corporate.ge.com
william.hendricks@ge.com
william.higgins@prudential.com
william.higgins@towersperrin.com
william.higgins@uk.abnamro.com
william.hoagland@prudential.com
william.hochmuth@thrivent.com
william.holzer@lazard.com
william.howard@gs.com
william.hughes@barclays.co.uk
william.hunter@nb.com
william.irving@fmr.com
william.j.constantine@db.com
william.j.emptage@pjc.com
william.j.morgan@jpmorgan.com
william.j.wallace@columbiamanagement.com
william.johnson@sgcib.com
william.johnston@alliancebernstein.com
william.jones@gs.com
william.karcher@sanpaoloimi.com
william.keller@pncbank.com
william.king2@himco.com
william.kitchens@morgankeegan.com
william.klesser@valero.com
william.knight@pnc.com
william.kramer@fmr.com
william.krohn@chase.com
william.l.davis@db.com
william.l.kramer@jpmchase.com
william.l.smith@wamu.net
william.lam@ap.nxbp.com
william.lavelle@rocklandtrust.com
william.lawrence@morganstanley.com
william.leszinske@harrisbank.com
william.lissenden@db.com
william.list@fhlb-pgh.com
william.lock@morganstanley.com
william.logie@isisam.com
william.long@pncbank.com
william.lora@db.com

william.love@kodak.com
william.lowry@pnc.com
william.m.gardner@citigroup.com
william.maclay@fmr.com
william.magee@citadelgroup.com
william.magee@gecapital.com
william.mandaro@americas.bnpparibas.com
william.martin@ubs-oconnor.com
william.mathis@morgankeegan.com
william.mcandrews@abnamro.com
william.mccawley@morganstanley.com
william.mcculloch@hcmny.com
william.mcdonnell@nationalcity.com
william.mcmanus@prudential.com
william.meadon@flemings.com
william.meehling@harrisbank.com
william.mekrut@fmglobal.com
william.melrose@pncbank.com
william.mennonna@pioneerinvest.com
william.mercer@sunlife.com
william.merrill@schwab.com
william.merson@ny.invesco.com
william.mills2@aig.com
william.mok@morganstanley.com
william.moore@blackrock.com
william.morgan@chase.com
william.morrissey@fmr.com
william.natcher@nationalcity.com
william.nunez@credit-suisse.com
william.obrien@columbiamanagement.com
william.oconnor@micorp.com
william.odonnell@wachovia.com
william.oliver@morganstanley.com
william.oliver@umb.com
william.oneil@aiminvestments.com
william.oneill@ibtco.com
william.oplinger@alcoa.com
william.osborn@fhlbtopeka.com
william.palmer@harrisbank.com
william.parker@alliancebernstein.com
william.parry@himco.com
william.patterson@csam.com
william.peak@gs.com
william.peck@inginvestment.com
william.peishoff@columbiamanagement.com
william.perkins@alliancebernstein.com
william.plummer@alcoa.com

william.pompa@pimco.com
william.ponder@wachovia.com
william.potts@komag.com
william.pruett@fmr.com
william.quinones@westernasset.com
william.r.posch@wellsfargo.com
william.r.simmons@jpmorgan.com
william.redmond@state.tn.us
william.reese@umb.com
william.riley@barclaysglobal.com
william.roberts@prudential.com
william.roche@opco.com
william.russell@isisam.com
william.s.lacy@jpmchase.com
william.sandella@fmr.com
william.scazzero@moorecap.com
william.schaufler@moorecap.com
william.schenher@hp.com
william.schmidt@usbank.com
william.sebban@axa-im.com
william.shanley@fmr.com
william.shannon@nordea.com
william.sheffey@commercebank.com
william.sidford@alliancebernstein.com
william.stevens@wellscap.com
william.stivers@weyerhaeuser.com
william.straub@wachoviasec.com
william.stumpf@barclaysglobal.com
william.stutts@jpfinancial.com
william.sutcliffe@bailliegifford.com
william.t.tallman@jpmorgan.com
william.taylor@pioneerinvest.com
william.tung@moorecap.com
william.turner@prudential.com
william.turner@ridgeworth.com
william.vanharlowe@fmr.com
william.vanimpe@fortisag.be
william.veronda@ubs.com
william.wallis@augustus.co.uk
william.weng@ubs.com
william.whelan@fmr.com
william.wight@fmr.com
william.woo@pioneerinvestments.com
william.wrest@bankofamerica.com
william.yip@lazard.com
william.yurkovich@fhlb-pgh.com
william.zimmer@chicagoasset.com

william@incomeresearch.com
william_allen@victoryconnect.com
william_b_maag@fleet.com
william_black@fanniemae.com
william_blank@lnotes5.bankofny.com
william_boorman@freddiemac.com
william_boziuk@putnam.com
william_chow@ssga.com
william_cunningham@ssga.com
william_d_baird@vanguard.com
william_deroche@ssga.com
william_dodds@ustrust.com
william_e_rurode@fleet.com
william_erwin@freddiemac.com
william_folkard@gb.smbcgroup.com
william_gibbs@putnam.com
william_glasgow@ustrust.com
william_gould@putnam.com
william_graham@ustrust.com
william_h_schomburg_iii@fleet.com
william_hamilton@conning.com
william_hauser@america.hypovereinsbank.com
william_hazelton@putnam.com
william_iles@freddiemac.com
william_j_dennen@keybank.com
william_j_mccool@fleet.com
william_jurgelewicz@ssga.com
william_k_lynch@bankone.com
william_k_roberts@vanguard.com
william_kirby@prusec.com
william_lafferty@bankone.com
william_lam@invescoperpetual.co.uk
william_landes@putnam.com
william_lee@acml.com
william_lee@glic.com
william_liebler@conning.com
william_marshall@putnam.com
william_mckeever@ml.com
william_mehl@sfmny.com
william_nunez@ml.com
william_pope@ml.com
william_quinn@fanniemae.com
william_r_anderson@aon.com
william_r_schultz@fanniemae.com
william_schlag@keybank.com
william_schmitt@putnam.com
william_segal@fanniemae.com

william_shuttleworth@ldn.invesco.com
william_somers@troweprice.com
william_stenson@countrywide.com
william_sutherland@manulife.com
william_t_norris@bankone.com
william_tobey@scudder.com
william_w_smith@vanguard.com
william_wright@putnam.com
william-04034@email.esunbank.com.tw
william-04207@email.esunbank.com.tw
williambenjamin@hsbc.com
williamchung@cathaylife.com.tw
williamj@research.ge.com
williamklam@bankofny.com
williammak@daiwasbi.com.hk
williams.c4@mellon.com
williams.riveramontalban@axa-im.com
williams@willcap.com
williams_robert@jpmorgan.com
williamson.bw@tbcam.com
williamtan@dbs.com
williamwkman@hsbc.com.hk
williamyap@gic.com.sg
willibrord.berntsen@hsh-nordbank.com
willie.brown@4086.com
willie.chiang@conocophillips.com
willie.hartleyrussell@blackrock.com
willie.honeyball@sgcib.com
willie.quah@mailhec.net
willie@cthusa.com
willis@offitbank.com
willow_piersol@putnam.com
willow2@bloomberg.net
willy.blumenstein@isb.is
willy.friedmann@bundesbank.de
willy.hautle@zkb.ch
willy.lee@schroders.com
willy.moyson@fortisbank.com
willy.schmassmann@ubs.com
willy.wolfe@gmacbank.com
willy.wolfe@uboc.com
wilshinskygroup@ezaccess.net
wilson.au@ubs.com
wilson.gaitan@gmam.com
wilson.he@morganstanley.com
wilson.ho@sunlife.com
wilson.lin@ubs.com

wilson.liu@highbridge.com
wilson.mastrandrea@bnymellon.com
wilson.moore@wachovia.com
wilson.mui@db.com
wilson.rc@tbcam.com
wilson.wong@bloomberg.net
wilson.yang@creditsuisse.com
wilson_fong@calpers.ca.gov
wilsonp@domres.com
wilsonwang@temasek.com.sg
wilsonz@swcorp.org
wim.blommaert@ing.be
wim.boekema@barclayscapital.com
wim.brinkman@ingim.com
wim.dhaese@ingim.com
wim.kool@ingim.com
wim.kuyf@ingbank.com
wim.malyster@axa.be
wim.steemers@alliancebernstein.com
wim.thomas@shell.com
wim.v.dam@relan.nl
wim.vanhyfte@dexia-am.com
wim.veraar@ingim.com
wim.vermeir@dexia-am.com
wim.westerop@kempen.nl
wim_melyn@artesia.be
wimal.wijenayake@morganstanley.com
wimmelr@vankampen.com
win.neuger@aig.com
win.robbins@barclaysglobal.com
wineo_lam@amcm.gov.mo
winfield.bell@aetna.com
winfried.becker@oppenheim.de
winfried.freygang@bayernlb.de
winfried.gausselmann@trinkaus.de
winfried.kolln@dghyp.de
winfried.mittne@postbank.lu
winfried.reinke@ikb-cam.de
winfried.schiefelbein@bw-bank.de
wing.chan@credit-suisse.com
wing.chau@barcap.com
winie.d'alessandro@fnbchestercounty.com
wink.mora@rabobank.com
winkworthg@bloomberg.net
winnie.choi@alliancebernstein.com
winnie.chu@corporate.ge.com
winnie.kwan@capitalglobal.com

winnie.liu@tigerasiafund.com
winnie.man@aberdeen-asset.com
winnie.pun@blackrock.com
winnie.sze@rbccm.com
winnie.w.cheng@columbiamanagement.com
winnie_ian@amcm.gov.mo
winnie_pun@ssga.com
winnie_wy_kan@hkma.gov.hk
winnie0527@chinalife.com.tw
winniechu@dahsing.com
winsome@tcdrs.org
winson.chuang@tcbank.com.tw
winson.fong@sgam.com
winson.ho@rbcds.com
winsonb@gte.net
winssinger@adelphi-capital.com
winstar@bloomberg.net
winston.ouckama@db.com
winston.pun@wamu.net
winston.rains@bwater.com
winstonlu@bloomberg.net
winter@nbg.ibv.com
wintersb@vankampen.com
wipot.daowprakaimongkol@db.com
wiradharmap@ocbc.com
wirvine@eatonvance.com
wise.tami@principal.com
wisely.liu@email.chinatrust.com.tw
wisniews@wellscap.com
wispy@bloomberg.net
witcomb_gareth@jpmorgan.com
withamd@ubk.co.uk
witterschein.jj@mellon.com
wittyv@nuveen.com
witzkyc@corphq.utc.com
wiveka.burvall@danskebank.se
wiwanicki@metlife.com
wjachs@epo.org
wjc@tchinc.com
wjean-baptiste@mfs.com
wjf3@bloomberg.net
wjfoley@wellington.com
wjg@capgroup.com
wjhannigan@wellington.com
wjin@jhancock.com
wjmaniscalco@duke-energy.com
wjniemei@srpnet.com

wjohannesson@hellmanjordan.com
wjsulliv@princeton.edu
wjt@wmblair.com
wkarcher@intesasanpaolo.us
wkas@kempen.nl
wkasmc@bloomberg.net
wkchoi@kfb.co.kr
wkeeley@standishmellon.com
wkeyes@tcva.com
wkeyser@ftci.com
wkilcullen@westernasset.com
wkinsley@jhancock.com
wkirsten@union-investment.de
wkitchen@morgankeegan.com
wkoontz@loomissayles.com
wkp@capgroup.com
wkuan1@bloomberg.net
wkurtz@azoa.com
wkwong@blackrock.com
wl11@ntrs.com
wladkomh@wellsfargo.com
wlan@bloomberg.net
wlawlor@dsaco.com
wlayton@princeton.edu
wleamon@bayharbour.com
wlee@lordabbett.com
wlee@metlife.com
wlee@troweprice.com
wlee20@bloomberg.net
wleffi@ftci.com
wleinberger@unum.com
wlemberg@bankofny.com
wlenehan@farcap.com
wleonard@lordabbett.com
wli@vcallc.com
wli@wellington.com
wlickl@meag.com
wlin@delinvest.com
wlist@federatedinv.com
wllau@bochk.com
wlmao@statestreet.com
wlodarskis@vankampen.com
wlow@uss.co.uk
wlphua@mas.gov.sg
wlr@capgroup.com
wltan@mas.gov.sg
wlu@oppenheimerfunds.com

wlupoletti@trigon.com
wluzzo@onebeacon.com
wlwrightson@wellington.com
wlynch@buffalofunds.com
wlyons@bft.fr
wmachol@bear.com
wmack3@anfis.co.uk
wmaenner@pictet.com
wmagee@delinvest.com
wmahler@rwbaird.com
wmajdalani@investcorp.com
wmaloney@bloomberg.net
wmaloney@vcallc.com
wmanning@btmna.com
wmarkey@metlife.com
wmarsh@farmersnb.com
wmarsh@northsidebank.com
wmawhorter@allegiancecapital.com
wmazzafro@oppenheimerfunds.com
wmccleary1@bloomberg.net
wmcdaniel@opcap.com
wmcelroy@firstmanhattan.com
wmcfarla@blackrock.com
wmcmaster@scottstringfellow.com
wmcmullan@fhlbatl.com
wmcnamara@oppenheimerfunds.com
wmcquade@russell.com
wmcromwell@wellington.com
wmcvail@turnerinvestments.com
wmeier@zkblondon.co.uk
wmendes@bloomberg.net
wmenendez@lordabbett.com
wmiller@fhlbc.com
wmiller@ftci.com
wmiller@lmfunds.com
wmk@atalantasosnoff.com
wmkozdras@homeside.com
wmlaprise@gkst.com
wmogrodnick@wellington.com
wmoretti@metlife.com
wmorrill@brownadvisory.com
wmoy@deerfieldcapital.com
wmroehr@delinvest.com
wmtramirez@aol.com
wmueller@meag.com
wmuller@westernasset.com
wmuraydem@scsalliance.com

wmurayden@scsbank.com
wmurray@chicagoequity.com
wmurry@whitneybank.com
wnbooth@wellington.com
wneville@opers.org
wnoar@nacm.com
wnrivel@leggmason.com
wnuk_joseph@fsba.state.fl.us
wo2@storebrand.com
wobrien9@bloomberg.net
woconnor@allstate.com
wod@johcma.com
woeikyet@dbs.com
wohlfroa@strsoh.org
wojceich.hajduczyk@morganstanley.com
wojciech.mazurkiewicz@ba-ca.com
wojciech.mazurkiewicz@unicreditgrop.co.uk
wojciech.zawada@allianz.com
wojtek.lipinski@dzbank.de
wol.kolade@isisam.com
wolerju@cial.cic.fr
wolert@ymcanet.org
woleslagle@deshaw.com
wolf.delius@commerzbank.com
wolf.diederichs@pimco.com
wolf.j@mellon.com
wolf.raymer@jmfinn.com
wolf2@metro.de
wolfej@strsoh.org
wolfelde@hagemeyer.com
wolff@metro.de
wolfgang.bagusch@lampebank.de
wolfgang.bathis@ikb.de
wolfgang.bauer@pioneerinvestments.com
wolfgang.beynio@henkel.com
wolfgang.broetz@sgz-bank.de
wolfgang.buettgenbach@ksk-koeln.de
wolfgang.bufe@t-systems.com
wolfgang.buresch@bawagpsk.com
wolfgang.conze@lbbw.de
wolfgang.dahrmoeller@postbank.de
wolfgang.dietl@ids.allianz.com
wolfgang.ewig@postbank.de
wolfgang.fischer@rzb.at
wolfgang.fusek@krentschker.at
wolfgang.gehlen@bis.org
wolfgang.groth@essenhyp.com

wolfgang.gzuk@allfonds-bkg.de
wolfgang.hartmann@commerzbank.com
wolfgang.haunold@oenb.co.at
wolfgang.helmet@db.com
wolfgang.henrichs@dzbank.de
wolfgang.hofmann@erstebank.at
wolfgang.hofmann@group.novartis.com
wolfgang.huber@raiffeisenbank.at
wolfgang.j.marty@csam.com
wolfgang.jesinger@oppenheim.de
wolfgang.jurowski@cominvest-am.com
wolfgang.kernbach@ruv.de
wolfgang.kirsch@dzbank.de
wolfgang.kirschner@activest.de
wolfgang.kleedoerfer@hafm.de
wolfgang.klopfer@hypovereinsbank.de
wolfgang.koettner@saarlb.de
wolfgang.kostner@gs.com
wolfgang.kuhl@seb.de
wolfgang.kuhn@aberdeen-asset.com
wolfgang.lotze@sfs.siemens.de
wolfgang.matschek@rzb.at
wolfgang.matzen@nordlb.de
wolfgang.mayer@sparinvest.com
wolfgang.michael.roth@nordlb.de
wolfgang.mittermueller@hyporealestate.de
wolfgang.mueller31@telekom.de
wolfgang.munsche@oppenheim.de
wolfgang.peltz@hvbasia.com
wolfgang.posch@omv.com
wolfgang.puetz@dit.de
wolfgang.rattay@ba-ca.com
wolfgang.reichel@lv1871.de
wolfgang.reminger@dekabank.de
wolfgang.reuss@kfw.de
wolfgang.ruttenstorfer@omv.com
wolfgang.ryll@kfw.de
wolfgang.schopf@erstebank.at
wolfgang.stein@de.bosch.com
wolfgang.stemper@dexia-bil.com
wolfgang.strobel@hypovereinsbank.de
wolfgang.stuelb@wwasset.de
wolfgang.stuffer@hypovereinsbank.de
wolfgang.theis@dzbank.de
wolfgang.titz@lrp.de
wolfgang.weiss@lbb.de
wolfgang.wiefel@wuestenrot.de

wolfgang.wiehe@credit-suisse.com
wolfgang.zecha@cominvest.de
wolfgang.zemanek@sparinvest.com
wolfgang_lang@commerzbank.com
wolfgang_peltz@hvbamericas.com
wolfgang-wilhelm.kling@hvb.de
wolfj@deshaw.com
wolfmh@fhlbcin.com
wolfram.eichner@cominvest-am.com
wolgang.jakob@bkb.ch
wollom@nylim.com
wolters@bcmnet.nl
won.choi@mackayshields.com
won.lee@ge.com
wong.annderk@uobgroup.com
wong.kwongyew@uobgroup.com
wong.mei.ling@icprc.com
wong.soontong@uobgroup.com
wong2@sunlife.com
wongck@gic.com.sg
wongjans@bot.or.th
wongjs@publicbank.com.my
wongkak@abchina.com.hk
wongkcherbert@ocbc.com.sg
wongsiya.m@gototfb.com
wongsk@bernstein.com
wongvicky@bloomberg.net
wongwatp@bot.or.th
wonhk@kdb.co.kr
wonie.leong@alliancebernstein.com
wonil_lee@nacm.com
wonjae.choi@samsung.com
wonnieryu@kdb.co.kr
wonseok.x.choi@jpmorgan.com
woo.youngsong@us.standardchartered.com
woochul.ham@scfirstbank.com
wood_jr_kimgsley@jpmorgan.com
wood_steve@jpmorgan.com
woodl@anz.com
woods@fhlb-of.com
woodwar@nationwide.com
woody.k.m.chan@hsbc.com.hk
woody@bpviinc.com
woojung.park@wachovia.com
wook.heo@ingbank.com
wookim@princeton.edu
wooksdw@hanmail.net

woolbert@bwater.com
woolbert@penntrust.com
woolley@bessemer.com
woongek@dbs.com
woongp@princeton.edu
wootk@gic.com.sg
wootuckkan@gic.com.sg
wooyoung.cho@scfirstbank.com
woramonk@bot.or.th
worleym@strsoh.org
wosada@us.mufg.jp
woschenko@bloomberg.net
wouter.de.bever@achmea.nl
wouter.devriendt@fortisbank.com
wouter.koomen@klm.com
wouter.pelser@mn-services.nl
wouter.s.devries@si.shell.com
wouter.van.der.veen@nl.abnamro.com
wouter.weijand@fortisinvestments.com
wouterseaj@hagemeyer.com
woydich@debank.de
wozniakg@brinson.com
wp.173@dbv-winterthur.de
wp2@ntrs.com
wpace1@bloomberg.net
wpan562118@aol.com
wpatenaude@americansb.com
wpattison@aegonusa.com
wpaul@bloomberg.net
wpaulini@bloomberg.net
wpcho@dow.com
wpearson@browncapital.com
wpease@wilmingtontrust.com
wpeishan@mail.cbc.gov.tw
wphandel@hypo-ooe.at
wphillips@fhhlc.com
wpickett@ford.com
wpiel@opusinvestment.com
wpkelly@bankofny.com
wplei@bloomberg.net
wpmuller@nb.com
wpotter@ag-am.com
wprahl@lordabbett.com
wpressey@bpbtc.com
wps@capgroup.com
wpy@stanford.edu
wqlee@mas.gov.sg

wramette@bloomberg.net
wramsay@netbank.com
wreckmeyer@wellington.com
wreed@denveria.com
wreiners@cumberassoc.com
wreisner@carret.com
wrempel@copera.org
wren_york@scudder.com
wrhuff1@hotmail.com
wrhufftr@yahoo.com
wrickert@wescorp.com
wrigger@gannett.com
wrightd@bernstein.com
wrighte@bloomberg.net
wrobbie@xl.bm
wrobertson@guzman.com
wromary@us.nomura.com
wrose@hbk.com
wrow@eatonvance.com
wrutkoske@barbnet.com
ws.hong@hanabank.com
wsadler@lordabbett.com
wsadozai@bloomberg.net
wsalvage@bloomberg.net
wsample@perrycap.com
wschang@adb.org
wschmiedeska@metlife.com
wschoj@knbank.co.kr
wschouten@aegon.nl
wschramm@voyageur.net
wscully@putnam.com
wseery@art-allianz.com
wseibert@ustrust.com
wsexton@williamblair.com
wshare1@bloomberg.net
wshepard@oppenheimerfunds.com
wshepetin@tiaa-cref.org
wshieh@gsc.com
wshong@bok.or.kr
wsiats@rfc.com
wsiegler@union-investment.de
wsimpson@stephens.com
wsloneker@cambonds.com
wslover@fhlbi.com
wsmith@bocusa.com
wsmith@gcoelf.com
wsmoltino@rockco.com

wspeckert@bank-banque-canada.ca
wstegall@faralloncapital.com
wstephe@templeton.com
wstewart@fdic.gov
wstitzer@delinvest.com
wstrauss@oppenheimerfunds.com
wstuart@troweprice.com
wstubbings@ftadvisors.com
wsullivan@refco.com
wsuper@cisco.com
wtakacs@metlife.com
w-takeuchi@nochubank.or.jp
wtan@pictet.com
wtang@aseansec.og
wtatge@delinvest.com
wtawornt@wharton.upenn.edu
wtderosa@putnam.com
wteetsel@stonehillcap.com
wteng@jhancock.com
wtillman@earthstarbank.com
wting@pictet.com
wtownsend@denveria.com
wtrotman@summitbank.com
wtsai@mail.tbb.com.tw
wtsai@tiaa-cref.org
wtsang@hbk.com
wtseng@matrixassetadvisors.com
wtyler@invest.treas.state.mi.us
wu.lin@gene.com
wu.s@mellon.com
wu_thomas@jpmorgan.com
wuby.chang@email.chinatrust.com.tw
wucliris@ocbc.com.sg
wug@fhlbsf.com
wujie@temasek.com.sg
wula@jwseligman.com
wulf.bernotat@stinnes.de
wuquoqiang@abchina.com
wurwarg@apollorealestate.com
wusaibbrun@bloomberg.net
wusenlin@citicib.com.cn
wushuying@cathaylife.com.tw
wusl@jwseligman.com
wuxiyan@ftsfund.com
wuyang@citicib.com.cn
wvogel@omega-advisors.com
wvri@kempen.nl

wvxiang@frk.com
ww@martincurrie.com
ww242@cornell.edu
wwachtel@hcmlp.com
wwalbrun@vanliewtrust.com
wward@halcyonllc.com
wwb@dodgeandcox.com
wweibel@bloomberg.net
wweiner@babsoncapital.com
wwh@citicib.com.cn
wwhilden@brownadvisory.com
wwightman@seic.com
wwilkinson@tiaa-cref.org
wwindy@bloomberg.net
wwleong@mas.gov.sg
wwlynch@dcmiglobal.com
wwolfer@juliusbaer.com
wwong@nysif.com
wwong81@bloomberg.net
wwoo@jhancock.com
wwu@allstate.com
wxiong@princeton.edu
wycheng@mas.gov.sg
wyckb@rabo-bank.com
wydena@deshaw.com
wyee@calstrs.com
wyi@delinvest.com
wyin@hkma.gov.hk
wyman_chan@putnam.com
wyn.ellis@csam.com
wyndham_mh_leung@hkma.gov.hk
wynnid@tdsec.co.uk
wyoung@jhancock.com
wytse@bochk.com
wyun@ftci.com
wzang@hcmlp.com
wzantonucci@statestreet.com
wzbbl@rzb.at
wzbhse@rzb.at
wzbkih@bloomberg.net
wzblad@rzb-wien.raiffeisen.at
wzblwm@rzb.at
wzbpzf@bloomberg.net
wzbren@rzb.at
wzbscw@rzb.at
wzhu@gsc.com
wzink@panagora.com

wzkit@mas.gov.sg
x.chauderlot@abc-arbitrage.fr
x.chi@robeco.nl
x.gille@abc-arbitrage.com
x.liu@robeco.nl
x.nguyen@templeton.com
x6uonp@fanniemae.com
xaime.quiroga@invescoperpetual.co.uk
xanthopoulos@bloomberg.net
xaver.augustin@siemens.com
xavier.alsina@caixacatalunya.es
xavier.aublet@par.coflexip.fr
xavier.belligon@bnpparibas.com
xavier.burtschell@bnpparibas.com
xavier.clerebaut@ingim.com
xavier.cock@fortis.com
xavier.coste@bnpparibas.com
xavier.deschamps@lodh.com
xavier.frelat@bnpparibas.com
xavier.galiez@axa-im.com
xavier.garcia@bnpparibas.com
xavier.goss@blackrock.com
xavier.got@caam.com
xavier.gudefin@dlgpartners.com
xavier.hannaerts@puilaetco.com
xavier.hoche@axa-im.com
xavier.hovass@bnpparibas.com
xavier.lambert@cnp.fr
xavier.lefranc@ubs.com
xavier.marti@caixacatalunya.es
xavier.mathieu@bnpparibas.com
xavier.mazet@fortis.lu
xavier.mugnier@hapoalim.ch
xavier.robinson@dexia-am.com
xavier.roesle@lodh.com
xavier.sement@bnpparibas.com
xavier_langlois_d'estaintot@pechiney.com
xavier_nicolas@aviva.fr
xbernat@crediinvest.ad
xbmarvin@bloomberg.net
xc45@cornell.edu
xccobn@agf.be
xchang@lmus.leggmason.com
xchen@fhlbdm.com
xchen@perrycap.com
xchen@tiaa-cref.org
xchollet@pictet.com

xcornellac@creditandorra.ad
xcrank@leggmason.com
xdorca@bankpyme.es
xdornellas@groupe-ccr.com
xenia.loesch@ib.bankgesellschaft.de
xf26@cornell.edu
xgonzalc@cajamadrid.es
xgu@opers.org
xhoche@oddo.fr
xhoche@ofivalmo.fr
xhzhao@bloomberg.net
xiang.liu@blackrock.com
xiang_xie@freddiemac.com
xiangheng.liu@credit-suisse.com
xianghui@citicbank.com
xiangrong_jin@hkma.gov.hk
xiangronglu@icbc.com.cn
xiantang@princeton.edu
xianxin_zhao@ssga.com
xiao.ning@lehman.com
xiao.zhang@allianzhfp.com
xiaofeiy@bgi-group.com
xiaohai.liao@wamu.net
xiaohan.h.song@jpmorgan.com
xiaohu.zhou@cominvest-am.com
xiaojian@bloomberg.net
xiaojie.joe.shi@morganstanley.com
xiaojun@abchina.com.sg
xiaoli.dang@barclaysglobal.com
xiaoli.deng@morganstanley.com
xiaomeng.yang@csam.com
xiaoming.fan@prudential.com
xiaoping_xiong@freddiemac.com
xiaoqing.hu@ubs.com
xiaowei.li@barclaysglobal.com
xiaowei@icbc.com.cn
xiaowei_jiang@acml.com
xihua.chen@alliancebernstein.com
xin.li@icbc.com.cn
xin.li@inginvestment.com
xin.xiao.xia@icprc.com
xin.zhang@icbc.co.cn
xin.zhong@fmr.com
xin@omega-advisors.com
xin_fu@swissre.com
xin_zhao@freddiemac.com
xinchao_zhang@fanniemae.com

xing.wan@pimco.com
xinghu@princeton.edu
xinjia_liu@putnam.com
xinning.zhang@icbc.com.cn
xintian.lan@morganstanley.com
xinyi.li@bis.org
xj@icbc.com.cn
xjhuang@bocusa.com
xjx@citicib.com.cn
xktorza@oddo.fr
xl285@cornell.edu
xlazarus@cpr.fr
xlchen@blackrock.com
xliu@bocusa.com
xma@fhlbdm.com
xmeng@bloomberg.net
xmiao@hbk.com
xpetit@canal-plus.com
xqyuan@bloomberg.net
xsi@federatedinv.com
xsimler.westam@banquedorsay.fr
xtan@princeton.edu
xu.cheng@intel.com
xu.hui.shan@icprc.com
xu.wei@icbcleasing.com
xuan.tran@tcw.com
xuan.yong@deshaw.com
xudong.wang@citadelgroup.com
xue.wang@hk.fortis.com
xuebo.liu@ubs.com
xuehai.en@fmr.com
xueming.song@dws.de
xuenan@gic.com.sg
xueruidong@ftsfund.com
xuesong.zhao@morleyfm.com
xuesong_hu@ssga.com
xun.sun@usa.dupont.com
xurong@icbc.com.cn
xuwang@aegonusa.com
xuzhengguang2003@yahoo.co.uk
xvc@petercam.be
xwang@allegiancecapital.com
xwang@fhlbc.com
xwang@meag-ny.com
xwong@canyonpartners.com
xx@nordea.com
xx@xxx.com

xxia@wellington.com
xxu15@bloomberg.net
xxx@daiwasbi.co.jp
xxx@dodgeandcox.com
xxx@icbc.com.cn
xxx@meijiyasuda.co.jp
xxx@xxx.com
xxxx@xxx.com
xxxxxx@metlife.com
xye@aegonusa.com
xyli@bloomberg.net
xyz@lehman.com
xz277@cornell.edu
xzhang@helixlp.com
xzhang@tiaa-cref.org
xzhu@fhlbdm.com
y.abdoulaye@afdb.org
y.agemura@noemail.com
y.ando@ldn.tr.mufg.jp
y.bodson@bcee.lu
y.hanayama@aozorabank.co.jp
y.hassan@afdb.org
y.hayakawa@noemail.com
y.hijikata@aozorabank.co.jp
y.horimoto@jahs.or.jp
y.ikegami@noemail.com
y.inagaki@aozorabank.co.jp
y.inoue@jahs.or.jp
y.ishikawa@noemail.com
y.ishiko@noemail.com
y.iwamoto@noemail.com
y.j.steenbergen@robeco.nl
y.karachalios@hermes.co.uk
y.kashiwagi@aozorabank.co.jp
y.kawaguchi@plaza-am.co.jp
y.kita@noemail.com
y.kubota@noemail.com
y.kuroda@aozorabank.co.jp
y.maris@bi.go.id
y.matsukawa@noemail.com
y.matsuo@noemail.com
y.matsuta@noemail.com
y.mercado@fordfound.org
y.nicholas@fnysllc.com
y.niiro@noemail.com
y.nishio@aozorabank.co.jp
y.okabayashi@noemail.com

y.okada@noemail.com
y.okuda@hermes.co.uk
y.ozawa@noemail.com
y.qin@gbf.nl
y.shingai@noemail.com
y.sonobe@ny.tr.mufg.jp
y.sudo@mab.co.jp
y.takaike@noemail.com
y.tanaka@noemail.com
y.taya@noemail.com
y.tjitrosoebono@indoverbank.com
y.unten@noemail.com
y.w.bom@pensioenstork.nl
y.wada@noemail.com
y.yoshida@noemail.com
y_dezawa@daiwasbi.co.jp
y_murakami@nam.co.jp
y_nishikawa@nam.co.jp
y_ussia@bancourquijo.es
y1.hamada@aozorabank.co.jp
y1.matsuura@aozorabank.co.jp
y1.sugimoto@aozorabank.co.jp
y2_nakamura@nam.co.jp
y2ulxm@fanniemae.com
y6_tanaka@nam.co.jp
ya1-hayashi@meijiyasuda.co.jp
yaa.offeibea.tamakloe@jpmorgan.com
yab.tr@adia.ae
yab2@bloomberg.net
yabe@nam.co.jp
y-abiko@nissay.co.jp
yabing@bloomberg.net
yacine.benamida@caam.com
yacine.benhamida@caam.com
yacine.zarrouk@ca-suisse.com
yacine@princeton.edu
yacov.elinav@mailpoalin.co.il
yadams@unfcu.com
yael.kabla@clf-dexia.com
yael.stein@mailpoalim.co.il
yaffa.catalan@mailpoalim.co.il
yagi.takayuki@kokusai-am.co.jp
yagura663@dl.dai-ichi-life.co.jp
y-aigami@meijiyasuda.co.jp
yai-wan.y.wong@opc.shell.com
yak2@cornell.edu
yakakura@us.mufg.jp

y-akasaka@nissay.co.jp
yakun.li@novartis.com
yakymeti@ebrd.com
yalan.chang@email.chinatrust.com.tw
yaleyap@gic.com.sg
yal-hassawi@bloomberg.net
yalsanea@kpc.com.kw
yam.r@bloomberg.net
yamada@atlanticinvestment.net
yamada@daiwasbi.co.jp
yamada_yoshihiro@rk.smbc.co.jp
yamada316@dl.dai-ichi-life.co.jp
yamada-shige@marubeni.com
yamadat@dl.dai-ichi-life.co.jp
yamagami.daisuke@daido-life.co.jp
yamaguchi.h@daiwa-am.co.jp
yamaguchi@daiwa-am.co.jp
yamaguchi_takayasu@dd.smbc.co.jp
yamaguchino@sumitomotrust.co.jp
yamaguchi-tsunayoshi@sc.mufg.jp
yamagus@po2.jsf.co.jp
yamaji-h@marubeni.com
yamamoto.h@daiwa-am.co.jp
yamamoto.n@daiwa-am.co.jp
yamamoto.s@daiwa-am.co.jp
yamamoto@daiwasbi.co.jp
yamamoto@tmam.co.jp
yamamoto_taro@dn.smbc.co.jp
yamamoto02325@nissay.co.jp
yamamoto26597@nissay.co.jp
yamamotok@nochutb.co.jp
yamamura24512@nissay.co.jp
yamanaka@nam.co.jp
yamanoi@daiwa-am.co.jp
yamashit@dl.dai-ichi-life.co.jp
yamashita@boj.org.hk
yamashita_etsuko@yk.smbc.co.jp
yamashita-george@marubeni.com
yamauchi-0ft9@jp.nomura.com
yamay@morganstanley.com
yamazaki.shinichi@kokusai-am.co.jp
yamazaki@nam.co.jp
yami.baker@fmr.com
yan.du@barclaysglobal.com
yan.fan@dartmouth.edu
yan.ge@barclaysglobal.com
yan.jan@bankofamerica.com

yan.jin@columbiamanagement.com
yan.jun@icbcleasing.com
yan.lou@jpmorganfleming.com
yan.luo@usbank.com
yan.marcotte@lodh.com
yan.ming@nomura-asset.com
yan.rosa@lodh.com
yan.sun@fhlbboston.com
yan.tang@usbank.com
yan.vinokur@alliancebernstein.com
yan_haikal@bi.go.id
yan_pu@vanguard.com
yan_zilbering@vanguard.com
yana.posovsky@schwab.com
yana.shor@gm.com
yanagiha@tominbank.co.jp
yanagihara.dli@dial.pipex.com
yanamoto-h@marubeni.com
yanan@bloomberg.net
yang.chen@barclaysglobal.com
yang.gao@bailliegifford.com
yang.wang@ui-gmbh.de
yang.xiao@icbc.com.cn
yang-03550@email.esunbank.com.tw
yangefr@cmcic.fr
yangleechiun@gic.com.sg
yangmoo.hur@scfirstbank.com
yangsy@kookmin.co.kr
yangxiaotao@gtjas.com
yangyibo@citicbank.com
yangzhiming@bank-of-china.com
yani_lee@ustrust.com
yanief.l@mellonequity.com
yanira.leon@trs.state.tx.us
yankel.fernandez@wachovia.com
yanks@us.ibm.com
yanliguo@cmbchina.com
yann.ballet@airbus.fr
yann.corbino@bnpparibas.com
yann.cordier@axa-im.com
yann.couellan@axa-im.com
yann.didou@cnp.fr
yann.l.mitchell@aib.ie
yann.louarn@federalgestion.com
yann.mocellin@credit-suisse.com
yann.quatannens@bnpparibas.com
yann.rossier@bcv.ch

yann.thomas@socgen.com
yann@kdb.co.kr
yann_depin@ssga.com
yannick.gounon@banquedorsay.fr
yannick.guillot@labanquepostale-am.fr
yannick.leborgne@ap.nxbp.com
yannick.leserviget@axa-im.com
yannick.lopez@cpr-am.fr
yannick.mathieu@citadelgroup.com
yannick.ouaknine@bnpparibas.com
yannick.quenehen@caam.com
yannick_aron@putnam.com
yannig.pariset@banquedorsay.fr
yannis.matsis@uk.mizuho-sc.com
yannis@clintongrp.com
yano.teiji@daido-life.co.jp
yano@daiwasbi.co.jp
yansong.chen@jpmorgan.com
yanyan.lv@icbc.com.cn
yao.dong@icprc.com
yao@daiwa-am.co.jp
yaowang@princeton.edu
yap.chinyee@hk.nomura.com
yap_tk@ocbc.com.sg
yapan@wellington.com
yapsiaoteng@gic.com.sg
yapweiwei@gic.com.sg
yaqoubb@kia.gov.kw
yaranowicz@lordabbett.com
yared.woudneh@barclaysglobal.com
yarita@dl.dai-ichi-life.co.jp
yariv.miron@mailpoalim.co.uk
yariv@bloomberg.net
yarrowp@vankampen.com
yasemin.ersan@zkb.ch
yasemin.oktay@yapikredi.com.tr
yash.misra@daiwausa.com
yashiki@boj.co.uk
yashima@dl.dai-ichi-life.co.jp
yashoda.khandkar@fmr.com
yasin.sarfraz@hsbstrinkaus.de
yasin_benzawi@freddiemac.com
yasinleen@bloomberg.net
yasmin.jack@mackayshields.com
yasmin_kocur@nacm.com
yasmine.debray@caam.com
yasmine.malak@novartis.com

yassamine.abid@bnpparibas.com
yassar_ali@standardlife.com
yasser.al-mazyad@samba.com
yasser.mawji@glgpartners.com
yasser.talaat@hsbcpb.com
yassine.essiassi@sgam.com
yassine.laissaoui@db.com
yassir.benjelloun@bankofamerica.com
yastakeda@bloomberg.net
yasu@jp.oechsle.com
yasuaki.amatatsu@boj.or.jp
yasuaki-sumimoto@am.mufg.jp
yasuda@tmam.co.jp
yasuda-k@marubeni.com
yas-ueda@taiyo-seimei.co.jp
yasugi@bloomberg.net
yasuharu.kuse@tokyostarbank.co.jp
yasuharu_tsuru@mitsubishi-trust.co.jp
yasuharu-ikari@mitsubishi-am.co.jp
yasuhide.ogata@barclaysglobal.com
yasuhiko_fukuda@tr.mufg.jp
yasuhiko_imai@smbcgroup.com
yasuhiro.akiyama@prudential.com
yasuhiro.fujiki@shinseibank.com
yasuhiro.hisamura@meiji-life.co.jp
yasuhiro.imahori@ibjbank.co.jp
yasuhiro_fujibayashi@mitsubishi-trust.co.jp
yasuhiro_hara@tr.mufg.jp
yasuhiro_hotta@mitsubishi-trust.co.jp
yasuhiro_nonaka@am.sumitomolife.co.jp
yasuhiro_saitou@am.sumitomolife.co.jp
yasuhiro-tabei@am.mufg.jp
yasuhisa.nitta@mizuho-bk.co.jp
yasuhito_inukai@am.sumitomolife.co.jp
yasuhito_nakajima@sakura.co.jp
yasui@daiwa-am.co.jp
yasuji.onozuka@mizuho-cb.co.jp
yasu-kajiyama@nochubank.or.jp
yasuki.sagara@ufj-partners.co.jp
yasuko.inoue@tokyostarbank.co.jp
yasuko.nakamura@sgam.com
yasuko-tada@am.mufg.jp
yasumasa.nishi@mizuho-cb.co.jp
yasunari.furusawa@ufj-partners.co.jp
yasunori_murakami@am.sumitomolife.co.jp
yasunori_nishioka@mitsubishi-trust.co.jp
yasuo-sasai@am.mufg.jp

yasushi.inoue@partners.co.jp
yasushi_iwamoto@tr.mufg.jp
yasushia@dl.dai-ichi-life.co.jp
yasutaka_furuya@ufjbank.co.jp
yasutaka_kouti@am.sumitomolife.co.jp
yasutaka-inoue@am.mufg.jp
yasuto_miura@mitsubishi-trust.co.jp
yasutoshi.kaneko@ufj-partners.co.jp
yasutoyo.senda@tokyostarbank.co.jp
yasuyo_meisner@ssga.com
yasuyuki.fukuda@nomura-asset.co.uk
yasuyuki.kurimoto@mizuhocbus.com
yasuyuki.mochizuki@tokyostarbank.co.jp
yasuyuki.shibata@mizuho-bk.co.jp
yasuyuki.yamaji@mizuho-cb.co.jp
yasuyuki-ochi@am.mufg.jp
yatagai_tomoaki@yk.smbc.co.jp
yatagai-2ngk@jp.nomura.com
yati@bloomberg.net
yatsuhashi686@dl.dai-ichi-life.co.jp
yatsunami@nam.co.jp
yauhiro.nozaki@ufj-partners.co.jp
yavuz.arikan@cedarrockcapital.com
yawei_jin@fanniemae.com
yawlee@mail.cbc.gov.tw
ya-yamasato@ja-kyosai.or.jp
ya-yoda@ja-kyosai.or.jp
yayoi_ichigi@orix.co.jp
yazann.romahi@jpmorganfleming.com
yazhi_shen@troweprice.com
yazid.sabeg@c-s.fr
ybaekim@samsung.co.kr
ybaguindoc@westernasset.com
ybaumgartner@mcmorgan.com
ybierre@bloomberg.net
ybigeard@pictet.com
yblechner@dkpartners.com
yb-mmd@msa.biglobe.ne.jp
ybonzon@pictet.com
ybp2@cornell.edu
ybruggisser@pictet.com
ycb0142@bloomberg.net
ychan@ustrust.com
ychang@bear.com
ychaudhary@blackrock.com
ychen@investcorp.com
ycheungbtc@bochk.com

ychuah@stanford.edu
ychuang@fscey.gov.tw
yckim@hanvitbank.co.kr
yckwak@goodbank.com
ycok@keximasia.com.hk
yconnolly@farcap.com
ycramer@farcap.com
ycruz@mfcglobalus.com
yczhao@icbc.com.cn
yday@lehman.com
ydenisov@bloomberg.net
ydesjardins@sinopia.fr
ydj0611@hotmail.com
ydungen@spfbeheer.nl
yeadona@brinson.com
yeamansm@strsoh.org
yearty@bessemer.com
yearwood@ellington.com
yecan@citicbank.com
yecco_janice@fsba.state.fl.us
yechyn@temasek.com.sg
yedau.ogoundele@calyon.com
yeechung@ssfutures.com
yee-ng_constance@jpmorgan.com
yehuda_z@rad.co.il
yehy@dime.com
yeisen@bloomberg.net
yelena.ofengeym@jpmchase.com
yeltekin@hmc.harvard.edu
ye-mei.ling@db.com
yencheng@wharton.upenn.edu
yen-lan.chueh@northernrock.co.uk
yeo.weechye@dbs.com
yeockpatrick@ocbc.com.sg
yeohlamkeong@gic.com.sg
yeokeonghee@gic.com.sg
yeonhee.oh@inginvestment.com
yeonkyoung_kwon@acml.com
yeonyoung_kwon@acml.com
yeqing@citicib.com.cn
yeqiu@bocusa.com
yeshe_l_corona@putnam.com
yesim_tokat@vanguard.com
yesworthy@miffbank.com
yeunyongji@hanabank.com
yevgeniy.falkovich@westernasset.com
yevgeny.gelfand@blackrock.com

yewheng@temasek.com.sg
yeyos@yahoo.com
yf@citicib.com.cn
yfairouz@bloomberg.net
yfang@us.mufg.jp
yfbrogard@db.com
yfeng@aegonusa.com
yfujimoto@bloomberg.net
y-fujimoto@ikedabank.co.jp
yfung@templeton.com
yfuruya@us.mufg.jp
yg@dodgeandcox.com
ygarena@mfs.com
ygary@keb.co.kr
ygeyman@blackrock.com
ygoffinet@pictet.com
ygoldman@perrycap.com
ygolod@hbk.com
ygottmeier@pictet.com
ygrant@bear.com
ygrill@dkpartners.com
yhara@nochubank.or.jp
yharari@loews.com
y-hiasa@nochubank.or.jp
yhirai@dl.dai-ichi-life.co.jp
y-hiwatashi@ioi-sonpo.co.jp
yhj@kdb.co.kr
yholzhauer@russell.com
yhsu@metlife.com
yhwong@mas.gov.sg
yhyun@tiaa-cref.org
yi.gu@gs.com
yi.lijrsc@icbc.com.cn
yi.liu@morganstanley.com
yi.nok.chan@dartmouth.edu
yi.shi@dillonread.com
yi.wang@ohis.com
yi.x.chen@jpmchase.com
yi_liu@ml.com
yi_y_xu@ssga.com
yianna.tziovara@juliusbaer.com
yiannisa@anz.com
yi-chen.huang@shinseibank.com
yichou@bloomberg.net
yichun.shih@prufunds.com.tw
yi-chun_cheng@freddiemac.com
yifang.wang@chinatrust.com.tw

yifeng.yang@lordabbettchina.com
yifuwu@stanford.edu
yigao_liang@fanniemae.com
yihanf@princeton.edu
yijen.chen@email.chinatrust.com.tw
yikeda@ambac.com
yikeda@tiaa-cref.org
yik-ko_mo@hkma.gov.hk
yildiram@ebrd.com
yi-ling.lin@pimco.com
yilungc@mcm.com
yi-mei.lu@bms.com
yin.yong@icprc.com
yin_chan@swissre.com
yin_kon@ssga.com
yinan_wang@freddiemac.com
ying.e.chen@jpmchase.com
ying.hu@wellsfargo.com
ying.jiang@morleyfm.com
ying.qiu@inginvestment.com
ying.qiu@pimco.com
ying.timmermann@ppmamerica.com
ying.xiong@ge.com
ying.ying@morganstanley.com
ying_xu@fleet.com
yingchu.ni@blackrock.com
yingdai@bloomberg.net
yingho@princeton.edu
yinghui-1019@email.esunbank.com.tw
yingj@princeton.edu
yingli.zhu@inginvestment.com
yingnan.ma@slma.com
yingru_li@calpers.ca.gov
yingsheng_li@fanniemae.com
yingying.zheng@sg.pimco.com
yining_gu@ssga.com
yinoue@dlusa.com
yiota.chondrou@nbg.gr
yip.chris@sg.standardchartered.com
yip.sheekeen@uobgroup.com
yipaik@wooribank.com
yipyewtong@gic.com.sg
yiqun.jia@gmacrfc.com
yirong.li@credit-suisse.com
yishay.amon@teva.co.il
yishibashi@nissay.co.uk
y-itoh@nochubank.or.jp

yiwang@wellington.com
yixiong.chen@opco.com
yiy@vankampen.com
yiyu.chang@email.chinatrust.com.tw
yiyu@wellington.com
yizawa@nochubank.or.jp
yjae@earthlink.net
yjia@fhlbc.com
yjian@princeton.edu
yjiang@tiaa-cref.org
yjkim@kdb.co.kr
yjpack63@kbsar.co.kr
yjyoon@bok.or.kr
yjyoon55@bloomberg.net
yk.choi@hanabank.com
y-kajiya@nochubank.or.jp
ykalinov@lehman.com
ykamiya@sompo-japan.co.jp
ykawa@mtildn.co.uk
ykawai@nochubank.or.jp
ykeuter@aegon.nl
ykh102@bok.or.kr
ykikkawa608904@po.yasuda.co.jp
ykim@kfb.cokr
y-kiyotomo@taiyo-seimei.co.jp
ykk@seoulbank.net
ykkim71@kbstar.co.kr
y-kobayashi@nochubank.or.jp
ykobusinski@sinopia.fr
ykomat@ftci.com
ykonishi3@bloomberg.net
ykopeliovich@meag-ny.com
ykoudinov@tiaa-cref.org
ykramer@pictet.com
ykrhee@bok.or.kr
ykshin@koreaexim.go.kr
y-kubota@meijiyasuda.co.jp
ykunii@dl.dai-ichi-life.co.jp
y-kuribayashi@kokusai.co.jp
ykuroda1@sompo-japan.co.jp
ykurosawa@westernasset.com
ykuru@caxton.com
ykuru1@bloomberg.net
yl950121@samsung.co.kr
ylager@frk.com
ylanda.wilhite@harrisbank.com
ylandry@groupama-am.fr

ylau@chinatrustusa.com
ylee@kff.org
ylee3@bear.com
yleong@mas.gov.sg
yleung@perrycap.com
yli@statestreet.com
yliu@ambac.com
yliu@lehman.com
ylomakina@cicny.com
ylongoria@eagleglobal.com
ylou@pughcapital.com
ylu@wellington.com
ylw@cathaylife.com.tw
ymaeda@russell.com
ymarhic2@bloomberg.net
y-matsumoto@nochubank.or.jp
ymauron@pictet.com
ymbk2@bloomberg.net
ymbksec2@fancy.ocn.ne.jp
ymedovoy@lordabbett.com
ymiteva2@bloomberg.net
ymiura@tiaa-cref.org
ymiyata@dl.dai-ichi-life.co.jp
ymizuno@jp.statestreet.com
ymn0498@surugabank.co.jp
ymordacq@generali.fr
y-motoda@nochubank.or.jp
ymuscat@groupama-am.fr
ynagai@mooresvp.co.jp
ynakada@dl.dai-ichi-life.co.jp
ynakagawa@hanwaamerican.com
ynakahara1@sompo-japan.co.jp
y-nakano@ioi-sonpo.co.jp
yneto@cdcixis-cm.com
yng@fftw.com
ynishimiya@adb.org
ynmooi@bnm.gov.my
ynoburu@dl.dai-ichi-life.co.jp
ynwen@bloomberg.net
ynyuen@bochk.com
yo.shibuya@citigroup.com
yo3@ntrs.com
yoana_koleva@ml.com
yoann.belmere@uk.fid-intl.com
yoann.cohen@credit-agricole-sa.fr
yoann.malecot@marly-gestion.fr
yoav.shani@mailpoalim.co.il

yoav.tamir@wamu.net
yo-azuma@ja-kyosai.or.jp
yoda_koichiro@rk.smbc.co.jp
yoden@daiwa-am.co.jp
yoder_keith_d@cat.com
yoel_prasetyo@dell.com
yoelm@bloomberg.net
yoeuth_yen@putnam.com
yogukim@kbstar.com
yoh_nihei@tokaitokyo.co.jp
yohei_omichi@tr.mufg.jp
yohsuke.morikawa@lehman.com
yoichi.sannomiya@ubs.com
yoichi_kamata@mitsubishi-trust.co.jp
yoichi_kawaguchi@tr.mufg.jp
yoichiro.fukuro@axa.co.jp
yoichiro-higasa@am.mufg.jp
yoichiro-yasui@am.mufg.jp
y-oike@ioi-sonpo.co.jp
yo-ishii@ja-kyosai.or.jp
yoji.imafuku@mizuho-bk.co.jp
yoji_ueda@mitsubishi-trust.co.jp
yojiroku@iadb.org
yokabe@mitsuilifeny.com
yoke_har_ng@scotiacapital.com
yoko.katai@abnamro.com
yoko.kondo@barclaysglobal.com
yoko.muramatsu@ufj-partners.co.jp
yoko.nakayama@capitalworld.com
yoko.ohinata@mizuho-cb.co.jp
yoko.yoshimoto@baring-asset.com
yoko.yoshino@schroders.com
yokota_j@sol.nichimen.co.jp
yokotachi@shizuokabkny.com
yokouchi@daiwasbi.co.jp
yokoyama.kazuo@kokusai-am.co.jp
yokoyama@dl.dai-ichi-life.co.jp
yokoyama_makoto@mail.asahi-life.co.jp
yolanda.davidson@mbna.com
yolanda.fragliossi@highbridge.com
yolanda.strock@fmr.com
yolanda.taylor@fmr.com
yolanda.zamora@usaa.com
yolanda@mail.pscnet.com.tw
yolanda_s_green@fanniemae.com
yolandasparrow@tagfolio.com
yolande.collard@fortisbank.com

yon.ibrahim@blb.de
yo-nagashima@ja-kyosai.or.jp
yonatana@migdal-group.co.il
yoneda@nomail.com
yoneyama@daiwa-am.co.jp
yonezawa@nochubank.or.jp
yong.chang@alliancebernstein.com
yong.lu@citadelgroup.com
yong.lu@clinton.com
yong.xu@corporate.ge.com
yong.zhu@usa.dupont.com
yong_yao@vanguard.com
yong76@wooribank.com
yonghoi_koo@cargill.com
yonghooni@bok.or.kr
yong-jae.lee@samsung.com
yongjin_hou@fanniemae.com
yongjoon.jang@samsung.com
yongteck@temasek.com.sg
yon-ho.chong@uk.fid-intl.com
yoni.s@bloomberg.net
yonishi@nochubank.or.jp
yo-nishioka@ja-kyosai.or.jp
yonjae.kwon@bbandt.com
yonoda@gpnus.mizuho-cb.com
y-onoda@taiyo-seimei.co.jp
yoojeong.oh@aberdeen-asset.com
yo-okada@ja-kyosai.or.jp
yookan.lee@blackrock.com
yoon.auh@fmr.com
yoon_chang@westlb.com
yoon-chou.chong@aberdeen-asset.com.sg
yoongpin@temasek.com.sg
yooni246@kdb.co.kr
yoonju.hong@morganstanley.com
yoonsangkim@hanabank.com
yoonsoo.bae@scfirstbank.com
yoosawa7@sompo-japan.co.jp
yooskim@kdb.co.kr
yoosookhong@hanabank.com
yoosung@chb.co.kr
yootk@bot.or.th
yoram.carsenti@mailpoalim.co.il
yoram_dankner@america.hypovereinsbank.com
yoriko@dlusa.com
yorio_ota@tr.mufg.jp
york.deavers@barclaysglobal.com

york.lin@ers.state.tx.us
york.zucchi@oppenheim.de
york_lo@putnam.com
yosawa@lordabbett.com
yosef.yarom@bnhp.co.il
yosefl@bll.co.il
yoshi.makio@hvbeurope.com
yoshiaki.iba@mizuho-bk.co.jp
yoshiaki.kang@us.socgen.com
yoshiaki_hizuka@mitsui-seimei.co.jp
yoshiaki_oya@tr.mufg.jp
yoshichika_araki@yamaguchibank.co.jp
yoshida.s@daiwa-am.co.jp
yoshida-0gzn@jp.nomura.com
yoshida-h@daiwasbi.co.jp
yoshie.hashiyada@schroders.com
yoshie.miyauchi@shinseibank.com
yoshifumi_shirahama@tr.mufg.jp
yoshihara@daiwa-am.co.jp
yoshiharu_inoue@tr.mufg.jp
yoshihide_suzuki@mitsubishi-trust.co.jp
yoshihiko.asano@bankofamerica.com
yoshihiro.koitabashi@shinseibank.com
yoshihiro.takada-1@boj.or.jp
yoshihiro_hyakutome@smbcgroup.com
yoshihiro_ikeda@gb.smbcgroup.com
yoshihiro6902_yamashita@sonylife.co.jp
yoshihisa_okada@tr.mufg.jp
yoshihito_ichiguchi@tr.mufg.jp
yoshikazu.hiranaka@ufj-partners.co.jp
yoshikazu.tanaka@mizuhocbus.com
yoshi-ken@nochubank.or.jp
yoshiki.kano@morganstanley.com
yoshiki.kashimura@mizuho-bk.co.jp
yoshiki.kokubo@boj.or.jp
yoshiki.obayashi@shinseibank.com
yoshiki.ohmura@juliusbaer.com
yoshiki.takeda@alliancebernstein.com
yoshiki_nagata@putnam.com
yoshiki_nakamura@mitsui-seimei.co.jp
yoshiki_ueno@orix.co.jp
yoshiko.motoyama@cgii.com
yoshiko.saba@aam.de
yoshiko.shigesada@mizuho-cb.co.jp
yoshimasa.kato@db.com
yoshimasa_suzuki@mitsubishi-trust.co.jp
yoshimatsu_hitoshi@vp.smbc.co.jp

yoshimoto6121@intra.cosmo-sec.co.jp
yoshimura.n@daiwa-am.co.jp
yoshiniobu.onishi@uk.mufg.jp
yoshinobu-kanda@am.mufg.jp
yoshinori.kawamura@smbcgroup.com
yoshinori.tetsuda@mizuho-cb.co.jp
yoshinori_akakura@ufjbank.co.jp
yoshinori_ichikawa@yamaguchibank.co.jp
yoshinori_takano@tr.mufg.co.jp
yoshinori-kano@gm.shokochukin.go.jp
yoshinori-kanou@gm.shokochukin.go.jp
yoshio.ito@axa.co.jp
yoshio.sano@uk.mufg.jp
yoshio.shimizu@uk.standardchartered.com
yoshio_sato@sumitomolife.co.jp
yoshio_tominaga@tr.mufg.jp
yoshio-yamashita@nihonjishin.co.jp
yoshiro_mizukami@tr.mufg.jp
yoshitaka.satani@uk.mufg.jp
yoshitaka_ino@tr.mufg.jp
yoshitaka_nagano@tr.mufg.jp
yoshitaka_yamano@mitsui-seimei.co.jp
yoshitaka-tsurugi@fintec.co.jp
yoshitake.anzai@surugabank.co.jp
yoshiteru.nishimoto@credit-suisse.com
yoshiteru_ishikawa@suntory.co.jp
yoshito.takahashi@mizuho-cb.co.jp
yoshito@dl.dai-ichi-life.co.jp
yoshitomo_baba@am.sumitomolife.co.jp
yoshitsugu.x.yamamoto@jpmorgan.com
yoshiyuki.fukuda@boj.or.jp
yoshiyuki.kaneko@mizuho-cb.co.jp
yoshiyuki.suyama@marusan.co.jp
yoshiyuki_masuda@tr.mufg.jp
yoshiyuki_nagatomo@mitsubishi-trust.co.jp
yoshiyuki_nishi@ufjbank.co.jp
yoshiyuki_sato@mitsubishi-trust.co.jp
yoshiyuki_sato@tr.mufg.jp
yoshiyuki-sato@am.mufg.jp
yoshiyuki-teranaka@mito-sec.jp
yoshiyuki-tsuruoka@am.mufg.jp
yoshizawa@nam.co.jp
yosig@bll.co.il
yosihiro_gake@am.sumitomolife.co.jp
yosihisa_inoue@am.sumitomolife.co.jp
yosikazu@dl.dai-ichi-life.co.jp
yosikuni@boj.co.uk

yosimiti_takahasi@am.sumitomolife.co.jp
yosinobu_douzono@am.sumitomolife.co.jp
yosiomi_nanba@am.sumitomolife.co.jp
yosir@orl.co.il
yositeru_hata@am.sumitomolife.co.jp
yossi.hasson@nokia.com
yossi.levin@teva.co.il
yosts@jwseligman.com
yosuke@lehman.com
yosuke_hayakawa@mitsubishi-trust.co.jp
yosuke_kobayashi@tr.mufg.jp
yosuke-kushiki@am.mufg.jp
yotsukura@tmam.co.jp
yo-ueda@meijiyasuda.co.jp
youichi.ueno@boj.or.jp
youko.takeda@boj.or.jp
younes.benchlikha@socgen.com
young.cho@wellsfargo.com
young.hayes@janus.com
young.k.kwon@jpmorgan.com
young.yoo@blackrock.com
young_lee@invesco.com
youngjp@nationwide.com
youngju.lee@barclaysglobal.com
youngjun.yoon@oppenheim.de
young-kil.park@helvetia.ch
youngkim@bok.or.kr
youngroe.kim@schroders.com
youngseok@bok.or.kr
youngsuli@bok.or.kr
youngsun.choi@samsung.com
youngw.yoon@samsung.com
youngwha_park@ml.com
younis.al-turabi@gibbah.com
younsp@kdb.co.kr
youri.vorobiev@vontobel.ch
yousef.shokrai@lloydstsb.co.uk
youssef.azami@bnpparibas.com
youssef.benomar@jpmorgan.com
yousuf.abbasi@orix.com
yousuke.yasui@boj.or.jp
yousuke_mitomori@am.sumitomolife.co.jp
youyi.chen@chase.com
youyi.chen@wamu.net
yo-yagura@ja-kyosai.or.jp
y-ozaki@meijiyasuda.co.jp
yozaki2@bloomberg.net

yping@westernasset.com
ypmodak@wellington.com
ypoulou@pictet.com
yprakash@tiaa-cref.org
yqin@bocusa.com
yravai-mans@bloomberg.net
yreuven@leumi.ch
ys@nbim.no
ys9@ntrs.com
ysaadat@ifc.org
ysaba@mcleanbudden.com
y-saitou@ikedabank.co.jp
ysakuma@nochubank.or.jp
ysakurai@bci.it
ysamarasinghe@payden-rygel.com
ysasaki@caxton.com
yschan@europeancredit.com
ysharma@globeop.com
yshen@babsoncapital.com
yshen@metlife.com
yshi@meag-ny.com
yshields@sric.net
yshigeta063863@po.yasuda.co.jp
yshilo@bloomberg.net
y-shimizu@ja-kochishinren.or.jp
y-shimura@yasuda-life.co.jp
yshmuylovich@nbf-us.com
ysiew@axia-advisors.com
ysk@citicib.com.cn
yskim@seoulbank.net
yspark@bok.or.kr
yssim@mas.gov.sg
y-suga@meijiyasuda.co.jp
ysuganuma@uk.tr.mufg.jp
ysuzuki@pictet.com
ytakai@sompo-japan.co.jp
y-takara@nochubank.or.jp
y-takayama@nissay.co.jp
ytakezaki@perrycap.com
ytamir@russell.com
ytheis@bankofny.com
ythor@voyageur.net
yting@bloomberg.net
ytomballe@bloomberg.net
ytong@blackrock.com
ytrhee@netian.com
yturocy@nb.com

yu.he@jpmorgan.com
yu.li@rbccm.com
yu.lin@mail.tbb.com.tw
yu.yanagisawa@axa.co.jp
yuan.xin.pek@asia.ing.com
yuan_zhou@swissre.com
yuanbol@princeton.edu
yuanchang@compuserve.com
yuanchen@bloomberg.net
yuanfan_sun_branson@freddiemac.com
yuarima@dl.dai-ichi-life.co.jp
yuc@fhlbsf.com
yuc2@nationwide.com
yucek@tskb.com.tr
yuchan.li@fmr.com
yuching@scsb.com.tw
yud@stanford.edu
yuda@nochubank.or.jp
yudhveer.chaudhry@blackrock.com
yueh.ee-leen@aberdeen-asset.com
yuehan_liu@ssga.com
yuen.chan@fmr.com
yuen.lo@bapensions.com
yuendz@bernstein.com
yuenwan@gic.com.sg
yuer@fhlbsf.com
yuet.wong@asia.bnpparibas.com
yuet@bernstein.com
yuetling.sinfailam@sgam.co.uk
yufen.lee@email.chinatrust.com.tw
yuhei_nomura@mitsui-seimei.co.jp
yuhongl@princeton.edu
yui.takamatsu@shinseibank.com
yuichi.himeno@mail.mol.co.jp
yuichi.kawamoto@mizuho-bk.co.jp
yuichi.shigeno@bis.org
yuichi_ishii@mitsubishi-trust.co.jp
yuichi-muraki@am.mufg.jp
yuichiro.tawara@uk.mufg.jp
yuichiro_shioda@mec.co.jp
yuichi-sano@am.mufg.jp
yuji-maeda@am.mufg.jp
yujisasaki@nochubank.or.jp
yuji-sujino@am.mufg.jp
yujisuzuki@nochubank.or.jp
yuka.marosek@nacm.com
yuka.nakamura@schroders.com

yuka@meijiyasudany.com
yuka1979@dl.dai-ichi-life.co.jp
yukari.mio@db.com
yukari_sakai@tr.mufg.jp
yuki.matsumura@aig.com
yuki.mizunoe@mizuho-cb.co.jp
yukie-osagawa@am.mufg.jp
yukihiro_miyata@tr.mufg.jp
yukiji.konno@pimco.com
yukiko.kawano@schroders.com
yukiko.kurachi@boj.or.jp
yukiko.shishido@schroders.com
yukiko.suzuki@ufj-partners.co.jp
yukiko.tachibana@ntt-finance.co.jp
yukiko-sano@am.mufg.jp
yukimasa_araki@tr.mufg.jp
yukio.furukawa@mizuho-cb.co.jp
yukio.ikemura@mhcb.co.uk
yukio.miyazaki@mizuho-cb.co.jp
yukio_ichikawa@tr.mufg.jp
yukio_soma@mitsui-seimei.co.jp
yukio_tominaga@mlgam.co.jp
yukishige_koichi@takeda.co.jp
yuki-sogo@am.mufg.jp
yukji.konno@pimco.com
yuko.behan@mhcb.co.uk
yuko.girard@bob.hsbc.com
yuko.nobuhara@axa.co.jp
yuko.shirase@gecapital.com
yuko.sugano@jpmorgan.com
yuko.uchida@uk.btmeurope.com
yuko_hirayama@tr.mufg.jp
yuko_noda@mitsubishi-trust.co.jp
yukok@dl.dai-ichi-life.co.jp
yukou.hirai@mizuho-cb.co.jp
yuktai.chan@threadneedle.co.uk
yul.tobaly@hcmny.com
yulia.gilman@wachovia.com
yulia.kovyliaeva@uk.fid-intl.com
yulies.kanti@bni.co.id
yumi.igarashi@axa.co.jp
yumi.kikukawa@uk.mufg.jp
yumi.suzuki@boj.or.jp
yumi_yoshida@tr.mufg.jp
yumiko.kawahara@bankofamerica.com
yumiko.licznerski@mizuhocbus.com
yumiko_matsubara@putnam.com

yumiko_sai@putnam.com
yun.chen@alliancebernstein.com
yun.lan@usbank.com
yung.wu@americas.bnpparibas.com
yung-hsung@email.esunbank.com.tw
yung-shin_kung@ml.com
yunguang_li@capgroup.com
yunhongsong@wooribank.com
yu-nishikawa@am.mufg.jp
yunjc@pw.utc.com
yunkyung.kim@aig.com
yunn@bernstein.com
yun-sang_bae@freddiemac.com
yunsooo@hanabank.com
yunus.molla@ibtco.com
yunus.moola@ibtco.com
yun-young_lee@putnam.com
yuri.basile@gestielle.it
yuri.maeda@morganstanley.com
yuri.rios@blackrock.com
yuriy.melnikov@sgcib.com
yuriy_melnikov@scudder.com
yury.dubrovsky@lazard.com
yury.gruzglin@jpmorgan.com
yusef.elfiki@citadelgroup.com
yusof.shahreza@aberdeen-asset.com
yusof@bnm.gov.my
yusong@lehman.com
yusuf.bilgic@blb.de
yusuf.randera-rees@credit-suisse.com
yusuke.umeno@shinseibank.com
yusuke_fujishima@tr.mufg.jp
yusuke_fukui@mitsubishi-trust.co.jp
yusuke_mogami@tr.mufg.jp
yusuke_tanaka@tr.mufg.jp
yusuke-akashi@am.mufg.jp
yuta_kanno@mitsubishi-trust.co.jp
yutaka.hasegawa@sumitomotrust.co.jp
yutaka.hiraoka@mizuhocbus.com
yutaka.ishikawa@fundex.co.jp
yutaka.komori@tokyostarbank.co.jp
yutaka_arikawa@ho.rokinbank.or.jp
yutaka_kawakami@tr.mufg.jp
yutaka_matsukawa@mitsui-seimei.co.jp
y-utsumi@meiji-life.co.jp
yuu.harada@mizuho-cb.co.jp
yuuitirou_katou@am.sumitomolife.co.jp

yuuji.shimada@mizuho-bk.co.jp
yuuji.wakabayashi@fi.fukoku-life.co.jp
yuuji.yokobori@boj.or.jp
yuuji_sakurai@tokaitokyo.co.jp
yuuki.sakurai@fi.fukoku-life.co.jp
yuuki.shimizu@boj.or.jp
yuuko.ogawa@shinseibank.com
yuushi001@sekisui.jp
yuusuke.onodera@fi.fukoku-life.co.jp
yuusuke.ootsubo@boj.or.jp
yuusuke.oozeki@boj.or.jp
yuuya.oowada@mizuho-bk.co.jp
yuuya_kurihara@am.sumitomolife.co.jp
yuval@illi.co.il
yuvals@migdal-group.co.il
yuvaly@koor.com
yuvraj.narayan@lloydstsb.co.uk
yuxiaochen@abchina.com
yuya_saijo@tr.mufg.jp
yuzo.yamamoto@shinseibank.com
yuzo_konishiike@tr.mufg.jp
yuzuru-iwasaki@nochubank.or.jp
yvan.chevrette@bsibank.com
yvan.eble@helvetiapatria.ch
yvan.leclercq@pharma.novartis.com
yvan.mamalet@sgam.com
yvan.meier@claridenleu.com
yvan.mencattini@lodh.com
yvan.montmasson@lodh.com
yvan.roduit@lodh.com
yvan.staelens@dexia-am.com
yvertol@cmcic.fr
yves.bavre@dexia.be
yves.chappuis@bcv.ch
yves.cochez@degroof.be
yves.cornaz@hsbcpb.com
yves.covi@juliusbaer.com
yves.crausaz@bcv.ch
yves.de.brabandere@hsbcpb.com
yves.delaporte@lodh.com
yves.dujardin@hsbc.fr
yves.fournier@bnpgroup.com
yves.gallati@hsbcpb.com
yves.glaser@groupe-mma.fr
yves.gloor@lodh.com
yves.hastert@lloydsbank.ch
yves.hauser@credit-suisse.com

yves.hausmann@caam.com
yves.kaeppelin@caam.com
yves.kissenpfennig@ubs.com
yves.kupferschmid@ubs.com
yves.lacomble@ing.be
yves.landry@credit-suisse.com
yves.longchamp@ubs.com
yves.luescher@credit-suisse.com
yves.martin@csfs.com
yves.monnat@credit-suisse.com
yves.montandon@lodh.com
yves.oloui@fortisinvestments.com
yves.pazmandy@idbs.ch
yves.perrier@caam.com
yves.petit@creditlyonnais.fr
yves.pirlet@nbb.be
yves.raymond@pioneerinvest.com
yves.robert-charue@credit-suisse.com
yves.roquet@dexia-am.com
yves.trinquet@prudential.com
yves.vanlandeghem@fortisbank.com
yves.vanlendeghem@fortis.com
yves_bazin_de_jessy@lazard.fr
yves_deschenes@mail.schneider.fr
yvette.baudron@nyc.nxbp.com
yvette.d.barto@jpmchase.com
yvette.elliott@alliancebernstein.com
yvette.klevan@larzard.com
yvette.lam@asia.bnpparibas.com
yvette_becker@swissre.com
yvlu01@handelsbanken.se
yvon.antoni@bgl.lu
yvon.choi@hk.nomura.com
yvonne.ahn@dexia-am.com
yvonne.alston@norwich-union.co.uk
yvonne.barton@bg-int.com
yvonne.baumeler@credit-suisse.com
yvonne.christie@aegon.co.uk
yvonne.davenport-ruby@sixcontinents.com
yvonne.goetz@ubs.com
yvonne.jara@pimco.com
yvonne.kurkowski@vuw.com
yvonne.l.pop@dartmouth.edu
yvonne.lange@union-investment.de
yvonne.lauer@hypointernational.com
yvonne.lebowski@lbb.lu
yvonne.li@db.com

yvonne.longley@morganstanley.com
yvonne.lui@hsbc.com.hk
yvonne.mcgrann@insightinvestment.com
yvonne.pennock@aiminvestments.com
yvonne.provost@prudential.com
yvonne.quintero@westam.com
yvonne.sigrist@dexia.be
yvonne.siljelof@sebank.se
yvonne.so@wamu.net
yvonne.thomas@ubs.com
yvonne.tran@jpmorgan.com
yvonne.vogt@db.com
yvonne.wang@schroders.com
yvonne_garza@amdahl.com
yvonne_tai@ssga.com
yvonnetan@gic.com.sg
ywan@caxton.com
ywhittenberger@russell.com
yx36@cornell.edu
yxia@tiaa-cref.org
yxiong@aegonusa.com
yxu@federatedinv.com
yxu@smbc-cm.com
yxu@tiaa-cref.org
yxwang@wellington.com
yyamada@dl.dai-ichi-life.co.jp
y-yamada@nochubank.or.jp
yyamamoto@us.mufg.jp
y-yamaza@nochubank.or.jp
yyang@wellington.com
y-yasuda@nochubank.or.jp
yyc@clinton.com
yyeong@bankofny.com
yyevsyukova@calstrs.com
yylee@mas.gov.sg
y-yokoyama@taiyo-seimei.co.jp
yyoo@canyonpartners.com
yyoshida@jabankfukuoka.or.jp
y-yoshizawa@toyotrustbank.co.jp
yyousry@eab-online.com
yzerizef@russell.com
yzhang@smithbreeden.com
yzhong@blackrock.com
yzhu@frk.com
z.canter@fnysllc.com
z.jiang@robeco.nl
z.john.atanas@exxonmobil.com

z.t@axa.fr.com
z07779@email.chinatrust.com.tw
zabadal.juraj@slsp.sk
zac.bobolakis@ubs.com
zac@capgroup.com
zaccaro1@bloomberg.net
zach.chaudry@lgim.co.uk
zach.ingraham@bwater.com
zach.mecelis@glgpartners.com
zach.schroeder@ncmcapital.com
zach.wagner@bankofamerica.com
zach_peterson@freddiemac.com
zachary.alpern@blackrock.com
zachary.barton@bancaintesa.co.uk
zachary.berger@moorecap.com
zachary.bornstein@gs.com
zachary.carvell@erstebank.at
zachary.harl@bankofamerica.com
zachary.latif@tdsecurities.com
zachary.moore@barclaysglobal.com
zachary.stewart@morganstanley.com
zachary.tyler@wellsfargo.com
zachary.z.lim@dartmouth.edu
zachary.ziliak@ubs-oconnor.com
zachary_harrison@putnam.com
zachary_smith@freddiemac.com
zachbloom@northwesternmutual.com
zachia.mehdi@gartmore.com
zack.hocking@cis.co.uk
zack@moorecap.com
zack_z_li@fanniemae.com
zackery.sizemore@4086.com
zafar.i.rizvi@unb.ae
zafar.parker@resbank.co.za
zafarkhan@bloomberg.net
zaff@bnm.gov.my
zafkari@metlife.com
zafrin.rahman@alliancebernstein.com
zaheealwadiuser@company.com
zaheer@sfc-uk.com
zahid.mustafa@bankofamerica.com
zahid_abbasi@fanniemae.com
zahir.lalani@dfait-maeci.gc.ca
zahiye.yuksel@ubs.com
zahmed@westernasset.com
zahra.kassim-lakha@vendome.com
zaid.haider@genworth.com

zain.latif@hsbcib.com
zain.nizami@ubs.com
zainal@bi.go.id
zak.abideen@ge.com
zak@pauligroup.com
zak@ubp.ch
zaki.orbell@glgpartners.com
zaki.sabir@bailliegifford.com
zakia_andrews@vanguard.com
zaliha.morshidi@bialondon.co.uk
zama@dl.dai-ichi-life.co.jp
zaman_asif@gsb.stanford.edu
zami.salaria@ge.com
zammit.lf@mellon.com
zamoraantonio@bancourquijo.com
zancanella@bordier.com
zandraz@mcm.com
zane.rowe@coair.com
zani@bnm.gov.my
zaninahbuang@gic.com.sg
zantia@bankofcanada.ca
zapin@bloomberg.net
zaretsky@ellington.com
zarezov@vtb.ru
zaroogianm@vankampen.com
zarwanskim@aeltus.com
zatkalik.michal@slsp.sk
zawodskyc@bank-bgld.at
zayedalmansoori@adic.co.ae
zboustani@groupama-am.fr
zbrown@lordabbett.com
zc@bloomberg.net
zc@dartmouth.edu
zc17@cornell.edu
zchen@mas.gov.sg
zcowperthwaite@loomissayles.com
zdalloul@bloomberg.net
zdeen@fhlbc.com
zdemiri@leggmason.com
zdichynec@bloomberg.net
zdonovan@steinroe.com
zeba_ahmad@ustrust.com
zeev.lev@mailpoalim.co.il
zeevdani@bloomberg.net
zeevg@fibi.co.il
zeevn@bll.co.il
zeg@capgroup.com

zeidan1@bloomberg.net
zeitsch@dbs.com
zekany@adelphi-capital.com
zeki.aydemir@finansbank.com.tr
zelcah.farsijany@csam.com
zeljka.bosner@fmr.com
zeljko.korica@claridenleu.com
zeljko.tipuric@feri.de
zemeg@bpn.it
zemira.montemarano@ubs.com
zena.irving@inginvestment.com
zenah.shuhaiber@jpmorgan.com
zenaya.lndb@bloomberg.net
zennatan@gic.com.sg
zeno.staub@vontobel.ch
zenon.voyiatzis@ubs.com
zesa.gewertzman@gmam.com
zeuthen.r@tbcam.com
zev.halstuch@alliancebernstein.com
zeynep.korzay@lgim.co.uk
zfuchs@allstate.com
zgozali@dkpartners.com
zh.chenhy@intl.abocn.com
zh.chugq@intl.abocn.com
zh.guishan@intl.abocn.com
zh.lirsh@intl.abocn.com
zh.makai@intl.abocn.com
zh.wanghy@intl.abocn.com
zh.yanch@intl.abocn.com
zh.zhangh@intl.abocn.com
zh.zhangzhj@abocn.com
zh.zlu@intl.abocn.com
zh.zzg@intl.abocn.com
zhalpern@lordabbett.com
zhamel@tortoiseadvisors.com
zhan.liu@aig.com
zhan.yueping@icbccs.com.cn
zhang.jane@edgeassetmgt.com
zhangdm@citic.com
zhangguoxing@95599.sh.cn
zhanghaifeng@zj.icbc.com.cn
zhangjie@citicib.com.cn
zhangjy@bocgroup.com
zhangqiulin@citicbank.com
zhangwenjun2@cmbc.com.cn
zhangxiaowei@cmbchina.com
zhangyun@abchina.com

zhao.suo@icbc.com.cn
zhao.wang@ge.com
zhaochen@icbc.com.cn
zhaochuanxin@icbc.com.cn
zhaojingliang@citicib.com.cn
zhaomei@citicbank.com
zhaosheng_su@goam.de
zhaoxiaodong@ftsfund.com
zhaozhongming@sh.icbc.com.cn
zhbliu@intl.abocn.com
zhcy@intl.abocn.com
zhdb@intl.abocn.com
zhe.liu@dartmouth.edu
zhebin.qian@dartmouth.edu
zhen.x.li@jpmchase.com
zheng.x.wang@jpmchase.com
zheng_fang@jpmorgan.com
zhengx@tcwgroup.com
zhfm@intl.abocn.com
zhfz@intl.abocn.com
zhgndf@intl.abocn.com
zhhgf@intl.abocn.com
zhhrm@intl.abocn.com
zhiguohe@princeton.edu
zhihm@intl.abocn.com
zhijian@dbs.com
zhikai.xu@ingim.com
zhikai_chen@putnam.com
zhilun.pang@jpmorgan.com
zhipengw@ssf.gov.cn
zhitong_zhang@fanniemae.com
zhitong_zhang@troweprice.com
zhiwei.feng@barcap.com
zhixin_shu@newton.co.uk
zhliq@intl.abocn.com
zhliyj@intl.abocn.com
zhlqp@intl.abocn.com
zhlsq@intl.abocn.com
zhlxi@intl.abocn.com
zhlxt@hxb.com.cn
zhmlq@iintl.abocn.com
zhmw@hxb.com.cn
zhong.zheng@power.alstom.com
zhongwu.huang@wamu.net
zhou@ellington.com
zhou_y_liu@fanniemae.com
zhoucg@icbc.com.cn

zhouhongbo@citicbank.com
zhouj@deshaw.com
zhouli@gtjas.com
zhouqianjbcq@abchina.com
zhout@nationwide.com
zhouyunying@citicbank.com
zhpxd@intl.abocn.com
zhqm@intl.abocn.com
zhryspayeva@kkb.kz
zhsf@intl.abocn.com
zhsj@intl.abocn.com
zhtan@mas.gov.sg
zhu@jhancock.com
zhuanxin_ding@nacm.com
zhubing@abchina.com
zhuguoqing@ftsfund.com
zhuhong@citicib.com.cn
zhulei@dbs.com
zhulyjanet@ocbc.com.sg
zhussain@aegonusa.com
zhuweimin@gic.com.sg
zhuxianda@icbc.co.jp
zhuyang@citicib.com.cn
zhuz@nationwide.com
zhwgs@intl.abocn.com
zhwv@intl.abocn.com
zhwxue@intl.abocn.com
zhwzk@intl.abocn.com
zhzq@intl.abocn.com
zhzxf@intl.abocn.com
zi.jung@pncbank.com
zia_e_qasim@vanguard.com
ziad.azzam@juliusbaer.com
ziad.boustani@ubs.com
ziad.sawan@nbad.ae
zichong_wang@ssga.com
zidany@adic.ae
zierk@rentec.com
zifan.tang@barclaysglobal.com
zigantes@lloydadriatico.it
ziggy.stubelek@wachovia.com
zili_zhang@americancentury.com
ziliakj@nationwide.com
zilla.ford@rlam.co.uk
zilver@pimco.com
zimmermanr@sph-spms.nl
zimpelmann@rentenbank.de

zina.psiola@claridenleu.com
zineb.bouazzaoui@natixis.us
zinzaa@po2.jsf.co.jp
ziper@mizrahi.co.il
zipp@ellington.com
ziqbal@worldbank.org
zirmanb@jwseligman.com
zirong_zhang@fanniemae.com
zishan.cheema@aig.com
zitta.moncada@telekom.de
ziyoon@wooribank.com
ziyun_nakazima@am.sumitomolife.co.jp
ziyuniti_suzuki@am.sumitomolife.co.jp
zjs2@cornell.edu
zjwhjys@zj.icbc.com.cn
zjzhang@princeton.edu
zkarabell@alger-ny.com
zkecm@allstate.com
zkhaled@eab-online.com
zlarkin@wasatchadvisors.com
zlata.gagarina@csadvisorypartners.com
zlatko.martinic@barclaysglobal.com
zli@ellington.com
zmarzec@bradfordmarzec.com
zmccune@wamumortgage.com
zmian@allstate.com
zmiddleton@oaktreecap.com
zmjcmb@cmbchina.com
zneale@delinvest.com
znodal@ahorro.com
znonie@mtildn.co.uk
zoa.tr@adia.ae
zodwa.matsau@resbank.co.za
zoe.a.harbut@jpmorgan.com
zoe.chen@lazard.com
zoe.goodman@alliancebernstein.com
zoe.harber@glgpartners.com
zoe.matthews@db.com
zoe.oakman@morganstanley.com
zoe.von-streng@ubs.com
zoe.x.pye@jpmchase.com
zoe_kan@newton.co.uk
zoe_sy_cheung@hkma.gov.hk
zoemcke@babsoncapital.com
zoey.lin@fmr.com
zoila_serrano@acml.com
zoltan.koch@rcm.at

zoltan.pozsar@ny.frb.org
zoltan.szelyes@credit-suisse.com
zoom1220@kdb.co.kr
zoran.mitrovski@credit-suisse.com
zoran.vojvodic@agf.com
zoran_stanisljevic@ssga.com
zorrozoe@bloomberg.net
zouhair.bechchar@calyon.com
zouheir.bentamarout@dexia-am.com
zperry@dlbabson.com
zperry@frk.com
zqasim@wilmingtontrust.com
zraja@apicorp-arabia.com
zrivilla.madrid@sinvest.es
zrubinstein@hapoalimusa.com
zs@lpf.org.uk
zsanae_givens@capgroup.com
zshafran@waddell.com
zshao@bloomberg.net
zsofia@rrcol.com
zsolt.banky@bnpparibas.com
zsu@mail.notes.bank-of-china.com
zsummerscale@babsoncapital.com
zsuzsana_degia@ufjbank.co.jp
ztanaka@delinvest.com
ztananbaum@perrycap.com
ztsong@bloomberg.net
ztucker@caxton.com
zturnage@barrow.com
zubair.ghouse@dkib.com
zubeldia@bloomberg.net
zubin.kapadia@pimco.com
zubin.mogul@us.ing.com
zubin_alemo@fanniemae.com
zucca@eib.org
zuck@skba.com
zuhebs@microsoft.com
zulaga.l@mellon.com
zulauf.invest@spectraweb.ch
zulekha.lakhani@barcap.com
zulfadzlie@bnm.gov.my
zulfiqar.ali@prudential.com
zulfiqar@bnm.gov.my
zumaetj@towers.com
zuppoj@ferro.com
zurbruegg.daniel@pmintl.ch
zurich_otc@swissre.com

zuzana.buzzell@fmr.com
zuzana.hurych@chase.com
zuzana.patrakova@cnb.cz
zuzics@hmc.harvard.edu
zvi.shapiro@sscims.com
zwa@lrc.ch
zwang@luminentcapital.com
zweverink@bloomberg.net
zwoa@pggm.nl
zwojczakowsk@bloomberg.net
zwokczakowsk@bloomberg.net
zwydra@wscapital.com
zxiao@princeton.edu
zyap@princeton.edu
zyu@eatonvance.com
zzbertra@gic.com
zzeid@fnb.com.lb
zzhang@mail.notes.bank-of-china.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| 1199 HEALTH CARE EMPLOYEES PENSION FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| 1199 HEALTH CARE EMPLOYEES PENSION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| 1199 HEALTH CARE EMPLOYEES PENSION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| 3M DEFINED CONTRIBUTION PLANS | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| 801 GRAND 2006-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| 801 GRAND 2006-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| 801 GRAND 2006-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| 801 GRAND 2006-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| 801 GRAND 2006-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| 801 GRAND 2006-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| 801 GRAND 2006-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| 801 GRAND 2006-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| 801 GRAND 2006-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| 801 GRAND 2006-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| 801 GRAND 2006-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| 801 GRAND 2006-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| 801 GRAND 2006-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| 801 GRAND CDO SPC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| 801 GRAND CDO SPC SERIES 2006-1 | IL 60661 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| 801 GRAND CDO SPC SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| 81 VH HOLDING SARL | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| 81 VH HOLDING SARL | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| 81 VH HOLDING SARL | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| 81 VH HOLDING SARL | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| 81 VH HOLDING SARL | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| 81 VH HOLDING SARL | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| 81 VH HOLDING SARL | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| 81 VH HOLDING SARL | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 81 VH HOLDING SARL | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 81 VH HOLDING SARL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 81 VH HOLDING SARL | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| 81 VH HOLDING SARL | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| 81 VH HOLDING SARL | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| 81 VH HOLDING SARL | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| 81 VH HOLDING SARL | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| 81 VH HOLDING SARL | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| A-CAMPUS BRAUNSCHWEIG SARL | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ABU DHABI INVESTMENT AUTHORITY | BRIDGEWATER ASSOCIATES INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ABU DHABI INVESTMENT AUTHORITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ABU DHABI INVESTMENT AUTHORITY | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ABU DHABI INVESTMENT AUTHORITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ABU DHABI RETIREMENT PENSIONS & BENEFITS FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ABU DHABI RETIREMENT PENSIONS & BENEFITS FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ACCESS GROUP INC SERIES 2005-A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| ACCESS GROUP INC SERIES 2005-A | IL 60661 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ACCESS GROUP INC SERIES 2005-B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ACCESS GROUP SERIES 2007-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ACCESS GROUP SERIES 2007-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ACCESS GROUP SERIES 2007-A | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ACCESS GROUP SERIES 2007-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ACCESS GROUP SERIES 2007-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ACCESS GROUP SERIES 2007-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ACCESS GROUP SERIES 2007-A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| ACCESS GROUP SERIES 2007-A | STREET 3RD FLOOR BOSTON MA 02110 |
| ACCESS GROUP SERIES 2007-A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ACCESS GROUP SERIES 2007-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ACCESS GROUP SERIES 2007-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ACCESS GROUP SERIES 2007-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ACCESS GROUP SERIES 2007-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ACCESS GROUP SERIES 2007-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ACCESS GROUP SERIES 2007-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ACCESS GROUP SERIES 2007-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ACCIDENT COMPENSATION CORPORATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ACCIDENT COMPENSATION CORPORATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AGILENT TECHNOLOGIES UK LTD RETIREMENT BENEFITS PL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AGILENT TECHNOLOGIES UK LTD RETIREMENT BENEFITS PL | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AIRLIE CDO I LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AIRLIE CDO I LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AIRLIE CDO I LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AIRLIE CDO I LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AIRLIE CDO I LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AIRLIE CDO I LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AIRLIE CDO I LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AIRLIE CDO I LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AIRLIE CDO I LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AIRLIE CDO I LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AIRLIE CDO I LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AIRLIE CDO I LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AIRLIE CDO I LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AIRLIE CDO I LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AIRLIE CDO I LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| AIRLIE CDO I LIMITED | FLOOR LAGUNA HILLS CA 92653 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ALASKA ELECTRICAL PENSION FUND INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALASKA ELECTRICAL PENSION FUND INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALEPPA FUNDING II LLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALEPPA FUNDING II LLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| TR 2005-A | CLARENDON STREET BOSTON MA 02116 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ALLIANZ AUSTRALIA INSURANCE LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ AUSTRALIA INSURANCE LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ EMPLOYEES MASTER RETIR EMENTTRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA – | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA – | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ SE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ALPHA MEZZ CDO 2007-1, LTD. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| ALPHA MEZZ CDO 2007-1, LTD. | STREET 16TH FLOOR HOUSTON TX 77002 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ALPHA MEZZ CDO 2007-1, LTD. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ALTA CDO 2007-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ALTA CDO 2007-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ALTA CDO 2007-1 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ALTA CDO 2007-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ALTA CDO 2007-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ALTA CDO 2007-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ALTA CDO 2007-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ALTA CDO 2007-1 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTA CDO 2007-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTA CDO 2007-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ALTA CDO 2007-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ALTA CDO 2007-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALTA CDO 2007-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALTA CDO 2007-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ALTA CDO 2007-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ALTERNATIVE MULTI STRATEGY FUND LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ALTERNATIVE MULTI-STRATEGY FUND LTD (THE) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AMERADA HESS CORPORATION EMPLOYEES PENSION PLAN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| AMERADA HESS CORPORATION EMPLOYEES PENSION PLAN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| AMERICAN CHEMICAL SOCIETY INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| AMERICAN CHEMICAL SOCIETY INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN CHEMICAL SOCIETY PETROLEUM RESEARCH FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN CHEMICAL SOCIETY PETROLEUM RESEARCH FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN CHEMICAL SOCIETY RETIREMENT FUND TRUST | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN HEART ASSOCIATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN HEART ASSOCIATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN SKANDIA TRUST - ADVANCED STRATEGIES PORTF | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICAN SKANDIA TRUST - ADVANCED STRATEGIES PORTF | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AMERICREDIT 2005-B-M | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AMERICREDIT 2005-B-M | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AMERICREDIT 2005-B-M | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AMERICREDIT 2005-B-M | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AMERICREDIT 2005-B-M | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMERICREDIT 2005-B-M | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AMERICREDIT 2005-B-M | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AMERICREDIT 2005-B-M | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMERICREDIT 2005-B-M | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMERICREDIT 2005-B-M | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AMERICREDIT 2005-B-M | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AMERICREDIT 2005-B-M | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMERICREDIT 2005-B-M | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMERICREDIT 2005-B-M | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AMERICREDIT 2005-B-M | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AMERICREDIT AUTOMOBILE RECEIVABLES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| TRUST 2007-D-F | 10286 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AMGEN RETIREMENT AND SAVINGS PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| AMMC CLO III LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AMMC CLO III LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AMMC CLO III LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AMMC CLO III LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AMMC CLO III LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMMC CLO III LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AMMC CLO III LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AMMC CLO III LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO III LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO III LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AMMC CLO III LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AMMC CLO III LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO III LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO III LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| AMMC CLO III LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AMMC CLO IV LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AMMC CLO IV LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AMMC CLO IV LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AMMC CLO IV LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AMMC CLO IV LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMMC CLO IV LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AMMC CLO IV LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AMMC CLO IV LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO IV LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO IV LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AMMC CLO IV LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AMMC CLO IV LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO IV LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO IV LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AMMC CLO IV LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AMMC CLO V LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AMMC CLO V LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AMMC CLO V LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AMMC CLO V LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AMMC CLO V LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMMC CLO V LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AMMC CLO V LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AMMC CLO V LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO V LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO V LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| AMMC CLO V LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AMMC CLO V LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO V LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO V LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AMMC CLO V LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AMMC CLO VI LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AMMC CLO VI LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AMMC CLO VI LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AMMC CLO VI LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AMMC CLO VI LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMMC CLO VI LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AMMC CLO VI LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AMMC CLO VI LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO VI LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AMMC CLO VI LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AMMC CLO VI LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AMMC CLO VI LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO VI LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AMMC CLO VI LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AMMC CLO VI LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AMP CAPITAL INVESTORS LTD - FD INTERNATIONAL BOND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| AMP CAPITAL INVESTORS LTD - FD INTERNATIONAL BOND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| AMP CAPITAL INVESTORS LTD - FUTURE DIRECTIONS INTE | 2 LIBERTY SQUARE BOSTON MA 02109 |
| AMP CAPITAL INVESTORS LTD - FUTURE DIRECTIONS INTE | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| ANDERSON CORP. EMPLOYEES PENSION & RETIREMENT TRST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| ANDREW W MELLON FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ANGLIOLIERI FINANCE PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| ANGLIOLIERI FINANCE PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANGLIOLIERI FINANCE PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANGLIOLIERI FINANCE PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANGLIOLIERI FINANCE PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANGLIOLIERI FINANCE PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANGLIOLIERI FINANCE PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANGLIOLIERI FINANCE PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANGLIOLIERI FINANCE PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANGLIOLIERI FINANCE PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANGLIOLIERI FINANCE PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANGLIOLIERI FINANCE PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANGLIOLIERI FINANCE PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANGLIOLIERI FINANCE PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANGLIOLIERI FINANCE PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCE COMPANY (DIS 1) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (32) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (32) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (32) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (36) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (40) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (44) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (44) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (44) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (48) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (50) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (7) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (7) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (AWF) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (GMN) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (IR-16) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (IR-17) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (J R-38) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-10) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-12) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-13) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-21) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-23) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-27) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (JR-34) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-35) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-40) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (JR-47) | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (JR-49) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (JR-49) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (JR-50) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE BALANCED COMPANY (JR-51) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-52) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-54) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (JR-58) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (JR-60) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR46) | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR48) | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (LIBGDF) | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |

| Claim Name | Address Information |
|---|---|
| LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (ODSF) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (ODSF) LTD – MAY | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE BALANCED COMPANY (R-20) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (R-22) | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (R-23) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (R-24) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (R-25) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (R-5) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (R-7) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY IR-19 | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE BALANCED COMPANY IR-19 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE BALANCED COMPANY IR-19 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 1) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 10) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 12) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 18) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 23) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
| --- | --- |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 27) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 7) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE INVESTMENTS (CAYMAN ) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC | AIB INTERNATIONAL CENTRE IFSC DUBLIN 1 IRELAND |
| ANTHRACITE MASTER CO (2) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE MASTER CO (2) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE MASTER CO (2) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ANTHRACITE MASTER COMPANY (4) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE MASTER COMPANY (4) LTD | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ANTHRACITE MASTER COMPANY (4) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE RATED INVESTMENTS (JR-14) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE RATED INVESTMENTS (R-15) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE RATED INVESTMENTS JERSEY SERIES 45 | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE REFERENCE COMPANY (23) LTD | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AQUAMARINE FINANCE PLC SERIES 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AQUAMARINE FINANCE PLC SERIES 2004-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARCHDIOCESAN PENSION PLAN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ARCHDIOCESE OF NEW YORK PENSIO N PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ARCHDIOCESE OF NEW YORK PENSIO N PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ARCHDIOCESE OF ST. LOUIS | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARES IIR CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARES IIR CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES IIR CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| ARES IIR CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES IIR CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARES IIR CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES IIR CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES IIR CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES IIR CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES IIR CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES IIR CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES IIR CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES IIR CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES IIR CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES IIR CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARES IX CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARES IX CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES IX CLO LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARES IX CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES IX CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARES IX CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES IX CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES IX CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES IX CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES IX CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES IX CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES IX CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES IX CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES IX CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARES VIII CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| ARES VIII CLO LTD | FLOOR NEW YORK NY 10005 |
| ARES VIII CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES VIII CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARES VIII CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES VIII CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARES VIII CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES VIII CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES VIII CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES VIII CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES VIII CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES VIII CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES VIII CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES VIII CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES VIII CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES VIII CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARES VIR CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARES VIR CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES VIR CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARES VIR CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES VIR CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARES VIR CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES VIR CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES VIR CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES VIR CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES VIR CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES VIR CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES VIR CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| ARES VIR CLO LTD | STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES VIR CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES VIR CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES VIR CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARES X CLO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARES X CLO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES X CLO LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARES X CLO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES X CLO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARES X CLO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES X CLO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES X CLO LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES X CLO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES X CLO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES X CLO LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES X CLO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES X CLO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES X CLO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES X CLO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARES XII CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARES XII CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARES XII CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARES XII CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARES XII CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARES XII CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARES XII CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARES XII CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES XII CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| ARES XII CLO LTD | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARES XII CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARES XII CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARES XII CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES XII CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARES XII CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARES XII CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARG FUNDING CORP SERIES 2005-1B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARG FUNDING CORP SERIES 2005-2 A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2 B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|------------|---------------------|
| ARG FUNDING CORP SERIES 2005-2A | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARG FUNDING CORP SERIES 2005-2A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| ARG FUNDING CORP SERIES 2005-2B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ARG FUNDING CORP SERIES 2005-2B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ARTSFARE 2006 TRUST NO 1 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ARTSFARE 2006 TRUST NO 1 | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ASCENSION HEALTH | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ASCENSION HEALTH | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ASCENSION HEALTH INSURANCE LTD – FULLY DISCRETIONA | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| ASCENSION HEALTH RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| ASCENSION HEALTH RETIREMENT TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| ASCENSION HEALTH WELFARE BENEFIT PLAN – CORE FULL | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| ASCENSION HEALTH WELFARE BENEFIT PLAN – CORE FULL | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| ASHLAND INC MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ASHLAND INC MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ASHLAND INC. MASTER PENSION TRUST | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ASPEN AMBROSE LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ASPEN AMBROSE LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ASPEN AMBROSE LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ASPEN AMBROSE LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ASPEN AMBROSE LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ASPEN AMBROSE LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ASPEN AMBROSE LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ASPEN AMBROSE LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN AMBROSE LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN AMBROSE LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ASPEN AMBROSE LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ASPEN AMBROSE LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN AMBROSE LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN AMBROSE LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ASPEN AMBROSE LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| ASPEN BELL LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ASPEN BELL LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ASPEN BELL LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ASPEN BELL LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ASPEN BELL LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ASPEN BELL LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ASPEN BELL LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ASPEN BELL LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN BELL LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN BELL LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ASPEN BELL LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ASPEN BELL LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN BELL LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN BELL LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ASPEN BELL LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ASPEN LUCIAN LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ASPEN LUCIAN LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ASPEN LUCIAN LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ASPEN LUCIAN LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ASPEN LUCIAN LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ASPEN LUCIAN LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ASPEN LUCIAN LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ASPEN LUCIAN LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN LUCIAN LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN LUCIAN LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ASPEN LUCIAN LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
| --- | --- |
| ASPEN LUCIAN LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN LUCIAN LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN LUCIAN LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ASPEN LUCIAN LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ASPEN NOAH LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ASPEN NOAH LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ASPEN NOAH LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ASPEN NOAH LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ASPEN NOAH LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ASPEN NOAH LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ASPEN NOAH LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ASPEN NOAH LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN NOAH LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASPEN NOAH LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ASPEN NOAH LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ASPEN NOAH LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN NOAH LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASPEN NOAH LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ASPEN NOAH LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AST COLLECTIVE INVESTMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST COLLECTIVE INVESTMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST COLLECTIVE INVESTMENT TRUST – PIMCO COMMODITIE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST COLLECTIVE INVESTMENT TRUST – PIMCO COMMODITIE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST COLLECTIVE INVESTMENT TRUST- PIMCO TOTAL RETUR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST COLLECTIVE INVESTMENT TRUST- PIMCO TOTAL RETUR | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST GOLDMAN SACHS HIGH YIELD PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AST GOLDMAN SACHS HIGH YIELD PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ASTREA LLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| ASTREA LLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ASTREA LLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ASTREA LLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ASTREA LLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ASTREA LLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ASTREA LLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ASTREA LLC | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASTREA LLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ASTREA LLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ASTREA LLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ASTREA LLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASTREA LLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ASTREA LLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ASTREA LLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ATRIUM CDO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ATRIUM CDO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ATRIUM CDO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ATRIUM CDO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ATRIUM CDO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ATRIUM CDO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ATRIUM CDO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ATRIUM CDO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ATRIUM CDO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ATRIUM CDO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ATRIUM CDO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ATRIUM CDO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| ATRIUM CDO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ATRIUM CDO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ATRIUM CDO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ATRIUM III CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ATRIUM III CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ATRIUM III CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ATRIUM III CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ATRIUM III CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ATRIUM III CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ATRIUM III CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ATRIUM III CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ATRIUM III CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ATRIUM III CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ATRIUM III CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ATRIUM III CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ATRIUM III CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ATRIUM III CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ATRIUM III CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AUSGLEICHSFONDS DER AHV | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| AUSTRALIANSUPER | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AUSTRALIANSUPER | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AVIV LCDO 2006-1 LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AVIV LCDO 2006-1 LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AVIV LCDO 2006-1 LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AVIV LCDO 2006-1 LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AVIV LCDO 2006-1 LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AVIV LCDO 2006-1 LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AVIV LCDO 2006-1 LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| AVIV LCDO 2006-1 LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AVIV LCDO 2006-1 LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AVIV LCDO 2006-1 LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AVIV LCDO 2006-1 LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AVIV LCDO 2006-1 LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AVIV LCDO 2006-1 LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AVIV LCDO 2006-1 LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AVIV LCDO 2006-1 LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AVIV LCDO 2006-2 LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| AVIV LCDO 2006-2 LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| AVIV LCDO 2006-2 LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| AVIV LCDO 2006-2 LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| AVIV LCDO 2006-2 LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AVIV LCDO 2006-2 LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| AVIV LCDO 2006-2 LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| AVIV LCDO 2006-2 LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AVIV LCDO 2006-2 LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AVIV LCDO 2006-2 LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| AVIV LCDO 2006-2 LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| AVIV LCDO 2006-2 LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AVIV LCDO 2006-2 LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| AVIV LCDO 2006-2 LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| AVIV LCDO 2006-2 LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| AZL PIMCO FUNDAMENTAL INDEXPLUS TOTAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZL PIMCO FUNDAMENTAL INDEXPLUS TOTAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZL TARGETPLUS BALANCED FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZL TARGETPLUS BALANCED FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| AZL TARGETPLUS GROWTH FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZL TARGETPLUS GROWTH FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZL TARGETPLUS MODERATE FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AZL TARGETPLUS MODERATE FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BABCOCK INTERNATIONAL GROUP PENSION SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BALBOA CDO I LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BALBOA CDO I LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BALBOA CDO I LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BALBOA CDO I LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BALBOA CDO I LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BALBOA CDO I LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BALBOA CDO I LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BALBOA CDO I LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BALBOA CDO I LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BALBOA CDO I LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BALBOA CDO I LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BALBOA CDO I LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BALBOA CDO I LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BALBOA CDO I LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BALBOA CDO I LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| BALLYROCK ABS CDO 2007-1 LTD | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BALLYROCK ABS CDO 2007-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BALTIMORE MD (CITY OF) EMPLOYEES' RETIREMENT SYSTE | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| BALTIMORE MD (CITY OF) EMPLOYEES' RETIREMENT SYSTE | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| BANK OF CHINA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BANK OF CHINA LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BANK OF THAILAND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BANNER HEALTH SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BANNER HEALTH SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BAPTIST FOUNDATION OF TEXAS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BAPTIST FOUNDATION OF TEXAS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BAPTIST HEALTHCARE SYSTEM INC | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BARCLAYS BANK UK RETIREMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BARCLAYS BANK UK RETIREMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BARLOWORLD CIF TRUSTEES LIMITE D | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BARLOWORLD CIF TRUSTEES LIMITE D | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BARLOWORLD PENSION TRUST LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BARNES JEWISH CHRISTIAN HEALTH SYSTEM | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| BARNES JEWISH CHRISTIAN HEALTH SYSTEM | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BARTON SPRINGS CDO LIMITED SPC SERIES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| 2005-1 | MARKET STREET WILMINGTON DE 19890 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BARTON SPRINGS CDO LIMITED SPC SERIES 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| BASF CORPORATION PENSION MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BASF CORPORATION PENSION MASTER TRUST | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BASF CORPORATION PENSION MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BAYCARE HEALTH SYSTEMS | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| BAYCARE HEALTH SYSTEMS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BAYCARE HEALTH SYSTEMS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BELL ATLANTIC MASTER TRUST TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BELL ATLANTIC MASTER TRUST TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BELLE HAVEN ABS CDO 2005-1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BELLE HAVEN ABS CDO 2005-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| BELLE HAVEN ABS CDO 2006-1 | 21045 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BELLE HAVEN ABS CDO 2006-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BELLE HAVEN ABS CDO 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2005-10 | STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2005-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2005-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2005-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2005-14 | 02116 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2005-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2005-16 | 21045 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2005-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2005-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-13 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
| --- | --- |
| BERYL FINANCE LIMITED SERIES 2006-17 | 21045 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-17 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2006-5 | STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2006-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2006-6 | STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2006-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-13 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-13 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-17 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-17 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-18 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-18 | IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-19 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-8 | IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2007-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-12 | STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-13 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-14 | 02116 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-16 | 21045 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-17 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-17 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|------------|---------------------|
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-7 | 21045 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LIMITED SERIES 2008-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD SERIES 2005-1 | STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LTD SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LTD SERIES 2005-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LTD SERIES 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LTD SERIES 2005-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD SERIES 2005-4 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LTD SERIES 2005-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERYL FINANCE LTD SERIES 2006-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD SERIES 2006-11 | MARKET STREET WILMINGTON DE 19890 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BERYL FINANCE LTD SERIES 2006-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BERIPQ FINANCE LTD SERIES 2006-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BLUESTEP FINANCE (NO2) LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BLUESTEP FINANCE (NO2) LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BMO HARRIS OPPORTUNITY BOND PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BMW (UK) OPERATIONS PENSION SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BMW (UK) OPERATIONS PENSION SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BOCCACCIO FINANCE PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BOCCACCIO FINANCE PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BOCCACCIO FINANCE PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BOCCACCIO FINANCE PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BOCCACCIO FINANCE PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BOCCACCIO FINANCE PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BOCCACCIO FINANCE PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BOCCACCIO FINANCE PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BOCCACCIO FINANCE PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BOCCACCIO FINANCE PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BOCCACCIO FINANCE PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BOCCACCIO FINANCE PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BOCCACCIO FINANCE PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BOCCACCIO FINANCE PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BOCCACCIO FINANCE PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BON SECOURS HEALTH SYSTEM | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| BON SECOURS HEALTH SYSTEM | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| BOSTON HARBOR CLO 2004-1 LIMITED | STREET, FLOOR 14 NEW YORK NY 10016 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BOSTON HARBOR CLO 2004-1 LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BPL CONSUMERS SRL | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BPL CONSUMERS SRL | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BPL CONSUMERS SRL | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BPL CONSUMERS SRL | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BPL CONSUMERS SRL | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BPL CONSUMERS SRL | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BPL CONSUMERS SRL | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BPL CONSUMERS SRL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BPL CONSUMERS SRL | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BPL CONSUMERS SRL | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BPL CONSUMERS SRL | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BPL CONSUMERS SRL | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BPL CONSUMERS SRL | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| BPL CONSUMERS SRL | FLOOR LAGUNA HILLS CA 92653 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BRIARWOOD COMMERCIAL PAPER TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BRIDGEWATER ASSOCIATES, INC. | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRIDGEWATER ASSOCIATESA/C BRIDGEWATER PURE ALPHA | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BROWN BROTHERS HARRIMAN TRUST COMPANY (CAYMAN) LTD | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BRUNEI SHELL PROVIDENT FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BTDJM PHASE II ASSOCIATE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BTDJM PHASE II ASSOCIATE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BTDJM PHASE II ASSOCIATE | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BTDJM PHASE II ASSOCIATE | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BTDJM PHASE II ASSOCIATE | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BTDJM PHASE II ASSOCIATE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BTDJM PHASE II ASSOCIATE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BUSINESS DEVELOPMENT BANK OF CANADA | 2 LIBERTY SQUARE BOSTON MA 02109 |
| BUSINESS DEVELOPMENT BANK OF CANADA | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| BWA / ABU DHABI INV AUTHORITYA/C ADIA G1AC/O BRIDG | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA / GOVERNMENT OF SINGAPOREA/C GIC | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |

| Claim Name | Address Information |
|---|---|
| A2AC/O BRIDGE | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA / QUEENSLAND INVEST CORP GA/C QIC A3AC/O BRIDG | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA / SBC MASTER PENSION TRUSTA/C SBC C2AC/O BRIDG | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA / TFL PENSION FUNDA/C TFL C1AC/O BRIDGEWATER A | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA- ABU DHABI INV AUTHORITYA/C ADIA-GBC/O BRIDGEW | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA- ABU DHABI INV AUTHORUTYA/C ABULLC/O BRIDGEWAT | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA- GREEN WAY MANAGED ACCOUNTSERIES LTD - PORTFOL | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA-NATIONAL UNIV OF SINGAPOREA/C NUS A1AC/O BRIDG | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/ALASKA ELECTICAL PENSION FUND | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/ALL WEATHER@12% TRADING LTA/C AW12 W2AC/O BRID | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/BD OF FIRE & POLICE PENS COMMISSIONERS CITY LA | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/BELL ATLANTIC MASTER TRUST(80) | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/BRIDGEWATER ALL WEATHER FUND (AUSTRALIA) | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/BRIDGEWATER PURE ALPHA FUND (AUSTRALIA) | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/BRIDGEWATER PURE ALPHA TRADING COMPANY II LTD | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/BRIDGEWATER PURE ALPHAEURO FUND LTDC/O BRIDGEW | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/CANAPEN, B INC. | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/CENTRAL STATES SOUTHEAST &SOUTHWESTAREASPENPL | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/CITY OF ZURICH PENSION FUND FX OVERLAY | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/COLLEGES OF APPLIED ARTS & TECH PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/COLLEGES OF APPLIED ARTS & TECH PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/COMPASS SAV L.L.C. | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/ENSIGN PEAK ADVISORS, INC. | BRIDGEWATER ASSOCIATES INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/EXEL PENSIONS INVESTMENT FUND | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/FUNDO DE PENSOES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/FUNDO DE PENSOES | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/HHMI XVI, LLC. | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/HOST-PLUS | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/HYDRO-QUEBEC | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/LELAND STANFORD JUNIOR UNIVERSITY (THE) | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/LOEWS CORPORATION | BRIDGEWATER ASSOCIATES INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/MERCHANT NAVY OFFICERS PENSION FUND | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/NON-TEACHER SCHOOL EMPLOYEE RETIR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| SYS MISSOURI | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/NON-TEACHER SCHOOL EMPLOYEE RETIR SYS MISSOURI | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/PENSION RESERV INVST TRSTFND A/C MASSPRIM D1 | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/RAILWAYS PENSION TRUSTEE COMPANY LIMITED A | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/RAILWAYS PENSION TRUSTEE COMPANY LIMITED Z | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/RAYTHEON MASTER PENSION TRUST | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/RBC FOREIGN MASTER TRUSTS | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/REGENTS OF THE UNIVERSITYOF MICHIGAN | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/RETIREMENT SYSTEM - TENNESSEE VALLEY AUTHORITY | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/SBC MASTER PENSION TRUST | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/SUNSUPER PTY LTD. CURRENCYOVERLAY | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/SYNGENTA UK PENSION FUND | BRIDGEWATER ASSOCIATES INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/TAC CAPITAL LLC | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/THE CHEYENNE WALK TRUST | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/THE WILLIAM & FORA HEWLETT FOUNDATION | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/TRUSTEE OF THE BAYER GRP PEN PLN A/C BAYER B1A | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/TVARS LLC | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/UNISYS CORPORATION MASTER TRUST | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/UNISYS PENSION PLAN MASTER | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/UNITED TECH CORP MASTER RETIREMENT TRUST (495) | BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/VAN LEER GROUP FOUNDATION | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/VAN LEER GROUP FOUNDATIONCURRENCY OVLY PORT | BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/VGZ | BRIDGEWATER ASSOCIATES INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/VIA RAIL CANADA INC | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/WM POOL - BRIDGEWATER GLOBAL FIXED INTEREST TR | BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| R. L. | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CABLE & WIRELESS PLC SUPERANNUATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY - | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CALIFORNIA ENDOWMENT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CALIFORNIA ENDOWMENT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CALIFORNIA FIELD IRONWORKERS P ENSION PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| CALIFORNIA WELLNESS FOUNDATION | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| CAMPBELL SOUP COMPANY RETIREMENT & PENSION PLANS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CAMPBELL SOUP COMPANY RETIREMENT & PENSION PLANS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| CAMPBELL SOUP COMPANY RETIREMENT & PENSION PLANS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CAPITAL GUIDANCE (FUND) LTD. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CAPITAL GUIDANCE (FUND) LTD. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CAPSTAR COPLEY LLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CAPSTAR COPLEY LLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CAPSTAR COPLEY LLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CAPSTAR COPLEY LLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CAPSTAR COPLEY LLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CAPSTAR COPLEY LLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CAPSTAR COPLEY LLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CAPSTAR COPLEY LLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CAPSTAR COPLEY LLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CAPSTAR COPLEY LLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| CAPSTAR COPLEY LLC | IL 60661 |
| CAPSTAR COPLEY LLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CAPSTAR COPLEY LLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CAPSTAR COPLEY LLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CAPSTAR COPLEY LLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CAPSTAR COPLEY LLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CARILLON LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CARILLON LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CARILLON LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CARILLON LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CARILLON LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CARILLON LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CARILLON LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CARILLON LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CARILLON LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CARILLON LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CARILLON LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CARILLON LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CARILLON LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CARILLON LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CARILLON LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| CARLYLE EUROPE REAL ESTATE 2005-1 | STREET 3RD FLOOR BOSTON MA 02110 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CARLYLE EUROPE REAL ESTATE 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CARPENTER TECHNOLOGY CORPORATI ON MASTER RETIREM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| CATERPILLAR DEFINED CONTRIBUTION PLAN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATERPILLAR DEFINED CONTRIBUTION PLAN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTH INITIATIVE | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |

| Claim Name | Address Information |
|---|---|
| CATHOLIC HEALTHCARE WEST RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTHCARE WEST RETIREMENT TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTHCARE WEST SELF INSURANCE TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTHCARE WEST SELF INSURANCE TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTHCARE WEST WORKERS COMPENSATION TRUS | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTHCARE WEST WORKERS COMPENSATION TRUS | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CBTC 2004-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CBTC 2004-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CBTC 2004-6 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CBTC 2004-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CBTC 2004-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CBTC 2004-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CBTC 2004-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CBTC 2004-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CBTC 2004-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CBTC 2004-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CBTC 2004-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CBTC 2004-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CBTC 2004-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CBTC 2004-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CBTC 2004-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| CEAGO ABS CDO 2007-1 LTD | 21045 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CEBFT RUSSELL FIXED INCOME II FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| CEBFT RUSSELL LONG DURATION FIXED INCOME FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| CELANESE AMERICAS CORPORATION RETIREMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CELANESE AMERICAS RETIREMENT PENSION PLAN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CHAMPLAIN CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CHAMPLAIN CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CHAMPLAIN CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CHAMPLAIN CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CHAMPLAIN CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CHAMPLAIN CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CHAMPLAIN CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CHAMPLAIN CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHAMPLAIN CLO LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHAMPLAIN CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHAMPLAIN CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CHAMPLAIN CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| CHAMPLAIN CLO LTD | 25TH FLOOR CHICAGO IL 60661 |
| CHAMPLAIN CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CHAMPLAIN CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CHAMPLAIN CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CHAMPLAIN CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CHERRY HILL CDO SPC 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CHERRY HILL CDO SPC 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CHERRY HILL CDO SPC 2007-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| CHERRY HILL CDO SPC 2007-2 | CLARENDON STREET BOSTON MA 02116 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CHERRY HILL CDO SPC 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CIBA SPECIALTY CHEMICALS (UK) PENSION TRUST LIMITE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CITIGROUP 401K PLAN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CITIGROUP 401K PLAN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CITIZENS PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CITIZENS PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CITY OF ZURICH PENSION FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| CITY OF ZURICH PENSION FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| CITY UNIVERSITY OF HONG KONG | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CITY UNIVERSITY OF HONG KONG | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CLIFTON GROUP/N.E. UTILITIES SCE CO MASTER  TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CLIFTON GROUP/N.E. UTILITIES SCE CO MASTER  TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CNH US PENSION PLAN MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CNH US PENSION PLAN MASTER TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| COATS NORTH AMERICA PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| COATS NORTH AMERICA PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| COLLINS STEWART TULLETT PLC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| COLORADO FIRE & POLICE PENSION ASSOCIATION | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| COMMONWEALTH BANK OFFICERS SUPERANNUATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| COMMONWEALTH BANK OFFICERS SUPERANNUATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| COMPAGNIE DE FINANCEMENT FONCI ER (CFF) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CONCORDIA PENSION PLAN | 2 LIBERTY SQUARE BOSTON MA 02109 |
| CONCORDIA PENSION PLAN | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CONSOLIDATED EDISON PENSION PLANS MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CONSOLIDATED EDISON PENSION PLANS MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CONSTRUCTION INDUSTRY & LABORERS JOINT PENSION TRU | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CONSTRUCTION INDUSTRY & LABORERS JOINT PENSION TRU | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CONSULTING GROUP CAPITAL MARKETS CORE FIXED INCOME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CORAL CP TRUST PROGRAM | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CORAL CP TRUST PROGRAM | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CORAL CP TRUST PROGRAM | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CORAL CP TRUST PROGRAM | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CORAL CP TRUST PROGRAM | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CORAL CP TRUST PROGRAM | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CORAL CP TRUST PROGRAM | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CORAL CP TRUST PROGRAM | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CORAL CP TRUST PROGRAM | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CORAL CP TRUST PROGRAM | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CORAL CP TRUST PROGRAM | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CORAL CP TRUST PROGRAM | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CORAL CP TRUST PROGRAM | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| CORAL CP TRUST PROGRAM | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CORAL CP TRUST PROGRAM | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CORNELL UNIVERSITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CORNELL UNIVERSITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CPT ASSET BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CPT ASSET-BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: BRIAN PETERSON, VICE PRESIDENT -CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CPV/CAP COOP PENSION FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| CRIMSON COMMERCIAL PAPER TRUST | STREET 3RD FLOOR BOSTON MA 02110 |
| CRIMSON COMMERCIAL PAPER TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CROWN CITY CDO 2005-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CROWN CITY CDO 2005-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CROWN CITY CDO 2005-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CROWN CITY CDO 2005-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CROWN CITY CDO 2005-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CROWN CITY CDO 2005-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CROWN CITY CDO 2005-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CROWN CITY CDO 2005-1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CROWN CITY CDO 2005-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CROWN CITY CDO 2005-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CROWN CITY CDO 2005-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CROWN CITY CDO 2005-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CROWN CITY CDO 2005-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CROWN CITY CDO 2005-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CROWN CITY CDO 2005-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CROWN CITY CDO 2005-2 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CROWN CITY CDO 2005-2 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| CROWN CITY CDO 2005-2 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CROWN CITY CDO 2005-2 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CROWN CITY CDO 2005-2 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CROWN CITY CDO 2005-2 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CROWN CITY CDO 2005-2 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CROWN CITY CDO 2005-2 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CROWN CITY CDO 2005-2 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CROWN CITY CDO 2005-2 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CROWN CITY CDO 2005-2 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CROWN CITY CDO 2005-2 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CROWN CITY CDO 2005-2 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CROWN CITY CDO 2005-2 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CROWN CITY CDO 2005-2 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CS BOND STRATEGY LTD. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CS BOND STRATEGY LTD. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CSAM SYNDICATED LOAN FUND | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CSAM SYNDICATED LOAN FUND | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CSAM SYNDICATED LOAN FUND | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CSAM SYNDICATED LOAN FUND | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CSAM SYNDICATED LOAN FUND | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CSAM SYNDICATED LOAN FUND | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CSAM SYNDICATED LOAN FUND | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CSAM SYNDICATED LOAN FUND | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CSAM SYNDICATED LOAN FUND | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CSAM SYNDICATED LOAN FUND | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CSAM SYNDICATED LOAN FUND | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CSAM SYNDICATED LOAN FUND | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| CSAM SYNDICATED LOAN FUND | STREET 16TH FLOOR HOUSTON TX 77002 |
| CSAM SYNDICATED LOAN FUND | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CSAM SYNDICATED LOAN FUND | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CSAM SYNDICATED LOAN FUND | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CUMMINS UK PENSION PLAN TRUSTEE LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CUMMINS UK PENSION PLAN TRUSTEE LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CWABS 2007 SEA2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS 2007 SEA2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS 2007 SEA2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS 2007 SEA2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS 2007 SEA2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS 2007 SEA2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS 2007 SEA2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS 2007 SEA2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS 2007 SEA2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS 2007 SEA2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS 2007 SEA2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS 2007 SEA2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS 2007 SEA2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS 2007 SEA2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS 2007 SEA2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| CWABS ASSET BACKED CERTS SERIES 2006-26 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS ASSET-BACKED CERTIFICATES, SERIES 2006-22 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2004-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-13 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWABS INC. ASSET BACKED CERTS SERIES 2006-OC3 | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT 2007-OH3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWALT 2007-OH3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT 2007-OH3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT 2007-OH3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT 2007-OH3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT 2007-OH3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT 2007-OH3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWALT 2007-OH3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT 2007-OH3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT 2007-OH3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWALT 2007-OH3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWALT 2007-OH3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT 2007-OH3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT 2007-OH3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT 2007-OH3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT INC MORTGAGE PASS-THROUGH CERTIFICATES SERIE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWALT INC. ALTERNATIVE LOAN TRUST | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| 2006-OC7 | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| D S SMITH GROUP PENSION SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DAINI SAKURABASHI GODO KAISHA | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DANTE FINANCE PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DANTE FINANCE PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DANTE FINANCE PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DANTE FINANCE PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DANTE FINANCE PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DANTE FINANCE PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| DANTE FINANCE PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DANTE FINANCE PLC | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DANTE FINANCE PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DANTE FINANCE PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DANTE FINANCE PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DANTE FINANCE PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DANTE FINANCE PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DANTE FINANCE PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DANTE FINANCE PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DENVER PUBLIC SCHOOLS RETIREME NT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| DETROIT EDISON EMPLOYEE RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| DETROIT EDISON EMPLOYEE RETIREMENT TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DEXIA MUNICIPAL AGENCY SA | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DEXIA MUNICIPAL AGENCY SA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| DEXIA MUNICIPAL AGENCY SA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIADEM CITY CDO LIMITED 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT -CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: BRIAN PETERSON, VICE PRESIDENT -CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE 2003-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| DIAMOND FINANCE 2003-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| DIAMOND FINANCE 2006-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| DIAMOND FINANCE 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE 2006-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE 2006-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE 2006-1 | STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE 2006-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| DIAMOND FINANCE 2006-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| DIAMOND FINANCE 2006-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE 2006-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE 2006-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE 2006-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE 2006-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE 2006-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE 2006-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE 2006-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2006-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2006-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE 2006-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE 2006-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2006-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2006-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE 2006-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE 2007-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| DIAMOND FINANCE 2007-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE 2007-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE 2007-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE 2007-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE 2007-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE 2007-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE 2007-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE 2007-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2007-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2007-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE 2007-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE 2007-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2007-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2007-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE 2007-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE 2008-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| DIAMOND FINANCE 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE 2008-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE 2008-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE SERIES 2003-2 | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE SERIES 2003-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE SERIES 2003-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE SERIES 2007 – 3A | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| DIAMOND FINANCE SERIES 2007 – 3A | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE SERIES 2007 – 3A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE SERIES 2007 – 3A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE SERIES 2007-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| DIAMOND FINANCE SERIES 2007-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| DIAMOND FINANCE SERIES 2007-3B | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| DIAMOND FINANCE SERIES 2007-3B | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE SERIES 2007-3B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE SERIES 2007-3B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE SERIES 2007-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| DIAMOND FINANCE SERIES 2007-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE SERIES 2007-5 | MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE SERIES 2007-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE SERIES 2007-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DIAMOND FINANCE SERIES 2007-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DIAMOND FINANCE SERIES 2007-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DIAMOND FINANCE SERIES 2007-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE SERIES 2007-8 | AIB INTERNATIONAL CENTRE IFSC DUBLIN 1 IRELAND |
| DIAMOND HEAD INTERNATIONAL FUND LP | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DIRECTORS GUILD OF AMERICA SUPPLEMENTAL PENSION PL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DIRECTORS GUILD OF AMERICA SUPPLEMENTAL PENSION PL | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DORIS DUKE CHARITABLE FOUDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DORIS DUKE CHARITABLE FOUNDATION (DDCF) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DORIS DUKE CHARITABLE FOUNDATION (DDCF) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DORIS K CHRISTOPHER 1996 TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| 2009 | 21045 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| DRESDNER BANK AG | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DRESDNER BANK AG | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DS SMITH PENSION TRUSTEES LIMITED, | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| DUFFIELD, DAVID A  TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DUPONT CAPITAL MANAGEMENT CORPORATION GEM TRUST SH | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EATON VANCE AMT-FREE MUNICIPAL BOND FUND (EVMFT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE ARIZONA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE ARKANSAS MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CALIFORNIA MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CALIFORNIA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CDO IX, LTD. | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CREDIT OPPORTUNITIES FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE EMERGING MARKETS INCOME FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| EATON VANCE FLOATING RATE PORTFOLIO | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLOATING-RATE INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLORIDA INSURED MUNICIPALS FUND (EVMT | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLORIDA MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLORIDA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE GEORGIA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE GLOBAL MACRO PORTFOLIO | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE HAWAII MUNICIPALS FUND (EVMT II) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE HIGH INCOME FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE HIGH YIELD MUNICIPALS FUND (EVMT II) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INCOME FUND BOSTON | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED CALIFORNIA MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED FLORIDA MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MASSACHUSETTS MUNICIPAL BOND F | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MICHIGAN MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED NEW JERSEY MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED NEW YORK MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED NEW YORK MUNICIPAL BOND FUND I | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED OHIO MUNICIPAL BOND FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED PENNSYLVANIA MUNICIPAL BOND FU | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INTERNATIONAL INCOME FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE KANSAS MUNICIPALS FUND (EVMT II) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE LIMITED DURATION INCOME FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE LOUISIANA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MARYLAND MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MASSACHUSETTS MUNICIPAL | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| INCOME TRUST | 02109 |
| EATON VANCE MASSACHUSETTS MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MINNESOTA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MISSISSIPPI MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MISSOURI MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NATIONAL MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW JERSEY MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW JERSEY MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW YORK MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW YORK MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NORTH CAROLINA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE OHIO MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE OREGON MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE PENNSYLVANIA MUNICIPAL INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE PENNSYLVANIA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE RHODE ISLAND MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SENIOR DEBT PORTFOLIO | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SENIOR FLOATING-RATE TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SENIOR INCOME TRUST | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SOUTH CAROLINA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE TENNESSEE MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE VIRGINIA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE WEST VIRGINIA MUNICIPALS FUND (EVMT) | EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EFG HELLAS PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EFG HELLAS PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| EFG HELLAS PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EFG HELLAS PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EFG HELLAS PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EFG HELLAS PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EFG HELLAS PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EFG HELLAS PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EFG HELLAS PLC | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EFG HELLAS PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EFG HELLAS PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EFG HELLAS PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EFG HELLAS PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EFG HELLAS PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EFG HELLAS PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EFG HELLAS PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EGYPT TRUST 1 - SERIES 2000 A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: BRIAN PETERSON, VICE PRESIDENT -CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| EGYPT TRUST 1 – SERIES 2000 A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EGYPT TRUST 1 – SERIES 2000 A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EGYPT TRUST 1 – SERIES 2000 A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EGYPT TRUST 1 – SERIES 2000 A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EIRCOM SUPERANNUATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EIRCOM SUPERANNUATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMBARQ CORPORATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMBARQ CORPORATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMBARQ MASTER RETIREMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMBARQ MASTER RETIREMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMERALDS 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EMERALDS 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EMERALDS 2006-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EMERALDS 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EMERALDS 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EMERALDS 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EMERALDS 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EMERALDS 2006-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EMERALDS 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EMERALDS 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMERALDS 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMERALDS 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EMERALDS 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| EMERALDS SERIES 2007-1 TRUST | 10286 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EMERALDS SERIES 2007-1 TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EMERALDS SERIES 2007-1 TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EMERALDS SERIES 2007-3 TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| EMERALDS SERIES 2007-3 TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EMERGING LOCAL BOND FUND - (#4639) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EMF NL 2008-2 BV | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EMF NL 2008-2 BV | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EMF NL 2008-2 BV | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EMF NL 2008-2 BV | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EMF NL 2008-2 BV | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EMF NL 2008-2 BV | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EMF NL 2008-2 BV | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EMF NL 2008-2 BV | ATTN: BRIAN PETERSON, VICE PRESIDENT -CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMF NL 2008-2 BV | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMF NL 2008-2 BV | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EMF NL 2008-2 BV | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EMF NL 2008-2 BV | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMF NL 2008-2 BV | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMF NL 2008-2 BV | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EMF NL 2008-2 BV | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EMF-NL PRIME 2008-A.BV | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EMF-NL PRIME 2008-A.BV | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EMF-NL PRIME 2008-A.BV | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EMF-NL PRIME 2008-A.BV | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EMF-NL PRIME 2008-A.BV | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EMF-NL PRIME 2008-A.BV | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EMF-NL PRIME 2008-A.BV | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EMF-NL PRIME 2008-A.BV | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMF-NL PRIME 2008-A.BV | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| EMF-NL PRIME 2008-A.BV | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMF-NL PRIME 2008-A.BV | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EMF-NL PRIME 2008-A.BV | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EMF-NL PRIME 2008-A.BV | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMF-NL PRIME 2008-A.BV | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EMF-NL PRIME 2008-A.BV | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EMF-NL PRIME 2008-A.BV | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EMI GROUP PENSION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMI GROUP PENSION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMI GROUP PENSION TRUSTEES LTD. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF NORFOLK | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF NORFOLK | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ENCORE 2003-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ENCORE 2003-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ENCORE 2003-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ENCORE 2003-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ENCORE 2003-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ENCORE 2003-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ENCORE 2003-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ENCORE 2003-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ENCORE 2003-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ENCORE 2003-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ENCORE 2003-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ENCORE 2003-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ENCORE 2003-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ENCORE 2003-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ENCORE 2003-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ENLIGHTENMENT PARTNERS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| ENSIGN PEAK ADVISORS, INC. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITABLE PIMCO REAL RETURN PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITABLE PIMCO REAL RETURN PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO EXTENDED MARKETS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO EXTENDED MARKETS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO GLOBAL COMMODITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO GLOBAL COMMODITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO GLOBAL CREDIT FU | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED FOR PIMCO GLOBAL CREDIT FU | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ESP FUNDING I, LTD. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ESP FUNDING I, LTD. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ESP FUNDING I, LTD. | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ESP FUNDING I, LTD. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ESP FUNDING I, LTD. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ESP FUNDING I, LTD. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ESP FUNDING I, LTD. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ESP FUNDING I, LTD. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESP FUNDING I, LTD. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESP FUNDING I, LTD. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ESP FUNDING I, LTD. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ESP FUNDING I, LTD. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESP FUNDING I, LTD. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESP FUNDING I, LTD. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ESP FUNDING I, LTD. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ESPRIT INTERNATIONAL LIMITED – SERIES 1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | FLOOR NEW YORK NY 10005 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ESPRIT INTERNATIONAL LIMITED SERIES 1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ESPRIT INTERNATIONAL LIMITED SERIES 9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ESPRIT INTERNATIONAL LTD SERIE S 10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ESPRIT INTERNATIONAL LTD SERIES 11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EURO BOND FUND (# 1691) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EURO BOND FUND II (#3961) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EURO CREDIT FUND - (#4632) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EUROMOBILIARE INTERNATIONAL FD - TR FLEX 5 | 2 LIBERTY SQUARE BOSTON MA 02109 |
| EUROSAIL -NL 2007-2 BV | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL -NL 2007-2 BV | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL -NL 2007-2 BV | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL -NL 2007-2 BV | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL -NL 2007-2 BV | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL -NL 2007-2 BV | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL -NL 2007-2 BV | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL -NL 2007-2 BV | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL -NL 2007-2 BV | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL -NL 2007-2 BV | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL -NL 2007-2 BV | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL -NL 2007-2 BV | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL -NL 2007-2 BV | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL -NL 2007-2 BV | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL -NL 2007-2 BV | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| EUROSAIL -UK-2008-1NP PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL -UK-2008-1NP PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL -UK-2008-1NP PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL -UK-2008-1NP PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL -UK-2008-1NP PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL -UK-2008-1NP PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL -UK-2008-1NP PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL -UK-2008-1NP PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL -UK-2008-1NP PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL -UK-2008-1NP PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL -UK-2008-1NP PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL -UK-2008-1NP PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL -UK-2008-1NP PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL -UK-2008-1NP PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL -UK-2008-1NP PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL 2006-1 PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL 2006-1 PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL 2006-1 PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL 2006-1 PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL 2006-1 PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL 2006-1 PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL 2006-1 PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL 2006-1 PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-1 PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-1 PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL 2006-1 PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| EUROSAIL 2006-1 PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-1 PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-1 PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL 2006-1 PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL 2006-2BL PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL 2006-2BL PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL 2006-2BL PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL 2006-2BL PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL 2006-2BL PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL 2006-2BL PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL 2006-2BL PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL 2006-2BL PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-2BL PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-2BL PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL 2006-2BL PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL 2006-2BL PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-2BL PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-2BL PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL 2006-2BL PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL 2006-3NC PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL 2006-3NC PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL 2006-3NC PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL 2006-3NC PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL 2006-3NC PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL 2006-3NC PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL 2006-3NC PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL 2006-3NC PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| EUROSAIL 2006-3NC PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-3NC PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL 2006-3NC PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL 2006-3NC PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-3NC PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-3NC PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL 2006-3NC PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL 2006-4NP PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL 2006-4NP PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL 2006-4NP PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL 2006-4NP PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL 2006-4NP PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL 2006-4NP PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL 2006-4NP PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL 2006-4NP PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-4NP PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL 2006-4NP PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL 2006-4NP PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL 2006-4NP PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-4NP PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL 2006-4NP PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL 2006-4NP PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL NL 2008-1 B.V | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL NL 2008-1 B.V | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL NL 2008-1 B.V | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL NL 2008-1 B.V | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL NL 2008-1 B.V | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| EUROSAIL NL 2008-1 B.V | MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL NL 2008-1 B.V | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL NL 2008-1 B.V | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL NL 2008-1 B.V | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL NL 2008-1 B.V | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL NL 2008-1 B.V | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL NL 2008-1 B.V | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL NL 2008-1 B.V | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL NL 2008-1 B.V | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL NL 2008-1 B.V | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL NL 2008-1 B.V | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL PRIME-UK 2007 A PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| EUROSAIL UK 2007 5NP PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL UK 2007 5NP PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL UK 2007 5NP PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL UK 2007 5NP PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL UK 2007 5NP PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL UK 2007 5NP PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL UK 2007 5NP PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL UK 2007 5NP PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL UK 2007 5NP PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL UK 2007 5NP PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL UK 2007 5NP PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL UK 2007 5NP PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL UK 2007 5NP PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL UK 2007 5NP PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL UK 2007 5NP PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL UK 2007 6NC PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL UK 2007 6NC PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL UK 2007 6NC PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL UK 2007 6NC PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL UK 2007 6NC PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL UK 2007 6NC PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL UK 2007 6NC PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL UK 2007 6NC PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL UK 2007 6NC PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL UK 2007 6NC PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL UK 2007 6NC PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| EUROSAIL UK 2007 6NC PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL UK 2007 6NC PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL UK 2007 6NC PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL UK 2007 6NC PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL-NL 2007-1 B.V. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL-UK 2007-1NC PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| EUROSAIL-UK 2007-1NC PLC | CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL-UK 2007-1NC PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL-UK 2007-2NP PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL-UK 2007-2NP PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| EUROSAIL-UK 2007-3BL PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL-UK 2007-3BL PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL-UK 2007-3BL PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EUROSAIL-UK 2007-4BL PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EUROSAIL-UK 2007-4BL PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EVERGREEN INTERMEDIATE BOND TRUST FULL | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |

| Claim Name | Address Information |
|---|---|
| DISCRETION | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| EVERGREEN INTERMEDIATE BOND TRUST FULL DISCRETION | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| EVERGREEN INTERMEDIATE BOND TRUST FULL DISCRETION | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXCALIBUR FUNDING NO 1 PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXUM RIDGE CBO 2006-1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2006-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXUM RIDGE CBO 2006-2 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2006-4 LTD | MARKET STREET WILMINGTON DE 19890 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXUM RIDGE CBO 2006-4 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXUM RIDGE CBO 2006-5 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2007-1, LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXUM RIDGE CBO 2007-1, LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| EXUM RIDGE CBO 2007-2 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2007-2 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| FAIRFAX EMPLOYEES RETIREMENT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FAIRFAX EMPLOYEES RETIREMENT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FEDERATED DEPARTMENT STORES INC PENSION PLAN MASTE | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| FIRST INITIATIVES INSURANCE LT D | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FIRST INITIATIVES INSURANCE LT D | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FIXED INCOME SHARES (SERIES C) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FIXED INCOME SHARES (SERIES C) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FIXED INCOME SHARES (SERIES M) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FIXED INCOME SHARES (SERIES M) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FIXED INCOME SHARES (SERIES R) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| FLATROCK TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| FLATROCK TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| FLATROCK TRUST | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| FLATROCK TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| FLATROCK TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| FLATROCK TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| FLATROCK TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| FLATROCK TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FLATROCK TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FLATROCK TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| FLATROCK TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| FLATROCK TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FLATROCK TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FLATROCK TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| FLATROCK TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| FONDS VOOR GEMENE REKENING BEROEPSVERVOER – GLOBAL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FONDS VOOR GEMENE REKENING BEROEPSVERVOER – GLOBAL | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| FORD MOTOR COMPANY MASTER TRUST FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FORD MOTOR COMPANY MASTER TRUST FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FORT WORTH TEXAS EMPLOYEE RETIREMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FORT WORTH TEXAS EMPLOYEE RETIREMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FRANK RUSSELL INVESTMENT COMPANY GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FRANK RUSSELL INVESTMENT COMPANY GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| FREESCALE SEMICONDUCTOR INC RETIREMENT SAVINGS TRU | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FREESCALE SEMICONDUCTOR INC RETIREMENT SAVINGS TRU | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| FREMONT HOME LOAN TRUST 2006-E | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| FRESNO COUNTY EMPLOYEES RETIREMENT ASSOCIATION | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| FRESNO COUNTY EMPLOYEES RETIREMENT ASSOCIATION | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| FRONTIER PENSION PLAN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| FULLERTON DRIVE CDO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| FULLERTON DRIVE CDO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| FULLERTON DRIVE CDO LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| FULLERTON DRIVE CDO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| FULLERTON DRIVE CDO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| FULLERTON DRIVE CDO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| FULLERTON DRIVE CDO LIMITED | 21045 |
| FULLERTON DRIVE CDO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| FULLERTON DRIVE CDO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FULLERTON DRIVE CDO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| FULLERTON DRIVE CDO LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| FULLERTON DRIVE CDO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FULLERTON DRIVE CDO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| FULLERTON DRIVE CDO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| FULLERTON DRIVE CDO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GA FUND L SICAV | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GA FUND L SICAV | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GAM STAR EUR BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GEMSTONE CDO VI LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| GEMSTONE CDO VI LTD | FLOOR NEW YORK NY 10005 |
| GEMSTONE CDO VI LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GEMSTONE CDO VI LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GEMSTONE CDO VI LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GEMSTONE CDO VI LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GEMSTONE CDO VI LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GEMSTONE CDO VI LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GEMSTONE CDO VI LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GEMSTONE CDO VI LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GEMSTONE CDO VI LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GEMSTONE CDO VI LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GEMSTONE CDO VI LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GEMSTONE CDO VI LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GEMSTONE CDO VI LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GEMSTONE CDO VI LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GENERAL PENSION PLAN OF INTERNATIONAL UNION OF OPE | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GENERAL PENSION PLAN OF INTERNATIONAL UNION OF OPE | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GENERIC PROTECTION BIK F LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GENERIC PROTECTION BIK F LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GENERIC PROTECTION BIK F LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GENERIC PROTECTION BIK F LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GENERIC PROTECTION BIK F LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GENERIC PROTECTION BIK F LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GENERIC PROTECTION BIK F LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GENERIC PROTECTION BIK F LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GENERIC PROTECTION BIK F LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| GENERIC PROTECTION BIK F LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GENERIC PROTECTION BIK F LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GENERIC PROTECTION BIK F LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GENERIC PROTECTION BIK F LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GENERIC PROTECTION BIK F LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GENERIC PROTECTION BIK F LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GENESEE CA (COUNTY OF) EMPLOYEES RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GENESEE CA (COUNTY OF) EMPLOYEES RETIREMENT SYSTEM | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GEORGIA-PACIFIC CORPORATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GEORGIA-PACIFIC CORPORATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GEORGIA-PACIFIC LLC MASTER TRUST FOR EMPLOYEE BENE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GESB GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GESB GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GIS UK CORPORATE BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GIS UK CORPORATE BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GLOBAL HIGH YIELD BOND FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GLOBAL INVESTORS SERIES PLC UK STERLING LONG AVERA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GLOBAL INVESTORS SERIES PLC UK STERLING LONG AVERA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GM INTERNATIONAL FIXED INTEREST BONDS PFPV | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GM INTERNATIONAL FIXED INTEREST BONDS PFPV | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GODO KAISHA CV6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GODO KAISHA CV6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GODO KAISHA CV6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GODO KAISHA CV6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GODO KAISHA CV6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GODO KAISHA CV6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GODO KAISHA CV6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GODO KAISHA CV6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GODO KAISHA CV6 | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST |

| Claim Name | Address Information |
|---|---|
| GODO KAISHA CV6 | CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GODO KAISHA CV6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GODO KAISHA CV6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GODO KAISHA CV6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GODO KAISHA CV6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GODO KAISHA CV6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GODO KAISHA CV6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GODO KAISHA CV6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GOVERNMENT OF SINGAPORE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GOVERNMENT SUPERANNUATION FUND AUTHORITY | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GOVERNMENT SUPERANNUATION FUND AUTHORITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GPMF 06-AR8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| GPMF 06-AR8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GPMF 06-AR8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GPMF 06-AR8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GPMF 06-AR8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GPMF 06-AR8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GPMF 06-AR8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GPMF 06-AR8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 06-AR8 | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 06-AR8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 06-AR8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GPMF 06-AR8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GPMF 06-AR8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 06-AR8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 06-AR8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GPMF 06-AR8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GPMF 2006-AR10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GPMF 2006-AR10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GPMF 2006-AR10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GPMF 2006-AR10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GPMF 2006-AR10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2006-AR10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2006-AR10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GPMF 2006-AR10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GPMF 2006-AR5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GPMF 2006-AR6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| GPMF 2006-AR6 | FLOOR NEW YORK NY 10005 |
| GPMF 2006-AR6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GPMF 2006-AR6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GPMF 2006-AR6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GPMF 2006-AR6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GPMF 2006-AR6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GPMF 2006-AR6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GPMF 2006-AR6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GPMF 2006-AR6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GPMF 2006-AR6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2006-AR6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2006-AR6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GPMF 2006-AR6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GPMF 2006-AR7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GPMF 2006-AR7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GPMF 2006-AR7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GPMF 2006-AR7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GPMF 2006-AR7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GPMF 2006-AR7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GPMF 2006-AR7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GPMF 2006-AR7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GPMF 2006-AR7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GPMF 2006-AR7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| GPMF 2006-AR7 | STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2006-AR7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2006-AR7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GPMF 2006-AR7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GPMF 2006-AR8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GPMF 2006-AR9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GPMF 2007-AR1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GPMF 2007-AR1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GPMF 2007-AR1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GPMF 2007-AR1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GPMF 2007-AR1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GPMF 2007-AR1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GPMF 2007-AR1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GPMF 2007-AR1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2007-AR1 | ATTN: BRIAN PETERSON, VICE PRESIDENT –CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2007-AR1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2007-AR1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GPMF 2007-AR1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GPMF 2007-AR1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2007-AR1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GPMF 2007-AR1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GPMF 2007-AR1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE 2007-1-C LTD | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE FINANCE 2007-1-C LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| GRANITE FINANCE 2007-1-C LTD | 21045 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE 2007-1-C LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE 2007-1-C LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE FINANCE LIMITED SERIES 2006-11 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |

| Claim Name | Address Information |
|---|---|
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LIMITED SERIES 2006-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE FINANCE LIMITED SERIES 2006-6 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| GRANITE FINANCE LIMITED SERIES 2006-6 | IL 60661 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LIMITED SERIES 2006-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LTD 2003-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE FINANCE LTD 2003-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE FINANCE LTD 2003-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| GRANITE FINANCE LTD 2003-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LTD 2003-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LTD 2003-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LTD 2003-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LTD 2003-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LTD 2003-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LTD 2003-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LTD 2003-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2003-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2003-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2003-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2003-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LTD 2003-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LTD 2003-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LTD 2003-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LTD 2003-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE FINANCE LTD 2003-6 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| GRANITE FINANCE LTD 2003-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LTD 2003-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LTD 2003-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| GRANITE FINANCE LTD 2003-6 | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LTD 2003-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LTD 2003-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LTD 2003-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LTD 2003-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LTD 2003-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2003-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2003-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2003-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2003-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LTD 2003-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LTD 2003-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LTD 2003-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LTD 2003-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE FINANCE LTD 2003-7 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| GRANITE FINANCE LTD 2003-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LTD 2003-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LTD 2003-7 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LTD 2003-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LTD 2003-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LTD 2003-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LTD 2003-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LTD 2003-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2003-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2003-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2003-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2003-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| GRANITE FINANCE LTD 2003-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LTD 2003-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LTD 2003-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LTD 2003-9 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE FINANCE LTD 2003-9 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| GRANITE FINANCE LTD 2004-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE FINANCE LTD 2004-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| GRANITE FINANCE LTD 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE FINANCE LTD 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE LTD 2004-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE LTD 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE LTD 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE FINANCE LTD 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE LTD 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE LTD 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE LTD 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2004-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE LTD 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LTD 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE LTD 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE LTD 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE FINANCE LTD 2006-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE FINANCE SPC 2008-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE FINANCE SPC 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE FINANCE SPC 2008-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE FINANCE SPC 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE FINANCE SPC 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| GRANITE FINANCE SPC 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE FINANCE SPC 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE FINANCE SPC 2008-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE SPC 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE FINANCE SPC 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE FINANCE SPC 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE FINANCE SPC 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE SPC 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE FINANCE SPC 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE FINANCE SPC 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE SERIES 2005-10 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE SERIES 2005-10 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| GRANITE SERIES 2005-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE SERIES 2005-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE SERIES 2005-10 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE SERIES 2005-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE SERIES 2005-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE SERIES 2005-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE SERIES 2005-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE SERIES 2005-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE SERIES 2005-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE SERIES 2005-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE SERIES 2005-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| GRANITE SERIES 2005-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE SERIES 2005-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| GRANITE SERIES 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE SERIES 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE SERIES 2005-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE SERIES 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE SERIES 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE SERIES 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE SERIES 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE SERIES 2005-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE SERIES 2005-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE SERIES 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE SERIES 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE SERIES 2005-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE SERIES 2005-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| GRANITE SERIES 2005-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE SERIES 2005-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE SERIES 2005-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE SERIES 2005-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE SERIES 2005-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE SERIES 2005-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE SERIES 2005-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE SERIES 2005-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| GRANITE SERIES 2005-3 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE SERIES 2005-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE SERIES 2005-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE SERIES 2005-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE SERIES 2005-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE SERIES 2005-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| GRANITE SERIES 2005-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE SERIES 2005-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE SERIES 2005-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE SERIES 2005-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE SERIES 2005-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE SERIES 2005-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE SERIES 2005-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE SERIES 2005-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE SERIES 2005-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE SERIES 2005-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE SERIES 2005-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE SERIES 2005-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE SERIES 2005-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| GRANITE SERIES 2005-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE SERIES 2005-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| GRANITE SERIES 2005-5 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE SERIES 2005-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE SERIES 2005-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE SERIES 2005-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE SERIES 2005-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE SERIES 2005-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE SERIES 2005-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE SERIES 2005-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE SERIES 2005-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRANITE SERIES 2005-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANITE SERIES 2005-7 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| GRANITE SERIES 2005-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GRANITE SERIES 2005-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GRANITE SERIES 2005-7 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GRANITE SERIES 2005-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GRANITE SERIES 2005-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GRANITE SERIES 2005-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GRANITE SERIES 2005-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GRANITE SERIES 2005-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GRANITE SERIES 2005-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GRANITE SERIES 2005-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GRANITE SERIES 2005-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| GRANITE SERIES 2005-7 | STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GRANITE SERIES 2005-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GRANITE SERIES 2005-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GRAPHIC COMMUNICATIONS INTERNATIONAL UNION INTER L | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| GREAT EASTERN LIFE ASSURANCE COMPANY LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GREAT EASTERN LIFE ASSURANCE COMPANY LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GREENBRIER YUGEN KAISHA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GREENBRIER YUGEN KAISHA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GREENBRIER YUGEN KAISHA | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GREENBRIER YUGEN KAISHA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GREENBRIER YUGEN KAISHA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GREENBRIER YUGEN KAISHA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GREENBRIER YUGEN KAISHA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GREENBRIER YUGEN KAISHA | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREENBRIER YUGEN KAISHA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREENBRIER YUGEN KAISHA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GREENBRIER YUGEN KAISHA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GREENBRIER YUGEN KAISHA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREENBRIER YUGEN KAISHA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREENBRIER YUGEN KAISHA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GREENBRIER YUGEN KAISHA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | 21045 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
| --- | --- |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GSC EUROPEAN CDO I-R SA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GSC EUROPEAN CDO I-R SA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GSC EUROPEAN CDO I-R SA | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GSC EUROPEAN CDO I-R SA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GSC EUROPEAN CDO I-R SA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GSC EUROPEAN CDO I-R SA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GSC EUROPEAN CDO I-R SA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GSC EUROPEAN CDO I-R SA | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSC EUROPEAN CDO I-R SA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| GSC EUROPEAN CDO I-R SA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GSC EUROPEAN CDO I-R SA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GSC EUROPEAN CDO I-R SA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSC EUROPEAN CDO I-R SA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSC EUROPEAN CDO I-R SA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GSC EUROPEAN CDO I-R SA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GSC EUROPEAN CDO IV S.A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GSC EUROPEAN CDO IV S.A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GSC EUROPEAN CDO IV S.A | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GSC EUROPEAN CDO IV S.A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GSC EUROPEAN CDO IV S.A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GSC EUROPEAN CDO IV S.A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GSC EUROPEAN CDO IV S.A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GSC EUROPEAN CDO IV S.A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSC EUROPEAN CDO IV S.A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSC EUROPEAN CDO IV S.A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GSC EUROPEAN CDO IV S.A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GSC EUROPEAN CDO IV S.A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSC EUROPEAN CDO IV S.A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSC EUROPEAN CDO IV S.A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GSC EUROPEAN CDO IV S.A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GSW GRUNDBESITZ GMBH & CO KG | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GSW GRUNDBESITZ GMBH & CO KG | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GUADELETE INVESTMENTS S.A.R.L | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GUADELETE INVESTMENTS S.A.R.L | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GULF STREAM COMPASS CLO 2007 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GULF STREAM COMPASS CLO 2007 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GULF STREAM COMPASS CLO 2007 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GULF STREAM COMPASS CLO 2007 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GULF STREAM COMPASS CLO 2007 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GULF STREAM COMPASS CLO 2007 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GULF STREAM COMPASS CLO 2007 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM COMPASS CLO 2007 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM COMPASS CLO 2007 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GULF STREAM COMPASS CLO 2007 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GULF STREAM COMPASS CLO 2007 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM COMPASS CLO 2007 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM COMPASS CLO 2007 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GULF STREAM COMPASS CLO 2007 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GULF STREAM-COMPASS CLO 2003-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GULFSTREAM - SEXTANT CLO 2006-1, LTD. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GULFSTREAM - SEXTANT CLO 2006-1, LTD. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GULFSTREAM - SEXTANT CLO 2006-1, LTD. | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GULFSTREAM - SEXTANT CLO 2006-1, LTD. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GULFSTREAM - SEXTANT CLO 2006-1, LTD. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GULFSTREAM - SEXTANT CLO 2006-1, LTD. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GULFSTREAM - SEXTANT CLO 2006-1, LTD. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GULFSTREAM - SEXTANT CLO 2006-1, LTD. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | CLARENDON STREET BOSTON MA 02116 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GULFSTREAM – SEXTANT CLO 2006-1, LTD. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| GULFSTREAM-COMPASS CLO-2005 II, LTD. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| H.E.S.T. AUSTRALIA LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-B02-30140: H2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HALLIBURTON COMPANY EMPLOYEE BENEFIT MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| HALLIBURTON COMPANY EMPLOYEE BENEFIT MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| HALLIBURTON COMPANY EMPLOYEE BENEFIT MASTER TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| HANG SENG BANK LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HANG SENG BANK LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HARBOR BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HARBOR BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HARBOR REAL RETURN (INFLATION PROTECTED) FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HARBOR REAL RETURN (INFLATION PROTECTED) FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HAWAII (STATE OF) EMPLOYEES' RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| HAWAII EMPLOYEES' RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HDK PURCHASER TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HDK PURCHASER TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HDK PURCHASER TRUST | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HDK PURCHASER TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HDK PURCHASER TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HDK PURCHASER TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HDK PURCHASER TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HDK PURCHASER TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HDK PURCHASER TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HDK PURCHASER TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HDK PURCHASER TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HDK PURCHASER TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HDK PURCHASER TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HDK PURCHASER TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HDK PURCHASER TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HEALTH EMPLOYEES SUPERANNUATION TRUST AUSTRALIA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| HEALTH EMPLOYEES SUPERANNUATION TRUST AUSTRALIA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HEWLETT PACKARD LIMITED RETIRE MENT BENEFITES PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HEWLETT PACKARD LIMITED RETIRE MENT BENEFITES PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HEWLETT, WILLIAM & FLORA FOUNDATION INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HEWLETT, WILLIAM & FLORA FOUNDATION INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HIGH YIELD BOND FUND – (#696) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| HIGHLAND ENHANCED VARIABLE RATE FUND LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HIGHLAND ENHANCED VARIABLE RATE FUND LTD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HOOVER TRUST FUND LIMITED AS TRUSTEE OF THE HOOVER | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HOOVER TRUST FUND LIMITED AS TRUSTEE OF THE HOOVER | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 115 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 116 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 121 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 126 | IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 126 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 130 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 134 | STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 134 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 135 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 136 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 145 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 145 | FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 148 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 158 | 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 158 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 162 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 178 | CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 178 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 181 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 183 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 193 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 207 | FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 207 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 208 | STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 208 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 211 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 220 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 220 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 221 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 222 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 223 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 225 | STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 225 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 226 | STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 226 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 227 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 228 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 229 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| HORIZON II INTERNATIONAL LTD SERIES 230 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| HOSPITAL AUTHORITY PROVIDENT FUND SCHEME | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| HOSPITAL AUTHORITY PROVIDENT FUND SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM GLOBAL STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM GLOBAL STRATEGY FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| IBM GLOBAL STRATEGY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM HIGH YIELD EMERGING MARKET DEBT STRATEGY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM HIGH YIELD EMERGING MARKET DEBT STRATEGY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM PERSONAL PENSION PLAN TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| IBM PERSONAL PENSION PLAN TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| IBM PERSONAL PENSION PLAN TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM PERSONAL PENSION PLAN TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM SAVINGS PLAN TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM SAVINGS PLAN TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IDAHO NATIONAL LABORATORY EMPLOYEE RETIREMENT PLAN | 2 LIBERTY SQUARE BOSTON MA 02109 |
| IDAHO NATIONAL LABORATORY EMPLOYEE RETIREMENT PLAN | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| ILLINOIS (STATE OF) TEACHERS RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ILLINOIS (STATE OF) TEACHERS RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ILLINOIS STATE UNIVERSITIES RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ILLINOIS STATE UNIVERSITIES RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| IMPAC CMB TRUST SERIES 2005-03 | FLOOR NEW YORK NY 10005 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| IMPAC CMB TRUST SERIES 2005-03 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| IMPAC CMB TRUST SERIES 2005-03 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| IMPAC CMB TRUST SERIES 2005-04 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| IMPAC CMB TRUST SERIES 2005-04 | STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| IMPAC CMB TRUST SERIES 2005-04 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| IMPAC CMB TRUST SERIES 2005-05 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| IMPAC CMB TRUST SERIES 2005-05 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| IMPAC CMB TRUST SERIES 2005-08 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| IMPAC CMB TRUST SERIES 2005-08 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| IMPAC CMB TRUST SERIES 2005-08 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| IMPAC SECURED ASSETS TRUST 2006-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| IMPAC SECURED ASSETS TRUST 2006-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| IMSER SECURITISAT. GIA ISP III | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| IMSER SECURITISAT. GIA ISP III | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| IMSER SECURITISAT. GIA ISP III | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| IMSER SECURITISAT. GIA ISP III | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| IMSER SECURITISAT. GIA ISP III | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| IMSER SECURITISAT. GIA ISP III | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| IMSER SECURITISAT. GIA ISP III | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| IMSER SECURITISAT. GIA ISP III | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMSER SECURITISAT. GIA ISP III | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| IMSER SECURITISAT. GIA ISP III | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| IMSER SECURITISAT. GIA ISP III | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| IMSER SECURITISAT. GIA ISP III | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMSER SECURITISAT. GIA ISP III | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| IMSER SECURITISAT. GIA ISP III | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| IMSER SECURITISAT. GIA ISP III | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| INDIANA UNIVERSITY FOUNDATION | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| INDIANA UNIVERSITY FOUNDATION | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| INDIANA UNIVERSITY FOUNDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| INDIANA UNIVERSITY FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| ING INVESTMENT MANAGEMENT CLO I, LTD | STREET 16TH FLOOR HOUSTON TX 77002 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ING-TEACHERS RETIREMENT SYSTEMOF THE STATE OF ILLI | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| INOVA HEALTH CARE SERVICES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| INOVA HEALTH SYSTEMS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| INOVA HEALTH SYSTEMS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| INTEGRA CANADIAN FIXED INCOME PLUS FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| INTEGRA CANADIAN FIXED INCOME PLUS FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INTERPOLIS PENSIOENEN VERMOGENSBEHEER BV | 2 LIBERTY SQUARE BOSTON MA 02109 |
| INTERPOLIS PENSIOENEN VERMOGENSBEHEER BV | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| IOWA PUBLIC EMPLOYEES RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| ITALEASE FINANCE SPA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ITALEASE FINANCE SPA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ITALEASE FINANCE SPA | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| ITALEASE FINANCE SPA | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ITALEASE FINANCE SPA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ITALEASE FINANCE SPA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ITALEASE FINANCE SPA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ITALEASE FINANCE SPA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ITALEASE FINANCE SPA | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ITALEASE FINANCE SPA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ITALEASE FINANCE SPA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ITALEASE FINANCE SPA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ITALEASE FINANCE SPA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ITALEASE FINANCE SPA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ITALEASE FINANCE SPA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ITALEASE FINANCE SPA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ITALMOBILIARE INTERNATIONAL FINANCE LTD | AIB INTERNATIONAL CENTRE, IFSC DUBLIN 1 IRELAND |
| J C BAMFORD LIFEPLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J SAINSBURY COMMON INVESTMENT FUND LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J SAINSBURY COMMON INVESTMENT FUND LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J SAINSBURY PENSION & DEATH BENEFIT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J SAINSBURY PENSION & DEATH BENEFIT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J. PAUL GETTY TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J.C. PENNEY CORP., INC. PENSION PLAN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| JACKSON NATIONAL LIFE INSURANCE CO INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JACKSON NATIONAL LIFE INSURANCE CO INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JASPER FINANCE LIMITED SERIES 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| JASPER FINANCE LIMITED SERIES 2005-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| JASPER FINANCE LIMITED SERIES 2005-1 | MARKET STREET WILMINGTON DE 19890 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| JASPER FINANCE LIMITED SERIES 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| JASPER FINANCE LIMITED SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| JC PENNEY COMPANY INC PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| JNL SERIES TRUST – JNL PIMCO T OTAL RETURN BOND FU | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JNL SERIES TRUST – JNL PIMCO T OTAL RETURN BOND FU | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK FUNDS II GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK FUNDS II GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK FUNDS II REAL RETURN BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK FUNDS II REAL RETURN BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK FUNDS II TOTAL RE TURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK FUNDS II TOTAL RE TURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK TRUST GLOBAL BOND TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK TRUST GLOBAL BOND TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK TRUST TOTAL RETURN TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHN HANCOCK TRUST TOTAL RETURN TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JOHNS HOPKINS UNIVERSITY | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| JOHNS HOPKINS UNIVERSITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JP MORGAN CHASE 401K | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| JP MORGAN CHASE 401K | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| JP MORGAN CHASE 401K | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JP MORGAN CHASE 401K | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JP MORGAN CHASE RETIREMENT PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| JUPITER QUARTZ PLC 2004-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| JUPITER QUARTZ PLC 2004-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| JUPITER QUARTZ PLC 2004-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| JUPITER QUARTZ PLC 2004-2 | 21045 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| JUPITER QUARTZ PLC 2004-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| KANSAS (STATE OF) PUBLIC EMPLOYEES RETIREMENT SYST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| KANSAS (STATE OF) PUBLIC EMPLOYEES RETIREMENT SYST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KANSAS CITY MO (CITY OF) PUBLIC SCHOOL RETIREMENT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KANSAS CITY MO (CITY OF) PUBLIC SCHOOL RETIREMENT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KELLOGG COMPANY MASTER RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| KELLOGG COMPANY MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KELLOGG COMPANY MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KEYSPAN CORPORATION PENSION MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| KEYSPAN CORPORATION PENSION MASTER TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| KINGFISHER PENSION SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KINGFISHER PENSION SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KINGS RIVER LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| KINGS RIVER LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| KINGS RIVER LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| KINGS RIVER LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| KINGS RIVER LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| KINGS RIVER LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| KINGS RIVER LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| KINGS RIVER LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| KINGS RIVER LIMITED | CLARENDON STREET BOSTON MA 02116 |
| KINGS RIVER LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| KINGS RIVER LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| KINGS RIVER LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| KINGS RIVER LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| KINGS RIVER LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| KINGS RIVER LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| KINGS RIVER LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| KNIGHT RIDDER INC MASTER RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| KNIGHT RIDDER INC MASTER RETIREMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KNIGHT RIDDER INC MASTER RETIREMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KROGER CO MASTER RETIREMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KROGER CO MASTER RETIREMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KROGER COMPANY DEFINED BENEFIT PLAN (CORE) | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| KUWAIT FUND FOR ARAB ECONOMIC DEVELOPMENT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| L-JAC ONE SPECIAL PURPOSE COMPANY | STREET 16TH FLOOR HOUSTON TX 77002 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LAKEVIEW CDO 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LAKEVIEW CDO 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LAKEVIEW CDO 2007-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LAKEVIEW CDO 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LAKEVIEW CDO 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LAKEVIEW CDO 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LAKEVIEW CDO 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO 2007-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LAKEVIEW CDO 2007-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LAKEVIEW CDO 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LAKEVIEW CDO 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| LAKEVIEW CDO SPC 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO SPC 2007-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LAKEVIEW CDO SPC SERIES 2007-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| | MARKET STREET WILMINGTON DE 19890 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLI | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LAND TRANSPORT AUTHORITY OF SINGAPORE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| LB PERU TRUST II, 1998-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LB PERU TRUST II, 1998-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LB PERU TRUST II, 1998-A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LB PERU TRUST II, 1998-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LB PERU TRUST II, 1998-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LB PERU TRUST II, 1998-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LB PERU TRUST II, 1998-A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LB PERU TRUST II, 1998-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LB PERU TRUST II, 1998-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LB PERU TRUST II, 1998-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LB PERU TRUST II, 1998-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB PERU TRUST II, 1998-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB PERU TRUST II, 1998-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LB PERU TRUST II, 1998-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LCP- RUSSELL MULTI-STRATEGYGLOBAL BOND FUND (AEJ)C | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| LCP- RUSSELL TRUST COMPANYFIXED INCOME II FUNDC/O | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LCP-RUSSELL INVESTMENT COMPANYINSTITUTIONAL FDS CL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LDVF1 FIP SARL | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LDVF1 FIP SARL | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LDVF1 FIP SARL | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LDVF1 FIP SARL | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LDVF1 FIP SARL | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| LDVF1 FIP SARL | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LDVF1 FIP SARL | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LDVF1 FIP SARL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LDVF1 FIP SARL | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LDVF1 FIP SARL | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LDVF1 FIP SARL | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LDVF1 FIP SARL | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LDVF1 FIP SARL | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LDVF1 FIP SARL | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LDVF1 MAIN FIP SARL | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LDVF1 MAIN FIP SARL | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LDVF1 MAIN FIP SARL | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LDVF1 MAIN FIP SARL | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LDVF1 MAIN FIP SARL | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LDVF1 MAIN FIP SARL | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LDVF1 MAIN FIP SARL | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LDVF1 MAIN FIP SARL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LDVF1 MAIN FIP SARL | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LDVF1 MAIN FIP SARL | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LDVF1 MAIN FIP SARL | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LDVF1 MAIN FIP SARL | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LDVF1 MAIN FIP SARL | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LDVF1 MAIN FIP SARL | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEGG MASON PARTNERS CORE BOND FUND | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| LEGG MASON PARTNERS VARIABLE CAPITAL AND INCOME FU | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| LEGG MASON PARTNERS VARIABLE STRATEGIC BOND PORTFO | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| LEGG MASON PARTNERS VARIABLE STRATEGIC | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA |

| Claim Name | Address Information |
|---|---|
| BOND PORTFO | CA 91105 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEH MORTGAGE TRUST, SERIES 2007-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN ABS MANUFACTURED HOUSING | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| CONTRACT TRUST 200 | 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN ABS MANUFACTURED HOUSING CONTRACT TRUST 200 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN BROTHERS CDO OPPORTUNITY | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| PARTNERS 2004-3 LP | STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN BROTHERS HOLDINGS INC | AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| LEHMAN MORTGAGE TRUST 2006-4 | STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST 2006-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-02 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST, SERIES 2005-03 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-01 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST, SERIES 2006-05 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS 2006-9REF LEHMAN XS TRUST 2006-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| CERTIFICATES | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| CERTIFICATES | IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| CERTIFICATES | FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LGT MULTI MANAGER BOND HIGH YIELD | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| LIANHE INVESTMENTS PTE LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LIBRA CDO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LIBRA CDO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LIBRA CDO LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LIBRA CDO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LIBRA CDO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LIBRA CDO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LIBRA CDO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LIBRA CDO LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LIBRA CDO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LIBRA CDO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LIBRA CDO LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LIBRA CDO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LIBRA CDO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LIBRA CDO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LIBRA CDO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LION CITY CDO 2006-2 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LION CITY CDO 2006-2 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| LION CITY CDO 2006-2 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LION CITY CDO 2006-2 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LION CITY CDO 2006-2 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LION CITY CDO 2006-2 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LION CITY CDO 2006-2 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LION CITY CDO 2006-2 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO 2006-2 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO 2006-2 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LION CITY CDO 2006-2 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LION CITY CDO 2006-2 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO 2006-2 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO 2006-2 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LION CITY CDO 2006-2 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LION CITY CDO 2006-3 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LION CITY CDO 2006-3 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LION CITY CDO 2006-3 LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LION CITY CDO 2006-3 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LION CITY CDO 2006-3 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LION CITY CDO 2006-3 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LION CITY CDO 2006-3 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LION CITY CDO 2006-3 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO 2006-3 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO 2006-3 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LION CITY CDO 2006-3 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LION CITY CDO 2006-3 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO 2006-3 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| LION CITY CDO 2006-3 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LION CITY CDO 2006-3 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LION CITY CDO LIMITED SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| LION CITY CDO LTD SERIES 2006-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LION CITY CDO LTD SERIES 2006-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LMT 2008-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LMT 2008-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LMT 2008-6 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LMT 2008-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LMT 2008-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LMT 2008-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LMT 2008-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LMT 2008-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LMT 2008-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LMT 2008-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LMT 2008-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LMT 2008-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LMT 2008-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LMT 2008-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LMT 2008-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LOAN FUNDING III LLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LOAN FUNDING III LLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LOAN FUNDING III LLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LOAN FUNDING III LLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LOAN FUNDING III LLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LOAN FUNDING III LLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| LOAN FUNDING III LLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LOAN FUNDING III LLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LOAN FUNDING III LLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LOAN FUNDING III LLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LOAN FUNDING III LLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LOAN FUNDING III LLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LOAN FUNDING III LLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LOAN FUNDING III LLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LOAN FUNDING III LLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LOCAL GOVERNMENT PENSIONS INSTITUTION OF FINLAND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOCAL GOVERNMENT PENSIONS INSTITUTION OF FINLAND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATIO | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATIO | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOYALIS LEVEN N.V. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LOYALIS LEVEN N.V. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LUBRIZOL CORPORATION MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LUBRIZOL CORPORATION MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LUCENT TECHNOLOGIES MASTER PENSION TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LUCENT TECHNOLOGIES MASTER PENSION TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| LUSITANO MORTGAGES NO. 5 PLC | MARKET STREET WILMINGTON DE 19890 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LUSITANO MORTGAGES NO. 5 PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LUSITANO MORTGAGES NO. 5 PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2005-7N NIM1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2005-7N NIM1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2005-7N NIM1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2005-7N NIM1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2005-7N NIM1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2005-7N NIM1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2005-7N NIM1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2005-7N NIM1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2005-7N NIM1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2005-7N NIM1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2005-7N NIM1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2005-7N NIM1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2005-7N NIM1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2005-7N NIM1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2005-7N NIM1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2006-10N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| LXS 2006-10N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2006-10N | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2006-10N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2006-10N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2006-10N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2006-10N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2006-10N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2006-10N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2006-10N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2006-10N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2006-10N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2006-10N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2006-10N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2006-10N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2006-16N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2006-16N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2006-16N | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2006-16N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2006-16N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2006-16N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2006-16N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2006-16N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2006-16N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2006-16N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2006-16N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2006-16N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| LXS 2006-16N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2006-16N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2006-16N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2006-18N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2006-18N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2006-18N | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2006-18N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2006-18N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2006-18N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2006-18N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2006-18N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2006-18N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2006-18N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2006-18N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2006-18N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2006-18N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2006-18N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2006-18N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2007-12N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2007-12N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2007-12N | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2007-12N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2007-12N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2007-12N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2007-12N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2007-12N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-12N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| LXS 2007-12N | 02116 |
| LXS 2007-12N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2007-12N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2007-12N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-12N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-12N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2007-12N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2007-15N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2007-15N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2007-15N | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2007-15N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2007-15N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2007-15N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2007-15N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2007-15N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-15N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-15N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2007-15N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2007-15N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-15N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-15N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2007-15N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2007-2N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2007-2N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2007-2N | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2007-2N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2007-2N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2007-2N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| LXS 2007-2N | 21045 SERVICE 1ST |
| LXS 2007-2N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2007-2N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-2N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-2N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2007-2N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2007-2N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-2N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-2N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2007-2N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS 2007-4N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS 2007-4N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LXS 2007-4N | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS 2007-4N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS 2007-4N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS 2007-4N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS 2007-4N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS 2007-4N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-4N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS 2007-4N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS 2007-4N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS 2007-4N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-4N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS 2007-4N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS 2007-4N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LXS NIM 2005-9N | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LXS NIM 2005-9N | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| LXS NIM 2005-9N | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LXS NIM 2005-9N | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LXS NIM 2005-9N | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LXS NIM 2005-9N | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LXS NIM 2005-9N | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LXS NIM 2005-9N | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS NIM 2005-9N | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LXS NIM 2005-9N | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LXS NIM 2005-9N | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LXS NIM 2005-9N | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS NIM 2005-9N | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LXS NIM 2005-9N | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LXS NIM 2005-9N | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MACY'S INC DEFINED CONTRIBUTIONS MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MACY'S INC DEFINED CONTRIBUTIONS MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MAINE PUBLIC EMPLOYEES RETIREMENT SYSTEMS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MAINE STATE RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MAINE STATE RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MAJOR LEAGUE BASEBALL PLAYERS BENEFIT PLAN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| MAJOR LEAGUE BASEBALL PLAYERS BENEFIT PLAN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| MARBLE FINANCE 2002-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| MARBLE FINANCE 2002-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| MARS PENSION TRUSTEES LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MARSEILLE REPUBLIQUE SAS | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MARSEILLE REPUBLIQUE SAS | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MARSEILLE REPUBLIQUE SAS | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MARSEILLE REPUBLIQUE SAS | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MARSEILLE REPUBLIQUE SAS | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| MARSEILLE REPUBLIQUE SAS | MARKET STREET WILMINGTON DE 19890 |
| MARSEILLE REPUBLIQUE SAS | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MARSEILLE REPUBLIQUE SAS | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MARSEILLE REPUBLIQUE SAS | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MARSEILLE REPUBLIQUE SAS | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MARSEILLE REPUBLIQUE SAS | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MARSEILLE REPUBLIQUE SAS | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MARSEILLE REPUBLIQUE SAS | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MARSEILLE REPUBLIQUE SAS | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MARSEILLE REPUBLIQUE SAS | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MARSEILLE REPUBLIQUE SAS | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MARSH & MCLENNAN COMPANIES INC MASTER RETIREMENT S | 2 LIBERTY SQUARE BOSTON MA 02109 |
| MARYLAND (STATE OF) RETIREMENT AGENCY | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| MARYLAND (STATE OF) RETIREMENT AGENCY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MARYLAND (STATE OF) RETIREMENT AGENCY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MASSACHUSETTS PENSION RESERVES INVESTMENT MANAGEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MASSACHUSETTS PENSION RESERVES INVESTMENT MANAGEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MASSMUTUAL SELECT STRATEGIC BALANCED FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| MATTEL INC MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MBNA CORPORATION PENSION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MCDONNELL LOAN OPPORTUNITY LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| MCDONNELL LOAN OPPORTUNITY LTD | CLARENDON STREET BOSTON MA 02116 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MCGRAW HILL COMPANIES INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MCGRAW HILL COMPANIES INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MEAD CORPORATION MASTER RETIREMENT TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| MEADWESTVACO CORP RETIREMENT PLAN FOR SALARIED EMP | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MEADWESTVACO CORP RETIREMENT PLAN FOR SALARIED EMP | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MERLIN FINANCE SA | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| MERLIN FINANCE SA | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| MERLIN FINANCE SA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MERLIN FINANCE SA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MERLIN FINANCE SA | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MERLIN FINANCE SA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MERLIN FINANCE SA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MERLIN FINANCE SA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MERLIN FINANCE SA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MERLIN FINANCE SA | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MERLIN FINANCE SA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MERLIN FINANCE SA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MERLIN FINANCE SA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MERLIN FINANCE SA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MERLIN FINANCE SA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| MERLIN FINANCE SA | STREET 16TH FLOOR HOUSTON TX 77002 |
| MERLIN FINANCE SA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MERLIN FINANCE SA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MET INV SERIES TRST PIMCO TOTAL RETURN PORT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MET INVESTORS SERIES TRUST | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MET LIFE SEPARATE ACCOUNT NO. 565 | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| MET LIFE SEPARATE ACCOUNT NO. 565 | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| METAL BOX PENSION TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| METAL BOX PENSION TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| METLIFE SEPARATE ACCOUNT NO 253 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| METLIFE SEPARATE ACCOUNT NO 253 | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| METROPOLITAN LIFE INSURANCE CO SEPERATE ACCOUNT 78 | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| METROPOLITAN LIFE INSURANCE CO. ON BEHALF OF ITS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| METROPOLITAN TRANSPORTATION AUTHORITY OF NEW YORK | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MGI EURO BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MGI EURO BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MGI GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MGI GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MGI UK BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MGI UK BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MICHIGAN CARPENTERS PENSION FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| MICROACCESS TRUST 2007 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MICROACCESS TRUST 2007 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MICROACCESS TRUST 2007 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MICROACCESS TRUST 2007 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MICROACCESS TRUST 2007 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MICROACCESS TRUST 2007 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MICROACCESS TRUST 2007 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MICROACCESS TRUST 2007 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MICROACCESS TRUST 2007 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MICROACCESS TRUST 2007 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| MICROACCESS TRUST 2007 | IL 60661 |
| MICROACCESS TRUST 2007 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MICROACCESS TRUST 2007 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MICROACCESS TRUST 2007 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MICROACCESS TRUST 2007 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MICROACCESS TRUST 2007 | ATTN: JENNIFER CUPO NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MIDWEST OPERATING ENGINEERS PENSION TRUST FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MIDWEST OPERATING ENGINEERS PENSION TRUST FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MILLER MSDWIM ACCOUNT #28 | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| MINIBOND LIMITED SERIES 1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| MINIBOND LIMITED SERIES 10 | 10286 |
| MINIBOND LIMITED SERIES 10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 2 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| MINIBOND LIMITED SERIES 2 | FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 3 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| MINIBOND LIMITED SERIES 5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| MINIBOND LIMITED SERIES 7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MINIBOND LIMITED SERIES 8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINIBOND LIMITED SERIES 9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MINIBOND LIMITED SERIES 9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MINIBOND LIMITED SERIES 9 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MINIBOND LIMITED SERIES 9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| MINIBOND LIMITED SERIES 9 | 10286 |
| MINIBOND LIMITED SERIES 9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MINIBOND LIMITED SERIES 9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MINIBOND LIMITED SERIES 9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MINIBOND LIMITED SERIES 9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MINIBOND LIMITED SERIES 9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MINIBOND LIMITED SERIES 9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MINIBOND LIMITED SERIES 9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MINIBOND LIMITED SERIES 9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MINNEAPOLIS EMPLOYEES RETIREMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MINNESOTA MINING & MANUFACTURING EMPLOYEE RETIREME | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| MINNESOTA MINING & MANUFACTURING EMPLOYEE RETIREME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MINNESOTA MINING & MANUFACTURING EMPLOYEE RETIREME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MINNESOTA STATE BOARD OF INVESTMENT | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MISSOURI LOCAL GOVERNMENT EMPLOYEES RETIREMENT SYS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MISSOURI LOCAL GOVERNMENT EMPLOYEES RETIREMENT SYS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MKP VELA CBO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MKP VELA CBO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MKP VELA CBO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MKP VELA CBO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MKP VELA CBO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MKP VELA CBO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MKP VELA CBO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MKP VELA CBO LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| MKP VELA CBO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MKP VELA CBO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MKP VELA CBO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MKP VELA CBO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MKP VELA CBO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MKP VELA CBO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MKP VELA CBO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MOLSON COORS MASTER RETIREMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MOLSON COORS MASTER RETIREMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MONETARY AUTHORITY OF SINGAPORE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MONROE TOBACCO ASSET SECURIZATION CORPORATION | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MONTANA PUBLIC EMPLOYEE'S RETIREMENT BOARD | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MOTION PICTURE INDUSTRY INDIVIDUAL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| ACCOUNT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MSMM FUNDS PLC GLOBAL BOND FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MT WILSON CLO II LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MT WILSON CLO II LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MT WILSON CLO II LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MT WILSON CLO II LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MT WILSON CLO II LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MT WILSON CLO II LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MT WILSON CLO II LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MT WILSON CLO II LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MT WILSON CLO II LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MT WILSON CLO II LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MT WILSON CLO II LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MT WILSON CLO II LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MT WILSON CLO II LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MT WILSON CLO II LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MT WILSON CLO II LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MTR CORPORATION LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MTR CORPORATION LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MULTI-STYLE MULTI-MANAGED FUNDS GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MULTI-STYLE MULTI-MANAGED FUNDS GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MULTI-STYLE MULTI-MANAGER FUNDS PLC – GLOBAL HIGH | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MULTI-STYLE MULTI-MANAGER FUNDS PLC – GLOBAL HIGH | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUNICIPAL ASSET SECURITIZATION TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| SECURITIES, S | 10286 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
| --- | --- |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLS CHAFT MBH | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MUSTIQUE 2007-1 A2A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 A2A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUSTIQUE 2007-1 A2A | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUSTIQUE 2007-1 A2A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MUSTIQUE 2007-1 A2A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUSTIQUE 2007-1 A2A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUSTIQUE 2007-1 A2A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MUSTIQUE 2007-1 A2A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 A2A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 A2A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MUSTIQUE 2007-1 A2A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUSTIQUE 2007-1 A2A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 A2A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 A2A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUSTIQUE 2007-1 A2A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MUSTIQUE 2007-1 A2B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 A2B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUSTIQUE 2007-1 A2B | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUSTIQUE 2007-1 A2B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MUSTIQUE 2007-1 A2B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUSTIQUE 2007-1 A2B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUSTIQUE 2007-1 A2B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MUSTIQUE 2007-1 A2B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 A2B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 A2B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| MUSTIQUE 2007-1 A2B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUSTIQUE 2007-1 A2B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 A2B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 A2B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUSTIQUE 2007-1 A2B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MUSTIQUE 2007-1 B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUSTIQUE 2007-1 B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUSTIQUE 2007-1 B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MUSTIQUE 2007-1 B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUSTIQUE 2007-1 B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUSTIQUE 2007-1 B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MUSTIQUE 2007-1 B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MUSTIQUE 2007-1 B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUSTIQUE 2007-1 B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUSTIQUE 2007-1 B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MUSTIQUE 2007-1 C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUSTIQUE 2007-1 C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUSTIQUE 2007-1 C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MUSTIQUE 2007-1 C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUSTIQUE 2007-1 C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUSTIQUE 2007-1 C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| MUSTIQUE 2007-1 C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MUSTIQUE 2007-1 C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUSTIQUE 2007-1 C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUSTIQUE 2007-1 C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MUSTIQUE 2007-1 D | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 D | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUSTIQUE 2007-1 D | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUSTIQUE 2007-1 D | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| MUSTIQUE 2007-1 D | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUSTIQUE 2007-1 D | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUSTIQUE 2007-1 D | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MUSTIQUE 2007-1 D | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 D | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 D | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MUSTIQUE 2007-1 D | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUSTIQUE 2007-1 D | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 D | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 D | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUSTIQUE 2007-1 D | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MUSTIQUE 2007-1 E | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| MUSTIQUE 2007-1 E | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| MUSTIQUE 2007-1 E | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| MUSTIQUE 2007-1 E | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| MUSTIQUE 2007-1 E | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| MUSTIQUE 2007-1 E | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| MUSTIQUE 2007-1 E | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 E | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 E | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| MUSTIQUE 2007-1 E | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| MUSTIQUE 2007-1 E | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 E | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| MUSTIQUE 2007-1 E | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| MUSTIQUE 2007-1 E | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| MVANR INKA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NASD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NASD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NATIONWIDE BUILDING SOCIETY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NATIONWIDE BUILDING SOCIETY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NEBRASKA INVESTMENT COUNCIL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NEBRASKA INVESTMENT COUNCIL | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NEI COMMON INVESTMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NEI COMMON INVESTMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NESTLE USA INC MASTER RETIREME NT TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| NESTLE USA INC MASTER RETIREME NT TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| NESTLE USA INC MASTER RETIREME NT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NESTLE USA INC MASTER RETIREME NT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| NEW ALLIANCE GLOBAL CDO LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| NEW ALLIANCE GLOBAL CDO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| NEW MEXICO (STATE OF) EDUCATION RETIREMENT BOARD R | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| NEW MEXICO (STATE OF) EDUCATION RETIREMENT BOARD R | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| NIAGRA MOHAWK PENSION PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| LOAN TRUST | STREET 16TH FLOOR HOUSTON TX 77002 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| NORTEL NETWORKS PENSION PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| NORTHERN STATES POWER COMPANY PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NORTHERN TRUST COMPANY | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| NORTHROP GRUMMAN CORPORATION DEFINED CONTRIBUTION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NORTHROP GRUMMAN CORPORATION DEFINED CONTRIBUTION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NORTHROP GRUMMAN TOTAL RETURN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NORTHROP GRUMMAN TOTAL RETURN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NORTHWESTERN MEMORIAL HEALTHCARE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NORTHWESTERN MEMORIAL HEALTHCARE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NORTHWOODS CAPITAL VII LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| NORTHWOODS CAPITAL VII LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| NORTHWOODS CAPITAL VII LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| NORTHWOODS CAPITAL VII LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| NORTHWOODS CAPITAL VII LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| NORTHWOODS CAPITAL VII LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| NORTHWOODS CAPITAL VII LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| NORTHWOODS CAPITAL VII LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| NORTHWOODS CAPITAL VII LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| NORTHWOODS CAPITAL VII LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| NORTHWOODS CAPITAL VII LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| NORTHWOODS CAPITAL VII LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| NORTHWOODS CAPITAL VII LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| NORTHWOODS CAPITAL VII LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| NSK PENSION TRUSTEE LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| OAK HILL CREDIT PARTNERS IV LIMITED | STREET, FLOOR 14 NEW YORK NY 10016 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| OAK HILL CREDIT PARTNERS IV LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| OAK HILL CREDIT PARTNERS IV LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| OHIO (STATE OF) OPERATING ENGINEERS PENSION FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| OHIO (STATE OF) SCHOOL EMPLOYEES RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| OHIO CARPENTERS PENSION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OHIO CARPENTERS PENSION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OHIO STATE TEACHERS RETIREMENT SYSYTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OHIO STATE TEACHERS RETIREMENT SYSYTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OIL INVESTMENT CORPORATION LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OIL INVESTMENT CORPORATION LTD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OKLAHOMA (STATE OF) TEACHERS RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OKLAHOMA (STATE OF) TEACHERS RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| ONYX FUNDING LIMITED 2004-1 | MARKET STREET WILMINGTON DE 19890 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ONYX FUNDING LIMITED 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ONYX FUNDING LIMITED 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ONYX FUNDING LIMITED SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ONYX FUNDING LTD 2004-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE |

| Claim Name | Address Information |
|---|---|
| ONYX FUNDING LTD 2004-1 | DUBLIN 1 IRELAND |
| ONYX FUNDING LTD 2004-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| ONYX FUNDING LTD 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ONYX FUNDING LTD 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ONYX FUNDING LTD 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ONYX FUNDING LTD 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ONYX FUNDING LTD 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ONYX FUNDING LTD 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ONYX FUNDING LTD 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ONYX FUNDING LTD 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ONYX FUNDING LTD 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ONYX FUNDING LTD 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ONYX FUNDING LTD 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LTD 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LTD 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ONYX FUNDING LTD 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| OPPENHEIMER CAPITAL TOTAL RETURN TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OPPENHEIMER CAPITAL TOTAL RETURN TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OPTION ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| OPIQON ONE MORTGAGE LOAN TRUST 2007-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ORANGE COUNTY EMPLOYEES RETIRE MENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ORANGE COUNTY EMPLOYEES RETIRE MENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OREGON PUBLIC EMPLOYEES RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OREGON RETAIL EMPLOYEE PENSION TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OREGON RETAIL EMPLOYEE PENSION TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| OSCART INTERNATIONAL LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| OSCART INTERNATIONAL LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| OSCART INTERNATIONAL LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| OSCART INTERNATIONAL LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| OSCART INTERNATIONAL LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| OSCART INTERNATIONAL LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| OSCART INTERNATIONAL LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| OSCART INTERNATIONAL LIMITED | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OSCART INTERNATIONAL LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| OSCART INTERNATIONAL LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| OSCART INTERNATIONAL LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| OSCART INTERNATIONAL LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OSCART INTERNATIONAL LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| OSCART INTERNATIONAL LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| OSCART INTERNATIONAL LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| OVERSEAS ASSURANCE CORPORATION LIMITED, THE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| P0013 / SPRINT CORPORATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0013 / SPRINT CORPORATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0061 / LABORER DISTRICT COUNSEL & PENSION FD OH | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0061 / LABORER DISTRICT COUNSEL & PENSION FD OH | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0074 / HARBOR CAPITAL GROUP TRUST FOR DEFINED | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| P0085 / ALBERTSON'S SAVINGS & RETIREMENT ESTATES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0085 / ALBERTSON'S SAVINGS & RETIREMENT ESTATES | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0097 / OIL CASUALTY INVESTMENT CORPORATION LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0097 / OIL CASUALTY INVESTMENT CORPORATION LTD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0135 / THE NISOURCE INC MASTER RETIREMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0135 / THE NISOURCE INC MASTER RETIREMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0196 / IHC PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0196 / IHC PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0213 / BAXTER INTERNATIONAL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0219 / L.A. COUNTY MET TRANSIT AUTH RETIREMENT IN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0219 / L.A. COUNTY MET TRANSIT AUTH RETIREMENT IN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0248 / BAPTIST HEALTHCARE SYSTEM INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0248 / BAPTIST HEALTHCARE SYSTEM INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0417 / XCEL ENERGY INC. VOLUNTARY EMPLOYEES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0425 / CARPENTERS PENSION FUND OF ILLINOIS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0425 / CARPENTERS PENSION FUND OF ILLINOIS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0449 / SCUFCW & FOOD EMPLOYERS JT PEN TRUST FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0449 / SCUFCW & FOOD EMPLOYERS JT PEN TRUST FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| P0617 / PDV INSURANCE COMPANY LTD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0649 / WELLS FARGO BANK DECLARATION OF TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0649 / WELLS FARGO BANK DECLARATION OF TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0680 / PIMCO VARIABLE INS TRUST TOTAL RETURN BND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0680 / PIMCO VARIABLE INS TRUST TOTAL RETURN BND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0683 / PIMCO VARIABLE INSURANCE TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0683 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0684 / PIMCO VARIABLE INSURANCE TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0684 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0685 / PIMCO VARIABLE INSURANCE TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0685 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0686 / PIMCO VARIABLE INSURANCE TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0686 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0688/PIMCO VARIABLE INSURANCE TRUST EMERGING | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0688/PIMCO VARIABLE INSURANCE TRUST EMERGING | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0691 / PIMCO VARIABLE INSURANCE TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0691 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0697 / PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0697 / PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0702 / PIMCO PRIVATE INVESTMENT GRADE CORP. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0702 / PIMCO PRIVATE INVESTMENT GRADE CORP. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0706 / PRIVATE ACCT PORT SERIES HIGH YIELD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0706 / PRIVATE ACCT PORT SERIES HIGH YIELD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0707 / PIMCO INVESTMENT GRADE CORPORATE BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0707 / PIMCO INVESTMENT GRADE CORPORATE BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0710 / PIMCO LONG-TERM U.S. GOVERNMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0710 / PIMCO LONG-TERM U.S. GOVERNMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0715 / PIMCO STOCKPLUS FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0715 / PIMCO STOCKPLUS FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0720 / PIMCO LOW DURATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| P0720 / PIMCO LOW DURATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0721 / LOW DURATION MORTGAGE FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0721 / LOW DURATION MORTGAGE FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0722 /  PIMCO PRIVATE MORTGAGE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0722 /  PIMCO PRIVATE MORTGAGE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0723 /  LOW DURATION FUND III | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0723 /  LOW DURATION FUND III | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0731/PIMCO COMMODITYREALRETURN STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0731/PIMCO COMMODITYREALRETURN STRATEGY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0732 / PIMCO FUNDS: PRIVATE ACCOUNT PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0732 / PIMCO FUNDS: PRIVATE ACCOUNT PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0734/PIMCO STOCKSPLUS TOTAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0734/PIMCO STOCKSPLUS TOTAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0735 / PIMCO TOTAL RETURN FUND II | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0735 / PIMCO TOTAL RETURN FUND II | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0740 / PIMCO SHORT TERM FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0740 / PIMCO SHORT TERM FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0742 / PIMCO FUNDS: PRIVATE ACCT PORTFOLIO SERIES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0742 / PIMCO FUNDS: PRIVATE ACCT PORTFOLIO SERIES | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0744/PIMCO DIVERSIFIED INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0744/PIMCO DIVERSIFIED INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0745 / PIMCO MODERATE DURATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0745 / PIMCO MODERATE DURATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0747/PAPS SHORT TERM PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0747/PAPS SHORT TERM PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0750 /  LOW DURATION FUND II | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0750 /  LOW DURATION FUND II | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0770 / PIMCO FOREIGN BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0770 / PIMCO FOREIGN BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0783 / PIMCO EUROPEAN STOCKSPLUS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0783 / PIMCO EUROPEAN STOCKSPLUS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0784 / PIMCO FAR EAST (EX-JAPAN) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| P0784 / PIMCO FAR EAST (EX-JAPAN) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0785 / GLOBAL BOND FUND II | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0785 / GLOBAL BOND FUND II | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0786 PIMCO INT'L STK PLUS TR STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0786 PIMCO INT'L STK PLUS TR STRATEGY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0787 / PIMCO JAPANESE STOCKSPLUS TRUST FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0787 / PIMCO JAPANESE STOCKSPLUS TRUST FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0788 REAL ESTATE REAL RETURN STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0788 REAL ESTATE REAL RETURN STRATEGY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0790 / PIMCO TOTAL RETURN FUND III | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0790 / PIMCO TOTAL RETURN FUND III | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0792 / PIMCO PRIVATE REAL RETURN BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0792 / PIMCO PRIVATE REAL RETURN BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0793 / PIMCO REAL RETURN ASSET FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0793 / PIMCO REAL RETURN ASSET FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0868 / NIKKO TRUST-NIKKO PIMCO YEN LIBOR PLUS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0868 / NIKKO TRUST-NIKKO PIMCO YEN LIBOR PLUS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0887 / PACE STRATEGIC FIXED INCOME INVESTMENTS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0887 / PACE STRATEGIC FIXED INCOME INVESTMENTS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0909/SARA LEE CORPORATION MASTER INVESTMENT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0909/SARA LEE CORPORATION MASTER INVESTMENT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0935 / GROUP TRUST AGMT PURSUANT HEWLETT-PACKARD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0935 / GROUP TRUST AGMT PURSUANT HEWLETT-PACKARD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0968 / UPS MASTER TRUST TOTAL RETURN ACCOUNT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0968 / UPS MASTER TRUST TOTAL RETURN ACCOUNT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0972 / TARGET INTERMEDIATE TERM BOND PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0972 / TARGET INTERMEDIATE TERM BOND PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0975 / AST PIMCO LIMITED MATURITY BOND PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| P0975 / AST PIMCO LIMITED MATURITY BOND PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0976 / AMERICAN SKANDIA TOTAL RETURN BOND PORT. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0976 / AMERICAN SKANDIA TOTAL RETURN BOND PORT. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0977 / FREMONT BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0977 / FREMONT BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1010 / DELUXE CORPORATION MASTER TRUST (1998 RMT) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1010 / DELUXE CORPORATION MASTER TRUST (1998 RMT) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1016 / BELL COMM. RESEARCH MASTER PENSION TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1016 / BELL COMM. RESEARCH MASTER PENSION TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1027 / PRUDENTIAL DIVERSIFIED MODERATE GROWTH FD. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1027 / PRUDENTIAL DIVERSIFIED MODERATE GROWTH FD. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1049 / PACIFIC HIGH YIELD CAYMAN UNIT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1049 / PACIFIC HIGH YIELD CAYMAN UNIT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1074 / HALLMARK MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1074 / HALLMARK MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1077 / DMC INSURANCE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1077 / DMC INSURANCE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1096 / SMITH BARNEY CORP TR CO CORE FXD INC FD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1096 / SMITH BARNEY CORP TR CO CORE FXD INC FD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1108 / DIR. GUILD OF AMER. - PRODUCER BASIC PENS. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1108 / DIR. GUILD OF AMER. - PRODUCER BASIC PENS. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1129 / SYSCO CORPORATION RETIREMENT PLAN | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| P1129 / SYSCO CORPORATION RETIREMENT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1129 / SYSCO CORPORATION RETIREMENT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1182/OCC ACCUMULATION TRUST MANAGED BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1182/OCC ACCUMULATION TRUST MANAGED BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1185 / THE CASEY FAMILY PROGRAM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1185 / THE CASEY FAMILY PROGRAM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1203/EQUITY TRUSTEES LTD PIMCO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| AUSTRALIAN BND FND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1203/EQUITY TRUSTEES LTD PIMCO AUSTRALIAN BND FND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1215 / INTERNATIONAL SHIPOWNERS REINSURANCE CO SA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1215 / INTERNATIONAL SHIPOWNERS REINSURANCE CO SA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1232 / ANNUITY BOARD SELECT FUNDS SHORT-TERM BOND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1232 / ANNUITY BOARD SELECT FUNDS SHORT-TERM BOND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1253 / COOPER INDUSTRIES INC MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1253 / COOPER INDUSTRIES INC MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1257 / TR2 CAYMAN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1257 / TR2 CAYMAN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1263 / MELLON BANK NA EMPLOYEE BENEFIT FUND PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1263 / MELLON BANK NA EMPLOYEE BENEFIT FUND PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1266 / ARCH COAL INC RETIREMENT ACCOUNT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1266 / ARCH COAL INC RETIREMENT ACCOUNT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1298 / UNIVERSITY OF IOWA FOUNDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1298 / UNIVERSITY OF IOWA FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1307- STICHTING PENSIOENFONDS CAMPINA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1307- STICHTING PENSIOENFONDS CAMPINA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1401/THE GCG TRUST CORE BOND SERIES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1401/THE GCG TRUST CORE BOND SERIES | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1409 / GOLDMAN SACHS GMMS INSTITUIONAL CORE PLUS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1409 / GOLDMAN SACHS GMMS INSTITUIONAL CORE PLUS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1420 / STATE OF MONTANA PUBLIC EMPLOYEE DEFERRED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1420 / STATE OF MONTANA PUBLIC EMPLOYEE DEFERRED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1422 / TAM INTERNATIONAL TRUST INTL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1422 / TAM INTERNATIONAL TRUST INTL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1424/GGOF GUARDIAN RSP INTERNATIONAL INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1424/GGOF GUARDIAN RSP INTERNATIONAL INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1428 / TAM GROUP INVESTMENT FUND GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| P1428 / TAM GROUP INVESTMENT FUND GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1441 / STICHING MARS PENSION FUNDS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1462 PIMCO/STICHTING PENSIOEN FDS VAN DE GROLSCHE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1462 PIMCO/STICHTING PENSIOEN FDS VAN DE GROLSCHE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1476 / FRANK RUSSELL INVESTMENT CO SHORT TERM BD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1476 / FRANK RUSSELL INVESTMENT CO SHORT TERM BD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1481 / EMPLOYEES RETIREMENT PLAN OF SENTARA HEALT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1481 / EMPLOYEES RETIREMENT PLAN OF SENTARA HEALT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1483 / PIMCO HELSINGFORS INVESTMENTS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1483 / PIMCO HELSINGFORS INVESTMENTS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1490 / PF PIMCO MANAGED BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1490 / PF PIMCO MANAGED BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1493 / JDD HOLDINGS, L.P. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1604 / PIMCO AEGON/TRANSAMERICA SERIES FUND INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1604 / PIMCO AEGON/TRANSAMERICA SERIES FUND INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1612 / PIMCO VARIABLE INSURANCE TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1612 / PIMCO VARIABLE INSURANCE TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1630 / PRIMONE,PRIMTWO,PRIMTHREE,PRIMFOUR,PRIM FIV | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1630 / PRIMONE,PRIMTWO,PRIMTHREE,PRIMFOUR,PRIM FIV | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1632 / ILLINOIS TOOL WORKS INC MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1632 / ILLINOIS TOOL WORKS INC MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1971 / TOTAL RETURN BOND FUND OF TARGET FUNDS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1971 / TOTAL RETURN BOND FUND OF TARGET FUNDS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1972/SKYLON GLOBAL HIGH YIELD TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1972/SKYLON GLOBAL HIGH YIELD TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1973 / SKYLON GLOBAL YIELD FUND LTD - SERIES B U | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1973 / SKYLON GLOBAL YIELD FUND LTD - SERIES B U | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1975/SKYLON GLOBAL YIELD FUND LTD - | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| SERIES A U | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1975/SKYLON GLOBAL YIELD FUND LTD - SERIES A U | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1976/GANNETT RETIREMENT PLAN MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| P1976/GANNETT RETIREMENT PLAN MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1976/GANNETT RETIREMENT PLAN MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P1989 / SAMARITAN INSURANCE FUNDING LTD 175905 | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2049/ASTRAZENECA PENSIONS TRUSTEE LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2049/ASTRAZENECA PENSIONS TRUSTEE LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2065 / MSDW DEFINED BENEFIT MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2070/MANUFACTURERS INVESTMENT REAL RETURN BOND TR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2070/MANUFACTURERS INVESTMENT REAL RETURN BOND TR | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2075 / GREYHOUND LINES, INC - AMALGAMATED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2075 / GREYHOUND LINES, INC - AMALGAMATED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2076 / THE SALVATION ARMY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2124-SERCO PENSION AND LIFE ASSURANCE SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2194/HEALTH CARE SECURITY TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2194/HEALTH CARE SECURITY TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2200 TAX-QUALIFIED RETIREMENT PLANS BECHTEL CORP | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2200 TAX-QUALIFIED RETIREMENT PLANS BECHTEL CORP | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2215/EESTI PANK EXTERNAL ASSET MGMT PROGRAMME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2232 / THRIFT PLAN FOR EMPLOYEES OF THE MTA ITS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2232 / THRIFT PLAN FOR EMPLOYEES OF THE MTA ITS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2235/AFTRA RETIREMENT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2235/AFTRA RETIREMENT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2240 /NATL PROVIDENT FD-F FD OF THE GBL ASSET TST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2240 /NATL PROVIDENT FD-F FD OF THE GBL ASSET TST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2248/STICHTING GEMEENSCHAPPELIJK BELEGGINGSFONDS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2278 / PIMCO STICHTING LAURUS PENSIOENFONDS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2297/METLIFE SEPARATE ACCOUNT NO. 384 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| P2400/THE PAUL HAMLYN FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2401 ING PIMCO HIGH YIELD PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2401 ING PIMCO HIGH YIELD PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2421 / GARTMORE TRUST COMPANY-THE ACTIVELY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2421 / GARTMORE TRUST COMPANY-THE ACTIVELY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2423 / DRESDNER RCM FIXED INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2423 / DRESDNER RCM FIXED INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2436 / STATE SUPER FINANCIAL SERVICES LTD. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2436 / STATE SUPER FINANCIAL SERVICES LTD. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2466/BROMSGROVE HOLDINGS LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2484/LONGUE VUE PARTNERS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2484/LONGUE VUE PARTNERS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2491/PF PIMCO INFLATION MANAGED FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2491/PF PIMCO INFLATION MANAGED FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2492/PIMCO CORPORATE OPPORTUNITY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2492/PIMCO CORPORATE OPPORTUNITY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2493/PIMCO HIGH INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2493/PIMCO HIGH INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2603 RED RIVER HYPI, L.P. DEM 0109012603 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2603 RED RIVER HYPI, L.P. DEM 0109012603 | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2647 / EWING MARION KAUFFMAN FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2680 / PIMCO VARIABLE INSURANCE TRUST GLOBAL BOND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2680 / PIMCO VARIABLE INSURANCE TRUST GLOBAL BOND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2692/OPEC FUND FORINTERNATIONAL DEVELOPMENT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2692/OPEC FUND FORINTERNATIONAL DEVELOPMENT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2695/MET INVESTORS SERIES TRUST PIMCO INFLATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2695/MET INVESTORS SERIES TRUST PIMCO INFLATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2725 / CAYMAN US BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2725 / CAYMAN US BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2727 / PIMCO CAYMAN LONG DURATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2727 / PIMCO CAYMAN LONG DURATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
| --- | --- |
| P2741 / BERMUDA US LOW DURATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2741 / BERMUDA US LOW DURATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2750 / PIMCO CAYMAN JAPAN COREPLUS FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2750 / PIMCO CAYMAN JAPAN COREPLUS FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2751/PIMCO CAYMAN JAPAN LOW DURATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2751/PIMCO CAYMAN JAPAN LOW DURATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2767 PIMCO CAYMAN US TOTAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2767 PIMCO CAYMAN US TOTAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2796/PIMCO BERMUDA JGB FLOATER FOREIGN ALPHA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2812 / PACIFIC HIGH GRADE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2812 / PACIFIC HIGH GRADE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2821 / PIMCO CORPORATE INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2821 / PIMCO CORPORATE INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2832 - AMERICAN BAR ASSOCIATION / STATE STREET | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2832 - AMERICAN BAR ASSOCIATION / STATE STREET | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2926/JOHN HANCOCK RR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2926/JOHN HANCOCK RR | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3430/FAIRFAX COUNTY UNIFORMED RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3430/FAIRFAX COUNTY UNIFORMED RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3603/IDEX PIMCO REAL RETURNS TIPS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3603/IDEX PIMCO REAL RETURNS TIPS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3620 / CARPENTER'S RETIREMENT TRUST OF WESTERN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3620 / CARPENTER'S RETIREMENT TRUST OF WESTERN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3682/PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3682/PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3683/GLOBAL INVESTMENT GRADE CREDIT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3683/GLOBAL INVESTMENT GRADE CREDIT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3684/GLOBAL INVESTORS SERIES GLOBAL BOND EX-US FD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3684/GLOBAL INVESTORS SERIES GLOBAL BOND EX-US FD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3689/GLOBAL INVESTORS SER PLC UK | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| STERLING INFL LF | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3689/GLOBAL INVESTORS SER PLC UK STERLING INFL LF | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3699 / GIS GB INSTITUTIONAL US UNHEDGED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3699 / GIS GB INSTITUTIONAL US UNHEDGED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3726 / PIMCO BERMUDA DIVERSIFIED INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3726 / PIMCO BERMUDA DIVERSIFIED INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3815/BROTHERS HARRIMAN TR CAYEMERGING LOCAL BOND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P3815/BROTHERS HARRIMAN TR CAYEMERGING LOCAL BOND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P4632/GLOBAL INVESTORS SERIESPLC EURO CORP BOND FU | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P4632/GLOBAL INVESTORS SERIESPLC EURO CORP BOND FU | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P4811/PIMCO LARGE CAP STOCKSPL US TOTAL RETURN FND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P4811/PIMCO LARGE CAP STOCKSPL US TOTAL RETURN FND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6080/NEW IRELAND ASSURANCECOMPANY PLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6080/NEW IRELAND ASSURANCECOMPANY PLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6480/MASS MUTUAL LIFE INSURANCE CO. FPD ALPHA BAC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6480/MASS MUTUAL LIFE INSURANCE CO. FPD ALPHA BAC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6881/PIMCO VARIABLE INSURANCE TRUST COMMODITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6881/PIMCO VARIABLE INSURANCE TRUST COMMODITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6888/BUREAU OF LABORINSURANCE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P6888/BUREAU OF LABORINSURANCE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P755 / PIMCO GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P7880/HSBC INTERNATIONAL TRUSTEE LIMITED AS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P7880/HSBC INTERNATIONAL TRUSTEE LIMITED AS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P8882 / HONG KONG POLYTECHNIC UNIVERSITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P9710 / TARGET PORTFOLIO TRUST - INTL BOND PORTFOL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC GAS & ELECTRIC COMPANY RETIREMENT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC GAS & ELECTRIC COMPANY RETIREMENT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| SERIES 10 | STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SERVICES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SERVICES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| SERIES 23 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 29 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| SERIES 31 | FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PACIFIC INVESTMENT MANAGEMENT CO  LLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC INVESTMENT MANAGEMENT CO  LLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC INVESTMENT MANAGEMENT COMPANY - PIMCO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC INVESTMENT MANAGEMENT COMPANY - PIMCO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC LIBOR ALPHA CAYMAN UNIT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC LIBOR ALPHA CAYMAN UNIT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC SELECT INFLATION MANAGED PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC SELECT INFLATION MANAGED PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC SELECT MANAGED BOND PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PARS ASPIRE FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PARS ASPIRE FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PEARL FINANCE 2003-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| PEARL FINANCE 2003-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| PEARL FINANCE 2003-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| PEARL FINANCE 2003-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| PEARL FINANCE 2003-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| PEARL FINANCE 2003-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| PEARL FINANCE 2003-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| PEARL FINANCE 2003-6 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| PEARL FINANCE 2003-8 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| PEARL FINANCE 2003-8 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| PEARL FINANCE 2003-9 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| PEARL FINANCE 2003-9 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| PEARL FINANCE PLC SERIES 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| PEARL FINANCE PLC SERIES 2005-1 | MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE PLC SERIES 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE PLC SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEARL FINANCE SERIES 2003-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEARL FINANCE SERIES 2003-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE SERIES 2003-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE SERIES 2003-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEARL FINANCE SERIES 2003-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE SERIES 2003-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE SERIES 2003-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE SERIES 2003-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE SERIES 2003-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEARL FINANCE SERIES 2003-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| PEARL FINANCE SERIES 2003-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE SERIES 2003-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE SERIES 2003-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEARL FINANCE SERIES 2003-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE SERIES 2003-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE SERIES 2003-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE SERIES 2003-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE SERIES 2003-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEARL FINANCE SERIES 2003-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEARL FINANCE SERIES 2003-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE SERIES 2003-5 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE SERIES 2003-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEARL FINANCE SERIES 2003-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE SERIES 2003-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE SERIES 2003-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE SERIES 2003-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| PEARL FINANCE SERIES 2003-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE SERIES 2003-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEARL FINANCE SERIES 2003-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEARL FINANCE SERIES 2003-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE SERIES 2003-6 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE SERIES 2003-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEARL FINANCE SERIES 2003-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE SERIES 2003-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE SERIES 2003-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE SERIES 2003-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE SERIES 2003-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEARL FINANCE SERIES 2003-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEARL FINANCE SERIES 2003-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE SERIES 2003-8 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE SERIES 2003-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEARL FINANCE SERIES 2003-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE SERIES 2003-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE SERIES 2003-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE SERIES 2003-8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| PEARL FINANCE SERIES 2003-8 | 02116 |
| PEARL FINANCE SERIES 2003-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE SERIES 2003-8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEARL FINANCE SERIES 2003-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEARL FINANCE SERIES 2003-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEARL FINANCE SERIES 2003-9 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEARL FINANCE SERIES 2003-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEARL FINANCE SERIES 2003-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEARL FINANCE SERIES 2003-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEARL FINANCE SERIES 2003-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEARL FINANCE SERIES 2003-9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEARL FINANCE SERIES 2003-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEARL FINANCE SERIES 2003-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEARL FINANCE SERIES 2003-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEARL FINANCE SERIES 2003-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| PEBBLE CREEK 2007-3 LIMITED | 21045 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEBBLE CREEK LCDO 2006-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PENNS LANDING CDO 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PENNS LANDING CDO 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PENNS LANDING CDO 2007-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PENNS LANDING CDO 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PENNS LANDING CDO 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PENNS LANDING CDO 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PENNS LANDING CDO 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PENNS LANDING CDO 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PENNS LANDING CDO 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PENNS LANDING CDO 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PENNS LANDING CDO 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PENNS LANDING CDO 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PENNS LANDING CDO 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PENNS LANDING CDO 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PENNS LANDING CDO 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| PENSIOENVERZEKERINGSMAATSCHAPPIJ DSM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSIOENVERZEKERINGSMAATSCHAPPIJ DSM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION FUND ENCI | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION FUND OF THE CHRISTIAN CHURCH | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION FUND OF THE CHRISTIAN CHURCH | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION PROTECTION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION PROTECTION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION RESERVES INVESTMENT MANAGEMENT BOARD (PRIM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PENSION RESERVES INVESTMENT MANAGEMENT BOARD (PRIM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PEPCO HOLDINGS RETIREMENT PLAN MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PEPCO HOLDINGS RETIREMENT PLAN MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PETRAECA FINANCE PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PETRAECA FINANCE PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PETRAECA FINANCE PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PETRAECA FINANCE PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PETRAECA FINANCE PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PETRAECA FINANCE PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PETRAECA FINANCE PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PETRAECA FINANCE PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PETRAECA FINANCE PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PETRAECA FINANCE PLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PETRAECA FINANCE PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PETRAECA FINANCE PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PETRAECA FINANCE PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PETRAECA FINANCE PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PETROLEUM DEVELOPMENT OMAN – | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PFIZER MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PHELPS DODGE CORPORATION MASTER TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PHELPS DODGE CORPORATION MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PHOENIX AZ (CITY OF) EMPLOYEE'S RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| PHOENIX AZ (CITY OF) EMPLOYEE'S RETIREMENT SYSTEM | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PHOENIX II MIXED L | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PHOENIX II MIXED L | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PHOENIX II MIXED L | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PHOENIX II MIXED L | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PHOENIX II MIXED L | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PHOENIX II MIXED L | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PHOENIX II MIXED L | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PHOENIX II MIXED L | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX II MIXED L | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| PHOENIX II MIXED L | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX II MIXED L | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PHOENIX II MIXED L | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PHOENIX II MIXED L | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX II MIXED L | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX II MIXED L | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PHOENIX II MIXED L | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PHOENIX III MIXED U | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PHOENIX III MIXED U | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PHOENIX III MIXED U | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PHOENIX III MIXED U | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PHOENIX III MIXED U | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PHOENIX III MIXED U | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PHOENIX III MIXED U | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PHOENIX III MIXED U | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX III MIXED U | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX III MIXED U | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PHOENIX III MIXED U | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PHOENIX III MIXED U | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX III MIXED U | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX III MIXED U | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PHOENIX III MIXED U | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PHOENIX SERIES 2002-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PHOENIX SERIES 2002-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PHOENIX SERIES 2002-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PHOENIX SERIES 2002-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PHOENIX SERIES 2002-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| PHOENIX SERIES 2002-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PHOENIX SERIES 2002-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PHOENIX SERIES 2002-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX SERIES 2002-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX SERIES 2002-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PHOENIX SERIES 2002-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PHOENIX SERIES 2002-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX SERIES 2002-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX SERIES 2002-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PHOENIX SERIES 2002-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PHOENIX SERIES 2002-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PHOENIX SERIES 2002-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PHOENIX SERIES 2002-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PHOENIX SERIES 2002-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PHOENIX SERIES 2002-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PHOENIX SERIES 2002-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PHOENIX SERIES 2002-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PHOENIX SERIES 2002-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX SERIES 2002-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PHOENIX SERIES 2002-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PHOENIX SERIES 2002-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PHOENIX SERIES 2002-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX SERIES 2002-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PHOENIX SERIES 2002-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PHOENIX SERIES 2002-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| PICASSO INVESTMENTS 1 LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PICASSO INVESTMENTS 1 LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PICASSO INVESTMENTS 1 LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PIMCO 1695MET INVESTORS SERIES PIMCOTOTAL RETURN P | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO 1716BMO HARRIS OPPORTUNITY BONDPORTFOLIOC/O | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO 4661 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO 4661 | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO 681 VARIABLE INSURANCE TRUST STOCKS PLUS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO 681 VARIABLE INSURANCE TRUST STOCKS PLUS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV E-FUND – (#4899) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PIMCO ABSOLUTE RETURN STRATEGY V MASTER FUND LDC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY V MASTER FUND LDC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA DEVELOPING LOCAL MARKETS FUND - (#37 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA FOREIGN LOW DURATION FUND - (#2742) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA GLOBAL HIGH YIELD FUND II - (#3761) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA JAPAN COREPLUS FUND - (#3749) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA JGB FLOATER U.S. STRATEGY FUND - (#2 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA LIBOR PLUS MASTER FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA LIBOR PLUS MASTER FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST II - PIMCO BERMUDA EMERGING MA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST II - PIMCO BERMUDA EMERGING MA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV - PIMCO BERMUDA DEVELOPING | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV - PIMCO BERMUDA DEVELOPING | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV - PIMCO BERMUDA GLOBAL BOND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV - PIMCO BERMUDA GLOBAL BOND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV - PIMCO BERMUDA JAPAN COREP | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV - PIMCO BERMUDA JAPAN COREP | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV - PIMCO GLOBAL HIGH YIELD F | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV - PIMCO GLOBAL HIGH YIELD F | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV- PIMCO GLOBAL BOND STRATEGY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV- PIMCO GLOBAL BOND STRATEGY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA U.S. HIGH YIELD FUND II (M) - (#3716 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA US HIGH YIELD II (M) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA US HIGH YIELD II (M) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA US LOW DURATION FUND - (#2741) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BROAD MARKET STOCKSPLUS TOTAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BROAD MARKET STOCKSPLUS TOTAL RETURN FUND (# | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CANADA - CANADIAN COREPLUS LONG | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| BOND TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CANADA - CANADIAN COREPLUS LONG BOND TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CANADA CANADIAN COREPLUS BOND TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN AUSTRALIAN MULTI-SECTOR FUND - (#2760 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN COMMODITY FUND I LTD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN (YEN-HEDGED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN INCOME FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL EX-JAPAN (YEN-HEDGE) BOND FND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL EX-JAPAN (YEN-HEDGE) BOND FND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL EX-JAPAN BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL EX-JAPAN BOND FUND -(#2730) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL HIGH INCOME FUND - (#2764) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL LIBOR PLUS (YEN-HEDGED) FUND - | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL MULTIPLE REAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL MULTIPLE REAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN JAPAN COREPLUS FUND - (#2750) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN UK LONG DURATION FUND- (# 2769) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO COMMERCIAL MORTGAGE SECURITIES TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO COMMERCIAL MORTGAGE SECURITIES TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CONVERTIBLE FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CONVERTIBLE FUND - (#761) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO DISTRESSED MORTGAGE FUND LP | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO DISTRESSED MORTGAGE FUND, L.P. - (# 4670) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING BOND STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING BOND STRATEGY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| PIMCO EMERGING BOND STRATEGY FUND | 92660 |
| PIMCO EMERGING BOND STRATEGY FUND (#3753) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND FUND (M) - (#2737) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EUROPEAN STOCKSPLUS TR STRATEGY FUND (#783) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FAR EAST (EX-JAPAN) STOCKSPLUS TR STRATEGY F | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FLOATING INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FLOATING INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FLOATING RATE INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FLOATING RATE INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FLOATING RATE STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FOREIGN BOND PORTFOLIO (U.S. DOLLAR-HEDGED) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDAMENTAL ADVANTAGE TOTAL RETURN STRATEGY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDAMENTAL ADVANTAGE TOTAL RETURN STRATEGY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS DEVELOPING LOCAL MARKET | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS DEVELOPING LOCAL MARKET | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS EMERGING LOCAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS EMERGING LOCAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS FOREIGN BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS FOREIGN BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS FUNDAMENTAL INDEXPLUS TR FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GBL INVS SERIES PLC UK STERLING INV G | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GBL INVS SERIES PLC UK STERLING INV G | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES EMG BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES EMG BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC EURO BOND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC EURO BOND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC GLOBAL RE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC GLOBAL RE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PLC HIGH YIEL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC HIGH YIEL | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC TOTAL RET | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC TOTAL RET | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC UK STERLI | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC UK STERLI | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLS GLOBAL BO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLS GLOBAL BO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORSSERIES PLC COMMODITIE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORSSERIES PLC COMMODITIE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: PIMCO INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: PIMCO INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: PRIVATE ACCOUNT PORTFOLIO SERIES INTE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: PRIVATE ACCOUNT PORTFOLIO SERIES INTE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND (U.S. DOLLAR-HEDGED) - (#78 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL CREDIT OPPORTUNITY FUND - (#4805) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL CREDIT OPPORTUNITY MASTER FUND LDC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL CREDIT OPPORTUNITY MASTER FUND LDC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL HIGH YIELD STRATEGY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL HIGH YIELD STRATEGY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL HIGH YIELD STRATEGY FUND - (#3752) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL INVESTORS SERIES PLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL INVESTORS SERIES PLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL INVESTORS SERIES PLC EURO ULTRA LONG | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL INVESTORS SERIES PLC EURO ULTRA LONG | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL INVESTORS SERIES PLC UK STERLING ULTR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL INVESTORS SERIES PLC UK STERLING ULTR | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PIMCO GLOBAL REAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL RELATIVE VALUE MASTER FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL RELATIVE VALUE MASTER FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO HIGH YIELD FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO HIGH YIELD FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO INCOME OPPORTUNITY FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO INCOME OPPORTUNITY FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO INTERNATIONAL PORTFOLIO - (#780) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO INTERNATIONAL STOCKSPLUS TR STRATEGY FUND (U | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO INVESTMENT GRADE CORPORATE BOND FUND - (#707) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO JAPANESE STOCKSPLUS TR STRATEGY FUND - (#787 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LARGE CAP STOCKSPLUS TOTAL RETURN FUND -(#48 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LONG-TERM US GOVERNMENT PORTFOLIO (#683) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LUXEMBOURG GLOBAL STOCKSPLUS TR FUND IN EURO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LUXEMBOURG GLOBAL STOCKSPLUS TR FUND IN EURO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LUXEMBOURG TRUST GLOBAL BOND FUND (NOK HEDGE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LUXEMBOURG TRUST GLOBAL BOND FUND (NOK HEDGE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LUXEMBOURG TRUST-COMMODITY REAL RETURN STRAT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LUXEMBOURG TRUST-COMMODITY REAL RETURN STRAT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO MORTGAGE PORTFOLIO - (#722) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO OFFSHORE FUNDS: PIMCO CAYMAN UK LONG DURATIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO OFFSHORE PORTFOLIOS: GLOBAL SHORT-TERM PORTF | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO OFFSHORE PORTFOLIOS: GLOBAL SHORT-TERM PORTF | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO P1851 BPF VLAKGLAS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO P1851 BPF VLAKGLAS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO PENSION PLUS FUND LLC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO PENSIONPLUS FUND LLC - (#3201) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO PRIV ACCT PORTFOLIO SERIES EMERGING MARKETS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO PRIV ACCT PORTFOLIO SERIES EMERGING MARKETS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PIMCO REAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO REALESTATEREALRETURN STRATEGY PORTFOLIO (#68 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO SMALL CAP STOCKSPLUS TR FUND (#751) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO SMALL CAP STOCKSPLUS TR FUND A | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO STRATEGIC GLOBAL GOVERNMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO STRATEGIC GLOBAL GOVERNMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO TOTAL RETURN FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO TOTAL RETURN FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO TOTAL RETURN MORTGAGE FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO TOTAL RETURN MORTGAGE FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO VARIABLE INSURANCE TRUST FOREIGN BOND PORT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO VARIABLE INSURANCE TRUST FOREIGN BOND PORT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO VARIABLE INSURANCE TRUST REALESTATEREALRETUR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| POLARIS INVESTMENT SA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| POOL REINSURANCE COMPANY LIMIT ED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| POOL REINSURANCE COMPANY LIMIT ED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PRIME SERIES US AGGREGATE BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PRIME SERIES US AGGREGATE BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PRIMUS FINANCIAL PRODUCTS LLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PRIMUS FINANCIAL PRODUCTS LLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| PROGRESS ENERGY INC PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PROGRESS ENERGY INC PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PRUDENTIAL RETIREMENT INSURANCE SEP ACCOUNT ON BEH | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PRUDENTIAL SERIES FUND INC SP PIMCO HIGH YIELD POR | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PRUDENTIAL SERIES FUND INC SP PIMCO HIGH YIELD POR | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PRUDENTIAL SERIES FUND INC SP PIMCO TOTAL RETURN P | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PRUDENTIAL SERIES FUND INC SP PIMCO TOTAL RETURN P | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PUERTO RICO INVESTORS BOND FUND I | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUERTO RICO INVESTORS BOND FUND I | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 005 / 29H FX DEM 010501P29H | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 018/018 FX DEM 010501P018 | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 041/993 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 050/7BZ FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 070/249 FX DEM 010501P249 | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 070/2SA FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 073/812 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 074/816 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 075/838 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 1LN/1LW FX DEM 010501P1LW | ATTN: STEPHEN DRISCOLL/ MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA '02109 |
| PUTNAM 1OU/1OU FX DEM 010501P1OU | ATTN: STEPHEN DRISCOLL/ MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 1QR/1QR FX DEM 010501P1QR | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 1QT/1RC FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2AZ / 25S FX DEM 010501P25S | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3DJ/4UC FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GO FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GR FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3PA FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3KD/3KD FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4BB/4BB FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4BL/3WQ FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4NS/4NS FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4ZV / 4ZV FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 539 / 7BX FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 792/792 FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 841/6BM | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 841/6BM | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 841/6BM | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 8FM / 8FO FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 8FM / 8FO FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 8FM / 8FO FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 961/961 FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 961/961 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM 961/961 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 961/964 FX | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 961/964 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 961/964 FX | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION BALANCED FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION CONSERVATIVE FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION CONSERVATIVE FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION CONSERVATIVE FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION GROWTH FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION GROWTH FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION GROWTH FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST FIXED INCOME LONG FUN | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST FIXED INCOME LONG FUN | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST FIXED INCOME LONG FUN | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CORE INTERMEDIATE BOND FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CORE INTERMEDIATE BOND FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CORE INTERMEDIATE BOND FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CREDIT HEDGE FUND LP | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CREDIT HEDGE FUND LP | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CREDIT HEDGE FUND LP | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CURRENCY FUND INCUBATOR MASTER ACCOUNT | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CURRENCY FUND INCUBATOR MASTER ACCOUNT | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CURRENCY FUND INCUBATOR MASTER ACCOUNT | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM EUROPE EQUITY FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM EUROPE GROWTH FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM FLOATING RATE INCOME FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM FLOATING RATE INCOME FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM FLOATING RATE INCOME FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM FUND FOR GROWTH & INCOME | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL CONCENTRATED FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL INCOME TRUST- A/C 041 | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL INCOME TRUST- A/C 041 | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL INCOME TRUST- A/C 041 | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD FIXED INCOME FUND LLC | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD FIXED INCOME FUND LLC | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INCOME FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INCOME FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INCOME FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERMEDIATE DOMESTIC INVESTMNT GRADE TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INTERMEDIATE DOMESTIC INVESTMNT GRADE TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERMEDIATE DOMESTIC INVESTMNT GRADE TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM MASTER INTERMEDIATE INCOME TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM MASTER INTERMEDIATE INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM MASTER INTERMEDIATE INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM MULTI-STRATEGY / ALPHA PORT (MAPS) CAYMAN M | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM PREMIER INCOME TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM PREMIER INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM PREMIER INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO | 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA CONSERVATIVE PORTF | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA CONSERVATIVE PORTF | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA CONSERVATIVE PORTF | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM STRATEGIC GLOBAL EMERGING MARKET FIXED INCO | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM STRATEGIC GLOBAL EMERGING MARKET FIXED INCO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM STRATEGIC GLOBAL EMERGING MARKET FIXED INCO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM STRUCTURED OPPORTUNITIES FUND LTD | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM STRUCTURED OPPORTUNITIES FUND LTD | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM STRUCTURED OPPORTUNITIES FUND LTD | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN FUND LTD | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN US INVESTMENT GRADE FIXED INCO | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN US INVESTMENT GRADE FIXED INCO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN US INVESTMENT GRADE FIXED INCO | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM U.S. GOVERNMENT INCOME TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM U.S. GOVERNMENT INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM U.S. GOVERNMENT INCOME TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM UNIVERSE BOND PLUS MAPS FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM UNIVERSE BOND PLUS MAPS FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM UNIVERSE BOND PLUS MAPS FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM US CORE BOND SHORT DURATION TRUST | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM US CORE BOND SHORT DURATION TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM US CORE BOND SHORT DURATION TRUST | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT AMERICAN GOVERNM | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT AMERICAN GOVERNM | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT AMERICAN GOVERNM | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT GLOBAL ASSET ALL | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT GLOBAL ASSET ALL | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT GLOBAL ASSET ALL | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT GLOBAL GROWTH FU | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT GLOBAL GROWTH FU | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT GLOBAL GROWTH FU | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT HIGH YIELD FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT HIGH YIELD FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT HIGH YIELD FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT DIVERSIFIED INCOME | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT DIVERSIFIED INCOME | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT DIVERSIFIED INCOME | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT INCOME FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT INCOME FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT INCOME FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT THE GEORGE PUTNAM | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT THE GEORGE PUTNAM | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT THE | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE |

| Claim Name | Address Information |
|---|---|
| GEORGE PUTNAM | BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM GLOBAL FIXED INCOME | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM GLOBAL FIXED INCOME | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM GLOBAL FIXED INCOME | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM GLOBAL FIXED INCOME | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM GLOBAL FIXED INCOME | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM GLOBAL FIXED INCOME | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM INVESTORS (US CORE | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II –PUTNAM TOTAL RETURN FUND | 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II –PUTNAM TOTAL RETURN FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II –PUTNAM TOTAL RETURN FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II* – PUTNAM GLOBAL GROWTH FUND | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| PYXIS ABS CDO 2007-1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QIC DIVERSIFIED FIXED INTEREST FUND NO 1 | 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| QIC DIVERSIFIED FIXED INTEREST FUND NO 1 | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| QIC GLOBAL CREDIT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| QIC GLOBAL CREDIT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| QUARTZ FINANCE 2003-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| QUARTZ FINANCE 2003-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| QUARTZ FINANCE 2003-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE 2003-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE 2003-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE 2003-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE 2003-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE 2003-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE 2003-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE 2003-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2003-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2003-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE 2003-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE 2003-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2003-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2003-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE 2003-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE 2003-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| QUARTZ FINANCE 2003-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| QUARTZ FINANCE 2003-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE 2003-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE 2003-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE 2003-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE 2003-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE 2003-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| QUARTZ FINANCE 2003-4 | 21045 |
| QUARTZ FINANCE 2003-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE 2003-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2003-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE 2003-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE 2003-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2003-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2003-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE 2003-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE 2003-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| QUARTZ FINANCE 2003-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| QUARTZ FINANCE 2003-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE 2003-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE 2003-5 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE 2003-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE 2003-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE 2003-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE 2003-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE 2003-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2003-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE 2003-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE 2003-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2003-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2003-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE 2003-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE 2004-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| QUARTZ FINANCE 2004-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| QUARTZ FINANCE 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| QUARTZ FINANCE 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE 2004-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE 2004-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| QUARTZ FINANCE 2005-1 | WITH A COPY TO A#AMPER& GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| QUARTZ FINANCE 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|------------|---------------------|
| QUARTZ FINANCE 2005-1 | 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE 2005-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| QUARTZ FINANCE 2005-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| QUARTZ FINANCE 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE 2005-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE 2005-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE 2005-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| QUARTZ FINANCE LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| QUARTZ FINANCE SERIES 2003-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| QUARTZ FINANCE SERIES 2003-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| QUARTZ FINANCE SERIES 2003-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACE POINT IV CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACE POINT IV CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACE POINT IV CLO LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| RACE POINT IV CLO LTD | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACE POINT IV CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACE POINT IV CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACE POINT IV CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACE POINT IV CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACE POINT IV CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACE POINT IV CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACE POINT IV CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACE POINT IV CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACE POINT IV CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACE POINT IV CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACE POINT IV CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACE POINT IV CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2000-22-A UBS | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2000-22-A UBS | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2000-22-A UBS | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2000-22-A UBS | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2000-22-A UBS | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2000-22-A UBS | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2000-22-A UBS | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2000-22-A UBS | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2000-22-A UBS | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2000-22-A UBS | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2000-22-A UBS | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2000-22-A UBS | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2000-22-A UBS | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2000-22-A UBS | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| RACERS 2000-22-A UBS | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2000-24-A HSBC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2000-24-A HSBC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2000-24-A HSBC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2000-24-A HSBC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2000-24-A HSBC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2000-24-A HSBC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2000-24-A HSBC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2000-24-A HSBC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2000-24-A HSBC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2000-24-A HSBC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2000-24-A HSBC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2000-24-A HSBC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2000-24-A HSBC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2000-24-A HSBC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2000-24-A HSBC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2001-13-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2001-13-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2001-13-C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2001-13-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2001-13-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2001-13-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2001-13-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2001-13-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2001-13-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2001-13-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| RACERS 2001-13-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2001-13-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2001-13-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2001-13-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2001-13-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2002-45-L | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2002-45-L | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2002-45-L | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2002-45-L | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2002-45-L | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2002-45-L | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2002-45-L | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2002-45-L | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2002-45-L | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2002-45-L | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2002-45-L | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2002-45-L | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2002-45-L | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2002-45-L | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2002-45-L | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2003-07-A CITI | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2003-07-A CITI | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2003-07-A CITI | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2003-07-A CITI | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2003-07-A CITI | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2003-07-A CITI | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2003-07-A CITI | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| RACERS 2003-07-A CITI | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2003-07-A CITI | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2003-07-A CITI | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2003-07-A CITI | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2003-07-A CITI | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2003-07-A CITI | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2003-07-A CITI | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2003-07-A CITI | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2005-06-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-06-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2005-06-A | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2005-06-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2005-06-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2005-06-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2005-06-A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2005-06-A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-06-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-06-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2005-06-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2005-06-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-06-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-06-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2005-06-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2005-10-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-10-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2005-10-C | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2005-10-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| RACERS 2005-10-C | 10286 |
| RACERS 2005-10-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2005-10-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2005-10-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2005-10-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-10-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-10-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2005-10-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2005-10-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-10-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-10-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2005-10-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2005-13-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-13-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2005-13-C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2005-13-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2005-13-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2005-13-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2005-13-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2005-13-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-13-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-13-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2005-13-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2005-13-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-13-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-13-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2005-13-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| RACERS 2005-19-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-19-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2005-19-C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2005-19-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2005-19-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2005-19-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2005-19-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2005-19-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-19-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-19-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2005-19-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2005-19-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-19-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-19-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2005-19-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2005-21-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-21-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2005-21-C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2005-21-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2005-21-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2005-21-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2005-21-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2005-21-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-21-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2005-21-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2005-21-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| RACERS 2005-21-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-21-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2005-21-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2005-21-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-1-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-1-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-1-C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-1-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-1-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-1-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-1-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-1-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-1-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-1-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-1-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-1-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-1-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-1-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-1-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-15-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-15-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-15-A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-15-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-15-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-15-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-15-A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-15-A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| RACERS 2006-15-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-15-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-15-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-15-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-15-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-15-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-15-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-18-C ABX-A-06-1-I | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-18-C ABX-A-06-1-I | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| RACERS 2006-18-C ABX-A-06-1-II | MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-18-C ABX-A-06-1-II | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-18-C ABX-A-06-1-II | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-18-C ABX-A-06-1-III | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-18-C ABX-A-06-1-III | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-18-C ABX-A-06-2-I | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-18-C ABX-A-06-2-I | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-18-C ABX-A-06-2-II | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-18-C ABX-A-06-2-II | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-18-C ABX-A-06-2-III | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-18-C ABX-A-06-2-III | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2006-20-AT | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2006-20-AT | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2006-20-AT | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2006-20-AT | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2006-20-AT | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2006-20-AT | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2006-20-AT | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2006-20-AT | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2006-20-AT | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| RACERS 2006-20-AT | 02116 |
| RACERS 2006-20-AT | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2006-20-AT | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2006-20-AT | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-20-AT | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2006-20-AT | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2006-20-AT | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2007-4-C FTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2007-4-C FTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2007-4-C FTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2007-4-C FTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2007-4-C FTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2007-4-C FTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2007-4-C FTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2007-4-C FTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2007-4-C FTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2007-4-C FTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2007-4-C FTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2007-4-C FTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2007-4-C FTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2007-4-C FTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2007-4-C FTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2008-2-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2008-2-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2008-2-C | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2008-2-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2008-2-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2008-2-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| RACERS 2008-2-C | 21045 |
| RACERS 2008-2-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2008-2-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2008-2-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2008-2-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2008-2-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2008-2-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2008-2-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2008-2-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2008-2-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2008-3-C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2008-3-C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS 2008-3-C | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2008-3-C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2008-3-C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2008-3-C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2008-3-C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2008-3-C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2008-3-C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2008-3-C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2008-3-C | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2008-3-C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2008-3-C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2008-3-C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2008-3-C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS 2008-5-A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS 2008-5-A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| RACERS 2008-5-A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS 2008-5-A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS 2008-5-A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS 2008-5-A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS 2008-5-A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS 2008-5-A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2008-5-A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS 2008-5-A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS 2008-5-A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS 2008-5-A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2008-5-A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS 2008-5-A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS 2008-5-A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS SERIES 2002-20 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RACERS SERIES 2002-20 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| RACERS SERIES 2002-20 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS SERIES 2002-20 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS SERIES 2002-20 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS SERIES 2002-20 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS SERIES 2002-20 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS SERIES 2002-20 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS SERIES 2002-20 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS SERIES 2002-20 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS SERIES 2002-20 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS SERIES 2002-20 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS SERIES 2002-20 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS SERIES 2002-20 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| RACERS SERIES 2002-20 | STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS SERIES 2002-20 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS SERIES 2002-20 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS SERIES 2002-20 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS SERIES 2002-26 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS SERIES 2002-26 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS SERIES 2002-26 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS SERIES 2002-26 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS SERIES 2002-26 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS SERIES 2002-26 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS SERIES 2002-26 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS SERIES 2002-26 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS SERIES 2002-26 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS SERIES 2002-26 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS SERIES 2002-26 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS SERIES 2002-26 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS SERIES 2002-26 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS SERIES 2002-26 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS SERIES 2002-26 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RACERS SERIES 2002-39 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RACERS SERIES 2002-39 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RACERS SERIES 2002-39 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RACERS SERIES 2002-39 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RACERS SERIES 2002-39 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RACERS SERIES 2002-39 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RACERS SERIES 2002-39 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RACERS SERIES 2002-39 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS SERIES 2002-39 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| RACERS SERIES 2002-39 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RACERS SERIES 2002-39 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RACERS SERIES 2002-39 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RACERS SERIES 2002-39 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS SERIES 2002-39 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RACERS SERIES 2002-39 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RACERS SERIES 2002-39 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RADIAN CREDIT LINKED TRUST 2003-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RADIAN CREDIT LINKED TRUST 2003-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RAILWAYS PENSION TRUSTEE COMPANY LIMITED | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RAILWAYS PENSION TRUSTEE COMPANY LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RAYTHEON COMPANY MASTER TRUST FOR DEFINED CONTRIBU | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RAYTHEON MASTER PENSION TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RBC CANADIAN MASTER TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| RBC DEXIA INVESTOR SERVICES TRUST | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RCM FIXED INCOME FUND, A SERIES OF RCM COMMINGLED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RELATIONSHIP FUNDING COMPANY LLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RELATIONSHIP FUNDING COMPANY LLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RELIANCE INSURANCE COMPANY | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| RELIANCE INSURANCE COMPANY | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006–A15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006–A15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006–A15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006–A15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006–A15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006–A15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006–A15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006–A15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RIC RUSELL SHORT DURATION BOND FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RIC RUSSELL STRATEGIC BOND FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RII- RUSSELL INVESTMENT CO PLCGLOBAL BONDC/O RUSSE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RIS- BARCLAYS BANK UKRETIREMENT FUND (45287)C/O RU | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RIS- CIVIL AVIATION AUTHOITYPENSION SCHEME (CVS51) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RIS- CIVIL AVIATION AUTHORITYPENSION SCHEME (CVS50 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RIS- MARS PENSION TRUSTEES LTD(MUKF0013002)C/O RUS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ROBANIA CDO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ROBANIA CDO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ROBANIA CDO LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ROBANIA CDO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ROBANIA CDO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ROBANIA CDO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ROBANIA CDO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ROBANIA CDO LIMITED | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ROBANIA CDO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ROBANIA CDO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ROBANIA CDO LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ROBANIA CDO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| ROBANIA CDO LIMITED | STREET 16TH FLOOR HOUSTON TX 77002 |
| ROBANIA CDO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ROBANIA CDO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ROBANIA CDO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ROBECO CDO VII LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ROBECO CDO VII LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ROBECO CDO VII LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ROBECO CDO VII LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ROBECO CDO VII LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ROBECO CDO VII LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ROBECO CDO VII LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ROBECO CDO VII LIMITED | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ROBECO CDO VII LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ROBECO CDO VII LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ROBECO CDO VII LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ROBECO CDO VII LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ROBECO CDO VII LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ROBECO CDO VII LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ROBECO CDO VII LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ROBECO CREDIT LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ROBECO CREDIT LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ROBECO CREDIT LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ROBECO CREDIT LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ROBECO CREDIT LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ROBECO CREDIT LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ROBECO CREDIT LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ROBECO CREDIT LIMITED | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| ROBECO CREDIT LIMITED | 02116 |
| ROBECO CREDIT LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ROBECO CREDIT LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ROBECO CREDIT LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ROBECO CREDIT LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ROBECO CREDIT LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ROBECO CREDIT LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ROBECO CREDIT LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ROBUSTA GLOBAL CREDIT BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ROCHE RETIREMENT PLAN TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| ROCHE RETIREMENT PLAN TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ROCHE RETIREMENT PLAN TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ROCKWELL AUTOMATION MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| ROCKWELL AUTOMATION MASTER TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| RR DONNELLEY & SONS COMPANY INC RETIREMENT BENEFIT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RR DONNELLEY & SONS COMPANY INC RETIREMENT BENEFIT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RTC- RUSSELL TRUST COMPANYWORLD EQUITY FUND (7QGC) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RTC-RUSSELL TRUST COMPANY INTLEQUITY PLUS FUND (7Q | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUBY 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY 2005-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| RUBY FINANCE 2003-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE 2003-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| RUBY FINANCE 2003-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2003-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2003-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2003-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2003-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2003-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2003-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2003-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2003-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2003-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2003-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2003-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2003-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2003-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2003-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2004-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2004-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2004-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2004-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2004-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2004-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2004-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2004-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2004-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2004-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2004-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2004-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2004-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2004-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2004-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2004-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE 2004-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| RUBY FINANCE 2004-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2004-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2004-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2004-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2004-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2004-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2004-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2004-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2004-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2004-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2004-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2004-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2004-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2004-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2004-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2005-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2005-1 | FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2006-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE 2006-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| RUBY FINANCE 2006-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2006-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2006-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2006-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2006-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2006-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2006-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2006-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2006-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2006-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2006-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2006-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE 2006-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| RUBY FINANCE 2006-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2006-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2006-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2006-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2006-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2006-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2006-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2006-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2006-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2006-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2006-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2006-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2006-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE 2006-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| RUBY FINANCE 2006-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2006-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2006-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2006-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2006-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2006-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2006-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2006-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2006-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2006-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2006-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2006-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE 2006-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| RUBY FINANCE 2006-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2006-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2006-5 | STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2006-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2006-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2006-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2006-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2006-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2006-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2006-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2006-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2006-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2006-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE 2006-7 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| RUBY FINANCE 2006-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2006-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2006-7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2006-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2006-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2006-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2006-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2006-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2006-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2006-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2006-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2006-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2006-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2007-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2007-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2007-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE 2007-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| RUBY FINANCE 2007-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2007-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2007-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2007-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2007-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2007-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2007-3 | 21045 |
| RUBY FINANCE 2007-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2007-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2007-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2007-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2007-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2007-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE 2007-6 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| RUBY FINANCE 2007-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2007-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2007-6 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2007-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2007-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2007-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2007-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2007-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2007-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2007-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2007-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2007-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2007-7 | FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2007-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2007-7 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2007-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2007-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2007-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2007-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2007-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2007-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2007-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2007-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2007-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2007-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE 2008-01 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE 2008-01 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE 2008-01 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE 2008-01 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE 2008-01 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE 2008-01 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE 2008-01 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE 2008-01 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2008-01 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE 2008-01 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE 2008-01 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE 2008-01 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE 2008-01 | STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2008-01 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE 2008-01 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE 2008-01 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUBY FINANCE PLC 2007-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE PLC 2007-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| RUBY FINANCE PLC 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| RUBY FINANCE PLC 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| RUBY FINANCE PLC 2007-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| RUBY FINANCE PLC 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| RUBY FINANCE PLC 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| RUBY FINANCE PLC 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| RUBY FINANCE PLC 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| RUBY FINANCE PLC 2007-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE PLC 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| RUBY FINANCE PLC 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| RUBY FINANCE PLC 2007-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| RUBY FINANCE PLC 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE PLC 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| RUBY FINANCE PLC 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| RUBY FINANCE PLC 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| RUSSELL AUSTRALIAN BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL AUSTRALIAN BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT CO II PUBLIC LTD CO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT CO II PUBLIC LTD CO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT FUNDS CORE BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT FUNDS CORE BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL LONG DURATION FIXED INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL LONG DURATION FIXED INCOME FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL MULTI-MANAGER UNIT TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL MULTI-MANAGER UNIT TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| RUSSELL MULTI-MANAGER UNIT TRUST | 92660 |
| RUSSELL MULTI-STRATEGY GLOBAL BOND FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| RUSSELL TRUST FIXED INCOME II FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| S&P LICENSING FEE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| S&P LICENSING FEE | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| S&P LICENSING FEE | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| S&P LICENSING FEE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| S&P LICENSING FEE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| S&P LICENSING FEE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| S&P LICENSING FEE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| S&P LICENSING FEE | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| S&P LICENSING FEE | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| S&P LICENSING FEE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| S&P LICENSING FEE | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| S&P LICENSING FEE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| S&P LICENSING FEE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| S&P LICENSING FEE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| S&P LICENSING FEE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAGAMORE CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAGAMORE CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAGAMORE CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAGAMORE CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAGAMORE CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAGAMORE CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAGAMORE CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAGAMORE CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAGAMORE CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAGAMORE CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| SAGAMORE CLO LTD | IL 60661 |
| SAGAMORE CLO LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAGAMORE CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAGAMORE CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAGAMORE CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAGAMORE CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAIL 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAIL 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAIL 2005-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAIL 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAIL 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAIL 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAIL 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAIL 2005-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAIL 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAIL 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAIL 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAIL 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAIL 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAIL 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAIL 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAIL 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAIL 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAIL 2005-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAIL 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAIL 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAIL 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| SAIL 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAIL 2005-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAIL 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAIL 2005-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAIL 2005-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAIL 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAIL 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAIL 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAIL 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAIL ASSOCIATES, LLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAIL ASSOCIATES, LLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAIL ASSOCIATES, LLC | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAIL ASSOCIATES, LLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAIL ASSOCIATES, LLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAIL ASSOCIATES, LLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAIL ASSOCIATES, LLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAIL ASSOCIATES, LLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAIL ASSOCIATES, LLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAIL ASSOCIATES, LLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAIL ASSOCIATES, LLC | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAIL ASSOCIATES, LLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAIL ASSOCIATES, LLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAIL ASSOCIATES, LLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAIL ASSOCIATES, LLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SALOMON BROTHERS GLOBAL HIGH INCOME FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SALVATION ARMY EASTERN TERRITORY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SALVATION ARMY EASTERN TERRITORY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| SALVATION ARMY EASTERN TERRITORY | 92660 |
| SAMUEL ROBERTS NOBLE FOUNDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAMUEL ROBERTS NOBLE FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN ANTONIO TX (CITY OF) FIREM EN & POLICE PENSION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN ANTONIO TX (CITY OF) FIREM EN & POLICE PENSION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN DIEGO CA (CITY OF) EMPLOYEES' RETIREMENT SYSTE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN DIEGO CA (CITY OF) EMPLOYEES' RETIREMENT SYSTE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN DIEGO CA (COUNTY OF) EMPLOYEES RETIREMENT ASSO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN DIEGO CA (COUNTY OF) EMPLOYEES RETIREMENT ASSO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN DIEGO COUNTY EMPLOYEES RETOREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN DIEGO COUNTY EMPLOYEES RETOREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAN FRANCISCO EMPLOYEES' RETIREMENT SYSTEM | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| SANLAM UNIVERSAL FUNDS PLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SANTA CLARA UNIVERSITY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SANTA CLARA UNIVERSITY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SAPHIR FINANCE 2005-12 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE 2005-12 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE 2006-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE 2006-6 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE 2006-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE 2006-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE 2006-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE 2006-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE 2006-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE 2006-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE 2006-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE 2006-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE 2006-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE 2006-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE 2006-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE 2006-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE 2006-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE 2006-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE 2006-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE 2006-8 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE 2006-8 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE 2006-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE 2006-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE 2006-8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE 2006-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE 2006-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE 2006-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE 2006-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE 2006-8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE 2006-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE 2006-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE 2006-8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE 2006-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE 2006-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE 2006-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE 2006-8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2004-11 | 21045 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2004-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2004-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2004-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2004-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2004-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2004-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2004-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2004-4 | FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2004-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2004-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2004-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2004-5 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2004-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2004-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2004-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2004-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2004-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2004-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2005 -11 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2005-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2005-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2005-12 | STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2005-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2005-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2005-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2005-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2005-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2005-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2005-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2005-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2005-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2005-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2005-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2005-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2005-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2005-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2005-7 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2005-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2005-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2005-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2005-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2006-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2006-10 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2006-11 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-11 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2006-11 | 02116 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2006-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2006-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2006-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2006-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2006-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2006-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2006-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2006-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2007-1 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2007-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2007-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2007-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-3 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2007-4 | FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2007-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2007-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2007-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2007-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2007-5 | 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2007-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2007-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-6 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-7 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2007-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2007-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2007-9 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2007-9 | 10286 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2007-9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC 2007-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC 2008-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC 2008-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|------------|---------------------|
| SAPHIR FINANCE PLC 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2004-11 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2004-12 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2004-12 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2004-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2004-4 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2004-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2004-7 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2005-8 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2005-8 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2008-10 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-11 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC SERIES 2008-11 | STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-12 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC SERIES 2008-12 | STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-13 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-13 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-13 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC SERIES 2008-6 | STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-8 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPHIR FINANCE PLC SERIES 2008-9 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPHIR FINANCE PLC SERIES 2008-9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPHIR FINANCE PLC SERIES 2008-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPPHIRE COMMERCIAL PAPER TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPPHIRE COMMERCIAL PAPER TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| SAPPORO NISHIMACHI YUGEN GAISYA | 02116 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SAPPORO NISHIMACHI YUGEN GAISYA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARATOGA CLO I LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARATOGA CLO I LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARATOGA CLO I LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARATOGA CLO I LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARATOGA CLO I LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARATOGA CLO I LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARATOGA CLO I LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARATOGA CLO I LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARATOGA CLO I LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARATOGA CLO I LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARATOGA CLO I LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARATOGA CLO I LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARATOGA CLO I LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARATOGA CLO I LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARATOGA CLO I LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2006-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM 2006-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2006-11 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2006-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| SARM 2006-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2006-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2006-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2006-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2006-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2006-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2006-11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2006-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2006-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2006-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2006-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2006-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM 2006-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2006-12 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2006-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM 2006-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2006-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2006-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2006-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2006-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2006-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2006-12 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2006-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2006-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2006-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2006-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH |

| Claim Name | Address Information |
|---|---|
| SARM 2007-1 | FLOOR NEW YORK NY 10005 |
| SARM 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2007-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2007-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2007-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2007-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2007-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| SARM 2007-2 | STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2007-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM 2007-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2007-3 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2007-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM 2007-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2007-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2007-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2007-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2007-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2007-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2007-3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2007-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2007-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2007-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2007-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2008-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2008-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| SARM 2008-1 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM 2008-1B | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM 2008-1B | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM 2008-1B | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM 2008-1B | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM 2008-1B | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM 2008-1B | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2008-1B | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM 2008-1B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2008-1B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM 2008-1B | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM 2008-1B | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM 2008-1B | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2008-1B | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM 2008-1B | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM 2008-1B | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| SARM LOAN TRUST SERIES 2004-18 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM LOAN TRUST SERIES 2004-18 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM LOAN TRUST SERIES 2004-18 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM LOAN TRUST SERIES 2005-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM LOAN TRUST SERIES 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SARM NIM1 2005 -19XS | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SARM NIM1 2005 -19XS | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| SARM NIM1 2005 -19XS | STREET, FLOOR 14 NEW YORK NY 10016 |
| SARM NIM1 2005 -19XS | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SARM NIM1 2005 -19XS | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SARM NIM1 2005 -19XS | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SARM NIM1 2005 -19XS | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM NIM1 2005 -19XS | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SARM NIM1 2005 -19XS | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM NIM1 2005 -19XS | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SARM NIM1 2005 -19XS | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SARM NIM1 2005 -19XS | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SARM NIM1 2005 -19XS | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM NIM1 2005 -19XS | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SARM NIM1 2005 -19XS | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SARM NIM1 2005 -19XS | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2003-NP1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2003-NP1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2003-NP1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2003-NP1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2003-NP1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2003-NP1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2003-NP1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2003-NP1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2003-NP1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2003-NP1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2003-NP1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2003-NP1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2003-NP1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| SASCO 2003-NP1 | STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2003-NP1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2003-NP1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2005-NC1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2005-NC1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2005-NC1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2005-NC1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2005-NC1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2005-NC1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2005-NC1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2005-NC1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-NC1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-NC1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2005-NC1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2005-NC1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-NC1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-NC1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2005-NC1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2005-RF1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2005-RF1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2005-RF1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2005-RF1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2005-RF1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2005-RF1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2005-RF1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2005-RF1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-RF1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| SASCO 2005-RF1 | 02116 |
| SASCO 2005-RF1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2005-RF1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2005-RF1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2005-RF1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2005-RF2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2005-RF2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2005-RF2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2005-RF2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2005-RF2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2005-RF2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2005-RF2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2005-RF2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-RF2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-RF2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2005-RF2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2005-RF2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2005-RF2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2005-RF3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2005-RF3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2005-RF3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2005-RF3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2005-RF3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2005-RF3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| SASCO 2005-RF3 | 21045 |
| SASCO 2005-RF3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2005-RF3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-RF3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-RF3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2005-RF3 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2005-RF3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2005-RF3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2005-RF4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2005-RF4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2005-RF4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2005-RF4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2005-RF4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2005-RF4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2005-RF4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2005-RF4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-RF4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-RF4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2005-RF4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2005-RF4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-RF4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2005-RF4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2005-WF1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2005-WF1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| SASCO 2005-WF1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2005-WF1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2005-WF1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2005-WF1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2005-WF1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2005-WF1 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-WF1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2005-WF1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2005-WF1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2005-WF1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-WF1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2005-WF1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2005-WF1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO 2008-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO 2008-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO 2008-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO 2008-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO 2008-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO 2008-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2008-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO 2008-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2008-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO 2008-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO 2008-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO 2008-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO 2008-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| SASCO 2008-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO 2008-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO NIM 2005-9XS | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO NIM 2005-9XS | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO NIM 2005-9XS | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO NIM 2005-9XS | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO NIM 2005-9XS | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO NIM 2005-9XS | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO NIM 2005-9XS | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO NIM 2005-9XS | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO NIM 2005-9XS | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO NIM 2005-9XS | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO NIM 2005-9XS | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO NIM 2005-9XS | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO NIM 2005-9XS | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO NIM 2005-9XS | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO NIM 2005-9XS | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO SERIES 2005-RF6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO SERIES 2005-RF6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO SERIES 2005-RF6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO SERIES 2005-RF6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO SERIES 2005-RF6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO SERIES 2005-RF6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO SERIES 2005-RF6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO SERIES 2005-RF6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2005-RF6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2005-RF6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO |

| Claim Name | Address Information |
|---|---|
| SASCO SERIES 2005-RF6 | IL 60661 |
| SASCO SERIES 2005-RF6 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO SERIES 2005-RF6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2005-RF6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2005-RF6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO SERIES 2005-RF6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO SERIES 2006 RF-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO SERIES 2006 RF-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO SERIES 2006 RF-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO SERIES 2006 RF-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO SERIES 2006 RF-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO SERIES 2006 RF-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO SERIES 2006 RF-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO SERIES 2006 RF-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2006 RF-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2006 RF-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO SERIES 2006 RF-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO SERIES 2006 RF-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2006 RF-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2006 RF-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO SERIES 2006 RF-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO SERIES 2006 RF-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO SERIES 2006 RF-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO SERIES 2006 RF-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO SERIES 2006 RF-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO SERIES 2006 RF-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO SERIES 2006 RF-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO SERIES 2006 RF-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL |

| Claim Name | Address Information |
|---|---|
| SASCO SERIES 2006 RF-4 | STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO SERIES 2006 RF-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2006 RF-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2006 RF-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO SERIES 2006 RF-4 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO SERIES 2006 RF-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2006 RF-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2006 RF-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO SERIES 2006 RF-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO SERIES 2007 RF-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO SERIES 2007 RF-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO SERIES 2007 RF-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO SERIES 2007 RF-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO SERIES 2007 RF-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO SERIES 2007 RF-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO SERIES 2007 RF-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO SERIES 2007 RF-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2007 RF-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2007 RF-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO SERIES 2007 RF-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO SERIES 2007 RF-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2007 RF-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2007 RF-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO SERIES 2007 RF-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO SERIES 2007 RF-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO SERIES 2007 RF-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO SERIES 2007 RF-2 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| SASCO SERIES 2007 RF-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO SERIES 2007 RF-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO SERIES 2007 RF-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO SERIES 2007 RF-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO SERIES 2007 RF-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2007 RF-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2007 RF-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO SERIES 2007 RF-2 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO SERIES 2007 RF-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2007 RF-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2007 RF-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO SERIES 2007 RF-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SASCO SERIES 2008 RF-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO SERIES 2008 RF-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO SERIES 2008 RF-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO SERIES 2008 RF-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO SERIES 2008 RF-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO SERIES 2008 RF-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO SERIES 2008 RF-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO SERIES 2008 RF-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2008 RF-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO SERIES 2008 RF-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO SERIES 2008 RF-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO SERIES 2008 RF-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2008 RF-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO SERIES 2008 RF-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO SERIES 2008 RF-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| SASCO SERIES 2008 RF-1 | FLOOR LAGUNA HILLS CA 92653 |
| SASCO, SERIES 2005-RF5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SASCO, SERIES 2005-RF5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SASCO, SERIES 2005-RF5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SASCO, SERIES 2005-RF5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SASCO, SERIES 2005-RF5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SASCO, SERIES 2005-RF5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO, SERIES 2005-RF5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SASCO, SERIES 2005-RF5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO, SERIES 2005-RF5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SASCO, SERIES 2005-RF5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SASCO, SERIES 2005-RF5 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SASCO, SERIES 2005-RF5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO, SERIES 2005-RF5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SASCO, SERIES 2005-RF5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SASCO, SERIES 2005-RF5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SCHILLER PARK CLO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SCHILLER PARK CLO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SCHILLER PARK CLO | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SCHILLER PARK CLO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SCHILLER PARK CLO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SCHILLER PARK CLO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SCHILLER PARK CLO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SCHILLER PARK CLO | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SCHILLER PARK CLO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SCHILLER PARK CLO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SCHILLER PARK CLO | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, |

| Claim Name | Address Information |
|---|---|
| SCHILLER PARK CLO | 25TH FLOOR CHICAGO IL 60661 |
| SCHILLER PARK CLO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SCHILLER PARK CLO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SCHILLER PARK CLO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SCHILLER PARK CLO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SCHLUMBERGER MASTER PROFIT SHARING TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SCHWAB INSTITUTIONAL FIXED INCOME TRUST FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SCREEN ACTORS GUILD – PRODUCERS PENSION & HEALTH P | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| SEALINK FUNDING LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SEALINK FUNDING LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SEALINK FUNDING LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SEALINK FUNDING LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SEALINK FUNDING LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SEALINK FUNDING LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SEALINK FUNDING LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SEALINK FUNDING LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SEALINK FUNDING LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SEALINK FUNDING LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SEALINK FUNDING LIMITED | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SEALINK FUNDING LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SEALINK FUNDING LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SEALINK FUNDING LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SEALINK FUNDING LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SEARS, ROEBUCK AND CO. | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SEARS, ROEBUCK AND CO. | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SENTARA HEALTHCARE | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SENTARA HEALTHCARE | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SHELL BRUNEI PROVIDENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SHELL BRUNEI PROVIDENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SHELL BRUNEI RETIREMENT BENEFIT | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SHELL BRUNEI RETIREMENT BENEFIT | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SIERRA PACIFIC RESOURCES DEFINED BENEFIT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SIERRA PACIFIC RESOURCES DEFINED BENEFIT PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SIRIUS INTERNATIONAL LIMITED SERIES 11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| SIRIUS INTERNATIONAL LTD SERIES 16 | 10286 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SIRIUS INTERNATIONAL LTD SERIES 16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SISTERS OF MERCY HEALTH SYSTEM ST LOUIS INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SISTERS OF MERCY HEALTH SYSTEM ST LOUIS INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SISTERS OF PROVIDENCE HEALTH SYSTEM INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SKANDIA GLOBAL FUNDS PLC | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| SKANDIA GLOBAL FUNDS PLC - SKANDIA EMERGING MARKET | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SLM STUDENT LOAN TRUST 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SLM STUDENT LOAN TRUST 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SMITH BARNEY CORE PLUS BOND FUND INC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SMITH BARNEY DIVERSIFIED STRATEGIC INCOME FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SOCIETA' DI CARTOLARIZZAZIONE ITALIANA CREDITI A R | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| SOLAR INVESTMENT GRADE CBO I | MARKET STREET WILMINGTON DE 19890 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SOLAR INVESTMENT GRADE CBO I | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SOLAR INVESTMENT GRADE CBO I | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SOLAR INVESTMNT GRADE CBO II | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SOLAR INVESTMNT GRADE CBO II | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SOLAR V CDO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SOLAR V CDO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| SOLAR V CDO | STREET, FLOOR 14 NEW YORK NY 10016 |
| SOLAR V CDO | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SOLAR V CDO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SOLAR V CDO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SOLAR V CDO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SOLAR V CDO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SOLAR V CDO | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOLAR V CDO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOLAR V CDO | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SOLAR V CDO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SOLAR V CDO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOLAR V CDO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOLAR V CDO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SOLAR V CDO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SONOMA CA (COUNTY OF) EMPLOYEE S RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SOUTHERN CALIFORNIA EDISON CO RETIREMENT MASTER TR | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SOUTHPORT CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SOUTHPORT CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SOUTHPORT CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SOUTHPORT CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SOUTHPORT CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SOUTHPORT CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SOUTHPORT CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SOUTHPORT CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOUTHPORT CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SOUTHPORT CLO LTD | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| SOUTHPORT CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SOUTHPORT CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOUTHPORT CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SOUTHPORT CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SOUTHPORT CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SOUTHWESTERN CARPENTERS PENSION | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SPARROW HEALTH SYSTEM RETIREMENT PLAN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SPARROW HEALTH SYSTEM RETIREMENT PLAN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SPEEDWAY ASSOCIATES L.L.C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SPEEDWAY ASSOCIATES L.L.C | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SPRINKLER INDUSTRY SUPPLEMENTAL PENSION PLAN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SPRINKLER INDUSTRY SUPPLEMENTAL PENSION PLAN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| ST JOSEPHS CANDLER HEALTH SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ST. JOSEPH'S / CANDLER HEALTH SYSTEM, INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STANFIELD MODENA CLO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STANFIELD MODENA CLO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| STANFIELD MODENA CLO | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STANFIELD MODENA CLO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STANFIELD MODENA CLO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STANFIELD MODENA CLO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STANFIELD MODENA CLO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STANFIELD MODENA CLO | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STANFIELD MODENA CLO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STANFIELD MODENA CLO | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STANFIELD MODENA CLO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STANFIELD MODENA CLO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STANFIELD MODENA CLO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STANFIELD MODENA CLO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STANFIELD MODENA CLO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STANFIELD VANTAGE CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STANFIELD VANTAGE CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STANFIELD VANTAGE CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STANFIELD VANTAGE CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STANFIELD VANTAGE CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STANFIELD VANTAGE CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STANFIELD VANTAGE CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STANFIELD VANTAGE CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STANFIELD VANTAGE CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STANFIELD VANTAGE CLO LTD | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STANFIELD VANTAGE CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STANFIELD VANTAGE CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STANFIELD VANTAGE CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STANFIELD VANTAGE CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STANFIELD VANTAGE CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| STANFIELD VANTAGE CLO LTD | FLOOR LAGUNA HILLS CA 92653 |
| STANFIELD VEYRON CLO LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STANFIELD VEYRON CLO LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STANFIELD VEYRON CLO LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STANFIELD VEYRON CLO LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STANFIELD VEYRON CLO LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STANFIELD VEYRON CLO LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STANFIELD VEYRON CLO LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STANFIELD VEYRON CLO LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STANFIELD VEYRON CLO LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STANFIELD VEYRON CLO LTD | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STANFIELD VEYRON CLO LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STANFIELD VEYRON CLO LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STANFIELD VEYRON CLO LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STANFIELD VEYRON CLO LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STANFIELD VEYRON CLO LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STANFORD UNIVERSITY (LELAND JUNIOR STANFORD UNIVER | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STANFORD UNIVERSITY (LELAND JUNIOR STANFORD UNIVER | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STATE OF OREGON | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GL | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STATE SUPER FINANCIAL SERVICES LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 |

| Claim Name | Address Information |
|---|---|
| STATE SUPER FINANCIAL SERVICES LIMITED | CLARENDON STREET BOSTON MA 02116 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STEAMSHIP CORE FULL DISCRETION PORTFOLIO | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| STELLAR PERFORMER GLOBAL SERIES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHING MARS PENSIOENFONDS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSPENSIOENFOND SUIKERWERK CHOCOLAD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSPENSIOENFOND SUIKERWERK CHOCOLAD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSPENSIOENFOND VOOR SUIKERVER IND. | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSPENSIOENFOND VOOR SUIKERVER IND. | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE MEDIA P | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE MEDIA P | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE METALEK | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE METALEK | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING BEWAARDER ZORGFONDS UVIT | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING NOTARIEEL PENSIOENFONDS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS ABP | BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| STICHTING PENSIOENFONDS ABP (ALGEMEEN BURGERLIJK P | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS ABP (ALGEMEEN BURGERLIJK P | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS ENCI | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS GRONTM IJ | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS HOOGOVENS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS MEDEWERKERS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| APOTHEKEN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS MEDEWERKERS APOTHEKEN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS MEDISCHE SPECIALISTEN (SPM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS OPENBAAR VERVOER (SPOV) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS OPENBAAR VERVOER (SPOV) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS RANDSTAD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS RANDSTAD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS STORK | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS STORK | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS VAN DE GROLSCHE BIERBRONWE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING SPOORWEG PENSIOENFONDS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING SPOORWEG PENSIOENFONDS | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STONY HILL CDO III LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STONY HILL CDO III LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STONY HILL CDO III LIMITED | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STONY HILL CDO III LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STONY HILL CDO III LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STONY HILL CDO III LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STONY HILL CDO III LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STONY HILL CDO III LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STONY HILL CDO III LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STONY HILL CDO III LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STONY HILL CDO III LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STONY HILL CDO III LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STONY HILL CDO III LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STONY HILL CDO III LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STONY HILL CDO III LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STOWE CDO LIMITED SPC SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRATEGIC GLOBAL FUND MORTGAGE SECURITIES (PUTNAM) | ATTN: STEPHEN DRISCOLL, MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORG LNTR SER 2004-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LNTR 2004-9XS | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN 2004-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TR 2004-8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRST SER | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SER | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE SERIES 2004-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SEC CORPREF SARM 2008-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-37A | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-NP3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-RF7 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION 2006-RF1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE L | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SUMMER STREET 2005-HG1 LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SUMMER STREET 2005-HG1 LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUMMER STREET 2005-HG1 LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUMMER STREET 2005-HG1 LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SUMMER STREET 2005-HG1 LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SUMMER STREET 2005-HG1 LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUMMER STREET 2005-HG1 LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUMMER STREET 2005-HG1 LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUMMER STREET 2005-HG1 LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUMMER STREET 2005-HG1 LTD | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUMMER STREET 2005-HG1 LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SUMMER STREET 2005-HG1 LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUMMER STREET 2005-HG1 LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUMMER STREET 2005-HG1 LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUMMER STREET 2005-HG1 LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SUN CAPITAL PIMCO HIGH YIELD FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SUN CAPITAL PIMCO HIGH YIELD FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SUN LIFE ASSURANCE COMPANY OF CANADA | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUNSET PARK CDO LIMITED SPC SERIES 2004-4 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOU | BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOU | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOU | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SUPERVALU INC MASTER INVESTMENT TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SUPERVALU INC MASTER INVESTMENT TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

| Claim Name | Address Information |
|---|---|
| TARGET CONSERVATIVE ALLOCATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TARGET CONSERVATIVE ALLOCATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TARGET TOTAL RETURN BOND PORTFOLIO | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TARGET TOTAL RETURN BOND PORTFOLIO | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TAVARES SQUARE CDO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TAVARES SQUARE CDO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TAVARES SQUARE CDO LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TAVARES SQUARE CDO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TAVARES SQUARE CDO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TAVARES SQUARE CDO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TAVARES SQUARE CDO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TAVARES SQUARE CDO LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TAVARES SQUARE CDO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TAVARES SQUARE CDO LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TAVARES SQUARE CDO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TAVARES SQUARE CDO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TAVARES SQUARE CDO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TAVARES SQUARE CDO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TAVARES SQUARE CDO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TAYLOR CREEK LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TAYLOR CREEK LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TAYLOR CREEK LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TAYLOR CREEK LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TAYLOR CREEK LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TAYLOR CREEK LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TAYLOR CREEK LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TAYLOR CREEK LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TAYLOR CREEK LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| TAYLOR CREEK LIMITED | 02116 |
| TAYLOR CREEK LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TAYLOR CREEK LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TAYLOR CREEK LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TAYLOR CREEK LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TAYLOR CREEK LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TAYLOR CREEK LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TECOMARA N.V. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TELSTRA SUPERANNUATION SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TELSTRA SUPERANNUATION SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TENNESSEE VALLEY AUTHORITY MAS TER DECOMMISSIONING | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| TENNESSEE VALLEY AUTHORITY MASTER DECOMMISSIONING T | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TENNESSEE VALLEY AUTHORITY MASTER DECOMMISSIONING T | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TENNESSEE VALLEY AUTHORITY RETIREMENT SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| TENNESSEE VALLEY AUTHORITY RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TENNESSEE VALLEY AUTHORITY RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO | STREET 16TH FLOOR HOUSTON TX 77002 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| THE SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| THE TARGET PORTFOLIO TRUST ON BEHALF OF THE INTERM | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TIME WARNER DEFINED CONTRIBUTI ON PLANS MASTER TRU | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| TIME WARNER DEFINED CONTRIBUTI ON PLANS MASTER TRU | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| TIZIAN WOHNEN 1 GMBH | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TIZIAN WOHNEN 1 GMBH | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TIZIAN WOHNEN 1 GMBH | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TIZIAN WOHNEN 1 GMBH | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TIZIAN WOHNEN 1 GMBH | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TIZIAN WOHNEN 1 GMBH | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TIZIAN WOHNEN 1 GMBH | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TIZIAN WOHNEN 1 GMBH | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TIZIAN WOHNEN 1 GMBH | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TIZIAN WOHNEN 1 GMBH | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TIZIAN WOHNEN 1 GMBH | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TIZIAN WOHNEN 1 GMBH | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TIZIAN WOHNEN 1 GMBH | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TIZIAN WOHNEN 1 GMBH | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TIZIAN WOHNEN 1 GMBH | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | 21045 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TLLB2002 INTERNATIONAL LIMITED SERIES 6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOBACCO ASSET SECURITIZATION CORPORATION | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOBACCO ASSET SECURITIZATION CORPORATION | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| TOBACCO SETTLEMENT AUTHORITY | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOBACCO SETTLEMENT AUTHORITY | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOBACCO SETTLEMENT AUTHORITY | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| TOBACCO SETTLEMENT FINANCE CORPORATION – LOUISIANA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW JERSE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION – NEW YORK | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|------------|---------------------|
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOPAZ FINANCE LTD 2005-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

| Claim Name | Address Information |
|---|---|
| TOPAZ FINANCE LTD 2005-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TOPAZ FINANCE LTD 2005-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TORRE RE FUND I | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TORRE RE FUND I | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TORRE RE FUND I | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TORRE RE FUND I | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TORRE RE FUND I | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TORRE RE FUND I | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TORRE RE FUND I | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TORRE RE FUND I | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TORRE RE FUND I | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TORRE RE FUND I | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TORRE RE FUND I | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TORRE RE FUND I | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TORRE RE FUND I | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TORRE RE FUND I | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TR2 CAYMAN FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| TRADEWINDS II CDO LIMITED SPC SERIES | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND |

| Claim Name | Address Information |
|---|---|
| 2006-1 | SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| TRUSTEES EXECUTORS LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE AN POST FUND FOR THE AN POST SUPER | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE AN POST FUND FOR THE AN POST SUPER | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE BOMBARDIER TRUST (UK) COMMON INVES | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE BOMBARDIER TRUST (UK) COMMON INVES | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE BRITANNIA BUILDING SOCIETY PEN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE BRITANNIA BUILDING SOCIETY PEN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE CIVIL AVIATION AUTHORITY PENSION S | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE CIVIL AVIATION AUTHORITY PENSION S | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE EIRCOM SUPERANNUATION FUND, THE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE PARLIAMENTARY CONTRIBUTORY PENSION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE PARLIAMENTARY CONTRIBUTORY PENSION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE ROLLS-ROYCE ANCILLARY BENEFIT PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| TRUSTEES OF THE SCOTTISH HYDRO-ELECTRIC PENSION SC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE SCOTTISH HYDRO-ELECTRIC PENSION SC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE VIRIDIAN GROUP PENSION SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE VIRIDIAN GROUP PENSION SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TURKINGTON, PETER MJ | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TUSCON SUPPLEMENTAL RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TUSCON SUPPLEMENTAL RETIREMENT SYSTEM | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TVA NUCLEAR DECOMMISSIONING TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| UK STERLING INFLATION-LINKED FUND – (#3689) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UK STERLING INVESTMENT GRADE CREDIT FUND – (# 4690) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UK STERLING LONG AVERAGE DURATION FUND – (# 4683) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UK STERLING ULTRA LONG DURATION FUND – (#4667) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UK STOCKSPLUS TR FUND – (#3923) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UNILEVER SUPERANNUATION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNILEVER SUPERANNUATION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNITED AUTO WORKERS PENSION TRUST | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNITED AUTO WORKERS PENSION TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNITED TECHNOLOGIES CORPORATION EMPLOYEES RETIREME | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| UNIVERSITY OF MISSOURI SYSTEM ENDOWMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF MISSOURI SYSTEM ENDOWMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF MISSOURI SYSTEM RETIREMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF MISSOURI SYSTEM RETIREMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF TEXAS INVESTMENT MANAGEMENT COMPANY | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF TEXAS INVESTMENT MANAGEMENT COMPANY | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UPS PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VAN LEER GROUP FOUNDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VAN LEER GROUP FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VC I TOTAL ACCOUNT – GLOBAL EQUITY MASTER | 2 LIBERTY SQUARE BOSTON MA 02109 |
| VC I TOTAL ACCOUNT – GLOBAL EQUITY MASTER | ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| VEBA PARTNERSHIP N LP | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |

| Claim Name | Address Information |
|---|---|
| VEBA PARTNERSHIP N LP | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| VEBA PARTNERSHIP N LP | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VEBA PARTNERSHIP N LP | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| VERDE CDO LTD (SEG AC CDS ONLY) | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| VERDE CDO LTD (SEG AC CDS ONLY) | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| VERIZON MASTER SAVINGS TRUST | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VERMONT (STATE OF) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VERMONT (STATE OF) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VGZ ZORGVERZEKERAAR NV | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VGZ ZORGVERZEKERAAR NV | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VISTEON DEFINED BENEFIT MASTER TRUST | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| VIVENDI UNIVERSAL PENSION FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VIVENDI UNIVERSAL PENSION FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VOX PLACE CDO LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| VOX PLACE CDO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| VOX PLACE CDO LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| VOX PLACE CDO LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| VOX PLACE CDO LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| VOX PLACE CDO LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| VOX PLACE CDO LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| VOX PLACE CDO LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| VOX PLACE CDO LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| VOX PLACE CDO LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| VOX PLACE CDO LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| VOX PLACE CDO LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| VOX PLACE CDO LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| VOX PLACE CDO LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| VOX PLACE CDO LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAM US LIMITED DURATION LLC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1078/ALCON LABORATORIES EMPLOYEES DEFINED CP | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1079/ DRAGON PORTFOLIOMONETARY AUTHORITY SIN | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 1079/ DRAGON PORTFOLIOMONETARY AUTHORITY SIN | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 1098/SAN FRANCISCO EMPLOYEES' RETIRE SYSTEM | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1121/STICHTING PENSIOENFONDS DSM-CHEMIE | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 1220 AVAYA INC MASTER PENSION TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1264 / 3M EMPLOYEES WELFARE BENEFITS | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1268/PCS ADMINISTRATION INC. MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1285A/C NAT GRIDREF NATNL GRID USA PENSION | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1295/CATERPILLAR INC GROUP INS TRUST (VEBA) | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1322/ASCENSION HEALTH –HEALTH SYSTEM DEPOSIT | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1332/ MCAMP FIXED INCOME ACCOUNT | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 1332/ MCAMP FIXED INCOME ACCOUNT | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |

| Claim Name | Address Information |
|---|---|
| WAMCO 1385/BALL CORPORATION MASTER PENSION TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1389/PEPSICO, INCMASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1412/CLEVELAND CLINIC FOUNDATION | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1413/CCHS RETIREMENT PLA N | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1416/AMERICAN MUSEUM OF NATURAL HISTORY | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1425/PFIZER MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 1425/PFIZER MASTER TRUST | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 1447/ALABAMA TRUST FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1448/RETAIL WHOLESALE & DEPT. STORE INTL UN. | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1462/1199 SEIU GREATER NY PENSION FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1488/US BOND FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1488/US BOND FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WAMCO 1488/US BOND FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WAMCO 1496/WEST ASSET INTERMEDIATE PLUS BOND PORT. | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1568/COMMONFUND INST CORE PLUS BOND FND, LLC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1578/VANTAGE TRUST PLUS FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WAMCO 1593 / CONTRIBUTORY PENSION FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1687/NTCC ADV FNDS FOR E MP BEN TR (AFEBT) | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1707/NORTHWESTERN MEMORIAL HOSPITAL & AFFILI | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1745/WESTERN ASSET US LO NG DURATION LLC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 2795/ SMASHSERIES M FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 2852/ CATHOLICHEALTHCAREWEST FUNDED DEPRECIA | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 2852/ CATHOLICHEALTHCAREWEST FUNDED DEPRECIA | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WAMCO 654 MICHCON RETIREMENT PLANS' MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WASHINGTON (STATE OF) | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WASHINGTON DC RETIREMENT BOARD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WASHINGTON DC RETIREMENT BOARD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WASHINGTON MUTUAL INC CASH BALANCED PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WASHINGTON MUTUAL INC CASH BALANCED PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WATSON WYATT & COMPANY PENSION PLAN FOR US EMPLOYE | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WATSON WYATT & COMPANY PENSION PLAN FOR US EMPLOYE | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WATSON WYATT & COMPANY PENSION PLAN FOR US EMPLOYE | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |

| Claim Name | Address Information |
|---|---|
| WAVELAND INGOTS LTD | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WAVELAND INGOTS LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| WAVELAND INGOTS LTD | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WAVELAND INGOTS LTD | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WAVELAND INGOTS LTD | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WAVELAND INGOTS LTD | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WAVELAND INGOTS LTD | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WAVELAND INGOTS LTD | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WAVELAND INGOTS LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WAVELAND INGOTS LTD | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WAVELAND INGOTS LTD | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WAVELAND INGOTS LTD | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WAVELAND INGOTS LTD | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WAVELAND INGOTS LTD | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WAVELAND INGOTS LTD | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WAVELAND INGOTS LTD | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WELLINGTON 3460 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WELLINGTON 3460 | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WELLS FARGO BANK NA AS TRUSTEE FOR THE WELLS FARGO | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| WELLS FARGO FIXED INCOME FUND H | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WELLS FARGO FIXED INCOME FUND H | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WELLS FARGO MORTGAGE BACKED SECURITIES 2008-AR2 TR | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WESTERN ASSET ASIAN OPPORTUNITIES FUND | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET ASIAN OPPORTUNITIES FUND | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET CORE PLUS - UNIVERSAL LLC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET MANAGEMENT CO. | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET MANAGEMENT US INTERMEDIATE PLUS LLC | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET MGMT COA/C CPTPFREF WAMCO 1839 | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET MGMT COA/C CPTPFREF WAMCO 1839 | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET MGMT COA/C CPTPFREF WAMCO 1840 | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET MGMT COA/C CPTPFREF WAMCO 1840 | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET OPPORTUNISTIC ASIAN SECURITIES PORTF | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET US COMMODITY PLUS MASTER FUND LTD | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET US COMMODITY PLUS MASTER FUND LTD | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET US CORE BOND FUND | WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET US CORE PLUS LLC | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTLB UK PENSION PLAN | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WESTLB UK PENSION PLAN | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WHEATON FRANCISCAN SERVICES INC | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WHEATON FRANCISCAN SERVICES INC | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WHEATON FRANCISCAN SERVICES INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WHEATON FRANCISCAN SERVICES INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| WHEATON FRANCISCAN SERVICES INC | 92660 |
| WHEELS COMMON INVESTMENT FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WHEELS COMMON INVESTMENT FUND | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WHITBREAD GROUP PENSION FUND (THE) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WHITE MARLIN CDO 2007-1 LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WICHITA RETIREMENT SYSTEMS | WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WICHITA RETIREMENT SYSTEMS | GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WILLIAM AND FLORA HEWLETT FOUNDATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WILLIAM AND FLORA HEWLETT FOUNDATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GBL TRST CO LTD AS O/B/O PIMCO BERMUDA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GBL TRST CO LTD AS O/B/O PIMCO BERMUDA | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH |

| Claim Name | Address Information |
|---|---|
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | MARKET STREET WILMINGTON DE 19890 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WINDERMERE VI CMBS PLC | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WINDERMERE VI CMBS PLC | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| WINDERMERE VI CMBS PLC | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WINDERMERE VI CMBS PLC | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WINDERMERE VI CMBS PLC | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINDERMERE VI CMBS PLC | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WINDERMERE VI CMBS PLC | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WINDERMERE VI CMBS PLC | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE VI CMBS PLC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE VI CMBS PLC | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WINDERMERE VI CMBS PLC | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WINDERMERE VI CMBS PLC | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE VI CMBS PLC | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE VI CMBS PLC | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WINDERMERE VI CMBS PLC | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WINDERMERE X CMBS LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WINDERMERE X CMBS LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| WINDERMERE X CMBS LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WINDERMERE X CMBS LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WINDERMERE X CMBS LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINDERMERE X CMBS LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WINDERMERE X CMBS LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WINDERMERE X CMBS LIMITED | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE X CMBS LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE X CMBS LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WINDERMERE X CMBS LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WINDERMERE X CMBS LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE X CMBS LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE X CMBS LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WINDERMERE X CMBS LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD |

| Claim Name | Address Information |
|---|---|
| WINDERMERE X CMBS LIMITED | FLOOR LAGUNA HILLS CA 92653 |
| WINDERMERE XIV CMBS LIMITED | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| WINDERMERE XIV CMBS LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| WINDERMERE XIV CMBS LIMITED | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| WINDERMERE XIV CMBS LIMITED | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| WINDERMERE XIV CMBS LIMITED | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINDERMERE XIV CMBS LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WINDERMERE XIV CMBS LIMITED | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| WINDERMERE XIV CMBS LIMITED | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE XIV CMBS LIMITED | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| WINDERMERE XIV CMBS LIMITED | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| WINDERMERE XIV CMBS LIMITED | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| WINDERMERE XIV CMBS LIMITED | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE XIV CMBS LIMITED | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| WINDERMERE XIV CMBS LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| WINDERMERE XIV CMBS LIMITED | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| WORLD HEALTH ORGANIZATION | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WORLD HEALTH ORGANIZATION | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WRITERS GUILD INC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WRITERS GUILD INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WYOMING (STATE OF) | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WYOMING (STATE OF) | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| XCEL ENERGY INC. VOLUNTARY EMPLOYEES' BENEFICIARY | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| XEROX FINAL SALARY PENSION SCHEME | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| XEROX FINAL SALARY PENSION SCHEME | ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ZIRCON FINANCE 2007-6 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE 2007-6 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE 2007-6 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE 2007-6 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE 2007-6 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE 2007-6 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE 2007-6 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE 2007-6 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE 2007-6 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE 2007-6 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE 2007-6 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE 2007-6 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE 2007-6 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE 2007-6 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE 2007-6 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LIMITED SERIES 2007-11 | STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-1 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-12 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-13 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD SERIES 2007-13 | TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-14 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-15 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-16 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT–CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD SERIES 2007-17 | 10286 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-17 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-18 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-19 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-2 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZIRCON FINANCE LTD SERIES 2007-8 | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| ZWINGER OPCO 6 BV | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| ZWINGER OPCO 6 BV | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| ZWINGER OPCO 6 BV | ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| ZWINGER OPCO 6 BV | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| ZWINGER OPCO 6 BV | ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZWINGER OPCO 6 BV | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| ZWINGER OPCO 6 BV | ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| ZWINGER OPCO 6 BV | ATTN: BRIAN PETERSON, VICE PRESIDENT – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZWINGER OPCO 6 BV | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ZWINGER OPCO 6 BV | ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| ZWINGER OPCO 6 BV | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| ZWINGER OPCO 6 BV | ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZWINGER OPCO 6 BV | ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| ZWINGER OPCO 6 BV | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| ZWINGER OPCO 6 BV | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |

**Total Creditor count  12257**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| 1100 VERMONT OWNER LLC | C/O JOSS REALTY PARTNERS 520 MADISON AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| 1100 VERMONT OWNER LLC | 3050 K STREET, SUITE 170 WASHINGTON DC 20007-5123 |
| 1199 NATIONAL BENEFIT FUND FOR HEALTH AND HUMAN SE | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| 1199 SEIU GREATER NEW YORK PENSION FUND, THE | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1462 385 E. COLORADO BLVD. PASADENA CA 91101 |
| 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-923 385 E. COLORADO BLVD PASADENA CA 91101 |
| 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND INDEX | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1445 385 COLORADO BLVD. PASADENA CA 91101 |
| 1199 SEIU NATIONAL BENEFIT FUND FOR HEALTH & HUMAN | (F/K/A 1199 NATIONAL BENEFIT FUND) (BLK TICKER: NBF-C) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| 1221 OAK STREET, SUITE 536 | PRESIDENT 1221 OAK STREET SUITE 536 OAKLAND CA 94612 |
| 1301 MEZZANINE BORROWER LLC | TWO NORTH RIVERSIDE PLAZA, SUITE 2100 CHICAGO IL 60606 |
| 1551 NORTH TUSTIN AVENUE SUITE 300 | 1551 NORTH TUSTIN AVENUE SUITE 300 SANTA ANA CA 92705 |
| 1SH - STRATEGIC GLOBAL FUND: EMERGING MARKET | ONE POST OFFICE SQUARE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| 20TH & SEVENTH ASSOC | 19TH & SEVENTH ASSOC 203 EAST 86TH STREET NEW YORK NY 10028 |
| 20TH & SEVENTH ASSOC | 20TH & SEVENTH ASSOC 203 EAST 86TH STREET NEW YORK NY 10028 |
| 20TH & SEVENTH ASSOCIATES LLC | 20TH & SEVENTH ASSOC 203 EAST 86TH STREET NEW YORK NY 10028 |
| 23RD CHELSEA ASSOCIATES | THE CHELSEA ASSOCIATES LLC 131 W. 23RD STREET NEW YORK NY 10011-2423 |
| 23RD CHELSEA ASSOCIATES | 22ND CHELSEA ASSOCIATES 203 EAST 86TH STREET NEW YORK NY 10028 |
| 23RD CHELSEA ASSOCIATES | 23RD CHELSEA ASSOCIATES 203 EAST 86TH STREET NEW YORK NY 10028 |
| 3D CAPITAL FUND LTD | BARCLAYS GLOBAL INVESTORS, NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| 3D CAPITAL FUND LTD | ATTN: INVESTMENT MANAGER OF THE 3D CAPITAL FUND LTD. BARLCAY 'S GLOBAL INVESTORS NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| 3D CAPITAL FUND LTD | ATTN: INVESTMENT MANAGER OF THE 3D CAPITAL FUND LTD. THE 3D CAPITAL FUND LTD BARLCAY #APPOSS GLOBAL INVESTORS NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| 3D CAPITAL FUND LTD, THE | WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| 3D CAPITAL FUND LTD, THE | THE 3D CAPITAL FUND LTD. C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| 3D CAPITAL YEN FUND, THE | A SUB-TRUST OF BGI CAYMAN FIXED INCOME TRUST PO BOX 501 CARDINAL AVENUE GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| 3D CAPITAL YEN FUND, THE | THE 3D CAPITAL YEN FUND C/O BARCLAYS GLOBAL INVESTOR, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| 3D GLOBAL OPPORTUNITIES (US INSTITUTIONAL) FUND LT | WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| 3D GLOBAL OPPORTUNITIES (US INSTITUTIONAL) FUND LT | THE 3D GLOBAL OPPORTUNITIES (U.S. INSTITUTIONAL) FUND LTD. C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| 3D GLOBAL OPPORTUNITIES FUND | ATTN: HEAD OF LEGAL FOR ERISA NOICES: C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD STREET SAN FRANCISCO CA 94105 |
| 3D GLOBAL OPPORTUNITIES FUND | ATTN: AUDREY BYRNE - ISDA NEGOTIAOR BARCLAYS GLOBAL INVESTORS, N.A. 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| 3D GLOBAL OPPORTUNITIES FUND | AUDREY BYRNE - ISDA NEGOTIAOR BARCLAYS GLOBAL INVESTORS, N.A. 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| 3D GLOBAL OPPORTUNITIES FUND | INVESTMENT PROCESS GROUP C/O BARCLAYS GLOBAL INVESTORS, N.A. AS INVESTMENT MANAGER FOR THE 3D GLOBAL OPPORTUNITIES FUND LTD. 400 HOWARD STREET SAN FRANCISCO CA 94105 |
| 3D GLOBAL OPPORTUNITIES FUND | HEAD OF LEGAL FOR ERISA NOICES: C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD STREET SAN FRANCISCO CA 94105 |
| 3G FUND LP | 3G CAPITAL PARTNERS LTD. 800 THIRD AVENUE 31ST FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| 3M EMPLOYEE RETIREMENT INCOME PLAN | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1240 385 E. COLORADO BLVD. PASADENA CA 91101 |
| 3M EMPLOYEES WELFARE BENEFITS ASSOCIATION TRUST I | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1264 385 E. COLORADO BLVD PASADENA CA 91101 |
| 3M PENSION AND LIFE ASSURANCE SCHEME | C/O DEUTSCHE ASSET MGMT LTD 60 WALL STREET 26TH FLOOR LONDON EC2A 2UU UNITED KINGDOM |
| 3M VOLUNTARY INVESTMENT PLAN AND | EMPLOYEE STOCK OWNERSHIP PLAN AND 3M SAVINGS PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-701 385 E. COLORADO BLVD. PASADENA CA 91101 |
| 424 CHURCH STREET LLC | AMSTAR GROUP 1050 17TH STREET SUITE 1200 DENVER CO 80265 |
| 55 HOLDINGCO LLC | 55 HOLDINGCO LLC C/O MICHELE COSENTINO 33 ATHENA COURT MAHOPAC NY 10541 |
| 55 HOLDINGCO LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| 550845 D DH , | MAINZER LANDSTRASSE 11-13 60329 FRANKFURT 60329 GERMANY |
| 551304 / ALLIANZGL INV KAG MBHA/C DBI FONDS VPT R1 | MAINZER LANDSTRASSE 11-13 FRANKFURT AM MAIN 60329 GERMANY |
| 615 SOUTH DUPONT HIGHWAY | 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| 7TH AVENUE INC. SERIES III | C/O HSBC BANK (CAYMAN) LIMITED HSBC HOUSE 68 WEST BAY ROAD P.O. BOX 1109 GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| 801 GRAND 2006-2 | MAPLES PO BOX 309 GT UGLAND HOUSE, SOUTH CHURCH ST GRAND CAYMAN CAYMAN ISLANDS |
| 801 GRAND 2006-2 | 801 GRAND CDO SPC, FOR THE ACCOUNT OF THE SERIES 2006-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, PO BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH ST, GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| 801 GRAND 2006-2 | ATTN: MARK GLENN U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL STREET, 3RD FL. MAIL STATION EX-MA-FED BOSTON MA 02110 |
| 801 GRAND 2006-2 | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 801 GRAND 2006-2 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 801 GRAND 2006-2 | ATTN: ALAN KRESS PRINCIPAL GLOBAL INVESTORS, LLC 801 GRAND AVENUE DES MOINES IA 50392 |
| 801 GRAND CDO SPC | 801 GRAND CDO SPC, FOR THE ACCOUNT OF THE SERIES 2006-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, PO BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH ST, GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| 801 GRAND CDO SPC | ATTN: DALE CROWLEY ADDRESS FOR NOTICES TO MAPLES AND CALDER: MAPLES PO BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH ST GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| 801 GRAND CDO SPC | ATTN: MARK GLENN U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL STREET, 3RD FL. MAIL STATION EX-MA-FED BOSTON MA 02110 |
| 801 GRAND CDO SPC | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 801 GRAND CDO SPC | ATTN: ALAN KRESS PRINCIPAL GLOBAL INVESTORS, LLC 801 GRAND AVENUE DES MOINES IA 50392 |
| 801 GRAND CDO SPC | ATTN: JOE ELSTO VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| 81 VH HOLDING SARL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| 8117 MANAGER (TBP)A/C 8117A ENERGY FUND LP | C/O BP CAPITAL, LP 8117 PRESTON ROAD, SUITE 260 DALLAS TX 75225 |
| 8117A ENERGY FUND LP | HAYNES AND BOONE, LLP 901 MAIN STREET, SUITE 3100 DALLAS TX 75225 |
| 8117B ENERGY EQUITY FUND | BP CAPITAL, LP DALLAS TX 75225 |
| 8117C CAPITAL ENERGY EQUIT | BP CAPITAL, LP DALLAS TX 75225 |
| 8117C CAPITAL ENERGY EQUITY INTL | ATTN:  ROBERT D. ALBERGOTTI C/O HAYNES AND BOONE, LLP 901 MAIN STREET, SUITE 3100 DALLAS TX 75202-3789 |
| 8117D CAPITAL ENERGY EQUIT | BP CAPITAL, LP DALLAS TX 75225 |
| 8117E TBP | ATTN: DANNY TILLETT HAYNES AND BOONE, LLP ATTORNEYS AND COUNSELORS 901 MAIN |

| Claim Name | Address Information |
|---|---|
| 8117E TBP | STREET, SUITE 3100 DALLAS TX 75202-3789 |
| 8117E TBP | T. BOONE PICKENS 8117 PRESTON ROAD, SUITE 260 DALLAS TX 75225 |
| 816 CONGRESS OWNER LLC | 1551 NORT TUSTIN AVENUE SUITE 300 SANTA ANA CA 92705 |
| A#AMPERL GOODBODY SOLICITORS | A#AMPERL GOODBODY SOLICITORS INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| A-CAMPUS BRAUNSCHWEIG SARL | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| A.M. MCGREGOR | 14900 PRIVATE DRIVE EAST CLEVELAND OH 44112 |
| A/S ORESUNDSFORBINDELSEN | VESTER SOGADE 10, DK-1601 COPENHAGEN V. DENMARK |
| A/S ORESUNDSFORBINDELSEN | FINANCE DEPARTMENT VESTER SOGADE 10, DK-1601 COPENHAGEN V. DENMARK |
| A/S ORESUNDSFORBINDELSEN | A/S ORESUNDSFORBINDELSEN VESTER SOGADE 10, COPENHAGEN V. DK-1601 DENMARK |
| AARE-TESSIN AG | ATTN: RETO RAMSTEIN / PETER SCHIB BAHNHOFQUAI 12 OLTEN 4601 SWITZERLAND |
| AARE-TESSIN AG FUR ELEKTRIZITAET | AARE-TESSING LTD. FOR ELECTRICITY (ATEL) BAHNHOFQUAI 12 OLTEN 4601 SWITZERLAND |
| AARE-TESSIN AG FUR ELEKTRIZITAT | C/O WUERSCH & GERING, LLP 100 WALL STREET, 21ST FLOOR NEW YORK NY 10005 |
| AAREAL BANK AG | OPS LEGAL AND DOCUMENTATION ATTN: JAN KOPP PAULINENSTRASSE 15 WIESBADEN 65189 GERMANY |
| AAREAL BANK AG | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| AB SVENSK EXPORTKREDIT (PUBL) | ATTN: CHIEF FINANCIAL OFFICER P.O. BOX 16368 VASTRA TRADGARDSGATAN 11B STOCKHOLM SE-103 27 SWEDEN |
| AB SVENSK EXPORTKREDIT (PUBL) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SEBASTIAN SPERBER CITY PLACE HOUSE, 55 BASINGHALL PLACE LONDON EC2V 5EH UNITED KINGDOM |
| AB SVENSK EXPORTKREDIT (PUBL) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ABAXBANK S.P.A | CORSO MONFORTE, 34 MILANO ITALY |
| ABAXBANK S.P.A | HEAD OF FINANCIAL MARKETS DIVISION CARSO MANFORTE, 34 MILANO 20122 ITALY |
| ABBEY NATIONAL PLC | ATTN: MANAGER SETTLEMENTS PO BOX 545 ST HELIER JERSEY JE4 8XG CHANNEL ISLANDS |
| ABBEY NATIONAL PLC | P.O. BOX 545 ST HELIER JERSEY JE4 8XG CHANNEL ISLANDS UNITED KINGDOM |
| ABBEY NATIONAL PLC | ATTN: ANDREW MARSLAND SANTANDER GLOBAL BANKINIG 2 TRITON SQUARE, REGENTS PLACE LONDON NW1 3AN UNITED KINGDOM |
| ABBEY NATIONAL PLC | ATTN: TREASURY(ANTS)/DIRECTOR OF OPERATIONS(ANFP) HEAD OFFICE(ANTS) ABBEY HOUSE BAKER STREET LONDON NW1 6XL UNITED KINGDOM |
| ABBEY NATIONAL TREASURY SERVICES PLC | ABBEY NATIONAL HOUSE ATTN: HEAD OF OPERATIONS 2 TRITON SQUARE REGENTS PLACE LONDON NW1 3AN UNITED KINGDOM |
| ABBEY NATIONAL TREASURY SERVICES PLC | GERALD C. BENDER, ESQ. O'MELVENY & MEYERS LLP TIME SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| ABBOTT, MENIVA A | 5902 MYAKKA COURT RALIEGH NC 27616 |
| ABERDEEN - AB0723 M0AON3-SE723AON LONG DATED STRLN | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN - AB1025 ARGOS-PF1025RE ABERDEEN ASSET MG | DEUTSCHE ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0466C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0472C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0473C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0481C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0485C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0488C/O ABERDEEN ASSET MGMT | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0494C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0496C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB0514C/O ABERDEEN ASSET MGMT PLC | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB1625 M1SOW-SE1625 | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN AB1998C/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB5041C/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB5043C/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB5047C/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON UNITED KINGDOM |
| ABERDEEN AB9012 M3IFL3-SE9012 | DEUTSCHE ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB9318C/O ABERDEEN ASSET MGMT PLC | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN AB9405C/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT INC A/C 3026558 | ABERDEEN FUND MANAGEMENT LTD ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT INC A/C 3026558 | HEAD OF DERIVATIVES TRADING / HEAD OF LEGAL ABERDEEN FUND MANAGEMENT LTD ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT INC A/C 3027937 | ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 3027937 | LEGAL COUNSEL ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 3027945 | ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 3027945 | LEGAL COUNSEL ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 802 | ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 802 | LEGAL COUNSEL ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 812 | ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INC A/C 812 | LEGAL COUNSEL ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INVESTMENT SERVICES LIMI | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT LTD/AAMSE9404 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT LTD/AAMSE9404 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT LTD/AAMSE9410 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT LTD/AAMSE9410 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN ASSET MANAGEMENT PLC | 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ABERDEEN ASSET MANAGERS LTD/LX0485 | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN ASSET MANAGERSA/C EMERGING MKTS DEBT ABS | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN DB1793C/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN DB2023RE ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN EMERGING MARKET DEBT FUND LLC | C/O ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET – 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN EMERGING MARKET DEBT PORTFOLIO | C/O ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET – 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FM 1875604 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FM 1875604 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND 1850318 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND 1850318 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT / 120 895 525 | ABERDEEN FUND MNGT LTD ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT / 120 895 525 | THE HEAD OF DERAVATIVE LEGAL / HEAD LEGAL ABERDEEN FUND MNGT LTD ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT / SE9348 | ABERDEEN FUND MNGT LTD ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMIT ED | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMIT ED/DAM 1822667 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMIT ED/DAM 1822675 | ABERDEEN FUND MANAGEMENT LIMITED 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMIT ED/DAM 1855689 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMIT ED/DAM 1875019 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMITED/ 1850334 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/ 1850334 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1856022 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1856022 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1863940 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1863940 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1874608 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1874608 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1882880 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW |

| Claim Name | Address Information |
|---|---|
| 1882880 | CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1883364 DEM 0 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/AAM 1883364 DEM 0 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1825445 | 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1870718 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1872176 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1875574 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1875574 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1879472 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1883534 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LIMITED/DAM 1883534 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LTD / SE9321 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LTD / SE9321 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LTD / SE9368 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LTD / SE9368 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LTD/SE9338 | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MANAGEMENT LTD/SE9338 | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MNGT LTD A/C 1881973 DEM 072806ABER | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MNGT LTD A/C 1881973 DEM 072806ABER | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MNGT LTD A/C ABERDEEN FUND 1882589 D | ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MNGT LTD A/C ABERDEEN FUND 1882589 D | HEAD OF DERIVATIVES TRADING ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN FUND MNGT LTDA/C ABERDEEN GBL II-GBL AGG | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN GLOBAL II - | LONG DATED STERLING CREDIT FUND 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL II - LONG DATED STERLING BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II- GLOBAL BOND FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II- LONG DATED STERLING AGGREGATE | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II- LONG DATED STERLING BOND FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ABERDEEN GLOBAL II- LONG DATED STERLING CREDIT FUN | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II- STERLING AGGREGATE BOND FUND ( | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL II- STERLING BOND FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL IV - | CORE PLUS STERLING CREDIT FUND 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL IV - | CORE PLUS INDEX LINKED BOND FUND 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL IV- CORE PLUS INDEX LINKED BOND FU | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL IV- CORE PLUS LONG DATED STERLING | (LX0514/AB0514) ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL IV- CORE PLUS STERLING BOND FUND ( | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL IV- CORE PLUS STERLING CREDIT FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL V - | FIXED INCOME ALPHA FUND 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN HIGH GRADE BOND FUND | C/O PIONEER INSTITUTIONAL ASSET MANAGEMENT, INC ATTN: MAGGIE BEGLEY 60 STATE STREET BOSTON MA 02109 |
| ABERDEEN HIGH GRADE BOND FUND | BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110 |
| ABERDEEN ICVC CORPORATE BONDC/O ABERDEEN ASSET MGM | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN INVESTMENT FUNDS ICVC - | ABERDEEN CORPORATE BOND FUND ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN PORTABLE ALPHA FUNDS II - FIXED INCOME AL | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN PORTABLE ALPHA II EURHEDGED SHARE CLASS F | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN PORTABLE ALPHA II GBP HEDGED SHARE CLASS | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN PORTABLE ALPHA II GBPHEDGED SHARE CLASS F | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN- AB1625 M1SOW-SE1625RE ABERDEEN ASSET MGM | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN- AB9012 M3IFL-SE9012RE ABERDEEN ASSET MGM | DEUTSCHE ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN- ALCAN PACKAGINGPENSION PLANC/O ABERDEEN | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN- NORTHAMPTONSHIREALPHA PORTFOLIOC/O ABERD | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN- PHILIPS PENSION FUNDC/O ABERDEEN ASSET M | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN- RUSSELL INV CO PLC -SBZ EURO BD PORTFOLI | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABERDEEN- S/P SCA HYGIENEPRODUCTS NEDERLANDC/O ABE | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN- SELECT GLOBALSOVEREIGN BOND FUND (AB9235 | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABERDEEN- TATE & LYLE GROUPPENSION SCHEME (AB7072) | C/O FIELD FISHER WAREHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ABN AMRO BANK N.V. | ABN AMRO BANK N.V. AMSTERDAM HEAD OFFICE P.O. BOX 283 1000 EA AMSTERDAM |

| Claim Name | Address Information |
|---|---|
| ABN AMRO BANK N.V. | NETHERLANDS |
| ABN AMRO BANK N.V. | ABN AMRO BANK N.V CORPORATE COMMUNICATIONS (HQ9142) P.O. BOX 283 AMSTERDAM 1000 EA NETHERLANDS |
| ABN AMRO BANK N.V. | ATTN: OFM/SWAPS DEPARTMENT ABN AMRO BANK N.V. AMSTERDAM HEAD OFFICE P.O. BOX 283 1000 EA AMSTERDAM THE NETHERLANDS |
| ABN AMRO BANK N.V. | ABN AMRO BANK N.V CORPORATE COMMUNICATIONS (HQ9142) P.O. BOX 283 AMSTERDAM 1001 EA THE NETHERLANDS |
| ABN AMRO BANK N.V. | ATTN: LOAN ADMINISTRATION DEPARTMENT ABN AMRO BANK N.V., LONDON BRANCH 199 BISHOPSGATE LONDON EC2M 3TY UNITED KINGDOM |
| ABN AMRO BANK N.V. | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD GREENWICH CT 06830 |
| ABN AMRO BANK N.V. | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ABN AMRO BANK N.V. | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ABN AMRO BANK N.V. | ATTN: TREASURY OPERATION ABN AMRO BANK N.V., NEW YORK BRANCH C/O ABN AMRO BANK N.V., CHICAGO BRANCH 181 WEST MADISON STREET, 30TH FLOOR CHICAGO IL 60602 |
| ABN AMRO BANK N.V. | ATTN: DANIEL BLEY/FREDERICK P. ENGLER 540 W. MADISON STREET, SUITE 2202 CHICAGO IL 60661 |
| ABN AMRO BANK N.V. | ATTN: TREASURY OPERATIONS ABN AMRO BANK N.V., CHICAGO BRANCH 181 WEST MADISON STREET, 30TH FLOOR CHICAGO IL 60662 |
| ABN AMRO BANK N.V., SEOUL | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| ABN AMRO BANK NV | ATTN: TREASURY OPERATION ABN AMRO BANK N.V., NEW YORK BRANCH 181 WEST MADISON STREET, 30TH FLOOR CHICAGO IL 60602 |
| ABN AMRO BANK NV (STICHTING PENSIOENFONDS VAN DE) | ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC PLC SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y 0DZ UNITED KINGDOM |
| ABN AMRO BANK NV (STICHTING PENSIOENFONDS VAN DE) | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| ABRAMS CAPITAL INTERNATIONAL LTD | ATTN: STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| ABRAMS CAPITAL INTERNATIONAL LTD | ATTN: STEVEN LOZNER CC. PAMET CAPITAL MANAGEMENT, LP BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| ABRAMS CAPITAL INTERNATIONAL LTD | PAMET CAPITAL MANAGEMENT, LP 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABRAMS CAPITAL INTERNATIONAL LTD | ATTN: DAVID ABRAMS CC. BINGHAM MCCUTCHEN LLP PAMET CAPITAL MANAGEMENT, LP 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABRAMS CAPITAL PARTNERS I LP | ATTN: STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| ABRAMS CAPITAL PARTNERS I LP | ABRAMS CAPITAL, LLC 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABRAMS CAPITAL PARTNERS I LP | JASON PRICE ABRAMS CAPITAL, LLC 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABRAMS CAPITAL PARTNERS II LP | ATTN: STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| ABRAMS CAPITAL PARTNERS II LP | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN ONE FEDERAL STREET BOSTON MA 02110 |
| ABRAMS CAPITAL PARTNERS II LP | C/O ABRAMS CAPITAL, LLC ATTN: BILL WALL 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABRAMS CAPITAL PARTNERS II LP | JASON PRICE ABRAMS CAPITAL, LLC 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABS INVESTORS LLC | ATTN: MR. JOHN A. WILLIAMS ONE OVERTON PARK, SUITE 400 3625 CUMBERLAND BOULEVARD ATLANTA GA 30339 |
| ABS INVESTORS, LLC | ABS INVESTORS, LLC ONE OVERTON PARK, SUITE 400 3625 CUMBERLAND BOULEVARD ATLANTA GA 30339 |
| ABSA BANK LIMITED | 180 COMMISSIONER STREET ABSA TOWERS NORTH JOHANNESBURG SOUTH AFRICA |
| ABSA BANK LIMITED | ATTN:  JOHN VITALS, CEO 180 COMMISSIONER STREET ABSA TOWERS NORTH JOHANNESBURG SOUTH AFRICA |
| ABSA BANK LIMITED | ATTN: PAUL CLIFTON 15 ALICE LANE SANDOWN SANDTON 2196 SOUTH AFRICA |

| Claim Name | Address Information |
|---|---|
| ABSA BANK LIMITED | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ABSOLUTE SOFTWARE CORPORATION | ATTN: TREVOR WIEBE, GENERAL COUNSEL & CORP SECRETARY SUITE 1600, FOUR BENTALL CENTRE 1055 DUNSMUIR ST. VANCOUVER BC V7X 1K8 CANADA |
| ABSOLUTE SOFTWARE CORPORATION | SUITE 1600, FOUR BENTALL CENTRE 1055 DUNSMUIR STREET PO BOX 49211 VANCOUVER BC V7X 1K8 CANADA |
| ABU DHABI INVESTMENT AUTHORITY | P.O. BOX 3600 ABU DHABI UNITED ARAB EMIRATES |
| ABU DHABI INVESTMENT AUTHORITY | ATTN: EXECUTIVE DIRECTOR - TREASURY 211 CORNICHE, P.O. BOX 3600 ABU DHABI UNITED ARAB EMIRATES |
| ABU DHABI INVESTMENT AUTHORITY | ATTN: EXECUTIVE DIRECTOR TREASURY DEPARTMENT ABU DHABI INVESTMENT AUTHORITY 125 CORNICHE ST PO BOX 3600 ABU DHABI UNITED ARAB EMIRATES |
| ABU DHABI INVESTMENT AUTHORITY | ATTN: KHALIL FOULATHI 211 CORNICHE ST, PO BOX 3600 ABU DHABI UNITED ARAB EMIRATES |
| ABU DHABI INVESTMENT AUTHORITY | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ABU DHABI INVESTMENT AUTHORITY - EMD (BLK TICKER: | C/O BLACKROCK FINANCIAL MANAGEMENT, INC., AS INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| ABU DHABI INVESTMENT AUTHORITY - EMD (BLK TICKER: | J. GREGORY MILMOE, ESQ / ANDREW M. THAU, ESQ SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036 |
| ABU DHABI INVESTMENT COMPANY | NATIONAL BANK OF ABU DHABI BUILDING KHALIDIYA, TARIQ BIN ZIAD STREET, P.O. BOX 46309 ABU DHABI UNITED ARAB EMIRATES |
| ABU DHABI RETIREMENT PENSIONS & BENEFITS FUND | PIMCO ATTN: INVESTMENT DEPARTMENT P.O. BOX 3122 ABU DHABI UNITED ARAB EMIRATES |
| AC CAPITAL PARTNER LTD | C/O AIBIFS WEST BLOCK BUILDING IFSC DUBLIN 1 IRELAND |
| AC TRANSIT EMPLOYEES RETIREMENT PLAN | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| ACCESS FLEX BEAR HIGH YIELD FUND | ATTN: BARRY PERSHKOW PROFUNDS GROUP 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| ACCESS FLEX HIGH YIELD FUND | ATTN: BARRY PERSHKOW PROFUNDS GROUP 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| ACCESS FLEX HIGH YIELD FUND | ACCESS ONE TRUST C/O PROFUND ADVISORS LLC ATTN: HOWARD RUBIN OR GEORGE FOSTER 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| ACCESS GROUP INC SERIES 2005-A | ATTN: DIANA MOY KELLY, VP PORTFOLIO MANAGEMENT ACCESS GROUP, INC. 5500 BRANDYWINE PARKWAY WILMINGTON DE 19803 |
| ACCESS GROUP INC SERIES 2005-B | ATTN: DIANA MOY KELLY, VP PORTFOLIO MANAGEMENT ACCESS GROUP, INC. 5500 BRANDYWINE PARKWAY WILMINGTON DE 19803 |
| ACCESS GROUP SERIES 2007-A | JOHN F. KOLLA, SR. - VP, INTERIM CFO #AMPER CONTRO ACCESS GROUP INC. 5500 BRANDYWINE PARKWAY WILMINGTON DE 19803 |
| ACCESS GROUP, INC | 2005-A INTEREST RATE SWAP C/O GEOFFREY GOODMAN, ESQ FOLEY & LARDNER LLP 321 NORTH CLARK STREET, SUITE 2800 CHICAGO IL 60654 |
| ACCESS GROUP, INC | 2005-B INTEREST RATE SWAP C/O GEOFFREY S. GOODMAN, ESQ FOLEY & LARDNER LLP 321 NORTH CLARK STREET, SUITE 2800 CHICAGO IL 60654 |
| ACCESS VP HIGH YIELD FUND | ATTN: BARRY PERSHKOW PROFUNDS GROUP 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| ACCORD ENERGY LIMITED | ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE SL4 5GD UNITED KINGDOM |
| ACCORD ENERGY LTD | MILLSTREAM MAIDENHEAD ROAD WINDSOR BERKSHIRE SL4 5GD UNITED KINGDOM |
| ACM GLOBAL CREDIT - U.S. SUB-FUND | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ACM GLOBAL CREDIT - U.S. SUB-FUND | C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ACM INCOME FUND INC | ALLIANCE ACM INCOME FUND INC C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ACM INCOME FUND INC | ATTN: MICHAEL COFFEE, OPERATIONS C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |

| Claim Name | Address Information |
|---|---|
| ACM INCOME FUND INC | ATTN: MARK R. MANLEY, LEGAL DEPT. NOTICES IN RELATION TO SECTIONS 5,6,11, 13,A COPY ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ACM INCOME FUND INC | MARK R. MANLEY, LEGAL DEPT. NOTICES IN RELATION TO SECTIONS 5,6,11, 13,A COPY ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ACTS AERO TECHNICAL SUPPORT & SERVICES INC | ACTS AERO TECHNICAL SUPPORT SERVICES INC. P.S. BOX 6000 STAHAN AIRPORT ZIP 1333 DORVAL QUEBEC H4Y 159 CANADA |
| ACTS AERO TECHNICAL SUPPORT & SERVICES INC | ATTN: RONI FARAH P.S. BOX 6000 STAHAN AIRPORT ZIP 1333 DORVAL QUEBEC H4Y 159 CANADA |
| ACTS AERO TECHNICAL SUPPORT & SERVICES INC | RONI FARAH ACTS AERO TECHNICAL SUPPORT SERVICES INC. P.S. BOX 6000 STAHAN AIRPORT ZIP 1333 DORVAL QUEBEC H4Y 159 CANADA |
| ACTS RETIREMENT LIFE COMMUNITIES | ATTN: GERALD GRANT 375 MORRIS ROAD P.O. BOX 90 WEST POINT PA 19486-0090 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | CARLOS ALVAREZ LATHAM & WATKINS 885 THIRD AVENUE, 3RD FLOOR NEW YORK NY 10022 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | ATTN: GERALD GRANT 375 MORRIS ROAD, PO BOX 90 WEST POINT PA 19486-0090 |
| ADAM, DAVID W. | 9393 SOUTH 33RD STREET FRANKLIN WI 53132 |
| ADAMS, PAUL | 5 GLOUCESTER ROAD KEW RICHMOND TW9 3BS UNITED KINGDOM |
| ADM DERIVATIVES INC | 141 W. JACKSON BLVD. SUITE 1600A CHICAGO IL 60604 |
| ADM DERIVATIVES INC | ATTN: TOM CASEY 141 W. JACKSON BLVD. SUITE 1600A CHICAGO IL 60604 |
| ADMIRAL FLAGSHIP MASTER FUND LTD | ADMIRAL FLAGSHIP MASTER FUND LTD. C/O ADMIRAL CAPITAL MANAGEMENT LLC 41 PUTNAM AVENUE GREENWICH CT 06830 |
| ADVANCED GRAPHIC PRINTING, INC. | C/O DONALD A. WORKMAN BAKER & HOSTETLER LLP 1050 CONNECTICUT AVE., N.W., SUITE 1100 WASHINGTON DC 20036 |
| ADVANCED GRAPHIC PRINTING, INC. | ATTN: JOEL ACEVEDO, GENERAL MANAGER ADVANCED GRAPHIC PRINTING, INC. P.O. BOX 9066602 SAN JUAN PR 00906-6602 |
| ADVANCED GRAPHIC PRINTING, INC. | PARQUE INDUSTRIAL AMELIA CALLE DIANA LOTE 18 #AMPER 19 GUAYNABO PR 00968 |
| ADVANCED MICRO DEVICES INC | ATTENTION: CHRIS JACOBS, ASSISTANT GENERAL COUNSEL 7171 SOUTHWEST PARKWAY, B100.3 AUSTIN TX 78735 |
| ADVANCED MICRO DEVICES INC | TAD FREESE LATHAM & WATKINS LLP 140 SCOTT DRIVE MENLO PARK CA 94025 |
| ADVANCED MICRO DEVICES INC | ONE AMD PLACE, PO BOX 3453 SUNNYVALE CA 94088 |
| ADVANCED MICRO DEVICES INC | ONE AMD PLACE PO BOX 3452 SUNNYVALE CA 94088 |
| ADVANCED MICRO DEVICES INC | ATTN: JOHN PATTERSON ONE AMD PLACE, PO BOX 3453 SUNNYVALE CA 94088 |
| ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CO | ADVENTIST HEALTH SYSTEM/SUNBELT INC. 111 NORTH ORLANDO AVENUE WINTER PARK FL 32789 |
| ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CO | 111 NORTH ORLANDO AVENUE WINTER PARK FL 32789 |
| ADVENTIST HEALTHCARE INC | 1801 RESEARCH BLVD., SUITE 300 ROCKVILLE MD 20850 |
| ADVENTIST HEALTHCARE INC | JAMES G. LEE 1801 RESEARCH BLVD., SUITE 300 ROCKVILLE MD 20850 |
| AEC FIXED INCOME INV I, LTD | THE AEC FIXED INCOME FUND, LTD. P.O.BOX 1093GT - QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AEC FIXED INCOME INV I, LTD | BRIAN MORALES (THE ANNIE E. CASEY FOUNDATION) THE AEC FIXED INCOME FUND, LTD. P.O.BOX 1093GT - QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AEC FIXED INCOME INV I, LTD | ATTN: CHRISTINE C. SMITH NOTICES THE BANK OF NEW YORK MELLON 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94105 |
| AEC FIXED INCOME INV I, LTD | CHRISTINE C. SMITH NOTICES THE BANK OF NEW YORK MELLON 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94105 |
| AECO GAS STORAGE (EDI) | NISKA GS HOLDINGS, I, L.P. 1200, 855 - 2ND STREET S.W. CALGARY AB T2P 4Z5 CANADA |
| AECO GAS STORAGE PARTNERSHIP | JASON DUBCHAK, GENERAL COUNSEL NISKA GAS STORAGE 400, 607-8TH AVENUE S.W. CALGARY AB T2P 0A7 |
| AECO GAS STORAGE PARTNERSHIP | STEVEN ABRAMOWITZ JAMES DAY VINSON & ELKINS, LLP 666 FIFTH AVENUE, 25TH FLOOR NEW YORK NY 10103 |
| AECO GAS STORAGE PARTNERSHIP | ATTN: ALI KELLY VINSON 666 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10103-0040 |

| Claim Name | Address Information |
|------------|---------------------|
| AEGIS OF PLEASANT HILL, LLC | OAKMONT SENIOR LIVING, LLC 220 CONCOURSE BOULEVARD SANTA ROSA CA 95403 |
| AEGON DERIVATIVES NV | AEGONPLEIN 50 TV THE HAGUE 2591 NETHERLANDS |
| AEP ENERGY PARTNERS LP | ATTN: CONTRACT ADMINISTRATION 155 W. NATIONWIDE BLVD, SUITE 500 COLUMBUS OH 43215 |
| AEP ENERGY PARTNERS LP | CONTRACT ADMINISTRATION 155 W. NATIONWIDE BLVD, SUITE 500 COLUMBUS OH 43215 |
| AEP ENERGY PARTNERS LP | ATTN: CONFIRMATIONS 155 W. NATIONWIDE BLVD., FOURTH FL. SUITE 500 COLUMBUS OH 43215 |
| AEP ENERGY PARTNERS LP | CONFIRMATIONS 155 W. NATIONWIDE BLVD., FOURTH FL. SUITE 500 COLUMBUS OH 43215 |
| AEP ENERGY PARTNERS LP | JOHN C. CRESPO, ESQ. C/O AMERICAN ELECTRIC POWER 155 W. NATIONWIDE BLVD., SUITE 500 COLUMBUS OH 43215 |
| AEP ENERGY PARTNERS, INC. | C/O AMERICAN ELECTRIC POWER 155 W. NATIONWIDE BLVD., SUITE 500 COLUMBUS OH 43215 |
| AES EASTERN ENERGY L.P. | 130 E SENECA ST #505 ITHACA NY 148504353 |
| AETERNO MASTER FUND LP | MICHAEL H. TORKIN ESQ. SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| AETERNO MASTER FUND LP | C/O ING CLARION CAPITAL, LLC ATTN: RAMALINGAM GANESH 230 PARK AVENUE, 12TH FLOOR NEW YORK NY 10169 |
| AETERNO MASTER FUND, L.P. | C/O TORCHLIGHT INVESTORS, LLC (F/K/A ING CLARION CAPITAL, LLC) ATTN: RAMALINGAM GANESH 230 PARK AVENUE, 12TH FLOOR NEW YORK NY 10169 |
| AETNA, INC RETIREMENT PLAN FOR THE EMPLOYEE OF AET | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| AETNA, INC RETIREMENT PLAN FOR THE EMPLOYEE OF AET | 151 FARMINGTON AVENUE, RT21 HARTFORD CT 06156 |
| AFCO CARGO PIT LLC PROJECT, PA | 7600 COLSHIRE DRIVE SUITE 1400 MCLEAN VA 22102 |
| AG FINANCIAL PRODUCTS INC | C/O ALSTON & BIRD LLP ATTN: WILLIAM SUGDEN, ESQ 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| AGAMAS CAPITAL MGMT LPA/C PGAS BLACK DELTA CELL | 825 THIRD AVENUE, 35TH FLOOR NEW YORK NY 10022 |
| AGAMAS CONTINUUM MASTER FUND LTD | C/O AGAMAS CAPITAL MANAGEMENT, LP 825 THIRD AVENUE, 35TH FLOOR NEW YORK NY 10022 |
| AGFIRST FARM CREDIT BANK | 1401 HAMPTON STREET P.O. BOX 1499 COLUMBIA SC 29202-1499 |
| AGIF - ALLIANZ PIMCO TREASURY EURO BOND PLUS 2009 | ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. 6A, ROUTE DE TREVES SENNINGERBERG L-2633 LUXEMBOURG |
| AGILENT TECHNOLOGIES INC | ATTN: TREASURY DEPT/ DAWNETTE BLAKE 5301 STEVENS CREEK BLVD SANTA CLARA CA 95051 |
| AGILENT TECHNOLOGIES INC | 5301 STEVENS CREEK BOULEVARD SANTA CLARA CA 95052-8059 |
| AGILITY GLOBAL FIXED INCOME MASTER FUND | L.P. PERELLA WEINBERG PARTNERS – AGILITY GFI 767 FIFTH AVENUE NEW YORK NY 10153 |
| AGILITY GLOBAL FIXED INCOME MASTER FUND LP | 767 FIFTH AVE. NEW YORK NY 10153 |
| AGL SEPARATE ACCOUNT II LLC | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| AGL SEPARATE ACCOUNT LLC | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| AGOSTINI, EDWARD & SYLVIA JTWROS | EDWARD J. AGOSTINI AND SYLVIA AGOSTINI 20 SUTTON PLACE SOUTH #7D NEW YORK NY 10022 |
| AGRIUM INC | 13131 LAKE FRASER DRIVE SE CALGARY AB T2J 7E8 CANADA |
| AHF- BAY FUND LLC | AHF-BAY FUND, LLC C/O ATLANTIC HOUSING FOUNDATION, INC. 210 PARK BOULEVARD, SUITE 112 GRAPEVINE TX 76051 |
| AHF- BAY FUND LLC | ATTN: DAN FRENCH C/O ATLANTIC HOUSING FOUNDATION, INC. 210 PARK BOULEVARD, SUITE 112 GRAPEVINE TX 76051 |
| AHF- BAY FUND LLC | ATTN: DAN FRENCH C/O ATLANTIC HOUSING FOUNDATION, INC. 210 PARK BOULEVARD, SUITE 11 GRAPEVINE TX 76051 |
| AHF- BAY FUND LLC | 1310 NORTH WHITE CHAPEL BOULEVARD SOUTHLAKE TX 76092 |

| Claim Name | Address Information |
|---|---|
| AHORRO CORPORACION FINANCIERIA SV SA | 16 WATERLOO PLACE ATT: CARLOS RODRIGUS LONDON SW1Y 4AR UNITED KINGDOM |
| AHORRO CORPORACION FINANCIERIA SV SA | ATTN: CARLOS RODRIGUS, CONFEDERACION ESPANO DE CAJA DE AHORROS 16 WATERLOO PLACE LONDON SW1Y 4AR UNITED KINGDOM |
| AHV- SWISS FEDERAL SOCIAL SECURITY FUND | C/O WESTERN MANGEMENT COMPANY ATTN: LEGAL DEPT. W- 2773 385 E. COLORADO BLVD. PASADENA CA 91101 |
| AIFUL CORPORATION | TOKYOEKIMAE-BLDG, 5TH FLOOR 1-5-2 CHOME YAESU CHUO-KU, TOKYO 104-0028 JAPAN |
| AIG CDS, INC. | INVESTMENT GRADE CREDIT GROUP AIG CDS, INC. C/O AIG GLOBAL INVESTMENT CORP 70 PINE STREET, 13TH FLOOR NEW YORK NY 10270 |
| AIG CDS, INC. | C/O AIG GLOBAL INVESTMENT CORP 70 PINE STREET, 13TH FLOOR NEW YORK NY 10270 |
| AIG FINANCIAL PRODUCTS CORP | AIG FINANCIAL PRODUCTS CORP. 50 DANBURY ROAD WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP | ATTENTION: CHIEF FINANCIAL OFFICER WITH COPY TO: GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP | AIG FINANCIAL PRODUCTS CORP ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP | ATTN: ALAN FROST/EXECUTIVE VICE PRESIDENT 50 DANBURY ROAD WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP | ATTN:  CHIEF FINANCIAL OFFICER/GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP | ATTN: GENERAL COUNSEL AIG FINANCIAL PRODUCTS CORP. 50 DANBURY ROAD WILTON CT 06897-4444 |
| AIG FINANCIAL PRODUCTS CORP | SHELLEY C CHAPMAN ESQ WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| AIG FINANCIAL PRODUCTS CORP. | AIG FINANCIAL PRODUCTS CORP. 50 DANBURY ROAD WILTON CT 06897-4444 |
| AIG FINANCIAL PRODUCTS CORP/SAN MATEO CJPFA | 555 COUNTY CENTER. REDWOOD CITY CA 94063 |
| AIG GLOBAL INVESTMENT GROUP PORTABLE ALPHA FUND SP | C/O AIG GLOBAL INVESTMENT CORP. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| AIG INTERNATIONAL INC | 50 DANBURY ROAD WILTON CT 06897 |
| AIG INTERNATIONAL INC | ATTN: GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897-4444 |
| AIG INTERNATIONAL INC. | ONE GREENWICH PLAZA GREENWICH CT 06830 |
| AIG INTERNATIONAL INC. | ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL C/O AIG FINANCIAL PRODUCTS CORP 50 DANBURY ROAD WILTON CT 06897 |
| AIG INTERNATIONAL INC. | SHELLEY CHAPMAN, ESQ WILLKIE FARR & FALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| AIG MARKETS, INC. FKA AIG CDS INC | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| AIG MARKETS, INC. FKA AIG CDS INC | C/O AIG GLOBAL INVESTMENT CORP ATTN: ALAN STEWART 70 PINE STREET, 13TH FLOOR NEW YORK NY 10270 |
| AIG MARKETS, INC. FKA AIG CDS INC | LEGAL DEPARTMENT ATTN: ED HOLMES 70 PINE STREET, 10TH FLOOR NEW YORK NY 10270 |
| AIG PRIVATE BANK LTD | PELIKANSTRASSE 37 P.O. BOX 1376 ZURICH CH-8021 SWITZERLAND |
| AIM BASIC BALANCED FUND | C/O STRADLELY RONON STEVENS & YOUNG, LLP ATTN: PAUL A. PATTERSON, ESQ. 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103 |
| AIM BASIC BALANCED FUND | C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM CORE BOND FUND | C/O STRADLEY RONON STEVENS & YOUNG, LLP ATTN: PAUL A. PATTERSON, ESQ. 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103 |
| AIM ENHANCED SHORT BOND FUND | C/O AIM ADVISORS, INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM HIGH YIELD FUND | C/O AIM ADVISORS, INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM INCOME FUND | C/O STRADLEY RONON STEVENS & YOUNG, LLP ATTN: PAUL A. PATTERSON, ESQ. 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103 |
| AIM INCOME FUND | C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM SHORT TERM BOND FUND | C/O STRADLEY RONON STEVENS & YOUNG, LLP ATTN: PAUL A. PATTERSON, ESQ. 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103 |
| AIM SHORT TERM BOND FUND | C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM TOTAL RETURN BOND FUND | NAME OF PARTY B C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX |

| Claim Name | Address Information |
|---|---|
| AIM TOTAL RETURN BOND FUND | 77046 |
| AIM TOTAL RETURN BOND FUND | ATTN: PORTFOLIO ADMINISTRATIION NAME OF PARTY B C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM TOTAL RETURN BOND FUND | GENERAL COUNSEL NAME OF PARTY B C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM TOTAL RETURN BOND FUND | PORTFOLIO ADMINISTRATIION NAME OF PARTY B C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM TOTAL RETURN BOND FUND | ATTN: GENERAL COUNSEL C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM TOTAL RETURN BOND FUND | ATTN: PORTFOLIO ADMINISTRATIION C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM V.I HIGH YIELD FUND | C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM V.I. DIVERSIFIED INCOME FUND | C/O STRADLEY RONON STEVENS & YOUNG, LLP ATTN: PAUL A. PATTERSON, ESQ. 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103 |
| AIM V.I. DIVERSIFIED INCOME FUND | C/O AIM ADVISORS, INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIM VI BASIC BALANCED FUND | C/O AIM ADVISORS INC. 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046 |
| AIR CANADA INC | ATTN: PIERRE HOULE AIR CANADA CENTRE, ZIP1277 (BUILDING 2, 7TH FLOOR) 7373 COTE VERTU WEST SAINT LAURENT QC H4S 1Z3 CANADA |
| AIR FRANCE SA | HEAD OF DUEL DEPARTMENT AIR FRANCE SA -DAZP SERIVE CARBURANT 45, RUE DE PARIS 95747 ROISSY CDG CEDEX, FRANCE |
| AIRASIA BERHAD | 25-5, BLOCK H JALAN PJU 1/37 DATARAN PRIMA, PETALING JAYA SELANGOR D.E. 47301 MALAYSIA |
| AIRASIA BERHAD | MEGAT KAMARRUDDIN MEZZANINE FLOOR, LCC TERMINAL JALAN KLIA S3, SOUTHERN SUPPORT ZONE KL INTERNATIONAL AIRPORT SEPANG, SELANGOR D.E. 64000 MALAYSIA |
| AIRASIA BERHAD | C/O STEPHENSON HARDWOOD 1 RAFFLES PLACE #12-00, OUB CENTRE 048616 SINGAPORE |
| AIRCRAFT FINANCE TRUST | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| AIRCRAFT FINANCE TRUST | ATTN: ROBERT PERKINS 1100 NORTH MARKET STREET FIRST FLOOR PLAZA - DROP CODE 1605 WILMINGTON DE 19890 |
| AIRCRAFT FINANCE TRUST | PHOENIX AMERICAN FINANCIAL SERVICES, INC. ATTN: JOSEPH HORGAN 2401 KERNER BOULEVARD SAN RAFAEL CA 94901 |
| AIRCRAFT LEASE SECURITISATION LIMITED | AIRCRAFT LEASE SECURITISATION LIMITED 22 GRENVILLE STREET ST. HELIER JERSEY JE4 8PX CHANNEL ISLANDS |
| AIRCRAFT LEASE SECURITISATION LIMITED | CC: DEBIS AIRFINANCE CASH MANAGER II LIMITED SHANNON, COUNTY CLARE IRELAND |
| AIRCRAFT LEASE SECURITISATION LIMITED | ATTN: INSURED PORTFOLIO MANAGEMENT, CC: MBIA INSURANCE CORPORATION ARMONK NY 10504 |
| AIRCRAFT LEASE SECURITISATION LIMITED | ATTN: INSURED PORTFOLIO MANAGEMENT, STRUCTURED FINANCE CC: MBIA INSURANCE CORPORATION ARMONK NY 10504 |
| AIRIS NEWARK INTERNATIONAL AIR CARGO CENTER | CARGO BUILDING 340 NEWARK NJ 07114 |
| AIRIS NEWARK INTERNATIONAL AIR CARGO CENTER | AIRIS HOLDINGS, LLC BUSINESS DEVELOPMENT, WILLIAMS TOWER 2800 POST OAK BOULEVARD, SUITE 5880 HOUSTON TX 77056 |
| AIRLIE CDO I LIMITED | ATTN:  THE DIRECTORS AIRLIE CDO I, LTD C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE CDO I LIMITED | ATTN:  DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE CDO I LIMITED | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10011-003 |
| AIRLIE CDO I, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE CDO I, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AIRLIE CDO I, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH |

| Claim Name | Address Information |
|---|---|
| AIRLIE CDO I, LTD | STREET WASHINGTON DC 20001 |
| AIRLIE LCDO I (AVIV LCDO 2006-3) LIMITED | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO I (AVIV LCDO 2006-3) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AIRLIE LCDO I (AVIV LCDO 2006-3) LIMITED | C/O US BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES P.O. BOX 960778 BOSTON MA 02196-0778 |
| AIRLIE LCDO I (AVIV LCDO 2006-3) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| AIRLIE LCDO I (AVIV LCDO 2006-3) LIMITED | ATTN: JAMES E. SPIOTTO C/O CHAPMAN AND CUTLER LLC CHICAGO IL 60603-4080 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: THE DIRECTORS AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-003 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| AIRLIE OPPORTUNITY MASTER FUND LTD | ATTN: BRENDAN DRISCOLL C/O AIRLIE OPPORTUNITY CAPITAL MANAGEMENT, L.P. 115 EAST PUTNAM AVENUE GREENWICH CT 06830 |
| AJAX RE LIMITED | C/O HSBC FINANCIAL SERVICES (CAYMAN) LTD STRATHVALE HOUSE NORTH CHURCH ST, PO BOX 1109 GRAND CAYMAN CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| AJAX RE LIMITED | ATTN: THE DIRECTORS AJAX RE LIMITED C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE, NORTH CHURCH ST, PO BOX 1109, KY1-1102 CAYMAN ISLANDS |
| AJAX RE LIMITED | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE NORTH CHURCH ST, PO BOX 1109 KY1-1102 CAYMAN ISLANDS |
| AKANTHOS ARBITRAGE MASTER FUND, LP | C/O AKANTHOS CAPITAL MANAGEMENT, LLC 21700 OXNARD STREET, SUITE 1520 ATTENTION: MICHAEL KAO ATTENTION: JOSHUA NIP WOODLAND HILLS CA 91367 |
| AKANTHOS ARBITRAGE MASTER FUND, LP | ATTN: THOMAS MOYACK C/O AKANTHOS CAPITAL MANAGEMENT, LLC 21700 OXNARD STREET, SUITE 1520 WOODLAND HILLS CA 91367 |
| AKTIA BANK PLC | ATTN: LEGAL & COMPLIANCE DEPARTMENT PO BOX 207 HELSINKI FIN-00101 FINLAND |
| AL-RASHID, IBRAHIM | 1114 LOST CREEK BLVD., SUITE 120 AUSTIN TX 78746-6370 |
| ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | 201 MILAN PKWY BIRMINGHAM AL 352116946 |
| ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: TREASURER P.O. BOX 301463 MONTGOMERY AL 36130-1463 |
| ALABAMA DRINKING WATER FINANCE AUTHORITY | ALABAMA STATE HOUSE RM. 205 MONTGOMERY AL 36130 |
| ALABAMA STATE UNIVERSITY | 915 S JACKSON ST MONTGOMERY AL 36104 |
| ALABAMA TRUST FUND | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1447 385 E. COLORADO BLVD. PASADENA CA 91101 |
| ALADDIN GENIE II LP | ALADDIN CAPITAL MANAGEMENT INC. SIX LANDMARK SQUARE STAMFORD CT 06901 |
| ALAMEDA COUNTY EMPLOYEES RETIREMENT FUND | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| ALAN B. LEE TRUST DTD 10/14/04 | 2800 NORTH LAKESHORE DRIVE # 1416 CHICAGO IL 60657-6210 |
| ALAS INVESTMENT SERVICES(FORME RLLY | C/O JULIUS BAER INVESTMENTS LIMITED LONDON 64 ST. JAMES`S STREET LONDON SW1A |

| Claim Name | Address Information |
|---|---|
| ATTORNEYS) | 1NF UNITED KINGDOM |
| ALAS INVESTMENT SERVICES(FORME RLLY ATTORNEYS) | ATTORNEY'S LIABILITY ASSURANCE SOCIETY, INC. 311 SOUTH WACKER DRIVE, SUITE 5700 CHICAGO IL 60606-6622 |
| ALASKA HOUSING FINANCE CORP. | 4300 BONIFACE PARKWAY ANCHORAGE AK 99504 |
| ALASKA HOUSING FINANCE CORP. | ATTN: CHIEF FINANCIAL OFFICER 4300 BONIFACE PARKWAY ANCHORAGE AK 99504 |
| ALASKA HOUSING FINANCE CORP. | ALASKA HOUSING FINANCE CORP. 4300 BONIFACE PARKWAY ANCHORAGE AK 99504 |
| ALASKA HOUSING FINANCE CORP. | PO BOX 101020 ANCHORAGE AK 99510-1020 |
| ALASKA PERMANENT FUND CORPORATION | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| ALCAN PACKAGING PENSION PLAN | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| ALCOA POWER GENERATING INC | 1200 RIVERVIEW TOWER 900 SOUTH GAY ST KNOXVILLE TN 37902 |
| ALCOA POWER GENERATING INC - EEI | ATTN: ASSISTANT TREASURER ALCOA INC. 390 PARK AVENUE NEW YORK NY 10022-4608 |
| ALCOA POWER MARKETING, INC - EEI | 1200 RIVERVIEW TOWER 900 SOUTH GAY ST KNOXVILLE TN 37902 |
| ALCON LABORATORIES EMPLOYEES' | DEFINED CONTRIBUTION PLAN C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1078 385 E. COLORADO BLVD PASADENA CA 91101 |
| ALDERSLY | 2120 VITAZO EAST TIBURON CA 94920 |
| ALEPPA FUNDING I LLC | C/O GLOBAL SECURITIZATION SERVICES, LLC 445 BROAD HOLLOW ROAD SUITE 239 NEW YORK NY 11747 |
| ALEPPA FUNDING I LLC | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ALETTI & C BANCA D'INVEST MOBILIARE (DO NOT USE) | V. SANTO SPIRITO, 14 MILANO 20121 ITALY |
| ALEXANDRITE SANDS APARTMENT, YUMA, ARIZONA | 230 WEST MORRISON ST YUMA AZ 85365 |
| ALHAMBRA REDEVELOPMENT AGENCY | CITY OF ALHAMBRA ALHAMBRA CA 91801 |
| ALIANT BANK | 200 ALIANT PARKWAY P.O. BOX 1237 ALEXANDER CITY AL 35011-1237 |
| ALIQUOT ACTIVE COMMODITY INDEX (UCITS) FUND | ATTN: LEON DIAMOND CASTLESTONE MANAGEMENT PLC C/O ALIQUOR ACTIVE COMMODITY INDEX (UCITS) FUND NEW YORK NY 10020 |
| ALIXPARTNERS LLP | 2000 TOWN CENTER, SUITE 2400 SOUTHFIELD MI 48075 |
| ALL WEATHER @ 10% LIMITED | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ALL WEATHER@12% TRADING LTD | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ALLEGHENY COUNTY AIRPORT AUTHORITY, THE | C/O ERIC T. SMITH, ESQ. SCHNADER HARRISON SEGAL & LEWIS, LLP 120 FIFTH AVENUE, SUITE 2700 PITTSBURGH PA 15222 |
| ALLEGHENY ENERGY SUPPLY COMPANY LLC | ATTN: CONTRACT ADMINISTRATION ALLEGHENY ENERGY SUPPLY COMPANY, LLC 800 CABIN HILL DR. GREENSBURG PA 15601 |
| ALLEGHENY ENERGY SUPPLY COMPANY, LLC | 800 CABIN HILL DR. GREENSBURG PA 15601 |
| ALLEGIANCE (DC) 1150 18TH STREET LLC | C/O PICK & ZABICKI LLP 369 LEXINGTON AVENUE, 12TH FLOOR NEW YORK NY 10017 |
| ALLEGIANCE (DC) 1150 18TH STREET LLC | 1440 BDWY, 23RD FL NEW YORK NY 10018 |
| ALLEGIANCE (DC) 1150 18TH STREET LLC | ATTN: DEAN BRITTON 1440 BROADWAY 23RD FLOOR NEW YORK NY 10018 |
| ALLEGIANCE (DC) 1150 18TH STREET LLC | ATTEN: DEAN BRITTON 1440 BROADWAY, 23RD FLOOR NEW YORK NY 10018 |
| ALLEN ACADEMY | C/O FIRST INDEPENDENCE NATIONAL BANK 44 MICHIGAN AVENUE DETROIT MI 48226 |
| ALLERGAN, INC. PENSION PLAN | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1452 385 E. COLORADO BLVD. PASADENA CA 91101 |
| ALLIANCE ACM GLOBAL CREDIT - U.S. SUB-FUND | ALLIANCE ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE CAPITAL MANAGEMENT L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE ACM U.S. CREDIT TOTAL RETURN SUB-FUND | ALLIANCE ACM U.S. CREDIT TOTAL RETURN SUB-FUND C/O ALLIANCE CAPITAL MANAGEMENT L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER | FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |

| Claim Name | Address Information |
|---|---|
| ALLIANCE BERNSTEIN BOND FUND, INC. | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN BOND FUND, INC. | ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN INTERMEDIATE BOND FUND | ALLIANCEBERNSTEIN INTERMEDIATEBOND PORTFOLIO C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - | ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND I | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND I | ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE FOR COMMUNITY CARE | 86 S. 14TH ST FKA AVENUES TO MENTAL HEALTH SAN JOSE CA 95112 |
| ALLIANCE IMAGING INC | 1900 S. STATE COLLEGE BLVD., SUITE 600 ANAHEIM CA 92806 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: CORPORATE TRUST OFFICE THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE 101 BARCLAY STREET NEW YORK NY 10286 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: JEFF ROSST C/O WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TR 2005-A | ATTN: ROBERT WADDELL, SENIOR VP-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES TRUST 2005- | C/O WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ALLIANCE PIPELINE LIMITED PARTNERSHIP | SUITE 600 605 5TH AVENUE SOUTH WEST CALGARY AB T2P 3H5 CANADA |
| ALLIANCE SANFORD C. BERNSTEIN FUND II - INTER DURA | C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE SANFORD C. BERNSTEIN FUND II - INTER DURA | ATTN: MARK R. MANLEY, LEGAL DEPT. C/O ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE SANFORD C. BERNSTEIN FUND-INTERMED. DUR. | C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE SANFORD C. BERNSTEIN FUND-INTERMED. DUR. | ATTN: MARK R. MANLEY, LEGAL DEPT. C/O ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE US GOVERNMENT HIGH GRADE FUND | ALLIANCE US GOVERMENTHIGH GRADE FUND C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE US GOVERNMENT HIGH GRADE FUND | ATTN: MICHAEL COFFEE, OPERATIONS C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE US GOVERNMENT HIGH GRADE FUND | ATTN: MARK R. MANLEY, LEGAL DEPT. NOTICES IN RELATION TO SECTIONS 5,6,11, 13,A COPY ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE US GOVERNMENT HIGH GRADE FUND | MARK R. MANLEY, LEGAL DEPT. NOTICES IN RELATION TO SECTIONS 5,6,11, 13,A COPY ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN ALTERNATIVE INVESTMENTS (MASTER) | INCOME ALLIANCEBERNSTEIN ALTERNATIVE INVESTMENTS (MASTER) FIXED INCOME HIGH ALPHA PORTFOLIO, C/O ALLIANCEBER 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERI | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERI | ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERI | ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN POOLING PORT FOLIOS-ALLIANCEBERN | DURATION BOND PORT ALLIANCEBERNSTEININTER DURATION BOND PORTFOLIO C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |

| Claim Name | Address Information |
|---|---|
| ALLIANCEBERNSTEIN POOLING PORTFOLIO – ALLIANCEBERN | PORTFOLIO ALLIANCEBERNSTEIN L.P.A/C ALLIANCEBERNPOOLING PORT C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN TAX-MANAGED WEALTH PRESERVATION | C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN TAX-MANAGED WEALTH PRESERVATION | ATTN: MARK R. MANLEY, LEGAL DEPT. C/O ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE | C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE | ATTN: MARK R. MANLEY, LEGAL DEPARTMENT C/O ALLIANCEBERNSTEIN, L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INC | C/O ALLIANCEBERNSTEIN L.P. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INC | ATTN: MARK R. MANLEY, LEGAL DEPARTMENT C/O ALLIANCEBERNSTEIN, L.P 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANZ EMPLOYEES MASTER RETIR EMENTTRUST | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ FLEXI RENTENFONDS (DIT 520005) | C/O DEUTSCHER INVESTMENT TRUST GMBH MAINZER LANDSTR 11-13 FRANKFURT AM MAIN D-60329 GERMANY |
| ALLIANZ GLOBAL INVESTORS FRANCE SA ACTING ON BEHAL | PIMCO DT FUND CASE POSTALE T 205 ATTN:RADIA KROURI, HEAD OF LEGAL DEPARTMENT 20, RUE LE PELETIER PARIS CEDEX 09 75444 FRANCE |
| ALLIANZ GLOBAL INVESTORS FRANCE SA ACTING ON BEHAL | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ GLOBAL INVESTORS KAPITALANL – DIT/521504 P | C/O DEUTSCHER INVESTMENT TRUST GMBH MAINZER LANDSTR 11-13 FRANKFURT AM MAIN D-60329 GERMANY |
| ALLIANZ LIFE INSURANCE CO OF NORTH AMERICA | P.O. BOX 59060 MINNEAPOLIS MN 55459-0060 |
| ALLIANZ LIFE INSURANCE CO OF NORTH AMERICA | ATTN: MICHAEL SCRIVER; JEFFREY KLETTI P.O. BOX 59060 MINNEAPOLIS MN 55459-0060 |
| ALLIANZ LIFE INSURANCE COMPANYOF NORTH AMERICA | 5701 GOLDEN HILLS DRIVE MINNEAPOLIS MN 55416-1297 |
| ALLIANZ PIMCO TSY BD PLUS 2015 (ADAM LUX 553315) | C/O ALLIANZ DRESDNER ASSET MANAGEMENT 6A ROUTE DE TREVES, SENNINGERBERG 26 LUXEMBOURG L2633 LUXEMBOURG |
| ALLIANZ RISK TRANSFER | ATTN: CHRIS FISCHER HIRS- COO LAVATERSTRASSE 67 ZURICH CH- 8002 SWITZERLAND |
| ALLIANZ RISK TRANSFER AG | FORMERLY ALLIANZ RISK TRANSFER ATTENTION: THOMAS BRUENDLER, GENERAL COUNSEL LAVATERSTRASSE 67 CH-8002 ZURICH CH- 8002 SWITZERLAND |
| ALLIANZ RISK TRANSFER AG | ALLIANZ RISK TRANSFER AG (FORMERLY ALLIANZ RISK TRANSFER) ATTENTION THOMAS BRUENDLER, GENRAL COUNSEL LAVATERSTRASSE 67 ZURICH CH-8002 SWITZERLAND |
| ALLIANZ SPA | RAS S.P.A. CORSO ITALIA, 23 MILAN 20122 ITALY |
| ALLIANZ SPA | ATTN: DIR. INVESTIMENTI E GESTIONE MOBILIARE - PROPRIETA' RAS S.P.A. CORSO ITALIA, 23 MILAN 20122 ITALY |
| ALLIANZ SPA | ATTN: MAURO RE RAS S.P.A. CORSO ITALIA, 23 MILAN 20122 ITALY |
| ALLINA HEALTH SYSTEM | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| ALLINA HEALTH SYSTEM | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| ALLINA HEALTH SYSTEM DEFINED BENEFIT MASTER TRUST | ROBERT MENDELSON, MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| ALLINA HEALTH SYSTEM DEFINED BENEFIT MASTER TRUST | C/O KIMBERLY FAUST 2925 CHICAGO AVENUE, MAIL ROUTE 10805 MINNEAPOLIS MN 55407-1321 |
| ALLINA HEALTH SYSTEM TRUST | ROBERT MENDELSON, MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| ALLINA HEALTH SYSTEM TRUST | C/O KIMBERLY FAUST 2925 CHICAGO AVENUE MAIL ROUTE 10805 MINNEAPOLIS MN 55407-1321 |
| ALLINA HEALTH SYSTEMS | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| ALLINA HEALTH SYSTEMS DEFINED BENEFIT | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |

| Claim Name | Address Information |
|---|---|
| MASTER TRUST | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| ALLINA HEALTH SYSTEMS DEFINED BENEFIT MASTER TRUST | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| ALLISON TRANSMISSION INC | 4700 WEST 10TH STREET INDIANAPOLIS IN 46222 |
| ALLISON TRANSMISSION INC | ATTN: PAUL NICHOLAS 4700 WEST 10TH STREET INDIANAPOLIS IN 46222 |
| ALLMERICA FINANCIAL LIFE INSUR ANCE & ANNUITY COMP | ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY 440 LINCOLN STREET WORCESTER MA 01653 |
| ALLSTATE INSURANCE COMPANY INC | 3075 SANDERS ROAD, SUITE G5B NORTHBROOK IL 60062 |
| ALLSTATE LIFE INSURANCE COMPANY | 3075 SANDERS ROAD, SUITE G5B NORTHBROOK IL 60062 |
| ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK | C/O ALLSTATE INVESTMENTS, LLC 3075 SANDERS ROAD, SUITE G5B NORTHBROOK IL 60062 |
| ALLTEL CORPORATION MASTER TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| ALPHA ASSET MANAGEMENT A.E.D.A.K. | ATTN: DENNIS MAGGANAS 12-14 PESMAZOGLOU STR. GR-105 64  ATHENS GREECE |
| ALPHA BANK A.E. | ATTN: PANTELIS SGARDELIS FINANCIAL MARKETS - GROUP PLANNING DIVISION 40 STADIOU STR. ATHENS GR-10252 GREECE |
| ALPHA D2 LIMITED | 6 PRINCES GATE LONDON SW7 1QJ UNITED KINGDOM |
| ALPHA MEZZ CDO 2007-1, LTD. | ALPHA MEZZ CDO 2007-1, LTD ALPHA MEZZ CDO 2007-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ALPHA MEZZ CDO 2007-1, LTD. | CDO GROUP BONY AND TRUSTEE FOR ALPHA MEZZ CDO 2007-1 NEW YORK NY 10286 |
| ALPHA MEZZ CDO 2007-1, LTD. | CHIEF OPERATING OFFICE COUNTRYWIDE ALTERNATIVE ASSET MANAGEMENT INC. CALABASAS CA 91302 |
| ALPHA MONTHLY INCOME FOREIGN BONDS FUND | ALPHA ASSET MANAGEMENT A.E.D.A.K. 12-14 PESMAZOGLOU STR. GR-105 64 ATHENS GREECE |
| ALPHADYNE INTERNATIONAL MASTER FUND, LTD | C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: MICHAEL POLO 17 STATE STREET, 20TH FLOOR NEW YORK NY 10004 |
| ALPHADYNE INTERNATIONAL MASTER FUND, LTD | C/O ALPHADYNE ASSET MANAGEMENT LLC 17 STATE STREET, 20TH FLOOR NEW YORK NY 10004 |
| ALPINE CAPITAL BANK | 680 FIFTH AVE NEW YORK NY 10019 |
| ALPINE CAPITAL BANK | ATTN: DAVID M. ABOODI, PRESIDENT 680 FIFTH AVENUE, 15TH FLOOR NEW YORK NY 10019 |
| ALPINE CAPITAL BANK | ATTN: DAVID M. ABOODI, PRESIDENT ALPINE CAPITAL BANK 680 FIFTH AVENUE, 15TH FLOOR NEW YORK NY 10019 |
| ALTA CDO 2007-1 LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| ALTA CDO 2007-1 LTD | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| ALTA CDO 2007-1 LTD | C/O STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| ALTA CDO 2007-1 LTD | ATTN: ERIC J. DONAGHEY C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| ALTA CDO SPC SERIES 2007-2 SEGREGATED PORTFOLIO | ATTN: AMY BYRNES C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| ALTADIS FINANCIAL SERVICES SNC | 143 BOULEVARD ROMAIN ROLLAND PARIS 75014 FRANCE |
| ALTAE PRIVATE EQUITY INDEX,FI | REGISTRO MERCANTIL DE MADRID, TOMO 8.336, GENERAL 7938 DE LA SECCION 3. DEL LIBRO DE SOCIEDADES FOLIO 14 HOJA N, INSCRIPCION 1 79.438-1 SPAIN |
| ALTAGAS LIMITED PARTNERSHIP | DIRECTOR GAS MARKETING 355 - 4TH AVENUE SW SUITE 1700 CALGARY AB T2P 0J1 CANADA |
| ALTAGAS LIMITED PARTNERSHIP "EDI" | 355 - 4TH AVENUE SW SUITE 1700 CALGARY AB T2P 0J1 CANADA |
| ALTAR ROCK FUND LP, THE | C/O TUDOR INVESTMENT CORPORATION 1275 KING STREET GREENWICH CT 06831 |

| Claim Name | Address Information |
|---|---|
| ALTERNATIVE HIGH YIELD BANK LOAN POOL | 767 FIFTH AVENUE NEW YORK NY 10153 |
| ALTERNATIVE MULTI STRATEGY FUND LTD | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ALTOONA CITY AUTHORITY SERIES | 20 GREENWOOD ROAD ALTOONA PA 16602-7114 |
| ALZETTE EUROPEAN CLO S.A. | BOULEVARD DU PRINCE HENRI 33 LUXEMBOURG LUXEMBOURG |
| ALZHELMER'S RESOURCE CENTER OF CONNECTICUT | 1261 SOUTH MAIN STREET PLAINTSVILLE CT 06479 |
| AMB GENERALI ASSET MGRSA/C AMGI-FONDS VEMOB | AMB GENERALI ASSET MANAGERS GEREONSWALL 68 KOLN 50670 GERMANY |
| AMBAC CREDIT PRODUCTS LLC | AMBAC ASSURANCE CORPORATION ONE STATE STREET PLAZA NEW YORK NY 10004 |
| AMBAC CREDIT PRODUCTS LLC | ONE STATE STREET PLAZA NEW YORK NY 10004 |
| AMBAC CREDIT PRODUCTS LLC | GENERAL COUNSEL AMBAC ASSURANCE CORPORATION ONE STATE STREET PLAZA NEW YORK NY 10004 |
| AMBAC FINANCIAL SERVICES, LLC | AMBAC FINANCIAL SERVICES, L.P. ONE STATE STREET PLAZA NEW YORK NY 10004 |
| AMBAC FINANCIAL SERVICES, LLC | ATTN: STEVEN L. DYMANT ONE STATE STREET PLAZA NEW YORK NY 10004 |
| AMBER FINANCE LIMITED | ATTN: DEAN GODWIN (RE 2001-2 SERIES) MOURANT & CO. LIMITED 22 GRENVILLE STREET ST HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| AMBER FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| AMBER MASTER FUND (CAYMAN) SPC | 153 EAST 53RD STREET- 57TH FLOOR CITIGROUP CENTER NEW YORK NY 10022 |
| AMEREN ENERGY GENERATING COMPANY | P.O. BOX 66149, MC427 ST. LOUIS MO 63166 |
| AMEREN ENERGY MARKETING COMPANY | 1901 CHOUTEAU AVE., MC-950 SAINT LOUIS MO 63103 |
| AMEREN ENERGY MARKETING COMPANY | ATTN: CONTRACT ADMINISTRATION AMEREN ENERGY MARKETING COMPANY 1901 CHOUTEAU AVE., MC-950 SAINT LOUIS MO 63103 |
| AMEREN ENERGY MARKETING COMPANY | ONE AMEREN PLAZA 1901 CHOUTEAU AVENUE PO BOX 66149 ST. LOUIS MO 63166-6149 |
| AMERICAN AIRLINES INC | AMERICAN AIRLINES, INC. P.O. BOX 619616 MAIL DROP 5509 FORT WORTH TX 75261-9616 |
| AMERICAN AIRLINES INC | 4333 AMON CARTER BOULEVARD MAIL DROP 5662 FORT WORTH TX 76155 |
| AMERICAN AIRLINES INC | ATTN: VICE PRESIDENT- CORPORATE DEVELOPMENT & TREAS AMERICAN AIRLINES, INC. 4333 AMON CARTER BOULEVARD MAIL DROP 5662 FORT WORTH TX 76155 |
| AMERICAN AIRLINES INC | ATTN: VICE PRESIDENT-CORPORATE DEVELOPMENT AMERICAN AIRLINES, INC. 4333 AMON CARTER BOULEVARD MAIL DROP 5662 FORT WORTH TX 76155 |
| AMERICAN AIRLINES INC | ATTN: VICE PRESIDENT AND TREASURER 4333 AMON CARTER BOULEVARD MAIL DROP 5662 FORT WORTH TX 76155 |
| AMERICAN AIRLINES INC | VICE PRESIDENT- CORPORATE DEVELOPMENT AMERICAN AIRLINES, INC. 4333 AMON CARTER BOULEVARD MAIL DROP 5662 FORT WORTH TX 76155 |
| AMERICAN AIRLINES INC MASTER FIXED BENEFIT PENSION | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| AMERICAN AIRLINES INC PILOTS VARIABLE BENEFIT PLAN | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| AMERICAN AIRLINES, INC. | P.O. BOX 619616, MD 5661 /FORT WORTH AIRPORT DALLAS TX 75261-9616 |
| AMERICAN AIRLINES, INC. | C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE, LLP 2323 VICTORY AVE., STE 700 DALLAS TX 75261-9616 |
| AMERICAN BAPTIST HOMES OF THE WEST | 6120 STONERIDGE MALL RD. 3RD FLOOR PLEASANTON CA 94588 |
| AMERICAN BAPTIST HOMES OF THE WEST | ATTN: DAVID A. GRANT, SVP 6120 STONERIDGE MALL RD. 3RD FLOOR PLEASANTON CA 94588 |
| AMERICAN CHARTERED BANK | ATTN:LANSDOWNE GREG AMERICAN CHARTERED BANK 1199 E. HIGGINS ROAD SCHAMBURG IL 60173 |
| AMERICAN CHARTERED BANK | ATTN: LANSDOWNE GREG AMERICAN CHARTERED BANK 1199 E. HIGGINS ROAD SCHAUMBURG IL 60173 |
| AMERICAN CHEMICAL SOCIETY RETIREMENT FUND TRUST | ATTN: ROSS WILSON ROOM 333 1155 16TH ST, NW WASHINGTON DC 20036 |

| Claim Name | Address Information |
|---|---|
| AMERICAN ELECTRIC POWER SERVICE CORPORATION | ATTN: JOHN C. CRESPO, ESQ. C/O AMERICAN ELECTRIC POWER 155 W. NATIONWIDE BLVD., SUITE 500 COLUMBUS OH 43215 |
| AMERICAN ELECTRIC POWER SERVICE CORPORATION | JOHN C. CRESPO, ESQ. C/O AMERICAN ELECTRIC POWER 155 W. NATIONWIDE BLVD., SUITE 500 COLUMBUS OH 43215 |
| AMERICAN ELECTRIC POWER SERVICE CORPORATION AS AGE | 155 W NATIONWIDE BLVD. SUITE 500 COLUMBUS OH 43215 |
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY | ATTN: MARLA LACEY, ESQ. 5000 WESTOWN PARKWAY SUITE 440 WEST DES MOINES IA 50266 |
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY | ATTN: ERIC GIESLER 5000 WESTOWN PARKWAY SUITE 440 WEST DES MOINES HI 50266 |
| AMERICAN EXPRESS BANK LTD | ATTN: GLOBAL DERIVATIVES SUPPORT AMERICAN EXPRESS BANK LTD 253-257 HIGH STREET NORTH POOLE DORSET BH15 1DW ENGLAND |
| AMERICAN EXPRESS BANK LTD | ATTN: PETER SISTI, TREASURER AMERICAN EXPRESS BANK LTD. INTERNATIONAL OPERATIONS CENTRE 510 SPENCER PLAZA, 768/769 ANNA SALAI CHENNIA 600 002 INDIA |
| AMERICAN EXPRESS BANK, LTD. | C/O AMERICAN EXPRESS FINANCIAL ADVISORS 254 AXP FINANCIAL CENTER, H19/254 707 2ND AVE. SOUTH MINNEAPOLIS MN 55474 |
| AMERICAN HONDA FINANCE CORPORATION | 20800 MADRONA AVENUE TORRANCE CA 90503 |
| AMERICAN HONDA FINANCE CORPORATION | ATTN: JAN BOBSIN/SCOTT C. DAVIS 20800 MADRONA AVENUE TORRANCE CA 90503 |
| AMERICAN HONDA FINANCE CORPORATION | ATTN: PAUL C. HONDA P.O BOX 2295 TORRANCE CA 90503 |
| AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN T | PAUL SHALHOUB, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN T | C/O AIG INVESTMENTS ATTN: CISSIE ABRAHAM, VP & ASSISTANT GENERAL COUNSEL 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN T | AIG RETIREMENT PLAN INVESTMENT OFFICER PINEBRIDGE INVESTMENTS ATTN: DEANNE NEZAS 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN T | JOHN TOOHEY 70 PINE STREET, 10TH FLOOR NEW YORK NY 10270 |
| AMERICAN INVESTOR LIFE INSURANCE COMPANY | C/O AMERUS CAPITAL MGMT GROUP 699 WALNUT STREET SUITE 300 DES MOINES IA 50309 |
| AMERICAN INVESTORS LIFE INSURANCE CO., INC. | N/K/A AVIVA LIFE ANNUITY CO. C/O AVIVA IVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES IA 50309 |
| AMERICAN MUNICIPAL POWER, INC. | SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019 |
| AMERICAN MUNICIPAL POWER, INC. | CHESTER WILCOX & SAXBE LLP ATTN: J. ANTHONY KINGTON 65 E. STATE ST., SUITE 1000 COLUMBUS OH 43215-4215 |
| AMERICAN MUNICIPAL POWER, INC. | F/K/A AMERICAN MUNICIPAL POWER-OHIO, INC. ATTN: MACK THOMPSON 1111 SCHROCK ROAD, SUITE 100 COLUMBUS OH 43229 |
| AMERICAN MUNICIPAL POWER-OHIO, INC. | 2600 AIRPORT DRIVE COLUMBUS OH 43219 |
| AMERICAN MUNICIPAL POWER-OHIO, INC. | ATTN:CONTRACT ADMINISTRATION AMERICAN MUNICIAPAL POWER-OHIO, INC. 2600 AIRPORT DRIVE COLUMBUS OH 43219 |
| AMERICAN NATIONAL BANK  NA | 9999 BELLAIRE BLVD HOUSTON TX 77036 |
| AMERICAN NATIONAL INSURANCE COMPANY | C/O SM PO BOX 58969 HOUSTON TX 77528- 896 |
| AMERICAN NATIONAL INSURANCE COMPANY | C/O FREDERICK BLACK/TARA B. ANNWEILER GREER HERTZ & ADAMS, LLP ONE MOODY PLAZA, 18TH FLOOR GALVESTON TX 77550 |
| AMERICAN TRADING & PRODUCTIONCO (ATAPCO) | 10 EAST BALTIMORE STREET SUITE 1600 BALTIMORE MD 21202 |
| AMERICAN TRADING AND PRODUCTION CORP. | C/O ANDREW J. CURRIE, ESQ. VENABLE LLP 750 E. PRATT STREET, SUITE 900 BALTIMORE MD 21202 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2005 B-M | WITH COPIES TO: MBIA INSURANCE CORPORATION 113 KING STREET ARMONK NY 10504 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2005 B-M | CTS/ABS WELLS FARGO, NATIONAL ASSOCIATION SIXTH AND MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| AMERICREDIT AUTOMOBILE RECEIVABLES | ATTN: CONNIE COFFEY AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2005-B-M C/O |

| Claim Name | Address Information |
|---|---|
| TRUST 2005 B-M | AMERICREDIT FINANCIAL SERVICES, INC. 801 CHERRY STREET, SUITE 3900 FORT WORTH TX 76102 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-B-F | AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-B-F C/O WILMINGTON TRUST COMPANY, AS OWNER TRUSTEE 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-B-F | WITH A COPY TO: AMERICREDIT FINANCIAL SERVICES, INC. FORT WORTH TX 76102 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | TRANSACTION OVERSIGHT DEPARTMENT WITH A COPY TO: FINANCIAL SECURITY ASSURANCE INC. NEW YORK NY 10019 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F C/O WILMINGTON TRUST COMPANY, AS OWNER TRUSTEE 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007-D-F | ATTN: CONNIE COFFEY WITH A COPY TO: AMERICREDIT FINANCIAL SERVICES, INC. FORT WORTH TX 76102 |
| AMERICREDIT FINANCIAL SERVICES INC | AMERICREDIT FINANCIAL SERVICES, INC. 801 CHERRY STREET, SUITE 3900 FORT WORTH TX 76102 |
| AMERICREDIT FINANCIAL SERVICES INC | 801 CHERRY STREET, SUITE 3500 ATTN: JAMES FEHLEISON FORT WORTH TX 76102 |
| AMERIPRISE FINANCIAL INC | ATTN: DERIVATIVES DOCUMENTATION GROUP 254 AMERPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| AMERIPRISE FINANCIAL, INC. | ATTN: ASSET MANAGEMENT LEGAL 5228 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55419 |
| AMERIPRISE FINANCIAL, INC. | 1109 AMERIPRISE FINANCIAL CENTER H19/1109 MINNEAPOLIS MN 55474 |
| AMERUS LIFE INSURANCE COMPANY | AVIVA INVESTORS NORTH AMERICA INC. 699 WALNUT STREET SUITE 1700 DES MOINES IA 50309 |
| AMMC CLO III LTD | THE DIRECTORS AMMC CLO III, LIMITED C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AMMC CLO III LTD | ONE EAST FOURTH STREET- 3RD FLOOR CINCINNATI OH 45202 |
| AMMC CLO III LTD | C/O. AMERICAN MONEY MANAGEMENT CORP. ONE EAST FOURTH ST. - 3RD FLOOR CINCINNATI OH 45202 |
| AMMC CLO IV, LTD | ATTN: THE DIRECTORS AMMC CLO IV, LIMITED C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AMMC CLO IV, LTD | ATTN: MR. CHESTER ENG CC: AMERICAN MONEY MANAGEMENT CORPORAT CINCINNATI OH 45202 |
| AMMC CLO IV, LTD | ATTN: INSTITUTIONAL TRUST SERVICES CC: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION HOUSTON TX 77002 |
| AMMC CLO V LTD | THE DIRECTORS AMMC CLO V, LIMITED C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AMMC CLO V LTD | MR. CHESTER ENG, RE: AMMC CLO V, LIMITED WITH A COPY TO: AMERICAN MONEY MANAGEMENT CORPORATION LLC CINCINNATI OH 45202 |
| AMMC CLO VI LTD | THE DIRECTORS AMMC CLO VI, LIMITED C/O MAPLES FINANCE LIMITED PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH ST. GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AMMC CLO VI LTD | CHESTER ENG AMERICAN MONEY MANAGEMENT CORPORATION LLC ONE EAST FOURTH STREET C/O AMMC CLO VI, LIMITED CINCINNATI OH 45202 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. - MBS 99 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST | MORTGAGE PASS-THROUGH CERTIFICAETS SERIRES 2002-BC1 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE 101 BARCLAY STREET, 8 WEST NEW YORK NY 10286 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE | MICHAEL J VENDITTO, ESQ REED SMITH LLP 559 LEXINGTON AVENUE (CONTROL NO. MBS 101) NEW YORK NY 10022 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE CONTROL NO. MBS 102 NEW YORK NY 10022 |
| AMORTIZING RESIDENTIAL COLLATERAL | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE MBS 103 NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| TRUST, MORTGAGE | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE MBS 103 NEW YORK NY 10022 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE | CERTIFICATES SERIES 2002-BC3 MARTIN FEIG – VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE | CERTIFICAETS SERIES 2002-BC4 MARTIN FEIG – VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE | CERTIFICAETS SERIES 2002-BC7 MARTIN FEIG – VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| AMP CAPITAL ENHANCED YIELD FUND | ATTN: MANAGER – DERIVATIVE BNP FUND SEVICES AUSTRALASIA LIMITED 60 CASTLEREAGH STREET SYDNEY 2000 AUSTRALIA |
| AMP CAPITAL ENHANCED YIELD FUND | MANAGER – DERIVATIVE BNP FUND SEVICES AUSTRALASIA LIMITED 60 CASTLEREAGH STREET SYDNEY 2000 AUSTRALIA |
| AMP CAPITAL ENHANCED YIELD FUND | PO BOX R227 ROYAL EXHANGE SYDNEY NSW 1225 AUSTRALIA |
| AMP CAPITAL ENHANCED YIELD FUND | 50 BRIDGE STREET SYDNEY NSW 2008 AUSTRALIA |
| AMP CAPITAL INVESTORS LIMITED-EFM INTERNATIONAL SH | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| AMP CAPITAL INVESTORS- RESPONSIBLE INVESTMENT LEAD | SHARE FUND AMP CAPITAL INVESTORS LEVEL 12 – 50 BRIDGE STREET SYDNEY NSW 2000 AUSTRALIA |
| AMSTERDAM HOUSE CONTINUING CARE RETIREMENT COMMUNI | 1060 AMSTERDAM AVE NEW YORK NY 10025 |
| AMTD STRATEGIC CAPITAL LIMITED | AMTD DIRECT LIMITED 12/F, CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL HONG KONG CHINA |
| ANA G MENDEZ UNIVERSITY SYSTEM, PR | EDIE DE FINANZAS CARR 173 KM O.3 CUPEY, RIO PIEDRAS PUERTO RICO |
| ANADARKO PETROLEUM CORPORATION | 1201 LAKE ROBBINS DRIVE TEH WOODLANDS TX 77380 |
| ANADARKO PETROLEUM CORPORATION | ATTN: MANAGER, CORPORATE CREDIT SERVICES ANADARKO PETROLEUM CORPORATION 1201 LAKE ROBBINS DRIVE TEH WOODLANDS TX 77380 |
| ANCHORAGE ADVISORS LLC | ATTN: CFO AND GENERAL COUNSEL/ERIC SACKS C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE ADVISORS LLC | ATTN: ERIC SACKS C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY NEW YORK NY 10012 |
| ANCHORAGE ADVISORS LLC | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FD, LTD | ATTN:  ANNE-MARIE KIM C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FD, LTD | ATTN: CFO AND GENERAL COUNSEL/ERIC SACKS C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FD, LTD | ATTN: ERIC SACKS, CONTROLLER C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY NEW YORK NY 10012 |
| ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FD, LTD | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II LP | ATTN: CFO AND GENERAL COUNSEL C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II LP | ATTN: ANNE-MARIE KIM C/O ANCHORAGE ADVISORS, LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II LP | C/O SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND LTD | ATTN: NATALIE BIRRELL, COO; ERIC SACKS, CONTROLLER C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FL. NEW YORK NY 10012 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND LTD | ATTN: GENERAL COUNSEL C/O ANCHORAGE ADVISORS, L.L.C. 650 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND LTD | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| ANDERSONS INC | ATTN: BETSEY HALL, ASSISTANT GENERAL COUNSEL THE ANDERSONS, INC. 480 W. DUSSEL DRIVE – P.O. BOX 119 MAUMEE OH 43537 |
| ANDERSONS INC | ATTN: MIKE IRMEN, DIRECTOR OF ETHANOL SERVICES THE ANDERSONS, INC. 480 W. DUSSEL DRIVE – P.O. BOX 119 MAUMEE OH 43537 |

| Claim Name | Address Information |
|---|---|
| ANDERSONS, INC., THE | 480 W. DUSSEL DRIVE - P.O. BOX 119 MAUMEE OH 43537 |
| ANDREW MELLON FOUNDATION | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| ANDREW W. MELLON FOUNDATION, THE | C/O JOHN HULL 140 E. 62ND STREET NEW YORK NY 10065 |
| ANDREW W. MELLON FOUNDATION, THE | STUART M. ROZEN MAYER BROWN LLP 71 S. WACKER DRIVE CHICAGO IL 60606 |
| ANDREW W. MELLON FOUNDATION, THE | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ANF PARTNERS #1 | ATTN: DOMINICK J. FAZZIO 2000 BELLE CHASSE HIGHWAY 3RD FLOOR TERRYTOWN LA 70056 |
| ANF PARTNERS #1 | 2000 BELLE CHASSE HIGHWAY 3RD FLOOR TERRYTOWN LA 70056 |
| ANF PARTNERS #1 | 1400 LAPALCO BLVD BLG 2 HARVEY LA 70058 |
| ANGELA KNOTT: THIS ENTITY HAS BEEN SET UP IN ENTIT | LBIE CAN RECEIVE FEES FROM IT. THERE IS NOT ISDA DOCUMENTATION IN PLACE AND NONE IS REQUIRED.  UNKNOWN |
| ANGLO IRISH BANK CORPORATION PLC | C/O TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN ESQ THE CHRYSLER BLDG 405 LEXINGTON AVENUE - 7TH FL NEW YORK NY 10174 IRELAND |
| ANGLO IRISH BANK CORPORATION PLC | ATTN: EILEEN CARR STEPHEN COURT 18/21 ST STEPHEN'S GREEN DUBLIN 2 DUBLIN 2 IRELAND |
| ANNIE E. CASEY FOUNDATION, THE | C/O BANK OF NEW YORK MELLON, THE ATTN: CHRISTINE CARR SMITH 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94015 |
| ANP FUNDING I LLC | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| ANP FUNDING I LLC | 62 FOREST STREET, SUITE 102 ATTN: DAVID MUSSELMAN, VICE PRESIDENT & GENERAL COUNSEL MARLBOROUGH MA 01752 |
| ANP FUNDING I, LLC | ATTN: CONTRACT ADMINISTRATOR C/O INTERNATIONAL POWER 62 FOREST STREET, SUITE 102 MARLBOROUGH MA 01752 |
| ANP FUNDING I, LLC | ATTN: DAVID T. MUSSELMAN, GENERAL COUNSEL C/O INTERNATIONAL POWER 62 FOREST STREET, SUITE 102 MARLBOROUGH MA 01752 |
| ANTHRACITE BALANCED COMPANY (32) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (44) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (7) LIMITED | C/O HSBC HOUSE, MARY STREET PO BOX 1109 GT GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ANTHRACITE BALANCED COMPANY (7) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (IR-1) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (IR-10) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (IR-12) | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (IR-17) LTD | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (IR-18) | THE DIRECTORS AIB INTERNATIONAL CENTER, I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (IR-23) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (IR-27) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (IR-4) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (IR-7) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-33) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-42) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-49) | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-57) LIMITED | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (JR-59) LIMITED | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (LBGDF3) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (R-10) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | IRELAND AIB INTERNATIONAL CENTRE ANTHRACITE INVESTMENTS (IRELAND) PLC AIB INTL CENTRE, IFSC DUBLIN 1 IRELAND |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | AIB INTERNATIONAL CENTRE HSBC BANK PLC, LVL 24, 8 CANADA SQ GLOBAL TRANSACTION BANKING, HSBC SECURITIES SERVICES CORPORATE TRUST LONDON E14 5HQ UNITED KINGDOM |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | ATTN: KIERAN HIGGINS AIB INTERNATIONAL CENTRE NOMURA INTL PLC 1 ST MARTINAPPOSS-LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |
| ANTHRACITE BALANCED COMPANY IR-19 | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ANTHRACITE INVESTMENTS (IRELAND) PLC AIB INTL CENTRE IFSC DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | HSBC BANK PLC GLOBAL TRANSACTION BANKING HSBC SECURITIES SERVICES CORP TRUST, LVL 24,  8 CANADA SQ LONDON E14 5HQ UNITED KINGDOM |
| ANTHRACITE INVESTMENT (IRELAND) PLC (SERIES 26) | ATTN: KIERAN HIGGINS NOMURA INTL PLC 1 ST MARTIN#APPOSS-LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |
| ANTHRACITE INVESTMENTS (IRELAND) PLC | ANTHRACITE INVESTMENTS (IRELAND) PLC AIB INTERNATIONAL FINANCIAL SERVICES LTD. AIB INTERNATIONAL CENTRE, IFSC DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC | AIB INTERNATIONAL CENTRE IFSC DUBLIN 1 DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC | HSBC BANK PLS GLOBAL TRANSACTION BANKING HSBC SECURITIES SERVICES CORP TRUST, LVL 24,  8 CANADA SQ LONDON E14 5HQ UNITED KINGDOM |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 23) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 23) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 8 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 8 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 9 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 9 | BRONAGH HARDIMAN MATHESON ORMSBY PRENCTCE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE MASTER CO (2) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE MASTER COMPANY (4) LTD | THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED | ATTN: APRIL CROWTHER 18-22 GRENVILLE STREET JERSEY JE4 8PX UNITED KINGDOM |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED | MIFA CORP J2, 22 GREENVILLE STREET ST HELIER JERSEY JE4 8PX1 UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED | ORRICK HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND 666 FIFTH AVENUE NEW YORK NY 10103 |
| ANTHRACITE REFERENCE COMPANY (12) LIMITED | C/O HSBC HOUSE, MARY STREET PO BOX 1109 GT GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ANTHRACITE REFERENCE COMPANY (12) LIMITED | ATTN: THE DIRECTORS HSBC HOUSE, 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE REFERENCE COMPANY (12) LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANWORTH MORTGAGE ASSET CORP | 1299 OCEAN AVENUE SUITE 200 SANTA MONICA CA 90401 |
| ANZ NATIONAL BANK LIMITED | ANZ CENTRE LEVEL 28 23-29 ALBERT STREET P.O BOX 6243 WELLESLEY STREET NEW ZEALAND |
| ANZ NATIONAL BANK LIMITED | ATTN: SENIOR MANAGER, MARKETS OPERATION INSTITUTIONAL MARKETS, LEVEL 3 NBNZ HOUSE 1 VICTORIA STREET, P O BOX 540 WELLINGTON NEW ZEALAND |
| AON CORPORATION | 200 EAST RANDOLPH STREET CHICAGO IL 60601 |
| AOZORA BANK LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI I-CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| AOZORA BANK LTD | WILLIAM SUGDEN ALSTON & BIRD LLP ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| AOZORA BANK, LTD. | 3-1, KUDAN-MINAMI 1-CHOME CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK, LTD. | ATTN: MICHAEL B. LESTINO, ATTORNEY LOWENSTEIN SANDLER PC 1251 AVE OF THE AMERICAS NEW YORK NY 10020 |
| APPALACHIAN POWER COMPANY | AMERICAN ELECTRIC POWER COMPANY, INC. 1 RIVERSIDE PLAZA COLUMBUS OH 43215 |
| APRIL M.A. REAL ESTATE AGENCY LTD | C/O TSHUVA GROUP 7, GIBOREI ISRAEL STREET P.O. BOX 8464, INDUSTRIAL ZONE SOUTH NETANYA ISRAEL |
| AQUAMARINE FINANCE | PUBLIC LIMITED COMPANY SERIES 2004-1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| AQUAMARINE FINANCE | PUBLIC LIMITED COMPANY SERIES 2007-1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| AQUAMARINE FINANCE | PUBLIC LIMITED COMPANY SERIES 2004.2 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| AQUAMARINE FINANCE | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| AQUAMARINE FINANCE | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | P.O. BOX 1093 GT QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | DEUTSCHE TRUSTEE COMPANY LIMITED WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| AQUAMARINE FINANCE PLC SERIES 2007-1 | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| AQUILA MERCHANT SERVICES INC | ATTN: JOHN BRUNGARDT UTILICORP UNITED INC. C/O AQUILA RISK MANAGEMENT CORPORATION OMAHA NE 68164 |
| AQUILA MERCHANT SERVICES, INC. | UTILICORP UNITED INC. C/O AQUILA RISK MANAGEMENT CORPORATION OMAHA NE 68164 |
| ARAB BANKING CORPORATION (B.S.C) | ARAB BANKING CORPORATION P.O. BOX 5698 MANAMA BAHAMAS |
| ARAB BANKING CORPORATION (B.S.C) | ABC TOWER, DIPLOMATIC AREA P.O. BOX 5698 ATTN JAWAD SACRE MANAMA BAHRAIN |
| ARAB BANKING CORPORATION (B.S.C) | ATTN: MARK LEONARD ARAB BANKING CORPORATION P.O. BOX 5698 MANAMA BAHRAIN |
| ARAB BANKING CORPORATION (B.S.C) | ABC TOWER, DIPLIOMATIC AREA P.O. BOX 2808 MANAMA 5998 BAHRAIN |
| ARACRUZ TRADING INTERNATIONAL | LIABILITY COMPANY 2161 CSOMAD, AKACOS UTCA 11 BUDAPEST HUNGARY |

| Claim Name | Address Information |
|---|---|
| COMMERCIAL AND SERVI | LIABILITY COMPANY 2161 CSOMAD, AKACOS UTCA 11 BUDAPEST HUNGARY |
| ARBERDEEN GLOBAL – EURO HIGH YIELD BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II – EURO CORPORATE BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II – GLOBAL AGGREGATE BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II – GLOBAL HIGH YIELD BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II – INDEX LINKED BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL IV – CORE PLUS LONG DATED STERLIN | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBOR PARK, LP | 11515 LEISURE DRIVE DALLAS TX 75234-4701 |
| ARBORS AT GEORGETOWN LIMITED DIVIDEND HOUSING | ASSOCIATION LIMITED PARTNERSHIP C/O THE STERLING GROUP 3900 EDISON LAKES PARKWAY SUITE 201 MISHAWAKA IN 46546 |
| ARC ENERGY LIMITED | C/O  AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER – 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| ARC ENERGY LIMITED | ARC ENERGY LIMITED C/AMANDA BANTON PIPER ALDERMAN LEVEL 23, GOVERNOR MACQUARIE TOWER 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| ARCADIA PETROLEUM LTD | ALMACK HOUSE 28 KING STREET LONDON W1Y 6AR UNITED KINGDOM |
| ARCH COAL INC RETIREMENT ACCOUNT PLAN | ATTN: MARK LUZECKY 1 CITYPLACE DRIVE SUITE 300 SAINT LOUIS MO 63141 |
| ARCH COAL INC RETIREMENT ACCOUNT PLAN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ARCHDIOCESAN PENSION PLAN | C/O ART MONTEGARI, DIRECTOR 1011 FIRST AVENUE NEW YORK NY 10022 |
| ARCHDIOCESE OF NEWARK LAY PENSION PLAN | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| ARCHDIOCESE OF NEWARK LAY PENSION PLAN | LEGAL.DOCUMENTATION C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| ARCHDIOCESE OF NEWARK PRIESTS PENSION PLAN | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| ARCHE MASTER FUND, L.P | ARCHE MASTER FUND, L.P. C/O XE CAPITAL ADVISERS, LLC 24 WEST 40TH STREET, 3RD FLOOR NEW YORK NY 10018 |
| ARCHSTONE | KIRKLAND & ELLIS LLP ATTN: EDWARD O. SASSOWER & SCOTT J. GORDON 601 LEXINGTON AVE NEW YORK NY 10022 |
| ARCHSTONE | F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD CO 80112 |
| ARCHSTONE TIC MEZZ HOLDINGS LLC | ATTN: YON CHO AND JOHN RANDALL 1271 AVENUE OF THE AMERICAS, 38TH FL. NEW YORK NY 10020 |
| ARCHSTONE TIC MEZZ HOLDINGS LLC | KIRKLAND & ELLIS LLP ATTN: PAUL BASTA 60 LEXINGTON AVENUE NEW YORK NY 10022 |
| ARCHSTONE-SMITH OPERATING TRUST | ATTN: DIRECTOR OF MULTIFAMILY MGMT INFORMATION FEDERAL HOME LOAN MORTGAGE CORPORATION 8100 JONES BRANCH DRIVE MAIL STOP B4Q MCLEAN VA 22102 |
| ARCHSTONE-SMITH OPERATING TRUST | ARCHSTONE-SMITH OPERATING TRUST C/O MMA MORTGAGE INVESTMENT CORPORATION 2177 YOUNGMAN AVENUE ST. PAUL MN 55116 |
| ARCHSTONE-SMITH OPERATING TRUST | C/O MMA MORTGAGE INVESTMENT CORPORATION 2177 YOUNGMAN AVENUE ST. PAUL MN 55116 |
| ARCHSTONE-SMITH OPERATING TRUST | 9200 E. PANORAMA CIRCLE ENGELWOOD CO 80112 |
| ARDEN ERISA PORTABLE ALPHA SPC MULTI CLASS SEGREGA | CLASS PA1 C/O ARDEN ASSET MANAGEMENT LLC 375 PARK AVENUE, 32ND FLOOR NEW YORK NY 10152 |
| ARDEN ERISA PORTABLE ALPHA SPC MULTI-CLASS SEGREGA | AZ1 C/O ARDEN ASSET MANAGEMENT LLC 375 PARK AVENUE, 32ND FLOOR NEW YORK NY 10152 |
| ARDEN ERISA PORTABLE ALPHA SPC MULTI-CLASS SEGREGA | CA1 C/O ARDEN ASSET MANAGEMENT LLC 375 PARK AVENUE, 32ND FLOOR NEW YORK NY 10152 |
| ARDEN ERISA PORTABLE ALPHA SPC | MI1 C/O ARDEN ASSET MANAGEMENT LLC 375 PARK AVENUE, 32ND FLOOR NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| MULTI-CLASS SEGREGA | 10152 |
| ARENDS, SUSANNE | JENAER STR 54 POHLHEIM 34515 GERMANY |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE 3RD FLOOR NEW YORK NY 10022 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON MA 02116 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | C/O ARES MANAGEMENT LLC 1999 AVENUE OF THE STARS, SUITE 1900 LOS ANGELES CA 90067 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | DAVID SACHS C/O ARES MANAGEMENT LLC 1999 AVENUE OF THE STARS, SUITE 1900 LOS ANGELES CA 90067 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II, LTD | ATTN: DAVID SACHS ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARES ENHANCED LOAN INVESTMENT STRATEGY II, LTD | ATTN: HARVEY MOAT ARES MANAGEMENT LLC 1999 AVENUE OF THE STARS, SUITE 1900 LOS ANGELES CA 90067 |
| ARES IIR CLO LTD | THE DIRECTORS ARES IIR CLO, LTD., C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ARES IIR CLO LTD | CDO UNIT / ARES IIR CLO, LTD. WITH COPIES TO: US BANK, NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| ARES IIR CLO LTD | ATTN: DAVID SACHS ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARES IX CLO LTD. | DIRECTORS ARES IX CLO LTD. PO BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ARES IX CLO LTD. | LATHAM & WATKINS ATTN: MARK BROUDE 885 THIRD AVE, 3RD FLOOR NEW YORK NY 10022 |
| ARES IX CLO LTD. | ATTN: JONATHAN LONG STATE STREET BANK 200 CLARENDON STREET, 6TH FLOOR BOSTON MA 02116 |
| ARES IX CLO LTD. | ATTN: DAVID SACHS ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARES IX CLO LTD. | ATTN: CDO BUSINESS – ARES IX CLO, LTD. WITH COPIES TO: DEUTSCHE BANK TRUST COMPANY AMERICAS 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| ARES MANAGEMENT LPA/C ARES CLO MGMT XII, LP | 1999 AVE OF THE STS LOS ANGELES CA 90045 |
| ARES MGMT/ARES VIII CLO LTD | ATTN: DAVID SACHS ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARES VIII CLO LTD. | MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE. 3RD FLOOR NEW YORK NY 10022 |
| ARES VIII CLO LTD. | U.S. BANK, EX-MA-FED ATTENTION: JOHN T EDWARDS, ASSISTANT VICE PRESIDENT ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| ARES VIR CLO LTD | THE DIRECTORS ARES VIR CLO, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT – QUEENSGATE HOUSE – SO. CHURCH ST GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ARES VIR CLO LTD | CDO UNIT/ARES VIR CLO LTD. U.S. BANK, NATIONAL ASSOCIATION ONE FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| ARES VIR CLO LTD | ATTN: JAMES SPIOTTO CHAPMAN AND CUTLER CHICAGO IL 60603*4080 |
| ARES VIR CLO LTD | ATTN: DAVID SACHS ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARES VIR CLO LTD. | MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE. 3RD FLOOR NEW YORK NY 10022 |
| ARES VIR CLO LTD. | U.S. BANK CORPORATE TRUST SERVICES ATTENTION: JOHN F. DELANEY, JR., VICE PRESIDENT ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| ARES X CLO LIMITED | DIRECTORS ARES X CLO LTD. PO BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ARES X CLO LIMITED | CORPORATE TRUST SERVICES – ARES X CLO LTD. WITH COPIES TO: U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| ARES X CLO LIMITED | ATTN: DAVID SACHS ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARES XII CLO LTD | ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |

| Claim Name | Address Information |
|---|---|
| ARG FUNDING CORP SERIES 2005-1 B | MBIA INSURANCE CORPORATION 113 KING STREET ARMONK NY 10504 |
| ARG FUNDING CORP SERIES 2005-1 B | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-1 B | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-1 B | ATTN: TREASURER ARG FUNDING CORP. 6929 NORTH LAKEWOOD AVENUE SUITE 100 MOD 1.2 202 TULSA OK 74117 |
| ARG FUNDING CORP SERIES 2005-1A | 6929 NORTH LAKEWOOD AVENUE SUITE 100 MOD 1.2 202 TULSA OK 74117 |
| ARG FUNDING CORP SERIES 2005-2 A | ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2 A | ATTN: TREASURER ARG FUNDING CORP. 6929 NORTH LAKEWOOD AVENUE SUITE 100 MOD 1.2 202 TULSA OK 74117 |
| ARG FUNDING CORP SERIES 2005-2 B | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ARG FUNDING CORP SERIES 2005-2 B | ATTN: TREASURER ARG FUNDING CORP. 6929 NORTH LAKEWOOD AVENUE SUITE 100 MOD 1.2 202 TULSA OK 74117 |
| ARG FUNDING CORP SERIES 2005-2 C | 6929 NORTH LAKEWOOD AVENUE SUITE 100 MOD 1.2 202 TULSA OK 74117 |
| ARG FUNDING CORP. | 6929 NORTH LAKEWOOD AVENUE SUITE 100 MOD 1.2 202 TULSA OK 74117 |
| ARG FUNDING CORP. SERIES 2005-1 A | MARK V. BOSSI THOMPSON COBURN LLP ONE US BANK PLAZA SAINT LOUIS MO 63101 |
| ARG FUNDING CORP. SERIES 2005-1 A | ATTN: THOMAS P. LAFFEY 600 CORPORATE PARK DRIVE ST. LOUIS MI 63105 |
| ARG FUNDING CORP. SERIES 2005-2A | MARK V. BOSSI THOMPSON COBOURN LLP ONE US BANK PLAZA SAINT LOUIS MO 63101 |
| ARG FUNDING CORP. SERIES 2005-2A | ATTN: THOMAS P. LAFFEY 600 CORPORATE PARK DRIVE ST. LOUIS MI 63105 |
| ARGOS PENSION SCHEME NOMINEES LIMITED AS | TRUSTEES OF THE ARGOS PENSION SCHEME 40 LONSDALE SQUARE LONDON N1 1EW UNITED KINGDOM |
| ARIEL REINSURANCE COMPANY LTD | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| ARIEL REINSURANCECOMPANY LTD | WINDSOR PLACE, 18 QUEEN ST P.O. BOX HM 1727 HAMILTON BERMUDA |
| ARISTEIA MASTER, L.P. | TRANSFEROR: ARISTEIA CAP/ARISTEIA INTERNATIONAL LIMITED ATTN: ROBERT H. LYNCH, JR., MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |
| ARISTEIA MASTER, L.P. | TRANSFEROR: ARISTEIA PARTNERS LP C/O ARISTEIA CAPITAL, LLC 136 MADISON AVENUE, 3RD FLOOR ATTN: ROBERT H. LYNCH, JR., MANAGER NEW YORK NY 10016 |
| ARISTEIA SPECIAL INVESTMENTS MASTER LP | C/O ARISTEIA CAPITAL, LLC ATTN: ROBERT H. LYNCH., JR., MANAGER 136 MADISON AVE, 3RD FLOOR NEW YORK NY 10016 |
| ARIZONA MUNICIPAL FINAN. PROGR | POTSDAMER PLATZ POTSDAMER PLATZ BERLIN 10785 GERMANY |
| ARIZONA PUBLIC SERVICE COMPANY | 400 NORTH FIFTH STREET, MAIL STATION 9860 PHOENIX AZ 85004 |
| ARIZONA STATE RETIREMENT SYSTEM | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ARKANSAS (STATE OF) PUBLIC EMPLOYEES RETIREMENT SY | ONE UNION NATIONAL PLAZA 124 WEST CAPITOL LITTLE ROCK AR 72201 |
| ARLINGTON PARTNERS LP | FEDERAL HOME LOAN MORTGAGE CORPORATION 8100 JONES BRANCH DRIVE MAIL STOP B4F MCLEAN VA 22102 |
| ARLINGTON PARTNERS LP | FEDERAL HOME LOAN MORTGAGE CORPORATION 8200 JONES BRANCH DRIVE MCLEAN VA 22102 |
| ARLINGTON PARTNERS LP | ATTN: MABEL HARRIS - SERVICING MANAGER WELLS FARGO BANK, N.A. 2010 CORPORATE RIDGE, SUITE 1000 MCLEAN VA 22102 |
| ARLINGTON PARTNERS LP | ATTN:MARK B. WILSON C/O THE PARK COMPANIES 124 ONE MADISON PLAZA, SUITE 1500 MADISON MI 39110 |
| ARLINGTON PARTNERS LP | AMTAX HOLDINGS 495, LLC C/O CAPMARK AFFORDABLE EQUITY HOLDINGS, INC. 1801 CALIFORNIA STREET, SUITE 3900 DENVER CO 80202 |
| ARLINGTON PARTNERS LP | C/O CAPMARK AFFORDABLE EQUITY HOLDINGS, INC. DENVER CO 80202 |
| ARTESIA BANKING CORPORATION SA (DO NOT USE) | RUE DE TREVES 25 BRUSSELS 1040 BELGIUM |
| ASA CALIFORNIA TAX ADVANTAGED FUND L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ASA CALIFORNIA TAX ADVANTAGED FUND L.P. | C/O ASA CALIFORNIA MANAGERS LLC ATTENTION: ROBERT D. ALBRIGHT JR. 601 CARLSON |

| Claim Name | Address Information |
|---|---|
| ASA CALIFORNIA TAX ADVANTAGED FUND L.P. | PARKWAY, SUITE 610 MINNETONKA MN 55305 |
| ASA NEW YORK TAX ADVANTAGED FUND L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ASA NEW YORK TAX ADVANTAGED FUND L.P. | C/O ASA NEW YORK MANAGERS LLC ATTENTION: ROBERT D. ALBRIGHT JR. 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305 |
| ASA TAX ADVANTAGED RELATIVE VALUE FUND L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANSASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ASA TAX ADVANTAGED RELATIVE VALUE FUND L.P. | C/O ASA TAX ADVANTAGED ADVISORS LLC, GENERAL PARTNER ATTENTINO: ROBERT D. ALBRIGHT JR. 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305 |
| ASA TAXABLE RELATIVE VALUE FUND LTD | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ASA TAXABLE RELATIVE VALUE FUND LTD | ATTN: MUNICIPAL FINANCIAL PRODUCTS - TRANSACTION MGMT LEHMAN BROTHERS SPECIAL FINANCING INC. C/O LEHMAN BROTHERS INC. 745 SEVENTH AVENUE, 19TH FLOOR NEW YORK NY 10019 |
| ASA TAXABLE RELATIVE VALUE FUND LTD | C/O ASA TAXABLE ADVISORS LLC ATTN: ROBERT D. ALBRIGHT JR. 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305 |
| ASA TAXABLE RELATIVE VALUE FUND LTD | ROB ALBRIGHT / CRIS SHAPIRA ALTERNATIVE STRATEGY ADVISERS LLC 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305 |
| ASAHI BANK, LIMITED (DO NOT USE) | 1-2 OTEMACHI 1-CHOME CHIYODA-KU, TOKYO 100-8106 JAPAN |
| ASAHI BANK, LIMITED (DO NOT USE) | TRADING ADMIN. OFFIC MARET PLANNING DEPT. ASAHI BANK, HEAD OFFICE 1-2, OTEMACHI 1-CHOME CHIYODA-KU, TOKYO 100  8106 JAPAN |
| ASAHI BANK, LIMITED (DO NOT USE) | ATTN: TREASURY DIVISION 1-2, OTEMACHI 1-CHOME CHIYODA-KU TOKYO 100-8106 JAPAN |
| ASBL FONDS DE PENSION ET DE PREVOYANCE DE LA S.A I | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| ASBURY ATLANTIC, INC. | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DAVID W. DYKHOUSE 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| ASBURY METHODIST VILLAGE, INC. | 210 RUSSELL AVENUE GAITHERSBURG, MD MD 20877 |
| ASBURY METHODIST VILLAGE, INC. | ATTENTION: CHIEF FINANCIAL OFFICER 210 RUSSELL AVENUE GAITHERSBURG, MD MD 20877 |
| ASBURY PLACE | 700 BOWER HILL ROAD PITTSBURGH PA 15243 |
| ASBURY VILLAS | 700 BOWER HILL ROAD PITTSBURGH PA 15243 |
| ASBURY-SOLOMONS, INC. | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DAVID W. DYKHOUSE 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| ASBURY-SOLOMONS, INC. | 210 RUSSELL AVENUE GAITHERSBURG, MD MD 20877 |
| ASBURY-SOLOMONS, INC. | CHIEF FINANCIAL OFFI 210 RUSSELL AVENUE GAITHERSBURG, MD MD 20877 |
| ASCENSION HEALTH | 4600 EDMUNDSON ROAD ST LOUIS MO 63134 |
| ASCENSION HEALTH - HEALTH SYSTEM DEPOSITORY INDEX | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1355 385 E. COLORADO BLVD. PASADENA CA 91101 |
| ASCENSION HEALTH INSURANCE VEBA- CORE FULL | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 3028 385 E. COLORADO BLVD. PASADENA CA 91101 |
| ASCENSION HEALTH INSURANCE, LTD. - CORE FULL | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 2813 385 E. COLORADO BLVD. PASADENA CA 91101 |
| ASCENSION HEALTH RETIREMENT TRUST - CORE FULL ACCT | C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1207 385 E. COLORADO BLVD PASADENA CA 91101 |
| ASCENSION HEALTH-HEALTH SYSTEM DEPOSITORY HSD | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1322 385 E. COLORADO BLVD PASADENA CA 91101 |
| ASHLAND INC. MASTER PENSION TRUST | 50 E RIVERCENTER BLVD COVINGTON KY 41011 |
| ASHTON FOREST PARK, LP | C/O AMBLING COMPANIES, INC 7000 CENTRAL PARKWAY NE, SUITE 1100 ATLANTA GA 30328 |
| ASIA RECOVERY CO-INVESTMENT PARTNERS LP | C/O WL ROSS & CO. LLC 1166 AVENUE OF THE AMERICAS, 27TH FLOOR ATTN: JAMES MCCARTHY NEW YORK NY 10036 |
| ASIA RECOVERY CO-INVESTMENT PARTNERS, LP | ATTN: DAVID WAX C/O WLR ROSS MANHATTAN TOWER 101 EAST 53ND STREET NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| ASIA RECOVERY FUND LP | C/O WL ROSS & CO. LLC 1166 AVENUE OF THE AMERICAS, 27TH FLOOR ATTN: JAMES MCCARTHY NEW YORK NY 10036 |
| ASIA RECOVERY FUND, LP | C/O WL ROSS & CO. LLC MANHATTAN TOWER, 101 EAST 52ND STREET NEW YORK NY 10022 |
| ASSOCIATED BANK N.A. | TREASURY DEPARTMENT MS 8025 1200 HANSEN ROAD GREEN BAY WI 54304 |
| ASSOCIATED BANK N.A. | DUTKIEWICZ JOSEPH TREASURY DEPARTMENT MS 8025 1200 HANSEN ROAD GREEN BAY WI 54304 |
| ASSOCIATED BANK, NATIONAL ASSOCIATION | C/O AMANDA M. GIBBS REINHART BOERNER VAN DEUREN S.C 1000 NORTH WATER STREET SUITE 1700 MILWAUKEE WI 53202 |
| ASTANA FINANCE JSC | 12 BIGELDINOV ST. ASTANA 10000 KAZAKHSTAN |
| ASTREA LLC | ATTN: RICHARD GRAUEL C/O CAPITAL DYNAMICS, ITS SERVICER BAHNHOFSTRASSE 22 ZUG CH-6301 SWITZERLAND |
| ASTREA LLC | FREDERICK UTLEY, ESQ. & JENNIFER DEMARCO, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ASURION CORPORATION | ASURION CORPORATION 648 GRASSMERE PARK DRIVE, SUITE 300 NASHVILE TN 37211 |
| ASURION CORPORATION | ATTN: JACK REAGAN, VICE PRESIDENT 648 GRASSMERE PARK DRIVE, SUITE 300 NASHVILE TN 37211 |
| AT&T INC | ATTN: JONATHAN KLUG 175 E. HOUSTON, ROOM 7-A-50 SAN ANTONIO TX 78205 |
| AT&T INC | SBC COMMUNICATIONS INC. 175 EAST HOUSTON STREET SAN ANTONIO TX 78205-2233 |
| AT&T INC. F/K/A SBC COMMUNICATIONS, INC. | ATTN: JAMES W GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| AT&T INC. F/K/A SBC COMMUNICATIONS, INC. | JAMES W GRUDUS, ESQ. GENERAL ATTORNEY ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| AT&T INC. F/K/A SBC COMMUNICATIONS, INC. | FULBRIGHT & JAWORSKI L.L.P ATTN: DAVID A. ROSENZWEIG, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ATLANTIC COUNTY UTILITIES AUTHORITY | 6700 DELILAH ROAD EGG HARBOR TOWNSHIP NJ 08234 |
| ATLAS COPCO UK HOLDINGS LIMITED SUPERANNUATION FUN | AND LIFE ASSURANCE SCHEME ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ATLAS COPCO UK HOLDINGS LIMITED SUPERANNUATION FUN | SCHEME PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ATOS ORIGIN SA | DA VINCILAAN 5 ZAVENTEM 0 BELGIUM |
| ATOS ORIGIN SA | TOUR LES MIROIRS - BAT C 18, AVENUE D'ALSACE LA DEFENSE 3 CEDEX PARIS 92926 FRANCE |
| ATRIUM CDO | C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. NEW YORK NY 10010 |
| ATRIUM CDO | ATTN: BRAD BUEHLER JP MORGAN CHASE AS TRUSTEE 600 TRAVIS, 48TH FLOOR HOUSTON TX 77002 |
| ATRIUM III | ATTN: ALLEN GAGE 1 MADISON AVE, 9TH FLOOR NEW YORK NY 10010 |
| ATRIUM III | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVE NEW YORK NY 10019 |
| ATRIUM III CLO LTD | MARIA SWALES C/O CREDIT SUISSE CAPITAL, INC. 11 MADISON AVENUE, 13TH FLOOR NEW YORK NY 10010 |
| ATRIUM III CLO LTD | ATTN: BRAD BUEHLER JPMORGAN CHASE AS TRUSTEE FOR ATRIUM III 600 TRAVIS, 48TH FLOOR HOUSTON TX 77002 |
| ATTIC ANGEL ASSOCIATION | 640 JUNCTION ROAD MADISON WI 53717 |
| ATTICUS GLOBAL ADVISORS | C/O ATTICUS CAPITAL LP ATTN: LEGAL DEPARTMENT 767 FIFTH AVENUE, 12TH FLOOR NEW YORK NY 10153 |
| ATTICUS GLOBAL ADVISORS LTD | ATTN: MATTHEW EDMONDS ATTICUS GLOBAL ADVISORS, LTD ROMASCO PLACE, WICKHMANS CAY 1 PO BOX 3140 ROAD TOWN, TORTOLA BRITISH VIRGIN ISLANDS |
| ATTICUS TRADING LTD | ATTICUS TRADING, LTD CRICKET SQUARE, HUTCHINS DRIVE PO BOX 2681 GT GRAND CAYMAN KY1-1111 CAYMAN ISLANDS |
| ATTICUS TRADING LTD | C/O ATTICUS CAPITAL LP ATTN: LEGAL DEPARTMENT 767 FIFTH AVENUE, 12TH FLOOR NEW YORK NY 10153 |
| ATTICUS/ATTICUS EUROPEAN FUNDLTD | C/O ATTICUS CAPITAL LP 767 FIFTH AVENUE 12TH FLOOR NEW YORK NY 10153 |

| Claim Name | Address Information |
|---|---|
| ATTICUS/GREEN WAY MGD ACCTSERIES GREEN WAY PORTFOL | C/O ATTICUS CAPITAL LP 152 WEST 57TH STREET 45TH FLOOR NEW YORK NY 10019 |
| ATTN: AARON B. LEE | FEDERAL HOME LOAN BANK OF DES MOINES 801 WALNUT STREET, SUITE 200 DES MOINES IA 50309 |
| ATTORNEYS' LIABILITY ASSURANCE SOCIETY | C/O AUGUSTUS ASSET MANAGERS LIMITED C/O 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| AUGUSTUS ASSET MANAGERS LTD | JULIUS BAER INVESTMENT MANAGEMENT INC. 64 ST. JAMES`S STREET LONDON SW1A 1NF UNITED KINGDOM |
| AURELIUS CAPITAL MASTER LTD | ATTN: GETACHEW BITEW 156 WEST 56TH STREET NEW YORK NY 10019 |
| AURELIUS CAPITAL MASTER LTD | ATTN: GETACHEW BITEW CC: GLOBEOP FINANCIAL SERVICES, LLC NEW YORK NY 10019 |
| AURELIUS CAPITAL MASTER LTD | C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022 |
| AURELIUS CAPITAL MASTER LTD | 535 MADISON AVE - 22ND FL NEW YORK NY 100224263 |
| AURELIUS CAPITAL PARTNERS LP | ATTN: GETACHEW BITEW CC: GLOBEOP FINANCIAL SERVICES, LLC NEW YORK NY 10019 |
| AURELIUS CAPITAL PARTNERS LP | C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022 |
| AURELIUS CAPITAL PARTNERS LP | 535 MADISON AVE - 22ND FL NEW YORK NY 100224263 |
| AURORA LOAN SERVICES LLC, AS MASTER SERVICER | AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| AURORA LOAN SERVICES LLC, AS MASTER SERVICER | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| AUSCOAL SUPERANNUATION PTY. LIMITED | LEVEL 31, GATEWAY 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| AUSTIN CAPITAL SAFE HARBOR PORTABLE OFFSHORE FUND | C/O AUSTIN CAPITAL MANAGEMENT, LTD. 5000 PLAZA ON THE LAKE BLVD., SUITE 250 AUSTIN TX 78746 |
| AUSTIN CAPITAL SAFE HARBOR PORTABLE OFFSHORE FUND | JASON ROTTINGER, CCO C/O AUSTIN CAPITAL MANAGEMENT, LTD. 5000 PLAZA ON THE LAKE BLVD., SUITE 250 AUSTIN TX 78746 |
| AUSTIN TX (CITY OF) | CIFG ASSURANCE NORTH AMERICA, INC. 825 THIRD AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AUSTIN TX (CITY OF) | P.O.BOX 2106 AUSTIN TX 78768 |
| AUSTRALIA & NEW ZEALAND BANKING GROUP LIMITED | ATTN: ALEX GOGARTY 100 QUEEN STREET MELBOURNE VIC 3000 AUSTRALIA |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED | 100 QUEEN ST, LVL 3 MELBOURNE 3000 AUSTRALIA |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED | ATTN: MICHAEL BLACK, HEAD OF LENDING SERVICES 100 QUEEN ST, LVL 3 MELBOURNE 3000 AUSTRALIA |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED | ATTN: JOHN W. WADE, DEPUTY GENERAL MANAGER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | 100 QUEEN ST, LVL 3 MELBOURNE AUSTRALIA |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | ATTN: SVP, AMERICAS TREASURY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| AUSTRALIA CORE PLUS FUND (AUD) | ATTN: LEGAL DEPARTMENT ABERDEEN ASSET MANAGEMENT LIMITED LEVEL 6 (STREET LEVEL) 201 KENT STREET SYDNEY NSW, 2000 AUSTRALIA |
| AUSTRALIA CORE PLUS FUND (AUD) | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| AUSTRALIAN CORPORATE BOND FUND | ATTN: MANAGER - DERIVATIVE BNP FUND SEVICES AUSTRALASIA LIMITED 60 CASTLEREAGH STREET SYDNEY 2000 AUSTRALIA |
| AUSTRALIAN CORPORATE BOND FUND | MANAGER - DERIVATIVE BNP FUND SEVICES AUSTRALASIA LIMITED 60 CASTLEREAGH STREET SYDNEY 2000 AUSTRALIA |
| AUSTRALIAN CORPORATE BOND FUND | PO BOX R227 ROYAL EXCHANGE SYDNEY NSW 1225 AUSTRALIA |
| AUSTRALIAN CORPORATE BOND FUND | 50 BRIDGE STREEET SYDNEY NSW 2008 AUSTRALIA |
| AUSTRALIANSUPER | LEVEL 33 50 LONSDALE STREET MELBOURNE VIC 3000 AUSTRALIA |

| Claim Name | Address Information |
|---|---|
| AUSTRALIANSUPER PTY LTD AS TRUSTEE FOR | AUSTRALIANSUPER (F/K/A SUPERANNUATINO TRUST OF AUSTRALIA) ATTN: JASON COTTER LEVEL 33, 50 LONSDALE STREET MELBOURNE, VICTORIA 3000 AUSTRALIA |
| AUSTRALIANSUPER PTY LTD AS TRUSTEE FOR | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| AUTODESK DEVELOPMENT S.A.R.L. | RUE DU PUITS GODET 6 CASE POSTALE 35 NEUCHATEL CH-2002 SWITZERLAND |
| AUTODESK DEVLPMNT S.A.R.L. | RUE DU PUITS GODET 6 CASE POSTALE 35 NEUCHATEL CH-2002 SWITZERLAND |
| AUTODESK INC. | 111 MCINNIS PARKWAY SAN RAFAEL CA 94903 |
| AUTONOMY MASTER FUND LTD | AUTONOMY CAPITAL RESEARCH LLP 2ND FLOOR 2 JOHN CARPENTER STREET LONDON EC4Y 0AP UNITED KINGDOM |
| AUTOROUTES PARIS-RHIN-RHONE | 36, RUE DU DOCTEUR SCHMITT SAINT-APOLLINAIRE F-21850 FRANCE |
| AVENUE INTERNATIONAL MASTER LP | C/O AVENUE CAPITAL MANAGEMENT II, L.P. ATTN: TODD GREENBARG 535 MADISON AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| AVENUE INVESTMENTS L.P. | C/O AVENUE CAPITAL MANAGEMENT II, L.P. ATTN: TODD GREENBARG 555 MADISON AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| AVENUE SPECIAL SITUATIONS FUND V, L.P. | C/O AVENUE CAPITAL MANAGEMENT II, L.P. ATTN: TODD GREENBARG 535 MADISON AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| AVENUE-CDP GLOBAL OPPORTUNITIES FUND, L.P. | C/O AVENUE CAPITAL MANAGEMENT II, L.P. ATTN: TODD GREENBARG 535 MADISON AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| AVILA MASTER FUND LP | 200 PARK AVE LOWR 7 NEW YORK NY 101160090 |
| AVILA MASTER FUND LP | C/O ALCENTRA, INC. ATTN: PAUL HATFIELD 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| AVILA MASTER FUND LP | MICHAEL PETTINGILL MCDERMOTT WILL & EMERY LLP 340 MADISON AVENUE NEW YORK NY 10173-1922 |
| AVIO SPA | AVIO S.P.A. - ENTE FINANZA VIA 1 MAGGIO, 99 10154 RIVALTA DI TORINO TORINO 10154 ITALY |
| AVISTA CORPORATION | AVISTA CORPORATION 1411 EAST MISSION P.O. BOX 3727 SPOKANE WA 99220-3727 |
| AVISTA CORPORATION (WSPP) | 1411 EAST MISSION PO BOX 3727 SPOKANE WA 99220-3727 |
| AVIV LCDO 2006-1 LIMITED | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-1 LIMITED | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-1 LIMITED | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| AVIV LCDO 2006-1 LIMITED | ATTN: LORI R. FIFE CHAPMAN AND CUTLER LLP NEW YORK NY 10153 |
| AVIV LCDO 2006-1, LIMITED | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-1, LIMITED | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AVIV LCDO 2006-1, LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| AVIV LCDO 2006-2 LIMITED | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-2 LIMITED | THE DIRECTORS AVIV LCDO 2006-2, LIMITED, C/O MAPLES FINANCE LTD. PO BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-2 LIMITED | DALE CROWLEY MAPLES AND CALDER PO BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-2 LIMITED | SCDO_SURVEILLANCE@SANDP.COM STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041 |
| AVIV LCDO 2006-2 LIMITED | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AVIV LCDO 2006-2 LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| AVIVA LIFE INSURANCE COMPANY N/K/A AVIVA LIFE AND | C/O AVIVA INVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 17000 DES MOINES IA 50309 |

| Claim Name | Address Information |
|---|---|
| AVQUAEST CAPITAL MASTER FUND LTD | AVIVA INVESTORS NORTH AMERICA, INC 699 WALNUT STREET, SUITE 1700 DES MOINES IA 50309 |
| AVQUAEST CAPITAL MASTER FUND LTD | ATTN: MARK CERNICKY AVIVA INVESTORS NORTH AMERICA, INC 699 WALNUT STREET, SUITE 1700 DES MOINES IA 50309 |
| AVQUAEST CAPITAL MASTER FUND LTD | MARK CERNICKY AVIVA INVESTORS NORTH AMERICA, INC 699 WALNUT STREET, SUITE 1700 DES MOINES IA 50309 |
| AVQUAEST CAPITAL MASTER FUND, LTD. | 699 WALNUT STREET, SUITE 17000 DES MOINES IA 50309 |
| AVR ACQUISITIONS BV | SEATTLEWEG 17 3195ND PERNIS ROTTERDAM NETHERLANDS |
| AXA BELGIUM | ATTN: LEGAL DEPARTMENT BRUSSELSTRAAT, 45 ANVERS-ANTWERP 2018 BELGIUM |
| AXA BELGIUM | AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD-ROSMARINO/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA BELGIUM SA | AXA INVESTMENT MANAGERS 7 NEW GATE STREET LONDON EC2M 7HA UNITED KINGDOM |
| AXA FRANCE VIE SA | AXA IM PARIS COEUR DEFENSE TOUR B LA DEFENSE 4, 100 ESPLANADE DU GENERALE DE GAULLE LA DEFENSE 92932 FRANCE |
| AXA SA | AXA 21 AVE MATIGNON PARIS 75008 FRANCE |
| AXIS BANK LTD | 131, MAKER TOWER - F CUFFE PARADE COLOBA MUMBAI - 400 005 INDIA |
| AXIS BANK LTD, TREASURY | C/O  VASANT SHUKLA 8TH FLOOR MAKER TOWERS "F" CUFFE PARADE MUMBAI 400 005 INDIA |
| AXIS BANK LTD, TREASURY | ALLEN & OVERY LLP ATTN: MICHAEL MAIER LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| AZIENDA ELETTRICA TICINESE | ATTN: FLAVIA GRASSI VIALE OFFICINA 10 BELLINZONA 6500 SWITZERLAND |
| AZIENDA ELETTRICA TICINESE | PAVIA & HARCOURT LLP ATTN: MARIO GAZZOLA, ESQ. 600 MADISON AVENUE NEW YORK NY 10022 |
| AZUSA PUBLIC FINANCING AUTHORITY | 213 EAST FOOTHILL BLVD AZUSA CA 91702 |
| B & G FOODS INC | 426 EAGLE ROCK AVENUE ROSELAND CT 07068 |
| BAA PENSION TRUST COMPANY LTD. | C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| BAA PENSION TRUST COMPANY LTD. | GOULSTON & SORRS, P.C. ATTN: DOUGLAS B. ROSNER, ESQ. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| BABCOCK INTERNATIONAL GROUP PENSION SCHEME | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BABIS VOVOS INTERNATIONAL | BABIS VOVOS INTERNATIONAL CONSTRUCTION SA 340 KIFISSIAS AVENUE N. PSYCHIKO ATENS 15451 GREEK |
| BABSON COLLEGE | BABSON COLLEGE BABSON PARK MA 02157-0310 |
| BABSON COLLEGE | ATTN:  VP FOR BUSINESS FOREST STREET BABSON PARK MA 02157-0310 |
| BAE SYSTEMS PLC | BAE SYSTEMS PLC GROUP TREASURY, WARWICK HOUSE, PO BOX 87 FARNBOROUGH AEROSPACE CENTRE FARNBOROUGH, HANTS GU14 6YU UNITED KINGDOM |
| BAE SYSTEMS PLC | ATTN:  GROUP TREASURER BAE SYSTEMS PLC GROUP TREASURY, WARWICK HOUSE, PO BOX 87 FARNBOROUGH AEROSPACE CENTRE FARNBOROUGH, HANTS GU14 6YU UNITED KINGDOM |
| BAKER HUGHES INCORPORATED RETIREMENT PLAN MASTER T | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1384 385 E. COLORADO BLVD. PASADENA CA 91101 |
| BAKKEN, OYVIND | UTSIKTEN 16 PORSGRUNN 3911 NORWAY |
| BALBOA CDO I LTD | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BALBOA CDO I LTD | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BALESTRA CAPITAL PARTNERS, L.P | C/O BALESTRA CAPITAL LTD. 1185 AVENUE OF THE AMERICAS, 32ND FLOOR NEW YORK NY 10036 |
| BALESTRA CAPITAL PARTNERS, L.P | ATTN: JAMES L. MELCHER AND MEI LIU C/O BALESTRA CAPITAL LTD. 1185 AVENUE OF THE AMERICAS, 32ND FLOOR NEW YORK NY 10036 |
| BALL ASIA PACIFIC LIMITED | COLIN HEDLEY/ VICE PRESIDENT OF FINANCE BALL ASIA PACIFIV LTD. UNITS 1612-1618 |

| Claim Name | Address Information |
|---|---|
| BALL ASIA PACIFIC LIMITED | TOWER I GRAND CENTURY PLACE 193 PRINCE EDWARD ROAD WEST MONGKOK, KOWLOON HONG KONG |
| BALL ASIA PACIFIC LIMITED | ATTN: COLIN HEDLEY/ VICE PRESIDENT OF FINANCE UNITS 1612-1618 TOWER I GRAND CENTURY PLACE 193 PRINCE EDWARD ROAD WEST MONGKOK HONG KONG |
| BALL ASIA PACIFIC LIMITED | C/O BALL CORPORATION 10 LONGS PEAK DRIVE BROOMFIELD CO 80021 |
| BALL CORPORATION | 10 LONGS PEAK DRIVE BROOMFIELD CO 80021 |
| BALL CORPORATION | ATTN: JEFF KNOBEL; GENERAL COUNSEL 10 LONGS PEAK DRIVE BROOMFIELD CO 80021 |
| BALL CORPORATION MASTER PENSION TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1385 385 E. COLORADO BLVD PASADENA CA 91101 |
| BALL EUROPEAN HOLDINGS S.A.R.L | BALL EUROPEAN HOLDINGS S.A.R.L. KAISERSWERTHER STRABE 115 D-40880 RATINGEN GERMANY |
| BALLYROCK ABS CDO 2007-1 LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT BOUNDARY HALL CRICKET SQUARE GRAND CAYMAN CAYMAN ISLANDS |
| BALLYROCK ABS CDO 2007-1 LTD | PRESIDENT C/O BALLYROCK INVESTMENT ADVISORS LLC 82 DEVONSHIRE STREETM V13E BOSTON MA 02110 |
| BALLYROCK ABS CDO 2007-1 LTD | PRINCIPAL GLOBAL INVESTORS 801GRAND AVEHUE DES MOINES IA 50392-0490 |
| BALTIMORE COUNTY EMPLOYEE'S RETIREMENT SYSTEM | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1522 385 E. COLORADO BLVD. PASADENA CA 91101 |
| BALTIMORE MD (CITY OF) | BUREAU OF TREASURY MANANGEMENT 100 GUILFORD AVENUE BALTIMORE MD 21202 |
| BALTIMORE MD (CITY OF) | ATTN: STANLEY MILSEK C/O MAYOR AND CITY COUNSEL OF BALTIMORE, BUREAU OF TREASURY MANAGEMENT DEPARTMENT OF FINANCE 200 N. HOLLIDAY STREET, 1ST FLOOR ROOM 7 BALTIMORE    MD 21202 |
| BALTIMORE, MAYOR AND CITY COUNCIL OF | MAYOR AND CITY COUNCIL OF BALTIMORE BUREAU OF TREASURY MANAGEMENT ABEL WOLMAN MINUCIPAL BUILDING, 200 HOLIDAY STREET, ROOM 7 BALTIMORE BALTIMORE MD 21202 |
| BANCA AKROS S.P.A. | SEDE SOCIALE E DIREZIONE GENERALE MILANO - VIALE EGINARDO, 29 MILAN 20149 ITALY |
| BANCA AKROS S.P.A. | VIA EGINARDO, 29 MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: DUCCIO GALLETTI/RENATA BIFFI CORSO ITALIA 3 MILANO 20121 ITALY |
| BANCA AKROS SPA | ATTN: GENERAL COUNSEL SEDE SOCIALE E DIREZIONE GENERALE MILANO - VIALE EGINARDO, 29 MILAN 20149 ITALY |
| BANCA AKROS SPA | VIALE EGINARDO, 29 MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: GENERAL COUNSEL C/O AKROS SECURITIES, INC 75 ROCKEFELLER PLAZA NEW YORK NY 10019 |
| BANCA ALETTI & C. S.P.A. | VIA SANTO SPIRITO, 14 20121 MILANO ITALY |
| BANCA ALETTI DI INVESTIMENTO MOBILIARE SPA | V. SANTO SPIRITO, 14 MILANO 20121 ITALY |
| BANCA ANTONVENETA SPA | PIAZZETTA F. TURATI 2 PADOVA 35131 ITALY |
| BANCA CR FIRENZE SPA | VIA BUFALINI 6 FIRENZE 50122 ITALY |
| BANCA DEL GOTTARDO | ATTN: SERGIO BRIGNONI VIALE STEFANO FRANSCINI 8 LUGANO 6900 SWITZERLAND |
| BANCA DEL GOTTARDO | SERGIO BRIGNONI VIALE STEFANO FRANSCINI 8 LUGANO 6900 SWITZERLAND |
| BANCA DEL GOTTARDO | BSI SA VIALE S. FRANSCINI 8 LUGANO 6901 SWITZERLAND |
| BANCA DEL GOTTARDO | ATT: BEATRICE ARDIZZONI BSI SA VIALE S. FRANSCINI 8 LUGANO 6901 SWITZERLAND |
| BANCA DELLE MARCHE SPA | VIA GHISLIERI, 6 JESI-ANCONA 60035 ITALY |
| BANCA DELLE MARCHE SPA | ATTN: SERVIZIO TESORERIA GRUPPO VIA GHISLIERI, 6 JESI-ANCONA 60035 ITALY |
| BANCA DI CIVIDALE SPA | PIAZZA DOMO 8 33043 CIVIDALE DEL FRULI UDINE ITALY 33043 ITALY |
| BANCA DI CREDITO COOPERATIVO DI CARUGATE | VIA DE GASPERI, 11 CARUGATE, MILANO 20061 ITALY |
| BANCA DI CREDITO COOPERATIVO DI CARUGATE | ATTN:RESPONSABILE AREA FINANZA - SETTORE OPERATIVO VIA DI GASPERI, 11 CARUGATE, MILANO 20061 ITALY |
| BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPE | ATTN: MR. ROBERT PALOMBO AND MR. ROSSANO GIUPPA VIALE OCEANO INDIANO 13C ROMA 00144 ITALY |
| BANCA DI CREDITO COOPERATIVO DI ROMA | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVE |

| Claim Name | Address Information |
|------------|---------------------|
| SOCIETA COOPE | NEW YORK NY 10103 |
| BANCA DI CREDITO POPOLARE SOCIETA COOPERATIVA PER | ATTN: CORSO V. EMANUELE TORRE DEL GRECO SCARL PALAZZO VALLELONGA 92/100 TORRE DEL GRECCO 80059 ITALY |
| BANCA DI CREDITO POPOLARE SOCIETA COOPERATIVA PER | THOMAS L. TISDALE TISDALE LAW OFFICES 10 SPRUCE STREET SOUTHPORT CT 06890 |
| BANCA FINECO | VIA BOITO 10 MILAN 20120 ITALY |
| BANCA FINECO | ATTN: GENERAL COUNSEL VIA SAVONA 125 MILANO 20120 ITALY |
| BANCA IMI S.P.A. | PIAZZETTA GIORDANO DELL#APPOSAMORE 3 MILANO 20121 ITALY |
| BANCA IMI SPA | ATTN: LEGAL DEPT P. GIORDANO DELL 'AMORE 3 MILANO 20121 ITALY |
| BANCA INTERMOBILIARE DI INVESTIMENTI E GESTIONI SP | ATTN: STEFANO BALLARINI VIA GRAMSEI, 7 TORINO 10121 ITALY |
| BANCA INTERMOBILIARE DI INVESTIMENTI E GESTIONI SP | ATTN: MR. BALLARINI STEFANO - HEAD OF LEGAL & COMPLIANCE DEPT VIA GRAMSCI 7 TURIN 10121 ITALY |
| BANCA ITALEASE S.P.A | C/O LOVELLS STUDIO LEGALE ATTN: FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| BANCA ITALEASE S.P.A | ANDREW B. ECKSTEIN BANCA ITALEASE S.P.A C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| BANCA ITALEASE SPA | ATTN: MASSIMO MAZZEGA, CEO VIA CINO DEL DUCA, 12 MILANO 20123 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | PIAZZA SALIMBENI,3 SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | F/K/A/ BANCA NAZIONALE DELL' AGRICOLTURA S.P.A. THEN BANCA ANTONVENTA S.P.A. PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | BANCA DEL SALENTO CENTRO DIREZIONALE STRADA PROVINCIALE LECCE-SURBO 731 00 LECCE ITALY |
| BANCA NAZIONALE DEL LAVORO SPA | ATTN: ELISABETTA FABBRINI AND STEFANO ZEGA VIA LOMBARDIA 31 ROMA 00187 ITALY |
| BANCA NAZIONALE DEL LAVORO SPA | ATTN: SWAP DESK VIA LOMBARDI 31 ROME 187 ITALY |
| BANCA NAZIONALE DEL LAVORO SPA | VIA LOMBARDIA 31-00187 ROME 187 ITALY |
| BANCA NAZIONALE DEL LAVORO SPA | VIA V. VENETO, 119 ROMA 187 ITALY |
| BANCA NAZIONALE DEL LAVORO SPA | VIA V. VENETO, 119 187 ROMA 31-00187 ITALY |
| BANCA NAZIONALE DEL LAVORO SPA | FITZWILLIAM HOUSE-10 ST. MARY AXE LONDON EC3A 8NA UNITED KINGDOM |
| BANCA POP DELL'EMILIA ROMAGNA | VIA ARIOSTOTELE 195 MODENA 41100 ITALY |
| BANCA POP DELL'EMILIA ROMAGNA | GRUPPO ARCA NORDEST 3 ST. HELEN'S PLACE BHSHOPSGATE LONDON EC3A 6AU UNITED KINGDOM |
| BANCA POPOLARE DELL'EMILIA ROMAGNA | PHILIP BUCKINGHAM GRUPPO ARCA NORDEST 3 ST. HELEN'S PLACE BHSHOPSGATE LONDON EC3A 6AU UNITED KINGDOM |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | ATTN: UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA COOPERA | ATTN: UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANCA POPOLARE DELL'ETRURIA E DEL LAZIO | ATTN: ROBERTO RAINERI BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SCRL SERVIZIO GESTIONE PROPRIETA' E TERZI VIA CALMANDREI, 255 MAREZZO 52100 ITALY |
| BANCA POPOLARE DELL'ETRURIA E DEL LAZIO | VIA CALAMANDREI, 255 AREZZO 52100 ITALY |
| BANCA POPOLARE DI NOVARA SPA | AREA FINANZA VIA NEGRONI 12 POB 161 NOVARA 28100 ITALY |
| BANCA POPOLARE DI VICENZA SCPARL | VIA BTG, FRAMARIN 18 VICENZA ITALY |
| BANCA POPOLARE DI VICENZA SCPARL | ATTN: FULVIO SIMONATO VIA BTG, FRAMARIN 18 VICENZA ITALY |
| BANCA POPOLARE PUGLIESE | BANCA POPOLARE PUGLIESE VIA LUZZATTI 8 MATINO LECCE 73046 ITALY |
| BANCA POPOLARE PUGLIESE | ATTN: ANTONIO BARONE BANCA POPOLARE PUGLIESE VIA LUZZATTI 8 MATINO LECCE 73046 ITALY |
| BANCA POPOLARE PUGLIESE | ATTN: ANTONIO BARONE VIA LUZZATTI 8 MATINO LECCE 73046 ITALY |
| BANCA POPOLARE PUGLIESE S.C.PER AZ. | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BANCA PROFILO S.P.A. | CORSO ITALIA ITALY |

| Claim Name | Address Information |
|---|---|
| BANCA PROFILO S.P.A. | ATTN: ARPE MATTEO, CHAIRMAN CORSO ITALIA, 49 MILAN 20122 ITALY |
| BANCA REALE SPA | CORSO VITTORIO EMANUELE 101 TORINO 10128 ITALY |
| BANCA VALSABBINA SCPA | SERVIZIO FINANZA VIA MOLINO, 4 I-25078 VESTONE (BS) ITALY |
| BANCA VALSABBINA SCPA | VIA MOLINO, 4 I-25078 VESTONE (BS) ITALY |
| BANCAJA FONDOS, S.G.I.I.C., S.A. | ATTN: ALVARO SAAVEDRA LOPEZ / MIGUEL ANGEL RECUENCO DEPARTMENT DE CONTROL DE RIESGOS CALLE MARIA DE MOLINA, 39 MADRID 28006 SPAIN |
| BANCAJA FONDOS, S.G.I.I.C., S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANCAJA GARANTIZADO 15, FI | CARDENAL BENLLOCH, 67 VALENCIA 46021 SPAIN |
| BANCO BILBAO VIZCAYA ARGENTARIA, CHILE | AV. PEDRO DE VALDIVIA, PISO 17 PROVIDENCIA SANTIAGO CHILE |
| BANCO BILBAO VIZCAYA ARGENTARIA, CHILE | 100 AV. PEDRO DE VALDIVIA, PISO 17 PROVIDENCIA SANTIAGO 7510185 CHILE |
| BANCO BILBAO VIZCAYA ARGENTARIA, CHILE | LEGAL DEPARTMENT 81 PASEO DE CASTELLANA, 21ST FLOOR MADRID 28046 SPAIN |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | VIA DE LOS POBLADOS S/N MADRID 28033 SPAIN |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | ATTN: GENERAL COUNSEL VIA DE LOS POBLADOS S/N MADRID 28033 SPAIN |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | ATTN: MR. IGNACIO OLLERO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 FLOOR 21ST MADRID 28046 SPAIN |
| BANCO BPI SA | BANCO BPI SA DF-BACK-OFFICE-GRUPPO BPI LARGO JEAN MONNET, 1-5TH FLOOR, LISBON 1267-069 PORTUGAL |
| BANCO BPI SA | DF BACK OFFICE BANCO BPI SA DF-BACK-OFFICE-GRUPPO BPI LARGO JEAN MONNET, 1-5TH FLOOR, LISBON 1267-069 PORTUGAL |
| BANCO COMERCIAL PORTUGUES S.A. | AVENIDA JOSE MALHOA, 27, 1ST FLOOR LISBON 1099-010 PORTUGAL |
| BANCO DE BOGOTA SA | CALLE 36 NO.7-47 PISO 13 PO BOX 3436 BOGATA COLOMBIA |
| BANCO DE BOGOTA SA | ATTN: MR. GERMAN SALAZAR CASTRO CALLE 36 NO.7-47 PISO 13 PO BOX 3436 BOGATA COLOMBIA |
| BANCO DE CREDITO E INVERSIONES | HUERFANOS 1134 SANTIAGO CHILE |
| BANCO DE CREDITO E INVERSIONES | CASA MATRIZ CASILLA 136-D SANTIAGO CHILE |
| BANCO DE CREDITO E INVERSIONES | ATTN: ROBERT CUMSILLE/ALEJANDRA QUIJADA HUERFANOS 1134 SANTIAGO CHILE |
| BANCO DE SANTANDER (DO NOT USE) | AVDA. DE CANTABRIA S/N 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO DE SANTANDER (DO NOT USE) | ATTN: SWAPS DEPARTMENT BANCO SANTANDER HOUSE 100 LUDGATE HILL LONDON EC2M 7NJ UNITED KINGDOM |
| BANCO DE SANTANDER (DO NOT USE) | ATTN: SWAPS DEPARTMENT 45 EAST 53RD STREET NEW YORK NY 10022 |
| BANCO DI SICILIA SPA (DO NOT USE) | VIA GIOVANNI PASIELLO 5 ROME 198 ITALY |
| BANCO DI SICILIA SPA (DO NOT USE) | ATTN: MR. M LAVECCHIA/ MR. F. SAPIO- DOCUMENTATION VIA RUGGERO SETTIMO 42 90141 PALERMO 90141 ITALY |
| BANCO ESPANOL DE CREDITO SA (BANESTO) | MESEMA 80 EDIFICIO CPD, SOTANO-1 MADRID 28033 SPAIN |
| BANCO ESPANOL DE CREDITO SA (BANESTO) | ATTN: JAVIER LLORENTE HERRERO MESNA 80, EDIFICIO CPD SOTANO 1 MADRID 28033 SPAIN |
| BANCO ESPANOL DE CREDITO, S.A. | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF B C/O SIDLEY AUSTIN LLP 787 SEVENTH AVENUE ATTN: ROBERT SCHEININGER NEW YORK NY 10019 |
| BANCO ESPANOL DE CREDITO, S.A. | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. C/O SIDLEY AUSTIN LLP 787 SEVENTH AVENUE ATTN: ROBERT SCHEININGER NEW YORK NY 10019 |
| BANCO ESPIRITO SANTO | DEPARTAMENTO FINANCEIRO MERCADOS E ESTUDOS AV. LIBERDADE 195 LISBOA 1250-142 PORTUGAL |
| BANCO ESPIRITO SANTO | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: N. LYNN HIESTAND 40 BANK STREET CANARY WHARF E14 5DS UNITED KINGDOM |
| BANCO ESPIRITO SANTO DE INVESTIMENTO SA | EDIFICIO QUARTZO, RUA ALEXANDRE HERCULANO, 38 LISBOA 1269-161 PORTUGAL |
| BANCO ESPIRITO SANTO SA | AVENIDA DE LIBERDADE, 195, 9TH FLOOR LISBOA 1250-142 PORTUGAL |
| BANCO FINANTIA | BANCO FINANTIA SUCURSAL FINANCEIRA EXTERIOR RUA 31 DE JANEIRO 13A - 40 - 9050 FUNCHAL PORTUGAL |
| BANCO FINANTIA | UA GENERAL FIRMINO MIGUEL NO5 -1 LISBOA 1600 - 100 PORTUGAL |

| Claim Name | Address Information |
|---|---|
| BANCO FINANTIA INTERNATIONAL LIMITED | TRANSFEROR: BANCO FINANTIA S.A. ATTN: RICARDO CUOTO (LEGAL DEPARTMENT) RUA GENERAL FIRMINO MIGUEL, 5 - 1ST FLOOR LISBON 1600-00 PORTUGAL |
| BANCO FINANTIA INTERNATIONAL LIMITED | TRANSFEROR: BANCO FINANTIA S.A. ATTN: RICARDO CUOTO (LEGAL DEPARTMENT) RUA GENERAL FIRMINO MIGUEL, 5 - 1ST FLOOR LISBON 1600-100 PORTUGAL |
| BANCO FINANTIA INTERNATIONAL LIMITED | VENABLE LLP ATTN: JORIAN ROSE 1270 AVENUE OF AMERICAS NEW YORK NY 10020 |
| BANCO FINANTIA SA | CAPITAL MARKETS DEPARTMENT BANCO FINANTIA SUCURSAL FINANCERIA EXTERIOR RUA 31 DE JANEIRO 13 A -4O - 9050 FUNCHAL BRAZIL |
| BANCO FINANTIA SA | ATTN: GENERAL COUNSEL C/O FINANTIA BRASIL LTDA. RUE JAMES JOUILE, 17TH FLOOR 65 - CJ. 172, BROOKLIN SAU PAULO SP 04576-080 BRAZIL |
| BANCO FINANTIA SA | ATTN: CAPITAL MARKETS DEPARTMENT BANCO FINANTIA SUCURSAL FINANCERIA EXTERIOR RUA 31 DE JANEIRO 13 A -4O - 9050 FUNCHAL PORTUGAL |
| BANCO FINANTIA SA | UA GENERAL FIRMINO MIGUEL NO 5 -1 LISBOA 1600-100 PORTUGAL |
| BANCO FINANTIA SA | PEDRO BENITES - CAPITAL MARKETS DEPT UA GENERAL FIRMINO MIGUEL NO 5 -1 LISBOA 1600-100 PORTUGAL |
| BANCO FINANTIA SA | PEDRO BENITES - CAPITAL MARKETS DEPARTMENT UA GENERAL FIRMINO MIGUEL NO5 -1 LISBOA 1601 - 100 PORTUGAL |
| BANCO FINANTIA SA | ATTN: GENERAL COUNSEL C/O FINANTIA USA LTD 950 THIRD AVENUE, 28TH FLOOR NEW YORK NY 10022-EUA |
| BANCO FINANTIA SA | ATTN: TRANSACTION MANAGEMENT LEHMAN BROTHERS SPECIAL FINANCING SUITE 400 WILMINGTON DE 1908 |
| BANCO FINANTIA SA | TRANSACTION MANAGEMENT LEHMAN BROTHERS SPECIAL FINANCING SUITE 400 WILMINGTON DE 1908 |
| BANCO GUIPUZCOANO S.A. | ATTN: JOSE ANTONIO GONZALEZ CAMINO DE PORTUETXE 35 SAN SEBASTIAN 20018 SPAIN |
| BANCO GUIPUZCOANO SA | CAMINO DE PORTUETXE NO 35 IGARA SPAIN |
| BANCO GUIPUZCOANO SA | ATTN: JOSE ANTONIO GONZALEZ BANCO GUIPUZCOANO SA CAMINO DE PORTUETXE NO 35 IGARA SAN SEBASTIAN 20018 SPAIN |
| BANCO INBURSA SA | PASEO DE LAS PALMAS #736 COL. LOMAS DE CHAPULTEPEC MEXICO, D.F. C.P. MEXICO CITY 11000 MEXICO |
| BANCO INTERNACIONAL DEL PERU | AVENIDA CARLOS VILLARAN 140 URBANIZACION SANTA CATALINA LA VICTORIA LIMA, PERU |
| BANCO ITAU BBA S.A. - NASSAU BRANCH | WEST BAY STREET - PO BOX N-7788 NASSAU - COMMONWEALTH OF THE BAHAMAS C/O MUNDOSTAR S.A. PLAZA INDEPENDENCIA 831, SUITES 707 AND 708 C.P. 11.100 MONTEVIDEO URUGUAY |
| BANCO ITAU BBA S.A. - NASSAU BRANCH | AZAM H. AZIZ & SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANCO ITAU BBA SA | WEST BAY STREET PO BOX 7788 NASSAU NPI BAHAMAS |
| BANCO ITAU EUROPA SA | BANCO ITAU EUROPA S.A. RUA TIERNO GALVAN, TORRE 3 11 ANDAR LISBON P-1099-048 PORTUGAL |
| BANCO MERCANTIL DEL NORTE SA | ATTN: FEDERICO SANTOS CERNUDA AND/OR ALONSO QUINTANA DIRECCION GENERAL JURIDICA PROLONGACION PASEO DE LA REFORMA 1230, 1OO. PISO COL CRUZ MANCA SANTA FE,DISTRITO FEDERAL 05300 MEXICO |
| BANCO MERCANTIL DEL NORTE SA | FEDERICO SANTOS CERNUDA AND/OR ALONSO QUINTANA DIRECCION GENERAL JURIDICA PROLONGACION PASEO DE LA REFORMA 1230, 1OO. PISO COL CRUZ MANCA SANTA FE,DISTRITO FEDERAL 05300 MEXICO |
| BANCO MERCANTIL DEL NORTE SA | AVENUE REVOLUTION #3000 COL PRIMAVERA CC. MILBANK, TWEED, HADLEY MONTERREY,NL CP 64830 MEXICO |
| BANCO MERCANTIL DEL NORTE SA | AVE. REVOLUCION # 3000, COL. PRIMAVERA , N.L. C.P. MONTERREY 64830 MEXICO |
| BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA | GRUPO FINANCIERO BANORTE ATTN: IGNACIO SALDANA PAZ AVE. REVOLUCTION #3000, COL. PRIMAVERA MONTERREY, N.L. C.P. 64830 MEXICO |
| BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANCO PASTOR SA | BANCO PASTOR SA PASEO DE RECOLETOS 19 MADRID 28004 SPAIN |
| BANCO PASTOR SA | ATTN: LUCIA ESTEBAN PASEO DE RECOLETOS 19 MADRID 28004 SPAIN |
| BANCO POPOLARE SOCIETA COOPERATIVA | PIAZZA NOGARA 237121 VERONA ITALY ITALY |

| Claim Name | Address Information |
|---|---|
| BANCO POPULAR NORTH AMERICA | BANCO POPULAR NORTH AMERICA 9600 W. BRYN MAWR ROSEMONT IL 60018 |
| BANCO POPULAR NORTH AMERICA | ATTN: TREASURY OPERATIONS 9600 W. BRYN MAWR ROSEMONT IL 60018 |
| BANCO PORTUGUES DE INVESTIMENTO SA | LARGO JEAN MONNET 1-5TH FLOOR LISBOA 1250 PORTUGAL |
| BANCO SANTANDER (MEXICO), S.A. | ATTN: EDUARDO FERNANDEZ GARCIA TRAVESI INSTITUCION DE BANCA MULTIPLE, GROUPO FINANCIERO SANTANDER PROLONGACION PASEO DE LA REFORMA N 500 NIVEL 1, MODULO 111 COLONIA LOMAS DE SANTA FE DISTRO FEDERAL 01219 MEXICO |
| BANCO SANTANDER (MEXICO), S.A. | O'MELVENY & O'MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| BANCO SANTANDER - CHILE | ATTN: HANS TRAUTMAN BUC ESTRUCTURACTION FINANCIERA BANDERA 140 SANTIAGO CHILE |
| BANCO SANTANDER - CHILE | O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| BANCO SANTANDER CENTRAL HISPANO SA | ATTN: GENERAL COUNSEL AVDA. DE CANTABRIA S/N BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER CENTRAL HISPANO SA | ATTN: NATALIA BUTRAGUENO/JOSE MAYORAL AVDA. DE CANTABRIA S/N EDIF. ENCINAR CIUDAD GRUPO SANTANDER BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER CHILE | ATTN: HANS TRAUTMAN BUC ESTRUCTURACION FINANCIERA BANDERA 140 SANTIAGO CHILE |
| BANCO SANTANDER DE NEGOCIOS PORTUGAL SA | GRACA MONTEIRO AV. ENG DUARTE PACHECO, AMOREIRAS, TORRE I -6 LISBOA 1099-024 PORTUGAL |
| BANCO SANTANDER MEXICO SA | INSTITUCION DE BANCA MULTIPLE GRUPO FINANCIERO SANTANDER NIVEL 1, MODULO 111 COLONIA LOMAS DE SANTA FE, 01219 MEXICO |
| BANCO SANTANDER MEXICO SA | ATTN: GENERAL COUNSEL INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO PROLONGACION PASEO DE LA REFORM N 500 NIVEL 1, MODULO 111, COLONIA LOMAS DE SANTA FE DISTRITO FEDERAL 1219 MEXICO |
| BANCO SANTANDER PUERTO RICO | O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| BANCO SANTANDER PUERTO RICO | 207 AVENUE PONCE DE LEON SAN JUAN PR 00917 |
| BANCO SANTANDER PUERTO RICO | ATTN: ROLANDO MIGUEL 221 PONCE DE LEONE 10TH FLOOR HATO REY PR 00918 |
| BANCO SANTANDER S.A. (EX BSCH) | AVDA. DE CANTABRIA S/N BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER SA | PASEO DE LA CASTELLANA, 75 MADRID 28046 SPAIN |
| BANCO SANTANDER, S.A. | ATTN: JAMES H. BATHON, ESQ., MANAGING DIRECTOR & CHIEF LEGAL OFFICER BANCO SANTANDER, S.A., NEW YORK BRANCH 45 EAST 53RD STREET NEW YORK NY 10022 |
| BANCO SANTANDER, S.A. | O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| BANCO UNO S.A. | GRUPO UNO 1111 BRICKELL AVENUE MIAMI FL 33131-3112 |
| BANGKO SENTRAL NG PLIPINAS | C/O AUGUSTUS ASSTER MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| BANGOR SAVINGS BANK | 99 FRANKLIN STREET PO BOX 930 BANGOR 4401 |
| BANIF - BANCO DE INVESTIMENTO SA | RUA TIERNO GALVAN TORRE 3 14 PISO LISBOA 1070-274 PORTUGAL |
| BANIF ESTRUCTURADO FI | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANK AUSTRIA CREDITANSTALT AG | ROBERT WIESELMAYER SCHOTTENGASSE 6-8 VIENNA AUSTRIA |
| BANK AUSTRIA CREDITANSTALT AG | BANK AUSTRIA CREDITANSTALT AG JULIUS TANDLER-PLATZ 3 VIENNA 1090 AUSTRIA |
| BANK AUSTRIA CREDITANSTALT AG | INTERNATIONAL MARKET BANK AUSTRIA CREDITANSTALT AG JULIUS TANDLER-PLATZ 3 VIENNA 1090 AUSTRIA |
| BANK AUSTRIA CREDITANSTALT AG | ATTN: INTERNATIONAL MARKET JULIUS TANDLER-PLATZ 3 VIENNA 1090 AUSTRIA |
| BANK AUSTRIA CREDITANSTALT AG | BANK AUSTRIA CREDITANSTALT AG LEGAL DESK TREASURY JULIUS TANDLERS - PLATZ 3/5 VIENNA A-1010 AUSTRIA |
| BANK AUSTRIA CREDITANSTALT AG | ATTN: MARKUS DWORAK BANK AUSTRIA CREDITANSTALT AG LEGAL DESK TREASURY JULIUS TANDLERS - PLATZ 3/5 VIENNA A-1010 AUSTRIA |
| BANK BPH SA | AL POKOJU 1. KRAKOW PL-31-548 POLAND |
| BANK FUR ARBEIT UND WIRTSCHAFT AG | BAVARIA HOUSE LONDON EC4M 9HH UNITED KINGDOM |
| BANK HAPOALIM B.M. | 25 SAVILLE ROAD LONDON W1S 2ES UNITED KINGDOM |
| BANK HAPOALIM B.M. | ATTN: DEALING ROOM 25 SAVILLE ROAD LONDON W1S 2ES UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM B.M. | BANK HAPOALIM B.M 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036-2760 |
| BANK HAPOALIM B.M. | ATTN: DEALING ROOM BANK HAPOALIM B.M 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036-2760 |
| BANK HAPOALIM B.M. | AVIVA AMRAMI BANK HAPOALIM B.M 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036-2760 |
| BANK INDONESIA | TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA 10110 INDONESIA |
| BANK JULIUS BAER & CO. LTD. | ATTN: GERARD BERCLAZ BANK JULIUS BAER & CO. LTD BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD., NEW YORK | ZURICH HEAD OFFICE BANK JULIUS BAER HOHLSTRASSE 604 ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER AND CO LIMITED | ATTN: GERARD BERCLAZ BANK JULIUS BAER #AMPER CO. LTD BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BANK LEUMI LE ISRAEL BM | BANK LEUMI LE-ISRAEL INTERNATIONAL DIVISION 35 YEHUDA HALEVI ST TEL AVIV 65136 ISRAEL |
| BANK LEUMI LE ISRAEL BM | ATTN: DANIEL TSIDDON 35 YEHUDA HALEVI ST TEL AVIV 65136 ISRAEL |
| BANK LEUMI LE ISRAEL BM | HAIM HOZMAN BANK LEUMI LE-ISRAEL INTERNATIONAL DIVISION 35 YEHUDA HALEVI ST TEL AVIV 65136 ISRAEL |
| BANK LEUMI LE-ISRAEL B.M. | ATTN: PROF DANIEL TSIDDON, HEAD OF CAPITAL MARKETS DIVISION 35 YEHUDA HALEVI STREET TEL AVIV 65136 ISRAEL |
| BANK LEUMI LE-ISRAEL B.M. | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| BANK LEUMI LE-ISRAEL(SWITZERLA ND) | BANK LEUMI LE-ISRAEL (SWITZERLAND) CLARIDENSTRASSE 34 ZURICH 8022 SWITZERLAND |
| BANK LEUMI USA | 562 FIFTH AVENUE NEW YORK NY 10036 |
| BANK LEUMI USA | ATTN: DONALD L. BITTKER, LEGAL DEPARTMENT 562 FIFTH AVENUE NEW YORK NY 10036 |
| BANK LEUMI, LE ISRAEL B.M. | 35 YEHUDA HALEVI ST TEL AVIV 65136 ISRAEL |
| BANK OF AMERICA N. A. | C/O SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF AMERICA NATIONAL ASSOCIATION | 26 ELMFIELD ROAD BROMLEY, KENT BR1 1WA UNITED KINGDOM |
| BANK OF AMERICA NATIONAL ASSOCIATION | ATTN: GLOBAL DERIVATIVE OPERATIONS 26 ELMFIELD ROAD BROMLEY, KENT BROMLEY, KENT BR1 1WA UNITED KINGDOM |
| BANK OF AMERICA NATIONAL ASSOCIATION | ATTN: GLOBAL DERIVATIVE OPERATIONS 26 ELMFIELD ROAD BROMLEY, KENT BR1 1WA UNITED KINGDOM |
| BANK OF AMERICA NATIONAL ASSOCIATION | GARFILED JOHNSON, SENIOR VICE PRESIDENT FOR FINANCIAL STATEMENTS TO PARTY B: BANK OF AMERICA, N.A. 335 MADISON AVENUE NEW YORK NY 10017 |
| BANK OF AMERICA NATIONAL ASSOCIATION | NATIONSBANK 767 FIFTH AVENUE, 5TH FLOOR NEW YORK NY 10153 |
| BANK OF AMERICA NATIONAL ASSOCIATION | SWAP OPERATIONS BANK OF AMERICA, N.A. SEARS TOWER 233 SOUTH WACKER DRIVE, SUITE 2800 CHICAGO IL 60606 |
| BANK OF AMERICA, N.A. | C/O SHEARMAN 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF AMERICA, N.A. | TRANSFEROR: ENBW TRADING GMBH C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATTN: GARY COHEN, RONALD TOROK NEW YORK NY 10036 |
| BANK OF AMERICA, N.A. | NATIONSBANK 767 FIFTH AVENUE, 5TH FLOOR NEW YORK NY 10153 |
| BANK OF AMERICA, NA, AS TRUSTEE | C/O ALSTON & BIRD LLP ATTN: WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE ST ATLANTA GA 30309-3424 |
| BANK OF AMERICA, NA, AS TRUSTEE | J. WILLIAM BOONE C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE ST ATLANTA GA 30309-3424 |
| BANK OF AMERICA, NA, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORP, 2006-RF1 ATTN: VANESSA L. DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| BANK OF AMERICA, NA, AS TRUSTEE | CEAGO ABS CDO 2007-1 ATTN: VANESSA L. DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| BANK OF AMERICA, NA, AS TRUSTEE | LEHMAN XS TRUST, SERIES 2006-15 ATTN: VANESSA L. DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGEN | J. WILLIAM BOONE C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE ST ATLANTA GA 30309-3424 |

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGEN | LEHMAN XS TRUST, SERIES 2006-19 ATTN: VANESSA L. DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| BANK OF AMERICA, NATIONAL ASSOCIATION | 26 ELMFIELD ROAD BROMLEY, KENT BROMLEY, KENT BR1 1WA UNITED KINGDOM |
| BANK OF AMERICA, NATIONAL ASSOCIATION | WITH A COPY TO: BANK OF AMERICA, N.A. CHARLOTTE NC 28255 |
| BANK OF CHINA | MR. ZHENG LEI MR. LI HUIYANG 8F BANK OF CHINA 1 GARDEN ROAD HONG KONG |
| BANK OF CHINA LIMITED | 1 FUXINGMEN NEI DAJIE BEIJING 100818 CHINA |
| BANK OF CHINA LIMITED | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BANK OF CHINA, NEW YORK | ATTN: CHEEDI CHEN AND XIAOYING HU PAYMENT REFERENCE: LBHI LOAN CLAIM 410 MADISON AVENUE NEW YORK NY 10017 |
| BANK OF ESTONIA | ESTONIA PST 13 TALLINN 15095 ESTONIA |
| BANK OF ESTONIA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, STE 100 NEWPORT BEACH CA 92660 |
| BANK OF INDIA | INTERNATIONAL DEPARTMENT, EAST WING, 3RD FLOOR STAR HOUSE C-5, G BLOCK, BANDRA KURLA COMPLEX, BANDRA EAST, MUMBAI 400051 INDIA |
| BANK OF IRELAND (GOVERNOR AND COMPANY OF) | 30 GRESHAM STREET LONDON EC2V 7HT UNITED KINGDOM |
| BANK OF IRELAND (GOVERNOR AND COMPANY OF) | ATTN: HEAD OF LEGAL AND DOCUMENTATION C/O ABEY NATIONAL TREASURY SERVICES PLC ABBEY HOUSE BAKER STREET LONDON NW1 6XL UNITED KINGDOM |
| BANK OF IRELAND (GOVERNOR AND COMPANY OF) | HEAD OF LEGAL AND DOCUMENTATION C/O ABEY NATIONAL TREASURY SERVICES PLC ABBEY HOUSE BAKER STREET LONDON NW1 6XL UNITED KINGDOM |
| BANK OF IRELAND (GOVERNOR AND COMPANY OF) | ATTN:  JOHN CONNORS; PATRICK KILBANE 300 FIRST STAMFORD PLACE STAMFORD CT 06902 |
| BANK OF LATVIA (LATVIJAS BANKA) | K. VALDEMARA IELA 2A RIGA LV-1050 LATVIA |
| BANK OF MONTREAL | 130 ADELAIDE STREET WEST, SUITE 500 TORONTO ON M5H 4E1 CANADA |
| BANK OF MONTREAL | ATTN: MANAGER, CONFIRMATIONS EMFISYS-DERIVATIVES OPERATIONS 130 ADELAIDE STRTEET WEST, SUITE 500 TORONTO ON M5H 4E1 CANADA |
| BANK OF MONTREAL | FIRST BANK TOWER 17TH FLOOR FIRST CANADIAN PLACE TORONTO ON M5X 1A1 CANADA |
| BANK OF MONTREAL | SENIOR MANAGER - IBG DOCUMENTATION FIRST CANADIAN PLACE 100 KING STREET WEST, 24TH FLOOR TORONTO ON M5X 1A1 CANADA |
| BANK OF MONTREAL | ATTN: PATRICK CRONIN 100 KING STREET WEST 3RD FLOOR PODIUM, FCP TORONTO ON M5X 1H3 CANADA |
| BANK OF MONTREAL | ATTN: PTRICK J. CRONIN 100 KING ST. WEST, 3RD FLOOR, PODIUM, FCP TORONTO ON M5X 1H3 CANADA |
| BANK OF MONTREAL | PTRICK J. CRONIN 100 KING ST. WEST, 3RD FLOOR PODIUM, FCP TORONTO ON X 1H3 CANADA |
| BANK OF MONTREAL | ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO IL 60603 |
| BANK OF MONTREAL | JAMES E. SPIOTTO CHAPMAN AND CUTLER L.L.P. 111 W. MONROE ST., 18TH FL. CHICAGO IL 60603 |
| BANK OF MONTREAL, TORONTO | 100 KING STREET WEST 3RD FLOOR PODIUM, FCP TORONTO ON M5X 1H3 CANADA |
| BANK OF N.T. BUTTERFIELD & SON LIMITED | 65 FRONT STREET HAMILTON HM 12 BERMUDA |
| BANK OF N.T. BUTTERFIELD & SON LIMITED | PO BOX HM 195 HAMILTON HM AX BERMUDA |
| BANK OF NEW YORK | SWAP CONFIRMATION DEPT. 32 OLD SLIP, 16TH FLOOR NEW YORK NY 10286 |
| BANK OF NEW YORK | STEPHEN LAWLER 32 OLD SLIP NEW YORK NY 10286 |
| BANK OF NEW YORK MELLON TRUST COMPANY NA, THE | ATTN: ERIC A. SCHAFFER REED SMITH REED SMITH CENTER 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON TRUST COMPANY NA, THE | AS TRUSTEE FOR MKP VELA CBO, LTD ATTN: SUEWAN JOHNSON 601 TRAVIS, 16TH FLOOR HOUSTON TX 77002 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA | KRAMER LEVIN NAFTALIS & FRANKEL LLP ATTN: AMY CATON, ESQ. 1177 AVENUE OF AMERICAS NEW YORK NY 10036 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA | EMMET, MARVIN & MARTIN LLP ATTN: EDWARD P. ZUJKOWSKI, ESQ. 120 BROADWAY, 32ND FLOOR NEW YORK NY 10271 |

| Claim Name | Address Information |
|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, NA | C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET – 8W NEW YORK NY 10286 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA | MAIN STREET NATURAL GAS, INC. ATTN: ARTHUR CORBIN 104 TOWNPARK DRIVE KENNESAW GA 30144 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA | ALSTON & BIRD LLP ATTN: DELLA WELLS, ESQ. ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | KRAMER LEVIN NAFTALIS & FRANKEL LLP ATTN: AMY CATON, ESQ. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | EMMET, MARVIN & MARTIN, LLP ATTN: EDWARD P. ZUJKOWSKI, ESQ. 120 BROADWAY-32ND FLOOR NEW YORK NY 10271 |
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | C/O THE BANK OF NEW YORK MELLON ATTN: ALEX CHANG 101 BARCLAY STREET– 8W NEW YORK NY 10286 |
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | MAIN STREET NATURAL GAS, INC. ATTN: ARTHUR CORBIN 104 TOWNPARK DRIVE KENNESAW GA 30144 |
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | ALSTON & BIRD LLP ATTN: DELLA WELLS, ESQ. ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| BANK OF NEW YORK MELLON, THE | DEWEY & LEBOEUF LLP ATTN: EVAN KOSTER 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK OF NEW YORK MELLON, THE | IRENA GOLDSTEIN, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK OF NEW YORK MELLON, THE | 32 OLD SLIP NEW YORK NY 10286 |
| BANK OF NEW YORK MELLON, THE | ATTN: STEVE LAWLER 32 OLD SLIP, 15TH FLOOR NEW YORK NY 10286 |
| BANK OF NEW YORK TRUST COMPANY, THE | 101 BARCLAY ST # A NEW YORK NY 102860001 |
| BANK OF NEW YORK, THE | ONE WALL STREET NEW YORK NY 10286 |
| BANK OF NEW YORK, THE | ATTN: RATE RISK MGMT PRODUCTS ONE MELLON BANK RM 400 PITTSBURGH PA 15258-0001 |
| BANK OF NEW YORK, THE | RATE RISK MGMT PRODUCTS ONE MELLON BANK RM 400 PITTSBURGH PA 152580001 |
| BANK OF NEW ZEALAND | LEVEL 21 BANK OF NEW ZEALAND CENTRE 1 WILLIS STREET WELLINGTON NEW ZEALAND |
| BANK OF NEW ZEALAND | ATTN: KELSEY LAWRIE PO BOX 2392 WELLINGTON NEW ZEALAND |
| BANK OF NORTH GEORGIA | P.O. BOX 1407 (30009) 8025 WESTSIDE PARKWAY ALPHARETTA GA 30004 |
| BANK OF NORTH GEORGIA | ATTN: CHRIS GOODSON SYNOVUS FINANCIAL CORP. 1111 BAY AVE. COLUMBUS GA 31901 |
| BANK OF NORTH GEORGIA | ATTN: HOLLI HINKLE COLUMBUS BANK COLUMBUS GA 31901 |
| BANK OF NOVA SCOTIA | SCOTIA PLAZA, 44 KING STREET WEST TORONTO, ONTARIO M5H 1H1 CANADA |
| BANK OF NOVA SCOTIA | 40 KING STREET WEST SCOTIA PLAZA, 8TH FLOOR TORONTO ON M5H 1H1 CANADA |
| BANK OF NOVA SCOTIA | ATTN: GLOBAL MARKETS DOCUMENTATION 40 KING STREET WEST SCOTIA PLAZA, 8TH FLOOR TORONTO ON M5H 1H1 CANADA |
| BANK OF NOVA SCOTIA | GLOBAL MARKETS DOCUMENTATION BANK OF NOVA SCOTIA SCOTIA PLAZA, 8TH FLOOR TORONTO ON M5H 1H1 CANADA |
| BANK OF OKLAHOMA | SAMUEL S. ORY FREDERIC DORWART LAWYERS 124 E. FOURTH STREET TULSA OK 74103 |
| BANK OF OKLAHOMA | ATTN: TALLY FERGUSON ONE WILLIAMS CENTER 9TH FLOOR SE TULSA OK 74172 |
| BANK OF SCOTLAND PLC | HBOS TREASURY SERVICES PLC 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| BANK OF SCOTLAND PLC | 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| BANK OF SCOTLAND PLC | ATTN: OLIVER BASI 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| BANK OF SCOTLAND PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BANK OF SCOTLAND PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDELY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BANK OF THE WEST | 180 MONTGOMERY STREET SAN FRANCISCO CA 94104 |
| BANK OF TOKYO MITSUBISHI UFJ L TD | DERIVATIVE PRODUCTS DIVISION 2-7-3, MARUNOUCHI, CHIYODA-KU TOKYO 100-6417 JAPAN |
| BANK OF TOKYO-MITSUBISHI UFJ, LTD | 1251 AVENUE OF THE AMERICAS MONIQUE MORREALE, ESQ NEW YORK NY 10020-1101 |
| BANK OF YOKOHAMA, LTD. | 8-2 NIHONBASHI 2-CHOME CHUO-KU, TOKYO PC103-0027 JAPAN |

| Claim Name | Address Information |
|---|---|
| BANK OF YOKOHAMA, LTD. | OPERATIONS PLANNING AND ADMINISTRATION DEPARTMENT MARKET OPERATIONS CENTER 8-2 NIHONBASHI, 2-CHOME CHUO-KU, TOKYO PC 103-0027 |
| BANK POLSKA KASA OPIEKI SA | FINANCIAL MARKETS DEPARTMENT 53/57 GRZYBOWSKA STREET P.O BOX 1008 00-950 WARSZAWA 00-950 POLAND |
| BANK SARASIN & CIE AG | ELISABETHENSTRASSE 62 BASEL CH-4002 SWITZERLAND |
| BANK SARASIN & CO LTD | C/O BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH SWITZERLAND |
| BANK SINOPAC | 9-1, CHIEN KUO N. ROAD SEC. 2 TAIPEI 104 TAIWAN 104 CHINA |
| BANK SYZ & CO S.A. | ATTN: BO TITRES - CORPORATE ACTIONS RUE DU RHONE 30 GENEVE CH-1204 SWITZERLAND |
| BANKERS LIFE & CASUALTY INSURANCE COMPANY | 40\|86 ADVISORS INC. 535 NORTH COLLEGE DRIVE CARMEL IN 46032 |
| BANKINTER GES/BK GARANTIA CUPON MEMORIA I | BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |
| BANKINTER GES/BK GARANTIA CUPON MEMORIA II | BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 29 28010 SPAIN |
| BANKINTER GES/BK MEMORIA 6X4 GARANTIZADO FI | BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID SPAIN |
| BANKINTER GES/BK MEMORIA 6X4GARANTIZADO II FI | BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |
| BANKINTER GEST DE ACTIVOSA/C BANKINTER GARANTIZADO | BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |
| BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. | ACTING FOR AND ON BEHALF OF BK MEMORIA 6 POR 4 GARANTIZADO II, FL ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CAUSO P DE LA CASTELLANA, 29 MADRID 28010 SPAIN |
| BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. | ACTING FOR AND ON BEHALF OF BK MEMORIA 6X4 GARANTIZADO, FL ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CAUSO P DE LA CASTELLANA, 29 MADRID 28010 SPAIN |
| BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. | ACTING FOR AND ON BEHALF OF BK GARANTIA CUPON MEMORIA II, FL ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CAUSO P DE LA CASTELLANA, 29 MADRID 28010 SPAIN |
| BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. | ACTING FOR AND ON BEHALF OF BANKINTER INCENTIVO EUROPA II GARANTIZADO ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CAUSO P DE LA CASTELLANA, 29 MADRID 28010 SPAIN |
| BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANKINTER INCENTIVO EUROPA II GARANTIZADO, FI | TREASURY DEPARTMENT BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |
| BANKINTER INCENTIVO EUROPA II GARANTIZADO, FI | P DE LA CASTELLANA MADRID 29 28010 SPAIN |
| BANKINTER SA | CLIFFORD CHANCE LONDON EC1 4JJ UNITED KINGDOM |
| BANQUE AIG | OFFICE OF GENERAL COUNSEL 112 AVENUE KLEBER CS 31603 CEDEX 16 PARIS 75773 FRANCE |
| BANQUE AIG | AIG FINANCIAL PRODUCTS CORP ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| BANQUE AIG | SHELLEY CHAPMAN ESQ WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BANQUE CANTONALE VAUDOISE | ATTN: MR. A. GIROD PO BOX 300 LAUSANNE CH 1001 SWITZERLAND |
| BANQUE DE FINANCEMENT ET DE TRESORERIE | 11 AVENUE D#APPOSLENA BP 2013 - 75761 CEDEX 16 FRANCE |
| BANQUE DE FINANCEMENT ET DE TRESORERIE | ATTN: LEGAL GROUP 11 AVENUE D'LENA BP 2013 - CEDEX 16 PARIS 75761 FRANCE |
| BANQUE EDEL SNC | 5 AVENUE MARCEL DASSAULT BP 65806 31505 TOULOUSE CEDEX PARC DE LA PLAINE FRANCE |
| BANQUE ET CAISSE D'EPARGNE DE I'ETAT | BANQUE ET CAISSE D#APPOSEPARGNE DE L#APPOS ETAT HEAD OF RISK CONTROL - JEAN CLAUDE WILMES 16, RUE ZITHE L-2954 LUXEMBOURG |

| Claim Name | Address Information |
|---|---|
| BANQUE FEDERALE DES BANQUES POPULAIRES | BANQUE FEDERALE DES BANQUES POPULAIRES 5 RUE LEBLANC PARIS 75511 FRANCE |
| BANQUE FEDERATIVE DU CREDIT MUTUEL | 34, RUE DU WACKEN STRASBOURG CEDEX 9 PARIS 67913 FRANCE |
| BANQUE FEDERATIVE DU CREDIT MUTUEL | JEAN-FRANCOIS JOLY 34, RUE DU WACKEN STRASBOURG CEDEX 9 PARIS 67913 FRANCE |
| BANQUE FINAMA SA | ATTN: MAGALI BOISSIE MIDDLE OFFICE 157 BD HAUSSMANN 157 BD HAUSSMANN 75007 PARIS FRANCE |
| BANQUE FINAMA SA | ATTN: MAGALI BOISSIE MIDDLE OFFICE BANQUE FINAMA 75008 PARIS FRANCE |
| BANQUE FINAMA SA | BANQUE FINAMA PARIS 75008 FRANCE |
| BANQUE FINAMA SA | C/O BAKER & MCKENZIE LLP ATTN: JOSEPH SAMET & IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| BANQUE NATIONALE DE PARIS (DO NOT USE) | P.O. BOX 506 8-13 KING WILLIAM STREET LONDON EC4N 7DN UNITED KINGDOM |
| BANQUE NATIONALE DE PARIS (DO NOT USE) | ATTN: HEATHER SMITH 787 SEVENTH AVENUE NEW YORK NY 10019-6016 |
| BANQUE POPULAIRE – CASSIE D'EPARGNE | ATTN: NICHOLAS DUHAMEL LE PONANT DE PARIS 5, RUE LEBLANC CEDEX 15 PARIS 75511 FRANCE |
| BANQUE POPULAIRE – CASSIE D'EPARGNE | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCE, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANQUE POPULAIRE OCCITANE | 52,54 PLACE JEAN JAURES ALBI 81000 FRANCE |
| BANQUE SAFDIE SA | 1, RUE DE LA TOUR-DE-L'ILE CASE POSTALE 5415 CH – 1211 GENEVE 11 SWITZERLAND |
| BANQUE SAUDI FRANSI | PO BOX 56006 MAATHER ROAD RIYADH 11554 SAUDI ARABIA |
| BAPTIST FOUNDATION OF TEXAS | ATTN: CAROL KILMAN 1601 ELM STREET, SUITE 1700 DALLAS TX 75201 |
| BAPTIST HEALTHCARE SYSTEM INC | ATTN: CARL G. HERDE 4007 KRESGE WAY LOUISVILLE KY 40207+4604 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC 5THE NORTH COLONNADE CANARY WHARF LONDON UNITED KINGDOM |
| BARCLAYS BANK PLC | FOR NOTICES RELATING TO SECTION 5, 6, 7, 11 OR 13: BARCLAYS CAPITAL 5 THE NORTH COLONNADE, CANARY WHARF LONDON E14 4BB UNITED KINGDOM |
| BARCLAYS BANK PLC | BARCLAYS DE ZOETE WEDD LIMITED 2 SWAN LANE LONDON EC4R 3TS UNITED KINGDOM |
| BARCLAYS BANK PLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | TRANSFEROR: FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED ATTN: DANIEL CROWLEY & JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD ATTN: DANIEL CROWLEY & JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ICP STRUCTURED CREDIT INCOME MASTER FUND LTD 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | NICK WEBB (BARCLAYS LEGAL) 200 PARK AVE. NEW YORK NY 10153 |
| BARCLAYS BANK PLC | 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK PLC | ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166 |
| BARCLAYS BANK PLC | ATTN:  LEGAL DEPT. 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK PLC (EFET POWER) | 5 NORTH COLONNADE CANARY WHARF LONDON E14 4BB UNITED KINGDOM |
| BARCLAYS BANK PLC (EFET POWER) | ATTN: MARK MARSKI, DIRECTOR 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK PLC (GTMA) | 200 PARK AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK S.A. | ATTN: JOSE MANUEL HIDALGO AND JOSE MARIA FRANCISCO FAMILIAR MATEO INURRIA, 15 MADRID 28036 SPAIN |
| BARCLAYS BANK S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK UK RETIREMENT FUND | 909 A STREET TACOMA WA 98402-5120 |
| BARCLAYS GLOBAL CORE ALPHA BOND MASTER PORTFOLIO | BARCLAYS GLOBAL FUND ADVISORS 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BARCLAYS GLOBAL CORE ALPHA BOND MASTER PORTFOLIO | DERIVATIVES SECURITIES GROUP BARCLAYS GLOBAL FUND ADVISORS 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BARCLAYS GLOBAL INVESTORS CASH EQUIVALENT FUND II | 400 HOWARD STREET SAN FRANSCICO CA 94105 |
| BARCLAYS GLOBAL INVESTORS CORE ACTIVE BOND FUND B | 400 HOWARD STREET SAN FRANSCICO CA 94105 |

| Claim Name | Address Information |
|---|---|
| BARCLAYS GLOBAL INVESTORS CORE ALPHA BOND FUND E | BARCLAYS GLOBAL INVESTORS, NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BARCLAYS GLOBAL INVESTORS CORE ALPHA BOND FUND E | TRADING OPERATIONS BARCLAYS GLOBAL INVESTORS, NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BARCLAYS GLOBAL INVESTORS CORE ALPHA BOND FUND E | 400 HOWARD STREET SAN FRANCISCO CA 94105 |
| BARCLAYS GLOBAL INVESTORS LIABILITY SOLUTIONS FUND | FUND II BARCLAYS GLOBAL INVESTORS LIMITED LONDON EC3N4HH UNITED KINGDOM |
| BARCLAYS PENSIONES SAA/C FONDBARCLAYS SOLIDEZ | BARCLAYS BANK, S.A. MADRID MADRID 28046 SPAIN |
| BARCLAYS PLC | 200 PARK AVENUE NEW YORK NY 10166 |
| BARILLA G.E R. FRATELLI SOCIETA PER AZIONI | BARILLA ALIMENTARE SPA PARMA PR I 43100 ITALY |
| BARILLA, SANDRA | 20171 S NEW BRITAIN HUNTINGTON BEACH CA 92646 |
| BARING GLOBAL OPPORTUNITIES FUND | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| BARING GLOBAL OPPORTUNITIES FUND | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| BARING OPPENHEIMER/BARING INTERNATIONAL BOND FUND | ATTN: ROBERT ZACK C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| BARING OPPENHEIMER/BARING INTERNATIONAL BOND FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| BARING OPPENHEIMER/BARING STRATEGIC INCOME FUND | ATTN: GENERAL COUNSEL C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 14TH FLOOR NEW YORK NY 10281-1008 |
| BARING OPPENHEIMER/BARING STRATEGIC INCOME FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| BARING OPPENHEIMERFUNDS PLC BARING STRATEGIC INCOM | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| BARING OPPENHEIMERFUNDS PLC BARING STRATEGIC INCOM | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80041 |
| BARLOWORLD PENSION TRUST LIMITED | STATESMAN HOUSE STAFFERTON WAY MAIDENHEAD BERKSHIRE 5L6 1AD |
| BARTON CREEK SENIOR LIVING CENTER, INC. | C/O DAVID M. BENNETT 1722 ROUTH ST., SUITE 1500 DALLAS TX 75201 |
| BARTON CREEK SENIOR LIVING CENTER, INC. | BARTON CREEK SENIOR LIVING CENTER, INC. 2500 BARTON CREEK BLVD. AUSTIN TX 78735 |
| BARTON SPRINGS CDO LIMITED SPC/SERIES 2005-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUCH CHURCH ST GRAND CAYMAN CAYMAN ISLANDS |
| BARTON SPRINGS CDO LIMITED SPC/SERIES 2005-1 | ATTN: CHUI NG AND SURVEILLANCE MONITORING C/O STANDARD 55 WATER STREET NEW YORK NY 10041 |
| BARTON SPRINGS CDO LIMITED SPC/SERIES 2005-2 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUCH CHURCH ST GRAND CAYMAN CAYMAN ISLANDS |
| BARTON SPRINGS CDO LIMITED SPC/SERIES 2005-2 | ATTN: CHUI NG AND SURVEILLANCE MONITORING C/O STANDARD 55 WATER STREET NEW YORK NY 10041 |
| BASF CORPORATION DEFINED BENEFIT PLAN MASTER TRUST | MELLON BANK, TTEE ONE MELLON CENTER, RM 151-1335 PITTSBURGH PA 15258-0001 |
| BASF CORPORATION DEFINED BENEFIT PLAN MASTER TRUST | KEVIN BROADWATER PACIFIC INVESTMENT MANAGMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BASF CORPORATION PENSION MASTER TRUST | BNY MELLON ONE MELLON CENTER, RM 151-1335 PITTSBURGH PA 15258 |
| BASLER KANTONALBANK | SPIEGELGASSE 2 POSTFACH CH-4051  BASEL SWITZERLAND |
| BASLER KANTONALBANK | POSTFACH BASEL 4002 SWITZERLAND |
| BASSO ASSET MANAGEMENT LP | C/O DKR CAPITAL PARTNERS, L.P. 1281 EAST MAIN STREET STAMFORD CT 06902 |
| BASSO FUND LTD | BASSO CAPITAL MANAGEMENT, L.P. STAMFORD CT 06902 |
| BASSO FUND LTD | BASSO CAPITAL MANAGEMENT, L.P. ATTN: SUSANNE CLARK 1266 E MAIN ST STAMFORD CT 06902 |
| BASSO FUND LTD | ATTN: PRISCILLA LOPES C/O DKR PARTNERS, L.P. 1281 EAST MAIN STREET STAMFORD CT |

| Claim Name | Address Information |
|---|---|
| BASSO FUND LTD | 06902 |
| BASSO FUND LTD | HOWARD FISCHER BASSO CAPITAL MANAGEMENT, L.P. STAMFORD CT 06902 |
| BASSO FUND LTD | PRISCILLA LOPES C/O DKR PARTNERS, L.P. 1281 EAST MAIN STREET STAMFORD CT 06902 |
| BASSO FUND LTD | FRANCIS HEALY STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| BASSO HOLDINGS LIMITED | AIG DKR SOUNDSHORE HOLDINGS LTD C/O DKR CAPITAL INC 1281 EAST MAIN STREET STAMFORD CT 06902 |
| BASSO HOLDINGS LTD | C/O BASSO CAPITAL MNGMT LP ATTN: SUSANNE CLARK 1266 E MAIN ST STAMFORD CT 06902 |
| BASSO HOLDINGS LTD | FRANCIS HEALY STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| BASSO MULTI-STRATEGY HOLDING FUND LTD | C/O BASSO CAPITAL MNGMT LP ATTN: SUSANNE CLARK 1266 E MAIN ST STAMFORD CT 06902 |
| BASSO MULTI-STRATEGY HOLDING FUND LTD | FRANCIS HEALY STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| BASSWOOD FINANCIAL PARTNERS LP | C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| BASSWOOD INTERNATIONAL FUND | C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| BASSWOOD OPPORTUNITY FUND INC | C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| BASSWOOD OPPORTUNITY PARTNERS, LP | C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| BATTERY PARK H/Y OPPORTUNITY OFFSHORE FUND B LTD | BATTERY PARK HIGH YEILD OPPORTUNITY MASTER FUND TWO WORLD FINANCIAL CENTER, BUILDING B, FLOOR 18 NEW YORK NY 10281 |
| BATTERY PARK H/Y OPPORTUNITY OFFSHORE FUND B LTD | NCRAM OPERATIONS BATTERY PARK HIGH YIELD OPPORTUNITY MASTER FUND, L TWO WORLD FINANCIAL CENTER, BUILDING B, 17TH FLOOR NEW YORK NY 10281 |
| BAUR, HEINZ F. | SPISSENSTR. 7 KASTANIENBAUM CH-6047 SWITZERLAND |
| BAY HARBOUR MASTER LTD | BAY HARBOUR MANAGEMENT, L.C. NEW YORK NY 10022 |
| BAY MEDICAL CENTER INC | 615 NORTH BONITA AVE W PANAMA CITY FL 32401 |
| BAY POINTE LIMITED | CITY LOFTS GROUP PLC STATION PARADE HARROGATE, NORTH YORKSHIRE HG1 1TS UNITED KINGDOM |
| BAY POINTE LIMITED | NICK MOODY/BARI PHILLIPS CITY LOFTS GROUP PLC STATION PARADE HARROGATE, NORTH YORKSHIRE HG1 1TS |
| BAY SHORE POWER COMPANY | 88 E BROAD ST STE 1300 COLUMBUS OH 43215 |
| BAYCARE HEALTH SYSTEMS | 16331 BAY VISTA OFFICE PARK CLEARWATER FL 33760 |
| BAYERISCHE HYPO - UND VEREINSBANK AH | UNICREDIT MARKETS & INVESTMENT BANKING GLOBAL DOCUMENTATION & EXECUTION ARABELLASTRASSE 12 MUNICH D-81925 GERMANY |
| BAYERISCHE HYPO - UND VEREINSBANK AH | UNICREDIT MARKETS & INVESTMENT BANKING ATTN: PETER J C HANSEN / WIDO GANZ MCD1TC, TP ARABELLASTRASSE 12 MUNICH D-81925 GERMANY |
| BAYERISCHE HYPO - UND VEREINSBANK AH | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / JENNIFER B. PREMISLER 31 WEST 52ND STREET NEW YORK NY 10019 |
| BAYERISCHE HYPO-UND VEREINSBANK AG | D-80333 MUNICH GERMANY |
| BAYERISCHE HYPO-UND VEREINSBANK AG | UNICREDIT MARKETS MCD1TC MUNICH GERMANY |
| BAYERISCHE HYPO-UND VEREINSBANK AG | ATTN: PETER HANSEN UNICREDIT MARKETS TRADING PRODUCTS DOCUMENTATION ARABELLASTRASSE 12 MUNICH D-81925 GERMANY |
| BAYERISCHE HYPO-UND VEREINSBANK AG | ATTN: DEBRA LASKOWSKI UNICREDIT MARKETS MCD1TC MUNICH D-81925 GERMANY |
| BAYERISCHE LANDESBANK | BRIENNER STRABE 18 MUNICH GERMANY |
| BAYERISCHE LANDESBANK | ATTN: HARALD GLOCKL BRIENNER STR. 18 MUNCHEN 80333 GERMANY |
| BAYERISCHE LANDESBANK | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES & HARVEY DYCHIAO 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| BAYVIEW FINANCIAL ASSET TRUST 2002-A | 2665 SOUTH BAYSHORE DRIVE, SUITE 301 MIAMI FL 33133 |
| BAYVIEW FINANCIAL ASSET TRUST 2002-C | 2665 SOUTH BAYSHORE DRIVE, SUITE 301 MIAMI FL 33133 |
| BAYVIEW FINANCIAL, L.P. | BAYVIEW FINANCIAL, L.P. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA ATTN: DAVID LEMAY, ESQ, CHRISTY RIVERA, ESQ NEW YORK NY 10112 |

| Claim Name | Address Information |
|---|---|
| BAYVIEW FINANCIAL, L.P. | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| BAYVIEW FINANCIAL, L.P. | 4425 PONCE DE LEON BLVD ATTN: MICHAEL GUSS, ESQ CORAL GABLES FL 33146 |
| BAYVIEW FINANCIAL, L.P. | ATTN: MICHAEL GUSS, ESQ. 4425 PONCE DE LEON BLVD. CORAL GABLES FL 33146 |
| BAZAN OIL REFINERIES LTD. | P.O. BOX 4 HAIFA 31000 ISRAEL |
| BBT FUND, L.P. | C/O BBT GENPAR, L.P. ATTN: WILLIAM I. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| BBT FUND, L.P. | KELLY HART & HALLMAN ATTN: CAL JACKSON 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| BBT FUND, L.P. | BBT GENPAR LP FORT WORTH TX 76102 |
| BBVA 5X5 FI | C/O: BBVA ASSET MANAGEMENT, S.A., S.G.I.I.C. PASEO DE RECOLETOS, 10 MADRID 28001 SPAIN |
| BBVA 5X5 FI | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. PLAZA SAN NICOLAS #4 BILBAO, VIZCAYA 28005 SPAIN |
| BBVA BANCOMER S.A. INSTITUCION DE BANCA MULTIPLE, | BBVA BANCOMER ATTN: MARIA TERESA VARGAS DE REGIL OR ALVARO VAQUERIO USSEL INSUGENTES SUR #1811 COL GUADALUPE INN DISTRITO FEDERAL CP 01020 MEXICO |
| BBVA BANCOMER SA | AV. UNIVERSIDAD 1200 COL. XOCO 03339 MEXICO CITY D..F. 3100 MEXICO |
| BBVA BANCOMER SA | AV. UNIVERSIDAD 1200 COL. XOCO 3339 MEXICO |
| BCT COFFEE ACQUISITION | THE CARLYLE GROUP 520 MADISON AVENUE NEW YORK NY 10017 |
| BCV INVESTMENTS SCA | 6635 W. COMMERCIAL BLVD, LAUDERHILL FL 33319-2100 |
| BEAFORD INVESTMENTS LIMITED | JP MORGAN TRUST CO BAHAMAS LTD BAHAMAS FINANCIAL CENTER, 2ND FLOOR P.O. BOX N-4899 2ND FLOOR SHIRLEY & CHARLOTTE STREETS ATTN: ANGELA WATSON NASSAU BAHAMAS |
| BEAFORD INVESTMENTS LIMITED | ATTN: STEVE ROSS C/O SWISS BANK CORPORATION TRUST (JERSEY) LTD. 40 ESPLANADE ST. HELIER, JERSEY JE4 8NW CHANNEL ISLANDS |
| BEAFORD INVESTMENTS LIMITED | STEVE ROSS C/O SWISS BANK CORPORATION TRUST (JERSEY) LTD. 40 ESPLANADE ST. HELIER, JERSEY JE4 8NW CHANNEL ISLANDS |
| BEAFORD INVESTMENTS LTD | MILLUNGAR, CO WESTMEATH IRELAND |
| BEALE, LOUISE RITCHIE | CHARLES A. MALLOY, ESQ. ARNOLD & PORTER LLP 555 TWELFTH STREET, N.W. WASHINGTON DC 20004 |
| BEALE, LOUISE RITCHIE | CHARLES A. MALLOY ARNOLD & PORTER LLP 555 TWELFTH STREET WASHINGTON DC 20004 |
| BEALE, LOUISE RITCHIE | 7102 MEADOW LANE CHEVY CHASE MD 20815 |
| BEALE, LOUISE RITCHIE | MS. LOUISE RITCHIE BEALE 7102 MEADOW LANE CHEVY CHASE MD 20815 |
| BEAR ENERGY L.P. | 700 LOUISIANA STREET, SUITE 1000 HOUSTON TX 77002 |
| BEAR ENERGY LP | ATTN: OFFICE OF GENERAL COUNSEL 383 MADISON AVENUE, 6TH FLOOR NEW YORK NY 10179 |
| BEAR ENERGY LP | ATTN: OFFICE OF GENERAL COUNSEL FOR PURPOSES OF SECTIONS 5 383 MADISON AVENUE, 6TH FLOOR NEW YORK NY 10179 |
| BEAR ENERGY LP | ATTN: CONTRACTS ADMINISTRATIOIN (LEGAL) BEAR ENERGY LP HOUSTON TX 77002 |
| BEAR STEARNS | 245 PARK AVENUE NEW YORK NY 10167 |
| BEAR STEARNS BANK PLC | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |
| BEAR STEARNS BANK PLC | 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS BANK PLC | ATTN: DON THOMPSON C/O JPMORGAN CHASE LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| BEAR STEARNS CREDIT PRODUCTS INC | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |
| BEAR STEARNS CREDIT PRODUCTS INC | 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS CREDIT PRODUCTS INC | ATTN: DON THOMPSON C/O JPMORGAN CHASE LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| BEAR STEARNS FOREX INC. | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| BEAR STEARNS FOREX INC. | 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS FOREX INC. | ATTN: DON THOMPSON LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| BEAR STEARNS FOREX INC. | ATTN: ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGI | FUND LTD BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT C/O BEAR STERNS ASSET MANAGEMENT INC. 383 MADISON AVENUE NEW YORK NY 10179 |
| BEAR STEARNS INTERNATIONAL LTD | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |
| BEAR STEARNS INTERNATIONAL LTD | ONE METROTECH CENTER NORTH 7TH FL BROOKLYN NY 10167 |
| BEAR STEARNS INTERNATIONAL LTD | ATTN: ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS INTERNATIONAL LTD | ATTN: DON THOMPSON C/O JPMORGAN CHASE LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| BEAR STEARNS STRUCTURED RISK PARTNERS MASTER FUND | C/O BEAR STEARNS ASSET MANAGEMENT INC. 237 PARK AVENUE NEW YORK NY 10017 |
| BEAR STEARNS STRUCTURED RISK PARTNERS MASTER FUND | ATTN: KEVIN SHARKEY C/O BEAR STEARNS ASSET MANAGEMENT INC. 383 MADISON AVENUE NEW YORK NY 10179 |
| BEAVER COUNTRY DAY SCHOOL INC | ATTN: DIRECTOR OF FINANCE 791 HAMMOND STREET CHESTNUT HILL MA 02467 |
| BEAVER COUNTRY DAY SCHOOL INC | 791 HAMMOND ST CHESTNUT HILL MA 02647 |
| BEAVER CREEK GLOBAL FUND SPC | QUEENSGATE HOUSE PO BOX 1234 GT GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BEAVER CREEK GLOBAL FUND SPC | 6501 RED HOOK PLAZA, SUITE 201 ST. THOMAS 802 U.S. VIRGIN ISLANDS |
| BEAVER, COUNTY OF | COUNTY COURTHOUSE BEAVER PA 15009 |
| BECHTEL TRUST AND THRIFT PLAN | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| BEDFORDSHIRE PENSION FUND | COUNTY HALL CAULDWELL STREET BEDFORD MK42 9AP UNITED KINGDOM |
| BEIG MIDCO LIMITED | 5 NEW SQUARE BEDFONT LAKES BUSINESS PARK FELTHAM, MIDDLESEX UNITED KINGDOM |
| BEINT, LLC | LOUIS SMOOKLER REITLER KAILAS & ROSENBLATT LLC 885 THIRD AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| BEINT, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC PO BOX 8342 NEW YORK NY 10150 |
| BELL ATLANTIC MASTER TRUST | C/O VERIZON INVESTMENT MANAGEMENT CORP. 1 VERIZON WAY BASKING RIDGE NJ 07920 |
| BELL ATLANTIC MASTER TRUST | VERIZON INVESTMENT MANAGEMENT CORP. ATTN: MS. PATRICIA WALLACE VC71S229 ONE VERIZON WAY BASKING RIDGE NJ 07920 |
| BELL ATLANTIC MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| BELL ATLANTIC MASTER TRUST | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| BELL TRACE OBLIGATED GROUP | BELL TRACE OBLIGATED GROUP 2749 EAST COVENANTER DR. BLOOMINGTON IN 47401 |
| BELL TRACE OBLIGATED GROUP | ATTN: CHIEF EXECUTIVE OFFICER C/O EAST 10TH STREET PROPERTY, LLC 2749 EAST COVENANTER DR. BLOOMINGTON IN 47401 |
| BELLE HAVEN ABS CDO 2005-1, LTD | ATTN: DIRECTORS BELLE HAVEN ABS CDO 2005-1, LTD. PO BOX 1093 GT QUEENSGATE HOUSE GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BELLE HAVEN ABS CDO 2005-1, LTD | ATTN:CDO TRUST SERVICES BELLE HAVEN ABS CDO 2005-1 WITH A COPY TO: WELLS FARGO BANK, NATIONAL ASSOCIATION 9062 OLD ANNAPOLIS RD. COLUMBIA MD 21045 |
| BELLE HAVEN ABS CDO 2005-1, LTD | ATTN CDO TRUST SERVICE  BELLE HAVEN ABS CDO 2005-1 WITH A COPY TO: 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BELLE HAVEN ABS CDO 2006-1 | THE DIRECTORS C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSFATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BELLE HAVEN ABS CDO 2006-1 | CDO TRUST SERVICES-BELLE HAVEN ABS CDO 2006-1 WITH COPIES TO: WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BELLEVILLE IL (CITY OF) | CITY HALL BELLVILLE IL 62220 |
| BELLIN MEMORIAL HOSPITAL | 744 WEBSTER AVENUE PO BOX 2340 GREEN BAY WI 54305-3400 |
| BELLSOUTH MASTER PENSION TRUST | 909 A STREET TACOMA WA 98402-5120 |
| BENCHMARK PLUS INSTITUTIONAL PARTNERS | BENCHMARK PLUS INSTITUTIONAL PARTNERS, L.L.C. 820 A STREET, SUITE 700 TACOMA |

| Claim Name | Address Information |
|---|---|
| LLC | WA 98402 |
| BENEDICTINE HEALTH SYSTEM | 503 E. THIRD ST. SUITE 206 DULUTH MN 55805 |
| BENETTON GROUP SPA | BENETTON GROUP SPA 31050 PONZANO TERVISO ITALY |
| BENETTON GROUP SPA | ATTN:  GEROLAMO CACCIA DOMINIONI BENETTON GROUP SPA 31050 PONZANO TERVISO ITALY |
| BENETTON INTERNATIONAL SA | ATTN: ALESSANDRO LUCCHETTA 1, PLACE D'ARMES LUXEMBOURG L-1136 LUXEMBOURG |
| BENETTON INTERNATIONAL SA | ATTN:  GIUSEPPE MAZZOLATO/DANIELE BANDIZIOL 1, PLACE D'ARMES L-1136 LUXEMBOURG |
| BENNETT, HERBERT W. | BENNETT TRUST W 6750 STATE ROAD 29 RIVER FALLS WI 54022-4515 |
| BEREA COLLEGE | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | VIA BTG. FRAMARIN 18 VINCENZA 361000 ITALY |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: BRIAN PETERSON, VICE PRESIDENT - CDO SERVICE STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERICA 6 RESIDENTIAL MBS S.R.L. | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BERKELEY COUNTY PUBLIC SERVICE SEWER DISTRICT | P.O. BOX 944 2160 EAGLE SCHOOL ROAD MARTINSBURG WV 25461 |
| BERKSHIRE HEALTH SYSTEMS | 725 NORTH STREET PITTSFIELD 1201 |
| BERYL FINANCE  LIMITED 2005-14 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE  LIMITED 2005-14 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE  LIMITED 2005-15 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE  LIMITED 2005-15 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED 2005-10 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED 2005-10 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED 2005-11 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED 2005-11 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED 2005-12 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED 2005-12 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2004-2 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2004-2 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 47 NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2005-1 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2005-1 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2005-10 | BERYL FINANCE LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2005-11 | C/O WALKERS SPV LIMITED WALKER HOUSE CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2005-12 | BERYL FINANCE LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2005-14 | BERYL FINANCE LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2005-15 | ATTN: LEGAL GROUP/DOCUMENTION BERYL FINANCE LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2005-16 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: SANAJAY JABONPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH 599 LEXINGTON AVENUE NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2005-16 | 10022 |
| BERYL FINANCE LIMITED SERIES 2005-2 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH COPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2005-2 | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2005-4 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2005-4 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2005-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2005-7 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2005-7 | REED SMITH LLP 599 LEVINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2006-10 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2006-10 | REED SMITH LLP 599 LEXINGTON AVE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2006-11 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2006-11 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2006-12 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2006-12 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2006-12 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2006-13 | ATTN: RACHAEL RANKIN, DIRECTOR C/O WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2006-13 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2006-13 | REED SMITH LLP 599 LEXINGTON AVE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2006-14 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2006-14 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2006-14 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2006-15 | C/O WALKERS SPV LTD WALKER HOUSE - 87 MARY ST GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2006-15 | ATTN: MOTE ANDREWS WORLDWIDE HEADQUARTERS 1932 WYNNTON ROAD COLUMBUS GA 31999 |
| BERYL FINANCE LIMITED SERIES 2006-15B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2006-15B | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2006-16 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2006-16 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2006-16 | KINGDOM |
| BERYL FINANCE LIMITED SERIES 2006-16 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2006-17 | C/O WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2006-17 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2006-17 | C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2006-17 | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2006-2 – DO NOT USE – | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2006-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2006-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2006-5 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2006-5 | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2006-6 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2006-6 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2006-6 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-1 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2007-10 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-10 | C/O BONY CORPORATE TRUSTEE SERVICES LIMITED ATTN:  SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES – DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-10 | REED SMITH LLP ATTN:  MICHAEL VENDITTO, ESQ. EMEA 70 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-11 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-11 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-11 | REED SMITH LLP 599 LEXINGTON AVE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-13 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-13 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT,GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-13 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-14 | C/O WALKERS SPV LIMITED WALKER HOUSE – 87 MARY ST GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2007-14 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-14B | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-14B | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-15 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-15 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-15 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-16 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-16A | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-16A | REED SMITH LLP 599 LEXINGTON AVE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-16B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-16B | REED SMITH LLP 599 LEXINGTON AVE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-17 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-17 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-17 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-18 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-18 | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-19 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 2 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-19 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-19 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 46 NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-2 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-3 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-3 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-3 | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-4 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-4 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-5 | C/O WALKERS SPV LIMITED WALKER HOUSE - 87 MARY ST 0 CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-5 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-5B | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-5B | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-7 | C/O BNY CORPORATE TRUST SERVICES ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-7 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-8 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2007-8 | BNY CORPORATE TRSUTEE SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-8 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-9 | WALKER HOUSE 87 MARY ST GEORGE TOWN 0 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2007-9 | C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-9 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-1 | WALKER HOUSE 87 MARY ST, GEORGE TOWN CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2008-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT C/O BNY CORPORATE TRUSTEE SERVICES GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-10 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-10 | C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-10 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-11 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT C/O BNY CORPORATE TRUSTEE SERVICES GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-11 | ATTN: MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-12 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-12 | C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-12 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 58 NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-13 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-13 | C/O BNY CORPORATE TRUSTEE SERVICES ATTN:  SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-13 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 59 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-14 | 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2008-14 | C/O BNY COPROATE TRUSTEE SERVICES LIMITED ATTN:  SANAJAY JOBANPUTRA GLOBAL |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-14 | CORPORATE TRUST SERVICES-DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-14 | REED SMITH LLP ATTN:  MICHAEL VENDITTO, ESQ. EMEA 71 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-15 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-15 | C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-15 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 60 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-16 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-16 | C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-16 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-17 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-17 | C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES – DEFAULT GROUP ATTN: SANJAY JOBANPUTRA ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-17 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-2 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-2 | C/O BNY CORPORATE TRUST SERVICES LIMITED ATTN:  SANAJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES – DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-2 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 63 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-3 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-3 | C/O BNY CORPORATE TRUSTEE SERVICES LIMITED ATTN:  SANAJAY JOBANPUTRA GLOBAL CORPOATE TRUST SERVICES – DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-3 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-4 | 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2008-5 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-5 | C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES – DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-5 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 64 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-6 | 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2008-6 | C/O BNY CORPORATE TRUST SERVICES LIMITED ATTN:  SANAJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES – DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-6 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 65 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-7 | C/O WALKERS SPV LIMITED WALKER HOUSE – 87 MARY ST GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2008-7 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-7B | C/O BONY CORPORATE TRUST SERVICES LIMITED ATTN:  SANAJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES – DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-7B | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 66 599 LEXINGTON AVENUE |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-7B | NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-8 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-8 | C/O BNY CORPORATE TRUST SERVICES LIMITED ATTN:  SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES LIMITED ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-8 | REED SMITH LLP ATTN:  MICHAEL VENDITTO, ESQ. EMEA 68 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-9 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LIMITED SERIES 2008-9 | C/O BNY CORPORATE TRUST SERVICES LIMITED ATTN: SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES-DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-9 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 69 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LTD SERIES 2005-1 | INTERNATIONAL  FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LTD SERIES 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LTD SERIES 2005-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LTD SERIES 2005-4 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| BERYL FINANCE LTD SERIES 2006-10 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINANCE LTD SERIES 2006-11 | INTERNATIONAL  FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| BERYL FINCANCE LIMITED SERIES 2008-4 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINCANCE LIMITED SERIES 2008-4 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BETHLEHEM AUTHORITY | 10 EAST CHURCH STREET BETHLEHEM PA 18018 |
| BETHLEHEM AUTHORITY | ATTN: STEVE REPASCH, EXECUTIVE DIRECTOR 10 E. CHURCH ST. BETHLEHEM PA 18018 |
| BEVILLE-ISLAND CLUB APARTMENTS PARTNERS, L.P. | 4582 S. ULSTER ST. PKWY DENVER CO 80237 |
| BEXAR COUNTY HEALTH FACILITIES | 233 N PECOS, SUITE 590 SAN ANTONIO TX 78207 |
| BFC CONSTRUCTION CORP | BFC CONSTRUCTION CORP SCARBOROUGH M1V 4V3 CANADA |
| BFC CONSTRUCTION CORP | ATTN: GENERAL COUNSEL 2226 1ST AVENUE NEW YORK NY 10029 |
| BFC CONSTRUCTION CORP | 325 GOLD STREET BROOKLYN NY 11201 |
| BFM BR_AA_FT/ BLACKROCKASSET ALLOCATION PORTFOLIO( | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BFM ING-TIPS/ ING INFLATIONPROTECTED BOND PORTFOLI | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BFM LIBOR CAYMAN UNIT TRUST | STATE STREET CAYMAN TRUST COMPANY, LTD AS TRUSTEE PO BOX 31113 SMB, 2ND FLOOR LEEWARD TWO SAFEHAVEN CORPORATE CENTRE GRAND CAYMAN PO BOX 311 CAYMAN ISLANDS |
| BFM LIBOR CAYMAN UNIT TRUST | ATTN: LEGAL BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| BFM NRRIT-L/ NRRIT LIBORCOMMODITIES PORTFOLIO | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BFM NRRIT-L/ NRRIT LIBORCOMMODITIES PORTFOLIO | LEGAL.DOCUMENTATION C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BFM- GTI-ILBC/O BLACKROCK FINANCIAL MGMT | RIYADH  11169 SAUDI ARABIA |
| BFM- MF SHORTSHORT TERM BOND PORTFOLIO OFSHORT TER | C/O BLACKROCK ADVISORS, INC. 40 E 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BFM/FORD MOTOR COMPANY PENSION PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| BFT – BANQUE DE FINANCEMENT ET DE TRESORERIE | ATTN: RAPHAELLE BACHELIER 11 AVENUE D'LENA PARIS 75116 FRANCE |
| BG AMERICAS & GLOBAL LNG | DOUGLAS P. BARTNER & SOLOMON J. NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BG AMERICAS & GLOBAL LNG | ATTN: THOMAS A. SMITH, CHIEF COUNSEL 5444 WESTHEIMER, SUITE 1775 HOUSTON TX 77056 |
| BG ENERGY MERCHANTS LLC | 5444 WESTHEIMER, SUITE 1900 5444 WESTHEIMER, SUITE 1900 HOUSTON TX 77056 |
| BG ENERGY MERCHANTS LLC | ATTN: FINANCIAL CONTROLLER 5444 WESTHEIMER, SUITE 1900 HOUSTON TX 77056 |
| BG ENERGY MERCHANTS LLC | ATTN: MATT SCHATZMAN 5444 WESTHEIMER, SUITE 1900 HOUSTON TX 77056 |
| BG ENERGY MERCHANTS LLC | MATT SCHATZMAN 5444 WESTHEIMER, SUITE 1900 HOUSTON TX 77056 |
| BG ENERGY MERCHANTS LLC | ATTN: FINANCIAL CONTROLLER BG ENERGY MERCHANTS, LLC HOUSTON TX 77056 |
| BG ENERGY MERCHANTS LLC | ATTN: FINANCIAL DOCUMENTATION FOR NOTICES/COMMUNICATIONS RE: TRADING BG ENERGY MERCHANT, LLC 5444 WESTHEIMER, SUITE 1900 HOUSTON TX 77056 |
| BG INTERNATIONAL LIMITED | C/O BG GROUP ATTN: NICK TYLER 100 THAMES VALLEY PARK READING, BERKSHIRE RGB 1PT U.K. UNITED KINGDOM |
| BG INTERNATIONAL LIMITED | DOUGLAS P. BARTNER SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BG INTERNATIONAL LTD | BG INTERNATIONAL LIMITED READING BERKSHIRE RG6 1PT UNITED KINGDOM |
| BG INTERNATIONAL LTD | STEVE SURRALL C/O BG GROUP THAMES VALLEY PARK READING BERKSHIRE RG8 1PT UNITED KINGDOM |
| BGC INTERNATIONAL | ONE CHURCHILL PLACE CANARY WHARF LONDON E14 5RD UNITED KINGDOM |
| BGF EMERGING MARKETS BOND FUND (BLK TICKER: EMBF) | C/O BLACKROCK FINANCIAL MANAGEMENT, AS INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BGF EMERGING MARKETS BOND FUND (BLK TICKER: EMBF) | J. GREGORY MILMOE, ESQ / ANDREW M. THAU, ESQ SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036 |
| BGI 3D GLOBAL OPPORTUNITIES (US INSTITUTIONAL) FUN | BARCLAYS GLOBAL INVESTORS, N.A. 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI 3D GLOBAL OPPORTUNITIES (US INSTITUTIONAL) FUN | 400 HOWARD STREET SAN FRANSCISCO CA 94105 |
| BGI ALPHA CREDIT INVESTMENT GRADE BOND PORTFOLIO | BGI ALPHACREDIT INVESTMENT GRADE BOND PORTFOLIO 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI ALPHA CREDIT INVESTMENT GRADE BOND PORTFOLIO | ATTN: INVST. MGR. OF ALPHACREDIT INVST. GRADE BOND PORT. BGI ALPHACREDIT INVESTMENT GRADE BOND PORTFOLIO 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI ALPHA CREDIT INVESTMENT GRADE BOND PORTFOLIO | 400 HOWARD STREET SAN FRANSCISCO CA 94105 |
| BGI ALPHA EMERGING MARKET BOND PORTFOLIO | BARCLAYS GLOBAL INVESTORS, N.A., AS INVEST. MGR 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI ALPHA EMERGING MARKET BOND PORTFOLIO | DERIVATIVES SERVICES GROUP BARCLAYS GLOBAL INVESTORS, N.A., AS INVEST. MGR 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI ALPHA EMERGING MARKET BOND PORTFOLIO | 400 HOWARD STREET SAN FRANSCISCO CA 94105 |
| BGI ALPHACREDIT INVESTMENT GRADE BOND PORTFOLIO | PO BOX 31113 45 MARKET STREET, SUITE 3206A GARDENIA COURT CAMANA BAY GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| BGI ALPHACREDIT INVESTMENT GRADE BOND PORTFOLIO | BGI ALPHACREDIT INVESTMENT GRADE BOND PROFOLIO C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME CREDIT OPPORTUNITIES FUND LTD | WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BGI FIXED INCOME CREDIT OPPORTUNITIES FUND LTD | BARCLAYS GLOBAL INVESTORS, N.A. AS IM OF THE BGI 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME CREDIT OPPORTUNITIES FUND LTD | BGI FIXED INCOME CREDIT OPPORTUNTIES FUND LTD. C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME CREDIT OPPORTUNITIES FUND LTD | INVESTMENT PROCESS BARCLAYS GLOBAL INVESTORS, N.A. AS IM OF THE BGI 45 FREMONT STREET SAN FRANCISCO CA 94105 |

| Claim Name | Address Information |
|---|---|
| BGI FIXED INCOME CREDIT OPPORTUNITIES FUND LTD | 400 HOWARD STREET SAN FRANSCISCO CA 94105 |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | BARCLAYS GLOBAL INVESTORS, N.A. 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | AUDREY BYRNE – ISDA NEGOTIAOR BARCLAYS GLOBAL INVESTORS, N.A. 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | 400 HOWARD STREET SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME GLOBALALPHA FUND LTD | WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BGI FIXED INCOME GLOBALALPHA FUND LTD | BGI FIXED INCOME GLOBALALPHA FUND LTD. C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| BGI/3D CAPITAL YEN FUND | C/O BARCLAY #APPOSS GLOBAL INVESTORS NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI/3D CAPITAL YEN FUND | ATTN:INVESTMENT MANAGER OF THE 3D CAPITAL YEN FUND C/O BARCLAY 'S GLOBAL INVESTORS NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI/3D CAPITAL YEN FUND | ATTN: DAVID GEFFEN 400 HOWARD STREET SAN FRANSCISCO CA 94105 |
| BGI/CORE PLUS ACTIVE BOND FUND B | 400 HOWARD STREET SAN FRANSCISCO CA 94105 |
| BGI/NORGES ACT FIXED INCOME #2 | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| BGI/U.S.  SYNTHETIC BOND FUND | BARCLAYS GLOBAL INVESTORS, NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGI/U.S.  SYNTHETIC BOND FUND | TRADING OPERATIONS BARCLAYS GLOBAL INVESTORS, NA 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| BGL (FORTIS LUXEMBOURG) | BNP PARIBAS FORTIS FORTIS BANK BELGIE TAV PHILLIP STEEGMANS MEIR 48 B-2000 ANTWERPEN BELGIUM |
| BGL (FORTIS LUXEMBOURG) | BNP PARIBAS FORTIS FORTIS BANK BELGIE TAV PHILIP STEEGMANS MEIR 48 ANTWERPEN B-2000 BELGIUM |
| BGL (FORTIS LUXEMBOURG) | ATTN: ANNEMARIE JUNG 50, AVENUE JF KENNEDY L-2951 LUXEMBOURG |
| BGL (FORTIS LUXEMBOURG) | ATTN: ANNEMARIE JUNG-GLOBAL HEAD RECOVERY 50, AVENUE JF KENNEDY LUXEMBOURG L-2951 LUXEMBOURG |
| BGL (FORTIS LUXEMBOURG) | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 1201 F. STREET N.W., SUITE 1100 WASHINGTON DC 20004 |
| BGL (FORTIS LUXEMBOURG) | MARK ELLENBERG, ESQ CADWALADER, WICKERSHAM & TAFT LLP 1201 F. STREET, N.W. SUITE 1100 WASHINGTON DC 20004 |
| BH FINANCE LLC | BERKSHIRE HATHAWAY REINSURANCE GROUP STAMFORD CT 06902 |
| BH FINANCE LLC | BH FINANCE LLC NORWELL MA 02061 |
| BH FINANCE LLC | ROBERT E. BENNETT BH FINANCE LLC NORWELL MA 02061 |
| BH FINANCE LLC | ATTN: DAN JALSICH BH FINANCE LLC OMAHA NE 68131 |
| BH FINANCE LLC | DAN JALSICH BH FINANCE LLC OMAHA NE 68131 |
| BHARAT PETROLEUM CORPORATION LIMITED | BHARAT PETROLEUM CORPORATION BALLARD ESTATE MUMBAI 400-001 INDIA |
| BHARAT PETROLEUM CORPORATION LIMITED | GENERAL MANAGER (CORPORATE TREASURY) CORPORATE TREASURY DEPARTMENT BHARAT BHAWAN II, 4 AMPER6, CURRIMBHOY ROAD, BALLARD ESTATE, MUMBAI 400-001 INDIA |
| BHARAT PETROLEUM CORPORATION LIMITED | EXECUTIVE DIRECTOR (INTERNATIONAL TRADE) INTERNATIONAL TRADE DEPARTMENT BHARAT PETROLEUM CORPORATION BHARAT BHAWAN III, 13 WALCHAND HIRACHAND MARG BALLARD ESTATE, MUMBAI 400-001 INDIA |
| BHCO MASTER LTD | BAY HARBOUR MANAGEMENT, L.C. NEW YORK NY 10022 |
| BHF-BANK | BOCKENHEIMER LANDSTRASSE 10 60323 GERMANY |
| BHF-BANK | BOCKENHEIMER LANDSTRASSE 10 D-6000 GERMANY |
| BHF-BANK AG | BHF-BANK AKTIENGESELLSCHAFT (LONDON BRANCH) LONDON EC4R 1AE UNITED KINGDOM |
| BIEBER, SANDER M. AND LINDA E. ROSENZWEIG | 3217 FARMINGTON DRIVE CHEVY CHASE MD 20815 |
| BIGOS-SIBLEY TOWER, LLC | C/O WILL R. TANSEY RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TANSEY, PA 4545 IDS CENTER 80 SOUTH EIGHTH STREET MINNEAPOLIS MN 55402 |
| BIGOS-SIBLEY TOWER, LLC | 8325 WAYZATA BLVD STE 200 GOLDEN VALLEY MN 554261460 |
| BILL & MELINDA GATES FOUNDATION | 2365 CARILLON POINT KIRKLAND WA 98033 |
| BILL & MELINDA GATES FOUNDATION TRUST | BILL #AMPER MELINDA GATES FOUNDATION KIRKLAND WA 98033 |

| Claim Name | Address Information |
|---|---|
| BILL & MELINDA GATES FOUNDATION TRUST | INVESTMENT OFFICE ATTN: GENERAL COUNSEL 2365 CARILLON POINT KIRKLAND WA 98033 |
| BINNACLE FUND LTD | ATTN: KEVIN BURROWS BINNACLE FUND LTD WEST BAY STREET AND BLAKE ROAD PO BOX AP59213 NASSAU BAHAMAS |
| BINNACLE FUND LTD | BAYSIDE HOUSE BAYSIDE EXECUTIVE PARK NASSAU PO BOX AP5 BAHAMAS |
| BINNACLE FUND LTD | ATTN: MATTHEW F. GIBBONS, DIRECTOR BINNACLE FUND LTD. VONORE TN 37885 |
| BINNACLE FUND LTD | ATTN: MATTHEW F. GIBBONS, DIRECTOR 160 BLUE JAY AVENUE VONORE TN 37885 |
| BINNACLE FUND LTD. | BAYSIDE HOUSE WEST BAY STREET & BLAKE ROAD P.O. BOX AP59213 NASSAU BAHAMAS |
| BIPPART FAMILY TRUST | THE BIPPART FAMILY TRUST 555 MONTGOMERY DRIVE UNIT 68 SANTA ROSA CA 95409-8818 |
| BIPPART FAMILY TRUST | ATTN: JOHN D. BIPPART THE BIPPART FAMILY TRUST 555 MONTGOMERY DRIVE UNIT 68 SANTA ROSA CA 95409-8818 |
| BISGAIER FAMILY LLC | ATTN: CHARLES BISGAIER 3605 TANGLEWOOD DRIVE ANN ARBOR MI 48105 |
| BK GARANTIA CUPON MEMORIA I | ATTN: TREASURY DEPARTMENT BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |
| BK GARANTIA CUPON MEMORIA I | P DE LA CASTELLANA MADRID 29 28010 SPAIN |
| BK GARANTIA CUPON MEMORIA II | P DE LA CASTELLANA MADRID 29 28010 SPAIN |
| BK GARANTIA CUPON MEMORIA II | ATTN: TREASURY DEPARTMENT BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 29 28010 SPAIN |
| BK GARANTIA CUPON MEMORIA II | P DE LA CASTELLANA 29 28010 MADRID MADRID 29 28010 SPAIN |
| BK MEMORIA 6 X 4 GARANTIZADO FI | TREASURY DEPARTMENT BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |
| BK MEMORIA 6 X 4 GARANTIZADO FI | P DE LA CASTELLANA MADRID 29 28010 SPAIN |
| BK MEMORIA 6 X 4 GARANTIZADO I I FI | TREASURY DEPARTMENT BANKINTER GESTION DE ACTIVOS, S.A., S.G.I.I.C. MADRID 28010 SPAIN |
| BK MEMORIA 6 X 4 GARANTIZADO I I FI | P DE LA CASTELLANA MADRID 29 28010 SPAIN |
| BKW FMB ENERGIE AG | VIKTORIAPLATZ 2 BERN 25, 3000 SWITZERLAND |
| BLACK & DECKER (U.S.) INC DEFINED BENEFIT PLAN | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| BLACK BEAR INVESTMENT FUND LLC | D. MATTHEW MIDDLETON 831 FAIRFIELD ROAD ATLANTA GA 30327 |
| BLACK BEAR INVESTMENT FUND, LLC | NORMAN N. KINEL, ESQ DUVAL & STACHENFELD LLP 101 PARK AVE, 11TH FLOOR NEW YORK NY 10178 |
| BLACK BEAR INVESTMENT FUND, LLC | C/O D. MATTHEW MIDDELTHON 831 FAIRFIELD ROAD ATLANTA GA 30327 |
| BLACK DIAMOND ARBITRAGE OFFSHORE LTD | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BLACK DIAMOND ARBITRAGE OFFSHORE LTD | SIDLEY AUSTIN LLP ATTN: ALEX R. RIVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BLACK DIAMOND ARBITRAGE OFFSHORE LTD | F/K/A BLACK DIAMOND ARBITRAGE OFFSHORE LDC C/O CARLSON CAPITAL, L.P.  – ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS TX 75201 |
| BLACK DIAMOND OFFSHORE LTD | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO; ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BLACK DIAMOND OFFSHORE LTD | ATTN: CLINT CARLSON C/O UBS FUND SERVICES (CAYMAN) LTD. UBS HOUSE 227 ELGIN AVENUE, P.O. BOX 852 GRAND CAYMAN KY 11103 |
| BLACK DIAMOND OFFSHORE LTD | RIK REPAK C/O UBS FUND SERVICES (CAYMAN) LTD. UBS HOUSE 227 ELGIN AVENUE, P.O. BOX 852 GRAND CAYMAN KY 11103 |
| BLACK DIAMOND OFFSHORE LTD | C/O CARLSON CAPITAL, LP ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS TX 75201 |
| BLACK DIAMOND OFFSHORE LTD | ATTN: RIK REPAK 2100 MCKINNEY AVENUE SUITE 1600 DALLAS TX 75201 |
| BLACK RIVER COMMODITY ENERGY FUND LLC | BLACK RIVER ASSET MANAGEMENT LLC C/O CARGILL INCOR 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER COMMODITY ENERGY FUND LLC | ATTN: LAW DEPARTMENT C/O CARGILL INCORPORATED MINNETONKA MN 55343 |
| BLACK RIVER COMMODITY FUND LTD | BLACK RIVER ASSET MANANGEMENT LLC 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER COMMODITY FUND LTD | ATTN: LAW DEPARTMENT C/O CARGILL INCORPORATED MINNETONKA MN 55343 |
| BLACK RIVER FIXED INCOME RELATIVE VALUE FUND LTD | 12700 WHITEWATER DRIVE MINNETONKA MN 55434 |

| Claim Name | Address Information |
|---|---|
| BLACK RIVER GLOBAL CREDIT FUND LTD. | MINNEAPOLIS MSTOP #143 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER MUNICIPAL FUND LTD | C/O BLACK RIVER ASSET MANAGEMENT, LLC ATTN: MARK RABOGLIATTI 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER MUNICIPAL FUND LTD | FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH ST MINNEAPOLIS MN 55402 |
| BLACK RIVER MUNICIPAL RELATIVE VALUE FUND LLC | BLACK RIVER ASSET MANAGEMENT LLC 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACKPORT CAPITAL FUND LTD | C/O BLACKSTONE DISTRESSED DEBT ADVISORS L.P. 345 PARK AVENUE NEW YORK NY 10154 |
| BLACKPORT CAPITAL FUND, LTD | C/O BLACKSTONE DISTRESSED SECURITIES ADVISORS, LP ATTN: CHRIS SULLIVAN 280 PARK AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| BLACKROCK / THE OBSIDIAN MASTER FUND | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK BALANCED CAPITAL PORTFOLIO (FI) | C/O BLACKROCK ADVISORS, LLC LEGAL ADVISORY DEPARTMENT 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| BLACKROCK BALANCED CAPITAL PORTFOLIO (FI) | GENERAL COUNSEL C/O BLACKROCK ADVISORS, LLC LEGAL ADVISORY DEPARTMENT 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| BLACKROCK BALANCED CAPITAL PORTFOLIO OF BALCKROCK | C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISORS ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK BALANCED CAPITAL PORTFOLIO OF BLACKROCK | C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK BALANCED CAPITAL PORTFOLIO OF BLACKROCK | ATTN: LEGAL C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK BALANCED CAPITAL V.I. FUND | OF BLACKROCK VARIABLE SERIES FUNDS, INC. BLK TICKER: BVI_F C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CAYMAN UNIT TRUST | STATE STREET CAYMAN TRUST COMPANY, LTD AS TRUSTEE PO BOX 31113 SMB, 2ND FLOOR LEEWARD TWO SAFEHAVEN CORPORATE CENTRE GRAND CAYMAN PO BOX 311 CAYMAN ISLANDS |
| BLACKROCK CAYMAN UNIT TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CORE BOND TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CORPORATE HIGH YIELD FUND III, INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CORPORATE HIGH YIELD FUND III, INC. | BLK TICKER: CYE C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CORPORATE HIGH YIELD FUND V, INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CORPORATE HIGH YIELD FUND V, INC. (BLK T | C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CORPORATE HIGH YIELD FUND VI, INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CORPORATE HIGH YIELD FUND VI, INC. (BLK | C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CORPORATE HIGH YIELD FUND, INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK CORPORATE HIGH YIELD, INC. | BLK TICKER: COY C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK DEBT STRATEGIES FUND, INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK DEBT STRATEGIES FUND, INC | 800 SCUDDERS MILL ROAD PLAINSBORO  NJ 8536 |
| BLACKROCK DEBT STRATEGIES FUNDS, INC. (BLK TICKER: | C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN,ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK ECOSOLUTIONS INVESTMENT TRUST | ATTN: LEGAL-DOCUMENTATION C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK ECOSOLUTIONS INVESTMENT TRUST | ATTN: JEAN SHEDLOCK, DOCUMENTATION – LEGAL C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| BLACKROCK ECOSOLUTIONSINVESTMENT TRUST | C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK EMERGING MARKETS DEBT PORTFOLIO | 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK ENHANCED DIVIDEND ACHIEVERS TRUST (BLK T | C/O BLACKROCK ADVISORS, INC. ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK FINANCIAL MGMTA/C BR INTL GROWTH & INCOM | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK FINANCIAL MGMTA/C SALOMON SMITH BARNEY C | 225 LONG AVE HILLSIDENJ NJ 07205 |
| BLACKROCK FIXED INCOME GLOBAL OPP MASTER UNIT TRST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK FUNDS II EMERGING MARKET DEBT PORTFOLIO | C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK FUNDS II EMERGING MARKET DEBT PORTFOLIO | JEAN SHEDLOCK, DOCUMENTATION – LEGAL C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK FUNDS II, HIGH YIELD BOND PORTFOLIO | BLK TICKER: BR-HIYLD C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK FUNDS II, INTERMEDIATE BOND PORTFOLIO | BLK TICKER: BR-INTG C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK FUNDS II, INTERMEDIATE BOND PORTFOLIO II | (BLK TICKER: BR-INT) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK GALAXITE MASTER UNIT TRUST | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK GLOBAL ENERGY AND RESOURCES TRUST | ATTN: LEGAL–DOCUMENTATION C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK GLOBAL ENERGY AND RESOURCES TRUST | ATTN: JEAN SHEDLOCK, DOCUMENTATION – LEGAL C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK GLOBAL ENERGY ANDRESOURCES TRUST | C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK GLOBAL FLOATING RATE INCOME TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK GLOBAL OPPORTUNITIES EQUITY TRUST (BLK T | C/O BLACKROCK ADVISORS, INC. ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK GLOBAL OPPORTUNITIESEQUITY TRUST | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK GOVERNMENT INCOME PORTFOLIO | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK GOVERNMENT INCOME PORTFOLIO | OF BLACKROCK SERIES FUND, INC. BLK TICKER: BVA-GI C/O BLACKROCK ADVISORS, LLC, AS INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK GOVERNMENT INCOME V.I. FUND | OF BLACKROCK VARIABLE SERIES FUNDS, INC. BLK TICKER: BVA-VIG C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK HEALTH SCIENCES TRUST | ATTN: LEGAL–DOCUMENTATION C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK HEALTH SCIENCES TRUST | ATTN: JEAN SHEDLOCK, DOCUMENTATION – LEGAL C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK HEALTH SCIENCESTRUST | C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK HIGH INCOME FUND OF BLACKROCK BOND FUND | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK HIGH INCOME FUND OF BLACKROCK BOND FUND, | BLK TICKER: BRHIINC C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK HIGH INCOME V.I. FUND OF | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| BLACKROCK VARIA | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK HIGH INCOME VI FUND OF BLACKROCK VARIABL | BLK TICKER: BVA-HY C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK HIGH YIELD BOND PORTFOLIO | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK HIGH YIELD BOND PORTFOLIO | JEAN SHEDLOCK, DOCUMENTATION - LEGAL C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK HIGH YIELD TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK HIGH YIELD TRUST (BLK TICKER: BHY) | C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INC | ATTN: ROBERT S. KAPITO 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK INCOME MASTER FUND | C/O GLOBAL FUNDS TRUST COMPANY P.O. BOX 309, UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| BLACKROCK INCOME MASTER FUND | C/O BLACKROCK FINANCIAL MANAGEMENT 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INCOME OPPORTUNITY TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INCOME TRUST INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INFLATION PROTECTED BOND PORTFOLIO | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INTERMEDIATE BOND PORTFOLIO II | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INTERMEDIATE GOVERNMENT BOND PORTFOLIO | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK INTERNATIONAL BOND PORTFOLIO | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK LONG DURATION BOND PORTFOLIO | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK LONG DURATION BOND PORTFOLIO | BLK TICKER: BR-LONG C/O BLACKROCK ADVISORS, LLC, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK LOW DURATION BOND PORTFOLIO | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK MANAGED INCOME PORTFOLIO | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK MASTER COMMODITY STRATEGIES TRUST | C/O BLACKROCK ADVISORS, INC. 40 E 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK MASTER TOTAL RETURN PORTFOLIO | C/O BLACKROCK ADVISORS, INC. 40 E 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST C OF THE BLACKR | PORTABLE ALPHA MASTER SERIES TRUST (FORMERLY KNOWN AS THE BLACKROCK MULTI-STRATEGY FIXED INCOME ALPHA MASTER SERIES TRUST) (BLK TICKER: MSFIA-C) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT & INVESTMENT ADV ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST GL OF BLACKROCK | SERIES TRUST BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST GL OF THE BLACK | PORTABLE ALPHA MASTER SERIES TRUST (F/K/A THE BLACKROCK MULTI- STRATEGY FIXED INCOME ALPHA MASTER SERIES TRUST) (BLK TICKER: MSFIA- GL) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT & INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST M OF BLACKROCK | MS FI ALPHA MASTER SERIES TRUST LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST M OF BLACKROCK | SERIES TRUST C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST M OF THE BLACKR | PORTABLE ALPHA MASTER SERIES TRUST (FORMERLY KNOWN AS THE BLACKROCK MULTI-STRATEGY FIXED INCOME ALPHA MASTER SERIES TRUST) (BLK TICKER: MSFIA-M) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT & INVESTMENT ADV ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST SM OF BLACKROCK | SERIES TRUST BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK PENDING ALLOCATION | 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK PORTABLE ALPHA INVESTMENT STRATEGIES LP- | TICKER: PAS-STPA) C/O BLACKROCK INVESTMENT MANAGEMENT, LLC AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHN, ESQ. 40 EAST 52ND STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| BLACKROCK PORTABLE ALPHA INVESTMENT STRATEGIES SPE | 10022 |
| BLACKROCK PREFERRED & CORPORATE INCOME STRATEGIES | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK PREFERRED AND EQUITY ADVANTAGE TRUST | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK PREFERRED INCOME STRATEGIES FUND, INC | C/O BLACKROCK FINANCIAL MANAGEMENT 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK PREFERRED OPPORTUNITY TRUST | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK REAL ASSET EQUITY TRUST | C/O BLACK ROCK ADVISORS, LLC ATTN: PETER VAUGHAN, ESQ. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK REAL ASSET EQUITY TRUST | ATTN: LEGAL-DOCUMENTATION C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK REAL ASSET EQUITY TRUST | ATTN: JEAN SHEDLOCK, DOCUMENTATION - LEGAL C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK TOTAL RETURN FUND OF BLACKROCK SERIES FU | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| BLACKROCK TOTAL RETURN PORTFOLIO II | C/O BLACKROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK TOTAL RETURN PORTFOLIO OF BLACKROCK SERI | (BLK TICKER: BVA-TR) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK TOTAL RETURN V.I. | PORTFOLIO OF BLACKROCK VARIABLE SERIES FUNDS, INC. BLK TICKER: BVA-BF C/O BLACKROCK ADVISORS, LLC, AS INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK WORLD INCOME FUND, INC. | BLK TICKER: BR-WI C/O BLACKROCK ADVISORS, LLC, AS INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK WORLD INVESTMENT TRUST (BLK TICKERS: BWC | C/O BLACKROCK ADVISORS, LLC. ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLACKROCK/BFM - LGT EMERGING MARKET DEBT PORTFOLIO | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKSTONE PARTNERS NON-TAXABLE OFFSHORE OVERLAY F | C/O SEWARD & KISSELL LLP ATTN: ARLENE R. ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| BLACKSTONE PARTNERS NON-TAXABLE OFFSHORE OVERLAY F | ATTN: BARBARA DIMARTINO THE BLACKSTONE GROUP 345 PARK AVE 30TH FL NEW YORK NY 10154 |
| BLACKSTONE PARTNERS NON-TAXABLE OFFSHORE OVERLAY F | TIA BREAKLEY, ESQ. BLACKSTONE PARTNERS NON-TAXABLE OFFSHORE OVERLAY FUND III LTD. C/O BLACKSTONE ALTERNATIVE ASSET MANAGEMENT L.P. THE BLACKSTONE GROUP L.P. 345 PARK AVENUE NEW YORK NY 10154 |
| BLADEX CAPITAL GROWTH FUND | BLADEX CAPITAL GROWTH FUND CALLE 50 #AMPER AQUILINO DE LA GUARDIA PANAMA PANAMA |
| BLAND SHIRE COUNCIL | C/O  AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| BLAND SHIRE COUNCIL | BLAND SHIRE COUNCIL C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: JYSKE BANK A/S ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MANGEMENT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O DAVIDSON KEMPNER CAPITAL MGMT LLC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: LONGACRE MASTER FUND, LTD. C/O DAVIDSON KEMPNER CAPITAL MGMT LLC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: AES EASTERN ENERGY L.P. ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK |

| Claim Name | Address Information |
|---|---|
| BLUE ANGEL CLAIMS LLC | NY 10281-1003 |
| BLUE ANGEL CLAIMS, LLC | TRANSFEROR: LONGACRE MASTER FUND, LTD. C/O MH DAVIDSON & CO. ATTN: JENNIFER DONOVAN 65 EAST 55TH ST, 19TH FL NEW YORK NY 10022 |
| BLUE CHIP MULTI-STRATEGY MASTER FUND LP | C/O BABSON CAPITAL MANAGEMENT LLC 1500 MAIN STREET, SUITE 2800 SPRINGFIELD MA 01115 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP | ATTN: SAMUEL COLE 280 PARK AVE, 5TH FL EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP | C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP | ATTN: DAVID RUBENSTEIN C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE 5TH FLOOR EAST NEW YORK NY 10019 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP | C/O BLUE MOUNTAIN CAPITAL PARTNERS (LONDON) LP LILLY HOUSE, 3RD FLOOR 13 HANOVER SQUARE LONDON W1S 1HN UNITED KINGDOM |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP | 280 PARK AVE, 5TH FL EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN CRV II MASTER FUND LP | 280 PARK AVE, 5TH FL EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN CRV II MASTER FUND LP | ATTN: CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 280 PARK AVENUE 5TH FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN CRV II MASTER FUND LP | CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 280 PARK AVENUE 5TH FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN EQUITY ALTERNATIVE MASTER FUND LP | 280 PARK AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN EQUITY ALTERNATIVE MASTER FUND LP | ATTN: CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUE MOUNTAIN EQUITY ALTERNATIVE MASTER FUND LP | CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUCH CHURCH ST GRAND CAYMAN CAYMAN ISLANDS |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | C/O STANDARD 55 WATER STREET NEW YORK NY 10041 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-1 | ATTN: MICHAEL J. RILEY US BANK CORPORATE TRUST SERVICE P.O BOX 960778 BOSTON MA 02196-0778 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUCH CHURCH ST GRAND CAYMAN CAYMAN ISLANDS |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | STANDARD 55 WATER STREET NEW YORK NY 10041 |
| BLUE ROCK CORE FIXED INCOME PORTABLE ALPHA FUND II | C/O BLUE ROCK ADVISORS, INC. ATTN: ROBBIE BURKHART 445 EAST LAKE STREET, SUITE 230 WAYZATA MN 55391 |
| BLUE ROCK CORE FIXED INCOME PORTABLE ALPHA FUND II | MR. MARK STEEN AND MR. ROBBIE BURKHART C/O BLUE ROCK ADVISORS, INC. 445 EAST LAKE STREET, SUITE 230 WAYZATA MN 55391 |
| BLUE SKY EAGLE FUND - BLUE SKY ACTIVE FIXED INCOME | EMERGING MARKETS DEBT FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BLUE SKY EAGLE FUND - BLUE SKY ACTIVE FIXED INCOME | DEBT FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BLUEBAY FUNDS BLUEBAY INVESTMENT GRADE LIBOR FUND | 2-8 AVENUE CHARLES DE GAULLE LUXEMBOURG L 2014 LUXEMBOURG |
| BLUEBAY IGPLMEC - PLM EC | PROVINZIAL PLATZ 1 DUSSELDORF D -40591 GERMANY |
| BLUECORR FUND LLC | 280 PARK AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| BLUECORR FUND LLC | ATTN: CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUECORR FUND LLC | CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUE MOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUECREST STRATEGIC LIMITED | C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT LLP ATTN: GENERAL COUNSEL 40 |

| Claim Name | Address Information |
|---|---|
| BLUECREST STRATEGIC LIMITED | GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM |
| BLUECREST STRATEGIC LIMITED | BLUECREST STRATEGIC LIMITED CLIFFORD CHANCE US LLP 31 WEST 52ND STREET ATTN; JENNIFER C. DEMARCO, ESQ, DAVID A. SULLIVAN, ESQ NEW YORK NY 10019 |
| BLUECREST STRATEGIC LTD | PO BOX 309 UGLAND HOUSE, SOUTH CHURCH ST GEORGE TOWN CAYMAN ISLANDS |
| BLUECREST STRATEGIC LTD | GENERAL COUNSEL BLUECREST  STRATEGIC  LIMITED 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM |
| BLUEMOUNTAIN TIMBERLINE LTD | 280 PARK AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| BLUEMOUNTAIN TIMBERLINE LTD | ATTN: CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUEMOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUEMOUNTAIN TIMBERLINE LTD | CONFIRMS AT BLUE MOUNTAIN OPERATIONS C/O BLUEMOUNTAIN CAPITAL MANAGEMENT L.P. 330 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BLUEPOINT RE, LIMITED | BLUEPOINT RE LIMITED 55 PAR-LA-VILE ROAD HAMILTON HM11 BERMUDA |
| BLUEPOINT RE, LIMITED | BLUEPOINT RE LIMITED 26 REID STREETM 6TH FLOOR HAMILTON HM11 BERMUDA |
| BLUEPOINT RE, LIMITED | PARK PLACE 55 PAR-LA-VILE ROAD HAMILTON HM11 BERMUDA |
| BLUEPOINT RE, LIMITED | ATTN: HOWARD SEIFE CHADBOURNE NEW YORK NY 10112 |
| BLUEPOINT RE, LIMITED | BLUEPOINT RE LIMITED 301 SOUTH COLLEGE STREET, DC-8 CHARLOTTE NC 28202-0600 |
| BLUEPOINT RE, LIMITED | ATTN: GLOBAL RATES DERIVATIVE DOCUMENTATION UNIT C/O WACHOVIA BANK, N.A. 301 SOUTH COLLEGE STREET, DC-8 CHARLOTTE NC 28202-0600 |
| BMC SOFTWARE DISTRIBUTION BV | BMC SOFTWARE INC. HOUSTON TX 77042 |
| BMC SOFTWARE DISTRIBUTION BV | ATTN: GENERAL COUNSEL BMC SOFTWARE INC. HOUSTON TX 77042 |
| BMW (UK) TRUSTEES LIMITED | ATTN: BARRY BETTS PO BOX 10277 ALBERT STREET REDDITCH B97 4WA UNITED KINGDOM |
| BMW (UK) TRUSTEES LIMITED | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 STRUCTURED FINANCE - SASCO 2007-BNC1 U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CORPORATE TRUST SERVICES 1 FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | 2007-4 STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| BNC MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CER | SERIES 2007-4 ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| BNP PARIBAS | ATTN: JAMES LLOYD-THOMAS C/O CIB LEGAL DEPARTMENT UNITED KINGDOM |
| BNP PARIBAS | ATTN: HEATHER SMITH/JORGE VARELA 787 SEVENTH AVE NEW YORK NY 10019-6016 |
| BNP PARIBAS | ATTN: JAMES GOODALL AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| BNP PARIBAS | ATTN: KATHRYN QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| BNP PARIBAS (EFET POWER) | 10 HAREWOOD AVENUE LONDON NW1 6AA UNITED KINGDOM |
| BNP PARIBAS SA | ATTN: BNP CAPITAL MARKETS LTD P.O BOX 506 8-13 KING WILLIAM STREET LONDON EC4N 7DN UNITED KINGDOM |
| BNP PARIBAS SA | BNP PARIBAS LONDON BRANCH LONDON NW1 6AA UNITED KINGDOM |
| BNP PARIBAS SA | 10 HAREWOOD AVENUE LONDON NW1 6AA UNITED KINGDOM |
| BNP PARIBAS SA | ATTN: HEATHER SMITH 787 SEVENTH AVENUE NEW YORK NY 10019-6016 |
| BNY CORPORATE TRUSTEE SERVICES LIMITED | ATTN: MANAGER, TRUST ADMINISTRATION BNY CORPORATE TRUSTEE SERVICES LIMITED ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BNY FUND MGMT (CAYMAN) LTD AS TRUSTEE OF THE PIMCO | LOW DURATION ALPHA FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BNY FUND MGMT (CAYMAN) LTD AS TRUSTEE OF THE PIMCO | ALPHA FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BNYAM- WISDOMTREE EMERGINGMARKETS HIGH YIELDING EQ | 380 MADISON AVENUE 21TH FLOOR NEW YORK NY 10017 |
| BNYAM- WISDOMTREE EMERGINGMARKETS SMALL CAP DIVIDE | 48 WALL STREET 11TH FLOOR NEW YORK NY 10005 |
| BOARD OF CONTROL OF SAGINAW VALLEY STATE UNIV. | 7400 BAY ROAD UNIVERSITY CENTER MI 48710 |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO | 125 SOUTH CLARK STREET, 13TH FLOOR CHICAGO IL 60603 |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO | ATTN: TREASURER BOARD OF EDUCATION OF THE CITY OF CHICAGO CHICAGO IL 60603 |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO | KATTEN MUCHIN ROSENMAN LLP ANDREW L. WOOL 525 W. MONROE STREET CHICAGO IL 60661-3693 |
| BOARD OF GOVERNORS OF THE UNIV. OF NORTH CAROLINA | ATTN:VICE CHANCELLOR 300 SOUTH BUILDING CB#1000 CHAPEL HILL NC 27599 |
| BOARD OF GOVERNORS OF THE UNIV. OF NORTH CAROLINA | 300 SOUTH BUILDING CB#1000 CHAPEL HILL NC 27599-1000 |
| BOARD OF PENSIONS OF THE PRESBYTERIAN CHURCH (USA) | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| BOARD OF PENSIONS-PRESBYTERIAN FUND | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| BOARD OF THE PENSION PROTECTION FUND, THE | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET REF: EAM/EJA LONDON EC3N 2AA UNITED KINGDOM |
| BOARD OF THE PENSION PROTECTION FUND, THE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BOBB, JANICE | 313 PLYMOUTH ROAD NORTH BRUNSWICK NJ 08902 |
| BOCA RATON COMMUNITY HOSPITAL, INC. | 745 MEADOWS ROAD BOCA RATON FL 33486 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| BOISE CASCADE LLC | 1111 WEST JEFFERSON STREET P.O. BOX 50 BOISE ID 83702 |
| BOLIG OG NAERINGSBANKEN ASA | BOLIG – OG NAERINGSBANKEN ASA NORWAY |
| BOMBADIER TRUST (UK) | ATTN: SOPHIE LEBLANC 800, BOUL. RENE-LEVESQUE OUEST, BUREAU 2900 MONTREAL QC H3B 1Y8 CANADA |
| BON-SECOURS HEALTH SYSTEMS INC. | 1505 MARRIOTSVILLE ROAD MARRIOTSVILLE 21104 |
| BONDI BEACHSIDE HOLDINGS PTY LTD | BONDI BEACHSIDE HOLDINGS PTY LTD. SYDNEY 2000 AUSTRALIA |
| BONDI BEACHSIDE HOLDINGS PTY LTD | ATTN: EDUARD LITVER BONDI BEACHSIDE PTY LTD. SYDNEY 2000 AUSTRALIA |
| BONDI BEACHSIDE HOLDINGS PTY LTD | ATTN: ALLEN LINZ BONDI BEACHSIDE REBEL PTY LTD. SYDNEY 2000 AUSTRALIA |
| BONDI BEACHSIDE HOLDINGS PTY LTD | ATTN: ALLEN LINZ BONDI BEACHSIDE PTY LTD 14 MARTIN PL SYDNEY 2000 AUSTRALIA |
| BONDI BEACHSIDE HOLDINGS PTY LTD | ATTN: GIL BARON BONDI BEACHSIDE PTY LTD 66 HUNTER STREET SYDNEY 2000 AUSTRALIA |
| BONNEVILLE POWER ADMINISTRATION (WSPP) | P.O. BOX 3621 PORTLAND OR 97208-3621 |
| BONTEN MEDIA GROUP INC. | STEPHEN BESEN & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE |
| BONTEN MEDIA GROUP INC. | BONTEN MEDIA GROUP HOLDINGS, INC. ATTN: WILLIAM S. MOODY 675 THIRD AVENUE, SUITE 2521 NEW YORK NY 10017 |
| BONTEN MEDIA GROUP LLC | 675 THIRD AVENUE SUITE 2521 NEW YORK NY 10017 |
| BOSQUE POWER COMPANY LLC | ATTN: PORTFOLIO MANAGER, ASSRT BASED INVESTMENTS ARCAPITA INC. 75 FOURTEENTH STREET, 23RD FLOOR ATLANTA GA 30309 |
| BOSQUE POWER COMPANY LLC | PORTFOLIO MANAGER, ASSRT BASED INVESTMENTS ARCAPITA INC. 75 FOURTEENTH STREET, 23RD FLOOR ATLANTA GA 30309 |
| BOSQUE POWER COMPANY LLC | ATTN: CONTROLLER FULCRUM POWER SERVICES 5120 WOODWAY, SUITE 10010 HOUSTON TX 77056 |
| BOSQUE POWER COMPANY LP | LEHMAN BROTHERS COMMODITY SERVICES INC. C/O LEHMAN BROTHERS INC., TRANSACTION MANAGEMENT GROUP 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: THE DIRECTORS BOSTON HARBOUR CLO 2004-1, LTD. MARY STREET, GEORGE TOWN GRAND CAYMAN BRITISH WEST INDIES |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MA 21045 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: GENERAL COUNSEL THE PUTNAM ADVISORY COMPANY, LLC RE. BOSTON HARBOR CLO 2004-1, LTD. ONE POST OFFICE SQUARE BOSTON MA 02109 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: INSTITUTIONAL TRUST SERVICE JPMORGAN CHASE BANK RE. BOSTON HARBOR CLO 2004-1, LTD. 600 TRAVIS STREET, 50TH FLOOR HOUSTON TX 77002 |
| BOSTON HARBOR CLO 2004-1 LIMITED | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER CT SUITE 760 HOUSTON TX 77056 |
| BOTTLING GROUP LLC | BOTTLING GROUP, LLC 1 PEPSI WAY SOMERS NY 10589 |
| BOULDER COMMUNITY HOSPITAL | NORTH BROADWAY AND BALSAM P.O. BOX 9019 BOULDER CO 80301 |
| BOULTBEE (VASTERAS) AB | BOULTBEE (V?STER?S) AB, C/O EFM (SVERIGE) AB BOX 49166, STOCKHOLM SWEDEN |
| BOYD GAMING CORPORATION | BOYD GAMING CORPORATION 2950 INDUSTRIAL ROAD LAS VEGAS NV 89146 |
| BP CANADA ENERGY COMPANY | ATTN: TIM YEE 240-4TH AVE SW CALGARY AB CANADA |
| BP CANADA ENERGY COMPANY | KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR/BENJAMIN BLAUSTEIN, ESQS 101 PARK AVENUE NEW YORK NY 10178 |
| BP CANADA ENERGY COMPANY | BRIAN G. SELINGER ATTORNEY, BP AMERICA INC. 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP CANADA ENERGY COMPANY (EDI) | 240-4TH AVE SW CALGARY AB CANADA |
| BP CORPORATION NORTH AMERICA INC | ATTN: KENNY FOO 501 WESTLAKE PARK BLVD HOUSTON TX 77079 |
| BP CORPORATION NORTH AMERICA INC | ATTN: CONTRACT SERVICES 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP CORPORATION NORTH AMERICA INC | CONTRACT SERVICES 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP CORPORATION NORTH AMERICA INC. | ATTN: JAMES S CARR/BENJAMIN BLAUSTEIN KELLEY DRYE & WARREN LLP 101 PARK AVENUE NEW YORK NY 10178 |
| BP CORPORATION NORTH AMERICA INC. | ATTN: BRIAN G SELINGER, ATTORNEY 501 WESTLAKE PARK BLVD HOUSTON TX 77079 |
| BP ENERGY COMPANY | 501 WESTLAKE PARK BLVD HOUSTON TX 77079 |

| Claim Name | Address Information |
|---|---|
| BP ENERGY COMPANY INC(EEI) | 501 WESTLAKE PARK BLVD HOUSTON TX 77079 |
| BP GAS MARKETING LIMITED | FIONA CROSS BP LEGAL 20 CANADA SQUARE CANARY WHARF LONDON E14 5NJ UK |
| BP GAS MARKETING LIMITED | KELLEY DRYE & WARREN LLP ATTN: JAMES S CARR/BENJAMIN BLAUSTEIN, ESQ 101 PARK AVENUE NEW YORK NY 10178 |
| BP GAS MARKETING LTD | 20 CANADA SQUARE CANARY WHARF LONDON UNITED KINGDOM |
| BP GAS MARKETING LTD | ATTN: LINDA BERGER 20 CANADA SQUARE CANARY WHARF LONDON UNITED KINGDOM |
| BP INTERNATIONAL LTD | CONTRACT MANAGER 20 CANADA SQUARE CANARY WHARF LONDON E14 5NJ UNITED KINGDOM |
| BP NORTH AMERICA PETROLEUM INC | ATTN: THOMAS A LULLO 28301 FERRY RD WARRENVILLE IL 60555 |
| BP NORTH AMERICA PETROLEUM INC | ATTN: CONTRACT MANAGEMENT – ISDA CONTRACT SPECIALIST 28301 FERRY ROAD, FIRST FLOOR WEST WARRENVILLE IL 60555-3926 |
| BP NORTH AMERICA PETROLEUM INC | ATTN: CONTRACT MANAGEMENT-ISDA CONTRACT SPECIALIST WARRENVILLE, IL TRANSACTIONS 28301 FERRY ROAD, FIRST FLOOR WEST WARRENVILLE IL 60555-3926 |
| BP OIL INTERNATIONAL LIM ITED | BP INTERNATIONAL LTD BP INTERNATIONAL LTD 1 FINSBURY CIRCUS LONDON UNITED KINGDOM |
| BP OIL INTERNATIONAL LIMITED | 20 CANADA SQUARE CANARY WHARF LONDON E14 4AD UNITED KINGDOM |
| BP OIL SUPPLY COMPANY | ATTN: THOMAS A LULLO 28301 FERRY RD WARRENVILLE IL 60555 |
| BP OIL SUPPLY COMPANY | ATTN: ISDA CONTRACT SPECIALIST 28301 FERRY ROAD FIRST FLOOR – WEST WARRENVILLE IL 60555 |
| BP OIL SUPPLY COMPANY | ISDA CONTRACT SPECIALIST 28301 FERRY ROAD FIRST FLOOR – WEST WARRENVILLE IL 60555 |
| BP OIL SUPPLY COMPANY | 28301 FERRY RD WARRENVILLE IL 60555-3018 |
| BP OIL SUPPLY COMPANY | BP PRODUCTS NORTH AMERICA INC. 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP OIL SUPPLY COMPANY | ISDA CONTRACT SPECIALIST BP PRODUCTS NORTH AMERICA INC. 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP PRODUCTS NORTH AMERICA INC. | 501 WESTLAKE PARK BLVD. 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP SINGAPORE PTE LTD | 1 HARBOURFRONT AVENUE #02-01 KEPPEL BAY TOWER SINGAPORE |
| BPL CONSUMERS SRL | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MA 21045 |
| BPL CONSUMERS SRL | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER CT SUITE 760 HOUSTON TX 77056 |
| BPL CONSUMERS.R.L. | C/O ALLEN ROME CORSO VITTORIO EMANUELE 284-00186 ITALY |
| BPL CONSUMERS.R.L. | ATTN: SOLE DIRECTOR SEDE: VIA TORTONA C. FISCALE E P. IVA 03658730969 ISCRIZIONE ELENCO GENERALE N. 34312 MILANO 25-20144 ITALY |
| BPOSC PHYSICAL | 28301 FERRY RD WARRENVILLE IL 60555-3018 |
| BRACEBRIDGE/FYI LTD. | C/O BRACEBRIDGE CAPITAL, LLC 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| BRACEBRIDGE/FYI LTD. | ATTN: JOHN SPINNEY AND DEREK REISINGER C/O BRACEBRIDGE CAPITAL, LLC 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| BRACEBRIDGE/OLIFANT FUND LTD | 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| BRACEBRIDGE/OLIFANT FUND LTD | ATTN: JIM DIBIASE C/O BRACE BRIDGE CAPITAL, LLC ONE BOW STREET BOSTON MA 02116 |
| BRACEBRIDGE/OLIFANT FUND LTD | ATTN: JOHN SPINNEY AND DEREK REISINGER C/O BRACEBRIDGE CAPITAL, LLC 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| BRADFORD & BINGLEY PLC | P O BOX 88 WEST YORKSHIRE CROFT ROAD, CROSSFLATS BINGLEY UNITED KINGDOM |
| BRANDON-OXFORD ASSOCIATES L.P. | 4582 S. ULSTER ST. PKWY DENVER CO 80237 |
| BRATTLEBORO | 17 BELMONT AVE. BRATTLEBORO VT 05301 |
| BRATTLEBORO MEMORIAL HOSPITAL INC | 17 BELMONT AVE. BRATTLEBORO VT 05301 |
| BRCH CORPORATION | C/O FOLEY & LARDNER LLP ATTN: GEOFFREY S. GOODMAN, ESQ. 321 NORTH CLARK STREET SUITE 2800 CHICAGO IL 60654 |
| BRE BANK SA | 2 BANK SQUARE WARSAW POLAND |
| BRE BANK SA | UL. SENATORSKA 18 POLAND |
| BRE BANK SA | ATTN: SLAWEK KURKOWSKI 2 BANK SQUARE WARSAW POLAND |
| BRE BANK SA | BARBARA KREGLEWSKA UL SENATORSKA 18 PO BOX 728 WARSZAWA 00-950 POLAND |
| BRE BANK SA | MATTHEW P MORRIS LOVELLS LLP 590 MADISON AVE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| BRED BANQUE POPULAIRE | CCBP REPRESENTATION OFFICE 76 CANNON STREET LONDON EC4N 6AE UNITED KINGDOM |
| BRED BANQUE POPULAIRE | CCBP REPRESENTATION OFFICE 77 CANNON STREET LONDON EC4N 6AE UNITED KINGDOM |
| BREITBURN ENERGY PARTNERS LP | ATTN: BRUCE MCFARLAND 515 SOUTH FLOWER STREET, SUITE 4800 LOS ANGELES CA 90071 |
| BREITBURN OPERATING LP | 515 SOUTH FLOWER STREET, SUITE 4800 LOS ANGELES CA 90071 |
| BREMER FINANCIAL CORPORATION | 445 MINNESOTA ST. SUITE 2000 NEW YORK NY 10022 |
| BREMER LANDESBANK KREDITANSTALT OLDENBURG | DOMSHOF 26 BREMEN 28195 GERMANY |
| BRENCOURT A/C MAN MACSCHRECKHORN 14B | MAN MAC SCHRECKHORN 14B LTD. ARGONAUT HOUSE, 5 PARK ROAD HAMILTON BERMUDA |
| BRENCOURT A/C MAN MACSCHRECKHORN 14B | BRENCOURT ADVISORS LLC 600 LEXINGTON AVENUE, 8TH FLOOR NEW YORK NY 10012 |
| BRENCOURT A/C MAN MACSCHRECKHORN 14B | 3 2ND ST FL 6 JERSEY CITY NJ 73023099 |
| BRETHREN RETIREMENT COMMUNITY | 750 CHESTNUT STREET GREENVILLE OH 45331 |
| BRETHREN VILLAGE | RHOADS & SINON LLP KATHRYN D. SALLIE, ESQ. ONE S. MARKET SQ. 12TH FL. PO BOX 1146 HARRISBURG PA 17108-1146 |
| BRETHREN VILLAGE | KATHRYN D. SALLIE, ESQ RHOADA & SIMON LLP ONE S. MARKET SQ, 12TH FL PO BOX 1146 HARRISBURG PA 17108-1146 |
| BRETHREN VILLAGE | 3001 LITITZ PIKE LANCASTER PA 17606 |
| BREVAN HOWARD MASTER FUND LIMITED | C/O BREAVAN HOWARD ASSET MANAGEMENT LLP 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| BREVAN HOWARD MASTER FUND LTD | C/O M UGLAND HOUSE, PO BOX 309, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BREVAN HOWARD MASTER FUND LTD | ATTN: DONNA MARTINEAU, SETTLEMENTS UGLAND HOUSE, PO BOX 309, GEORGE TOWN CAYMAN ISLANDS |
| BREWSTER, MICHAEL | 269 WEST LAKE BLVD MAHOPAC NY 10541 |
| BREWSTER, MICHAEL J. | 269 WEST LAKE BLVD MAHOPAC NY 10541 |
| BRIAN SPANEL | 177714 LITTLE LEAF COURT CHESTERFIELD MO 63005 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MA 21045 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60607 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60607 |
| BRIARWOOD COMMERCIAL PAPER TRUST | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER CT SUITE 760 HOUSTON TX 77056 |
| BRIARWOOD, LTD | 3700 ENGLEWOOD DRIVE STOW OH |
| BRIARWOOD, LTD | JOHN TRIMBLE – EXECUTIVE DIRECTOR 3700 ENGLEWOOD DRIVE STOW OH 44224 |
| BRICK, BILL | 5864 VERSAILLES AVENUE FRISCO TX 75034 |
| BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD SUITE 600 PASADENA CA 91101 |
| BRICKMAN GROUP LTD | ATTN: TIMOTHY H. PEASE, CFO 18227 FLOWER HILL WAY, SUITE D GAITHERSBURG, MD MD , MD |
| BRICKMAN GROUP LTD | ATTN: TIMOTHY H. PEASE, CFO 18227 FLOWER HILL WAY, SUITE D GAITHERSBURG, MD MD 20879 |
| BRICKMAN GROUP LTD | C/O HARRIS BANK 111 WEST MONROE STREET CHICAGO IL 60603 |
| BRIDGEWATER ALL WEATHER FUND (AUSTRALIA) | BRIDGEWATER ASSOCIATES, INC. ATTN: PETER LA TRONICA ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRIDGEWATER CROWN FUND LTD | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRIDGEWATER EQUITY FUND | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRIDGEWATER PURE ALPHA EURO FUND LTD | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |

| Claim Name | Address Information |
|---|---|
| BRIDGEWATER PURE ALPHA TRADING COMPANY | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD | STEVEN P. VINCENT BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD. C/O BRIGADE CAPITAL MANAGEMENT, LLC 717 FIFTH AVENUE, SUITE 1301 NEW YORK NY 10022 |
| BRISTOL MYERS SQUIBB COMPANY | 345 PARK AVENUE NEW YORK NY 10154 |
| BRISTOL MYERS SQUIBB COMPANY | ATTN: MR. KEVIN HALPIN 345 PARK AVENUE NEW YORK NY 10154 |
| BRITISH AIRWAYS PLC | WATERSIDE (HAA3) HARMONDSWORTH UNITED KINGDOM |
| BRITISH AIRWAYS PLC | GROUP TREASURER WATERSIDE (HAA3) UNITED KINGDOM |
| BRITISH AIRWAYS PLC | ATTN: KAREN SCHOENIG WATERSIDE PO BOX 365 HARMONDSWORTH UNITED KINGDOM |
| BRITISH AIRWAYS PLC | ATTN: KAREN SCHOENIG WATERSIDE PO BOX 365 UNITED KINGDOM |
| BRITISH COLUMBIA INVESTMENT MANAGEMENT CORPORATION | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRITISH ENERGY TRADING AND SALES LIMITED | GSO BUSINESS PARK EAST KILBRIDE G74 5PG UNITED KINGDOM |
| BRITISH ENERGY TRADING AND SALES LIMITED | ATTN: POWER MARKETS DIRECTOR BARNETT WAY BARNWOOD GLOUCESTER GL4 3RS UNITED KINGDOM |
| BRM ABERDEEN GLOBAL EQUITIES | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| BRM GROUP LTD | BRM GROUP LTD. HARTOM 8 STREET JERUSALEM ISRAEL |
| BRM GROUP LTD. | BRM GROUP LTD. ATTN: AVI BASHER GOLAN STREET ONE BAREKET BUILDING PO BOX 215 AIRPORT CITY 70100 ISRAEL |
| BRM GROUP LTD. | C/O MORRISON & FOERSTER LLP ATTN: NORMAN S. ROSENBAUM 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRM GROUP LTD. | BRM GROUP LTD., C/O MORRISON & FOSTER LLP ATTN:BARBARA R. MENDELSON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BROAD MARKET XL HOLDINGS LTD (IN OFFICIAL LIQUIDAT | ATTN: RICHARD FOGERTY ZOLFO COOPER PO BOX 1102 4TH FLOOR BUILDING 3 CAYMAN FINANCIAL CENTRE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| BROAD RIVER WATER AUTHORITY | 106 DUKE STREET SPINDALE NC 28106 |
| BROADMOOR VILLAGE APARTMENTS | BROADMOOR VILLAGE APARTMENTS C/O WASATCH PROPERTY MANAGEMENT 399 NORTH MAIN STREET, 2ND FLOOR LOGAN UT 84321 |
| BROADMOOR VILLAGE APARTMENTS | C/O WASATCH PROPERTY MANAGEMENT 399 NORTH MAIN STREET, 2ND FLOOR LOGAN UT 84321 |
| BROKERXPRESS | 60 BIRCHWOOD ROAD NORTHBROOK IL 60062 |
| BROOKDALE GLBL OPPTY FUND | ATTN:EITAN MILGRAM C/O WEISS ASSET MANAGEMENT, LLC 29 COMMONWEALTH AVENUE, 10TH FLOOR BOSTON MA 02116 |
| BROOKDALE INTL PRTNRS LP | ATTN:EITAN MILGRAM C/O WEISS ASSET MANAGEMENT, LLC 29 COMMONWEALTH AVENUE, 10TH FLOOR BOSTON MA 02116 |
| BROOKDALE SENIOR LIVING INC | ATTN: VP OF MULTIFAMILY ASSET MANAGEMENT FANNIE MAE 3909 WISCONSIN AVENUE, NW WASHINGTON DC 20433 |
| BROOKDALE SENIOR LIVING INC | 111 WESTWOOD PLACE SUITE 200 BRENTWOOD TN 37027 |
| BROOKDALE SENIOR LIVING INC | BROOKDALE SENIOR LIVING INC BROOKDALE SENIOR LIVING INC. BRENTWOOD TN 37027 |
| BROOKDALE SENIOR LIVING INC | ATTN: MR. GEORGE HICKS - EVP BROOKDALE SENIOR LIVING INC. 111 WESTWOOD PLACE, SUITE 200 BRENTWOOD TN 37027 |
| BROOKDALE SENIOR LIVING INC | ATTN: MORTGAGE SERVICING MMA MORTGAGE INVESTMENT CORPORATION 2177 YOUNGNIAN AVENUE ST. PAUL MN 55116 |
| BROOKDALE SENIOR LIVING INC | 330 NORTH WABASH AVENUE, SUITE 1400 CHICAGO IL 60611 |
| BROOKHAVEN AT LEXINGTON | C/O SYMMES LIFE CARE, INC. 1010 WALTHAM STREET LEXINGTON MA 02421 |
| BROOKSIDE, LLC | C/O FOGELMAN REALTY GROUP MEMPHIS TN 38138 |
| BROWN BROTHERS HARRIMAN & CO | ATTN: FX ADMINISTARATION 59 WALL STREET NEW YORK NY 10006 |
| BROWN BROTHERS HARRIMAN AND COMPANY | BROWN BROTHERS HARRIMAN GRAND CAYMAN CAYMAN ISLANDS |
| BROWN BROTHERS HARRIMAN TRUST COMPANY | SOLELY IN ITS CAPACITY AS TRUSTEE OF THE STELLAR PERFORMER GLOBAL SERIES ATTN: |

| Claim Name | Address Information |
|---|---|
| (CAYMAN) LTD | EDWARD J. DEVINE, MANAGING DIRECTOR 140 BROADWAY, 4TH FLOOR NEW YORK NY 10005 |
| BROWNSTONE PARTNERS CATALYST MASTER FUND LTD | C/O BROWNSTONE ASSET MANAGEMENT, L.P. ATTN: DAVID ZORNITSKY 655 THIRD AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| BROWNSTONE PARTNERS CATALYST MASTER FUND LTD | DAVID ZORNITSKY BROWNSTONE ASSET MANAGEMENT, L.P. NEW YORK NY 10022 |
| BROWNSTONE PARTNERS CATALYST MASTER FUND LTD | ATTN: DAVID ZORNITSKY BROWNSTONE ASSET MANAGEMENT, LP NEW YORK NY 10022 |
| BRUNEI SHELL PROVIDENT FUND | ATTN: MS. TAN YING YING FAC/22 BRUNEI SHELL PETROLEUM CO SDN BHD BSP HQ 2ND FLOOR M BLOCK JALAN UTARA KUALA BELAIT KB3534 BRUNEI DARUSSALAM |
| BRYANT UNIVERSITY | 1150 DOUGLAS PIKE SMITHFIELD RI 02917 |
| BS GARANTIA 125 ANIVERSARIO FI | BANSABADELL INVERSION, S.A., S.G.I.I.C. SANT CUGAT DEL VALLES SPAIN |
| BS GARANTIA FONDOS 2, FI | SOCIEDAD UNIPERSONAL CALLE SENA, 12 SPAIN |
| BSAM- RUSSELL INVESTMENT COMPDIVERSIFIED BOND FUND | 909 A STREET TACOMA WA 98402-5120 |
| BSI S.A. (BANCA DELLA SVIZZERA ITALIANA) | BSI VIA PERI 23 LUGANO SWITZERLAND |
| BSI S.A. (BANCA DELLA SVIZZERA ITALIANA) | AMMIN CREDITI BSI VIA PERI 23 LUGANO SWITZERLAND |
| BSI S.A. (BANCA DELLA SVIZZERA ITALIANA) | ATTN: AMMIN CREDITI VIA PERI 23 LUGANO SWITZERLAND |
| BSI S.A. (BANCA DELLA SVIZZERAITALIANA) | 23 VIA PERI FOREIGN EXCHANGE DEPT. SWITZERLAND |
| BSI SA (BANCA SVIZZERA ITALIANA) | 23 VIA PERI FOREIGN EXCHANGE DEPT. LUGANO STAMFORD CT 6900 SWITZERLAND |
| BT INSTITUTIONAL HEDGED GLOBAL BOND FUND | PRINCIPAL GLOBAL INVESTORS, LLC ATTN: DEBRA EPP 801 GRAND AVENUE DES MOINES IA 50392 |
| BTDJM PHASE II ASSOCIATE | ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 26TH FLOOR NEW YORK NY 10005 |
| BTDJM PHASE II ASSOCIATE | ATTN: THOMAS MUSARRA HSBC BANK, USA 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| BTDJM PHASE II ASSOCIATE | ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 60 WALL STREET 26TH FLOOR NEW YORK NY 10017 |
| BTDJM PHASE II ASSOCIATE | ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON NEW YORK NY 10286 |
| BTDJM PHASE II ASSOCIATE | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MA 21045 |
| BTDJM PHASE II ASSOCIATE | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| BTDJM PHASE II ASSOCIATE | ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60607 |
| BTDJM PHASE II ASSOCIATE | ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60607 |
| BTDJM PHASE II ASSOCIATE | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER CT SUITE 760 HOUSTON TX 77056 |
| BTDJM PHASE II ASSOCIATE | ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 3RD FLOOR LAGUNA HILLS CA 92653 |
| BUCK ACQUISITION CORP | 100 MISSION RIDGE GOODLETTSVILLE TN 37072-2170 |
| BUCK INSTITUTE FOR AGE RESEARCH | 8001 REDWOOD BLVD NOVATO CA 94945 |
| BUCKEYE PARTNERS LP | BUCKEYE PARTNERS, L.P. FIVE TEK PARK 9999 HAMILTON BLVD BREININGSVILLE PA 18031 |
| BUCKNER RETIREMENT SERVICES INC., TEXAS | 600 N. PEARL STREET SUITE 1900 DALLAS TX 75201 |
| BUCKS COUNTY WATER AND SEWER | 1275 ALMSHOUSE RD WARRINGTON PA 18976 |
| BUCYRUS INTERNATIONAL, INC. | P.O. BOX 500 1100 MILWAUKEE AVE SOUTH MILWAUKEE WI 53172 |
| BUFFALO FISCAL STABILITY AUTHORITY | MARKET ARCADE BUILDING, SUITE 200 617 MAIN STREET BUFFALO NY 14203 |
| BUILDING EQUITY SOONER FOR TOMORROW | THE SCHOOL DISTRICT OF GREENVILLE COUNTY, SOUTH CAROLINA ATTN: JEFF KNOTTS 301 CAMPERDOWN WAY GREENVILLE SC 29601 |

| Claim Name | Address Information |
|---|---|
| BUILDING FINANCE COMPANY OF TENNESSEE | CHESTNUT STREET TOWER 605 CHESTNUT STREET SUITE 200 CHATTANOOGA TN 37450 |
| BULGARI GLOBAL OPERATIONS | 34, RUE DE MONRUZ NEUCHATEL 2008 SWITZERLAND |
| BUNDESMINISTERIUM DER FINANZEN (FEDERAL MINISTRY O | FINANZAGENTUR GMBH LURGIALLEE 5 GERMANY |
| BUNDESMINISTERIUM DER FINANZEN (FEDERAL MINISTRY O | ATTN: ANDREAS DORFM? FINANZAGENTUR GMBH LURGIALLEE 5 GERMANY |
| BUNGE SA | 13 ROUTE DE FLORISSANT GENEVA 12 SWITZERLAND |
| BUNGE SA | ATTN: PETER SIMEONS BUNGE CORPORATION LTD 65 LONDON WALL, ROOM 113 LONDON UNITED KINGDOM |
| BUNTING FAMILY LLCII LIMITED LIABILITY CO., THE | BUNTING MANAGEMENT GROUP, 217 INTERNATIONAL CIRCLE HUNT VALLEY MD 21030 |
| BUSINESS DEVELOPMENT BANK OF CANADA – CURRENCY OVE | C/O FRANCOIS LAURIN, TREASURER 5 PLACE VILLE-MARIE, SUITE 300 MONTREAL QC H3B 5E7 CANADA |
| BUTTERFIELD BANK | C/O DANIEL MCCLEARY 65 FRONT ST HAMILTON HM 12 BERMUDA |
| BWA/AMERICAN AIRLINES MASTER FIXED BENEFIT PEN TR | AMERICAN AIRLINES INC. C/O BRIDGEWATER ASSOCIATES INC. ONE GLENDINNING PLACE WESTPORT CT 06881 |
| BWA/BANK OF AMERICA PENSION PLAN | 0 6880 UNKNOWN |
| BWA/BD OF FIRE & POLICE PENS COMMISSIONERS CITY LA | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/BRIDGEWATER FAIRFAX COUNTY ERS FUND LIMITED | KINGSTON CHAMBERS PO BOX 173 TORTOLA VIRGIN ISLANDS (BRITISH) |
| BWA/BRIDGEWATER GMAM FUND LIMITED | KINGSTON CHAMBERS PO BOX 173 TORTOLA VIRGIN ISLANDS (BRITISH) |
| BWA/COMPASS OFFSHORE SAV PCC LIMITED | 55 EAST 52ND STREET 29TH FLOOR NEW YORK NY 10055 |
| BWA/DIAMOND RIDGE, LLC | 907 WILDWOOD DRIVE JEFFERSON CITY MO 65102 |
| BWA/EDS RETIREMENT PLAN | BWA/BRIDGEWATER EQUITY FUND, LLC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/H.E.S.T AUSTRALIA LTD. | ATTN: PETER LATRONICA BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/MERCHANT NAVY OFFICERS PENSION FUND | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/NON-TEACHER SCHOOL EMPLOYEE RETIR SYS MISSOURI | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| BWA/QUEENSLAND INVESTMENT CORP. ACTIVE CURRENCY TR | LEVEL 6 CENRAL PLAZA II BRISBANE, QUEENSLAND AUSTRALIA |
| BWA/QUEENSLAND INVESTMENT TRUST | LEVEL 6 CENRAL PLAZA II BRISBANE, QUEENSLAND AUSTRALIA |
| BWA/SAN FRANCISCO EMPLOYEES' RETIREMENT SYSTEM | SAN FRANCISCO EMPLOYEES#APPOS RETIREMENT SYSTEM 30 VAN NESS AVENUE, SUITE 3000 SAN FRANCISCO CA 94102 |
| BWA/SHELL PENSION TRUST | SHELL HEADQUARTERS HR DEN HAAG ROYAL DUTCH SHELL PLC CAREL VAN BYLANDTLAAN 30 NETHERLANDS |
| BWA/SOUTHERN CALIFORNIA EDISONCOMP RETIREMENT PL | BRIDEGWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/STATE OF WISCONSIN INVESTMENT BOARD | STATE OF WISCONSIN INVESTMENT BOARD 121 EAST WILSON STREET MADISON WI 53702 |
| BWA/STATE OF WISCONSIN INVESTMENT BOARD TIPS PLUS | STATE OF WISCONSIN INVESTMENT BOARD 121 EAST WILSON STREET MADISON WI 53702 |
| BWA/STICHTING PENSIOENFUNDS ABP | STICHING PENSIOENFONDS ABP OUDE LINDESTRAAT 70 HEERLEN NETHERLANDS |
| BWA/SUPERANNUAT FNDS MGMT CORPOF SOUTH AUSTRALIA | SUPERANNUATION FUNDS MGMT CORP. OF SOUTH AUSTRALIA ADELAIDE SOUTH LEVEL 12, MERCANTILE MUTUAL CENTRE, 45 PIRIE STREET AUSTRALIA |
| BWA/SYNGENTA UK PENSION FUND | SYNGENTA PENSIONS TRUSTEE LIMITED 15 STANHOPE GATE LONDON UNITED KINGDOM |
| BWA/SYNGENTA UK PENSION FUND FX OVERLAY | BRIDGEWATER ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/TAC CAPITAL LLC | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/THE RONALD FAMILY TRUST B | C/O. BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BWA/TRUSTEE OF THE BAYER GRP PEN PLN | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT |

| Claim Name | Address Information |
|---|---|
| A/C BAYER B1A | 06880 |
| BWA/UNISYS CORPORATION MASTER TRUST | CANADIAN PENSION PLAN INVESTMENT BOARD ONE QUEEN STREET EAST, SUITE 2700 P.O. BOX 101 TORONTO ON CANADA |
| BWA/UNIVERSITY OF NOTRE DAME DU LAC | UNIVERSITY OF NOTRE DAME NOTRE DAME IN 46555 |
| BWA/VICTORIAN WORKCOVER AUTH. INTEL FIXED INTEREST | 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| C LAB GARANTIZADO X FIMRE CAJA LABORAL POP GESTION | CAJA LABORAL GESTION SGIIC SA PASEO D. J.M. ARIZMENDIARRETA 5 ARRASATE ( GIPUZKOA) 20500 SPAIN |
| C.H.I OPERATING-INTERMEDIATE BOND PORTFOLIO | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-911 385 E. COLORADO BLVD PASADENA CA 91101 |
| C.H.I RETIREMENT-INTERMEDIATE BOND PORTFOLIO | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-912 385 E. COLORADO BLVD PASADENA CA 91101 |
| C.M. LIFE INSURANCE COMPANY | C/O BABSON CAPITAL MGT LLC 1500 MAIN STREET, SUITE 2800 SPRINGFIELD MA 0, MA |
| C.M. LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| C.M. LIFE INSURANCE COMPANY | C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MA 21045 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A R. L. | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER CT SUITE 760 HOUSTON TX 77056 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A. R. L. | ATTN: MR. GORDON E. C. BURROWS VIA ELEONORA DUSE 53 ROME 00197 ITALY |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A. R. L. | KING & SPALDING LLP ATTN: JEFFREY LIVINGSTON & GEROGE B. SOUTH III 1185 AVENUE FO THE AMERICAS NEW YORK NY 10036 |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: SUMMIT PETROLEUM LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: ORANJE-NASSAU ENERGIE BV C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: BLACK RIVER COMMODITY FUND LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. | TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD., A BE C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: HARTFIELD FUND LIMITED C/0 CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: SMOLANSKY FUND LIMITED C/0 CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: WATERSTONE MARKET NETURAL MAC 51 LIMITED C/0 CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: SUNRISE PARTNERS LIMITED PARTNERSHIP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: JMG TRITON OFFSHORE FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: JMG CAPITAL PARTNERS LP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. | TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC C/O CARVAL INVESTORS UK LIMITED |

| Claim Name | Address Information |
|---|---|
| (UK) | KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BOSQUE POWER COMPANY, LLC 11-13 BOULEVARD DE LA FOIRE L 1528 LUXEMBOURG |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED) C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: SUMMIT PETROLEUM LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C/E MAPLES FINANCE LIMITED | C/E MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN,CAYMAN ISLANDS BRITISH WEST INDIES |
| C/O BAWAG HOLDING GMBH | C/O BAWAG HOLDING GMBH C/O BAWAG P.S.K. BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE POSTSPARKASSE AKTIENGESELLSCHAFT BEREICH BILANZEN -BIFB (RE), GEORG-COCH-PLATZ 3 A1018 WIEN AUSTRIA |
| C/O BLACKROCK ADVISORS, INC. | 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| C/O BRIDGEWATER ASSOCIATES, INC. | ATTN: DERIVATIVE CONTRACT BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| C/O CAPSTONE | 6 BROADGATE LONDON EC2M 2QS UNITED KINGDOM |
| C/O CAPSTONE (TREASURY) | 6 BROADGATE LONDON EC2M 2QS UNITED KINGDOM |
| C/O CAPSTONE (TREASURY) | ATTN: HEAD OF FINANCE C/O CAPSTONE (TREASURY) LONDON EC2M 2QS UNITED KINGDOM |
| C/O CAPSTONE MORTGAGE SERVICES LIMITED | 1ST FLOOR, 6 BROADGATE LONDON EC2M 2QS UNITED KINGDOM |
| C/O DEUTSCHE ASSET MANAGEMENT LIMITED | ATTN: DERIVATIVE CONTRACT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| C/O DEUTSCHE BANK (CAYMAN) LIMITED | P.O. BOX 1984 BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN KY-1104 CAYMAN ISLANDS |
| C/O DEUTSCHE BANK NATIONAL TRUST COMPANY | 1761 E SAINT ANDREW PLACE SANTA ANA CA 92705 |
| C/O HSBC BANK USA | 140 BROADWAY NEW YORK NY 10005 |
| C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED P.O. BOX 1109 GT MARY STREET, GEORGE TOWN GRAND CAYMAN,CAYMAN ISLANDS BRITISH WEST INDIES |
| C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE PO BOX 1109 NORTH STREET GEORGE TOWN GRAND CAYMAN,CAYMAN ISLANDS BRITISH WEST INDIES |
| C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED P.O. BOX 1109 GT STRATHVALE HOUSE, NORTH CHURCH STREET GRAND CAYMAN,CAYMAN ISLANDS BRITISH WEST INDIES |
| C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED P.O. BOX 1109 GT STRATHVALE HOUSE, NORTH CHURCH STREET GRAND CAYMAN BRITISH WEST INDIES |
| C/O JPMORGAN CHASE | 4 NEW YORK PLAZA 6TH FLOOR NEW YORK NY 10004 |
| C/O MAPLES FINANCE LIMITED | P.O. BOX 1093 GT QUEENSGATE HOUSE GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| C/O MAPLES FINANCE LIMITED | P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| C/O MERRILL LYNCH INVESTMENT MANAGERS LLC | 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| C/O PUTNAM INVESTMENTS | ONE POST OFFICE SQUARE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| C/O THE BANK OF NEW YORK | 101 BARCLAY STREET NEW YORK NY 10286 |
| C/O U.S. BANK | 180 EAST FIFTH STREET ST. PAUL MN 55101 |
| C/O US BANK | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| C/O WALKERS SPV LIMITED | ATTN: THE DIRECTORS C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| C/O WEALTH MANAGEMENT, INC. | 12-32 AKASAKA 1-CHROME MINATO-KU TOKYO JAPAN |
| C/O WELLS FARGO BANK, N.A. | WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MD 21045 |

| Claim Name | Address Information |
|------------|---------------------|
| C/O WELLS FARGO BANK, N.A. NOT INDIVIDUALLY, BUT S | WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MD 21045 |
| C/O WILMINGTON TRUST SP SECURITIES (LONDON) LIMITE | FIFTH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| C/O ZIRCON FINANCE LIMITED | ATTN: ALASDAIR FOSTER C/O ZIRCON FINANCE LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| C/O ZIRCON FINANCE LIMITED | ATTN: ALASDAIR FOSTER WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| CAAM GLOBAL BOND FUND | 168 ROBINSON RD #22-03 CAPITAL TOWERS 068912 SINGAPORE |
| CAAM GLOBAL BOND FUND | ATTN: WINSTON THNG CREDIT AGRICOLE ASSET MANAGEMENT SINGAPORE LIMITED 168 ROBINSON ROAD 22-03 CAPITAL TOWER SINGAPORE SINGAPORE |
| CABLE & WIRELESS PLC SUPERANNUATION FUND | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CABONNE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| CABONNE COUNCIL | CABONNE COUNCIL C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| CACEIS BANK LUX / CAAM(PORTFOLIO FOREX TRDG) GIVE- | 5 ALLE SCHEFFER LUXEMBOURG LUXEMBOURG |
| CACEIS BANK LUXEMBOURG | COMPANY SECRETARY 5 ALLEE SCHEFFER LUXEMBOURG LUXEMBOURG |
| CACEIS BANK LUXEMBOURG | GILLES NORMAND/JEAN-PIERRE VALENTINI 5 ALLE SCHEFFER LUXEMBOURG LUXEMBOURG |
| CACEIS BANK LUXEMBOURG | SECRETARIAT GENERAL 5 ALLEE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |
| CADBURY CORPORATION | 2150 ROUTE 38 CHERRY HILL NJ 08002-4302 |
| CAIN BROTHERS & COMPANY LLC | 452 FIFTH AVE NEW YORK NY 10018 |
| CAISSE D' AMORTISSEMENT DE LA DETTE SOCIALE | 139, RUE DE BERCY 75572 PARIS CEDEX 12 FRANCE |
| CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 1000, PLACE JEAN PAUL RIOPELLE MONTREAL QC CANADA |
| CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | ATTN: VICE PRESIDENT 1000, PLACE JEAN PAUL RIOPELLE MONTREAL QC CANADA |
| CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 909 A STREET TACOMA WA 98402-5120 |
| CAISSE DES DEPOTS ET CONSIGNAT IONS | 56 RUE DE LILLE 75356 PARIS CEDEX 07 FRANCE |
| CAISSE DES DEPOTS ET CONSIGNAT IONS | ATTN: CDC CAPITAL 9 WEST 57TH STREET 36TH FLOOR NEW YORK NY 10019 |
| CAISSE DES DEPOTS ET CONSIGNATIONS | 9 WEST 57TH STREET 36TH FLOOR NEW YORK NY 10019 |
| CAISSE REGIONAL CREDIT AGRICOLE PARIS ILE DE FRANC | SIEGE SOCIAL: 26, QUAI DE LA RAPEE PARIS CEDEX 12 7 FRANCE |
| CAISSE REGIONALE DE CREDIT AGRICOLE MUTUEL DU CENT | 3 AVE. DE LA LIBERATION CLERMONT FERRAND F-63045 CEDEX 9 FRANCE |
| CAISSE REGIONALE DE CREDIT AGRICOLE MUTUEL NORD DE | 10 AVENUE FOCH LILLE FRANCE |
| CAIXA D'ESTALVIS DE SABADELL | CALLE GRACIA 17 08021 SABADELL SPAIN |
| CAIXA D'ESTALVIS DEL PENEDES | RAMBLA NOSTRA SENYAORA, 2 I 4 VILAFRANCA DEL PENEDES SPAIN |
| CAIXA GERAL DE DEPOSITOS LONDON GB | AV JOAO XXI, 63 LISBOA CODEX, 1017 PORTUGAL SPAIN |
| CAIXA PENEDES GESTIO, S.G.I.I.C, S.A. | ACTING ON BEHALF OF FONPENEDES GARANTIT INTERES MES BORSA IX ATTN: DANIEL ZAPLANA & JOSE MANUEL SANCHEZ, & LAURA DE LA FUENTE RAMBLA NOSTRA SENYORA, 2-4, 80720 VILAFRANCA DEL PENEDES BARCELONA SPAIN |
| CAIXA PENEDES GESTIO, S.G.I.I.C, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAIXA PENEDES PENSIONS, E.G.F.P, S.A. | ACTING ON BEHALF OF PENEDES PENSIO I ATTN: DANIEL ZAPLANA & JOSE MANUEL SANCHEZ, & LAURA DE LA FUENTE RAMBLA NOSTRA SENYORA, 2-4, 80720 VILAFRANCA DEL PENEDES BARCELONA SPAIN |
| CAIXA PENEDES PENSIONS, E.G.F.P, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAJA DE AHORROS DE CASTILLA LA MANCHA | PARQUE DE SAN JULIAN 20 CUENCA SPAIN |

| Claim Name | Address Information |
|---|---|
| CAJA DE AHORROS DE GALICIA | ATTN:BACK OFFICE DEPARTMENT. MR. CESAR TORIBIO C/ SERRANO 41, 4 PTA. MADRID 28001 SPAIN |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | ATTN: MS. ELENA MERINO / MS. ELENA COLLADO CALLE VILLAMAGNA 6, 3*PLANTA MADRID 28001 SPAIN |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | CAJA DE AHORROS DE SALAMANCA Y SORIO ATTN: MS. ELENA MERINO & MS. ELENA COLLADO CALLE JULIAN CAMARILLO 29 B, 4A PLANTA MADRID 28037 SPAIN |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | PASEO DE LA CASTELLANA, 189 28046 MADRID SPAIN |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | ATTN: MRS. PALOMA GARCIA SANZ PASEO DE LA CASTELLANA, 189 MADRID SPAIN |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | PASEO DE LA CASTELLANA, 189 MADRID 28046 SPAIN |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | ATTN: MRS. CARLOTA DE VERA TOQUERO / MR. ROBERTO GONZALEZ PASEO DE LA CASTELLANA, 189 MADRID 28046 SPAIN |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAJA DE AHORROS Y PENSIONES DE BARCELONA | C/O BAKER & MCKENZIE LLP ATTN: IRA A REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CAJA DE AHORROS Y PENSIONES DE BARCELONA (LA CAIX) | AVENIDA DIAGONAL 621-629 PLANTA 16 BARCELONA SPAIN |
| CAJA DE AHORROS Y PENSIONES DE BARCELONA (LA CAIX) | ROSER VILARO/ MIGUEL CASES AVENIDA DIAGONAL 621-629 PLANTA 16 BARCELONA SPAIN |
| CAJA DE AHORROS Y PENSIONES DE BARCELONA (LA CAIX) | ATTN: ROSER VILARO/ MIGUEL CASES AVENIDA DIAGONAL 621-629 PLANTA 16 BARCELONA SPAIN |
| CAJA DE AHORROS Y PENSIONES DE BARCELONA (LA CAIX) | AREA FINANCIERA, TORRE 1 AVENIDA DIAGONAL 621-629 PLANTA 13 SPAIN |
| CAJA LABORAL BOLSA GARANTIZADO IX FIM | INAKI SAN JUAN  - DIRECTOR DE DEPARTAMENTO CAJA LABORAL GESTION SGIIC SA PASEO D. J.M. ARIZMENDIARRETA 5 ARRASATE ( GIPUZKOA) 20503 ESPANA |
| CAJA LABORAL BOLSA GARANTIZADO IX FIM | CAJA LABORAL GESTION SGIIC SA PASEO D. J.M. ARIZMENDIARRETA 5 ARRASATE ( GIPUZKOA) 20502 SPAIN |
| CAJA LABORAL BOLSA GARANTIZADO V FIM | INAKI SAN JUAN  - DIRECTOR DE DEPARTAMENTO CAJA LABORAL GESTION SGIIC SA PASEO D. J.M. ARIZMENDIARRETA 5 ARRASATE ( GIPUZKOA) 20505 ESPANA |
| CAJA LABORAL BOLSA GARANTIZADO V FIM | CAJA LABORAL GESTION SGIIC SA PASEO D. J.M. ARIZMENDIARRETA 5 ARRASATE ( GIPUZKOA) 20504 SPAIN |
| CAJA LABORAL GARANTIZADO X FIM | INAKI SAN JUAN  - DIRECTOR DE DEPARTAMENTO CAJA LABORAL GESTION SGIIC SA PASEO D. J.M. ARIZMENDIARRETA 5 ARRASATE ( GIPUZKOA) 20501 ESPANA |
| CAJA MADRID EXCELLENCE GARANTIZADO | GESMADRID, S.G.I.I.C, S.A. PASEO DE LA CASTELLANA, 189 6TH PLANTA MADRID SPAIN |
| CAJA MADRID IBEX POSITIVO FI | GESMADRID, S.G.I.I.C, S.A. PASEO DE LA CASTELLANA, 189 6TH PLANTA MADRID SPAIN |
| CALAMOS GLOBAL DYNAMIC FUND INCOME FUND | 2020 CALAMOS COURT NAPERVILLE IL 60603 |
| CALIFORNIA (STATE OF) DEPARTMENT OF WATER RESOURCE | ATTN: MR. R. GROW 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95814 |
| CALIFORNIA (STATE OF) DEPARTMENT OF WATER RESOURCE | ATTN: JOHN PACHECO CALIFORNIA ENERGY RESOURCES SCHEDULING 3310 EL CAMINO AVENUE, SUITE 120 P.O. BOX 219001 SACRAMENTO CA 95821-9001 |
| CALIFORNIA (STATE OF) DEPARTMENT OF WATER RESOURCE | JOHN PACHECO CALIFORNIA ENERGY RESOURCES SCHEDULING 3310 EL CAMINO AVENUE, SUITE 120 P.O. BOX 219001 SACRAMENTO CA 95821-9001 |
| CALIFORNIA CAPITAL PROJECTS | C/O ASSOCIATION OF BAY AREA GOVERNMENTS 101 EIGHTH STREET OAKLAND CA 94607-4707 |
| CALIFORNIA COLLEGE OF ARTS & CRAFTS | C/O CALIFORNIA EDUCATION FACILITY 450 IRWIN ST. SAN FRANSCISCO CA 94107 |
| CALIFORNIA COUNTY TOBACCO SECU RITIZATION AGENCY – | LOS ANGELE S COUNTY (THE) ATTN: PRESIDENT 1221 OAK STREET SUITE 536 OAKLAND CA 94612 |
| CALIFORNIA COUNTY TOBACCO | ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MA |

| Claim Name | Address Information |
|---|---|
| SECURITIZATION AGENCY – | 21045 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY – | ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER CT SUITE 760 HOUSTON TX 77056 |
| CALIFORNIA COUNTY TOBACCO SECURITIZATION AGENCY, T | CAMMY C. DUPONT, PRINCIPAL COUNTY COUNSEL OFFICE OF COUNTY COUNSEL – COUNTY OF LOS ANGELES 500 WEST TEMPLE STREET LOS ANGELES CA 90012 |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | ATTN: JAMES K. OPENSHAW, SENIOR STAFF COUNSEL CALIFORNIA ENERGY RESOURCES SCHEDULING PO BOX 219001 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95821-9001 |
| CALIFORNIA HOUSING FINANCE AGENCY | 1121 L STREET, 7TH FLOOR SACRAMENTO CA 95814 |
| CALIFORNIA HOUSING FINANCE AGENCY | 1121 L STREET SACRAMENTO CA 95814 |
| CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION | UNIT 17 91755 |
| CALIFORNIA LUTHERAN UNIVERSITY | 60 WEST OLSEN ROAD THOUSAND OAKS CA 91360 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | C/O JULIUS BAER INVESTMENT MANAGEMENT INC. BEVIS MARK HOUSE BEVIS MARK LONDON EC3A 7NE UNITED KINGDOM |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | CALPERS INVESTMENT OFFICE 400 Q STREET, SUITE E4800 SACRAMENTO CA 95811 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | ATTN: JOHN KOWALIK C/O CALPERS INVESTMENT OFFICE SACRAMENTO CA 95812 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | ATTN: JOHN KOWALIK P.O BOX 2749 SACRAMENTO CA 95812-2749 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | C/O CALPIERS- INVESTMENT OFFICE 400 Q STREET, SUITE E4800 SACRAMENTO CA 95814 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | CALPERS – INVESTMENT OFFICE 400 Q STREET, SUITE E4800 LINCOLN PLAZA EAST SACRAMENTO CA 95821-9001 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CAL | ATTN: JOHN KOWALIK P.O BOX 2749 SACRAMENTO CA 95864 |
| CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM FIXED | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 2623 385 E. COLORADO BLVD. PASADENA CA 91101 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST | 230 PARK AVENUE NEW YORK NY 10169 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 303274390 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | ATTN: RAPHAEL SHANNON, ESQ. MCCARTHY JOHNSON & MILLER LC 595 MARKET STREET, SUITE 2200 SAN FRANCISCO CA 94105 |
| CALYON | 9 QUAI DU PRESIDENT PAUL DOUMER PARIS LA DEFENSE CEDEX 92920 FRANCE |
| CALYON | CALYON SEOUL CHONGRO, CHONGRO-KU, SEOUL 110-714 KOREA |
| CALYON | 17-00 6 RAFFLES QUAY SINGAPORE SINGAPORE |
| CALYON | SWAPS BACK OFFICE FOR TRANSACTIONS FOR WHICH THE OFFICE IS LND BROADWALK HOUSE CALYON UNITED KINGDOM |
| CALYON | ATTN: SWAPS BACK OFFICE BROADWALK HOUSE 5 APPOLD STREET LONDON UNITED KINGDOM |
| CALYON | FOREIGN EXCHANGE DEPT 1301 AVENUE OF AMERICAS NEW YORK NY 10019 |
| CALYON | ATTN: DUALN GOLDIE – MORRISON / RICHARD CARLSON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | ATTN: MANAGER, CAPITAL MARKETS FOR TRANSACTIONS FOR WHICH THE OFFICE IS IN NY 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | ATTN: JEAN SMITH TREASURY DOCUMENTATION 1301 AVENUE OF THE AMERICAS, 13TH FLOOR NEW YORK NY 10019 |
| CALYON | ATTN: DUALN GOLDIE – MORRISON / RICHARD CARLSON CALYON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | ATTN: MANAGER, CAPITAL MARKETS CALYON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE |

| Claim Name | Address Information |
|---|---|
| CALYON | OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | HEAD OF DERIVATIVES, BACK OFFICE CALYON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | LEGAL DEPARTMENT CALYON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | MANAGER, EXOTIC DERIVATIVES CALYON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | VANILLA DERIVATIVES CALYON CALYONE CREDIT ARGRICOLE CIB 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| CAM FUTURO GARANTIZADO FI | GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., SA 03008 EDIF. CENTRO ADMINISTRATIVO 2 A, ATTN: ENRIQUE MIRA-PERCEVAL VERDU AVDA. DE ELCHE, 178, ALICANTE SPAIN |
| CAM FUTURO GARANTIZADO FI | ATTN: ENRIQUE MIRA-PERCEVAL VERDU GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., SA 03008 EDIF. CENTRO ADMINISTRATIVO 2 A, AVDA. DE ELCHE, 178, ALICANTE AVDA. DE ELCHE, 178, ALICANTE SPAIN |
| CAMDEN COUNTY MUNICIPAL UTILITIES | 1645 FERRY AVE CAMBEN NJ 08104 |
| CAMDEN-CLARKE MEMORIAL HOSPITAL | 800 GARFIELD AVENUE PO BOX 718 PARKERSBURG WV 26101 |
| CAMECO CORPORATION | ATTN: GRANT MARSHAK 2121-11TH STREET WEST SASKATOON SK S7M 1J3 CANADA |
| CAMERON MCKINNEY LLC | CAMERON MCKINNEY LLC 1001 MCKINNEY STREET HOUSTON TX 77002-6417 |
| CAMERON MCKINNEY LLC | 1001 MCKINNEY STREET HOUSTON TX 77092 |
| CAMERON MCKINNEY LLC A/C | REPE LBREP III LLC ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK NY 10020 |
| CAMERON MCKINNEY LLC A/C | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| CAMPARI SPA | VIA FILIPPO TURATI, 27 MILANO 20121 ITALY |
| CAMPBELL SOUP COMPANY RETIREMENT & PENSION PLANS | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| CAMPBELL SOUP COMPANY RETIREMENT & PENSION PLANS | CAMPBELL SOUP COMPANY 1 CAMPBELL PLACE, MS-31A CAMDEN NJ 08103 |
| CAMPBELL SOUP COMPANY RETIREMENT & PENSION PLANS | 909 A STREET TACOMA WA 98402-5120 |
| CAMULOS MASTER FUND LP | C/O CAMULOS CAPITAL LP ATTN: GENERAL COUNSEL THREE LANDMARK SQUARE, 4TH FLOOR STAMFORD CT 06901 |
| CAMULOS MASTER FUND, LP | C/O CAMULOUS CAPITAL LP 3 LANDMARK SQUARE 4TH FLOOR STAMFORD CT 06901 |
| CAMULOS MASTER FUND, LP | ATTN: RICHARD D. HOLAHAN, JR. C/O CAMULOUS CAPITAL LP 3 LANDMARK SQUARE 4TH FLOOR STAMFORD CT 06901 |
| CAMULOS MASTER FUND, LP | C/O CAMULOUS CAPITAL LP 888 SEVENTH AVENUE NEW YORK NY 10019 |
| CANADIAN IMPERIAL BANK OF COMMERCE | HEAD OFFICE - WITH RESPECT TO MASTER AGREEMENTS: CANADIAN IMPERIAL BANK OF COMMERCE 199 BAY STREET, 6TH FLOOR, BCE PLACE TORONTO ON CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | COMMERCE COURT CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | 199 BAY STREET, 6TH FLOOR COMMERCE COURT WEST TORONTO ON CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | ATTN: MICHELE HUNT 199 BAY STREET COMMERCE COURT WEST, 6TH FLOOR TORONTO ON CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | ATTN: MICHELE HUNT CIBC 199 BAY STREET COMMERCE COURT WEST, 6TH FLOOR TORONTO ON CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | MANAGER, SWAP OPERATIONS 161 BAY STREET, 12TH FLOOR BCE PLACE TORONTO ON CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | ATTN: MANAGER, SWAP OPERATIONS COMMERCE COURT CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | ATTN: MANAGER, SWAP OPERATIONS 425 LEXINGTON AVENUE NEW YORK NY 10018 |
| CANADIAN IMPERIAL BANK OF COMMERCE | ATTN: MANAGER, SWAP OPERATIONS CIBC 425 LEXINGTON AVENUE NEW YORK NY 10019 |
| CANADIAN NATURAL RESOURCES | CANADIAN NATURAL RESOURCES 2500 - 855 2ND ST. S.W. CALGARY CANADA |

| Claim Name | Address Information |
|---|---|
| CANCER RESEARCH UK | PO BOX 123 61 LINCOLN'S INN FIELDS LONDON WC2A 3PX UNITED KINGDOM |
| CANDLEWOOD CAPITAL PARTNERS MASTER FUND LTD | C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. 11 MADISON AVENUE NEW YORK NY 10010 |
| CANDLEWOOD SPECIAL SPECIAL SITUATIONS MASTER FUND | (F/K/A) CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER FUND LTD) ATTN: GARRETT WHEELER 777  3RD AVE, SUITE 19B NEW YORK NY 10017 |
| CANDY ELETTRODOMESTICI SRL | VIA COMOLLI, 16 ITALY |
| CANPARTNERS INVESTMENTS IV, LLC | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: RAJ VENKATARAMAN IYER 2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067 |
| CANTOR FITZGERALD & CO INC | 110 EAST 59TH STREET 4TH FLOOR NEW YORK NY 10022 |
| CANTOR FITZGERALD & CO INC | 110 EAST 59TH STREET NEW YORK NY 10022 |
| CANYON BALANCED EQUITY MASTER FUND LTD | ATTN: INVESTOR SERVICES C/O FORTIS FUND INVESTMENT SERVICES (CAYMAN), LTD. BOUGAINVILLEA WAY, 802 WEST BAY PO BOX 2003GT, GRAND PAVILION COMMERCIAL CENTRE CAYMAN ISLANDS |
| CANYON BALANCED EQUITY MASTER FUND LTD | ATTN: INVESTOR SERVICES CANYON BALANCED EQUITY MASTER FUND, LTD. C/O FORTIS FUND INVESTMENT SERVICES (CAYMAN), LTD. PO BOX 2003GT, GRAND PAVILION COMMERCIAL CENTRE CAYMAN ISLANDS |
| CANYON BALANCED EQUITY MASTER FUND LTD | INVESTOR SERVICES CANYON BALANCED EQUITY MASTER FUND, LTD. C/O FORTIS FUND INVESTMENT SERVICES (CAYMAN), LTD. PO BOX 2003GT, GRAND PAVILION COMMERCIAL CENTRE CAYMAN ISLANDS |
| CANYON BALANCED EQUITY MASTER FUND LTD | CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON BALANCED MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR ATTN: JONATHAN KAPLAN, JOHN PLAGA LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S ATTANASIOM ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: DIRECTORS CANYON CAPITAL CLO 2004-1 LTD. MAPLES FINANCE LIMITED, P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: STRUCTURED FINANCE RATINGS, ABS CBO/CLO SURV STANDARD A DIVISION OF THE MCGRAW-HILL COMPANIES, INC. 55 WATER STREET NEW YORK NY 10041 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CANYON CAPITAL CLO 2004-1 LTD | CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR BEVERLY HILLS CA 90212 |
| CANYON CAPITAL CLO 2004-1 LTD | ATTN: CDO BUSINESS UNIT DEUTSCHE BANK TRUST COMPANY AMERICAS 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| CANYON COUNTRY COMMUNITIES, L.P. | ATTN TIM CALDWELL 17541 17TH STREET TUSTIN CA 92780 |
| CANYON COUNTRY COMMUNITIES, L.P. | CANYON COUNTRY COMMUNITIES, L.P. P.O. BOX 7880 SAN FRANCISCO CA 94105-2228 |
| CANYON VALUE REALIZATION FUND (CAYMAN) LTD. | C/O FORTIS FUND INVESTMENT SERVICES (CAYMAN), LTD P.O BOX 2003GT BOUGAINVILLEA WAY 802 WEST BAY GRAND CAYMAN 2003GT CAYMAN ISLANDS |
| CANYON VALUE REALIZATION FUND (CAYMAN) LTD. | CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANSIO, ALEX R. ROVIRA 787 SEVENTH AVUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND L.P. | CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES |

| Claim Name | Address Information |
|---|---|
| CANYON VALUE REALIZATION FUND L.P. | CA 90067 |
| CANYON VALUE REALIZATION FUND L.P. | JOHN PLAGA C/O CANYON CAPITAL ADVISORS LL BEVERLY HILLS CA 90212 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | CANYON VALUE REALIZATION FUND, L.P. C/O NATIONAL CORPORATE RESEARCH 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| CANYON VALUE REALIZATION FUND, L.P. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION MAC 18 LTD. | CANYON CAPITAL ADVISORSLLC REGATTA OFFICE PARK, WEST BAY ROAD GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| CANYON VALUE REALIZATION MAC 18 LTD. | ATTN: MARGO JENSEN, KIRSTEN ROGERS C/O PRIME BROKERAGE MAN INVESTMENTS LIMITED SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| CAP FUND, L.P. | C/O CAP GENPAR, L.P. ATTN: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| CAP FUND, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, 2400 FORT WORTH TX 76102 |
| CAPE ALBEON PROJECT | 9761 FALL RIDGE TRAIL ST LOUIS MO 63127 |
| CAPITAL AUTOMOTIVE L.P. | C/O BLANK ROME LLP ATTN: ANDREW B. ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| CAPITAL AUTOMOTIVE L.P. | CAPITAL AUTOMOTIVE L.P. C/O BLANK ROME LLP ATTN: ANDREW B. ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| CAPITAL AUTOMOTIVE L.P. | ATTN: DAVID S. KAY, SENIOR VICE PRESIDENT AND CFO 8270 GREENSBORO DRIVE, SUITE 950 MCLEAN VA 22102 |
| CAPITAL AUTOMOTIVE LP | JAMES KAHLER CAPITAL AUTOMOTIVE L.P. 8270 GREENSBORO DRIVE, SUITE 950 MCLEAN VA 22102 |
| CAPITAL GUIDANCE (FUND) LTD. | UGLAND HOUSE, SOUTH CHURCH STREET GEORGETOWN CAYMAN ISLANDS |
| CAPITAL GUIDANCE (FUND) LTD. | CAPITAL GUIDANCE (FUND) LTD C/O CAPITAL GUIDANCE SA 23, RUE F. HOLDER PO BOX 6245 GENEVA 6 1211 SWITZERLAND |
| CAPITAL ONE AUTO FINANCE TRUST 2003-A | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 198900001 |
| CAPITAL ONE FINANCIAL CORP | CAPITAL ONE FINANCIAL CORPORAT MCLEAN VA 22102 |
| CAPITAL ONE NA | NORTH FORK BANK 275 BROADHOLLOW ROAD MELVILLE NY 11747 |
| CAPITAL ONE NA | O'CONNOR KEVIN NORTH FORK BANK 275 BROADHOLLOW ROAD MELVILLE NY 11747 |
| CAPITAL ONE NA | ATTN: O'CONNOR KEVIN 275 BROADHOLLOW ROAD MELVILLE NY 11747 |
| CAPITAL OUTLOOK LLC | 309 NORTH WASHINGTON SQUARE, SUITE 115 LANSING MI 48933 |
| CAPITAL TRUST, INC. | 410 PARK AVENUE 14TH FLOOR NEW YORK NY 10022 |
| CAPITALIA S.P.A. | UNICREDIT S.P.A. VIA TUPINI 180 144 ITALY |
| CAPMARK CAPITAL INC | 1801 CALIFORNIA ST. DENVER CO 80202 |
| CAPMARK FINANCE INC | C/O GMAC COM. MORT. CORP. 200 WITMER ROAD HORSHAM PA 19044 |
| CAPSTAR SECAUCUS LLC | NATIONAL REGISTER OF AGENTS 160 GREENTREE DRIVE, SUITE 101 DOVER DE 19904 |
| CAPSTAR WALTHAM LLC | 4501 NORTH FAIRFAX DRIVE, SUITE 500 ARLINGTONVA VA 22203 |
| CAPSTONE INVESTMENT ADVA/C CAPSTONE VOLATILITY CAY | C/O CAPSTONE INVESTMENT ADVISORS, LLC NEW YORK NY 10005 |
| CAPSTONE INVESTMENT ADVA/C CAPSTONE VOLATILITY CAY | ATTN: LEGAL GROUP C/O CAPSTONE INVESTMENT ADVISORS, LLC NEW YORK NY 10005 |
| CAPSTONE MORTGAGE SERVICES LIMITED | PRICEWATERHOUSECOOPERS LLP ATTN: MICHAEL JOHN ANDREW JERVIS PLUMTREE COURT LONDON EC4A-4HT UNITED KINGDOM |
| CAPSTONE MORTGAGE SERVICES LIMITED | ATTN: PAUL CHAMBERS AS DIRECTOR OF CAPSTONE MORTGAGE SERVICES LIMITED ST. JOHN'S PLACE EASTON STREET HIGH WYCOMBE HP11 1NL UNITED KINGDOM |
| CAPSTONE MORTGAGE SERVICES LIMITED | LINKLATERS LLP ATTN: TITIA HOLTZ, ELIZABETH DOWD 1345 AVENUE OF AMERICAS NEW YORK NY 10105 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) | C/O WALKERS CORPORATE SERVICES LIMITED WALKER HOUSE, 87 MARY STREET GEORGE |

| Claim Name | Address Information |
|---|---|
| LIMITED | TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9005 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | C/O CAPSTONE INVESTMENT ADVISORS, LLC NEW YORK NY 10005 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | ATTN: MARK GONZALEZ C/O CAPSTONE INVESTMENT ADVISORS, LLC NEW YORK NY 10005 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CAPULA GLOBAL RELATIVE VALUEMASTER FUND LIMITED | CAPULA INVESTMENT MANAGEMENT LLP LONDON W1K 2TJ UNITED KINGDOM |
| CARDINAL INVESTMENT SUB I, L.P. | ATTN: JOHN H. FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| CARDINAL INVESTMENT SUB I, L.P. | ERIN MCDANIEL C/O OHIM SERVICES 201 MAIN STREET, SUITE 1000 FORT WORTH TX 76102 |
| CARDINAL INVESTMENTS SUB I, L.P. | ATTN: RAY PINSON CARDINAL INVESTMENT SUB I, L.P. SUITE 2300 FORT WORTH TX 76102 |
| CARGILL FINANCIAL SERVICES INTERNATIONAL, INC. | 9350 EXCEISIOR BLVD. MS 142-4B HOPKINS MN 55343 |
| CARGILL FINANCIAL SERVICES INTERNATIONAL, INC. | 9350 EXCELSIOR BLVD. MS 142-4B HOPKINS MN 55343 |
| CARGILL FINANCIAL SERVICES INTERNATIONAL, INC. | ATTN: ALLISON TOTMAN TREASURY OPERATIONS, MS 152 15407 MCGINTY RD WEST WAYZATA MN 55391 |
| CARGILL FINANCIAL SERVICES INTERNATIONAL, INCORPOR | 6000 CLEARWATER DRIVE MINNETONKA MN 55343-9497 |
| CARGILL INC, PETROLEUM TRADING (ISDA) | CARGILL, INCORPORATED MINNETONKA MN 55343-9439 |
| CARGILL INCORPORATED | 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| CARGILL INCORPORATED | ATTN:  DONNA FOSS; ELENA SANDLER; MELANIE HUMFELD PETROLEUM DIVISION 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| CARGILL INCORPORATED | ATTN: CREDIT/ENERGY ADMINISTRATION 12700 WHITEWATER DRIVE MINNETONKA MN 55434 |
| CARGILL INCORPORATED, PETROLEUM TRADING (CRUDE MNA | 9350 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CARGILL INTERNATIONAL S.A. | WITH RESPECT TO LONDON BRANCH TRANSACTIONS CARGILL INTERNATIONAL S.A. 14 CHEMIN DE-NORMANDIE 1206 GENEV SWITZERLAND |
| CARGILL INTERNATIONAL SA | SWAPS ADMINISTRAION FOR CONFIRMS, SETTLEMENTS AND DOCS  – SINGAPORE CARGILL INTERNATIONAL S.A – SINGAPORE BRANCH 300 BEACH ROAD #23-01 THE CONCOURSE 199555 SINGAPORE |
| CARGILL INTERNATIONAL TRADING PTE LTD | C/O MARK D. SHERRILL SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVE NW WASHINGTON DC 20004 |
| CARGILL INTERNATIONAL TRADINGPTE LTD | 300 BEACH ROAD 23-01 THE CONCOURSE SINGAPORE 199555 SINGAPORE |
| CARGILL LIMITED | ATTN: LINDA KUNERT 15407 MCGINTY ROAD WEST WAYZATA MN 55391-2399 |
| CARGILL LIMITED | ATTN: LINDA KUNERT CARGILL, INCORPORATED WAYZATA MN 55391-2399 |
| CARGILL LIMITED | ATTN: CREDIT DEPARTMENT 12700 WHITEWATER DRIVE MINNETONKA MN 55434 |
| CARGILL LIMITED | ATTN: CREDIT DEPARTMENT CARGILL LIMITED MINNETONKA MN 55434 |
| CARGILL LIMITED "EDI" | CARGILL LIMITED CALGARY AB T2P 5E9 CANADA |
| CARGILL POWER MARKETS LLC | ATTN: CREDIT DEPARTMENT CARGILL POWER MARKETS, LLC MINNETONKA MN 55343-9439 |
| CARGILL POWER MARKETS LLC | 12700 WHITEWATER DRIVE MINNETONKA MN 55434 |
| CARGILL, INCORPORATED | ATTN: PHILIP M. FANTLE, ESQ. PO BOX 5624 MINNEAPOLIS MN 55440-5624 |
| CARILLON LTD | ATTN: THE DIRECTORS CARILLON LTD. STRATHVALE HOUSE NORTH CHURCH ST. P.O. BOX 1109GT GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| CARITAS AFFORDABLE HOUSING, INC | 5520 TRABUCO RD IRVINE CA 926205705 |
| CARLETON-WILLARD HOMES, INC. | 100 OLD BILLERICA ROAD BEDFORD MA 01730 |
| CARLETON-WILLARD HOMES, INC. | ATTN: CHIEF FINANCIAL OFFICER 100 OLD BILLERICA ROAD BEDFORD MA 01730 |
| CARLYLE CREDIT PARTNERS MASTER FUND | C/O CARLYLE INVESTMENT MANAGEMENT LLC ATTN: MATT STANCZUK 520 MADISON AVENUE, 41ST FLOOR NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| CARLYLE CREDIT PARTNERS MASTER FUND | DEBEVOISE & PLIMPTON LLP ATTN: MICHAEL E. WILES 919 THIRD AVENUE NEW YORK NY 10022 |
| CARLYLE EUROPE REAL ESTATE PARTNERS II PV, LLC | SERIES 2006-1 CLASS A C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDNET,GLOABAL ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| CARLYLE EUROPE REAL ESTATE PARTNERS II PV, LLC | REED SMITH LP 599 LEXINGTON AVENUE ATTN: MICHAEL J VENDITTO, ESQ. NEW YORK NY 10022 |
| CARLYLE EUROPE REAL ESTATE PARTNERS II PV, LLC SER | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| CARLYLE EUROPE REAL ESTATE PARTNERS II PV, LLC SER | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. CONTROL: EMEA 76 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CARLYLE HIGH YIELD PARTNERS IX LTD | THE DIRECTORS CARLYLE HIGH YIELD PARTNERS IX, LTD. PO BOX 1093GT - QUEENSGATE HOUSE - SOUTH CHURCH ST GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| CARLYLE HIGH YIELD PARTNERS IX LTD | ATTN: LINDA PACE THE CARLYLE GROUP 520 MADISON AVENUE NEW YORK NY 10022 |
| CARLYLE HIGH YIELD PARTNERS IX, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093 GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS |
| CARLYLE HIGH YIELD PARTNERS IX, LTD | DEBEVOISE & PLIMPTON LLP ATTN:  MICHAEL  WILES 919 THIRD AVENUE NEW YORK NY 10022 |
| CARLYLE PARTNERS II LP | THE CARLYLE GROUP 1001 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004-2505 |
| CARNEGIE INSTITUTION OF WASHINGTON | 1530 P STREET NW WASHINGTON DC 20005 |
| CARNEGIE INSTITUTION OF WASHINGTON | 1530 P STREET, N.W. WASHINGTON DC 20005-1910 |
| CARNEGIE INSTITUTION OF WASHINGTON | ATTN: MICHAEL PIMINOV 1530 P STREET, N.S. WASHINGTON DC 20005-1910 |
| CARNEGIE MELLON UNIVERSITY | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| CARNEGIE MELLON UNIVERSITY | LEGAL.DOCUMENTATION C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| CAROLINA FIRST BANK | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC ATTN: MICHAEL G. BUSENKELL, ESQ. THOMAS M. HORAN, ESQ. 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| CAROLINA FIRST BANK | C/O MIKE FOWLER, EVP/ TREASURER 104 SOUTH MAIN STREET GREENVILLE SC 29601 |
| CAROLINA FIRST BANK | ATTN: JAMES MONROE C/O CAROLINA FIRST BANK GREENVILLE SC 29601 |
| CAROLINA FIRST BANK | P.O. BOX 1029 GREENVILLE SC 29602 |
| CARPENTERS DISTRICT COUNCIL OF INDIANA STATE PENSI | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| CARPENTERS PENSION FUND OF ILLINOIS | C/O MICHAEL T. KUCHARSKI 28 N FIRST STREET GENEVA IL 60134 |
| CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE ,SUITE 100 ATTN: KEVIN BROADWATER NEWPORT BEACH CA 92660 |
| CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON | P.O. BOX 1929 SEATTLE WA 98111-1929 |
| CARTER, B. GENE | 4000 BRYN MAWR DALLAS TX 75225-7031 |
| CARTESIO SRL | ATTN: LUCA MERCALDO C/O SPV MANAGEMENT (ITALIA) S.P.A. VIA PONTACCIO 10 MILAN 20121 ITALY |
| CARTESIO SRL | WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| CASCADE INVESTMENT, L.L.C. | ATTN: GENERAL COUNSEL 2365 CARILLON POINT KIRKLAND WA 98033 |
| CASE, JOHN | 153 DOSORIS LANE GLEN COVE NY 11542 |
| CASH EQUIVALENT FUND II - S | BARCLAYS GLOBAL INVESTORS, N.A 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| CASH EQUIVALENT FUND II - S | TRADING OPERATIONS BARCLAYS GLOBAL INVESTORS, N.A 45 FREMONT STREET SAN FRANCISCO CA 94105 |
| CASH EQUIVALENT FUND II - S | 400 HOWARD STREET SAN FRANSISCO CA 94105 |
| CASPIAN ALPHA LONG CREDIT FUND, L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC ATTN: SUSAN LANCASTER 500 |

| Claim Name | Address Information |
|---|---|
| CASPIAN CAPITAL PARTNERS L.P. | MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS LP | C/O MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS LP | MARINER INVESTMENT GROUP LLC ATTN JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CORPORATE LOAN FUND, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASSA DEPOSITI E PRESTITI | CASSA DEPOSITI E PRESTITI SPA ROME 185 ITALY |
| CASSA DI RISPARMIO DELLA PROVI NCIA DI TERAMO SPA | TERCAS SPA SERVIZIO AMMINISTRAZIONE FINANZA CORSO SAN GIORGIO, 36 TERAMO 64100 ITALY |
| CASSA DI RISPARMIO DELLA PROVI NCIA DI TERAMO SPA | ATTN: RESPONSABILE SERVIZIO FINANZA AZIENDALE CASSA DI RISPARMIO DELLA PROVINCIA DI TERAMO CORSO SAN GIORGIO 36 TERAMO 64100 ITALY |
| CASSA DI RISPARMIO DELLA PROVI NCIA DI TERAMO SPA | RESPONSABILE SERVIZIO FINANZA AZIENDALE CASSA DI RISPARMIO DELLA PROVINCIA DI TERAMO CORSO SAN GIORGIO 36 TERAMO 64100 ITALY |
| CASSA DI RISPARMIO DELLA PROVI NCIA DI TERAMO SPA | ATTN: RESPONSABILE SERVIZIO FINANZA AZIENDALE TERCA SPA CORSO SAN GIORGIO 36 TERAMO 64100 ITALY |
| CASSA DI RISPARMIO DI ASTI | BANCA C.R. ASTI SPA PIAZZA LIBERTA 23 ASTI 14100 ITALY |
| CASSA DI RISPARMIO DI ASTI S.P.A. | C/O REED SMITH LLP ATTN: DAVID M. GRIMES, ESQ. & JOHN L. SCOTT, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CASSA DI RISPARMIO DI PARMA & PIACENZA SPA | CASSA DI RISPARMIO DI PARMA DIREZIONE FINANZA VIA ARMORARI 4, MILAN 20123 ITALY |
| CASTEX ENERGY 2007, L.P. | ATTN: JOHN R. STOIKA, PRESIDENT 333 NORTH SAM HOUSTON PARKWAY EAST SUITE 1060 HOUSTON TX 77060 |
| CASTLERIGG MASTER INVESTMENTS LTD | SANDELL ASSET MANAGEMENT CORP. 40 WEST 57TH STREET NEW YORK NY 10019 |
| CASTLERIGG MASTER INVESTMENTS LTD | C/O SANDELL ASSET MANAGEMENT CORP. ATTN: LEGAL DEPARTMENT ATTN: LAURA STRACHE, MANAGING DIRECTOR ATTN: TIM O'BRIEN 40 WEST 57TH STREET, 26TH FLOOR NEW YORK NY 10019 |
| CASTLESTONE MANAGEMENT | ATTN: MRS. JANE LINNEY 2ND FLOOR, NICOLA JANE HOUSE SOUTHERN GATE TERMINUS ROAD CHICHESTER PO19 8SE UNITED KINGDOM |
| CASTLESTONE MANAGEMENT LLCA/C ALIQUOT COMMODITY IN | CASTLESTONE MANAGEMENT PLC 610 FIFTH AVENUE, SUITE 602 NEW YORK NY 10020 |
| CATERPILLAR DEFINED CONTRIBUTION PLAN | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 1907 385 E. COLORADO BLVD. PASADENA CA 91101 |
| CATERPILLAR INC. GROUP INSURANCE TRUST (VEBA) | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1295 385 E. COLORADO BLVD PASADENA CA 91101 |
| CATERPILLAR INC. PENSION MASTER TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1281 385 E. COLORADO BLVD PASADENA CA 91101 |
| CATHAY PACIFIC AIRWAYS LTD | 7TH FLOOR, CENTRAL TOWER, CATHAY PACIFIC CITY, 8 SCENIC ROAD, HONG KONG INTERNATIONAL AIRPORT LANTAU HONG KONG |
| CATHAY PACIFIC AIRWAYS LTD | TREASURY SERVICES MANAGER 7TH FLOOR, CENTRAL TOWER, CATHAY PACIFIC CITY, 8 SCENIC ROAD, HONG KONG INTERNATIONAL AIRPORT LANTAU HONG KONG |
| CATHAY UNITED BANK | ATTN: TREASURY DEPARTMENT CATHAY UNITED BANK TAIPEI TAIWAN |
| CATHAY UNITED BANK | 2F, NO. 7 SONG REN RD. TAIPEI TAIWAN, PROVINCE OF CHINA |
| CATHAY UNITED BANK | TREASURY DEPARTMENT CATHAY UNITED BANK TAIPEI TAIWAN, R.O.C. |
| CATHAY UNITED BANK | DAVID W. PARHAM BAKER & MCKENZIE LLP 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201 |
| CATHOLIC DIOCESE OF PITTSBURGH LAY EMPLOYEE PENSIO | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| CATHOLIC HEALTH EAST | 14 CAMPUS BOULEVARD, SUITE 300 NEWTON SQUARE PA 19073-3277 |
| CATHOLIC HEALTH INITIATIVE | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |

| Claim Name | Address Information |
|---|---|
| CATHOLIC HEALTH INITIATIVE RETIREMENT PLAN | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| CATHOLIC HEALTH INITIATIVE RETIREMENT PLAN | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CATHOLIC HEALTHCARE WEST | 185 BERRY STREET, SUITE 300 SAN FRANCISCO CA 94107 |
| CAXIA D'ESTALVIS DEL PENEDES | ATTN: JOSE MANUEL SANCHEZ AND LAURA DE LA FUENTE FONT DEL CUSCO, 11 VILAFRANCA DEL PENEDES 08720 SPAIN |
| CAXIA D'ESTALVIS DEL PENEDES | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAXTON / GREEN T G2 FUND | GREEN T G2 FUND LTD C/O CAXTON EUROPE ASSET MANAGEMENT LTD 40 BERKELEY SQUARE, 3RD FLOOR LONDON W1J 5AL UNITED KINGDOM |
| CAXTON INTERNATIONAL LIMITED | CAXTON INTERNATIONAL LIMITED MECHANICS BUILDING, 12 CHURCH STREET HAMILTON HM11 BERMUDA |
| CAXTON INTERNATIONAL LIMITED | 315 ENTERPRISE DRIVE PLAINSBORO NJ 08536 |
| CAXTON INTERNATIONAL LIMITED | ATTN: ASSISTANT DIRECTOR OF OPERATIONS C/O CAXTON ASSOCIATES, L.L.C. PRINCETON NJ 08540 |
| CAXTON INTERNATIONAL LIMITED | ATTN: ASSISTANT DIRECTOR OF OPERATIONS CAXTON INTERNATIONAL LIMITED 731 ALEXANDER ROAD, BUILDING 2 PRINCETON NJ 08540 |
| CBARB FUND | C/O GEODE CAPITAL MANAGEMENT LP ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBARB FUND | ATTN: JACQUES PEROLD 53 STATE STREET (G5J) BOSTON MA 02109 |
| CBARB FUND | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTE | ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBW LLC | TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II, LTD. C/O ASHURST LLP; ATTN: PATRICIA SEDDON 7 TIMES SQUARE NEW YORK NY 10036 |
| CBW LLC | TRANSFEROR: ANCHORAGE CROSSOVER CREDIT CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | TRANSFEROR: ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| CBW LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| CC ARBITRAGE LTD | 111 WEST JACKON BLVD., SUITE 2020 CHICAGO IL 60604 |
| CC ARBITRAGE, LTD. | SIDLEY AUSTIN LLP 787 SEVENTH AVENUE ATTN : JAIME SENIOR AND ROBERT SCHEININGER NEW YORK NY 10019 |
| CC ARBITRAGE, LTD. | TRANSFEROR: LUMINUS ENERGY PARTNERS MASTER FUND LTD. ATTN: ALAN WEINE 111 W. JACKSON BLVD., 20TH FLOOR CHICAGO IL 60604 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: SCHRODER ALTERNATIVE SOLUTIONS ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEERFIELD RELATIVE VALUE LTD. (FORMERLY KNOWN AS DEERFIELD 375 PARK AVENUE, 13TH FLOOR ATTN: LISA MURRAY NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEERFIELD CAPITAL LLC (F/K/A DEERFIELD TRIARC CAPITAL LLC) ATTN: |

| Claim Name | Address Information |
|---|---|
| CCP CREDIT ACQUISITION HOLDINGS, LLC | LISA MURRAY 375 PARK AVE, 13TH FL NEW YORK NY 10152 |
| CDC SP SA – CDC SP2 SQUIRRELL ARBITRAGE | 745 FIFTH AVENUE 28TH FLOOR NEW YORK NY 10151 |
| CEAGO ABS CDO 2007-1 LTD | ATTN: THE DIRECTORS CEAGO ABS CDO 2007-1 LTD. P.O. BOX 1984, BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| CEAGO ABS CDO 2007-1 LTD | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CEAGO ABS CDO 2007-1 LTD | BANK OF AMERICA, NATIONAL ASSOICATION AS TRUSTEE LASALLE GLOBAL TRUST SERVICES, CDO TRUST SERVICES GROUP–CEAGO ABS CDO 2007-1, LTD 540 W, MADISON, 25TH FLOOR CHICAGO IL 60661 |
| CEBFT RUSSELL FIXED INCOME II FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| CEBFT RUSSELL LONG DURATION FIXED INCOME FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP | ALEX ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP | TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFSHORE LTD 445 PARK AVENUE, 5TH FL ATTN: KARL JOHNSON NEW YORK NY 10022 |
| CEDAR HILL CAPITAL PARTNERS OFFSHORE LTD | ATTN: FRANK PAONE CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. 747 THIRD AVENUE, 33RD FLOOR NEW YORK NY 10017 |
| CEDAR HILL CAPITAL PARTNERS ONSHORE LP | ATTN: FRANK PAONE CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. 747 THIRD AVENUE, 33RD FLOOR NEW YORK NY 10017 |
| CEDAR HILL CAPITAL PARTNERS ONSHORE LP | C/O CEDAR HILL CAPITAL PARTNERS LLC NEW YORK NY 10022 |
| CELANESE AMERICAS RETIREMENT PENSION PLAN | 1601 W LBJ FREEWAY DALLAS TX 75234 |
| CENT CST CAP ADVS  A/C CENTERCOAST CAP PTNRS OFFSH | 1100 LOUISIANA, SUITE 4550 HOUSTON TX 77002 |
| CENTENNIAL CELLULAR OPERATING CO LLC | CENTENNIAL COMMUNICATIONS CORP. WALL NJ 07719 |
| CENTENNIAL CELLULAR OPERATING CO LLC | TREASURER CENTENNIAL COMMUNICATIONS CORP. WALL NJ 07719 |
| CENTENNIAL PUERTO RICO OPERATIONS CORP. | 3349 ROUTE 138, BUILDING A WALL CT 07719 |
| CENTER COAST CAPITAL PARTNERS (OFFSHORE) LTD | DARRELL HORN 1100 LOUISIANA, SUITE 4550 HOUSTON TX 77002 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS LP | TRANSFEROR: DEERFIELD RELATIVE VALUE LTD. (FORMERLY KNOWN AS DEERFIELD ATTN: LISA MURRAY 375 PARK AVE, 13TH FL NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS LP | TRANSFEROR: DEERFIELD CAPITAL LLC (F/K/A DEERFIELD TRIARC CAPITAL LLC) ATTN: LISA MURRAY 375 PARK AVE, 13TH FL NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: SCHRODER ALTERNATIVE SOLUTIONS ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | DAVID HOTY ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTINELA UNION HIGH SCHOOL DISTRICT | 14901 SOUTH INGLEWOOD AVENUE LAWNDALE CA 90260 |
| CENTRAL BANK OF NORWAY (NORGES BANK) | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| CENTRAL EUROPEAN MEDIA | ALDWYCH HOUSE 81ALDWYCH LONDON WC2B 4HN UNITED KINGDOM |
| CENTRAL MICHIGAN UNIVERSITY BOARD OF TRUSTEES | FINANCE AND ADMINISTRATIVE SERVICES WARRINER HALL 104 MT. PLEASEANT MI 48859 |
| CENTRAL PENNSYLVANIA TEAMSTERS PENSION | FUND-DEFINED BENEFIT PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1840 385 E COLORADO BLVD. PASADENA CA 91101 |
| CENTRAL PENNSYLVANIA TEAMSTERS PENSION | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 1839 385 E. COLORADO |

| Claim Name | Address Information |
|---|---|
| FUND- RETIR | BLVD. PASADENA CA 91105 |
| CENTRAL PENSION FUND | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CENTRAL PENSION FUND OF THE IUOE | C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1157 385 E. COLORADO BLVD PASADENA CA 91101 |
| CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY | UNION STATION 401 S. JACKSON ST. SEATTLE WA 98104-2826 |
| CENTRAL PUGET SOUND TRANSIT | AUTHORITY, THE (SOUND TRANSIT) C/O CROCKER KUNO PLLC, ATTN JOANNE K. LIPSON, 720 OLIVE WAY, SUITE 1000 SEATTLE WA 98101 |
| CENTRAL STATES SOUTHEAST & SOUTHWEST AREAS PENSION | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| CENTRAL STATES SOUTHEAST & SOUTHWEST AREAS PENSION | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CENTRAL STATES TEAMSTERS | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS PENSIO | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS PENSIO | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| CENTRAL STREAM SHIPPING CORPORATION | ATTN: HODENOBU NAKAGAWA, DIRECTOR 37-23, SHIOMI-CHO, MINATO-KU NAGOYA CITY AICHI PREF 455- 0028 JAPAN |
| CENTRAL STREAM SHIPPING CORPORATION | ATTN: C/O NAKAGAWA BUSSAN CO, LTD. 37-23, SHIOMI-CHO, MINATO-KU NAGOYA CITY, AICHI PREG 455- 0028, JAPAN AICHI PREG NAGOYA CITY 455- 0028 JAPAN |
| CENTRAL TABLELANDS WATER | ATTN: AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUAIRE TOWE- 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| CENTROBANCA - BANCA DI CREDITO FINANZIARIO E MOBIL | ATTN: DR. MARCO FISCHETTI CORSO EUROPA, 20 MILANO 20122 ITALY |
| CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIA | CORSO EUROPA 16 ITALY |
| CENTURYTEL, INC | CENTURYTEL, INC. MONROE LA 71203 |
| CENTURYTEL, INC | STACEY GOFF, SVP, SECRETARY AND GC CENTURYTEL, INC. MONROE LA 71203 |
| CEP GESTORIA SGICC, SAA/C FONPENEDES GARANTIT IX | RAMBIA NOSTRA SENYORA, 2I4 VILAFRANCA DEL PENEDES 8720 SPAIN |
| CERBERUS INTERNATIONAL, LTD | CERBERUS INTERNATIONAL, LTD. 299 PARK AVENUE, 23RD FLOOR NEW YORK NY 10171 |
| CERBERUS INTERNATIONAL, LTD. | C/O LOWENSTEIN SANDLER PC ATTN: ROBERT G. MINION, ESQ & RICHARD BERNSTEIN, ESQ. 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| CERBERUS SERIES FOUR HOLDINGS, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: PHILIP LINDENBAUM 299 PARK AVENUE NEW YORK NY 10171 |
| CERF, WILLIAM M. | 35 WARFIELD STREET UPPER MONTCLAIR NJ 07043 |
| CESAR CHAVEZ ACADEMY | 8126 WEST VERNOR HWY DETROIT MI 48209 |
| CESERY, BARBARA H. | 1450-3 SAN MARCO BLVD JACKSONVILLE FL 32207 |
| CETUS CAPITAL LLC | C/O LITTLEJOHN 115 E. PUTNAM AVENUE GREENWICH CT 06830 |
| CETUS CAPITAL LLC | ATTN: ALANNA DISANZO LITTLEJOHN #AMPER CO.,  LLC 8 SOUND SHORE DRIVE GREENWICH CT 06830 |
| CETUS CAPITAL, LLC | ATTN: RICHARD MAYBAUM, MANAGING DIRECTOR 8 SOUND SHORE DRIVE SUITE 303 GREENWICH CT 06830 |
| CFIP MASTER FUND LTD | C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC CHICAGO IL 60606 |
| CFIP MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO IL 60606 |
| CFIP MASTER FUND, LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, STE 3495 CHICAGO IL 60606 |
| CFIP MASTER FUND, LTD. | C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, SUITE 3495 ATTN: STEVEN J. NOVATNEY CHICAGO IL 60606 |

| Claim Name | Address Information |
|---|---|
| CFIP MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, SUITE 3495 CHICAGO IL 60606 |
| CGI GVF (LUX) MASTERS S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CHAMPION ENERGY MARKETING LLC | 13831 NW FREEWAY, SUITE 250 HOUSTON TX 77040 |
| CHAMPION ENERGY MARKETING LLC | ATTN: ROB DOTY CHAMPION ENERGY MARKETING LLC HOUSTON TX 77040 |
| CHAMPLAIN CLO LTD | INVESCO SENIOR SECURED MANAGEMENT, INC. 1166 AVENUE OF AMERICAS NEW YORK NY 10036 |
| CHAMPLAIN CLO LTD | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CHAMPLIN CLO LTD. | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHAMPLIN CLO LTD. | CHAMPLAIN CLO LTD. C/O INVESCO SENIOR SECURED MANAGEMENT, INC. ATTN: BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CHAMPLIN CLO LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN:  GREGG S. JUBIN, ESQ. 700 SIXTH STREET, N.W. WASHINGTON DC 20004 |
| CHAPEL HILL RESIDENTIAL RETIREMENT CENTER INC | 750 WEAVER DAIRY ROAD THE CHAPEL HILL NC 27514 |
| CHAPEL HILL SCHOOL DISTRICT | P.O. BOX 125 MT. PLEASANT  NC   75456 75456 |
| CHAPEL HILL SCHOOL DISTRICT | P.O. BOX 125 MT. PLEASANT  NC 75456 |
| CHARITY SELECT UK BOND FUND | ABERDEEN ASSET MANAGERS LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| CHARLES RIVER SCHOOL | 56 CENTRE STREET P.O. BOX 339 DOVER MA 02030-0339 |
| CHARLES SCHWAB TRUST COMPANY | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 2232 385 E. COLORADO BLVD. PASADENA CA 91101 |
| CHARLESTON, CITY OF | 2536 4TH ST. NORTH CHARLESTON SC 29406 |
| CHARLESTON-OXFORD ASSOCIATES, L.P. | 4582 S. ULSTER ST. PKWY DENVER CO 80237 |
| CHASE MANHATTAN BANK (DO NOT USE) | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 WEST 52ND ST. NEW YORK NY 10019 |
| CHASE MANHATTAN BANK (DO NOT USE) | 245 PARK AVENUE, 11TH FLOOR MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| CHASE MANHATTAN BANK (DO NOT USE) | ATTN: ALEXANDER M. HUNT 245 PARK AVENUE, 11TH FLOOR MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| CHATHAM ASSEST HIGH YIELD MASTER FUND LTD | CHATHAM ASSET MANAGEMENT, LLC CHATHAM NJ 07928 |
| CHATHAM ASSET HIGH YIELD MASTER FUND LTD. | CHATHAM ASSET HIGH YIELD MASTER FUND, LTD. C/O CHATHAM ASSET MANAGEMENT, LLC ATTN: JAMES V. RUGGERIO, JR. 26 MAIN STREET, SUITE 204 CHATHAM NJ 07928 |
| CHATHAM ASSET HIGH YIELD MASTER FUND LTD. | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| CHELAN COUNTY PUBLIC UTILITY DISTRICT NO 1, | PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN COUNTY, WA 327 N. WENATCHEE AVE WENATCHEE WA 98801 |
| CHELAN COUNTY PUBLIC UTILITY DISTRICT NO 1, | ATTN: JAYME MITCHELL CHELAN COUNTY PUD 98801 |
| CHELAN COUNTY PUBLIC UTILITY DISTRICT NO 1, | 327 N. WENATCHEE AVE WENATCHEE WA 98807 |
| CHELAN PUBLIC UTILITY DISTRICT NO 1 (WSPP) | 327 N WENATCHEE AVE WENATCHEE WA 98801 |
| CHENG,ELISA CHING C | FLAT C, 50TH FLOOR, TOWER 12 CARMEL COVE, CARIBBEAN COAST 1 MAN TUNG ROAD TUNG CHUNG HONG KONG |
| CHEROKEE WATER & SEWERAGE AUTHORITY | POST OFFICE BOX 1006 ONE MAIN STREET CANTON GA 30114 |
| CHERRY HILL CDO SPC 2007-1 | DALE CROWLEY MAPLES AND CALDER PO BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| CHERRY HILL CDO SPC 2007-1 | THE DIRECTORS CHERRY HILL CDO SPC C/O MAPLES FINANCE LIMITED PO BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STRE GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| CHERRY HILL CDO SPC 2007-2 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| CHERRY HILL CDO SPC 2007-2 | ATTN: ELENI MANTZOURANI C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| CHESAPEAKE ENERGY CORP. | JENNIFER GRIGSBY, VP, ASST. TREASURER #AMPER CORP. 6100 NORTHWESTERN AVENUE OKLAHOMA CITY OK 73118 |
| CHESAPEAKE ENERGY CORPORATION | 6100 NORTHWESTERN AVENUE OKLAHOMA CITY OK 73118 |
| CHESHIRE, TOWN OF | 84 SOUTH MAIN STREET CHESHIRE CT 06410 |
| CHESTNUT HILL BENEVOLENT ASSOCIATION | 910 BOYLSTON STREET CHESTNUT HILL MA 02467 |
| CHEVRON CORPORATION | 225 BUSH STREET SAN FRANCISCO CA 94104 |
| CHEVRON MASTER PENSION TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| CHEVRON MASTER PENSION TRUST | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| CHEVRON PRODUCTS COMPANY | 1500 LOUISIANA ST. 4TH FLOOR HOUSTON TX 77002 |
| CHEVRON USA INC | CONTRACT ADMINISTRATION CHEVRON U.S.A. INC. 1500 LOUISIANA STREET, 3RD FLOOR HOUSTON TX 77002 |
| CHEVRON USA INC | SETTLEMENTS CHEVRON U.S.A. INC. 1500 LOUISIANA STREET, 3RD FLOOR HOUSTON TX 77002 |
| CHEVRON USA INC. | C/O CHEVRON NATURAL GAS HOUSTON TX 77002 |
| CHEVRONTEXACO CORPORATION | ATTN: TREASURER CHEVRON CORPORATION 225 BUSH STREET SAN FRANCISCO CA 94104 |
| CHEVRONTEXACO CORPORATION | ATTN: TREASURER CHEVRON CORPORATION, HEADQUARTERS 94583 |
| CHF BIRMINGHAM LLC | C/O COLLEGIATE HOUSING FOUNDATION MOBILE AL 36608 |
| CHF-TAMPA | 411 JOHNSON AVENUE SUITE B FAIRHOPE AL 36533 |
| CHF-TAMPA | ATTN: LEEMAN H. COVEY CHF-TAMPA, L.L.C. FAIRHOPE AL 36533 |
| CHIBA BANK LTD | 5-3, NIHOMBASHI MUROMACHI 1-CHROME CHUO-KU TOKYO 103-0022 JAPAN |
| CHIBA BANK, LTD. (THE) | 5-3, NIHOMBASHI MUROMACHI 1-CHROME CHUO-KU TOKYO 103-0022 JAPAN |
| CHICAGO CLIMATE EXCHANGE INC | 190 S LASALLE ST CHICAGO IL 60603 |
| CHICAGO O'HARE INTERNATIONAL AIRPORT | CITY HALL ROOM 501 CHICAGO IL 60602 |
| CHICAGO PUBLIC SCHOOL TEACHERS PENSIONS & RETIREME | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CHICAGO PUBLIC SCHOOL TEACHERS' PENSION AND RETIRE | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1311 385 E. COLORADO BLVD PASADENA CA 91101 |
| CHICAGO, CITY OF (OFFICE OF COMPTROLLER) | 33 N. LASALLE STREET ROOM 600 CHICAGO IL 60602 |
| CHILDREN'S INSTITUTE OF PITTSBURGH | 6301 NORTHUMBERLAND STREET PITTSBURGH  PA PA 15217 |
| CHILDREN'S MEETING HOUSE | 927 OBANNONVILLE ROAD LOVELAND OH 45140 |
| CHILDREN'S MEETING HOUSE | ATTN: ROB GROSSHEIM 931 OBANNONVILLE ROAD LOVELAND OH 45140 |
| CHILDREN'S VILLAGE INC | OFF WALGROVE AVENUE DOBBS FERRY NY 10522 |
| CHILDRENS HOSPITAL MEDICAL CENTER | BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| CHINA AIRLINES LTD | CHINA AIRLINES LTD. NANKING E. ROAD TAIPEI 10410 TAIWAN, PROVINCE OF CHINA |
| CHINA CONSTRUCTION BANK CORPORATION | BEIJING HEAD OFFICE BEIJING 100 032 CHINA |
| CHINA DEVELOPMENT BANK CORPORATION | NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING CHINA |
| CHINA DEVELOPMENT IND BANK | ATTN:OPERATION DEPARTMENT, BEATRICE CHOU, NANCY LIANG, ALVIE CHUANG CHINA DEVELOPMENT INDUSTRIAL BANK 125 NANJING EAST ROAD, SECTION 5 TAIPEI 10504 CHINA |
| CHINA MERCHANTS BANK CO., LIMITED | ATTN: WANG HAOCHUAN, TREASURY DEPARTMENT CHINA MERCHANTS BANK TOWER, NO 7088, SHENNAN BLVD. SHENZHEN 518040 CHINA |
| CHINA MERCHANTS BANK CO., LIMITED | CHINA MERCHANTS BANK TOWER NO.7088 SHENZHEN 518040 CHINA |
| CHINA MERCHANTS BANK CO., LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO/ SARA M TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GENERAL MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2 FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 100031 BEIJING 100031 CHINA |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GENERAL MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2, FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 10031 BEIJING 100031 CHINA |
| CHINATRUST COMMERCIAL BANK | ATTN: CAROL HUANG CORRESPONDENCE BANKING TAIPEI, TAIWAN 110 CHINA |
| CHINATRUST COMMERCIAL BANK | ATTN: GRACE WU 16F., NO. 3, SUNG SHOU ROAD TAIPEI CITY 110 TAIWAN, PROVINCE OF CHINA |
| CHINATRUST COMMERCIAL BANK | CHINATRUST COMMERCIAL BANK C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| CHINO CA (CITY OF) PUBLIC FINANCING AUTHORITY | 13220 CENTRAL AVENUE CHINO CA 91710 |
| CHITTENDEN TRUST COMPANY | CHITTENDEN TRUST COMPANY BURLINGTON VT 05401 |
| CHOATE ROSEMARY HALL | 333 CHRISTIAN STREET WALLINGFORD CT 06492-3800 |
| CHRISTIAN CARE CENTERS, INC. | 12700 SHELBYVILLE ROAD, SUITE 1000 LOUISVILLE KY 40243 |
| CHRISTIAN CARE HOLDING CO., INC. | ATTN: JOHN NORRIS 2002 WEST SUNNYSIDE DRIVE PHOENIX AZ 85029 |
| CHRISTIAN CARE MESA, INC. | 2002 W. SUNNYSIDE DR. PHOENIX AZ 85072-3210 |
| CHRISTIAN CARE RETIREMENT APARTMENTS, INC. | ATTN: JOHN NORRIS 2002 WEST SUNNYSIDE DRIVE PHOENIX AZ 85029 |
| CHRISTIAN CARE RETIREMENT APARTMENTS, INC. | 2002 WEST SUNNYSIDE DRIVE P.O. BOX 83210 PHOENIX AZ 85071-3210 |
| CHRISTIAN MISSIONARY ALLIANCE | 15101 SHELL POINT BLVD. FORT MYERS FL 33908 |
| CHRISTIAN MISSIONARY ALLIANCE | P.O. BOX 35000 COLORADO SPRINGS CO 80935-3500 |
| CHRISTIAN RETIREMENT HOMES, INC. | ATTN: BERT VIGEN CHRISTIAN RETIREMNT HOMES, INC., WALCOTT IA 52773 |
| CHRISTIAN RETIREMENT HOMES, INC. | ATTN: BERG VIGEN 4130 NORTHWEST BLVD. DAVENPORT IA 52806 |
| CHRISTIAN RETIREMENT HOMES, INC. | B.C. ZIEGLER AND COMPANY, 1 SOUTH WACKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| CHUO MITSUI TRUST & BANKING CO . LTD | 3-23-1 SHIBA MINATO-KU TOKYO 105-8574 JAPAN |
| CHURCH OF THE HIGHLANDS | 4700 HIGHLANDS WAY BIRMINGHAM AL 35210-3454 |
| CHURCH OF THE HIGHLANDS | CHURCH OF THE HIGHLANDS BIRMINGHAM AL 35210-3454 |
| CHURCH SCHOOLS IN THE DIOCESE OF VIRGINIA | 110 WEST FRANKLIN STREET RICHMOND VA 23220-5095 |
| CHURCH SCHOOLS IN THE DIOCESE OF VIRGINIA | 8727 RIVER ROAD RICHMOND VA 23229 |
| CI INVESTMENTS INC., AS A MANAGER FOR | SKYLON GLOBAL YIELD FUND LIMITED – SERIES A UNITS 2 QUEEN ST. EAST 20TH FLOOR TORONTO ON M5C 3G7 CANADA |
| CI INVESTMENTS INC., AS A MANAGER FOR | SKYLON GLOBAL HIGH YIELD TRUST 2 QUEEN ST. EAST 20TH FLOOR TORONTO ON M5C 3G7 CANADA |
| CI INVESTMENTS INC., AS A MANAGER FOR | SKYLON GLOBAL YIELD FUND LIMITED – SERIES B UNITS 2 QUEEN ST. EAST 20TH FLOOR TORONTO ON M5C 3G7 CANADA |
| CIB BANK ZRT | MEDVE STREET BUILDING MEDVE U. 4-14 BUDAPEST H-1537 HUNGARY |
| CIB BANK ZRT | H-1027 BUDAPEST MEDVE UTCA 4-14 BUDAPEST H-1995 HUNGARY |
| CIB BANK ZRT | H-1027 BUDAPEST MEDVE UTCA 4-14 H-1995 BUD HUNGARY |
| CIBA SPECIALTY CHEMICALS (UK) PENSION TRUST LIMITE | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CIC INTERNATIONAL CAPITAL LIMITED | CIC INTERNATIONAL CAPITAL LIMITED 20 PEDDER STREET CENTRAL HONG KONG HONG KONG |
| CIC INTERNATIONAL CAPITAL LIMITED | MR. K.C. CHAN CIC INTERNATIONAL CAPITAL LIMITED 20 PEDDER STREET CENTRAL HONG KONG HONG KONG |
| CIFG SERVICES INC., | AS TRUSTEE OF NEW GENERATION FUNDING TRUST 38 ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK NY 10022 |
| CIFG SERVICES INC., | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

| Claim Name | Address Information |
|---|---|
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | 825 THIRD AVENUE 6TH FLOOR NEW YORK NY 10022 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVIES, INC., AS TRUSTEE OF NEW GENERATION F | ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK NY 10022 |
| CIFG SERVIES, INC., AS TRUSTEE OF NEW GENERATION F | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CINEMARK HOLDINGS INC. | C/O CINEMARK HOLDINGS, INC. PLANO TX 75093 |
| CIR INTERNATIONAL S.A. | CIR INTERNATIONAL SA LUXEMBOURG L-2449 LUXEMBOURG |
| CISCO SYSTEMS INC | CISCO SYSTEMS, INC. SAN JOSE CA 95134 |
| CISCO SYSTEMS INC | ATTN: KEVIN DEEBLE 170 WEST TASMAN DRIVE SAN JOSE CA 95134-1706 |
| CIT GROUP INC | CIT TREASURY LIVINGSTON NJ 07039 |
| CIT GROUP INC | 650 CIT DRIVE LIVINGSTON NJ 10281 |
| CITADEL ENERGY INVESTMENTS LTD | ATTN: CHRISTOPHER RAMSEY 131 SOUTH DEARBORN ST CHICAGO IL 60603 |
| CITADEL ENERGY INVESTMENTS LTD | ATTN: LEGAL DEPARTMENT CITADEL EQUITY FUND LTD. 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITADEL ENERGY INVESTMENTS LTD. | C/O CITADEL INVESTMENT GROUP LLC ATTN: SHELLANE M. QUINN 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITADEL EQUITY FUND LTD. | C/O CITADEL INVESTMENT GROUP LLC ATTN: SHELLANE M QUINN 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITADEL EQUITY FUND LTD. | ATTN: LEGAL DEPT CITADEL EQUITY FUND LTD 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITADEL MACRO MASTER FUND I LTD | 131 SOUTH DEARBORN ST CHICAGO IL 60603 |
| CITADEL MACRO MASTER FUND I LTD | ATTN: LEGAL DEPARTMENT C/O CITADEL ADVISORS LLC CHICAGO IL 60603 |
| CITADEL MACRO MASTER FUND I LTD | CITADEL MACRO MASTER FUND I LTD. 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITADEL MACRO MASTER FUND I LTD | ATTN: LEGAL DEPARTMENT CITADEL MACRO MASTER FUND I LTD. 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITI CANYON LTD | C/O CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| CITI CANYON LTD | CITI CANYON LTD. P.O. BOX 694 GT, EDWARD STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| CITI CANYON LTD | ATTN: FIONA FINUCANE WITH COPIES TO: PFPC INTERNATIONAL LTD. RIVERSIDE TWO SIR ROGERSONS QUAY GRAND CANAL DOCK, DUBLIN 2 IRELAND |
| CITI CANYON LTD | FIONA FINUCANE WITH COPIES TO: PFPC INTERNATIONAL LTD. RIVERSIDE TWO SIR ROGERSONS QUAY GRAND CANAL DOCK, DUBLIN 2 IRELAND |
| CITI CANYON LTD | ALAN NIXON WITH COPIES TO: PRICEWATERHOUSECOOPERS GEORGE#APPOSS QUAY DUBLIN 2 IRELAND |
| CITI CANYON LTD | ATTN: ALAN NIXON WITH COPIES TO: PRICEWATERHOUSECOOPERS GEORGE APPOSS QUAY DUBLIN 2 IRELAND |
| CITI CANYON LTD | ATTN: FIONA FINUCANE PFPC INTERNATIONAL LTD. RIVERSIDE TWO SIR ROGERSONS QUAY GRAND CANAL DOCK, DUBLIN 2 IRELAND |
| CITI CANYON LTD | ATTN: ALAN NIXON PRICEWATERHOUSECOOPERS GEORGE'S QUAY DUBLIN 2 IRELAND |
| CITI CANYON LTD | ATTN: RAYMOND NOLTE CITI ALTERNATIVE INVESTMENTS NEW YORK NY 10022 |
| CITI CANYON LTD | ATTN: VANESSA PRICE CITIGROUP ALTERNATIVE INVESTMENTS LLC NEW YORK NY 10022 |
| CITI CANYON LTD | ATTN: VANESSA PRICE WITH COPIES TO: CITIGROUP ALTERNATIVE INVESTMENTS LLC 731 LEXINGTON AVENUE, 25TH FLOOR NEW YORK NY 10022 |
| CITI CANYON LTD | VANESSA PRICE WITH COPIES TO: CITIGROUP ALTERNATIVE INVESTMENTS LLC 731 LEXINGTON AVENUE, 25TH FLOOR NEW YORK NY 10022 |
| CITI CANYON LTD | 2000 AVENUE OF THE STARS 9665 WILSHIRE BOULEVARD, SUITE 200 LOS ANGELES CA 900674700 |
| CITI CANYON LTD | ATTN: ACCOUNTING CANYON CAPITAL ADVISORS, LLC 2000 AVENUE OF THE STARS, 11TH |

| Claim Name | Address Information |
|---|---|
| CITI CANYON LTD | FLOOR BEVERLY HILLS CA 90212 |
| CITI CANYON LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITI CANYON LTD. | C/O CITIGROUP ALTERNATIVE INVESTMENTS LLC ATTN: RAY NOLTE 55 EAST 59TH STREET, 10TH FLOOR NEW YORK NY 10022 |
| CITI SWAPCO INC | ATTN: EDWARD G TURAN 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013-2375 |
| CITI SWAPCO INC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK KOREA INC. | ATTN: HEAD OF TREASURY OPERATIONS 14TH FLOOR, 39 DA-DONG JUNG-GU, SEOUL 100-180 KOREA |
| CITIBANK KOREA INC. | ATTM: YOUNG-SUN KIM CITIBANK BUILDING, 39, DA-DONG, CHUNG-KU SEOUL 100-180 KOREA, REPUBLIC OF |
| CITIBANK KOREA INC. | ATTN: REGIONAL TREASURY COUNSEL 3 TEMASEK AVENUE #15-00 CENTENNIAL TOWER SINGAPORE    39190 SINGAPORE |
| CITIBANK KOREA INC. | 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| CITIBANK KOREA INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK N.A. | DEPARTMENT HEAD LEGAL DEPT. 77 WATER STREET, 9TH FL. NEW YORK NY 10004 |
| CITIBANK N.A. | 388 GREENWICH STREET 17TH FLOOR NEW YORK NY 10013 |
| CITIBANK N.A. | SCOTT FLOOD 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: DIRECTOR DERIVATIVES CAPITAL MARKETS DOCUMENTATION UNIT NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: SCOTT L. FLOOD 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| CITIBANK NA | ATTN: DEPARTMENT HEAD LEGAL DEPT. 77 WATER STREET, 9TH FL. NEW YORK NY 10004 |
| CITIBANK NA | ATTN: SCOTT FLOOD/DIRECTOR OF DERIVATIVES 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| CITIBANK NA | ATTN: DIRECTOR DERIVATIVES OPERATIONS 250 WEST STREET, 10TH FL. NEW YORK NY 10013 |
| CITIBANK NA | ATTN: DIRECTOR OF DERIVATIES CITIBANK, N.A. 388 GREENWICH ST NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: EDWARD G. TURAN 388 GREENWICH STREET NEW YORK NY 10013-2375 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A. | ATTN: EDWARD G TURAN 388 GREENWICH STREET NEW YORK NY 10019-6064 |
| CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE | C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, P.O. BOX 9729 PORTLAND ME 04104-5029 |
| CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE | CITIBANK, N.A., AGENCY & TRUST ATTN: JENNIFER CUPO 24221 CALLE DE LA LOUISA, SUITE 308 LAGUNA HILLS CA 92653 |
| CITIGROUP 401 K PLAN | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1889 385 E. COLORADO BLVD. PASADENA CA 91101 |
| CITIGROUP ENERGY INC | 388 GREENWICH ST, 17TH FL NEW YORK NY 10013 |
| CITIGROUP ENERGY INC | ATTN: SENIOR DEPUTY GENERAL COUNSEL CITIGROUP ENERGY INC. 388 GREENWICH ST NEW YORK NY 10013 |
| CITIGROUP ENERGY, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JOHN BORIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP ENERGY, INC. | ATTN: JOHN BORIN 2800 POST OAK BLVD, SUITE 500 HOUSTON TX 77056 |
| CITIGROUP FINANCIAL PRODUCTS INC | 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC | 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC | ATTN: EDWARD G. TURAN 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC | ATTN: SENIOR DEPUTY GENERAL COUNSEL CITIBANK FINANCIAL PRODUCTS NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC | ATTN: EDWARD G. TURAN 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013-2375 |
| CITIGROUP FINANCIAL PRODUCTS INC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC | AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP GLOBAL MARKETS LIMITED (EFET P) | CITIGROUP CENTRE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | CITIGROUP CENTRE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | CITIGROUP CENTRE CANADA SQUARE LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | ATTENTION: JULIA ELLIOTT CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | JULIA ELLIOTT CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | CITIGROUP GLOBAL MARKETS LTD 388 GREENWICH ST 17TH FL NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LTD | ATTN:  SCOTT L. FLOOD 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LTD | ATTN: SENIOR DEPUTY GENERAL COUNSEL CITIGROUP GLBL MARKETS LTD 388 GREENWICH ST 17TH FL NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LTD | ATTN: SENIOR DEPUTY GENERAL COUNSEL 388 GREENWICH STREET 17TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LTD | CAPITAL MARKETS LEGAL NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LTD | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP TRUST - DELAWARE, N.A. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| CITIGROUP TRUST - DELAWARE, N.A. | VALERIE DELGADO CITIGROUP TRUST - DELAWARE, N.A. C/O CITIBANK AGENCY AND TRUST 24221 CALLE DE LA LOUISA, SUITE 308 LAGUNA HILLS CA 92653 |
| CITIZENS BANK | CITIZENS BANK FLINT MO 48501 |
| CITIZENS BANK | ATTN: BALANCE SHEET, DEBT CITIZENS BANK FLINT MO 48501 |
| CITIZENS BANK | ATTN: BALANCE SHEET, DEBT 328 S. SAGINAW ST., MC# D01055 FLINT MO 48501 |
| CITIZENS ELECTRIC COMPANY OF LEWISBURG, PA | MCNEES WALLACE P.O. BOX 1166 100 PINE ST HARRISBURG PA 17108-1166 |
| CITIZENS NATIONAL BANK | ATTN: ANN BOWERS P.O. BOX 4610 SEVIERVILLE TN 37864 |
| CITIZENS NATIONAL BANK | ANN BOWERS PO BOX 4610 SEVIERVILLE TN 37864 |
| CITY AND COUNTY OF DENVER, COLORADO | 144 WEST COLFAX AVE ROOM 209 DENVER CO 80202-5391 |
| CITY AND COUNTY OF DENVER, COLORADO | ATTN: MANAGER OF REVENUE FOR AND ON BEHALF OF ITS DEPARTMENT OF AVIATION 144 WEST COLFAX AVE ROOM 209 DENVER CO 80202-5391 |
| CITY GLOBAL FINANCE INC | VIA AZUL 4551 LO CURRO SANTIAGO BRAZIL |
| CITY LOFTS (ST VINCENT STREET) LTD | CITY LOFTS GROUP PLC STATION PARADE HARROGATE NORTH YORKSHIRE HG1 1TS UNITED KINGDOM |
| CITY LOFTS (ST VINCENT STREET) LTD | ATTN: NICK MOODY/BARI PHILLIPS CITY LOFTS GROUP PLC STATION PARADE HARROGATE NORTH YORKSHIRE HG1 1TS UNITED KINGDOM |
| CITY OF ALBANY COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY, NSW 2000 AUSTRALIA |
| CITY OF AUSTIN D/B/A AUSTIN ENERGY | ATTN: MANAGER - ENERGY SUPPLY & RISK MGMT C/O ENERGY MARKETING OPERATIONS 721 BARTON SPRINGS RD - TOWN LAKE CTR SUITE 200 AUSTIN TX 78704 |
| CITY OF AUSTIND/B/A AUSTIN ENERGY | AUSTIN ENERGY C/O ENERGY MARKETING OPERATIONS 721 BARTON SPRINGS RD - TOWN LAKE CTR SUITE 200 AUSTIN TX 78704 |
| CITY OF CHICAGO-MIDWAY AIRPORT REVENUE BONDS | CITY OF CHICAGO 33 NORTH LASALLE STREET SUITE 600 CHICAGO IL 60602 |
| CITY OF COLORADO SPRINGS PUBLIC FACILITIES AUTH | 30 SOUTH NEVADA AVENUE, SUITE 202 PO BOX 1575, MAIL CODE 220 COLORADO SPRINGS CO 80901-1575 |
| CITY OF GERALDTON-GREENOUGH COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| CITY OF GERALDTON-GREENOUGH COUNCIL | CITY OF GERALDTON-GREENOUGH COUNCIL C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| CITY OF MELVILLE COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER |

| Claim Name | Address Information |
|---|---|
| CITY OF MELVILLE COUNCIL | PLACE SYDNEY, NSW 2000 AUSTRALIA |
| CITY OF MILWAUKEE | CITY COMPTROLLER CITY HALL, ROOM 404 200 EAST WELLS STREET MILWAUKEE WI 53202 |
| CITY OF MILWUAKEE | KATTEN MUCHIN ROSENMAN LLP ATTN: ANDREW L. WOOL 525 W. MONROE STREET CHICAGO IL 60661-3693 |
| CITY OF OKLAHOMA CITY WATER & WASTEWATER UTILITIES | CITY OF OKLAHOMA CITY WATER OKLAHOMA CITY OK 73102 |
| CITY OF PHOENIX EMPLOYEES' RETIREMENT PLAN | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1619 385 E. COLORADO BLVD PASADENA CA 91101 |
| CITY OF PITTSBURG PUBLIC FINANCING AUTHORITY, CA | 65 CIVIC AVENUE PITTSBURGCA 94565 |
| CITY OF SAN ANTONIO - EEI | 145 NAVARRO P.O. BOX 1771 SAN ANTONIO TX 78296 |
| CITY OF TACOMA | ATTN: WARD GROVES, DEPUTY CITY ATTORNEY DEPT. OF PUBLIC UTILITIES, LIGHT DIVISION AKA TACOMA CITY LIGHT OR TACOMA POWER 3628 SO. 35TH STREET TACOMA WA 98409-3192 |
| CITY OF VANCOUVER | CITY OF VANCOUVER VANCOUVER BC V5Y 1V4 CANADA |
| CITY OF ZURICH PENSION FUND (PENSIONSKASSE STADT Z | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| CITY VIEW PLAZA, S.E. | C/O DONALD A. WORKMAN BAKER & HOSTETLER LLP 1050 CONNECTICUT AVE., N.W., SUITE 1100 WASHINGTON DC 20036 |
| CITY VIEW PLAZA, S.E. | ATTN: LEGAL GROUP P.O. BOX 9066390 SAN JUAN PR 00986 |
| CIVIC CENTER OFFICE BUILDING INC | CIVIC CENTER OFFICE BUILDING, INC. C/O DENVER PUBLIC FACILITIES TRUST 2003C, AS MANAG 717 SEVENTEENTH STREET, SUITE 301 DENVER CO 80202 UNITED STAES |
| CIVIC CENTER OFFICE BUILDING INC | ATTN: CORPORATE TRUST DEPARTMENT 717 SEVENTEENTH STREET, SUITE 301 DENVER CO 80202 |
| CIVIC CENTER OFFICE BUILDING INC | ATTN: CORPORATE TRUST DEPARTMENT CIVIC CENTER OFFICE BUILDING, INC. C/O DENVER PUBLIC FACILITIES TRUST 2003C, AS MANAG 717 SEVENTEENTH STREET, SUITE 301 DENVER CO 80202 |
| CIVIL AVIATION AUTHORITY PENSION SCHEME | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| CJ 2STAR SD CLIQUET PRIVATE DERIVATIVES TRUST 22 | 11TH FL CJ INVESTMENT & SECURITIES BUILDING 25-15 YOIDO-DONG YOUNGDEUNGPO-GU SEOUL KOREA, REPUBLIC OF |
| CLARA MARTIN CENTER | 11 MAIN STREET RANDOLPH VT 05060 |
| CLAREN ROAD CREDIT MASTER FUND LTD | CLAREN ROAD ASSET MANAGEMENT, LLC NEW YORK NY 10022 |
| CLAREN ROAD CREDIT MASTER FUND LTD | KEN WEILLER, COO CLAREN ROAD ASSET MANAGEMENT, LLC NEW YORK NY 10022 |
| CLAREN ROAD CREDIT MASTER FUND, LTD. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| CLARIAN HEALTH PARTNERS | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| CLARIAN HEALTH PARTNERS INC | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| CLARIAN HEALTH PARTNERS INC | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| CLARIDEN LEU AG | CLAIRIDEN LEU AG PO BOX 8070 ZURICH SWITZERLAND |
| CLARIDGE COURT | LIFE CARE RETIREMENT COMMUNITIES 100 EAST GRAND AVENUE, SUITE 200 DES MOINES IA 50309 |
| CLARINGTON GLOBAL INCOME FUND | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| CLARINGTON GLOBAL INCOME FUND | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| CLARIUM L.P. C/O CLARIUM CAPITAL MANAGEMENT, LLC | ATTN: JAMES FITZGERALD, GENERAL COUNSEL 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| CLARIUM L.P. C/O CLARIUM CAPITAL MANAGEMENT, LLC | YOSSI VEBMAN & ANDREW THAU SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036 |
| CLARIUM LP | C/O CLARIUM CAPITAL MANAGEMENT, LLC BUILDING C, SUITE 400 SAN FRANCISCO CA 94129 |
| CLARK ATLANTA UNIVERSITY, GA | 223 JAMES P. BRAWLEY DRIVE ATLANTA GA 30314 |
| CLARK COUNTY PUBLIC UTILITY DISTRICT #1 | 1200 FORT VANCOUVER WAY VANCOUVER WA 98668 |

| Claim Name | Address Information |
|---|---|
| CLEVELAND CLINIC FOUNDATION (NON-ERISA) | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1412 385 E. COLORADO BLVD PASADENA CA 91101 |
| CLEVELAND CLINIC FOUNDATION, THE | C/O JASON OBLANDER 3050 SCIENCE PARK DRIVE – AC321 BEACHWOOD OH 44122 |
| CLEVELAND CLINIC FOUNDATION, THE | SQUIRE SANDERS & DEMPSEY LLP C/O ANDREW SIMON 221 E. FOURTH ST., SUITE 2900 CINCINNATI OH 45202 |
| CLEVELAND CLINIC PENSION (ERISA)/CCHS RETIREMENT P | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1413 385 E. COLORADO BLVD PASADENA CA 91101 |
| CLEVELAND OH (CITY OF) | ATTN: RISK MANAGEMENT FIANCIAL GUARANTY INSURANCE COMPANY 125 PARK AVENUE NEW YORK NY 10017 |
| CLEVELAND OH (CITY OF) | CITY OF CLEVELAND, OHIO 44114 |
| CLEVELAND OH (CITY OF) | ATTN: DIRECTOR OF FINANCE AND SINKING FUND COMMISSION CITY OF CLEVELAND, OHIO ROOM 104, CLEVELAND OH 44114 |
| CLIFTON/TI EMPLOYEES PENSION TRUST | THE NORTHERN TRUST COMPANY, AS TRUSTEE SOUTH LASALLE STREET CHICAGO IL 60675 |
| CLINTON MADISON MASTER FUND, LTD. | ATTN: JOHN HALL C/O THE CLINTON GROUP, INC. 9 WEST 57TH ST., 26TH FLOOR NEW YORK NY 10019 |
| CLINTON MAGNOLIA MASTER FUND LTD | C/O CLINTON GROUP, INC. NEW YORK NY 10019 |
| CLINTON MAGNOLIA MASTER FUND LTD | C/O CLINTON GROUP, INC. ATTN: JOHN HALL 9 WEST 57TH ST., 26TH FLOOR NEW YORK NY 10019 |
| CLINTON MULTISTRATEGY MASTER FUND, LTD. | C/O THE CLINTON GROUP, INC. ATTN: JOHN HALL 9 WEST 57TH, ST. 26TH FLOOR NEW YORK NY 10019 |
| CLOSE INVESTMENTS PORTFOLIO PLC – | LONG DATED STERLING CREDIT FUND C/O CLOSE ASSET MANAGEMENT LIMITED 10 EXCHANGE SQUARE, PRIMROSE STREET LONDON EC2A 2BY UNITED KINGDOM |
| CLOUD PEAK ENERGY RESOURCES LLC | TRANSFEROR: RIO TINTO ENERGY AMERICA, INC ATTN: BRYAN J. PECHERSKY 505 S. GILLETTE AVE. GILLETTE WY 82716 |
| CLOWER, JAMES ROBERT  & BETTY S | JAMES ROBERT CLOWER, SR. AND BETTY S. CLOWER 1544 HICKORY RIDGE ROAD LEBANON TN 37087 |
| CM RENTABILIDAD DUAL IBEX FI | GESMADRID, S.G.I.I.C, S.A. PASEO DE LA CASTELLANA, 189 6TH PLANTA MADRID 28046 SPAIN |
| CM SELECCION FINANCIERA | GESMADRID, S.G.I.I.C, S.A. PASEO DE LA CASTELLANA, 189 6TH PLANTA MADRID 28046 SPAIN |
| CMA CGM SA | CMA CGM 13002 MARSEILLE FRANCE |
| CMA CGM SA | M. FRANCOIS MIESCH CMA CGM 13002 MARSEILLE FRANCE |
| CMC MAGNETICS CORPORATION | 15TH, FI., 53, MING CHUAN W. ROAD. TAIPEI TAIWAN, PROVINCE OF CHINA |
| CMC MAGNETICS CORPORATION | C/O BAKER & MCKENZIE 1114 AVENUE OF THE AMERICAS ATTN: IRA REID, ESQ. NEW YORK NY 10036 |
| CME GROUP INC | ATTN: CHIEF FINANCIAL OFFICER WITH COPY PURSUANT TO SECT 5 OR 6 TO: CME GROUP INC. 20 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| CME GROUP INC | ATTN: TREASURER CME GROUP INC. CHICAGO IL 60606-7499 |
| CMS ENERGY RESOURCE MANAGEMENT COMPANY | CMS ENERGY RESOURCE MANAGEMENT COMPANY JACKSON MI 49201 |
| CMS ENERGY RESOURCE MANAGEMENT COMPANY | ATTN: SCOTT MCFERREN ONE ENERGY PLAZA JACKSON MI 49201 |
| CNA FINANCIAL CORPORATION | CNA PLAZA – 23 SOUTH CHICAGO IL 60604 |
| CNH PENSION TR.- CORE PLUS FIXED INCOME | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1419 385 E. COLORADO BLVD. PASADENA CA 91101 |
| COAST ASSET MANAGEMENT CORPORATION | COAST ASSET MANAGEMENT EAST TOWER, SUITE 100 SANTA MONICA CA 90404 |
| COAST ELECTRIC POWER ASSOCIATION | COAST ELECTRIC POWER ASSOCIATION BAY ST. LOUIS MS 39521-2430 |
| COAST ELECTRIC POWER ASSOCIATION | ATTN: MANAGER OF FINANCE AND ACCOUNTING (18020 HWY 603, KILN) P.O. BOX 2430 BAY ST. LOUIS MS 39521-2430 |
| COASTAL MEADOWRIDGE LLC | C/O JH REAL ESTATE PARTNERS INC 550 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| COBANK, ACB | P.O. BOX 5110 5500 SOUTH QUEBEC ST. ENGELWOOD CO 80111 |
| COFFEE REGIONAL MEDICAL CENTER | 1101 OCILLA ROAD DOUGLAS GA 31534 |
| COFFS HARBOUR CITY COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUAIRE TOWER 1 FARRER PLACE |

| Claim Name | Address Information |
|---|---|
| COFFS HARBOUR CITY COUNCIL | SYDNEY NSW 2000 AUSTRALIA |
| COFIRI SIM SPA | VIA BONCOMPAGNI NO. 26 - 00187 ROMA ROME ITALY |
| COFIRI SIM SPA | ATTN: MR. BARTOLOMEI COFIRI SIM SPA ROME ITALY |
| COLBY-SAWYER COLLEGE | 541 MAIN STREET NEW LONDON NH 03257 |
| COLBY-SAWYER COLLEGE | ATTN: DOUGLAS W. LYON, TREASURER 541 MAIN STREET NEW LONDON NH 03257 |
| COLLEGES OF APPLIED ARTS & TECHNOLOGY PENSION PLAN | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| COLLINS, PATRICK J. | MR. STEPHEN G MACKENZIE 103 CHICHESTER ROAD NEW CANAAN CT 06840 |
| COLONIAL BANCGROUP, INC. | THE COLONIAL BANCGROUP, INC. COLONIAL FINANCIAL CENTER, 5TH FLOOR, ONE COMMERCE STREET MONTGOMERY AL 36104 |
| COLONIAL BANCGROUP, INC., THE | C/O KEVIN T. O'HALLORAN, CHIEF RESTRUCTURING OFFICER P.O. BOX 723657 ATLANTA GA 31139 |
| COLORADO EDUCATIONAL AND CULTURAL FACILITIES AUTHO | C/O PINNACLE CHARTER SCHOOL 1981 BLAKE STREET DENVER CO 80202 |
| COLORADO HOUSING & FINANACE AUTHORITY | ATTN: CHARLES L. BORGMAN GENERAL COUNSEL 1981 BLAKE ST DENVER CO 80202 |
| COLORADO HOUSING & FINANACE AUTHORITY | SHERMAN & HOWARD, LLC ATTN: MARK L. FULFORD 633 17H ST., STE. 3000 DENVER CO 80202 |
| COLORADO HOUSING & FINANCE AUTHORITY | ATT: CHARLES L. BORGMAN GENERAL COUNSEL 1981 BLAKE ST DENVER CO 80202 |
| COLORADO HOUSING & FINANCE AUTHORITY | SHERMAN & HOWARD, LLC ATTN: MARK L. FULFORD 633 17TH ST STE 3000 DENVER CO 80202 |
| COLORADO HOUSING AND FINANCE AUTHORITY | COLORADO HOUSING AND FINANCE AUTHORITY DENVER CO 80202 |
| COLORADO HOUSING AND FINANCE AUTHORITY | 1981 BLAKE STREET DENVER CO 80202 |
| COLORADO HOUSING AND FINANCE AUTHORITY | ATTN: CFO 1981 BLAKE ST DENVER CO 80202 |
| COLORADO HOUSING AND FINANCE AUTHORITY | MILROY ALEXANDER 1981 BLAKE STREET DENVER CO 80202 |
| COLORADO HOUSING FINANCE AUTHORITY | 1981 BLAKE STREET DENVER CO 80202 |
| COLORADO HOUSING FINANCEAUTHORITY/WF | 1981 BLAKE STREET DENVER CO 80202 |
| COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION | JULIUS BAER INVESTMENT MANAGEMENT INC. BEVIS MARK HOUSE BEVIS MARK LONDON EC3A 7NE UNITED KINGDOM |
| COLORADO SPRINGS CO (CITY OF) | CITY OF COLORADO SPRINGS COLORADO SPRINGS CO 80903 |
| COLUMBIA AT SYLAN HILLS,LP | COLUMBIA AT SYLAN HILLS,LP SUITE 684 ATLANTA GA 30309 |
| COLUMBIA AT SYLAN HILLS,LP | NOEL KHALIL 1718 PEACHTREE STREET, NW, SUITE 684 ATLANTA GA 30309 |
| COLUMBIA CORE BOND FUND | C/O FREDERIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COLUMBIA CORE BOND FUND | ATTN: JASON ROMANOW C/O COLUMBIA MANAGEMENT ADVISORS, LLC BOSTON MA 02110 |
| COLUMBIA CORE BOND FUND | ATTN: CAPITAL MARKETS DOCUMENTATION BANK OF AMERICA, N.A. BANK OF AMERICA, N.A. 100 FEDERAL STREET, MA5-100-12-01 BOSTON MA 02110 |
| COLUMBIA CORE BOND FUND | 100 FEDERAL STREET BOSTON MA 02111 |
| COLUMBIA CORE BOND FUND | ATTN: EDWARD J. MCKENZIE, JANINE DONOVAN STATE STREET BANK AND TRUST COMPANY TWO AVENUE DE LAFAYETTE LCC/4 BOSTON MA 02111 |
| COLUMBIA CORE BOND FUND | ATTN: BRIAN F. MCNALLY, ESQ. SENIOR COUNSEL BANK OF AMERICA CORPORATION NC1-002-33-31, 101 SOUTH TYRON STREET CHARLOTTE NC 28255 |
| COLUMBIA CORPORATE BOND PORTFOLIO | C/O COLUMBIA MANAGEMENT ADVISORS, LLC BOSTON MA 02110 |
| COLUMBIA CORPORATE BOND PORTFOLIO | ATTN: EDWARD J. MCKENZIE, JANINE DONOVAN STATE STREET BANK AND TRUST COMPANY TWO AVENUE DE LAFAYETTE, LCC/4 BOSTON MA 02111 |
| COLUMBIA CORPORATE BOND PORTFOLIO | ATTN: BRIAN F. MCNALLY, ESQ. SENIOR COUNSEL BANK OF AMERICA CORPORATION NC1-002-33-31, 101 SOUTH TYRON STREET CHARLOTTE NC 28255 |
| COLUMBIA INCOME FUND | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COLUMBIA INCOME FUND | ATTN: JASON ROMANOW; CAPITAL MARKETS DOCUMENTATION C/O COLUMBIA MANAGEMENT ADVISORS, LLC BOSTON MA 02110 |
| COLUMBIA INCOME FUND | 100 FEDERAL STREET BOSTON MA 02111 |

| Claim Name | Address Information |
|---|---|
| COLUMBIA INCOME FUND | ATTN: EDWARD J. MCKENZIE, JANINE DONOVAN STATE STREET BANK AND TRUST COMPANY TWO AVENUE DE LAFAYETTE, LCC/4 BOSTON MA 02111 |
| COLUMBIA INCOME FUND | ATTN: BRIAN F. MCNALLY, ESQ. SENIOR COUNSEL BANK OF AMERICA CORPORATION NC1-002-33-31, 101 SOUTH TYRON STREET CHARLOTTE NC 28255 |
| COLUMBIA INTERMEDIATE BOND FUND | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COLUMBIA INTERMEDIATE BOND FUND | ATTN: JASON ROMANOW; CAPTAL MARKETS DOCUMENTATION C/O COLUMBIA MANAGEMENT ADVISORS, LLC BOSTON MA 02110 |
| COLUMBIA INTERMEDIATE BOND FUND | 100 FEDERAL STREET BOSTON MA 02111 |
| COLUMBIA INTERMEDIATE BOND FUND | ATTN: EDWARD J. MCKENZIE, JANINE DONOVAN STATE STREET BANK AND TRUST COMPANY TWO AVENUE DE LAFAYETTE, LCC/4 BOSTON MA 02111 |
| COLUMBIA INTERMEDIATE BOND FUND | ATTN: BRIAN F. MCNALLY, ESQ. SENIOR COUNSEL BANK OF AMERICA CORPORATION NC1-002-33-31, 101 SOUTH TYRON STREET CHARLOTTE NC 28255 |
| COLUMBIA MEMORIAL HOSPITAL | 2111 EXCHANGE STREET ASTORIA OR 97103 |
| COLUMBIA TOTAL RETURN BOND FUND | SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COLUMBIA TOTAL RETURN BOND FUND | ATTN: JASON ROMANOW; CAPITAL MARKETS DOCUMENTATION C/O COLUMBIA MANAGEMENT ADVISORS, LLC BOSTON MA 02110 |
| COLUMBIA TOTAL RETURN BOND FUND | 100 FEDERAL ST BOSTON MA 02111 |
| COLUMBIA TOTAL RETURN BOND FUND | ATTN: EDWARD J. MCKENZIE, JANINE DONOVAN STATE STREET BANK AND TRUST COMPANY TWO AVENUE DE LAFAYETTE, LCC/4 BOSTON MA 02111 |
| COLUMBIA TOTAL RETURN BOND FUND | ATTN: BRIAN F. MCNALLY, ESQ. SENIOR COUNSEL BANK OF AMERICA CORPORATION NC1-002-33-31, 101 SOUTH TYRON STREET CHARLOTTE NC 28255 |
| COLUMBUS BANK AND TRUST COMPANY | 1148 BROADWAY COLUMBUS GA 31901 |
| COLUMBUS BANK AND TRUST COMPANY | ATTN: CHRIS GOODSON SYNOVUS FINANCIAL CORP. 1111 BAY AVENUE COLUMBUS GA 31901 |
| COLUMBUS, CITY OF | CITY HALL P.O. BOX 1408 COLUMBUS MS 39703-1408 |
| COMCAST CORPORATION | 1500 MARKET STREET PHILADELPHIA PA 19102 |
| COMCAST CORPORATION | ATTN:  KENNETH MIKALAUSKAS ONE COMCAST CENTER PHILADELPHIA PA 19103 |
| COMERICA BANK | 100 RENAISSANCE CTR DETROIT MI 48243 |
| COMMERCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL | L.P. - ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| COMMERCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| COMMERCES DE LA REPUBLIQUE | 47 RUE DE MONCEAU PARIS 75008 FRANCE |
| COMMERZBANK AG | KAISERSTRASSE 16 D-60261 FRANKFURT/MAIN GERMANY |
| COMMERZBANK AG | ATTN: ZTD - RISK CONTROLLING KAISERSTRASSE 16 D-60262 FRANKFURT/MAIN GERMANY |
| COMMERZBANK AG | ATTN: GROUP INTENSIVE CARE INTENSIVE CARE CORPORATES INTERNATIONAL KAISERSTRASSE 16 FRANKFURT 60261 GERMANY |
| COMMERZBANK AG | COMMERZBANK AG 32-36 NEUE MAINZER STR. FRANKFURT/MAIN 60311 GERMANY |
| COMMERZBANK AG | 23 AUSTIN FRIARS LONDON EC2N 2EN UNITED KINGDOM |
| COMMERZBANK AG | 2 WORLD FINANCIAL CENTER NEW YORK NY 10281-1050 |
| COMMERZBANK AG - GROUP INTENSIVE CARE | INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16 FRANKFURT AM MAIN 60261 GERMANY |
| COMMERZBANK AG - GROUP INTENSIVE CARE | COMMERZBANK AG - LEGAL DEPARTMENT ATTN: AMELIA GIBBONS P.O. BOX 52715, 30 GRESHAM STREET LONDON EC2P2XY UNITED KINGDOM |
| COMMERZBANK AG - GROUP INTENSIVE CARE | COMMERZBANK AG, NEW YORK BRANCH - LEGAL DEPARTMENT ATTN: STEVEN TROYER 2 WORLD FINANCIAL CENTER NEW YORK NY 10281-1050 |
| COMMERZBANK AKTIENGESELLSCHAFT(FRANKFURT ONLY) | COMMERZBANK AG FRANKFURT/MAIN 60311 GERMANY |
| COMMINGLED PENSION TRUST FUND | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ & KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND | (CORPORATE HIGH YIELD) OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK |

| Claim Name | Address Information |
|---|---|
| COMMINGLED PENSION TRUST FUND | NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND | (LONG DURATION INVESTMENT GRADE) OF JPMORGAN CHASE BANK NA 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND | (LONG DURATION PLUS) OF JPMORGAN CHASE BANK, NA 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND | SCOTT E. RICHTER JP MORGAN INVESTMENT MGMT INC C/O LEGAL DEPT FLOOR 4P 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| COMMINGLED PENSION TRUST FUND (EMERGING MARKETS OP | WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (EMERGING MARKETS OP | OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND (EMERGING MARKETS OP | JP MORGAN INVESTMENT MANAGEMENT INC C/O LEGAL DEPT FLOOR 4P – ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) | WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) | WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) | OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE BOND) | JPMORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 4P – ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT | WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT | OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE CREDIT | JPMORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 4P – ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC | WACHTELL LIPTON ROSEN & KATZ ATTN: HAROLD NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC | OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND (INTERMEDIATE PUBLIC | JPMORGAN INVESTMENT MANAGEMENT INC C/O LEGAL DEPT FLOOR 4P – ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| COMMINGLED PENSION TRUST FUND (LONG CREDIT) | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ.; KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND (LONG CREDIT) | OF JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND (LONG CREDIT) | J.P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 4P – ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY | ATTN: MANAGING DIRECTOR C/O COMMONFUND OPERATIONS 15 OLD DANBURY ROAD, P.O. BOX 812 WILTON CT 06897 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DPET. W– 2819 385 E. COLORADO BLVD. PASADENA CA 91101 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | ATTN: MANAGING DIRECTOR WITH A MANDATORY COPY OF NOTICES UNDER SEC 5 COMMONFUND OPERATIONS 15 OLD DANBURY ROAD, P.O. BOX 812 WILTON CT 06897-0812 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | ATTN: MANAGING DIRECTOR COMMONFUND OPERATIONS WILTON CT 06897-0812 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | ATTN: BEN BRESNAHAN, MANAGING DIRECTOR COMMONFUND CREDIT OPPORTUNITIES COMPANY 660 MADISION AVENUE, 16TH FLOOR NEW YORK NY 10021 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | INVESTORS BANK AND TRUST 200 CLARENDON STREET, P.O. BOX 9130, MS: CMF040 BOSTON MA 02117 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | ATTN: COMMONFUND FUND ACCOUNTING WITH A COPY TO: INVESTORS BANK AND TRUST BOSTON MA 02117 |

| Claim Name | Address Information |
|---|---|
| COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE) | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| COMMONFUND INSTITUTIONAL CORE PLUS BOND FUND, LLC | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1568 385 E. COLORADO BLVD PASADENA CA 91101 |
| COMMONWEALTH BANK OF AUSTRALIA | ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION LEVEL 1, 120 PITT STREET SYDNEY 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | GLOBAL MARKETS DOCUMENTATION GPO BOX 2719 120 PITT STREET NSW 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | 120 PITT STREET, 1ST FLOOR SYDNEY NSW 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | ATTN: JAMES KERR GLOBAL MARKETS DOCUMENTATION GPO BOX 2719 120 PITT STREET NSW 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION 120 PITT STREET, 1ST FLOOR SYDNEY NSW 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION 120 PITT STREET, 1ST FLOOR SYDNEY NSW, 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM L. ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COMMONWEALTH OF MASSACHUSETTS | ONE ASHBURTON PLACE 12TH FLOOR BOSTON MA 02108 |
| COMMONWEALTH OF PUERTO RICO | ROBERTO SANCHEZ VILELLA CARTER AVENIDA DE DIEGO, PARADA 22 SAN JUAN PR 00940 |
| COMMONWEALTH OF VIRGINIA TOBACCO SETTLEMENT FINANC | C/O SHAWN R. FOX MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| COMMUNITY REDEV AGENCY OF CITY OF PALMDALE | 38300 NORTH SIERRA HIGHWAY PALMDALE CA 93550 |
| COMMUNITY REHABILITATION PROVIDERS FACILITIES ACQU | 233 SOUTH WACKER DRIVE STE 5310 CHICAGO IL 60606-6368 |
| COMP HOLDINGS INC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| COMP HOLDINGS INCORPORATED | CERVACERIA POLAR C.A. 2 DA AV. DE LOS CORTIJOS DE LOURDES EDIF. CENTRO EMPRESARIAL POLAR CARACAS VENEZUELA |
| COMPAGNIE FINANCIERE DU CREDIT MUTUEL | 32 RUE MITABEAU LE RELECQ KETHUON 29480 FRANCE |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA MONACO 98000 MONACO |
| COMPASS BANK | C/O W. CLARK WATSON BALCH & BINGHAM LLP 1901 SIXTH AVENUE NORTH, SUITE 1500 BIRMINGHAM AL 35203 |
| COMPASS BANK | 15 SOUTH20TH ST, THIRD FLOOR BIRMINGHAM AL 35233 |
| COMPASS BANK | ATTN: J. MITCHELL GRANT P.O. BOX 10566 BIRMINGHAM AL 35296 |
| COMPASS HTV LLC | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| COMPASS HTV LLC | C/O MIO PARTNERS, INC. ATTN: CASEY S. LIPSCOMB, VICE PRESIDENT - LEGAL AND SECRETARY 55 EAST 52ND STREET NEW YORK NY 10055 |
| COMPASS OFFSHORE HTV PCC LIMITED | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| COMPASS OFFSHORE HTV PCC LIMITED | C/O MIO PARTNERS, INC. ATTN: CASEY S. LIPSCOMB, VICE PRESIDENT - LEGAL AND SECRETARY 55 EAST 52ND STREET NEW YORK NY 10055 |
| COMPUTER SCIENCES CORPORATION PENSION PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| COMPUTER SCIENCES CORPORATION PENSION PLAN | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| CONAGRA FOODS MASTERPENSION TRUST | CONAGRA FOODS, INC., OMAHA NE 68102-5094 |
| CONAGRA FOODS MASTERPENSION TRUST | ATTN: CORPORATE TREASURER THE CONAGRA FOODS MASTER PENSION TRUST C/O CONAGRA FOODS, INC. INVESTMENT COMMITTEE ONE CONAGRA DRIVE, OMAHA NE 68102-5095 |
| CONAGRA TRADE GROUP INC | N/K/A GAVILON, LLC ATTN: RUSSELL MARTINSON ONE CONAGRA DRIVE OMAHA NE 68102-5001 |

| Claim Name | Address Information |
|---|---|
| CONAGRA TRADE GROUP, INC.(MNA) | CON AGRA FOODS OMAHA NE 68102-5001 |
| CONCORDIA INSTITUTIONAL MULTI-STRATEGY LTD | C/O QUORUM INTERNATIONAL LIMITED REID HOUSE, 31 CHURCH STREET HAMILTON HM 12 BERMUDA |
| CONCORDIA INSTITUTIONAL MULTI-STRATEGY LTD | ATTN: TRAN TRUONG 1350 AVENUE OF THE AMERICAS SUITE 3202 NEW YORK NY 10019 |
| CONCORDIA MAC 29 LTD. | CONCORDIA MAC 29 LTD. REGATTA OFFICE PARK, WEST BAY ROAD GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| CONCORDIA MAC 29 LTD. | WITH A FAX COPY TO: MAN INVESTMENTS AG HUOBTRASSE 3 8808 PFAFFIKON SZ SWITZERLAND |
| CONCORDIA MAC 29 LTD. | HEAD OF PRODUCT STRUCTURING WITH A FAX COPY TO: MAN INVESTMENTS AG HUOBTRASSE 3 8808 PFAFFIKON SZ SWITZERLAND |
| CONCORDIA MUNICIPAL OPPORTUNITIES MASTER FUND LP | 112 HARBOUR YARD CHELSEA HARBOR LONDON SW10 0XD UNITED KINGDOM |
| CONCORDIA MUNICIPAL OPPORTUNITIES MASTER FUND LP | SETTLEMENTS 112 HARBOUR YARD CHELSEA HARBOR LONDON SW10 0XD UNITED KINGDOM |
| CONCORDIA MUNICIPAL OPPORTUNITIES MASTER FUND LP | ATTN: KEN CARROLL 1350 AVENUE OF THE AMERICAS SUITE 3202 NEW YORK NY 10019 |
| CONCORDIA PARTNERS LP | C/O QUORUM INTERNATIONAL LIMITED REID HOUSE - 31 CHURCH STREET HAMILTON HM 12 BERMUDA |
| CONCORDIA PARTNERS LP | ATTN: KEN CARROLL 1350 AVENUE OF THE AMERICAS SUITE 3202 NEW YORK NY 10019 |
| CONECTIV ENERGY SUPPLY INC | ATTN: VICE PRESIDENT - RISK AND OPERATIONS FOR US MAIL: PO BOX 6066 NEWARK DE 19714-6066 |
| CONECTIV ENERGY SUPPLY INC | ATTN: VICE PRESIDENT - RISK AND OPERATIONS MARK FINFROCK 800 KING STREET WILMINGTON DE 19899-1231 |
| CONECTIV ENERGY SUPPLY INC | ATTN: VICE PRESIDENT - RISK AND OPERATIONS WITH A COPY TO: MARK FINFROCK WILMINGTON DE 19899-1231 |
| CONECTIV ENERGY SUPPLY, INC. | C/O CARL FOGLER P.O. BOX 6066 NEWARK DE 19714-6066 |
| CONG. MACHNE CHAIM INC | 6101 16TH AVE BROOKLYN NY 112042108 |
| CONGREGATIONAL HOMES INC. | D/B/A MT. SAN ANTONIO GARDENS POMONA CA 91767 |
| CONGREGATIONAL HOMES, INC. | D/B/A MT. SAN ANTONIO GARDENS LAURIE A. LUTHER, CFO 900 E. HARRISON AVE. POMONA CA 91767 |
| CONOCOPHILLIPS (MNA) | 600 NORTH DAIRY ASHFORD HOUSTON TX 77079 |
| CONOCOPHILLIPS (UK) LTD | 2 PORTMAN STREET LONDON W1H 6DU UNITED KINGDOM |
| CONOCOPHILLIPS (UK) LTD | FLEUR STAUGHN PORTMAN HOUSE 2 PORTMAN STREET LONDON W1H 6DU UNITED KINGDOM |
| CONOCOPHILLIPS (UK) LTD | REBECCA BARTON PORTMAN HOUSE 2 PORTMAN STREET LONDON W1H 6DU UNITED KINGDOM |
| CONOCOPHILLIPS (UK) LTD | CONTRACTS ADMINISTRATION GROUP CONOCOPHILIPS LIMITED 2 PORTMAN STREET LONDON W1H 6DU UNITED KINGDOM |
| CONOCOPHILLIPS COMPANY | RENITA D. KING, SENIOR COUNSEL 600 NORTH DAIRY ASHFORD, ML-3178 HOUSTON TX 77079 |
| CONOCOPHILLIPS COMPANY | ATTN: FRANCES M. VALLEJO 600 NORTH DAIRY ASHFORD HOUSTON TX 77079 |
| CONOCOPHILLIPS COMPANY | ATTN: CONTRACTS AND CONFIRMATIONS CONOCOPHILLIPS COMPANY HOUSTON TX 77079 |
| CONOCOPHILLIPS LIMITED | PORTMAN HOUSE 2 PORTMAN STREET, LONDON W1H 6DU UNITED KINGDOM |
| CONOCOPHILLIPS LIMITED | CONTRACTS ADMINISTRATION GROUP CONOCOPHILIPS LIMITED 2 PORTMAN STREET LONDON W1H 6DU UNITED KINGDOM |
| CONSECO FINANCE HOME EQUITY LOAN TRUST 2001-D | HOME EQUITY LOANS SERIES 2001-D C/O US BANK TRUST NATIONAL ASSOCIATION, CORPORATE TRUST DEPARTMENT 180 EAST 5TH STREET 2ND FL ST. PAUL MN 55101 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2001-4 | ATTN CORPORATE TRUST, MR TIM JACOBSON C/O US BANK TRUST NA 180 EAST FIFTH STREET 2ND FLOOR ST PAUL MN 55101 |
| CONSECO FINANCE MANUFACTURED HOUSING SERIES 2002-1 | ATTN CORPORATE TRUST, JIM JACOBSON C/O U.S. BANK TRUST NATIONAL ASSOCIATION 180 EAST FIFTH STREET 2ND FLOOR ST PAUL MN 55101 |
| CONSECO HEALTH INSURANCE COMPANY | 40|86 ADVISORS INC. 535 NORTH COLLEGE DRIVE CARMEL IN 46032 |
| CONSECO HEALTH INSURANCE COMPANY | JEFFEREY M. STAUTZ, V.P. AND GENERAL COUNSEL 40|86 ADVISORS INC. 535 NORTH |

| Claim Name | Address Information |
|---|---|
| CONSECO HEALTH INSURANCE COMPANY | COLLEGE DRIVE CARMEL IN 46032 |
| CONSECO LIFE INSURANCE COMPANY | 40|86 ADVISORS INC. 535 NORTH COLLEGE DRIVE CARMEL IN 46032 |
| CONSOLIDATED CONTAINER COMPANY LLC | 3101 TOWERCREEK PARKWAY, SUITE 300 ATLANTA GA 30339 |
| CONSOLIDATED CONTAINER COMPANY LLC | ATTN: CHIEF FINANCIAL OFFICER/ GENERAL COUNSEL CONSOLIDATED CONTAINER COMPANY LLC ATLANTA GA 30339 |
| CONSOLIDATED EDISON PENSION PLANS MASTER TRUST | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. ATTN: KRISTINA MATWIJEC 4 IRVING PLACE, 2ND FLOOR WEST NEW YORK NY 10003 |
| CONSTELLATION ENERGY COMMODITIES GROUP INC | ATTN: GENERAL COUNSEL SEND NOTICES WITH COPIES TO: CONSTELLATION ENERGY COMMODITIES GROUP, INC. 111 MARKET STREET, SUITE 500 BALTIMORE    MD 21202 |
| CONSTELLATION ENERGY COMMODITIES GROUP INC | ATTN: CONTRACT ADMINISTRATION 111 MARKET STREET, SUITE 500 BALTIMORE    MD 21202 |
| CONSTELLATION ENERGY COMMODITIES GROUP INC | ATTN: SENIOR COUNSEL CONSTELLATION ENERGY COMMODITIES GROUP, INC. BALTIMORE MD 21202 |
| CONSTELLATION ENERGYCOMMODITIES GROUP INC | CONSTELLATION ENERGY COMMODITIES GROUP, INC. BALTIMORE MD 21202 |
| CONSTRUCTION AND BUILDING UNION SUPERANNUATION | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPARTMENT W- 1965 385 E. COLORADO BLVD. PASADENA CA 91101 |
| CONSULTING GROUP CAPITAL MARKETS CORE FIXED INCOME | 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| CONSULTING GROUP CAPITAL MARKETS CORE FIXED INCOME | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CONSULTING GROUP CAPITAL MARKETS FUNDS - CORE FIXE | CONSULTING GROUP CAPITAL MARKETS FUNDS DOMINIC MAURILLO, COO 787 SEVENTH AVE. NEW YORK NY 10019 |
| CONSULTING GROUP CAPITAL MARKETS FUNDS - CORE FIXE | 222 DELAWARE AVE WILMINGTON DE 19801 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER 5TH FLOOR 6 BROAD STREET LONDON EC2M 7JH UNITED KINGDOM |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| CONTINENTAL AIRLINES INC | 1600 SMITH ST, 11TH FLOOR - HQSTY HOUSTON TX 77002 |
| CONTINENTAL AIRLINES INC | ATTN: SENIOR VICE PRESIDENT - FINANCE CONTINENTAL AIRLINES, INC. HOUSTON TX 77002 |
| CONTINENTAL CASUALTY COMPANY | 655 MADISON AVE NEW YORK NY 10065 |
| CONTINENTAL CASUALTY COMPANY | CNA PLAZA - 23 SOUTH CHICAGO IL 60685 |
| CONTRARIAN CAPITAL FUND I LP | CONTRARIAN CAPITAL MANAGEMENT LLC GREENWICH CT 06830 |
| CONTRARIAN CAPITAL FUND I LP | MICHAEL RESTIFO CONTRARIAN CAPITAL MANAGEMENT LLC GREENWICH CT 06830 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OFI INSTITUTIO | INCOME FUND, LLC, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OHP OPPORTUNIT | ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OHP OPPORTUNIT | KATTEN MUCHIN ROSENMAN LLP ATTN: NOAH HELLER 575 MADISON AVENUE NEW YORK NY 10022 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER CO | TOTAL RETURN FUND, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER IN | FUND, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER LI | ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER QU | VALUE FUND, INC., ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF | ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |

| Claim Name | Address Information |
|---|---|
| OPPENHEIMER US | ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TARGA RESOURCE | ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: EMIRATES NATIONAL OIL COMPANY (SINGAPORE) PRIVATE LIMITED ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: FRIENDSHIP VILLAGE OF WEST COUNTY INC ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: TOTAL ALPHA INVESTMENT FUND MANAGEMENT COMPANY S.A. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SIIT EXTENDED DURATION FUND LIQUIDATING TRUST (MW #764) ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SIIT EXTENDED DURATION FUND LIQUIDITING TRUST (MW# 764) ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: FINDOMESTIC BANCA SPA ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF AUSTIN CAP SA | ALPHA OFFSHORE FUND TWO, LTD ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF BARING EMERGI | ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF BARING EMERGI | KATTEN MUCHIN ROSENMAN LLP ATTN: NOAH HELLER 575 MADISON AVENUE NEW YORK NY 10022 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF BRIGHT START | TRUST (IL 529) PRINCIPAL PROTECTION INCOME PORTFOLIO ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF BRIGHT START | KATTEN MUCHIN ROSENMAN LLP ATTN: NOAH HELLER 575 MADISON AVENUE NEW YORK NY 10022 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF FINDOMESTIC B | ATTN: ALPHA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF FINDOMESTIC B | KATTEN MUCHIN ROSENMAN LLP ATTN: NOAH HELLER 575 MADISON AVENUE NEW YORK NY 10022 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTI | STRATEGY FUND I, LLC (F/K/A OFI INSTITUTIONAL REAL ASSET FUND, LLC) ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTI | FIXED INCOME FUND, LLC ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTI | KATTEN MUCHIN ROSENMAN LLP ATTN: NOAH HELLER 575 MADISON AVENUE NEW YORK NY 10022 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTI | KATTEN MUCHIN ROSENMAN LLP ATTN: NOAH HELLER 575 MADISON AVENUE NEW YORK NY 10022 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF PLATINUM GROV | MASTER FUND LTD. ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF PLATINUM GROV | KATTEN MUCHIN ROSENMAN LLP ATTN: NOAH HELLER 575 MADSION AVENUE NEW YORK NY 10022 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF SG AM EC V- C | SG AM AI EC V) ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF SG AM EC V- C | KATTEN MUCHIN ROSENMAN LLP ATTN: NOAH HELLER 575 MADISON AVENUE NEW YORK NY 10022 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF TIDEN DESTINY | MASTER FUND LTD ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVE, SUITE 425 GREENWICH CT 06830 |
| CONVEX FUND LTD | ATTN: ANDRES AZICRI CONVEX MANAGEMENT TORRE DE LOS PROFESIONALES YAGUARON 1407 OFFICE 610, MONTEVIDO 11000 URUGUAY |
| CONVEX MASTER FUND LTD | C/O CONVEX MASTER FUND, LTD OFFICE 610 MONTEVIDO 11000 URUGUAY |
| CONVEX MASTER FUND LTD | ALFARO ABOGADOS ATTN: SLODEDAD MATTEOZZI, ATTORNEY IN FACT 150 EAST 58TH STREET, 20TH FLOOR NEW YORK NY 10155 |
| CONVEXITY CAPITAL MASTER FUND L.P. | C/O CONVEXITY CAPITAL MANAGEMENT LP BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| CONVEXITY CAPITAL MASTER FUND L.P. | ATTN: DAVID MILES AND ZACK WARREN C/O CONVEXITY CAPITAL MANAGEMENT LP BOSTON MA 02116 |
| CONVEXITY CAPITAL TRADING LTD | CONVEXITY CAPITAL TRADING LTD. 200 CLARENDON ST., 57TH FL BOSTON MA 02116 UNITED STAES |
| CONVEXITY CAPITAL TRADING LTD | ATTN: CHIEF FINANCIAL OFFICER CONVEXITY CAPITAL TRADING LTD. 200 CLARENDON STREET, 57TH FLOOR BOSTON MA 02116 |
| CONVEXITY CAPITAL TRADING LTD | ATTN: DAVID MILES AND MATT DERR CONVEXITY CAPITAL TRADING LTD. 200 CLARENDON STREET, 57TH FLOOR BOSTON MA 02116 |
| CONVEXITY CAPITAL TRADING LTD | ATTN: LEGAL COUNSEL CONVEXITY CAPITAL TRADING LTD. 200 CLARENDON STREET, 57TH FLOOR BOSTON MA 02116 |
| CONWAY HOSPITAL, SC | 300 SINGLETON RIDGE ROAD CONWAY SC 29526 |
| COOK ILLINOIS, COUNTY OF (THE) | C/O KATTEN MUCHIN & ZAVIS 825 WEST MONROE SUITE 1600 CHICAGO IL 60661-3693 |
| COOPER HEALTH SYSTEM, NJ | 224 BARCLEY PAVILLION, ROUTE 70E CHERRY HILL NJ 08304 |
| COOPER-STANDARD AUTOMOTIVE INC | COOPER-STANDARD AUTOMOTIVE INC. NOVI MI 48375 |
| COOPER-STANDARD AUTOMOTIVE INC | ATTN: TIMOTHY W HEFFERON, VP GENERAL COUNSEL #AMPER SECR COOPER-STANDARD AUTOMOTIVE INC. NOVI MI 48375 |
| COOPER-STANDARD AUTOMOTIVE INC | SCOTT H. FINCH VICE PRESIDENT #AMPER TREASURER COOPER-STANDARD AUTOMOTIVE INC. NOVI MI 48375 |
| COOPER-STANDARD AUTOMOTIVE INC | TIMOTHY W HEFFERON, VP GENERAL COUNSEL #AMPER SECR COOPER-STANDARD AUTOMOTIVE INC. NOVI MI 48375 |
| COOPER-STANDARD AUTOMOTIVE INC | ATTN: SCOTT H. FINCH VICE PRESIDENT & TREASURER 39550 ORCHARD HILL PLACE DRIVE NOVI MI 48375 |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEEN BANK B | INTERNATIONAL") ATTN: GLOBAL SPECIAL ASSET MANAGEMENT/ US609 18 CROESELAAN UTRECHT 3521 CB P.O. BOX 17100 UTRECHT HG-3500 NETHERLANDS |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK BA | C/O RABOBANK INTERNATIONAL P.A. CROESELAAN 18, 3521 CB UTRECHT P.O. BOX 17100 HG UTRECHT 3500 NETHERLANDS |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK BA | RABOBANK INTERNATIONAL ATTN. GLOBAL SPECIAL ASSET MANAGEMENT/US609 P.A. CROESELAN 18, 3521 CB UTRECHT, P.O. BOX 17100 UTRECHT 3500 HG NETHERLANDS |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK BA | ATTN: GLOBAL SPECIAL ASSET MGMT/US609 P.A. CROESELAAN 18, 3521 CB UTRECHT PO BOX 17100, UTRECHT 3500 THE NETHERLANDS |
| COOPERNEFF MASTER FUND I SEGREGATED PORTFOLIO COMP | ON BEHALF OF ITS SEGREGATED PORTFOLIO COOPERNEFF MULTI-STRATEGY 5 SEGREGATED PORTFOLIO C/O BNP PARIBAS ATTN: JAMES GOODALL & RICHARD M. SKOLLER 787 SEVENTH AVE NEW YORK NY 10019-6018 |
| COOPERNEFF MULTISTRATEGY 5, A SEGREGATED PORTFOLIO | OF COOPER NEFF MASTER FUND 1 SPC ATTN: NICOLE FOUQUET BNP PARIBAS PARIS FRANCE |
| COOPERNEFF MULTISTRATEGY 5, A SEGREGATED PORTFOLIO | MASTER FUND 1 SPC C/O BNP PARIBAS 16, BOULEVARD DES ITALIENS PARIS 75009 FRANCE |
| COPPER  CREEK CDO | 801 GRAND AVENUE DES MOINES IA 50392-0490 |
| COPPER RIVER MGT LP A/CCOPPER RIVER US SHORT FUND | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| COPPER RIVER MGT LPA/C COMPASS HOLDINGS LTD | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| COPPER RIVER MGT LPA/C CONTRA STRT OFFSH SHT FND | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| COPPER RIVER MGT LPA/C CONTRA STRT SHT FUND LP | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| COPPER RIVER MGT LPA/C COPPER RIVER INSTL LTD | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| COPPER RIVER MGT LPA/C COPPER RIVER INTL SHT FND | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| COPPER RIVER MGT LPA/C COPPER RIVER PARTNERS LP | C/O COPPER RIVER MANAGEMENT, LP RED BANK NJ 07701 |
| CORAL COMMERCIAL PAPER TRUST | ATTN: CORPORATE TRUST SERVICES CORAL COMMERCIAL PAPER TRUST 300 DELAWARE |

| Claim Name | Address Information |
|---|---|
| CORAL COMMERCIAL PAPER TRUST | AVENUE, SUITE 812 WILMINGTON DE 19801 |
| CORAL POWER LLC | TWO HOUSTON CENTER 909 FANNIN, PLAZA LEVEL 1 HOUSTON TX 77010 |
| CORE LABORATORIES NV | HERENGRACHT 424 AMSTERDAM 1017 BZ NETHERLANDS |
| CORE LABORATORIES NV | HERENGRACHT 424 AMSTERDAM 1017 BZ THE NETHERLANDS |
| CORE LABORATORIES NV | ATTN: GENERAL COUNSEL 6316 WINDFERN RD HOUSTON TX 77040 |
| COREPLUS BOND FUND B | C/O BARCLAYS GLOBAL INVESTORS, N.A 400 HOWARD ST SAN FRANCISCO CA 94105 |
| CORNBLIT, OSCAR ENRIQUE & LAURA B CORNBLIT DE SIGA | GELLY OBES 2258, PISO 7, 1425 BUENOS AIRES ARGENTINA |
| CORNEAL & SCLERAL CONTACT LENSES, INC. | CORNEAL AND SCLERAL CONTACT LENSES, INC. 40TH FLOOR CHICAGO IL 60603 |
| CORNEAL & SCLERAL CONTACT LENSES, INC. | LAWRENCE M. BOBER CORNEAL AND SCLERAL CONTACT LENSES, INC. 40TH FLOOR CHICAGO IL 60603 |
| CORNELL UNIVERSITY | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| CORPORATE BOND PORTFOLIO | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CORPORATE BOND PORTFOLIO | 100 FEDERAL STREET BOSTON MA 02111 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: MERIDIAN DIVERSIFIED PORTABLE ALPHA FUND LTD ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CORUS BANK | 3959 N. LINCOLN AVENUE CHICAGO IL 60613 |
| CORUS BANK, N.A. | ATTN: DAN SEMANEK 3959 N LINCOLN AVE CHICAGO IL 60613 |
| COTTAGE HOSPITAL | 90 SWIFTWATER ROAD WOODSVILLE NH 03785 |
| COUNTRYWIDE ALTERNATIVE LOAN TRUST, SERIES 2006-OC | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ (CONTROL NO. MBS 25) NEW YORK NY 10022 |
| COUNTRYWIDE ALTERNATIVE LOAN TRUST, SERIES 2006-OC | THE BANK OF NEW YORK MELLON, CORRIDOR CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| COUNTY OF SAN BERNARDINO CALIFORNIA | COUNTY ADMINISTRATIVE OFFICE SAN BERNARDINO CA 92415-0120 |
| COVALENT CAPITAL PARTNERS MASTER FUND LP | C/O COVALENT PARTNERS LLC ATTN: MR. WILLIAM C. STONE, JR. 255 WASHINGTON STREET, SUITE 300 NEWTON MA 02458 |
| COVENANT MEDICAL CENTER, INC. | 515 NORTH MICHIGAN SAGINAW MI 48602 |
| COVENANT RETIREMENT COMMUNITIES, INC. | B. C. ZIEGLER AND COMPANY 1 SOUTH WACKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| COVENTRY CT (TOWN OF) | 1712 MAIN STREET COVENTRY CT 06238 |
| COVIDIEN DEFINED BENEFIT PLANS MASTER TRUST | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| COVIDIEN INTERNTIONAL FINANCES.A | 17 BOULEVARD DE LA GRANDE DUCHESSE CHARLOTTE LUXEMBOURG 1331 LUXEMBOURG |
| COVIDIEN INTERNTIONAL FINANCES.A | 3B BOULEVARD PRINCE HENRI LUXEMBOURG 1724 LUXEMBOURG |
| COWETA COUNTY WATER AND SEWERAGE AUTHORITY | C/O GLOVER DAVIS 10 BROWN STREET NEWNAN GA 30263 |
| COX COMMUNICATIONS INC | ATTN: SUSAN W. COKER 6205 PEACHTREE DUNWOODY ROAD ATLANTA GA 30328 |
| COX COMMUNICATIONS, INC. | C/O STACEY A. CARROLL, ESQ. DOW LOHNES PLLC 6 CONCOURSE PARKWAY, SUITE 1800 ATLANTA GA 30328 |
| CPC CORPORATION,TAIWAN | CPC CORPORATION, TAIWAN TAIPEI CITY 11010 TAIWAN, PROVINCE OF CHINA |
| CPT ASSET-BACKED CERTIFICATES TRUST SER. 2004-EC1 | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CPV/CAP COOP PENSION FUND | ATTN: STEPHEN DRISCOLL ONE POST OFFICE SQUARE BOSTON MA 02109 |
| CPV/CAP PENSIONSKASSE COOP (FORMERLY KNOWN AS CPV/ | PERSONALVERSICHERUNG) C/O PUTNAM INVESTMENTS; ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| CQS CAPITAL STRUCTURE ARBITRAGE MASTER FD LIMITED | CREDIT SUISSE GROUP ZURICH 8070 SWITZERLAND |
| CQS CAPITAL STRUCTURE ARBITRAGE MASTER FD LIMITED | CREDIT SUISSE NEW YORK NY 10010-3629 |
| CQS CAPITAL STRUCTURE ARBITRAGE MASTER | CREDIT SUISSE GROUP ZURICH 8070 SWITZERLAND |

| Claim Name | Address Information |
|---|---|
| FUND LTD | CREDIT SUISSE GROUP ZURICH 8070 SWITZERLAND |
| CQS CAPITAL STRUCTURE ARBITRAGE MASTER FUND LTD | CREDIT SUISSE NEW YORK NY 10010-3629 |
| CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT | 235 PROMENADE STREET SUITE 119 PROVIDENCE  RI RI |
| CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT | ATTN: GENERAL COUNSEL C/O POSEIDON RESOURCES 1055 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| CRE CAPITAL LLC | 128 COUNTY ROUTE 7 PINE PLAINS NY 12567 |
| CRE CAPITAL LLC | CRE CAPITAL LLC PINE PLAINS NY 12567 |
| CRE FIDUCIARY SERVICES INC TRUSTEE FOR CRE TRUST U | CRE FIDUCIARY SERVICES, INC C/O SANDRA VIANA, WITHERS BERGMAN LLP 430 PARK AVE, 10TH FLOOR NEW YORK NY 10022 |
| CRE FIDUCIARY SERVICES INC TRUSTEE FOR CRE TRUST U | 2120 CARREY AVE CHEYENNE WY 82001 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | ATTN: SOPHIE WALDBERG-BILLHOUET 9 QUAI DU PRESIDENT PAUL DOUMER COURBEVOIE 92400 FRANCE |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | ANDREW BROZMAN, ESQ/ SARA TAPINEKIS, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FL NEW YORK NY 10022 |
| CREDIT INDUSTRIEL ET COMMERCIAL | ATTN: SWAP ADMINISTRATION COMPAGNIE FINANCIERE DE CIC ET DE L#APPOSUNION EUR PARIS 75002 FRANCE |
| CREDIT INDUSTRIEL ET COMMERCIAL | ATTN: SWAP ADMINISTRATION COMPAGNIE FINANCIERE DE CIC ET DE L'UNION EUR PARIS 75002 FRANCE |
| CREDIT INDUSTRIEL ET COMMERCIAL | 6 AVENUE DE PROVENCE 75009 PARIS PARIS CEDEX 09 75452 FRANCE |
| CREDIT INDUSTRIEL ET COMMERCIAL | 6 AVENUE DE PROVENCE 75009 PARIS CEDEX 09 PARIS 75452 FRANCE |
| CREDIT INDUSTRIEL ETCOMMERCIAL (CIC) | COMPAGNIE FINANCIERE DE CIC ET DE L'UNION EUROPEEN PARIS 75002 FRANCE |
| CREDIT MARITIME VIE S.A. | 24 RUE DU ROCHER PARIS 78008 FRANCE |
| CREDIT OPPORTUNITY ASSOCIATES LLC | ATTN: JOHN W. FRASER, MANAGER 400 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| CREDIT PROTECTION TRUST 207 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DEWEY & LEBOEUF LLP ATTENTION:IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | C/O FINANCIAL SECURITY ASSURANCE INC. ATTENTION: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | ATTN: INSURED PORTFOLIO MANAGEMENT DIV FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 207 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | ATTN: BRUCE STERN FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 233 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | BRUCE STERN FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 233 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | ATTN: INSURED PORTFOLIO MANAGEMENT DIVISION WITH COPIES TO: FINANCIAL SECURITY ASSURANCE INC. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | INSURED PORTFOLIO MANAGEMENT DIVISION WITH COPIES TO: FINANCIAL SECURITY ASSURANCE INC. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 265 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 32 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 265 | EILEEN BANNON, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK |

| Claim Name | Address Information |
|---|---|
| CREDIT PROTECTION TRUST 265 | NY 10019 |
| CREDIT PROTECTION TRUST 283 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | DEWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 48 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 48 | DEWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 48 (COAST 2001-1) | FINANCIAL SECURITY ASSURANCE INC 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT SPECTRUM FUND LTD | ATTN: SCOTT WYLER C/O ADMIRAL ADMINISTRATION LTD. ADMIRAL FINANCIAL CENTER 90 FORT STREET, P.O. BOX 32021 SMB GEORGE TOWN, GRAND CAYMAN BRITISH WEST INDIES |
| CREDIT SPECTRUM FUND LTD | ATTN: CANOVER WATSON CREDIT SELECT FUND LTD., C/O ADMIRAL ADMINISTRATIO 90 FORT STREET, P.O. BOX 32021 GEORGE TOWN, GRAND CAYMAN KY1-1208 CAYMAN ISLANDS |
| CREDIT SPECTRUM FUND LTD | C/O OFFSHORE ADVISORS 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| CREDIT SPECTRUM FUND LTD | ATTN: MICHAEL H. HELBERG III OFFSHORE ADVISORS C/O AVM, L.P. 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| CREDIT SUISSE | ATTN: CARL BAKER UETLIBERGSTRASSE 231 PO BOX CH-8070 SWITZERLAND |
| CREDIT SUISSE | P.O. BOX 920 ZURICH CH-8070 SWITZERLAND |
| CREDIT SUISSE | ATTN: CARL BAKER/DIRECTOR LEGAL/COMPLIANCE UETLIBERGSTRASSE 231 ZURICH CH-8070 SWITZERLAND |
| CREDIT SUISSE | ATTN: GLOBAL TREASURY COORDINATION; DIRECTOR LEGAL P.O. BOX 920 ZURICH CH-8070 SWITZERLAND |
| CREDIT SUISSE | ATTN: CARL BAKER UETLIBERGSTRASSE 231 ZURICH CH-8070 SWITZERLAND |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE ASSET MANAGEMENT INFLATION LINKED BO | CREDIT SUISSE ASSET MANAGEMENT AUSTRALIA 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| CREDIT SUISSE ASSET MANAGEMENT LLC | P.O. BOX 800 ZURICH CH-9070 SWITZERLAND |
| CREDIT SUISSE ASSET MANAGEMENT LLC | 11 MADISON AVENUE NEW YORK NY 10010-3629 |
| CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER | RICHARD LEVIN CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CAPITAL LLC | 11 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE CAPITAL LLC | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE CAPITAL LLC | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING TRUST | C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. ATTN: TINWAH WONG ELEVEN MADISON AVENUE, 13TH FL NEW YORK NY 10010 |
| CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING TRUST | TRANSFEROR: CREDIT SUISSE CREDIT STRATEGIES MASTER FUND, LTD. C/O PUGLISI & ASSOCIATES; ATTN: D PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 10711 |
| CREDIT SUISSE ENERGY LLC | 11 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE GLOBAL HYBRID INCOME FUND | CREDIT SUISSE ASSET MANAGEMENT (AUSTRALIA) LIMITED ROYAL EXCHANGE NSW, 1225 AUSTRALIA |
| CREDIT SUISSE GLOBAL HYBRID INCOME FUND | 466 LEXINGTON AVENUE 10TH FLOOR NEW YORK NY 10017 |
| CREDIT SUISSE GLOBAL INCOME FUND | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE GLOBAL INCOME FUND | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE HIGH GRADE BOND FND | CREDIT SUISSE ASSET MANAGEMENT (AUSTRALIA) LIMITED ROYAL EXCHANGE NSW, 1225 |

| Claim Name | Address Information |
|---|---|
| SYDNEY AUSTRALIA | AUSTRALIA |
| CREDIT SUISSE HIGH GRADE BOND FND SYDNEY AUSTRALIA | 466 LEXINGTON AVE NEW YORK NY 10017-3140 |
| CREDIT SUISSE INTERNATIONAL | CREDIT SUISSE FINANCIAL PRODUC LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | CREDIT SUISSE INTERNATIONAL LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | ATTN: GLOBAL RISK MANAGER ONE CABOT SQUARE LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | ONE CABOT SQUARE LONDON E144QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | ATTN: KAMEL OUCHIKH ONE CABOT SQUARE LONDON E144QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | ATTN: GLOBAL RISK MGR; OPS DEPT; LEGAL DEPT. 2A GREAT TITCHFIELD STREET LONDON W1P 7AA UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: CREDIT SUISSE ATTN: GIL GOLAN ELEVEN MADISON AVE, 5TH FL NEW YORK NY 10010 |
| CREDIT SUISSE INTERNATIONAL | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVE NEW YORK NY 10019 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CREDIT SUISSE ENERGY LLC ELEVEN MADISON AVENUE ATTN: PAUL GILMORE, ESQ. NEW YORK NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: GLENCORE ENERGY UK LIMITED ATTN: GIL GOLAN ELEVEN MADISON AVE, 5TH FL NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (EUROPE) LIMITED | ONE CABOT SQUARE LONDON E144QJ UNITED KINGDOM |
| CREDIT SUISSE SECURITIES (EUROPE) LIMITED | ATTN: MARLEEN NOBILE CREDIT SUISSE SECURITIES(EUROPE) LTD LONDON N E144QJ UNITED KINGDOM |
| CREDIT SUISSE SECURITIES (EUROPE) LIMITED | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (EUROPE) LIMITED | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SYNDICATED LOAN FUND | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SYNDICATED LOAN FUND | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE, MADRID | UETLIBERGSTRASSE 231 ZURICH CH-8070 SWITZERLAND |
| CREDITO COOPERATIVO INTERPROVINCIALE VENETO | SCARL VIA MATTEOTTI 11 MONTAGNANA VENETO 35044 ITALY |
| CREDITO EMILIANO SPA | VIA EMILIA S. PIETRO 4 REGGIO EMILIA 42100 ITALY |
| CRESCENT 1 LP | C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRESCENT II FUND LP | C/O ELLINGTON MANAGEMENT GROUP LLC 53 FOREST AVENUE, SUITE 301 OLD GREENWICH CT 06870 |
| CRESCENT II FUND LP | ATTN: MR. LAURENCE PENN, VICE CHAIRMAN C/O ELLINGTON MANAGEMENT GROUP LLC 53 FOREST AVENUE SUITE 301 OLD GREENWICH CT 06870 |
| CRESTLINE PORTABLE ALPHA BOND PARTNERS LP | CRESTLINE MANAGEMENT LP FORT WORTH TX 76102 |
| CRIMSON COMMERCIAL PAPER TRUST | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CROSS CREEK VENTURES,LLC | 2024 S PEARL ST DENVER CO 80210-4043 |
| CROSS ROAD RETIREMENT COMMUNITY | 1302 OLD COX ROAD ASHEBORO NC 27205 |
| CROSSALTA GAS STORAGE & SERVICES LTD. | 1600, 700-2ND ST SW CALGARY AB T2P 2W1 CANADA |
| CROSSALTA GAS STORAGE & SERVICES LTD. | ATTN: KEVIN OLSEN, PRESIDENT; KATHLEEN GRIFFIN, CFO 1600, 700-2ND ST SW CALGARY AB T2P 2W1 CANADA |
| CROWN CASTLE INTERNATIONAL CORPORATION | 510 BERING DRIVE STE 500 HOUSTON TX 77057-1452 |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN,CAYMAN ISLANDS BRITISH WEST INDIES |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, SOUTH CHURCH |

| Claim Name | Address Information |
|---|---|
| CROWN CITY CDO 2005-1 LIMITED | STREET GRAND CAYMAN,CAYMAN ISLANDS BRITISH WEST INDIES |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: ASSET-BACKED COMMERCIAL PAPER GROUP C/O MOODY #APPOSS INVESTORS SERVICE, INC. 99 CHURCH STREET NEW YORK NY 10007 |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: CHUI NG AND SURVEILLANCE MONITORING C/O STANDARD 55 WATER STREET NEW YORK NY 10041 |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: CDO TRUST SERVICES - CROWN CITY 2005-1 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION P.O. BOX 98 COLUMBIA MD 21046 |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| CROWN CITY CDO 2005-1 LIMITED | ATTN: TRAVIS CARR C/O WESTERN ASSET MANAGEMENT COMPANY 385 EAST COLORADO BOULEVARD PASADENA CA 91101 |
| CROWN CITY CDO 2005-2 LIMITED | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN,CAYMAN ISLANDS BRITISH WEST INDIES |
| CROWN CITY CDO 2005-2 LIMITED | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, SOUTH CHURCH STREET GRAND CAYMAN,CAYMAN ISLANDS BRITISH WEST INDIES |
| CROWN CITY CDO 2005-2 LIMITED | ATTN: ASSET-BACKED COMMERCIAL PAPER GROUP C/O MOODY #APPOSS INVESTORS SERVICE, INC. 99 CHURCH STREET NEW YORK NY 10007 |
| CROWN CITY CDO 2005-2 LIMITED | ATTN: CHUI NG AND SURVEILLANCE MONITORING C/O STANDARD 55 WATER STREET NEW YORK NY 10041 |
| CROWN CITY CDO 2005-2 LIMITED | ATTN: CDO TRUST SERVICES - CROWN CITY 2005-1 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION P.O. BOX 98 COLUMBIA MD 21046 |
| CROWN CITY CDO 2005-2 LIMITED | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| CROWN CITY CDO 2005-2 LIMITED | ATTN: TRAVIS CARR C/O WESTERN ASSET MANAGEMENT COMPANY WESTERN ASSET MANAGEMENT COMPANY 117 EAST COLORADO BLVD PASADENA CA 91101 |
| CROWN CORK & SEAL COMP., INC. | MASTER RETIREMENT TRUST, THE C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1068 385 E. COLORADO BLVD PASADENA CA 91101 |
| CROWN CORK & SEAL INC MASTER RETIREMENT TRUST | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| CRS FUND LTD | 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRUIKSHANK, DOUGLAS A. | 376 NEW ROCHELLE RD. BRONXVILLE NY 10708 |
| CS CREDIT STRATEGIES MASTER FUND LTD | C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. NEW YORK NY 10010 |
| CSA L COMMODITY WORLD - FORTIS | ATTN: LEGAL DDEPARTMENT - OTC TEAM FORTIS INVESTMENT MANAGEMENT  BELGIUM N.V S.A AVENUE DE'L ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| CSA L COMMODITY WORLD - FORTIS | LEGAL DDEPARTMENT - OTC TEAM FORTIS INVESTMENT MANAGEMENT  BELGIUM N.V S.A AVENUE DE#APPOSL ASTRONOMIE 14 BRUSSELS 1210 BRUSSELS |
| CSAM SYNDICATED LOAN FUND | C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. 11 MADISON AVENUE NEW YORK NY 10010 |
| CSAM SYNDICATED LOAN FUNDING | C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. NEW YORK NY 10010 |
| CSK AUTO, INC. | 645 EAST MISSOURI AVE SUITE 400 PHOENIX AZ 85012 |
| CSP II USIS HOLDINGS L.P. | C/O THE CARLYLE GROUP ATTN: J. BECZAK 520 MADISON AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CSP II USIS HOLDINGS LP | CSP II USIS GOLDINGS, L.P. NEW YORK NY 10022 |
| CSP II USIS HOLDINGS LP | CSP II USIS HOLDINGS, L.P. NEW YORK NY 10022 |
| CT OPI REIT INC | 410 PARK AVENUE, 14TH FLOOR NEW YORK NY 10022 |
| CTC MASTER FUND, LTD. | WINSTON & STRAWN LLP ATTN: JAI S. KHANNA 35 W. WACKER DRIVE CHICAGO IL 60601 |
| CTC MASTER FUND, LTD. | C/O CTC FUND MANAGEMENT, L.L.C. ATTN: JOSEPH HARRIMAN 141 W. JACKSON BOULEVARD, SUITE 800 CHICAGO IL 60604 |
| CUMBERLAND, NORTH CAROLINA, COUNTY OF | 117 DICK STREET FAYETTEVILLE NC 28302 |
| CUNA MUTUAL LIFE INSURANCE COMPANY | MARK WILLSON, ASSISTANT VP, ASSOCIATE GENERAL COUN CUNA MUTUAL GROUP MADISON WI 3705-4454 |
| CUNA MUTUAL LIFE INSURANCE COMPANY | JOHN W. PETCHLER, MANAGING DIRECTOR, SR. VP CUNA MUTUAL GROUP MADISON WI |

| Claim Name | Address Information |
|---|---|
| CUNA MUTUAL LIFE INSURANCE COMPANY | 53705-4454 |
| CUNA MUTUAL LIFE INSURANCE COMPANY | ATTN: MARK WILLSON, ASSISTANT VP, ASSOCIATE GENERAL COUN CUNA MUTUAL GROUP MADISON WI 53705-4454 |
| CURA FIXED INCOME ARBITRAGE MASTER FUND | 1270 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10020 |
| CUYAHOGA OH (COUNTY OF) | 1219 ONTARIO STREET, 4TH FLOOR CLEVELAND OH 44113 |
| CVI GVF (LUX) MASTER S.A.E.L. | CANADIAN IMPERIAL BANK OF COMMERCE ATTN: JACK S. MCMURRAY 199 BAY STREET, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| CVI GVF (LUX) MASTER S.A.E.L. | C/O CARVAL INVESTORS U.K. LTD ATTN: DAVID SHORT KOWLE HILL PARK – FAIRMILE LANE COBHAM – SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.E.L. | MAYOR BROWN LLP ATTN: RICK HYMAN 1675 BROADWAY NEW YORK NY 10019 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER MUNICIPAL FUND LTD C/O CARVAL INVESTORS UK LTD ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE,COBHAN SURREY KT11 2PD UK |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: STAPLE STREET AVIATION (MASTER) LP C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINDGOM |
| CVI GVF (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY KT11 2DD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, SOLELY AS TRUSTEE ON BEHALF OF GENIE II FUND C/O CARVAL INVESTORS UK LIMITED – KNOWLE HILL PARK, FAIRMILE LANE, COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: LISPENARD STREET CREDIT (MASTER) LTD. C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: POND VIEW CREDIT (MASTER), L.P. C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER COMMODITY ENERGY FUND LLC ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD. ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | C/O BRETT STENBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343 |
| CVI GVF (LUX) MASTER S.A.R.L. | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| CVI GVF (LUX) MASTER SARL | JACK S. MCMURRAY CANADIAN IMPERIAL BANK OF COMMERCE 199 BAY STREET, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| CVI GVF (LUX) MASTER SARL | 11–13, BOULEVARD DE LA FOIRE L–1528 LUXEMBOURG LUXEMBOURG |
| CVI GVF (LUX) MASTER SARL | 11–13, BOULEVARD DE LA FOIRE LUXEMBOURG L–1528 LUXEMBOURG |
| CVI GVF (LUX) MASTER SARL | C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK – FAIRMILE LAND COBHAM–SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER SARL | RICK HYMAN MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| CVS/CAREMARK CORPORATION | CVS CAREMARK CORPORATION WOONSOCKET RI 02895 |
| CWABS 2007 SEA2 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET BACKED CERTIFICATES TRUST 2006-19, ASS | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. MBS 9 NEW YORK NY 10022 |
| CWABS ASSET BACKED CERTIFICATES TRUST 2006-19, ASS | CERTIFICATES, SERIES 2006-19 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE |

| Claim Name | Address Information |
|---|---|
| CWABS ASSET BACKED CERTIFICATES TRUST 2006-18, ASS | PRESIDENT NEW YORK NY 10286 |
| CWABS ASSET BACKED CERTS SERIES 2006-26 | CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS 2006-26 THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET BACKED CERTS SERIES 2006-SD4 | CORP.TRUST ADMIN MBS ADMINISTRATION, CWABS 2006-26 THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2006-13, ASS | C/O THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ MBS 18 NEW YORK NY 10022 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-12 | CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWABS, SERIES 2007-12 101 BARCLAY STREET – 4W FLOOR NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-6 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ MBS 19 NEW YORK NY 10022 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-6 | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2, AS | REED SMITH LLP 599 9LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. MBS 20 NEW YORK NY 10022 |
| CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2, AS | CERTIFICATES SERIES 2007-BC2 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG– VICE PRESIDENT NEW YORK NY 10286 |
| CWABS ASSET-BACKED CERTS SERIES 2007-6 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED NOTES TRUST 2006-SD3 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. MBS 16 NEW YORK NY 10022 |
| CWABS ASSET-BACKED NOTES TRUST 2006-SD3 | ASSET-BACKED NOTES SERIES 2006-SD3 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. (CONTROL NO. MBS 21) NEW YORK NY 10022 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | ASSET-BACKED NOTES, SERIES 2007-SD1 THE BANKK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SD1 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SEA2, | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. MBS 22 A NEW YORK NY 10022 |
| CWABS ASSET-BACKED NOTES TRUST 2007-SEA2, | ASSET-BACKED NOTES, SERIES 2007-SEA2 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-14 | MIKE BERG / SIDLEY AUSTIN 4500 PARK GRENADA CALABASAS CA  91302 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-15 | MIKE BERG / SIDLEY AUSTIN 4500 PARK GRENADA CALABASAS CA  91302 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-AB5 | MIKE BERG 4500 PARK GRANADA CALABASAS CA  91302 |
| CWABS INC ASSET BACKED CERTS SERIES 2005-BC5 | MIKE BERG / SIDLEY AUSTIN 4500 PARK GRENADA CALABASAS CA  91302 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-14 | CORPORATE TRUST ADMINISTRATION MBS CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES | CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWALT, SERIES 2006-OC6 101 |

| Claim Name | Address Information |
|---|---|
| 2006-14 | BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-16 | 4500 PARK GRANADA CALABASAS CA  91302 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | CORPORATE TRUST ADMINISTRATION MBS CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-19 | CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-3 | MIKE BERG / SIDLEY AUSTIN 4500 PARK GRENADA CALABASAS CA  91302 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-4 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED CERTS SERIES 2006-5 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | CORPORATE TRUST ADMINISTRATION MBS CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET BACKED NOTES SERIES 2006-SD3 | CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC ASSET-BACKED CERTS SERIES 2006-BC2 | ATTN: CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWABS SERIES 2006-BC2 THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWABS INC. ASSET BACKED CERTS SERIES 2005-AB4 | MIKE BERG 4500 PARK GRENADA CALABASAS CA  91302 |
| CWABS INC. ASSET BACKED CERTS SERIES 2006-OC3 | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CWABS, INC ASSET BACKED CERTIFICATES SERIES 2005-B | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ (CONTROL NO. MBS 5) NEW YORK NY 10022 |
| CWABS, INC ASSET BACKED CERTIFICATES SERIES 2005-B | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| CWABS, INC ASSET BACKED CERTIFICATES SERIES 2006-1 | REED SMITH 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. (CONTROL NO. MBS 7) NEW YORK NY 10022 |
| CWABS, INC ASSET BACKED CERTIFICATES SERIES 2006-1 | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| CWABS, INC ASSET-BACKED CERTIFICATES SERIES 2005-1 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL L. VENDITTO, ESQ MBS 2 NEW YORK NY 10022 |
| CWABS, INC ASSET-BACKED CERTIFICATES SERIES 2005-1 | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| CWABS, INC ASSET-BACKED CERTIFICATES SERIES 2005-A | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO MBS 3 NEW YORK NY 10022 |
| CWABS, INC ASSET-BACKED CERTIFICATES SERIES 2005-A | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006- | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ (CONTROL NO. MBS 6) NEW YORK NY 10022 |
| CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006- | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ (CONTROL NO. MBS 8) NEW YORK NY 10022 |
| CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006- | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ NEW YORK NY 10022 |
| CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006- | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ (CONTROL NO. MBS 12) NEW YORK NY 10022 |
| CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006- | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ (CONTROL NO. MBS 13) NEW YORK NY 10022 |
| CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006- | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006- | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006- | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006- | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006- | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| CWABS, INC. ASSET BACKED CERTIFICATES TRUST 2006-2 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ (CONTROL NO. MBS 11) NEW YORK NY 10022 |
| CWABS, INC. ASSET BACKED CERTIFICATES TRUST 2006-2 | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2005- | REED SMITH LLP ATTN: MICHAEL J VENDITTO, ESQ 599 LEXINGTON AVE MBS 1 NEW YORK NY 10022 |
| CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2005- | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO,ESQ MBS 4 NEW YORK NY 10022 |
| CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2005- | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR ATTN: MARTIN FEIG – VICE PRESIDENT 101 BARCLAY STREET, 8 WEST NEW YORK NY 10286 |
| CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2005- | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2006- | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ MBS 14 NEW YORK NY 10022 |
| CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2006- | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| CWALT 2007-OH3 | CORPORATE TRUST ADMINITRATION MBS ADMINISTRATION, CWALT, SERIES 2007-OH3 THE BANK OF NEW YORK 101 BARCLAY STREET – 4W FLOOR NEW YORK NY 10286 |
| CWALT 2007-OH3 | CWALT, SERIES 2007-OH3 CORPORATE TRUST ADMINITRATION MBS ADMINISTRATION, THE BANK OF NEW YORK 101 BARCLAY STREET – 4W FLOOR NEW YORK NY 10286 |
| CWALT ALTERNATIVE LOAN TRUST 2006-OC10 | CORPORATE TRUST ADMINISTRATION MBS CWALT 2006-OC10 THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | CORPORATE TRUST ADMINISTRATION MBS CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC6 | CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC ALTERNATIVE LOAN TRUST 2006-OC8 | 4500 PARK GRANADA CALABASAS CA  91302 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ERIC CASTILLO – SIDLEY AND AUSTIN |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | ERIC CASTILLO – SIDLEY AND AUSTIN 4500 PARK GRANADA CALABASAS CA  91302 |
| CWALT INC ALTERNATIVE LOAN TRUST 2007-OH2 | CORPORATE TRUST / MBS ADMINISTRATION CWABS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | CORPORATE TRUST ADMINISTRATION MBS CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC. ALTERNATIVE LOAN TRUST 2006-OC7 | CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION CWALT, SERIES 2006-OC6 101 BARCLAY STREET NEW YORK NY 10286 |
| CWALT INC., ALTERNATIVE LOAN TRUST 2006-OC10 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ (CONTROL NO. MBS 23) NEW YORK NY 10022 |
| CWALT INC., ALTERNATIVE LOAN TRUST 2006-OC10 | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC3 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ MBS 24 NEW YORK NY 10022 |
| CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC3 | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG – VICE PRESIDENT NEW YORK NY 10286 |
| CWALT, INC. ALTERNATIVE LOAN TRUST | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ (CONTROL |

| Claim Name | Address Information |
|---|---|
| 2006-OC6 | NO. MBS 26) NEW YORK NY 10022 |
| CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC6 | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC7 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ MBS 27 NEW YORK NY 10022 |
| CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC7 | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC8 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ MBS 28 NEW YORK NY 10022 |
| CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC8 | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| CWALT, INC. ALTERNATIVE LOAN TRUST 2007-OH3 MORTGA | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ (CONTROL NO. MBS 30) NEW YORK NY 10022 |
| CWALT, INC. ALTERNATIVE LOAN TRUST 2007-OH3 MORTGA | CERTIFICATES SERIES 2007-OH3 THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ MBS 31 NEW YORK NY 10022 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | THE BANK OF NEW YORK MELLON, AS CAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| CYPRESS COVE AT HEALTH PARK | 9800 S HEALTHPARK DRIVE FORT MYERS FL 33908 |
| CYPRESS LAKE APARTMENTS | 11101 REIGER ROAD BATON ROUGE LA 70809 |
| CYPRESS MANAGEMENT MASTER, LP | ANDREWS KURTH LLP ATTN: PAUL N. SILVERSTEIN 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| CYPRESS MANAGEMENT MASTER, LP | ATTN: JON MARCUS 100 PINE STREET, SUITE 2700 SAN FRANCISCO CA 94111 |
| CYPRESS MANAGEMENT PARTNERSHIP | 100 PINE STREET SUITE 2700 SAN FRANSISCO CA 94111 |
| CYPRESS SEMICONDUCTOR CORP | CYPRESS SEMICONDUCTOR SAN JOSE CA 95134 |
| CYPRESS SEMICONDUCTOR CORP | NEIL WEISS CYPRESS SEMICONDUCTOR SAN JOSE CA 95134 |
| CYPRESS SEMICONDUCTOR CORP | 198 CHAMPION COURT SAN JOSE CA 95134-1709 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| D'ALESSANDRO, JAVIER MARCELO | AV.ALVEAR 1491 PISO 8A BUENOS AIRES 1014 ARGENTINA |
| D'ANGELIN,BENOIT | 9 DEVONSHIRE GARDENS LONDON W4 3TN UNITED KINGDOM |
| D.B. ZWIRN & CO, LP | 1345 AVENUE OF THE AMERICAN FL 29 NEW YORK NY 101050302 |
| D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P. | 1345 AVENUE OF THE AMERICAS FL 29 NEW YORK NY 101050302 |
| D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LTD. | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| D.E. SHAW COMPOSITE PORTFOLIOS LLC | ATTN: BRANDON BAER 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| D.E. SHAW COMPOSITE PORTFOLIOS LLC | CLEARLY GOTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MOLONEY, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10036 |
| D.E. SHAW COMPOSITE PORTFOLIOS, LLC | TRANSFEROR: D.E. SHAW DIHEDRAL PORTFOLIOS, L.L.C. 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| D.E. SHAW LAMINAR PORTFOLIOS, L.L.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MOLONEY, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| D.E. SHAW LAMINAR PORTFOLIOS, L.L.C. | ATTN: GENERAL COUNSEL 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| D.E. SHAW OCULUS PORTFOLIOS, L.L.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MOLONEY, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| D.E. SHAW OCULUS PORTFOLIOS, L.L.C. | ATTN: GENERAL COUNSEL 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| D.E. SHAW VALENCE PORTFOLIOS LLC | 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| DAEHAN PRIVATE KEPCO & KOOKMIN BANK EQ-LINKED DER | 27-3 YOIDO-DONG YOUNGDUNGPOKU SEOUL 150-705 KOREA, REPUBLIC OF |
| DAEWOO SECURITIES CO., LTD. | OFFICE: (225) 293-6789 117 DICK STREET YOUNGDUNGPO-GU SEOUL 150-716 KOREA, REPUBLIC OF |
| DAIMLERCHRYSLER CANADA INC | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| DAIMLERCHRYSLER CORPORATION MASTER RETIREMENT TRUS | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| DAINI SAKURABASHI GODO KAISHA | ATTN: MANAGER C/O. WEALTH MANAGEMENT, INC. 12-32 AKASAKA 1 - CHOME MINATO-KU TOKYO JAPAN |
| DAINI SAKURABASHI GODO KAISHA | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DAISHIN SECURITIES CO., LTD. | FAX: (225) 293-6799 FAYETTEVILLE, NC 28301 YOUNGDUNGPO-KU SEOUL 150-884 KOREA, REPUBLIC OF |
| DAIWA SECURITIES CAPITAL MARKETS CO. LTD. | ATTENTION: GLOBAL MARKETS ADMINISTRATION DEPT. 27TH FLOOR, GRAN TOKYO NORTH TOWER 9-1, MARUNOUCHI 1-CHOME, CHIYODA-KU TOKYO 100-6753 JAPAN |
| DALKIA ENERGIA Y SERVICIOS S.A | JUAN IGNACIO LUCA DE TENA MADRID 28027 SPAIN |
| DANIEL P TULLY | DANIEL P. TULLY 398 SOUTH BEACH ROAD HOBE SOUND FL 33455 |
| DANISH HOLDCO A/S | C/O EQT PARTNERS A/S DAMPFAERGEVEJ 27 3. TV. KOBENHAVN 2100 DENMARK |
| DANSKE BANK A/S | HOLMENS KANAL 2-12 COPENHAGEN K DK-1092 DENMARK |
| DANSKE BANK A/S | DMLEGAL (REG: 4676) ATTN: HANNE OLESEN HOLMENS KANAL 2-12 COPENHAGEN DK-1092 DENMARK |
| DANSKE BANK A/S | 2-12 HOLMENS KANAL COPENHAGEN K DK1092 DENMARK |
| DANSKE BANK A/S | EDWARD A. SMITH VENABLE LLP COUNSEL TO DANSKE BANK A/S 1270 AVENUE OF AMERICAS, 25TH FL. NEW YORK NY 10020 |
| DANTE FINANCE PLC | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| DANTE FINANCE PLC | ONE CANADA SQUARE LONDON EI4 5AL UNITED KINGDOM |
| DANTE FINANCE PLC | ATTN: ZAIRA JEHANGIR ONE CANADA SQUARE LONDON EI4 5AL UNITED KINGDOM |
| DANTE FINANCE PUBLIC LIMITED COMPANY SERIES 2002-0 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DANTE FINANCE PUBLIC LIMITED COMPANY SERIES 2002-0 | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DARBY FINANCIAL PRODUCTS | ATTN: DAVID POLLARD, ESQ. & TODD SILVERBERG, ASSOCIATE DIRECTOR 101 CALIFORNIA STREET 3250 SAN FRANCISCO CA 94111 |
| DAUGHTERS OF CHARITY FUND P | C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1179 385 E. COLORADO BLVD PASADENA CA 91101 |
| DAUGHTERS OF CHARITY FUND P CORE FULL | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| DAVID A DUFFIELD TRUST, THE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 ATTN: KEVIN BRAODWATER NEW PORT BEACH CA 92660 |
| DAVID A DUFFIELD TRUST, THE | C/O NEVADA PACIFIC CONSULTING, LLC 3201 DANVILLE BLVD, SUITE 172 ALAMO CA 94507 |
| DAVID GILDIN REVOCABE TRUST | P.O. BOX 1129 YONKERS NY 10704-8129 |
| DAVID SCHWARTZ REVOCABLE TRUST | C/O DAVID SCHWARTZ 1255 W. DRAPER ST. CHICAGO IL 60614-2118 |
| DAVIS MEMORIAL HOSPITAL INC | P.O. BOX 1697 ELKINS WV 26241 |
| DAYTON POWER & LIGHT COMPANY | 1065 WOODMAN DR. DAYTON OH 45432 |
| DAYTON POWER & LIGHT COMPANY | ATTN: CONTRACT ADMIN, COMMERCIAL OPS. - CHARLENE B. BELL 1065 WOODMAN DRIVE DAYTON OH 45432 |
| DAYTON POWER & LIGHT COMPANY | ATTN: MANAGER, CONTRACT ADMIN; CHARLENE BELL 1065 WOODMAN DRIVE DAYTON OH 45432 |
| DAYTON POWER & LIGHT COMPANY | ATTN: TERESA MARRINAN COMMERCIAL OPERATIONS DAYTON OH 45432 |
| DB (UK) PENSION SCHEME | C/O DEUTSCHE ASSET MANAGEMENT ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DB ABSOLUTE RETURN STRATEGA/C DB GLOBAL | C/O CALEDONIAN FUND SERVICES LIMITED 69 DR ROY'S DRIVE, P.O. BOX 1043 GT |

| Claim Name | Address Information |
| --- | --- |
| MASTERS (C | GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| DB ENERGY TRADING LLC | ATTN: KRIS KRISTINSDOTTIR 60 WALL STREET, 5TH FLOOR NEW YORK NY 10005 |
| DB ENERGY TRADING LLC | ATTN: KRIS KRISTINSDOTTIR DB ENERGY TRADING LLC NEW YORK NY 10005 |
| DB ENERGY TRADING LLC | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DB ENERGY TRADING LLC | ATTN: LEGAL DEPARTMENT 60 WALL STREET, 36TH FLOOR NEW YORK NY 10005-2858 |
| DB ENERGY TRADING LLC | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET NW WASHINGTON DC 20006 |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD | ATTN: SHANNON WACHS 25 DEFOREST AVENUE SUMMIT  NJ 07901 |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD | ATTN: MICHAEL KOLTAS C/O DEUTSCHE BANK TRUST COMPANY AMERICAS 280 PARK AVENUE, FLOOR 9 EAST NEW YORK NY 10017 |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD | ATTN: KEITH RIOFRIO INTERNATIONAL FUND SERVICES 1290 AVENUE OF THE AMERICAS (10 FLOOR) NEW YORK NY 10104 |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD. | C/O CALEDONIAN FUND SERVICES (CAYMAN) LTD. ATTN: DAVID WALKER CALEDONIAN HOUSE, 69DR ROY'S DRIVE PO BOX 1043 GEORGE TOWN KY1-1102 CAYMAN ISLANDS |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD. | DB GLOBAL MASTERS FUND LTD. C/O DEUTSCHE ASSET MANAGEMENT, ALTERNATIVES LEGAL PRODUCT GROUP ATTN: ANTONIO M. REINA 280 PARK AVE, 6 WEST M/S NYC03-0620 NEW YORK NY 10017 |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DB TRUST JPN AS TRUSTEE FORL-JAC 4 TRUST FUND 7017 | SANNO PARK TOWER, 2-11-1 NAGATACHO CHIYODA-KU TOKYO 100-6172 JAPAN |
| DB TRUSTEE SERVICES LIMITED AS | TRUSTEE OF THE DB (UK) PENSION SCHEME WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DB6 LTD | TRITON HOUSE FINSBURY SQUARE LONDON EC2A 1BR UNITED KINGDOM |
| DB6 LTD | COUTTS HOUSE ST. PETER PORT GUERNSEY, C.I. GY1 1WD UNITED KINGDOM |
| DBS BANK LTD | 9TH FLOOR THREE EXCHANGE SQUARE CENTRAL HONG KONG HONG KONG |
| DBS BANK LTD | ATTN: ALLEN C/O ALLEN 9TH FLOOR THREE EXCHANGE SQUARE CENTRAL HONG KONG HONG KONG |
| DBS BANK LTD | 6 SHENTON WAY #34-08 DBS BUILDING TOWER TWO 68809 SINGAPORE |
| DBS BANK LTD | ATTN: SETTLEMENTS- DERIVATIVES SECTION DBS BUILDING TOWER 2 10TH FLOOR 68809 SINGAPORE |
| DBS BANK LTD (FKA THE DEVELOPMENT BANK OF SINGAPOR | ATTN: DEBBIE LAM/ LAWRENCE CHAN TREASURY & MARKETS-LEGAL/BUSINESS MANAGEMENT & SUPPORT #34-00 DBS BUILDING TOWER TWO 6 SHENTON WAY SINGAPORE 068809 SINGAPORE |
| DBS BANK LTD, THE | DBS BUILDING TOWER 2 10TH FLOOR 68809 SINGAPORE |
| DBSO CORPORATES LTD | C/O DRAWBRIDGE SPECIAL OPPORTUNITIES ADVISORS, LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105 |
| DC ENERGY LLC | ATTN: DAVID COOPER DC ENERGY LLC VIENNA VA 22182 |
| DC ENERGY LLC | ATTN: DEAN L WILDE, II 8065 LEESBURG PIKE, 5TH FLOOR VIENNA VA 22182-2733 |
| DC ENERGY, LLC. | 8065 LEESBURG PIKE FIFTH FLOOR ATTN: DAVID COPPER VIENNA VA 22182 |
| DCI LONG-SHORT CREDIT FUND | DIAMOND MCCARTHY LLP ATTN: HOWARD D. RESSLER, ESQ. 620 EIGHT AVENUE NEW YORK NY 10018 |
| DCI LONG-SHORT CREDIT FUND | ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO CA 94105 |
| DCI LONG-SHORT CREDIT FUND | KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SUITE 250 SAN FRANCISCO CA 94105 |
| DE LONGHI CAPITAL SERVICE SPA | VIA LODOVICO SEITZ 47 TREVISO 31100 ITALY |
| DEACONESS BILLINGS CLINIC | 2800 10TH AVENUE NORTH P.O. BOX 37000 BILLINGS MT 59107 |
| DEANS, ALISON | 115 EAST 9TH STREET APT 20E NEW YORK NY 10003 |
| DEBT II AUSTIN-EOP LP | 591 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| DECLAN KELLY | 27 NORTH MOORE STREET APARTMENT 7C NEW YORK NY 10013-5723 |
| DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. | C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |

| Claim Name | Address Information |
|---|---|
| DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. | C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST FRANCIS WI 53235 |
| DEEPHAVEN EVENT TRADING LTD (CAYMAN) | LEGAL DEPARTMENT; JOHN OSBORN, CFO DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. 130 CHESHIRE LANE, SUITE 102 MINNETONKA MN 55305 |
| DEEPHAVEN EVENT TRADING LTD. | C/O SPECIALTY FUND MANAGEMENT SERVICES LLC. ATTN: MARTHA TSUCHIHASI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD | LEGAL DEPARTMENT DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD. 130 CHESHIRE LANE, SUITE 102 MINNETONKA MN 55305 |
| DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD. | C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD | 545 WASHINGTON BLVD JERSEY CITY NJ 73101607 |
| DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD. | C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| DEER PARK ROAD CORPORATION | 1875 SKI TIME SQUARE, SUITE 102 STEAMBOAT SPRING CO 80477 |
| DEER PARK ROAD CORPORATION | ATTN: BRAD CRAIG DEER PARK ROAD CORPORATION STEAMBOAT SPRING CO 80477 |
| DEER PARK ROAD CORPORATION | BRAD CRAIG DEER PARK ROAD CORPORATION STEAMBOAT SPRING CO 80477 |
| DEERFIELD ACADEMY | C/O  BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| DEERFIELD CAPITAL LLC | ATTN: FREDERICK L. WHITE, SVP, GEN. COUNSEL 6250 NORTH RIVER ROAD ROSEMONT IL 60018 |
| DEERFIELD CAPITAL LLC | FREDERICK L. WHITE, SVP, GEN. COUNSEL 6250 NORTH RIVER ROAD ROSEMONT IL 60018 |
| DEERFIELD CAPITAL LLC | 8700 WEST BRYN MAWR AVENUE, 12TH FLOOR CHICAGO IL 60631 |
| DEERFIELD CAPITAL LLC FKA DEERFIELD TRIARC CAPITAL | C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018 |
| DEERFIELD RELATIVE VALUE FUND, LTD | 404 EAST BAY STREET P.O BOX N-674 NASSAU BAHAMAS |
| DEERFIELD RELATIVE VALUE FUND, LTD | ATTN: FREDERICK WHITE EAST BAY STREET P.O. BOX N-674 NASSAU BAHAMAS |
| DEGENHARDT FAMILY ENTERPRISES LP | 154 GRAYS CREEK DRIVE SAVANNAH GA 31410 |
| DEL MAR TERRACE APARTMENT | DEL MAR TERRACE APARTMENT PHOENIX AZ 85033 |
| DEL MAR TERRACE APARTMENT | 7007 INDIAN SCHOOL ROAD PHOENIX AZ 85033 |
| DELANEY, MICHAEL AND JAMIE | JTWROS 389 OCEAN DRIVE WEST STAMFORD CT 06902-8222 |
| DELAWARE BALANCED FUND | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET ATTN: MICHAEL DRESIN, ASSISTANT VICE PRESIDENT PHILADELPHIA PA 19103 |
| DELAWARE BALANCED FUND | PAUL PATTERSON, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE CORE BOND FUND, A SERIES OF DELAWARE GROU | SUCCESSOR TO THE INTERMEDIATE FIXED INCOME PORTFOLIO, A SERIES OF DELAWARE POOLED TRUST) C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE, 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE CORE BOND FUND, A SERIES OF DELAWARE GROU | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE | C/O DEALWARE INVESTMENTS ATTN: MICHAEL DRESNIN, ASSISTANT VICE PRESIDENT & LEGAGL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE | C/O DELAWARE INVESTMENTS ATTN: LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE | C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE | C/O PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE CORPORATE BOND FUND | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |

| Claim Name | Address Information |
|---|---|
| DELAWARE CORPORATE BOND FUND | DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASST. VP & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE CORPORATE BOND FUND | DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE CORPORATE BOND FUND | C/O DELAWARE INVESTMENTS ATTN: LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE CORPORATE BOND FUND | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE CORPORATE BOND FUND | PAUL PATTERSON, ESQ STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE CORPORATE BOND FUND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE DIVERSIFIED INCOME FUND | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DIVERSIFIED INCOME FUND | DELAWARE DIVERSIFIED INCOME 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| DELAWARE DIVERSIFIED INCOME FUND | C/O DELAWARE INVESTMENTS ATTN: MICHAEL DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE DIVERSIFIED INCOME FUND | C/O DELAWARE INVESTMENTS ATTN: LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE DIVERSIFIED INCOME FUND | PAUL PATTERSON, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE DIVIDEND INCOME FUND | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT CORE FOCUS FIXED INCOME | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT CORE FOCUS FIXED INCOME | ALFIO LEONE C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT CORE FOCUS FIXED INCOME | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE DPT CORE FOCUS FIXED INCOME | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE DPT CORE FOCUS FIXED INCOME | PAUL PATTERSON, ESQ STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE DPT CORE PLUS | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT CORE PLUS | FIXED INCOME DEPARTMENT (ALFIO LEONE) C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT INTERMEDIATE FIXED INCOME | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT INTERMEDIATE FIXED INCOME | ALFIO LEONE C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT INTERMEDIATE FIXED INCOME | ALFIO LEONE C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT INTERMEDIATE FIXED INCOME | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE DPT INTERMEDIATE FIXED INCOME | PAUL PATTERON, ESQ STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE ENHANCED GLOBAL DIVIDEND & INCOME FUND | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA |

| Claim Name | Address Information |
|---|---|
| DELAWARE ENHANCED GLOBAL DIVIDEND & INCOME FUND | PA 19103 |
| DELAWARE ENHANCED GLOBAL DIVIDEND & INCOME FUND | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE ENHANCED GLOBAL DIVIDEND & INCOME FUND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE EXTENDED DURATION BOND | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE EXTENDED DURATION BOND | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE EXTENDED DURATION BOND | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE EXTENDED DURATION BOND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE FOUNDATION MODERATE ALLOCATION FUND, A SE | GROUP FOUNDATION FUNDS (AS SUCCESSOR TO DELAWARE BALANCED FUND, A SERIES OF DELAWARE GROUP EQUITY FUNDS I) C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE, 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE FOUNDATION MODERATE ALLOCATION FUND, A SE | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE GLOBAL DIVIDEND & INCOME FUND | ATTN: GENERAL COUNSEL DELAWARE INVESTMENTS ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE GLOBAL DIVIDEND AND INCOME FUND | DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASST. VP & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE GLOBAL DIVIDEND AND INCOME FUND | DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE GLOBAL DIVIDEND AND INCOME FUND | DELAWARE INVESTMENTS ATTN: LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE GLOBAL DIVIDEND AND INCOME FUND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE GLOBAL DIVIDEND AND INCOME FUND | C/O PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE GROUP GOVERNMENT FUNDS-DELAWARE CORE PLUS | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE INFLATION PROTECTION BOND FUND | ATTN: GENERAL COUNSEL DELAWARE INVESTMENTS ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE INFLATION PROTECTIONBOND FUND | ATTN: MICHAEL E. DRESNIN, ASST. VP & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE INFLATION PROTECTIONBOND FUND | ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET STREET ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7094 |
| DELAWARE INFLATION PROTECTIONBOND FUND | LEGAL COUNSEL 2005 MARKET STREET ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7094 |
| DELAWARE INFLATION PROTECTIONBOND FUND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLL 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE INFLATION PROTECTIONBOND FUND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE INVESTMENTS DIVIDEND & INCOME FUND, INC | C/O DELAWARE INVESTMENTS ATTN: MICHAEL DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE INVESTMENTS DIVIDEND & INCOME FUND, INC | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE LIMITED-TERM DIVERSIFIED | GROUP LIMITED TERM GOVERNMENT FUNDS C/O DELAWARE INVESTMENTS ATTN: MICHAEL |

| Claim Name | Address Information |
|---|---|
| INCOME FUND, A S | DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE LIMITED-TERM DIVERSIFIED INCOME FUND, A S | GROUP LIMITED TERM GOVERNMENT FUNDS C/O DELWARE INVESTMENTS ATTN: LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE LIMITED-TERM DIVERSIFIED INCOME FUND, A S | C/O PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE MGMT BUSINESS TRA/C LVIP MANAGED FUND | DELAWARE INVESTMENT ADVISERS ATTN:  MICHAEL D. DRESNIN, ASSISTANT VP & GENERAL COUNSEL 2005 MARKET ST #40 PHILADELPHIA PA 19103-7094 |
| DELAWARE MGMT BUSINESS TRA/C LVIP MANAGED FUND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO | DELAWARE INVESTMENT ADVISERS ATTN: MICHAEL E. DRESNIN, ASST. VP & LEGAL COUNSEL 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO | DELAWARE INVESTMENT ADVISERS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO | C/O DELAWARE INVESTMENTS ATTN: LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO | PAUL PATTERSON, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE RIVER PORT AUTHORITY | ATTN: ANDREW B. ECKSTEIN C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| DELAWARE RIVER PORT AUTHORITY | PO BOX 1949 CAMBEN NJ 08101-1949 |
| DELAWARE RIVER PORT AUTHORITY | ATTN: JAMES WHITE ONE PORT CENTER, 8TH FLOOR TWO RIVERSIDE DRIVE P.O BOX 1949 CAMDEN NJ 08101-1949 |
| DELAWARE RIVER PORT AUTHORITY | ATTN: JOHN T. HANSON ONE PORT CENTER 2 RIVERSIDE DRIVE CAMBEN NJ 08101-1949 |
| DELAWARE VIP BALANCED | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE VIP BALANCED | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE VIP GLOBAL BOND FUND | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| DELAWARE VIP TRUST – DELAWARE VIP DIVERSIFIED INCO | LEGAL COUNSEL 2005 MARKET STREET # 40 PHILADELPHIA PA 19103-7094 |
| DELAWARE VIP TRUST – DELAWARE VIP DIVERSIFIED INCO | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE VIP TRUST-DELAWARE VIP DIVERSIFIED INCOME | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE VIP TRUST-DELAWARE VIP DIVERSIFIED INCOME | DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET ST #40 PHILADELPHIA PA 19103-7094 |
| DELAWARE VIP TRUST-DELAWARE VIP DIVERSIFIED INCOME | PAUL PATTERSON, ESQ STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE VIP TRUST-DELAWARE VIP DIVERSIFIED INCOME | PAUL PATTERSON, ESQ RE: DELAWARE VIP TRUST-DELAWARE VIP DIVERSIFIED INCOME SERIES STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELL GLOBAL B.V. (SINGAPORE BRANCH) | C/O ALSTON & BIRD LLP WILLIAM SUGDEN, ESQ 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| DELL GLOBAL BV | TREASURY ACCOUNTING DELL PRODUCTS LP ROUND ROCK TX 78682 |
| DELPHI ACQUISITION HOLDING | LAGE MOSTEN 21 BREDA 4822 NETHERLANDS |
| DELTA AIR LINES, INC | ATTN: BRAD STROTHER, MANAGER-TREASURY SERVICES ADMINISTRATIVE BLDG. DEPT. 856 |

| Claim Name | Address Information |
|---|---|
| DELTA AIR LINES, INC | 1030 DELTA BLVD ATLANTA GA 30354 |
| DELTA AIR LINES, INC | ATTN: MICHAEL RANDOLFI – DIRECTOR ADMINISTRATIVE BLDG. DEPT. 856 1030 DELTA BLVD ATLANTA GA 30354 |
| DELTA AIR LINES, INC | ATTN: NANCI SLOAN, GENERAL ATTORNEY ADMINISTRATIVE BLDG. DEPT. 856 1030 DELTA BLVD ATLANTA GA 30354 |
| DELTA AIRLINES INC | ADMINISTRATIVE BLDG. DEPT. 856 1030 DELTA BLVD ATLANTA GA 30354 |
| DELTA MASTER RETIREMENT TRUST GLOBAL BOND | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| DEM 010306DEU6 | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEM 031306STAN | MELLON TRUST OF NEW ENGLAND, N.A. 135 SANTILLI HIGHWAY EVERETT MA 02149 |
| DEM 031306STAN | ATTN: CHRISTINE CARR SMITH BANK OF NEW YORK MELLON 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94105 |
| DEM 031506BAS5 | 645 MADISON AVENUE 10TH FLOOR NEW YORK NY 10022 |
| DEM 041306ABER | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEM 051206ABER | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEM 102405BRI5 | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| DEM 110805JULI | JULIUS BAER INVESTMENT MGMT BEVIS MARKS HOUSE BEVIS MARKS ROAD LONDON EC3A 7NE UNITED KINGDOM |
| DEM 111105DEUT | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEMATTEIS, RICHARD | 820 ELMONT ROAD ELMONT NY 11003 |
| DEMATTEIS, SCOTT L. | 820 ELMONT ROAD ELMONT NY 11003 |
| DENILIQUIN COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER – 1 FARRER PLACE SYDNEY, NSW 2000 AUSTRALIA |
| DENVER BOARD OF WATER COMMISSIONERS INC RETIREMENT | 1600 WEST 12TH AVENUE DENVER CO 80204-3412 |
| DENVER HEALTH & HOSPITAL AUTHORITY | 660 BANNOCK STREET 5TH FLOOR DENVER CO 80204 |
| DENVER URBAN RENEWAL AUTHORITY | ATTN: MS. JANET COLLEY 1555 CALIFORNIA STREET, SUITE 200 DENVER CO 80202 |
| DENVER URBAN RENEWAL AUTHORITY | CHIEF FINANCIAL OFFICER 1555 CALIFORNIA STREET SUITE 200 DENVER CO 80202 |
| DENVER WATER BOARD | DENVER WATER DENVER CO 80204-3412 |
| DEPARTMENT OF WATER & POWER, CITY OF BIG BEAR LAKE | 41972 GARSTIN DRIVE P.O. BOX 1929 BIG BEAR LAKE CA 92315 |
| DEPFA ACS BANK | ATTN: JOAN DOYLE, LEGAL DEPT 1 COMMONS STREET IFSC DUBLIN 1 IRELAND |
| DEPFA ACS BANK | ATTN: CONTROL SETTLEMENTS NO 1COMMONS STREET DUBLIN 1 IRELAND |
| DEPFA BANK PLC | 1 COMMONS STREET IFSC DUBLIN 1 IRELAND |
| DEPFA BANK PLC | DEPFA BANK PLC IFSC DUBLIN 1 IRELAND |
| DEPFA BANK PLC | ATTN: ULRICH VOLLMER DEPFA BANK PLC TOKYO BRANCH 2-5-1 ATAGO MINATO-KU TOKYO 105-6241 JAPAN |
| DEPFA BANK PLC | ULRICH VOLLMER DEPFA BANK PLC TOKYO BRANCH 2-5-1 ATAGO MINATO-KU TOKYO 105-6241 JAPAN |
| DERWIN, FRANK Y & BARBARA A | 216 ROCK RIDGE ROAD MILLERSVILLE MD 21108 |
| DESOTO COUNTY PARTNERS LP | C/O AMBLING PROPERTY INVESTMENTS ATTN: GREG WRIGHT 7000 CENTRAL PARKWAY, SUITE 1100 ATLANTA GA 30328 |
| DESOTO COUNTY PARTNERS LP | 2680 CRANE RIDGE ROAD 2680 CRANE RIDGE ROAD JACKSON MS 39216 |
| DESOTO COUNTY PARTNERS LP | DESOTO COUNTY PARTNERS LP JACKSON MS 39216 |
| DETROIT EDISON REPRESENTED EMPLOYEE WELFARE BENEFI | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1450 385 E. COLORADO BLVD. PASADENA CA 91101 |
| DEUTSCHE ASSET MANAGEMENT (INTERNATIONAL) LTD | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEUTSCHE ASSET MANAGEMENT INC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE ASSET MANAGEMENT INC | UNITED KINGDOM |
| DEUTSCHE ASSET MANAGEMENT/1868829 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| DEUTSCHE ASSET MANGEMENT/1870513 | 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| DEUTSCHE ASSET MGMT LTDA/C MGIM AC JPM AC M0VIK | ATTN: LEGAL DEPARTMENT THEODOR-HEUSS-ALLEE 70 FRANKFURT 60486 GERMANY |
| DEUTSCHE ASSET MGMT LTDA/C MGIM AC JPM AC M0VIK | ATTN: LEGAL DEPARTMENT 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE ASSET MGMT/1861646 | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UUUK UNITED KINGDOM |
| DEUTSCHE ASSET MGMT/1875132 | DEUTSCHE ASSET MANAGEMENT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEUTSCHE ASSET MGMT/1875132 | TRADING/DERIVATIVES DEUTSCHE ASSET MANAGEMENT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEUTSCHE ASSET MGMT/3024083 | DEUTSCHE ASSET MANAGEMENT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEUTSCHE ASSET MGMT/3024083 | TRADING/DERIVATIVES DEUTSCHE ASSET MANAGEMENT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| DEUTSCHE BANK (UK) PENSION SCHEME – STAFF | DB TRUSTEE SERVICES LTD WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG | LEGAL DEPT DEUTSCHE BANK AG, HEAD OFFICE FRANKFURT 60262 GERMANY |
| DEUTSCHE BANK AG | DEUTSCHE BANK AG FRANKFURT 60325 GERMANY |
| DEUTSCHE BANK AG | RMG – DOCUMENTATION DEUTSCHE BANK AG FRANKFURT 60325 GERMANY |
| DEUTSCHE BANK AG | TAUNUSANLAGE 12 FRANKFURT 60325 GERMANY |
| DEUTSCHE BANK AG | DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR 99 BISHOPSGATE ATTN: CONOR MCGOVERN LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG | ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET, 28TH FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG | 60 WALL STREET, 36TH FLOOR NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | ATTN: LEGAL DEPARTMENT 60 WALL STREET, 36TH FLOOR NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN:  JOSHUA DORCHAK, ESQ. 2020 K STREET, NW NEW YORK NY 10022 |
| DEUTSCHE BANK AG | JOSHUA DORCHAK, ESQ. BINGHAM MCCUTCHEN LLP 2020 K STREET, NW NEW YORK NY 10022 |
| DEUTSCHE BANK AG | IRA WURCEL, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG LONDON | TRANSFEROR: GLG MARKET NEUTRAL FUND C/O DEUTSCHE BANK SECURITIES INC/ATTN: R VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG(LEMG DESK LONDON) | 60 WALL STREET, 36TH FLOOR NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: BANK OF NOVA SCOTIA, THE C/O DEUTSCHE BANK SECURITIES INC; ATTN: M WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS ATTN: CONOR MCGOVERN 99 BISHOPSGATE 21ST FLOOR LONDON EC2M 3XD UK |
| DEUTSCHE BANK AG, LONDON BRANCH | LONDON LOAN OPERATIONS ATTN: CONOR MCGOVERN 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU) ATTN: MICHAEL SUTTON |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HSH NORDBANK AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWISS RE FINANCIAL PRODUCTS CORPORATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DIAMOND FINANCE PLC SERIES 2003-2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CHESAPEAKE ENERGY CORPORATION ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CORE LABORATORIES LP ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GULF STREAM - SEXTANT CLO 2006-1, LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: TCW ABSOLUTE RETURN CREDIT FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICHARD VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STONE LION PORTFOLIO LP ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENWORTH LIFE INSURANCE COMPANY ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VIATHON CAPITAL MASTER FUND, L.P. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CIT GROUP INC. ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AGRIBANK, FCB ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | WINSTON & STRAWN LLP ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE NEW YORK NY 10166 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: TRAFIGURA DERIVATIVES LTD ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH R | RESPECT TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 ASSET-BACKED CERTIFICATES, SERIES 2006-8 C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH R | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8-GC06Z8 MELISSA WILMAN, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANT | CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANT | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 - IN06AE 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE AND CERTIFICATE TRUSTEE C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-5 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-4, COLLATERIZED ASSET-BACKED BONDS, SERIES 2005-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-10 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET0 BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-5 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2003-11 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2003-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS SUPPLEMENTAL INTEREST TRUST TRUSTEE RELATING TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 ASSET-BACKED CERTIFICATES SERIES 2006-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS CAP TRUSTEE WITH RESPECT TO THE CAP TRUST RELATING TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 ASSET-BACKED CERTIFICATES SERIES 2006-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREETOAN TRUST 2006-FF8-GC06Z8 BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: INDYMAC HOME EQUITY LOAN TRUST 2004-2 - IN04H3 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: IMPAC CMB TRUST SERIES 2005-8 - IM0508 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: IMPAC CMB TRUST SERIES 2005-5 - IM0505 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: IMPAC CMB TRUST SERIES 2005-4 - IM0504 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: IMPAC CMB TRUST SERIES 2004-8 - IM0408 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY. DARWIN, ESQ. ATTN: IMPAC CMB TRUST SERIES 2004-8 - IM0408 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: IMPAC CMB TRUST SERIES 2004-4 - IM0404 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: IMPAC CMB TRUST SERIES 2003-11 - IM0311 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: IMPAC CMB TRUST SERIES 2003-8 - IM0308 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 - GC06Z8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AN | INTEREST TRUSTEE OF RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A15 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AN | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ASSET SECURITIZATION TRUST 1761 EAST ST. ANDREWS PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS | INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-1 C/O |

| Claim Name | Address Information |
|---|---|
| TRUSTEE OF | RICHARD C. PEDONE, ESQ AND AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: STRUCTURED ASSET INVESTMENT LOAN TRUST, 2004-1 - LH0401 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE A | INTEREST TRUST TRUSTEE WITH RESPECT TO THE SUPPLEMENTAL INTEREST TRUST RELATING TO IMPAC SECURED ASSETS CORP. MORTGAGE PASS THROUGH CERTIFICATES 2007-3 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE A | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: IMPAC SECURED ASSETS TRUST 2007-3 - IM07S3 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | CORRIDOR TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | DEUTSCHE BANK NATIONAL TRUST COMPANY. DARWIN, ESQ. ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 - IN06A8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, ESQ. | AS TRUSTEE AND SUPPLEMENTAL INTEREST TRUST 2006-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, ESQ. | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: IMPAC SECURED ASSETS TRUST 2006-3 - IM06S3 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, NOT INDIVIDU | 1761 E. ST. ANDREW PLACE SANTA ANA CA 92795 |
| DEUTSCHE BANK NATIONAL TRUST CY | DEUTSCHE BANK NATIONAL TRUST CY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 25 DEFOREST AVENUE 2ND FLOOR SUMMIT  NJ 07901 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | DEUTSCHE BANK TRUST COMPANY AMERICAS ATTN: JENNA KAUFMAN, DIRECTOR 60 WALL STREET, 26TH FLOOR MAIL STOP NYC60-2606 NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | DEUTSCHE BANK TRUST COMPANY AMERICAS 4 ALBANY STREET, 4TH FLOOR, MAIL CODE NYC 050401 NEW YORK NY 10006 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O MOSES & SINGER LLP THE CHRYSLER BUILDING 405 LEXINGTON AVENUE ATTN: ALAN KOLOD AND KENT KOLBIG NEW YORK NY 10174-1299 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O MOSES & SINGER LLP ATTN: ALAN KOLOD AND KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-1299 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O MOSES & SINGER LLP THE CHRYSLER BUILDING 405 LEXINGTON AVENUE 26TH FLOOR NEW YORK NY 10174-1299 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE OF ZAIS ZEPHYR A-3 C/O RICHARD C PEDONE AMANDA D. DARWIN NIXON PEABODY 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS SECURITY TRUSTEE OF AIRCRAFT FINANCE TRUST C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE OF GEMSTONE CDO VI C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE OF SCHILLER PARK CLO C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE OF HARBOURVIEW CDO III C/O RICHARD C PEDONE, ESQ, AMANDA D DARWIN, ESQ NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC SERIES 2006-QO8 MORTGAGE ASSET - BACKED PASS THROUGH CERTIFICATES C/O RICHARD D. PEDONE, ESQ AND AMANDA D. DARWIN, ESQ. 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: CDO BUSINESS UNIT - GEMSTONE CDO VI 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: CDO BUSINESS UNIT - SCHILLER PARK CLO 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | MELISSA WILMAN DEUTSCHE BANK TRUST COMPANY AMERICAS RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08-RF0608 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS | DEUTSCHE BANK TRUST COMPANY AMERICAS ATTN: CDO BUSINESS UNIT-ZAIS ZEPHYR A-3 STEPHEN T. HESSLER, DIRECTOR 1761 EAST SAINT ANDREW PLACE SANTA ANA CA 92705-4934 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | CDO BUSINESS UNIT - HARBOURVIEW CDO III DEUTSCHE BANK TRUST COMPANY AMERICAS STEPHEN T HESSLER, DIRECTOR 1761 EAST SAINT ANDREW PLACE SANTA ANA CA 92705-4934 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE TRUST COMPANY AMERICAS ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO9 - RF0609 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08 - RF0608 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | DEUTSCHE BANK TRUST COMPANY AMERICAS ATTN: JENNA KAUFMAN, DIRECTOR 60 WALL STREET, 26TH FLOOR MAIL STOP NYC60-2606 NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | SERIES 2005-A, PRIVATE STUDENT LOAN ASSET BACKED FLOATING RATE NOTES C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE HYPOTHEKENBANK AG | HANNOVER D-30159 GERMANY |
| DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC | 60 WALL ST NEW YORK NY 100052858 |
| DEUTSCHE LUFTHANSA AG | VON-GABLENZ-STRABE 2-6 KOLN 50679 GERMANY |
| DEUTSCHE LUFTHANSA AG | LUFTHANSA AVIATION CENTER AIRPORTING FRANKFURT/MAIN 60546 GERMANY |
| DEUTSCHE POSTBANK AG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE |
| DEUTSCHE POSTBANK AG | ATTN: ASTRID DUELFER ABELS DSL BANK KENNEDYALLEE 62-70, D-53175 BONN FEDERAL REPUBLIC OF GERMANY GERMANY |
| DEUTSCHE POSTBANK AG | DEUTSCHE POSTBANK AG ATTN: HANS-RENE BODEN KENNEDYALLEE 62-70 BONN 53175 GERMANY |
| DEUTSCHE POSTBANK AG | ATTN: TRANSACTION MGMT CAPITAL MARKETS KENNEDYALLEE 62-70 BONN D-53175 GERMANY |
| DEUTSCHE POSTBANK AG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DEUTSCHE TELEKOM AG | FRIEDRICH EBERT ALLEE 140 BONN 53113 GERMANY |
| DEUTSCHE TRUSTEE COMPANY LIMITED | DEUTSCHE TRUSTEE COMPANY LIMITED WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEVELOPMENT BANK OF JAPAN | 9-1, OTEMACHI 1-CHOME CHIYODA-KU, TOKYO 100-0004 JAPAN |
| DEVELOPMENT BANK OF JAPAN | 9-1, OTEMACHI 1-CHOME CHIYODA-KU, TOKYO TOKYO 100-0004 JAPAN |
| DEXIA ASSET MANAGEMENT ON BEHALF OF CLIENT | 180 RUE ROYALE BRUSSELS 1000 BELGIUM |
| DEXIA ASSET MANAGEMENT ON BEHALF OF CLIENT | PIERRE-GUILLAUME VEAUX DEXIA ASSET MANAGEMENT 40 RUE WASHINGTON PARIS 75008 FRANCE |
| DEXIA BANK BELGIUM SA | ATTN: KARINE DRIESEN (IN-HOUSE COUNSEL) BOULEVARD PACHECO 44 BRUSSELS 1000 BELGIUM |
| DEXIA BANK BELGIUM SA | ARTESIA BANKING CORPORATION NV/SA WTC-1, KONING ALBERT II-IAAN, 30-B2 BRUSSELS B-1000 BELGIUM |
| DEXIA BANK BELGIUM SA | ATTN: BACK OFFICE CAPITAL MARKETS ARTESIA BANKING CORPORATION NV/SA WTC-1, KONING ALBERT II-IAAN, 30-B2 BRUSSELS B-1000 BELGIUM |

| Claim Name | Address Information |
|---|---|
| DEXIA BANK BELGIUM SA | SQUARE DE MEEUS 1 BRUSSELS, B-1000 BELGIUM FRANCE |
| DEXIA BANK BELGIUM SA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH N. CAMPBELL, ESQ. 31 W. 52ND STREET NEW YORK NY 10019 |
| DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA | BANQUE INTERNATIONALE A LUXEMBOURG SA L 1470 LUXEMBOURG |
| DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA | BANQUE INTERNATIONALE A LUXEMBOURG SA LUXEMBOURG L 1470 LUXEMBOURG |
| DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA | 69 ROUTE D#APPOSESCH LUXEMBOURG L-2953 LUXEMBOURG |
| DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA | ATTN: FRANCINE MARX 69 ROUTE D'ESCH LUXEMBOURG L-2953 LUXEMBOURG |
| DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA (DEXIA | ATTN: B.O. MARCHES SALLE DES MARCHES – 1F BANQUE INTERNATIONALE A LUXEMBOURG SA LUXEMBOURG L 1470 LUXEMBOURG |
| DEXIA CREDIOP SPA | VIA VENTI SETTEMBRE, 30 ROME 187 ITALY |
| DEXIA CREDIT LOCAL | TOUR DEXIA ATTN: VIRGINIE GUERIN-BAECHELEN, LEGAL DEPARTMENT 1 PASSERELLE DES REFLETS, LA DEFENSE 2, TSA 92202 LA DEFENSE CEDEX 92919 FRANCE |
| DEXIA CREDIT LOCAL | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH N. CAMPBELL, ESQ. 31 W. 52ND STREET NEW YORK NY 10019 |
| DEXIA CREDIT LOCAL DE FRANCE | CREDIT LOCAL DE FRANCE 7-11 QUAI ANDRE CITROEN PARIS CEDEX 15 75 901 FRANCE |
| DEXIA CREDIT LOCAL DE FRANCE | ATTN: STEPHEN LEFEBVRE 445 PARK AVENUE NEW YORK NY 10022 |
| DHL WORLDWIDE EXPRESS INC | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| DHM SALT LAKE CITY HOTEL LP | LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| DHM SALT LAKE CITY HOTEL LP | LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| DHM SALT LAKE CITY HOTEL LP | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| DHM SALT LAKE CITY HOTEL LP | 1001 N US HWY 1 SUITE 800 JUPITER FL 33477 |
| DHM SALT LAKE CITY HOTEL, LP | 150 W 500 S SALT LAKE CITY UT 84101-2321 |
| DIADEM CITY CDO LIMITED 2005-1 | ATTN: RACHAEL RANKIN C/O WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LIMITED SERIES 2005-1 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQURE LONDON E14 AL5 UNITED KINGDOM |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | DIADEM CITY CDO LIMITED C/O WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDEN, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | DIADEM CITY CDO LIMITED C/O WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MIACHEL J. VENDITTO NEW YORK NY 10022 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | DIADEM CITY CDO LIMITED C/O WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN |

| Claim Name | Address Information |
|---|---|
| DIADEM CITY CDO LIMITED SERIES 2008-3 | KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| DIADEM CITY CDO LIMITED SERVIES 2008-3 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIADEM CITY CDO LIMITED SERVIES 2008-3 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHALE J. VENDIITO, ESQ. NEW YORK NY 10022 |
| DIAMOND FINANCE PLC SERIES 2006-1E | C/O THE BANK OF NEW YORK ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PLC SERIES 2006-1E | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| DIAMOND FINANCE PLC SERIES 2006-1F | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PLC SERIES 2006-1G | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PLC SERIES 2006-1G | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 93 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PLC SERIES 2006-1H | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PLC SERIES 2006-1H | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 94 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 111 599 LEXINTON AVENUE |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 98 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO EMEA 97 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 95 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 105 NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 106 NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 107 NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2008 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2008 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2008-1 REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND HEAD INTERNATIONAL FUND LP | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DIAMOND NOTCH OPPORTUNITIES MASTER FUND LTD | STEVEN DINUNZIO DIAMOND NOTCH OPPORTUNITIES MASTER FUND, LTD. C/O DIAMOND NOTCH ASSET MANAGEMENT, LLC 40 EAST 52ND STREET, 12TH FLOOR NEW YORK NY 10022 |
| DIAMONDBACK FIXED INCOME MASTER FUND LTD. | DIAMONDBACK FIXED INCOME MASTER FUND, LTD. 1 LANDMARK SQUARE 15TH FLOOR STAMFORD CT 06901 |
| DIAMONDBACK FIXED INCOME MASTER FUND LTD. | MARK HADLOCK DIAMONDBACK FIXED INCOME MASTER FUND, LTD. 1 LANDMARK SQUARE 15TH FLOOR STAMFORD CT 06901 |
| DIAMONDBACK MASTER FUND LTD | DAIMONDBACK MASTER FUND LTD. STAMFORD CT 06901 |
| DIAMONDBACK MASTER FUND LTD | DIAMONDBACK MASTER FUND LTD. ONE LANDMARK SQUARE, 15TH FLOOR STAMFORD CT 06901 |
| DIAMONDBACK MASTER FUND, LTD. | C/O DIAMONDBACK ADVISORS CT, LLC ATTN: J.R. LEDERER ONE LANDMARK SQ. STAMFORD CT 06901 |
| DIAMONDBACK MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVE NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| DIAMONDBACK MASTER FUND, LTD. | 10019 |
| DICKINSON ISD | 4512 HIGHWAY 31 DICKINSON TX 77539 |
| DIETZ, HILDEGARD | NEULANDSTR. 11 NURNBERG D90469 GERMANY |
| DIRECTORS GUILD OF AMERICA – PRODUCER BASIC PENSIO | C/O GAVIN S. GERVIS 8436 W. 3RD ST. # 900 LOS ANGELES CA 90048 |
| DIRECTORS GUILD OF AMERICA – PRODUCER SUPPLEMENTAL | C/O GAVIN S. GERVIS 8436 W. 3RD ST. # 900 LOS ANGELES CA 90048 |
| DIRECTORS GUILD OF AMERICA PRODUCER BASIC PENSION | DGA-B) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| DIRECTORS GUILD OF AMERICA PRODUCER SUPPLEMENTAL P | (BLK TICKER: DGA-S) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| DIRECTORS GUILD OF AMERICA SUPPLEMENTAL PENSION PL | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| DISCOVERY ATLAS MASTER FUND, LTD. | DISCOVERY ATLAS MASTER FUND, LTD. C/O ATLAS CAPITAL MANAGEMENT, LLC 20 MARSHALL STREET SOUTH NORWALK CT 06854 |
| DISCOVERY GLOBAL CITIZENS MASTER FUND LTD | JOHN FAGAN DISCOVERY GLOBAL CITIZENS MASTER FUND, LTD. C/O DISCOVERY GLOBAL CITIZENS CAPITAL PARTNERS LLC 20 MARSHALL STREET SOUTH NORWALK CT 06854 |
| DISCOVERY GLOBAL CITIZENS MASTER FUND LTD | ATTN: SAMMY ACEBAL DISCOVERY GLOBAL CITIZENS MASTER FUND LTD. C/O DISCOVERY GLOBAL CITIZENS CAPITAL PARTNERS LLC 20 MARSHALL STREET SOUTH NORWALK CT 06854 |
| DISCOVERY GLOBAL CITIZENS MASTER FUND LTD | C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| DISTRICT OF COLUMBIA | 441 4TH STREET N.W., SUITE 360N WASHINGTON DC 20001 |
| DISTRICT OF COLUMBIA POLICE OFFICERS & FIREFIGHTER | JUDG ES RETIREMENT FUND GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| DISTRICT OF COLUMBIA POLICE OFFICERS & FIREFIGHTER | RETIREMENT FUND WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| DISTRICT OF COLUMBIA RETIREMENT BOARD | C/O MORGAN LEWIS & BOCKIUS LLP ATTN: THOMPSON V. D'AMBROSIO 101 PARK AVENUE NEW YORK NY 10178 |
| DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD | C/O DIAMOND MCCARTHY LLP ATTN: HOWARD D RESSLER, ESQ 620 EIGHTH AVE NEW YORK NY 10018 |
| DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD | C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET, SUITE 250 SAN FRANCISCO CA 94105 |
| DIVERSIFIED INCOME FUND DELAWARE POOLED TRUST | ATTN: MICHAEL DRESNIN C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DIVERSIFIED INFLATION STRATEGIES LP | C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02019 |
| DIVERSIFIED INFLATION STRATEGIES LP | ATTN: LEGAL SERVICES / DERIVATIVES C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| DIVERSIFIED INFLATION STRATEGIES LP | ATTN: SETTLEMENTS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| DIVERSIFIED INFLATION STRATEGIES LP | DERIVATIVE OPERATIONS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| DIVERSIFIED INFLATION STRATEGIES LP | LEGAL SERVICES / DERIVATIVES C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| DIVERSIFIED INFLATION STRATEGIES LP | SETTLEMENTS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| DIVERSIFIED INFLATION STRATEGIES LP | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DMBT– ALLINA HEALTH SYSTEMPENSION PLANDELAWARE MGM | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DMBT-DELAWARE GROUP GOVT FDS –DELAWARE CORE PLUS F | 2005 MARKET STREET PHILADELPHIA PA 19103 |

| Claim Name | Address Information |
|---|---|
| DMBT-OREGON LABORERS EMPLOYERSPENSION TRUST FUNDDE | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| DMBT-SALT RIVERPIMA MARICOPAINDIAN COMMUNITY OF SA | SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY 10005 EAST OSBORN ROAD SCOTTSDALE AZ 85258 |
| DMBT-WALT DISNEY CO SPONSOREDQUALIFIED BENEFIT PLA | DELAWARE INVESTMENTS 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DNB NOR BANK ASA | STRANDEN 21 OSLO 21 NORWAY |
| DNB NOR BANK ASA | LARS HILLESGT 30 BERGEN N-5020 NORWAY |
| DNB NOR BANK ASA | ATTN: INGRID DE LA FOREST OSLO NO-0021 NORWAY |
| DNB NOR BANK ASA | 20, ST. DUNSTAN#APPOSS HILL LONDON C3R 8HY UNITED KINGDOM |
| DNB NOR BANK ASA | ATTN: OPERATIONS DEN NORSKE BANK ASA 20, ST. DUNSTAN#APPOSS HILL LONDON C3R 8HY UNITED KINGDOM |
| DNB NOR BANK ASA | 20, ST. DUNSTAN#APPOSS HILL LONDON EC3R 8HY UNITED KINGDOM |
| DNB NOR BANK ASA | ATTN: OPERATIONS DEN NORSKE BANK ASA 20, ST. DUNSTAN'S HILL LONDON EC3R 8HY UNITED KINGDOM |
| DNB NOR BANK ASA | WHITE & CASE LLP ATTN: PHILIP JOHN NICHOLS 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DOCHESTER COUNTY SCHOOL DISTRICT NO. 2 (GROWTH) | DORCHESTER SCHOOL DISTRICT TWO 102 GREENWAVE BLVD. SUMMERVILLE SC 29483 |
| DOLLAR GENERAL CORP | 100 MISSION RIDGE GOODLETTSVILLE TN 37072-2170 |
| DOLOMIT | VIA S. SOFIA 10 MILANO 20122 ITALY |
| DOMINION RETAIL, INC. | 120 TREDEGAR STREET RICHMOND VA 23219 |
| DOMINOS INC | 30 FRANK LLOYD WRIGHT DRIVE P.O. BOX 997 ANN ARBOR MI 48106-0997 |
| DONALD J LITWIN REVOCABLE TRUST | DTD 03/05/04 168 WEST BLVD FAR ROCKAWAY NY 11518-2513 |
| DONINI, GERALD | GERALD DONINI AND LISA DONINI 46 FERNWOOD ROAD SUMMIT  NJ 07901 |
| DONOFRIO, JAMES | 21 PENBROOK LOOP STATEN ISLAND NY 10309 |
| DORIS DUKE CHARITABLE FOUDATION | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DORIS DUKE CHARITABLE FOUNDATION (DDCF) | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| DORMITORY AUTHORITY OF NEW YORK | 515 BROADWAY, 5TH FLOOR ALBANY NY 12207 |
| DORMITORY AUTHORITY OF NEW YORK | DORMITORY AUTHORITY OF NEW YORK 515 BROADWAY, 5TH FLOOR ALBANY NY 12207 |
| DOUBLE BLACK DIAMOND OFFSHORE LDC | ATTN: CLINT CARLSON CARLSON CAPITAL LP UBS HOUSE, 227 ELGIN AVE, P.O. BOX 852 GRAND CAYMAN KY 11103 |
| DOUBLE BLACK DIAMOND OFFSHORE LDC | ATTN: KRISTEN GREGORY, RIK REPAK 2100 MCKINNEY AVENUE, SUITE 1600 DALLAS TX 75201 |
| DOUBLE BLACK DIAMOND OFFSHORE LTD | SIDLEY AUSTIN LLP ATTN: ALEX R. RIVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DOUBLE BLACK DIAMOND OFFSHORE LTD | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DOUBLE BLACK DIAMOND OFFSHORE LTD | F/K/A DOUBLE BLACK DIAMOND OFFSHORE LDC C/O CARLSON CAPITAL, L.P.  -  ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS TX 75201 |
| DOUGLAS COUNTY HOUSING AUTHORITY | 5404 N. 107TH PLAZA OMAHA NE 68134 |
| DOUGLASVILLE-DOUGLAS/BRUNSWICK | PO BOX 1157 DOUGLASVILLE GA 30133 |
| DOVER MASTER FUND II, L.P. | TRANSFEROR: DYNEGY POWER MARKETING INC C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| DOVER MASTER FUND II, L.P. | TRANSFEROR: AGFIRST FARM CREDIT BANK C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| DOVER MASTER FUND II, L.P. | TRANSFEROR: DIAMOND NOTCH OPPORTUNITIES MASTER FUND LTD C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019 |
| DOVER MASTER FUND II, LP | TRANSFEROR: ACUITY MASTER FUND LTD AND ACUITY CAPITAL MANAGEMENT LLC ATTN: VLADIMIR JELISAVCIC C/O LONGACRE MANAGEMENT LLC 810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019 |
| DOW CORNING CORPORATION | KIRKLAND & ELLIS LLP ATTN: LEONARD KLINGBAUM ATTN: PETER TSAO 601 LEXINGTON |

| Claim Name | Address Information |
|---|---|
| DOW CORNING CORPORATION | AVENUE NEW YORK NY 10022 |
| DOW CORNING CORPORATION | ATTN: ANGELA COLE 2200 W. SALZBURG ROAD MAIL # CO1232 MIDLAND MI 48686-0994 |
| DOW CORNING CORPORATION | GENERAL COUNSEL 2200 W. SALZBURG ROAD MIDLAND MI 48686-0994 |
| DOW FINANCIAL SERVICES INC. | 2030 DOW CENTER MIDLAND MI 48674 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | U.S. BANK CORPORATE TRUST SERVICES 100 WALL ST, SUITE 1600 NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: WARD A. SPOONER/ MARLENT FAHEY C/O US BANK TRUST NATIONAL ASSOCIATION 100 WALL STREET NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | ATTN: WARD A. SPOONER/MARLENE FAHEY U.S. BANK U.S. BANK CORPORATE TRUST SERVICES 100 WALL ST, SUITE 1600 NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | ATTN: WARD A. SPOONER/MARLENE FAHEY U.S. BANK CORPORATE TRUST SERVICES 100 WALL ST, SUITE 1600 NEW YORK NY 10005 |
| DOW JONES CDX.NA.HY3 TRUST 1 DECEMBER | U.S. BANK TRUST NATIONAL ASSOCIATION 100 WALL STREET, SUITE 1600 NEW YORK NY 10005 |
| DRAGON PORTFOLIO | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1079 385 E. COLORADO BLVD. PASADENA CA 91101 |
| DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE | C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE 16TH FLOOR NEW YORK NY 10065 |
| DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE | THE DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD C/O DRAKE MANAGEMENT LLC ATTENTION: STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE LOW DURATION FUND, THE | C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE LOW VOLATILITY MASTER FUND, LTD., THE | ATTN: STEVEN LUTTRELL 660 MADISON AVE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE OFFSHORE MASTER FUND, LTD, THE | ATTN: STEVEN LUTTRELL 660 MADISON AVE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE TOTAL RETURN FUND, THE | C/O DRAKE MANAGEMENT LLC ATTN : STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10065 |
| DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD | C/O DRAWBRIDGE GLOBAL MACRO ADVISORS LLC ATTN: GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS 47TH FLOOR NEW YORK NY 10105 |
| DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD | C/O DRAWBRIDGE GLOBAL MACRO ADVISORS LLC ATTN: GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD | 1251 AVENUE OF THE AMERICAS 16TH FLOOR NEW YORK NY 10020 |
| DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD | C/O DRAWBRIDGE GLOBAL MACRO ADVISORS LLC ATTN: GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS 47TH FLOOR NEW YORK NY 10105 |
| DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD | ATTN: JANEEN GRIFFIN C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| DRAWBRIDGE LONG DATED VALUE FUND (B) LP | ATTN: KEVIN TREACY DRAWBRIDGE LONG DATED VALUE FUND (B) LP C/O FORTRESS INVESTMENT GROUP LLC 1251 AVENUE OF THE AMERICAS, 16TH FLOOR NEW YORK NY 10020 |
| DRAWBRIDGE LONG DATED VALUE FUND (B) LP | C/O FORTRESS INVESTMENT GROUP LLC 1251 AVENUE OF THE AMERICAS, 16TH FLOOR NEW YORK NY 10020 |
| DRAWBRIDGE LONG DATED VALUE FUND (B) LP | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| DRAWBRIDGE LONG DATED VALUE FUND LP | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | C/O DRAWBRIDGE SPECIAL OPPORTUNITIES ADVISORS, LLC 1251 AVENUE OF THE AMERICAS, 16TH FLOOD NEW YORK NY 10020 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | ATTN: MARC FURSTEIN, COO; RICK NOBLE C/O DRAWBRIDGE SPECIAL OPPORTUNITIES GP, LLC 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10020 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD | C/O DRAWBRIDGE SPECIAL OPPORTUNITIES ADVISORS, LLC 1251 AVENUE OF THE AMERICAS, 16TH FLOOD NEW YORK NY 10020 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD | KEVIN TREACY DRAWBRIDGE SPECIAL OPPORTUNITIES FUND, L.P. C/O DRAWBRIDGE SPECIAL OPPORTUNITIES ADVISORS, LLC 1251 AVENUE OF THE AMERICAS, 16TH FLOOD NEW YORK NY 10020 |

| Claim Name | Address Information |
|---|---|
| DRAX POWER LIMITED | PHILIP HUDSON, GENERAL COUNSEL SELBY NORTH YORKSHIRE YO8 8PH UNITED KINGDOM |
| DRAX POWER LIMITED | STEVEN ABRAMOWITZ ALEXANDRA KELLY VINSON & ELKINS, LLP 666 FIFTH AVENUE, 25TH FLOOR NEW YORK NY 10103 |
| DRESDNER BANK AG | JURGEN-PONTO PLATZ 1 D- 60301 FRANKFURT 60301 GERMANY |
| DRESDNER BANK AG | JURGEN PONTO PLATZ 1 FRANKFURT(MAIN) 60301 GERMANY |
| DRESDNER BANK AG | ATTN: ZGA-TS3 JURGEN PONTO PLATZ 1 FRANKFURT(MAIN) 60301 GERMANY |
| DRESDNER BANK AG | LONDON BRANCH P.O. BOX 52715 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | ATTN:  ALAN MARQUARD; AMELIA GIBBONS LONDON BRANCH P.O. BOX 52715 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | PO BOX 52715 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | MARCUS NETTLETON (CAPITAL MARKETS - FICC) 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | HEAD OF LEGAL SERVICES DRESDNER BANK AG LONDON BRANCH P.O. BOX 52715 LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | HEAD OF LEGAL SERVICES DRESDNER BANK AG LONDON BRANCH PO BOX 52715 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | MICHAEL SHARP (LEGAL) DRESDNER BANK AG LONDON BRANCH P.O. BOX 52715 LONDON EC2P 2XY UNITED KINGDOM |
| DRESDNER BANK AG | PO BOX 52715 30 GRESHMAN STREET LONDON EC2P2XY UNITED KINGDOM |
| DREYFUS BASIC US MORTGAGE SECURITIES FUND | ATTN: FUND ACCOUNTING 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS BASIC US MORTGAGE SECURITIES FUND | MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS INTERMEDIATE TERM INCOME FUND | ATTN: FUND ACCOUNTING DREYFUS INTERMEDIATE TERM INCOME FUND C/O THE DREYFUS CORPORATION 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS INTERMEDIATE TERM INCOME FUND | FUND ACCOUNTING DREYFUS INTERMEDIATE TERM INCOME FUND C/O THE DREYFUS CORPORATION 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS INTERMEDIATE TERM INCOME FUND | DREYFUS INTERMEDIATE TERM INCOME FUND C/O STANDISH MELLON ASSET MANAGEMENT MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS INTERMEDIATE TERM INCOME FUND | JOSEPH GATELY DREYFUS INTERMEDIATE TERM INCOME FUND C/O STANDISH MELLON ASSET MANAGEMENT MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS PREMIER BALANCED FUND | ATTN: FUND ACCOUNTING 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS PREMIER BALANCED FUND | MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS PREMIER GNMA FUND INC | ATTN: FUND ACCOUNTING 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS PREMIER GNMA FUND INC | MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS PREMIER LIMITED TERM INCOME FUND | ATTN: FUND ACCOUNTING 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS PREMIER LIMITED TERM INCOME FUND | MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS PREMIER STRATEGIC INCOME FUND | ATTN: FUND ACCOUNTING 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS PREMIER STRATEGIC INCOME FUND | MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS VARIABLE INVESTMENT FUND QUALITY BOND PORT | ATTN: FUND ACCOUNTING DREYFUS VAR. INVESTMEMT FUND: QUALITY BOND PORT. C/O THE DREYFUS CORPORATION 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS VARIABLE INVESTMENT FUND QUALITY BOND PORT | FUND ACCOUNTING DREYFUS VAR. INVESTMEMT FUND: QUALITY BOND PORT. C/O THE DREYFUS CORPORATION 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| DREYFUS VARIABLE INVESTMENT FUND QUALITY BOND PORT | DREYFUS VAR. INVESTMEMT FUND: QUALITY BOND PORT. C/O STANDISH MELLON ASSET MANAGEMENT MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 BOSTON MA 02108-4408 |
| DREYFUS VARIABLE INVESTMENT FUND QUALITY BOND PORT | JOSEPH GATELY DREYFUS VAR. INVESTMEMT FUND: QUALITY BOND PORT. C/O STANDISH MELLON ASSET MANAGEMENT MELLON FINANCIAL CTR - ONE BOSTON PLACE SUITE 3100 |

| Claim Name | Address Information |
|---|---|
| DREYFUS VARIABLE INVESTMENT FUND QUALITY BOND PORT | BOSTON MA 02108-4408 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | SUZUKA INKA 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | PKMF INKA 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | TID RENTEN 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | INKA GL 1 RENTEN 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | PRV INKA 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | BVO 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | INKA B 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | EADS PENSIONSFUNDS 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRYDEN GLOBAL TOTAL RETURN FUND INC | TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| DRYDEN HIGH YIELD FUND, INC | ATTN: TERRENCE DUNN C/O PRUDENTIAL INVESTMENT MANAGEMENT INC PO BOX 32339 GATEWAY CENTER 2, 3RD FLOOR NEWARK NJ 07102 |
| DRYDEN TOTAL RETURN BOND FUND INC | TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| DS SMITH PENSION TRUSTEES LIMITED, | CAROLINE FORSYTH DS SMITH PLC, 2 KINGS COURT, WILLIE SNAITH ROAD SUFFOLK CB8 7SG UNITED KINGDOM |
| DS SMITH PENSION TRUSTEES LIMITED, | AS TRUSTEE OF THE DS SMITH GROUP PENSION SCHEME DS SMITH PLC, BEECH HOUSE, WHITEBROOK PARK 68 LOWER COOKHAM ROAD, MAIDENHEAD BERKSHIRE SL6 8XY UNITED KINGDOM |
| DTE ENERGY COMPANY FIXED INCOME | C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-654 385 E. COLORADO BLVD PASADENA CA 91101 |
| DTE ENERGY EMPLOYEE BENEFIT | MICHAEL KANIA BNY MELLON FINANCIAL CORP. 525 WILLIAM PENN PLACE, RM 0400 PITTSBURGH PA 15259 |
| DTE ENERGY EMPLOYEE BENEFIT | C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-655 385 E. COLORADO BLVD PASADENA CA 91101 |
| DTE ENERGY TRADING INC | ATTN: CONTRACT ADMINISTRATION - MARCIA HISSONG 414 S. MAIN STREET; SUITE 200 ANN ARBOR MI 48104 |
| DTE ENERGY TRADING INC 'EEI' | 414 S. MAIN STREET; SUITE 200 ANN ARBOR MI 48104 |
| DTE ENERGY TRADING, INC. | DTE ENERGY TRADING INC. 414 S. MAIN STREET; SUITE 200 48104 |
| DUBAI HOLDING COMMERCIAL OPERATIONS GROUP | DUBAI HOLDINGS PO. BOX 66000 DUBAI UNITED ARAB EMIRATES |
| DUBAI HOLDING COMMERCIAL OPERATIONS GROUP | ATTN: DUBAI HOLDINGS DUBAI HOLDINGS PO. BOX 66000 DUBAI UNITED ARAB EMIRATES |
| DUFFY, JAMES AND DEBORAH JTROS | 8 RUNNING BROOK LANE NEW CANAAN CT 06840 |
| DUKE ENERGY CAROLINAS LLC | DUKE ENERGY CAROLINAS, LLC REGULAR MAIL: 139 EAST FOURTH ST., EA 606 OVERNIGHT: 221 EAST FOURTH ST., AT II-5TH FLOOR CINCINNATI OH 45201 |
| DUKE ENERGY CAROLINAS LLC-ISDA | DUKE ENERGY CAROLINAS, LLC REGULAR MAIL: 139 EAST FOURTH ST., EA 606 OVERNIGHT: 221 EAST FOURTH ST., AT II-5TH FLOOR CINCINNATI OH 45201 |
| DUKE ENERGY CORPORATION RETIREMENT TRUST | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W-1364 385 E. COLORADO BLVD. PASADENA CA 91101 |
| DUKE ENERGY INDIANA INC | ATTN: MANAGER, CONTRACT ADMINISTRATION PSI ENERGY, INC. D/B/A/ DUKE ENERGY INDIANA, INC. 221 EAST FOURTH STREET, AT II-6TH FLOOR CINCINNATI OH 45201-0960 |
| DUKE ENERGY INDIANA INC | ATTN: RHODA WILLIAMS, MANAGER, CONTRACT MGMT. OVERNIGHT MAIL 221 EAST FOURTH STREET, AT II-5TH FLOOR CINCINNATI OH 45202 |
| DUKE ENERGY INDIANA, INC. | 139 EAST FOURTH STREET, EA 606 CINCINNATI OH 45201-0960 |
| DUKE ENERGY OHIO INC | C/O KIAH T FORD IV PARKER POE ADAMS & BERNSTEIN LLP 401 SOUTH TRYON STREET, |

| Claim Name | Address Information |
|---|---|
| DUKE ENERGY OHIO INC | SUITE 3000 CHARLOTTE SC 28202 |
| DUKE ENERGY OHIO INC | MANAGER, CONTRACT ADMINISTRATION 139 EAST FOURTH STREET, EA 503, PO BOX 906 CINCINNATI OH 45201-0960 |
| DUKE ENERGY OHIO INC | ATTN: MANAGER, CONTRACT ADMINISTRATION 221 EAST FOURTH STREET, AT II-6TH FLOOR CINCINNATI OH 45201-0960 |
| DUKE ENERGY OHIO INC | MANAGER, CONTRACT ADMINISTRATION 221 EAST FOURTH STREET, AT II-6TH FLOOR CINCINNATI OH 45201-0960 |
| DUKE ENERGY OHIO, INC. | C/O KIAH T. FORD IV PARKER POE ADAMS & BERNSTEIN LLP 401 SOUTH TRYON STREET SUITE 3000 CHARLOTTE NC 28202 |
| DUMFRIES AND GALLOWAY COUNCIL PENSION SCHEME | CARRUTHER HOUSE ENGLISH STREET DUMFRIES DG1 2HP UNITED KINGDOM |
| DUNCAN REGIONAL HOSPITAL | 1407 WHISENANT DRIVE DUNCAN OK 73533 |
| DUNWOODY VILLAGE INC | 3550 WEST CHESTER PIKE NEWTOWN SQUARE PA 19073-4168 |
| DUNWOODY VILLAGE INC | ATTN: ROBERT SUPPER, SENIOR VICE PRESIDENT 3500 WEST CHESTER PIKE NEWTOWN SQUARE PA 19073-4168 |
| DUPAGE IL (COUNTY OF) | 421 N. COUNTY FARM ROAD WHEATON IL 60187 |
| DUPONT CAPITAL MANAGEMENT CORP ORATION GEM TRUST | (GEM TRUST O PPORTUNISTIC 2) ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DUPONT CAPITAL MANAGEMENT CORP ORATION GEM TRUST ( | PPORTUNISTIC 2) PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DUPONT CAPITAL MANAGEMENT CORPORATION GEM TRUST SH | ATTM: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| DUQUESNE POWER LP | 411 SEVENTH AVENUE M/D 8-2 PITTSBURGH PA 15219 |
| DUQUESNE POWER LP | CONTRACT ADMINISTRATION 411 SEVENTH AVENUE M/D 8-2 PITTSBURGH PA 15219 |
| DUQUESNE POWER, LLC (EEI) | 411 SEVENTH AVENUE M/D 8-2 PITTSBURGH PA 15219 |
| DWIGHT - OLD MUTUAL (US) HOLDINGS INC | SEGREGATED ACCOUNT QAHF C/O DWIGHT ASSET MANAGEMENT COMPANY 100 BANK STREET BURLINGTON VT 05401 |
| DWIGHT ABSOLUTE RETURN FUND LLC | C/O DWIGHT ASSET MANAGEMENT COMPANY 100 BANK STREET BURLINGTON VT 05401 |
| DWIGHT ABSOLUTE RETURN FUND LLC | JAMES J. BURNS DWIGHT ASSET MANAGEMENT COMPANY 100 BANK STREET BURLINGTON VT 05401 |
| DWIGHT CORE INTERMEDIATE MASTER FUND LLC | JAMES J. BURNS DWIGHT ASSET MANAGEMENT COMPANY 100 BANK STREET BURLINGTON VT 05401 |
| DWIGHT INTERMEDIATE CORE PLUS MASTER FUND LLC | C/O DWIGHT ASSET MANAGEMENT COMPANY LLC 100 BANK STREET BURLINGTON VT 05401 |
| DWORECKI, ROMAN | 535 EAST 86TH STREET APT 7C NEW YORK NY 10028-7533 |
| DWS BALANCED FUND | JOHN B ASHLEY DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC. 280 PARK AVENUE NEW YORK NY 10017 |
| DWS BALANCED FUND | TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS BALANCED FUND | ATTN: MICHAEL CHAPIN TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS GLOBAL BOND FUND, INC. | C/O J CHRISTOPHER JACKSON 280 PARK AVENUE NEW YORK NY 10017 |
| DWS HIGH INCOME FUND | DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC. 280 PARK AVENUE NEW YORK NY 10017 |
| DWS HIGH INCOME FUND | DEUTSCHE INVESMENT MANAGMENT AMERICAS INC. 345 PARK AVENUE NEW YORK NY 10154 |
| DWS HIGH INCOME FUND | C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS HIGH INCOME FUND | MICHAEL CHAPIN C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS HIGH INCOME VIP | DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC. 345 PARK AVENUE NEW YORK NY 10154 |
| DWS HIGH INCOME VIP | C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS HIGH INCOME VIP | MICHAEL CHAPIN C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS STRATEGIC INCOME FUND | DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC. 345 PARK AVENUE NEW YORK NY 10154 |
| DWS STRATEGIC INCOME FUND | C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| DWS STRATEGIC INCOME FUND | MICHAEL CHAPIN C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS VARIABLE SERIES II – DWS BALANCED VIP | C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS VARIABLE SERIES II – DWS BALANCED VIP | ATTN: ANN BURBANK C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS VARIABLE SERIES II – DWS BALANCED VIP | ATTN: MICHAEL CHAPIN C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS VARIABLE SERIES II – DWS BALANCED VIP | MICHAEL CHAPIN C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| DWS/DWS VOLA STRATEGY | MAINZER LANDSTR. 178-190 FRANKFURT AM MAIN 60327 GERMANY |
| DYNEGY POWER MARKETING INC | ATTN: ASST. GROUP GENERAL COUNSEL-COMMERCIAL DYNEGY POWER MARKETING INC. 1000 LOUISIANA, SUITE 5800 HOUSTON TX 77002-5050 |
| DYNEGY POWER MARKETING INC | ATTN: CONTRACT ADMINISTRATION DYNEGY POWER MARKETING INC. 1000 LOUISIANA, SUITE 5800 HOUSTON TX 77210-5050 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN FEDERAL REPUBLIC OF GERMANY GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST PLATZ DER REPUBLIK FRANKFURT AM MAIN 60265 GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | PLATZ DER REPUBLIK FRANKFURT AM MAIN 60265 GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | 10 ALDERSGATE STREET LONDON EC1A 4XX UNITED KINGDOM |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: DG BENK LONDON BRANCH 10 ALDERSGATE STREET LONDON EC1A 4XX UNITED KINGDOM |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| DZ BANK IRELAND PLC | GUILD HOUSE, GUILD STREET I.F.S.C. DUBLIN 1 IRELAND |
| E CAPITAL PARTNERS | PIAZZA DIAZ 7 – 20123 MILANO ITALY |
| E*TRADE BANK | HUNTON & WILLIAMS LLP ATTN: PETER PARTEE 200 PARK AVENUE NEW YORK NY 10166 |
| E*TRADE BANK | TELEBANK 1111 NORTH HIGHLAND STREET ARLINGTON VA 22201 |
| E*TRADE BANK | FORREST KOBAYSHI TELEBANK 1111 NORTH HIGHLAND STREET ARLINGTON VA 22201 |
| E*TRADE BANK | ATTN: JOHN A. BUCHMAN 671 NORTH GLEBE ROAD ARLINGTON VA 22203 |
| E-470 PUBLIC IMPROVEMENT HIGHWAY AUTH. | 22470 E. 6TH PARKWAY, SUITE 100 AURORA CO 80018 |
| E-CAPITAL PROFITS LIMITED | ATTN: MR. IP TAK CHUEN, EDMOND C/O 7TH FLOOR, CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL, HONG KONG HONG KONG HONG KONG |
| E-CAPITAL PROFITS LIMITED | ATTN: MR. IP TAK CHUEN, EDMOND E-CAPITAL PROFITS LIMITED C/O 7TH FLOOR, CHEUNG KONG CENTER 2 QUEEN APPOSS ROAD CENTRAL, HONG KONG HONG KONG |
| E-CAPITAL PROFITS LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| E.ON ENERGY TRADING AG | KARLSTR. 68 MUNICH 80335 GERMANY |
| E.ON UK PLC | ATTN: JON CORNELIUS WESTWOOD WAY WESTWOOD BUSINESS PARK COVENTRY CV4 8LG UNITED KINGDOM |
| E.ON UK PLC | BRIAN RANCE AND HARVEY DYCHIAO FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| E.ON UK PLC (ISDA) | E.ON UK PLC WESTWOOD WAY WESTWOOD BUSINESS PARK COVENTRY CV4 8LG UNITED KINGDOM |
| EAGLEROCK INSTITUTIONAL PARTNERS LP | C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 551 FIFTH AVENUE, 34TH STREET NEW YORK NY 10017 |
| EAGLEROCK INSTITUTIONAL PARTNERS LP | ATTN: JOHN PETROZZI EAGLEROCK INSTITUTIONAL PARTNERS, LP C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 551 FIFTH AVENUE, 34TH STREET NEW YORK NY 10176 |
| EAGLEROCK INSTITUTIONAL PARTNERS, LP | ATTN: NADER TAVAKOLI C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 24 WEST 40TH STREET, 10TH FLOOR NEW YORK NY 10018 |

| Claim Name | Address Information |
|---|---|
| EAGLEROCK INSTITUTIONAL PARTNERS, LP | SHELLEY CHAPMAN, ESQ WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| EAGLEROCK MASTER FUND LP | ATTN: NADER TAVAKOLI C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 24 WEST 40TH STREET, 10TH FLOOR NEW YORK NY 10018 |
| EAGLEROCK MASTER FUND LP | SHELLEY CHAPMAN, ESQ WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| EAGLEROCK MASTER FUND LP | EAGLEROCK MASTER FUND, LP C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 551 FIFTH AVENUE, 34TH STREET NEW YORK NY 10176 |
| EAST BAY MUNICIPAL UTILITY DISTRICT | 375 ELEVENTH STREET, MS 801 ATTN: GARY BREAUX, DIRECTOR OF FINANCE OAKLAND CA 74807-7240 |
| EAST BAY MUNICIPAL UTILITY DISTRICT | 375 ELEVENTH STREET OAKLAND CA 74807-7240 |
| EAST TEXAS MEDICAL CENTER REGIONAL HEALTH SYSTEM I | 1000 SOUTH BECKHAM TYLER TX 75701 |
| EASTERN CONNECTICUT HEALTH NETWORK INC ON BEHALF O | MANCHESTER MEMORIAL HOSPITAL, THE ROCKVILLE GENERAL HOSPITAL, INC. ECHN ELDERCARE SERVICES, INC. AND ECHN COMMUNITY HEALTHCARE FOUNDATION INC ATTN: LLOYD PELLETIER 71 HAYNES STREET MANCHESTER CT 06040-4131 |
| EASTERN MAINE HEALTHCARE | THE CIANCHETTE BUILDING 43 WHITING HILL ROAD BREWER, MAINE ME 04412 |
| EASTERN MAINE HEALTHCARE | ATTN: DANIEL B. COFFEY, EVP THE CIANCHETTE BUILDING 43 WHITING HILL ROAD, SUITE 500 BREWER, MAINE ME 04412 |
| EASTON INVESTMENTS II | C/O G. H. PALMER ASSOCIATES 11740 SAN VICENTE BOULEVARD, SUITE 208 LOS ANGELES CA 90049 |
| EASTON INVESTMENTS II, A CALIFORNIA L.P. | C/O COSTELL & CORNELIUS LAW CORPORATION ATTN: ALEXANDER IAN CORNELIUS 1299 OCEAN AVENUE, SUITE 400 SANTA MONICA CA 90401 |
| EASTON INVESTMENTS II, A CALIFORNIA L.P. | C/O COSTELL & CORNELIUS LAW CORPORATION 1299 OCEAN AVENUE, SUITE 400 SANTA MONICA CA 90401 |
| EATON VANCE ARIZONA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE ARKANSAS MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CALIFORNIA MUNICIPAL INCOME TRUST | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CALIFORNIA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CDO IX, LTD. | RE: EATON VANCE CDO 9 CLASS D COUPON SWAP EATON VANCE CDO IX, LTD., C/O MAPLES FINANCE LTD. PO BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EATON VANCE CDO IX, LTD. | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE CDO IX, LTD. | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE CDO IX, LTD. | ATTN: BASMAH PARVEZ BANK OF NEW YORK RE: EATON VANCE CDO 9 CLASS D COUPON SWAP 601 TRAVIS STREET, 16TH FLOOR HOUSTON TX 77002 |
| EATON VANCE CORP | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE CORP | EATON VANCE CORP. C/O EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE CORP | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE CREDIT OPPORTUNITIES FUND | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE CREDIT OPPORTUNITIES FUND | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE FLOATING-RATE INCOME TRUST | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE FLOATING-RATE INCOME TRUST | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE FLORIDA INSURED MUNICIPALS | ATTN: MAUREEN MAGNER (EV IN-HOUSE COUNSEL) EATON VANCE MANAGEMENT THE EATON |

| Claim Name | Address Information |
|---|---|
| FUND (EVMT | VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLORIDA INSURED MUNICIPALS FUND (EVMT | MAUREEN MAGNER (EV IN-HOUSE COUNSEL) EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE FLORIDA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE GEORGIA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE HAWAII MUNICIPALS FUND (EVMT II) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE HIGH INCOME FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE HIGH YIELD MUNICIPALS FUND (EVMT II) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INCOME FUND BOSTON | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED CALIFORNIA MUNICIPAL BOND FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED CALIFORNIA MUNICIPAL BOND FUND | THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED FLORIDA MUNICIPAL BOND FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MASSACHUSETTS MUNICIPAL BOND F | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MICHIGAN MUNICIPAL BOND FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MUNICIPAL BOND FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED MUNICIPAL BOND FUND II | C/O EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED NEW JERSEY MUNICIPAL BOND FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED NEW YORK MUNICIPAL BOND FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED NEW YORK MUNICIPAL BOND FUND I | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED OHIO MUNICIPAL BOND FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INSURED PENNSYLVANIA MUNICIPAL BOND FU | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE INTERNATIONAL INCOME FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE KANSAS MUNICIPALS FUND (EVMT II) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE LIMITED DURATION INCOME FUND | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE LIMITED DURATION INCOME FUND | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE LOUISIANA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MARYLAND MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MASSACHUSETTS MUNICIPAL INCOME TRUST | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| EATON VANCE MASSACHUSETTS MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MINNESOTA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MISSISSIPPI MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE MISSOURI MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NATIONAL MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW JERSEY MUNICIPAL INCOME TRUST | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW JERSEY MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NEW YORK MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE NORTH CAROLINA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE OHIO MUNICIPAL INCOME TRUST | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE OREGON MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE PENNSYLVANIA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE RHODE ISLAND MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SENIOR FLOATING-RATE TRUST | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE SENIOR FLOATING-RATE TRUST | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE SENIOR INCOME TRUST | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE SENIOR INCOME TRUST | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE SOUTH CAROLINA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE TENNESSEE MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EATON VANCE WEST VIRGINIA MUNICIPALS FUND (EVMT) | FREDERICK S MARIUS EATON VANCE MANAGEMENT THE EATON VANCE BUILDING 255 STATE STREET BOSTON MA 02109 |
| EB ACTIVE CORE BOND FUND | MELLON BANK N.A. C/O STANDISH ASSET MANAGEMENT 201 WASHINGTON STREET BOSTON MA 02108 |
| EB ACTIVE CORE BOND FUND | ATTN: DAVID HORSFALL MELLON BANK N.A. C/O STANDISH ASSET MANAGEMENT 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| EBAY INC. | 89 NEIL ROAD #03-01 SINGAPORE 088849 SINGAPORE |
| EBAY INTERNATIONAL AG | HELRETIASTRASSE 15/17 BERN CH -3005 SWITZERLAND |
| EBN BANCO DE NEGOCIOS S.A | ATTN:DAVID POMFRET EBN BANCO DE NEGOCIOS SA ALMAGRO 46 MADRID 28010 SPAIN |
| ECO MASTER FUND LIMITED | C/O EOS MANAGEMENT, INC ATTN: JAY APPEL 320 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | ROBERT A SCHOELLHORN 20 SUTTON PLACE SOUTH #7D NEW YORK NY 10022 |
| ED AGOSTINI LIVING TRUST DTD5/12/2000 | 20 SUTTON PLACE SOUTH #7D NEW YORK NY 10022 |
| EDF TRADING LIMITED | 71 HIGH HOLBORN LONDON WC1V 6ED UNITED KINGDOM |
| EDF TRADING LTD | ATTN: ROBERT QUICK 80 VICTORIA STREET, CARDINAL PLACE LONDON SW 1E5JL UNITED KINGDOM |
| EDISON MISSION MARKETING & TRADING INC | ATTN: KAREN BELL, COUNSEL ONE INTERNATIONAL PLACE 9TH FL BOSTON MA 02110 |
| EDISON MISSION MARKETING & TRADING INC | ATTN: PAUL D. JACOB ONE INTERNATIONAL PLACE 9TH FLOOR BOSTON MA 02110 |
| EDISON MISSION MARKETING & TRADING INC | 160 FEDERAL STREET, 4TH FLOOR BOSTON MA 02110-1776 |
| EDISON MISSION MARKETING & TRADING INC. (ISDA) | 160 FEDERAL STREET, 4TH FLOOR BOSTON MA 02110-1776 |
| EDWARD & SYLVIA AGOSTINI JTWROS | 20 SUTTON PLACE SOUTH #7D NEW YORK NY 10022 |
| EDWARD HOSPITAL OBLIGATED GROUP, IL | 801 SOUTH WASHINGTON STREET NAPERVILLE IL 60566 |
| EDWARDS LIMITED | EDWARDS THREE HIGHWOOD DRIVE, SUITE 3-101E HIGHWOOD OFFICE PARK TEWKSBURY MA 01876 |
| EF SECURITIES LLC | C/O ELLINGTON FINANCIAL MANAGEMENT LLC 53 FOREST AVENUE SUITE 301 OLD GREENWICH CT 06870 |
| EFG BANK | EFG PRIVATE BANK S.A. BAHNHOFSTRASSE 16 ZURICH 8021 SWITZERLAND |
| EFG BANK, GENEVA | EFG PRIVATE BANK SA 1 HARBOUR VIEW STREET CENTRAL ONE INTERNATIONAL FINANCE CENTER HONG KONG HONG KONG |
| EFG BANK, GENEVA | EFG PRIVATE BANK SA 24, QUAI DU SEUJET CH - 1211 GENEVA 2 SWITZERLAND |
| EFG BANK, GENEVA | EFG PRIVATE BANK S.A. BAHNHOFSTRASSE 16 ZURICH 8021 SWITZERLAND |
| EFG EUROBANK ERG LONDON | 8, ORTHONOS STR. ATHENS 105 57 GREECE |
| EFG EUROBANK ERGASIAS SA | 8, ORTHONOS STR. ATHENS 105 57 GREECE |
| EFG EUROBANK ERGASIAS SA | EFG EUROBANK ERGASIAS S.A. ATTN FOKION KARAVIAS 8 OTHONOS STREET ATHENS 105 57 GREECE |
| EFG EUROBANK ERGASIAS SA | C/O K&L GATES LLP ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EFG HELLAS PLC | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EFG PRIVATE BANK S.A. | 24, QUAI DU SEUJET GENEVA 2 CH-1211 SWITZERLAND |
| EFH RETIREMENT PLAN | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| EGLI, CHRISTIAN | GLARNISCHSTR 180 STAFA CH 8712 SWITZERLAND |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: ISSUER SERVICES HSBC BANK USA 140 BROADWAY NEW YORK NY 10005 |
| EGYPT TRUST 1 - SERIES 2000 A | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EH INC | ATTN:MR. MASANOBU MATSUZAKA, GENL MANAGER, FINANCE DEPT SAKAI-SHI OSAKA 590-8585 JAPAN |
| EIDESIS CAPITAL MASTER FUND LTD. | ATTN: JERRY WONG EIDESIS CAPITAL 500 5TH AVENUE, 56TH FLOOR NEW YORK NY 10017 |
| EIDESIS CAPITAL MASTER FUND LTD. | JERRY WONG EIDESIS CAPITAL 500 5TH AVENUE, 56TH FLOOR NEW YORK NY 10017 |
| EIDESIS CAPITAL MASTER FUND LTD. | HOWARD S. STEEL, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| EIDESIS CAPITAL MASTER FUND LTD. | 500 5TH AVENUE 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS CAPITAL MASTER FUND LTD. | C/O GREGORY SONIS EIDESIS STRUCTURED CREDIT FUND GP, LLC 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC MARKET OPPORTUNITIES LTD | BROWN RUDNICK LLP C/O HOWARD S. STEEL, ESQ. SEVE TIMES SQUARE NEW YORK NY 10036 |
| EIDESIS SYNTHETIC MARKET OPPORTUNITIES LTD | C/O GREGORY SONIS EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT II, LTD 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC MARKET OPPORTUNITIES LTD | GREGORY SONIS EIDESIS SYNTHETIC MARKET OPPORTUNITIES FUND, LTD. EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT II, LTD 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC MARKET OPPORTUNITIES | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III |

| Claim Name | Address Information |
|---|---|
| LTD | 100 WEST MONROE ST., 18TH FLOOR CHICAGO IL 60603 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD | HOWARD S. STEEL, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD | C/O GREGORY SONIS EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT II, LLC 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD | GREGORY SONIS EIDESIS SYNTHETIC OPPORTUNITIES FUND II, LTD. EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT II, LTD 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND LTD | EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD. C/O EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT, LL 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND LTD | GREGORY SONIS EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD. C/O EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT, LL 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EINSIDLER, LEE | SIDNEY FRANK IMPORTING CO., INC. 20 CEDAR STREET NEW ROCHELLE NY 10801 |
| EKSPORTFINANS ASA | EKSPORTFINANSGRUPPEN DRONNING MAUDS GATE 15 P.O. BOX 1601 VIKA OSLO NO-0119 NORWAY |
| EL CENTRO DEL BARRIO | 2300 W. COMMERCE SAN ANTONIO TX 78207 |
| EL PASO ELECTRIC COMPANY INC. (WSPP) | P.O. BOX 982 EL PASO TX 79960 |
| ELECTRABEL NV/SA | ATTN: JULIEN POCHET CHIEF LEGAL OFFICER TRADING & PORTFOLIO MANAGEMENT (ELECTRABEL SA) 8 BOULEVARD DU REGENT BRUSSELS B-1000 BELGIUM |
| ELECTRABEL NV/SA | TROUTMAN SANDERS LLP ATTN: HOLLACE T. COHEN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE 7TH FLOOR NEW YORK NY 10174 |
| ELECTRABEL SA | BOULEVARD DU REGENT, 8 BELGIUM |
| ELECTRABEL SA(EFET POWER) | BOULEVARD DU REGENT, 8 BELGIUM |
| ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. | C/O SHAD ROBINSON HALEY & OLSON, P.C. 510 N. VALLEY MILLS DR., STE. 600 WACO TX 76710 |
| ELECTRICAL CONTRACTORS ASSOCIATION JOINT PENSION T | OF CHICAGO IBEW LOCAL #134 ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ELECTRICAL CONTRACTORS ASSOCIATION JOINT PENSION T | IBEW LOCAL #134 PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ELEKTRIZITATS-GESELLSCHAFT LAUFENBURG AG | ELEKTRIZITAETS-GESELLSCHAFT LAUFENBURG AG LERZENSTRASSE 10 DIETIKON 8953 SWITZERLAND |
| ELEMENT CAPITAL MASTER FUND LTD | C/O INVESTORS FUND SERVICES (IRELAND) LIMITED BLOCK D, IVEAGH COURT HARCOURT ROAD DUBLIN IRELAND |
| ELEMENT CAPITAL MASTER FUND LTD | ATTN: LAURA O 'DOHERTY C/O INVESTORS FUND SERVICES (IRELAND) LIMITED BLOCK D, IVEAGH COURT HARCOURT ROAD, DUBLIN IRELAND |
| ELEMENT CAPITAL MASTER FUND LTD | 666 FIFTH AVENUE 14TH FLOOR NEW YORK NY 10103 |
| ELIM PARK BAPTIST HOME, CT | 140 COOK HILL ROAD CHESHIRE CT 06410 |
| ELIM PARK BAPTIST HOME, INC., THE | C/O SHARYN B. ZUCH, WIGGIN AND DANA LLP 185 ASYLUM ST., CITYPLACE I HARTFORD CT 06103 |
| ELIZABETH SCHOOL DISTRICT | 500 NORTH BROAD STREET ELIZABETH NJ 07208 |
| ELKINS, JAY S. | 79 GRIFFEN AVENUE SCARSDALE NY 10583 |
| ELLINGTON CREDIT FUND | C/O ELLINGTON MANAGEMENT GROUP, L.L.C. 53 FOREST AVENUE, SUITE 301 OLD GREENWICH CT 06870 |
| ELLINGTON MORTGAGE FUND S/C, LTD. | C/O OLYMPIA CAPITAL WILLIAMHOUSE 20 REID STREET HAMILTON HMJX BERMUDA |
| ELLINGTON MORTGAGE FUND S/C, LTD. | ATTN: PAUL SALTZMAN C/O ELLINGTON MANAGEMENT GROUP LLC 53 FOREST AVENUE, SUITE 301 OLD GREENWICH CT 06870 |
| ELLINGTON MORTGAGE PARTNERS LP | C/O ELLINGTON MANAGEMENT GROUP, L.L.C. 53 FOREST AVENUE SUITE 301 OLD GREENWICH CT 06870 |
| ELLINGTON OVERSEAS PARTNERS LTD | C/O OLYMPIA CAPITAL WILLIAMHOUSE 20 REID STREET HAMILTON BERMUDA HMJX BERMUDA |
| ELLINGTON SPECIAL OPPORTUNITIES LTD | C/O ELLINGTON MANAGEMENT GROUP, L.L.C. 53 FOREST AVENUE, SUITE 301 OLD GREENWICH CT 06870 |
| ELLIOTT ASSOCIATES LP | ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| ELLIOTT ASSOCIATES LP | ATTN: MR. GUY RINAT, RAJAT BOSE ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES LP | ATTN: ELLIOT GREENBERG 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | BARNETT WAY GLOUCESTER GL43RS UNITED KINGDOM |
| ELLIOTT ASSOCIATES, L.P. | C/O ELLIOTT MANAGEMENT CORPORATION ATTN: RAJAT BOSE/GUY RINAT 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC 712 FIFTH AVENUE NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL  L.P. | C/O ELLIOTT MANAGEMENT CORPORATION ATTN: RAJAT BOSE/ GUY RINAT 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | C/O ELLIOT MANAGEMENT CORPORATION ATTN: RAJAT BOSE/GUY RINAT 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELWYN, INC. | 111 ELWYN ROAD ELWYN PA 19063 |
| EMBARCADERO AIRCRAFT SECURITIZATION TRUST | C/O WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET RODNEY SQUARE NORTH WILMINGTON DE 19890 |
| EMC (BENELUX) B. V. S.A.R.L. | EMC CORPORATION RUE DE BITBOURG 11 LUXEMBOURG 1273 LUXEMBOURG |
| EMC (BENELUX) B.V. | EDISONBAAN 14B NIEUWEGEIN, NETHERLANDS 3439 |
| EMC (BENELUX) B.V. | EMC CORPORATION ATTN : JUNE D. DUCHESNE 176 SOUTH STREET HOPKINTON MA 01748 |
| EMC (BENELUX) BV SARL | RUE DE BITBOURG LUXEMBOURG 11 1273 LUXEMBOURG |
| EMC (BENELUX) BV SARL | EMC (BENELUX) B. V. S.A.R.L. RUE DE BITBOURG LUXEMBOURG 11-1273 LUXEMBOURG |
| EMC CORPORATION | 176 SOUTH STREET HOPKINTON MA 01748 |
| EMC CORPORATION | ATTN : JUNE D. DUCHESNE 176 SOUTH STREET HOPKINTON MA 01748 |
| EMD INVEST F.M.B.A. AFDELING EMD/II | EMD INVEST F.M.B.A., AFDELING EMD/II C/O NYKREDIT PORTEF??LJE ADMINISTRATION A/S OTTO M??NSTEDS PLADS 9, COPENHAGEN V 1780 DENMARK |
| EMD INVEST F.M.B.A. AFDELING EMD/II | ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DR NEWPORT BEACH CA 92660 |
| EMERALDS SERIES 2007-1 TRUST | ROBERT RYWKIN THOMPSON HINE LLP 335 MADISON AVE 12TH FL NEW YORK NY 10017-4611 |
| EMERALDS SERIES 2007-2 | ROBERT RYWKIN THOMPSON HINE LLP 335 MADISON AVE 12TH FL NEW YORK NY 10017-4611 |
| EMERALDS SERIES 2007-3 TRUST | US BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| EMERALDS SERIES 2007-3 TRUST | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMERGING LOCAL BOND FUND - (#4639) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| EMERGING MARKETS DEBT FUND | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| EMERGING MARKETS DEBT FUND | ATTN: VP, DERIVATIVES OPERATIONS JP MORGAN FLEMING AM USAA/C EMERGING MARKETS DEBT J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| EMERGING MARKETS LOCAL INCOME PORTFOLIO | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| EMERGING MARKETS LOCAL INCOME PORTFOLIO | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EMERSON HOSPITAL | ROUTE E ORNAC PO BOX 9120 CONCORD MA 01742-9120 |
| EMF NL 2008-2 BV | FREDERIK ROEKESTRAAT 123I AMSTERDAM 1076 EE NETHERLANDS |
| EMF NL 2008-2 BV | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EMF-NL 2008-1 B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |
| EMF-NL 2008-2 B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |
| EMF-NL PRIME 2008-A B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |
| EMF-NL PRIME 2008-A.BV | C/O EMF-NL PRIME 2008-A.B.V FREDERIK ROESKESTRAAT 1231 1076EE AMSTERDAM NETHERLANDS |
| EMF-UK 2008-1 PLC | C/O WILMINGTON TRUST SP SERVICES LONDON LIMITED FIFTH FLOOOR 6 BROAD STREET |

| Claim Name | Address Information |
|---|---|
| EMF-UK 2008-1 PLC | PLACE LONDON EC2M 7JH UNITED KINGDOM |
| EMF-UK 2008-1 PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EMI GROUP PENSION TRUSTEES LTD. | 27 WRIGHTS LANE LONDON W8 5SW UNITED KINGDOM |
| EMIGRANT BANK | ATTN: GEORGE DICKSON EMIGRANT SAVINGS BANK 5 EAST 42ND STREET NEW YORK NY 10017 |
| EMIGRANT BANK | 5 EAST 42ND STREET ATTN: GEORGE DICKSON NEW YORK NY 10017 |
| EMIRATES NATIONAL OIL COMPANY(SINGAPORE) PRIVATE L | 3 TEMASEK AVE., STE. 24-02 CENTENNIAL TWR. 39190 SINGAPORE |
| EMPLOYEE BENEFIT RETIREMENT PLANS OF COMPUTER SCIE | BLK TICKER: CSC-DC C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| EMPLOYEES' RETIREMENT FUND OF THE CITY OF FORT WOR | DBA FORT WORTH EMPLOYEES' RETIREMENT FUND 3801 HULEN ST. ATTN: DOREEN MCGOOKEY, GENERAL COUNSEL FORT WORTH TX 76107 |
| EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF HAWAI | CITY FINANCIAL TOWER ATTN:  DAVID SHIMABUKURO, ADMINISTRATOR 201 MERCHANT STREET, SUITE 1400 HONOLULU HI 96813-2980 |
| EMRO FINANCE IRELAND LTD | AIB INTERNATIONAL CENTRE WEST BLOCK IFSC DUBLIN 1 IRELAND |
| ENAM SECURITIES PVT LTD. | 109/112 DALAMAL TOWER NARIMAN POINT MUMBAI 400021 INDIA |
| ENAM SECURITIES PVT LTD. | ENAM SECURITIES PVT LTD 109/112 DALAMAL TOWER NARIMAN POINT MUMBAI 400021 INDIA |
| ENBRIDGE GAS SERVICES INC. (NAESB) | 3000 FIFTH AVENUE PLACE 425 – 1ST STREET S.W. CALGARY AB T2P 3L8 CANADA |
| ENBW TRADING GMBH | DURLACHER ALLEE 93 76131 KARLSRUHE 76180 KARLSRUHE DEUTSCHLAND GERMANY |
| ENBW TRANSPORTNETZE AG | ENBW ENERGIE BADEN-WERTTEMBERG AG DURLACHER ALLEE 93 KARLSRUHE 76131 GERMANY |
| ENCANA CORPORATION | ENCANA CORPORATION 1800, 855 2ND STREET SW PO BOX 2850 CALGARY AB T2P 2S5 CANADA |
| ENCANA CORPORATION | GENERAL COUNSEL #AMPER CORPORATE SECRETARY ENCANA CORPORATION 1800, 855 2ND STREET SW PO BOX 2850 CALGARY AB T2P 2S5 CANADA |
| ENCANA CORPORATION | ATTN: R.W. OLIVER 1800 855 2ND STREET, S.W. CALGARY AB T2P 4Z5 |
| ENCANA CORPORATION | FRANCIS J. LAWALL, ESQ. PEPPER HAMILTON LLP 3000 TWO LOGAN SQUARE PHILADELPHIA PA 19103 |
| ENCANA CORPORATION | FINANCIAL RISK MANAGEMENT 370 17TH STREET SUITE 1700 DENVER CO 80202 |
| ENCANA GAS MARKETING(NAESB) | ENCANA OIL 1800, 855 – 2ND STREET S.W. CALGARY AB T2P 4Z5 CANADA |
| ENCORE FUND LP | SOPRANO FUND C/O SYNPHONY ASSET MANAGEMENT, LLC 555 CALIFORNIA STREET, SUITE 2975 SAN FRANCISCO CA 94104 |
| ENCORE FUND LP | ATTN: ANGELA MCKILLEN SOPRANO FUND C/O SYNPHONY ASSET MANAGEMENT, LLC 555 CALIFORNIA STREET, SUITE 2975 SAN FRANCISCO CA 94104 |
| ENECO ENERGY TRADE BV | POSTBUS 96 2900 AB CAPELIE A/D IJSSEL NETHERLANDS |
| ENECO ENERGY TRADE BV | AMSTELVEENSEWEG 998 1081 JS AMSTERDAM NETHERLANDS |
| ENECO ENERGY TRADE BV | AMSTELVEENSEWEG 998 AMSTERDAM 1081 JS NETHERLANDS |
| ENECO ENERGY TRADE BV | POSTBUS 96 2900 AB CAPELIE A/D IJSSEL E NETHERLANDS |
| ENECO ENERGY TRADE BV | ATTN: MR. GUIDO DUBBLED/JASPER STUIJK RIVIUM QUADRANT 75 2909 LC CAPELLE A/D IJSSEL THE NETHERLANDS |
| ENEL S.P.A. | ATTN: LEGAL DEPARTMENT CINZIA BONFANTONI VIALE REGINA MARGHERITA 137 ROME 00198 ITALY |
| ENEL S.P.A. | C/O HOGAN & HARTSON LLP ATTN: IRA S. GREEN & SENA C. KAUFMAN 875 THIRD AVENUE NEW YORK NY 10022 |
| ENEL SPA | VIALE REGINA MARGHERITA 137 ROMA 198 ITALY |
| ENEL TRADE SPA | VIALA REGINA MARGHERITA N. 125 ROME 198 ITALY |
| ENERGY AMERICA, LLC | ACCOUNTING – POWER SETTLEMENTS ENERGY AMERICA LLC C/O DIRECT ENERGY MARKETING LIMITED 1000, 111 – 5TH AVENUE SW CALGARY AB T2P 3Y6 CANADA |
| ENERGY AMERICA, LLC | ACCOUNTING – POWER SETTLEMENTS ENERGY AMERICA LLC ENERGY AMERICA LLC, C/O DIRECT ENERGY MARKETING LIMITED 1000, 111 – 5TH AVENUE SW CALGARY AB T2P 3Y6 CANADA |

| Claim Name | Address Information |
|---|---|
| ENERGY AMERICA, LLC | CREDIT RISK MANAGEMENT ENERGY AMERICA LLC C/O DIRECT ENERGY MARKETING LIMITED 1000, 111 - 5TH AVENUE SW CALGARY AB T2P 3Y6 CANADA |
| ENERGY AMERICA, LLC | CREDIT RISK MANAGEMENT ENERGY AMERICA LLC ENERGY AMERICA LLC, C/O DIRECT ENERGY MARKETING LIMITED CALGARY AB T2P 3Y6 CANADA |
| ENERGY AMERICA, LLC | SR. DIRECTOR CREDIT RISK MANAGEMENT GUARANTEES, LETTERS OF CREDIT, THE CSA EXCLUDING PARA 7 AND 8 111-5TH AVENUE S.W., SUITE 1000 CALGARY AB T2P 3Y6 CANADA |
| ENERGY AMERICA, LLC | LEGAL DEPARTMENT SECTIONS 2(B), 5, 6, 9(B) OR 13(C) AND PARA 7, 8 111-5TH AVENUE S.W., SUITE 1000 CALGARY AB T2P 3Y6 CANADA |
| ENERGY AMERICA, LLC | MARK MCMURRAY |
| ENERGY AMERICA, LLC | ACCOUNTING POWER SETTLEMENTS 12 GREENWAY PLAZA SUITE 600 HOUSTON TX 77046 |
| ENERGY AMERICA, LLC | MARK MCMURRAY 12 GREENWAY PLAZA SUITE 600 HOUSTON TX 77046 |
| ENERGY INCOME AND GROWTH FUND | ROUTE E ORNAC PO BOX 9120 CONCORD MA 01742-9120 |
| ENERGY INCOME AND GROWTH FUND | ATTN: PAMELA COCALAS WIRT 120 EAST LIBERTY DRIVE, SUITE 400 WHEATON IL 60187 |
| ENERGY INCOME AND GROWTH FUND | ATTN: GENERAL COUNSEL C/O FIRST TRUST PORTFOLIOS L.P. 120 E. LIBERTY DRIVE SUITE 400 WHEATON IL 60187 |
| ENERGY INCOME AND GROWTH FUND | JAMES E. SPIOTTO, ESQ., ANN E. ACKER, ESQ., JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER L.L.P. 111 W. MONROE ST., 18TH FLOOR CHICAGO IL 60603 |
| ENERGY INVESTOR FUNDS | ENERGY INVESTORS FUNDS THREE CHARLES RIVER PLACE 63 KENDRICK STREET NEEDHAM MA 02494 |
| ENERGY INVESTOR FUNDS | ATTN: MARK D. SEGEL THREE CHARLES RIVER PLACE 63 KENDRICK STREET NEEDHAM MA 02494 |
| ENERGY INVESTOR FUNDS | ATTN: MARK D. SEGEL ENERGY INVESTORS FUNDS THREE CHARLES RIVER PLACE 63 KENDRICK STREET NEEDHAM MA 02494 |
| ENERGY XXI | CANON#APPOSS COURT PO BOX HM 1179 HAMILTON HM EX BERMUDA |
| ENERGY XXI GULF COAST INC. | CANON'S COURT PO BOX HM 1179 HAMILTON HM EX BERMUDA |
| ENERGY XXI GULF COAST INC. | C/O SUITE 2626 1021 MAIN HOUSTON TX 77002 |
| ENERGYCO MARKETING & TRADING LLC | 225 E JOHN CARPENTER FWY STE 500 IRVING TX 750622326 |
| ENERGYCO MARKETING & TRADING LLC | ATTN: CONFIRMATION DEPARTMENT 4100 INTERNATIONAL PLAZA, SUITE 900 FORT WORTH TX 76109 |
| ENERGYCO MARKETING & TRADING LLC | ATTN: CHARLES KITOWSKI ENERGYCO MARKETING AND TRADING, LLC 4100 INTERNATIONAL PLAZA, SUITE 900 FORT WORTH TX 76109 |
| ENERGYCO MARKETING & TRADING LLC | ATTN: CONFIRMATION DEPARTMENT ENERGYCO MARKETING AND TRADING, LLC 4100 INTERNATIONAL PLAZA, SUITE 900 FORT WORTH TX 76109 |
| ENERGYCO MARKETINGAND TRADING, LLC | TEXAS-NEW MEXICO POWER C/O PNM RESOURCES P.O. BOX 349 ALBUQUERGUE NM 87103-0349 |
| ENERGYCO MKTG AND TRDG, LLC N/K/A OPTIM ENERGY MKT | C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVIGSTON AVENUE ROSELAND NJ 07068 |
| ENHANCED MORTGAGE-BACKED SECURITIES FUND I LTD. | C/O DAVID L. BABSON #AMPER CO. 1500 MAIN STREET, SUITE 800 SPRINGFIELD MA 01115 |
| ENHANCED MORTGAGE-BACKED SECURITIES FUND III LTD. | ENHANCED MORTGAGE-BACKED SECURITIES FUND V LIMITED C/O BABSON CAPITAL MANAGEMENT LLC 1500 MAIN STREET, SUITE 1000 SPRINGFIELD MA 01115 |
| ENHANCED MORTGAGE-BACKED SECURITIES FUND IV LTD. | ENHANCED MORTGAGE-BACKED SECURITIES FUND V LIMITED C/O BABSON CAPITAL MANAGEMENT LLC 1500 MAIN STREET, SUITE 1000 SPRINGFIELD MA 01115 |
| ENI SPA | SEDI SECONDARIE VIA EMILIA,  E P.ZZA EZIO VANONI 20097 SAN DONATO MILANESE (MI) ITALY |
| ENI SPA | SEDI SECONDARIE VIA EMILIA,  E P.ZZA EZIO VANONI SAN DONATO MILANESE (MI) 20097 ITALY |
| ENI UK LIMITED | ENI HOUSE ATTN: SUZANNE C BELL 10 EBURY BRIDGE ROAD LONDON SW1W 8PZ UNITED KINGDOM |
| ENI UK LIMITED | KATIE DAVIES (LEGAL) ENI HOUSE 10 EBURY BRIDGE ROAD LONDON SW1W 8PZ UNITED KINGDOM |
| ENI UK LIMITED | STROOCK STROOCK & LAVAN LLP ATTN: HAROLD OLSEN 180 MAIDEN LANE NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| ENI UK LIMITED | 10038 |
| ENO FRANCE SA | YPSO FRANCE SAS 12/16 RUE GUYNEMER ISSY LES MOULINEAUX 92445 FRANCE |
| ENSERCO ENERGY INC | ATTN: GENERAL COUNSEL ENSERCO ENERGY INC. PO BOX 1400, 625 NINTH STREET RARPID CITY SD 57709 |
| ENSERCO ENERGY INC | ATTN: GENERAL COUNSEL PO BOX 1400, 625 NINTH STREET RARPID CITY SD 57709 |
| ENSERCO ENERGY INC | SUITE 400 350 INDIANA STREET GOLDEN, CO CO 80401 |
| ENSIGN PEAK ADVISORS, INC. | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ENSIGN PEAK ADVISORS, INC. | ENSIGN PEAK ADVISORS, INC. 50 NORTH TEMPLE SALT LAKE CITY UT 84150 |
| ENSIGN PEAK ADVISORS, INC. | KEVIN LUND, VICE PRESIDENT 50 EAST NORTH TEMPLE SALT LAKE CITY UT 84150 |
| ENSIGN PEAK ADVISORS, INC. | ATTN: LARRY STAY 50 NORTH TEMPLE SALT LAKE CITY UT 84150 |
| ENSIGN PEAK ADVISORS, INC. | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| ENTERGY ARKANSAS INC (CTA) | 425 WEST CAPITOL AVE., 27TH FLOOR LITTLE ROCK AR 72201 |
| ENTERPRISE FUND LIMITED | ENTERPRISE FUND LIMITED C/O ARGONAUT HOUSE 5 PARK ROAD HAMILTON HM09 BERMUDA |
| ENTERPRISE FUND LIMITED | THE COMPANY SECRETARY ENTERPRISE FUND LIMITED C/O ARGONAUT HOUSE 5 PARK ROAD HAMILTON HM09 BERMUDA |
| ENTERPRISE FUND LIMITED | ATTN: HEAD OF PRODUCT STRUCTURING WITH MANDATORY FACSIMILE COPY TO: MAN INVESTMENTS AG HUOBSTRASSE 3 PFAFFIKON SZ 8808 SWITZERLAND |
| ENTERPRISE FUND LIMITED | HEAD OF PRODUCT STRUCTURING WITH MANDATORY FACSIMILE COPY TO: MAN INVESTMENTS AG HUOBSTRASSE 3 PFAFFIKON SZ 8808 SWITZERLAND |
| ENTERPRISE FUND LIMITED | ATTN: GENERAL COUNSEL MAN INVESTMENTS LTD. SUGAR QUAY LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| ENTERPRISE FUND LIMITED | GENERAL COUNSEL MAN INVESTMENTS LTD. SUGAR QUAY LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| ENTERPRISE FUND LIMITED | ATTN: LAWRIE STOBBS CONCORDIA ADVISORS LLP CHELSEA HARBOUR LONDON SW10 OXD UNITED KINGDOM |
| ENTERPRISE FUND LIMITED | LAWRIE STOBBS CONCORDIA ADVISORS LLP CHELSEA HARBOUR LONDON SW10 OXD UNITED KINGDOM |
| ENTERPRISE FUND LIMITED | ATTN: TRAN TRUONG CONCORDIA ADVISORS LLC NEW YORK NY 10019 |
| ENTERPRISE FUND LIMITED | TRAN TRUONG CONCORDIA ADVISORS LLC NEW YORK NY 10019 |
| ENTERPRISE INNS PLC | LAUREL PUB PARTNERSHIPS LIMITED. CRANMORE AVENUE SHIRLEY SOLIHULL WEST MIDLANDS B90 4LE UNITED KINGDOM |
| ENTERPRISE PRODUCTS OPERATING LLC | C/O BASIL A. UMARI ANDREWS KURTH LLP 600 TRAVIS STE 4200 HOUSTON TX 77002 |
| ENTERPRISE PRODUCTS OPERATING LLC | 2727 NORTH LOOP WEST 7TH FLOOR HOUSTON TX 77008 |
| ENTERPRISE PRODUCTS OPERATING LLC | ATTN: TREASURER ENTERPRISE PRODUCTS OPERATING L.L.C. 2727 NORTH LOOP WEST 7TH FLOOR HOUSTON TX 77008 |
| EOP CHARLOTTE JW, LLC | C/O AMERICAN HOUSING FOUNDATION 1800 SOUTH WASHINGTON NO. 311 AMARILLO TX 79102 |
| EPCO HOLDINGS INC | ATTN: TREASURER 1100 LOUISIANA STREET HOUSTON TX 77002 |
| EPCO HOLDINGS INC | EPCO HOLDINGS, INC. 1100 LOUISIANA STREET HOUSTON TX 77002-5227 |
| EPERNAY APARTMENTS I LIMITED PARTNERSHIP | C/O SENTINEL REALTY ADVISORS CORPORATION 1251 AVENUE OF THE AMERICAS, 35TH FLR NEW YORK NY 10020 |
| EPISCOPAL HOMES FOUNDATION | 3650 MT. DIABLO BLVD, #100 LAFAYETTE CA 94549 |
| EPSILON GLOBAL MASTER FUND II LP | GRANDE RUE 3 MONTREUX 1820 SWITZERLAND |
| EPSILON GLOBAL MASTER FUND II LP | MASOUD EMAMI GRANDE RUE 3 MONTREUX 1821 SWITZERLAND |
| EPSILON GLOBAL MASTER FUND LP | GRANDE RUE 3 MONTREUX 1820 SWITZERLAND |
| EPSILON GLOBAL MASTER FUND LP | MASOUD EMAMI GRANDE RUE 3 MONTREUX 1823 SWITZERLAND |
| EQT ENERGY LLC | FKA EQUITABLE ENERGY LLC ATTN: GENERAL COUNSEL 625 LIBERTY AVE SUITE 1700 PITTSBURGH PA 15222 |
| EQUATOR INVESTMENT FUNDS ICVC – | GLOBAL INVESTMENT GRADE BOND FUND 4TH FLOOR 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| EQUITABLE ENERGY LLC | 801 WEST STREET, 2ND FLOOR WILMINGTON DE 19801-1545 |
| EQUITABLE ENERGY LLC | EQT INVESTMENTS, LLC 801 WEST STREET, 2ND FLOOR WILMINGTON DE 19801-1545 |
| EQUITABLE ENERGY LLC | 225 NORTH SHORE DRIVE – 5TH FLOOR PITTSBURGH PA 15212 |
| EQUITRUST LIFE INSURANCE COMPANY INC | FBL FINANCIAL GROUP, INC. 5400 UNIVERSITY AVENUE WEST DES MOINES IA 50266-5997 |
| EQUITY TRUSTEE LIMTED ATF PIMCO GLOBAL BOND FUND | HARVEY H KALMAN LEVEL 2, 575 BOURKE STREET MELBOURE, VIC 3000 AUSTRALIA |
| EQUITY TRUSTEE LIMTED ATF PIMCO GLOBAL BOND FUND | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE , SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED ATF PIMCO AUSTRALIAN BOND | HARVEY H. KALMAN LEVEL 2, 575 BOURKE STREET MELBOURE, VIC 3000 AUSTRALIA |
| EQUITY TRUSTEES LIMITED ATF PIMCO AUSTRALIAN BOND | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL COMMODITR | HARVEY H. KALMAN LEVEL 2, 575 BOURKE STREET MELBOURE, VIC 3000 AUSTRALIA |
| EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL COMMODITR | KEVIN BROADWATER PACIFIC INVESTMENT CENTER DRIVE, SUITE 100 840  NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL REAL RETU | HARVEY H. KALMAN LEVEL 2, 575 BOURKE STREET MELBOURE, VIC 3000 AUSTRALIA |
| EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL REAL RETU | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED ATF PIMCO TARGET RETURN FU | HARVEY H. KALMAN LEVEL 2, 575 BOURKE STREET MELBOURE, VIC 3000 AUSTRALIA |
| EQUITY TRUSTEES LIMITED ATF PIMCO TARGET RETURN FU | KEVIN BRAODWAATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPOART BEACH CA 92660 |
| ERIE CITY SCHOOL DISTRICT | 1511 PEACH STREET ERIEPA PA 16501 |
| ERIE CITY WATER AUTHORITY | 340 W BAYFRONT PARKWAY ERIE PA 16507 |
| ERLANGER HEALTH SYSTEM INC | 975 EAST THIRD STREET CHATTANOOGA TN 37403 |
| ERP OPERATING LTD PRTNRSHP | 2 N RIVERSIDE PLZ CHICAGO IL 60606-2600 |
| ERSEL SIM SPA | VIA ROMA, 255 TORINO 10123 ITALY |
| ERSTE BANK DER OSTERREICHISCHEN SPARKASSEN AG. | SCHUBERTRING 5 WIEN 1011 AUSTRALIA |
| ERSTE BANK DER OSTERREICHISCHEN SPARKASSEN AG. | ERSTE BANK BORSEGASSE 14 WIEN 1010 AUSTRIA |
| ERSTE EUROPAISCHE PFANDBRIEF U ND KOMMUNALKREDITBA | C/O KOMMUNALKREDITBANK AG 25 RUE EDWARD STEICHEN L-2540 LUXEMBOURG |
| ESG CREDIT MACRO EVENTFUND LP | 101 PARK AVENUE , 48TH FLOOR NEW YORK NY 10178 |
| ESKATON PROPERTIES, INCORPORATED | 5105 MANZANITA AVENUE CARMICHAEL CA 95608 |
| ESP FUNDING I, LTD. | ATTN: DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ESP FUNDING I, LTD. | ATTN: CDO TRUST SERVICES GROUP-ESP FUNDING I, LTD. LASALLE BANK NATIONAL ASSOCIATION 181 WEST MADISON STREET, 32ND FLOOR CHICAGO IL 60602 |
| ESPERANCE FAMILY FOUNDATION, THE | 1425 BARDSTOWN TRAIL ANN ARBOR MI 48105 |
| ESPIRIT INTERNATIONAL LIMITED | C/O HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ESPIRIT INTERNATIONAL LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ., DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ESPRIT INTERNATIONAL LIMITED | HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ESPRIT INTERNATIONAL LIMITED | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ESPRIT INTERNATIONAL LIMITED | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NK 10019 |

| Claim Name | Address Information |
|---|---|
| ESPRIT INTERNATIONAL LIMITED – SERIES 1 | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED P.O. BOX 1109 GT MARY STREET, GEORGE TOWN GRAND CAYMAN BRITISH WEST INDIES |
| ESPRIT INTERNATIONAL LIMITED – SERIES 1 | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| ESPRIT INTERNATIONAL LIMITED SERIES 8 | P.O. BOX 1109 GT MARY STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISL BRITISH WEST INDIES |
| ESSENT ENERGY TRADING B.V. | CREDIT MANAGER STATENLAAN 8 5223 LA #APPOSS 5223 LA THE NETHERLANDS |
| ESSENT ENERGY TRADING B.V. | REED SMITH BEAUFORT HOUSE 15 ST BOTOLPH STREET LONDON EC3A 7EE UNITED KINGDOM |
| ESSENT ENERGY TRADING B.V. | REED SMITH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ESSENT ENERGY TRADING BV | STATENLAAN 8 5223 LA 'S HERTOGENBOSCH 5223 LA NETHERLANDS |
| ESSENT ENERGY TRADING BV | C/O 12-14 RUE DES GLACIS DE RIVE GENEVA 1207 SWITZERLAND |
| ESSENT TRADING INTERNATIONAL SA | C/O 12-14 RUE DES GLACIS DE RIVE 1207 GENEVA SWITZERLAND |
| ESSENT TRADING INTERNATIONAL SA | CASE POSTALE 3468 SWITZERLAND |
| ESSENT TRADING INTERNATIONAL SA | 12-14 RUE DES GLACIS DE RIVE SWITZERLAND CASE POSTALE GENEVE 1207 SWITZERLAND |
| ESSENT TRADING INTERNATIONAL SA | ATTN: CREDIT RISK DEPARTMENT WILLEMSPLEIN 4 5211 AK #APPOSS HERTOGENBOSCH THE NETHERLANDS |
| ESSENT TRADING INTERNATIONAL SA | REED SMITH BEAUFORT HOUSE 15 ST BOTOLPH STREET LONDON EC3A 7EE UNITED KINGDOM |
| ESSENT TRADING INTERNATIONAL SA | REED SMITH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ESSENT TRADING INTERNATIONAL SA (EFET GAS) | REED SMITH BEAUFORT HOUSE 15 ST BOTOLPH STREET LONDON EC3A 7EE UNITED KINGDOM |
| ESSENT TRADING INTERNATIONAL SA (EFET POWE | REED SMITH BEAUFORT HOUSE 15 ST BOTOLPH HOUSE LONDON EC3A 7EE UNITED KINGDOM |
| ESSEX FOUNTAIN PARK APTS | 925 EAST MEADOW DRIVE PALO ALTO CA 94303 |
| ESSEX FOUNTAIN PARK APTS | ESSEX FOUNTAIN PARK APTS 925 EAST MEADOW DRIVE PALO ALTO CA 94303 |
| ESSEX FOUNTAIN PARK APTS, LP | C/O SHEPPARD MULLIN RICHTER & HAMPTON LLP ATTN: GERALDINE FREEMAN, ESQ. FOUR EMBARCADERO CENTER, 17TH FLOOR SAN FRANCISCO CA 94111 |
| ESSEX INGLENOOK COURT, LLC | ATTN: GERALDINE FREEMAN, ESQ. C/O SHEPPARD MULIN RICHTER & HAMPTON LLP FOUR EMBARCADERO CENTER, 17TH FLOOR SAN FRANCISCO CA 94111 |
| ESSEX INGLENOOK COURT, LLC | ESSEX INGLENOOK COURT, LLC C/O ESSEX PORTFOLIO LP 925 EAST MEADOW DRIVE PALO ALTO CA 94303 |
| ESSEX INGLENOOK COURT, LLC | C/O ESSEX PORTFOLIO LP 925 EAST MEADOW DRIVE PALO ALTO CA 94303 |
| ESSEX WANDERING CREEK, LLC | C/O SHEPPARD MULLIN RICHTER & HAMPTON LLP ATTN: GERALDINE FREEMAN, ESQ. FOUR EMBARCADERO CENTER, 17TH FLOOR SAN FRANCISCO CA 94111 |
| ESSEX WANDERING CREEK, LLC | ESSEX WANDERING CREEK, LLC C/O ESSEX PORTFOLIO LP 925 EAST MEADOW DRIVE PALO ALTO CA 94303 |
| ESSEX WANDERING CREEK, LLC | C/O ESSEX PORTFOLIO LP 925 EAST MEADOW DRIVE PALO ALTO CA 94303 |
| ESSEX WOODLANDS HEALTH VENTURE S FUND V LP | ATTN: RICHARD KOLODZIEYCK ESSEX WOODLANDS HEALTH VENTURES FUND V, L.P. C/O ESSEX WOODLANDS HEALTH VENTURES 21 WATERWAY AVENUE, SUITE 225 THE WOODLANDS TX 77380 |
| ESSEX WOODLANDS HEALTH VENTURES FUND V LP | ESSEX WOODLANDS HEALTH VENTURES FUND V, L.P. C/O ESSEX WOODLANDS HEALTH VENTURES 21 WATERWAY AVENUE, SUITE 225 THE WOODLANDS TX 77380 |
| ESTATE OF ERNEST E. STEMPEL | L. MICHAEL MURPHY, CO-EXECUTOR SOMERSET HOUSE 6 SALT KETTLE ROAD PAGET BERMUDA |
| ESTATE OF ERNEST E. STEMPEL | ATTN: DIANA BROOKS BERGUIST, CO-EXECUTOR FLAMINGO NO. 3 GRASMERE ROAD PEMBROKE HM05 BERMUDA |
| ESTATE OF ERNEST E. STEMPEL | MCDERMOTT WILL & EMERY LLP ATTN: HENRY CHRISTERNSEN III 340 MADISON AVENUE NEW YORK NY 10173-1922 |
| ESTATE OF ERNEST E. STEMPEL | MCDERMOTT WILL & EMERY LLP ATTN: GARY O. RAVERT 340 MADISON AVENUE NEW YORK NY 10173-1922 |
| ESTEE LAUDER INC RETIREMENT PLAN | ALBERT H. CHENG ATLANTIC ASSET MANAGEMENT, LLC 2187 ATLANTIC STREET, 8TH FLOOR STAMFORD CT 06902 |
| ESTEE LAUDER INC RETIREMENT PLAN | ATTN: ALBERT H. CHENG ATLANTIC ASSET MANAGEMENT, LLC 2187 ATLANTIC STREET, 8TH FLOOR STAMFORD CT 06902 |

| Claim Name | Address Information |
|---|---|
| ESTEE LAUDER INC RETIREMENT PLAN | ATTN: JOSHUA BOGART, GENERAL COUNSEL ATLANTIC ASSET MANAGEMENT, LLC 2187 ATLANTIC STREET, 8TH FLOOR STAMFORD CT 06902 |
| ESTEE LAUDER INC RETIREMENT PLAN | JOSHUA BOGART, GENERAL COUNSEL ATLANTIC ASSET MANAGEMENT, LLC 2187 ATLANTIC STREET, 8TH FLOOR STAMFORD CT 06902 |
| ESTEE LAUDER INC RETIREMENT PLAN | EXECUTIVE DIRECTOR - CORPORATE TREASURY THE ESTEE LAUDER COMPANIES, INC. 7 CORPORATE CENTER DRIVE MELVILLE NY 11747 |
| ESTEE LAUDER INC RETIREMENT PLAN | JUDY VERBEKE EXECUTIVE DIRECTOR - CORPORATE TREASURY THE ESTEE LAUDER COMPANIES, INC. 7 CORPORATE CENTER DRIVE MELVILLE NY 11747 |
| ESTELLE PEABODY MEMORIAL HOME | PEABODY RETIREMENT COMMUNITY 400 WEST SEVENTH STREET NORTH MANCHESTER IN 46962 |
| ETHIAS - DROIT COMM ET RESP CIV | RUE DES CROISIERS 24 LIEGE BELGIUM |
| ETHIAS VIE | RUE DES CROISIERS 24 LIEGE 4000 BELGIUM |
| ETIHAD AIRWAYS PJSC | ETIHAD AIRWAYS POB 35566 NEW AIRPORT ROAD ABU DHABI UNITED ARAB EMIRATES |
| ETIHAD AIRWAYS PJSC | RICKY THIRION  VP - TREASURY ETIHAD AIRWAYS POB 35566 NEW AIRPORT ROAD ABU DHABI UNITED ARAB EMIRATES |
| ETON PARK FUND, L.P. | TRANSFEROR: MERIDIAN BANK N.A. F/K/A COMMUNITY BANK OF ARIZONA, N.A. EATON PARK MASTER FUND, LTD. ATTN: SHAILINI RAO 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, LP | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, LP | TRANSFEROR: MAST CREDIT OPPORTUNITIES I MASTER FUND L.P. ATTN: SERGE TODOROVICH 399 PARK AVE, 10TH FL NEW YORK NY 10022 |
| ETON PARK FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND LTD | ETON PARK CAPITAL MANAGEMENT 825 THIRD AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LP | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022 |
| ETON/ETON PARK FUND LP | ETON PARK CAPITAL MANAGEMENT 825 THIRD AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| EUGENE INVESTMENT & SECURITIES CO., LTD | 23-9, YOUIDO-DONG YOUNGDEUNGPOH-GU SEOUL 150-010 KOREA, REPUBLIC OF |
| EURO BOND FUND (# 1691) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| EURO BOND FUND II (#3961) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| EURO CREDIT FUND - (#4632) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| EUROBROKERS INC. | ONE SEAPORT PLAZA 19TH FLOOR NEW YORK NY 10038-3526 |
| EUROHYPO AG | ATTN: LEGAL DEPT. HELFMANN-PARK 5 ESCHBORN 65760 GERMANY |
| EUROHYPO AG | HELFMANN-PARK 5 ESCHBORN D-65760 GERMANY |
| EUROMOBILIARE INTERNATIONAL FD - TR FLEX 5 | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| EUROMOBILIARE INTERNATIONAL FUND - TR FLEX 5 | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| EUROMOBILIARE SIM SPA | VIA TURATI 9 MILANO 20123 ITALY |

| Claim Name | Address Information |
|---|---|
| EUROPE ARAB BANK PLC | 520 MADISON AVENUE NEW YORK NY 10022-4213 |
| EUROPE ARAB BANK PLC | DOCUMENTATION GROUP 520 MADISON AVENUE NEW YORK NY 177365 |
| EUROPEAN AERONAUTIC DEFENSE & SPACE CO (EADS) N.V. | C/O EADS DEUTSCHLAND GMBH, CF/FT/T, WILLY MESSERSCHMITT STR., OTTOBRUNN 85521 GERMANY |
| EUROPEAN AERONAUTIC DEFENSE & SPACE CO NV | WILLY MESSERSCHMITT STR. 1 OTTOBRUNN 85521 GERMANY |
| EUROPEAN CARBON FUND | 5 ALLEE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |
| EUROPEAN CREDIT (LUXEMBOURG) S. A. | PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS C/O MICHELLE DUNCAN, PARTNER TEN BISHOPS SQUARE, EIGHTH FLOOR LONDON E1 6EG UNITED KINGDOM |
| EUROPEAN CREDIT MANAGEMENT LIMITED | C/O MICHELLE DUNCAN PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH FLOOR LONDON E1 6EG UNITED KINGDOM |
| EUROPEAN CREDIT MANAGEMENT LIMITED | C/O MICHELLE DUNCAN, PARTNER PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH FLOOR LONDON E1 6EG UNITED KINGDOM |
| EUROSAIL -NL 2007-2 BV | FREDERIK ROEKESTRAAT 1231 1076EE NETHERLANDS |
| EUROSAIL -NL 2007-2 BV | FREDERIK ROEKESSTRAAT 1231 AMSTERDAM 1076EE NETHERLANDS |
| EUROSAIL -UK-2008-1NP PLC | MARTIN MCDERMOTT/MARK FILER C/O WILMINTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL 2006 1-PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL 2006 1-PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EUROSAIL 2006 2BL- PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL 2006 2BL- PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EUROSAIL 2006 3NC-PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL 2006 3NC-PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EUROSAIL 2006 4NP-PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER 6 BROAD STREET 5TH FLOOR LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL 2006 4NP-PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EUROSAIL 2006-1 PLC C/O CAPSTONE MORTGAGE SERVICES | HEAD OF LEGAL EUROSAIL 2006-1 PLC C/O CAPSTONE MORTGAGE SERVICES LIMITED 1ST FLOOR 6 BROADGATE LONDON EC2M 2QS UNITED KINGDOM |
| EUROSAIL 2006-3NC PLC | EUROSAIL 2006-3NC PLC 6 BROADGATE LONDON EC2M 2QD UNITED KINGDOM |
| EUROSAIL NL 2008-1 B.V | FREDERIK ROEKESTRAAT 1231 AMSTERDAMN 1076EE NETHERLANDS |
| EUROSAIL PRIME UK 2007 A PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL PRIME UK 2007 A PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EUROSAIL PRIME-UK 2006-1 PLC | EUROSAIL PRIME-UK 2006-1 PLC 6 BROADGATE LONDON EC2M 2QD UNITED KINGDOM |
| EUROSAIL PRIME-UK 2007 A PLC | LEHMAN BROTHERS INTERNATIONAL EUROPE 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| EUROSAIL PRIME-UK 2007 A PLC | HEAD OF FINANCE EUROSAIL PRIME-UK 2007-A PLC C/O CAPSTONE (TREASURY) 6 BROADGATE LONDON EC2M 2QD UNITED KINGDOM |
| EUROSAIL PRIME-UK 2007 A PLC | DOCUMEMTATION MANAGER LEHMAN BROTHERS SPECIAL FINANCING INC. C/O LEHMAN BROTHERS INC, CAPITAL MARKETS - CONTRACTS - LEGAL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| EUROSAIL UK 2007 1NC PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET |

| Claim Name | Address Information |
|---|---|
| EUROSAIL UK 2007 1NC PLC | PLACE LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL UK 2007 1NC PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EUROSAIL UK 2007 2NP PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL UK 2007 2NP PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EUROSAIL UK 2007 5NP PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER, FIFTH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL UK 2007 5NP PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EUROSAIL UK 2007 6NC PLC | HEAD OF FINANCE EUROSAIL-UK 2007-6NC PLC C/O CAPSTONE (TREASURY) 6 BROADGATE LONDON EC2M 2QS UNITED KINGDOM |
| EUROSAIL UK 2007 6NC PLC | DOCUMENTATION - LEGAL, COMPLIANCE AND AUDIT LEHMAN BROTHERS SPECIAL FINANCING INC C/O LEHMAN BROTHERS INC (CMC-LEGAL) 745 SEVENTH AVENUE NEW YORK NY 10019 |
| EUROSAIL-NL 2007-1 B.V. | FREDERIK ROEKESTRAAT 1231 AMSTERDAM 1076EE NETHERLANDS |
| EUROSAIL-NL 2007-1 B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |
| EUROSAIL-NL 2007-2 B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |
| EUROSAIL-UK 2007-1NC PLC | MARTIN MCDERMOTT/MARK FILER C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL-UK 2007-2NP PLC | LEGAL - FIXED INCOME LEHMAN BROTHERS INTERNATIONAL (EUROPE) LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| EUROSAIL-UK 2007-2NP PLC | JOSEPH POLIZZOTTO LEHMAN BROTHERS SPECIAL FINANCING INC. TRANSACTION MANAGEMENT 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022-4679 |
| EUROSAIL-UK 2007-3BL PLC | LEGAL FIXED INCOME LEHMAN BROTHERS INTERNATIONAL (EUROPE) LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| EUROSAIL-UK 2007-3BL PLC | HEAD OF FINANCE EUROSAIL 2007-3BL PLC C/O CAPSTONE (TREASURY) 6 BROADGATE LONDON EC2M 2QD UNITED KINGDOM |
| EUROSAIL-UK 2007-3BL PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER FIFTH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL-UK 2007-3BL PLC | TAMARA BOX BERWIN LEIGHTON PAISNER LLP ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EUROSAIL-UK 2007-3BL PLC | JOSEPH POLIZZAOTTO LEHMAN BROTHERS SPECIAL FINANCING INC TRANSACTION MANAGEMENT 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022-4679 |
| EUROSAIL-UK 2007-4BL PLC | LEGAL - FIXED INCOME LEHMAN BROTHERS INTERNATIONAL (EUROPE) LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| EUROSAIL-UK 2007-4BL PLC | HEAD OF FINANCE EUROSAIL-UK 2007-4BL PLC C/O CAPSTONE (TREASURY) 6 BROADGATE LONDON EC2M 2QD UNITED KINGDOM |
| EUROSAIL-UK 2007-4BL PLC | C/O WILMINGTON TRUST SP SERVICES LONDON LIMITED FIFTH FLOOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL-UK 2007-4BL PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EUROSAIL-UK 2007-4BL PLC | JOSEPH POLIZZOTTO LEHMAN BROTHERS SPECIAL FINANCING, INC. TRANSACTION MANAGEMENT 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022-4679 |
| EUROSAIL-UK 2007-5NP PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER, FIFTH FLOOR 6 BROAD STREET LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL-UK 2007-6NC PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER FIFTH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL-UK 2007-6NC PLC | TAMARA BOX BERWIN LEIGHTON PAISNER LLP ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EUROVALOR COMBINADO 3 FI | POPULAR GESTI?N, S.G.I.I.C., S.A. CALLE LABASTIDA NO 11, 3RD PLANTA MADRID |

| Claim Name | Address Information |
|---|---|
| EUROVALOR COMBINADO 3 FI | 28.034 SPAIN |
| EUROVALOR GARANTIZADO BANCOS, FI | ATTN: ALFONSA MUNOZ/MIGUEL UCEDA CALLE LABASTIDA NO 11, 3RD PLANTA MADRID 28.034 SPAIN |
| EVA AIRWAYS CORPORATION | 6F, 117, SEC 2, CHANG AN E. ROAD TAIPEI 104 TAIWAN, PROVINCE OF CHINA |
| EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY | 4800 W 57TH STREET PO BOX 5038 SIOUX FALLS SD 57117-5038 |
| EVERGREEN CORE BOND FUND | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EVERGREEN CORE BOND FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN CORE BOND FUND | C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116 |
| EVERGREEN CORE BOND TRUST | C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN CORE PLUS BOND FUND | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EVERGREEN CORE PLUS BOND FUND | C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116 |
| EVERGREEN DIVERSIFIED BOND FUN D HIGH YIELD | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN HIGH YIELD BOND FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN INCOME ADVANTAGE FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN INSTITUTIONAL MORTGAGE PORTFOLIO | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EVERGREEN INSTITUTIONAL MORTGAGE PORTFOLIO | C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116 |
| EVERGREEN INTERMEDIATE BOND TRUST FULL DISCRETION | EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN LONG DURATION TRUST | EVERGREEN INVESTMENT MANAGEMENT TRUST C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN MANAGED INCOME FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN MARINE CORP (TAIWAN) LTD. | NO. 166, SEC. 2, MINSHENG EAST ROAD TAIPEI TAIWAN, PROVINCE OF CHINA |
| EVERGREEN SELECT HIGH YIELD BOND FUND | EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN SELECT HIGH YIELD BOND TRUST | C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN SHORT INTERMEDIATE BOND FUND | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EVERGREEN SHORT INTERMEDIATE BOND FUND | C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116 |
| EVERGREEN SOLAR, INC. | GOODWIN PROCTOR LLP THE NEW YORK TIMES BUILDING ATTN: EMANUEL C. GRILLO 620 EIGHTH AVENUE NEW YORK NY 10018 |
| EVERGREEN SOLAR, INC. | ATTN: CHRISTIAN M. EHRBAR 138 BARTLETT STREET MARLBOROUGH MA 01752 |
| EVERGREEN UTILITIES & HIGH INCOME FUND | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EVERGREEN UTILITIES & HIGH INCOME FUND | C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116 |
| EVERGREEN VA CORE BOND FUND | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EVERGREEN VA CORE BOND FUND | C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 |

| Claim Name | Address Information |
|---|---|
| EVERGREEN VA CORE BOND FUND | BERKLEY STREET BOSTON MA 02116 |
| EVERGREEN VA HIGH INCOME FUND | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EVERGREEN VA HIGH INCOME FUND | C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116 |
| EVERGREEN VARIABLE ANNUITY CORE BOND FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVERGREEN VARIABLE ANNUITY HIGH INCOME FUND | EVERGREEN FUNDS C/O EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| EVOLUTION MARKETS LLC | 10 BANK STREET WHITE PLAINS NY 10606 |
| EVOLUTION MARKETS LTD | 10 BANK STREET WHITE PLAINS NY 10606 |
| EWBARG MASTER RETIREMENT TRUST | THE NORTHERN TRUST COMPANY OF CT ATTN: JOSEPH W. MCINEINEY 300 ATLANTIC ST STE 400 STAMFORD CT 06901 |
| EWBARG MASTER RETIREMENT TRUST | 5454 W. 110TH ST OVERLAND PARK KS 66211 |
| EWING MARION KAUFFMAN FOUNDATION | 4801 ROCKHILL ROAD ATTN: NANCY MCCULLOUGH KANSAS CITY MO 64110 |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: DIRECTORS C/O. WILMINGTON TRUST SP SECURITIES (LONDON) LTD. FIFTH FLOOR, 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| EXCALIBUR FUNDING NO 1 PLC | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| EXCALIBUR FUNDING NO. 1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 6 BROAD STREET PLACE FIFTH FLOOR LONDON EC2M 7JH UNITED KINGDOM |
| EXCALIBUR FUNDING NO. 1 PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EXCO OPERATING COMPANY, LP | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| EXCO PARTNERS OPERATINGPARTNERSHIP LP | 12377 MERIT DRIVE, SUITE 1700 DALLAS TX 75251 |
| EXCO RESOURCES INC | HAYES AND BOONE, LLP 901 MAIN STREET – SUITE 3100 DALLAS TX 75202-3789 |
| EXELON GENERATION COMPANY, LLC | LEAD COUNSEL, EXELON POWER TEAM 300 EXELON WAY KENNETT SQUARE PA 19348 |
| EXELON GENERATION COMPANY, LLC | ATTN: CREDIT DEPARTMENT 300 EXELON WAY KENNETT SQUARE PA 19348 |
| EXELON GENERATION COMPANY, LLC | ATTN: LEGAL DEPARTMENT 300 EXELON WAY KENNETT SQUARE PA 19348 |
| EXETER HOSPITAL, INC. AND EXETER HEALTHCARE, INC. | 5 ALUMNI DRIVE EXETER NH 03833 |
| EXETER HOSPITAL, INC. AND EXETER HEALTHCARE, INC. | ATTN: KEVIN J. O#APPOSLEARY EXETER HOSPITAL INC. AND EXETER HEALTHCARE INC. 5 ALUMNI DRIVE EXETER NEW HAMPSHIRE 3833 |
| EXETER HOSPITAL, INC. AND EXETER HEALTHCARE, INC. | ATTN: KEVIN J. O'LEARY EXETER HOSPITAL INC. AND EXETER HEALTHCARE INC. 5 ALUMNI DRIVE EXETER NEW HAMPSHIRE 3833 |
| EXPORT IMPORT BANK OF CHINA | THE EXPORT-IMPORT BANK OF CHINA NO. 77 BEIHEYAN STREET, DONGCHENG DISTRICT BEIJING 100009 CHINA |
| EXPORT IMPORT BANK OF CHINA | MR. WANG HONGWEI, ASST. GENERAL MANAGER THE EXPORT-IMPORT BANK OF CHINA NO. 77 BEIHEYAN STREET, DONGCHENG DISTRICT BEIJING 100009 PRC |
| EXPRINTER INTERNATIONAL BANK N.V. | SAN MARTIN 136 BUENOS AIRES ARGENTINA |
| EXPRINTER INTERNATIONAL BANK N.V. | MIKE HOWLIN SAN MARTIN 136 10004 BUENOS AIRES ARGENTINA |
| EXTENDICARE HEALTH SERVICES INC | 111 WEST MICHIGAN STREET MILWAUKEE WI 53203 |
| EXTENDICARE HEALTH SERVICES INC | ATTN: ROCH CARTER, GENERAL COUNSEL 111 WEST MICHIGAN STREET MILWAUKEE WI 53204 |
| EXUM RIDGE CBO 2006-1 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: THE DIRECTORS EXUM RIDGE CBO 2006-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS, BWI |
| EXUM RIDGE CBO 2006-1 LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS, BWI |
| EXUM RIDGE CBO 2006-1 LTD | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2006-2 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: THE DIRECTORS EXUM RIDGE CBO 2006-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS, BWI |
| EXUM RIDGE CBO 2006-2 LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS, BWI |
| EXUM RIDGE CBO 2006-2 LTD | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| EXUM RIDGE CBO 2006-2 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2006-2 LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2006-3, LTD. | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-3, LTD. | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-3, LTD. | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| EXUM RIDGE CBO 2006-3, LTD. | ATTN: JAMES E. SPIOTTO CHAPMAN AND CUTLER LLP CHICAGO IL 60303-4080 |
| EXUM RIDGE CBO 2006-4 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: THE DIRECTORS EXUM RIDGE CBO 2006-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-4 LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-4 LTD | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| EXUM RIDGE CBO 2006-4 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. MARK ELLENBERG, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2006-4 LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET NW WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2006-5 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: THE DIRECTORS EXUM RIDGE CBO 2006-5, LTD. C/O MAPLES FINANCE LTD P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-5 LTD | ATTN: SCDO_SURVEILLANCE@SANDP.COM STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-003 |
| EXUM RIDGE CBO 2006-5 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2006-5 LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2007-1, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: THE DIRECTORS EXUM RIDGE CBO 2007-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2007-1, LTD | CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: SETH CAMERON AIRLIE GROUP 115 E PUTNAM AVE GREENWICH CT 06830 |
| EXUM RIDGE CBO 2007-1, LTD | ATTN: SCDO_SURVEILLANCE@SANDP.COM STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-003 |
| EXUM RIDGE CBO 2007-1, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2007-1, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: THE DIRECTORS EXUM RIDGE CBO 2007-2, LIMITED C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: SETH CAMERON AIRLIE GROUP 115 E PUTNAM AVE GREENWICH CT 06830 |
| EXUM RIDGE CBO 2007-2 LTD | ATTN: SCDO_SURVEILLANCE@SANDP.COM STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| EXUM RIDGE CBO 2007-2, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-2, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXXONMOBIL GAS MARKETING EUROPE LIMITED | ST. CATHERINE#APPOSS HOUSE 2 KINGSWAY PO BOX 394 LONDON WC2B 6WG UNITED KINGDOM |
| EXXONMOBIL GAS MARKETING EUROPE LIMITED | C/O BONNIE MACDOUGAL KISTLER PEPPER HAMILTON LLP BERWYN PA 19312 |
| EXXONMOBIL GAS MARKETING EUROPE LIMITED | C/O BONNIE MACDOUGAL KISTLER PEPPER HAMILTON LLP LEATHERHEAD BERWYN PA 19312 |
| EXXONMOBIL GAS MARKETINGEUROPE LIMITED (LNG) | C/O BONNIE MACDOUGAL KISTLER PEPPER HAMILTON LLP 400 BERWYN PARK BERWYN PA 19312 |
| F.F. THOMPSON FOUNDATION INC, THE | ATTN:CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA NY 14424 |
| F.I.I.L. INSURANCE- INTERMEDIATE BOND PORTFOLIO | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-913 385 E. COLORADO BLVD PASADENA CA 91101 |
| F0026 / FIDELITY INVESTMENT GRADE BOND FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| F0032 / FIDELITY INTERMEDIATE BOND FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| F0040 / FIDELITY ADVISOR MORTGAGE SECURITIES FUND | COUNTERPARTY NAME MERRIMACK NH 03054 |
| F0040 / FIDELITY ADVISOR MORTGAGE SECURITIES FUND | VICE PRESIDENT, INVESTMENT SERVICES COUNTERPARTY NAME MERRIMACK NH 03054 |
| F0087 / FIDELITY ADVISOR INTERMEDIATE BOND FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| F1158 / FIDELITY TOTAL BOND FUND | COUNTERPARTY NAME MERRIMACK NH 03054 |
| F1158 / FIDELITY TOTAL BOND FUND | ATTN: ASSISTANT TREASURER COUNTERPARTY NAME MERRIMACK NH 03054 |
| F1158 / FIDELITY TOTAL BOND FUND | ATTN: VICE PRESIDENT, INVESTMENT SERVICES COUNTERPARTY NAME MERRIMACK NH 03054 |
| F1158 / FIDELITY TOTAL BOND FUND | VICE PRESIDENT, INVESTMENT SERVICES COUNTERPARTY NAME MERRIMACK NH 03054 |
| FABRIKANT, CHARLES | 460 PARK AVENUE 12TH FLOOR NEW YORK NY 10022 |
| FABRIKANT, CHARLES | 249 SOUTH WOODS ROAD PALM BEACH FL 33480 |
| FAIRFAX FINANCIAL HOLDINGS | FAIRFAX FINANCIAL HOLDINGS LIMITED 95 WELLINGTON STREET WEST, SUITE 800 TORONTO ON M5J 2N7 CANADA |
| FAIRFIELD NORTH TEXAS | FAIRFIELD NORTH TEXAS 621 ACACIA AVENUE CORONA DEL MAR CA 92625 |
| FAIRFIELD NORTH TEXAS | ATTN: BARTON R. ROBERTSON C/O APARTMENT RENOVATION GROUP 1420 SOUTH MILLS AVENUE, SUITE M LODI CA 95242 |
| FAIRFIELD NORTH TEXAS ASSOCIATES, L.P. | C/O BRET H. REED, JR. A LAW CORPORATION 621 ACACIA AVENUE CORONA DEL MAR CA 92625 |

| Claim Name | Address Information |
|---|---|
| FAIRWAY FINANCE COMPANY, LLC | ATTN: JILL GORDON / ORLANDO FIGUEROA C/O LORD SECURITIES CORPORATION 48 WALL STREET, 27TH FLOOR NEW YORK NY 10005 |
| FAIRWAY FINANCE COMPANY, LLC | HARRIS NESBITT CORP., US SECURITIZATION GROUP 115 S. LASALLE STREET, 13TH FLOOR CHICAGO IL 60603 |
| FAITH BAPTIST CHURCH | ATTN: RISK MANAGEMENT AND ADVISORY GROUP C/O B.C. ZIEGLER AND COMPANY 1185 AVENUE OF THE AMERICAS, 32ND FLOOR NEW YORK NY 10036 |
| FAITH BAPTIST CHURCH | FAITH PROPERTIES INC. 5526 STATE ROAD 26 EAST LAFAYETTE IN 47905 |
| FALCON | 1601 NORTHWEST EXPRESSWAY SUITE 1600 P.O. BOX 54525 OKLAHOMA CITY OK 73118 |
| FALCON FAMILY L.P. | C/O FALCON MANAGEMENT CORPORATION 400 W MAIN STREET WYCKOFF NJ 07481-1420 |
| FALCON MANAGEMENT CORPORATION | C/O FALCON MANAGEMENT CORPORATION C/O FALCON MANAGEMENT CORPORATION 400 W MAIN STREET WYCKOFF NJ 07481-1420 |
| FAM FUND - ABSOLUTE RETURN | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FAM FUND - ABSOLUTE RETURN | ATTN: DIDIER LAMBERT/PATRICK FAETH FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 18 RUE ALDRIGEN LUXEMBOURG L1122 LUXEMBOURG |
| FAORO, PETER & ISABELLE | 6245 MORAINE AVENUE HAMMOND IN 46324 |
| FAR EASTERN INTERNATIONAL BANK | ATTN: MS. ANLI MA / MR. CIGER WU, CORPORATE DEPARTMENT 26/F, NO. 207, SEC. 2 TUN HWA S. TAIPEI R.O.C. TAIWAN |
| FAR EASTERN INTERNATIONAL BANK | 2/F, NO. 30, SEC. 1 CHUNG KING N. ROAD TAIPEI R.O.C. TAIWAN, PROVINCE OF CHINA |
| FBE LIMITED | 111 BROADWAY NEW YORK NY 10006 |
| FBE LIMITED LLC | ATTN: NEIL SIMON, ESQ. 111 BROADWAY NEW YORK NY 10006 |
| FCH | KAROLYI MIHALY UTCA 12 / ND FL BUDAPEST 1053 HUNGARY |
| FCI HOLDINGS I LTD. | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| FCOF SECURITIES LTD. | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| FEC FINANCIAL ENGINEERING | FEC FINANCIAL ENGINEERING CONSULTING GMBH KATHARINENSTR. 9 HAMBURG D-20457 GERMANY |
| FEDERAL EXPRESS CORP EMPLOYEE PENSION PLAN | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| FEDERAL HOME LOAN BANK OF ATLANTA | 1475 PEACHTREE STREET, NE ATLANTA GA 30309 |
| FEDERAL HOME LOAN BANK OF BOSTON | 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| FEDERAL HOME LOAN BANK OF CHICAGO | 111 EAST WACKER DRIVE 7TH FLOOR CHICAGO IL 60601 |
| FEDERAL HOME LOAN BANK OF CINCINNATI | 221 E 4TH STREET SUITE 1000 CINCINNATI OH 45202 |
| FEDERAL HOME LOAN BANK OF DALLAS | ATTN: MICHAEL SIMS, SVP, CFO 8500 FREEPORT PARKWAY SOUTH SUITE 100 IRVING TX 75063-2547 |
| FEDERAL HOME LOAN BANK OF DALLAS | ATTN: TOBY L. GERBER, ESQ. FULBRIGHT & JAWORSKI, L.L.P. 2200 ROSS AVENUE, SUITE 2800 DALLAS TX 75201-2784 |
| FEDERAL HOME LOAN BANK OF DESMOINES | 907 WALNUT STREET DES MOINES IA 50309 |
| FEDERAL HOME LOAN BANK OF DESMOINES | SKYWALK LEVEL 801 WALNUT STREET, SUITE 200 DES MOINES IA 50309-3513 |
| FEDERAL HOME LOAN BANK OF INDIANAPOLIS | 8250 WOODFIELD CROSSING BLVD. INDIANAPOLIS IN 46240 |
| FEDERAL HOME LOAN BANK OF NEW YORK | JEFF FRIEDMAN KATTEN MUCHIN ROSENMAN LLP 575 MADISON AVENUE NEW YORK NY 10022 |
| FEDERAL HOME LOAN BANK OF NEW YORK | JEFF J. FRIEDMAN KATTEN MUCHIN ROSENMAN LLP 575 MADISON AVENUE NEW YORK NY 10022 |
| FEDERAL HOME LOAN BANK OF NEW YORK | KATTEN MUCHIN ROSENMAN LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022 |
| FEDERAL HOME LOAN BANK OF NEW YORK | ATTN: PATRICK A. MORGAN, CHIEF FINANCIAL OFFICER 101 PARK AVENUE, 5TH FLOOR NEW YORK NY 10178-0599 |
| FEDERAL HOME LOAN BANK OF NEW YORK | ATTN: PATRICK A. MORGAN, CFO 101 PARK AVENUE, 5TH FLOOR NEW YORK NY 10178-0599 |
| FEDERAL HOME LOAN BANK OF NEW YORK | ATTENTION: CCO 101 PARK AVENUE NEW YORK NY 10178-0599 |
| FEDERAL HOME LOAN BANK OF PITTSBURGH | COLE, SCHOLTZ, MEISEL, FORMAN & LEONARD, P.A. ATTN: LAURENCE MAY, ESQ. 900 3RD AVENUE, 16TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| FEDERAL HOME LOAN BANK OF PITTSBURGH | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. ATTN: LAURENCE MAY, ESQ. 900 3RD AVENUE, 16TH FLOOR NEW YORK NY 10022 |
| FEDERAL HOME LOAN BANK OF PITTSBURGH | ATTN: DANA A. YEALY, ESQ. 601 GRANT STREET PITTSBURGH PA 15219 |
| FEDERAL HOME LOAN BANK OF PITTSBURGH | ATTN: DANA A. YEALY, ESQ. 601 GRANT STREET PITTSBURGH PA 1529 |
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO | 600 CALIFORNIA STREET, SUITE 300 SAN FRANCISCO CA 94108 |
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO | ATTN: STEVEN T. HONDA 600 CALIFORNIA STREET, SUITE 300 SAN FRANCISCO CA 94108 |
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO | POST OFFICE BOX 7948 SAN FRANCISCO CA 94120 |
| FEDERAL HOME LOAN BANK OF SEATTLE | GOLDFARB, RICHARD STOEL RIVES LLP 600 UNIVERSITY STREET, SUITE 3600 SEATTLE WA 98101 |
| FEDERAL HOME LOAN BANK OF TOPEKA | ATTN: MATTHEW D. BOATWRIGHT P.O. BOX 176 ONE SECURITY BENEFIT PL, SUITE 100 TOPEKA KS 66601-0176 |
| FEDERAL HOME LOAN BANK OF TOPEKA | 120 SE 6TH STREET TOPEKA KS 66603 |
| FEDERAL HOME LOAN BANK OF TOPEKA | ONE SECURITY BENEFIT PLACE SUITE 100 P.O. BOX 176 TOPEKA KS 66603 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ATTN: MARK LANDMAN LANDMAN CORSI BALLAINE & FORD P.C. 120 BROADWAY - 27TH FLOOR NEW YORK NY 10271 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | 1551 PARK RUN DRIVE MCLEAN VA 22102-3110 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ASSISTANT GENERAL COUNSEL - SECURITIES 8200 JONES BRANCH DRIVE MAIL STOP 208 MCLEAN VA 22102-3110 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ATTN: ASSISTANT GENERAL COUNSEL - SECURITIES 8200 JONES BRANCH DRIVE MAIL STOP 208 MCLEAN VA 22102-3110 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | ATTN: SVP, TREASURER 4000 WISCONSIN AVE, NW WASHINGTON DC 20016-2899 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) | LATHAM & WATKINS LLP ATTN: ALAN KRAUS, ESQ. ONE NEWARK CENTER, 16TH FLOOR NEWARK NJ |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) | ATTN: PETER MCGONIGLE, ESQ. 1835 MARKET STREET, SUITE 2300 PHILADELPHIA PA 19103 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) | ATTN: GENERAL COUNSEL 3900 WISCONSIN AVENUE, NW WASHINGTON DC 20016-2899 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) | LATHAM & WATKINS LLP ATTN: DOUGLAS BACON, ESQ. 233 SOUTH WACKER DRIVE, SUITE 5800 CHICAGO IL 60606 |
| FEDERATED DEPARTMENT STORES INC PENSION PLAN MASTE | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO 385 EAST COLORADO BLVD PASADENA CA 91101 |
| FEDERATED STOCK AND BOND FUND | ATTN: ANDREW P. CROSS CC: REED SMITH LLP PITTSBURGH PA 15219 |
| FEDERATED STOCK AND BOND FUND | FEDERATED INVESTORS TOWER 1001 LIBERTY AVENUE, 26TH FLOOR PITTSBURGH PA 15222 |
| FEDERATED STOCK AND BOND FUND | ATTN: PETER GERMAIN - GENERAL COUNSEL CC: FEDERATED INVESTORS TOWER PITTSBURGH PA 15222 |
| FEDERATED STOCK AND BOND FUND, INC. | ATTN: G. ANDREW BONNEWELL, ASSISTANT SECRETARY 4000 ERICSSON DRIVE WARRENDALE PA 15086-7561 |
| FEDERATED ULTRASHORT BOND FUND | CC: REED SMITH LLP PITTSBURGH PA 15219 |
| FEDERATED ULTRASHORT BOND FUND | ATTN: M. COLE DOLINGER FEDERATED INVESTORS TOWER 1001 LIBERTY AVENUE, 26TH FLOOR PITTSBURGH PA 15222 |
| FEDERATED ULTRASHORT BOND FUND | M. COLE DOLINGER FEDERATED INVESTORS TOWER 1001 LIBERTY AVENUE, 26TH FLOOR PITTSBURGH PA 15222 |
| FEDERATED ULTRASHORT BOND FUND | ATTN: PETER GERMAIN - GENERAL COUNSEL CC: FEDERATED INVESTORS TOWER PITTSBURGH PA 15222 |
| FELDNER, CHARLENE | 11388 SW 85 LANE MIAMI FL 33173 |
| FELICIAN COLLEGE OF LODI | 101 COLLEGE ROAD EAST PRINCETONNJ NJ 08540 |
| FENWAY CAPITAL | 152 WEST 57TH STREET 59TH FLOOR NEW YORK NY 10019 |
| FENWAY CAPITAL | 10880 WILSHIRE BLVD SUITE 1101 LOS ANGELES CA 90024 |
| FERRERO S.P.A. | F/K/A/ P FERRERO & C. S.P.A. ATTN: DINO CORGNATI C/O DIREZIONE FINANZA PIAZZALE FERRERO, 1 ALBA 12051 ITALY |
| FERRERO S.P.A. | LABRUNA MAZZIOTTI SEGNI ATTN: FELICE D'ACQUISTO STUDIO LEGALE CORSO MAGENTA, 84 MILANO 20123 ITALY |

| Claim Name | Address Information |
| --- | --- |
| FERRERO S.P.A. | KIRKLAND & ELLIS LLP ATTN: SCOTT J. GORDON, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| FERRERO S.P.A. | KIRKLAND & ELLIS LLP ATTN: SCOTT J. GORDON & CINDY Y. CHEN 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| FERRERO SPA | PIAZZALE PEITRO FERRERO (CN) - ALBA 12051 ITALY |
| FERRERO TRADING LUX SA | LABRUNA MAZZIOTTI SEGNI STUDIO LEGALE CORSO MAGENTA, 84 ATTN; FELICE D' ACQUISTO MILANO 20123 ITALY |
| FERRERO TRADING LUX SA | LABRUNA MAZZIOTTI SEGNI ATTN: FELICE D'ACQUISTO STUDIO LEGALE CORSO MAGENTA, 84 MILANO 20123 ITALY |
| FERRERO TRADING LUX SA | ATTN: TREASURY DEPT. ATTN: FILIPPO FERRUA MAGLIANI, DIRECTOR 6E ROUTE DE TREVES SENNINGERBERG L-2633 LUXEMBOURG |
| FERRERO TRADING LUX SA | ATTN: TREASURY DEPARTMENT 6E ROUTE DE TREVES SENNINGERBERG L-2633 LUXEMBOURG |
| FERRERO TRADING LUX SA | C/O FERRERO UK LTD. 9-11 AWBERRY COURT HATTERS LANE, CROXLEY BUSINESS PARK, WATFORD WD18 8PA UNITED KINGDOM |
| FERRERO TRADING LUX SA | KIRKLAND & ELLIS LLP ATTN: SCOTT J. GORDON, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| FERRERO, PIETRO | RICHARD BERTOCCI & ANDREAS SEUFFERT C/O GILMARTIN, POSTER & SHAFTO LLP 845 THIRD AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| FERRERO, PIETRO | GILMARTIN, POSTER & SHAFTO LLP 845 THIRD AVENUE NEW YORK NY 10022 |
| FFI FUND LTD. | D. ROSS MARTIN ROPES & GRAY LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| FFI FUND LTD. | BRACEBRIDGE CAPITAL, LLC ATTN: JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FFI FUND LTD. | JOHN SPINNEY AND DEREK REISINGER C/O BRACEBRIDGE CAPITAL, LLC 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FFII-SO CAL EDISON CO RET PLANA/C SCEF5400002FRANK | 2244 WALNUT GROVE AVENUE ROSEMEAD CA 91770 |
| FH EMERGING MARKETS DEBT FUND LP | C/O FH INTERNATIONAL FINANCIAL ASSET MANAGEMENT 550 MAMARONECK AVENUE HARRISON NY 10528 |
| FIAT FINANCE NORTH AMERICA INC | FIAT FINANCE NORTH AMERICA INC. C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| FIAT GEVA SPA | VIA NIZZA 250 TORINO 10126 ITALY |
| FIDELITY 1-3 YEAR DURATION SECURITIZED BOND CENTRA | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY ADVISOR SERIES II: FIDELITY ADVISOR INTER | ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY BALANCED FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY CORPORATE BOND 1-10 YEAR CENTRAL FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY CORPORATE BOND 1-5 YEAR CENTRAL FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY GARRISON STREET TRUST - VIP INVESTMENT GR | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY GARRISON STREET TRUST: VIP INVESTMENT GRA | ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY MANAGED INCOME PORTFOLIO | 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| FIDELITY MANAGED INCOME PORTFOLIO | ATTN: JOHN P. O#APPOSREILLY 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| FIDELITY MANAGED INCOME PORTFOLIO II | 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| FIDELITY MORTGAGE BACKED SECURITIES FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY PURITAN FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY TACTICAL INCOME CENTRAL FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |
| FIDELITY TOTAL BOND FUND | 1 SPARTAN WAY (TS2C) MERRIMACK NH 03054 |

| Claim Name | Address Information |
|---|---|
| FIDUCIARY COMMITTEE OF THE AMGEN RETIREMENT AND SA | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2683 385 E. COLORADO BLVD. PASADENA CA 91101 |
| FIELD STREET MASTER FUND LTD | C/O OGIER FIDUCIARY SERVICES (CAYMAN) LIMITED QUEENSGATE HOUSE, PO BOX 1234 GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| FIELD STREET MASTER FUND LTD | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| FIELD STREET MASTER FUND LTD | FIELD STREET MASTER FUND, LTD. C/O FIELD STREET CAPITAL MANAGEMENT, LLC ATTN: MR. PAUL S. IABONI 500 5TH AVENUE, SUITE 4120 NEW YORK NY 10110 |
| FIELD STREET MASTER FUND LTD | FIELD STREET MASTER FUND, LTD. C/O FIELD STREET CAPITAL MANAGEMENT, LLC ATTN: MR. PAUL IABONI 500 5TH AVE, SUITE 4120 NEW YORK NY 10110 |
| FIERRO, CARLOS A. & TONKEL, JENNIFER L. | 408 GREENWICH STREET, 7TH FLOOR NEW YORK NY 10013 |
| FIFTH THIRD BANK | 38 FOUNTAIN SQUARE PLAZA M.D. 1090A3 CINCINNATI OH 45263 |
| FIFTH THIRD MORTGAGE COMPANY - LEGAL ADMINISTRATIO | ATTN: GENERAL COUNSEL 38 FOUNTAIN SQUARE PLAZA M. D. 1090A3 CINCINNATI OH 45623 |
| FIMAT ALTERNATIVE STRATEGIES,INC. | 630 FIFTH AVENUE NEW YORK NY 10111 |
| FINAF SPA | ATTN:EMANUELE CAMPAGNIOLI, DIRETTORE INVESTIMENTI FINANZIARI VIA AMELIA, 70 ROMA 181 ITALY |
| FINANCE 500 | FINANCE 500, INC. 19762 MACARTHUR BLVD., SUITE 200 IRVINE CA 92612 |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. | ATTN: LAURA RUBENSTEIN 9509 KEY WEST AVENUE ROCKVILLE MD 20850 |
| FINANTIA SECURITIES LIMITED | TRANSFEROR: GRANITE FINANCE LIMITED 11 AUSTIN FRIARS LONDON EC2N 2HG ENGLAND |
| FINANTIA SECURITIES LIMITED | BANCO FINANTIA, S.A. ATT. LEGAL DEPARTMENT RUA GENERAL FIRMINO MIGUEL, NO 5-1ST FLOOR LISBON 1600-100 PORTUGAL |
| FINANZMINISTERIUM LAND NORDRHEIN WESTALEN | LAND NORDRHEIN-WESTFALEN JAGERHOFSTRASSE 6 DUSSELDORF 40479 GERMANY |
| FINECOBANK S.P.A. | ATTN: ROBERTO FINESCHI PIAZZA DURANTE 11 MILAN 20131 ITALY |
| FINISTERRE GLOBAL OPPORTUNITYMASTER FUND | PO BOX 309GT UGLAND HOUSE, SOUTH CHURCH ST GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| FINISTERRE GLOBAL OPPORTUNITYMASTER FUND | C/O. FINISTERRE CAPITAL LLP NEW YORK, NY 10019 LONDON W1S 4HA UNITED KINGDOM |
| FINMECCANICA S.P.A. | PIAZZA MONTE GRAPPA 4 ROME 00195 ITALY |
| FIORILLI, MATTHEW & JUDY | 6 HEATH DRIVE BRIDGEWATER NJ 08807 |
| FIP - FONDO IMMOBILI PUBBLICI | INVESTIRE IMMOBILIARE SGR SPA PALAZZO ALTIERI PIAZZA DEL GESU NO 49 ROME 186 ITALY |
| FIP - FONDO IMMOBILI PUBBLICI | INVESTIRE IMMOBILIARE SGR SPA PALAZZO ALTIERI PIAZZA DEL GESU NO 49 ROME 187 ITALY |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | 535 FIFTH AVENUE, 31ST FLOOR NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | ATTN: FERGAL CASSIDY C/O FIR TREE, INC 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | ATTN: CASSIDY FERGAL FIR TREE RECOVERY MASTER FUND 535 FIFTH AVENUE, 31ST FLOOR NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | CASSIDY FERGAL FIR TREE RECOVERY MASTER FUND 535 FIFTH AVENUE, 31ST FLOOR NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND., L.P. | F/K/A FIR TREE RECOVERY MASTER FUND L.P. ATTN: BRIAN A. MEYER C/O FIR TREE PARTNERS 505 FITH AVE 23RD FL NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND., L.P. | SHELLEY C. CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 7TH AVE NEW YORK NY 10019 |
| FIR TREE VALUE MASTER FUND LP | ATTN: BRIAN A. MEYER C/O FIR TREE PARTNERS 505 FITH AVE 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND LP | FIR TREE VALUE MASTER FUND, L.P. 535 FIFTH AVENUE, 31ST FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND LP | FIR TREE VALUE MASTER FUND, L.P. 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| FIR TREE VALUE MASTER FUND LP | 10017 |
| FIR TREE VALUE MASTER FUND LP | SHELLEY C. CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK CITY NY 10019 |
| FIRE AND POLICE MEMBERS' BENEFIT FUND | 5290 DTC PARKWAY, SUITE 100 GREENWOOD VILLAGE CO 80111 |
| FIRE AND POLICE MEMBERS' BENEFIT FUND | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1027 385 E. COLORADO BLVD PASADENA CA 91101 |
| FIRE AND POLICE MEMBERS' BENEFIT FUND | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| FIREMAN'S ANNUITY AND BENEFIT FUND OF CHICAGO | C/O WESTERN ASSET MANAGEMENT COMPANY ATN: LEGAL DEPT W-1796 385 E COLORADO BLVD PASADENA CA 91101 |
| FIRMENICH INTERNATIONAL SA | ROUTE DE LA PLAINE 45 CH-1283 LA PLAINE GENEVA SWITZERLAND |
| FIRMENICH INTERNATIONAL SA | RUE DE LA BERG?RE 7 P.O. BOX 148 MEYRIN 2 CH-1217 SWITZERLAND |
| FIRMENICH INTERNATIONAL SA | ROUTE DE LA PLAINE 45 LA PLAINE GENEVA CH-1283 SWITZERLAND |
| FIRST BANK | 600 JAMES S. MCDONNELL BLVD. M1-199-018 HAZELWOOD MO 63042 |
| FIRST BANK | ATTN: FURMAN ED 11901 OLIVE ST. LOUIS MO 63141 |
| FIRST BANKING CENTER | ATTN: JIM SCHUSTER 567 BROAD STREET P.O. BOX 970 LAKE GENEVA WI 53147 |
| FIRST BANKING CENTER | ATTN: JIM SCHUSTER FIRST BANKING CENTER 567 BROAD STREET P.O. BOX 970 LAKE GENEVA WI 53147 |
| FIRST BANKING CENTER | QUARLES & BRADY ATTN: F FEINSTEIN, ESQ. 300 NORTH LASALLE STREET, SUITE 4000 CHICAGO IL 60654 |
| FIRST CHOICE POWER LP | ATTN: JEFF WEISER, PRESIDENT 225 E. JOHN CARPENTER FREEWAY IRVING TX 75062 |
| FIRST CHOICE POWER, LP | C/O LOWENSTEIN SANDLEER PC ATTN: S. JASON TEELE 65 LIVIGSTON AVENUE ROSELAND NJ 07068 |
| FIRST COMMERCIAL BANK | COLUMBUS BANK COLUMBUS GA 31901 |
| FIRST COMMERCIAL BANKREF TRUST DEPARTMENT | SECTION 1, 5TH FLOOR TAIPEI 100 TAIWAN, PROVINCE OF CHINA |
| FIRST DATA CORPORATION | WORLD FINANCIAL CENTER AMERICAN EXPRESS TOWER 200 VESEY STREET NEW YORK NY 10285 |
| FIRST DATA CORPORATION | ATTN: GENERAL COUNSEL N/A 2121 NORTH 117TH ST NP-30 OMAHA NE 68164 |
| FIRST DATA CORPORATION | ATTN: GENERAL COUNSEL N/A FIRST DATA CORP. 2121 NORTH 117TH ST NP-30 OMAHA NE 68164-3600 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | DEUTSCHE BANK NATIONAL TRUST CY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| FIRST INTERNATIONAL BANK OF ISRAEL | SHALOM TOWER 9 AHAD HA#APPOSAM STREET P.O.B. 29036 TEL AVIV 61290 ISRAEL |
| FIRST INTERNATIONAL BANK OF ISRAEL | ATTN:  AVNER MARGALIT SHALOM TOWER 9 HA'AM ST., TEL AVIV 65251 ISRAEL |
| FIRST MERIT BANK NA | 3 CASCADE PLAZA AKRON OH 44308-1103 |
| FIRST MIDWEST BANK | ONE PIERCE PLACE, SUITE 1500 P.O. BOX 4169 ITASCA IL 60143-4169 |
| FIRST PUERTO RICO AAA PORTFOLIO TARGET MATURITY FU | SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO AAA TARGET MATURITY FUND II INC | SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNI | SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNI | FRANK SERRA, VP OPERATIONS #AMPER ADMINISTRATION SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNI | SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |

| Claim Name | Address Information |
|---|---|
| FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNI | FRANK SERRA, VP OPERATIONS #AMPER ADMINISTRATION SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX ADVANTAGED TARGET MATURITY F | SANTANDER ASSET MANAGEMENT FIRST P.R. TAX-ADVANTAGED TARGT MAT. FUND I INC. SUITE 1600, SANTADER TOWER, B-7 TABONUCO SREET GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX ADVANTAGED TARGET MATURITY F | SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX ADVANTAGED TARGET MATURITY F | FRANK SERRA, VP OPERATIONS #AMPER ADMINISTRATION SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX EXEMPT FUND | SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX EXEMPT FUND | FRANK SERRA, VP OPERATIONS #AMPER ADMINISTRATION SANTANDER ASSET MANGEMENT C/O FIRST PUERTO FICO TA FIRST PUERTO FICO TAX EXEMPT FUND, INC. STE 1600 SANTANDER TOWER, B-7 TABONUCO ST. GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX EXEMPTTARGET MATURITY FUND V | SANTANDER ASSET MANAGEMENT FIRST PR TAX-EXEMPT TARGT MAT FUND V SUITE 1600, SANTADER TOWER, B-7 TABONUCO SREET GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST PUERTO RICO TAX-EXEMPT TARGET MATURITY FUND | FRANK SERRA, VP OPERATIONS SANTANDER ASSET MANAGEMENT FIRST PR TAX-EXEMPT TARGT MAT FUND V SUITE 1600, SANTANDER TOWER, B-7 TABONUCO SREET GUAYNABO PR 00968-3028 PUERTO RICO |
| FIRST TENNESSEE BANK NA | 4000 HORIZON WAY IRVING TX 75063 |
| FIRSTBANK OF PUERTO RICO | 1519 PONCE DE LEON, STOP 23 PO BOX 9146 SAN JUAN PR 00908-0146 |
| FIRSTCARIBBEAN INTERNATIONAL BANK (BAHAMAS) LTD | C/O FIRSTCARIBBEAN INTERNATIONAL BANK LIMITED HEAD OFFICE P.O. BOX 503 WARRENS, ST. MICHAEL B822026 BARBADOS |
| FIRSTCARIBBEAN INTERNATIONAL BANK (BAHAMAS) LTD | ATTN: MARTIN GRIFFITHS, MICHELE HUNT C/O CIBC COMMERCE COURT WEST, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| FIRSTENERGY CORP | 76 S. MAIN STREET AKRON OH 44308 |
| FIRSTENERGY SOLUTIONS CORP | 388 S. MAIN STREET SUITE 500 AKRON OH 44311-4407 |
| FIRSTENERGY SOLUTIONS CORP. | ATTN: WHOLESALE CONTRACT ADMINISTRATION MAIL STOP A-WAL-B2 341 WHITE POND DR. AKRON OH 44320 |
| FIRSTENERGY SOLUTIONS CORP. | WHOLESALE CONTRACT ADMINISTRATION 395 GHENT ROAD AKRON OH 44333 |
| FIRSTRUST SAVINGS BANK | FIRSTRUST SAVINGS BANK 15 EAST RIDGE PIKE CONSHOHOKEN, PA PA 19428 |
| FISHERMAN'S LANDING ASSOCIATES | FISHERMAN'S LANDING ASSOCIATES FIRST CAPITAL CORPORATION 1350 OLD FREEPORT ROAD, PITTSBURGH PA 15238 |
| FISHERMAN'S LANDING ASSOCIATES | FIRST CAPITAL CORPORATION 1350 OLD FREEPORT ROAD, PITTSBURGH PA 15238 |
| FISHERMAN'S LANDING ASSOCIATES, LTD., | C/O NDC REALTY INVESTMENTS, INC. 44 15 FIFTH AVENUE ATTENTION:  BILL BALSINGER PITTSBURGH PA 15213 |
| FISHERMAN'S LANDING ASSOCIATES, LTD., | FIRST CAPITAL CORPORATION 1350 OLD FREEPORT ROAD SUITE 3A PITTSBURGH PA 15238 |
| FISHERMANS LANDING ASSOCIATES INC | ATTN: NICHOLAS PICARSIC C/O FIRST CAPITAL CORPORATION 1350 OLD FREEPORT RD, SUITE 3A PITTSBURGH PA 15238 |
| FIXED INCOME SHARES (SERIES R) | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FLA COMMUNITY SERV CORP-WALTON | 70 LOGAN LN. SANTA ROSA BEACH FL 32459 |
| FLAC HOLDINGS LLC | ATTN: SURVEILLANCE XL CAPITAL ASSURANCE INC. 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| FLAC HOLDINGS LLC | FLAC HOLDINGS LLC 700 STATE ROUTE 46 EAST BATESVILLE IN 47006 |
| FLAC HOLDINGS LLC | ATTN: CHUCK RUSSELL 700 STATE ROUTE 46 EAST BATESVILLE IN 47006 |
| FLAGSTONE REINSURANCE HOLDINGS LTD | FLAGSTONE REINSURANCE HOLDINGS LIMITED CRAWFORD HOUSE 23 CHURCH STREET HAMILTON HM 11 BERMUDA |
| FLAGSTONE REINSURANCE HOLDINGS LTD | ATTN: LESLEY COX, CAO CRAWFORD HOUSE HAMILTON HM 11 BERMUDA |

| Claim Name | Address Information |
|---|---|
| FLAGSTONE REINSURANCE HOLDINGS LTD | LESLEY COX, CAO FLAGSTONE REINSURANCE HOLDINGS LIMITED CRAWFORD HOUSE 23 CHURCH STREET HAMILTON HM 12 BERMUDA |
| FLAHERTY & CRUMRINE/CLAYMORE PREFERRED | SECURITIES INCOME FUND INC. ATTN: BRADFORD STONE 301 E. COLORADO BLV.D – SUITE 720 PASADENA CA 91101 |
| FLAHERTY & CRUMRINE/CLAYMORE TOTAL RETURN FUND INC | ATTN: BARDFORD STONE 301 E. COLORADO BLVD., SUITE 720 PASADENA CA 91101 |
| FLATROCK TRUST | ATTN: CORPORATE TRUST DEPARTMENT C/O MONTREAL TRUST COMPANY OF CANADA 100 UNIVERSITY AVENUE 9TH FLOOR, NORTH TOWER TORONTO ON M5J 2Y1 CANADA |
| FLETCHER ALLEN HEALTH CARE, VERMONT | C/O MEDICAL CENTER HOSPITAL OF VERMONT COLCHESTER AVENUE BURLINGTON 5401 |
| FLETCHER FIXED INCOME ALPHA FUND LTD | FLETCHER FIXED INCOME ALPHA FUND, LTD. C/O FLETCHER ASSET MANAGEMENT, INC. 48 WALL STREET NEW YORK NY 10005 |
| FLEXIFUND ABSOLUTE RETURN BALANCED | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FLEXIFUND ABSOLUTE RETURN BALANCED | ATTN: DIDIER LAMBERT/PATRICK FAETH FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 19 RUE ALDRIGEN LUXEMBOURG L1123 LUXEMBOURG |
| FLF ABSOLUTE RETURN BALANCED | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FLF ABSOLUTE RETURN BALANCED | FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 14 RUE ALDRIGEN LUXEMBOURG L1118 LUXEMBOURG |
| FLF ABSOLUTE RETURN GROWTH | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FLF ABSOLUTE RETURN GROWTH | ATTN: DIDIER LAMBERT/PATRICK FAETH FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 14 RUE ALDRIGEN LUXEMBOURG L1118 LUXEMBOURG |
| FLF ABSOLUTE RETURN STABILITY | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FLF ABSOLUTE RETURN STABILITY | ATTN: DIDIER LAMBERT/PATRICK FAETH FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 15 RUE ALDRIGEN LUXEMBOURG L1119 LUXEMBOURG |
| FLF OPPORTUNITY WORLD | ATTN: DIDIER LAMBERT/PATRICK FAETH FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 17 RUE ALDRIGEN LUXEMBOURG L1121 LUXEMBOURG |
| FLOATING RATE PORTFOLIO | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| FLOATING RATE PORTFOLIO | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| FLORIDA (STATE OF) RETIREMENT SYSTEM PENSION PLAN | HERMITAGE CENTER TALLAHASSEE FL 32308 |
| FLORIDA (STATE OF) RETIREMENT SYSTEM PENSION PLAN | ATTN: CHIEF INVESTMENT OFFICER, FIXED INCOME HERMITAGE CENTER 1801 HERMIATE BLVD. 5TH FLOOR TALLAHASSEE FL 32308 |
| FLORIDA (STATE OF) RETIREMENT SYSTEM PENSION PLAN | 1801 HERMITAGE BOULEVARD-SUITE 100 TALLAHASSEE FL 32308 |
| FLORIDA GULF COAST UNIVERSITY | 10501 FGCU BOULEVARD SOUTH FORT MYERS FL 33965-6565 |
| FLORIDA POWER & LIGHT COMPANY | C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FLORIDA POWER & LIGHT COMPANY | ATTN: CONTRACTS/LEGAL C/O ENERGY MARKETING & TRADING DIVISION MAIL STOP EMT/JB, 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FLUOR CORPORATION MASTER RETIREMENT TRUST | ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| FLUOR CORPORATION MASTER RETIREMENT TRUST | LEGAL COUNSEL ABERDEEN ASSET MANAGEMENT INC 1735 MARKET STREET 37TH FLOOR PHILADELPHIA PA 19103 |
| FOCHT, DEBORAH E | AKERMAN SENTERFITT LESLIE A. UTIGER, ESQ. (ATTORNEY ON BEHALF OF BNC MORTGAGE, INC.) 401 E, JACKSON STREET. SUITE 1700 TAMPA FL 33602 |
| FOCHT, DEBORAH E | 530 E LAUREL ROAD NOKOMIS FL 34275 |
| FON FINECO OPTIMUM, FI | IBANEZ DE BILBAO 9 – BAJO BILBAO 48009 SPAIN |
| FONCAIXA GARANTIA EUROPA PROTECCION IV FI | INVERCAIXA GESTION S.G.I.I.C., S.A. AV DIAGONAL 621 TORRE 2 7 BARCELONA SPAIN |
| FONCAIXA GARANTIA NAPOLEAN FI | INVERCAIXA GESTION S.G.I.I.C., S.A. AV DIAGONAL 621 TORRE 2 7 BARCELONA SPAIN |

| Claim Name | Address Information |
|---|---|
| FONDBARCLAYS SOLIDEZ V, FONDO DE PENSIONES | PLAZA DE COLON, 1 MADRID 28046 SPAIN |
| FONDO PENSIONE PER IL PERSONALE DELLA BANCA DI ROM | VIALE R.R. PEREIRA 97 ROMA 136 ITALY |
| FONDS VOOR GEMENE REKENING BEROEPSVERVOER – EURO G | DURATION BONDS C/O GRANTHAM, MAYO, VAN OTTERLOO 40 ROWES WHARF BOSTON MA 02110 |
| FONDS VOOR GEMENE REKENING BEROEPSVERVOER – GLOBAL | INCOME PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| FONDUERO CAPITAL GARANTIZADO 6 | GESDUERO S.G.I.I.C., S.A. CALLE VELAZQUEZ, 82 MADRID 28001 SPAIN |
| FOOTHILLS PIPE LINES (SOUTH BC) LTD | 450 – 1 STREET SW CALGARY AB T2P 5H1 CANADA |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: STRUCTURED FINANCE SERVICES C/O THE BANK OF NEW YORK 101 BARCLAY STREET FLOOR 8 WEST NEW YORK NY 10286 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: CORPORATE TRUST DEPARTMENT C/O U.S. BANK TRUST NATIONAL ASSOCIATION 300 DELAWARE AVENUE, NINTH FLOOR WILMINGTON DE 19801 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: SECURITIZATION OPERATIONS SUPERVISOR FORD MOTOR CREDIT COMPANY LLC ONE AMERICAN ROAD, SUITE 801-C1 DEARBORN MI 48126 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | ATTN: CORPORATE SECRETARY FORD MOTOR CREDIT COMPANY LLC DEARBORN MI 48126 |
| FORD GLOBAL TREASURY, INC. | FORD MOTOR COMPANY ONE AMERICAN ROAD DEARBORN MI 48126 |
| FORD GLOBAL TREASURY, INC. | ATTN: ERIN RHODE FORD MOTOR COMPANY ONE AMERICAN ROAD DEARBORN MI 48126 |
| FORD MASTER TRUST LONG DURATION | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1558 385 E. COLORADO BLVD PASADENA CA 91101 |
| FORD MOTOR COMPANY DEFINED BENEFIT MASTER TRUST | ATTN: VIDYA KRISHNAMACHER FORD MOTOR COMPANY ONE AMERICAN ROAD DEARBORN MI 48126-2701 |
| FORD MOTOR COMPANY MASTER TRUST | 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| FORD MOTOR CREDIT COMPANY | ONE AMERICAN ROAD DEARBORN MI 48126 |
| FORD MOTOR CREDIT COMPANY | ATTN: ASSISTANT TREASURER FORD MOTOR CREDIT COMPANY – TREASURER#APPOSS OFFIC ONE AMERICAN ROAD DEARBORN MI 48126 |
| FORE CONVERTIBLE MASTER FUND LTD | 280 PARK AVENUE 43RD FLOOR NEW YORK NY 10017 |
| FORE ERISA FUND, LTD | C/O WALKERS SPV LIMITED PO BOX 908 GT WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| FORE ERISA FUND, LTD | ATTN: HENRY TROY 280 PARK AVENUE 43RD FLOOR NEW YORK NY 10017 |
| FORE MULTI STRATEGY MASTER FUND, LTD | C/O SEWARD & KISSEL LP ATTN: LAURIE R. BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| FORE RESEARCH AND MANAGEMENT, LP | MICHAEL COLINS MAN MAC 1 LTD. C/O ARGONAUT LIMITED ARGONAUT HOUSE 5 PARK ROAD HAMILTON HM 09 BERMUDA |
| FORE RESEARCH AND MANAGEMENT, LP | ATTN: MICHAEL COLINS MAN MAC 1 LTD. C/O ARGONAUT LIMITED ARGONAUT HOUSE 5 PARK ROAD HAMILTON HM09 BERMUDA |
| FORE RESEARCH AND MANAGEMENT, LP | FOR NOTICES MANDATORY COPY TO BE SENT TO: MAN INVESTMENTS AG ETZELSTRESSE 27 8808 PFAFFIKON, SZ SWITZERLAND |
| FORE RESEARCH AND MANAGEMENT, LP | HEAD OF PRODUCT STRUCTURING FOR NOTICES MANDATORY COPY TO BE SENT TO: MAN INVESTMENTS AG ETZELSTRESSE 27 8808 PFAFFIKON, SZ SWITZERLAND |
| FORE RESEARCH AND MANAGEMENT, LP | ATTN: HEAD OF PRODUCT STRUCTURING MAN INVESTMENTS AG ETZELSTRESSE 27 8808 PFAFFIKON, SZ SWITZERLAND |
| FORE RESEARCH AND MANAGEMENT, LP | 280 PARK AVENUE , 43RD FLOOR NEW YORK NY 10017 |
| FORE RESEARCH AND MANAGEMENT, LP | HENRY TOY 280 PARK AVENUE , 43RD FLOOR NEW YORK NY 10017 |
| FOREST CITY CAPITAL CORPORATION | ED PELAVIN 50 PUBLIC SQUARE, SUITE 1360 CLEVELAND OH 44113 |
| FOREST CITY CAPITAL CORPORATION | SALLY INGBERG 1170 TERMINAL TOWER 50 PUBLIC SQUARE CLEVELAND OH 44113-2203 |
| FOREST CREEK APARTMENTS | FOREST CREEK APARTMENTS 369 SAN MIGUEL DRIVE SUITE 135 NEWPORT BEACH CA 92660 |
| FOREST CREEK APARTMENTS | 369 SAN MIGUEL DRIVE SUITE 135 NEWPORT BEACH CA 92660 |
| FOREX CAPITAL MARKETS LLC | ATTN: KEN GROSSMAN FINANCIAL SQUARE – 32 OLD SLIP, 10TH FLOOR NEW YORK NY 10005 |
| FOREX CAPITAL MARKETS LLC | ATTN: DAVID S. SASSOON – GENERAL COUNSEL FINANCIAL SQUARE 32 OLD SLIP, 10TH |

| Claim Name | Address Information |
|---|---|
| FOREX CAPITAL MARKETS LLC | FLOOR NEW YORK NY 10005 |
| FOREX CAPITAL MARKETS, LLC | ATTN: GENERAL COUNSEL 32 OLD SLIP, 10TH FLOOR NEW YORK NY 10005 |
| FORSTA AP-FONDEN | P.O. BOX 16294 SE-103 25 STOCKHOLM VISITORS: SKEPPSBRON 2 SWEDEN |
| FORT DEARBORN LIFE INSURANCE COMPANY | C/O COLLEEN N. WERTZ 1020 WEST 31ST STREET DOWNERS GROVE IL 60515-5591 |
| FORT WASHINGTON ACTIVE FIXED INCOME LLC | EILEEN BANNON, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| FORT WASHINGTON ACTIVE FIXED INCOME LLC | IRENA GOLDSTEIN, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| FORT WASHINGTON ACTIVE FIXED INCOME LLC | WESTERN & SOUTHERN FINANCIAL GROUP ATTN: JEFFREY STAINTON, COUNSEL – INVESTMENTS 400 BROADWAY CINCINNATI OH 45202 |
| FORT WASHINGTON ACTIVE FIXED INCOME LLC | ATTN: HOWARD LODGE; DAN CARTER FORT WASHINGTON INVESTMENT ADVISORS, INC. 303 BROADWAY CINCINNATI OH 45202 |
| FORT WASHINGTON ACTIVE FIXED INCOME LLC | ATTN: HOWARD LODGE; DAN CARTER / WITH A COPY TO WESTERN #AMPER SOUTHERN FINANCIAL G FORT WASHINGTON INVESTMENT ADVISORS, INC. 303 BROADWAY CINCINNATI OH 45202 |
| FORT WASHINGTON FIXED INCOME ALPHA LLC | ATTN: JEFFREY MEEK 303 BROADWAY, SUITE 1200 CINCINNATI OH 45202 |
| FORT WASHINGTON FIXED INCOME ALPHA LLC | WESTERN 400 BROADWAY CINCINNATI OH 45202-3312 |
| FORTIS BANK | BGL SA, ATTN: ANNMARIE JUNG 50, AVENUE JF KENNEDY LUXEMBOURG L-2951 |
| FORTIS BANK | WARANDEBERG 3 BRUSSEL 1000 |
| FORTIS BANK (NEDERLAND) N.V. | ROKIN 55, 1012 KK AMSTERDAM NETHERLANDS |
| FORTIS BANK (NEDERLAND) N.V. | INCORPORATED AT PRINS BERNHARDPLEIN 200 AMSTERDAM 1097 JB NETHERLANDS |
| FORTIS BANK (NEDERLAND) N.V. | FORTIS BANK (NEDERLAND) NV ROKIN 55 AMSTERDAM 1012 KK THE NETHERLANDS |
| FORTIS BANK AS | FORTIS BANK AS RUE ROYALE 20 BRUSSELS 1000 BELGIUM |
| FORTIS BANK NV | WARANDEBERG 3 BRUSSEL 1000 BELGIUM |
| FORTIS BANK NV | BGL SA ATTN: ANNEMARIE JUNG 50, AVENUE JF NKENNEDY LUXEMBOURG L-2951 |
| FORTIS BANK NV/SA | MONTAGNE DU PARC, 3 BRUSSELS 1000 BELGIUM |
| FORTIS BANK NV/SA | ATTN: H. VAN VERRE WARANDEBERG 3 BRUSSELS 1000 BELGIUM |
| FORTIS BANK NV/SA | H. VAN VERRE WARANDEBERG 3 BRUSSELS 1000 BELGIUM |
| FORTIS BANK NV/SA | ATTN: HILDE VAN VERRE/VERONIQE DE SCHEPPER MONTAGNE DU PARC, 3 BRUSSELS 1000 BELGIUM |
| FORTIS BANK NV/SA | ANNMERIE JUNG AND PHILIP STEEGMANS MONTAGNE DE PARC, 3 BRUSSELS |
| FORTIS BANK NV/SA | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 1201 F. ST. N.W. SUITE 1100 WASHINGTON DC 20004 |
| FORTIS BANK NV/SA (EFET POWER) | 3, MONTAGNE DU PARC BRUSSELS 1000 BELGIUM |
| FORTIS BANQUE LUXEMBOURG SA | 50 AVENUE J.F. KENNEDY LUXEMBOURG L-2951 GERMANY |
| FORTIS BANQUE LUXEMBOURG SA | BANQUE GENERALE DU LUXEMBOURG S.A. LUXEMBOURG L-2951 LUXEMBOURG |
| FORTIS ENERGY MARKETING & TRADING | 1100 LOUISIANA, SUITE 4900 HOUSTON TX 77002 |
| FORTIS ENERGY MARKETING & TRADING GP | ATTN: JEFFREY GOLLOMP 1100 LOUISIANA STREET SUITE 4900 HOUSTON TX 77002 |
| FORTIS FINANCE NV | ARCHIMEDESLAAN 6 UTRECHT, BA 3584 NETHERLANDS |
| FORTIS L FUND BOND WORLD | C/O FORTIS INVESTMENT MANAGEMENT NV STERREKUNDELAAN 14 BRUSSELS 1210 BELGIUM |
| FORTIS SOLUTIONS TACTICAL STRATEGY | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FORTIS SOLUTIONS TACTICAL STRATEGY | ATTN: DIDIER LAMBERT/PATRICK FAETH FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 14 RUE ALDRIGEN LUXEMBOURG L1118 LUXEMBOURG |
| FORTIS SOLUTIONS TACTICAL STRATEGY GROWTH | FORTIS INVESTMENT MANAGEMENT NV/SA AVENUE DE L 'ASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FORTIS SOLUTIONS TACTICAL STRATEGY GROWTH | FORTIS INVESTMENT MANAGEMENT LUXEMBOURG 16 RUE ALDRIGEN LUXEMBOURG L1120 LUXEMBOURG |
| FORTIS/CSA L COMMODITY WORLD | AVENUE DE L#APPOSASTRONOMIE 14 BRUSSELS 1210 BELGIUM |
| FORTISSIMO FUND | ATTN: MS. ANGELA MCKILLEN, DIRECTOR OF OPERATIONS FORTISSIMO FUND C/O SYMPHONY ASSET MANAGEMENT LLC 555 CALIFORNIA STREET, SUITE 2975 SAN FRANCISCO CA 94104 |

| Claim Name | Address Information |
|------------|---------------------|
| FORTISSIMO FUND | MS. ANGELA MCKILLEN, DIRECTOR OF OPERATIONS FORTISSIMO FUND C/O SYMPHONY ASSET MANAGEMENT LLC 555 CALIFORNIA STREET, SUITE 2975 SAN FRANCISCO CA 94104 |
| FORTISSIMO FUND | BNY ALTERNATIVE INVESTMENT SERVICES SAN FRANCISCO CA 94105 |
| FORTISSIMO FUND | MR. PARTA TOSIN WITH A COPY TO: BNY ALTERNATIVE INVESTMENT SERVICES SAN FRANCISCO CA 94105 |
| FORTNER MARITAL TRUST | STEVE FORTNER TRUSTEE 1260 ST IVES PLACE LOS ANGELES CA 90069-1703 |
| FORTRESS INV GROUP LLC /FORTRESS INV FD V (FUND A) | FIG LLC 1345 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10105 |
| FORTRESS INV GROUP LLC /FORTRESS INV FD V (FUND A) | ATTN: LINH HA FIG LLC 1345 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10105 |
| FORTRESS INVESTMENT FUND III (COINVESTMENT FUND A) | SUZANNE LOVETT ESQ SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| FORTRESS INVESTMENT FUND III (COINVESTMENT FUND A) | C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105 |
| FORTRESS INVESTMENT FUND III (COINVESTMENT FUND B) | SUZANNE LOVETT ESQ SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| FORTRESS INVESTMENT FUND III (COINVESTMENT FUND B) | C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105 |
| FORTRESS INVESTMENT FUND III (COINVESTMENT FUND C) | SUZANNE LOVETT ESQ SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| FORTRESS INVESTMENT FUND III (COINVESTMENT FUND C) | C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105 |
| FORTRESS INVESTMENT FUND III (COINVESTMENT FUND D) | SUZANNE LOVETT ESQ SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQ NEW YORK NY 10036 |
| FORTRESS INVESTMENT FUND III (COINVESTMENT FUND D) | C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105 |
| FORTRESS INVESTMENT FUND V (COINVESTMENT FUND A) L | FIG LLC 1345 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10105 |
| FORTRESS INVESTMENT FUND V (COINVESTMENT FUND A) L | ATTN: DEMETRIOS TSERPELIS FORTRESS INVESTMENT FUND V (COINVESTMENT FUND A) LP FIG LLC 1345 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10105 |
| FORTRESS INVESTMENT FUND V (FUND A) LP | SUZANNE LOVETT ESQ SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQ NEW YORK NY 10036 |
| FORTRESS INVESTMENT FUND V (FUND A) LP | C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105 |
| FORTRESS INVESTMENT GROUP LLC | 1345 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10105 |
| FORTRESS MORTGAGE OPPORTUNITIES MASTER FUND SERIES | C/O FORTREE MORTGAGE OPPORTUNITES ADVISORS LLC ATTN: GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS 47TH FLOOR NEW YORK NY 10105 |
| FOUNDATION OF THE CATHOLIC DIOCESE OF COLUMBUS, OH | MORGAN, LEWIS & BOCKIUS LLP ATTN: ROBERT MENDELSON 101 PARK AVENUE NEW YORK NY 10178 |
| FOUNDATION OF THE CATHOLIC DIOCESE OF COLUMBUS, OH | ATTN: JENNIFER DAMIANO 1071 S HIGH ST. COLUMBUS OH 43206 |
| FOUR CORNERS FOUR CORNERS SENIOR FLOATING RATE INC | ATTN: JEFF TRAVERS CC: PFPC TRUST COMPANY PHILADELPHIA PA 19103-7094 |
| FOUR CORNERS FOUR CORNERS SENIOR FLOATING RATE INC | CC: FIRST TRUST ADVISORS L.P. LISLE IL 60532 |
| FOUR CORNERS FOUR CORNERS SENIOR FLOATING RATE INC | ATTN: CHRISTINE YEE 515 S. FLOWER STREET, SUITE 4310 LOS ANGELES CA 90071 |
| FOXCROFT ACADEMY | ADDRESS FOR NOTICES TRUSTEES OF FOXCROFT ACADEMY 975 WEST MAIN STREET DOVER-FOXCROFT ME 04426 |
| FOXCROFT ACADEMY | ATTN: DR. RAY WEBB TRUSTEES OF FOXCROFT ACADEMY 975 WEST MAIN STREET DOVER-FOXCROFT ME 04426 |
| FOXCROFT ACADEMY | ATTN: DONNA HATHAWAY TRUSTEES OF FOXCROFT ACADEMY 975 WEST MAIN STREET DOVER-FOXCROFT ME 04426 |

| Claim Name | Address Information |
|---|---|
| FOXCROFT ACADEMY | ATTN: SHIRLEEN VAINIO TRUSTEES OF FOXCROFT ACADEMY 975 WEST MAIN STREET DOVER-FOXCROFT ME 04426 |
| FPCM INFLATION-LINKED OPPORTUNITIES FUND | C/O WALKERS SPV LIMITED P.O. BOX 908GT, WALKERS HOUSE, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| FPCM INFLATION-LINKED OPPORTUNITIES FUND | ATTN: MICHAEL BAEK FIRST PRINCIPLES CAPITAL MANAGEMENT LLC 140 BROADWAY, 18TH FLOOR NEW YORK NY 10005 |
| FPL ENERGY POWER MARKETING, INC | ATTN: CONTRACTS/LEGAL FPL POWER MARKETING, INC. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FPL ENERGY POWER MARKETING, LLC F/K/A | FPL ENERGY POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FR ACQ CORP EUROPE LTD | FIRTH HOUSE P O BOX 644, MEADOWHALL ROAD SOUTH YORKSHIRE, SHEFFIELD S9 1JD UNITED KINGDOM |
| FRANCISCAN AT ST. LEONARD K/ N/ A ST. LEONARD | 8100 CLYO ROAD CENTERVILLE OH 45458 |
| FRANCISCAN AT ST. LEONARD K/ N/ A ST. LEONARD | 8100 CLYO ROAD CENTERVILLE, OH OH 45458 |
| FRANCISCAN SISTERS OF CHRISTIAN CHARITY HEALTHCARE | 18000 W. SARAH LANE, SUITE 140 BROOKFIELD WI 53005-5843 |
| FRANDZEL ROBINS BLOOM & CSATO, L.C. | 17F 6500 WILSHIRE BOULEVARD LOS ANGELES CA 90048-4920 |
| FRANK M. PARIS | 103 CHICHESTER ROAD NEW CANAAN CT 06840 |
| FRANK RUSSELL INVESTMENT (IRELAND) LIMITED | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| FRANK RUSSELL MULTI-STRATEGY GLOBAL BOND FUND | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1457 385 E. COLORADO BLVD. PASADENA CA 91101 |
| FRANK RUSSELL US BOND FUND | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1488 385 E. COLORADO BLVD. PASADENA CA 91101 |
| FRANKLIN COUNTY PUD | 1411 WEST CLARK P.O. BOX 2407 PASCO WA 99302 |
| FRANKLIN LOW DURATION TOTAL RETURN FUND | C/O MICHAEL J. CORDONE, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103 |
| FRANKLIN LOW DURATION TOTAL RETURN FUND | C/O FRANKLIN ADVISERS, INC. ONE FRANKLIN PARKWAY SAN MATEO CA 94403 |
| FRANKLIN SAVINGS BANK | ATTN: RON MAGOON 387 CENTRAL STREET P.O. BOX 339 FRANKLIN NH 03235 |
| FRANKLIN TEMPLETON INVESTMENT FUNDS – TEMPLETON GL | FUND C/O FRANKLIN ADVISERS, INC. ONE FRANKLIN PARKWAY SAN MATEO CA 94403 |
| FRANKLIN TEMPLETON INVESTMENTS | C/O FRANKLIN ADVISERS, INC. ONE FRANKLIN PARKWAY SAN MATEO CA 94403 |
| FRANKLIN TOTAL RETURN FUND | C/O MICHAEL J. CORDONE, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103 |
| FRANKLIN TOTAL RETURN FUND | C/O FRANKLIN ADVISERS, INC. ONE FRANKLIN PARKWAY SAN MATEO CA 94403 |
| FRANKLIN UNITED METHODIST HOME | 1070 WEST JEFFERSON ST. FRANKLIN 46131 |
| FRANKLIN W. OLIN COLLEGE OF ENGINEERING, INC | OLIN WAY NEEDHAM MA 02492-1200 |
| FREDDIE MAC FOUNDATION INC | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| FREDDIE MAC FOUNDATION INC | DELAWARE MANAGEMENT BUSINESS TRUST 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| FREDDIE MAC FOUNDATION INC | DELAWARE MANAGEMENT BUSINESS TRUST 2005 MARKET ST # 39 PHILADELPHIA PA 19103-7094 |
| FREDERICK FERRIS THOMPSON HOSPITAL, THE | ATTN: CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA NY 14424 |
| FREEDOM FORUM INC | 555 PENNSYLVANIA AVE., N.W. WASHINGTON DC 20001 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUCH CHURCH ST GRAND CAYMAN CAYMAN ISLANDS |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: CHUI NG AND SURVEILLANCE MONITORING C/O STANDARD 55 WATER STREET NEW YORK NY 10041 |

| Claim Name | Address Information |
|---|---|
| FREELAND, JOHN G. | 1241 GULF OF MEXICO DRIVE - 1103 LONGBOAT KEY FL 34228 |
| FREESCALE SEMICONDUCTORS INC | 6501 WILLIAM CANNON DRIVE WEST AUSTIN TX 78735 |
| FREIGHT INVESTOR SERVICES PTE LIMITED | 6 BATTERY ROAD # 24-03 SINGAPORE 049909 SINGAPORE |
| FREMONT HOME LOAN TRUST 2006-E | CLIENT MANAGER - FREEMONT 2006 - E WELLS FARGO BANK N.A. AS TRUST ADMINISTRATOR ON BEHALF OF FREEMONT HOME LOAN TRUST 2006-E COLUMBIA MD 21045 |
| FREMONT HOME LOAN TRUST 2006-E | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| FRIC FIXED INCOME III FUND | C/O DELAWARE INVESTMENTS 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| FRIC MULTI-STRATEGY BOND FUND | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| FRIC RUSSELL COM | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| FRIENDSHIP VILLAGE OF TEMPE | 2645 EAST SOUTHERN AVENUE TEMPE AZ 85282 |
| FROLEY, REVY ALTERNATIVE STRATEGIES MASTER FND LTD | 10850 WILSHIRE BLVD STE 530 LOS ANGELES CA 900244317 |
| FRONT POINT RELATIVE VALUE OPPORTUNITIES FUND, L.P | ATTENTION: HEAD OF OPERATIONS - ERIC MENDELSOHN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| FRONT POINT RELATIVE VALUE OPPORTUNITIES FUND, L.P | HEAD OF OPERATIONS FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND, L.P. TWO GREENWICH PLAZA GREENWICH CT 06830 |
| FRONTIER PENSION PLAN | ATTN: PEHR OLSSON 3 HIGH RIDGE PARK STAMFORD CT 06905 |
| FRONTPOINT GLOBAL EMERGING MARKETS FUND LP | FRONT POINT GLOBAL EMERGING MARKET FUND, L.P. C/O FRONTPOINT PARTNERS LLC TWO GREENWICH PLAZA GREENWICH CT 06830 |
| FRONTPOINT GLOBAL EMERGING MARKETS FUND LP | ATTN: GENERAL COUNSEL FRONT POINT GLOBAL EMERGING MARKET FUND, L.P. C/O FRONTPOINT PARTNERS LLC TWO GREENWICH PLAZA GREENWICH CT 06830 |
| FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND LP | FRONTPOINT PARTNERS, LLC TWO GREENWICH PLAZA GREENWICH CT 06830 |
| FRONTPOINT STRATEGIC CREDIT FUND, L.P. | ATTN: HEAD OF OPERATIONS - ERIC MENDELSOHN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| FRS - CMB13CAMPBELLS SOUP COMPANY RETIREM | PIMCO 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| FSA CREDIT PROTECTION TRUST 265 | FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 265 31 WEST 52ND STREET NEW YORK NY 10019 |
| FSA CREDIT PROTECTION TRUST 283 | FINANCIAL SECURITY ASSURANCE INC. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FSP INVEST F.M.B.A. | AMALIEGADE 27 KOBENHAVN 1256 DENMARK |
| FULLER THEOLOGICAL SEMINARY | 135 NORTH OAKLAND AVENUE PASADENA CA 91182 |
| FULLERTON DRIVE CDO LIMITED | ATTN: DIRECTORS FULLERTON DRIVE CDO LIMITED C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENS GATE HOUSE SOUTH CHURCH ST GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| FULLERTON DRIVE CDO LIMITED | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. GLOBAL 4B NEW YORK NY 10022 |
| FULLERTON DRIVE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| FULTON BANK, SUCCESSOR BY MERGER TO RESOURCE BANK | C/O JOHN R. MERVA, ESQ. ONE PENN CENTER PO BOX 4887 LANCASTER PA 17604 |
| FULTON BANK, SUCCESSOR BY MERGER TO RESOURCE BANK | PAUL PATTERSON, ESQ RE: FULTON BANK STRADLEY RONON, ET AL. 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| FULTON DEKALB HOSPITAL AUTHORITY | 80 JESSE HILL DRIVE, SE. P.O. BOX 26135 ATLANTA GA 30303-3050 |
| FULTON GA (COUNTY OF) | 141 PRYOR ST. ATLANTA GA 30303 |
| FUNDO DE PENSOES | ALAMEDA DR. CARLOS D' ASSUMPCAO NOS. 181-187 CENTRO COMERCIAL BRILHANTISMO, 20TH ANDAR MACAU MACAU |
| FUNDO DE PENSOES | PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC 840 NEWPORT CENTER DRIVE, SUITE 100 ATTN: KEVIN BROADWATER NEWPORT BEACH CA 92660 |
| FXCM ASIA LIMITEDC/O FOREX CAPITAL MARKETS LLCFORE | FOR SECTIONS 5, 6, 11, OR 13, SEND COPY TO: FOREX CAPITAL MARKETS, LLC 32 OLD ISLIP, 10TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| FXCM ASIA LTD | ATTN: DIRECTOR OF TRADING OPERATIONS FXCM ASIA, LTD. C/O FOREX CAPITAL MARKETS, LLC 32 OLD ISLIP, 10TH FLOOR NEW YORK NY 10005 |
| FXCM ASIA LTD | DIRECTOR OF TRADING OPERATIONS FXCM ASIA, LTD. C/O FOREX CAPITAL MARKETS, LLC 32 OLD ISLIP, 10TH FLOOR NEW YORK NY 10005 |
| FXCM ASIA LTD | ATTN: GENERAL COUNSEL FOR SECTIONS 5, 6, 11, OR 13, SEND COPY TO: FOREX CAPITAL MARKETS, LLC 32 OLD ISLIP, 10TH FLOOR NEW YORK NY 10005 |
| FYI FUND LTD. | D. ROSS MARTIN ROPES & GRAY LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| FYI FUND LTD. | C/O BRACEBRIDGE CAPITAL,LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| GA FUND L BOND ACTIVE WORLD TP (SICAN) | 50 AVENUE J.F. KENNEDY G-D-LUXEMBOURG L 2951 GERMANY |
| GABRIEL CAPITAL LP | ATTN: MICHAEL J. ACHILLARRE GABRIEL CAPITAL, L.P. 450 PARK AVENUE, 32ND FLOOR NEW YORK NY 10022 |
| GABRIEL CAPITAL, L.P. | ATTN: J. EZRA MERKIN, GENERAL PARTNER 450 PARK AVENUE NEW YORK NY 10022 |
| GALA GROUP FINANCE LTD | GLEBE HOUSE VICARAGE DRIVE BARKING IG11 7NS UNITED KINGDOM |
| GALAXITE MASTER UNIT TRUST (BLK TICKER: GLX), THE | C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| GALESBURG IL (CITY OF) | P. O. BOX 1387 GALESBURGIL IL 61402-1387 |
| GALLAHER COMMON INVESTMENT FUND | MEMBERS HILL BROOKLANDS ROAD WEYBRIDGE SURREY KT13 0QU UNITED KINGDOM |
| GALLATIN, RONALD L., TTEE | 17061 BROOKWOOD DRIVE BOCA RATON FL 33496 |
| GALLERY QMS MASTER FUND LTD (THE) | 1180 AVENUE OF THE AMERICAS FL 2040 NEW YORK NY 100368401 |
| GANDOLFI INVESTMENTS LLC | 260 LONG RIDGE RD STAMFORD CT 06927 |
| GANDOLFI INVESTMENTS LLC | GANDOLFI INVESTMENTS LLC C/O SCOTT I. CANEL ASSOCIATES 10 S. LASALLE STREET, SUITE 3440 CHICAGO IL 60603 |
| GANDOLFI INVESTMENTS LLC | C/O SCOTT I. CANEL ASSOCIATES 10 S. LASALLE STREET, SUITE 3440 CHICAGO IL 60603 |
| GANNETT CO, INC | ATTN: MICHAEL A. HART 7950 JONES BRANCH DRIVE MC LEAN VA 22107 |
| GANNETT RETIREMENT PLAN MASTER TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1319 385 E. COLORADO BLVD PASADENA CA 91101 |
| GARLAND BUSINESS | 14 QUAI DU SEUGET GENEVA SWITZERLAND |
| GARLAND BUSINESS | 452 FIFTH AVENUE 6TH FLOOR NEW YORK NY 10018 |
| GASELYS | COLISEE IV – 14, RUE FRUCTIDOR FRANCE |
| GASELYS | ATTN: HEAD OF CREDIT RISK COLISEE IV – 14, RUE FRUCTIDOR FRANCE |
| GASTON CHRISTIAN SCHOOL | 1625 LOWELL-BETHESDA ROAD GASTONIA 28056 |
| GASTON CHRISTIAN SCHOOL, INC. | C/O MOSES & SINGER LLP ATTN: ALAN GAMZA AND KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVE NEW YORK NY 10174-1299 |
| GAZPROMBANK MORTGAGE BACKED SECURITIES SERIES 2007 | GAZPROMBANK MORTGAGE FUNDING 2 S.A. SOCIETE ANONYME, R.C.S:B-125.919 1, ALLEE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |
| GAZPROMBANK MORTGAGE FUNDING 2 S.A. | ATTENTION: FREDERIC LAHAYE SOCIETE ANONYME 1, ALLEE SCHEFFER, L-2520 LUXEMBOURG GRAND-DUCHY OF LUXEMBOURG R.C.S. LUXEMBOURD B125.919 LUXEMBOURG |
| GAZPROMBANK MORTGAGE FUNDING 2 S.A. | CLIFFORD CHANCE US LLP ATTENTION: JENNIFER C. DEMARCO ATTENTION: JENNIFER B. PREMISLER 31 W. 52ND STREET NEW YORK NY 10019 |
| GE CAPITAL SERVICIOS ADMINISTRATIVOS SA DE CV | PROLONGACION REFORMA 490 3RD FLOOR MEXICO CITY 01271 MEXICO |
| GE CAPITAL SPA (FORMERLY INTERBANCA SPA) | ATTN: SEGRETERIA GENERALE E AFFARI SOCIETARI CORSO VENEZIA 56 MILAN MI 20121 ITALY |
| GE FINANCIAL MARKETS | ATTN: REJIV MEHRA, GENERAL MANAGER LE POLE HOUSE SHIP STREET GREAT DUBLIN IRELAND |
| GE FINANCIAL MARKETS | GENERAL ELECTRIC CAPITAL CORPORATION ATTN: SENIOR VP – CORPORATE TREASURY & GLOBAL FUND 201 HIGH ROAO STAMFORD CT 06927 |
| GE FINANCIAL MARKETS | GENERAL ELECTRIC CAPITAL CORPORATION 201 HIGH RIDGE ROAD STAMFORD CT 06927 |
| GE LIFE & ANNUITY ASSURANCE/ GE ASSET MANAGEMENT | GE LIFE & ANNUITY ASSURANCE/ GE ASSET MANAGEMENT C/O GENERAL ELECTRIC CAPITAL 260 LONG RIDGE ROAD STAMFORD CT 06927 |

| Claim Name | Address Information |
|---|---|
| GE LIFE & ANNUITY ASSURANCE/ GE ASSET MANAGEMENT | ATTN: SR. VICE PRESIDENT C/O GENERAL ELECTRIC CAPITAL 260 LONG RIDGE ROAD STAMFORD CT 06927 |
| GEMOLOGICAL INSTITUTE OF AMERICA INC | THE ROBERT MOUAWAD CAMPUS 5345 ARMADA DRIVE CARLSBAD CA 92008 |
| GEMSTONE CDO VI LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GEMSTONE CDO VI LTD | ATTN: CDO BUSINESS UNIT – GEMSTONE C/O DEUTCHE BANK TRUST COMPANY AMERICAS 1761 EAST ST. ANDREW#APPOSS PLACE SANTA ANA CA 92705 |
| GENERAL ELECTRIC CAPITAL CORPORATION | 3135 EASTON TURNPIKE FAIRFIELD CT 68280001 |
| GENERAL ELECTRIC CAPITAL CORPORATION | GENERAL ELECTRIC CAPITAL CORPORATION 3135 EASTON TURNPIKE FAIRFIELD CT 06828-0001 |
| GENERAL ELECTRIC CAPITAL CORPORATION | 201 HIGH RIDGE ROAD STAMFORD CT 06927 |
| GENERAL ELECTRIC PENSION TRUST | 3001 SUMMER STREET, P.O. BOX 7900 STAMFORD CT 06904-7900 |
| GENERAL MOTORS ACCEPTANCE CORP | ATTN: SWAP GROUP 767 FIFTH AVENUE 24TH FLOOR NEW YORK NY 10153 |
| GENERAL MOTORS ACCEPTANCE CORP | 3031 WEST GRAND BOULEVARD NEW CENTER ONE, SUITE 695 DETROIT MI 48202 |
| GENERAL MOTORS WELFARE BENEFITS TRUST | GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY 10153 |
| GENERAL MOTORS WELFARE BENEFITS TRUST | ATTN: GENERAL COUNSEL GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY 10153 |
| GENERAL MOTORS WELFARE BENEFITS TRUST | ATTN: MANAGING DIRECTOR, GLOBAL FIXED INCOME GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY 10153 |
| GENERAL MOTORS WELFARE BENEFITS TRUST | ATTN:MANAGING DIRECTOR, NORTH AMERICA FIXED INCOME GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY 10153 |
| GENERAL PENSION FUND OF THE INTERNATIONAL UNION OF | OPERATING ENGINEERS, THE C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W– 1931 385 E. COLORADO BLVD. PASADENA CA 91101 |
| GENERAL RE FINANCIAL PRODUCTSCORPORATION | ATTN: HEAD OF OPERATIONS ROCKEFELLER CENTER 630 FIFTH AVENUE, SUITE 450 NEW YORK NY 10111 |
| GENERALI INVESTMENTS ITALY SPAABSOLUTE RETURN CRED | GENERALI SGR SPA VIA CESARE PAVESE ROME 30500144 ITALY |
| GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1771 385 E. COLORADO BLVD PASADENA CA 91101 |
| GENTILE, JENNIFER L. | 1951 N BISSELL APT 1F CHICAGO IL 60614 |
| GENTILE, JENNIFER L. | JENNIFER L GENTILE 1951 N BISSELL APT 1F CHICAGO IL 60614 |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | GENWORTH LIFE AND ANNUITY INSURANCE COMPANY C/O GENERAL ELECTRIC CAPITAL CORPORATION 260 LONG RIDGE ROAD STAMFORD CT 06927 |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | ATTN: CORPORATE TREASURY; GLOBAL FUNDING OPERATION C/O GENERAL ELECTRIC CAPITAL CORPORATION 260 LONG RIDGE ROAD STAMFORD CT 06927 |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | 6620 W. BROAD ST. RICHMOND VA 23230 |
| GENWORTH LIFE INSURANCE COA/C GENWORTH LIFE INS CO | 6620 W. BROAD ST. RICHMOND VA 23230 |
| GENWORTH LIFE INSURANCE COMPAN Y | C/O GENERAL ELECTRIC CAPITAL CORPORATION 260 LONG RIDGE ROAD STAMFORD CT 06927 |
| GENWORTH LIFE INSURANCE COMPAN Y | GENWORTH LIFE INSURANCE COMPAN Y C/O GENERAL ELECTRIC CAPITAL CORPORATION 260 LONG RIDGE ROAD STAMFORD CT 06927 |
| GENWORTH LIFE INSURANCE COMPAN Y | 6620 W. BROAD ST. RICHMOND VA 23230 |
| GENWORTH LIFE INSURANCE COMPANY OF NEW YORK | BANK OF NEW YORK ONE WALL STREET NEW YORK NY 10286 |
| GENWORTH LIFE INSURANCE COMPANY OF NEW YORK | ATTN: TREASURY MIDDLE OFFICE 6620 W. BROAD ST. RICHMOND VA 23230 |
| GENWORTH VIT – GENWORTH PUTNAM INTERNATIONAL | CAPITAL OPPORTUNITIES FUND PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| GEORGE B KAISER | 6733 S. YALE AVENUE TULSA OK 74136 |
| GEORGE L LINDEMANN JR. DECL OF TRST UAD | 1736 WEST 28TH ST MIAMI FL 33140 |

| Claim Name | Address Information |
|---|---|
| 1-26-04 | 1736 WEST 28TH ST MIAMI FL 33140 |
| GEORGE LINDEMANN FAMILY LP | SERIES 11 C/O GEORGE LINDEMANN 4500 BISCAYNE BLVD MIAMI FL 33137 |
| GEORGE LINDEMANN FAMILY LP | SERIES 11 C/O GEORGE LINDEMANN 4500 BISCAYNE BLVD MIAMI FL 33187 |
| GEORGE PUTNAM FUND OF BOSTON | C/O PUTNAM INVESTMENTS 30 DAN ROAD CANTON MA 02021 |
| GEORGE PUTNAM FUND OF BOSTON | C/O PUTNAM INVESTMENTS ONE BOSTON SQUARE BOSTON MA 02109 |
| GEORGETOWN UNIVERSITY | PO BOX 571217 NW WASHINGTON DC 20057 |
| GEORGETOWN UNIVERSITY | ATTN: SUSAN LIM / CHRISTOPHER AUGOSTINI RYAN ADMINISTRATION BLDG 37TH AND O STREETS, N.W. WASHINGTON DC 20057 |
| GEORGETOWN UNIVERSITY | RYAN ADMINISTRATION BUILDING 37TH AND O STREETS, N.W. WASHINGTON DC 20057 |
| GEORGIA POWER COMPANY | SOUTHERN COMPANY SERVICE, INC. 270 PEACHTREE STREET N. W., SUITE 2000 ATLANTA GA 30303 |
| GEORGIA POWER COMPANY | ATTN: LONG EARL SOUTHERN COMPANY SERVICE, INC. 270 PEACHTREE STREET N. W., SUITE 2000 ATLANTA GA 30303 |
| GEORGIA POWER COMPANY | SOUTHERN COMPANY SERVICES, INC BIN SC 1407 30 IVAN ALLEN JR. BOULEVARD NW ATLANTA GA 30308 |
| GEORGIA POWER COMPANY | ATTN: EARL LONG SOUTHERN COMPANY SERVICE, INC. BIN SC1407 30 IVAN ALLEN JR. BOULEVARD NW ATLANTA GA 30308 |
| GEORGIA-PACIFIC LLC MASTER TRUST FOR EMPLOYEE BENE | C/O LISA DAHLGREN, KOCH COMPANIES PUBLIC SECTOR 4111 E 37TH ST. NORTH WICHITA KS 67220 |
| GERALD B. CRAMER REVOCABLE TRUST | 707 WESTCHESTER AVE WHITE PLAINS NY 10604 |
| GERALD DONINI AND LISA DONINI | 46 FERNWOOD ROAD SUMMIT NJ 07901 |
| GERMANIA STREET, L.L.C | 2020 W 89TH ST STE 320 LEAWOOD KS 662061961 |
| GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE IN | ACTING FOR AND ON BEHALF OF MADRID RENTABILIDAD DUAL IBEX, F.I. ATTN: MR. DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 CP 28046 MADRID 28020 SPAIN |
| GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE IN | ACTING FOR AND ON BEHALF OF CAJA MADRID EXCELLENCE GARANTIZADO, F.I. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 CP 28046 MADRID 28020 SPAIN |
| GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE IN | S.A., ACTING FOR AND ON BEHALF OF ALTAE BRICC, F.I. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 CP 28046 MADRID 28020 SPAIN |
| GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE IN | S.A., ACTING FOR AND ON BEHALF OF ALTAE PRIVATE EQUITY INDEX, F.I. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 CP 28046 MADRID 28020 SPAIN |
| GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE IN | S.A, ACTING FOR AND ON BEHALF OF CAJA MADRID SELECCION FINANCIERA, F.I ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 CP 28046 MADRID 28020 SPAIN |
| GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE IN | S.A., ACTING FOR AND ON BEHALF OF CAJA MADRID IBEX POSITIVO, F.I. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 CP 28046 MADRID 28020 SPAIN |
| GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE IN | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE IN | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| GESMADRID/ALTAE BRIC | GESMADRID, S.G.I.I.C, S.A. PASEO DE LA CASTELLANA, 189 6TH PLANTA MADRID 28046 SPAIN |
| GESTORA BANCAJA SGIIC SAA/C BANCAJA GARANTIZADO | CALLE DEL PINTOR SOROLLA, 4-6A VALENCIA 46002 SPAIN |
| GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S. | SALVADOR IBIZA BEVIA CAJA DE AHORROS DEL MEDITERRANEO AVENIDA OSCAR ESPLA, 37 ALICANTE 03007 SPAIN |
| GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S. | ATTN: MR. SALVADOR IBIZA BEVIA AVENIDA DE ELCHE, 178 CENTRO ADMINISTRATIVO, PLANTA 2 A ALICANTE 03008 SPAIN |
| GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S. | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| GFA I LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ASHURST LLP, ATTN: AMANDA GOEHRING 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLA | STEPHE D LERNER 1095 AVE OF THE AMERICAS 31ST FLOOR NEW YORK NY 10036 |
| GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLA | 7 TIMES SQ FL 42 NEW YORK NY 100366524 |
| GFI BROKERS LTD (UK) | BROADGATE WEST LONDON EC2A 2DQ UNITED KINGDOM |
| GIANTS STADIUM LLC | TIMEX PERFORMANCE CENTER ATTN: CHRISTINE PROCOPS 50 STATE ROUTE 120 EAST RUTHERFORD NJ 07073 |
| GIC REAL RETURN ACCOUNT | GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE LTD 168 ROBINSON ROAD, #37-01 CAPITAL TOWER SINGAPORE 68912 SINGAPORE |
| GIFFORD MEDICAL CENTER | PO BOX 2000 44 SOUTH MAIN STREET RANDOLPH VT 05060 |
| GIFFUNI, MATTHEW | 353 E 83RD ST, #23H NEW YORK NY 10028 |
| GIFFUNI, VINCENT | 2 FOX RUN HO HO KUS NJ 07423 |
| GIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK NY 10022 |
| GIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK NY 10022 |
| GIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK NY 10022 |
| GIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GEGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GILA RIVER POWER, L.P. | DEWEY & LEBOEUF LLP ATTN:  EVAN KOSTER 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GILA RIVER POWER, L.P. | DEWEY & LEBOEUF LLP ATTN: IRENA GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GILA RIVER POWER, L.P. | C/O ENTEGRA POWER GROUP LLC ATTN: JERRY COFFEY 100 S. ASHLEY DRIVE, SUITE 1400 TAMPA FL 33602 |
| GINGA PETROLEUM (SINGAPORE) PTE LTD | 83 CLEMENCEAU AVENUE #15-08 UE SQUARE SINGAPORE 239920 SINGAPORE |
| GLENCORE COMMODITIES LTD | 3 TEMASEK AVENUE HEX 25-01, CENTENNIAL TOWER 39190 SINGAPORE |
| GLENCORE COMMODITIES LTD | ATTN: HEAD OF FINANCE GLENCORE INTERNATIONAL AG BAAREMATTSTRASSE 3 PO BOX 777 BAAR CH-6341 SWITZERLAND |
| GLENCORE COMMODITIES LTD | MARC WEISBERGER 50 BERKELEY STREET LONDON W1J 8HD UNITED KINGDOM |
| GLENCORE COMMODITIES LTD | ATTN: HEAD OF FINANCE 50 BERKLEY STREET LONDON W1J 8HD UNITED KINGDOM |
| GLENCORE COMMODITIES LTD | ATTN: SWAP OPERATIONS 50 BERKLEY STREET LONDON W1J 8HD UNITED KINGDOM |
| GLENCORE COMMODITIES LTD | ATTN: FINANCE DEPARTMENT 301 TRESSER BLVD STAMFORD CT 06901-3244 |
| GLENCORE ENERGY UK LIMITED | MS FENNY SIM/MS SEH KIM FAR/MS KAREN PANG GLENCORE COMMODITIES LTD 3 TEMASEK AVENUE HEX 25-01, CENTENNIAL TOWER [FOR TRANSACTIONS WITH CP#APPOSS SINGAPORE OFFICE] 39190 SINGAPORE |
| GLENCORE ENERGY UK LIMITED | GLENCORE INTERNATIONAL AG BAARERMATTSTRASSE 3 PO BOX 778 BAAR CH-6341 SWITZERLAND |
| GLENCORE ENERGY UK LIMITED | ATTN: HEAD OF FINANCE GLENCORE COMMODITIES LTD 50 BERKELEY STREET LONDON W1J 8HD UNITED KINGDOM |
| GLENCORE ENERGY UK LIMITED | ATTN: SWAP OPERATIONS GLENCORE COMMODITIES LTD 50 BERKELEY STREET LONDON W1J 8HD UNITED KINGDOM |
| GLENCORE ENERGY UK LIMITED | MARC WEISBERGER GLENCORE ENERGY UK LTD 50 BERKELEY STREET LONDON W1J 8HD UNITED KINGDOM |
| GLENCORE ENERGY UK LIMITED | ATTN: FINANCE DEPARTMENT 301 TRESSER BLVD STAMFORD CT 06901-3244 |

| Claim Name | Address Information |
|---|---|
| GLENCORE ENERGY UK LIMITED | ATTN: FINANCE DEPARTMENT GLENCORE COMMODITIES LTD 301 TRESSER BLVD STAMFORD CT 06901-3244 |
| GLG CREDIT FUND | C/O GLG PARTNERS SERVICES LP THE WATERFRONT CENTRE NORTH CHURCH STREETPO BOX 2427 GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GLG CREDIT FUND | HEAD OF CAYMAN OPERATIONS C/O GLG PARTNERS SERVICES LP THE WATERFRONT CENTRE NORTH CHURCH STREETPO BOX 2427 GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GLG CREDIT FUND | ROBERT PRICE, HEAD OF OPERATIONS COPY TO - ONE CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG CREDIT FUND | ATTN: ROBERT PRICE, HEAD OF OPERATIONS GLG PARTNERS LP ONE CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG CREDIT FUND | ATTN: ROBERT PRICE, HEAD OF OPERATIONS COPY TO - ONE CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG EMERGING MARKETS FUND | GLG PARTNERS LP ONE CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG MARKET NEUTRAL FUND | C/O GLG PARTNERS SERVICES LP THE WATERFRONT CENTRE NORTH CHURCH STREET, PO BOX 2427 GEORGE TOWN CAYMAN ISLANDS |
| GLG MARKET NEUTRAL FUND | ATTN: HEAD OF CAYMAN OPERATIONS C/O GLG PARTNERS SERVICES LP THE WATERFRONT CENTRE NORTH CHURCH STREET, PO BOX 2427 GEORGE TOWN CAYMAN ISLANDS |
| GLG MARKET NEUTRAL FUND | WALKER HOUSE 87 MARY STREET KY1-9002 CAYMAN ISLANDS |
| GLITNIR | ISLANDSBANKI HF KIRKJUSANDUR 2 155 REYJAVIK ICELAND |
| GLITNIR BANKI HF | C/O MORRISON & FOERSTER LLP ATTN: JOHN A PINTARELLI, ESQ 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| GLOBAL BANK CORPORATION | GLOBAL BANK CORPORATION APDO 55-1843 PAITILLA PANAMA |
| GLOBAL BANK CORPORATION | DARIO BERBEY / LUIS CASTILLERO GLOBAL BANK CORPORATION APDO 55-1843 PAITILLA REPUBLIC OF PANAMA |
| GLOBAL BOND FUND (#699) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| GLOBAL BOND FUND (#699) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT DRIVE CA 92660 |
| GLOBAL HIGH YIELD BOND FUND | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| GLOBAL INCOME & CURRENCY FUND INC | C/O IQ INVESTMENT ADVISORS LLC 4 WORLD FINANCIAL CENTER. 5TH FLOOR NEW YORK NY 10080 |
| GLOBAL INTEREST RATE FUND LTD | ATTN: MR. RICHARD DEMATTEO LOTSOFF CAPITAL MANAGEMENT 20 NORTH CLARK STREET, 34TH FLOOR CHICAGO IL 60602 |
| GLOBAL INTEREST RATE FUND OF THE LCM GROUP TRUST | LOTSOFF CAPITAL MANAGEMENT 20 N. CLARK STREET CHICAGO IL 60602 |
| GLOBAL MACRO PORTFOLIO | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| GLOBAL MACRO PORTFOLIO | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE | ATTN:LAURIE BINDER, ESQ. C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE | GUSTAVO HERNANDEZ GLOBAL SECURITIES EMERGING MARKETS RELATIVE FUND L.P. C/O GLOBAL SECURITIES ADVISORS,LLC 405 LEXINGTON AVENUE, 41ST FLOOR NEW YORK NY 10174 |
| GLOBAL THEMATIC OPPORTUNITIES FUND LP | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| GLOBAL THEMATIC OPPORTUNITIES FUND LP | JOSEPHS S. MCALINDEN GLOBAL THEMATIC OPPORTUNITIES FUND LP C/O CATALPA CAPITAL, LLC 230 PARK AVENUE, SUITE 863 NEW YORK NY 10169 |
| GLOVER, MICHAEL S & LISA GRAFF, TENANTS-IN-COMMON | 132 BROOKVILLE ROAD GLEN HEAD NY 11545-3300 |
| GM BRENTWOOD LLC, A WASHINGTON LTD LIABILITY CO | C/O GOODMAN FINANCIAL SERVICES ATTN: JOHN GOODMAN 2801 ALASKAN WAY, PIER 70, SUITE 200 SEATTLE WA 98121 |
| GM EMERGING MARKET DEBT POOL | GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| GM EMERGING MARKET DEBT POOL | 10153 |
| GM MORTGAGE OPPORTUNITY POOL | 767 FIFTH AVENUE NEW YORK NY 10153 |
| GM STRUCTURED CREDIT OPPORTUNITY POOL | GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY 10153 |
| GMAC COMMERCIAL HOLDING CAPITAL CORP. | C/O NEWMAN FINANCIAL SERVICES 1801 CALIFORNIA, SUITE 3700 DENVER CO 80202 |
| GMAC COMMERCIAL HOLDING CAPITAL CORP. | GMAC COMMERCIAL HOLDING CAPITAL CORP. C/O NEWMAN FINANCIAL SERVICES 1801 CALIFORNIA, SUITE 3700 DENVER CO 80202 |
| GMAC COMMERCIAL HOLDING CAPITAL CORP. | C/O DAVID RUBIN 9777 WILSHIRE BLVD., #800 BEVERLY HILLS CA 90212 |
| GMAC COMMERCIAL HOLDING CAPITAL CORP. | GMAC COMMERCIAL HOLDING CAPITAL CORP 145 WILLOW CHULA VISTA CA 91910 |
| GMAC INVESTMENT MANAGEMENT LLC | ATTN: SWAP GROUP 767 FIFTH AVENUE 24TH FLOOR NEW YORK NY 10153 |
| GMAC INVESTMENT MANAGEMENT LLC | 767 FIFTH AVENUE 24TH FLOOR NEW YORK NY 10153 |
| GMAC INVESTMENT MANAGEMENT LLC | ATTN: SWAP GROUP COPY TO:  GMAC LLC 24TH FLOOR NEW YORK NY 10153 |
| GMAC INVESTMENT MANAGEMENT LLC | GMAC INVESTMENT MANAGEMENT LLC 767 FIFTH AVENUE 24TH FLOOR NEW YORK NY 10153 |
| GMAC INVESTMENT MANAGEMENT LLC | ATTN: SWAP GROUP GMAC LLC 767 FIFTH AVENUE 24TH FLOOR NEW YORK NY 10153 |
| GMAC INVESTMENT MANAGEMENT LLC | 200 RENAISSANCE CENTER MAIL CODE:  482-B12-C24 DETROIT MI 48265-2000 |
| GMAC INVESTMENT MANAGEMENT LLC | ATTN: SWAPS ADMINISTRATION GROUP FOR NOTICES OF PAYMENTS AND RATE SETTINGS: GMAC LLC, 200 RENAISSANCE CENTER MAIL CODE:  482-B12-C24 DETROIT MI 48265-2000 |
| GMAC INVESTMENT MANAGEMENT LLC | ATTN: SWAPS ADMINISTRATION GROUP GMAC LLC 200 RENAISSANCE CENTER MAIL CODE: 482-B12-C24 DETROIT MI 48265-2000 |
| GMAM - PROMARK ALTERNATIVE HIGH YIELD BOND FD-GREK | GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION 767 FIFTH AVENUE NEW YORK NY 10153 |
| GMAM - PROMARK INCOME FUND - 7MXK | 767 FIFTH AVENUE NEW YORK NY 10153 |
| GMAM GROUP PENSION TRUST I FOR THE ACCOUNT OF ALTE | CLIFFORD CHANCE US LLP JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GMAM GROUP PENSION TRUST I FOR THE ACCOUNT OF ALTE | BANK LOAN POOL - ACCT. NO. 6FPC C/O PROMARK INVESTMENT ADVISORS, INC. ATTN: MARK SZYCHER 767 FIFTH AVENUE BOSTON MA 02110 |
| GMAM GROUP PENSION TRUST I FOR THE ACCOUNT OF GM S | CLIFFORD CHANCE US LLP JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GMAM GROUP PENSION TRUST I FOR THE ACCOUNT OF GM S | OPPORTUNITY POOL - ACCT. NP. 6FDK C/O PROMARK INVESTMENT ADVISORS INC. 767 FIFTH AVENUE ATTN: MARK SZYCHER NEW YORK NY 10153 |
| GMAM GROUP PENSION TRUST II - GM GLOBAL HIGH QUALI | GRANTHAM MAYO, VAN OTTERLOO 40 ROWES WHARF BOSTON MA 02110 |
| GMAM INVESTMENT FUNDS TRUST - PROMARK HIGH QUALITY | 767 FIFTH AVENUE NEW YORK NY 10153 |
| GMAM INVESTMENT FUNDS TRUST FOR THE ACCOUNT OF PRO | CLIFFORD CHANCE US LLP JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GMAM INVESTMENT FUNDS TRUST FOR THE ACCOUNT OF PRO | TACTICAL ASSET ALLOCATION FUND - ACCT NO 3037020140 C/P PROMARK INVESTMENT ADVISORS, INC. ATTN: MARK SZYCHER 767 FIFTH AVENUE NEW YORK NY 10153 |
| GMAM INVESTMENT FUNDS TRUST II FOR THE ACCOUNT OF | CLIFFORD CHANCE US LLP JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GMAM INVESTMENT FUNDS TRUST II FOR THE ACCOUNT OF | HIGH YIELD BOND FUND - ACCT. NO. GREK C/O PROMARK INVESTMENT ADVISORS, INC. ATTN: MARK SZYCHER 767 FIFTH AVENUE NEW YORK NY 10153 |
| GMO ALPHA LIBOR FUND | GRANTHAM, MAYO, VAN OTTERLOO #AMPER CO. LLC 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY DEBT FUND | C/O GRANTHAM MAYO VAN OTTERLOO 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY DEBT FUND | 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY DEBT FUNDGMO TRUSTC/O GRANTHA | ATTN: FORREST BERKLEY C/O GRANTHAM MAYO VAN OTTERLOO 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY DEBT INVESTMENT FUND PLC | C/O GRANTHAM, MAYO, VAN OTTERLOO #AMPER CO. LLC 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY DEBT INVESTMENT FUND PLC | ATTN: LEGAL DEPT. C/O GRANTHAM, MAYO, VAN OTTERLOO #AMPER CO. LLC 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY DEBT, L.P. | C/O GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF |

| Claim Name | Address Information |
|---|---|
| GMO EMERGING COUNTRY DEBT, L.P. | BOSTON MA 02110 |
| GMO EMERGING COUNTRY LOCAL DEBT INVESTMENT FUND | C/O GRANTHAM, MAYO VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF BOSTON MA 02110 |
| GMO SHORT DURATION COLLATERAL FUND | C/O GRANTHAM, MAYO, VAN OTTERLOO #AMPER CO. LLC 40 ROWES WHARF BOSTON MA 02110 |
| GMO TRUST ON BEHALF OF CORE PLUS BOND FUND | C/O GRANTHAM, MAYO, VAN OTTERLOO #AMPER CO. LLC 40 ROWES WHARF BOSTON MA 02110 |
| GMO TRUST ON BEHALF OF GMO WORLD OPP OVERLAY FUND | 40 ROWES WHARF BOSTON MA 02110 |
| GODO KAISHA CV6 | ATTN: INVESTMENT MANAGER WITHIN LTD UAP MANAGEMENT, 2-2-2, UCHISAIWAICHOU, CHIYODA-KU TOKYO 100-0011 JAPAN |
| GODO KAISHA CV6 | ATTN: ROBERT WADDELL, SENIOR VP – CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GOLDEN MOON CAPITAL CORPORATION | CITCO BUILDING, WICKHAMS CAY P.O. BOX 662 ROAD TOWN, TORTOLA VIRGIN ISLANDS (BRITISH) |
| GOLDEN MOON CAPITAL CORPORATION | GOLDEN MOON CAPITAL CORP. C/O JOHN E JURELLER, JR KLESSTADT & WINTERS LLP 292 MADISON AVENUE, 17TH FL NEW YORK NY 10017 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: THOMAS MITCHELL THE ORRICK BUILDING 405 HOWARD STREET SAN FRANCISCO CA 94105-2669 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: KAREN FINN 915 L STREET, 9TH FL. SACRAMENTO CA 95814 |
| GOLDENTREE LOAN OPPORTUNITIESV, LIMITEDC/O GOLDENT | PO BOX 1093GT BOUNDARY HALL CRICKET SQUARE GEORGE TOWN CAYMAN ISLANDS |
| GOLDMAN ASSOCIATES | 17305 ST JAMES COURT BOCA RATON FL 33496 |
| GOLDMAN SACHS & CO | ATTN: FX OPERATIONS GOLDMAN, SACHS 85 BROAD STREET NEW YORK NY 10004 |
| GOLDMAN SACHS & CO. PROFIT | SHARING MASTER TRUST C/O OZ MANAGEMENT LP – JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. PROFIT | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GOLDMAN SACHS ALPHA-BETA CONTINUUM FUND LLC | WITH A COPY TO: GOLDMAN SACHS ASSET MANAGEMENT, L.P. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS ALPHA-BETA CONTINUUM FUND LLC | RICH VANECEK C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL | 30 HUDSON STREET JERSEY CITY NJ 07320 |
| GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL | 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO | GOLDMAN SACHS CAPITAL MARKETS, L.P.) ATTN: DARREN LITTLEJOHN 85 BROAD STREET NEW YORK NY 10004 |
| GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS CAPITAL MARKETS, LP | 85 BROAD STREET NEW YORK NY 10004 |
| GOLDMAN SACHS CAPITAL MARKETS, LP | ATTN: SWAP ADMINISTRATION GOLDMAN SACHS CAPITAL MARKET 85 BROAD STREET NEW YORK NY 10004 |
| GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITI | LP C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITI | OFFSHORE II LP ATTN: KARL WIANECKI C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITI | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITI | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS CREDIT OPPORTUNITES 2008 MASTER FUND | DAVID AMAN ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS CREDIT OPPORTUNITES 2008 MASTER FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS CREDIT OPPORTUNITES INSTITUTIONAL 20 | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS CREDIT OPPORTUNITES INSTITUTIONAL 20 | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS CREDIT OPPORTUNITES INSTITUTIONAL 20 | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS CREDIT OPPORTUNITES INSTITUTIONAL 20 | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS CREDIT OPPORTUNITIES 2008 MASTER FUN | GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS CREDIT OPPORTUNITIES 2008 MASTER FUN | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LT | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON JERSEY CITY NJ 07302 |
| GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LT | ATTN: RICH VANECEK C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LT | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LT | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS DYNAMICRISK MASTER FUND OFFSHORE LTD | GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON JERSEY CITY NJ 07302 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | ATTN; RICH VANECEK C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, | ATTN: RICH VANECEK C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND LLC | ATTN: KARL WIANECKI C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD ISLIP NEW YORK NY 10005 |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND LLC | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA DAVID AMAN, ESQ NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | YORK NY 10282 |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | C/O GOLDMAN SACHS ASSET MANAGEMENT 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | GOLDMAN SACHS ASSET MANAGEMENT 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL ALPHA FUND, L.P. | C/O GOLDMAN SACHS ASSET MANAGEMENT 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FD OFFSHORE LTD | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP, 24TH FLOOR NEW YORK NY 10005 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT 32 OLD SLIP, 24TH FLOOR NEW YORK NY 10005 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND LLC | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE L | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE L | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS INTERNATIONAL | C/O GOLDMAN SACHS INTERNATIONAL PETERBOROIGH COURT 133 FLEET STREET LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN SACHS INTERNATIONAL | ATTN: JOHN TRIBOLATI, CAROLINE CARR PETERBOROUGH COURT 133 FLEET STREET LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN SACHS INTERNATIONAL | C/O GOLDMAN SACHS 85 GOLD STREET NEW YORK NY 10004 |
| GOLDMAN SACHS INTERNATIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INVESTMENT PARTNERS MASTER FUND LP | C/O GS INVESTMENT STRATEGIES, LLC 30 HUDSON STREET JERSEY CITY NJ 07302 |
| GOLDMAN SACHS INVESTMENT PARTNERS MASTER FUND LP | ATTN: UMIT ALPTUNA C/O GS INVESTMENT STRATEGIES, LLC 85 BROAD STREET, NEW YORK NY 10004 |
| GOLDMAN SACHS INVESTMENT PARTNERS MASTER FUND, L.P | DAVID AMAN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INVESTMENT PARTNERS MASTER FUND, L.P | C/O GS INVESTMENT STRATEGIES, LLC ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD. C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: TPG- AXON PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: BOULTBEE (HELSINKI) AB C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI S.P.A. C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZAIS SCEPTICUS FUND I, LTD 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CC ARBITRAGE, LTD. ATTN: LAUREN DAY C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: NEWTONVILLE PARTNERS L.L.C. C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZAIS MATRIX VI-B L.P. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZAIS MATRIX VI-A LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZAIS MATRIX V-B LP 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZAIS MATRIX V-C LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I C/O GOLDMAN, SACHS & CO., ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: TEMPLE UNIVERSITY HEALTH SYSTEM, INC. (FOR ITSELF & AS AGE C/O GOLDMAN SACHS & CO/ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MICHAEL FRIEDMAN, ESQ. RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARD KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: BRITISH AIRWAYS PLC C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE, LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LCG SELECT, LLC C/O GOLDMAN SACHS & CO, ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LCG SELECT OFFSHORE, LTD. C/O GOLDMAN SACHS & CO, ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LIP CREDIT OPPORTUNITIES 2008 FUND L | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LIP CREDIT OPPORTUNITIES 2008 FUND L | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS LIP CREDIT OPPORTUNITIES 2008 FUND L | DAVID AMAN ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LIP CREDIT OPPORTUNITIES 2008 FUND L | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 LP | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 LP | DAVID AMAN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW |

| Claim Name | Address Information |
|---|---|
| OFFSHORE LP | YORK NY 10005 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE LP | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES FUND L | C.O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES FUND L | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES FUND L | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES FUND L | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHO | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHO | ATTN: KENNETH TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHO | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHO | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | ATTN: KARL WIANECKI C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES EMERGING MAR | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES EMERGING MAR | ATTN: RICH VANECEK C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES EMERGING MAR | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES EMERGING MAR | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS SMC CREDIT OPPORTUNITIES 2008 FUND L | GOLDMAN SACHS ASSET MANAGEMENT, L.P. 30 HUDSON ST. JERSEY CITY NJ 07302 |
| GOLDMAN SACHS SMC CREDIT OPPORTUNITIES 2008 FUND L | ATTN: KEN TOPPING C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. 32 OLD SLIP NEW YORK NY 10005 |
| GOLDMAN, MICHAEL | 17305 ST JAMES COURT BOCA RATON FL 33496 |
| GOLDMAN, SACHS & CO. | ATTN: DARREN LITTLEJOHN 85 BROAD STREET NEW YORK NY 10004 |
| GOLDMAN, SACHS & CO. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN, STEVE - AT AZITA ETAATI | 29150 CLIFFSIDE DRIVE MALIBU CA 90265 |
| GOLDSBERG CORP. AVV | ATTN: GUYER Y REGULES PLAZA INDEPENDENCIA 811 PB MONTEVIDEO 11100 URUGUAY |
| GOLDSBERG CORPORATION | GOLDSBERG CORP AVV CAIXA OF BETICO CROES 85 ORANGESTADT ARUBA |
| GOLDSBERG CORPORATION | NEW HAVEN OFFICE CENTER EMANCIPATIE BOULEVARD 31 CURACAO NETHERLAND ANTILLES |
| GOLDSBERG CORPORATION | ZONAMERICA BUSINESS & TECHNOLOGY PARK ED B3 OF 102 ADMINISTRATIVE OFFICE MONTEVIDEO 91600 URUGUAY |
| GOLDSCHEIN, STEVEN | 2075 BLANCHE LANE MERRICK NY 11566-5504 |
| GONZALEZ, FERNANDO J | BOSQUES DE TORONJOS 13 DEPT.701 BOSQUES DE LAS LOMAS DELEGACION CUAJIMALPA MEXICO D.F. 05100 MEXICO |
| GONZALEZ, FERNANDO J | FERNANDO J GONZALEZ 10461 ASHBORO DR COLLIERVILLE TN 38017-3456 |
| GOOD SAMARITAN HOME, INC. | 601 N BOEKE RD EVANSVILLE 47711 |
| GOODELL LOVING TRUST | ATTN: MS. PATRICIA GOODELL 3204 OLD MIDLAND RD KLAMATH FALLS OR 97603 |
| GOODELL LOVING TRUST | 3204 OLD MIDLAND RD KLAMATH FALLS OR 97603 |
| GOODMORNING SHINHAN SECURITIES CO.,LTD. | GOOD MORNING SHINHAN TOWER, 8F 23-2, YOUIDO-DONG, YOUNGDUNGPO-KU SEOUL 150-712 KOREA, REPUBLIC OF |
| GOODWIN HOUSE INCORPORATED | C/O CHRISTIAN BARTON, LLP 909 EAST MAIN STREET, SUITE 1200 RICHMOND VA 23219-3095 |
| GOODYEAR TIRE & RUBBER COMPANY COMMON TRUST | 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| GOODYEAR TIRE & RUBBER COMPANY COMMON TRUST | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| GORDEL HOLDINGS LIMITED | C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| GORDEL HOLDINGS LIMITED | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GORDEL HOLDINGS LIMITED | ATTN: JOEL FRANK, CHIEF FINANCIAL OFFICER, LEGAL GORDEL HOLDINGS LIMITED C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| GOVERNMENT EMPLOYEES SUPERANNUATION BOARD | ATTN: ALAN CHAPPEL LEVEL 4, CENTRAL PARK 152 ST GEORGE'S TERRACE PERTH WA 6000 AUSTRALIA |
| GOVERNMENT OF ISRAEL ON BEHALF OF THE STATE OF ISR | 1 KAPLAN ST JERUSALEM 91131 ISRAEL |
| GOVERNMENT OF SINGAPORE INVESTMENT CORP. PTE LTD | 168 ROBINSON ROAD ATTN: DAWN TEE #37-01 CAPITAL TOWER 68912 SINGAPORE |
| GOVERNMENT OF SINGAPORE INVESTMENT CORP. PTE LTD | SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVE NEW YORK NY 10019 |
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE | 168 ROBINSON ROAD #22-03, CAPITAL TOWER, SINGAPORE |
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE | GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE LTD 168 ROBINSON ROAD, #37-01 CAPITAL TOWER SINGAPORE 68912 SINGAPORE |
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE | 168, ROBINSON ROAD, #37-01 CAPITAL TOWER SINGAPORE 68912 SINGAPORE |
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE | ATTN:  CHUA LEE MING GOVERNMENT OF SINGAPORE INVEST CORPORATION PTE LTD 168, ROBINSON ROAD, #37-01 CAPITAL TOWER SINGAPORE 68912 SINGAPORE |
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE | ATTN: LYE POH COON/ISABELLA THAM 168 ROBINSON ROAD #22-03, CAPITAL TOWER 68912 SINGAPORE |
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE | ATTN: PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| GOVERNMENT SUPERANNUATION FUND AUTHORITY | ATTN: CHIEF EXECUTIVE, ALAN LANGFORD LEVEL 12, THE TODD BUILDING 95 CUSTOMHOUSE QUAY PO BOX 3390 WELLINGTON NEW ZEALAND |
| GPC 79 LLC | ATTN: JOHN GEBBIA, MANAGING DIRECTOR OF OPERATIONS GPC 79, LLC C/O GUGGENHEIM ADVISORS, LLC 135 EAST 57TH STREET, 11TH FLOOR NEW YORK NY 10022 |
| GPC 79 LLC | JOHN GEBBIA, MANAGING DIRECTOR OF OPERATIONS GPC 79, LLC C/O GUGGENHEIM ADVISORS, LLC 135 EAST 57TH STREET, 11TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| GPC 79 LLC | WEISS MULTI-STRATEGY ADVISERS LLC ONE STATE STREET, 20TH FLOOR HARTFORD CT 06103 |
| GPC 79, LLC | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| GPC 79, LLC | JEFFREY DILLABOUGH GPC 79, LLC C/O WEISS MULTI-STRATEGY ADVISERS LLC 320 PARK AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| GPC LXIV LLC | CLAREN ROAD ASSET MANAGEMENT, LLC NEW YORK NY 10022 |
| GPC LXIV LLC | ATTN: JOHN GEBBIA, MANAGING DIRECTOR GPC LXIV, LLC C/O GUGGENHEIM ADVISORS, LLC 135 EAST 57TH STREET, 11TH STREET NEW YORK NY 10022 |
| GPC LXIV LLC | JOHN GEBBIA, MANAGING DIRECTOR GPC LXIV, LLC C/O GUGGENHEIM ADVISORS, LLC 135 EAST 57TH STREET, 11TH STREET NEW YORK NY 10022 |
| GPC LXIV LLC | ATTN: KEN WEILLER, CHIEF OPERATING OFFICER WITH COPIES TO: CLAREN ROAD ASSET MANAGEMENT, LLC 900 THIRD AVENUE, SUITE 1401 NEW YORK NY 10022 |
| GPC LXIV LLC | 900 3RD AVE FL 29 900 THIRD AVENUE, SUITE 1401 NEW YORK NY 100224777 |
| GPC LXIV, LLC | C/O GUGGENHEIM ADVISORS, LLC ATTN DANIEL J CAFFARELLI 135 EAST 57TH STREET, 11TH FL NEW YORK NY 10022 |
| GPMF 06-AR8 | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2006-AR6 1-A1A | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GPMF 2006-AR6 1-A2A2 | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GPMF 2006-AR6 1-A2B | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GPMF 2006-AR6 1-A3B | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GPMF 2007-AR1 | ATTN: ROBERT WADDELL, SENIOR VP - CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| GPMF 2007-AR2 | CTLA - STRUCTURED FINANCE NEW YORK NY 10016 |
| GRACE SCHOOLS INC. | 200 SEMINARY DRIVE WINONA LAKE IN 46590 |
| GRACE VILLAGE HEALTH CARE FACILITIES INC. | 337 GRACE VILLAGE DR. WINONA LAKE IN 46590 |
| GRACIE CREDIT OPPORTUNITIES MASTER FUND LP | GRACIE CREDIT OPPORTUNITIES MASTER FUND, L.P. C/O P #AMPERS CREDIT PARTNERS, LLC 950 3RD AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| GRACIE CREDIT OPPORTUNITIES MASTER FUND LP | GREG PEARSON, CFO GRACIE CREDIT OPPORTUNITIES MASTER FUND, L.P. C/O P #AMPERS CREDIT PARTNERS, LLC 950 3RD AVENUE, 29TH FLOOR NEW YORL NY 10022 |
| GRAND RAPIDS MI (CITY OF) GENERAL RETIREMENT SYSTE | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| GRAND RAPIDS MI (CITY OF) GENERAL RETIREMENT SYSTE | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GRAND RAPIDS MI (CITY OF) POLICE & FIRE RETIREMENT | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| GRAND RAPIDS MI (CITY OF) POLICE & FIRE RETIREMENT | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GRAND TRAVERSE ACADEMY | 1245 HAMMOND ROAD TRAVERSE CITY MI 49686 |
| GRANDON VILLAGE PARTNERS, L.P. | GRANDON VILLAGE PARTNERS, L.P. C/O DAVID RUBIN 9777 WILSHIRE BLVD., #800 BEVERLY HILLS CA 90212 |
| GRANDON VILLAGE PARTNERS, L.P. | C/O DAVID RUBIN 9777 WILSHIRE BLVD., #800 BEVERLY HILLS CA 90212 |
| GRANDVIEW HOSPITAL & MEDICAL CENTER | C/O MONTGOMERY COUNTY HIGHER EDUCATION AND HEALTH 1301 POWELL ST. P.O. BOX 992 MORRISTOWN OH 19404-0992 |
| GRANITE FINANCE LIMITED | ATTN:  THE DIRECTORS HSBC HOUSE, 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | PO BOX 1109 HSBC HOUSE 68 WEST BAY HOUSE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | C/O HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN |

| Claim Name | Address Information |
|---|---|
| GRANITE FINANCE LIMITED | KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | FRESHFIELDS BRUCKHAUS DERINGER LLP ATTN: ANDREW LOVE 65 FLEET STREET LONDON EC4Y 1HS UNITED KINGDOM |
| GRANITE FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN:  JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GRANITE FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ., DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GRANITE FINANCE LIMITED | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| GRANITE FINANCE LIMITED SERIES 2005-9 | PO BOX 1109 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED SERIES 2005-9 | C/O A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| GRANITE FINANCE LIMITED SERIES 2005-9 | C/O DANTE FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| GRANT JOINT UNION HIGH SCHOOL DISTRICT | 3222 WINONA WAY N HIGHLANDS CA 956605523 |
| GREAT ATLANTIC & PACIFIC TEA COMPANY, INC. | BOX 418 MONTVALE NJ 07645 |
| GREAT EASTERN LIFE ASSURANCE COMPANY LIMITED | ATTN: MERVYN GOH 1 PICKERING STREET #13-01 GREAT EASTERN CENTRE 048659 SINGAPORE |
| GREAT RIVER ENERGY | 17845 EAST HIGHWAY 10 ELK RIVER MN 55330 |
| GREAT SOUTHERN BANK | 430 SOUTH AVENUE SPRINGFIELD MO 65806 |
| GREAT SOUTHERN BANK | WILSON RICHARD 430 SOUTH AVENUE SPRINGFIELD MO 65806 |
| GREAT WEST LIFECO INC | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| GREAT WEST LIFECO INC | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| GREEN WAY MANAGED ACCT SERIES LTD IN RESPECT TO GR | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| GREEN WAY MANAGED ACCT SERIES LTD IN RESPECT TO GR | ATTN: LEGAL DEPARTMENT C/O ATTICUS CAPITAL LP 767 FIFTH AVENUE, 12TH FLOOR NEW YORK NY 10153 |
| GREENBRIER YUGEN KAISHA | ATTN: MR. RICHARD J. REITNECHT C/O ASIA PACIFIC LAND (JAPAN) LIMITED 9F AKASAKA TAMEIKE TOWER MINATO-KU TOKYO 107-0062 TOKYO 107-0062 JAPAN |
| GREENBRIER YUGEN KAISHA | C/O O'MELVENY & MYERS LLP ATTN: TREVOR N. LAIN TWO EMBARCADERO CENTER, 28TH FLOOR SAN FRANCISCO CA 94111-3823 |
| GREENSPRING VILLAGE INC | C/O ERICKSON RETIREMENT COMMUNITIES 701 MAIDEN CHOICE LANE BALTIMORE MD 21228 |
| GREENSPRING VILLAGE, INC. | C/O STEPHEN B. GERALD, ESQ. WHITEFORD, TAYLOR, & PRESTON LLP SEVEN SAINT PAUL STREET BALTIMORE MD 21202-1636 |
| GREENVILLE SC (COUNTY OF) | 301 UNIVERSITY RIDGE SUITE 200 COUNTRY SQUARE GREENVILLE SC 29601 |
| GREENVILLE-OXFORD ASSOCIATES, L.P. | C/O AIMCO 4582 S. ULSTER ST. PKWY, SUITE 1100 DENVER CO 80237 |
| GREENVILLE-OXFORD ASSOCIATES, L.P. | JEFF OGDEN C/O AIMCO 4582 S. ULSTER ST. PKWY, SUITE 1100 DENVER CO 80237 |
| GREENWOOD IN (CITY OF) | 520 MONUMENT STREET GREENWOOD SC 29646 |
| GREENWOOD IN (CITY OF) | P.O. BOX 549 GREENWOOD SC 29648 |
| GREYLOCK CAPITAL MGMA/C GREYLOCK GLOBAL OPPORTUNI | ATTN: MICHAEL MORRILL/DOLINDA MEEKER GREYLOCK GLOBAL OPPORTUNITY MASTER FUND, LTD. C/O GREYLOCK CAPITAL MANAGEMENT LLC 99 PARK AVENUE, 11TH FLOOR NEW YORK NY 10016 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | THE DIRECTORS GREYSTONE CDO SPC, SERIES 2006-1 SEGREGATED PORT C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH ST. GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | DALE CROWLEY NOTICES OR COMMUNICATION TO MAPLES AND CALDER: MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH ST. GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO LIMITED SPC SERIES 2006-1 | NOTICES #AMPER COMMUNICATION TO S#AMPERP INVESTMEN STANDARD #AMPER POOR#APPOSS RATINGS SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: DALE CROWLEY C/O MAPLES AND CALDER PO BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED PO BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | C/O STANDARD AND POOR#APPOSS RATINGS SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041 |
| GREYSTONE CDO LIMITED SPC SERIES 2006-2 | ATTN: MICHAEL J. RILEY C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| GREYSTONE CDO SERIES 2006-3 | ATTN: DALE CROWLEY C/O MAPLES AND CALDER PO BOX 309 GT, UGLAND HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO SERIES 2006-3 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED, PO BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO SERIES 2006-3 | C/O STANDARD AND POOR#APPOSS RATINGS SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041 |
| GREYSTONE CDO SERIES 2006-3 | ATTN: MICHAEL J. RILEY C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOL | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| GREYWOLF CAPITAL PARTNERS II LP | GREYWOLF CAPITAL MANAGEMENT, LP 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE NY 10577 |
| GREYWOLF HIGH YIELD MASTER FUND | GREYWOLF CAPITAL MANAGEMENT, LP 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE NY 10577 |
| GROUP HEALTH COOPERATIVE OF PUGET SOUND | 320 WESTLAKE AVENUE N., SUITE 100 SEATTLE WA 39109 |
| GROUPAMA A M ON BEHALF OF GROUPAMA SA | SOCIETE ANONYME AU CAPITAL DE 1 186 513 186 EUROS SIEGE SOCIAL 8-10 RUE D' ASTORG 75383 PARIS CEDEX 08 343 115 135 RCS PARIS FRANCE |
| GROUPAMA A M ON BEHALF OF GROUPAMA SA | ATTN: HELMAN LE PAS DE SECHEVAL SOCIETE ANONYME AU CAPITAL DE 1 186 513 186 EUROS SIEGE SOCIAL 8-10 RUE D#APPOS ASTORG 75383 PARIS CEDEX 08 343 115 135 RCS PARIS FRANCE |
| GROUPAMA A M ON BEHALF OF GROUPAMA SA | GROUPAMA A M ON BEHALF OF GROUPAMA SA SOCIETE ANONYME AU CAPITAL DE 1 186 513 186 EUROS SIEGE SOCIAL 8-10 RUE D' ASTORG 75383 PARIS CEDEX 08  RCS PARIS 343 115 13 FRANCE |
| GROVE GARDEN APARTMENTS | C/O M.H. PODELL COMPANY 1201 HOWARD AVENUE BURLINGAME CA 94010 |
| GROWTH | 105 CEDAR STREET SUMMERVILLE SC 29483 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |
| GS CALTEX CORPORATION | GS CALTEX CORPORATION GS TOWER, 679, YOKSAM-DONG, KANGNAM-GU, SEOUL 135-985 KOREA, REPUBLIC OF |
| GS QUANT COMMOD MASTER FUND INSTL | GOLDMAN SACHS ASSET MANAGEMENT LP 30 HUDSON ST JERSEY CITY NJ 07302 |
| GS QUANT COMMOD MASTER FUND INSTL | ATTN: KARL WIANECKI GOLDMAN SACHS ASSET MANAGEMENT LP 32 OLD SLIP NEW YORK NY 10005 |
| GSAM 103106 | 30 HUDSON STREET JERSEY CITY NJ 07320 |
| GSAM 103106 | 32 OLD SLIP NEW YORK NY 10005 |
| GSAMI 103031 | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GSB GUARANTOR CORP | 35 EAST 62ND ST NEW YORK NY 10021 |
| GSB GUARANTOR CORP | ATTN:  TODD SLOTKIN, EVP C/O MACANDREWS 35 EAST 62ND ST NEW YORK NY 10021 |
| GSB INVESTMENTS CORP. | C/O MACANDREWS 35 E. 62ND ST NEW YORK NY 10021 |
| GSC CAPITAL CORP MORTGAGE TRUST 2006-1 | ATTN: CORPORATE TRUST ADMINISTRATION MBS ADMINISTRATION, GSC CAPITAL CORP. MORTGAGE TRUST 2006-1 THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| GSC CAPITAL CORP. MORTGAGE TRUST 2006-I | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ MBS 32 NEW |

| Claim Name | Address Information |
|---|---|
| GSC CAPITAL CORP. MORTGAGE TRUST 2006-I | YORK NY 10022 |
| GSC CAPITAL CORP. MORTGAGE TRUST 2006-I | THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| GSC CREDIT STRATEGIES MASTER FUND LP | GSC CREDIT STRATEGIES MASTER FUND, L.P. C/O GSC PARTNERS 12 E. 49TH STREET NEW YORK NY 10017 |
| GSC CREDIT STRATEGIES MASTER FUND LP | GENERAL COUNSEL, GSC PARTNERS GSC CREDIT STRATEGIES MASTER FUND, L.P. C/O GSC PARTNERS 12 E. 49TH STREET NEW YORK NY 10017 |
| GSC EUROPEAN CDO I SA | CTLA - STRUCTURED FINANCE NEW YORK NY 10016 |
| GSC EUROPEAN MEZZANINE LUXEMBOURG I SARL | C/O GSCP (NJ) LP 500 CAMPUS DRIVE SUITE 220 FLORHAM PARK NJ 07932 |
| GSC EUROPEAN MEZZANINE LUXEMBOURG II SARL | C/O GSCP (NJ) LP 500 CAMPUS DRIVE SUITE 220 FLORHAM PARK NJ 07932 |
| GSC EUROPEAN MEZZANINE LUXEMBOURG III SARL | C/O GSCP (NJ) LP 500 CAMPUS DRIVE SUITE 220 FLORHAM PARK NJ 07932 |
| GSC PARTNERS CDO FUND IV, LIMITED | C/O GSC GROUP 888 SEVENTH AVENUE NEW YORK NY 10019 |
| GSC PENDULUM FUND I LP | 12 EAST 49TH ST., SUITE 3200 NEW YORK NY 10017 |
| GSEF AL NAWRAZ (CAYMAN) LIMITED | C/O NEWDAWN GSE ASSET MANAGEMENT LIMITED LEVEL 3, EAST WING, THE GATE DUBAI INTERNATIONAL FINANCIAL CENTRE DUBAI UNITED ARAB EMIRATES |
| GSEF AL SAQR (CAYMAN) LTD | C/O NEWDAWN GSE ASSET MANAGEMENT LIMITED LEVEL 3, EAST WING, THE GATE DUBAI INTERNATIONAL FINANCIAL CENTRE DUBAI UNITED ARAB EMIRATES |
| GSO CREDIT OPPORTUNITIES FUND (HELIOS),LP | ATTN: PENNY NKOLAKOPOULOS DPM MELLON TWO WORLDS FAIR DRIVE SOMERSET NJ 08873 |
| GSO CREDIT OPPORTUNITIES FUND (HELIOS),LP | 280 PARK AVENUE- 11TH FLOOR NEW YORK NY 10017 |
| GSO SPECIAL SITUATIONS FUND LP | ATTN: PENNY NKOLAKOPOULOS DPM MELLON TWO WORLDS FAIR DRIVE SOMERSET NJ 08873 |
| GSO SPECIAL SITUATIONS FUND LP | 280 PARK AVENUE 11TH FLOOR NEW YORK NY 10017 |
| GSO SPECIAL SITUATIONS OVERSEAS MASTER FUND LTD | GSO SPECIAL SITUATIONS OVERSEAS FUND LTD. QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS CAYMAN ISLANDS |
| GSO SPECIAL SITUATIONS OVERSEAS MASTER FUND LTD | PENNY NIKOLAKOPOLOUS DPM MELLON TWO WORLDS FAIR DRIVE SOMERSET NJ 88723 |
| GSO SPECIAL SITUATIONS OVERSEAS MASTER FUND LTD | ATTN: PENNY NIKOLAKOPOLOUS DPM MELLON TWO WORLDS FAIR DRIVE SOMERSET NJ 08873 |
| GSO SPECIAL SITUATIONS OVERSEAS MASTER FUND LTD | GSO CAPITAL CAPITAL PARTNERS LP 280 PARK AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| GUADELETE INVESTMENTS SARL | ATTN: DANIEL JANE (ON BEHLAF OF ALCANJANE S.A.R.L.), PHILIPPE TOUSSAINT & ERIC MAGRINI AS DIRECTORS OF GUADELETE INVESTMENTS OF SARL 22, RUE JEAN-PIERRE BRASSEUR L-1258 LUXEMBOURG, G.D. LUXEMBOURG LUXEMBOURG |
| GUADELETE INVESTMENTS SARL | MICHAEL JOHN ANDREW JERVIS PRICEWATERHOUSECOOPERS LLP PLUMTREE COURT LONDON EAHT UNITED KINGDOM UNITED KINGDOM |
| GUADELETE INVESTMENTS SARL | TITIA HOLTZ AND ELIZABETH DOWD LINKLATERS LLP 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 |
| GUAM ECONOMIC DEVELOPMENT AND COMMERCE AUTHORITY | ATTN: ADMINISTRATOR GUAM ECONOMIC DEVELOPMENT AND COMMERCE AUTHORITY ITC BUILDING, SUITE 511 590 SOUTH MARINE DRIVE TAMUNING 96911 GUAM |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: THOMAS MITCHELL THE ORICK BUILDING 405 HOWARD STREET SAN FRANCISCO CA 94105-2669 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | CHIEF DEPUTY ATTY GENERAL PHILLIP TYDINGCO OFFICE OF THE ATTORNEY GENERAL OF GUAM 287 WEST O'BRIEN DRIVE HAGATNA GU 96910 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: ANTHONY BLAZ, ADMINISTRATOR 590 S. MARINE CORPS DRIVE, SUITE 511 ITC BUILDING TAMUNING GU 96913 |
| GUAM POWER AUTHORITY | 1911 ROUTE 16 HARMON 96911 GUAM |
| GUAM POWER AUTHORITY | 1911 ROUTE 16 HARMON,  96911 HARMON 96911 GUAM |
| GUGGENHEIM PORTABLE ALPHA SOLUTION SPC OBO SEGREGA | 1299 OCEAN AVENUE SANTA MONICA CA 90401 |

| Claim Name | Address Information |
|---|---|
| GUGGENHEIM PORTFOLIO ALPHA SOLUTION SPC, THE | ACTING ON BEHALF OF AND FOR THE ACCOUNT OF SEGREGATED PORTFOLIO 3 C/O WILSHIRE ASSOCIATES INCORPORATED 1299 OCEAN AVENUE, SUITE 700 SANTA MONICA CA 90401 |
| GUGGENHEIM PORTFOLIO COMPANY VII LLC | ATTN: WILLIAM RANKEL SCOGGIN LLC 660 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10021 |
| GUGGENHEIM PORTFOLIO COMPANY VII LLC | C/O SCOGGIN CAPITAL MANAGEMENT ATTN: DANIEL TAUB, GC & CCO 660 MADISON AVENUE, 20TH FL. NEW YORK NY 10065 |
| GUIDANCE ENHANCED GREEN TERRAIN LLC | 500 DELAWARE AVENUE, SUITE 720 WILMINGTON DE 19801 |
| GUIDANCE ENHANCED GREEN TERRAIN LLC | 500 DELAWARE AVENUE #720 WILMINGTON DE 19801 |
| GULF INTERNATIONAL BANK, BSC | AL- DOWALI BUILDING 3 PALACE AVENUE P.O BOX 1017 MANAMA 0 BAHRAIN |
| GULF STREAM - COMPASS CLO 2002-1, LTD. | ANDREW SHAFFER MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| GULF STREAM - COMPASS CLO 2002-1, LTD. | C/O GULF STREAM ASSET MANAGEMENT LLC ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE NC 28209 |
| GULF STREAM - COMPASS CLO 2003-1, LTD. | ANDREW SHAFFER MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| GULF STREAM - COMPASS CLO 2003-1, LTD. | C/O GULF STREAM ASSET MANAGEMENT LLC ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE NC 28209 |
| GULF STREAM - COMPASS CLO 2004-1, LTD. | ANDREW SHAFFER MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| GULF STREAM - COMPASS CLO 2004-1, LTD. | C/O GULF STREAM ASSET MANAGEMENT LLC, ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE NC 28209 |
| GULF STREAM - COMPASS CLO 2005-1, LTD. | ANDREW SHAFFER MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| GULF STREAM - COMPASS CLO 2005-1, LTD. | C/O GULF STREAM ASSET MANAGEMENT LLC, ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE NC 28209 |
| GULF STREAM - COMPASS CLO 2005-II, LTD. | ANDREW SHAFFER MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| GULF STREAM - COMPASS CLO 2005-II, LTD. | C/O GULF STREAM ASSET MANAGEMENT LLC, ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE NC 28209 |
| GULF STREAM - SEXTANT CLO 2007-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH ST., GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GULF STREAM - SEXTANT CLO 2007-1, LTD. | ATTN: MARK B. MAHONEY THE ROTUNDA BUILDING 4201 CONGRESS STREET, SUITE 475 CHARLOTTE NC 28209 |
| GULF STREAM - SEXTANT CLO 2007-1, LTD. | ATTN: LORI R. FIFE CHAPMAN CHICAGO IL 60603-4080 |
| GULF STREAM COMPASS CLO 2007 | ATTN: DIRECTORS PO BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GULF STREAM-COMPASS CLO 2004-1 LTD | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O BOX 1093 GT SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GULF STREAM-COMPASS CLO 2005-1 LTD | PO BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GULF STREAM-COMPASS CLO 2005-1 LTD | ATTN: CORPORATE TRUST U.S. BANK, NATIONAL ASSOCIATION 100 WALL STREET NEW YORK NY 10005 |
| GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY INC | 14035-L AIRPORT ROAD GULFPORT MS 39503 |
| GULFSTREAM - SEXTANT CLO 2006-1, LTD. | C/O GULF STREAM - SEXTANT CLO 2006-1, LTD. P.O. BOX 1093 QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GUODIAN TAIZHOU POWER GENERATION CO LTD | XICHENG DISTRIC BEIJING 100034 CHINA |
| GUODIAN ZHEJIANG BEILUN NO 3 POWER GENERATION CO L | 66 JINGANG WEST ROAD BEILUN ZHEJIANG 315800 CHINA |
| GUY BUTLER LIMITED | 2 BROADGATE LONDON EC2M 7UR UNITED KINGDOM |
| GWK AMTEK LTD. | C/O AMTEK AUTO LIMITED 3, LSC PAMPOSH ENCLAVE, GREATER KAILASH PART-I, NEW DELHI 110048 INDIA |
| H.E.S.T. AUSTRALIA LIMITED | ATTN: SCOTT HASTINGS LEVEL 20 CASSELDEN PLACE 2 LONSDALE STREET MELBOURNE, VICTORIA 3000 AUSTRALIA |
| H/2 CREDIT PARTNERS MASTER FUND LTD. | ATTN: DEBRA HESS THREE STAMFORD PLAZA 301 TRESSER BLVD., 6TH FLOOR STAMFORD CT 06901 |
| H/2 CREDIT PARTNERS MASTER FUND LTD. | DEBRA HESS THREE STAMFORD PLAZA 301 TRESSER BLVD., 6TH FLOOR STAMFORD CT 06901 |

| Claim Name | Address Information |
|---|---|
| H/2 CREDIT PARTNERS MASTER FUND LTD. | H/2 CREDIT PARTNERS MASTER FUND LTD. ATTN: JAY GOFFMAN, ESQ., & ANDREW THAU, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| H/2 CREDIT PARTNERS MASTER FUND LTD. | JAY GOFFMAN, ESQ. SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQ NEW YORK NY 10036 |
| H/2 REAL ESTATE CDO 2006-1 LTD | CC. LASALLE BANK NATIONAL ASSOCIATION PO BOX 1093 QUEENSGATE HOUSE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| H/2 REAL ESTATE CDO 2006-1 LTD | C/O MAPLES FINANCE LIMITED PO BOX 1093GT - QUEENSGATE HOUSE - SOUTH CHURCH ST GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: ANDREW M. STROBER, CFO H/2 CAPITAL PARTNERS THREE STAMFORD PLAZA 301 TRESSER BOULEVARD, 6TH FLOOR STAMFORD CT 06901 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: CDO TRUST SERVICES- H/2 REAL ESTATE CDO LTD. CC. H/2 REAL ESTATE CDO LTD. LASALLE BANK NATIONAL ASSOCIATION 181 W. MADISON STREET, 32ND FLOOR CHICAGO IL 60602 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: CDO TRUST SERVICES- H/2 REAL ESTATE CDO LTD. LASALLE BANK NATIONAL ASSOCIATION 181 W. MADISON STREET, 32ND FLOOR CHICAGO IL 60602 |
| H/2 REAL ESTATE CDO 2006-1 LTD | ATTN: MICHAEL OLIVER 540 W. MADISON, 25TH FLOOR CHICAGO IL 60661 |
| H/2 SPECIAL OPPORTUNITIES LTD | ATTN: DEBRA HESS THREE STAMFORD PLAZA 301 TRESSER BOULEVARD, 6TH FLOOR STAMFORD CT 06901 |
| H/2 SPECIAL OPPORTUNITIES LTD | DEBRA HESS THREE STAMFORD PLAZA 301 TRESSER BOULEVARD, 6TH FLOOR STAMFORD CT 06901 |
| H/2 SPECIAL OPPORTUNITIES LTD | THREE STAMFORD PLAZA 301 TRESSER BOULEVARD STAMFORD CT 06901 |
| H/2 SPECIAL OPPORTUNITIES LTD | H/2 SPECIAL OPPORTUNITES LTD. ATTN: JAY GOFFMAN, ESQ., & ANDREW THAU, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| H/2 SPECIAL OPPORTUNITIES LTD | JAY GOFFMAN, ESQ. SKADDEN ARPS SLATE MEAGHER & FLIM LLP 4 TIMES SQ. NEW YORK NY 10036 |
| H/2 TARGETED RETURN STRATEGIES I MASTER FUND LP | ATTN: DEBRA HESS THREE STAMFORD PLAZA 301 TRESSER BLVD., 6TH FLOOR STAMFORD CT 06901 |
| H/2 TARGETED RETURN STRATEGIES I MASTER FUND LP | DEBRA HESS THREE STAMFORD PLAZA 301 TRESSER BLVD., 6TH FLOOR STAMFORD CT 06901 |
| H/2 TARGETED RETURN STRATEGIES I MASTER FUND LP | H/2 TARGETED RETURN STRATEGIES I MASTER FUND L.P. ATTN: JAY GOFFMAN, ESQ., & ANDREW THAU, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| H/2 TARGETED RETURN STRATEGIES I MASTER FUND LP | JAY GOFFMAN, ESQ. SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036 |
| H21 ABSOLUTE RETURN CONCEPT SPH21 RESOURCES:ARC-A0 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| H21 ABSOLUTE RETURN CONCEPT SPH21 SELECT:ARC-A02-3 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-A02-30140: H2 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-A05-20230: H2 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| H21 ABSOLUTE RETURN CONCEPTS SPC ARC-A07-20140: H2 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1109 CAYMAN ISLANDS |
| H21 ABSOLUTE RETURN CONCEPTSH21 BLEND: ARC-T03-201 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| H21 ABSOLUTE RETURN PORTFOLIOS SPC CLASS ARP-AOO-1 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| H21 ABSOLUTE RETURN PORTFOLIOS SPC CLASS ARP-B00-1 | P.O. BOX 1356 GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| HACHIJUNI BANK LTD | HEADQUARTERS 178-8, OKADA NAGANO 380-8682 JAPAN |
| HAIN CAPITAL HOLDINGS LTD | TRANSFEROR: ARLINGTON PARTNERS LP ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |

| Claim Name | Address Information |
|---|---|
| HAKONE FUND II, LLC | C/O BABSON CAPITAL MANAGEMENT INC. 1500 MAIN STREET, SUITE 1000 SPRINGFIELD MA 01115 |
| HALBIS U.S. CREDIT ALPHA MASTER FUND LTD | ATTN: JAMES M. CURTIS CC: HSBC SECURITIES (USA) INC. NEW YORK NY 10018 |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | C/O HALBIS CAPITAL MANAGEMENT (USA) ATTN: JAMES CURTIS 452 FIFTH AVENUE NEW YORK NY 10018 |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | HSBC SECURITIES (USA), INC. ATTN: JAMES CURTIS, MANAGING DIRECTOR AND DEPUTY GENERAL COUNSEL 425 FIFTH AVENUE NEW YORK NY 10018 |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | ANDREW DOVE ALLEN & OVER LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| HALLIBURTON COMPANY | SUITE 2400 1401 MCKINNEY ST. HOUSTON TX 77010 |
| HALLIBURTON COMPANY | C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1143 385 E. COLORADO BLVD PASADENA CA 91101 |
| HALLIBURTON COMPANY WRAPPED | C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1144 385 E. COLORADO BLVD PASADENA CA 91101 |
| HALLMARK CARDS MASTER TRUST | C/O HALLMARK CARDS INC) ATTN: MIKE MELCHER PO BOX 419580, MAIL DROP 319 KANSAS CITY MO 64141-6580 |
| HALLMARK CARDS MASTER TRUST | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| HAMILTON ANAHEIM ASSOCIATES L.P. | C/O APARTMENTS RENOVATION GROUP 1420 SOUTH MILLS AVENUE, SUITE K LODI CA 95242 |
| HAMILTON ANAHEIM ASSOCIATES, L.P. | C/O BRET H. REED, JR. A LAW CORPORATION 621 ACACIA AVENUE CORONA DEL MAR CA 92625 |
| HANA BANK | 101-1, 1 KA EULJIRO CUNG-KU SEOUL KOREA |
| HANA BANK | HANA BANK 101-1, 1 KA EULJIRO, CHUNG-KU SEOUL KOREA, REPUBLIC OF |
| HANA BANK | MR. HYUN MIN JOO / HYO BIN KANG HANA BANK 101-1, 1 KA EULJIRO, CHUNG-KU SEOUL REPUBLIC OF KOREA |
| HANA INVESTMENT BANKING & SECURITIES INC | 23-3 YEOUIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-709 KOREA, REPUBLIC OF |
| HANJIN SHIPPING CO LTD | 25-11, YOIDO DONG YOUNGDEUNGPO KU SEOUL 150-878 KOREA, REPUBLIC OF |
| HANK'S LIVING TRUST | ATTN: HARRY CHEAUNG HANK'S TRUST 1574 CAMINO LINDO SOUTH PASADENA CA 91030 |
| HANK'S LIVING TRUST | 3130 ALPINE ROAD SUITE 288-708 PORTOLA VALLEY CA 94028 |
| HANLON, MAI | 426 W. 58TH STREET # 5A NEW YORK NY 10019 |
| HANMI BANK, A CALIFORNIA CORPORATION | THOMAS K. AGAWA, ESQ./JUDITH J KIM ESQ ASSOCIATE GENERAL COUNSEL 3660 WILSHIRE BLVD., STE PH-A LOS ANGELES CA 90010 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | ATTN: PHILIP FALCONE, WILLIAM LUCAS 555 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | ATTN: STEVEN LOZNER C/O BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD | 2100  3RD AVE N. - STE 600 BIRMINGHAM AL 352033416 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | CC. BINGHAM MCCUTCHEN LLP 555 MADISON AVENUE 16TH FLOOR NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | 2100  3RD AVE N. - STE 600 BIRMINGHAM AL 352033416 |
| HARBOR CAPITAL ADVISORS, INC. | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1483 385 E COLORADO BLVD PASADENA CA 91101 |
| HARBOR CAPITAL GROUP TRUST FOR DEFINED BENEFIT PLA | C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| HARBOR WATCH/DIAMONDBANKFIXED INCOME MASTER FUND, | DIAMONDBACK FIXED INCOME MASTER FUND, LTD. 1 LANDMARK SQUARE 15TH FLOOR STAMFORD CT 06901 |
| HARBOUR CAPITAL ADVISORS INC. FOR OIMRA | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| HARBOURVIEW CDO III LIMITED | ATTN: PRESIDENT AND CHIEF EXECUTIVE OFFICER HARBOURVIEW ASSET MANAGEMENT CORPORATION RE: HARBOURVIEW CDO III, LIMITED TWO WORLD TRADE CENTER (34TH FLOOR) NEW YORK NY 10048 |
| HARBOURVIEW CDO III LIMITED | ATTN: HARBOURVIEW CDO III BANKERS TRUST COMPANY SANTA ANA CA 92705 |
| HARBOURVIEW CDO III, LIMITED | C/O DEUTSCHE BANK (CAYMAN) LIMITED GRAND CAYMAN CAYMAN ISLANDS |
| HARBOURVIEW CDO III, LIMITED | 6801 S. TUCSON WAY CENTENNIAL CO 80112 |
| HARPEL, JAMES W | 505 S FLAGER DRIVE 14TH FLOOR WEST PALM BEACH FL 33401 |
| HARPEN IMMOBILIEN GMBH & CO. KG | F/K/A H2001/ PHIN GMBH AND CO. KG ATTN: KONSTANZE HATTING, CFO D-VOBKUHLE 38 DORTMUND 44141 GERMANY |
| HARPEN IMMOBILIEN GMBH & CO. KG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| HARRINGTON BANK FSB | 5925 FARRINGTON ROAD CHAPEL HILL NC 27517 |
| HARRINGTON PARTNERS, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARRINGTON PARTNERS, L.P. | C/O EBF & ASSOCIATES, L.P. ATTN: GENERAL COUNSEL 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| HARRISBURG PARKING AUTHORITY | P.O. BOX 1142 HARRISBURG PA 17108-1142 |
| HARRY B. LEVINE | 75 HAMPSHIRE LANE BOYNTON BEACH FL 33436 |
| HARRY C. MOORE TRUST | HARRY C. MOORE TRUST DATED MAY 19, 1986 C/O M &I TRUST COMPANY BELOIT WI 53511 |
| HARRY C. MOORE TRUST | TRUSTEES HARRY C. MOORE TRUST DATED MAY 19, 1986 C/O M &AMPERI TRUST COMPANY BELOIT WI 53511 |
| HARRY C. MOORE TRUST DATED MAY 19, 1986 | C/O MARSHALL & ILSLEY TRUST COMPANY N.A. AS CUSTODIAN ATTN: GAYLE ROBINSON, GENERAL COUNSEL 111 EAST KILBOURN AVENUE, SUITE 200 MILWAUKEE WI 53202 |
| HARTFIELD FUND LTD | ATTN: COMPANY SECRETARY C/O BISYS HEDGE FUND SERVICES (CAYMAN) LIMITED PO BOX 1748 5TH FL- CAYMAN CORP. CENTRE 27 HOSPITAL ROAD - GEORGETOWN GRAND CAYMAN KY1-1109 BRITISH WEST INDIES |
| HARTFIELD FUND LTD | C/O MAN INVESTMENTS AG HUOBSTRASSE 3 PFAFFIKON, SZ 8808 SWITZERLAND |
| HARTFIELD FUND LTD | ATTN: MARGO JENSEN/ KIRSTEN ROGERS C/O PRIME BROKERAGE MAN INVESTMENTS LIMITED SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| HARTFORD ACCIDENT & INDEMINITY COMPANY INC | ATTN: DAWN CRUDEN KOLLMEYER HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD ACCIDENT & INDEMNITY COMPANY | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD ACCIDENT & INDEMNITY COMPANY | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD ACCIDENT & INDEMNITY COMPANY | C/O INVESTMENT LAW DEPARTMENT HARTFORD INVESTMENT MANGEMENT COMPANY ATTN: DOUG FISKE 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD ACCIDENT & INDEMNITY COMPANY | C/O INVESTMENT LAW DEPARTMENT - HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: HELDER PEREIRA 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD FIRE INSURANCE CO | HARTFORD INVESTMENT MANAGEMENT 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD HIGH YIELD FUND | HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD HIGH YIELD FUND | ED MAHONEY HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT HARTFOLD INVESTMENT MANAGEMENT COMPANY ATTN: DOUG FISKEE 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT - HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: HELDER PEREIRA 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT HARTFOLD INVESTMENT MANAGEMENT COMPANY ATTN: DOUG FISKEE 55 FAMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ACCIDENT INSURANCE | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY C/O THE HARTFORD INVESTMENT |

| Claim Name | Address Information |
|---|---|
| COMPANY INC | MANAGEMENT COMPANY, PORTFOLIO SUPPORT – DERIVATIVES UNIT 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | ATTN: PORTFOLIO SUPPORT – DERIVATIVES UNIT C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | ATTN: DAWN CRUDEN C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | ATTN: DAWN CRUDEN HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | ATTN: DAWN CRUNDEN HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | ATTN: PORTFOLIO SUPPORT – DERIVATIVES UNIT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY P.O. BOX 1744 HARTFORD CT 06114 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY INC | ATTN: PORTFOLIO SUPPORT – DERIVATIVES UNIT C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY P.O. BOX 1744 HARTFORD CT 06114 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | 55 FARMINGTON AVENUE 9TH FL HARFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: DAWN CRUDEN HARTFORD INVESTMENT MANAGEMENT 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | HARTFORD LIFE AND ANNUITY INSURANCE COMPANY C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY, PORTFOLIO SUPPORT – DERIVATIVES UNIT 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: DAWN CRUDEN C/O HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: PORTFOLIO SUPPORT – DERIVATIVES UNIT C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVE HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: DAWN CRUDEN HARTFORD LIFE AND ANNUITY INSURANCE COMPANY C/O HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVENUE HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: DAWN CRUNDEN HARTFORD LIFE AND ANNUITY INSURANCE COMPANY C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVE HARTFORD CT 06105 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: PORTFOLIO SUPPORT – DERIVATIVES UNIT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY P.O. BOX 1744 HARTFORD CT 06114 |
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY | ATTN: PORTFOLIO SUPPORT – DERIVATIVES UNIT C/O THE HARTFORD INVESTMENT MANAGEMENT COMPANY P.O. BOX 1744 HARTFORD CT 06114 |
| HARTFORD LIFE INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD LIFE INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD LIFE INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: DOUG FISKE 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT – HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: HELDER PEREIRA 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT – HARTFORD INVESTMENT MANAGEMENT COMPANY 55 FARMINGTON AVE. ATTENTION: DOUG FISKE ATTENTION: HELDER PEREIRA HARTFORD CT 06105 |
| HARTFORD LIFE INSURANCE COMPANY INC | HARTFORD LIFE INSURANCE COMPANY 200 HOPMEADOW STREET HARTFORD CT 06070 |
| HARTFORD LIFE INSURANCE COMPANY INC | ATTN: LORI K. KOLLMEYER HARTFORD LIFE INSURANCE COMPANY 200 HOPMEADOW STREET HEARTFORD CT 06070 |
| HARTFORD MUTUAL FUNDS, INC., THE, ON BEHALF OF HAR | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD MUTUAL FUNDS, INC., THE, ON BEHALF OF HAR | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| HARTFORD MUTUAL FUNDS, INC., THE, ON BEHALF OF HAR | FUND - C/O INVESTMENT LAW DEPARTMENT - HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: DOUG FISKE 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD MUTUAL FUNDS, INC., THE, ON BEHALF OF HAR | C/O INVESTMENT LAW DEPARTMENT - HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: HELDER PEREIRA 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD SERIES FUND, INC. ON BEHALF OF HARTFORD H | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD SERIES FUND, INC. ON BEHALF OF HARTFORD H | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD SERIES FUND, INC. ON BEHALF OF HARTFORD H | C/O INVESTMENT LAW DEPARTMENT HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: DOUG FISKE 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD SERIES FUND, INC. ON BEHALF OF HARTFORD H | C/O INVESTMENT LAW DEPARTMENT - HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: HELDER PEREIRA 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HAVENS PARTNERS, LP | 600 LEXINGTON AVENUE NEW YORK NY 10022 |
| HAVERFORD SCHOOL | 450 WEST LANCASTER AVENUE HAVERFORD PA 19041 |
| HAWTHORNE (CITY OF), CA REDEVELOPMENT AGENCY | 4455 WEST 126TH STREET HAWTHORNE CA 90250 |
| HAYMAN CAPITAL MASTER FUND LP | ATTN: JASON NAGI C/O HAYNES AND BOONE LLP 1221 AVENUE OF AMERICAS, 26TH FLOOR NEW YORK NY 10020-1007 |
| HAYMAN CAPITAL MASTER FUND LP | C/O HAYMAN CAPITAL PARTNERS, LP 2626 COLE AVENUE, SUITE 200 DALLAS TX 75204 |
| HAYMAN CAPITAL MASTER FUND LP | C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| HBK INVESTMENTS, L.P., AS COLLATERAL MANAGER ON BE | VI LTD. HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER ATTN: JR SMITH, ESQ. 951 E. BYRD STREET RICHMOND VA 23219-4074 |
| HBK MASTER FUND | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LCC C/O HBK SERVICES LLC, ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS RD, STE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER ATTN: JR SMITH, ESQ 951 E. BYRD STREET RICHMOND VA 23219-4074 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 ATTN: LEGAL DEPARTMENT DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC 2102 CEDAR SPRINGS ROAD, SUITE 700 ATTN: LEGAL DEPARTMENT DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN; LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK MASTER FUND, L.P. 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND LP | C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND LP | 2101 CEDAR SPRINGS RD STE 700 DALLAS TX 752011845 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBSC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1 CTLA STRUCTRED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| HBSC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR | PRYOR CASHMAN LLP ATTN: TINA N. MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HCA INC | 500 WEST MAIN STREET P.O. BOX 1438 LOUISVILLE KY 40201-1438 |
| HCA MASTER RETIREMENT PLAN | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| HCM/Z SPECIAL OPPORTUNITIES  LLC | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| HCM/Z SPECIAL OPPORTUNITIES  LLC | DB ZWIRN NEW YORK NY 10151 |
| HD AMERICAN TRUST | 33 WEST 81ST STREET NEW YORK NY 10024 |
| HD SUPPLY INC | 3100 CUMBERLAND BLVD, SUITE 1480 ATLANTA GA 30339 |
| HD SUPPLY INC | ATTN: RICARDO NUNEZ, GENERAL COUNSEL HD SUPPLY, INC. 3100 CUMBERLAND BLVD, SUITE 1480 ATLANTA GA 30339 |
| HDFC BANK LTD | C.S. NO 6/242 SENAPATHI BAPAT MARG LOWER PAREL (WEST) MUMBAI 400013 INDIA |
| HDK PURCHASER TRUST | C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| HEALTH CARE & REHABILITATION SERVICES OF SE VERMON | 390 RIVER STREET SPRINGFIELD VT 05156 |
| HEALTH CARE SECURITY TRUST FUND | ATTN: STANLEY MAVROMATES PRIM BOARD 84 STATE STREET, SUITE 250 BOSTON MA 02109 |
| HEALTH SUPER FUND | LEVEL 31, GATEWAY 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| HEALTHEAST CARE SYSTEM, MN | 559 CAPITOL BLVD 6TH FL ST PAUL MN 55479 |
| HEARTLAND CONSUMER POWER DISTRICT | PO BOX 248 MADISON SD 57042 |
| HEBRON ACADEMY | C/O MICHAEL A. FAGONE, ESQ. BERSTEIN SHUR 100 MIDDLE STREET, PO BOX 9729 PORTLAND ME 04104-5029 |
| HEBRON ACADEMY | HEBRON ACADEMY ATTN: JAMES BISETI, BUSINESS MANAGER 339 PARIS ROAD PO BOX 309 HEBRON ME 04238 |
| HEMPSTEAD VILLAGE HOUSINGASSOCIATES | HEMPSTEAD VILLAGE HOUSINGASSOCIATES THE RICHMAN GROUP 340 PEMBERWICK ROAD GREENWICH CT 06831 |
| HEMPSTEAD VILLAGE HOUSINGASSOCIATES | THE RICHMAN GROUP 340 PEMBERWICK ROAD GREENWICH CT 06831 |
| HENDERSON GLOBAL FIXED INCOME ABSOLUTE RETURN FUND | C/O HEMISPHERE FUND MANAGER LIMITED PO BOX 30362SMB 3RD FLOOR, HARBOUR CENTRE GEORGE TOWN CAYMAN ISLANDS |
| HENRY SCHEIN INC | 135 DURYEA ROAD MELVILLE NY 11747 |
| HENRY SCHEIN, INC. | PROSKAUER ROSE LLP ATTN: JEFFREY LEVITAN 1585 BROADWAY NEW YORK NY 10036 |
| HENRY SCHEIN, INC. | 135 DURYEA RD. ATTN: JENNIFER FERRERO MELVILLE NY 11747 |
| HERA SPA | V. IE C. BERTI PICHAT 2/4 BOLOGNA 40127 ITALY |
| HERITAGE CHRISTIAN ACADEMY | ATTN: VICKIE RAMSIER 15655 BASS LAKE ROAD MAPLE GROVE MN 55311 |
| HERITAGE CHRISTIAN ACADEMY | B.C. ZIEGLER AND COMPANY ONE SOUTH WACKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| HERITAGE COMMUNITY OF KALAMAZOO | 2400 PORTAGE STREET KALAMAZOO MI 49001 |
| HERMES INV MGMT LTDA/C HERMES COMMODITIES ALPHAFUN | 1 PORTSOKEN STREET LONDON E1 8HZ UNITED KINGDOM |
| HERMES INV MGMT LTDA/C HERMES COMMODITIES ALPHAFUN | HERMES INVESTMENT MANAGEMENT LIMITED LLOYDS CHAMBERS 1 PORTSOKEN ST LONDON E1 8HZ UNITED KINGDOM |
| HESS COMMODITIES, A DIVISION OF HESS CORPORATION | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS CORPORATION | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS CORPORATION | ATTN: CHARLES F. CERRIA, ESQ. HESS CORPORATION 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS CORPORATION | ATTN: CONTRACT COORDINATOR HESS CORPORATION 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS CORPORATION | ATTN: VICE PRESIDENT, CHIEF RISK OFFICER HESS CORPORATION 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS ENERGY POWER & GAS COMPANY (UK) LIMITED | HESS CORPORATION 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS ENERGY POWER & GAS COMPANY (UK) | HESS CORPORATION ATTN: CHARLES F. CERRIA, ESQ. 1185 AVENUE OF THE AMERICAS NEW |

| Claim Name | Address Information |
|---|---|
| LIMITED | YORK NY 10036 |
| HESS ENERGY TRADING COMPANY LLC (HETCO) | ATTN: CONTROLLER 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS ENERGY TRADING COMPANY LLC (HETCO) | ATTN: CHARLES F. CERRIA, ESQ. HESS CORPORATION 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS ENERGY TRADING COMPANYLLC | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HEWLETT PACKARD COMPANY | 3000 HANOVER STREET MAIL STOP 1050 PALO ALTO CA 94304 |
| HEWLETT, WILLIAM & FLORA FOUNDATION INC | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| HFF I, LLC | 432 PARK AVENUE SOUTH 12TH FLOOR NEW YORK NY 10016 |
| HFF V, LLC | 432 PARK AVENUE SOUTH 12TH FLOOR NEW YORK NY 10016 |
| HFF V, LLC | GARY RINDNER, ESQ. HITE CAPITAL MANAGEMENT LLC 432 PARK AVENUE SOUTH NEW YORK NY 10016 |
| HFF V, LLC | KATTEN MUCHIN ROSENMAN LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022 |
| HFH SHORTPLUS MASTER FUND LTD | C/O HIGHLAND FINANCIAL HOLDINGS GROUP LLC 51 MADISON AVE, SUITE 2000 NEW YORK NY 10010 |
| HFR RV PERFORMANCE MASTER TRUST | BUTTERFIELD TRUST (BERMUDA) LIMITED 65 FRONT STREET HAMILTON HM 11 BERMUDA |
| HFR RV PERFORMANCE MASTER TRUST | ATTN: TREVOR ANGUS BUTTERFIELD TRUST (BERMUDA) LIMITED 65 FRONT STREET HAMILTON HM 11 BERMUDA |
| HFR RV PERFORMANCE MASTER TRUST | ATTN: DRU ARDEN HFR ASSET MANAGEMENT, LLC 10 SOUTH RIVERSIDE PLAZA, SUITE 1450 CHICAGO IL 60606 |
| HFR RV PERFORMANCE MASTER TRUST | DRU ARDEN HFR ASSET MANAGEMENT, LLC 10 SOUTH RIVERSIDE PLAZA, SUITE 1450 CHICAGO IL 60606 |
| HFR RV PERFORMANCE MASTER TRUST | DAVID SHLADOVSKY, ESQ. COPY TO: 1800 AVENUE OF THE STARS, 2ND FLOOR LOS ANGELES CA 90067 |
| HFR RV PERFORMANCE MASTER TRUST | ATTN: DAVID SHLADOVSKY, ESQ. COPY TO: 1800 AVENUE OF THE STARS, 2ND FLOOR LOS ANGELES CA 90067 |
| HFR RV PERFORMANCE MASTER TRUST | ATTN: DAVID SHLADOVSKY, ESQ. KAYNE ANDERSON CAPITAL ADVISORS, LP 1800 AVENUE OF THE STARS, 2ND FLOOR LOS ANGELES CA 90067 |
| HHMI II LLC | C/O DEUTSCHE BANK TRUST COMPAN AMERICAS 345 PARK AVENUE NY, NY 10154 |
| HIGH INCOME PORTFOLIO OF MANAGED ACCOUNTS SERIES B | HINC C/O BLACKROCK ADVISORS, LLC, AS AGEN AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| HIGH RIVER LIMITED PARTNERSHIP | C/O ICAHN ASSOCIATES CORP. 767 FIFTH AVENUE, 47TH FLOOR ATTN: KEITH COZZA NEW YORK NY 10153 |
| HIGH RIVER LIMITED PARTNERSHIP | 767 5TH AVENUE, SUITE 4700 NEW YORK NY 10153 |
| HIGH YIELD BOND FUND – (#696) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND LP | HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP THE CAYMAN CORPORATE CENTRE, 4TH FLOOR 27 HOSPITAL ROAD GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND LP | ATTN: RICH POTAPCHUK HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP 9 WEST 57TH STREET, 27TH FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE CAPITAL MANAGEMENT LLC | HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP 9 WEST 57TH STREET, 27TH FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | MAPLES CORPORATE SERVICES LIMITED PO BOX 309, UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | HIGHBRIDGE CAPITAL MANAGEMENT LLC ATTN MALDA HIBRI 9 W 57 ST 27 FL NEW YORK NY 10019 |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | WATCHELL LIPTON ROSEN & KATZ ATTN  HAROLD S NOVIKOFF & KATHRYN GETTLES-ATWA ESQS 51 W 52 ST NEW YORK NY 10019 |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | 9 WEST 57TH STREET, 27TH FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE FIXED INCOME OPPORTUNITY INSTITUTIONAL | C/O HIGHBRIDGE CAPITAL MANAGEMENT LLC 9 WEST 57TH STREET, 27TH FLOOR NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| HIGHBRIDGE FIXED INCOME OPPORTUNITY MASTER FUND LP | C/O HIGHBRIDGE CAPITAL MANAGEMENT LLC 9 WEST 57TH STREET, 27TH FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE FIXED INCOME OPPORTUNITY MASTER FUND LP | RICH POTAPCHUK C/O HIGHBRIDGE CAPITAL MANAGEMENT LLC 9 WEST 57TH STREET, 27TH FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE INTERNATIONAL LLC | MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| HIGHBRIDGE INTERNATIONAL LLC | HIGHBRIDGE CAPITAL MANAGEMENT, LLC ATTN: MALDA HIBRI 40 WEST 57TH STREET – 33RD FLOOR NEW YORK NY 10019 |
| HIGHFIELDS CAPITAL III LP | C/O HIGHFIELDS CAPITAL MANAGEMENT LP 200 CLARENDON STREET BOSTON MA 02116 |
| HIGHFIELDS CAPITAL III LP | KRISTIN MARCUS C/O HIGHFIELDS CAPITAL MANAGEMENT LP 200 CLARENDON STREET BOSTON MA 02116 |
| HIGHFIELDS CAPITAL LP I | C/O HIGHFIELDS ASSOCIATES LLC 200 CLARENDON STREET BOSTON MA 02117 |
| HIGHFIELDS CAPITAL LP II | C/O HIGHFIELDS ASSOCIATES LLC 200 CLARENDON STREET BOSTON MA 02117 |
| HIGHLAND CDO OPPORTUNITY MASTER FUND LP | EVERETT, SCOTT HAYNES AND BOONE, LLP 2323 VICTORY AVE., SUITE 700 DALLAS TX 75219 |
| HIGHLAND CDO OPPORTUNITY MASTER FUND LP | 13455 NOEL ROAD, SUITE 800 C/O HIGHLAND CAPITAL MANAGEMENT, LP DALLAS TX 75240 |
| HIGHLAND CDO OPPORTUNITY MASTER FUND LP | ATTN: GENERAL COUNSEL 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT OPPORTUNITIES CDO LP | 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT OPPORTUNITIES CDO LP | ATTN: GENERAL COUNSEL 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES FUND | SCOTT EVERETT HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| HIGHLAND CREDIT STRATEGIES FUND | C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES FUND | ATTN: JASON BLACKBURN C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES FUND | ATTN: GENERAL COUNSEL C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD., STE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND LP | ATTN: GENERAL COUNSEL 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. | EVERETT, SCOTT HAYNES AND BOONE, LLP 2323 VICTORY AVE., SUITE 700 DALLAS TX 75219 |
| HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. | C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CRUSADER OFFSHORE PARTNERS LP | EVERETT, SCOTT HAYNES AND BOONE, LLP 2323 VICTORY AVE., SUITE 700 DALLAS TX 75219 |
| HIGHLAND CRUSADER OFFSHORE PARTNERS LP | 13455 NOEL ROAD, SUITE 800 C/O HIGHLAND CAPITAL MANAGEMENT, LP DALLAS TX 75240 |
| HIGHLAND CRUSADER OFFSHORE PARTNERS LP | 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HILLSBOROUGH-OXFORD, L.P. | C/O AIMCO 4582 S. ULSTER ST. PKWY, SUITE 1100 DENVER CO 80237 |
| HILTON DOMESTIC OWNER LLC | C/O BLACKSTONE REAL ESTATE ACQUISITIONS VI L.L.C. 345 PARK AVENUE NEW YORK NY 10154 |
| HILTON DOMESTIC OWNER LLC | ATTN: KENNETH A. CAPLAN, SENIOR MD C/O BLACKSTONE REAL ESTATE ACQUISITIONS VI L.L.C. 345 PARK AVENUE NEW YORK NY 10154 |
| HILTON HOTELS CORPORATION | 9336 CIVIC CENTER DRIVE BEVERLY HILLS CA 90209 |
| HINDUSTAN PETROLEUM CORPORATION LIMITED | EXECUTIVE DIRECTOR INT'L TRADE & SUPPLY PETROLEUM HOUSE – 2ND FLOOR 17, J.T. ROAD, CHURCHGATE, MUMBAI 400 020 INDIA |
| HIROSHIMA BANK LTD (THE) | 3-8, KAMIYA-CHO 1-CHOME NAKA-KU HIROSHIMA 730-0031 JAPAN |
| HITE A/C HFF I | 432 PARK AVENUE SOUTH 12TH FLOOR NEW YORK NY 10016 |
| HITE A/C HFF I | ATTN: SIMON LANGDON HFF I, LLC 432 PARK AVENUE SOUTH 12TH FLOOR NEW YORK NY 10016 |
| HJSI DEVONSHIRE LLC | HJSI DEVONSHIRE, LLC 3530 POST ROAD, SUITE 301 SOUTHPORT CT 06890 |
| HJSI DEVONSHIRE, LLC | C/O HJ SIMS INVESTMENTS, LLC 3530 POST ROAD, SUITE 301 SOUTHPORT CT 06890 |
| HJSI DEVONSHIRE, LLC | 3530 POST ROAD, SUITE 301 SOUTHPORT CT 06890 |
| HOKKAIDO INTERNATIONAL AIRLINES | ATTN: YOSHIKAZU OYAUCHI, EXEC. MANAGING DIRECTOR CORPORATE PLANNING NISHI |

| Claim Name | Address Information |
|---|---|
| CO.,LTD. | 2-CHOME 9 KITA 1-JO CHUO-KU SAPPORO HOKKAIDO 060-0001 JAPAN |
| HOLLAND HOME | C/O DAVID TIESENGA 2100 RAYBROOK STREET SE SUITE 300 GRAND RAPIDS MI 49546 |
| HOLY NAME HOSPITAL | 718 TEANECK RD TEANECK NJ 07666 |
| HOME DEPOT INC | THE HOME DEPOT, INC. 2455 PACES FERRY ROAD ATLANTA GA 30330-4024 |
| HOME EQUITY LOANS SERIES 2001-D | C/O US BANK TRUST NATIONAL ASSOCIATION CORPORATE TRUST DEPARTMENT 180 EAST 5TH STREET 2ND FL ST PAUL MN 55101 |
| HONG LEONG BANK BERHAD | LEVEL 6, WISMA HONG LEONG 18 JALAN PERAK, 50450 KUALA LUMPUR P.O. BOX 12372, KUALA LUMPUR 50776 MALAYSIA |
| HONG LEONG BANK BERHAD | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | 18TH FLOOR, 8 CANADA SQUARE CANARY WHARF LONDON E14 5HQ UNITED KINGDOM |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | ATTN: MARTIN HOLCOMBE 18TH FLOOR, 8 CANADA SQUARE CANARY WHARF, LONDON E14 5HQ UNITED KINGDOM |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, | ATTN: VIVIENNE CHAN, LEGAL ADVISER LEVEL 37, HSBC MAIN BUILDING NO. 1 QUEEN'S ROAD CENTRAL HONG KONG CHINA |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, | HSBC BANK PLC ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HOOSIER ENERGY RURAL ELECTRIC COOPERATIVE INC | ATTN: TRADING CONTROL HOOSIER ENERGY RURAL ELECTRIC COOPERATIVE, INC. C/O. ACES POWER MARKETING 4140 WEST 99TH STREET CARMEL IN 46032 |
| HOOSIER ENERGY RURAL ELECTRIC COOPERATIVE, INC. | 7398 N. STATE ROAD 37 BLOOMINGTON IN 47404 |
| HORIZON 21 ALTERNATIVE INVESTMENTS LTD | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| HORIZON 21 ALTERNATIVE INVESTMENTS LTD | P.O. BOX 1356 GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| HORIZON 21 ALTERNATIVE INVESTMENTS LTD | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1109 CAYMAN ISLANDS |
| HORIZON HOUSE | GUGGENHEIM PARTNERES C/O HORIZON HOUSE 135 EAST 57TH STREET NEW YORK NY 10022 |
| HORIZON II INTERNATIONAL LIMITED | HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LIMITED | 68 WEST BAY ROAD P.O. BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LIMITED | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HORIZON II INTERNATIONAL LTD | HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1101 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706 |
| HORIZON II INTERNATIONAL LTD | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HORIZON II INTERNATIONAL LTD SERIES 114 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 115 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 116 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 121 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 126 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 130 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 134 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LTD SERIES 134 | GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 135 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 136 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 145 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 148 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 158 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 162 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 178 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 181 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 183 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 193 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 207 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 208 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 211 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 220 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 221 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 222 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 223 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 225 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 226 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 227 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 228 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 229 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD SERIES 230 | HORIZON II INTERNATIONAL LIMITED WALKER HOUSE P.O. BOX 265 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HORIZON21A/C ARC-T05-20151 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| HORIZON21A/C H21 ABS RTN CONCEPTS SPCARC-A05-20230 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| HORIZON21A/C H21 ABS RTN CONCEPTS SPCARC-A07-20140 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| HORIZON21A/C H21 ABS RTN CONCEPTS SPCARC-B07-20140 | HORIZON21 ALTERNATIVE INVESTMENTS LTD GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1110 CAYMAN ISLANDS |
| HORIZON21A/C H21: ILS-A04-30140 | P.O. BOX 1356 GENESIS BUILDING, 4TH FLOOR GENESIS CLOSE GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| HOROWITZ, RUTH E. | 975 PARK AVENUE, APT. 16 C NEW YORK NY 10028 |
| HOSPITAL AUTHORITY PROVIDENT FUND SCHEME | ATTN: HEMAN WONG ROOM 1417-27, SUN HUNG KAI CENTRE 30 HARBOUR ROAD WANCHAI HONG KONG |
| HOSPITAL ESPANOL AUXILIO MUTUO DE PUERTO RICO INC | AVE. PONCE DE LEON 735 PARADA 37 HATE REY PR 00919 |
| HOSPITALS OF ONTARIO PENSION PLAN TRUST FUND | C/O HOSPITALS OF ONTARIO PENSION PLAN SUITE 1400, 1 TORONTO STREET TORONTO, ONTARIO M5C 3B2 CANADA |
| HOSPITALS OF ONTARIO PENSION PLAN TRUST FUND | ATTN: CHIEF INVESTMENT OFFICER C/O HOSPITALS OF ONTARIO PENSION PLAN SUITE 1400, 1 TORONTO STREET TORONTO ON M5C 3B2 CANADA |
| HOTCHKISS SCHOOL | PO BOX 800 LAKECILL CT 06039-0800 |
| HOTCHKISS SCHOOL | ATTN: CFO P.O. BOX 800 LAKEVILLE CT 06039-0800 |
| HOTCHKISS SCHOOL | P.O. BOX 800 LAKEVILLE CT 06039-0800 |
| HOTEL FOUQUET'S BARRIERE PARIS | 46, AVENURE GEORGE V PARIS 75008 FRANCE |
| HOTSPOT FXR LLC | ATTN: ANDREW M. GREENSTEIN HOTSPOT FXR, LLC 545 WASHINGTON BOULEVARD JERSEY CITY NJ 07310 |
| HOTSPOT FXR, LLC | C/O KNIGHT CAPITAL GROUP, INC. ATTN: PAUL WAGENBACH 545 WASHINGTON BOULEVARD JERSEY CITY NJ 07310 |
| HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY | 222 BERKELEY STREET BOSTON MA 02116 |
| HOUSTON COUNTY HEALTH CARE AUTHORITY | 2031 11TH AVE S BIRMINGHAM AL 352052801 |
| HOUSTON COUNTY HEALTH CARE AUTHORITY | D. MILLER SE ALABAMA MEDICAL DOTHAN AL 36303 |
| HOWARD HUGHES MEDICAL INSTITUTE | 4000 JONES BRIDGE ROAD CHEVY CHASE MD 20815-6789 |
| HOWARD HUGHES MEDICAL INSTITUTE | ATTN: PATTIE KITZMILLER 4000 JONES BRIDGE ROAD CHEVY CHASE MD 20815-6789 |
| HOWARD HUGHES MEDICAL INSTITUTE | ATTN: PATTIE KITZMILLER HOWARD HUGHES MEDICAL INSTITUTE 4000 JONES BRIDGE ROAD CHEVY CHASE MD 20815-6789 |
| HOWARD HUGHES MEDICAL INSTITUTE | ATTN: THOMAS R. CECH, PRESIDENT HOWARD HUGHES MEDICAL INSTITUTE 4000 JONES BRIDGE ROAD CHEVY CHASE MD 20815-6789 |
| HOWARD HUGHES MEDICAL INSTITUTE | ATTN: LAURIN SAENZ 3 MELLON BANK CENTER PITTSBURGH PA 15259 |
| HOWARD HUGHES MEDICAL INSTITUTE | ATTN: LAURIN SAENZ MELLON BANK SPECIAL INVESTMENTS GROUP 3 MELLON BANK CENTER PITTSBURGH PA 15259 |
| HOWARD HUGHES MEDICAL INSTITUTE | ATTN: LAURIN SAENZ SPECIAL INVESTMENTS GROUP – MELLON BANK 3 MELLON BANK CENTER PITTSBURGH PA 15259 |
| HOWARD, NICHOLAS P. | 114 WEST ROAD NEW CANAAN CT 06840 |
| HSBC BANK PLC | 18TH FLOOR, 8 CANADA SQUARE CANARY WHARF LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | ATTN: MARTIN HOLCOMBE/ROSS MACKENZIE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | ATTN: MARTIN HOLCOMBE 18TH FLOOR, 8 CANADA SQUARE CANARY WHARF, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | ATTN: GENERAL COUNSEL THAMES EXCHANGE 10 QUEEN STREET PLACE LONDON EC4R 1BQ UNITED KINGDOM |
| HSBC BANK PLC | ATTN: PROCESSING SWAP THAMES EXCHANGE 10 QUEEN STREET PLACE LONDON EC4R 1BQ UNITED KINGDOM |
| HSBC BANK PLC | 140 BROADWAY, 18TH FLOOR NEW YORK NY 10005 |
| HSBC BANK PLC | ATTN: LEGAL, JOHN O'SULLIVAN 140 BROADWAY, 18TH FLOOR NEW YORK NY 10005 |
| HSBC BANK PLC | ATTN: JASON SATURNO 425 FIFTH AVE NEW YORK NY 10018 |
| HSBC BANK PLCFOREIGN EXCHANGE DEPT | ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| HSBC BANK USA | ATTN: MARTIN HOLCOMBE 8 CANADA WHARF CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK USA | ATTN:  JASON SATURNO; JIM RILEY 425 FIFTH AVENUE NEW YORK NY 10018 |
| HSBC BANK USA NATIONAL ASSOCIATION | CORPORATE TRUST & LOAN LEGACY ATTN: THOMAS MACKAY (SENIOR V.P. – CORPORATE TRUST ADMINISTRATION) 452 5TH AVENUE NEW YORK NY 10018 |
| HSBC BANK USA NATIONAL ASSOCIATION | DAVID LEMAY & CHRISTY RIVERA, ESQS. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR | ASSET CERTIFICATES WITH ENHANCED RETURNS SERIES 2001-13-C CTLA STRUCTURED FINANCE ATTN: CHI S. LE 10 EAST 40TH ST 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR | CERTIFICATES WITH ENHANCED RETURNS SERIES 2001-38-PT CTLA STRUCTURED FINANCE ATTN: CHI S. LE 10 EAST 40TH ST 14TH FLOOOR NEW YORK NY 10016 |
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR | PRYOR CASHMAN LLP ATTN: TINA N. MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR | PRYOR CASHMAN LLP ATTN: TINA N. MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION | 8 CANADA WHARF CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | SERIES 2000-A CTLA-STRUCTURED FINANCE ATTN: CHI S LE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7 SUPPLEMENTAL INTEREST TRUST CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TRUST MORTGAGE PASS – THROUGH CERTIFICATES SERIES 2006-5 SUPPLEMENTAL INTEREST TRUST CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6 SUPPLEMENTAL INTEREST TRUST CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ASSET CERTIFICATES WITH ENHANCED RETURNS SERIES 2000-24-A-HSBC CTLA-STRUCTURED FINANCE ATTN: CHI S. LE 10 EAST 40TH STREET, 14TH FLOOR NWE YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-14 CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-12 CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TINA N. MOSS, ESQ. PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TTEE FOR S | RATE MORTGAGE LOAN TRUST SERIES 2005-1, CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TTEE FOR S | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC FRANCE | 103 AVANUE DES CHAMPS-ELYSEES PARIS 75008 FRANCE |
| HSBC FRANCE | HSBC FRANCE ATTN: FLORENCE LEPICARD 103, AVENUE DES CHAMPS-ELYSEES PARIS 75008 FRANCE |
| HSBC FRANCE | ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON EL4 5HQ UNITED KINGDOM |
| HSBC HOLDINGS PLC | 8 CANDA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC HOLDINGS PLC | 10 QUEEN STREET PLACE LONDON EC4R 1BQ UNITED KINGDOM |
| HSBC INSTITUTIONAL TRUST SERVICES (SINGAPORE) LTD | CHUA SUI TONG C/O WONG PARTNERSHIP LLP ONE GEORGE STREET #20-01 049145 SINGAPORE |

| Claim Name | Address Information |
|------------|---------------------|
| HSBC INSTITUTIONAL TRUST SERVICES (SINGAPORE) LTD | (AS TRUSTEE FOR PRU INCOME X FUND) C/O PRUDENTIAL ASSET MANAGEMENT (SINGAPORE) LTD ATTN: HEAD OF COMPLIANCE 30 CECIL STREET #20-01 PRUDENTIAL TOWER 049712 SINGAPORE |
| HSBC INSTITUTIONAL TRUST SERVICES (SINGAPORE) LTD | (AS TRUSTEE FOR PRU INCOME XL FUND) C/O PRUDENTIAL ASSET MANAGEMENT (SINGAPORE) LTD ATTN: HEAD OF COMPLIANCE 30 CECIL STREET #20-01 PRUDENTIAL TOWER 049712 SINGAPORE |
| HSBC INSTITUTIONAL TRUST SERVICES (SINGAPORE) LTD | MORGAN, LEWIS & BOCKIUS LLP ATTN: JOSHUA BLACKMAN 101 PARK AVENUE NEW YORK NY 10178 |
| HSBC TRINKAUS & BURKHARDT (INTERNATIONAL) SA | RUE NINA ET JULIEN LEFEVRE 1-7 LUXEMBOURG 1952 LUXEMBOURG |
| HSBC TRINKHAUS UND BURKHARDT KGAA | KONIGSALLEE 21-23 DUSSELDORF D-40212 GERMANY |
| HSBC TRINKHAUS UND BURKHARDT KGAA | ATTN: LEGAL SITZ DUSSELDORF AMTSGERICHT DUSSELDORF HRB 54447 GERMANY |
| HSBC TRINKHAUS UND BURKHARDT KGAA | ATTN: LEGAL SITZ DUSSELDORF AMTSGERICHT DUSSELDORF HRB 54447 |
| HSBC TRUSTEE (C.I.) LIMITED | ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P.O. BOX 88 1 GRENVILLE STREET ST. HELIER, JERSEY JE4 9PF UNITED KINGDOM |
| HSH NORDBANK AG | GERHART-HAUPTMANN-PLATZ 50 D-2000 HAMBURG 1 FEDERAL REPUBLIC OF GERMANY GERMANY |
| HSH NORDBANK AG | GERTHART-HAUPTMANN-PLATZ 50 HAMBURG 20095 GERMANY |
| HSH NORDBANK AG | ATTN: LEGAL GERHART-HAUPTMANN-PLATZ 50 HAMBURG 20095 GERMANY |
| HSH NORDBANK AG | ATTN: LEGAL MARTENSDAMM 6 KIEL 24103 GERMANY |
| HSH NORDBANK AG | ATTN: GENERAL COUNSEL GERHART-HAUPTMANN-PLATZ 50 MARTENSDAMM 6 KIEL HRB 87366 HAMBURG |
| HSH NORDBANK AG | ATTN: GENERAL MANAGER 5-7 ST. HELEN#APPOSS PLACE LONDON EC3A 6AU UNITED KINGDOM |
| HSH NORDBANK AG | ATTN: GENERAL MANAGER 5-7 ST. HELEN'S PLACE LONDON EC3A 6AU UNITED KINGDOM |
| HSH NORDBANK SECURITIES SA | ATTN: MR HEIKO LUDWIG MARTENSDAMM 6 KIEL 24103 GERMANY |
| HSH NORDBANK SECURITIES SA | HSH NORDBANK INTERNATIONAL AG 2 RUE JEAN MONNET L2180 LUXEMBOURG |
| HSH NORDBANK SECURITIES SA | ATTN: MR WOLFGANG DURR 2 RUE JEAN MONNET LUXEMBOURG L2180 LUXEMBOURG |
| HUA AN INTERNATIONAL BALANCED FUND | TRANSFEROR: ANTHRACITE BALANCED COMPANY (46) LIMITED HUA AN FUND MANAGEMENT CO LTD ATTN: ZHANG HAIMO 2F, NEW SHANGHAI INTERNATIONAL TOWER 360 SOUTH PUDONG ROAD SHANGHAI 200120 PR CHINA |
| HUA NAN COMMERCIAL BANK, LTD. | HUA NAN COMMERCIAL BANK LTD. OFFSHORE BANKING BRANCH 38 SEC 1, CHUNG-KING SOUTH ROAD TAIPEI TAIWAN, PROVINCE OF CHINA |
| HUMBOLDT CA (COUNTY OF) | 825 FIFTH ST., ROOM #125 EUREKA CA 95501-1100 |
| HUNTINGTON NATIONAL BANK | HUNTINGTON CENTER, HC 0944 41 SOUTH HIGH STREET COLUMBUS OH 43287 |
| HUNTINGTON PLACE APARTMENTS LP | HUNTINGTON PLACE APARTMENTS LP C/O JACKSON SQUARE PROPERTIES 500 WASHINGTON STREET, SUITE 700 SAN FRANCISCO CA 94111 |
| HUNTINGTON PLACE APARTMENTS LP | C/O JACKSON SQUARE PROPERTIES 500 WASHINGTON STREET, SUITE 700 SAN FRANCISCO CA 94111 |
| HURLEY MEDICAL CENTER | ONE HURLEY PLAZA FLINT MI 48503 |
| HURLEY SACRAMENTO L.P. | LISA WEIL, ESQ. COX, CASTLE & NICHOLSON LLP 555 CALIFORNIA STREET, 10TH FLOOR SAN FRANCISCO CA 94104 |
| HURLEY, STEPHEN NASH | 155 WATER ST FL 5 BROOKLYN NY 112011044 |
| HURLEY, STEPHEN NASH | C/O PETER J. HALEY NELSON MULLINS RILEY & SCARBOROUGH LLP ONE BOSTON PLACE BOSTON MA 02108 |
| HUSKY ENERGY MARKETING INC "EDI" | 707 8TH AVENUE S.W. BOX 6525, STATION D CALGARY AB T2P 3G7 CANADA |
| HVB RISK MANAGEMENT PRODUCTS INC | 150 EAST 42ND STREET NEW YORK NY 10017 |
| HVB RISK MANAGEMENT PRODUCTS INC | HVB RISK MANAGEMENT PRODUCTS INC. 150 EAST 42ND STREET NEW YORK NY 10017 |
| HWA, WIELLIE WEI | 731 SALTILLO PLACE FREMONT CA 94536 |
| HYDRO ONE PENSION PLAN | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| HYPERION BROOKFIELD COLLATERALIZED | C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| SECURITIES FUND | 10281-1010 |
| HYPERION COLLATERALIZED SECURITIES FUND INC | C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 3 WORLD FINANCIAL CENTER, 200 VESEY ST. 10TH FLOOR NEW YORK NY 10281-1010 |
| HYUNDAI SECURITIES CO., LTD. | 34-4, YOUIDO-DONG YONGDUNGPO-GU SEOUL 150-010 KOREA, REPUBLIC OF |
| I.E. JERSEY PROPERTY CO NO 1 LIMITED | 22 GRENVILLE STREET. ST. HELIER JERSEY JE4 8PX UNITED KINGDOM |
| IAC GLOBAL LLC | IAC GLOBAL LLC, CLO EXPEDIA INC. 3150 139TH AVENUE S. E. BELLEVUE WA 98005 |
| IBERDOLA RENEWABLES ENERGIES USA, LTD., AS ASSIGNE | RENEWABLES, INC. C/O CREDIT & RISK MANAGEMENT ATTN: CREDIT MANAGER 1125 NW COUCH PORTLAND OR 97209 |
| IBERDROLA GENERACION, SA UNIPERSONAL | TOMAS REDONDO 1 TOMAS REDONDO 1 MADRID 28033 SPAIN |
| IBERDROLA RENEWABLE ENERGIES USA LTD | 201 KING OF PRUSSIA, SUITE 500 RADNOR PA 19087 |
| IBERDROLA RENEWABLE ENERGIES USA LTD | ATTN: RAY CAPISTRANO, ACCOUNTING MANAGER IBERDROLA RENEWABLE ENERGIES USA LTD. 201 KING OF PRUSSIA, SUITE 500, RADNOR PA 19087 |
| IBERDROLA RENEWABLE ENERGIES USA LTD | ATTN: EDUARDO BRUNET WITH COPIES TO: IBERDROLA RENEWABLE ENERGIES USA L OFFICE OF THE GENERAL COUNSEL 201 KING OF PRUSSIA, SUITE 500 RADNOR PA 19087 |
| IBERDROLA RENEWABLES ENERGIES USA, LTD. | C/O CREDIT & RISK MANAGEMENT ATTN: CREDIT MANAGER 1125 NW COUCH PORTLAND OR 97209 |
| IBERDROLA RENEWABLES, INC. F/K/A PPM ENERGY, INC. | ATTN: CREDIT MANAGER C/O CREDIT & RISK MANAGEMENT 1125 NW COUCH PORTLAND OR 97209 |
| IBM 401(K) PLUS PLAN TRUST | ATTN: ED ADAMS 1133 WESTCHESTER AVE WHITE PLAINS NY 10604 |
| IBM CORE FIXED INCOME ACCOUNT | C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT. W-775 385 E. COLORADO BLVD. PASADENA CA 91101 |
| IBM GLOBAL STRATEGY FUND | ATTN: NEIL BULL PO BOX 41, NORTH HARBOUR PORTSMOUTH PO6 3AU UNITED KINGDOM |
| IBM IRELAND RETIREMENT BENEFITS PLAN (1994) | 909 A STREET TACOMA WA 98402-5120 |
| IBM KONSERN PENSJONSKASSE | 909 A STREET TACOMA WA 98402-5120 |
| IBM PENSIONSFOND (DENMARK) | 909 A STREET TACOMA WA 98402-5120 |
| IBM PERSONAL PENSION PLAN TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| IBM PERSONAL PENSION PLAN TRUST | C/O CHRISTOPHER R. BELMONTE, ESQ SATTERLEE STEPHENS BURKE & BURKE LLP 230 PARK AVENUE, SUITE 1130 NEW YORK NY 10169 |
| IBM PERSONAL PENSION PLAN TRUST | C/O GRANTHAM, MAYO, VAN OTTERLOO 40 ROWES WHARF BOSTON MA 02110 |
| IBM PERSONAL PENSION PLAN TRUST | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IBM SAVINGS PLAN TRUST | 840  NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| IBM UK PENSIONS TRUST LIMITED | 909 A STREET TACOMA WA 98402-5120 |
| IBM WORLD TRADE CORPORATION | NEW ORCHARD ROAD ARMONK NY 10504 |
| ICAHN PARTNERS LP | 767 FIFTH AVENUE, 47TH FLOOR ATTN: KEITH COZZA NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND II LP | 767 FIFTH AVENUE, 47TH FLOOR ATTN: KEITH COZZA NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND II LP | ATTN: TINA MARCH/ KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND III LP | 767 FIFTH AVENUE, 47TH FLOOR ATTN: KEITH COZZA NEW YORK NY 10153 |
| ICAHN PARTNERS MASTER FUND LP | 767 FIFTH AVENUE, 47TH FLOOR ATTN: KEITH COZZA NEW YORK NY 10153 |
| ICAP ENERGY AS | HEAD OFFICE 2 BROADGATE LONDON EC2M 7UR UNITED KINGDOM |
| ICAP ENERGY LIMITED | HEAD OFFICE 2 BROADGATE LONDON EC2M 7UR UNITED KINGDOM |
| ICAP ENERGY LLC | HEAD OFFICE 2 BROADGATE LONDON EC2M 7UR UNITED KINGDOM |
| ICAP SECURITIES LIMITED | GARBAN SECURITIES LIMITED 16 FINSBURY CIRCUS LONDON EC2M 7UR UNITED KINGDOM |
| ICAP SECURITIES LIMITED | ATTN: MARK SCHREIBER GARBAN SECURITIES LIMITED 16 FINSBURY CIRCUS LONDON EC2M 7UR UNITED KINGDOM |
| ICAP UNITED INC | HEAD OFFICE 2 BROADGATE LONDON EC2M 7UR UNITED KINGDOM |
| ICCREA BANCA | ATTN: LUCIANO GIORGIO GORNATI VIA LUCRETIA ROMANA 41/47 00178 ROMA ITALY |
| ICCREA BANCA SPA | ATTN: CA LEGAL DEPARTMENT AVV. CLAUDIO CALASCIBETTA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ICCREA BANCA SPA | ALYSSA ENGLUND, ESQ ORRICK HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW |

| Claim Name | Address Information |
|---|---|
| ICCREA BANCA SPA | YORK NY 10103 |
| ICICI BANK LIMITED | ICICI BANK LIMITED ICICI BANK TOWERS NORTH TOWER, 2ND FLOOR (WEST WING) BANDRA KURLA COMPLEX, BANDRA EAST MUMBAI 400 051 INDIA |
| ICICI BANK LIMITED | ATTN:MR. N.S. KANNAN, CFO ICICI BANK TOWERS BANDRA KURLA COMPLEX MUMBAI 400 051 INDIA |
| ICICI BANK LIMITED | HEAD-CONFIRMATIONS, TREASURY MIDDLE OFFICE ICICI BANK LIMITED ICICI BANK TOWERS NORTH TOWER, 2ND FLOOR (WEST WING) BANDRA KURLA COMPLEX, BANDRA EAST, MUMBAI 400 051 INDIA |
| ICICI BANK LIMITED | ATTN: HEAD-CONFIRMATIONS, TREASURY MIDDLE OFFICE ICICI BANK TOWERS NORTH TOWER, 2ND FLOOR (WEST WING) BANDRA KURLA COMPLEX, BANDRA EAST, MUMBAI 400 051 INDIA |
| ICM BUSINESS TRUST C/O IONIC CAPITAL MANAGEMENT LL | 366 MADISON AVENUE, 9TH FLOOR JOHN RICHARDSON, GENERAL COUNSEL NEW YORK NY 10017 |
| ICM BUSINESS TRUST C/O IONIC CAPITAL MANAGEMENT LL | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| ICONIX BRAND GROUP INC | ICONIX BRAND GROUP, INC. 1450 BROADWAY, 4TH FLOOR NEW YORK NY 10018 |
| ICONIX BRAND GROUP, INC. | ATT: ANDREW TARSHIS, GENERAL COUNSEL 1450 BROADWAY, 4TH FLOOR NEW YORK NY 10018 |
| ICONIX BRAND GROUP, INC. | C/O BLANK ROME LLP ATTN: A. ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| ICONIX BRAND GROUP,INC. | ATTN : ANDREW TARSHIS, GENERAL COUNCEL 1450 BROADWAY, 4TH FLOOR NEW YORK NY 10018 |
| ICONIX BRAND GROUP,INC. | ICONIX BRAND GROUP, INC. C/O BLANK ROME LLP ATTN: A. ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| ICP STRUCTURED CREDIT INCOME MASTER FUND LTD | ATTN: THOMAS C. PRIORE C/O ICP ASSET MANAGEMENT 360 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10017 |
| ICP STRUCTURED CREDIT INCOME MASTER FUND LTD | ATTN: GENEVIEVE CARPENTE C/O ICP ASSET MANAGEMENT 445 PARK AVENUE, 12TH FLOOR NEW YORK NY 10022 |
| IDAHO HOUSING AND FINANCE ASSOCIATION | 565 WEST MYRTLE AVENUE BOISE ID 83702 |
| IDAHO HOUSING AND FINANCE ASSOCIATION | IDAHO HOUSING AND FINANCE ASSOCIATION 565 WEST MYRTLE AVENUE BOISE ID 83702 |
| IDAHO HOUSING AND FINANCE ASSOCIATION | 565 WEST MYRTLE BOISE ID 83702 |
| IDAHO HOUSING AND FINANCE ASSOCIATION | P.O. BOX 7899 565 WEST MYRTLE BOISE ID 83707-1899 |
| IDAHO NATIONAL ENGINEERING AND ENVIROMENTAL LABORA | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| IDAHO NATIONAL ENGINEERING AND ENVIROMENTAL LABORA | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| IDAHO POWER COMPANY | P.O. BOX 447 SALT LAKE CITY UT 84110-0447 |
| IDAHO POWER COMPANY (WSPP) | 1221 WEST IDAHO STREET BOISE ID 83702 |
| IDAHO STATE BUILDING AUTHORITY | 755 W. FRONT STREET, SUITE 200 BOISE ID 83702 |
| IDT CORP. | IDT COORPORATION 520 BROAD STREET NEWARK NJ 07102 |
| IDT CORPORATION | ATTN: GIL BOOSIDAN IDT COORPORATION 520 BROAD STREET NEWARK NJ 07102 |
| IESO | ATTN: LEGAL DEPARTMENT INDEPENDENT ELECTRICITY SYSTEMS OPERATOR STATION A, BOX 4474 TORONTO M5W 4ES ONTARIO |
| IHC HEALTH SERVICES INC | PIMCO 840 NEWPORT CENTER DRIVE, SUITE 300 NEWPORT BEACH CA 92660 |
| IHC HEALTH SERVICES INC | ATTN: KEVIN BROADWATER PIMCO 840 NEWPORT BEACH DRIVE NEWPORT BEACH CA 92660 |
| IHC HEALTH SERVICES INC | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IHC HEALTH SERVICES INC | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| IHC HEALTH SERVICES INC | ATTN: LEGAL GROUP PIMCO 840 NEWPORT BEACH DRIVE NEWPORT BEACH CA 92660 |
| III CREDIT BIAS HUB FUND LTD | C/O ADMIRAL ADMISTRATION LTD. P.O. BOX 32021, ADMIRAL FINANCIAL CENTER 90 FORT STREET GEORGE TOWN KY1-1208 CAYMAN ISLANDS |
| III CREDIT BIAS HUB FUND LTD | ATTN: MICHAEL HELBERG C/O AVM, L.P. 777 YAMATO ROAD, SUITE 300 BOCA RATON FL |

| Claim Name | Address Information |
|---|---|
| III CREDIT BIAS HUB FUND LTD | 33431 |
| III CREDIT BIAS HUB FUND LTD | ATTN: SCOTT L. WYLER C/O OFFSHORE ADVISORS 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III CREDIT BIAS HUB FUND LTD | SCOTT L. WYLER C/O OFFSHORE ADVISORS 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III ENHANCED CREDIT BIAS HUB FUND LTD | C/O ADMIRAL ADMINISTRATION LTD. P.O BOX 32021 90 FORT STREET GEORGE TOWN, GRAND CAYMAN 32021 CAYMAN ISLANDS |
| III FINANCE LTD | ATTN: SCOTT WYLER C/O ADMIRAL ADMINISTRATION LTD. ADMIRAL FINANCIAL CENTER 90 FORT ST, P.O. BOX 32021 SMB GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| III FINANCE LTD | C/O OFFSHORE ADVISORS 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III GLOBAL LTD. | ATTN: SCOTT WYLER C/O ADMIRAL ADMINISTRATION LTD. ADMIRAL FINANCIAL CENTER 90 FORT ST, P.O. BOX 32021 SMB GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| III GLOBAL LTD. | 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III GLOBAL LTD. | SCOTT L. WYLER 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD | ATTN: SCOTT WYLER, CANOVER WATSON C/O ADMIRAL ADMINISTRATION LTD. ADMIRAL FINANCIAL CENTER 90 FORT ST, P.O. BOX 32021 SMB GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD | III OFFSHORE ADVISORS C/O AVM, L.P. 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| III RELATIVE VALUE/MACRO HUB FUND LTD. | ATTN: SCOTT WYLER C/O ADMIRAL ADMINISTRATION LTD. ADMIRAL FINANCIAL CENTER 90 FORT ST, P.O. BOX 32021 SMB GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| III RELATIVE VALUE/MACRO HUB FUND LTD. | 777 YAMATO ROAD BOCA RATON FL 33431 |
| III RELATIVE VALUE/MACRO HUB FUND LTD. | SCOT L. WYLER 777 YAMATO ROAD BOCA RATON FL 33431 |
| III SELECT CREDIT HUB FUND LTD | ATTN: CANOVER WATSON, SCOTT WYLER C/O ADMIRAL ADMISTRATION LTD. ADMIRAL FINANCIAL CENTER 90 FORT STREET, P.O. BOX 32021 SMB GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| III SELECT CREDIT HUB FUND LTD | III OFFSHORE ADVISORS C/O AVM, L.P. 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| IKANO FUNDS - EUROPEAN HIGH YIELD | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| IKANO FUNDS - EUROPEAN HIGH YIELD | ATTN: STEPHEN GIANELLI C/O PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| IKANO FUNDS - EUROPEAN HIGH YIELD | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| IKB DEUTSCHE INDUSTRIEBANK AG | TOBIAS MAIER WILHELM-BOTZKES-STRASSE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | WILHELM-BOTZKES-STRABE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | C/O MICHAEL H. TORKIN SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| IKB INTERNATIONAL S.A. | 2 RUE JEAN MONNET LUXEMBOURG L-2180 LUXEMBOURG |
| IKB INTERNATIONAL SA | ATTN: WOLFGANG GUTH 12, RUE ERASME L-1486 LUXEMBOURG |
| IKB INTERNATIONAL SA | LOWENSTEIN SANDLER PC ATTN: CHRISTINE S. BOYLE 65 LIVINGSTON AVENUE ROSELAND NY 07068 |
| ILLINOIS (STATE OF) TEACHERS RETIREMENT SYSTEM | 230 PARK AVENUE NEW YORK NY 10169 |
| ILLINOIS (STATE OF) TEACHERS RETIREMENT SYSTEM | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ILLINOIS (STATE OF) TEACHERS RETIREMENT SYSTEM | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ILLINOIS FINANCE AUTHORITY | ATTN: GENERAL COUNSEL C/O ILLINOIS FINANCE AUTHORITY 180 NORTH STETSON, NO. 2555 CHICAGO IL 60601 |
| ILLINOIS FINANCE AUTHORITY | 233 SOUTH WACKER DRIVE STE 5310 CHICAGO IL 60606-6368 |
| ILLINOIS HOUSING DEVELOPMENT AUTHORITY | 401 NORTH MICHIGAN AVE., SUITE 700 CHICAGO IL 60611 |
| ILLINOIS MUNICIPAL RETIREMENT FUND CORE | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 1213 385 EAST COLORADO |

| Claim Name | Address Information |
|---|---|
| FULL PORTF | BLVD. PASADENA CA 91101 |
| ILLINOIS TOOL WORKS, INC MASTER TRUST | C/O CATHIE ANDERSON 3600 WEST LAKE AVENUE GLENVIEW IL 60026 |
| ILLINOIS TOOL WORKS, INC MASTER TRUST | STUART M ROZEN MAYER BROWN L.L.P. 71 S. WACKER DRIVE CHICAGO IL 60606 |
| IMMOWEST PROMTUS HOLDING GMBH | BANKGASSE 2 AUSTRIA |
| IMPAC CMB TRUST SERIES 2003-11 | THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2003-11 | 1401 DOVE STREET SUITE 100 NEWPORT BEACH CA 92660 |
| IMPAC CMB TRUST SERIES 2003-11 | ATTN: JIM NORIEGA DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2004-04 | THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2004-05 | THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2004-05 | ATTN:  TRUST ADMINISTRATION – IM0403 DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2004-08 | THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2004-08 | 1401 DOVE STREET SUITE 100 NEWPORT BEACH CA 92660 |
| IMPAC CMB TRUST SERIES 2004-08 | ATTN:  TRUST ADMINISTRATION – IM0408 DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2004-10 | THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2004-10 | 1401 DOVE STREET SUITE 100 NEWPORT BEACH CA 92660 |
| IMPAC CMB TRUST SERIES 2004-10 | ATTN:  TRUST ADMINISTRATION – IM0410 DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2004-4 | DEUTSCHE BANK NATIONAL TRUST 1761 E. SAINT ANDREW PLACE SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2005-05 | YOUNG J. KIM THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC CMB TRUST SERIES 2005-08 | YOUNG J. KIM THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC MORTGAGE HOLDINGS, INC. | THE IMPAC COMPANIES, CORPORATE HEADQUARTERS 19500 JAMBOREE ROAD IRVINE CA 92612 |
| IMPAC MORTGAGE HOLDINGS, INC. | ATTN: MORRISSON RON IMPAC MORTGAGE HOLDINGS, INC. 1401 DOVE STREET NEWPORT BEACH CA 92660 |
| IMPAC MORTGAGE HOLDINGS, INC. | ATTN: MORRISSON RON 1401 DOVE STREET NEWPORT BEACH CA 92660 |
| IMPAC SECURED ASSETS TRUST 2006-3 | YOUNG J. KIM THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| IMPAC TRUST 2007-3, MORTGAGE PASS-THROUGH CERTIFIC | THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| IMPERIAL ID("NAESB") | 333 E. BARIONI BLVD. IMPERIAL CA 92251 |
| IMPERIAL IRRIGATION DISTRICT | 333 E. BARIONI BLVD. IMPERIAL CA 92251 |
| IMPERIAL TOBACCO FINANCE PLC | PO BOX 244 UPTON ROAD, SOUTHVILLE BRISTOL BS99 7UJ UNITED KINGDOM |
| IMSER SECURITISATION SRL | VIA PONTACCIO N.10 MILANO 20123 ITALY |
| INDEPENDENCIA ALIMENTOS LTDA. | 680 JORDANESIA CAJAMAR 07760-000 BRAZIL |
| INDEPENDENT BANK TENNESSEE | 5050 POPLAR AVE, 22ND FLOOR MEMPHIS TN 38157 |
| INDEPENDENT ELECTRICITY SYSTEM OPERATOR | INDEPENDENT ELECTRICITY SYSTEMS OPERATOR 655 BAY STREET, SUITE 410 TORONTO ON M5G 2K4 CANADA |
| INDIANA (STATE OF) PUBLIC EMPLOYEES RETIREMENT FUN | 909 A STREET TACOMA WA 98402-5120 |
| INDIANA BOND BANK | 2980 MARKET TOWER 10 WEST MARKET STREET INDIANAPOLIS IN 46204 |
| INDIANA STATE COUNCIL OF CARPENTERS | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| INDIANA STATE COUNCIL OF CARPENTERS | ROBERT MENDELSON, MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| PENSION FUND | 10178 |
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND | C/O BRIAN ARMSTRONG, ACCOUNTING MANAGER ZENITH ADMINISTRATORS PO BOX 421789 INDIANAPOLIS IN 46242-1789 |
| INDIANA TRANSPORTATION FINANCE AUTHORITY | INDIANA TRANSPORTATION FINANCE AUTHORITY ONE NORTH CAPITAL SUITE 900 INDIANAPOLIS IN 46204 |
| INDIANA TRANSPORTATION FINANCE AUTHORITY | ONE NORTH CAPITAL SUITE 900 INDIANAPOLIS IN 46204 |
| INDIANA UNIVERSITY | C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-705 385 E. COLORADO BLVD. PASADENA CA 91101 |
| INDIANAPOLIS LIFE INSURANCE COMPANY (INC) | AVIVA INVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES IA 50309 |
| INDIANAPOLIS LIFE INSURANCE COMPANY N/K/A AVIVA LI | C/O AVIVA INVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 17000 DES MOINES IA 50309 |
| INDIANAPOLIS OSTEOPATHIC HOSPITAL, INC | WATERVIEW HOSPITAL 3630 GUION ROAD INDIANAPOLIS IN 46222 |
| INDUSTRIAL AND COMMERCIAL BANK OF CHINA | NO. 55 FUXING MEN NEI STREET XICHENG DISTRICT BEIJING P.R.C. 100140 CHINA |
| INDUSTRIAL BANK CO LTD | 26/F, ZHONGSHAN BLDG 154 HUDONG RD FUZHOU, FUJIAN, 350003 CHINA |
| INDUSTRIAL BANK CO, LTD | ATTN: TONG LIN, LEGAL DEPT., FINANCIAL MARKETS 28F, XINGYE BUILDING NO. 168 JIANG NING ROAD SHANHAI 200041 CHINA |
| INDUSTRIAL BANK CO, LTD | CLIFFORD CHANCE US LLP ATTN:  JENNIFER C. DEMARCO, SARA M. TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019 |
| INDUSTRIAL BANK OF KOREA | INVESTMENT BANKING DEPT. 14F, 50, 2-GA, ULCHI-RO, CHUNG-GU SEOUL KOREA, REPUBLIC OF |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF KANSAS CITY, M | KANSAS CITY, MISSOURI 414 EAST 12TH STREET, 1ST FLOOR KANSAS CITY MO 64106 |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF KANSAS CITY, M | ATTN: LAW DEPARTMENT 414 EAST 12TH STREET, 28TH FLOOR KANSAS CITY MO 64106 |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF KANSAS CITY, M | CITY TREASURER 414 EAST 12TH STREET, 1ST FLOOR KANSAS CITY MO 64106 |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF KANSAS CITY, M | LAW DEPARTMENT 414 EAST 12TH STREET, 28TH FLOOR KANSAS CITY MO 64106 |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF KANSAS CITY, M | ATTN: EXECUTIVE DIRECTOR 20 E. 5TH STREET, SUITE 200 KANSAS CITY MO 64106 |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF KANSAS CITY, M | ATTN: EXECUTIVE DIRECTOR THE INDUSTRIAL DEVELOPMENT AUTHORITY OF THE CITY OF KANSAS CITY, MISSOURI 20 E. 5TH STREET, SUITE 200 KANSAS CITY MO 64106 |
| INDUSTRIAL DEVELOPMENT AUTHORITY OF WINCHESTER (CI | 38 ROUSS AVENUE WINCHESTER VA 22601 |
| INDUSTRIAS PENOLES | APARTADO POSTAL 686 ADMON. DE CORREOS 6000 MEXICO |
| INDUSTRIAS PENOLES S.A. DE C.V. | ATTN: IGNACIO DELFIN CORPORATIVO BAL, MOLIERE 222 - PISO 2 COL. LOS MORALES SECCION PALMAS C.P. 11540 MEXICO |
| INDX 2006-AR14 | 60 WALL STREET, 36TH FLOOR NEW YORK NY 10005-2858 |
| INDX 2006-AR14 1-A1A | 155 N LAKE AVE PASADENA CA 91101-5615 |
| INDX 2006-AR14 1-A2A | 155 N LAKE AVE PASADENA CA 91101-5615 |
| INDX 2006-AR14 1-A3A | 155 N LAKE AVE PASADENA CA 91101-5615 |
| INDX 2006-AR14 1-A3B | 155 N LAKE AVE PASADENA CA 91101-5615 |
| INDYMAC 2004-2 | LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE SECURITIES ADMINISTRATION SERVICES 135 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| INDYMAC 2006-AR8 | 155 N LAKE AVE PASADENA CA 91101-5615 |
| INFINEON TECHNOLOGIES AG | AM CAMPEON 1-12 NEUBIBERG 85579 GERMANY |
| INFINEON TECHNOLOGIES AG | ATTN:  TREASURY SERVICES ST. -MARTIN-STRASSE 53 MUNICH D-81669 GERMANY |
| ING AM INTERFINANCE SERVICES B V | ATTN: A.C. DO CARMO PRINSES BEATRIXLAAN 15, 2595 AK THE HAGUE NETHERLANDS |

| Claim Name | Address Information |
|---|---|
| ING AM INTERFINANCE SERVICES B V | P.O. BOX 90470 THE HAGUE 2059 LL NETHERLANDS |
| ING AM INTERFINANCE SERVICES B V | ING AM INTERFINANCE SERVICES B V P.O. BOX 90470 THE HAGUE 2059 LL NETHERLANDS |
| ING AM INTERFINANCE SERVICES B V | ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING AM INTERFINANCE SERVICES B V | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING BALANCED FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| ING BALANCED FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING BALANCED FUND | C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 30327-4390 |
| ING BALANCED FUND | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING BALANCED FUND | HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING BALANCED FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING BANK N.V. | AMSTELVEENSEWEG 500 AMSTERDAM 1081 KL NETHERLANDS |
| ING BANK N.V. | TR 01.03 P.O. BOX 1800 AMSTERDAM 1083 KL NETHERLANDS |
| ING BANK N.V. | ATTN: M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG NETHERLANDS |
| ING BANK N.V. | ATTN: RENE MULLER BIJLMERPLEIN 888 AMSTERDAM THE NETHERLANDS |
| ING BANK N.V. | AMSTELVEENSEWEG 500 AMSTERDAM 1081 KL THE NETHERLANDS |
| ING BANK N.V. | ATTN: M.J.S.J MULLER TRC 04.076 P.O. BOX 1800 AMSTERDAM 1084 KL THE NETHERLANDS |
| ING BANK N.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING BANK N.V., FRANKFURT BRANCH | HAHNSTRASSE 49 FRANKFURT AM MAIN 60528 GERMANY |
| ING BANK SLASKI SA | PL. TRZECH KRZYZY 10/14 P.O. BOX 29 WARSAW 00-950 POLAND |
| ING BANK SLASKI SA | 1 SOUTH ORANGE STREET WILMINGTON DE 19801 |
| ING BELGIUM NV/SA | AVENUE MARNIZIAAN 24 BRUSSELS B-1000 BELGIUM |
| ING BELGIUM S.A./N.V. | ATTN: C. WYCKMANS MARNIXLAAN 24 BRUSSELS 1000 BELGIUM |
| ING BELGIUM S.A./N.V. | ING BANK N.V. ATTN: M.J.S.J MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING BELGIUM S.A./N.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING CAPITAL MARKETS LLC | ING BANK N.V. ATTN: M.J.S.J MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING CAPITAL MARKETS LLC | 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ING CAPITAL MARKETS LLC | ATTN: J. CLEMENT 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ING CAPITAL MARKETS LLC | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING CAPITAL MARKETS LLC | ATTN: JOHN H. CLEMENT ING CAPITAL MARKETS LLC 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ING EQUITY DIVIDEND FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| ING EQUITY DIVIDEND FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING EQUITY DIVIDEND FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING FINANCIAL SERVICES FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| ING FINANCIAL SERVICES FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING FINANCIAL SERVICES FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING FIXED INCOME ABSOLUTE RETURN MASTER LTD | C/O ING INVESTMENT MANAGEMENT CO ATTN: GERALD LINS ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING FIXED INCOME ABSOLUTE RETURN MASTER LTD | ATTN: GERALD LINS, GENERAL COUNSEL ING FIXED INCOME ABSOLUTE RETURN MASTER FUND LTD. C/O ING ALTERNATIVE ASSET MANAGEMENT LLC 230 PARK AVENUE NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| ING FIXED INCOME ABSOLUTE RETURN MASTER | 10169 |
| ING FIXED INCOME ABSOLUTE RETURN MASTER LTD | GERALD LINS, GENERAL COUNSEL ING FIXED INCOME ABSOLUTE RETURN MASTER FUND LTD. C/O ING ALTERNATIVE ASSET MANAGEMENT LLC 230 PARK AVENUE NEW YORK NY 10169 |
| ING FIXED INCOME ABSOLUTE RETURN MASTER LTD | ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD ATLANTA GA 30327-4390 |
| ING FIXED INCOME ABSOLUTE RETURN MASTER LTD | ATTN: FIXED INCOME TEAM ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD ATLANTA GA 30327-4390 |
| ING GROEP NV | 230 PARK AVENUE NEW YORK NY 10169 |
| ING GROEP NV | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING GROEP NV | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING HEDGE FUND FAMILY | 230 PARK AVENUE NEW YORK NY 10169 |
| ING HEDGE FUND FAMILY | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING HEDGE FUND FAMILY | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING HIGH YIELD BOND FUND | ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING HIGH YIELD BOND FUND | ATTN: DAVID VUCHINICH ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING HIGH YIELD BOND FUND | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING HIGH YIELD BOND FUND | HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING INTERMEDIATE BOND FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| ING INTERMEDIATE BOND FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING INTERMEDIATE BOND FUND | ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING INTERMEDIATE BOND FUND | ATTN: DAVID VUCHINICH ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING INTERMEDIATE BOND FUND | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING INTERMEDIATE BOND FUND | HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING INTERMEDIATE BOND FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING INTERNATIONAL INDEX PORTFOLIO | 230 PARK AVENUE NEW YORK NY 10169 |
| ING INTERNATIONAL INDEX PORTFOLIO | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING INTERNATIONAL INDEX PORTFOLIO | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | THE DIRECTORS ING INVESTMENT MANAGEMENT CLO I, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ING INVESTMENT MANAGEMENT CLO I, LTD | ANDREW SHAFFER MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| ING INVESTMENT MANAGEMENT CLO I, LTD | C/O ING INVESTMENT MANAGEMENT CO. ATTN: ELLIOT A. ROSEN 7337 E. DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258-2034 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ING INVESTMENT MANAGEMENT CLO II, LTD | ANDREW SHAFFER MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| ING INVESTMENT MANAGEMENT CLO II, LTD | C/O ING ALTERNATIVE ASSET MANAGEMENT LLC ATTN: ELLIOT A. ROSEN 7337 E. DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258-2034 |
| ING INVESTMENT TRUST CO CORE PLUS FIXED INCOME COL | 230 PARK AVENUE NEW YORK NY 10169 |
| ING INVESTMENT TRUST CO CORE PLUS FIXED INCOME COL | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING INVESTMENT TRUST CO CORE PLUS FIXED INCOME COL | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING INVESTMENT TRUST COMPANY CORE PLUS FIXED INCOM | 230 PARK AVENUE NEW YORK NY 10169 |

| Claim Name | Address Information |
|---|---|
| ING INVESTMENT TRUST COMPANY CORE PLUS FIXED INCOM | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING INVESTMENT TRUST COMPANY CORE PLUS FIXED INCOM | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING JANUS CONTRARIAN PORTFOLIO | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| ING LIFE INSURANCE & ANNUITY COMPANY | ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATION CODE: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| ING LIFE INSURANCE & ANNUITY COMPANY | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE & ANNUITY COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING LIFE INSURANCE & ANNUITY COMPANY | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE & ANNUITY COMPANY | DERIVATIVES MIDDLE OFFICE C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE & ANNUITY COMPANY | CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE & ANNUITY COMPANY | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | ING BANK N.V. ATTN: M.J.S.J. MULLER BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| ING LIFE INSURANCE AND ANNUITY COMPANY | ING BANK N.V. ATTN: M.J.S.J. BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| ING LIFE INSURANCE AND ANNUITY COMPANY | ING BANK N.V. ATTN: N.J.S.J. MULLER BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| ING LIFE INSURANCE AND ANNUITY COMPANY | MJSJ MULLER ING BANK NV BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| ING LIFE INSURANCE AND ANNUITY COMPANY | ING BANK N.V. ATTN: M.J.S.J. MULLER - LOCATION: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM MG 1102 THE NETHERLANDS |
| ING LIFE INSURANCE AND ANNUITY COMPANY | ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATION CODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM MG 1102 THE NETHERLANDS |
| ING LIFE INSURANCE AND ANNUITY COMPANY | MJSJ MULLER ING BANK NV LOCATION CODE: AMP F 04.44 BIJLMERPLEIN 888 AMSTERDAM MG 1102 THE NETHERLANDS |
| ING LIFE INSURANCE AND ANNUITY COMPANY | MJSJ MULLER ING BANK NV LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM MG 1102 THE NETHERLANDS |
| ING LIFE INSURANCE AND ANNUITY COMPANY | M.J.S.J. MULLER LOCATIONCODE AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING LIFE INSURANCE AND ANNUITY COMPANY | M.J.S.J. MULLER ING BANK N.V. LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING LIFE INSURANCE AND ANNUITY COMPANY | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESP. 31 WEST 52ND STREET NEW YORK, NY 10019 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | CLIFFORD CHANCE US LLP ATTN: JENNIFER DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | JENNIFER DEMARCO CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | JENNIFER DEMARCO 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | JENNIFER C. DEMARCO CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | JENNIFER C. DEMARCO, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | C/O ING INVESTMENT MANAGEMENT LLC A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | C/O ING INVESTMENT MANAGEMENBT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | ATTN: A. APONTE C/O ING INVESTMENT MANAGEMENT LLC 230 PARK AVENUE NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| ING LIFE INSURANCE AND ANNUITY COMPANY | 10169 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | DERIVATIVES MIDDLE OFFICE ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | CORPORATE COUNSEL WITH A COPY TO: ING INVESTMENT MANAGEMENT LLC ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | DERIVATIVES MIDDLE OFFICE ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | CORPORATE COUNSEL WITH A COPY TO: ING INVESTMENT MANAGEMENT LLC ATLANTA GA 30327-4349 |
| ING LIFE INSURANCE AND ANNUITY COMPANY SEPARATE AC | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING OPPENHEIMER STRATEGIC INCOME PORTFOLIO | ATTN; GENERAL COUNSEL OPPENHEIMERFUNDS INC C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 14TH FLOOR NEW YORK NY 10281-1008 |
| ING OPPENHEIMER STRATEGIC INCOME PORTFOLIO | C/O OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| ING PROPRIETARY ALPHA FUND LLC | ATTN: ROBERT PRESSER THE ING PROPRIETARY ALPHA FUND, LLC C/O ING ALTERNATIVE ASSET MANAGEMENT LLC 230 PARK AVENUE NEW YORK NY 10169 |
| ING PROPRIETARY ALPHA FUND LLC | ROBERT PRESSER THE ING PROPRIETARY ALPHA FUND, LLC C/O ING ALTERNATIVE ASSET MANAGEMENT LLC 230 PARK AVENUE NEW YORK NY 10169 |
| ING PROPRIETARY ALPHA FUND LLC | ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD ATLANTA GA 30327 |
| ING PROPRIETARY ALPHA FUND LLC | DERIVATIVES MIDDLE OFFICE WITH A COPY TO: ING INVESTMENT MANAGEMENT LLC ATLANTA GA 30327 |
| ING PROPRIETARY ALPHA FUND, THE LLC | ING BANK N.V. ATTN: M.J.S.J MULLER LOCATION CODE: AMP F, 04.044 BJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING PROPRIETARY ALPHA FUND, THE LLC | C/O ING INVESTMENT MANAGEMENT CO. ATTN: GERALD LINS, GENERAL COUNSEL/ ARMAND APONTE, VICE PRESIDENT AND COUNSEL 230 PARK AVE NEW YORK NY 100169 |
| ING PROPRIETARY ALPHA FUND, THE LLC | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ./ SARAH N. CAMPBELL, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING RUSSELL LARGE CAP INDEX PORTFOLIO | 230 PARK AVENUE NEW YORK NY 10169 |
| ING RUSSELL LARGE CAP INDEX PORTFOLIO | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING RUSSELL LARGE CAP INDEX PORTFOLIO | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING RUSSELL MID CAP INDEX PORTFOLIO | 230 PARK AVENUE NEW YORK NY 10169 |
| ING RUSSELL MID CAP INDEX PORTFOLIO | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING RUSSELL MID CAP INDEX PORTFOLIO | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING RUSSELL SMALL CAP INDEX PORTFOLIO | 230 PARK AVENUE NEW YORK NY 10169 |
| ING RUSSELL SMALL CAP INDEX PORTFOLIO | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING RUSSELL SMALL CAP INDEX PORTFOLIO | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING SPORTS CORE PLUS FIXED INCOME FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| ING SPORTS CORE PLUS FIXED INCOME FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING SPORTS CORE PLUS FIXED INCOME FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING TACTICAL CURRENCY TRUST | 230 PARK AVENUE NEW YORK NY 10169 |
| ING TACTICAL CURRENCY TRUST | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING TACTICAL CURRENCY TRUST | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING USA ANNUITY & LIFE INSURANCE | M.J.S.J. MULLER ING BANK N.V. LOCATION CODE: AMP F 04.044 BIJLMERPLEIN 888 |

| Claim Name | Address Information |
|---|---|
| COMPANY | 1102 MG AMSTERDAM THE NETHERLANDS |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | CLIFFORD CHANCE US LLP ATTN: JENNIFER C DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | DERIVATIVES MIDDLE OFFICE C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING USA ANNUITY AND LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT CO. ATTN:  GERALD LINS, GEN. COUNS., ARMOND APONTE, VP AND COUNS. 230 PARK AVENUE NEW YORK NY 10169 |
| ING VP BALANCED PORTFOLIO INC | 230 PARK AVENUE NEW YORK NY 10169 |
| ING VP BALANCED PORTFOLIO INC | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING VP BALANCED PORTFOLIO INC | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING VP BALANCED PORTFOLIO INC, FIXED | ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING VP BALANCED PORTFOLIO INC, FIXED | ATTN: DAVID VUCHINICH ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING VP BALANCED PORTFOLIO INC, FIXED | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING VP BALANCED PORTFOLIO INC, FIXED | HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING VP FINANCIAL SERVICES PORTFOLIO | 230 PARK AVENUE NEW YORK NY 10169 |
| ING VP FINANCIAL SERVICES PORTFOLIO | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING VP FINANCIAL SERVICES PORTFOLIO | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING VP INTERMEDIATE BOND PORTFOLIO | 230 PARK AVENUE NEW YORK NY 10169 |
| ING VP INTERMEDIATE BOND PORTFOLIO | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| ING VP INTERMEDIATE BOND PORTFOLIO | ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING VP INTERMEDIATE BOND PORTFOLIO | ATTN: DAVID VUCHINICH ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING VP INTERMEDIATE BOND PORTFOLIO | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING VP INTERMEDIATE BOND PORTFOLIO | HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING VP INTERMEDIATE BOND PORTFOLIO | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING- CALIFORNIA WINERY WORKERSPENSION PLAN TRUSTC/ | BENEFITS ADMINISTRATION CORPOR 770 EAST SHAW AVENUE SUITE 200 FRESNO CA 93710 |
| ING- ING FIXED ABSOLUTE RETURNMASTER LTDC/O ING IN | ATTN: GERALD LINS, GENERAL COUNSEL ING FIXED INCOME ABSOLUTE RETURN MASTER FUND LTD. C/O ING ALTERNATIVE ASSET MANAGEMENT LLC 230 PARK AVENUE NEW YORK NY 10169 |
| ING- ING GLOBAL BOND FUNDC/O ING INVESTMENT MGMT C | ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING- ING GLOBAL BOND FUNDC/O ING INVESTMENT MGMT C | ATTN: DAVID VUCHINICH ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD ATLANTA GA 30327-4390 |
| ING- ING GLOBAL BOND FUNDC/O ING INVESTMENT MGMT C | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING- ING GLOBAL BOND FUNDC/O ING | HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE |

| Claim Name | Address Information |
|---|---|
| INVESTMENT MGMT C | RANCH ROAD SCOTTSDALE AZ 85258 |
| ING- ING RUSSELL LARGE CAPINDEX PORTFOLIOC/O ING I | 7337 E DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85858 |
| ING- ING SERIES FUND FOR INGBALANCED FUNDC/O ING I | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING- ING VP BALANCED PORTFOLIOC/O ING INVESTMENT M | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING- ING VP INTERMEDIATE BONDPORTFOLIOC/O ING INVE | ATTN: HUEY P. FALGOUT, CHIEF COUNSEL C/O ING INVESTMENTS, LLC 7337 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| ING- INTERNATIONAL VALUECOLLECTIVE TRUST FUNDC/O I | C/O ING INVESTMENT MGMT CO 230 PARK AVENUE NEW YORK NY 10169 |
| INGRAM PENSION PLAN/NY LIFE CO. TTII INGRAM INDUST | TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC C/O INGRAM INDUSTRIES 4400 HARDING ROAD ATTN: JEFF BELSER NASHVILLE TN 37205 |
| INOVA HEALTH CARE SERVICES | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| INOVA HEALTH CARE SERVICES | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | ATTN: SAMANTHA PINTO COPY TO: 1 ROBERT SPECK PARKWAY, SUITE 1510 MISSISSAUGA ON L4Z3M3 CANADA |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | SAMANTHA PINTO COPY TO: 1 ROBERT SPECK PARKWAY, SUITE 1510 MISSISSAUGA ON L4Z3M3 CANADA |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | ATTN: SAMANTHA PINTO O.C. FINANCIAL SERVICES INC. 1 ROBERT SPECK PARKWAY, SUITE 1510 MISSISSAUGA ON L4Z3M3 CANADA |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | ATTN: DIDLER CENTIS 1301 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10019 |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | ATTN: MICHAEL SCHOPPET APOLLO CAPITAL LLC 12800 CORPORATE HILL DRIVE, SUITE 300 ST. LOUIS MO 63131 |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | ATTN: MICHAEL SCHOPPET COPY TO 12800 CORPORATE HILL DRIVE, SUITE 300 ST. LOUIS MO 63131 |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | 2000 AVENUE OF THE STARS LOS ANGELES CA 900674700 |
| INSTITUTIONAL BENCHMARKS SERIES (MF) LIMITED CENTA | CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR BEVERLY HILLS CA 90212 |
| INSTITUTO DE CREDITO OFICIAL | PASEO DEL PRADO, NO 4 MADRID 28014 SPAIN |
| INTEGRYS ENERGY SERVICES INC | ATTN: MANAGER OF LEGAL SERVICES PURPOSES OF SECT 5, 6, 11 OR 13, COPY TO BE SENT: WPS ENERGY SERVICES, INC. C/O 700 NORTH ADAMS GREEN BAY WI 54301 |
| INTEGRYS ENERGY SERVICES INC | ATTN: MANAGER OF LEGAL SERVICES WPS ENERGY SERVICES, INC. C/O 700 NORTH ADAMS GREEN BAY WI 54301 |
| INTEGRYS ENERGY SERVICES, INC | WPS ENERGY SERVICES, INC. 1716 LAWRENCE DRIVE DE PERE WI 51445 |
| INTEL CORPORATION | RANAN WELL BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| INTEL CORPORATION | 2200 MISSION COLLEGE BOULEVARD MAIL STOP RN6-26 SANTA CLARA CA 95052 |
| INTEL CORPORATION | EDDIE LEE 2200 MISSION COLLEGE BOULEVARD MAIL STOP RN6-26 SANTA CLARA CA 95052 |
| INTEL CORPORATION | 2200 MISSION COLLEGE BOULEVARD TREASURY DEPT., M/S RN6-47 SANTA CLARA CA 95054 |
| INTEL CORPORATION | 2200 MISSION COLLEGE BLVD., LEGAL DEPT., M/S SC4-203, SANTA CLARA CA 95054 |
| INTEL CORPORATION | ATTN: DIRECTOR OF CORPORATE AFFAIRS 2200 MISSION COLLEGE BOULEVARD LEGAL DEP. M/S SC4-203 SANTA CLARA CA 95054 |
| INTEL CORPORATION | ATTN: CASH MANAGER 2200 MISSION COLLEGE BOULEVARD TREASURY DEPT., M/S RN6-47 SANTA CLARA CA 95054 |
| INTEL CORPORATION PROFIT SHARING RETIRMENT PLAN | 135 EAST 57TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| INTEL CORPORATION PROFIT SHARING RETIRMENT PLAN | ATTN: KENNETH NICK, ESQ. 135 EAST 57TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| INTEL CORPORATION PROFIT SHARING RETIRMENT PLAN | ATTN: ROY CORR 100 WILSHIRE BLVD., 5TH FLOOR SANTA MONICA CA 90401 |

| Claim Name | Address Information |
|---|---|
| INTEL CORPORATION PROFIT SHARING RETIRMENT PLAN | ATTN: STUART ODELL - DIRECTOR OF RETIREMENT INVESTMENTS INTEL CORPORATION 2200 MISSION COLLEGE BLVD., RN6-47 SANTA CLARA CA 95054 |
| INTEL CORPORATION PROFIT SHARING RETIRMENT PLAN | STUART ODELL - DIRECTOR OF RETIREMENT INVESTMENTS INTEL CORPORATION 2200 MISSION COLLEGE BLVD., RN6-47 SANTA CLARA CA 95054 |
| INTEL CORPORATION RETIREMENT PROFIT SHARING PLAN | C/O GUGGENHEIM PARTNERS ASSET MANAGEMENT, INC. ATTN: ROY CORR 100 WILSHIRE BOULEVARD, 5TH FLOOR SANTA MONICA CA 90401 |
| INTEL IRELAND LTD (GRAND CAYMAN) | 200 MISSION COLLEGE BOULEVARD TREASURY DEPARTMENT M/S SC4-211 SANTA CLARA CA 95052 |
| INTER OLYMPIC CLOVER CREEK | C/O SWAP FINANCIAL GROUP, LLC 76 SOUTH ORANGE AVENUE, SUITE 6 SOUTH ORANGE NJ 07079 |
| INTER OLYMPIC CLOVER CREEK | INTER OLYMPIC CLOVER CREEK 501 SOUTH NEW YORK AVENUE WINTER PARK FL 32789 |
| INTER OLYMPIC CLOVER CREEK | 501 SOUTH NEW YORK AVENUE WINTER PARK FL 32789 |
| INTER-AMERICAN DEVELOPMENT BANK | 1300 NEW YORK AVENUE, N.W. WASHINGTON DC 20577 |
| INTER-LOCAL PENSION FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| INTERACTIVECORP | INTERACTIVECORP CARNEGIE HALL TOWER 152 WEST 57TH STREET NY, NY 10019 |
| INTERBANCA SPA | CORSO VENEZIA 56 ITALY |
| INTERCAPITAL BROKERS LTD | 50 BRIDGE SYDNEY NSW 2000 AUSTRALIA |
| INTERCONTINENTAL OLYMPIC CLOVER CREEK, LLC | C/O OLYMPIC INVESTORS LLC 2801 ALASKAN WAY, SUITE 200 SEATTLE WA 98121 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | STAFF RETIREMENT PLAN ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | RETIREMENT PLAN 2 LIBERTY SQUARE BOSTON MA 02109 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | ATTN: NIRMALIJIT SINGH PAUL 1818 H STREET N.W. MSN MC7-706 WASHINGTON DC 20433 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | 1818 H STREET N.W. WASHINGTON DC 20433 |
| INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPM | RETIRED STAFF BENEFITS PLAN AND TRUST ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPM | BENEFITS PLAN AND TRUST 2 LIBERTY SQUARE BOSTON MA 02109 |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS PE | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1328 385 E. COLORADO BLVD PASADENA CA 91101 |
| INTERNATIONAL BUSINESS MACHINES CORPORATION | NEW ORCHARD ROAD ARMONK NY 10504 |
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED LLL | ATTN: CHRIS JACOBY, VICE PRESIDENT C/O ASSET MANAGEMENT GROUP INVESTMENT CORP 6501 E. BELLEVIEW AVE, SUITE 400 ENGELWOOD CO 80111 |
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, LL | IRENA M. GOLDSTEIN DEWEY & LEBEOUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, LL | ATTN: CHRIS JACOBY 6501 E. BELLEVIEW AVE., SUITE 400 ENGELWOOD CO 80111 |
| INTERNATIONAL EQUITY PORTFOLIO | DEUTSCHE BANK AG 130 LIBERTY STREET NEW YORK NY 10006 |
| INTERNATIONAL EQUITYINDEX FUND III ACCREDITED LLLP | INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, L.L.L.P. 6501 E BELLEVIEW AVE, SUITE 400 ENGELWOOD CO 80111 |
| INTERNATIONAL FINANCE CORPORATION | ATTN: VP, FINANCE AND TREASURER 2121 PENNSYLVANIA AVE NW WASHINGTON DC 20433 |
| INTERNATIONAL FINANCE CORPORATION | DIRECTOR TREASURY OPERATIONS 2121 PENNSYLVANIA AVENUE NW WASHINGTON DC 20433 |
| INTERNATIONAL GROWTH COLLECTIVE TRUST FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| INTERNATIONAL GROWTH COLLECTIVE TRUST FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| INTERNATIONAL GROWTH COLLECTIVE TRUST FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |

| Claim Name | Address Information |
|---|---|
| INTERNATIONAL INCOME PORTFOLIO | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| INTERNATIONAL INCOME PORTFOLIO | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| INTERNATIONAL INVESTMENTS FUNDS, THE - PUTNAM GLOB | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INTERNATIONAL INVESTMENTS FUNDS, THE - PUTNAM GLOB | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INTERNATIONAL INVESTMENTS FUNDS, THE - PUTNAME EUR | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INTERNATIONAL INVESTMENTS FUNDS, THE -PUTNAM GLOBA | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY | ROBERT MENDELSON MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY | C/O DAWN M. COSTA, ESQ. JENNINGS SIGMOND, P.C. 501 WALNUT STREET, 16TH FLOOR PHILADELPHIA PA 19106 |
| INTERNATIONAL PAPER COMPANY | INTERNATIONAL PAPER COMPANY INTERNATIONAL PAPER PLAZA STAMFORD CT 06921 |
| INTERNATIONAL UNIONS OF PAINTERS & ALLIED TRADE IN | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| INTERNATIONAL UNIONS OF PAINTERS & ALLIED TRADE IN | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| INTERNATIONAL VALUE COLLECTIVE TRUST FUND | 230 PARK AVENUE NEW YORK NY 10169 |
| INTERNATIONAL VALUE COLLECTIVE TRUST FUND | 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| INTERNATIONAL VALUE COLLECTIVE TRUST FUND | 773 EAST DOUBLETREE RANCH ROAD SCOTTSDALE AZ 85258 |
| INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQAURE BOSTON MA 02109 |
| INTERSTATE POWER & LIGHT COMPANY | ATTN: BILL ZORR CORPORATE HEADQUARTERS P.O. BOX 77007 MADISON WI 53707-1007 |
| INTERSTATE POWER & LIGHT COMPANY | ATTN: ENERGY PORTFOLIO SERVICES DEPT. 4902 NORTH BILTMORE LANE MADISON WI 53718-2148 |
| INTERSTATE POWER AND LIGHTCOMPANY | C/O ALLIANT ENERGY 4902 NORTH BILTMORE LANE MADISON WI 53718-2148 |
| INTESA SANPAOLO SPA | ATTN: MR. MARIO FIORENZO BONA DOCUMENATION UNIT VIA CERNAIA 8/10 MILAN 20121 ITALY |
| INTESA SANPAOLO SPA | BACK OFFICE TREASURY AND DERIVATIVES BANCA INTESA SPA MILANOFIORI STRADA 3 PALAZZO,ASSAGO MI B7 20090 ITALY |
| INTESA SANPAOLO SPA | BANCA INTESA SPA MILANOFIORI STRADA 3 PALAZZO B7 20090 A ITALY |
| INTRALOT HOLDINGS | NICOSIA 1506 CYPRUS |
| INTRALOT S.A. | ATTN: CHRIS MISTRIOTIS 64, KIFISSIAS AVE. & 3, PREMETIS STR. ATHENS 15 125 GREECE |
| INVERCAIXA GESTION SGIIC SAU | TRANSFEROR: INVERCAIXA GESTION SGIIC, SAU C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| INVERSIONES CELFIN CAPITAL SA | C/O VERONICA MONTERO AVENIDA APOQUINDO 3721, 19TH FLOOR SANTIAGO CHILE |
| INVERSIONES CELFIN CAPITAL SA | ATTN: VER0NICA MONTERO INVERSIONES CELFIN CAPITAL S.A. AVENIDA APOQUINDO 3721, 19TH FLOOR SANTIAGO CHILE |
| INVERSIONES CELFIN CAPITAL SA | VER0NICA MONTERO INVERSIONES CELFIN CAPITAL S.A. C/O VERONICA MONTERO, LEGAL AND COMPLIANCE DEPARTMENT AVENIDA APOQUINDO 3721, 19TH FLOOR, SANTIAGO CHILE |
| INVESCO SENIORSECURED MANAGEMENT | TWO PEACHTREE POINTE 1555 PEACHTREE STREET NE SUITE 1800 ATLANTA GA 30309 |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD | INVESTCORP BANK BSC MANAMA KINGDOM OF BAHRAIN BAHRAIN |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD | ATTN: JANICK FIERENS, DIRECTOR INVESTCORP HOUSE P.O. BOX 5340 MANAMA BAHRAIN |
| INVESTCORP FIXED INCOME RELATIVE VALUE | PO BOX 5340 MANAMA BAHRAIN |

| Claim Name | Address Information |
|---|---|
| FUND LTD | PO BOX 5340 MANAMA BAHRAIN |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD | ATTN: JANICK FIERENS, DIRECTOR INVESTCORP HOUSE BOUNDARY HALL, CRICKET SQUARE P.O. BOX 1111 GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD | ATTN: THOMAS SCHNEPP C/O CURA CAPITAL MANAGEMENT, LLC 40 WEST 57TH ST., 26TH FLOOR NEW YORK NY 10019 |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD | ATTN: DAVID FRULLA/CURA OPS GLOBEOP FINANCIAL SERVICES LLC 1 SOUTH ROAD HARRISON NY 10528 |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND. LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND | C/O INTERLACHEN CAPITAL GROUP LP 800 NICOLLET MALL, SUITE 2500 MINNEAPOLIS MN 55402 |
| INVESTEC BANK LTD | 100 GRAYSTON DRIVE SANDOWN SANDTON 2196 PO BOX 785700 SANDTON 2146 SOUTH AFRICA |
| INVESTEC BANK LTD | CANNON BRIDGE HOUSE LONDON EC4R 2AT UNITED KINGDOM |
| INVESTEC BANK LTD | INVESTEC BANK (UK) L CANNON BRIDGE HOUSE LONDON EC4R 2AT UNITED KINGDOM |
| INVESTORS MARK SERIES FUND - GLOBAL FIXED | SMAMC 827 INVESTORS MARK SERIES FD-GLOBAL FIX IN P STANDISH, AYER & WOOD ONE FINANCIAL CENTER, 26TH FLOOR BOSTON MA 02111 |
| IONIC CAPITAL MASTER FUND LTD | 366 MADISON AVE., 9TH FLOOR NEW YORK NY 10017 |
| IONIC CAPITAL MASTER FUND LTD | ATTN: OPERATIONS; GENERAL COUNSEL C/O IONIC CAPITAL MANAGEMENT LLC 366 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| IONIC CAPITAL MASTER FUND LTD C/O IONIC CAPITAL MA | 366 MADISON AVE., 9TH FLOOR JOHN RICHARDSON, GENERAL COUNSEL NEW YORK NY 10017 |
| IONIC CAPITAL MASTER FUND LTD C/O IONIC CAPITAL MA | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| IOWA PERS | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1059 385 E. COLORADO BLVD PASADENA CA 91101 |
| IOWA TELECOMMUNICATIONS SERVICES INC. | IOWA TELECOMMUNICATIONS SERVICES, INC. 115 SECOND WEST AVENUE P.O. BOX 1046 NEWTON IA 50208 |
| IOWA TELECOMMUNICATIONS SERVICES INC. | ATTN: GENERAL COUNSEL 115 SECOND WEST AVENUE P.O. BOX 1046 NEWTON IA 50208 |
| IOWA TELECOMMUNICATIONS SERVICES INC. | ATTN: GENERAL COUNSEL IOWA TELECOMMUNICATIONS SERVICES, INC. 115 SECOND WEST AVENUE P.O. BOX 1046 NEWTON IA 50208 |
| IPAC SPECIALIST INVESTMENT STRATEGIES - | ALTERNATIVE INCOME STRATEGY NO 1 ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IPAC SPECIALIST INVESTMENT STRATEGIES - ALTERNATIV | 1 PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| IRIDIAN OPPORTUNITY MASTER FUND LTD | IRIDIAN OPPORTUNITY MASTER FUND, LTD. C/O IRIDIAN ASSET MANAGEMENT LLC 276 POST ROAD WEST WESTPORT CT 06880 |
| IRIDIAN OPPORTUNITY MASTER FUND LTD | LANE BUCKLAN IRIDIAN OPPORTUNITY MASTER FUND, LTD. C/O IRIDIAN ASSET MANAGEMENT LLC 276 POST ROAD WEST WESTPORT CT 06880 |
| IRISH LIFE & PERMANENT PLC | CUSTOM HOUSE PLAZA 4 DUBLIN 1 IRELAND |
| IROKO CARDIO LLC | C/O FORTRESS INVESTMENT GROUP 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| IRWIN UNION BANK AND TRUST COMPANY | 500 WASHINGTON ST BOX 929 COLUMBUS IN 47202-0929 |
| ISO NEW ENGLAND INC. | ONE SULLIVAN ROAD HOLYOKE MA 01040 |
| ISO NEW ENGLAND INC. | IRA H. GOLDMAN SHIPMAN & GOODWIN LLP ONE CONSTITUTION PLAZA HARTFORD CT 06103 |
| ISRAEL DISCOUNT BANK | IDB BANK 511 FIFTH AVENUE NEW YORK NY 10017 |
| ISRAEL DISCOUNT BANK LTD | ISREAL DISCOUNT BANK LTD NIGHTINGALE HOUSE 65 CURZON STREET LONDON W1Y 7PE UNITED KINGDOM |
| ISRAEL DISCOUNT BANK OF NEW YORK | 511 FIFTH AVENUE NEW YORK NY 10017 |
| ISRAEL DISCOUNT BANK OF NEW YORK | ATTN: MICHAEL DERLE, FIRST V.P. - TREASURY OPERATIONS 511 FIFTH AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| ISRAEL DISCOUNT BANK OF NEW YORK | SHEPPARD MULLIN RICHTER & HAMPTON LLP ATTN: GABRIEL G. MATUS, ESQ. 30 ROCKEFELLER PLAZA, 24TH FLOOR NEW YORK NY 10112 |
| ITALEASE FINANCE S.P.A. | VIA CINO DEL DUCA, 12 N. 12-20122 ITALY |
| ITALEASE FINANCE S.P.A. | C/O LOVELLS STUDIO LEGALE ATTN: MR. FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| ITALEASE FINANCE S.P.A. | C/O BLANK ROME LLP ATTN: ANDREW B ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| ITALMOBILIARE SPA | VIA BORGONUOVO 20 MILANO 20120 ITALY |
| ITOCHU CORPORATION | FOR THE ATTENTION OF NAOKO FUJITA, LEGAL DEPT 1, LEGAL DIV (TOKYO) 5-1 KITA AOYAMA 2 CHOME MINATO-KU TOKYO 107-8077 JAPAN |
| ITV PLC | C/O CARLTON COMMUNICATIONS PLC LONDON SW1X 7RZ UNITED KINGDOM |
| IVY ASSET MANAGEMENT LLC | TRANSFEROR: IVY FIXED INCOME ALPHA TRANSPORT FUND, LTD. ATTN: LEGAL DEPT ONE JERICHO PLAZA JERICHO NY 11753 |
| IVY FIXED INCOME ALPHA TRANSPORT FUND, LTD. | C/O IVY ASSET MANAGEMENT LLC ATTN: LEGAL DEPARTMENT ONE JERICHO PLAZA JERICHO NY 11753 |
| IVY FIXED INCOME ALPHA TRANSPORT FUND, LTD. | BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET ATTN: CHRISTINE AYOTTE-BRENNAN BOSTON MA 02110 |
| IXIS ASSET MANAGEMENT GROUP | NATIXIS ASSET MANAGEMENT 21 QUAI D#APPOSAUSTERLITZ PARIS CEDEX 13 75634 FRANCE |
| J ARON & CO / COVEPOINTCAPITAL ADVISORS LLC GIVE-U | ATTN:  J. ARON 85 BROAD STREET NEW YORK NY 10004 |
| J ARON & CO INC | ATTN:  J. ARON 85 BROAD STREET NEW YORK NY 10004 |
| J C BAMFORD LIFEPLAN | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J SAINSBURY COMMON INVESTMENT FUND LIMITED | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| J. ARON & CO. INC. | COVE POINT CAPITAL ADVISORS CLIFTON NJ 07012 |
| J. ARON & CO. INC. | 85 BROAD STREET NEW YORK NY 10004 |
| J. ARON & CO. INC. | ATTN: LEGAL DEPARTMENT, COMMODITIES 85 BROAD STREET NEW YORK NY 10004 |
| J. ARON & COMPANY | ATTN: DARREN LITTLEJOHN 85 BROAD STREET NEW YORK NY 10004 |
| J. ARON & COMPANY | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| J. ARON & COMPANY | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| J. PAUL GETTY TRUST | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| J.C. PENNEY CORP., INC. PENSION PLAN | ATTN: GARY PIPER 6501 LEGACY DRIVE MS 1304 PLANO TX 75024 |
| J.D. EDWARDS INTERNATIONAL B.V. | 1 TECHNOLOGY WAY B2-6-204 DENVER CO 80237 |
| J.P. MORGAN MARKETS LIMITED | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| J.P. MORGAN SECURITIES LIMITED | 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| J.P. MORGAN SECURITIES LTD. | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JA SOLAR HOLDINGS CO LTD | NO.36, JIANG CHANG SAN ROAD ZHABEI SHANGHAI 200436 CHINA |
| JA SOLAR HOLDINGS CO LTD | JINGLONG GROUP INDUSTRIAL PARK JINGLONG STREET NINGJIN, HEBEI 55550 CHINA |
| JA SOLAR HOLDINGS CO LTD | C/O SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP ATTN: VAN C. DURRER II 300 S. GRAND AVE., # 3400 LOS ANGELES CA 90071 |
| JACKSON BOND LP | 124 ONE MADISON PLZ - STE 1500 MADISON MS 391102021 |
| JACKSON BOND LP | JACKSON BOND LP 2680 CRANE RIDGE ROAD JACKSON MS 39216 |
| JACKSON BOND LP | 2680 CRANE RIDGE ROAD JACKSON MS 39216 |
| JACKSON BOND, L.P. | C/O AMBLING PROPERTY INVESTMENTS ATTN: GREG WRIGHT 7000 CENTRAL PARKWAY, SUITE |

| Claim Name | Address Information |
|---|---|
| JACKSON BOND, L.P. | 1100 ATLANTA GA 30328 |
| JACKSON NATIONAL LIFE INSURANCE CO INC | JACKSON NATIONAL LIFE INSURANCE COMPANY C/O PPM AMERICA, INC. 225 WEST WACKER DRIVE CHICAGO IL 60606 |
| JACKSON NATIONAL LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022 |
| JACKSON NATIONAL LIFE INSURANCE COMPANY | ATTN: CHAD MYERS 1 CORPORATE WAY LANSING MI 48951 |
| JACKSON NATIONAL LIFEINSURANCE COMPANY | 225 WEST WACKER DRIVE SUITE 1200 CHICAGO IL 60606 |
| JACOBSON, DAVID L. | 67611 HIGHWAY 210 MAXWELL IA 50161 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK NY 10150 |
| JADE TREE I, L.L.C. | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| JAGUAR PENSION TRUSTEES LTD | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| JAGUAR PENSION TRUSTEES LTD | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JAMES & BETTY CLOWER JTWROS | 1544 HICKORY RIDGE ROAD LEBANON TN 37087 |
| JANA MASTER FUND LTD | C/O JANA PARTNERS, LLC 200 PARK AVE, SUITE 3300 NEW YORK NY 10166 |
| JANA MASTER FUND LTD | ATTN: CHARLES PENNER JANA MASTER FUND, LTD. C/O JANA PARTNERS, LLC 200 PARK AVE, SUITE 3300 NEW YORK NY 10166 |
| JANA MASTER FUND, LTD | ATTN: CHARLES PENNER 767 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10153 |
| JANA NIRVANA FUND LP | ATTN: GENERAL COUNSEL JANA NIRVANA FUND, L.P. C/O JANA PARTNERS LLC 767 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10153 |
| JANA NIRVANA FUND LP | JANA NIRVANA FUND, L.P. C/O JANA PARTNERS LLC 200 PARK AVENUE, SUITE 3300 NEW YORK NY 10166 |
| JANA NIRVANA MASTER FUND LP | JANA NIRVANA FUND, L.P. C/O JANA PARTNERS LLC 200 PARK AVENUE, SUITE 3300 NEW YORK NY 10166 |
| JANUS ADVISER CONTRARIAN FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ADVISER FUNDAMENTAL EQUITY FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ADVISER INTERNATIONAL GROWTH FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ADVISER LARGE CAP GROWTH FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ADVISER LONG/SHORT FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ADVISER LONG/SHORT FUND | GENERAL COUNSEL C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ADVISER MID CAP GROWTH FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ASPEN FUNDAMENTAL EQUITY PORTFOLIO | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ASPEN GLOBAL LIFE SCIENC E FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ASPEN INTERNATIONAL GROWTH PORTFOLIO | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ASPEN LARGE CAP GROWTH P ORTFOLIO | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ASPEN MID CAP GROWTH POR TFOLIO | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS CAPITAL FUNDS PLC- JANUS US GLOBAL LIFE SCIE | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS CONTRARIAN FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS ENTERPRISE FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS FUNDAMENTAL EQUITY FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS GLOBAL LIFE SCIENCES FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS INSTITUTIONAL INTERNATIONAL PORTFOLIO | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |

| Claim Name | Address Information |
|---|---|
| JANUS ORION FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS OVERSEAS FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS RESEARCH FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JANUS-PACIFIC MUTUAL LIFE INS (PAC 300) | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| JAPAN AIRLINES INTERNATIONAL CO., LTD. | 4-11, HIGASHI-SHINAGAWA 2-CHOME SHINAGAWA-KU, TOKYO SHINAGAWA-KU, TOKYO 140-8637 JAPAN |
| JARDEN CORPORATION | ATTN: JASON WONG 555 THEODORE FREMD AVENUE, SUITE B-302 RYE NY 10580 |
| JARDEN CORPORATION | 2381 EXECUTIVE CENTER DRIVE BOCA RATON FL 33431 |
| JASPAR FINANCE LIMITED | HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| JASPAR FINANCE LIMITED | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706 |
| JASPAR FINANCE LIMITED | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| JASPER COMMERCIAL PAPER TRUST | 100 WALL STREET, SUITE 1600 NEW YORK NY 10005 |
| JB DIVERSIFIED FIXED INCOME MASTER HEDGE FUND | SAFEHAVEN CORPORATE CENTRE PO BOX 1100 GT GRAND CAYMAN CAYMAN ISLANDS |
| JB DIVERSIFIED FIXED INCOME MASTER HEDGE FUND | JULIUS BAER INVESTMENTS LIMITED BEVIS MARKS HOUSE BEVIS MARKS LONDON EC3A 7NE UNITED KINGDOM |
| JBIL ALAS | ATTORNEY#APPOSS LIABILITY ASSURANCE SOCIETY, INC. 311 SOUTH WACKER DRIVE, SUITE 5700 CHICAGO IL 60606-6622 |
| JBIL LEBF1352 | AUGUSTUS ASSET MANAGERS LIMITED BEVIS MARKS HOUSE 24 BEVIS MARKS LONDON EC3A 7NE UNITED KINGDOM |
| JBIM APFC | BEVIS MARK HOUSE LONDON EC3A 7NE UNITED KINGDOM |
| JBIM JBARBF | ATTN: COMPANY SECRETARY JULIUS BAER INVESTMENT MANAGEMENT INC. BEVIS MARK HOUSE BEVIS MARK LONDON EC3A 7NE UNITED KINGDOM |
| JBIM OIMRA | BEVIS MARK HOUSE LONDON EC3A 7NE UNITED KINGDOM |
| JBIM PACIFIC | BEVIS MARK HOUSE LONDON EC3A 7NE UNITED KINGDOM |
| JBIM SADAQA | ARTIO GLOBAL MANAGEMENT LLC 330 MADISON AVENUE, 12A FLOOR NEW YORK NY 10017 |
| JBIM TRSL | BEVIS MARK HOUSE LONDON EC3A 7NE UNITED KINGDOM |
| JEANES HOSPITAL | MARC FELLER DILWORTH PAXSON, LLP 1500 MARKET ST. SUITE 3500E PHILADELPHIA PA 19102 |
| JEFFERIES & COMPANY INC. | ATTN: GENERAL COUNSEL 520 MADISON AVENUE NEW YORK NY 10022 |
| JEFFERIES & COMPANY INC. | ATTN: MANAGER OF CENTRAL CREDIT ADMINISTRATION 520 MADISON AVENUE NEW YORK NY 10022 |
| JEFFERIES & COMPANY INC. | ATTN: GENERAL COUNSEL FOR SECT. 5, 6, 7, 11, 13 SEND COPY TO: JEFFERIES #AMPER COMPANY, INC. 520 MADISON AVENUE NEW YORK NY 10022 |
| JEFFERIES & COMPANY INC. | ATTN: MANAGER OF CENTRAL CREDIT ADMINISTRATION JEFFERIES #AMPER COMPANY INC. 520 MADISON AVENUE NEW YORK NY 10022 |
| JEFFERIES & COMPANY, INC. | C/O DAVID A. SNIDER, ESQ. MORGAN LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| JEFFERSON COUNTY WATER & SEWER SYSTEM, ALABAMA. | JEFFERSON COUNTY COURTHOUSE 716 RICHARD ARRINGTON BLVD. BITMINGHAM AL 35203 |
| JEFFERSON KY (COUNTY OF) | 517 COURT PLACE, SUITE 605 LOUISVILLE KY 40202 |
| JEFFERSON PILOT LIFEAMERICA INSURANCE COMPANY | 100 NORTH GREEN STREET GREENSBORO NC 27401 |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | C/O STANDARD AND POOR#APPOSS RATING SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |

| Claim Name | Address Information |
|---|---|
| JEFFERSON VALLEY CDO LIMITED SPC SERIES 2006-1 | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| JEFFREY SAMBERG TRUST | 10 IVY HILL ROAD CHAPPAQUA NY 10514 |
| JENKS AQUARIUM AUTHORITY | 202 E COMMANCHE BRISTOW OK 74010 |
| JENKS AQUARIUM AUTHORITY | 211 N. ELM STREET JENKS OK 74037 |
| JENNERS POND | KIM WILLIAMS 2000 GREENBRIAR LANE WEST GROVE PA 19390 WEST GROVE PA 19390 |
| JENNERS POND | C/O SIMPSON SENIOR SERVICES ATTN: JAMES J. KONIZEWSKI, CHIEF FINANCIAL OFFICER 150 MONUMENT ROAD SUITE 105 BALA CYNWYD PA 19004-1725 |
| JEREMY EDWARD CYPRES 1989 TRUST | 13045 RIVERS RD. LOS ANGELES CA 90049 |
| JET I LP | C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| JEWISH BOARD OF FAMILY AND CHILDREN'S SERVICES | 120 WEST 57TH STREET NEW YORK NY 10019 |
| JEWISH BOARD OF FAMILY AND CHILDREN'S SERVICES | ATTN: RONALD F. RIES, CPA, CFO 120 WEST 57TH STREET, 7TH FLOOR NEW YORK NY 10019 |
| JEWISH BOARD OF FAMILY AND CHILDREN'S SERVICES | ANDREW WOOL KATTEN MUCHIN ROSENMAN LLP 525 W. MONROE STREET CHICAGO IL 60661-3693 |
| JEWISH SENIORS AGENCY OF RHODE ISLAND | B.C. ZIEGLER C/O JEWISH SENIORS AGENCY OF RHODE ISLAND 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| JEWISH SENIORS AGENCY OF RHODE ISLAND | 229 WATERMAN STREET PROVIDENCE CT 02906 |
| JEWISH SENIORS AGENCY OF RHODE ISLAND | 100 NIANTIC AVE PROVIDENCE RI 02907-3118 |
| JEWISH SENIORS AGENCY OF RHODE ISLAND | ATTN: EXECUTIVE DIRECTOR JEWISH ELDER CARE OF RHODE ISLAND C/O JEWISH SENIORS AGENCY OF RHODE ISLAND 100 NIANTIC AVENUE PROVIDENCE RI 02907-3119 |
| JFB FIRTH RIXSON INC. | ATTN: LEGAL DEPARTMENT C/O FIRTH RIXON LIMITED FIRTH HOUSE MEADOWHALL ROAD SHEFFIELD S9 1JD UNITED KINGDOM |
| JFB FIRTH RIXSON INC. | C/O FIRTH RIXON LIMITED 11 FOUNDERS PLAZA, SUITE 1802 EAST HARTFORD CT 06108 |
| JFJ INVESTMENTS INC. | CARLTON FIELDS, PA ATTN: HYWEL LEONARD PO BOX 3239 TAMPA FL 33601-3239 |
| JFJ INVESTMENTS INC. | ATTN: JEAN BURNS 1501 2ND AVENUE TAMPA FL 33605 |
| JMG CAPITAL PARTNERS LP | ATTN: NOELLE NEWTON C/O JMG CAPITAL MANAGEMENT LLC PACIFIC ASSET MANAGEMENT, LLC 11601 WILSHIRE BLVD, SUITE 2180 LOS ANGELES CA 90025 |
| JMG CAPITAL PARTNERS LP | ATTN: NOELLE NEWTON JMG CAPITAL PARTNERS, L.P. C/O JMG CAPITAL MANAGEMENT LLC PACIFIC ASSET MANAGEMENT, LLC 11601 WILSHIRE BLVD, SUITE 2180, LOS ANGELES CA 90025 |
| JMG TRITON OFFSHORE FUND LIMITED | JMG TRITON OFFSHORE FUND LIMITED C/O JMG CAPITAL MANAGEMENT, LLC PACIFIC ASSET MANAGEMENT, LLC 11601 WILSHIRE BLVD, SUITE 2180, LOS ANGELES CA 90025 |
| JMG TRITON OFFSHORE FUND LIMITED | ATTN: NOELLE NEWTON C/O JMG CAPITAL MANAGEMENT, LLC PACIFIC ASSET MANAGEMENT, LLC 11601 WILSHIRE BLVD, SUITE 2180 LOS ANGELES CA 90025 |
| JOHN D. & PATRICIA T. NOZELL | ADVION BIOSCIENCES, INC. 15 CATHERWOOD ROAD ITHACA NY 14850 |
| JOHN DEERE PENSION TRUST | C/O HODGSON RUSS, LLP ATTN: DEBORAH J. PIAZZA, ESQ. 60 EAST 42ND STREET, 37TH FLOOR NEW YORK NY 10165-0150 |
| JOHN HANCOCK BOND FUND | GORDON PERRY, ESQ K&L GATES LLP STATE STREET FINANCIAL CTR ONE LINCOLN STREET BOSTON MA 02111 |
| JOHN HANCOCK BOND FUND | MFC GLOBAL INVESTMENT MANAGEMENT US LLC 101 HUNTINGTON AVENUE H-7 BOSTON MA 02199 |
| JOHN HANCOCK BOND FUND | ISMAIL GUNES MFC GLOBAL INVESTMENT MANAGEMENT US LLC 101 HUNTINGTON AVENUE H-7 BOSTON MA 02199 |
| JOHN HANCOCK BOND FUND | C/O STEVEN SUNNERBERG JOHN HANCOCK FUNDS 601 CONGRESS STREET BOSTON MA 02210 |
| JOHN HANCOCK HIGH YIELD BOND FUND | MFC GLOBAL INVESTMENT MANAGEMENT US LLC 101 HUNTINGTON AVENUE H-7 BOSTON MA 02199 |
| JOHN HANCOCK HIGH YIELD BOND FUND | ISMAIL GUNES MFC GLOBAL INVESTMENT MANAGEMENT US LLC 101 HUNTINGTON AVENUE H-7 BOSTON MA 02199 |
| JOHN HANCOCK HIGH YIELD FUND | GORDON PERRY ESQ K&L GATES LLP STATE STREET FINANCIAL CTR ONE LINCOLN STRET |

| Claim Name | Address Information |
|---|---|
| JOHN HANCOCK HIGH YIELD FUND | BOSTON MA 02111 |
| JOHN HANCOCK HIGH YIELD FUND | C/O STEVEN SUNNERBERG - ASST VP & SENIOR COUNSEL JOHN HANCOCK FUNDS 601 CONGRESS STREET BOSTON MA 02210 |
| JOHN HANCOCK LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP PHILIP JANIS, JONATHAN TROSS AND MARK DEVENO, ESQS. ONE STATE STREET HARTFORD CT 06103-3178 |
| JOHN HANCOCK LIFE INSURANCE COMPANY | ATTN: MICHAEL MIHALIK, JR JOHN HANCOCK PLACE--197 CLARENDON STREET C-3 BOSTON MA 02116 |
| JOHN HANCOCK TRUST REAL RETURN BOND TRUST | CORDON PERRY, ESQ K & L GATES LLP STATE STREET FINANCIAL CENTER ONE LINCOLN STREET BOSTON MA 02111 |
| JOHN HANCOCK TRUST REAL RETURN BOND TRUST | C/O STEVE SUNNERBERG- ASSISTANT VP & COUNSEL JOHN HANCOCK FUNDS 601 CONGRESS STREET BOSTON MA 02210 |
| JOHN LINDER | 21 GREEN AVENUE RYE NY 10580 |
| JOHN, TAN LYE THIAM | B288A BUKIT BATOK ST. 25 #15-228 SINGAPORE 650288 SINGAPORE |
| JOHNS HOPKINS UNIVERSITY | OFFICE OF INVESTMENT MANAGEMENT 1101 E. 33RD STREET, SUITE E200 BALTIMORE MD 21218 |
| JOHNSON & WALES UNIVERSITY | 8 ABBOTT PARK PLACE PROVIDENCE RI 02903 |
| JOHNSON, BRIAN AND JONI | JTWROS 888 TOWER ROAD WINNETKA IL 60093 |
| JOHNSON, KATHLEEN TTEE | ELANORE H. ENDSLEY IRREV LIVING TRUST UA DTD 7-1-96 1115 NW MARKET ST. APT 306 SEATTLE WA 98107 |
| JORDAN, CARL | 7 KING ROAD SOMERSET NJ 08873 |
| JP MORGAN 2002-F8J | 270 PARK AVENUE 41ST FLOOR NEW YORK NY 10017-2070 |
| JP MORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD | ATTN: DEBRA L. AVIDON J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE 8TH FLOOR NEW YORK NY 10167 |
| JP MORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD | ATTN: VP, DERIVATIVES OPERATIONS JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. C/O J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JP MORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD | J.P. MORGAN INVESTMENT MANAGEMENT INC. 1 E. OHIO STREET, FLOOR 14 INDIANAPOLIS IN 46204-1912 |
| JP MORGAN BOND FUND | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JP MORGAN BOND FUND | ATTN: VP, DERIVATIVES OPERATIONS JPMIM/JPMORGAN BOND FUND J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JP MORGAN CHASE & CO | 270 PARK AVENUE 41ST FLOOR NEW YORK NY 10017-2070 |
| JP MORGAN CHASE & CO | DERIVATIVES PRACTICE LEGAL DEPARTMENT - 270 PARK AVENUE 41ST FLOOR NEW YORK NY 100172070 |
| JP MORGAN CHASE & CO | ATTN: DON THOMPSON LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| JP MORGAN CHASE & CO | DON THOMPSON LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| JP MORGAN CHASE RETIREMENT PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| JP MORGAN CHASE RETIREMENT PLAN | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| JP MORGAN COMMINGLED PENSION TRUST CORPORATE HIGH | OPPORTUNITY FUND ATTN: DELAP KATHLEEN JPMORGAN CHASE BANK J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JP MORGAN COMMINGLED PENSION TRUST CORPORATE HIGH | FUND JP MORGAN CHASE BANK C/O JP MORGAN INVESTMENT MGMT INC 522 FIFTH AVE NEW YORK NY 10036 |
| JP MORGAN COMMINGLED PENSION TRUST INTERMEDIATE BO | C/O J.P. MORGAN INVESTMENT MANAGEMENT INC. 522 FIFTH AVENUE NEW YORK NY 10036 |
| JP MORGAN COMMINGLED PENSION TRUST INTERMEDIATE BO | JP MORGAN CHASE BANK C/O JP MORGAN INVESTMENT MGMT INC 522 FIFTH AVE NEW YORK NY 10036 |
| JP MORGAN COMMINGLED PENSION TRUST PUBLIC BOND FUN | JP MORGAN CHASE BANK C/O J.P. MORGAN INVESTMENT MANAGEMENT INC. 522 FIFTH AVENUE NEW YORK NY 10036 |
| JP MORGAN COMMINGLED PENSION TRUST | JPMORGAN CHASE BANK C/O J.P. MORGAN INVESTMENT MANAGEMENT INC. 522 FIFTH |

| Claim Name | Address Information |
|---|---|
| PUBLIC MORTGAGE | AVENUE NEW YORK NY 10036 |
| JP MORGAN DISTRESSED DEBT MASTER FUND LTD | JP MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE LOBBY NEW YORK NY 10167 |
| JP MORGAN DIVERSIFIED FUND | 245 PARK AVENUE NEW YORK NY 10167 |
| JP MORGAN INVESTMENT MANAGEMENT LIMITED | 28 KING STREET LONDON SW1Y 6XA UNITED KINGDOM |
| JP MORGAN SECURITIES LIMITED | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |
| JP MORGAN SECURITIES LIMITED | ATTN: LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| JP MORGAN VENTURES ENERGY CORPORATION | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |
| JP MORGAN VENTURES ENERGY CORPORATION | ATTN: DON THOMPSON JPMORGAN CHASE LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| JPMAM 9654C/O JPMORGAN ASSET MGMT (UK) | EUROPEAN BANK AND BUSINESS CEN ROUTE DE TREVES L-GRAND-DUCHY  B 49663 LUXEMBOURG |
| JPMC UK RETIREMENT FUND | FINSBURY DIALS 20 FINSBURY STREET LONDON EC2Y 9AQ UNITED KINGDOM |
| JPMCB / EMERGING MARKETS FIXED INCOME FUND | J.P. MORGAN FLEMING J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB FIXED INCOME RV 4% VAR FUND | JPMORGAN CHASE BANK J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB FIXED INCOME RV 4% VAR FUND | DELAP KATHLEEN JPMORGAN CHASE BANK J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB INTERMEDIATE CREDIT FUND | JP MORGAN CHASE BANK C/O J.P MORGAN INVESTMENT MANAGEMENT INC. 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB LONG CREDIT FUND | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMCB LONG CREDIT FUND | ATTN: VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMCB LONG CREDIT FUND | DEBRA L. AVIDON J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMCB LONG CREDIT FUND | VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMCB LONG DURATION INVESTMENT GRADE FUND | JPMORGAN CHASE BANK J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB LONG DURATION INVESTMENT GRADE FUND | DELAP KATHLEEN JPMORGAN CHASE BANK J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB LONG DURATION PLUS FUND | JPMORGAN CHASE BANK J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMCB/EMERGING MARKETS OPPORTUNITY FIXED INC FD | J.P. MORGAN FLEMING J.P.MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMFAM 533387 | 28 KING STREET LONDON SW1Y 6XA UNITED KINGDOM |
| JPMIM / 144350 JP MORGAN SHORT TERM BOND II FUND | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMIM / 144350 JP MORGAN SHORT TERM BOND II FUND | ATTN: VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMIM / 144350 JP MORGAN SHORT TERM BOND II FUND | DEBRA L. AVIDON J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMIM / 144350 JP MORGAN SHORT TERM BOND II FUND | VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMIM / 160990 JP MORGAN SHORT TERM BOND FUND | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMIM / 160990 JP MORGAN SHORT TERM BOND FUND | ATTN: VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMIM / 160990 JP MORGAN SHORT TERM | DEBRA L. AVIDON J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH |

| Claim Name | Address Information |
|---|---|
| BOND FUND | FLOOR NEW YORK NY 10167 |
| JPMIM / 160990 JP MORGAN SHORT TERM BOND FUND | VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMIM/16152-0 JPM SERIES TRUST II-BOND PORTFOLIO | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMIM/16152-0 JPM SERIES TRUST II-BOND PORTFOLIO | ATTN: VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMIM/16152-0 JPM SERIES TRUST II-BOND PORTFOLIO | DEBRA L. AVIDON J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMIM/16152-0 JPM SERIES TRUST II-BOND PORTFOLIO | VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. AND KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. | 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. | JP MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN ALPHA STRATEGY LTD | JPMORGAN ALPHA STRATEGY, LTD. J.P. MORGAN ALTERNATIVE ASSET MANAGEMENT, INC. 245 PARK AVENUE, FLOOR 3 NEW YORK NY 10167 |
| JPMORGAN ALPHA STRATEGY LTD | LISA VICITAL JPMORGAN ALPHA STRATEGY, LTD. J.P. MORGAN ALTERNATIVE ASSET MANAGEMENT, INC. 245 PARK AVENUE, FLOOR 3 NEW YORK NY 10167 |
| JPMORGAN AM (UK) LTDA/C JPM USD GLOBAL BOND FD | 6, ROUTE DE TREVES SENNINGERBERG L-2633 LUXEMBOURG |
| JPMORGAN CHASE BANK | ATTN: DERIVATIVE CONTRACT 522 FIFTH AVENUE C/O J.P. MORGAN INVESTMENT MANAGEMENT NEW YORK NY 10036 |
| JPMORGAN CHASE BANK NA | ATTN: LEGAL DEPARTMENT - DERIVATIVES PRACTICE GROUP 270 PARK AVENUE, 41ST FLOOR NEW YORK NY 10017-2070 |
| JPMORGAN CHASE BANK NA | ATTN: DON THOMPSON LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10019 |
| JPMORGAN CHASE BANK NA | ATTN: HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN 51 W. 52ND ST. NEW YORK NY 10019 |
| JPMORGAN CHASE BANK NA | 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK NA | 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| JPMORGAN CHASE BANK NA | ATTN: DON THOMPSON LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ALIANT BANK 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ELLINGTON CREDIT FUND, LTD. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ELLINGTON MORTGAGE FUND S/C, LTD. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ELLINGTON MORTGAGE PARTNERS LP 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ELLINGTON SPECIAL OPPORTUNITIES LTD 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SILVER LAKE CREDIT FUND, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: RED RIVER HYPI, LP (2603) ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: EF SECURITIES LLC 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005-1401 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: NETAPP, INC. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005-1401 |
| JPMORGAN CHASE BANK, N.A. | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WETS 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | ATTENTION: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, N.A. | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN COMMINGLED PENSION TRUST CORPORATE HIGH Y | JP MORGAN CHASE BANK C/O J.P. MORGAN INVESTMENT MANAGEMENT INC. 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHERINE GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN | 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN | J.P. MORGAN INVESMENT MANAGEMENT, INC, C/O LEGAL DEPT. FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. AND KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. | 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. | JP MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TR | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, KATHRYN A. GETTLES, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TR | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TR | 245 PARK AVENUE NEW YORK NY 10167-001 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TR | J.P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT - FLOOR 4P ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN EMERGING MARKETS DEBT OPPORTUNITIES LLC | J.P. MORGAN INVESTMENT MGMT 522 FIFTH AVENUE NEW YORK NY 10036 |
| JPMORGAN FIXED INCOME OPPORTUNITY INSTITUTIONAL FU | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. AND KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN FIXED INCOME OPPORTUNITY INSTITUTIONAL FU | 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN FIXED INCOME OPPORTUNITY INSTITUTIONAL FU | JP MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN FIXED INCOME OPPORTUNITY MASTER FUND, L.P | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN FIXED INCOME OPPORTUNITY MASTER FUND, L.P | 245 PARK AVENUE NEW YORK NY 10167-0001 |

| Claim Name | Address Information |
|---|---|
| JPMORGAN FIXED INCOME OPPORTUNITY MASTER FUND, L.P | J.P MORGAN INVESTMENT MANAGEMENT, INC. C/O LEGAL DEPT FLOOR 4P – ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| JPMORGAN FUNDS- EMERGING MARKETS DEBT FUND | EUROPEAN BANK AND BUSINESS CTR 6H ROUTE DE TREVES SENNINGERBERG L-2633 LUXEMBOURG |
| JPMORGAN INSURANCE TRUST CORE BOND PORTFOLIO, | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN INSURANCE TRUST CORE BOND PORTFOLIO, | A SERIES OF JPMORGAN INSURANCE TRUST 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN INSURANCE TRUST CORE BOND PORTFOLIO, | J.P. MORGAN INVESTMENT MANAGEMENT, INC. C/O LEGAL DEPT FLOOR 4P – ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN INVESTMENT FUNDS – HIGHBRIDGE INCOME OPPO | JP MORGAN ASSET MANAGEMENT (UK) LIMITED FINSBURY DIALS 20 FINSBURY STREET LONDON EC2Y 9AH UNITED KINGDOM |
| JPMORGAN REAL RETURN FUND, | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN REAL RETURN FUND, | A SERIES OF JPMORGAN TRUST 1 245 PARK AVENUE NEW YORK NY 10167 |
| JPMORGAN REAL RETURN FUND, | J.P MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPARTMENT FLOOR 4P – ATTN: SCOTT E. RICHTER, ESQ. 111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN SHORT TERM BOND FUND II, | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN SHORT TERM BOND FUND II, | A SERIES OF J.P. MORGAN MUTUAL FUND GROUP 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN SHORT TERM BOND FUND II, | J.P MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 4P – ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN STRATEGIC INCOME FUND | J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMORGAN STRATEGIC INCOME FUND | ATTN: VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMORGAN STRATEGIC INCOME FUND | DEBRA L. AVIDON J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, 8TH FLOOR NEW YORK NY 10167 |
| JPMORGAN STRATEGIC INCOME FUND | VP, DERIVATIVES OPERATIONS J.P. MORGAN INVESTMENT MANAGEMENT INC. 245 PARK AVENUE, LOBBY NEW YORK NY 10167 |
| JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN T | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. AND KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN T | 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN T | JP MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JR MOORE LP | ATTN: ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| JR MOORE LP | ATTN: GENERAL COUNSEL, URGENT FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020 |
| JR MOORE LP | ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS JR MOORE LP C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| JR MOORE LP | ATTN: ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS MOORE CAPITAL MANAGEMENT LLC 1251 AVE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| JR MOORE LP | ATTN: GENERAL COUNSEL, URGENT MOORE CAPITAL MANAGEMENT LLC 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020 |
| JR MOORE, LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| JSM ANACAPA LLC | C/O JSM CONSTRUCTION INC 429 SANTA MONICA BLVD SUITE 270 SANTA MONICA CA 90401 |
| JT SERKO LP | 7 WHITEGATE DRIVE OLD BROOKVILLE NY 11545 |
| JUDSON | ATTN:  HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |
| JUDSON | ATTN: TIM BEAUREGARD 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |

| Claim Name | Address Information |
|---|---|
| JUDSON RETIREMENT | ATTN: DERIVATIVE OPERATIONS C/O CAIN BROTHERS NEW YORK NY 10017 |
| JUDSON RETIREMENT | ATTN: DERIVATIVE OPERATIONS CAIN BROTHERS 360 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| JUDSON RETIREMENT | ATTN: DERIVATIVE OPERATIONS WITH A COPY TO: CAIN BROTHERS NEW YORK NY 10017 |
| JUDSON RETIREMENT | 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |
| JUICE ENERGY INC | 575 BROADWAY RM 301 NEW YORK NY 100123250 |
| JUICE ENERGY, INC. | ATTN: D. BRADLEY CLEMENTS, ESQ. LONDON AND MEAD 1225 19TH STREET, N.W., SUITE 320 WASHINGTON DC 20036 |
| JULIUS BAER INVESTMENT MANAGEMENT INC. | BEVIS MARK HOUSE LONDON EC3A 7NE UNITED KINGDOM |
| JULIUS BAER SICAV- LOCAL EMERGING BOND FUND | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER/ABSOLUTE RETURN BOND FUND PLUS | JULIUS BAER INVESTMENT MANAGEMENT INC. 64 ST. JAMES'S STREET LONDON SW1A 1NF UNITED KINGDOM |
| JULLIARD SCHOOL | 60 LINCOLN CENTER PLAZA ROOM 227 NEW YORK NY 10023-6588 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS A | ATTN: SIMONE MARTIN 320 WEST 13TH STREET, 5TH FLOOR NEW YORK NY 10014 |
| JUPITER QUARTZ FINANCE PLC 2004-1 CLASS B | ATTN: SIMONE MARTIN 320 WEST 13TH STREET, 5TH FLOOR NEW YORK NY 10014 |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS A | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS A | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS B | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS B | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JUPITER QUARTZ PLC 2004-2 | ATTN: SIMONE MARTIN 320 WEST 13TH STREET, 5TH FLOOR NEW YORK NY 10014 |
| JUROKU BANK LTD (THE) | 8-26 KANDA-MACHI GIFU-SHI GIF 500-8516 JAPAN |
| JYSKE BANK A/S | LEGAL DEPARTMENT VESTERGADE 8-16 SILKEBORG DK-8600 DENMARK |
| K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD | K2 DIVERSIFIED PORTABLE ALPHA FUND II, LTD. C/O WALKERS SPV LIMITED WALKER HOUSE - 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD | K2/D K2 DIVERSIFIED PORTABLE ALPHA FUND II, LTD. C/O WALKERS SPV LIMITED WALKER HOUSE - 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD | K2/D 300 ATLANTIC STREET, 12TH FLOOR STAMFORD CT 06901 |
| KA MOORE LTD | C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| KAISER FOUNDATION HOSPITALS INC | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| KAISER FOUNDATION HOSPITALS INC | 909 A STREET TACOMA WA 98402-5120 |

| Claim Name | Address Information |
|---|---|
| KAISER, GEORGE B | ATTN: DON MILLICAN/KEN KINNEAR GEORGE B. KAISER 6733 S. YALE AVENUE TULSA OK 74136 |
| KAISER, GEORGE B. | ATTN: SAMUEL S. ORY OLD CITY HALL 124 EAST FOURTH STREET TULSA, OKLAHO MA 74103 |
| KAMUNTING STREET MASTER FUND LTD | ATTN: GEROGE MARINOLOULOS 140 EAST 45TH STREET, 15TH FLOOR NEW YORK NY 10017 |
| KAMUNTING STREET MASTER FUND LTD | 140 EAST 45TH STREET, 15TH FLOOR NEW YORK NY 10017 |
| KANGA-ROO REALTY, LLC | 101 WEST 55TH STREET NEW YORK NY 10019 |
| KANSAI ELECTRIC POWER CO | OSAKA MAIN OFFICE, 3-6-16 NAKANOSHIMA, KITA-KU OSAKA 530-8270 JAPAN |
| KANSAS (STATE OF) PUBLIC EMPLOYEES RETIREMENT SYST | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KANSAS CITY MO (CITY OF) PUBLIC SCHOOL RETIREMENT | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KANSAS CITY POWER & LIGHT COMPANY | P.O. BOX 418679 KANSAS CITY MO 64141-9679 |
| KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1257 385 E. COLORADO BLVD. PASADENA CA 91101 |
| KAPLAN, ALICE | 1965 BROADWAY APT 24E NEW YORK NY 10023 |
| KASSON, AMY | 2 STRAWBERRY LANE WARREN NJ 07059 |
| KASSON, MARK S. | C/O SIG MANAGEMENT, LLC 26 JOURNAL SQUARE, SUITE 803 JERSEY CITY NJ 07306 |
| KAUPTHING BANK HF | ATTN: THORUNN HELGA THORDARDOTTIR BORGARTUN 19 REYKJAVIK ICELAND |
| KAUPTHING BANK HF | NIXON PEABODY LLP ATTN: RICHARD C. PEDONE, ESQ. 100 SUMMER STREET BOSTON MA 02110 |
| KAYE C. WARD | 35712 WCR 19 WINDSOR CO 80550 |
| KAYE C. WARD | KAYE C. WARD 35712 WCR 19 WINDSOR CO 80550 |
| KAYNE ANDERSON CAPITAL INCOME FUND LTD | 1800 AVENUE OF THE STARS, SECOND FLOOR LOS ANGELES CA 90067 |
| KAYNE ANDERSON CAPITAL INCOME FUND LTD | DAVID SHLADOVSKY 1800 AVENUE OF THE STARS, SECOND FLOOR LOS ANGELES CA 90067 |
| KAYNE ANDERSON CAPITAL INCOME PARTNERS (QP) LP | 1800 AVENUE OF THE STARS, SECOND FLOOR LOS ANGELES CA 90067 |
| KBC ALTERNATIVE/KBC CREDIT ARBITRAGE FUND | 111 OLD BROAD STREET LONDON EC2N 1AL UNITED KINGDOM |
| KBC BANK N.V. | HAVENLAAN 12 B-1080 BRUSSELS, BELGIUM B-1080 BRUSSELS, BE BELGIUM |
| KBC BANK N.V. | HAVENLAAN 12 BRUSSELS B-1080 BELGIUM |
| KBC BANK N.V. | ATTN: ELLEN MATHEEUSSEN HAVENLAAN 12 BRUSSELS B-1080 BELGIUM |
| KBC BANK NV | HAVENLAAN 12 B-1080 BRUSSELS BELGIUM |
| KBC BANK NV | ATTN: BCB - FINANCIAL INSTITUTIONS 2 HAVENLAAN B-1080 BRUSSELS BELGIUM |
| KBC DIVERSIFIED MASTER FUNDA/C KBC AIM MASTER FUND | KBC ALTERNATIVE INVESTMENT MANAGEMENT, LTD 111 OLD BROAD STREET LONDON EC2N 1AL UNITED KINGDOM |
| KBC FINANCIAL PRODUCTS (CAYMAN ISLANDS) LTD | 140 WEST 45TH STREET 42ND FLOOR NEW YORK NY 10036 |
| KBC FINANCIAL PRODUCTS (CAYMAN ISLANDS) LTD | MIDDLE OFFICE 140 WEST 45TH STREET 42ND FLOOR NEW YORK NY 10036 |
| KBL EUROPEAN PRIVATE BANKERS SA | BOULEVARD ROYAL 43 LUXEMBOURG LUXEMBOURG |
| KBL EUROPEAN PRIVATE BANKERS SA | BOULEVARD ROYAL 43 LUXEMBOURG L2955 LUXEMBOURG |
| KDF HALLMARK, L.P. | KDF HALLMARK, L.P. 1301 DOVE STREET, SUITE 720 NEWPORT BEACH CA 92660 |
| KDF HALLMARK, L.P. | 531 WOODSIDE ROAD, NO. 102 REDWOOD CITY CA 94061 |
| KDF HERMOSA, L.P. | C/O BRET H. REED, JR., A LAW CORPORATION 621 ACACIA AVENUE CORONA DEL MAR CA 92625 |
| KDF HERMOSA, L.P. | KDF HERMOSA, L.P. 1301 DOVE STREET, SUITE 720 NEWPORT BEACH CA 92660 |
| KELLOGG CAPITAL GROUP LLC | 55 BROADWAY, 4TH FLOOR ATTN: NICHOLAS CAPPELLERI NEW YORK NY 10006 |
| KELLOGG CAPITAL GROUP LLC | ATTN: NICHOLAS CAPPELLERI KELLOGG CAPITAL GROUP LLC 55 BROADWAY, 4TH FLOOR NEW YORK NY 10006 |
| KELLOGG CO RETIREE EMPLOYEES' WELFARE | BARGAINED EMPLOYS WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA |

| Claim Name | Address Information |
|---|---|
| BENEFIT TRUS | CA 91101 |
| KELLOGG CO RETIREE EMPLOYEES' WELFARE BENEFIT TRUS | FOR COLLECTIVELY BARGAINED EMPLOYS ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| KELLOGG COMPANY | C/O DAVID T. COHEN, ESQ. WARNER STEVENS LLP 301 COMMERCE ST, #1700 FORT WORTH TX 76102 |
| KELLOGG COMPANY MASTER TRUST | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| KELLOGG COMPANY MASTER TRUST | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| KELLOGG COMPANY MASTER TRUST | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| KELLY, DECLAN | ATTN: ANDRIS J. VIZBARAS C/O CARTER LEDYARD NEW YORK NY 10005 |
| KENDAL AT ITHACA | 2230 NORTH TRIPHAMMER ROAD ITHACA NY 14850 |
| KENDAL ON HUDSON | 1010 KENDAL WAY SLEEPY HOLLOW NY 10591 |
| KENDAL ON HUDSON | ATTN: JENNIFER ANDERSON, CFO 1010 KENDAL WAY SLEEPY HOLLOW NY 10591 |
| KENNAMETAL RETIREMENT INCOME TRUST | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| KENSICO ASSOCIATES LP | 55 RAILROAD AVENUE, 2ND FLOOR GREENWICH CT 06830 |
| KENSICO ASSOCIATES LP | KENISCO CAPITAL MANAGEMENT 55 RAILROAD AVENUE, 2ND FLOOR GREENWICH CT 06830 |
| KENSICO DRAWDOWN FUND LP | KENSICO PARTNERS, L.P. 55 RAILROAD AVENUE GREENWICH CT 06830 |
| KENSICO OFFSHORE FUND LTD | 55 RAILROAD AVENUE GREENWICH CT 06830 |
| KENSICO PARTNERS LP | 55 RAILROAD AVENUE GREENWICH CT 06830 |
| KENT, ROBERT A | ROBERT AND SALLY KENT 2309 LINDA VISTA KLAMATH FALLS OR 97601 |
| KENT, ROBERT A AND SALLY M | 2309 LINDA VISTA KLAMATH FALLS OR 97601 |
| KENTUCKY DEVELOPMENT FINANCE AUTHORITY | 300 WEST BROADWAY FRANKFORT KY 40601-1975 |
| KERN COUNTY EMPLOYEES RETIREMENT ASSOCIATION | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT W- 1464 385 E. COLORADO BLVD. PASADENA CA 91101 |
| KERN COUNTY EMPLOYEES RETIREMENT ASSOCIATION | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| KEVIN F. FLYNN JUNE, 1992 NON-EXEMPT TRUST | C/O SVEN NYLEN K&L GATES LLP 70 WEST MADISON STREET, SUITE 3100 CHICAGO IL 60602-4207 |
| KEYBANK NATIONAL ASSOCIATION | ATTN: DANIEL STOLZER 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| KEYBANK NATIONAL ASSOCIATION | DANIEL STOLZER 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| KEYBANK NATIONAL ASSOCIATION | ATTN: FUNDS MANAGEMENT 800 SUPERIOR AVENUE, 10TH FL. CLEVELAND OH 44114 |
| KEYBANK NATIONAL ASSOCIATION | FUNDS MANAGEMENT 800 SUPERIOR AVENUE, 10TH FL. CLEVELAND OH 44114 |
| KEYBANK NATIONAL ASSOCIATION | 127 PUBLIC SQUARE CLEVELAND OH 44114-1306 |
| KEYCORP | 127 PUBLIC SQUARE CLEVELAND OH 44114-1306 |
| KEYSPAN ENERGY CORPORATION VEBA TRUST | ATTN: GENERAL COUNSEL KEYSPAN CORPORATION ONE METROTECH CENTER BROOKLYN NY 11201 |
| KEYSPAN ENERGY CORPORATION VEBA TRUST | STANDISH, AYER & WOOD ONE FINANCIAL CENTER 26TH FLOOR BOSTON MA 02111 |
| KEYSTONE ENERGYPARTNERS, LP | 1111 BAGBY ST., SUITE 2510 HOUSTON TX 77002 |
| KILROY REALTY, L.P. | CARLOS ALVAREZ 885 THIRD AVE. 3RD FLOOR NEW YORK NY 10022 |
| KILROY REALTY, L.P. | ATTN: RICHARD E. MORAN JR., EVP AND CFO 12200 W. OLYMPIC BOULEVARD, SUITE 200 LOS ANGELES CA 90064 |
| KIMBERLY CLARK CORPORATION | 52 ALFRED STREET MILSONS POINT NSW 2061 AUSTRALIA |
| KINDER MORGAN TEXAS PIPELINE LLC | 500 DALLAS STREET - SUITE 1000 HOUSTON TX 77002 |
| KINDER MORGAN TEXAS PIPELINE LLC | ATTN: KEVIN FLACK KINDER MORGAN TEXAS PIPELINE LLC 500 DALLAS STREET - SUITE 1000 HOUSTON TX 77002 |
| KINDER MORGAN TEXAS PIPELINE LLC | ATTN: KEVIN FLACK 500 DALLAS STREET - SUITE 1000 HOUSTON TX 77002 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| KING STREET ACQUISITION COMPANY, LLC | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| KING STREET CAPITAL L.P. | C/O KING STREET CAPITAL MANAGEMENT, L.L.C. 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL L.P. | C/O KING STREET CAPITAL MANAGEMENT, L.L.C. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL LTD | ATTN: INVESTOR SERVICES C/O BNY ALTERNATIVE INVESTMENT SERVICES LTD. 18 CHURCH STREET, SKANDIA HOUSE HAMILTON HM 11 BERMUDA |
| KING STREET CAPITAL LTD | C/O BANK OF BERMUDA LTD. 6 FRONT STREET HAMILTON HM11 BERMUDA |
| KING STREET CAPITAL LTD | ATTN: KEVIN ARPS/MATT BEGLEY/BACK OFFICE C/O KING STREET CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL LTD. | C/O KING STREET CAPITAL MANAGEMENT, L.L.C. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL MASTER FUND, LTD. | BRIAN HERMANN/ ANDREW ROSENBERG PAUL WEISS WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| KING STREET CAPITAL MASTER FUND, LTD. | C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL, L.P. | BRIAN HERMANN/ ANDREW ROSENBERG PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| KING STREET CAPITAL, L.P. | C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET EUROPE MASTER FUND, LTD. | C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET EUROPE MASTER FUND, LTD. | BRIAN HERMAN AND ANDREW ROSENBERG PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 5 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| KING STREET EUROPE, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN:ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| KING STREET EUROPE, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN:BRIAN S. HERMANN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| KING STREET EUROPE, L.P. | ATTN: BRIAN S. HERMANN AND ANDREW N. ROSENBERG PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| KING STREET EUROPE, L.P. | C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET EUROPE, L.P. | C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN:JOSHUA FELDMAN, GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KINGDOM OF BELGIUM (THE) | ATTN: LEGAL DEPARTMENT FEDERAL PUBLIC SERVICE FINANCE - TREASURY - DEBT AGENCY 30 AVENUE DES ARTS BRUSSELS B - 1040 BELGIUM |
| KINGDOM OF BELGIUM (THE) | FEDERAL PUBLIC SERVICE FINANCE - TREASURY - DEBT AGENCY 30 AVENUE DES ARTS BRUSSELS B - 1040 BRUSSELS |
| KINGDOM OF SWEDEN | RIKSGALDSKONTORET JAKOBSGATAN 20 BOX 16306 STOCKHOLM SWEDEN |
| KINGDOM OF SWEDEN | RIKSGALDEN LEGAL DEPARTMENT STOCKHOLM SE 10374 SWEDEN |
| KINGS RIVER LIMITED | ATTN: THE DIRECTORS C/O. MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| KINGS RIVER LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| KINGS RIVER LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| KINSLEY, BLANCHE - IRA | 7510 E THOMAS ROAD # 219 SCOTTSDALE AZ 85251 |
| KIOWA POWER PARTNERS LLCA/C TENASKA POWER SERVICES | TENASKA POWER SERVICES CO. 1701 E. LAMAR BLVD. SUITE 100 LAMAR MO 76006 UNITED SATES |
| KIPCO | KUWAIT PROJECTS COMPANY P.O. BOX 23982 SAFAT 13100 KUWAIT |
| KKR STRATEGIC CAPITAL HOLDING I LP | 555 CALIFORNIA STREET, 50TH FL. SAN FRANCISCO CA 94104 |
| KLINE GALLAND | C/O CHRISTINE M TOBIN BUSH STROUT & KORNFELD 601 UNION STREET #5000 SEATTLE WA 98101 |

| Claim Name | Address Information |
|---|---|
| KLINE GALLAND CENTER | C/O CAIN BROTHERS NEW YORK NY 10017 |
| KLINE GALLAND CENTER | ATTN:  DERIVATIVE OPERATIONS WITH A COPY TO: C/O CAIN BROTHERS NEW YORK NY 10017 |
| KLINE GALLAND CENTER | ATTN:  CHIEF FIANCIAL OFFICER 1200 UNIVERSITY STREET SEATTLE WA 98101-2883 |
| KLS DIVERSIFIED MASTER FUND LP | 140 EAST 45TH STREET, 39TH FLOOR NEW YORK NY 10017 |
| KLS DIVERSIFIED MASTER FUND LP | ATTN: SEAN MARTIN 140 EAST 45TH STREET, 39TH FLOOR NEW YORK NY 10017 |
| KNOXVILLE UTILITIES BOARD | 445 SOUTH GAY STREET #500 KNOXVILLE TN 37902 |
| KNOXVILLE UTILITIES BOARD | 4505 MIDDLEBROOK PIKE KNOXVILLE TN 37921 |
| KOCH FINANCIAL CORPORATION | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: JONATHAN GUY COLUMBIA CENTER 1152 15TH STREET, N. W. WASHINGTON DC 20005 |
| KOCH FINANCIAL CORPORATION | C/O KOCH COMPANIES PUBLIC SECTOR, LLC ATTN: JOHN WINGATE, SENIOR COUNSEL 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH FINANCIAL CORPORATION | 17550 NORTH PERIMETER DRIVE SUITE 300 SCOTTSDALE AZ 85225 |
| KOCH GLOBAL PARTNERS LLC | KOCH GLOBAL PARTNERS, LLC C/O KOCH CAPITAL MARKETS, LLC 20 EAST GREENWAY PLAZA, SUITE 800 HOUSTON TX 77046 |
| KOCH REFINING INTERNATIONAL PTE.  LTD. | ATTN: CONTRACT ADMINISTRATION REGARDING CONFIRMATION/TRADING TRANSACTIONS/US KOCH SUPPLY #AMPER TRADING LP 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH REFINING INTERNATIONAL PTE.  LTD. | ATTN: LEGAL – ISDA REGARDING LEGAL KOCH SUPPLY #AMPER TRADING, LP 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH REFINING INTERNATIONAL PTE.  LTD. | ATTN: CONTRACT ADMINISTRATION/ATTN: LEGAL – ISDA KOCH SUPPLY & TRADING LP 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH REFINING INTERNATIONAL PTE. LTD. | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: JONATHAN GUY COLUMBIA CENTER 1152 15TH STREET, N. W. WASHINGTON DC 20005 |
| KOCH REFINING INTERNATIONAL PTE. LTD. | C/O KOCH COMPANIES PUBLIC SECTOR, LLC 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH SUPPLY & TRADING LP | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: JONATHAN GUY COLUMBIA CENTER 1152 15TH STREET, N. W. WASHINGTON DC 20005 |
| KOCH SUPPLY & TRADING LP | C/O KOCH COMPANIES PUBLIC SECTOR, LLC ATTN: JOHN WINGATE, SENIOR COUNSEL 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH SUPPLY & TRADING LP | ATTN: LEGAL – ISDA 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH SUPPLY & TRADING LP(MNSA) | 4111 E. 37TH ST. NORTH WICHITA KS 67220 |
| KOCH SUPPLY & TRADING SARL | 260 ORCHARD ROAD, #11-01/09 THE HEEREN THE HEEREN 238855 SINGAPORE |
| KOCH SUPPLY & TRADING SARL | ATTN: RODGER LINDWALL POSTALE 1843, ROUTE DE PRE-BOIS 20 1215 GENEVE 15 SWITZERLAND |
| KOCH SUPPLY & TRADING SARL | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: JONATHAN GUY COLUMBIA CENTER 1152 15TH STREET, N. W. WASHINGTON DC 20005 |
| KOCH SUPPLY & TRADING SARL | ATTN: RODGER LINDWALL P.O. BOX 2302 WICHITA KS 67202 |
| KOCH SUPPLY & TRADING SARL | C/O KOCH COMPANIES PUBLIC SECTOR, LLC ATTN: JOHN WINGATE, SENIOR COUNSEL 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH SUPPLY & TRADING SARL | ATTN: LEGAL – ISDA 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KODAK RETIREMENT INCOME PLAN | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| KOMMUNALBANKEN AS | POSTBOKS 1210 VIKA 0110 OSLO NORWAY |
| KOMMUNALKREDIT INTERNATIONAL BANK LTD | BERENGARIA BUILDING 3RD FL P.O BOX 56018 LIMASSOL CY-3304 CYPRUS |
| KOMMUNEKREDIT | KOMMUNEKREDIT KULTORVET 16 BOX 1120 COPENHAGEN K 1009 DENMARK |
| KOMMUNEKREDIT | LENDING AND FUNDING DEPARTMENT KOMMUNEKREDIT KULTORVET 16 BOX 1120 COPENHAGEN K 1009 DENMARK |
| KOMMUNEKREDIT | ATTN: LENDING AND FUNDING DEPARTMENT KULTORVET 16 BOX 1120 COPENHAGEN K 1009 DENMARK |
| KOMMUNINVEST ABFOREIGN EXCHANGE DEPT | ATTN: LEGAL DEPARTMENT KOMMUNIVEST I SVERIGE AB FENIX HOUSE DROTTNINGGATAN 2, P.O. BOC 124, OREBRO 701-42 SWEDEN |
| KOMMUNINVEST I SVERIGE AB | DROTTNINGG. 2 70142 OREBRO SWEDEN |
| KONINKLIJKE LUCHTVAART MAATSCHAPPIJ | AMSTERDAMSEWEG 55 1188 GP AMSTELVEEN NETHERLANDS |

| Claim Name | Address Information |
|---|---|
| N.V. | AMSTERDAMSEWEG 55 1188 GP AMSTELVEEN NETHERLANDS |
| KOOKMIN BANK | ATTN: SUNGJIN PARK 6TH FLOOR, SAMSUNG LIFE YEOUIDO BLDG. 36-1 YEOUIDO-DONG, YEONGDEUNGPO-GU SEOUL KOREA |
| KOOKMIN BANK | ATTN: TREASURY SETTLEMENT CENTER KOOKMIN BANK 36-3, YOIDO-DONG, YOUNGDEUNGOP-GU SEOUL 150-758 KOREA |
| KOOKMIN BANK | TREASURY SETTLEMENT CENTER KOOKMIN BANK 36-3, YOIDO-DONG, YOUNGDEUNGOP-GU SEOUL 150-758 KOREA |
| KOOKMIN BANK | ATTN: TREASURY SETTLEMENT CENTER 36-3, YOIDO-DONG, YOUNGDEUNGOP-GU SEOUL 150-758 KOREA |
| KOOKMIN BANK | 10 TH FLOOR, SEWOO BLDG, 10 YEOUIDO-DONG, YEONGDEUNGPO-GU SEOUL KOREA, REPUBLIC OF |
| KOOKMIN BANK AS TRUSTEE FOR THE ACCT OF "SAMSUNG S | FUND 3" ATTN: DANIEL PARK 6F SAMSUNG LIFE INSURANCE YOUIDO BUILDING, 36-1 YOUIDO-DONG YOUNGDEUNGPO-GU SEOUL KOREA, REPUBLIC OF |
| KORE FIXED INCOME FUND LTD | SIDLEY AUSTIN LLP ATTN LEE S ATTANASIO AND ALEX R ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| KORE FIXED INCOME FUND LTD | C/O KORE ADVISORS LP ATTN JAMES S REGAN 590 MADISON AVENUE 9TH FLOOR NEW YORK NY 10022 |
| KORE FIXED INCOME FUND LTD | C/O KORE ADVISORS LP ATTN JAMES S REGAN 214 SOUTH OCEAN BLVD LAKE WORTH FL 33462 |
| KORE FIXED INCOME FUND LTD (KORE) | 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| KORE FIXED INCOME FUND LTD (KORE) | 214 SOUTH OCEAN BLVD WASHINGTON DC 22462 |
| KOREA DEVELOPMENT BANK | ATTN: DESK OF OFFSHORE ISDA INTERNATIONAL FINANCE DEPARTMENT 10-2 KWANCHOL-DONG, CHONGNO-KU SEOUL 110-748 KOREA |
| KOREA DEVELOPMENT BANK | ATTN: DESK OF OFFSHORE ISDA THE KOREA DEVELOPMENT BANK INTERNATIONAL FINANCE DEPARTMENT 10-2 KWANCHOL-DONG, CHONGNO-KU SEOUL 110-748 KOREA |
| KOREA DEVELOPMENT BANK | ATTN: TAEK-JIN BAIK THE KOREA DEVELOPMENT BANK FINANCIAL ENGINEERING DEPARTMENT 16-3, YEOUIDO-DONG, YOUNGDEUNGPO-GU SEOUL 150-973 KOREA |
| KOREA DEVELOPMENT BANK | FINANCIAL ENGINEERING DEPARTMENT 16-3, YEOUIDO-DONG, YOUNGDEUNGPO-GU SEOUL 150-973 KOREA, REPUBLIC OF |
| KOREA DEVELOPMENT BANK | DESK OF OFFSHORE ISDA THE KOREA DEVELOPMENT BANK INTERNATIONAL FINANCE DEPARTMENT 10-2 KWANCHOL-DONG, CHONGNO-KU SEOUL 110-748 REPUBLIC OF KOREA |
| KOREA DEVELOPMENT BANK | TAEK-JIN BAIK THE KOREA DEVELOPMENT BANK FINANCIAL ENGINEERING DEPARTMENT 16-3, YEOUIDO-DONG, YOUNGDEUNGPO-GU SEOUL 150-973 REPUBLIC OF KOREA |
| KOREA EAST-WEST POWER CO.,LTD. | 167 SAMSONG-DONG KANGNAM-GU SEOUL 135-791 S. KOREA |
| KOREA EXCHANGE BANK | 460 PARK AVENUE, 14TH FLOOR NEW YORK NY 10022-1906 |
| KOREA INVESTMENT & SECURITIES CO., LTD. | KOREA INVESTMENT & SECURITIES CO., LTD. 19/F KOREA INVESTMENT & SECURITIES BUILDING 27-1, YEOUIDO-DONG, YEOUNGDEOUNGPO-GU SEOUL 150-745 KOREA, REPUBLIC OF |
| KOREA INVESTMENT CORPORATION | ATTN: FIXED INCOME INVESTMENT TEAM 16F SEOUL FINANCE CENTER 84 TAEPYUNGRO 1-GA, JUNG-GU SEOUL 100-768 KOREA |
| KOREA INVESTMENT CORPORATION | 16F SEOUL FINANCE CENTER 84 TAEPYUNGRO 1-GA CHUNG-GU, SEOUL 100-768 KOREA, REPUBLIC OF |
| KOREAN AIRLINES CO., LTD. | ATTEN: CHAN-JOO PARK RISK MGMT., FINANCE TEAM, KOREAN AIR 1370, GONHANG-DONG, GANGSEO-GU SEOUL 157-712 KOREA, REPUBLIC OF |
| KORSANT PARTNERS, LLC | 283 GREENWICH AVE, 3RD FLOOR GREENWICH CT 06830 |
| KP GERMANY ZWEITE GMBH | KP GERMANY ZWEITT GMBH KLOCKNER PENTAPLAST GMBH AND CO. KG P.O BOX 1165 , INDUSTRIESTRASSE 3-5 HEILIGENROTH, MONTABAUR 56412 GERMANY |
| KRAFT FOODS FINANCE EUROPE AG | CHOLLERSTRASSE 4 ZUG CH 6301 SWITZERLAND |
| KRAFT FOODS FINANCE EUROPE AG | ATTN: JOSEPH A. SULLIVAN THREE LAKES DRIVE NF584 NORTHFIELD IL 60093 |
| KREDIETBANK SA LUXEMBOURGEOISE | 43 BOULEVARD ROYAL LUXEMBOURG L-2955 LUXEMBOURG |
| KREDIETBANK SA LUXEMBOURGEOISE, LONDON | 43, BOULEVARD ROYAL LUXEMBOURG L-2955 LUXEMBOURG |
| KREDITANSTALT FUR WIEDERAUFBAU | GENERAL NOTICES: PALMENGARTENSTRASSE 5-9 PO BOX 11 11 41 FRANKFURT AM MAIN D-60046 GERMANY |

| Claim Name | Address Information |
|---|---|
| KREDITANSTALT FUR WIEDERAUFBAU | ATTN: TRANSACTION MANAGEMENT / TMB3 PO BOX 11 11 41 FRANKFURT AM MAIN D-60046 GERMANY |
| KREDITANSTALT FUR WIEDERAUFBAU | TRANSACTION MANAGEMENT / TMB3 GENERAL NOTICES: PALMENGARTENSTRASSE 5-9 PO BOX 11 11 41 FRANKFURT AM MAIN D-60047 GERMANY |
| KREDITANSTALT FUR WIEDERAUFBAU | ASSET MANAGEMENT NOVATIONS: PALMENGARTENSTRASSE 5-9 PO BOX 11 11 41 FRANKFURT AM MAIN D-60048 GERMANY |
| KREDITANSTALT FUR WIEDERAUFBAU | ATTN: ASSET MANAGEMENT NOVATIONS: PALMENGARTENSTRASSE 5-9 PO BOX 11 11 41 FRANKFURT AM MAIN D-60049 GERMANY |
| KRESGE FOUNDATION | 3215 W. BIG BEAVER ROAD TROY MI 48084 |
| KRESGE FOUNDATION | ROBERT J. MANILLA, SENIOR INVESTMENT DIRECTOR 3215 W. BIG BEAVER ROAD TROY MI 48084 |
| KROGER CO MASTER RETIREMENT TRUST | C/O THE KROGER CO. ATTN: CINDY HOLMES 1014 VINE STREET CINCINNATI OH 45202 |
| KROGER CO MASTER RETIREMENT TRUST | C/O THE KROGER COMPANY 1014 VINE STREET CINCINNATI OH 45202-1100 |
| KROGER CO MASTER RETIREMENT TRUST | SCOTT HENDERSON C/O THE KROGER COMPANY 1014 VINE STREET CINCINNATI OH 45202-1100 |
| KROGER CO MASTER RETIREMENT TRUST | ATTN: BELLA SANEVICH NISA INVESTMENT ADVISORS, LLC 150 NORTH MERAMEC AVE., SUITE 640 ST LOUIS MO 63105 |
| KROGER CO MASTER RETIREMENT TRUST | BELLA SANEVICH NISA INVESTMENT ADVISORS, LLC 150 NORTH MERAMEC AVE., SUITE 640 ST LOUIS MO 63105 |
| KROGER CO MASTER RETIREMENT TRUST | ATTN: RICH MANKA C/O THE KROGER COMPANY 2800 E. 4TH AVENUE HUTCHINSON KS 67501 |
| KROGER CO MASTER RETIREMENT TRUST | RICH MANKA C/O THE KROGER COMPANY 2800 E. 4TH AVENUE HUTCHINSON KS 67501 |
| KROGER CO. MASTER RETIREMENT TRUST, THE | C/O THE KROGER CO ATTN: RICH MANKA, VICE PRESIDENT, PENSION INVESTMENT OFFICER 2800 E. 4TH AVENUE HUTCHINSON KS 67501 |
| KROGER COMPANY DEFINED CONTRIBUTION PLAN | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| KROGER COMPANY DEFINED CONTRIBUTION PLAN | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| KRUGER INC | KRUGER INC 3285 BEDFORD ROAD MONTREAL QC 835165 CANADA |
| KRUGER INC. | SCOTT HAYMAN KRUGER INC 3285 BEDFORD ROAD MONTREAL QC 835165 CANADA |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | C/O BRET H. REED, JR, A LAW CORPORATION 621 ACACIA AVENUE CORONA DEL MAR CA 92625 |
| KT CORPORATION | 206 JUNGJA-DONG PUNDANG-GU, SONGNAM KYUNGGI-DO 63711 S. KOREA |
| KUTXAINDEX15, FI | C/GARIBAY NO 15 DONOSTIA-SAN SEBASTIAN SPAIN |
| KYOBO SECURITIES CO. LTD | ATTN: WAN SEOK LEE - CHIEF RISK OFFICER KYOBO SECURITIES BUILDING 26-4 YEOUIDO-DONG YEONGDEUNGPO-GU SEOUL 150-737 KOREA, REPUBLIC OF |
| L-JAC ONE SPECIAL PURPOSE COMPANY | ATTN: CARL EVERETT CAPITAL SERVICING CO., LTD. 10-1, ROPPONGI 6-CHOME MINATO-KU TOKYO 106-6115 JAPAN |
| L-JAC ONE SPECIAL PURPOSE COMPANY | 2-1 MINAMI AOYAMA 7 -CHOME, MINATO-KU, TOKYO C/O. AOYAMA SOGO ACCOUNTING OFFICE 107-0062 JAPAN |
| L-JAC ONE SPECIAL PURPOSE COMPANY | 2-1, MINAMI AOYAMA 7-CHOME MINATO-KU TOKYO 107-0062 JAPAN |
| LA FONDIARIA ASSICURAZIONI | PIAZZA DELLA LIBERTA#APPOS, 6 FIRENZE ITALY |
| LA FONDIARIA ASSICURAZIONI | ATTN: AFFARI LEGALI/AMMINISTRAZIONE E CONTROLLO PIAZZA DELLA LIBERTA', 6 FIRENZE ITALY |
| LA FONDIARIA ASSICURAZIONI | VIA LORENZO IL MAGNIFICO FIRENZE 50123 ITALY |
| LA LOMA SENIOR LIVING SERVICES, INC | C/O GEORGE SPILSBURY, ESQ JENNINGS, STROUSS, & SALMON, PLC 201 E. WASHINGTON, 11TH FLOOR PHOENIX AZ 85004-2385 |
| LA LOMA VILLAGE | C/O ROSKAMP ARIZONA MANAGEMENT & DEVELOPMENT 14506 WEST GRANITE VALLEY DRIVE, SUITE 206 SUN CITY WEST AZ 85375 |
| LACERA DOMESTIC FIXED INCOME CORE PLUS/SECTOR ROTA | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-857 385 E. COLORADO BLVD PASADENA CA 91101 |
| LACKAWANNA RIVER BASIN SEWER AUTHORITY | 145 BOULEVARD AVENUE THROOP PA 18512-3339 |
| LAKE HOSPITAL SYSTEM INC | 71 EAST HIGH STREET PAINESVILLE OH 44092 |

| Claim Name | Address Information |
|---|---|
| LAKE PRINCE CENTER INC | LAKE PRINCE CENTER, INC. C/O UNITED CHURCH RETIREMENT HOMES, INC. 100 LEONARD AVENUE NEWTON NC 28658 |
| LAKERIDGE ASSOCIATES | 4582 SO. ULSTER STREET PARKWAY DENVER CO 80237 |
| LAKEVIEW CDO 2007-2 | ATTN: AMY BYRNES US BANK NA, AS TRUSTEE 1 FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO 2007-2 | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| LAKEVIEW CDO SPC 2007-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC 2007-1 | US BANK NA, AS TRUSTEE 1 FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO SPC 2007-1 | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| LAKEVIEW CDO SPC 2007-1 | US BANK CORPORATE TRUST SERVICES BOSTON MA 02196-0778 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC 2007-3 | US BANK NA, AS TRUSTEE 1 FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDO SPC 2007-3 | ATTN: MICHAEL J. RILEY C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| LAKEVIEW CDO SPC 2007-3 | US BANK CORPORATE TRUST SERVICES BOSTON MA 02196-0778 |
| LAKEVIEW VILLAGE INC | 9100 PARK STREET LENEXA KS 66215 |
| LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP | LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP C/O PICERNE DEVELOPMENT CORPORATION OF FLORIDA 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS FL 32714 |
| LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP | ATTN: RICHARD HALEY PICERNE DEVELOPMENT CORPORATION OF FLORIDA C/O RICHARD R. HALEY 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS FL 32714 |
| LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP | C/O PICERNE DEVELOPMENT CORPORATION OF FLORIDA 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS FL 32714 |
| LAM, DICK | 2099 LAKE STREET SAN FRANCISCO CA 94121 |
| LAN AIRLINES SA | PASEO HUERFANOS 926 SANTIAGO SANTIAGO CHILE |
| LAN AIRLINES SA | LAN AIRLINES SA AVENIDA AMERICO VESPUCIO SUR NO. 901 RENCA SANTIAGO DE F3 00000 CHILE |
| LAN AIRLINES SA | 1960 EAST GRAND AVENUE, SUITE 530 EL SEGUNDO CA 90245 |
| LAND ROVER PENSION TRUSTEES LIMITED | AS TRUSTEE OF THE LAND ROVER PENSION SCHEME BLOCK 33 SOLIHULL B92 8NW UNITED KINGDOM |
| LAND SACHSEN-ANHALT | VERTRETEN DURCH DAS MINISTRIUM DER FINANZEN EDITHARING 40, MAGDEBURG 39108 GERMANY |
| LAND SALZBURG | LAND SALZBURG VERTRETEN DURCH DAS AMT DER LANDESREGIERUNG KAIGASSE, 2 SALZBURG A-5010 AUSTRIA |
| LAND TRANSPORT AUTHORITY | ATTN: ALICE TAN GUONG KHIM NO. 1 HAMPSHIRE ROAD 219428 SINGAPORE |
| LANDESBANK BADEN WURTTEMBERG | ATTN: LEGAL DEPARTMENT 1150/H AM HAUPTBAHNHOF 2 STUTTGART 70173 GERMANY |
| LANDESBANK BADEN WURTTEMBERG | DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LANDESBANK BADEN-WURTTEM-BERG | FORMERLY LANDESBANK RHEINLAND-PFALZ GIROZ ATTN: LEGAL DEPARTMENT 1150/H AMHAUPTBAHNHOF 2 STUTTGART 70173 GERMANY |
| LANDESBANK BADEN-WURTTEM-BERG | DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LANDESBANK BADEN-WURTTEMBERG | LANDESBANK BADEN-WURTTEMBERG AM HAUPTBAHNHOFF 270173 STUTTGARD P.O. BOX 10 60 49 70049 STUTTGART GERMANY |
| LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN | CORPORATE DEVELOPMENT AND LEGAL LEGAL- CAPITAL MARKETS, LBB-RK2 ALEXANDERPLATZ 2 10178 BERLIN GERMANY |
| LANDESBANK HESSEN-THURINGEN GIROZENTRALE | 420 FIFTH AVENUE NEW YORK NY 10018 |
| LANDESBANK RHEINLAND PFALZ GIROZENTRALE | GROSSE BLEICHE 54-56 MAINZ 56 116 GERMANY |
| LANDESBANK RHEINLAND-PFALZ GIROZENTRALE | GROSSE BLEICHE 54-56 55 MAINZ GERMANY |
| LANDESBANK RHEINLAND-PFALZ GIROZENTRALE | GROSSE BLEICHE 54-56 MAINZ 55 116 GERMANY |

| Claim Name | Address Information |
|---|---|
| LANDESBANK RHEINLAND-PFALZ GIROZENTRALE | GROSSE BLEICHE 54-56 MAINZ 55098 GERMANY |
| LANDESBANK RHEINLAND-PFALZ INTERNATIONAL SA | 10-12, BOULEVARD ROOSEVELT P.O BOX 84-L-2010 LUXEMBOURG LUXEMBOURG L-2450 LUXEMBOURG |
| LANDINGS ON MILLENIA BLVD. PARTNERS, LTD. | C/O CED COMPANIES MAITLAND FL 32751 |
| LANDINGS ON MILLENIA BLVD. PARTNERS, LTD., THE | C/O BRIAN SPEAR 1551 SANDSPUR ROAD MAITLAND FL 32751 |
| LANDMARK POWER EXCHANGE INC | 1 E GREENWAY PLAZA HOUSTON TX 77046 |
| LANDSBANKI ISLANDS HF | LANDSBANKI ISLANDS HF C/O VARSLA OG VIDSKIPTAUMSJON AUSTURSTRAETI 11 REYKJAVIK IS-155 ICELAND |
| LANDSBANKI ISLANDS HF | THROSTUR BERGMANN LANDSBANKI ISLANDS HF C/O VARSLA OG VIDSKIPTAUMSJON AUSTURSTRAETI 11, REYKJAVIK IS-155 ICELAND |
| LANDWIRTSCHAFTLICHE RENTENBANK | LEGAL DEPARTMENT HOCHSTRABE 2 FRANKFURT AM MAIM 60313 GERMANY |
| LANGER INVESTMENT PARTNERS | 5144 E. PALOMINO ROAD PHOENIX AZ 85018 |
| LAPRADA | 630 WEST GERMANTOWN PIKE SUITE 300 PLYMOUTH MEETING PA 19462 |
| LAS VEGAS MONORAIL PROJECT | ATTN: CURTIS L. MYLES III, PRESIDENT & CEO 1960 HOWARD HUGHES PARKWAY, STE 750 LAS VEGAS NV 89169 |
| LAS VEGAS MONORAIL PROJECT | ATTN: CURTIS L. MYLES, III, PRESIDENT & CEO 3960 HOWARD HUGHES PARKWAY, SUITE 750 LAS VEGAS NV 89169 |
| LAS VEGAS REDEVELOPMENT AGENCY | 400 STEWART AVENUE LAS VEGAS NV 89101 |
| LAS VEGAS SANDS INC | LAS VEGAS SANDS INC. 3355 LAS VEGAS BOULEVARD SOUTH LAS VEGAS NV 89109-8941 |
| LASALLE BANK NA | 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| LASALLE BANK NATIONAL ASSOCIATION | 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| LATIGO MASTER FUND | C/O LATIGO PARTNERS, L.P. 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LATIGO MASTER FUND, LTD. | C/O LATIGO PARTNERS, L.P. ATTN: WAHED KHAN 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LATITUDE MASTER FUND LTD | C/O RAMIUS LLC 599 LEXINGTON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| LATVIJAS BANKA | 2A K VALDEMARA ST. RIGA LV-1050 LATVIA |
| LATVIJAS BANKA | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| LAUDER, JUNE/ROBERT | 13425 MARGATE ST SHERMAN OAKS CA 91401 |
| LAWSON SOFTWARE INC | 380 SAINT PETER STREET SAINT PAUL MN 55102-1302 |
| LAWSON SOFTWARE, INC | ATTN: BRUCE MCPHEETERS 380 ST. PETER STREET SAINT PAUL MN 55102-1302 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: CORPORATE TRUST / MBS ADMINISTRATION CWABS C/O THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | LASALLE BANK NATIONAL ASSOCIATION 135 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| LB COMM TRUST 2007-C3 COMM MORTGAGE PASS-THROUGH C | ATTN: EDWIN JANIS C/O BANK OF AMERICA, NATIONAL ASSOCIATION GLOBAL TRUST SERVICES 540 W. MADISON ST. CHICAGO IL 60661 |
| LB COMMERCIAL TRUST 2007-C3 COMMERCIAL MORTGAGE PA | CERTIFICATES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LB I GROUP INC | EVERGREEN INVESTMENT MANAGEMENT CORPORATION 200 BERKELEY STREET BOSTON MA 02116 |
| LB PERU TRUST II, 1998-A | CORPORATE TRUST ADMINISTRATION THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| LB PERU TRUST II, SERIES 1998-A | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LB PERU TRUST II, SERIES 1998-A | ATTN: STUART ROTHENBERG, VP C/O THE BANK OF NEW YORK MELLON DEFUALT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| LB RE FINANCING NO. 3 LIMITED | ATTN: DEREK ANTHONY HOWELL AS ADMINSTRATOR OF LB RE FINANCING NO. 3 LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LB RE FINANCING NO. 3 LIMITED | PRICEWATERHOUSE COOPERS LLP ATTN: DEREK ANTHONY HOWELL PLUMTREE COURT LONDON |

| Claim Name | Address Information |
|---|---|
| LB RE FINANCING NO. 3 LIMITED | EC4A 4HT UNITED KINGDOM |
| LB RE FINANCING NO. 3 LIMITED | LINKLATERS LLP ATTN: TITIA HOLTZ, ELIZABETH DOWD 1345 AVE OF THE AMERICAS NEW YORK NY 10105 |
| LB REAL ESTATE PARTNERS LP | ONE BROADGATE GROUND FLOOR LONDON EC2M 7HA UNITED KINGDOM |
| LB SPECIAL FINANCEA/C VAR FUNDING 08-1 | 745 7TH AVENUE NEW YORK NY 10019 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | ATTN: GLOBAL SECURITIES AND TRUST SERVICES LASALLE BANK NATIONAL ASSOCIATION 135 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | LBUBS 2007C6 COMMERCIAL MORTGAGE TRUST CLASS A-MFL LASALLE BANK NATIONAL ASSOCIATION 135 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2007-C6 | LASALLE GLOBAL TRUST SERVICES C/O CDO TRUST SERVICES 540 W MADISON AVENUE, 25TH FLOOR CHICAGO IL 60661 |
| LB-UBS COMMERCIAL MORTGAGE TRUST 2008-C1 | GLOBAL SECURITIES AND TRUST SERVICES LASALLE BANK NATIONAL ASSOCIATION LB-UBS 2008-C1 COMMERCIAL MORTGAGE TRUST CLASS A-2FL GRANTOR TRUS 135 S. LASALLE STREET, MAIL CODE: IL4-135-16-25 CHICAGO IL 60603 |
| LBAMA/C LB EURO LIQUIDITY FUND | LBAM, 25 BANK ST LONDON E14 5LE UNITED KINGDOM |
| LBEM FUND 2003-A LP | PRIVATE EQUITY FINANCE 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022-4614 |
| LBMB CAPITAL PARTNERS V CAYMAN AIV I L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY S. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LBMB CAPITAL PARTNERS V CAYMAN AIV I L.P. | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE 15TH FLOOR NEW YORK NY 10022 |
| LBMB FUND (B) CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LBMB FUND (B) CAYMAN AIV I L.P. | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| LBMB FUND CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LBMB FUND CAYMAN AIV I L.P. | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| LBMB PARTNERS CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LBMB PARTNERS CAYMAN AIV I L.P. | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| LBQ HONG KONG FUNDING LTD.(IN LIQUIDATION) | C/O KPMG, CERTIFIED PUBLIC ACCOUNTANTS ATTN: CONNIE LAU 27/F, ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG |
| LBREM II REIT HOLDINGS LLC | ATTN: YON CHO AND JOHN RANDALL 1271 AVENUE OF THE AMERICAS, 38TH FL NEW YORK NY 10020 |
| LBREM II REIT HOLDINGS LLC | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LCOR ALEXANDRIA LLC PATENT & TRADEMARK OFFICE PROJ | C/O LCOR INCORPORATED SUITE 110 BERWYN PARK BERWYN PA 19312 |
| LCOR ALEXANDRIA LLC PATENT & TRADEMARK OFFICE PROJ | ATTN:  R. WILLIAM HARD 6550 ROCK SPRING DRIVE, SUITE 280 BETHESDA MD 20817 |
| LCP- WALT DISNEY COMPANYRETIREMENT PLAN MASTER TRU | C/O ING INVESTMENT MANAGEMENT CO. 10 STATE HOUSE SQUARE SH11 HARTFORD CT 06103 |
| LCP- WISCONSIN PUBLIC SERVICECORPORATION PENSION T | ATTN: JOHN C.E. CAMPBELL, EXECUTIVE VICE PRESIDENT DELEWARE INVESTMENTS 2005 MARKERT STREET PHILADELPHIA PA 19103-7094 |
| LCP-RUSSELL INVESTMENT COMPANYSHORT DURATION BOND | 909 A STREET TACOMA WA 98402-5120 |
| LDVF1 FIP SARL | ATTN: LEGAL GROUP 1345 AVENUE OF THE AMERICAS, 46TH FL NEW YORK NY 10020 |
| LDVF1 FIP SARL | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| LDVF1 MAIN FIP SARL | ATTN: LEGAL GROUP 1345 AVENUE OF THE AMERICAS, 46TH FL NEW YORK NY 10020 |
| LDVF1 MAIN FIP SARL | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE |

| Claim Name | Address Information |
|---|---|
| LDVF1 MAIN FIP SARL | AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| LEGACY SENIOR COMMUNITIES | 5100 BELTLINE ROAD SUITE 430 DALLAS TX 75254 |
| LEGACY SENIOR COMMUNITIES INC | B.C. ZIEGLER AND COMPANY 1 SOUTH WACKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| LEGACY SENIOR COMMUNITIES INC | 6101 OHIO DRIVE, SUITE 100 PLANO TX 75024 |
| LEGACY SENIOR COMMUNITIES INC | ATTN: CHIEF FINANCIAL OFFICER 5100 BELTLINE ROAD, SUITE 430 DALLAS TX 75254 |
| LEGG MASON PARTNERS STRATEGIC INCOME FUND | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 2466 385 E. COLORADO BLVD. PASADENA CA 91101 |
| LEHIGH UNIVERSITY | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| LEHIGH UNIVERSITY | 27 MEMORIAL DRIVE WEST BETHLEHEM PA 18015 |
| LEHIGH UNIVERSITY | ATTN: FINANCE AND ADMINISTRATION 27 MEMORIAL DRIVE WEST BETHLEHEM PA 18015 |
| LEHIGH UNIVERSITY (BLK TICKER: LEHIGH NOW KNOWN AS | C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| LEHMAN BROS ALPHA TRANSPORT FUND, SPC OBO SEGREGAT | PLUS/DIV. ARB II – DEC 2006 LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC – ON BEHALF OF SP AGG PLUS/DIV ARB II – DEC. 2006 C/O LBAIM – 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | C/O JACQUES DELVAUX & LAURENT FISCH, ACTING AS JOINT LIQUIDATORS 2, RUE DE LA CHAPELLE L-1325 LUXEMBOURG-CITY (GRAND-DUCHY OF LUXEMBOURG, EUROPE) LUXEMBOURG L-1325 LUXEMBOURG |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | C/O JACQUES DELVAUX & LAURENT FISCH, ACTING AS JOINT TRUSTEES IN BANKRUPTCY 2, RUE DE LA CHAPELLE L-1325 LUXEMBOURG-CITY (GRAND-DUCHY OF LUXEMBOURG, EUROPE) LUXEMBOURG L-1325 LUXEMBOURG |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | 1 C/O JACQUES DELVAUX & LAURENT FISCH, ACTING AS JOINT TRUSTEES IN BANKRUPTCY 2, RUE DE LA CHAPELLE L-1325 LUXEMBOURG-CITY (GRAND-DUCHY OF LUXEMBOURG, EUROPE) LUXEMBOURG L-1325 LUXEMBOURG |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | SHMUEL VASSER, ESQ DECHERT LLP 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | MONICA LAWRENCE, ESQ. DECHERT LLP 2929 ARCH STREET, CIRA CENTRE PHILADELPHIA PA 19004 |
| LEHMAN BROTHERS ALPHA FUND PLC – LEHMAN BROTHERS C | LEHMAN BROTHERS ASET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS ALPHA FUND PLC – LEHMAN BROTHERS C | ATTN: OPERATIONS LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS ALPHA FUND PLC – LEHMAN BROTHERS C | OPERATIONS LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC SEGREGAT | PLUS/DIV ARB-SEPT.07) LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC ACTING FOR SEG. PORT (AGG PLUS/DIV ARB – SEPT. 2007) C/O LBAIM – 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATI | C/O KPMG ATTN: MS. CARMEN LEE 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATI | KPMG, CERTIFIED PUBLIC ACCOUNTANTS ATTN: CARMEN LEE 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATI | C/O KPMG ATTN: CARMEN LEE 8TH FLOOR, PRINCE'S BUILDING 18 CHATER ROAD CENTRAL, CENTRAL HONG KONG |
| LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATI | KPMG, CERTIFIED PUBLIC ACCOUNTANTS ATTN: CARMEN LEE 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATI | C/O KPMG ATTN: CARMEN LEE 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATI | KPMG, CERTIFIED PUBLIC ACCOUNTANTS ATTN: MS. CARMEN LEE 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL HONG KONG HONG KONG |
| LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDAT | C/O KPMG ATTN CONNIE LAU 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDAT | C/O KPMG ATTN MAY CHENG 8TH FLOOR, PRINCE'S BUILDING 18 CHATER ROAD CENTRAL HONG KONG |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | C/O KPMG ATTN: ROSALIE LUI/EDWARD MIDDLETON 27/F, ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | C/O KPMG ATTN: ROSALIE LUI / EDWARD MIDDLETON 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL, HK HONG KONG |
| LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) | C/O FELIX SCHAEFER RECHSANWALT CMS HASCHE SIGLE BREITE STR. 3 DUSSELDORF 40213 GERMANY |
| LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) | SONNENSCHEIN NATH & ROSENTHAL LLP PATRICK MAXCY 233 SOUTH WACKER DRIVE SUITE 7800 CHICAGO IL 60606-6404 |
| LEHMAN BROTHERS CAYMAN PARTNERS LTD | 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD | CINDY ZAMORA LEHMAN BROTHERS CDO MEZZANINE FUND 2005-1, LTD. C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-1 LP | C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-1 LP | ATTN: CYNTHIA DANIEL LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-1, L C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-2 LP | CINDY ZAMORA C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-2 LP | ATTN: CYNTHIA DANIEL LEHMAN BROTHERS 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP | ATTN: CINDY ZAMORA LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-3 LP C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LL | LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4, LLC C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LL | LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4, LLC C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LL | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS II-A LP | C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS II-A LP | ATTN: CYNTHIA DANIEL LEHMAN BROTHERS 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS II-B LP | C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS II-B LP | ATTN: CYNTHIA DANIEL LEHMAN BROTHERS 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS II-C LP | C/O LEHMAN BROTHERS INC. 399 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS II-C LP | ATTN: CYNTHIA DANIEL LEHMAN BROTHERS 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN L | C/O KPMG ATTN: PHILIP SMITH/MANDY CHUNG 8/F PRINCE'S BUILDING 10 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS COMMERCIAL CORP ASIA LIMITED (IN L | C/O KPMG ATTN: LORRAINE LAW 8TH FLOOR, PRINCE'S BUILDING 18 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITE | C/O KPMG ATTN: LORRAINE LAW 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITE | C/O KPMG ATTN: LORRAINE LAW 8TH FLOOR, PRINCE'S BUILDING 18 CHARTER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS COMMERCIAL MORTGAGE K.K. | ATTN: KUMIKO KATO, JULIE GREENALL-OTA ROPPONGI HILLS MORI TOWER, 6-10-1 ROPPONGI, MINATO-KU TOKYO 106-6137 JAPAN |
| LEHMAN BROTHERS COMMERCIAL MORTGAGE K.K. | MORRISON & FOERSTER LLP ATTN: LORENZO MARINUZZI, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| LEHMAN BROTHERS DIVERSIFIED PRIVATE EQUITY FUND 20 | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS EUROPEAN MEZZANINE FUND 2003-A, L. | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE FUND 2003-B, L. | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE FUND FAMILY | 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE LEVERAGED PARTN | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE LEVERAGED PARTN | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE PARTNERS 2003-A | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE PARTNERS 2003-C | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE PARTNERS 2003-D | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION A/K/A | LEHMAN BROTHERS FINANCE SA, IN LIQUIDATION C/O PRICEWATERHOUSECOOPERS AG, ZURICH BANKRUPTCY LIQUIDATOR AND FOREIGN REPRESENTATIVE ATTN: DR. CHRISTIANA SUHR BRUNNER TALSTRASSE 82 ZURICH CH-8021 SWITZERLAND |
| LEHMAN BROTHERS FINANCE ASIA PTE. LTD | 5 TEMASEK BOULEVARD #11-01 SUNTEC TOWER FIVE SINGAPORE 38985 SINGAPORE |
| LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATI | C/O KPMG ATTN: ROSALIE LUI / EDWARD MIDDLETON 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATI | C/O KPMG ATTN: ROSALIE LUI / EDWARD MIDDLETON 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL, HONG KONG HONG KONG |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: J.P. MORGAN MARKETS LIMITED ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN FIXED INCOME OPPORTUNITY MASTER FUND, L.P. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN INSURANCE TRUST CORE BOND PORTFOLIO, ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN SHORT TERM BOND FUND II, ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN CORE PLUS BOND FUND,A SERIES OF JPMORGAN TRUST II ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN REAL RETURN FUND, ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS PLC | ATTN: MICHAEL JOHN ANDREW JERVIS, AS ADMINSTRATOR OF LEHMAN BROTHERS HOLDINGS INC 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS HOLDINGS PLC | PRICEWATERHOUSE COOPERS LLP ATTN: MICHAEL JON ANDREW JERVIS PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS HOLDINGS PLC | LINKLATERS LLP ATTN: TITIA HOLTZ, ELIZABETH DOWD 1345 AVE OF THE AMERICAS NEW |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS HOLDINGS PLC | YORK NY 10105 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (EUROPE) (IN ADMINISTRATION) 25 BANK STREET ATTN: STEVEN ANTHONY PEARSON AS ADMINISTRATOR OF LEHMAN BROTHERS INTERNATIONAL (EUROPE) LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | ATTN: STEVEN ANTHONY PEARSON, AS ADMINISTRATOR OF LEHMAN BROTHERS INTERNATIONAL (EUROPE) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | ATN: STEVEN ANTHONY PEARSON, AS ADMINSTRATOR OF LEHMAN BROTHERS INTERNATIONAL (EUROPE) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | LEGAL – FIXED INCOME LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | PRICEWATERHOUSECOOPERS LLP ATTN: MICHAEL JOHN ANDREW JERVIS PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | LINKLATERS LLP ATTN: TITIA HOLTZ & ELIZABETH DOWD 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | LINKLATERS LLP ATTN: TITIA HOLTZ/ ELIZABETH DOWD 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINIS | ATTN: STEVEN ANTHONY PEARSON, AS ADMINISTRATOR OF LEHMAN BROTHERS INTERNATIONAL (EUROPE) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS JAPAN INC. | ATTN: KUMIKO KATO, JULIE GREENALL-OTA ROPPONGI HILLS MORI TOWER, 6-10-1 ROPPONGI, MINATO-KU TOKYO 106-6131 JAPAN |
| LEHMAN BROTHERS JAPAN INC. | MORRISON & FOERSTER LLP ATTN: LORENZO MARINUZZI, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| LEHMAN BROTHERS MASTER FUNDS – | LEHMAN BROTHERS MASTER ALPHA COMMODITY FUND ATTN: OPERATIONS LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS MASTER FUNDS – | LEHMAN BROTHERS MASTER ALPHA COMMODITY FUND OPERATIONS LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS MASTER FUNDS – LEHMAN BROTHERS MAS | FUND LEHMAN BROTHERS ASET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS MERCHANT BANKING PARTNERS IV EUROP | 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS MYRYLLION MASTER FUND | 12(A) S5, 6 #AMPER 7: LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS MYRYLLION MASTER FUND | ATTN: LEGAL DEPARTMENT LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS MYRYLLION MASTER FUND | ATTN: LEHMAN BROTHERS ASSET MANAGEMENT  OPERATIONS LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LIMITED 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS NETHERLANDS HORIZONS B.V. | C/O KPMG ATTN: MR. BRIAN NG 8TH FLOOR, PRINCE'S BUILDING 18 CHATER ROAD CENTRAL HONG KONG HONG KONG |
| LEHMAN BROTHERS NOMINEES (H.K) LIMETED (IN LIQUIDA | C/O KPMG ATTN: CONNIE LAU 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS NOMINEES (H.K.) LIMITED (IN LIQUID | C/O KPMG ATTN: CONNIE LAU 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS OFFSHORE PARTNERS LTD. | TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC 1271 AVENUE OF THE AMERICAS, 38TH FLOOR ATTN: ASHVIN RAO NEW YORK NY 10020 |
| LEHMAN BROTHERS PROTECTED SPIRIT 2017 FUND | LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LTD 25 BANK ST LONDON EC2M 5TU UNITED KINGDOM |
| LEHMAN BROTHERS REAL ESATATE PARTNERS, III L.P. | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESATATE PARTNERS, III L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE ME ZZANINE | 399 PARK AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| PARTNERS, L | 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE ME ZZANINE PARTNERS, L | ATTN: RODOLPHO AMBOSS LEHMAN BROTHERS INC 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZAINE PARTNERS, L.P | ATTN: YON CHO & JOHN RANDALL 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE MEZZAINE PARTNERS, L.P | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II | ATTN: DAVID GOLDBERG LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LBREM II OFFSHORE AIV LP #AMPER LBREM II ECI AIV L 399 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II | ATTN: JI YEONG CHU LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LBREM II OFFSHORE AIV LP #AMPERLBREM II ECI AIV LP LEHMAN BROTHERS INC., 399 PARK AVE, 11TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II | ATTN: VINAY KHANDELWAL LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LBREM II OFFSHORE AIV LP #AMPER LBREM II ECI AIV L 399 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II | DAVID GOLDBERG LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LBREM II OFFSHORE AIV LP #AMPER LBREM II ECI AIV L 399 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II | JI YEONG CHU LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LBREM II OFFSHORE AIV LP #AMPERLBREM II ECI AIV LP LEHMAN BROTHERS INC., 399 PARK AVE, 11TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II | VINAY KHANDELWAL LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LBREM II OFFSHORE AIV LP #AMPER LBREM II ECI AIV L 399 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, | ATTN: YON CHO JOHN RANDALL 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II LP | 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II LP | RODOLPHO AMBOSS 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II LP | ATTN: RODOLPHO AMBOSS LEHMAN BROTHERS INC. 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III LP | 399 PARK AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS, II L.P. | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS, II L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS, L.P. | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS, L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS RESERVE LIQUIDITY SERIES | 399 PARK AVENUE NEW YORK NY 10900 |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUID | C/O KPMG ATTN: ROSALIE LUI/EDWARD MIDDLETON 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUID | C/O KPMG ATTN: MAY CHENG 8/F, PRINCE'S BUILDING 18 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA | C/O KPMG ATTN ROSALIE LUI / EDWARD MIDDLETON 27/F ALEXANDRA HOUSE 18 CHATER |

| Claim Name | Address Information |
|---|---|
| LIMITIED (IN LIQUI | ROAD CENTRAL HONG KONG CHINA |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS SECURITIES N.V. C/O VANEPS KUNNERMAN VANDOOME JULIANAPLEIN 22 PO BOX 504 CURACAO NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVENUE OF AMERICAS NEW YORK NY 10036 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | JOSEPH POLIZZOTTO TRANSACTION MANAGEMENT 399 PARK AVENUE 15TH FLOOR NEW YORK NY 10022-4679 |
| LEHMAN BROTHERS STRUCTURED FUNDS PLC - LEHMAN BROT | FUND LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LTD 25 BANK ST LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS STRUCTURED FUNDS PLC- LEHMAN BROTH | LEHMAN BROTHERS ASSET MANAGEMENT (EUROPE) LTD 25 BANK ST LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS TREASURY CO. B.V. | RUTGER SCHIMMELPENNINCK AND FREDERIC VERHOEVEN AS BANKRUPTCY TRUSTEES ("CURATOREN") FOR LEHMAN BROTHERS TREASURY CO. B.V. C/O HOUTHOFF BURUMA N.V. PO BOX 75505 AMSTERDAM AM NL-1070 NETHERLANDS |
| LEHMAN BROTHERS TREASURY CO. B.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVENUE OF AMERICAS NEW YORK NY 10036 |
| LEHMAN MORTGAGE TRUST 2006-4 | ATTN: KAREN SCHLUTER AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | 2006-9 STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | 2007-5 STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2007-5 ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIF | SERIES 2006-9 ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| LEHMAN RE LTD. | C/O PETER C.B. MITCHELL AND D. GEOFFREY HUNTER AS JOINT PROVISIONAL LIQUIDATORS PRICEWATERHOUSECOOPERS ADVISORY LIMITED DORCHESTER HOUSE 7 CHURCH ST HAMILTON HM11 BERMUDA |
| LEHMAN XS 2005-6 | CTLA - STRUCTURED FINANCE NEW YORK NY 10016 |
| LEHMAN XS TR MTGE PASS THROUGHCERTIFICATES, SERIES | CTLA - STRUCTURED FINANCE NEW YORK NY 10016 |
| LEHMAN XS TRST MORTGAGECERTS, SERIES 2005-8 | CTLA - STRUCTURED FINANCE NEW YORK NY 10016 |
| LEHMAN XS TRUST  MORTGAGE PASS-THROUGH CERTIFICATE | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTG PASS-THROUGH, SERIES 2005-4 | CTLA - STRUCTURED FINANCE NEW YORK NY 10016 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: KAREN SCHLUTER AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: KAREN SCHLUTER AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | ATTN: KAREN SCHLUTER AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |

| Claim Name | Address Information |
|---|---|
| CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEHMAN XS TRUST, SERIES 2005-10 | CTLA – STRUCTURED FINANCE NEW YORK NY 10016 |
| LEHMAN XS TRUST, SERIES 2005-9N | AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| LEIGHT, ROBERT F. IRA | FCC AS CUSTODIAN 51 HOLLY STREET HARTWELL GA 30643-4357 |
| LEMIVESA LTD #3 | 9737 NORTH WEST 41 PO BOX 265 MIAMI FL 33178 |
| LEO-FUNDS FCP (ADAM LUX 553060) | C/O ALLIANZ GLOBAL INVESTORS LUXEMBOURG SA 6A ROUTE DE TREVES 26 SENNINGERBERG L-2633 LUXEMBOURG |
| LEO-FUNDS FCP (ADAM LUX 553060) | L-2633      C/O ALLIANZ GLOBAL INVESTORS LUXEMBOURG SA 1345 AVENUE OF AMERICAS NEW YORK NY 10105-4800 |
| LEOPARD CLO III BV | PARNASSUSTOREN LOCATELLIKADE 1 AMSTERDAM 1076 AZ NETHERLANDS |
| LEUNG, PAMELA | 7527 137TH AVE SE RENTON WA 98059-3098 |
| LEUNG, PAMELA | 123 2ND AVE N APT 711 SEATTLE WA 981094652 |
| LEVEL RADAR MASTER FUND LTD | ATTN: GENERAL COUNSEL FOR NON-LEGAL OR COMPLIANCE NOTICES: C/O LEVEL GLOBAL INVESTORS L.P. 888 7TH AVENUE, 27TH FLOOR NEW YORK NY 10106-2799 |
| LEVEL RADAR MASTER FUND LTD | 888 7TH AVE FL 27 390 PARK AVENUE, 15TH FLOOR NEW YORK NY 101062799 |
| LEVEL RADAR MASTER FUNDLTD. | 888 7TH AVE FL 27 NEW YORK NY 101062799 |
| LEVERAGED LOANS EUROPE PLC | C/O MICHELLE DUNCAN, PARTNER PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH FLOOR LONDON E1 6EG UNITED KINGDOM |
| LEVINE, HARRY B. | ATTN: HARRY B. LEVINE 3 DRUMMOND TERRACE LIVINGSTON NJ 07039 |
| LEX MOUNTAINBACK CALIFORNIA GENERAL PARTNERSHIP | C/O JACKSON SQUARE PROPERTIES 500 WASHINGTON ST STE 700 SAN FRANCISCO CA 94111 |
| LEXINGTON INSURANCE CO | ATTN: GENERAL COUNSEL LEXINGTON INSURANCE COMPANY 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 |
| LEXINGTON INSURANCE COMPANY | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| LEXINGTON INSURANCE COMPANY | C/O AIG GLOBAL INVESTMENT CORP ATTN: BILL FISH 70 PINE STREET, 13TH FLOOR NEW YORK NY 10038 |
| LEXINGTON INSURANCE COMPANY | LEXINGTON INSURANCE COMPANY ATTN: GENERAL COUNSEL 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 |
| LGT EMERGING MARKET DEBT PORTFOLIO | ATTN: ROBERT S. KAPITO 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| LGT MULTI MANAGER BOND HIGH YIELD (USD) | ATTN: STEPHEN GIANELLI C/O PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| LGT MULTI MANAGER BOND HIGH YIELD (USD) | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| LGT MULTI MANAGER EMERGING MARKET DEBT (BLK TICKER | C/O BLACKROCK INTERNATIONAL LTD., AS INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| LGT MULTI MANAGER EMERGING MARKET DEBT (BLK TICKER | J. GREGORY MILMOE, ESQ / ANDREW M. THAU, ESQ SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036 |
| LIANHE INVESTMENTS PTE LTD | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| LIBERTY HARBOR MASTER FUND I LP | GS INVESTMENT STRATEGIES LLC ONE NEW YORK PLAZA NEW YORK NY 10004 |
| LIBERTY HARBOR MASTER FUND I LP | ATTN: SUJATHA THALAPPILLIL C/O GS INVESTMENT STRATEGIES, LLC 85 BROAD STREET NEW YORK NY 10004 |
| LIBERTY HARBOR MASTER FUND I LP | ATTN: SUJATHA THALAPPILLIL WITH A COPY TO: GS INVESTMENT STRATEGIES, LLC LIBERTY HARBOR MASTER FUND I, L.P. 85 BROAD STREET NEW YORK NY 10004 |
| LIBERTY HARBOR MASTER FUND I LP | ATTN: SUJATHA THALAPPILLIL WITH A COPY TO: GS INVESTMENT STRATEGIES, LLC 85 BROAD STREET NEW YORK NY 10004 |

| Claim Name | Address Information |
|---|---|
| LIBERTY HARBOR MASTER FUND I LP | ATTN: SALVATORE LENTINI C/O GS INVESTMENT STRATEGIES, LLC ONE NEW YORK PLAZA NEW YORK NY 10004 |
| LIBERTY HARBOR MASTER FUND I LP | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| LIBERTY HARBOR MASTER FUND I LP | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| LIBERTY HARBOR MASTER FUND I LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| LIBERTY MUTUAL EMPLOYEES THRIFT INCENTIVE PLAN | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| LIBERTY POWER HOLDINGS LLC | EVERARDUS ROZING, ELAD SHRAGA, NIR VIDRA 800 W. CYPRESS CREEK RD., SUITE 330 FT. LAUDERDALE FL 33309 |
| LIBERTY POWER HOLDINGS LLC | ATTN: ALBERTO DAIRE, CHIEF OPERATING OFFICER 800 WEST CYPRESS CREEK ROAD SUITE 330 FT. LAUDERDALE  FL 33309 |
| LIBERTY POWER HOLDINGS LLC | ALBERTO DAIRE, CHIEF OPERATING OFFICER LIBERTY POWER HOLDINGS LLC 800 WEST CYPRESS CREEK ROAD SUITE 330 FT. LAUDERDALE  FL 33309 |
| LIBERTY SQUARE APARTMENTS, LTD | LIBERTY SQUARE APARTMENTS, LTD P. O. BOX 220 FLORENCE AL 35631 |
| LIBERTY SQUARE APARTMENTS, LTD | P. O. BOX 220 FLORENCE AL 35631-0220 |
| LIBERTY SQUARE APARTMENTS, LTD | LIBERTY SQUARE APTS 920 FLORENCE BOULEVARD FLORENCE AL 35631-0220 |
| LIBERTY SQUARE APARTMENTS, LTD | P.O. BOX 220 920 FLORENCE BOULEVARD FLORENCE AL 35631-0220 |
| LIBERTY SQUARE APTS | 920 FLORENCE BOULEVARD FLORENCE AL 35631-0220 |
| LIBERTY SQUARE CDO I, LIMITED | LIBERY SQUARE CDO I, LIMITED C/O QSPV LIMITED QUEE PO BOX 309 GT GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY SQUARE CDO I, LIMITED | 75 STATE STREET BOSTON MA 02109 |
| LIBERTY SQUARE CDO II, LIMITED | LIBERTY SQUARE CDO CHURCH STREET PO BOX 309 GT GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY SQUARE CDO II, LIMITED | WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02109 |
| LIBRA CDO LIMITED | GLOBAL TRANSACTION BANKING, TRUST LIBRA CDO LIMITED C/O DEUTSCHE BANK (CAYMAN) LMT. P.O. BOX 1984 GT ELIZABETHAN STREET GRAND CAYMAN CAYMAN ISLANDS |
| LIBRA CDO LIMITED | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| LIBRA CDO LIMITED, BY BANK OF AMERICA, NA AS SUCCE | J. WILLIAM BOONE, ESQ ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| LIBRA CDO LIMITED, BY BANK OF AMERICA, NA AS SUCCE | LASALLE BANK NATIONAL ASSOCIATION, AS TTEE ATTN: VANESSA DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| LIBRA FUND L.P. | C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| LIBRA FUND L.P. | RANJAN TANDON LIBRA FUND, L.P. 909 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| LIBRA FUND LP | LIBRA FUND, L.P. 909 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| LIBRA OFFSHORE LTD | C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| LIBRA OFFSHORE LTD | LIBRA ADVISORS LLC 909 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| LIBRA OFFSHORE LTD | RANJAN TANDON LIBRA OFFSHORE LTD. C/O LIBRA ADVISORS, LLC 909 THRID AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| LICHTBLAU, ANNE | 99 HUCKLEBERRY HILL ROAD NEW CANAAN CT 06840-3802 |
| LICHTBLAU, ANNE | MARTIN, LUCAS & CHIOFFI, LLP 177 BROAD STREET, 16TH FLOOR STAMFORD CT 06901 |
| LICHTBLAU, GEORGE JAY | 99 HUCKLEBERRY HILL ROAD NEW CANAAN CT 06840-3802 |
| LICHTBLAU, GEORGE JAY | CHRISTOPHER G MARTIN, ESQ MARTIN, LUCAS & CHIOFFI, LLP 177 BROAD STREET, 16TH FLOOR STAMFORD CT 06901 |
| LICR FUND INC | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| LIFESPAN CORPORATION | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| LIFESPAN CORPORATION | ATTN: PETER TROJANO STANDISH ASSET MANAGEMENT LLC BNY MELLON CENTER 201 |

| Claim Name | Address Information |
|---|---|
| LIFESPAN CORPORATION | WASHINGTON STREET BOSTON MA 02108-4408 |
| LIFESPAN CORPORATION | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02111 |
| LIFESPAN CORPORATION RETIREMENT PLAN | 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| LIGHTHOUSE BAY HOLDINGS | 5055 S. DALE MABRY HIGHWAY TAMPA FL 33611-3568 |
| LILY POND CURRENCY MASTER FUND LTD. | C/O LILY POND CAPITAL MANAGEMENT LLC ATTN: GLEN CARNES 450 PARK AVENUE NEW YORK NY 10022 |
| LILY POND CURRENCY PLUS MASTER FUND LTD. | C/O LILY POND CAPITAL MANAGEMENT LLC ATTN: GLEN CARNES 450 PARK AVENUE NEW YORK NY 10022 |
| LILY POND MASTER FUND LTD | C/O LILY POND CAPITAL MANAGEMENT LLC ATTN: GLEN CARNES 450 PARK AVENUE, SUITE 2103 NEW YORK NY 10022 |
| LIMAN, DOUG | C/O GERI JANSEN 521 WARREN AVE. HAWTHORNE NY 10532 |
| LINC – REDONDO BEACH SENIORS, INC. | LINC – REDONDO BEACH SENIORS, INC. 415 DIAMOND STREET REDONDO BEACH  CA 90277 |
| LINC – REDONDO BEACH SENIORS, INC. | 415 DIAMOND STREET REDONDO BEACH  CA 90277 |
| LINC – REDONDO BEACH SENIORS, INC. | LINC-REDONDO BEACH 110 PINE AVENUE, SUITE 500 LONG BEACH CA 90802 |
| LINC-REDONDO BEACH | 110 PINE AVENUE, SUITE 500 LONG BEACH CA 90802 |
| LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRU | DELAWARE MGMT BUSINESS TRUST ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET ST #39 PHILADELPHIA PA 19103-7042 |
| LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRU | DELAWARE MGMT BUSINESS TRUST ATTN: MICHAEL E. DRESNIN, VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET ST # 39 PHILADELPHIA PA 19103-7042 |
| LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRU | C/O DELAWARE MGMT BUSINESS TRUST ATTN: LEGAL COUNSEL 2005 MARKET ST #39 PHILADELPHIA PA 19103-7042 |
| LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRU | DELAWARE MANAGEMENT BUSINESS TRUST 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRU | PAUL PATTERSON, ESQ RE: LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRUST STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRU | C/O PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| LINCOLN NATIONAL LIFE INSURANCE CO / SEP ACCT 12 | DELAWARE MANAGEMENT BUSINESS TRUST 2005 MARKET ST # 39 PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY INC | ATTN: PHILIP OBAZEE DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY INC | 200 EAST BERRY STREET FORT WAYNE IN 46802 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY SEPARATE A | DELAWARE MANAGEMENT BUSINESS TRUST ATTN: MICHAEL E. DRESNIN, ASST. VP & LEGAL COUNSEL 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY SEPARATE A | DELAWARE MANAGEMENT BUSINESS TRUST ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY SEPARATE A | C/O DELAWARE MANAGEMENT BUSINESS TRUST ATTN: LEGAL COUNSEL 2005 MARKET ST # 40 PHILADELPHIA OA 19103-7094 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY SEPARATE A | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| LINCOLN NATIONAL REINSURANCE C | C/O DLAWARE INVESTMENT ADVISERS 1300 SOUTH CLINTON STREET, MAIL STOP 6H-17 FORT WAYNE IN 46802 |
| LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LI | C/O DELAWARE INVESTMENTS ATTN: MICHAEL DRESNIN., ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LI | LEGAL COUNSEL C/O DELAWARE INVESTMENTS 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LI | ATTN: PHILIP OBAZEE C/O DELAWARE INVESTMENT ADVISERS 2005 MARKET STREET 40TH FLOOR PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LI | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |

| Claim Name | Address Information |
|---|---|
| LINCOLN VARIABLE INSURANCE PRODUCTS TRUST BOND FUN | DELAWARE MGMT BUSINESS TRUST ATTN: MICHAEL D. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET ST # 39 PHILADELPHIA PA 19103-7042 |
| LINCOLN VARIABLE INSURANCE PRODUCTS TRUST BOND FUN | DELAWARE MGMT BUSINESS TRUST ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET ST # 39 PHILADELPHIA PA 19103-7042 |
| LINCOLN VARIABLE INSURANCE PRODUCTS TRUST BOND FUN | C/O DELAWARE MGMT BUSINESS TRUST ATTN: LEGAL COUNSEL 2005 MARKET ST # 39 PHILADELPHIA PA 19103-7042 |
| LINCOLN VARIABLE INSURANCE PRODUCTS TRUST BOND FUN | DELAWARE MANAGEMENT BUSINESS TRUST 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| LINCOLN VARIABLE INSURANCE PRODUCTS TRUST BOND FUN | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| LINCOLN VARIABLE INSURANCE PRODUCTS TRUST BOND FUN | PAUL PATTERSON, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| LINCORE LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LINDE ENERGY SERVICES, INC. | C/O BOC ENERGY SERVICES, INC. 575 MOUNTAIN AVENUE ATTN: JEFF JOHNS MURRAY HILL NJ 07974 |
| LINDEMANN, ADAM | 210 11TH AVE. NEW YORK NY 10001 |
| LINDEMANN, ADAM | 375 PARK AVE, #2603 NEW YORK NY 10152-2604 |
| LINDER, JOHN | JOHN LINDER 21 GREEN AVENUE RYE NY 10580 |
| LINLAKE VENTURES | 2000 BELLE CHASSE HIGHWAY 3RD FLOOR TERRYTOWN LA 70056 |
| LINLAKE VENTURES | ATTN: DOMINICK J. FAZZIO, CFO 2000 BELLE CHASSE HIGHWAY 3RD FLOOR TERRYTOWN LA 70056 |
| LINN ENERGY LLC | ATTN: JEANINE DELAY 600 TRAVIS STREET, SUITE 6910 HOUSTON TX 77002 |
| LINN ENERGY, LLC | C/O DONALD A. WORKMAN BAKER & HOSTETLER LLP 1050 CONNECTICUT AVE., N.W., SUITE 1100 WASHINGTON DC 20036 |
| LION CITY CDO 2006-2 LTD | C/O WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LIMITED C/O WALKERSS SPV LIMITED | LION CITY CDO LIMITED C/O WALKERSS SPV LIMITED WALKER HOUSE PO BOX 908 GT GEORGETOWN GRAND CAYMAN BRITISH WEST INDIES |
| LION CITY CDO LIMITED SERIES 2006-01 | C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LION CITY CDO LIMITED SERIES 2006-01 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LION CITY CDO LIMITED SERIES 2006-1 | C/O WALKER SPV LIMITED WALKER HOUSE P.O. BOX 908 GT GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS CAYMAN ISLANDS |
| LION CITY CDO LIMITED SERIES 2006-1 | C/O KIM SEYANG BUILDING, 223 NAEJA-DONG JONGO-GU SEOUL 110- KOREA, REPUBLIC OF |
| LION CITY CDO LIMITED SERIES 2006-2 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LION CITY CDO LIMITED SERIES 2006-2 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| LION CITY CDO LIMITED- SERIES 2006-3 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LION CITY CDO LIMITED- SERIES 2006-3 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J VENDITTO, ESQ NEW YORK NY 10022 |
| LION CITY CDO LTD SERIES 2006-5 | P.O. BOX 908 GT GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LTD SERIES 2006-5 | INTERNATIONAL FINANCIAL SERVICES CENTRE NORTHWALL QUAY DUBLIN 1 IRELAND |
| LION CREDIT OPPORTUNITY FUNDRE M&G INVESTMENT MGMT | M&G INVESTMENT MANAGEMENT LIMITED LAURENCE POUNTNEY HILL LONDON EC4R 0HH UNITED KINGDOM |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BAXTER INTERNATIONAL INC. & SUBSIDIARIES SAVINGS TRUST ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: SAGEBRUSH OIL & GAS LLC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |

| Claim Name | Address Information |
|---|---|
| LISPENARD STREET CREDIT (MASTER) FUND LTD. | 277 PARK AVENUE, 48TH FLOOR NEW YORK NY 10172 |
| LITTLE NELL APARTMENTS, L.P. | 1800 BERING DRIVE, SUITE 501 HOUSTON TX 77057 |
| LITTLE NELL APARTMENTS, L.P. | LITTLE NELL APARTMENTS, L.P. 1800 BERING DRIVE, SUITE 501 HOUSTON TX 77057 |
| LLOYDS REGISTER | 71 FENCHURCH STREET LONDON EC3M 4BS UNITED KINGDOM |
| LLOYDS TSB BANK PLC | 10 GRESHAM STREET LONDON UNITED KINGDOM |
| LLOYDS TSB BANK PLC | ATTN: VIVEK PRASHAR 10 GRESHAM STREET LONDON EC2V 7AE UNITED KINGDOM |
| LLOYDS TSB BANK PLC | 10 GRESHAM STREET LONDON EC2V 7AE UNITED KINGDOM |
| LLOYDS TSB BANK PLC | FINANCIAL MARKETS FARYNERS HOUSE 25 MONUMENT STREET LONDON EC3R 8BQ UNITED KINGDOM |
| LLOYDS TSB BANK PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LM ISIS OPPORTUNITIES MASTER FUND LTD | PMB 508 1117 E PUTNAM AVE RIVERSIDE CT 68781333 |
| LM ISIS OPPORTUNITIES MASTER FUND LTD | PMB 508 1117 E PUTNAM AVE 20 EAST ELM STREET, 2ND FLOOR RIVERSIDE CT 68781333 |
| LM MOORE | ATTN: ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| LM MOORE | ATTN: ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| LM MOORE | ATTN: GENERAL COUNSEL, URGENT FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020 |
| LM MOORE | ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS LM MOORE C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| LM MOORE, LP | C/O MOORE CAPITAL MANAGEMENT LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LMA SPC FOR AND ON BEHALF OF MAP 42 SEGREGATED POR | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LMA SPC FOR AND ON BEHALF OF MAP 42 SEGREGATED POR | C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3901 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| LMP CAPITAL AND INCOME INC. (FIXED PORTION OF BALA | CLEARBRIDGE) C/O WESTERN ASSET MANGEMENT COMPANY ATTN: LEGAL DEPT. W- 2294 385 E. COLORADO BLVD. PASADENA CA 91101 |
| LOAN FUNDING III LLC | FOR TRANSFERS, ASSIGNMENTS, 55 WATER STREET NEW YORK NY 10041 |
| LOAN FUNDING III LLC | FOR TRANSFERS, ASSIGNMENTS, STANDARD NEW YORK NY 10041 |
| LOAN FUNDING III LLC | LEGAL AND COMPLIANCE DEPT-DERIVITAIVES DOCUMENTATI C/O PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| LOCAL AUTHORITIES SUPERANNUATION FUND | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| LOCAL INSIGHT MEDIA INC | 188 INVERNESS DRIVE, WEST ENGELWOOD CO 80112 |
| LOCAT SPA | VIALE BIANCA MARIA, 4 MILANO 20129 ITALY |
| LOEB ARBITRAGE B FUND LP | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE B FUND LP | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB ARBITRAGE FUND | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE FUND | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE B FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE B FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE FUND LTD | C/O LOEB PARTNERS CORPORATION 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE FUND, LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |

| Claim Name | Address Information |
|---|---|
| LOEB OFFSHORE FUND, LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEWS CORPORATION | ATTN: PETER LA TRONICA C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| LONDON CLEARING HOUSE LIMITED | ALDGATE HOUSE 33 ALDGATE HIGH STREET LONDON EC3N 1EA UNITED KINGDOM |
| LONG ISLAND POWER AUTHORITY | ATTN: STEPHEN CLARKE 333 EARLE OVINGTON BLVD. UNIONDALE NY 11553 |
| LONG ISLAND POWER AUTHORITY | ATTN: CHIEF FINANCIAL OFFICER 333 EARLE OVINGTON BLVD UNIONDALE NY 11553 |
| LONG ISLAND POWER AUTHORITY | CHIEF FINANCIAL OFFICER 333 EARLE OVINGTON BLVD UNIONDALE NY 11553 |
| LONGACRE CAPITAL PARTNER (QP) LP | C/O LONGACRE FUND MANAGEMENT, LLC 810 7TH AVENUE, 22ND FLOOR NEW YORK NY 10019 |
| LONGACRE MASTER FUND II, LP | TRANSFEROR: NYKREDIT BANK A/S ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE MASTER FUND II, LP | TRANSFEROR: NYKREDIT BANK A/S ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 100193 |
| LONGACRE MASTER FUND LTD | C/O LONGACRE FUND MANAGEMENT, LLC 810 7TH AVENUE, 22ND FLOOR NEW YORK NY 10019 |
| LONGACRE MASTER FUND LTD | MARC SIMON C/O LONGACRE FUND MANAGEMENT, LLC 810 7TH AVENUE, 22ND FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: CHRISTIAN AND MISSIONARY ALLIANCE FOUNDATION, INC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: PAR INVESTMENT PARTNERS, L.P. ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: NISHI-NIPPON CITY BANK, LTD., THE ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: DMR STRUCTURED ARBITRAGE MASTER FUND LTD ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: FOREST CITY CAPITAL CORPORATION 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: PUERTO SWAP FCCC CORP. 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: GALLERY QMS MASTER FUND LTD. 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: STATE BANK OF LONG ISLAND 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 100193 |
| LONGACRE OPPORTUNITY FUND, LP | AS ASSIGNEE OF SUNCOR ENERGY MARKETING INC. ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 100193 |
| LONGVIEW MONTICELLO LLC | LONGVIEW MONTICELLO LLC 245 COMMERCIAL STREET, SUITE 200 SALEM OR 97301 |
| LONGVIEW MONTICELLO LLC | 245 COMMERCIAL STREET, SUITE 200 SALEM OR 97301 |
| LONGVIEW MONTICELLO LLC | LONGVIEW MONTICELLO LLO C/O LMC GROUP LLC 1405 17TH AVENUE LONGVIEW WA 98632-2945 |
| LONGWOOD AT OAKMONT, INC. | 1215 HULTON ROAD OAKMONT PA 15139-1196 |
| LONGWOOD AT OAKMONT, INC. | ATTN: WENGER JOSEPH P. 500 ROUTE 909 VERONA PA 15147-3863 |
| LONGWOOD AT OAKMONT, INC. | WENGER JOSEPH P. 500 ROUTE 909 VERONA PA 151473863 |
| LOOMIS SAYLES MULTI-STRATEGY MASTER | ALPHA, LTD. -MR. MICHAEL DALEY DIRECTOR OF FIXED INCOME OPERATIONS 25TH FLOOR, ONE FINANCIAL CENTER BOSTON MA 02111 |
| LOOMIS ST. LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LOOMIS STREET LLC | TRANSFEROR: BARCLAYS BANK PLC C/O ROPES AND GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| LOOMIS STREET, L.L.C. | TRANSFEROR: GSEF AL NAWRAS (CAYMAN) LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| LOOMIS STREET, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: ADAM REISS C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| LOOMIS STREET, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ROPES AND GRAY LLP ATTN: ADAM REISS |

| Claim Name | Address Information |
|---|---|
| LOOMIS STREET, LLC | 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| LORANGER, JOSEPH E. | 11180 SW PARTRIDGE LP. BEAVERTON OR 97007 |
| LOS BANOS CA (CITY OF) | 520 J STREET LOS BANOS CA 93635 |
| LOS OSOS COMMUNITY SERVICES DISTRICT | 5500 HEATH LANE CAMBRIA CA 93428 |
| LOS PADRES  BANK | 610 ALAMO PINTADO ROAD SOLVANG CA 93463 |
| LOTSOFF CAPITAL MANAGEMENT | LOTSOFF CAPITAL MANAGEMENT 20 NORTH CLARK STREET, 34TH FLOOR CHICAGO IL 60602 |
| LOUIS DREYFUS ENERGY SERVICES L.P. | 20 WESTPORT ROAD WILTON CT 06897-0843 |
| LOUIS DREYFUS ENERGY SERVICES LP | ATTN: LAW DEPARTMENT 20 WESTPORT ROAD WILTON CT 06897 |
| LOUIS L. GONDA TRUST | C/O PATTERSON BELKNAP & TYLER LLP ATTN: JOHN P. SCHMITT, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| LOUIS L. GONDA TRUST | ATTN: HARVEY GETTLESON; LOUIS GONDA 9350 WILSHIRE BOULEVARD SUITE 400 LOS ANGELES CA 90024 |
| LOUIS L. GONDA TRUST | 9350 WILSHIRE BOULEVARD SUITE 400 BEVERLY HILLS CA 90212 |
| LOUISIANA LA (STATE OF) SHERIFFS' PENSION & RELIEF | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| LOUISIANA SHERIFF'S PENSION & RELIEF FUND | ROBERT MENDELSON MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| LOUISIANA SHERIFF'S PENSION & RELIEF FUND | C/O OSEY MCGEE JR. 1225 NICHOLSON DRIVE BATON ROUGE LA 70802 |
| LOUISVILLE AND JEFFERSON COUNTY METROPOLITAN SEWER | 700 WEST LIBERTY STREET LOUISVILLE KY 40202 |
| LOUISVILLE AND JEFFERSON COUNTY METROPOLITAN SEWER | FINANCE DIRECTOR 700 WEST LIBERTY STREET LOUISVILLE KY 40202 |
| LOURDES NOREEN-MCKEEN RESIDENCE FOR GERIATRIC CARE | 315 S FLAGLER DR. WEST PALM BEACH FL 33401 |
| LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE | RADIAN ASSET ASSURANCE, INC. ATTN: CHIEF RISK OFFICER 335 MADISON AVENUE NEW YORK NY 10017 |
| LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE | WACHOVIA BANK, NATIONAL ASSOCIATION ATTN: CORPORATE TRUST DEPARTMENT-STEPHANIE MOORE 225 WATER STREET-3RD FLOOR JACKSONVILLE FL 32202-0122 |
| LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE | ATTN: FINANCE DIRECTOR 315 SOUTH FLAGLER DRIVE WEST PALM BEACH FL 33401 |
| LOWER COLORADO RIVER AUTHORITY | 3700 LAKE AUSTIN BLVD., MAILSTOP L200 AUSTIN TX 78703 |
| LOWER COLORADO RIVER AUTHORITY | ATTN: FUEL &  ENERGY RISK MANAGER/STEVE BURGER LOWER COLORADO RIVER AUTHORITY 3700 LAKE AUSTIN BLVD., MAILSTOP L200 AUSTIN TX 78703 |
| LOYALIS SCHADE N.V. | C/O STONE HARBOR INVESTMENT PARTNERS LP 31 WEST 52ND STREET, 26TH FLOOR NEW YORK NY 10019 |
| LOYALIS SCHADE N.V. | ATTN: ADAM SHAPIRO INVESTMENT PARTNERS LP 31 WEST 52ND STREET, 16TH FLOOR NEW YORK NY 10019 |
| LOYALIS SCHADE N.V.   AND | LOYALIS LEVEN N.V. BURG. DE HESSELLEPLEIN 31 CH HEERLEN 6411 NETHERLANDS |
| LOYALIS SCHADE N.V.   AND | APG INVESTMENT SERVICES ATTN MS. I.R. JANTZEN, GUSTAV MAHLERPLEIN 3 AMSTERDAM 1082 THE NETHERLANDS |
| LP MA 1 LTD | WAHED KHAN C/O LATIGO PARTNERS L.P. 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LP MA 1 LTD | C/O LATIGO PARTNERS L.P. WAHED KHAN 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| LSN/TLS OBLIGATED GROUP | C/O DIAKON LUTHERAN SOCIAL MINISTRIES 960 CENTURY DRIVE MECHANICSBURG PA 17056 |
| LUCENT TECHNOLOGIES INC. MASTER PENSION TRUST (BLK | C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| LUMINANT ENERGY COMPANY LLC | C/O WHOLESALE CONTRACT ADMINISTRATION 500 N. AKARD STREET, LP-13 DALLAS TX 75201 |
| LUMINUS ENERGY PARTNERS MASTERFUND LTD | C/O LUMINUS MANAGEMENT, LLC 1700 BROADWAY, 38TH FLOOR NEW YORK NY 10019 |
| LUNT, JAMES H.(TRUSTEE) | TRUST GE BARTOL 05/01/1987 FBO K W LUNT 298 FEDERAL STREET GREENFIELD MA |

| Claim Name | Address Information |
|---|---|
| LUNT, JAMES H.(TRUSTEE) | 01301-1932 |
| LUTHERAN HILLSIDE VILLAGE, INC. | ATTN: KARL E. HOLDERIE THE STOLAR PARTNERSHIP, LLP 911 WASHINGTON AVE 7TH FLOOR ST. LOUIS MO 63101 |
| LUTHERAN HILLSIDE VILLAGE, INC. | ATTN: KARL E. HOLDERIE THE STOLAR PARTNERSHI, LLP 911 WASHINGTON AVE. 7TH FLOOR ST. LOUIS MO 63101 |
| LUTHERAN HILLSIDE VILLAGE, INC. | C/O LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD MO 63144 |
| LUTHERAN HOME INC (THE) | ATTN: ROBERT B. PIETERS, PRESIDENT AND CEO 7500 WEST NORTH AVENUE WAUWATOSA WI 53213 |
| LUTHERAN HOME INC (THE) | ATTN: SCOTT MCFADDEN, PRESIDENT 7500 WEST NORTH AVENUE WAUWATOSA WI 53213 |
| LUTHERAN HOME INC (THE) | B.C. ZIEGLER AND COMPANY 1 SOUTH WACKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| LUTHERAN HOME, INC., THE | C/O AMANDA M. GIBBS, ESQ REINHART BOERNER VAN DEUREN S.C. 1000 NORTH WATER STREET, SUITE 1700 MILWAUKEE WI 53202 |
| LUTHERAN SENIOR SERVICES | KARL E. HOLDERLE THE SOLAR PARTNERSHIP 911 WASHINGTON AVE., 7TH FLOOR SAINT LOUIS MO 63101 |
| LUTHERAN SENIOR SERVICES | THE STOLAR PARTNERSHIP, LLP ATTN: KARL E. HOLDERLE 911 WASHINGTON AVENUE 7TH FLOOR SAINT LOUIS MO 63101 |
| LUTHERAN SENIOR SERVICES | 1150 HANLEY INDUSTRIAL COURT BRENTWOOD MO 63144 |
| LUTHERAN SOCIAL MINISTRIES OF NEW JERSEY | RE: DERIVATIVE MASTER ACCOUNT # 060205LSMN 6 TERRI LANE, SUITE 300 BURLINGTON NJ 08016 |
| LUTHERAN SOCIAL SERVICES OF MICHIGAN | ADMINISTRATIVE OFFICES 8131 EAST JEFFERSON AVENUE DETROIT MI 48214-2691 |
| LUXOTTICA US HOLDINGS CORP | 44 HARBOR PARK DRIVE, SUITE 5 PORT WASHINGTON NY 11050-4625 |
| LVFN GENPAR LLCA/C LVFN PARTNERS LP | RELATIONSHIP FUNDING 227 WEST MONROE, SUITE 4900 CHICAGO IL 60606 |
| LVFN GENPAR LLCA/C LVFN PARTNERS LP | ATTN: THOMAS WHITE 201 MAIN STREET, SUITE 2600 FORT WORTH TX 76102 |
| LVIP DELAWARE FOUNDATION MODERATE ALLOCATION FUND, | VARIABLE INSURANCE PRODUCTS TRUST (AS SUCCESSOR TO DELAWARE VIP BALANCED SERIES, A SERIES OF DELAWARE VIP TRUST) C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE, 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| LVIP DELAWARE FOUNDATION MODERATE ALLOCATION FUND, | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| LYONNAISE DE BANQUE SA | 8 RUE DEL LA REPUBLIQUE CEDEX 01 LYON 69207 FRANCE |
| LYXOR/ACUITY FUND LTD | LYXOR ASSET MANAGEMENT S.A. TOUR SOCIETE GENERALE 17 COURS VALMY PARIS 92987 FRANCE |
| LYXOR/ACUITY FUND LTD | ERIC PERSONNE LYXOR ASSET MANAGEMENT S.A. TOUR SOCIETE GENERALE 17 COURS VALMY PARIS 92987 FRANCE |
| LYXOR/CANYON CAPITAL ARBITRAGE FUND LTD | LYXOR ASSET MANAGEMENT SA TOUR SOCIETE GENERALE 17 COURS VALMY PARIS LA DEFENSE 92987 FRANCE |
| LYXOR/CANYON VALUE REALIZATION FUND LIMITED | C/O LYXOR ASSET MANAGEMENT S.A TOUR SOCIETE GENERAL 17 COURS VALMY 92987 PARIS- LA DEFENSE FRANCE |
| LYXOR/SCOTTWOOD FUND LIMITED | C/O  LYXOR ASSET MANAGEMENT S.A. TOUR SOCIETE GENERALE 17, COURS VALMY PARIS – LA DEFENSE 92987 FRANCE |
| M & I MARSHALL & ILSLEY BANK | 770 N. WATER ST. 5TH FLOOR MILWAUKEE WI 53202 |
| M. STEVEN SEMBLER AND SANDRA C. SEMBLER, | TENANTS BY ENTIRETY 1511 N. WESTSHORE BLVD., SUITE 300 TAMPA FL 33615 |
| MABANAFT BV | WESTERLAAN 5 ROTTERDAM CK 3016 NETHERLANDS |
| MACARTHUR, JOHN D & CATHERINE T FOUNDATION (INC | C/O BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| MACENGLE SENIOR SERVICES LLC | 825 ARNOLD DRIVE, SUITE 110 MARTINEZ CA 94553 |
| MACINNES, GORDON A. TRUSTEE | TRUST GE BARTOL 03/01/1971 26 OLD HARTER RD MORRISTOWN NJ 07960-6364 |
| MACKAY SHIELDS CREDIT STRATEGY PARTNERS LP | ATTN: BYRON SPIVACK 9 WEST 57TH STREET NEW YORK NY 10019 |
| MACKENZIE, STEPHEN G | MR. STEPHEN G MACKENZIE 103 CHICHESTER ROAD NEW CANAAN CT 06840 |
| MACKINAW POWER HOLDINGS LLC | MACKINAW POWER HOLDINGS, LLC C/O ARCLIGHT CAPITAL PARTNERS 200 CLARENDON |

| Claim Name | Address Information |
|---|---|
| MACKINAW POWER HOLDINGS LLC | STREET, 55TH FOOR BOSTON MA 02117 |
| MACKINAW POWER HOLDINGS LLC | GENERAL COUNSEL MACKINAW POWER HOLDINGS, LLC C/O ARCLIGHT CAPITAL PARTNERS 200 CLARENDON STREET, 55TH FOOR BOSTON MA 02117 |
| MACKINAW POWER HOLDINGS LLC | ATTN: GENERAL COUNSEL C/O ARCLIGHT CAPITAL PARTNERS 200 CLARENDON STREET, 55TH FOOR BOSTON MA 02117 |
| MACKINAW POWER HOLDINGS LLC | JEFF SOMMERS CAMS, LLC HOUSTON TX 77002 |
| MACKINAW POWER HOLDINGS LLC | ATTN: JEFF SOMMERS 1415 LOUISIANA STREET, SUITE #3500 HOUSTON TX 77002 |
| MACKINAW POWER HOLDINGS LLC | ATTN: JEFF SOMMERS CAMS, LLC HOUSTON TX 77002 |
| MACMILLIN, BRAD | CHIEF FINANCIAL OFFICER SYMPHONY TECHNOLOGY GROUP 2475 HANOVER STREET PALO ALTO CA 94304 |
| MACQUARIE BANK LIMITED | 1 MARTIN PLACE SYDNEY, NSW 2000 AUSTRALIA |
| MACQUARIE BANK LIMITED | MACQUARIE BANK LIMITED NO. 1 MARTIN PLACE SYDNEY NSW 2000, 3019 GPO BOX 4294 8232 3590 AUSTRALIA |
| MACQUARIE BANK LIMITED | ATTN: EXECUTIVE DIRECTOR, LEGAL RISK MANAGEMENT TREASURY AND COMMODITIES GROUP NO. 1 MARTIN PLACE SYDNEY NSW2000 AUSTRALIA |
| MACQUARIE BANK LTD | NO.1 MARTIN PLACE SYDNEY NSW 2000 GPO BOX 4294 SYDNEY AUSTRALIA |
| MACQUARIE COOK POWER INC | ATTN: LEGAL RISK MANAGEMENT DIVISION MACQUARIE BANK LIMITED REPRESENTATIVE OFFICE 125 WEST 55TH STREET, 22ND FLOOR NEW YORK NY 10019 |
| MACQUARIE COOK POWER INC | ONE ALLEN CENTER 500 DALLAS STREET, SUITE 3100 HOUSTON TX 77002 |
| MACQUARIE COOK POWER INC | ATTN: THE MANAGER, POWER TRADING 333 CLAY STREET – SUITE 4550 HOUSTON TX 77002 |
| MACQUARIE HIGH YIELD BOND FUND | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| MACQUARIE HIGH YIELD BOND FUND | ATTN: SETTLEMENTS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| MACY'S INC. DEFINED BENEFIT PLANS MASTER TRUST (BL | C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| MACY'S, INC. FIXED INCOME | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1360 385 E. COLORADO BLVD PASADENA CA 91101 |
| MACYS INC DEFINED BENEFIT PLANS MASTER TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MACYS INC DEFINED BENEFIT PLANS MASTER TRUST | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MADISON AVE STRUCTURED FINANCE CDO I, LIMITED | P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISL BRITISH WEST INDIES |
| MADISON AVE STRUCTURED FINANCE CDO I, LIMITED | DO PO BOX 1093 GT SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MADISON AVE STRUCTURED FINANCE CDO I, LIMITED | C/O METLIFE INVESTORS ADVISORS COMPANY LLC 10 PARK AVENUE, P.O. BOX 1902 MORRISTOWN NJ 07962 |
| MADISON AVENUE CDO I LTD | P.O. BOX 1093 GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN, CAYMAN ISLANDS BRITISH WEST INDIES |
| MADISON AVENUE CDO I LTD | C/O QSPV LIMITED P.O. BOX 1093 GT SOUTH CHURCH STREET\ GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MADISON AVENUE CDO I LTD | MADISON AVENUE CDO I, LIMITED C/O QSPV LIMITED PO BOX 1093 GT SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| MADISON AVENUE CDO I LTD | C/O US BANK CORPORATE TRUST SERVICES 214 NORTH TRYON STREET, 26TH FLOOR CHARLOTTE NC 28202 |
| MADISON AVENUE STRUCTURED FINANCE CDO I | C/O METLIFE P.O. BOX 1902 10 PARK AVENUE MORRISTOWN NJ 07962 |
| MADISON AVENUE STRUCTURED FINANCE CDO I | TODD LURIE, ESQ. C/O METLIFE INVESTMENTS – LEGAL DEPT. P.O BOX 1902 10 PARK AVENUE MORRISTOWN NJ 07962 |
| MADISON RIVER CAPITAL LLC | MADISON RIVER CAPITAL, LLC 103 SOUTH FIFTH STREET MEBANE NC 27302 |
| MAERSK A/S | ATTN: FINANCE DEPARTMENT, MRC SECTION 50 ESPLANADAEN COPENHAGEN 1098 DENMARK |
| MAGNETAR CAPITAL MASTER FUND LTD | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| MAGNETAR CAPITAL MASTER FUND LTD | MAGNETAR CAPITAL MASTER FUND, LTD STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, LLC ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CAPITAL MASTER FUND LTD | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION  FUND II LTD | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION  FUND II LTD | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION FUND III,  LTD | MAGNETAR CONSTELLATION MASTER FUND III, LTD STROOCK & STROOCK & LAVAN 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION FUND III,  LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND II LTD | MAGNETAR CONSTELLATION MASTER FUND II, LTD STROOCK & STROOCK & LAVAN 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND II LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND LTD | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND LTD | MAGNETAR CONSTELLATION MASTER FUND, LTD STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND LTD | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND, LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR MUNI LLC | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR MUNI LLC | CEO, CFO AND GENERAL COUNSEL MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR MUNI LLC | ATTN: CEO, CFO AND GENERAL COUNSEL MAGNETAR MUNI LLC C/O MAGNETAR CAPITAL LLC 1603 ORRINGTON AGENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR MUNI LLC | CEO, CFO AND GENERAL COUNSEL MAGNETAR MUNI LLC C/O MAGNETAR CAPITAL LLC 1603 ORRINGTON AGENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR STRUCTURED CREDIT FUND LP | MAGNETAR STRUCTURED CREDIT FUND, LP STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038 |
| MAGNETAR STRUCTURED CREDIT FUND LP | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAIMONIDES SCHOOL | 34 PHILBRICK RD BROOKLINE CT 02445 |
| MAIMONIDES-SHALOM ACADEMY INC | MAIMONIDES-SHALOM ACADEMY, INC. 5300 SW 40TH AVENUE FORT LAUDERDALE FL 33314-6504 |
| MAIMONIDES-SHALOM ACADEMY INC | ATTN: CHIEF FINANCIAL OFFICER 5300 SW 40TH AVENUE FORT LAUDERDALE FL 33314-6504 |
| MAIN STREET NATURAL GAS INC | KRAMER LEVIN NAFTAILS & FRANKEL LLP ATTN: AMY CATON, ESQ. 1177 AVENUE OF AMERICAS NEW YORK NY 10036 |
| MAIN STREET NATURAL GAS INC | EMMET, MARVIN & MARTIN, LLP ATTN: EDWARD R. ZUJKOWSKI, ESQ. 120 BROADWAY 32ND FLOOR NEW YORK NY 10271 |
| MAIN STREET NATURAL GAS INC | ARTHUR CORBIN 104 TOWNPARK DRIVE KENNESAW GA 30144 |
| MAIN STREET NATURAL GAS INC | C/O ALSTON & BIRD LLP ATTN: WILLIAM SUGDEN 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| MAIN STREET NATURAL GAS INC | ALSTON & BIRD LLP ATTN: DELLA WELLS, ESQ. ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| MAINE (STATE OF) PUBLIC EMPLOYEES | 909 A STREET TACOMA WA 98402-5120 |

| Claim Name | Address Information |
|---|---|
| RETIREMENT SYSTE | 909 A STREET TACOMA WA 98402-5120 |
| MAINE PUBLIC EMPLOYEES RETIREMENT SYSTEMS | ATTN: ANDREW SAWYER, CHIEF INVESTMENT OFFICER FOUR CITY CENTER, 3RD FLOOR PORTLAND ME 04101 |
| MAINSTAY DIVERSIFIED INCOME FUND | MACKAY SHIELDS LLC 9 WEST 57TH STREET NEW YORK NY 10019 |
| MAINSTAY DIVERSIFIED INCOME FUND | SENG LIEW MACKAY SHIELDS LLC 9 WEST 57TH STREET NEW YORK NY 10019 |
| MAJOR MOVES CONSTRUCTION FUND | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| MALAYAN BANKING BERHAD | ROTTENBERG LIPMAN RICH, P.C. ATTN: THOMAS CHASE 369 LEXINGTON AVE, 15TH FLOOR NEW YORK NY 10017 |
| MALAYAN BANKING BERHAD | 400 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022-4406 |
| MALAYSIAN AIRLINE SYSTEM BERHAD | CHANIN BUILDING NEW YORK NY 10168 |
| MALAYSIAN AIRLINE SYSTEM BERHAD | 1667 K STREET NW SUITE 610 WASHINGTON DC 20006 |
| MALAYSIAN AIRLINE SYSTEMBERHAD | 33RD FLOOR MAS BUILDING KUALA LUMPUR WILYAHAH, PERSEKUTUAN 50250 MALAYSIA |
| MALAYSIAN AIRLINE SYSTEMBERHAD | 2 GRAND CENTRAL TOWER NEW YORK NY 10017 |
| MALAYSIAN AIRLINE SYSTEMBERHAD | 100 NORTH SEPULVEDA BOULEVARD LA, SUITE 400 EL SEGUNDO CA 90245 |
| MAN FINANCIAL LIMITED | ATTN: NIGEL AVEY, DIRECTOR, LEGAL SUGAR QUAY LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| MAN FINANCIAL LIMITED | C/O MF GLOBAL INC. 717 FIFTH AVENUE 9TH FLOOR NEW YORK NY 10022-8101 |
| MAN FINANCIAL LIMITED | ATTN: LEGAL DEPARTMENT C/O MF GLOBAL LTD. 717 5TH AVENUE NEW YORK NY 10022-8101 |
| MAN FX CLEAR LLC | MAN FX CLEAR 717 FIFTH AVENUE 9TH FLOOR NEW YORK NY 10022-8101 |
| MAN FX CLEAR LLC | ATTN: IRA POLK MAN FX CLEAR 717 FIFTH AVENUE 9TH FLOOR NEW YORK NY 10022-8101 |
| MANAGED ACCOUNT SERIES US MORTGAGE | C/O BLACKROCK ADVISORS, LLC LEGAL ADVISORY DEPARTMENT 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MANAGED ACCOUNT SERIES US MORTGAGE | GENERAL COUNSEL C/O BLACKROCK ADVISORS, LLC LEGAL ADVISORY DEPARTMENT 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MANASSAS MA (CITY OF) | 9027 CENTER STREET MANASSAS MA 20110 |
| MANCHESTER AIRPORT | C/O CITY OF MANCHESTER, NEW HAMPSHIRE 1 CITY HALL PLAZA, 2ND FLOOR MANCHESTER NH 03101 |
| MANCHESTER AIRPORT, NH | CITY HALL MANCHESTER NH 03101 |
| MANGO GROVE, LLC | C/O THE RICHMAN GROUP 340 PEMBERWICK ROAD GREENWICH CT 06831 |
| MANGO GROVE, LLC | C/O SWAP FINANCIAL GROUP, LLC 76 SOUTH ORANGE AVE., SUITE 6 SOUTH ORANGE NJ 07079 |
| MANGO GROVE, LLC | MANGO GROVE, LLC C/O SWAP FINANCIAL GROUP, LLC 76 SOUTH ORANGE AVE., SUITE 6 SOUTH ORANGE NJ 07079 |
| MANOR PARK INC | 6451 EL CAMINO REAL, SUITE A CARLSBAD CA 92009 |
| MANOR PARK, INC | ATTN: TREASURER 2208 NORTH LOOP 250 WEST MIDLAND TX 79707 |
| MANSFIELD MEMORIAL HOMES LLC | 50 BLYMYER AVE MANSFIELD OH 44903 |
| MANSFIELD MEMORIAL HOMES LLC | ATTN: RAYMOND LOUGHMAN, EXECUTIVE DIRECTOR 50 BLYMYER AVE MANSFIELD OH 44903 |
| MANUFACTURERS & TRADERS TRUST COMPANY | ONE M BUFFALO NY 14203 |
| MAPLES FINANCE LIMITED | P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MARANATHA BAPTIST BIBLE COLLEGE | ATTN: MARK STEVENS 745 WEST MAIN STREET WATERTOWN WI 53094 |
| MARATHON MASTER FUND LTD | MARATHON ASSET MANAGEMENT 461 FIFTH AVENUE, 10TH FLOOR NEW YORK NY 10017 |
| MARATHON MASTER FUND LTD | MARATHON ASSET MANAGEMENT ATTENTION: GREGORY RESNICK ONE BRYANT PARK, 38TH FLOOR NEW YORK NY 10036 |
| MARATHON OIL COMPANY | ATTN: BADEN DAVID MARATHON OIL CORPORATION 5555 FELIPE AVENUE HOUSTON TX 77056 |
| MARATHON OIL COMPANY | BADEN DAVID MARATHON OIL CORPORATION 5555 FELIPE AVENUE HOUSTON TX 77056 |
| MARATHON OIL COMPANY | ATTN: BADEN DAVID 5555 FELIPE AVENUE HOUSTON TX 77056 |
| MARATHON OIL COMPANY | ATTN: PATRICK D. ROTH 5555 SAN FELIPE STREET HOUSTON TX 77056 |
| MARATHON OIL COMPANY | MARATHON OIL COMPANY 5555 SAN FELIPE STREET HOUSTON TX 77056-2723 |
| MARATHON OIL COMPANY | ATTN: PATRICK D. ROTH MARATHON OIL COMPANY 5555 SAN FELIPE STREET HOUSTON TX |

| Claim Name | Address Information |
|---|---|
| MARATHON OIL COMPANY | 77056-2723 |
| MARATHON PETROLEUM COMPANY LLC | ATTN: RICHARD MENDEL 539 SOUTH MAIN STREET FINDLAY OH 45840-3295 |
| MARATHON PETROLEUM COMPANY LLC | ATTN: PATRICK D. ROTH 5555 SAN FELIPE STREET HOUSTON TX 77056 |
| MARATHON PETROLEUM COMPANY LLC (MNA) | C/O ALAN HALPERIN 555 MADISON AVE., 9TH FLOOR NEW YORK NY 10022 |
| MARATHON PETROLEUM COMPANY LLC (MNA) | ATTN: PATRICK D. ROTH MARATHON OIL COMPANY 5555 SAN FELIPE STREET HOUSTON TX 77056-2723 |
| MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD | ATTN: ROB FRIEDMAN MARATHON ASSET MANAGEMENT 1 BRYANT PARK, 38TH FLOOR NEW YORK NY 10036 |
| MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD. | C/O MARATHON ASSET MANAGEMENT ATTENTION : GREGORY RESNICK ONE BRYANT PARK, 38TH FLOOR NEW YORK NY 10036 |
| MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD. | C/O MARATHON MASTER TRUST 730 PARK AVENUE NEW YORK NY 10169 |
| MARATHON STRUCTURED FINANCE FUND LTD | 1 BRYANT PARK #38 NEW YORK NY 100366715 |
| MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 5TH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| MARBLE FALLS VISTAS APARTMENTS, L.P. | 1110 BROADWAY MARBLE FALLS TX 78654 |
| MARBLE FINANCE LIMITED | C/O HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN KY1- 1102 CAYMAN ISLANDS |
| MARBLE FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ., DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| MARIE PAPILLON | WEIL GOTSHAL 767 FIFTH AVENUE NEW YORK NY 10153 |
| MARIE PAPILLON | ATTN: MARIE J. PAPILLON 16426 NE 31ST AVENUE NORTH MIAMI BEACH FL 33162 |
| MARIE PAPILLON | MARIE J. PAPILLON 16426 NE 31ST AVENUE NORTH MIAMI BEACH FL 33162 |
| MARINER ATLANTIC US BONDS LTD | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER ATLANTIC US BONDS LTD | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER LDC | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER LDC | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER NAVIGATOR US BONDS LTD | MARINER NAVIGATOR US BONDS, LTD. C/O MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER NAVIGATOR US BONDS LTD | ATTN: CHARLES R. HOWE, II MARINER NAVIGATOR US BONDS, LTD. C/O MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER PARTNERS US BONDS LP | C/O MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE SUITE 101 NEW YORK NY 10528 |
| MARINER PARTNERS US BONDS LP | MARINER INVESTMENT GROUP LLC ATTN JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER-CREDIT RISK ADVISORS MASTER FUND, LP | ALLEN J. LEVINSON C/O CREDIT RISK ADVISORS, L.P. UPPER SADDLE RIVER NJ 07458 |
| MARINER-CREDIT RISK ADVISORS MASTER FUND, LP | ATTN: ALLEN J. LEVINSON C/O CREDIT RISK ADVISORS, L.P. UPPER SADDLE RIVER NJ 07458 |
| MARINER-CREDIT RISK ADVISORS MASTER FUND, LP | MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE SUITE 101 HARRISON NY 10528 |
| MARINER-CREDIT RISK ADVISORS MASTER FUND, LP | JOHN KELTY MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE SUITE 101 HARRISON NY 10528 |

| Claim Name | Address Information |
|---|---|
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | JAMES E. MCKEE C/O TRICADIA CAPITAL MANAGEMENT, LLC 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | JULIA WYATT MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD C/O TRICADIA CAPITAL MANAGEMENT, LLC 767 THIRD AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINO, THOMAS | 135 CENTRAL PARK WEST APT. 2SC NEW YORK NY 10023 |
| MARK H WENWORTH HOME | 346 PLEASANT STREET PORTSMOUTH 3801 |
| MARK MAZZATTA | 11 ANDREANN DRIVE ANNANDALE NJ 08801-3373 |
| MARKET PLAZA HOUSING LIMITED PARTNERSHIP | 3601 PARK CENTER BLVD SUITE 210 ST. LOUIS PARK MN 55416 |
| MARQUETTE FINANCIAL COMPANIES | C/O KATHI ROGERS 60 SOUTH SIXTH STREET, SUITE 3900 MINNEAPOLIS MN 55402 |
| MARQUETTE FINANCIAL COMPANIES | DORSEY & WHITNEY LLP ATTN: STEVEN J. HEIM, ESQ. 50 SOUTH SIXTH STREET, SUITE 1500 MINNEAPOLIS MN 55402 |
| MARRIOTT INTERNATIONAL, INC | ATTN: ROSEMARIE SCHMIDT, ESQ. VICE PRESIDENT & SENIOR COUNSEL 10400 FERNWOOD ROAD DEPT. 52/923.21 BETHESDA MD 20817 |
| MARRIOTT INTERNATIONAL, INC | ATTN: ASST. TREASURER DEPT. 52/924.11 MARRIOTT INTERNATIONAL, INC. 10400 FERNWOOD ROAD BETHESDA MD 20817 |
| MARS PENSION TRUSTEES LIMITED | PIMCO ACCOUNT NUMBER 1440 ATTN: RIANNE STEENBERGEN MARS NEDERLAND BV TAYLORWEG 5 VEGHEL 5466 AE |
| MARS PENSION TRUSTEES LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DIRVE, STE 100 NEWPORT BEACH CA 92660 |
| MARS PENSION TRUSTEES LIMITED | 909 A STREET TACOMA WA 98402-5120 |
| MARSEILLE REPUBLIQUE SAS | MARSEILLE REPUBLIQUE S.A.S. C/O ATEMI 47, RUE DE MONCEAU PARIS 75008 FRANCE |
| MARSH & MCLENNAN COMPANIES INC MASTER RETIREMENT S | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MARSH & MCLENNAN COMPANIES, INC. U.S. RETIREMENT P | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MARSH & MCLENNAN COMPANIES, INC. U.S. RETIREMENT P | FIXED INCOME C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MARSH & MCLENNAN HIGH YIELD FUND | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MARSH & MCLENNAN LONG DURATION PORFOLIO | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| MARSH & MCLENNAN LONG DURATION PORFOLIO | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MARSONER, THOMAS S | ONE BROADGATE 5TH FLOOR LONDON EC2M 7HA UNITED KINGDOM |
| MARTIN P SUTTER | 4026 WINDSWEPT DRIVE MONTGOMERY TX 77356 |
| MARTIN P SUTTER | MARTIN P. SUTTER 4026 WINDSWEPT DRIVE MONTGOMERY TX 77356 |
| MARYLAND STADIUM AUTHORITY | 333 WEST CAMDEN STREET, SUITE 500 BALTIMORE MD 21201 |
| MARYSVILLE PA (CITY OF) | 200 OVERCREST ROAD MARYSVILEE PA 17053 |
| MAS GLOBAL AGGREGATED FIXED INCOME PORTFOLIO | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MASS MUTUAL ASIA | DAVID BABSON  #AMPER CO. SPRINGFIELD MA 01115 |
| MASS MUTUAL ASIA | CHRIS DEFRANCIS DAVID BABSON SPRINGFIELD MA 01115 |
| MASS MUTUAL ASIA | ATTN: CHRIS DEFRANCIS DAVID BABSON  & CO. SPRINGFIELD MA 01115 |
| MASS MUTUAL LIFE INSURANCE | COMPANY LIMITED TOC ARIAKE EAST TOWER 15F 2-5-7 ARIAKE, KOTO-KU TOKYO 135-0063 JAPAN |
| MASS MUTUAL LIFE INSURANCE | BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS (COMMONWEALTH OF) | ATTN: STEARNS JEFF ONE ASHBURTON PLACE 12TH FLOOR BOSTON MA 02108 |
| MASSACHUSETTS (COMMONWEALTH OF) | DEPARTMENT OF THE STATE TREASURER STATE HOUSE BOSTON MA 02133 |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | C/O COLLEEN A MURPHY ESQ MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. ONE FINANCIAL CENTER BOSTON MA 02111 |
| MASSACHUSETTS BAY TRANSPORTATION | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY C/O COLLEEN A MURPHY ESQ MINTZ, |

| Claim Name | Address Information |
|---|---|
| AUTHORITY | LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. ONE FINANCIAL CENTER BOSTON MA 02111 |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P. C. ATTN: COLLEEN A. MURPHY, ESQ. ONE FINANCIAL CENTER BOSTON MA 02111 |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | 10 PARK PLAZA BOSTON MA 02116 |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | C/O COLLEEN A. MURPHY, ESQ. MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. ONE FINANCIAL CENTER BOSTON MA 02116 |
| MASSACHUSETTS DEVELOPMENT FINANCE AGENCY | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| MASSACHUSETTS HOUSING FINANCE AGENCY | ONE BEACON STREET BOSTON MA 02108 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE | COMPANY O/B/O ITS FPD ALPHA BACKED NOTES SEPARATE ACCOUNT 1 ATTENTION: MICHELE KUNITZ 1500 MAIN STREET, TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE | 1500 MAIN STREET, SUITE 1000 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE CO - | FPD ALPHA BACKED NOTES SEPARATE ACCT GENERAL COUNSEL OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE CO - FPD ALPHA | SEPARATE ACCOUNT OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | C/O BABSON CAPITAL MANAGEMENT LLC 1500 MAIN STREET, SUITE 2800 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | O/B/O ITS FPD ALPHA BACKED NOTES SEPARATE ACCOUNT 1 ATTN: MICHELE KUNITZ 1500 MAIN STREET, TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY OBO | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY OBO | FPB ALPHA-BACKED NOTES SEPARATE ACCOUNT 1 ATTN: MICHELE KUNITZ 1500 MAIN STREET, TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS PENSION RESERVES INVESTMENT MANAGEME | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| MASSACHUSETTS STATE COLLEGE BUILDING | AUTHORITY 136 LINCOLN STREET ATTN: EDWARD ADELMAN BOSTON MA 02111 |
| MASSACHUSETTS TURNPIKE AUTHORITY | STATE TRANSPORTATION BUILDING 10 PARK PLAZA, SUITE 4160 BOSTON MA 02116 |
| MASSACHUSETTS WATER POL | OFFICE OF THE STATE TREASURER STATE HOUSE, ROOM 227 BOSTON MA 02133 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | ATTN: RESEARCH AND RISK MANAGEMENT MASSACHUSETTS WATER RESOURCES AUTHORITY 115 BROADWAY NEW YORK NY 10006 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | ATTN: GRACE LEE, FIRST DEPUTY TREASURER THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF STATE TREASURER ONE ASHBURTON PLACE BOSTON MA 02108-1608 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | 100 FIRST AVENUE CHARLESTOWN NAVY YARD BLDG 39 BOSTON MA 02129 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | ATTN: FREDERICK A LASKEY, EXECUTIVE DIRECTOR CHARLESTOWN NAVY YARD BOSTON MA 02129 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | CHARLESTOWN NAVY YARD BOSTON MA 02129 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | MASSACHUSETTS WATER RESOURCES AUTHORITY CHARLESTOWN NAVY YARD 100 FIRST AVENUE BOSTON MA 02129 |
| MASSDEVELOPMENT/SALTONSTALL BUILDING REDEVELOPMENT | 160 FEDERAL STREET, 7TH FLOOR BOSTON MA 02110 |
| MASSMUTUAL LIFE INSURANCE COMPANY-TOKYO | ATTN: ISSEI SASAKI INVESTMENT MANAGEMENT DEPARTMENT TOC ARIAKE EAST TOWER 15F |

| Claim Name | Address Information |
|---|---|
| MASSMUTUAL LIFE INSURANCE COMPANY-TOKYO | 2-5-7 ARIAKE, KOTO-KU 135-0063 JAPAN |
| MASSMUTUAL LIFE INSURANCE COMPANY-TOKYO | CERULEAN TOWER SHIBUYA-KU TOKYO 150-8512 JAPAN |
| MASSMUTUAL MERCURIES LIFE INSURANCE CO.,LTD. | 6F, NO. 2, LN 150, XIN-YI ROAD, SECTION 5 TAIPEI 11059 TAIWAN, PROVINCE OF CHINA |
| MASSMUTUAL SELECT STRATEGIC BALANCED FUND | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED | C/O MAST CAPITAL MANAGEMENT LLC 353 BOYLSTON STREET, SUITE 401 BOSTON MA 02116 |
| MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED | ATTN: CHRISTOPHER MADISON C/O MASTER CAPITAL MANAGEMENT, LLC 200 CLARENDON STREET, 51ST FLOOR BOSTON MA 02116 |
| MASTER CORE BOND ENHANCED INDEX SERIES OF QUANTITA | TRUST 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MASTER RETIREMENT TRUST - CORE | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1607 385 E. COLORADO BLVD PASADENA CA 91101 |
| MASTER TRUST FOR CERTAIN TAX QUALIFIED RETIREMENT | MICHAEL H TORKIN/ NED S SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MASTER TRUST FOR CERTAIN TAX QUALIFIED RETIREMENT | BECHTEL CORPORATION ATTN: PEGGI KNOX 50 BEALE STREET, SUITE 500 SAN FRANCISCO CA 94105 |
| MASTER TRUST FOR CERTAIN TAX QUALIFIED RETIREMENT | BECHTEL CORPORATION 50 BEALE STREET SUITE 500 SAN FRANCISCO CA 94105 |
| MASTERS APARTMENTS, L.P. | MASTERS APARTMENTS, L.P. 1800 BERING DRIVE SUITE 501 HOUSTON TX 77057 |
| MASTERS APARTMENTS, L.P. | 1800 BERING DRIVE SUITE 501 HOUSTON TX 77057 |
| MASTORIS, PANAGIOTA | 16 CHESTNUT DR. COLTS NECK NJ 07722 |
| MATTEL INC. | ATTN: BERT MAAS, M1-1408 333 CONTINENTAL BLVD EL SEGUNDO CA 90245 |
| MATTEL INC. | ATTN: KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MAX ORIENT HOLDINGS LIMITED | A-MAX HOLDINGS LIMITED 32/F, CABLE TV TOWER, SUITE 11-12 9 HOI SHING ROAD TSUEN WAN NEW TERRITORIES HONG KONG |
| MAXIS CORPORATION | 2F KOKUSAI-HAMAMATSU BLD 1-9-18 KAIGAN MINATOKU TOKYO 105-0022 JAPAN |
| MAZZATTA, MARK & MCHUGH-MAZATTA, MICHELLE | LAWRENCE P. EAGEL BRAGAR WEXLER EAGEL & SQUIRE, PC 885 THIRD AVE SUITE 3040 NEW YORK NY 10022 |
| MBIA INC. | ATTN: CHRIS MOROS 113 KING STREET ARMONK NY 10504 |
| MBIA INVESTMENT MANAGEMENT CORP. | 113 KING STREET ARMONK NY 10504 |
| MBS ENERGY GROUP LLC | 230 PARK AVENUE SUITE 1000 NEW YORK NY 10169 |
| MBS FUND OF BEHALF OF ITS COMPARTMENT CASPIAN | CASPIAN CAPITAL MANAGEMENT LLC 16TH FLOOR NEW YORK NY 10020 |
| MBS FUND OF BEHALF OF ITS COMPARTMENT CASPIAN | CASPIAN CAPITAL MANAGEMENT LLC NEW YORK NY 10151 |
| MBS FUND ON BEHALF OF IT COMPARTMENT GAMMA | CASPIAN CAPITAL MANAGEMENT LLC 16TH FLOOR NEW YORK NY 10020 |
| MBS FUND ON BEHALF OF IT COMPARTMENT GAMMA | ATTN: SATYAN MALHOTRA, PRESIDENT CASPIAN CAPITAL MANAGEMENT, LLC NEW YORK NY 10151 |
| MCCARTHY, DENIS B | CLIFTON PLEDGE A/C ANNADLE ROAF KILLORGLIN COUNTY KERRY IRELAND |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: JIM BOYNE 1515 WEST 22ND STREET- 11TH FLOOR OAK BROOK IL 60523 |
| MCDONNELL LOAN OPPORTUNITY LTD. | C/O MCDONNELL INVESTMENT MANAGEMENT, LLC ATTN: GENERAL COUNSEL 1515 WEST 22ND STREET OAK BROOK IL 60523 |
| MCDONNELL LOAN OPPORTUNITY LTD. | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W. WACKER DRIVE CHICAGO IL 60601 |
| MCGEE III, HUGH E | 5457 HOLLY SPRINGS HOUSTON TX 77056 |
| MCGEE, HUGH | 5457 HOLLY SPRINGS HOUSTON TX 77056 |
| MCKEIGE, DOUGLAS AND BARNEVIK, MARIE | MCKEIGE TIC 79 GREENHAVEN RD RYE NY 10580 |
| MCLAREN, NATALIE B. | 101 PARK BLVD S. APT. #107 VENICE FL 34285 |
| MCM OFFSHORE CREDIT OPPORTUNITY MASTER | MCM OFFSHORE CREDIT OPPORTUNITY MASTER FUND, LTD. C/O MELLON CAPITAL |

| Claim Name | Address Information |
|---|---|
| FUND LTD | MANAGEMENT CORPORATION 595 MARKET STREET, SUITE 3000 SAN FRANCISCO CA 94105 |
| MCMINNVILE HOUSING AUTHORITY | 310 SOUTH MILL STREET MORRISON TN 37357-7677 |
| MD SASS MUNICIPAL ARBITRAGE FUND LLC | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MD SASS MUNICIPAL ARBITRAGE FUND LLC | GENERAL COUNSEL 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MEADOWBROOK SCHOOL | 10 FARM ROAD WESTON MA 02493-2493 |
| MEADWESTVACO CORP RETIREMENT PLAN FOR SALARIED EMP | ATTN: LEGALL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MEB OPTIONS, LLC | 440 S LASALLE, SUITE 959 CHICAGO IL 60605 |
| MECHANIC, TERRI | 283 DOLPHIN WAY LAGUNA BEACH CA 92651 |
| MEDAMERICA HEALTH CORPORATION | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| MEDAMERICA HEALTH SBDF | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| MEDAMERICA HEALTH SYSTEM BOARD DESIGNATED FUNDS | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| MEDAMERICA HEALTH SYSTEMS EMPLOYEE RETIREMENT PLAN | MORGAN, LEWIS & BOCKIUS LLP ATTN: ROBERT MENDELSON 101 PARK AVENUE NEW YORK NY 10178 |
| MEDAMERICA HEALTH SYSTEMS EMPLOYEE RETIREMENT PLAN | C/O PREMIER HEALTH PARTNERS ATTN: KATHY HAUSER, TREASURY MANAGER 40 WEST FOURTH STREET, SUITE 2110 DAYTON OH 45402 |
| MEDCENTRAL HEALTH SYSTEM | ATTN: KENT R. SNYDER 335 GLESSNER AVENUE MANSFIELD OH 44903 |
| MEDIASET SPA | CENTRO PRODUZIONE TV VIALE EUROPA, 44/46/48 VIALE EUROPA 39 02 2514 ITALY |
| MEDICAL CENTER OF THE ROCKIES | 2315 E. HARMONY ROAD SUITE 200 ATTN: STEVE ELLSWORTH FORT COLLINS CO 80528 |
| MEDICAL COLLEGE OF OHIO | 3045 ARLINGTON AVENUE TOLEDO OH 43614 |
| MEDICAL COLLEGE OF OHIO | ATTN: SVP FOR FINANCE 3045 ARLINGTON AVENUE TOLEDO OH 43614 |
| MEDIOBANCA SPA | PIAZETTA ENRICO CUCCIA, 1 MILANO 20121 ITALY |
| MEDIOLANUM INTERNATIONAL LIFE LIMITED | ATTN: MICHAEL BRADY BLOCK B, IONA BUILDING SHELBOURNE ROAD DUBLIN-4 IRELAND |
| MEDIOSIM S.P.A. | MEDIOSIM SPA CORSO VITTORIO EMMANUELLE II, 28 MILAN 20122 ITALY |
| MEDIOSIM S.P.A. | ATTN: FRANCESCO CECI / NICOLA LESI CORSO VITTORIO EMMANUELLE II, 28 MILANO 20122 ITALY |
| MEDTRONIC INC RETIREMENT PLAN | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| MEG ENERGY CORP | MEG ENERGY CORP. 10TH FLOOR, 734-7TH AVENUE S.W. CALGARY AB T2P 3PB CANADA |
| MEG ENERGY CORP | ATTN: CHIEF FINANCIAL OFFICER 10TH FLOOR, 734-7TH AVENUE S.W. CALGARY AB T2P 3PB CANADA |
| MEG ENERGY CORP | ATTN: CHIEF FINANCIAL OFFICER MEG ENERGY CORP. 10TH FLOOR, 734-7TH AVENUE S.W. CALGARY AB T2P 3PB CANADA |
| MEISTER, ROBERT A | ROBERT MEISTER C/O AON GROUP INC. 222 LAKEVIEW AVENUE SUITE 510 WEST PALM BEACH FL 33401 |
| MEISTER, ROBERT A | ATTN: ROBERT MEISTER C/O AON GROUP INC. 222 LAKEVIEW AVENUE SUITE 510 WEST PALM BEACH FL 33401 |
| MEISTER, ROBERT A. | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MEISTER, ROBERT A. | 101 SEMINOLE AVENUE PALM BEACH FL 33480 |
| MELIORBANCA SPA | ATTN: LAURA NOCERINO VIA BORROMEI, 5 MILANO 20123 ITALY |
| MELIORBANCA SPA | SEDE LEGALE VIA BORROMEI MILANO 5-20123 ITALY |
| MEMBERS UNITED CORPORATE FEDERAL CREDIT UNION | 4450 WEAVER PARKWAY WARRENVILLE IL 60555-3926 |
| MEMORIAL HOSPITAL FREMONT | 715 SOUTH TAFT AVENUE FREMONT 43420 |
| MERCANTIL COMMERCEBANK NA | 220 ALHAMBRA CIRCLE, 12TH FLOOR CORAL GABLES FL 33134 |
| MERCED PARTNERS II, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MERCED PARTNERS II, L.P. | C/O EBF & ASSOCIATES, L.P. ATTN: GENERAL COUNSEL 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| MERCED PARTNERS, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| MERCED PARTNERS, L.P. | C/O EBF & ASSOCIATES, L.P. ATTN: GENERAL COUNSEL 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| MERCER COUNTY IMPROVEMENT AUTHORITY, NJ | MCDADE ADMINISTRATION BUILDING 640 SOUTH BROAD STREET TRENTON NJ 08650 |
| MERCER GLOBAL INVESTMENTS EUROPE LTD | MARSH HOUSE 25-28 ADELAIDE ROAD DUBLIN 2 IRELAND |
| MERCER GLOBAL INVESTMENTS EUROPE LTD | KEVIN BRAOD WATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MERCER UNIVERSITY | KING & SPALDING LLP ATTN: JOHN F. ISBELL 1180 PEACHTREE STREET, NE ATLANTA GA 30309 |
| MERCHANT SECURITIES GROUPA/C IPD MONTHLY INDEX TRA | 2ND FLOOR JOHN STOW HOUSE 18 BEVIS MARKS LONDON EC3A 7JB UNITED KINGDOM |
| MERCHANTIL COMMERCEBANK, N.A. | 3105 NW 107TH AVE. 6TH FLOOR MIAMI FL 33172-2136 |
| MERCHANTS' GATE OFFSHORE LIMITED PARTNERSHIP | ATTN: CHRISTIAN G. HILDENBRAND, COO C/O MERCHANTS GATE CAPITAL LP 712 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10019 |
| MERCHANTS' GATE ONSHORE FUND LP | C/O MERCHANTS' GATE CAPITAL LP ATTN: CHRISTIAN GILLIBRAND 712 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10019 |
| MERCK & CO., INC. | MERCK 1 MERCK DRIVE, WS 3F-55 WHITEHOUSE STATION NJ 08889 |
| MERCK & CO., INC. | ATTN:  TREASURER ASSISTANT/MARK E. MCDONOUGH ONE MERCK DRIVE, WS 3F-55 P.O. BOX 100 WHITEHOUSE STATION NJ 08889 |
| MERCURIA ENERGY TRADING PTE | MR CHRIS MUDRY / MS ANNA LI MERCURIA ENERGY HOLDING BV KONINGSLAAN 112 GC UTRECHT 3583 THE NETHERLANDS |
| MERCURIA ENERGY TRADING PTE LTD | 4 PLACE DU MOLARD GENEVA SWITZERLAND |
| MERCURIA ENERGY TRADING PTE LTD | C/O MERCURIA ENERGY TRADING SA ATTN: FRANCOIS SORNAY 50, RU DU RHONE GENEVA 1204 SWITZERLAND |
| MERCURIA ENERGY TRADING PTE LTD | HAROLD OLSEN STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MERCURIA ENERGY TRADING SA | 4 PLACE DU MOLARD GENEVA 1204 SWITZERLAND |
| MERCURIA ENERGY TRADING SA | ATTN: FRANCOIS SORNAY 50, RUE DU RHONE GENEVA 1204 SWITZERLAND |
| MERCURIA ENERGY TRADING SA | ATTN: MR CHRIS MUDRY/ MS ANNA LI KORINGSLAAN 112 GC UTRECHT 3583 THE NETHERLANDS |
| MERCURIA ENERGY TRADING SA | HAROLD OLSEN STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MERENDINO, RAYMOND R | 30 PINEHURST DRIVE CRANBURY NJ 08512 |
| MERIDIAN BANK | 2220 SAN JACINTO BLVD. SUITE 230 DENTON TX 76205 |
| MERIDIAN COURT APARTMENTS LIMITED PARTNERSHIP | C/O PACIFIC NORTHERN CONSTRUCTION COMPANY, INC. ATTN: PAUL SCOTT PRICE 201 27TH AVENUE, SE, BLDG. A, SUITE 300 PUYALLUP WA 98374 |
| MERIDIAN COURT APARTMENTS LIMITED PARTNERSHIP | C/O PACIFIC NORTHERN CONSTRUCTION COMPANY, INC. 201 27TH AVENUE, SE, BLDG. A, SUITE 300 PUYALLUP WA 98374 |
| MERIDIAN DIVERSIFIED PORTABLE ALPHA FUND LTD | C/O MERIDIAN DIVERSIFIED FUND MANAGEMENT, LLC 10 CORPORATE WOODS BOULEVARD, 4TH FL ALBANY NY 12211 |
| MERIDIAN DIVERSIFIED PORTABLE ALPHA FUND LTD | ATTN: PETER M. BROWN, GENERAL COUNSEL C/O MERIDIAN DIVERSIFIED FUND MANAGEMENT, LLC 20 CORPORATE WOODS BOULEVARD, 4TH FLOOR ALBANY NY 12211 |
| MERITZ SECURITIES CO., LTD. | 34-10 YEOIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-884 S. KOREA |
| MERLIN ENTERTAINMENTS GROUP LUXEMBOURG, S.A.R.L. | 3 MARKET CLOSE POOLE BH15 1NQ UNITED KINGDOM |
| MERMART LLC | 909 POYDRAS STREET, SUITE 3100 NEW ORLEANS LA 70112 |
| MERRIL LYNCH COMMODITIES,INC.(LEAP) | MERRILL LYNCH COMMODITIES, INC 20 E. GREENWAY PLAZA, SUITE 800 HOUSTON TX 77046 |
| MERRILL LYNCH BANK & TRUST CO. | MERRILL LYNCH BANK & TRUST CO. C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH BANK & TRUST CO. | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH BANK & TRUST COMPANY | 4 WORLD FINANCIAL CENTER 12TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH BANK & TRUST COMPANY | ATTN: JOSEPH SANDFORD 800 SCUDDERS MILL ROAD PLAINSBORO  NJ 8536 |
| MERRILL LYNCH BANK USA | 4 WORLD FINANCIAL CENTER 12TH FLOOR NEW YORK NY 10080 |

| Claim Name | Address Information |
|---|---|
| MERRILL LYNCH BANK USA | ATTN: JOSEPH SANDFORD 800 SCUDDERS MILL ROAD PLAINSBORO  NJ 8536 |
| MERRILL LYNCH CAPITAL MARKETS BANK LTD. | ATTN:  FOREIGN EXCHANGE BUSINESS SUPPORT MERRILL LYNCH INTERNATIONAL BANK LIMITED ROPEMAKER PLACE 25 ROPEMAKER STREET LONDON EC2 9LY UNITED KINGDOM |
| MERRILL LYNCH CAPITAL MARKETS BANK LTD. | ATTN:  FX OPERATIONS MANAGER MERRILL LYNCH, PIERCE, FENNER, MERRILL LYNCH WORLD HEADQUARTERS 4 WORLD FINANCIAL CENTER, 16TH FLOOR NEW YORK NY 10281-1315 |
| MERRILL LYNCH CAPITAL SERVICES INC | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH CAPITAL SERVICES INC | CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CAPITAL SERVICES INC | 200 VESSEY STREET- 12TH FLOOR NEW YORK NY 10281 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | 4 WORLD FINANCIAL CENTER, 12TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH COMMODITIES (EUROPE) LIMITED | 2 KING STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH COMMODITIES (EUROPE) LIMITED | MERRILL LYNCH COMMODITES (EUROPE) LIMITED C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH COMMODITIES (EUROPE) LIMITED | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH COMMODITIES (EUROPE) LTD | ATTN: MERRILL LYNCH COMMODITIES LEGAL GROUP MERRILL LYNCH FINANCIAL CENTRE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH COMMODITIES INC | ATTN: AYLWIN BAILEY/KATHY GENTRY 20  E. GREENWAY PLAZA, SUITE 800 HOUSTON TX 77046 |
| MERRILL LYNCH COMMODITIES INC | ATTN: KATHY GENTRY MERRILL LYNCH COMMODITIES, INC. 20 E. GREENWAY PLAZA, SUITE 800 HOUSTON TX 77046 |
| MERRILL LYNCH COMMODITIES, INC. | SHEARMAN & STERLING LLP C/O FREDRIC SOSNICK & NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH COMMODITIES, INC. | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH COMMODITIES, INC. | 20 E. GREENWAY PLAZA, SUITE 700 HOUSTON TX 77046 |
| MERRILL LYNCH CREDIT PRODUCTS LLC | TRANSFEROR: DEL MAR MASTER FUND LTD. ATTN: GARY COHEN AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: SHORT CREDIT MASTER FUND L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN, RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: MIDFIRST BANK ATTN: ANTE JAKIC/RONALD TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH/RON TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF JCF US GLOBAL LIFE SCIENCE FUND ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ING JANUS CONTRARIAN PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC FOR JANUS INSTITUTIONAL INTERNATIONAL EQUITY PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF NOMURA GLOBAL LIFE ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF PACIFIC SELECT FUND ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ASPEN MID CAP GROWTH PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER – 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: STONE TOWER CREDIT MASTER FUND LTD ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER –3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER – 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DE'LONGHI CAPITAL S.R.L. (FORMERLY DE'LONGHI CAPITAL SERVI C/O BANK OF AMERICA TOWER – 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD ATTN: GARY S. COHEN, RON TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER – 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10080 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH INTERNATIONAL | 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH INTERNATIONAL MERRILL LYNCH FINANCIAL CENTRE 2 KING EDWARD STREET LONDON EC1A HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | ATTN: MANAGER, FIXED INCOME SETTLEMENTS MERRILL LYNCH INTERNATIONAL MERRILL LYNCH FINANCIAL CENTRE 2 KING EDWARD STREET LONDON EC1A HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | ATTN: MANAGER, FIXED INCOME SETTLEMENTS ROPEMAKER PLACE 25 ROPEMAKER STREET LONDON EC2Y 9LY UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH INTERNATIONAL C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | ATTN: SWAPS LEGAL GMI COUNSEL MERRILL LYNCH WORLD HEADQUARTERS 4 WORLD FINANCIAL CENTER, 12TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH INTERNATIONAL | SWAPS LEGAL GMI COUNSEL MERRILL LYNCH WORLD HEADQUARTERS 4 WORLD FINANCIAL CENTER, 12TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH INTERNATIONAL | ATTN: SWAPS LEGAL MERRILL LYNCH WORLD HEADQUARTERS 4 WORLD FINANCIAL CENTER, 7TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH INTERNATIONAL | SWAPS LEGAL MERRILL LYNCH WORLD HEADQUARTERS 4 WORLD FINANCIAL CENTER, 7TH FLOOR NEW YORK NY 10080 |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED | MERRILL LYNCH INTERNATIONAL BANK LIMITED ROPEMAKER PLACE 25 ROPEMAKER STREET LONDON EC2 9LY UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED | MERRILL LYNCH INTERNATIONAL BANK LIMITED C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL BANK LTD | MARINA BAY FRONT MARINA BAY FRONT LEVEL 5 , 2 RAFELLS LINK SINGAPORE 103 SINGAPORE |
| MERRILL LYNCH INTERNATIONAL BANK LTD | FORIEGN EXCHANGE BUSINESS MANAGER NOTICES U/SECTION 5 AND 6 MERILL LYNCH INTERNATIONAL BANK LIMITED MARINA BAY FRONT, LEVEL 5 , 2 RAFELLS LINK SINGAPORE 103 SINGAPORE |
| MERRILL LYNCH INTERNATIONAL BANK LTD | ATTN: FORIEGN EXCHANGE BUSINESS MANAGER NOTICES U/SECTION 5 AND 6 MERILL LYNCH INTERNATIONAL BANK LIMITED MARINA BAY FRONT, LEVEL 5 , 2 RAFELLS LINK SINGAPORE 103 SINGAPORE |

| Claim Name | Address Information |
|---|---|
| MERRILL LYNCH INTERNATIONAL BANK LTD | ATTN: FORIEGN EXCHANGE OPERATION MANAGER MERILL LYNCH INTERNATIONAL BANK LIMITED 1 TEMASEK AVENUE 29-01  MILENIA TOWER SINGAPORE 103 SINGAPORE |
| MERRILL LYNCH INTERNATIONAL BANK LTD | FORIEGN EXCHANGE OPERATION MANAGER MERILL LYNCH INTERNATIONAL BANK LIMITED 1 TEMASEK AVENUE 29-01  MILENIA TOWER SINGAPORE 103 SINGAPORE |
| MERRILL LYNCH INTERNATIONAL BANK LTD | ATTN: FORIEGN EXCHANGE BUSINESS SUPPORT MERILLLYNCH INTERNATIONAL BANK LIMITED ROPEMAKER PLACE 25 ROPEMAKER STREET LONDON EC2Y9LY UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL BANK LTD | FORIEGN EXCHANGE BUSINESS SUPPORT MERILLLYNCH INTERNATIONAL BANK LIMITED ROPEMAKER PLACE 25 ROPEMAKER STREET LONDON EC2Y9LY UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL BANK LTD | ATTN: FORIEGN EXCHANGE BUSINESS SUPPORT ROPEMAKER PLACE 25 ROPEMAKER STREET LONDON EC2Y9LY UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL BANK LTD | ATTN:  FX OPERATIONS MANAGER 4 WORLD FINANCIAL CENTER, 12TH FLOOR, 16TH FLOOR 4 WORLD FINANCIAL CENTER, 12TH FLOOR, 16TH FLOOR NEW YORK NY 10281-1315 |
| MERRILL LYNCH WORLD INCOME FUND, INC. | ATTENTION: LEGAL-DOCUMENTATION C/O BLACK ROCK ADVISORS, LLC 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MERRILL LYNCH WORLD INCOME FUND, INC. | C/O BLACKROCK FINANCIAL MANAGEMENT 40 EAST 52ND STREET NEW YORK NY 10022 |
| MERRIMACK COLLEGE | 315 TURNPIKE STREET NORTH ANDOVER MA 08145-9887 |
| MERRIMACK COLLEGE | ATTN: DEPT OF FISCAL AFFAIRS AUSTIN HALL, BOX A-11 315 TURNPIKE STREET NORTH ANDOVER MA 01845 |
| MERRIMACK COLLEGE - FPA | HEAD OFFICE, 315 TURNPIKE STREET NORTH ANDOVER MA 01845 |
| MESIVTA YESHIVA RABBI CHAIM BERLIN | C/O FBE LIMITED LLC ATTN: NEIL SIMON, ESQ. 111 BROADWAY NEW YORK NY 10006 |
| MESIVTA YESHIVA RABBI CHAIM BERLIN | 1593 CONEY ISLAND AVENUE BROOKLYN NY 11230 |
| MET INVESTORS SERIES TRUST | ATTN: JEFFREY A. TUPPER PIMCO INFLATION PROTECTED BOND PORTFOLIO 5 PARK PLAZA, SUITE 1900 IRVINE CA 92614 |
| MET INVESTORS SERIES TRUST | ATTN: JEFFREY A. TUPPER PIMCO TOTAL RETURN PORTFOLIO 5 PARK PLAZA, SUITE 1900 IRVINE CA 92614 |
| MET INVESTORS SERIES TRUST PIMCO TOTAL RETURN PORT | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| METAL BOX PENSION TRUST | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| METAVANTE CORPORATION | METAVANTE CORPORATION 4900 WEST BROWN DEER ROAD MILWAUKEE WI 53223 |
| METAVANTE CORPORATION | NORRIE DAROGA, CHIEF ADMINISTRATIVE OFFICER METAVANTE CORPORATION 4900 WEST BROWN DEER ROAD MILWAUKEE WI 53223 |
| METAVANTE CORPORATION | ATTN: NORRIE DAROGA, CHIEF ADMINISTRATIVE OFFICER 4900 WEST BROWN DEER ROAD MILWAUKEE WI 53223 |
| METLIFE INSURANCE COMPANY OF CONNECTICUT | ATTN: BRIAN LEWAND 10 PARK AVENUE P.O BOX 1902 MORRISTOWN NJ 07962 |
| METLIFE INSURANCE COMPANY OF CONNECTICUT | ATTN: TODD F. LURIE 10 PARK AVENUE P.O. BOX 1902 MORRISTOWN NJ 07962 |
| METLIFE INSURANCE COMPANY OF CONNECTICUT | C/O THE TRAVELERS INSURANCE COMPANY 1 TOWER SQUARE, 10 PB HARTFORD CT 06183 |
| METROPOLITAN LIFE INSURANCE CO MPANY | 10 PARK AVENUE P.O. BOX 1902 MORRISTOWN NJ 07962-1902 |
| METROPOLITAN LIFE INSURANCE CO MPANY | ATTN: CHIEF COUNSEL, SECURITIES INVESTMENT 10 PARK AVENUE, P.O. BOX 1902 MORRISTOWN NJ 07962-1902 |
| METROPOLITAN LIFE INSURANCE CO SA 389 | ATTN: JENNIFER KALB ASSOCIATE GENERAL COUNSEL METROLPOLITAN LIFE INSURANCE COMPANY 10 PARK AVENUE MORRISTOWN NJ 07962 |
| METROPOLITAN LIFE INSURANCE CO SA 389 | 280 SOUTH MANGUM ST - STE300 DURHAM NC 277013676 |
| METROPOLITAN LIFE INSURANCE CO. ON BEHALF OF ITS | SEPARATE ACCT# 253 C/O METROPOLITAN LIFE INSURANCE COMPANY ATTN: TODD LURIE 10 PARK AVENUE MORRISTOWN NJ 07962-1902 |
| METROPOLITAN LIFE INSURANCE COMPANY | METROPOLITIAN LIFE INSURANCE COMPANY ON BEHALF OF ITS SEPARATE ACCOUNT #389 10 PARK AVENUE PO BOX 1902 MORRISTOWN NJ 07962 |
| METROPOLITAN LIFE INSURANCE COMPANY | ON BEHALF OF ITS SEPARATE ACCOUNT NO. 389 1 METLIFE PLAZA 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY NY 11101 |
| METROPOLITAN LIFE INSURANCE COMPANY SA | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1675 385 E. COLORADO |

| Claim Name | Address Information |
|---|---|
| 78 | BLVD PASADENA CA 91101 |
| METROPOLITAN PIER AND EXPOSITION AUTHORITY | CORPORATE CENTER CHICAGO IL 60616 |
| METROPOLITAN TOWER LIFE INSURANCE COMPANY | C/O METROPOLITAN LIFE INSURANCE COMPANY 10 PARK AVENUE, P.O. BOX 1902 MORRISTOWN NJ 07962-1902 |
| METROPOLITAN TRANSPORTATION AUTHORITY | 345 MADISON AVENUE 11TH FLOOR NEW YORK NY 10017 |
| METROPOLITAN TRANSPORTATION AUTHORITY OF NEW YORK | C/O GALLIARD CAPITAL MANAGEMENT ATTN: ANREA JOHNSON 800 LASALLE AVENUE, SUITE 100 MINNEAPOLIS MN 55402 |
| METROPOLITAN TRANSPORTATION AUTHORITY, NEW YORK | 347 MADISON AVENUE, NO. B NEW YORK NY 10017 |
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY | ONE AVIATION CIRCLE WASHINGTON DC 20001-6000 |
| METROPOLITAN WEST ALPHA TRAK 5 00 FUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST EXTENDED DURATION FUND | 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST HIGH YIELD BOND FUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST INTERMEDIATE BOND FUND | 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST INTERMEDIATE BOND FUND | METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST LONG DURATION FUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST LOW DURATION BONDFUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST STRATEGIC INCOME FUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST TOTAL RETURN BONDFUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITAN WEST ULTRA SHORT BOND FUND | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| METROPOLITANO DE LISBOA | METROPOLITANO DE LISBOA, E.P. AVENIDA BARBOSA DU BOCAGE, 5 - 5" LISBOA 1049-039 PORTUGAL |
| MF GLOBAL MARKET SERVICES LLC | 717 FIFTH AVENUE NEW YORK NY 10022 |
| MF GLOBAL MARKET SERVICES LLC | ATTN: LEGAL/CREDIT DEPARTMENT 717 FIFTH AVENUE NEW YORK NY 10022 |
| MF GLOBAL MARKET SERVICES LLC | ATTN: CREDIT DEPARTMENT ANY NOTICE SENT TO PARTY B PURSUANT TO SEC OR 6 MF GLOBAL INC. 717 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| MF GLOBAL MARKET SERVICES LLC | ATTN: RONALD WOLF, LEGAL DEPARTMENT ANY NOTICE UNDER SECTIONS 5, 6 OR 13(C) MF GLOBAL INC. 717 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| MF GLOBAL UK LIMITED | KATTEN MUCHIN ROSENMAN, LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022 |
| MF GLOBAL UK LIMITED | C/O MF GLOBAL INC. ATTN: JOSEPH PUCCI, ESQ., VICE PRESIDENT AND GENERAL COUNSEL 440 SOUTH LASALLE STREET 20TH FLOOR CHICAGO IL 60605 |
| MFA FINANCIAL, INC., F/K/A MFA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A SULLIVAN, ESQ. 31 W. 52ND STREET NEW YORK NY 10019 |
| MFA FINANCIAL, INC., F/K/A MFA | MORTGAGE INVESTMENTS INC. ATTN: TIMOTHY W. KORTH 350 PARK AVENUE NEW YORK NY 10022 |
| MFA MORTGAGE INVESTMENTS | MFA MORTGAGE INVESTMENTS,INC 350 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| MFA MORTGAGE INVESTMENTS INC | MFA MORTGAGE INVESTMENTS, INC. 350 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| MG COUNTRY HILLS APARTMENTS L.P. | C/O MG PROPERTIES INVESTMENT REAL ESTATE 11300 SORRENTO VALLEY ROAD SUITE 220 SAN DIEGO CA 92121 |
| MGI SUPPLY, LTD | MGI SUPPLY LTD. AV. MARINA NACIONAL 329 EDIFICIO B1, PISO 9 COL. HUASTECA, |

| Claim Name | Address Information |
|---|---|
| MGI SUPPLY, LTD | D.F., C.P. 11311 MEXICO |
| MGIFM AC KNP | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C ABMEL A/C M03M1 | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C ABN A/C M0HPT | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C ABN A/C M0RWP C/O ABERDEEN ASSET MGMT PLC | ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C BBH A/C M1SGBF DEM 103102MGIM | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C BIL A/C M0ATT DEUTSCHE ASSET MGMT LTD | ONE APPOLD STREET LONDON      EC2A 2UU UNITED KINGDOM |
| MGIM A/C BONY A/C M0EO3 | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C BONY A/C M0EONC/O ABERDEEN ASSET MGMT PLC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C BONY A/C M0VIR | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C BONY A/C M1BOI | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C CHASE A/C MEFUN | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C JPM A/C M0JPM | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C JPM A/C M1BMH | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C JPM A/C M3IFL | CO ABERDEEN ASSET MGMT PLC ABERDEEN 111006ABE7 UNITED KINGDOM |
| MGIM A/C JPM A/C M3IFL | ABERDEEN ASSET MANAGEMENT PLC 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED KINGDOM |
| MGIM A/C KASS A/C MESCH | CO ABERDEEN ASSET MGMT PLC ABERDEEN 111006ABE7 UNITED KINGDOM |
| MGIM A/C KASS A/C MESCH | ABERDEEN ASSET MANAGEMENT PLC 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED KINGDOM |
| MGIM A/C MMC | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C MMC - DEUTSCHE ASSET MANAGEMENT LTD | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C M0CBG | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C M0GLL | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C M0WHL | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C M6VO1 | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C MOUPF | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C SHROPB | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C NT A/C THALES | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C BARDAG | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C M0CBF | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C M0HEP | UNICREDIT BANK SLOVAKIA A.S. SANCOVA  1/A 813 33 |
| MGIM A/C SS A/C M0RIB | ABERDEEN ASSET MANAGEMENT PLC ABERDEEN ASSET MANAGEMENT 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| MGIM A/C SS A/C M0RIBC/O ABERDEEN ASSET MGMT PLC | ABERDEEN ASSET MANAGEMENT PLC 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED KINGDOM |
| MGIM A/C SS A/C M0SYS | UNISYS PENSION FUND CORPORATE HEADQUARTERS BLUE BELL PA 19424 |
| MGIM A/C SS A/C M0TAT | DEUTSCHE ASSET MGMT LTD ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C M1FIA | ABERDEEN ASSET MANAGEMENT PLC ABERDEEN ASSET MANAGEMENT PLC 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED KINGDOM |
| MGIM A/C SS A/C M1FIAC/O ABERDEEN ASSET MGMT PLC | ABERDEEN ASSET MANAGEMENT PLC 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED KINGDOM |
| MGIM A/C SS A/C M1GPA | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C M1OMP | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C M1PHA | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C MEGLCR | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C MEREB | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM A/C SS A/C UNI | UNITED BISCUITS PENSION PLAN HAYES PARK HAYES UB4 8EE UNITED KINGDOM |
| MGIM AC JSC | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIM AC NT/NCC | NORFOLK PENSION FUND LAWRENCE HOUSE 5 ST. ANDREWS HILL NORWICH NR2 1AD UNITED KINGDOM |
| MGIM/BONY A/C M1RSA | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MGIS A/C BUN | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MIAU, AN CHI | 58 OAKWOOD LANE ENGLEWOOD CLIFFS NJ 07632 |
| MICHAEL ROSENBLOOM TRUST | MICHAEL ROSENBLOOM 1985 CLAVEY ROAD HIGHLAND PARK IL 60035 |
| MICHAEL ROSENBLOOM TRUST | MICHAEL ROSENBLOOM MICHAEL ROSENBLOOM 1985 CLAVEY ROAD HIGHLAND PARK IL 60035 |
| MICHAEL S. GOLDBERG 1992 GRANTOR TRUST | 913 PONUS RIDGE ROAD NEW CANAAN CT 06840 |
| MICHIGAN CARPENTERS PENSION FUND | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MICHIGAN CATHOLIC CONFERENCE | LEGAL.DOCUMENTATION C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52 ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MICHIGAN CATHOLIC CONFERENCE | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MICHIGAN CATHOLIC CONFERENCE MASTER PENSION TRUST, | (BLK TICKER: MCC-LAY) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| MICHIGAN CATHOLIC CONFERENCE, TRUSTEES OF (BLK TIC | MCC-I) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | ATTN: JENNIFER JACKSON ASSISTANT ATTORNEY GENERAL STATE OPERATIONS DIVISION P.O. BOX 30754 LANSING MI 48909 |
| MICHIGAN STATE HOUSING DEVELOPEMENT AUTHORITY | PETER SHAPIRO SWAP FINANCIAL GROUP 76 SOUTH ORANGE AVE STE 6 SOUTH ORANGE NJ 07079 |
| MICHIGAN STATE HOUSING DEVELOPEMENT AUTHORITY | 735 E MICHIGAN AVE PO BOX 30044 LANSING MI 48909 |
| MICHIGAN STATE HOUSING DEVELOPEMENT AUTHORITY | PLAZA ONE BUILDING, 5TH FL 401 SOUTH WASHINGTON SQUARE LANSING MI 48933 |
| MICHIGAN STATE HOUSING DEVELOPEMENT AUTHORITY | DIRECTOR EXECUTIVE PLAZA ONE BUILDING, 5TH FL 401 SOUTH WASHINGTON SQUARE LANSING MI 48933 |
| MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY | AUSTIN BUILDING 430 WEST ALLEGAN, 1ST FLOOR LANSING MI 430 WEST A |

| Claim Name | Address Information |
|---|---|
| MICROACCESS TRUST 2007 | ATTN: MARIANNE QUINN CITIGROUP INSTITUTIONAL TRUST COMPANY WILMINGTON DE 19801 |
| MICROACCESS TRUST 2007 | GLOBAL TRANSACTION SERVICES CITI 92612 |
| MICROSOFT CORPORATION | TREASURER MICROSOFT ONE MICROSOFT WAY REDMOND WA 98052-6399 |
| MICROSOFT CORPORATION | ATTN: BENJAMIN ORNDORFF ONE MICROSOFT WAY REDMOND WA 98052-8300 |
| MICROSOFT CORPORATION | JOSEPH E. SHICKICH, JR., ERIN JOYCE LETEY, RIDDELL WILLIAMS P.S. 1001 FOURTH AVENUE, SUITE 4500 SEATTLE WA 98154 |
| MICROSOFT GLOBAL FINANCE | ATTN: BENJAMIN ORNDORFF ONE MICROSOFT WAY REDMOND WA 98052 |
| MICROSOFT GLOBAL FINANCE | RIDDELL WILLIAMS P.S. ATTN: JOSEPH E. SHICKICH JR., & ERIN JOYCE LETEY 1001 FOURTH AVENUE, SUITE 4500 SEATTLE WA 98154 |
| MICROSOFT GLOBAL FINANCE LTD (ICE-MGFL) | ULSTER BANK 27-35 MAIN STREET DUBLIN IRELAND |
| MID-AMERICA APARTMENTS OF TEXAS, L.P. | MID-AMERICA APARTMENTS OF TEXAS, L.P. C/O MID-AMERICA APARTMENT COMMUNITIES, INC. 6584 POPLAR AVE, STE 340 MEMPHIS TN 38138 |
| MID-AMERICA APARTMENTS OF TEXAS, L.P. | C/O MID-AMERICA APARTMENT COMMUNITIES, INC. 6584 POPLAR AVE, STE 340 MEMPHIS TN 38138 |
| MID-AMERICA APARTMENTS, L.P. | MID-AMERICA APARTMENTS, L.P. C/O MID-AMERICA APARTMENT COMMUNITIES, INC. 6584 POPLAR AVE, STE 340 MEMPHIS TN 38138 |
| MID-AMERICA APARTMENTS, L.P. | C/O MID-AMERICA APARTMENT COMMUNITIES, INC. 6584 POPLAR AVE, STE 340 MEMPHIS TN 38138 |
| MID-VALLEY MEDICAL PROPERTIES | 1401 EAST EIGHTH STREET WESLACO TX 78596 |
| MIDAMERICAN ENERGY COMPANY | ATTN: GAS VOLUME ACCOUNTING MIDAMERICAN ENERGY COMPANY 4299 NW URBANDALE DRIVE URBANDALE IA 50322 |
| MIDAMERICAN ENERGY COMPANY | ATTN: VICE PRESIDENT, ENERGY SUPPLY MANAGEMENT MIDAMERICAN ENERGY COMPANY 4299 NW URBANDALE DRIVE URBANDLE IA 50322 |
| MIDAMERICAN ENERGY COMPANY | C/O PACIFICORP CREDIT & RISK MANAGEMENT ATTN: CREDIT MANAGER 825 NE MULTNOMAH, STE 700 PORTLAND OR 97232 |
| MIDFIRST BANK | ATTN: LEGAL DEPARTMENT 501 N.W. GRAND BLVD. OKLAHOMA CITY OK 73118 |
| MIDLAND NATIONAL LIFE INSURANCE CO | BERRIE JASON C. MIDLAND NATIONAL LIFE INSURANCE COMPANY ONE MIDLAND PLAZA SIOUX FALLS SD 57193 |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY | C/O GUGGENHEIM PARTNERS ASSET MGMT, INC. ATTN: ROY CORR 100 WILSHIRE BLVD., 5TH FLOOR SANTA MONICA CA 90401 |
| MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LT | C/O THE MIDWAY GROUP ATTN: OMAR QAISER 33 WHITEHALL STREET, FLOOR 22 NEW YORK NY 10004 |
| MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LT | KATTEN MUCHIN ROSENMAN LLP ATTN: MARILYN SELBY OKOSHI 575 MADISON AVENUE NEW YORK NY 10022 |
| MIDWEST INDEPENDENT TRANSMISSON SYSTEM OPERATOR IN | P.O. BOX 4202 CARMEL IN 46082-4202 |
| MIKULICH, RAYMOND C. | 15 CENTRAL PARK WEST, APT 15D NEW YORK NY 10023 |
| MILANO ASSICURAZIONI SPA | ASSAGO MILANOFIORI (MILANO) STRADA 6, PALAZZO A13 ITALY |
| MILANO, MARILYN S | 322 HERZEL BLVD WEST BABYLON NY 11704 |
| MILANO, MARILYN S & FREDERICK A | 322 HERZEL BLVD WEST BABYLON NY 11704 |
| MILFORD CT (CITY OF) | 70 WEST RIVER STREET MILFORD CT 06460 |
| MILLENIUM PARTNERS, L.P. | MARC ABRAMS, ESQ. WILLKIE FARR & GALLAGHER LLP 787 7TH AVE NEW YORK NY 10019 |
| MILLENIUM PARTNERS, L.P. | ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10103 |
| MILLENNIUM EUROPEAN HOLDINGS S.A.R.L. | WILKIE FARR & GALLAGHER LLP SHELLEY CHAPMAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MILLENNIUM EUROPEAN HOLDINGS S.A.R.L. | ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10103 |
| MILLENNIUM PARTNERS, L.P. | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MILLENNIUM PARTNERS, L.P. | ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10103 |
| MILLER MSDWIM ACCOUNT #1973 | C/O MORGAN STANLEY INVESTMENT ADVISORS INC. 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MILLER MSDWIM ACCOUNT #1973 | ATTN: TIMOTHNY VERASKA C/O MORGAN STANLEY INVESTMENT ADVISORS INC. ONE TOWER |

| Claim Name | Address Information |
|---|---|
| MILLER MSDWIM ACCOUNT #1973 | BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288 |
| MILLER, JAMES | 3705 54TH DR WEST #103 BRADENTON FL 34210 |
| MILLER, JOHN T. | 11330 HARBOR BREEZE DR. MONTGOMERY TX 77356 |
| MILONE, MARIE A. | 8112 BAY 16TH STREET BROOKLYN NY 11214 |
| MILWAUKEE BOARD OF SCHOOL DIRECTORS | REDEVELOPMENT AUTHORITY OF THE CITY OF MILWAUKEE 809 NORTH BROUADWAY, SUITE TWO MILWAUKEE WI 53202 |
| MILWAUKEE, CITY OF | OFFICE OF THE CITY COMPTROLLER CITY HALL, ROOM 404 200 EAST WELLS STREET MILWAUKEE WI 53202 |
| MINIBOND LIMITED C/O WALKERS SPV LIMITED | MINIBOND LIMITED C/O WALKERS SPV LIMITED WALKER HOUSE PO BOX 908 GT MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MINIBOND LIMITED SERIES 1 | ATTN: THE DIRECTORS C/O WALKERS SPV LIMITED WALKER HOUSE PO BOX 908 GT, MARY STREET GEORGETOWN CAYMAN ISLANDS |
| MINIBOND LIMITED SERIES 1 | C/O PRICEWATERHOUSECOOPERS 8 CROSS STREET #17-00 PWC BUILDING 48424 SINGAPORE |
| MINIBOND LIMITED SERIES 10 | THE DIRECTORS C/O WALKERS SPV LTD WALKER HOUSE PO BOX 908 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MINIBOND LIMITED SERIES 2 | P.O BOX 1984 BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN, KY1-1104 CAYMAN ISLANDS CAYMAN ISLANDS |
| MINIBOND LIMITED SERIES 2 | C/O PRICEWATERHOUSECOOPERS 8 CROSS STREET #17-00 PWC BUILDING 48424 SINGAPORE |
| MINIBOND LIMITED SERIES 3 | P.O. BOX 1984 BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MINIBOND LIMITED SERIES 3 | C/O PRICEWATERHOUSECOOPERS 8 CROSS STREET # 17-00 PWC BUILDING 48424 SINGAPORE |
| MINIBOND LIMITED SERIES 5 | P.O. BOX 1984 BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN, KY1-1104 CAYMAN ISLANDS CAYMAN ISLANDS |
| MINIBOND LIMITED SERIES 5 | PRICEWATERHOUSE COOPERS 8 CROSS ST #17-00 PWC BUILDING C48424 SINGAPORE |
| MINIBOND LIMITED SERIES 6 | PRICEWATERHOUSE COOPERS 8 CROSS ST #17-00 PWC BUILDING C48424 SINGAPORE |
| MINIBOND LIMITED SERIES 7 | THE DIRECTORS C/O WALKERS SPV LTD WALKER HOUSE PO BOX 908 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MINIBOND LIMITED SERIES 9 | THE DIRECTORS C/O WALKERS SPV LTD WALKER HOUSE PO BOX 908 GT, MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MINISTRY OF FINANCE GREECE | COUNCELLOR FOR ECONOMIC AND 1A  HOLLAND PARK LONDON W11 3TP UNITED KINGDOM |
| MINISTRY OF FINANCE GREECE | GREEK EMBASSY COUNCELLOR FOR ECONOMIC AND 1A  HOLLAND PARK LONDON W11 3TP UNITED KINGDOM |
| MINISTRY OF FINANCE ITALY | VIA XX SETTEMBRE 97 187 ITALY |
| MINISTRY OF FINANCE ITALY | MINISTRY OF FINANCE ITALY VIA XX SETTEMBRE 97 ROME 187 ITALY |
| MINISTRY OF FINANCE ITALY | ATTN: TIZIANA MAZZAROCHHI VIA XX SETTEMBRE 97 187 ITALY |
| MINISTRY OF FINANCE ITALY | TIZIANA MAZZAROCHHI VIA XX SETTEMBRE 97 187 ITALY |
| MINISTRY OF FINANCE ITALY | ATTN: TIZIANA MAZZAROCHHI VIA XX SETTEMBRE 97 ROME 187 ITALY |
| MINISTRY OF FINANCE SWEDEN | ATTN: INTERNATIONAL MARKET DEPARTMENT RIKSGALDSKONTORET JAKOBSGATAN 20 BOX 16306 STOCKHOLM S-103 25 SWEDEN |
| MINISTRY OF FINANCE SWEDEN | ATTN: JOHANNA LIDELL (LEGAL DEPARTMENT) RIKSGALDEN STOCKHOLM SE 10375 SWEDEN |
| MINISTRY OF FINANCE SWEDEN | RIKSGALDSKONTORET NORRLANDSGATAN 15 STOCKHOLM SE 10376 SWEDEN |
| MINNEAPOLIS EMPLOYEES RETIREMENT FUND | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MINNEHAHA BANSHARES, INC. | THE FIRST NATIONAL BANK IN SIOUX FALLS 100 SOUTH PHILLIPS AVENUE SIOUX FALLS SD 57117-5186 |
| MINNESOTA LIFE INSURANCE COMPANY | 400 ROBERT STREET NORTH ST. PAUL MN 55101-2098 |
| MINNESOTA LIFE INSURANCE COMPANY | ATTN: PAUL C. DORN ADVANTUS CAPITAL MGMT 400 ROBERT ST. NORTH ST. PAUL MN 55101-2098 |
| MINNESOTA MASONIC HOME NORTH RIDGE | CEO 11501 MASONIC HOME DRIVE BLOOMINGTON MN 55437 |
| MINNESOTA MASONIC HOMES CARE CENTER | 11501 MASONIC HOME DRIVE BLOOMINGTON MN 55437-3899 |
| MINNESOTA MINING AND MANUFACTURING COMPANY VIP TRU | C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| MINNESOTA STATE BOARD OF INVESTMENT | C/O ASSISTANT ATTORNEY GENERAL JEREMY D. EIDEN OFFICE OF THE MINNESOTA ATTORNEY GENERAL 445 MINNESOTA STREET, SUITE 900 SAINT PAUL MN 55101 |
| MIO PARTNERS (GUERNSEY) LTD | MIO PARTNERS, INC. 55 EAST 52ND STREET NEW YORK NY 10022 |
| MIO PARTNERS (GUERNSEY) LTD | C/O MCKINSEY & COMPANY, INC 55 EAST 52ND STREET NEW YORK NY 10055 |
| MIP CORE ALPHA BOND MASTER PORTFOLIO | C/O BARCLAYS GLOBAL FUND ADVISORS 400 HOWARD ST SAN FRANCISCO CA 94105 |
| MIP FIXED INCOME ACCOUNT | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1332 385 E. COLORADO BLVD PASADENA CA 91101 |
| MIRABELLA | ATTN:  DERIVATIVES OPERATIONS C/O CAIN BROTHERS NEW YORK NY 10017 |
| MIRABELLA | ATTN:  DERIVATIVES OPERATIONS CAIN BROTHERS 360 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| MIRABELLA | ATTN:  DERIVATIVES OPERATIONS WITH A COPY TO: CAIN BROTHERS NEW YORK NY 10017 |
| MIRABELLA | C/O PACIFIC RETIREMENT SERVICES 1200 MIRA MAR AVENUE MEDFORD OR 97504 |
| MIRAE ASSET SECURITIES CO., LTD. | MIRAE ASSET BUILDING 45-1 YOUIDO-DONG YOUNGDEUNGPO-GU SEOUL 150010 S. KOREA |
| MISSION UNITED INC | 3840 RIMROCK ROAD BILLINGS MT 59102 |
| MISSOURI (STATE OF) EMPLOYEES' RETIREMENT SYSTEM | ATTN: BELLA SANEVICH C/O NISA INVESTMENT ADVISORS, LLC 150 N. MERAMEC AVE., SUITE 640 ST LOUIS MO 63105 |
| MISSOURI (STATE OF) EMPLOYEES' RETIREMENT SYSTEM | 907 WILDWOOD DRIVE JEFFERSON CITY MO 65102 |
| MISSOURI STATE EMPLOYEE'S RETIREMENT SYSTEM | MARK BOSSI THOMPSON COBURN LLP ONE US BANK PLAZA ST. LOUIS MO 63101 |
| MISSOURI STATE EMPLOYEE'S RETIREMENT SYSTEM | ATTN: JAKE MCMAHON 907 WILDWOOD DRIVE JEFFERSON CITY MO 65109 |
| MITSUBISHI CORPORATION | ATTN MR KOICHIRO TAKAGI 3-1, MARUNOUCHI 2-CHOME, CHIYODA-KU TOKYO 100-8086 JAPAN |
| MITSUBISHI CORPORATION | 16-3 KONAN 2-CHOME MINATO-KU TOKYO 108-8228 JAPAN |
| MITSUBISHI CORPORATION | MAYER BROWN LLP ATTN RICK HYMAN ESQ 1675 BROADWAY NEW YORK NY 10019-5820 |
| MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. | ATTN: MS. HISAKO KUBO & MS. KUMIKO MORITO; LEGAL GROUP, MGMT PLANNING MARUNOUCHI BLDF 2-4-1 MARUNOUCHI CHIYODA-KU TOKYO 100-6317 JAPAN |
| MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. | MORRISON & FOERSTER LLP ATTN: LARREN M. NASHELSKY, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC | LEGAL DEPARTMENT ATTN: RICHARD HOUSE, ESQ. HEAD OF LEGAL, CORPORATE AND PUBLIC AFFAIRS GEORGINA DAVIDSON, HEAD OF MASTER AGREEMENTS, LEGAL, CORPORATE AND PUBLIC AFFAIRS 6 BROADGATE LONDON EC2M 2AA UNITED KINGDOM |
| MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC | ATTN: SWAPS ADMINISTRATION- 6 BROADGATE LONDON EC2M2AA UNITED KINGDOM |
| MITSUBISHI UFJ TRUST AND BANKING CORPORATION | ATTN: DERIVATIVES DOCUMENTATION ADMIN GLOBAL MARKETS BUSINESS UNIT MITSUBISHI UFJ TRUST AND BANKING CORPORATION 4-5, MARUNOUCHI, 1-CHOME CHIYODA-KU TOKYO 100-8212 JAPAN |
| MITSUBISHI UFJ TRUST AND BANKING CORPORATION | 4-5, MANUNOUCHI 1-CHOME CHIYODA-KU TOKYO 100-8212 JAPAN |
| MITSUI & CO ENERGY RISK MANAGEMENT LTD | ATTN: KENGO IWAMOTO, CHIEF ADMINISTRATIVE OFFICER 5 ST. MARTIN'S COURT 10 PATERNOSTER ROW LONDON EC4M 7BB UNITED KINGDOM |
| MITSUI & CO ENERGY RISK MANAGEMENT LTD | AS AGENT FOR MITSUI 200 PARK AVENUE NEW YORK NY 10166 |
| MITSUI & CO ENERGY RISK MANAGEMENT LTD | MITSUI AS AGENT FOR MITSUI 200 PARK AVENUE NEW YORK NY 10166 |
| MITSUI OIL (ASIA) HK LTD | 25TH AND 26TH FLOORS FAR EAST FINANCE CENTRE 16 HARCOURT ROAD HONG KONG HONG KONG |
| MITSUI OSK LINES LTD | 1-1, TORANOMON 2-CHROME MINATO-KU TOKYO JAPAN |
| MITSUI SUMITOMO INSURANCE CO, LTD | ART SECTION, FINANCIAL SOLUTIONS DEPT 27-2, SHINKAWA 2- CHROME CHUO-KU TOKYO 104-8252 JAPAN |
| MIZRAHI TEFAHOT BANK LTD | 7 JABOTINSKY ST RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK LTD | C/O UNITED MIZRAHI BANK LIMITED 13 ROTHSCHILD BLVD TEL AVIV 65121 ISRAEL |
| MIZRAHI TEFAHOT BANK LTD | STEVEN G. TEPPER ARNOLD & PORTER LLP 399 PARK AVE. 34TH FLOOR NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| MIZRAHI TEFAHOT BANK LTD | 10022 |
| MIZUHO ALTERNATIVE INVESTMENTS, LLC | ATTN: PETER KATSANOS 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MIZUHO ALTERNATIVE INVESTMENTS, LLC | CLAUDE G. SZYFER, ESQ. STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MIZUHO BANK, LTD. | 1-1-5, UCHISAIWAICHO CHIYODA-KU, TOKYO 100-0011 JAPAN |
| MIZUHO BANK, LTD. | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MIZUHO CAPITAL MARKETS CORPORATION | ATTN: DOUGLAS FRANKEL, GENERAL COUNSEL 1440 BROADWAY, 25TH FLOOR NEW YORK NY 10018 |
| MIZUHO CAPITAL MARKETS CORPORATION | ATTN: VICE PRESIDENT LEGAL AND COMPLIANCE DEPARTMENT 1440 BROADWAY NEW YORK NY 10018 |
| MIZUHO CAPITAL MARKETS CORPORATION | ATTN: DIRECTOR OF OPERATIONS MIZUHO CAPITAL MARKETS CORPORATION LEGAL AND COMPLIANCE DEPARTMENT 1440 BROADWAY NEW YORK NY 10018 |
| MIZUHO CAPITAL MARKETS CORPORATION | ATTN: VICE PRESIDENT MIZUHO CAPITAL MARKETS CORPORATION LEGAL AND COMPLIANCE DEPARTMENT 1440 BROADWAY NEW YORK NY 10018 |
| MIZUHO CAPITAL MARKETS CORPORATION | DIRECTOR OF OPERATIONS MIZUHO CAPITAL MARKETS CORPORATION LEGAL AND COMPLIANCE DEPARTMENT 1440 BROADWAY NEW YORK NY 10018 |
| MIZUHO CAPITAL MARKETS CORPORATION | VICE PRESIDENT MIZUHO CAPITAL MARKETS CORPORATION LEGAL AND COMPLIANCE DEPARTMENT 1440 BROADWAY NEW YORK NY 10018 |
| MIZUHO CAPITAL MARKETS CORPORATION | SZYFER, CLAUDE G. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MIZUHO CORPORATE BANK LTD | ATTN: HIDENORI WANTABE 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MIZUHO CORPORATE BANK, LIMITED | ATTN: CLAUDE SZYFER STROOCK AND STROOCK AND LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MIZUHO CORPORATE BANK, LTD. | 1-3-3, MARUNOUCHI, CHIYODA-KU TOKYO, JAPAN 100-8210 JAPAN |
| MIZUHO CORPORATE BANK, LTD. | ATTN: SHIN ITO 1-3-3, MARUNOUCHI, CHIYODA-KU TOKYO 100-8210 JAPAN |
| MIZUHO CORPORATE BANK, LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: CLAUDE G. SZYFER, ESQ. 180 MAIDEN LANE NEW YORK NY 10038 |
| MIZUHO INTERNATIONAL PLC | BRACKEN HOUSE LONDON EC4M 9JA UNITED KINGDOM |
| MIZUHO SECURITIES CO LTD | ATTN: LEGAL DEPT OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN |
| MIZUHO SECURITIES CO LTD | OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU TOKYO 100-0004 JAPAN |
| MIZUHO TRUST & BANKING CO., LTD. | TREASURY DEPARTMENT 2-1, YAESU, 1-CHOME CHUO-KU TOKYO 103-8670 JAPAN |
| MKP MASTER FUND, LDC | C/O MKP CAPITAL MANAGEMENT, L.L.C. 101 EAST 52ND STREET, 18TH FLR NEW YORK NY 10022 |
| MKP VELA CBO LTD | WALKER HOUSE 87 MARY STREET GEORGE TOWN CAYMAN ISLANDS |
| MKP VELA CBO LTD | THE BANK OF NEW YORK TRUST COMPANY 601 TRAVIS STREET – 16TH FLOOR 16TH FLOOR HOUSTON TX 77002 |
| MLIIF FIXED INCOME GLOBAL OPPORTUNITIES FUND | 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MLIIF LOCAL EMERGING MARKETS SHORT DURATION BOND F | 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MLIM/HIGH INCOME PORTFOLIO OF MANAGED ACCT SERIES | C/O BLACK ROCK ADVISORS, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| MLIM/PORTABLE ALPHA -STRATEGIC PARTNERSHIPS A SERI | C/O MERRILL LYNCH INVESTMENT MANAGERS LLC 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MLIM/PORTABLE ALPHA -STRATEGIC PARTNERSHIPS A SERI | PETER CARRAGHER C/O MERRILL LYNCH INVESTMENT MANAGERS LLC 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MLIM/PORTABLE ALPHA -STRATEGIC PARTNERSHIPS A SERI | ATTN: TREASURER OF INVESTMENT ADVISOR C/O MERRILL LYNCH INVESTMENT MANAGERS LP 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MLIM/PORTABLE ALPHA -STRATEGIC PARTNERSHIPS A SERI | DIRECTOR COUNSEL OF INVESTMENT ADVISOR C/O MERRILL LYNCH INVESTMENT MANAGERS LP 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MLIM/PORTABLE ALPHA -STRATEGIC | DIRECTOR OF RISK MANAGEMENT OF INVESTMENT ADVISOR C/O MERRILL LYNCH INVESTMENT |

| Claim Name | Address Information |
|---|---|
| PARTNERSHIPS A SERI | MANAGERS LP 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MLIM/PORTABLE ALPHA -STRATEGIC PARTNERSHIPS A SERI | TREASURER OF INVESTMENT ADVISOR C/O MERRILL LYNCH INVESTMENT MANAGERS LP 800 SCUDDERS MILL ROAD PLAINSBORO NJ 08536 |
| MLIM/UK ABSOLUTE ALPHA FUND | CAPITA FIDUCIARY GROUP 18 KING WILLIAM STREET LONDON EC4N 7HE UNITED KINGDOM |
| MLIM/UK ABSOLUTE ALPHA FUND | ATTN: EMMA HAMLEY SOUTHERN PACIFIC SECURITIES 05-1 PLC C/O CAPITA FIDUCIARY GROUP 125 KENSINGTON HIGH STREET LONDON W8 5PA     UNITED KINGDOM |
| MLP PARTNERS, LP | MLP PARTNERS, LP 1700 SEVENTH AVE SUITE 2075 SEATTLE WA 98101 |
| MLP PARTNERS, LP | 1700 SEVENTH AVE SUITE 2075 SEATTLE WA 98101 |
| MM ASSET MANAGEMENT LTD: MM INSTITUTIONAL FUNDS PL | MM UK BOND FUND 77 QUEEN VICTORIA STREET ONE BOW CHURCHYARD LONDON EC4A 4AY UNITED KINGDOM |
| MMC UK PENSION FUND LIMITED AS TRUSTEES OF THE MMC | TOWER PLACE WEST BUILDING LONDON EC3R 5BU UNITED KINGDOM |
| MMC UK PENSION PLAN - GLOBAL SMALL CAP EQUITY | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MNC PARTNERS, L.P. | C/O EBF & ASSOCIATES, L.P. ATTN: GENERAL COUNSEL 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| MNOPF TRUSTEES LIMITED AS TRUSTEE OF THE | MERCHANT NAVY OFFICERS PENSION FUND ASHCOMBE HOUSE, THE CRESCENT LEATHERHEAD SURREY KT22 8LQ UNITED KINGDOM |
| MODESTO IRRIGATION DISTRICT | P.O. BOX 4060 MODESTO CA 95352-4060 |
| MOFFITT, JOHN P | ATTN: DAVID R. DEARY J-JASON, LLC LMC RECOVERY FUND LOEWINSOHN FLEGLE DEARY 12377 MERIT DRIVE #900 DALLAS TX 75251 |
| MOLSON COORS MASTER RETIREMENT TRUST | (BLK TICKER: TAP) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| MONETARY AUTHORITY OF SINGAPORE | 10 SHENTON WAY MAS BUILDING MAS BUILDING 79117 SINGAPORE |
| MONETARY AUTHORITY OF SINGAPORE | ATTN: JACQUELINE LOH; LEE CHUAN TECK 10 SHENTON WAY MAS BUILDING 79117 SINGAPORE |
| MONETARY AUTHORITY OF SINGAPORE | 840 NEWPORT CENTER DR NEWPORT BEACH CA 92660 |
| MONETARY AUTHORITY OF SINGAPORE | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MONONGALIA HEALTH SYSTEMS | 1200 J D ANDERSON DRIVE MORGANTOWN WV 26505 |
| MONTANA PUBLIC EMPLOYEE'S RETIREMENT BOARD | MONTANA PUBLIC EMPLOYEE RETIREMENT ADMINISTRATION P.O. BOX 200131 100 NORTH PARK SUITE 200 HELENA MT 59620-0131 |
| MONTAUK ENERGY CAPITAL LLC | 411 SEVENTH AVENUE 15 FLOOR PITTSBURGH PA 15219 |
| MONTAUK ENERGY CAPITAL LLC | 680 ANDERSEN DR ROOK PA 15220 |
| MONTAUK ENERGY CAPITAL, LLC | ATTN: MARTIN L. RYAN, VP AND GENERAL COUNSEL 680 ANDERSEN DRIVE FOSTER PLAZA 10, 5TH FL PITTSBURGH PA 15220 |
| MONTEREY LAKE LIMITED PARTNERSHIP | MONTEREY LAKE LIMITED PARTNERSHIP C/O MCKINLEY ASSOCIATES, INC. 320 NORTH MAIN STREET, SUITE 200 ANN ARBOR MI 48104 |
| MONTEREY LAKE LIMITED PARTNERSHIP | C/O MCKINLEY ASSOCIATES, INC. 320 NORTH MAIN STREET, SUITE 200 ANN ARBOR MI 48104 |
| MONTGOMERY MD (COUNTY OF) | 301 NORTH THOMPSON STREET, SUITE 210 CONROE TX 77301 |
| MONTPELIER FOUNDATION | P.O. BOX 911 ORANGE VA 22960 |
| MONTREAL TRUST COMPANY OF CANADA, AS TRUSTEE FOR F | MANAGER, CORPORATE TRUST DEPT. 100 UNIVERSITY AVENUE 9TH FLOOR, NORTH TOWER TORONTO ON M5J 2Y1 CANADA |
| MONTREAL TRUST COMPANY OF CANADA, AS TRUSTEE FOR F | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 27 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| MONUMENTAL LIFE INSURANCE COMPANY | 4333 EDGEWOOD ROAD NE CEDAR RAPIDS IA 52499 |
| MONUMENTAL LIFE INSURANCE COMPANY | ATTN: DEBRA DUBALL AEGON USA INVESTMENT MANAGEMENT, LLC 4333 EDGEWOOD ROAD NE, MS 5110 CEDAR RAPIDS IA 52499-5110 |
| MOODY'S CORPORATION | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET NEW YORK NY 10007 |
| MOODY'S CORPORATION | 99 CHURCH STREET NEW YORK NY 10007-2707 |
| MOONEY, JOHN | 1 PATRIOTS DRIVE LEXINGTON MA 02420 |

| Claim Name | Address Information |
|---|---|
| MOORE CREDIT FUND (MASTER) LP | MOORE CREDIT FUND (MASTER), L.P. C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MOORE ENERGY FUND LP | C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE FOREIGN EXCHANGE FUND (MASTER) LP | ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS, URGENT FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE FOREIGN EXCHANGE FUND (MASTER) LP | GENERAL COUNSEL, URGENT FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020 |
| MOORE FX FUND (MASTER) LPC/O MOORE CAPITAL MGMT LL | C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE GLOBAL FIXED INCOME FUND (MASTER) LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MOORE GLOBAL FIXED INCOME FUND (MASTER) LP | ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS, URGENT FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE GLOBAL FIXED INCOME FUND (MASTER) LP | GENERAL COUNSEL, URGENT FOR SECTIONS 5 OR 6: MOORE CAPITAL MANAGEMENT LLC 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020 |
| MOORE GLOBAL FIXED INCOME FUND (MASTER) LP | ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE GLOBAL FIXED INCOME FUND(MASTER) LP | C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE MACRO FUND, L.P. | ATTN:  ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE MACRO FUND, L.P. | ATTN:  ANTHONY GALLAGHER, DIRECTOR OF OPERATIONS/GENERAL COUNSEL C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS, 52ND FLOOR NEW YORK NY 10020 |
| MOORE MACRO FUND, L.P. | ATTN:  JAMES DANZA, TREASURER C/O MOORE CAPITAL MANAGEMENT, LLC 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MOORE MACRO FUND, LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MOORE MACRO MARKETS FUND (MASTER) LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MOORE, WALTER T. | 715 EAST BROW RD. LOOKOUT MOUNTAIN TN 37350 |
| MORAGA ORINDA FIRE DISTRICTY | MORAGA-ORINDA FIRE DISTRICT - STATION 41 1280 MORAGA WAY MORAGA CA 94556 |
| MOREE PLAINS SHIRE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| MOREE PLAINS SHIRE COUNCIL | MOREE PLAINS SHIRE COUNCIL C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| MORENO VALLEY CA (CITY OF) | 14177 FREDERICK STREET P.O. BOX 88005 MORENO  VALLEY CA 92552 |
| MORGAN GRENFELL INTERNATIONAL FUNDS MANAGEMENT LTD | P.O. BOX 283 AMSTERDAM 1000 EA THE NETHERLANDS |
| MORGAN GRENFELL INTERNATIONAL FUNDS MANAGEMENT LTD | DEUTSCHE ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| MORGAN KEEGAN & COMPANY, INC. | MORGAN KEEGAN MORGAN KEEGAN TOWER 50 NORTH FRONT STREET MEMPHIS TN 38103 |
| MORGAN STANLEY & CO INTERNATIONAL LIMITED | 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO INTERNATIONAL LIMITED | ATTN: DERIVATIVE PRODUCTS GROUP DOCUMENTATION C/O MORGAN STANLEY 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY & CO INTERNATIONAL LIMITED | ATTN: CLOSE-OUT NOTICES MORGAN STANLEY 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | ATTN: CHIEF LEGAL OFFICER FIXED INCOME DIVISION/TRANSACTION MANAGEMENT GROUP 25 CABOT SQUARE / CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO INTERNATIONAL PLC | ATTN: CLOSE-OUT NOTICES 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INCORPORATED ON | DEFINED BENEFIT MASTER TRUST ATTN: MICHAEL FORGIT 522 FIFTH AVE, 23RD FLOOR |

| Claim Name | Address Information |
|---|---|
| BEHALF OF THE | NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | 20 BANK STREET CANARY WHARF LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN:  MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY ALPHA ADVANTAGE US LARGE CAP CORE B | PORTFOLIO ONE TOWER BRIDGE, 100 FRONT STREET WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY ALPHA PLUS FUNDS PLC– | MORGAN STANLEY COMMODITIES ALPHA PLUS FUND ATTN: LEGAL C/O MORGAN STANLEY INVESTMENT MANAGEMENT LIMITED 25 CABOT SQUARE CANARY WHARF LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY AND COMPANY, INC. | 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: LYONNAISE DE BANQUE ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CREDIT INDUSTRIEL ET COMMERCIAL ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL GROUP | ATTN:FX TRANSACTIONS, CURRENCY OBLIGATIONS/OPTIONS MORGAN STANLEY CAPITAL GROUP INC. 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP | ATTN: CLOSE-OUT NOTICES TRANSACTION MANGEMENT GROUP 1585 BROADWAY, 19TH FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP | ATTN: NANCY BELESKI, CHRISTOPHER BUCCHINO TRANSACTION MANGEMENT GROUP 1585 BROADWAY, 19TH FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP | 2000 WESTCHESTER AVENUE, 1ST FLOOR PURCHASE NY 10577 |
| MORGAN STANLEY CAPITAL GROUP INC | ATTN:CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY CAPITAL GROUP INC | HOWARD HAWKINS, ESQ CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL GROUP INC | WILLIAM MCCOY MORGAN STANLEY CAPITAL GROUP INC 2000 WESTCHESTER AVENUE NEW YORK NY 10577 |
| MORGAN STANLEY CAPITAL GROUP INC | MARK ELLENBERG, ESQ CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY CAPITAL GROUP, INC | 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP, INC. | TRANSACTION MANAGEMENT GROUP 1585 BROADWAY, 10TH FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP, INC. | ATTN: CHIEF LEGAL OFFICER TRANSACTION MANGEMENT GROUP 1585 BROADWAY, 19TH FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP, INC. | ATTN:FX TRANSACTIONS, CURRENCY OBLIGATIONS/OPTIONS 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL GROUP, INC. | ATTN: COMMODITIES, SWAP GROUP 2000 WESTCHESTER AVENUE PURCHASE NY 10577 |
| MORGAN STANLEY CAPITAL GROUP, INC. | ATTN: COMMODITIES – SWAP GROUP 2000 WESTCHESTER AVENUE, FIRST FLOOR PURCHASE NY 10577 |
| MORGAN STANLEY CAPITAL GROUP, INC. | ATTN: SIMON GREENSHIELDS; COMMODITIES SWAP GRP 2000 WESTCHESTER AVENUE, FLOOR 01 PURCHASE NY 10577-2530 |
| MORGAN STANLEY CAPITAL SERVICES INC. | 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY CAPITAL SERVICES INC. | ATTN: DERIVATIVES PRODUCTS GROUP, 3RD FL, MD SWAPS 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY CAPITAL SERVICES INC. | 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES INC. | ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY CAPITAL SERVICES INC. | COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES INC. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES INC. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY COMMODITIESALPHA FUND (CAYMAN) LTD | MORGAN STANLEY COMMODITIES ALPHA FUND (CAYMAN) LTD C/O MORGAN STANLEY INVESTMENT MANAGEMENT LIMITED 25 CABOT SQUARE CANARY WHARF, LONDON E14 4AD, E UNITED KINGDOM |
| MORGAN STANLEY COMMODITIESALPHA PLUS FUND | MORGAN STANLEY INVESTMENT MANAGEMENT LIMITED 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY FLEXIBLE INCOME TRUST | C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND INC | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY HIGH YIELD FUND INC. | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY HIGH YIELD SECURITIES INC | C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY IM LTDA/C MSCOMMALPHAPLUSRC4000FUND | 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY INCOME SECURITIES INC. | ATTN: DERIVATIVES OPERATIONS C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INCOME SECURITIES INC. | ONE TOWER BRIDGE 100 FRONT ST, STE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST ADVISORY M | 1 TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST ADVISORY M | EBBOTT JEAN 1 TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST CORE | PLUS FIXED INCOME PORTFOLIO LEGAL: DERIVATIVES OPERATIONS MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC. MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST CORE PLUS | PORTFOLIO MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC. MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST HIGH YIELD | MSIFT HIGH YIELD PORTFOLIO MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST US CORE FI | MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC. MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND TRUST- ADVISORY | MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INTERMEDIATE DURATION PORTFOLIO | MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC. MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INV MGMTA/C MORGAN STANLEY INCOME T | C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INVESTMENT GRADE FID PORTFOLIO | MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC. MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INVESTMENT MANAGEMENT | ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | ATTN: PATRICK SCIARRONE 25 CABOT SQUARE CANARY WAHRF, FL. 5 LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | ATTN: PATRICK SCIARRONE 25 CABOT SQUARE, CANARY WHARF, FL. 5 LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| MORGAN STANLEY SELECT DIMENSION | PORTFOLIO C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, |

| Claim Name | Address Information |
|---|---|
| INVESTMENT SERIES | SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, AS TRUSTEE OF THE HITACHI MASTER FUND – P GLOBAL BOND MASTER FUND 1585 BROADWAY – 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SICAV DIVERSIFIED ALPHA PLUS VAR 40 | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY STRATEGIST FUND | C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY VARIABLE INVESTMENT SERIES – HIGH Y | MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY VARIABLE INVESTMENT SERIES – HIGH Y | LEGAL: DERIVATIVES OPERATIONS MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY VARIABLE INVESTMENT SERIES – INCOME | ATTN: DERIVATIVES OPERATIONS C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY VARIABLE INVESTMENT SERIES – INCOME | ONE TOWER BRIDGE 100 FRONT ST, STE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY VARIABLE INVESTMENT SERIES – STRATE | C/O MORGAN STANLEY ADVISORS, INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGANTOWN ENERGY ASSOCIATES | 555 BEECHURST AVENUE MORGANTOWN WV 26505 |
| MORNINGSIDE MINISTRIES | 700 BABCOCK ROAD SAN ANTONIO TX 78201 |
| MORRIS HOSPITAL | ATTN: SCOTT D. SMITH CAIN BROTHERS 360 MADISON AVENUE, 5TN FLOOR NEW YORK NY 10017 |
| MORRIS HOSPITAL | ATTN: SCOTT D. SMITH CAIN BROTHERS CAIN 452 5TH AVENUE, 25TH FLOOR NEW YORK NY 10018 |
| MORRIS HOSPITAL | 150 WEST HIGH STREET MORRIS IL 60450 |
| MORSE, PHILLIP H | 194 BIRKDALE LANE LOXAHATCHEE CLUB JUNIPER FL 33458 |
| MORSE, PHILLIP H | PHILLIP H. MORSE 194 BIRKDALE LANE LOXAHATCHEE CLUB JUNIPER FL 33458 |
| MORTGAGE FUNDING 2008 1-PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 5TH FLOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| MORTGAGE FUNDING 2008 1-PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOXONDON ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| MOUNT POLLEY MINING CORPORATION | 0 200-580 HORNBY STREET VANCOUVER BC V6C 3B6 CANADA |
| MOUNT POLLEY MINING CORPORATION | 200-580 HORNBY STREET VANCOUVER BC V6C 3B6 CANADA |
| MOUNT SINAI MEDICAL CENTER | THE MOUNT SINAI MEDICAL CENTER ONE GUSTAVE L. LEVY PLACE NEW YORK NY 10029 |
| MOUNTAIN STATES PROPERTIES | 400 NORTH STATE OF FRANKLIN ROAD JOHNSON CITY 37604 |
| MPS FINANCE BANCA MOBILIARE SPA | VIA NINO BIXIO, 2 OFFICES: VIALE MAZZINI, 23 ITALY |
| MR JOHN A. WILLIAMSFX ACCOUNT | 4615 NORTHSIDE DRIVE ATALANTA GA 30327 |
| MSIF UIF HIGH YIELD PORTFOLIO | MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MSIFT/1104 UNIVERSAL INSTITUTIONAL FD FXD INC PORT | MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND, INC. MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE WEST CONSHOHOCKEN PA 19428 |
| MSIFT/376 MUNICIPAL PORTFOLIO | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MSIM INC., SEED CAPITAL HEDGING ACCOUNT | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MSIM INC., SEED CAPITAL HEDGING ACCOUNT | C/O MORGAN STANLEY INVESTMENT MANAGEMENT, INC. ATTENTION : EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MSMM FUNDS PLC GLOBAL BOND (EURO HEDGED) FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| MSMM FUNDS PLC GLOBAL BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA |

| Claim Name | Address Information |
|------------|---------------------|
| MSMM FUNDS PLC GLOBAL BOND FUND | 98101 |
| MSPB QRS GSC CAP DELAWAREA/C GSC PENDULUM FUND I L | ATTN: EVAN SOTIRIOU GSC PENDULUM FUND I, L.P. C/O GSC GROUP 12 EAST 49TH ST., SUITE 3200 NEW YORK NY 10017 |
| MSPB QRS GSC CAP DELAWAREA/C GSC PENDULUM FUND I L | ATTN: GENERAL COUNSEL, GSC GROUP WITH A COPY TO: GSC PENDULUM FUND I, L.P. C/O GSC GROUP 12 EAST 49TH ST., SUITE 3200 NEW YORK NY 10017 |
| MT WILSON CLO II LTD | THE DIRECTORS MT. WILSON CLO II, LTD. C/O MAPLES FINANCE LIMITED PO BOX 1093GT BOUNDARY HALL, CRICKET SQUARE GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MT. WILSON CLO II LTD | C/O WESTERN ASSET MANAGEMENT COMPANY 385 E COLORADO BLVD PASADENA CA 91101 |
| MTR CORPORATION LIMITED | ATTN: MS. GILL MELLER, LEGAL MANAGER-GENERAL MTR HEADQUARTERS BUILDING, TELFORD PLAZA KOWLOON BAY, KOWLOON HONG KONG |
| MUCKINGUM (COUNTY OF) | MUSKINGUM COUNTY 401 MAIN STREET ZANESVILLE OH 43701 |
| MULTI-STRATEGY ALPHA PORT (MAPS) TM FUND, LTD. | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MULTI-STYLE MULTI MANAGED FUND S PLC- | THE GLOBAL BOND EURO HE DGED FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MULTI-STYLE MULTI MANAGED FUND S PLC-THE GLOBAL B | FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MULTICARE HEALTH SYSTEM | C/O ERIK RASMUSSEN PO BOX 5299 MS/222J-I-LEG TACOMA WA 98415-0299 |
| MULTICARE HEALTH SYSTEM EMPLOYEE RETIREMENT PLAN | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | C/O WILMINGTON TRUST COMPANY, AS TRUSTEE ATTN JOSH JONES 1100 N. MARKET STREET WILMINGTON DE 19890 |
| MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, S | WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH WILMINGTON DE 19890-0001 |
| MUNICIPAL AUTHORITY OF THE TOWNSHIP OF ROBINSON | 4192 CAMPBELLS RUN RD CARNEGIE PA 15106 |
| MUNICIPAL AUTHORITY OF THE TOWNSHIP OF ROBINSON (P | MUNICIPAL AUTHORITY OF THE TOWNSHIP OF ROBINSON 4192 CAMPBELLS RUN RD CARNEGIE PA 15106 |
| MUNICIPAL AUTHORITY OF WESTMORELAND CO. | P.O. BOX 730 GREENSBURG PA 15601 |
| MUNICIPAL CORRECTIONS FINANCE LP | TAXABLE REVENUE BONDS,  SERIES 2001 451 FLORIDA STREET, BANKING LEVEL BATON ROUGE LA 40801 |
| MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA | 1470 RIVEREDGE PARKWAY, N.W. ATLANTA GA 30328 |
| MUNICIPAL ENERGY AGENCY NEBRASKA | 1111 O STREET, SUITE 200 P.O. BOX 95124 LINCOLN NE 68508-3614 |
| MUNSON WILIAMS PROCTOR INSTITUTE PROJECT | 310 GENESEE STREET UTICA NY 13502 |
| MURRAY, CHRISTOPHER AND ANITA | LIVING TRUST DTD 3/14/01 16 ANTHEM CREEK CIRCLE HENDERSON NV 89052 |
| MUSCLE SHOALS | P.O. BOX 2624 MUSCLE SHOALS AL 35662 |
| MUSTIQUE 2007-1 A2A | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MUSTIQUE 2007-1 A2A | ATTN: CORPORATE DEAL MANAGER-TRUST DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 A2B | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MUSTIQUE 2007-1 A2B | ATTN:CORPORATE DEAL MANAGER-TRUST DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 B | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MUSTIQUE 2007-1 B | ATTN:CORPORATE DEAL MANAGER-TRUST DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 C | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MUSTIQUE 2007-1 C | ATTN:CORPORATE DEAL MANAGER-TRUST DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| MUSTIQUE 2007-1 D | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MUSTIQUE 2007-1 D | ATTN: CORPORATE DEAL MANAGER-TRUST DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MUSTIQUE 2007-1 E | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MUSTIQUE 2007-1 E | ATTN: CORPORATE DEAL MANAGER-TRUST DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| MX ENERGY INC | 595 SUMMER STREET, SUITE 300 STAMFORD CT 06901 |
| NACIONAL FINANCIERA SNC, CAYMAN ISLANDS | NACIONAL FINANCIERA, S.N.C. INSURGENTES SUR 1971, EDIFICIO ANEXO NIVEL JARDIN, PISO FINANCIERO COLONIA GUADALUPE INN, MEXICO D.F. C.P. 01020 MEXICO |
| NAKAGAWA BUSSAN CO., LTD. | ATTN HIDENOBU NAKAGAWA, PRESIDENT 37-23 SHIOMI-CHO MINATO-KU NAGOYA-CITY AICHI PREF. 455-0028 JAPAN |
| NANTUCKET FUND LP | 40950 WOOWARD AVE, SUITE 307 BLOOMFIELD HILL MI 48304 |
| NARRABI SHIRE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| NASSAUISCHE SPARKASSE | 063-ABWICKLUNG/KONTROLLE HANDELSGESCHAFTE, KARL-BOSCH-STRASSE 10, WIESBADEN D-65034 GERMANY |
| NASSAUISCHE SPARKASSE | NASSAUISCHE SPARKASSE 063-ABWICKLUNG/KONTROLLE HANDELSGESCHAFTE, KARL-BOSCH-STRASSE 10 WIESBADEN D-65034 GERMANY |
| NATCHEZ REGIONAL MEDICAL CENTER | NATCHEZ REGIONAL MEDICAL CENTER 54 SEARGENT PRENTISS DRIVE NATCHEZ MS 39120 |
| NATCHEZ, CITY OF | CITY OF NATCHEZ 124 SOUTH PEARL STREET NATCHEZ MS 39120 |
| NATIONAL AUSTRALIA BANK LIMITED | ATTN: PATRICK RYAN 245 PARK AVENUE FLOOR 28 NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LIMITED | JAMES E. SPIOTTO CHAMAN AND CUTLER L.L.P. 111 W. MONROE ST., 18TH FL. CHICAGO IL 60603 |
| NATIONAL AUSTRALIA BANK LIMITED | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER, ESQ. 111 W. MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 044937 | ATTN:  DOCUMENTATION MANAGER NATIONAL AUSTRALIA BANK LTD LEVEL 16, 500 BOURKE STREET MELBOURNE VIC 3000 AUSTRALIA |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 044937 | ATTN:  MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD LEVEL 27, ONE PACIFIC PLACE 88 QUEENSWAY ADMIRALTY HONG KONG |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 044937 | ATTN:  MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD 1-1 NIHONBASHI-MUROMACHI 2 CHROME, CHUO-KU TOKYO 103 JAPAN |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 044937 | 88 WOOD STREET LONDON EC2V 7QQ UNITED KINGDOM |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 044937 | ATTN:  MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD 88 WOOD STREET LONDON EC2V 7QQ UNITED KINGDOM |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 044937 | ATTN:  MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD 28TH FLOOR, 245 PARK AVE NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LIMITED ACN 004 044937 | ATTN: THOMAS DEMAIO 245 PARK AVENUE 28TH FLOOR NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LTD | ATTN:  MANAGER TREASURY OPERATIONS LEVEL 27, ONE PACIFIC PLACE 88 QUEENSWAY, ADMIRALTY HONG KONG |
| NATIONAL AUSTRALIA BANK LTD | ATTN:  MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD LEVEL 27, ONE PACIFIC PLACE 89 QUEENSWAY ADMIRALTY HONG KONG |
| NATIONAL AUSTRALIA BANK LTD | ATTN:  MANAGER TREASURY OPERATIONS 1-1 NIHONBASHI-MUROMACHI 2 CHROME, CHUO-KU TOKYO 103 JAPAN |
| NATIONAL AUSTRALIA BANK LTD | ATTN:  MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD 1-1 NIHONBASHI-MUROMACHI 2 CHROME, CHUO-KU TOKYO 103 JAPAN |
| NATIONAL AUSTRALIA BANK LTD | 88 WOOD STREET LONDON EC2V 7QQ UNITED KINGDOM |
| NATIONAL AUSTRALIA BANK LTD | ATTN:  MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD 88 WOOD STREET LONDON EC2V 7QQ UNITED KINGDOM |
| NATIONAL AUSTRALIA BANK LTD | ATTN:  MANAGER TREASURY OPERATIONS 88 WOOD STREET LONDON EC2V 7QQ UNITED |

| Claim Name | Address Information |
|---|---|
| NATIONAL AUSTRALIA BANK LTD | KINGDOM |
| NATIONAL AUSTRALIA BANK LTD | ATTN:  MANAGER TREASURY OPERATIONS NATIONAL AUSTRALIA BANK LTD 28TH FLOOR, 245 PARK AVE NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LTD | ATTN:  MANAGER TREASURY OPERATIONS 28TH FLOOR, 245 PARK AVE NEW YORK NY 10167 |
| NATIONAL BANK OF CANADA | ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL QC H3B 4L2 CANADA |
| NATIONAL BANK OF CANADA | NATIONAL BANK OF CANADA 1155 METCALFE STREET, 19TH FLOOR MONTREAL QC H3B 5G2 CANADA |
| NATIONAL BANK OF CANADA | 1155 METCALFE STREET 19TH FLOOR MONTREAL QC H3B 5G2 CANADA |
| NATIONAL BANK OF CANADA | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| NATIONAL BANK OF COMMERCE | 4994 S MEMORIAL DRIVE PO BOX 15 PO BOX 99 POPLAR WI 54864 |
| NATIONAL BANK OF COMMERCE | 1127 TOWER AVENUE PO BOX 99 SUPERIOR WI 54880 |
| NATIONAL BANK OF GREECE SA | OPERATIONS DIVISION (038) 68, ACADEMIAS STREET (1ST FLOOR) ATHENS 106 78 GREECE |
| NATIONAL BANK OF GREECE SA | ATTN: MS VICKY ZARAFETA OPERATIONS DIVISION (038) 68, ACADEMIAS STREET (1ST FLOOR) ATHENS 106 78 GREECE |
| NATIONAL BANK OF GREECE SA | ATTN: VASSILIOS MASTROKALOS TREASURY DIVISION (037) 68, ACADEMIAS STREET (2ND FLOOR) ATHENS 108 78 GREECE |
| NATIONAL BANK OF GREECE SA | LONDON BRANCH (510) 75, KING WILLIAM STREET LONDON EC4N 7BE UNITED KINGDOM |
| NATIONAL BANK OF GREECE, SA | ATTN: VICKY ZARAFETA TREASURY SUPORT OPERATIONS AKADIMIAS 68 ATHENS 106-78 GREECE |
| NATIONAL BANK OF HUNGARY | SZABADSAG TER 8-9 BUDAPEST 1850 HUNGARY |
| NATIONAL BANK OF KUWAIT, SINGAPORE | 20 COLLYER QUAY 20-00 TUNG CENTRE SINGAPORE 104 SINGAPORE |
| NATIONAL BANK OF SOUTH CAROLIN A (THE) | COLUMBUS BANK COLUMBUS GA 31901 |
| NATIONAL BANK OF SOUTH CAROLIN A (THE) | HOLLI HINKLE COLUMBUS BANK COLUMBUS GA 31901 |
| NATIONAL CINEMEDIA LLC | NATIONAL CINEMEDIA LLC LBSF, ADDRESS FOR NOTICES NATIONAL CINEMEDIA, LLC 9110 EAST NICHOLS AVENUE, SUITE 200 CENTENNIAL CO |
| NATIONAL CINEMEDIA LLC | ATTN: GARY FERRERA AND DAVID ODDO NATIONAL CINEMEDIA, LLC 9110 EAST NICHOLS AVENUE, SUITE 200 CENTENNIAL CO 80112-3405 |
| NATIONAL CINEMEDIA LLC, | C/O ERIC E. JOHNSON HOLME ROBERTS & OWEN LLP 1700 LINCOLN STREET, SUITE 400 DENVER CO 80203 |
| NATIONAL CINEMEDIA LLC, | NATIONAL CINEMEDIA, LLC C/O ERIC E. JOHNSON HOLME ROBERTS & OWEN LLP 1700 LINGON STREET, SUITE 4100 DENVER CO 80203 |
| NATIONAL CINEMEDIA, LLC | C/O ERIC E. JOHNSON HOLME ROBERTS & OWENS LLP 1700 LINCOLN STREET, SUITE 4100 DENVER CO 80203 |
| NATIONAL CINEMEDIA, LLC | NATIONAL CINEMIDEIA, LLC C/O ERIC W. JOHNSON HOLME ROBERTS & OWEN LLP 1700 LINCOLN STREET, SUITE 4100 DENVER CO 80203 |
| NATIONAL CITY BANK | CLEARY GOTTLIEB STEIN & HAMILTON LLP ATTN: PENELOPE CHRISTOPHOROU, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| NATIONAL CITY BANK | PENELOPE CHRISTOPHOROU CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| NATIONAL CITY BANK | C/O PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH PA 15222 |
| NATIONAL CITY BANK | PO BOX 5756 CLEVELAND OH 44101-0756 |
| NATIONAL CITY BANK | 1900 E. 9TH STREET CLEVELAND OH 44114 |
| NATIONAL CITY BANK | 1900 EAST 9TH ST, 31ST FLOOR LOCATOR CODE 1404 CLEVELAND OH 44114 |
| NATIONAL CITY BANK | ATTN: TROY WILLIAMS CORPORATE CAPITAL MARKET OPERATIONS LOCATOR 01-2217 CLEVELAND OH 44114 |
| NATIONAL CITY BANK | ATTN PAUL DEPRATOR 123 S MAIN ST COLUMBIANA OH 44408-1349 |
| NATIONAL CITY NON-CONTRIBUTORY RETIREMENT TRUST | ALLEGIANT ASSET MANAGEMENT COMPANY 200 PUBLIC SQUARE, 5TH FLOOR CLEVELAND OH 44114 |
| NATIONAL CITY NON-CONTRIBUTORY | ATTN: CHRISTOPHER DZIAK NATIONAL CITY BANK 200 PUBLIC SQUARE, 5TH FLOOR |

| Claim Name | Address Information |
|---|---|
| RETIREMENT TRUST | CLEVELAND OH 44114 |
| NATIONAL COMMERCIAL BANK (THE) | PO BOX 3555 KING ABDUL AZIZ STREET JEDDAH 21481 SAUDI ARABIA |
| NATIONAL GRID ELECTRICITYTRANSMISSION PLC | NATIONAL GRID HOUSE WARWICK TECHNOLOGY PARK GALLOWS HILL WARWICK CV34 6DA UNITED KINGDOM |
| NATIONAL GRID GAS PLC | NGT HOUSE WARWICK TECHNOLOGY PARK GALLOWS HILL WARWICK CV34 6DA UNITED KINGDOM |
| NATIONAL GRID PLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR, ESQ BENNETT S. SILVERBERG, ESQ. FOUR TIMES SQUARE NEW YORK NY 10036 |
| NATIONAL GRID USA FINAL AVERAGE PAY PENSION PLAN | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1285 385 E. COLORADO BLVD PASADENA CA 91101 |
| NATIONAL POWER CORPORATION | 3RD FLOOR QUEZON AVENUE CORNER BIR ROAD, DILIMAN QUEZON CITY 1100 PHILIPPINES |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | DEWEY & LEBOEUF LLP ATTN:  IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | EILEEN BANNON, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | C/O BLACKROCK FINANCIAL MANAGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | ATTN: CATHERINE A. LYNCH 1250 I STREET N.W., SUITE 500 WASHINGTON DC 20005 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | 844 N RUSH ST CHICAGO IL 606112092 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1734 385 E. COLORADO BLVD PASADENA CA 91101 |
| NATIONAL RURAL UTILITIES CFC | 2201 COOPERATIVE WAY HERNDON VA 20171-3025 |
| NATIONALE-NEDERLANDEN INTERFIN ANCE B.V. | NATIONALE-NEDERLANDEN INTERFINANCE B.V. P.O. BOX 90470 THE HAGUE 2509 LL NETHERLANDS |
| NATIONALE-NEDERLANDEN INTERFINANCE B.V. | ATTN: TREASURY CONTROL P.O. BOX 90470 THE HAGUE 2509 LL NETHERLANDS |
| NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY | C/O NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY ONE NATIONWIDE PLAZA MAIL CODE 1-33-08 COLUMBUS OH 43215 |
| NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY | ATTN:INVESTMENT ACCOUNTING OFFICER/FINANCE OFFICER NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY ONE NATIONWIDE PLAZA MAIL CODE 1-32-01 COLUMBUS OH 43215 |
| NATIONWIDE LIFE INSURANCE COMPANY (INC) | ATTN: NATIONWIDE INVESTMENTS-DERIVATIVES ONE NATIONWIDE PLAZA COLOMBUS OH 43215 |
| NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA PRODU | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1862 385 E. COLORADO BLVD. PASADENA CA 91101 |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY (INC) | ATTN: NATIONWIDE INVESTMENTS-DERIVATIVES 1-5-705 ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE MUTUAL INSURANCE COMPANY | ATTN: NATIONWIDE INVESTMENTS-DERIVATIVES 1-05-705 ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE RETIREMENT PLAN | ATTN: NATIONAWIDE INVESTMENTS-DERIVATIVES ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE RETIREMENT PLAN TRUST | ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIXIS | ATTN: M. KESSLER OR MME. NICAND CAISSE CENTRALE DES BANQUES PO 10-12 AVENUE WINSTON CHRUCHILL 94677 CHARENTON LE PONT FRANCE |
| NATIXIS | 30 AVENUE PIERRA MENDES-FRANCE PARIS 75013 FRANCE |
| NATIXIS | IXIS CORPORATE AND INVESTMENT BANK 47 QUAI D #APPOS AUSTERLITZ PARIS 75013 FRANCE |
| NATIXIS | ATTN: BACK OFFICE 47 QUAI D ' AUSTERLITZ PARIS 75013 FRANCE |
| NATIXIS | ATTN: THOMAS G. SHARPE 9 WEST 57TH STREET, 15TH FLOOR NEW YORK NY 10019 |
| NATIXIS FINANCIAL PRODUCTS INC | 9 WEST 57TH ST, 35TH FLOOR NEW YORK NY 10019 |
| NATIXIS FINANCIAL PRODUCTS INC | ATTN: THOMAS G. SHARPE 9 WEST 57TH STREET, 15TH FLOOR NEW YORK NY 10019 |
| NATURAL GAS EXCHANGE INC | SUITE 2330 140-4TH AVENUE SW CALGARY ALBERTA T2P 3N3 CANADA |
| NATURAL GAS EXCHANGEINC | ATTN: LEGAL DEPARTMENT SUITE 270, 19500 STATE HIGHWAY 249 HUDSON TX 77070 |

| Claim Name | Address Information |
|---|---|
| NBAM BLENDED LIBOR ALPHA MBS PORTFOLIO | RRF SUB, LTD. C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NEBRASKA INVESTMENT FINANCE AUTHORITY | 200 COMMERCE 1230 "O" STREET LINCOLN NE 68508 |
| NEBRASKA INVESTMENT FINANCE AUTHORITY | C/O TIMOTHY R KENNY 1230 O STREET, SUITE 200 LINCOLN NE 68508 |
| NEBRASKA INVESTMENT FINANCE AUTHORITY | EXECUTIVE DIRECTOR 200 COMMERCE 1230 "O" STREET LINCOLN NE 68508 |
| NEBRASKA INVESTMENT FINANCE AUTHORITY | ATTN: EXECUTIVE DIRECTOR 200 COMMERCE COURT 1230 O STREET LINCOLN NE 68508 |
| NEBRASKA INVESTMENT FINANCE AUTHORITY | NEBRASKA INVESTMENT FINANCE AUTHORITY 200 COMMERCE 1230 "O" STREET LINCOLN NE 68508 |
| NEKTAR ASSET MANAGEMENT AB | NORMALMSTORG 14 P.O. BOX 7030 STOCKHOLM SE-103 86 SWEDEN |
| NEKTAR ASSET MANAGEMENT AB FOR THE NEKTAR FUND | ATTN MANAGING DIRECTOR NORMALMSTORG 14 PO BOX 7030 SE – 103 86 STOCKHOLM SE-103 86 SWEDEN |
| NEKTAR ASSET MANAGEMENT AB FOR THE NEKTAR FUND | SIDLEY AUSTIN LLP ATTN LEE S ATTANASIO AND ALEX R ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| NELNET | 121 SOUTH 13TH STREET, SUITE 201 LINCOLN NE 68508 |
| NENNER, GARRETT | C/O RON KUBA 321 BROADWAY, 4TH FLOOR NEW YORK NY 10007 |
| NESTE OIL OYJ | KEILARANTA 8 ESPOO$ffff$02150 FINLAND |
| NESTE OIL OYJ | MARJA MAKI CORPORATE RISK MANAGEMENT POB 95 NESTE FIN-00095 FINLAND |
| NESTLE IN THE USA PENSION TRUST | C/O NESTLE RETIREMENT INVESTMENTS ATTN: KARIN BRODBECK 777 W. PUTNAM AVENUE GREENWICH CT 06830 |
| NESTLE IN THE USA SAVINGS TRUST | C/O NESTLE RETIREMENT INVESTMENTS ATTN: KARIN BRODBECK 777 W. PUTNAM AVENUE GREENWICH CT 06830 |
| NESTLE USA INC MASTER RETIREME NT TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NESTLE USA INC MASTER RETIREME NT TRUST | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NESTLE USA INC MASTER RETIREME NT TRUST | ATTN: CHIEF INVESTMENT OFFICER C/O THE CLIFTON GROUP INVESTMENT MANAGEMENT COMP. 3600 MINNESOTA DRIVE, SUITE 325 EDINA MN 55435 |
| NESTLE USA INC MASTER RETIREME NT TRUST | C/O THE NORTHERN TRUST COMPANY, AS TRUSTEE 50 SOUTH LASALLE STREET CHICAGO IL 60675 |
| NESTLE USA INC SAVINGS PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| NESTLE USA INC SAVINGS PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NESTLE USA INC SAVINGS PLAN | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NESTLE USA, INC. | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1245 385 E. COLORADO BLVD. PASADENA CA 91101 |
| NESTLE USA, INC. MASTER RETIREMENT TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1278 385 E. COLORADO BLVD PASADENA CA 91101 |
| NETANYAHU, BENJAMIN | 35 GAZA STREET JERUSALEM ISRAEL |
| NETAPP INC | 495 EAST JAVA DRIVE SUNNYVALE CA 94089 |
| NEVADA HOUSING DIVISION | 1771 EAST FLAMINGO ROAD SUITE 103-B LAS VEGAS NV 89119 |
| NEVADA HOUSING DIVISION | NEVADA HOUSING DIVISION 1771 EAST FLAMINGO ROAD SUITE 103-B LAS VEGAS NV 89119 |
| NEVADA POWER COMPANY | 6226 WEST SAHARA AVENUE LAS VEGAS NV 89146 |
| NEW CASTLE (CITY OF), PENNSLYVANIA | CITY OF NEW CASTLE 230 NORTH JEFFERSON STREET NEW CASTLE PA 16101-2220 |
| NEW GENERATION FUNDING TRUST 15 | CDC IXIS FINANCIAL GUARANTY 6TH FLOOR NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST 15 | KWIATKOSKI PAUL CDC IXIS FINANCIAL GUARANTY 6TH FLOOR NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST 16 | C/O CDC IXIS FINANCIAL GUARANTY SERVICES INC. NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST 37 | CDC IXIS FINANCIAL GUARANTY SERVICES INC. NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST 83 | C/O CIFG SERVICES, INC. NEW YORK NY 10022 |
| NEW GENERATION FUNDING TRUST SERIES 38 | KWIATKOSKI ATT: PAUL CDC IXIS FINANCIAL GUARANTY 825 THIRD AVENUE, 6TH FL. NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| NEW GENERATION FUNDING TRUST SERIES 39 | C/O CDC IXIS FINANCIAL GUARANTY SERVICES INC. NEW YORK NY 10022 |
| NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY | 637 SOUTH CLINTON AVENUE TRENTON NJ 08611 |
| NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY | CHIEF FINANCIAL OFFICER 637 SOUTH CLINTON AVENUE TRENTON NJ 08611 |
| NEW MEXICO EDUCATIONAL RETIREMENT BOARD PENSION PL | C/O WESTERN ASSET MANAGMENT COMPANY ATTN: LEGAL DEPT. W- 1929 385 E. COLORADO BLVD. PASADENA CA 91101 |
| NEW MEXICO FINANCE AUTHORITY | 207 SHELBY STREET SANTE FE SANTA FE NM 87501 |
| NEW MEXICO FINANCE AUTHORITY | NEW MEXICO FINANCE AUTHORITY 207 SHELBY STREET SANTE FE NM 87501 |
| NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. | TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN, ESQ THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. | ATTN: BETSY REYNOLDS 1900 CRESTWOOD BLVD. BIRMINGHAM AL 35210 |
| NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. | ATTN: BETSY REYNOLDS, ESQ. 1900 CRESTWOOD BLVD. BIRMINGHAM AL 35210 |
| NEW VISION ASSETS INC. | 2600 WILSHIRE BOULEVARD LOS ANGELES CA 90057 |
| NEW YORK (CITY OF) INDUSTRIAL DEVELOPMENT AGENCY | 110 WILLIAM STREET NEW YORK NY 10038 |
| NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY | ELIZABETH M. COLUMBO, ESQ. NIXON PEABODY LLP 437 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY | ATTN: EXECUTIVE DIRECTOR 110 WILLIAM STREET NEW YORK NY 10038 |
| NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY | 75 PARK PLACE, 6TH FLOOR NEW YORK NY 10007 |
| NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY | ATTN: THOMAS PAOLICELLI, EXECUTIVE DIRECTOR 75 PARK PLACE NEW YORK NY 10007 |
| NEW YORK INDEPENDENT SYSTEM OPERATOR | 10 KREY BOULEVARD RENSSELAER NY 12144 |
| NEW YORK INDEPENDENT SYSTEM OPERATOR | 10 KREY BOULEVARD RENSSELAER NY 12145 |
| NEW YORK LIFE INS & ANNUITY CORP PRIVATE PLACEMENT | SEP A/C 70 ATTN: SECURITIES INVESTMENT GROUP - IVAN JIANG NEW YORK LIFE INSURANCE C/O NEW YORK LIFE INVESTMENT MANAGEMENT LLC 51 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| NEW YORK LIFE INS & ANNUITY CORP PRIVATE PLACEMENT | SEP A/C 70 SECURITIES INVESTMENT GROUP - IVAN JIANG NEW YORK LIFE INSURANCE C/O NEW YORK LIFE INVESTMENT MANAGEMENT LLC 51 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| NEW YORK LIFE INS & ANNUITY CORP PRIVATE PLACEMENT | A/C 70 51 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| NEW YORK LIFE INSURANCE & ANNUITY CORPORATION | ATTN: REBECCA STRUTTON 51 MADISON AVENUE NEW YORK NY 10010 |
| NEW YORK LIFE INSURANCE & ANNUITY CORPORATION | ATTN: SECURITIES OPERATIONS/TOM MAHON C/O NY LIFE INVESTMENT MANAGEMENT LLC 51 MADISON AVENUE, 2ND FL. NEW YORK NY 10010 |
| NEW YORK LIFE INSURANCE & ANNUITY CORPORATION | CHRISTINE AYOTTE-BRENNAN BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110 |
| NEW YORK LIFE INSURANCE & ANNUITY CORPORATION PRIV | VARIABLE UNIVERSAL LIFE SEPARATE ACCOUNT 70 ATTN: REBECCA STRUTTOM 51 MADISON AVENUE NEW YORK NY 10010 |
| NEW YORK LIFE INSURANCE & ANNUITY CORPORATION PRIV | BINGHAM MCCUTCHEN LLP C.A. BRENNAN ONE FEDERAL STREET BOSTON MA 02110 |
| NEW YORK LIFE INSURANCE COMPANY | ATTN: REBECCA STRUTTON 51 MADISON AVENUE NEW YORK NY 10010 |
| NEW YORK LIFE INSURANCE COMPANY | CHRISTINE AYOTTE-BRENNAN BINGAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110 |
| NEW YORK LIFE INSURANCE COMPANY INC | NY LIFE INVESTMENT MANAGEMENT 51 MADISON AVENUE NEW YORK NY 10022-4213 |
| NEW YORK LIFE INTERNATIONAL LLC | 51 MADISON AVENUE NEW YORK NY 10010-1603 |
| NEW YORK NY (CITY OF) | WITH A COPY TO NYC LAW DEPT. C/O DEPUTY COMPTROLLER FOR PUBLIC FINANCE ONE CENTRE STREET, 5TH FLOOR NEW YORK NY 10007 |
| NEW YORK NY (CITY OF) | ATTN: GENERAL COUNSEL C/O OFFICE OF MANAGEMENT AND BUDGET 75 PARK PLACE, 6TH FLOOR NEW YORK NY 10007 |

| Claim Name | Address Information |
|---|---|
| NEW YORK NY (CITY OF) | ATTN:  CHIEF OF MUNICIPAL SECURITIES DIVISION NEW YORK CITY LAW DEPARTMENT 100 CHURCH STREET NEW YORK NY 10007 |
| NEW YORK STATE POWER AUTHORITY INCORPORATED | 30 SOUTH PEARL STREET ALBANY NY 12207-3425 |
| NEW YORK STATE THRUWAY AUTHORITY | 200 SOUTHERN BLVD PO BOX 189 ALBANY NY 12201 |
| NEW YORK STATE THRUWAY AUTHORITY | NEW YORK STATE THRUWAY AUTHORITY 200 SOUTHERN BLVD PO BOX 189 ALBANY NY 12209 |
| NEW YORK STATE URBAN DEVELOPMENT CORP. | 633 THIRD AVENUE NEW YORK NY 10017 |
| NEW YORK STATE URBAN DEVELOPMENT CORP. | NEW YORK STATE URBAN DEVELOPMENT CORP. 633 THIRD AVENUE NEW YORK NY 10017 |
| NEW YORK, CITY OF (THE) | NEW YORK, CITY OF (THE) 1 CENTRE ST. COMPTROLLER, ROOM 736 NEW YORK NY 10007 |
| NEW YORK, CITY OF (THE) | 1 CENTRE ST. COMPTROLLER, ROOM 736 NEW YORK NY 10017 |
| NEW-ALLIANCE GLOBAL CDO LIMITED* | NORA PARCHMENT NEW ALLIANCE GLOBAL CDO LIMITED C/O 6020 TRAVIS HOUSTON TX 77002 |
| NEWEDGE FINANCIAL INC | NEWEDGE ALTTERNATIVE STRATEGIES INC. 630 FIFTH AVENUE SUITE 500 NEW YORK NY 10111 |
| NEWEDGE GROUP | 10 BISHOPS SQUARE LONDON E1 6EG UNITED KINGDOM |
| NEWEDGE GROUP | NEWEDGE GROUP LDN / POLAR CAPITAL LLP FIMAT INTERNATIONAL BANQUE, SG HOUSE 41 TOWER HILL EC3N 4SG UNITED KINGDOM |
| NEWEDGE GROUP | ATTN: FX OPERATIONS DEPT C/O CARR FUTURES INC 14 FLOOR NEW YORK NY 10017 |
| NEWEDGE GROUP (UK BRANCH) - CF | C/O CARR FUTURES INC 14 FLOOR NEW YORK NY 10017 |
| NEWEDGE GROUP LDN / POLARCAPITAL LLP GIVE-UPFOREIG | 10 BISHOPS SQUARE LONDON E1 6EG UNITED KINGDOM |
| NEWEDGE USA, LLC | C/O NEWEDGE ALTERNATIVE STRATEGIES INC. 630 FIFTH AVENUE SUITE 500 NEW YORK NY 10111 |
| NEWEDGE USA, LLC | CARR FUTURES ATTN: EDWARD KASSAKI NEWEDGE ALTTERNATIVE STRATEGIES INC. 630 FIFTH AVENUE SUITE 500 NEW YORK NY 10111 |
| NEWPORT-OXFORD ASSOCIATES LP | 4582 SOUTH ULSTER STREET DENVER CO 80237 |
| NEWS AMERICA INC | 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8701 |
| NEWS AMERICA INCORPORATED | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| NEWTON RE LIMITED | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| NEWTON RE LIMITED | C/O HSBC BANK (CAYMAN) LIMITED ATTN: LINDA HADDLETON P.O. BOX 1109 HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY 1-1102 CAYMAN ISLANDS |
| NEWTON RE LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTENTION: MALCOLM WATTMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| NEWTON, ROGER | 3672 PROSPECT ROAD ANN ARBOR MI 48105 |
| NEXEN ENERGY MARKETING EUROPE LIMITED | TRANSFEROR: NEXEN ENERGY MARKETING LONDON LIMITED CHARTER PLACE VINE STREET UXBRIDGE MIDDLESEX UB8 1JG UNITED KINGDOM |
| NEXEN ENERGY MARKETING LONDON LTD | NEXEN INC. SUITE 2900, 801 - 7TH AVENUE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN INC | NEXEN INC. 2900, 801-7TH AVENUE, S.W. CALGARY ALBERTA T2P 3P7 CANADA |
| NEXEN INC | EXECUTIVE VICE PRESIDENT #AMPER GENERAL COUNSEL NEXEN INC. 801-7TH AVENUE, S.W. SUITE 2900 CALGARY AB T2P 3P7 CANADA |
| NEXEN INC | MANAGER, RISK CONTROL NEXEN INC. 801-7TH AVENUE, S.W. SUITE 2900 CALGARY AB T2P 3P7 CANADA |
| NEXEN INC | CONTRACT ADMINISTRATION, FINANCIALS NEXEN MARKETING 801 7TH AVENUE S.W. SUITE 1700 CALGARY AB T2P 3P7 CANADA |
| NEXEN INC | MANAGER, RISK CONTROL NEXEN MARKETING 801 7TH AVENUE S.W. SUITE 1700 CALGARY AB T2P 3P7 CANADA |
| NEXEN INC | CONTRACT ADMINISTRATION, FINANCIALS NEXEN MARKETING SUITE 1700 801 7TH AVENUE S.W. CALGARY ALBERTA T2P 3P7 CANADA |
| NEXEN MARKETING | 1700, 801-T AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING SINGAPORE PTE LTD | GENERAL COUNSEL NEXEN MARKETING 1700, 801-7 AVE. SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING SINGAPORE PTE LTD | C/O NEXEN ENERGY MARKETING EUROPE LIMITED CHARTER PLACE, VINE STREET UXBRIDGE, |

| Claim Name | Address Information |
|---|---|
| NEXEN MARKETING SINGAPORE PTE LTD | MIDDLESEX UB8 1JG UNITED KINGDOM |
| NEXEN MARKETING SINGAPORE PTELTD | 250 NORTH BRIDGE ROAD #15-03 RAFFLES CITY TOWER 179101 SINGAPORE |
| NEXEN MARKETING U.S.A. INC (LEAP) | NEXEN INC. 801- 7TH AVENUE SW CALGARY AB T2P 3P7 CANADA |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD. | 780 THIRD AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| NEXSTAR DEVELOPING OPPORTUNTIES MASTER FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | KIRSTEN HAMRAHI NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD. C/O NEXSTAR CAPITAL PARTNERS, LLC 780 THIRD AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| NEXTAR FUND | ATTN: OPERATIONS MANAGER AV. REPUBLICA DO CHILE 230 15 ANDAR RIO DE JANEIRO 20031-170 BRAZIL |
| NFI VERMONT INC | 30 AIRPORT ROAD S. BURLINGTON VT 05403 |
| NGA CAPITAL FUND LIMITED | C/O INVESTORS FUND SERVICES (IRELAND) LTD BLOCK D IVEAGH COURT, HARCOURT ROAD DUBILN, 2 IRELAND |
| NGC | ORINOCO DRIVE POINT LISAS INDUSTRIAL ESTATE P.O. BOX 1127 POINT LISAS TRINIDAD AND TOBAGO |
| NIAGRA MOHAWK PENSION PLAN | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-750 385 E. COLORADO BLVD. PASADENA CA 91101 |
| NIB CAPITAL BANK N.V. | CAMEGIEPLEIN 4 THE HAGUE 2501 BH THE NETHERLANDS |
| NIB CAPITAL BANK N.V. | DE NATIONALE INVESTERINGSBANK LONDON EC2N 3BX UNITED KINGDOM |
| NIBC BANK N.V. | ATTN: LEGAL DEPT CARNEGIEPLEIN 4 THE HAGUE 2517 KJ NETHERLANDS |
| NIBC BANK NV | CAMEGIEPLEIN 4 THE HAGUE 2501 BH THE NETHERLANDS |
| NIBC BANK NV | DE NATIONALE INVESTERINGSBANK LONDON EC2N 3BX UNITED KINGDOM |
| NIKKO CORDIAL SECURITIES INC. | 3-3-1 MARUNOUCHI CHIYODA-KU TOKYO 1008325 JAPAN |
| NISHI-NIPPON CITY BANK LTD | 11-8, 1-CHOME, KYOBASHI CHUO-KU, TOKYO 104-0031 JAPAN |
| NISOURCE FINANCE CORP | ATTN: VINCENT V. REA 801 E. 86TH AVE MERRILLVILLE IN 46410 |
| NISOURCE FINANCE CORP | EUGENE J. GEEKIE, JR. SCHIFF HARDIN LLP 233 S. WACKER DRIVE SUITE 6600 CHICAGO IL 60606 |
| NISOURCE FINANCE CORP. | ATTN: ASSISTANT TREASURER 801 EAST 86TH AVENUE, 2ND FLOOR MERRILLVILLE IN 46410 |
| NISOURCE FINANCE CORP. | SCHIFF HARDIN LLP 6600 SEARS TOWER CHICAGO IL 60606 |
| NJ HOUSING AND MORTGAGE FINANCE AGENCY | ATTN: TODD J. EVANS. DIRECTOR OF CAPITAL MARKETS 637 SOUTH CLINTON AVENUE TRENTON NJ 08611 |
| NJ HOUSING AND MORTGAGE FINANCE AGENCY | ANDREW B. ECKSTEIN C/O BANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| NJ HOUSING AND MORTGAGE FINANCE AGENCY | ATTN: ANDREW B. ECKSTEIN NJ HOUSING AND MORTGAGE FINANCE AGENCY C/O BLANK ROME LLP 405 LEXINGTON AVE NEW YORK NY 10174 |
| NJ HOUSING AND MORTGAGE FINANCE AGENCY | ATTN: ANDREW B. ECKSTEIN NJ HOUSING AND MORTGAGE FINANCE AGENCY C/O BLANK ROME 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| NOCHU RUSSELL MULTI-STRATEGY GLOBAL BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| NOMURA GLOBAL FINANCIAL PRODUCTS, INC. | SWAPS DEPARTMENT NOMURA HOUSE 1 ST. MARTIN APPOSS-LE-GRAND LONDON EC1A4NP UNITED KINGDOM |
| NOMURA GLOBAL FINANCIAL PRODUCTS, INC. | DOUGLAS P BARTNER / SOLOMON J NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| NOMURA GLOBAL FINANCIAL PRODUCTS, INC. | THOMAS SALATTE, ESQ 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| NOMURA GLOBAL FINANCIAL PRODUCTS, INC. | ATTN: THOMAS M. SALATTE 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281 |
| NOMURA HOLDINGS INC | URBANNET OTEMACHI BUILDING 2-2-2-, OTEMACHI CHIYODA-KU 100-8130 JAPAN |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | HSBC BANK USA, NA 10 E 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| NOMURA HOME EQUITY LOAN INC HOME EQUITY LOAN TRUST | NHEL 2007-3 CLIENT MANAGER WELLS FARGO BANK, N.A. P.O. BOX 98 COLUMBIA MD 21046 |
| NOMURA INTERNATIONAL PLC | 1 ST. MARTINS#APPOSS-LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| NOMURA INTERNATIONAL PLC | ATTN: MARK R. CHAPMAN, EUROPEAN GENERAL COUNSEL NOMURA HOUSE 1 ST. MARTIN#APPOSS LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | ATTN: ENGLAND 1 ST. MARTINS#APPOSS-LE-GRAND LONDON EC1A 4NP UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | ATTN: ROBERT EVELEIGH/ JAMES BARRATT NOMURA HOUSE 1 ST MARTIN'S-LE-GRAND LONDON ECIA 4NP UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | DOUGLAS P BARTNER / SOLOMON J. NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| NOMURA INTERNATIONAL PLC | ROBERT PIASIO NOMURA INTERNATIONAL PLC 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| NOMURA SECURITIES CO. LTD. | C/O HIROAKI USUI; GM TRANSACTION LEGAL DEPT URBANNET OTEMACHI BUILDING 2-2-2 OTEMACHI, CHIYODA-KU TOKYO 100-8130 JAPAN |
| NOMURA SECURITIES CO. LTD. | DOUGLAS P BARTNER / SOLOMON J NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| NOMURA SECURITIES COMPANY LIMITED | URBANNET OTEMACHI BUILDING 2-2-2-, OTEMACHI CHIYODA-KU TOKYO 100-8130 JAPAN |
| NOMURA- JANUS GLOBAL LIFE SCIENCES FUND | C/O JANUS CAPITAL MANAGEMENT LLC 151 DETROIT STREET DENVER CO 80206 |
| NORD/LB COVERED FINANCE BANK S.A. | NORDDEUTSCHE LANDESBANK GIROZENTRALE FRIEDRICHSWALL 10, HANNOVER D-30159 GERMANY |
| NORD/LB COVERED FINANCE BANK S.A. | ATTN: MARKUS THESEN ATTN: RITA KRANZ ATTN: CARSTEN MEINECKE 26, ROUTE D'ARLON LUXEMBOUG L-1140 GERMANY |
| NORD/LB COVERED FINANCE BANK S.A. | BANK: NORRDEUTSCHE LANDESBANK LUXEMBOURG S.A. IBAN LU28 0510 3522 6021 2001, BIC NOLALULLXXX ATTN: NCFB - LEHMAN BROTHERS - ISDA MASTER AGREEMENT TERMINATION |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: CAPITAL MARKETS GROUP/LEGAL GEORGSPLATZ 1, D-30159 HANNOVER GERMANY |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | FRIEDRICHSWALL 10 30159 HANNOVER POSTANSCHRIFT 30151 GERMANY |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: SUSANNE KOLDEWEY ATTN: DR. SASCHA LOTZE FRIEDRICHSWALL 10 HANNOVER 30159 GERMANY |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: CAPITAL MARKETS GROUP/LEGAL GEORGSPLATZ 1 HANNOVER D-30159 GERMANY |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: CAPITAL MARKETS GROUP SINGAPORE BRANCH 6 SHENTON WAY # 16-08 DBS BUILDING TOWER 2 106 SINGAPORE |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: CAPITAL MARKETS GROUP LONDON BRANCH 71 QUEEN VICTORIA STREET LONDON EC4V 4NL UNITED KINGDOM |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: CAPITAL MARKETS GROUP CAYMAN ISLAND BRANCH 1114 AVENUE OF AMERICAS, 37TH FLOOR NEW YORK NY 10036 |
| NORDEA BANK AB | HAMNGATAN 12, SE -105 71 STOCKHOLM SWEDEN |
| NORDEA BANK AB | ATTN: MARIA KRONSTROM SMALANDSGATAN 17 STOCKHOLM SE-105 71 SWEDEN |
| NORDEA BANK AB | STROOCK & STROOCK & LAVAN LLP ATTN: ANDREW DENATALE, ESQ. 180 MAIDEN LANE NEW YORK NY 10038 |
| NORDEA BANK FINLAND PLC | 2747 SETTLEMENT SERVICES FIN-00020 NORDEA HELSINKI FINLAND |
| NORDEA BANK FINLAND PLC | 2747 DERIVATIVES BACK OFFICE T01/VALLILA FIN-0020 MERITA HELSINKI FINLAND |
| NORDEA BANK FINLAND PLC | ATTN: SWAPS SETTLEMENTS 2747 SETTLEMENT SERVICES FIN-00020 NORDEA HELSINKI FINLAND |
| NORDEA BANK FINLAND PLC | ATTN: MR. PEKKA RIKALA 2747 DERIVATIVES BACK OFFICE T01/VALLILA FIN-0020 MERITA HELSINKI FINLAND |
| NORDEA BANK FINLAND PLC | SMALANDSGATAN 17 ATTN: MARIA KRONSTROM STOCKHOLM SE-105 71 SWEDEN |
| NORDEA BANK FINLAND PLC | 437 MADISON AVENUE NEW YORK NY 10022 |
| NORDEA BANK FINLAND PLC | ATTN: COKIN WILLIAMS-HAWKES NEW YORK BRANCH 437 MADISON AVENUE NEW YORK NY 10022 |
| NORDEA BANK FINLAND PLC | STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: ANDREW DENATALE, ESQ. NEW YORK NY 10038 |
| NORDIC INVESTMENT BANK | FABIANINKATU 34 P.O. BOX 249 HELSINKI FI-00171 FINLAND |
| NORINCHUKIN BANK | 13-2 YURAKUCHO, 1-CHOME, CHIYODA-KU TOKYO 100-8420 JAPAN JAPAN |
| NORINCHUKIN BANK | ATTN: NORITSUGU SATO 245 PARK AVENUE NEW YORK NY 10167-0104 |

| Claim Name | Address Information |
|---|---|
| NORINCHUKIN BANK | ATTN: SWAPS 29TH FLOOR, 245 PARK AVENUE NEW YORK NY 10167-0104 |
| NORINCHUKIN TR AS TRUSTEE FOR L-JAC 5 TRUST FUND 0 | 1-1-12, UCHIKANDA CHIYODA-KU, TOKYO 101-0047 JAPAN |
| NORINCHUKIN TRUST AND BANKING CO., LTD., | THE, AS TRUSTEE FOR L-JAC FIVE FUNDING TRUST FUND 049604007080 1-1-12 UCHIKANDA, CHIYODAKU TOKYO 101-0047 JAPAN |
| NORMAN REGIONAL HOSPITAL | 901 NORTH PORTER AVENUE NORMAN OK 73071 |
| NORSK AUTOIMPORT A/S | VENUSVEIEN 1C TRONDHEIM 7037 NORWAY |
| NORTEL NETWORKS INC. RETIREMENT INCOME PLAN | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1699 385 E. COLORADO BLVD PASADENA CA 91101 |
| NORTEL NETWORKS RETIREMENT INCOME PLAN TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NORTEL NETWORKS RETIREMENT INCOME PLAN TRUST | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NORTEL NETWORKS RETIREMENT PLAN, TRUSTEES OF THE | (BLK TICKERS: NOR & NOR-H) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| NORTH AMERICAN COMPANY FOR LIFE & HEALTH INSURANCE | ATTN: ROY CORR C/O GUGGENHEIM PARTNERS 135 EAST 57TH STREET NEW YORK NY 10022 |
| NORTH AMERICAN COMPANY FOR LIFE & HEALTH INSURANCE | ONE MIDLAND PLAZA SIOUX FALLS SD 57193 |
| NORTH AMERICAN COMPANY FOR LIFE & HEALTH INSURANCE | ATTN: BERRIE JASON C. ONE MIDLAND PLAZA SIOUX FALLS SD 57193 |
| NORTH AMERICAN COMPANY FOR LIFE & HEALTH INSURANCE | C/O GUGGENHEIM PARTNERS ASSET MANAGEMENT, INC. ATTN: ROY CORR 100 WILSHIRE BOULEVARD, 5TH FLOOR SANTA MONICA CA 90401 |
| NORTH CAROLINA STATE UNIVERSITY | OFFICE OF FINANCE AND BUSINESS B HOLLADAY HALL RALEIGH NC 27685-7010 |
| NORTH CAROLINA STATE UNIVERSITY | TREASURER OFFICE OF FINANCE AND BUSINESS B HOLLADAY HALL RALEIGH NC 276857010 |
| NORTH CITY WEST SCHOOL FACILITIES FINANCING AUTHOR | 309 NORTH RIOS AVENUE SOLANA BEACH CA 92075-1298 |
| NORTH LITTLE ROCK (CITY OF) | CITY SERVICES P.O. BOX 936 NORTH LITTLE ROCK AR 72115 |
| NORTH TEXAS TOLLWAY AUTHORITY | 5900 WEST PLANO PARKWAY, SUITE 100 PLANO TX 75093-4694 |
| NORTH TEXAS TOLLWAY AUTHORITY | NORTH TEXAS TOLLWAY AUTHORITY 5900 WEST PLANO PARKWAY, SUITE 100 PLANO TX 75093-4694 |
| NORTHAMPTONSHIRE ALPHA PORTFOLIO | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| NORTHBROOK INVESTMENTS LLC | C/O GRAMERCY ADVISORS LLC 111 EAST 22ND STREET, SUITE 4C NEW YORK NY 10010 |
| NORTHCREST INC | C/O NORTHCREST COMMUNITY 1801-20TH STREET AMES IA 50010 |
| NORTHCREST, INC. | 1801 20TH STREET AMES IA 50010 |
| NORTHEASTERN UNIVERSITY | ATTN: CFO C/O AIG FINANCIAL PRODUCTS CORP. 100 NYALA FARM WESTPORT CT 06880 |
| NORTHEASTERN UNIVERSITY | ATTN: DIRECTOR OF SWAP FINANCE ADMINISTRATION C/O AIG FINANCIAL PRODUCTS CORP. 200 VESEY STREET, 12TH FLOOR WESTPORT CT 06880 |
| NORTHEASTERN UNIVERSITY | RICHARDS HALL, ROOM 184 360 HUNTINGTON AVENUE BOSTON MA 02115 |
| NORTHEASTERN UNIVERSITY | 184 RICHARDS HALL NORTHEASTERN UNIVERSITY BOSTON MA 02115-5000 |
| NORTHERN INDIANA PUBLIC SERVICE COMPANY | NIPSCO 1500 - 165TH ST. GAS OPERATIONS BUILDING HAMMOND IN 46320 |
| NORTHERN INDIANA PUBLICSERVICE (ISDA) | NIPSCO 1500 - 165TH ST. GAS OPERATIONS BUILDING HAMMOND IN 46320 |
| NORTHERN INDIANA PUBLICSERVICE (ISDA) | ATTN: JAMES ORLANDO NIPSCO - ENERGY TRADING 1500 - 165TH ST. GOC BUILDING HAMMOND IN 46320 |
| NORTHERN KENTUCKY WATER DISTRICT | 2835 CRESCENT SPRINGS ROAD ERLANGER KY 41018 |
| NORTHERN ROCK PLC | NORTHERN ROCK HOUSE GOSFORTH NEWCASTLE UPON TYNE NE3 4PL UNITED KINGDOM |
| NORTHERN ROCK PLC | ATTN: NORTHERN ROCK BUILDING SOCIETY GOSFORTH NEWCASTLE UPON TYNE NEWCASTLE NE3 4PL UNITED KINGDOM |
| NORTHERN ROCK PLC | ATTN: NORTHERN ROCK BUILDING SOCIETY NORTHERN ROCK HOUSE GOSFORTH NEWCASTLE UPON TYNE NEWCASTLE NE3 4PL UNITED KINGDOM |
| NORTHERN TRUST COMPANY | 50 BANK STREET LONDON E14 5NT UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| NORTHERN TRUST COMPANY | ATTN: MICHELLE HILLMAN CFA 50 BANK STREET LONDON E14 5NT UNITED KINGDOM |
| NORTHERN TRUST COMPANY | ATTN: PETER MARCHESE 50 SOUTH LASALLE STREET – 12TH FLOOR CHICAGO IL 60675 |
| NORTHERN TRUST GLOBAL ADVISORS-AFEBT | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1973 385 E. COLORADO BLVD. PASADENA CA 91101 |
| NORTHROP GRUMMAN PENSION MASTER TRUST | C/O STATE STREET BANK & TRUST COMPANY 2 AVENUE DE LAFAYETTE, LCC1E BOSTON MA 02111-2900 |
| NORTHSIDE GUARANTY, LLC | ONE OVERTON PARK, SUITE 400 3625 CUMBERLAND BOULEVARD ATLANTA GA 30339 |
| NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY MASTE | 399 PARK AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| NORTHWEST AIRLINES INC | 2700 LONE OAK PARKWAY – DEPT. A4192 EAGAN MN 55121 |
| NORTHWEST AIRLINES INC RETIREMENT SAVINGS PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| NORTHWESTERN CORPORATION | P.O. BOX 490 MORRIS IL 60450 |
| NORTHWESTERN MEDICAL CENTER | 133 FAIRFIELD STREET ST. ALBANS VT 05478 |
| NORTHWESTERN MEDICAL CENTER | ATTN: DAWN D. BUGBEE, CFO P.O. BOX 1370 133 FAIRFIELD STREET ST. ALBANS VT 05478 |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY INC (TH | 720 WISCONSIN AVE MILWAUKEE WI 53202-4797 |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY INC (TH | STEVE MARTINIE / KARLA ADAMS / MARYANN ZIEBERT 720 WISCONSIN AVE MILWAUKEE WI 53202-4797 |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, THE | ATTN: ANDREW T. VEDDER, ASSISTANT GENERAL COUNSEL 720 EAST WISCONSIN AVENUE MILWAUKEE WI 53202-4797 |
| NORTHWOODS CAPITAL VII LTD | THE DIRECTORS NORTHWOODS CAPITAL VII, LIMITED C/O MAPLES FINANCE LIMITED P.O.BOX1093GT – QUEENSGATE HOUSE – SOUTH CHURCH ST GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| NORTHWOODS CAPITAL VII LTD | C/O ANGELO, GORDON & CO. L.P. ATTN: MICHAEL MCNAMARA 245 PARK AVE., 26TH FLOOR NEW YORK NY 10167 |
| NORTHWOODS CAPITAL VII LTD | BRUCE D. MARTIN/BRADLEY G. PATTELLI ANGELO GORDON #AMPER CO.,  L.P. 245 PARK AVENUE NEW YORK NY 10167 |
| NORTHWOODS CAPITAL VII LTD | C/O ANGELO, GORDON & CO. L.P. ATTN: MICHAEL MCNAMARA 245 PARK AVE., 26TH FLOOR 3RD FLOOR NEW YORK NY 10167 |
| NORTHWOODS-CATHEDRAL CITY, L.P. | C/O BRET H. REED, JR, A LAW CORPORATION 621 ACACIA AVENUE CORONA DEL MAR CA 92625 |
| NORTHWOODS-CATHEDRAL CITY, L.P. | 3100 BRISTOL ST STE 425 COSTA MESA CA 926267347 |
| NORTON GOLD FIELDS LIMITED | LEVEL 1, 79 HOPE STREET SOUTH BRISBANE QLD 4101 AUSTRALIA |
| NOVA COMMODITIES INC | ONE NORTH END AVENUE NEW YORK NY 10282 |
| NOVA GAS TRANSMISSION LTD | 450 – 1 STREET SW CALGARY AB T2P 5H1 CANADA |
| NOZELL, JOHN D & PATRICIA T | ATTN: MARTIN P. SUTTER 4026 WINDSWEPT DRIVE MONTGOMERY TX 77356 |
| NRG POWER MARKETING LLC | CONTRACT ADMINISTRATION 211 CARNEGIE CENTER PRINCETON NJ 08540 |
| NRG POWER MARKETING LLC | 211 CARNEGIE CENTER PRINCETON NJ 08540 |
| NSG HOLDINGS LLC | NSG HOLDINGS LLC 2929 ALLEN PARKWAY, SUITE 2200 HOUSTON TX 77019 |
| NSG HOLDINGS LLC | CHIEF FINANCIAL OFFICER NSG HOLDINGS LLC 2929 ALLEN PARKWAY, SUITE 2200 HOUSTON TX 77019 |
| NSK PENSION TRUSTEE LTD | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| NTCC WESTERN FL FD AFEBT | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1687 385 E. COLORADO BLVD PASADENA CA 91101 |
| NUVEEN CORE BOND FUND | NUVEEN ASSET MANAGEMENT 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN ENHANCED MULI-STRATEGY INCOME MANAGED ACCOU | WINSTON & STRAWN ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN ENHANCED MULI-STRATEGY INCOME MANAGED ACCOU | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY – GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |

| Claim Name | Address Information |
|---|---|
| NUVEEN ENHANCED MULTI STRATEGY INCOME MANAGED ACCO | 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND | NUVEEN ASSET MANAGEMENT 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN HIGH YIELD BOND FUND | WINSTON & STRAWN ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN HIGH YIELD BOND FUND | NUVEEN ASSET MANAGEMENT 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN HIGH YIELD BOND FUND | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN HIGH YIELD MUNICIPAL BOND FUND | JAI KHANNA WINSTON & STRAWN LLP 35 W. WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN HIGH YIELD MUNICIPAL BOND FUND | C/O NUVEEN ASSET MANAGEMENT, ATTN: KEVIN MCCARTHY- GENERAL COUNSEL 333 W. WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN HIGH YIELD MUNICIPAL BOND FUND | GIFFORD R. ZIMMERMAN, STEPHEN D. FOY NUVEEN INVESTMENT LLC 333 W. WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNT PORTFO | 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNTS PORTF | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNTS PORTF | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN MULTI-CURRENCY SHORT-TERM GOVERNMENT INCOME | NUVEEN ASSET MANAGEMENT 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN MULTI-STRATEGY INCOME FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN MULTI-STRATEGY INCOME FUND | 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN MULTI-STRATEGY INCOME FUND | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN SHORT DURATION BOND FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN SHORT DURATION BOND FUND | NUVEEN ASSET MANAGEMENT 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN SHORT DURATION BOND FUND | 333 WEST WACKER DRIVE CHICAGO IL 60606 |
| NUVEEN SHORT DURATION BOND FUND | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NVH I LP | NEW VERNON ADVISORS, LP HARBORSIDE FINANCIAL CENTER JERSEY CITY NJ 07311 |
| NWI EMERGING MARKET FIXED INCOME MASTER FUND LTD | BANCO SANTANDER 45 EAST 53RD STREET NEW YORK NY 10022 |
| NWI EXPLORER GLOBAL MASTER FUND LTD | BANCO SANTANDER 45 EAST 53RD STREET NEW YORK NY 10022 |
| NYKREDIT BANK A/S | KALVEBOD BRYGGE 1-3 KOBENHAVN V 1780 DENMARK |
| O&M STAR GENERATION LLC | O#AMPERM STAR GENERATION LLC C/O NORTHERN STAR GENERATION SERVICES COMPANY LLC 2929 ALLEN PARKWAY, SUITE 2200 HOUSTON TX 77019 |
| O'CONNER WOODS OBLIGATED GROUP, CA | 3400 WAGNER HEIGHTS ROAD STOCKTON CA 95209 |
| O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMI | WALKERS SPV LIMITED, WALKERS HOUSE, 87 MARY STREET GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMI | UBS O'CONNOR LLC ATTN: NICOLE TORTAROLO 299 PARK AVE NEW YORK NY 10171 |
| OAK CREST VILLAGE, INC | C/O STEPHEN B. GERALD, ESQ. WHITEFORD, TAYLOR, & PRESTON LLP SEVEN SAINT PAUL STREET BALTIMORE MD 21202-1636 |
| OAK HILL CREDIT ALPHA FUND (OFFSHORE), LTD. | ATTN: SCOTT KRASE, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| OAK HILL CREDIT ALPHA FUND (OFFSHORE), LTD. | OAK HILL CREDIT ALPHA FUND (OFFSHORE) LTD C/O OAK HILL ADVSIORS, L.P. ATTN: GREGORY S. RUBIN 1114 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| OAK HILL CREDIT ALPHA FUND, L.P. | OAK HILL SECURITIES FUND, L.P. ATTN: GREGORY S. RUBIN C/O OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| OAK HILL CREDIT ALPHA FUND, L.P. | ATTN: SCOTT KRASE 201 MAIN STREET, SUITE 1250 FORT WORTH TX 76102 |
| OAK HILL CREDIT ALPHA FUND, LP | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OAK HILL CREDIT ALPHA FUND, LP | OAK HILL CREDIT ALPHA FUND MANAGEMENT 201 MAIN STREET, SUITE 1910 FORT WORTH TX 76102 |
| OAK HILL CREDIT OPPORTUNITIES MASTER FUND LTD | ATTN: SCOTT KRASE, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| OAK HILL CREDIT OPPORTUNITIES MASTER FUND LTD | OAK HILL CREDIT OPPORTUNITY MASTER FUND, LTD. C/O OAK HILL ADVISORS, L.P. ATTN: GREGORY S. RUBIN 1114 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| OAK HILL CREDIT OPPORTUNITIES MASTER FUND LTD | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OAK HILL CREDIT PARTNERS IV LIMITED | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OAK HILL SECURITIES FUND II LP | OAK HILL SECURITIES FUND II, L.P. C/O OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS, 27TH FL NEW YORK NY 10036 |
| OAK HILL SECURITIES FUND II LP | OAK HILL SECURITIES FUND, L.P. C/O OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS, 27TH FL NEW YORK NY 10036 |
| OAK HILL SECURITIES FUND II LP | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OAK HILL SECURITIES FUND II LP | OAK HILL ADVISORS, L.P. ATTN: SCOTT KRASE 201 MAIN STREET, SUITE 1250 FORT WORTH TX 76102 |
| OAK HILL SECURITIES FUND LP | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OAK HILL SECURITIES FUND LP | OAK HILL ADVISORS, L.P. 201 MAIN STREET, SUITE 1250 FORT WORTH TX 76110 |
| OAK HILL STRATEGIC PARTNERS, L.P. | ATTN: JOHN H. FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| OAK HILL STRATEGIC PARTNERS, L.P. | ERIN MCDANIEL C/O OHIM SERVICES 201 MAIN STREET, STE 1000 FORT WORTH TX 76102 |
| OAK HILL STRATEGIC PARTNERS, L.P. | JOANATHAN NUNNALEY OAK HILL STRATEGIC PARTNERS, L.P. 201 MAIN STREET SUITE 1600 FORT WORTH TX 76102 |
| OAKLAWN PSYCHIATRIC CENTER | 330 LAKEVIEW DRIVE GOSHEN 46527 |
| OAKMONT ASSET TRUST | C/O BANK OF NEW YORK(DELAWARE) 502 WHITE CLAY CTR, RTE 273 NEWARK NJ 19711 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRANT AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEREMY BOOKER 333 SOUTH GRAND AVE., 28TH FL LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2) L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE VALUE OPPORTUNITIES FUND LP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVE OF THE AMERICAS NEW YORK NY 10019 |
| OAKTREE VALUE OPPORTUNITIES FUND LP | ATTN: RICHARD TING 333 SOUTH GRAND AVE 28TH FLOOR LOS ANGELES CA 90071 |
| OANDA CORPORATION | ATTN: MICHAEL STUMM 140 BROADWAY, 46TH FLOOR NEW YORK NY 10005 |
| OANDA CORPORATION | MICHAEL STUMM OANDA CORPORATION 140 BROADWAY, 46TH FLOOR NEW YORK NY 10005 |
| OBSIDIAN MASTER FUND (BLK TICKER: OBSID) | C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| OC/SD MEZZ 1 LLC | KIRKLAND & ELLIS LLP ATTN: EDWARD O SASSOWER & SCOTT J. GORDON 601 LEXINGTON AVE NEW YORK NY 10022 |
| OC/SD MEZZ 1 LLC | ATTN: BRAD CARPENTER AND JUDY TURCHIN ARCHSTONE TIC MEZZ HOLDINGS LLC C/O LEHMAN BROTHERS, 399 PARK AVE., 11TH FLOOR NEW YORK NY 10022 |
| OC/SD MEZZ 1 LLC | ATTN: BRAD CARPENTER AND JUDY TURCHIN NOTICES RELATING TO SECTIONS 5 OR 6, COPY TO: ARCHSTONE TIC MEZZ HOLDINGS LLC C/O LEHMAN BROTHERS, 399 PARK AVE., |

| Claim Name | Address Information |
|---|---|
| OC/SD MEZZ 1 LLC | 11TH FLOOR NEW YORK NY 10022 |
| OC/SD MEZZ 1 LLC | BRAD CARPENTER AND JUDY TURCHIN NOTICES RELATING TO SECTIONS 5 OR 6, COPY TO: ARCHSTONE TIC MEZZ HOLDINGS LLC C/O LEHMAN BROTHERS, 399 PARK AVE., 11TH FLOOR NEW YORK NY 10022 |
| OC/SD MEZZ 1 LLC | NOTICES RELATING TO SECTIONS 5 OR 6 COPY TO: TRIMONT REAL ESTATE ADVISORS, INC., MONARCH TOWER 3424 PEACHTREE ROAD NE, SUITE 2200 ATLANTA GA 30326 |
| OC/SD MEZZ 1 LLC | ATTN: J. GREGORY WINCHESTER TRIMONT REAL ESTATE ADVISORS, INC., MONARCH TOWER 3424 PEACHTREE ROAD NE, SUITE 2200 ATLANTA GA 30326 |
| OC/SD MEZZ 1 LLC | J. GREGORY WINCHESTER NOTICES RELATING TO SECTIONS 5 OR 6 COPY TO: TRIMONT REAL ESTATE ADVISORS, INC., MONARCH TOWER 3424 PEACHTREE ROAD NE, SUITE 2200 ATLANTA GA 30326 |
| OC/SD MEZZ 1 LLC | C/O ARCHSTONE ATTN: ARIEL AMIR 9200 EAT PANORAM CIRCLE, SUITE 400 ENGLEWOOD CO 80112 |
| OC/SD MEZZ 1 LLC | ATTN: JESSICA MOORE OC/SD MEZZ 1 LLC C/O ARCHSTONE-SMITH OPERATING TRUST 9200 E. PANORAMA CIRCLE, SUITE 400 ENGELWOOD CO 80112 |
| OC/SD MEZZ 1 LLC | JESSICA MOORE OC/SD MEZZ 1 LLC C/O ARCHSTONE-SMITH OPERATING TRUST 9200 E. PANORAMA CIRCLE, SUITE 400 ENGELWOOD CO 80112 |
| OC/SD MEZZ 1 LLC | ATTN: JESSICA MOORE C/O ARCHSTONE-SMITH OPERATING TRUST 9200 E. PANORAMA CIRCLE, SUITE 400 ENGELWOOD CO 80112 |
| OCCIDENTAL ENERGY MARKETING INC | ATTN: POWER MARKETING ACCOUNTING P.O. BOX 27570 HOUSTON TX 77227-7570 |
| OCCIDENTAL ENERGY MARKETING INC | ATTN: ASSISTANT TREASURER IN REGARDS TO FAILURE TO MAKE PAYMENT, COPY TO: OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL ENERGY MARKETING INC | ATTN: ANDREA KUNKEL, MANAGING COUNSEL OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL ENERGY MARKETING INC | ATTN: ASSISTANT TREASURER OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL ENERGY MARKETING, INC. | C/O MCCARTER & ENGLISH, LLP RENAISSANCE CENTRE ATTN: KATHARINE L. MAYER 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801 |
| OCCIDENTAL ENERGY MARKETING, INC. | MCCARTHER & ENGLISH LLP ATTN: KATHARINE L. MAYER COUNSEL TO OCCIDENTAL ENERGY MARKETS, INC. RENAISSANCE CENTER 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801 |
| OCCIDENTAL ENERGY MARKETING, INC. | MCCARTER & ENGLISH, LLP ATTN: KATHARINE L. MAYER RENAISSANCE CENTRE 405 N. KING STREET, 8TH FL WILMINGTON DE 19801 |
| OCCIDENTAL POWER SERVICES INC | ATTN: ASSISTANT TREASURER IN REGARDS TO FAILURE TO MAKE PAYMENT, COPY TO: OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL POWER SERVICES INC | ATTN: ANDREA KUNKEL, CMANAGING COUNSEL OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL POWER SERVICES INC | ATTN: ASSISTANT TREASURER OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL POWER SERVICES INC | ATTN: JANEENE JACKSON OCCIDENTAL PETROLEUM CORPORATION 10889 WILSHIRE BOULEVARD LOS ANGELES CA 90024 |
| OCCIDENTAL POWER SERVICES, INC. | 5 GREENWAY PLAZA, SUITE 110 HOUSTON TX 77046-0504 |
| OCEANIA CRUISES, INC. | 8300 N.W. 33RD STREET SUITE 308 MIAMI FL 33122 |
| OCH-ZIFF CAPITAL STRUCTURE ARBITRAGE | MASTER FUND, LTD. C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OCH-ZIFF CAPITAL STRUCTURE ARBITRAGE | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OCH-ZIFF CAPITAL STRUCTURE ARBITRAGE MASTER FUND L | 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VI, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VI, L.P. | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VII DELAWARE LP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 |

| Claim Name | Address Information |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE LP | AVE OF THE AMERICAS NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VII DELAWARE LP | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VII LP | C/O OAKTREE CAPITAL MANAGEMENT, LLC 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VII, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VII, L.P. | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE LP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP ATTN: JEFFREY D. SAFERSTIEN 1285 AVE OF THE AMERICAS NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEREMY BOOKER 333 SOUTH GRAND AVE., 28TH FL LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: ANNETTE SING 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIII DELAWARE, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: ANNETTE SING 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OCM VALUE OPPORTUNITIES FUND LP | C/O OAKTREE CAPITAL MANAGEMENT, L.P. 33 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM VALUE OPPORTUNITIES FUND LP | GENERAL COUNSEL C/O OAKTREE CAPITAL MANAGEMENT, L.P. 33 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| ODEBRECHT OVERSEAS LTD | ODEBRECHT OVERSEAS LTD. C/O CONSTRUCTORA NORBERTO ODEBRECHT S.A. AV. DAS NACOES UNIDAS, 4777 - 6TH FLOOR SAO PAULO 05477-000 BRAZIL |
| OESTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT | KOLINGASSE 19 VIENNA 1090 AUSTRIA |
| OFI INSTITUTIONAL ALPHA-PLUS FUND LP | OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OFI INSTITUTIONAL CORE FIXED INCOME FUND LLC | OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OFI INSTITUTIONAL REAL ASSET FUND LLC | OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OFI INSTITUTIONAL SHORT DURATION FIXED INCOME LLC | OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OFID - OPEC FUND FOR INTERNATIONAL DEVELOPMENT | PARKRING 8 VIENNA 1010 AUSTRIA |
| OFID - OPEC FUND FOR INTERNATIONAL DEVELOPMENT | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BRAODWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| OGI ASSOCIATES LLC | ATTN: PIERCE ARCHER, SVP C/O WEISS MULTI-STRATEGY ADVISERS LLC 320 PARK AVE, 20TH FLOOR NEW YORK NY 10022 |
| OGI ASSOCIATES, LLC | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| OGI ASSOCIATES, LLC | JEFFREY DILLABOUGH OGI ASSOCIATES LLC C/O WEISS MULTI-STRATEGY ADVISERS LLC 320 PARK AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| OHA COAST HEDGING LTD | ATTN: VIRAL NAIK OAK HILL ADVISORS, L.P. 65 EAST 55TH STREET, 32ND FLOOR NEW YORK NY 10022 |
| OHA COAST HEDGING LTD | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OHA COAST HEDGING, LTD. | ATTN: SCOTT KRASE, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| OHA COAST HEDGING, LTD. | OHA COAST HEDGING, LTD. C/O OAK HILL ADVISORS ATTN: GREGORY S. RUBIN 1114 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| OHA HEDGED CREDIT LTD | ATTN: VIRAL NAIK OAK HILL ADVISORS, L.P. 65 EAST 55TH STREET, 32 FLOOR NEW |

| Claim Name | Address Information |
| --- | --- |
| OHA HEDGED CREDIT LTD | YORK NY 10022 |
| OHA HEDGED CREDIT LTD | OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OHA HEDGED CREDIT, LTD. | ATTN: SCOTT KRASE, DIRECTOR WALKER HOUSE, 87 MARY STREET GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| OHA HEDGED CREDIT, LTD. | OHA HEDGED CREDIT, LTD. C/O OAK HILL ADVISORS, L.P. ATTN: GREGORY S. RUBIN 1114 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| OHANA MILITARY COMMUNITIES LLC | 50 PUBLIC SQ. CLEVELAND OH 44113 |
| OHIO (STATE OF) SCHOOL EMPLOYEES RETIREMENT SYSTEM | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO 385 EAST COLORADO BLVD PASADENA CA 91101 |
| OHIO HOUSING FINANCE AGENCY | 57 EAST MAIN STREET COLUMBUS OH 43215-5135 |
| OHIO HOUSING FINANCE AGENCY | 57 EAST MAIN STREET COLUMBUS OH 43266-5115 |
| OHIO HOUSING FINANCE AGENCY | OHIO HOUSING FINANCE AGENCY 57 EAST MAIN STREET COLUMBUS OH 43266-5115 |
| OHIO MASONIC HOME | 2655 WEST NATIONAL ROAD PO BOX 120 SPRINGFIELD OH 45501 |
| OHIO MASONIC HOME | DAVID R. STACEY, CFO 2655 WEST NATIONAL ROAD PO BOX 120 SPRINGFIELD OH 45501 |
| OHIO OPERATING ENGINEERS PENSION FUND | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1614 385 E. COLORADO BLVD PASADENA CA 91101 |
| OHIO POWER COMPANY | AMERICAN ELECTRIC POWER COMPANY, INC. 1 RIVERSIDE PLAZA COLUMBUS OH 43215 |
| OHIO POWER COMPANY | TREASURER AMERICAN ELECTRIC POWER COMPANY, INC. 1 RIVERSIDE PLAZA COLUMBUS OH 43215 |
| OHIO PRESBYTERIAN RETIREMENT SERVICES | 1001 KINGSMILL PARKWAY COLUMBUS OH 43229 |
| OHIO PRESBYTERIAN RETIREMENT SERVICES | ATTN: RODNEY L. CRIST, CFO 1001 KINGSMILL PARKWAY COLUMBUS OH 43229 |
| OHIO PRESBYTERIAN RETIREMENT SERVICES | RODNEY L. CRIST, CFO 1001 KINGSMILL PARKWAY COLUMBUS OH 43229 |
| OHIO PRESBYTERIAN RETIREMENT SERVICES | SCOTT DETERMAN, VP B.C. ZIEGLER AND COMPANY 1 SOUTH WALKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM | ATTN: ROBERT M MCLAUGHLIN, ESQ. KATTEN MUNCHIN ROSENMAN LLP 575 MADISON AVENUE NEW YORK NY 10022 |
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM | 277 EAST TOWN STREET COLUMBUS OH 43215-4642 |
| OHIO SERS CORE FULL | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1415 385 E. COLORADO BLVD PASADENA CA 91101 |
| OHP OPPORTUNITY LIMITED TRUST | ONE THORNDAL CIRCLE, 3RD FLOOR DARIEN CT 06820 |
| OIL COMBINATIONS, INC | 70 WALNUT STREET WELLESLEY MA 02481-2102 |
| OIL DISTRIBUTION SERVICES INC | P.O. BOX 610132 HOUSTON TX 77208-0132 |
| OIL INSURANCE LIMITED | P.O. BOX HM 1751 HAMILTON HMGX BERMUDA |
| OIL INVESTMENT CORPORATION LTD | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| OIL INVESTMENT CORPORATION LTD | C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02109 |
| OIL INVESTMENT CORPORATION LTD | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| OIL REFINERIES LIMITED | PO BOX 4 HAIFA 31000 ISRAEL |
| OIL REFINERIES LIMITED | GEORGE GREEN (TRADING AND RISK MANAGER) PO BOX 4 HAIFA 31000 ISRAEL |
| OIL REFINERIES LIMITED | STEWART FISHER (DEPUTY LEGAL ADVISOR) PO BOX 4 HAIFA 31000 ISRAEL |
| OKLAHOMA BAPTIST UNIVERSITY AUTHORITY | 500 WEST UNIVERSITY SHAWNEE OK 74804 |
| OKLAHOMA BAPTIST UNIVERSITY AUTHORITY | OKLAHOMA BAPTIST UNIVERSITY 500 WEST UNIVERSITY SHAWNEE OK 74804 |
| OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1339 385 E. COLORADO BLVD. PASADENA CA 91101 |
| OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO 385 EAST COLORADO BLVD PASADENA CA 91101 |
| OKLAHOMA MUNICIPAL POWER AUTHORITY | PO BOX 1960 EDMOND 73083-1960 |
| OLD LANE CAYMAN MASTER FUND LP | OLD LANE CAYMAN MASTER FUND, L.P. C/O OLD LANE, LP 500 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| OLD LANE CAYMAN MASTER FUND LP | JONATHAN BARTON OLD LANE CAYMAN MASTER FUND, L.P. C/O OLD LANE, LP 500 PARK |

| Claim Name | Address Information |
|---|---|
| OLD LANE CAYMAN MASTER FUND LP | AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| OLD LANE HMA MASTER FUND LP | C/O OLD LANE, LP 500 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| OLD LANE HMA MASTER FUND LP | ATTN: JONATHAN BARTON OLD LANE HMA MASTER FUND, L.P. C/O OLD LANE, LP 500 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| OLD LANE HMA MASTER FUND LP | JONATHAN BARTON OLD LANE HMA MASTER FUND, L.P. C/O OLD LANE, LP 500 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| OLD LANE US MASTER FUND LP | OLD LANE U.S. MASTER FUND, L.P. C/O OLD LANE, LP 500 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| OLD LANE US MASTER FUND LP | JONATHAN BARTON OLD LANE U.S. MASTER FUND, L.P. C/O OLD LANE, LP 500 PARK AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| OLD MUTUAL (US) HOLDINGS INC. | C/O DWIGHT ASSET MANAGEMENT COMPANY LLC 100 BANK STREET BURLINGTON VT 05401 |
| OLD MUTUAL REASSURANCE (IRELAND) LIMITED | IFSC HOUSE CUSTOM HOUSE QUAY DUBLIN 1 IRELAND |
| OLIFANT FUND, LTD. | D. ROSS MARTIN ROPES & GRAY LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| OLIFANT FUND, LTD. | C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| OLIVE TREE HOLDINGS, LLC | 45 BROADWAY, 25TH FLOOR NEW YORK NY 10006 |
| OLYMPUS ALC CO-BORROWER NO.1, L.P. | C/O OLYMPUS MANAGEMENT, L.P. ATTN: JEFFREY GLAT 485 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| OM FINANCIAL LIFE INSURANCA/C OLD MUTUAL (BERMUDA) | CONTINENTAL BUILDING P.O. BOX HM 3082 HAMILTON HM NX BERMUDA |
| OM FINANCIAL LIFE INSURANCE COMPANY | 1001 FLEET STREET BALTIMORE, MD 21202 BALTIMORE   MD 21202 |
| OM FINANCIAL LIFE INSURANCECOMPANY | 1001 FLEET STREET BALTIMORE MD 21202 |
| ONDERLINGE WAARBORGMAATSCHAPPIJ CENTRALE ZORGVERZE | GROEP, ZORGVERZEKERAAR U.A. ("CZ") ATTN MASCHA VERHOEVEN RINGBAAN WEST 236 POSTBUS 90152 5000 LD TILBURG 5038 KE NETHERLANDS |
| ONE MADISON INVESTMENTS (CAYCO) LTD. | C/O IRONSHORE CORPORATE SERVICES LIMITED P.O. BOX 1234 QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONEOK ENERGY SERVICES COMPANY LP | ATTN: PATRICK J. MCDONIE P.O. BOX 871 TULSA OK 74102-0871 |
| ONEOK ENERGY SERVICES COMPANY LP | 100 WEST FIFTH STREET TULSA OK 74103-4298 |
| ONEOK ENERGY SERVICES COMPANY LP | ATTN: DON DUNKELBERGER, MANAGER – CREDIT ONEOK INC. TULSA OK 74103-4298 |
| ONEOK ENERGY SERVICES COMPANY LP | ATTN: DON DUNKELBERGER, MANAGER – CREDIT ONEOK INC. 100 WEST FIFTH ST. TULSA OK 74103-4298 |
| ONEX CREDIT PARTNERS, LLC | TRANSFEROR: BANK OF AMERICA, N.A. 910 SYLVAN AVENUE, SUITE 100 ENGLEWOOD CLIFFS NJ 07632 |
| ONLINE RESOURCES CORPORATION | CORPORATE HEADQUARTERS CHANTILLY VA 20151 |
| ONTARIO TEACHERS PENSION PLAN BOARD | 5650 YONGE STREET TORONTO ON M2M 4H5 CANADA |
| ONTARIO TEACHERS' PENSION PLAN BOARD | ATTN: JEFF DAVIS 5650 YONGE STREET SUITE 500 TORONTO ON M2M 4H5 CANADA |
| ONTARIO TEACHERS' PENSION PLAN BOARD | ATTN: JEFF DAVIS 5650 YONGE ST SUITE 500 TORONTO ON M2M 4H5 |
| ONTARIO TEACHERS' PENSION PLAN BOARD | MICHAEL H. TORKIN & TANYA R. SHERIDAN SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ONYX FINANCE LIMITED | ATTN: DEAN GODWIN (RE 2001-1 SERIES) MOURANT & CO. LIMITED 22 GRENVILLE STREET ST. HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| ONYX FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ONYX FUNDING LIMITED -SERIES 2006-1 | C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ONYX FUNDING LIMITED -SERIES 2006-1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ONYX FUNDING LIMITED 2005-1 | C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ONYX FUNDING LIMITED 2005-1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ONYX FUNDING LIMITED- SERIES 2008-1 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:  SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ONYX FUNDING LIMITED- SERIES 2008-1 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 129 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: THE DIRECTORS C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ONYX FUNDING LTD SERIES 2008-1 | S STANDARD SUITE 3601, 36TH FLOOR, EDINBURGH TOWER THE LANDMARK, 15 QUEEN#APOSS ROAD CENTRAL HONG KONG CHINA |
| ONYX FUNDING LTD SERIES 2008-1 | ATTN: MANAGER, TRUST ADMINISTRATION BNY CORPORATE TRUSTEE SERVICES LIMITED ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| OPPENHEIMER ABSOLUTE RETURN FUND | ATTN: LISA BLOOMBERG OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER ABSOLUTE RETURN FUND | OPPENHEIMERFUNDS, INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER BALANCED FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER BALANCED FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER BALANCED FUND/VA | ATTN: GENERAL COUNSEL OPPENHEIMERFUNDS INC C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 14TH FLOOR NEW YORK NY 10281-1008 |
| OPPENHEIMER BALANCED FUND/VA | GENERAL COUNSEL OPPENHEIMERFUNDS INC C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 14TH FLOOR NEW YORK NY 10281-1008 |
| OPPENHEIMER BALANCED FUND/VA | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER BALANCED FUND/VA | DIRECTOR OF CORPORATE COMPLIANCE OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER CAPITAL INCOME FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER CAPITAL INCOME FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER CHAMPION INCOME FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER CHAMPION INCOME FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER COMMODITY STRATEGY TOTAL RETURN FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER COMMODITY STRATEGY TOTAL RETURN FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER CORE BOND FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER CORE BOND FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER CORE BOND FUND/VA | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER CORE BOND FUND/VA | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER CORE PLUS FIXED INCOME PORTFOLIO | OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OPPENHEIMER CORE PLUS FIXED INCOME PORTFOLIO | GENERAL COUNSEL OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OPPENHEIMER GLOBAL FUND | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMER GLOBAL FUND | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER GLOBAL OPPORTUNITIES FUND | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMER GLOBAL OPPORTUNITIES FUND | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER HIGH INCOME/VA | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |

| Claim Name | Address Information |
|---|---|
| OPPENHEIMER HIGH INCOME/VA | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER INTERNATIONAL VALUE FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER INTERNATIONAL VALUE FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER LIMITED TERM GOVERNMENT FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER LIMITED TERM GOVERNMENT FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER MASS MUTUAL PREMIER STRATEGIC INCOME F | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER MASS MUTUAL PREMIER STRATEGIC INCOME F | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER MASTER INTERNATIONAL VALUE FUND LLC | SHELLEY CHAPMAN WILLKIE FARR Y GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OPPENHEIMER MASTER INTERNATIONAL VALUE FUND LLC | SHELLEY CHAPMAN WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OPPENHEIMER MASTER INTERNATIONAL VALUE FUND LLC | ATTN: AMEE KANTESARIA TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMER MASTER INTERNATIONAL VALUE FUND LLC | ATTN: AMEE KANTESARIA 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER MILLENIUM INTERNATIONAL BOND FUND | 498 SEVENTH AVENUE 14TH FLOOR NEW YORK NY 10018 |
| OPPENHEIMER MILLENIUM INTERNATIONAL BOND FUND | GENERAL COUNSEL 498 SEVENTH AVENUE 14TH FLOOR NEW YORK NY 10018 |
| OPPENHEIMER OFIL GLOBAL FUND | ATTN; GENERAL COUNSEL OPPENHEIMERFUNDS INC C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 14TH FLOOR NEW YORK NY 10281-1008 |
| OPPENHEIMER OFIL GLOBAL FUND | ATTN: DIRECTOR OF CORPORATE COMPLIANCE C/O OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER QUEST INTERNATIONAL VALUE FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER QUEST INTERNATIONAL VALUE FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER SMA CORE BOND FUND | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER SMA CORE BOND FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER SMA INTERNATIONAL BOND FUND | ATTN: ROBERT ZACK C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER SMA INTERNATIONAL BOND FUND | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER STRATEGIC BOND FUND\VA | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| OPPENHEIMER STRATEGIC BOND FUND\VA | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMER US GOVERNMENT TRUST | ATTN: GENERAL COUNSEL C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 14TH FLOOR NEW YORK NY 10281-1008 |
| OPPENHEIMER US GOVERNMENT TRUST | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMERFUNDS INC | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMERFUNDS INC | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPPENHEIMERFUNDS INC HIGH YIELD FIXED INCOME PORTF | OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OPPENHEIMERFUNDS INC HIGH YIELD FIXED INCOME PORTF | GENERAL COUNSEL OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| OPPENHEIMERFUNDS PLC - OPPENHEIMER EMERGING MARKET | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMERFUNDS PLC - OPPENHEIMER | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |

| Claim Name | Address Information |
|---|---|
| EMERGING MARKET | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| OPTIMIX WHOLESALE INFLATION LINKED BOND TRUST | LEVEL 31, GATEWAY 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | DELAWARE INVESTMENT ADVISERS ATTN: MICHAEL E. DRESNIN, ASST. VP & LEGAL COUNSEL 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | DELAWARE INVESTMENT ADVISERS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET STREET # 40 PHILADELPHIA PA 19103-7094 |
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | C/O DELAWARE INVESTMENT ADVISORS ATTN: LEGAL COUNSEL 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | ATTN: GENERAL COUNSEL OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND DELAWARE INVESTMENT ADVISERS 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | ATTN: MICHAEL DRESNIN OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND DELAWARE INVESTMENT ADVISERS 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND | PAUL PATTERSON, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| OPTION ONE MORTGAGE E LOAN TRUST 2007-5 | CLIENT MANAGER, OPTION ONE 2007-5 WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS RD. COLUMBIA MD 21045 |
| ORANGE CA (COUNTY OF) | HALL OF ADMINISTRATION 333 WEST SANTA ANA BOULEVARD SANTA ANA CA 92701 |
| ORANJE-NASSAU ENERGIE BV | MANAGING DIRECTOR REMBRANDT TOWER, 22ND FLOOR AMSTELPLEIN 1 AMSTERDAM 1096 HA THE NETHERLANDS |
| ORANJE-NASSAU ENERGIE BV | FRANK VAN SPAENDONCK HOOGOORDDREEF 7 AMSTERDAM 1101 BA THE NETHERLANDS |
| ORANJE-NASSAU ENERGIE BV | C/O LISA BECKERMAN AKIN GUMP STAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| ORANJE-NASSAU UK LIMITED | MANAGING DIRECTOR POST BUS 22885 AMSTERDAM-ZUIDOOST 1100 DJ THE NETHERLANDS |
| ORANJE-NASSAU UK LIMITED | FRANK VAN SPAENDONCK HOOGOORDDREEF 7 AMSTERDAM 1101 BA THE NETHERLANDS |
| ORBEO | TOUR SOCIETE GENERALE-S7W 17 COURS VALMY LA DEFENSE CEDEX PARIS 92987 FRANCE |
| ORE HILL CONCENTRATED CREDIT HUB FUND LTD | C/O ORE HILL PARTNERS LLC 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| ORE HILL CREDIT HUB FUND LTD. | FKA ONE HILL CONCENTRATED CREDIT HUB FUND C/O ORE HILL PARTNERS, LLC ATTN: NATHAN POWELL 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| OREGON LABORER-EMPLOYERS PENSION TRUST FUND | ROBERT MENDELSON MORGAN LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| OREGON LABORER-EMPLOYERS PENSION TRUST FUND | RYAN STEPHENS WILLIAM C. EARHART COMPANY, INC. P.O. BOX 4148 PORTLAND OR 97208 |
| OREGON PUBLIC EMPLOYEES RETIREMENT SYSTEM | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1082 385 E. COLORADO BLVD PASADENA CA 91101 |
| ORESUNDSBRO KONSORTIET | ORESUNDSBRO KONSORTIET VESTER SOGADE 10 COPENHAGEN V DENMARK |
| ORESUNDSBRO KONSORTIET | ORESUNDSBRO KONSORTIET ORESUNDSBRO KONSORTIET VESTER SOGADE 10 COPENHAGEN V DK-1601 DENMARK |
| ORIX FINANCE CORP I | ORIX FINANCE CORP. I C/O ORIK CAPITAL MARKETS, LLC 1717 MAIN STREET, SUITE 900 DALLAS TX 75201 |
| ORIX USA CORPORATION | C/O WOLLMUTH MAHER & DEUTSCH LLP ONE GATEWAY CENTER, 9TH FLOOR NEWARK NJ 07102 |
| ORMAT NEVADA INC. | 980 GREG STREET SPARKS NV 89431-6039 |
| ORMAT TECHNOLOGIES INC. | 6225 NEIL ROAD RENO NV 89511-1136 |
| ORRINGTON PLUS CLASS C SEGREGATED | OF THE ORRINGTON PLUS FUND SPC ATTN: NADINE ROGGEMAN C/O EVANSTON CAPITAL |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO | MANAGEMENT, LLC 1560 SHERMAN AVENUE, SUITE 960 EVANSTON IL 60201 |
| ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO | OF THE ORRINGTON PLUS FUND SPC NADINE ROGGEMAN C/O EVANSTON CAPITAL MANAGEMENT, LLC 1560 SHERMAN AVENUE, SUITE 960 EVANSTON IL 60201 |
| ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO OF | THE ORRINGTON PLUS FUND SPC ATTN: KYLE HAZELINE 2 BLOOR STREET EAST, SUITE 2700 TORONTO ON M4W 1A8 CANADA |
| ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO OF | THE ORRINGTON PLUS FUND SPC ATTN: KYLE HAZELINE C/O CITCO (CANADA) INC.] TORONTO ON M4W 1A8 CANADA |
| ORRINGTON PLUS FUND SPC, THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO; ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ORRINGTON PLUS FUND SPC, THE | ON BEHALF OF THE ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO ATTN: SCOTT ZIMMERMAN C/O EVANSTON CAPITAL MANAGEMENT, LLC 1560 SHERMAN AVENUE, SUITE 960 EVANSTON IL 60201 |
| OSA COPPERFIELD LIMITED PARTNERSHIP | A WASHINGTON LIMITED PARTNERSHIP C/O OLYMPIC INVESTORS 2801 ALASKAN WAY, SUITE 200 SEATTLE WA 98121 |
| OSA OAK CRESTE LIMITED PARTNERSHIP | A WASHINGTON LIMITED PARTNERSHIP C/O OLYMPIC INVESTORS 2801 ALASKAN WAY, SUITE 200 SEATTLE WA 98121 |
| OSA SONGBIRD LIMITED PARTNERSHIP | A WASHINGTON LIMITED PARTNERSHIP C/O OLYMPIC INVESTORS 2801 ALASKAN WAY, SUITE 200 SEATTLE WA 98121 |
| OSAKA GAS CO. LTD | 4-1-2, HIRANOMACHI, CHUO-KU OSAKA 541-0046 JAPAN |
| OSCART INTERNATIONAL LIMITED | ATTN: ERIK HELGE WEINER SUITE 2102, NINE QUEEN#APPOSS ROAD CENTRAL HONG KONG HONG KONG |
| OSCART INTERNATIONAL LIMITED | C/O O'MELVENY & MYERS LLP TWO EMBARCADERO CENTER, 28TH FLOOR ATTN: TREVOR N. LAIN SAN FRANCISCO CA 94111 |
| OSPRAIE MANAGEMENT LLCA/C OSPRAIE REAL RET EP LP | 320 PARK AVENUE, 27TH FLOOR, NEW YORK, NY 10022 NEW YORK NY 10022 |
| OSPRAIE MANAGEMENT LLCA/C OSPRAIE VALUE PORTFOLIO | C/O OSPRAIE MANAGEMENT, LLC C/O OSPRAIE MANAGEMENT, LLC NEW YORK NY 10022 |
| OSPRAIE PORTFOLIO LTD | ATTN: OSPRAIE FUND ACCOUNTING CITCO FUND SERVICES NEW YORK NY 10017 |
| OSPRAIE PORTFOLIO LTD | C/O OSPRAIE MANAGEMENT, L.P. 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE PORTFOLIO LTD | ATTN: RICHARD PUMA, OPERATION C/O OSPRAIE MANAGEMENT, L.P. 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE PORTFOLIO LTD | ATTN: GENERAL COUNSEL CITCO CORPORATE FUND SERVICES NEW YORK NY 10022 |
| OSPRAIE PORTFOLIO LTD | ATTN: MICHAEL FISCHER, GENERAL COUNSEL/RICHARD PUMA, OPERATION THE OSPRAIE PORTFOLIO LTD. C/O OSPRAIE MANAGEMENT, L.P. NEW YORK NY 10022 |
| OSPRAIE REAL RETURN ENHANCED PORTFOLIO LP | ATTN: OSPRAIE FUND ACCOUNTING CITCO FUND SERVICES NEW YORK NY 10017 |
| OSPRAIE REAL RETURN ENHANCED PORTFOLIO LP | ATTN: RICHARD PUMA, OPERATION C/O OSPRAIE MANAGEMENT, LLC 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE REAL RETURN ENHANCED PORTFOLIO LP | ATTN: GENERAL COUNSEL CITCO CORPORATE FUND SERVICES NEW YORK NY 10022 |
| OSPRAIE REAL RETURN PORTFOLIO LTD | ATTN: GENERAL COUNSEL CITCO CORPORATE FUND SERVICES NEW YORK NY NY 2 |
| OSPRAIE REAL RETURN PORTFOLIO LTD | ATTN: OSPRAIE FUND ACCOUNTING CITCO FUND SERVICES NEW YORK NY 10017 |
| OSPRAIE REAL RETURN PORTFOLIO LTD | ATTN: RICHARD PUMA, OPERATION C/O OSPRAIE MANAGEMENT, L.P. 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE REAL RETURN PORTFOLIO LTD | ATTN: MICHAEL FISCHER, GENERAL COUNSEL/RICHARD PUMA, OPERATION THE OSPRAIE PORTFOLIO LTD. C/O OSPRAIE MANAGEMENT, L.P. NEW YORK NY 10022 |
| OSPRAIE REAL RETURN PORTFOLIOLTD | C/O OSPRAIE MANAGEMENT, L.P. 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE VALUE PORTFOLIO LP | ATTN: OSPRAIE FUND ACCOUNTING CITCO FUND SERVICES NEW YORK NY 10017 |
| OSPRAIE VALUE PORTFOLIO LP | ATTN: MICHAEL FISCHER, GENERAL COUNSEL C/O OSPRAIE MANAGEMENT, LLC 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE VALUE PORTFOLIO LP | ATTN: RICHARD PUMA, OPERATION C/O OSPRAIE MANAGEMENT, LLC 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| OSPRAIE VALUE PORTFOLIO LP | ATTN: GENERAL COUNSEL CITCO CORPORATE FUND SERVICES NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| OTP BANK PLC | ??????, ??????, ??. ????????, ?. 47? 105062 RUSSIAN FEDERATION |
| OTTERBEIN HOMES | 580 NORTH STATE ROUTE 741 LEBANON OH 45036 |
| OVERSEAS ASSURANCE CORPORATION LIMITED, THE | ATTN: MERVYN GOH 1 PICKERING STREET #13-01 GREAT EASTERN CENTRE 048659 SINGAPORE |
| OWENS & MINOR, INC | H SLAYTON DABNEY JR AND DANIEL G EGAN KING & SPALDING LLP 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OWENS & MINOR, INC | 9120 LOCKWOOD BOULEVARD MICHAEL W. LOWRY MECHANICSVILLE VA 23116 |
| OWENS-BROCKWAYGLASS CONTAINER INC | ONE MICHAEL OWENS WAY PERRYSBURG OH 43551 |
| OWL CREEK I, L.P. | C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10019 |
| OWL CREEK II, L.P. | C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10019 |
| OWL CREEK OVERSEAS FUND, LTD | C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10019 |
| OWM CENTRALE ZORGVERZEKERAARS GROEP ZORGVERZEKERAA | 40 ROWES WHARF BOSTON MA 02110 |
| OZ ASIA MASTER FUND, LTD. | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ ASIA MASTER FUND, LTD. | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ GLOBAL SPECIAL INVESTMENTS | MASTER FUND, LP C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ GLOBAL SPECIAL INVESTMENTS | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ GLOBAL SPECIAL INVESTMENTS MASTER FUND LP | ATTN: JOEL FRANK, CHIEF FINANCIAL OFFICER, LEGAL C/O OZ MANAGEMENT, LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ MASTER FUND LTD | 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ MASTER FUND, LTD | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ MASTER FUND, LTD | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O OCH ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ/GOLDMAN SACHS PROFIT SHARING MASTER TRUST | C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ/GOLDMAN SACHS PROFIT SHARING MASTER TRUST | ATTN: LEGAL C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| P&C TRADING LLC | RM 1304 HONG KONG PLAZA CONNAUGHT ROAD, WEST HONG KONG 186-191 HONG KONG |
| P.O. BOX 1093 GT | P.O. BOX 1093 GT QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| P.T.DAVOMAS ABADI TBK. | PLAZA BII, MENARA III, 9TH FLOOR JI. M.H. THAMRIN NO. 51 JAKARTA PUSAT 10350 INDONESIA |
| P.T.DAVOMAS ABADI TBK. | PT DAVOMAS ABADI JL. PANGERAN JAYAKARTA NO. 117 JAKARTA 10730 INDONESIA |
| P0013 / SPRINT CORPORATION | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0074 / HARBOR CAPITAL GROUP TRUST FOR DEFINED | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| P0213 / BAXTER INTERNATIONAL | ATTN: LEGAL GROUP 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT CA 92660 |
| P0409 / INDIANA STATE TEACHERS' | 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| RETIREMENT FUND | 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| P0409 / INDIANA STATE TEACHERS' RETIREMENT FUND | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P0417 / XCEL ENERGY INC. VOLUNTARY EMPLOYEES | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P0418 / PUBLIC SERVICE ENTERPRISE | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| P0418 / PUBLIC SERVICE ENTERPRISE | ATTN: PETER TROJANO STANDISH ASSET MANAGEMENT LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| P1212/BANK OF THAILAND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P1249 / NORINCHUKIN INVESTMENT GRADE CORP | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P1249 / NORINCHUKIN INVESTMENT GRADE CORP | LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P1488 / THE NATIONAL UNIVERSITY OF SINGAPORE | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| P1493 / JDD HOLDINGS, L.P. | C/O PIMCO 840 NEWPORT CENTER DRIVE, SUITE 300 NEWPORT BEACH CA 92660 |
| P1493 / JDD HOLDINGS, L.P. | ATTN: LEGAL/COMPLIANCE C/O PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P1493 / JDD HOLDINGS, L.P. | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2065 / MSDW DEFINED BENEFIT MASTER TRUST | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2076 / THE SALVATION ARMY | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2124-SERCO PENSION AND LIFE ASSURANCE SCHEME | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2167/ BANK OF ISRAEL | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P2215/EESTI PANK EXTERNAL ASSET MGMT PROGRAMME | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2248/STICHTING GEMEENSCHAPPELIJK BELEGGINGSFONDS | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2278 / PIMCO STICHTING LAURUS PENSIOENFONDS | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2297/METLIFE SEPARATE ACCOUNT NO. 384 | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P2324 / CLIENT INCOME PARTNERSHIPS DEM 0109012324 | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P2324 / CLIENT INCOME PARTNERSHIPS DEM 0109012324 | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P2466/BROMSGROVE HOLDINGS LTD | ATTN:LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P262/STICHTING PENSIOENFONDSABP | APG ALGEMENE PENSIOEN GROEP N.V. WORLD TRADE CENTER SCHIPHOL TOWER G, 3TH FLOOR SCHIPHOL BOULEVARD 239 1118 BH NETHERLANDS |
| P2796/PIMCO BERMUDA JGB FLOATER FOREIGN ALPHA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P2796/PIMCO BERMUDA JGB FLOATER FOREIGN ALPHA | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| P2796/PIMCO BERMUDA JGB FLOATER FOREIGN ALPHA | LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P3940/BROWN BROTHERSHARRIMAN TST CO (CAYMAN) LTD | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| P8882 / HONG KONG POLYTECHNIC | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT |

| Claim Name | Address Information |
|---|---|
| UNIVERSITY | BEACH CA 92660 |
| P9710 / TARGET PORTFOLIO TRUST - INTL BOND PORTFOL | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC COAST BANKERS BANK | PACIFIC COAST BANKERS#APPOS BANK 340 PINE STREET, SUITE 401 SAN FRANCISCO CA 94104 |
| PACIFIC COAST BANKERS BANK | ATTN: TRACY HOLCOMB 340 PINE STREET, SUITE 401 SAN FRANCISCO CA 94104 |
| PACIFIC GAS & ELECTRIC CORPORATION POST RETIREMENT | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| PACIFIC GAS AND ELECTRIC COMPANY | 77 BEALE STREET, MAIL CODE B24A SAN FRANCISCO CA 94105 |
| PACIFIC GAS AND ELECTRIC COMPANY | ATTN: LEGAL 77 BEALE STREET, MAIL CODE B27A SAN FRANCISCO CA 94105 |
| PACIFIC GAS AND ELECTRIC COMPANY | ATTN: TANYA WILLACY PO BOX 7442 SAN FRANCISCO CA 94120 |
| PACIFIC GAS AND ELECTRIC RETIREMENT MASTER TRUST | 909 A STREET TACOMA WA 98402-5120 |
| PACIFIC INTERNATIONAL FINANCE LIMITED | C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE, P.O. BOX 1109, NORTH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LIMITED | C/O PRICEWATERHOUSECOOPERS ATTN: ANTHONY BOSWELL 20TH FLOOR, PRINCE'S BUILDING CENTRAL HONG KONG |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 10 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 11 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 12 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 15 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE P.O. BOX 1109, NORTH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 17 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE P.O. BOX 1109, NORTH STREET GEORGE TOWN, GRAND CAYMAN BRITISH WEST INDIES |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 18 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE P.O. BOX 1109, NORTH STREET, GEORGE TOWN GRAND CAYMAN BRITISH WEST INDIES |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 19 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 21 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 22 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 25 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LIMITED SERIES 9 | MARIAN E BALDWIN CHADBOURNE NEW YORK NY 10112 |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE P.O. BOX 1109, NORTH STREET GEORGE TOWN, GRAND CAYMAN BRITISH WEST INDIES |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 16 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LTD | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE |

| Claim Name | Address Information |
|---|---|
| SERIES 20 | HOUSE P.O. BOX 1109, NORTH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 20 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 23 | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 26 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 27 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 28 | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 30 | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 31 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 32 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 33 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 34 | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 35 | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE LTD SERIES 36 | HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INTERNATIONAL FINANCE SERIES 29 | ATTN: FRANK GODINO PACIFIC INTERNATIONAL FINANCE LIMITED HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| PACIFIC LIFE & ANNUITY COMPANY | ATTN: ELAINE M. HAVENS 700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 26609 |
| PACIFIC LIFE & ANNUITY COMPANY | PACIFIC LIFE & ANNUITY COMPANY 700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PACIFIC LIFE & ANNUITY COMPANY | 700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PACIFIC LIFE & ANNUITY COMPANY | ELAINE M. HAVENS PACIFIC LIFE & ANNUITY COMPANY 700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PACIFIC LIFE INSURANCE COMPANY | PACIFIC MUTUAL LIFE INSURANCE COMPANY 700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PACIFIC LIFE INSURANCE COMPANY | 700 NEWPORT CENTER DR NEWPORT BEACH CA 92660-6397 |
| PACIFIC LIFECORP | 700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PACIFIC NORTHWEST GENERATING COOPERATIVE | ATTN: JON WISSLER PACIFIC NORTHWEST POWER CORPORATION (PNGC) 711 NORTHEAST HALSEY PORTLAND OR 97232-1268 |
| PACIFIC NORTHWEST GENERATINGCOOPERATIVE (WSPP) | 711 NORTHEAST HALSEY PORTLAND OR 97232-1268 |
| PACIFIC SELECT FUND MULTI STRATEGY PORTFOLIO | ATTN: LISA BLOOMBERG C/ O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| PACIFIC SELECT FUND MULTI STRATEGY PORTFOLIO | OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| PACIFIC SUMMIT ENERGY LLC | JIRO MIYAZAKI PACIFIC SUMMIT ENERGY LLC 4675 MACARTHUR COURT SUITE 750 NEWPORT BEACH CA 92660 |
| PACIFIC SUMMIT ENERGY LLC (EEI) | 4675 MACARTHUR COURT SUITE 750 NEWPORT BEACH CA 92660 |
| PACIFIC UNIVERSITY | 2043 COLLEGE WAY FOREST GROVE OR 97116 |
| PACIFIC UNIVERSITY | PACIFIC UNIVERSITY OREGON 2043 COLLEGE WAY FOREST GROVE OR 97116 |
| PACIFICCORP RETIREMENT PLAN | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| PACIFICORP | ATTN: COLIN PERSICHETTI 825 N.E. MULTNOMAH, SUITE 700 LCT PORTLAND OR 97232 |
| PACIFICORP | 825 N.E. MULTNOMAH, SUITE 600 PORTLAND OR 97232-2315 |
| PACIFICORP (AS ASSIGNEE OF MIDAMERICAN ENERGY COMP | C/O PACIFICORP CREDIT & RISK MANAGEMENT ATTN: CREDIT MANAGER 825 NE MULTNOMAH, STE 700 PORTLAND OR 97232 |
| PALM-AIRE-ISLAND CLUB APARTMENTS PARTNERS L.P. | PALM-AIRE-ISLAND CLUB APARTMENTS PARTNERS L.P. 3535 WEST ATLANTIC BOULEVARD POMPANO BEACH FL 33069 |
| PALMETTO HEALTH ALLIANCE | ATTN: EXECUTIVE VICE PRESIDENT, CFO 1301 TAYLOR STREET, SUITE 9A COLUMBIA SC 29201 |
| PALMETTO HEALTH ALLIANCE | ATTN: PAUL K. DUANE, EXECUTIVE VICE PRESIDENT, CFO 1301 TAYLOR STREET, SUITE 9-A COLUMBIA SC 29202 |
| PALMETTO HEALTH ALLIANCE | ATTN: M. CRAIG GARNER, JR. C/O MCNAIR LAW FIRM, P.A. 1301 GERVAIS ST, 17TH FL (29201) PO BOX 11390 COLUMBIA SC 29211 |
| PALMETTO HEALTH ALLIANCE | C/O MCNAIR LAW FIRM, P.A. ATTN: ELIZABETH (LISA) J. PHILP AND M. CRAIG GARNER, JR 100 CALHOUN STREET, STE 400 CHARLESTON SC 29401 |
| PALMETTO HEALTH ALLIANCE | ATTN: ELIZABETH (LISA) J. PHILP & M. CRAIG GARNER, JR. C/O MCNAIR LAW FIRM, P.A. 100 CALHOUN STREET, SUITE 400 (29401) CHARLESTON SC 29401 |
| PALMETTO HEALTH ALLIANCE | ATTN: ELIZABETH (LISA) J. PHILP & M. CRAIG GARNER, JR. C/O MCNAIR LAW FIRM, P.A. 100 CALHOUN STREET, SUITE 400 (29401) PO BOX 1431 CHARLESTON SC 29401 |
| PALMYRA CAPITAL FUND LP | PCA GPI LLC 11111 SANTA MONICA BOULEVARD, SUITE 1100 LOS ANGELES CA 90025 |
| PALMYRA CAPITAL FUND, L.P. | RICHARD A. CHESLEY PAUL, HASTINGS, JANOFSKY & WALKER LLP 191 N. WACKER DR., 30TH FL. CHICAGO IL 60606 |
| PALMYRA CAPITAL INSTITUTIONAL FUND LP | PALMYRA CAPITAL FUND LP 11111 SANTA MONICA BOULEVARD, SUITE 1100 LOS ANGELES CA 90026 |
| PALMYRA CAPITAL INSTITUTIONAL FUND, L.P. | RICHARD A. CHESLEY PAUL, HASTINGS, JANOFSKY & WALKER LLP 191 N. WACKER DRIVE., 30TH FL. CHICAGO IL 60606 |
| PALMYRA CAPITAL OFFSHORE FUND LP | PALMYRA CAPITAL OFFSHORE ADVISORS LLC 11111 SANTA MONICA BOULEVARD, SUITE 1100 LOS ANGELES CA 90025 |
| PALMYRA CAPITAL OFFSHORE FUND, L.P. | RICHARD A. CHESLEY PAUL, HASTINGS, JANOFSKY & WALKER LLP 191 N. WACKER DR., 30TH FL. CHICAGO IL 60606 |
| PANARAMA TOTAL RETURN FUND | ATTN: LISA BLOOMBERG C/O OPPENHEIMERFUNDS INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281-1008 |
| PANARAMA TOTAL RETURN FUND | C/O OPPENHEIMERFUNDS INC. 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| PANDA ENERGY INTERNATIONAL, INC. | 4100 SPRING VALLEY ROAD, SUITE 1001 DALLAS TX 75244 |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| PANTERA VIVE CDO LIMITED SPC SERIES 2007-1 | C/O STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-003 |
| PANTON MASTER FUND LP | 590 MADISON AVENUE, SUITE 25A NEW YORK NY 10022 |
| PAPILLON, MARIE J. | MCDERMOTT WILL & EMERY LLP ATTN: NATHAN F. COCO, CHARLES E. LEVIN 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| PAR INVESTMENT PARTNERS, L.P. | PAR INVESTMENT PARTNERS, L.P. C/O PAR CAPITAL MANAGEMENT ONE INTERNATIONAL PLACE, SUITE 2401 BOSTON MA 02110 |
| PAR IV MASTER FUND LTD | BANK OF NEW YORK – ALTERNATIVE INVESTMENT SERVICES 18 CHURCH STREET, SKANDIA HOUSE HAMILTON HM11 BERMUDA |
| PAR IV MASTER FUND LTD | ATTN: EDWARD LABRENZ C/O PAR-FOUR INVESTMENT MANAGEMENT LLC 50 TICE BLVD. WOODCLIFF LAKE NJ 07677 |
| PAR-FOUR MASTER FUND LTD | EDWARD LABRENZ PAR-FOUR MASTER FUND, LTD. C/O PAR-FOUR INVESTMENT MANAGEMENT, LLC 50 TICE BOULEVARD WOODCLIFF LAKE NJ 07677 |
| PAR-FOUR MASTER FUND LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| PARADISE IRRIGATION DISTRCT | 5325 BLACK OLIVE DRIVE P.O. BOX 2409 PARADISE CA 95967 |

| Claim Name | Address Information |
|---|---|
| PARAMOUNT GLOBAL LIMITED | 13/F, WAH KIT COMMERCIAL CENTRE 302 DES VOUX ROAD CENTRAL HONG KONG |
| PARAMOUNT GLOBAL LIMITED | ATTN: MR. S.M. HEDGE, CFO C/O VIDEOCON INDUSTRIES LTD. FORT HOUSE, 2ND FLOOR 221 D.N. ROAD, FORT, MUMBAI 400 001 INDIA |
| PARAMOUNT GLOBAL LIMITED | MR. S.M. HEDGE, CFO C/O VIDEOCON INDUSTRIES LTD. FORT HOUSE, 2ND FLOOR 221 D.N. ROAD, FORT, MUMBAI 400 001 INDIA |
| PARIS, FRANK M. | MR. STEPHEN G MACKENZIE 103 CHICHESTER ROAD NEW CANAAN CT 06840 |
| PARIS, FRANK M. | C/O STEVEN JAKUBOWSKI THE COLEMAN LAW FIRM 77 WEST WACKER DRIVE SUITE 4800 CHICAGO IL 60601 |
| PARK CENTRE PARTNERS | 8 EXECUTIVE CIRCLE IRVINE CA 92614 |
| PARK TRACE APARTMENTS LIMITEDPARTNERSHIP | 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| PARK TRACE APARTMENTS LIMITEDPARTNERSHIP | PARK TRACE APARTMENTS LIMITEDPARTNERSHIP PAUL BELDIN 1004 FARNAM STREET SUITE 100 OMAHA NE 68102 |
| PARKCENTRAL GLOBAL HUB LIMITED | C/O KPMG ADVISORY LIMITED ATTN: CHARLES THRES/JAMES BENNETT/PETER LOGIE CROWN HOUSE 4 PAR LA VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED ATTENTION: CHARLES THRESH CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | JAMES BENNETT LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | PETER LOGIE LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | C/O KPMG ADVISORY LIMITED ATTN: CHARLES THRES/JAMES BENNETT/PETER LOGIE CROWN HOUSE HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | DEBEVOISE & PLIMPTON LLP RICHARD F HAHN/BRYAN R KAPLAN 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKCENTRAL GLOBAL HUB LIMITED | RICHARD F. HAHN DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKCENTRAL GLOBAL HUB LIMITED | BRYAN R. KAPLAN DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKCENTRAL GLOBAL HUB LIMITED | ATTN: DONALD SHANNON PARKCENTRAL CAPITAL MANAGEMENT 12377 MERIT DRIVE #1700 DALLAS TX 75251 |
| PARKCENTRAL GLOBAL HUB LTD | NITTIN AGGARWALL 129 FRONT STREET HAMILTON HM12 BERMUDA |
| PARKCENTRAL GLOBAL HUB LTD | ATTN: DAVID RADUNSKY, COO PARKCENTRAL CAPITAL MANAGEMENT, L.P. 2300 WEST PLANO PARKWAY PLANO TX 75075 |
| PARKER DRILLING COMPANY | ATTN: DAVID TUCKER 11011 RICHMOND AVE. HOUSTON TX 77042-4773 |
| PARKER DRILLING COMPANY | 5 GREENWAY PLZ STE 100 HOUSTON TX 770460506 |
| PARKER GLOBAL STRATEGIESA/C PGS LARGE CAP TRAX TRU | PGS LARGE CAP TRAX TRUST P.O. BOX 1034 GT, HARBOUR PLACE, 4TH FLOOR 103 CHURCH STREET, GRAND CAYMAN CAYMAN ISLANDS, BRITISH WEST INDIES KY1-1102 CAYMAN ISLANDS |
| PARKER JORDAN METROPOLITAN DISTRICT | R.S. WELLS CORPORATION 6399 SOUTH FIDDLER'S GREEN CIRCLE BUILDING ONE, SUITE 102 GREENWOOD VILLAGE CO 80111 |
| PARMENIDES MASTER FUND, L.P. | C/O SPM JR, LLC ATTN: CHRISTOPHER RUSSELL AND JENELLE SCANLON CLEARWATER HOUSE, 4TH FLOOR 2187 ATLANTIC STREET STAMFORD CT 06902 |
| PARMENIDES MASTER FUND, L.P. | C/O SPM JR, L.L.C. ATTN: CHRISTOPHER RUSSELL CLEARWATER HOUSE, 4TH FLOOR 2187 ATLANTIC STREET STAMFORD CT 06902 |
| PARMENIDES MASTER FUND, L.P. | JENELLE SCANLON C/O SPM JR., L.L.C. CLEARWATER HOUSE, 4TH FLOOR 2187 ATLANTIC STREET STAMFORD CT 06902 |
| PARMENIDES MASTER FUND, L.P. | ATTN: CHRISTOPHER RUSSELL PARMENIDES MASTER FUND, L.P. C/O STRUCTURED SERVICEING TRANSACTIONS GROUP CLEARWATER HOUSE, 2187 ATLANTIC AVENUE STAMFORD CT 06902 |
| PARMENIDES MASTER FUND, L.P. | K&L GATES LLP ATTN JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| PARMENIDES MASTER FUND, L.P. | JEFFREY N. RICH K & L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PARSEC TRADING CORPORATION | ADMINISTRATION OFFICE ROSEBANK CENTRE 11 BERMUDA ROAD PEMBROKE HM 08 BERMUDA |
| PARSEC TRADING CORPORATION | KRISTIN GOING DRINKER BIDDLE & REATH LLP 1500 K STREET, N.W. SUITE 1100 WASHINGTON DC 20005 |

| Claim Name | Address Information |
|---|---|
| PARTNER RE SA CORE EQUITY PORTFOLIO | ATTN: ASSOCIATE GENERAL COUNSEL CHESNEY HOUSE, 96 PITTS BAY ROAD PEMBROKE HM08 BERMUDA |
| PARTNER RE SA CORE EQUITY PORTFOLIO | ATTN: TREASURY GROUP CHESNEY HOUSE, 96 PITTS BAY ROAD PEMBROKE HM08 BERMUDA |
| PARTNER RE SA CORE EQUITY PORTFOLIO | ATTN: DAVID GRAHAM, PORTFOLIO MANAGER PARTNERRE ASSET MANAGEMENT CORPORATION ONE GREENWICH PLAZA GREENWICH CT 06830 |
| PARTNER RE SA CORE EQUITY PORTFOLIO | ATTN: CATHY A. HAUCK, CHIEF COMPLIANCE OFFICER PARTNERRE ASSET MANAGEMENT CORPROATION ONE GREENWICH PLAZA GREENWICH CT 06830 |
| PARTNER REINSURANCE COMPANY LTD. | WELLESLEY HOUSE ATTN: JON LABERGE 90 PITTS BAY ROAD PEMBROKE HM08 BERMUDA |
| PARTNERS IN PROPHET, LTD. | PARTNERS IN PROPHET, LTD. 5000 PLAZA ON THE LAKE, SUITE 180 AUSTIN TX 78746 |
| PASHCOW FAMILY PARTNERSHIP, LP, THE | ATTN: RONNIE BARRIE GETZ PO BOX 1189 GREAT NECK NY 11023-0189 |
| PASSAVANT MEMORIAL AREA HOSPITAL | 1600 WEST WALNUT JACKSONVILLE IL 62650 |
| PASSAVANT MEMORIAL AREA HOSPITAL | PASSAVANT MEMORIAL AREA HOSPITAL 1600 WEST WALNUT STREET JACKSONVILLE IL 62650 |
| PATRICK J. COLLINS | 103 CHICHESTER ROAD NEW CANAAN CT 06840 |
| PAUL HAMLYN FOUNDATION | 18 QUEEN ANNE'S GATE LONDON SWIH 9AA UNITED KINGDOM |
| PAUL HAMLYN FOUNDATION | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 ATTN: KEVIN BROADWATER NEWPORT BEACH CA 92660 |
| PAULSON ADVANTAGE MASTER LTD | C/O PAULSON & CO. INC. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON ADVANTAGE PLUS MASTER LTD | C/O PAULSON & CO. INC. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF T HE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER II LTD | C/O PAULSON & CO. INC. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | C/O PAULSON & CO. INC. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAYPAL INC. | 160 GREENTREE DRIVE DOVER DE 19904 |
| PAYPAL PRIVATE LIMITED | 89 NEIL ROAD,  #03-01 FRANCE BUSINESS CENTRE SINGAPORE 88849 SINGAPORE |
| PB CAPITAL CORPORATION | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE |
| PB CAPITAL CORPORATION | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| PB CAPITAL CORPORATION | ATTN: GENERAL COUNSEL 230 PARK AVENUE NEW YORK NY 10169 |
| PB CAPITAL CORPORATION | 230 PARK AVENUE NEW YORK NY 10169 |
| PB FINANCIAL SERVICES INC | ATTN: CT CORPORATION 1209 ORANGE STREET WILMINGTON DE 10292 |
| PB FINANCIAL SERVICES INC | CT CORPORATION 1209 ORANGE STREET WILMINGTON DE 10292 |
| PB FINANCIAL SERVICES, INC. | ATTN: ZEJREME RADONCIC ONE NEW YORK PLAZA, 13TH FLOOR NEW YORK NY 10292 |
| PB FINANCIAL SERVICES, INC. | ALSTON & BIRD LLP ATTN: WILLIAM SUGDEN, ESQ. 1201 WEST PEACHTREE ST. ATLANTA GA 30309 |
| PCS ADMINISTRATION (USA), INC. MASTER TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1268 385 E. COLORADO BLVD PASADENA CA 91101 |
| PDV INSURANCE COMPANY LTD. | 44 CHURCH STREET HAMILTON HM 12 BERMUDA |
| PDV INSURANCE COMPANY LTD. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PEABODY ENERGY CORPORATION | C/O BRYAN L. SUTTER, ESQ. 701 MARKET STREET, STE 900 ST. LOUIS MO 63101-1826 |
| PEACE MARK (HOLDINGS) LTD. | UNIT 3, 12/F, CHEUNG FUNG INDUSTRIAL BUILDING TSUEN WAN HONG KONG |
| PEACE MARK (HOLDINGS) LTD. | EDDY CHANG, GROUP FINANCIAL CONTROLLER UNIT 3, 12/F, CHEUNG FUNG INDUSTRIAL BUILDING TSUEN WAN HONG KONG |
| PEARL FINANCE PLC | SERIES 2003-6 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PEARL FINANCE PLC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PEARL FINANCE PLC – SERIES 2003-1 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:  SANAJAY JOBANPUTRA – VICE |

| Claim Name | Address Information |
|---|---|
| PEARL FINANCE PLC - SERIES 2003-1 | PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PEARL FINANCE PLC - SERIES 2003-1 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 130 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PEARL FINANCE PLC - SERIES 2003-4 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:  SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PEARL FINANCE PLC - SERIES 2003-4 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO EMEA 131 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PEARL FINANCE PLC - SERIES 2003-5 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:  SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PEARL FINANCE PLC - SERIES 2003-5 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 132 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PEARL FINANCE PLC - SERIES 2003-8 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORP TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PEARL FINANCE PLC - SERIES 2003-8 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| PEARL FINANCE PLC - SERIES 2005-1 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PEARL FINANCE PLC - SERIES 2005-1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ EMEA 136 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PEARL FINANCE PLC SERIES 2005-1 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: SETH CAMERON AIRLIE GROUP 115 E PUTNAM AVE GREENWICH CT 06830 |
| PEBBLE CREEK 2007-3 LIMITED | ATTN: JAMES SPIOTTO CHAPMAN AND CUTLER LLP CHICAGO IL 60603-4080 |
| PEBBLE CREEK LCDO 2006-1 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2006-1 LTD | THE DIRECTORS PEBBLE CREEK LCDO 2006-1, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2006-1 LTD | DALE CROWLEY MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2006-1 LTD | STRUCTURED FINANCE GROUP, CBO/CLO MONITORING MOODY#APPOSS INVESTORS SERVICE 99 CHURCH STREET NEW YORK NY 10007 |
| PEBBLE CREEK LCDO 2006-1 LTD | SCDO_SURVEILLANCE@SANDP.COM STANDARD #AMPER POOR#APPOSS RATINGS SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| PEBBLE CREEK LCDO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. MARK ELLENBERG, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| PEBBLE CREEK LCDO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET MARK ELLENBERG, ESQ. WASHINGTON DC 20001 |
| PEBBLE CREEK LCDO 2007-2 LTD | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-2 LTD | C/O DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1094 GEORGE TOWN, GRAND CAYMAN KYI-1104 CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-2 LTD | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-003 |
| PEBBLE CREEK LCDO 2007-3, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-3, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. MARK ELLENBERG, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| PEBBLE CREEK LCDO 2007-3, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| PENEDES PENSIO 1, FONS DE PENSIONS | RAMBLA NOSTRA SENYORA, 214 VILAFRANCA DEL PENEDES 8720 SPAIN |

| Claim Name | Address Information |
|---|---|
| PENN MUTUAL LIFE INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PENN MUTUAL LIFE INSURANCE COMPANY | ATTN: JOSHUA MYERS 600 DRESHER ROAD, C1A HORSHAM PA 19044 |
| PENN NATIONAL GAMING INC | PENN NATIONAL GAMING, INC. 825 BERKSHIRE BOULEVARD, SUITE 200 WYOMISSING PA 19610 |
| PENN NATIONAL GAMING INC | ROBERT S. IPPOLITO PENN NATIONAL GAMING, INC. 825 BERKSHIRE BOULEVARD, SUITE 200 WYOMISSING PA 19610 |
| PENN NATIONAL GAMING INC | ATTN: ROBERT S. IPPOLITO 825 BERKSHIRE BOULEVARD, SUITE 200 WYOMISSING PA 19610 |
| PENN VIRGINIA CORPORATION | THREE RADNOR CORPORATE CENTER, SUITE 300 100 MATSONFORD ROAD RADNOR PA 19087 |
| PENN WEST PETROLEUM LIMITED | ATTN:  MAGNI LAKE SUITE 200 207 - 9TH AVENUE SW CALGARY AB T2P 1K3 CANADA |
| PENN WEST PETROLEUM LIMITED | ATTN: MS. MAGNI LAKE MANAGER, MARKETING SUITE 2000, 425 - 1ST STREET S. W. CALGARY AB T2P 3L8 CANADA |
| PENN WEST PETROLEUM LIMITED | MAGNI LAKE, MANAGER SUITE 2200 425-1ST ST SW CALGARY, AB T2P 3L8 CANADA |
| PENN WEST PETROLEUM LTD | ATTN: DAVID STERNA SUITE 2000, 425 - 1ST STREET S.W. CALGARY AB T2P 3L8 CANADA |
| PENN WEST PETROLEUM LTD. (EDI) | ATTN: DAVID STERNA, VP SUITE 200, 207 NINTH AVE SW CALGARY AB T2P 1K3 CANADA |
| PENN WEST PETROLEUM LTD. (EDI) | ATTN: MAGNI LAKE, MANAGER SUITE 2200 425-1ST ST SW CALGARY AB T2P 3L8 CANADA |
| PENNS LANDING CDO 2007-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PENNS LANDING CDO 2007-1 | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PENNS LANDING CDO 2007-1 | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| PENNS LANDING CDO 2007-1 | ATTN: ANDREA H. FOX DELAWARE INVESTMENT ADVISERS GREENSBORO NC 27401 |
| PENNSYLVANIA CONVENTION CENTER AUTHORITY, THE | GEORGE T. MAGNATTA, ESQUIRE ADAM H. ISENBERG, ESQUIRE SAUL EWING LLP CENTRE SQUARE WEST 1500 MARKET ST. 38TH FL. PHILADELPHIA PA 19102 |
| PENNSYLVANIA CONVENTION CENTER AUTHORITY, THE | MADELINE APOLLO VICE PRESIDENT OF FINANCE ONE CONVENTION CENTER PLACE 1101 ARCH STREET PHILADELPHIA PA 19107-2299 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | JOHN F. GORYL, ASSOCIATE COUNSEL 211 N. FRONT ST. HARRISBURG PA 17101 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | PENNSYLVANIA HOUSING FINANCE AGENCY 2101 NORTH FRONT STREET HARRISBURG PA 17110 |
| PENNSYLVANIA POWER AND LIGHT COMPANY RETIREMENT PL | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES` RETIREMENT S | ROBERT MENDELSON MORGAN LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES` RETIREMENT S | C/O ALAN VAN NOORD, CFA, CHIEF INVESTMENT OFFICER AND JEFFREY B. CLAY, EXECUTIVE DIRECTOR P.O. BOX 125 HARRISBURG PA 17108-0125 |
| PENSIOENFONDS | MEDEWERKERS APOTHEKEN NEUHUYSKADE 92 DEN HAAG 2596 XM NETHERLANDS |
| PENSION ASSET COMMITTEE OF TWIN CITIES HOSPITALS - | PENSION ASSET COMMITTEE OF TWIN CITIES HOSPITALS - MINNESOTA NURSES 101 PARK AVENUE ATTN: ROBERT MENDELSON, MORGAN, LEWIS & BOCKIUS LLP NEW YORK NY 10178 |
| PENSION ASSET COMMITTEE OF TWIN CITIES HOSPITALS - | ASSOCIATION PENSION PLAN, C/O SUSAN SLOCUM 3001 METRO DRIVE # 500 BLOOMINGTON MN 55425 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: TERENCE DUNN C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC. PO BOX 32339 GATEWAY CENTER 2, 3RD FLOOR NEWARK NJ 07102 |
| PENSION BENEFIT GUARANTY CORPORATION | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1636 385 E. COLORADO BLVD PASADENA CA 91101 |
| PENSION FUND ENCI | PO BOX 3233 DE 'S-HERTOGENBOSCH 5203 NETHERLANDS |
| PENSION FUND OF THE CHRISTIAN CHURCH (DISCIPLES OF | ATTN: DAVID STONE 130 EAST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| PENSION PLAN FOR THE EMPLOYEES OF CONCORDIA UNIVER | ATTN: MARYSE PICARD CONCORDIA UNIVERSITY 1455 DE MAISONNEUVE O., SUITE GM 804 MONTREAL QC H3G 1M8 CANADA |
| PENSION PLAN OF HERCULES INC | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-782 385 E. COLORADO BLVD. PASADENA CA 91101 |

| Claim Name | Address Information |
|---|---|
| PENSION PLAN OF THE CHUBB CORPORATION, CHUBB & SON | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1779 385 E. COLORADO BLVD PASADENA CA 91101 |
| PENTWATER CREDIT PARTNERS FUND LTD | ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PENTWATER CREDIT PARTNERS FUND LTD | PENTWATER CREDIT PARTNERS HOLDINGS FUND LTD. C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| PENTWATER CREDIT PARTNERS FUND LTD | LEGAL DEPARTMENT C/O PENTWATER CAPITAL MANAGEMENT LP 227 W. MONROE STREET SUITE 4000 CHICAGO IL 60606 |
| PENTWATER GROWTH FUND LTD | ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PENTWATER GROWTH FUND LTD | PENTWATER GROWTH FUND LTD. ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| PEOPLE'S BANK | ATTN: ROBERT E. TRAUTMANN, EVP 850 MAIN STREET, 16TH FL. BRIDGEPORT CT 06604-4913 |
| PEOPLE'S BANK OF CHINA | C/O STATE ADMINISTRATION OF FOREIGN EXCHANGE ATTN: MS. WAN TONGJUN & MR. CUI HAILIANG 3/F PING'AN MANSION 23 JINRONG STREET, XICHENG DISTRICT BEIJING 100140 CHINA |
| PEOPLE'S ENERGY CORP RETIREMENT BENEFIT PLAN | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| PEOPLE'S UNITED BANK | ELIZABETH J. AUSTIN PULLMAN & COMLEY, LLC 850 MAIN STREET, 8TH FLOOR BRIDGEPORT CT 06604 |
| PEOPLES ENERGY CORPORATION PENSION TRUST | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| PEPCO ENERGY SERVICES INC | 1300 NORTH 17TH ST SUITE 1600 ARLINGTON VA 22209 |
| PEPCO ENERGY SERVICES INC | ATTN: CONTRACTS ADMINISTRATOR/CREDIT DEPT/PETER MEIER, VP 1300 NORTH 17TH STREET SUITE 1600 ARLINGTON VA 22209 |
| PEPCO ENERGY SERVICES INC | ATTN: PETER MEIER, VP 1300 NORTH 17TH STREET SUITE 1600 ARLINGTON VA 22209 |
| PEQUOT COSMOS MASTER FUND LTD | ATTN: ARYEH DAVIS, MARIA PIRRO PEQUOT CAPITAL MANAGEMENT, INC. 500 NYALA FARM ROAD WESTPORT CT 06880 |
| PEQUOT COSMOS MASTER FUND LTD | PEQUOT CAPITAL MANAGEMENT INC. 153 EAST 53RD STREET, 35TH FLOOR NEW YORK NY 10022 |
| PEQUOT CREDIT OPPORTUNITIES FUND, L.P. | ATTN: RICHARD JOSLIN PEQUOT CAPITAL MANAGEMENT INC. 500 NYALA FARM ROAD WESTPORT CT 06880 |
| PEQUOT CREDIT OPPORTUNITIES FUND, L.P. | PEQUOT CAPITAL MANAGEMENT INC. 153 EAST 53RD STREET, 35TH FLOOR NEW YORK NY 10022 |
| PEQUOT DIVERSIFIED MASTER FUND, LTD. | PEQUOT CAPITAL MANAGEMENT INC. 153 EAST 53RD STREET, 35TH FLOOR NEW YORK NY 10022 |
| PEQUOT SHORT CREDIT MASTER FUND LTD | ATTN: ARYEH DAVIS, COO/GENERAL COUNSEL PEQUOT CAPITAL MANAGEMENT, INC. 500 NYALA FARM ROAD WESTPORT CT 06880 |
| PEQUOT SHORT CREDIT MASTER FUND LTD | PEQUOT CAPITAL MANAGEMENT INC. 153 EAST 53RD STREET, 35TH FLOOR NEW YORK NY 10022 |
| PERE UBU INVESTMENTS LP | ATTN: ERIN MCDANIEL – C/O OHIM SERVICES 201 MAIN STREET, SUITE 1000 FORT WORTH TX 76102 |
| PERE UBU INVESTMENTS LP | JOHN FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| PERPETUAL TRUSTEE CO LTD AS TRUSTEE FOR TRILOGY AS | SERIES 1 LEVEL 12, ANGEL PLACE, 123 PITT STREET SYDNEY NSW 2000 AUSTRALIA |
| PERSEUS CDO I, LIMITED | ATTN: EFREM MARDER BABSON CAPITAL MANAGEMENT LLC 1500 MAIN STREET SPRINGFIELD MA 01115 |
| PERSEUS CDO I, LIMITED | 600 TRAVIS STREET 9TH FLOOR HOUSTON TX 28039 |
| PERSEUS I, INC | JAMES MEAGHER INVESTORS BANK #AMPER TRUST 200 CLARENDON STREET BOSTON MA 02116 |
| PERSONALVORSORGESTIFTUNG DER IBM (SCHWEIZ) | 909 A STREET TACOMA WA 98402-5120 |
| PETRACA FINANCE PUBLIC LIMITED COMPANY | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA, VP, |

| Claim Name | Address Information |
|---|---|
| SERIES 2002 | GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PETRACA FINANCE PUBLIC LIMITED COMPANY SERIES 2002 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 144 NEW YORK NY 10022 |
| PETRO DIAMOND RISK MANAGEMENT LIMITED | ATTN: CHIEF FINANCIAL OFFICER MIDCITY PLACE 71 HIGH HOLBORN LONDON WC1V 6BA UNITED KINGDOM |
| PETRO-DIAMOND RISK MANAGEMENT LIMITED | C/O TILAND METALS LIMITED MID CITY PLACE 71 HIGH HOLBORN LONDON WC1V 6BA UNITED KINGDOM |
| PETROLEUM DEVELOPMENT OMAN – | – OMANI STAFF PENSION FUND P.O. BOX 81 PC 100 MUSCAT OMAN |
| PETROLEUM DEVELOPMENT OMAN OMANI PENSION FUND SCHE | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PFIZER MASTER TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| PFIZER MASTER TRUST | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PG ALTERNATIVE STRATEGIESPCC | C/O PARTNERS GROUP ZUGERSTRASSE 57 BAAR-ZUG 6341 SWITZERLAND |
| PG&E – CORE GAS PROCUREMENT FUNCTION | 77 BEALE STREET, MAIL CODE B24A SAN FRANCISCO CA 94105 |
| PG&E – CORE GAS PROCUREMENT FUNCTION (NAESB) | 77 BEALE STREET, MAIL CODE B27A SAN FRANCISCO CA 94105 |
| PG&E CORPORATION RETIREMENT MASTER TRUST | ONE MARKET SPEAR TOWER SAN FRANCISCO CA 94015 |
| PG&E VEBA PLAN | 909 A STREET TACOMA WA 98402-5120 |
| PGA HOLDINGS INC | PGA HOLDINGS, INC. C/O PRESS, GANEY ASSOCIATES, INC. 404 COLUMBIA PLACE SOUTH BEND IN 46601 |
| PGA HOLDINGS INC | ATTN: MARK NEAL PGA HOLDINGS, INC. C/O PRESS, GANEY ASSOCIATES, INC. 404 COLUMBIA PLACE SOUTH BEND IN 46601 |
| PGS LARGE CAP TRAX TRUST | MS. DEANNA DERRICK PGS LARGE CAP TRAX TRUST P.O. BOX 1034 GT, HARBOUR PLACE, 4TH FLOOR 103 CHURCH STREET, GRAND CAYMAN CAYMAN ISLANDS, BRITISH WEST INDIES KY1-1102 CAYMAN ISLANDS |
| PGS LARGE CAP TRAX TRUST | ATTN: CAROLINE BENTZ PGS LARGE CAP TRAX TRUST C/O PARKER GLOBAL STRATEGIES, LLC 1177 SUMMER STREET, 6TH FLOOR STAMFORD CT 06905 |
| PGS LARGE CAP TRAX TRUST | CAROLINE BENTZ PGS LARGE CAP TRAX TRUST C/O PARKER GLOBAL STRATEGIES, LLC 1177 SUMMER STREET, 6TH FLOOR STAMFORD CT 06905 |
| PGS LARGE CAP TRAX TRUST | STACEY REDFORD PGS LARGE CAP TRAX TRUST C/O PARKER GLOBAL STRATEGIES, LLC 1177 SUMMER STREET, 6TH FLOOR STAMFORD CT 06905 |
| PGS TORTOISE HIGH INCOME INVESTMENT TRUST | ATTN: MS. DEANNA DERRICK PGS TORTOISE HIGH INCOME INVESTMENT TRUST 103 CHURCH STREET, P.O. BOX 1034 GT, HARBOUR PLACE, 4TH FLOOR GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PGS TORTOISE HIGH INCOME INVESTMENT TRUST | MS. DEANNA DERRICK PGS TORTOISE HIGH INCOME INVESTMENT TRUST 103 CHURCH STREET, P.O. BOX 1034 GT, HARBOUR PLACE, 4TH FLOOR GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PGS TORTOISE HIGH INCOME INVESTMENT TRUST | CAROLINE BENTZ PGS TORTOISE HIGH INCOME INVESTMENT TRUST 1177 SUMMER STREET, 6TH FLOOR C/O PARKER GLOBAL STRATEGIES, LLC 6905 |
| PGS TORTOISE HIGH INCOME INVESTMENT TRUST | STACEY REDFORD PGS TORTOISE HIGH INCOME INVESTMENT TRUST 1177 SUMMER STREET, 6TH FLOOR C/O PARKER GLOBAL STRATEGIES, LLC 6905 |
| PHARO MACRO FUND LTD | ATTN: JEFFREY HANLON C/O PHARO MANAGEMENT LLC 1370 AVENUE OF THE AMERICAS, SUITE 2603 NEW YORK NY 10019 |
| PHARO MACRO FUND, LTD | ATTN: JEFF HANLON 1370 AVENUE OF THE AMERICAS SUITE 2603 NEW YORK NY 10019 |
| PHARO MACRO FUND, LTD | KATTEN MUCHIN ROSENMAN LLP ATTN: MARILYN SELBY OKOSHI 575 MADISON AVENUE NEW YORK NY 10022 |
| PHH MORTGAGE SERVICES CORPORATION | 6000 ATRIUM WAY MOUNT LAURAL 8054 |
| PHIBRO LLC | ATTN: MICHAEL D YOUNG 500 NYALA FARM ROAD WESTPORT CT 06880 |
| PHIBRO LLC | ATTN: TREASURER 500 NYALA FARMS WESTPORT CT 06880 |
| PHIBRO LLC | 500 NYALA FARMS WESTPORT CT 06880 |

| Claim Name | Address Information |
|---|---|
| PHIBRO LLC | PAU, WEISS, RIFKIND, WHARTON & GARRISON ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PHILADELPHIA MUNICIPAL EMPLOYEES RETIREMENT SYSTEM | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-803 385 E. COLORADO BLVD PASADENA CA 91101 |
| PHILADELPHIA MUSEUM OF ART | BENJAMIN FRANKLIN PARKWAY AND 26TH STREET PHILADELPHIA PA 19130 |
| PHILIP MORRIS FINANCE S.A. | AVENUE DE RHODANIE 50 LAUSANNE 1007 SWITZERLAND |
| PHILIP MORRIS FINANCE SA | PHILIP MORRIS FINANCE SA AVENUE DE RHODANIE 50 CASE POSTALE LAUSANNE 1171-1001 SWITZERLAND |
| PHILIP MORRIS FINANCE SA | ATTN: CONTROLLER ALTRIA FINANCE EUROPE AG P.O. BOX 855 CHOLLERSTRASSE 4 ZUG CH-6301 SWITZERLAND |
| PHILIP MORRIS FINANCE SA | ATTN: MANAGER, BANK ALTRIA CORPORATE SERVICES, INC. 120 PARK AVENUE NEW YORK NY 10017 |
| PHILIPPINE AIRLINES INC | POST OFFICE BOX 1344 MAKATI CITY, PHILIPPINES |
| PHILIPPINE AIRLINES INC | ATTN: VP-LEGAL AFFAIRS LEGAL AFFAIRS DEPARTMENT 9TH FLOOR, PAL CENTER LEGASPI ST., LEGASPI VILLAGE MAKATI CITY 1229 PHILIPPINES |
| PHILIPPINE AIRLINES INC | POST OFFICE BOX 1344 MAKATI CITY PHILLIPINES |
| PHILIPPINE AIRLINES, INC. | ATTN: MICHAEL TAN, AVP TREASURY 5TH FLOOR PNB FINANCIAL CENTER PRES. DIOSDADO P. MACAPAGAL AVE. CCP COMPLEX PASAY CITY 1200 PHILIPPINES |
| PHILLIP H MORSE | 194 BIRKDALE LANE LOXAHATCHEE CLUB JUNIPER FL 33458 |
| PHOEBE MINISTRIES | 1925 TURNER STREET ALLENTOWN PA 18104 |
| PHOEBE MINISTRIES | PHOEBE MINISTRIES 1925 TURNER STREET ALLENTOWN PA 18104 |
| PHOEBE PUTNEY HEALTH SYSTEM, INC. | C/O SHATTUCK HAMMOND PARTNERS 3290 NORTHSIDE PARKWAY, SUITE 925 ATLANTA GA 30327 |
| PHOEBE PUTNEY HEALTH SYSTEM, INC. | C/O PHOEBE PUTNEY MEMORIAL HOSPITAL 417 THIRD AVENUE P.O. BOX 1828 ALBANY GA 31701 |
| PHOEBE PUTNEY HEALTH SYSTEM, INC. | P.O. BOX 1828 ALBANY NY 31702 |
| PHOEBE-DEVITT HOMES, PHOEBE HOMES, INC., | PHOEBE BERKS HEALTH CARE CENTER, INC. AND PHOEBE SERVICES, INC. C/O PHOEBE MINISTRIES 1925 TURNER STREET ALLENTOWN PA 18104 |
| PHOENIX 2002-1 LIMITED | C/O THE BANK OF NEW YORK MELLON GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ATTN: SANJAY JOBANPUTRA ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PHOENIX 2002-1 LIMITED | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHOENIX 2002-2 LIMITED | C/O THE BANK OF NEW YORK MELLON GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ATTN: SANJAY JOBANPUTRA ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PHOENIX 2002-2 LIMITED | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHOENIX ARTS LLC | 2332 SECOND AVENUE NORTH BRIRMINGHAM AL 35203 |
| PHOENIX F1 | NEUBRANDENBURGSTRASSE S.A.R.L ATTN: COLIN BLACKMORE JER REAL ESTATE ADVISORS (UK) LTD. CLARGES HOUSE, CLARGES STREET LONDON W1J 8AD UNITED KINGDOM |
| PHOENIX F1 | MICHAEL H. TORKIN ESQ. & NED S. SCHODEK ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHOENIX F1 NEUBRANDENBURGSTRASSE | ATTN: MANAGER PHOENIX F1 - NEUBRANDENBURGSTRASSE S.A.R.L. 25 B, BOULEVARD ROYAL R.C.S. LUXEMBOURG B 110.514 LUXEMBOURG L-2449 LUXEMBOURG |
| PHOENIX II MIXED L | 25B, BOULEVARD ROYAL, LUXEMBOURG R.C.S. LUXEMBOURG L-2449 LUXEMBOURG B |
| PHOENIX II MIXED L | 25B, BOULEVARD ROYAL, R.C.S. LUXEMBOURG L-2449 LUXEMBOURG B |
| PHOENIX II MIXED L S.A.R.L. | JER REAL ESTATE ADVISORS (UK) LTD ATTN:   COLIN BLACKMORE CLARGES HOUSE, CLARGES STREET LONDON WIJ 8AD UNITED KINGDOM |
| PHOENIX II MIXED L S.A.R.L. | SHEARMAN & STERLING NED S SHODEK, MICHAEL H TORKIN 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHOENIX III MIXED U | PHOENIX III MIXED U S.A.R.L. 25B, BOULEVARD ROYAL, R.C.S. LUXEMBOURG B 111.631 LUXEMBOURG L-2449 LUXEMBOURG |
| PHOENIX III MIXED U S A.R.L. | JER REAL ESTATE ADVISORS (UK) LTD ATTN:   COLIN BLACKMORE CLARGES HOUSE, |

| Claim Name | Address Information |
| --- | --- |
| PHOENIX III MIXED U S A.R.L. | CLARGES STREET LONDON W1J 8AD MA 02116 UNITED KINGDOM |
| PHOENIX III MIXED U S A.R.L. | SHEARMAN & STERLING NED S SHODEK, MICHAEL H TORKIN 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHOENIX PARTNERS | C/O SENTINEL REALTY ADVISORS CORPORATION 1251 AVENUE OF AMERICAS NEW YORK NY 10020 |
| PHOENIX PRESERVATION PARTNERSHIP, L.P. | PHOENIX PRESERVATION PARTNERSHIP, L.P. C/O CATHEDRAL DEVELOPMENT GROUP (GENERAL PARTNER) 5 CATHEDRAL SQUARE PROVIDENCE RI 02903 |
| PHOENIX PRESERVATION PARTNERSHIP, L.P. | C/O CATHEDRAL DEVELOPMENT GROUP (GENERAL PARTNER) PROVIDENCE RI 02903 |
| PHOENIX SERIES 2002-1 | ATTN: THE DIRECTORS P.O. BOX 1093, BOUNDARY HALL CRICKET SQUARE, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS BRITISH WEST INDIES |
| PHOENIX SERIES 2002-1 | P.O. BOX 1093, BOUNDARY HALL CRICKET SQUARE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PHOENIX SERIES 2002-1 | ATTN: SIMONE MARTIN C/O PURRINGTON MOODY WEIL LLP 320 WEST 13TH STREET, 5TH FLOOR NEW YORK NY 10014 |
| PHOENIX SERIES 2002-2 | ATTN: DIRECTORS C/O QSVP LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PHOENIX SERIES 2002-2 | P.O. BOX 1093, BOUNDARY HALL CRICKET SQUARE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PHS GROUP PLC | WESTERN INDUSTRIAL ESTATE CAERPHILLY CF83 1XH UNITED KINGDOM |
| PICERNE DEVELOPMENT CORP OF FLORIDA | ATTN: RICHARD HALEY C/O RICHARD R. HALEY 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS FL 32714 |
| PICKERSGILL INC. | VENABLE LLP ATTN EDWARD A SMITH 1270 AVENUE OF THE AMERICAS 25TH FL NEW YORK NY 10020 |
| PICKERSGILL INC. | 615 CHESTNUT AVENUE TOWSON MD 21204 |
| PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUS | ATTN: RICHARD LEBRUN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY II TRUST, | A SUB-TRUST OF PIMCO CAYMAN UNIT TRUST ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY II TRUST, A SUB-TRU | UNIT TRUST PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV E-FUND - (#4899) | PIMCO OFFSHORE FUNDS ATTN: RICHARD LEBRUN 87 MARY STREET, GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND | PIMCO OFFSHORE FUNDS ATTN: RICHARD LEBURN 87 MARY STREET GEORGETOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY III (4803) | ATTN: RICHARD LE BURN WLAKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO BERMUDA DEVELOPING LOCAL MARKETS FUND - (#37 | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUST FOR STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA EMERGING LOCAL BOND FUND - (#3760) | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA EMERGING LOCAL BOND FUND - (#3760) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA FOREIGN LOW DURATION FUND - (#2742) | PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA GLOBAL HIGH YIELD FUND II - (#3761) | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA JAPAN COREPLUS FUND - (#3749) | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA JGB FLOATER U.S. STRATEGY | PIMCO BERMUDA TRUST II ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET |

| Claim Name | Address Information |
|---|---|
| FUND – (#2 | P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA TRUST IV – PIMCO BERMUDA EMERGING CU | HIGH INCOME FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA TRUST IV – PIMCO BERMUDA EMERGING CU | FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA U.S. HIGH YIELD FUND II (M) – (#3716 | PIMCO BERMUDA TRUST II ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA US LOW DURATION FUND – (#2741) | PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BROAD MARKET STOCKSPLUS TOTAL RETURN FUND (# | ATTN: RICHARD LEBRUN 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO CANADA CANADIAN COREPLUS BOND TRUST (# 1711) | PIMCO CANADA TRUST ATTN: ARTHUR ONG 30 ADELAIDE STREET EAST, SUITE 1100 TORONTO ON M5C 3G6 CANADA |
| PIMCO CANADA CANADIAN COREPLUS BOND TRUST (# 1711) | KEVIN BROADWATER PACIFIC INVESTMENT MANGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN AUSTRALIAN MULTI-SECTOR FUND – (#2760 | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN COMMODITY FUND I LTD – (# 3728) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN COMMODITY FUND I LTD – (# 3728) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN EMERGING LOCAL BOND FUND | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN BOND FUND – | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET PO BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN BOND FUND – | PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN BOND FUND – (#2755) PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN INCOME FUND | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET PO BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STRET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL EX-JAPAN BOND FUND – (#2730) | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL HIGH INCOME FUND – (#2764) | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL LIBOR PLUS (YEN-HEDGED) FUND – | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE, FORT STREET, P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN JAPAN COREPLUS FUND – (#2750) | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN JAPAN LOW DURATION FUND – (#2751) | PIMCO TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN JAPAN LOW DURATION FUND – (#2751) | PACIFIC INVESTEMENT MANAGMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN U.S. BOND FUND – (#2725) | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN U.S. BOND FUND – (#2725) | PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN U.S. TOTAL RETURN FUND | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. |

| Claim Name | Address Information |
|---|---|
| (#2767) | BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN U.S. TOTAL RETURN FUND (#2767) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTRAL DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN UK LONG DURATION FUND- (#2769) | PIMCO OFFSHORE FUNDS ATTN: RICHARD LEBRUN 87 MARY STREET, GEORGE TOWN GRAND CAYMAN KY1- 9002 CAYMAN ISLANDS |
| PIMCO COMBINED ALPHA STRATEGIES- (#4861) | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1- 9002 CAYMAN ISLANDS |
| PIMCO COMBINED ALPHA STRATEGIES- (#4861) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CONVERTIBLE FUND - (#761) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO DEVELOPING LOCAL MARKETS PORTFOLIO (#718) | PRIVATE ACCOUNT PORTFOLIO SERIES ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO DEVELOPING LOCAL MARKETS PORTFOLIO (#718) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO DISTRESSED MORTGAGE FUND, L.P. - (# 4670) | ATTN: RICHARD LEBRUN 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO EMERGING BOND STRATEGY FUND (#3753) | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET PO BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO EMERGING MARKETS BOND FUND (M) - (#2737) | PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET PO BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO EURO TOTAL RETURN FUND - (#2734) | PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO EURO TOTAL RETURN FUND - (#2734) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 |
| PIMCO EUROPEAN STOCKSPLUS TR STRATEGY FUND (#783) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO FAR EAST (EX-JAPAN) STOCKSPLUS TR STRATEGY F | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO FLOATING RATE STRATEGY FUND | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FOREIGN BOND PORTFOLIO (U.S. DOLLAR-HEDGED) | PIMCO VARIABLE INSURANCE TRUST ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO FUNDAMENTAL INDEXPLUS TR FUND (#729) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO FUNDAMENTAL INDEXPLUS TR FUND (#729) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC EMERGING | FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC EURO LONG | DURATION FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC EURO LONG | FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: PRIVATE ACCOUNT PORTFOLIO SERIES DEVE | PORTFOLIO PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FUNDS: PRIVATE ACCT PORTFOLIO SERIES DEVELOP | MARKETS PORTFOLIO ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND (U.S. DOLLAR-HEDGED) - (#78 | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL CREDIT OPPORTUNITY FUND - (#4805) | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KYI-9002 CAYMAN ISLANDS |
| PIMCO GLOBAL HIGH YIELD STRATEGY FUND - (#3752) | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET, P.O BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO GLOBAL REAL RETURN FUND | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA |

| Claim Name | Address Information |
|---|---|
| PIMCO GLOBAL REAL RETURN FUND | 92660 |
| PIMCO GLOBAL STOCKS PLUS & INCOME FUND (# 429) | ATTN: BRIAN SHLISSEL 1345 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10105 |
| PIMCO GLOBAL STOCKSPLUS & INCOME FUND | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL STOCKSPLUS & INCOME FUND | LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| PIMCO GNMA FUND (#721) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GNMA FUND (#721) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO INTERNATIONAL PORTFOLIO - (#780) | PRIVATE ACCOUNT PORTFOLIO SERIES ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO INTERNATIONAL STOCKSPLUS TR STRATEGY FUND (U | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO INVESTMENT GRADE CORPORATE BOND FUND - (#707 | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO JAPANESE STOCKSPLUS TR STRATEGY FUND - (#787 | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO LARGE CAP STOCKSPLUS TOTAL RETURN FUND -(#48 | ATTN: RICHARD LEBRUN 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO LONG-TERM US GOVERNMENT FUND (#710) | ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO LONG-TERM US GOVERNMENT FUND (#710) | PACIFIC INVESTMENT MANAGEMENT COMPANY ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO LONG-TERM US GOVERNMENT PORTFOLIO (#683) | PIMCO VARIABLE INSURANCE TRUST ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO LOW DURATION FUND II - (# 750) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO MORTGAGE PORTFOLIO - (#722) | PRIVATE ACCOUNT PORTFOLIO SERIES ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO MORTGAGE-BACKED SECURITIES FUND (#701) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO MORTGAGE-BACKED SECURITIES FUND (#701) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO PENSIONPLUS FUND LLC - (#3201) | ATTN: RICHARD LEBRUN 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO REAL RETURN FUND | TRANSFEROR: PIMCO REAL RETURN FUND (M) - (#2736) A SERIES TRUST OF PIMCO BERMUDA TRUST BUTTERFIELD HOUSE, FORT STREET PO BOX 2330 GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| PIMCO REALESTATEREALRETURN STRATEGY PORTFOLIO (#68 | PIMCO VARIABLE INSURANCE TRUST ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO SMALL CAP STOCKSPLUS TR FUND (#751) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO STOCKPLUS TR SHORT STRATEGY FUND (#726) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT DRIVE NEWPORT BEACH CA 92660 |
| PIMCO STOCKPLUS TR SHORT STRATEGY FUND (#726) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE SUITE 100 ATTN: KEVIN BROADWATER NEWPORT BEACH CA 92660 |
| PIMCO STOCKS PLUS LP | 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO STOCKS PLUS LP | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO STOCKSPLUS SHORT S TRATEGY FUND | 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| PIMCO STOCKSPLUS SHORT S TRATEGY FUND | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO TOTAL RETURN TRUST -(#6034) | PIMCO COLLECTIVE INVESTMENT TRUST P.O. BOX 52129 PHOENIX AZ 85072 |
| PINEY BRANCH PARK INC | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE 7TH FLOOR NEW YORK NY 10022 |
| PINEY BRANCH PARK INC | C/O QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| PINEY BRANCH PARK INC | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| PINNACLE AMERICAN CORE PLUS BOND FUND | CHRISTINE DE LIMA, SCOTIA CAPITAL INC. 40 KING STREET WEST, 16TH FLOOR TORONTO ON M5H 1A1 CANADA |
| PINNACLE AMERICAN CORE PLUS BOND FUND | ROBERT MENDELSON MORGAN LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| PINNACLE AMERICAN CORE PLUS BOND FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| PINNACLE FOODS FINANCE LLC | ATTN: LYNN MISERICORDIA 1 OLD BLOOMFIELD AVENUE MOUNTAIN LAKES NJ 07046 |
| PINNACLE FOODS FINANCE LLC | ATTN: JORDAN HELMBERGER CHATHAM FINANCIAL CORPORATION KENNETT SQUARE PA 19348 |
| PINNACLE FOODS FINANCE LLC | 6 EXECUTIVE CMAPUS, SUITE 100 CHERRY HILL NJ 08002 |
| PINNACLE GROVE LP | PINNACLE GROVE LP C/O FAIRFIELD RESIDENTIAL, LLC 5510 MOREHOUSE DRIVE, SUITE 200 SAN DIEGO CA 92121 |
| PINNACLE GROVE LP | C/O FAIRFIELD RESIDENTIAL, LLC 5510 MOREHOUSE DRIVE, SUITE 200 SAN DIEGO CA 92121 |
| PIONEER CHOICE HOLDINGS LIMITED | ATTN: WILLIAM WEI CHENG FU C/O 200 CANTONMENT ROAD # 15-00 SOUTHPOINT 089763 SINGAPORE |
| PIONEER CHOICE HOLDINGS LIMITED | ATTN: WILLIAM WEI CHENG FU C/O 200 CANTONMENT ROAD # 15-00 SOUTHPOINT 21 LERMIT ROAD 089763 SINGAPORE |
| PIONEER CHOICE HOLDINGS LIMITED | ATTN: MARY FU C/O MARY FU 21 LERMIT ROAD SINGAPORE 258652 SINGAPORE |
| PIONEER FUNDS – EURO CASH PLUS | C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| PIONEER FUNDS – EURO CORPORATE BOND | C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| PIONEER FUNDS – EURO CORPORATE SHORT TERM | C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| PIONEER FUNDS, EURO BOND | C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| PIONEER INVESTMENT MANAGEMENT LIMITED, SOLELY IN I | INVESTMENT MANAGER TO THE FUNDS C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| PITTSBURGH INTERNATIONAL AIRPORT | LANDSIDE TERMINAL, 4TH FLOOR, MEZZ P.O. BOX 12370 PITTSBURGH PA 12370 |
| PITTSBURGH PARKING AUTHORITY | 232 BOULEVARD OF THE ALLIES PITSBURGH PA 15222 |
| PJM INTERCONNECTION, LLC | C/O NICHOLAS J. LEPORE, III SCHNADER HARRISON SEGAL & LEWIS LLP 1600 MARKET STREET, STE 3600 PHILADELPHIA PA 19103 |
| PLAINFIELD ASSET MANAGEMENT | 411 WEST PUTNAM AVENUE SUITE 340 GREENWICH CT 06830 |
| PLAINFIELD ASSET MANAGEMENT | ATTN: GERALD LEE C/O PLAINFIELD ASSET MANAGEMENT LLC 55 RAILROAD AVENUE GREENWICH CT 06830 |
| PLAINFIELD DIRECT INC. | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| PLAINFIELD SPECIAL SITUATIONS MASTER FUND LIMITED | C/O PLAINFIELD ASSET MANAGEMENT LLC 411 WEST PUTNAM AVENUE SUITE 340 GREENWICH CT 06830 |
| PLAINFIELD SPECIAL SITUATIONS MASTER FUND LIMITED | ATTN: GERALD LEE C/O PLAINFIELD ASSET MANAGEMENT LLC 55 RAILROAD AVENUE GREENWICH CT 06830 |
| PLAN FOR EMPLOYEE BENEFIT INVESTMENT FUNDS CORE PL | JENNIFER DEMARCO/ SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| PLAN FOR EMPLOYEE BENEFIT INVESTMENT FUNDS CORE PL | C/O ING INVESTMENT MANAGEMENT ATTN: GERALD LINS 230 PARK AVENUE NEW YORK NY 10169 |
| PLAN FOR EMPLOYEE BENEFIT INVESTMENT FUNDS CORE PL | ARMAND APONTE C/O ING INVESTMENT MANAGEMENT 230 PARK AVENUE NEW YORK NY 10169 |
| PLAN INVESTMENT MANAGEMENT COMMITTEE ON BEHALF OF | RETIREMENT PLAN (BLK TICKER: JPMC) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| PLATINUM GROVE CONTINGENT CAPITAL MASTER FUND LTD | OAK HILL CONTINGENT CAPITAL FUND LTD. C/O OAK HILL PLATINUM PARTNERS, LLC CLARENDON HOUSE, TWO CHURCH STREET HAMILTON HM 13 BERMUDA |
| PLATINUM GROVE CONTINGENT CAPITAL | OAK HILL CONTINGENT CAPITAL FUND LTD. C/O OAK HILL PLATINUM PARTNERS, LLC |

| Claim Name | Address Information |
|---|---|
| MASTER FUND LTD | CLARENDON HOUSE, TWO CHURCH STREET HAMILTON HM 14 BERMUDA |
| PLATINUM GROVE CONTINGENT CAPITAL MASTER FUND LTD | ATTN: CHI-FU HUANG C/O CITCO FUND SERVICES (BERMUDA) LIMITED 7 REID STREET, SECOND FLOOR HAMILTON HM11 BERMUDA |
| PLATINUM GROVE CONTINGENT CAPITAL MASTER FUND LTD | ATTN: MICHAEL HEFFERMAN RECKSON EXECUTIVE PARK 1100 KING STREET RYE BROOK NY 10573 |
| PLC INTERNATIONAL BOND FUND | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| PLC INTERNATIONAL BOND FUND | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| PLE MEZZANINE LP | 615 SOUTH DUPONT HWY DOVER DE 19901 |
| PLEASANT WOODS APARTMENT ASSOCIATES, LLC | PLEASANT WOODS APARTMENT ASSOCIATES, LLC C/O BERWIND PROPERTY GROUP, LTD 3000 CENTRE SQUARE WEST 1500 MARKET STREET PHILADELPHIA PA 19102 |
| PLEASANT WOODS APARTMENT ASSOCIATES, LLC | C/O BERWIND PROPERTY GROUP, LTD 3000 CENTRE SQUARE WEST PHILADELPHIA PA 19102 |
| PLEASANTVILLE (CITY OF) BOARD OF EDUCATION | 900 WEST LEEDS AVENUE P.O.BOX 960 PLEASANTVILLE NJ 08232-0960 |
| PLUMBERS UNION LOCAL NO 12 PENSION FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| PNC BANK, NATIONAL ASSOCIATION | CLEARY GOTTLIEB STEIN & HAMILTON LLP ATTN: PENELOPE CHRISTOPHOROU, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| PNC BANK, NATIONAL ASSOCIATION | JAMES D. NEWELL, ESQ. BUCHANAN INGERSOLL & ROONEY PC 301 GRANT STREET, 20TH FLOOR PITTSBURGH PA 15219 |
| PNC BANK, NATIONAL ASSOCIATION | ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH PA 15222 |
| PNC BANK, NATIONAL ASSOCIATION | 249 FIFTH AVENUE PITTSBURGH PA 15258-0001 |
| PNC FINANCIAL SERVICES GROUP, INC. PENSION PLAN (B | C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| POHJOLA BANK PLC | LEGAL SERVICES, ATTN: JARI JAULIMO / ARI SYRJALAINEN P.O.BOX 308 FI-00013 POHJOLA FINLAND |
| POHJOLA BANK PLC | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| POINT SAN BRUNO INVESTORS | C/O TAUBE INVESTORS, INC 1050 RALSTON AVENUE BELMONT CA 94002 |
| POLARIS INVESTMENT SA | POLARIS FUND GED GLOBAL BOND TOTAL REF. III ATTN: FRANCESCO GENTILONI SKVERI, MANAGING DIRECTOR 5, ALLEE SCHEFFER L-2520 LUXEMBOURG |
| POLLYSON INTERNATIONAL LIMITED | ATTN: MR. TIMON LIU C/O PO BOX 210, 1ST FLOOR, NO. 1 THE MEWS ANN STREET, ST. HELIER, JERSEY CHANNEL ISLANDS JE4 8SY UNITED KINGDOM |
| POLYGON GLOBAL OPPORTUNITIESMASTER FUND | C/O POLYGON INVESTMENT PARTNERS LLP 10 DUKE OF YORK SQUARE LONDON SW3 4LY UNITED KINGDOM |
| POMONA COLLEGE CA | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| POMONA COLLEGE CA | ATTN: TOM HANLON; PETER TROJANO C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| POND VIEW CREDIT FUND, LTD. | C/O DIMAIO AHMAD CAPITAL LLC 245 PARK AVENUE, 44TH FLOOR NEW YORK NY 10167 |
| POPULAR HIGH GRADE FIXED INCOME FUND, INC. | BANCO POPULAR DE PR POPULAR ASSET MANAGEMENT PO BOX 362708 SAN JUAN PR 00936-2708 |
| POPULAR HIGH GRADE FIXED INCOME FUND, INC. | ATT: RUBERO JAVIER/ANGEL GARCIA/JAVIER ROBLES BANCO POPULAR DE PR POPULAR ASSET MANAGEMENT PO BOX 362708 SAN JUAN PR 00936-2708 |
| PORT OF TACOMA | C/O K&L GATES LLP ATTN: MARC L. BARRECA, ESQ. 925 FOURTH AVENUE SUITE 2900 SEATTLE WA 98104 |
| PORT OF TACOMA | 1 SITCUM WAY TACOMA WA 98401 |
| PORT ORANGE, FL (CITY OF) | ADMINISTRATIVE OFFICES 1000 CITY CENTER CIRCLE PORT ORANGE FL 32129 |
| PORTFOLIO CDS TRUST 103 - SARATOGA | XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 103 - SARATOGA | SURVEILLANCE XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO CDS TRUST 104 - AMMC | XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 104 - AMMC | SURVELLANCE XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 105 - STANFIELD VEYRON | XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 105 - STANFIELD VEYRON | SURCEILLANCE XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 162 | XLCA ADMIN LLC/AS TRUSTEE PORTFOLIO CDS TRUST 162 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 162 | SURVEILLANCE XLCA ADMIN LLC/AS TRUSTEE PORTFOLIO CDS TRUST 162 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 18 | ATTN: XLCA ADMIN LLC AS TRUSTEE FOR PORTFOLIO CDS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| PORTFOLIO CDS TRUST 18 | AS TRUSTEE FOR PORTFOLIO CDS 1221 AVENUE OF THE AMERICAS NEW YORK NY 100201001 |
| PORTFOLIO CDS TRUST 18 | XLCA ADMIN LLC AS TRUSTEE FOR PORTFOLIO CDS ATTN: SURVEILLANCE 1221 AVENUE OF THE AMERICAS NEW YORK NY 100201001 |
| PORTFOLIO CDS TRUST 187 | XLCA ADMIN LLC AS TRUSTEE FOR PORTFOLIO CDS 187 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 187 | SURVEILLANCE XLCA ADMIN LLC AS TRUSTEE FOR PORTFOLIO CDS 187 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 191 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 192 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 193 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 194 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 195 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 196 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 208 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 209 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 210 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 211 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 212 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 213 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 214 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 233 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 234 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 235 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO CDS TRUST 236 | XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 236 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 237 | XLCA ADMIN LLC/AS TRUSTEE FOR PORTFOLIO CDS TRUST 237 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 238 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 239 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 240 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 241 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 242 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 243 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO CDS TRUST 244 | XLCA ADMIN LLC / AS TRUSTEE FOR PORTFOLIO CDS TRUS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1001 |
| PORTFOLIO GREEN GERMAN CMBS GMBH | THE DIRECTORS PORTFOLIO GREEN GERMAN CMBS GMBH C/O WILMINTON TRUST SP SERVICES (FRANKFURT) GMBH STEINWEG 3-5 FRANKFURT AM MAIN 60313 GERMANY |
| PORTFOLIO GREEN GERMAN CMBS GMBH | LEGAL - FIXED INCOME LEHMAN BROTHERS INTERNATIONAL (EUROPE) LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| PORTFOLIO GREEN GERMAN CMBS GMBH | DOCUMENTATION MANAGER LEHMAN BROTHERS SPECIAL FINANCING, INC CAPITAL MARKETS CONTRACTS - LEGAL C/O LBI 745 SEVENTH AVE. NEW YORK NY 10019 |
| PORTLAND GENERAL ELECTRIC COMPANY | 121 SW SALMON ST. PORTLAND OR 97204 |
| PORTUGAL, REPUBLIC OF | MINISTERIO DAS FINANCAS E DA ADMINISTRACIO PUBLICA AV. INFANTE D. HENRIQUE, 1 LISBOA 1149-009 PORTUGAL |
| POSILLIPO FINANCE II S.R.L.(A1) | ATTN: THE DIRECTOR POSILLIPO FINANCE S.R.L. VIA ELEONORA DUSE 53 ROME 197 ITALY |
| POSILLIPO FINANCE II S.R.L.(A1) | CITIBANK AGENT AND TRUST 33 CANADA SQUARE LONDON E14 5LB UNITED KINGDOM |
| POSILLIPO FINANCE II S.R.L.(A1) | ATTN: LEGAL AND TRANSACTION MANAGEMENT LEHMAN BROTHERS INTERNATIONAL (EUROPE) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| POSILLIPO FINANCE S.R.L. | ATTN: THE SOLE DIRECTOR VIA GUSTAVO FARA 35 MILAN 20124 ITALY |
| POSILLIPO FINANCE S.R.L. | CITIBANK AGENT AND TRUST 33 CANADA SQUARE, CANARAY WHARF LONDON E14 5LB UNITED KINGDOM |
| POST AGGRESSIVE CREDIT MASTER FUND LP | POST ADVISORY GROUP, LLC 11755 WILSHIRE BOULEVARD, SUITE 1400 LOS ANGELES CA 90025 |
| POST DISTRESSED MASTER FUND, L.P. | C/O BEACH POINT CAPITAL MANAGEMENT, LP 11755 WILSHIRE BOULEVARD, SUITE 1400 LOS ANGELES CA 90025 |
| POST STRATEGIC MASTER FUND LP | C/O BEACH POINT CAPITAL MANAGEMENT LP 11755 WILSHIRE BOULEVARD, SUITE 1400 LOS ANGELES CA 90025 |
| POST TOTAL RETURN MASTER FUND LP | C/O BEACH POINT CAPITAL MANAGEMENT LP 11755 WILSHIRE BOULEVARD, SUITE 1400 LOS ANGELES CA 90025 |
| POSTE ITALIANE S.P.A | ATTN: ANNA MANGHETTI, FINANCE DEPARTMENT VIALE EUROPA N. 175 ROME 00144 ITALY |
| POSTE ITALIANE S.P.A | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| POSTE ITALIANE SPA | 175 VIALE EUROPA ROME 144 ITALY |
| POUDRE VALLEY HEALTH CARE INC | 2315 E. HARMONY ROAD, SUITE 200 ATTN: STEVE ELLSWORTH FORT COLLINS CO 80528 |
| POUDRE VALLEY HEALTH CARE INC | ATTN: STEVE ELLSWORTH 2315 E. HARMONY ROAD, SUITE 200 FORT COLLINS, CO CO 80528 |
| POUDRE VALLEY HEALTH CARE, INC. | ATTN: STEVE ELLSWORTH 2315 E. HARMONY ROAD SUITE 200 FORT COLLINS CO 80528 |
| POWER SECTOR ASSETS AND LIABILITIES MGMT. CORP. | TRANSFEROR: NATIONAL POWER CORPORATION ATTN: MARIA LUZ L CAMINERO, VP & GENERAL COUNSEL BANKMER BUILDING, 7TH FLOOR 6756 AYALA AVE. MAKATI CITY |

| Claim Name | Address Information |
|---|---|
| POWER SECTOR ASSETS AND LIABILITIES MGMT CORP | PHILIPPINES |
| POWEREX CORP | ATTN: CONTRACTS MANAGER 666 BURRARD STREET – SUITE 1400 VANCOUVER BC V6V 2X8 CANADA |
| POWEREX CORP. | 666 BURRARD STREET – SUITE 1400 VANCOUVER BC V6V 2X8 CANADA |
| POWERSERAYA LIMITED | 1 HARBOURFRONT PLACE #17-01, HARBOURFRONT TOWER ONE 98633 SINGAPORE |
| POWERSERAYA LIMITED | 1 HARBOURFRONT PLACE #17-01, HARBOURFRONT TOWER ONE SINGAPORE 98633 SINGAPORE |
| POWERSOUTH ENERGY COOPERATIVE | PO BOX 550 ANDALUSIA AL 36420 |
| POWERSOUTH ENERGY COOPERATIVE | POWERSOUTH ENERGY COOPERATIVE PO BOX 550 ANDALUSIA AL 36420 |
| POWERSOUTH ENERGY COOPERATIVE | 2027 EAST THREE NOTCH STREET ANDALUSIA AL 36421 |
| POWERSOUTH ENERGY COOPERATIVE | POWERSOUTH ENERGY COOPERATIVE 2027 EAST THREE NOTCH STREET ANDALUSIA AL 36421 |
| PP APTOS L.P | PP APTOS L.P SKEPNER DEVELOPMENT 2325 CLAYTON ROAD CONCORD CA 94520 |
| PP APTOS L.P | SKEPNER DEVELOPMENT 2325 CLAYTON ROAD CONCORD CA 94520 |
| PPG INDUSTRIES, INC | 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PPG INDUSTRIES, INC | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PPG INDUSTRIES, INC. PENSION PLAN TRUST (BLK TICKE | C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| PPG INDUSTRIES, INC.– LONG DURATIONCOMPANY OF AMER | C/O WESTERN ASSET MANGEMENT COMPANY ATTN: LEGAL DEPT. W– 2311 385 E. COLORADO BLVD. PASADENA CA 91101 |
| PPL CORPORATION | FOR ALL OTHER CORRESPONDENCE: PPC CORPORATION TWO NORTH NINTH STREET (GENTW14) ALLENTOWN PA 18101 |
| PPL CORPORATION | TRADING CONTROLS DEP FOR CONFIRMATIONS: PPL CORPORATION TWO NORTH NINTH STREET (GENPL7) ALLENTOWN PA 18101 |
| PPL ENERGY PLUS | ATTN: CONTRACT ADMINISTRATION TWO NORTH NINTH STREET ALLENTOWN PA 18101-1179 |
| PPL ENERGY PLUS | ATTN: ROBERT D. GABBARD TWO NORTH NINTH STREET ALLENTOWN PA 18101-1179 |
| PPL ENERGY PLUS | CONTRACT ADMINISTRATION TWO NORTH NINTH STREET ALLENTOWN PA 18101-1179 |
| PPL ENERGY PLUS, LLC | PPL ENERGYPLUS, LLC TWO NORTH NINTH STREET ALLENTOWN PA 18101-1179 |
| PPL SERVICES CORPORATION (FORMERLY, PPL RETIREMENT | (BLK TICKER: PPL) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| PPM ENERGY INC | ATTN: CONTRACT MANAGER PPM ENERGY, INC. 1125 NW COUCH, SUITE 700 PORTLAND OR 97209 |
| PPM ENERGY INC | ATTN: JEREMY D. WEINSTEIN, ESQ. PPM ENERGY, INC. OFFICE OF THE GENERAL COUNSEL 1125 NW COUCH, SUITE 700 PORTLAND OR 97209 |
| PPM ENERGY INC | ATTN: PAUL S. KAUFMAN, ESQ. PPM ENERGY, INC. OFFICE OF THE GENERAL COUNSEL 1125 NW COUCH, SUITE 700 PORTLAND OR 97209 |
| PPM ENERGY INC | ATTN: PRINCIPAL MANAGER – CREDIT RISK PPM ENERGY, INC. 1125 NW COUCH, SUITE 700 PORTLAND OR 97209 |
| PQ CORPORATION | C/O DEBEVOISE & PLIMPTON LLP ATTN: GEORGE E.B. MAGUIRE 919 THIRD AVENUE NEW YORK NY 10022 |
| PQ CORPORATION | ATTN: GREGORY H. WOOD, ESQ. DEBEVOISE #AMPER LIMPTON LLP NEW YORK NY 10022 |
| PQ CORPORATION | ATTN: GREGORY H. WOOD, ESQ. DEBEVOISE & LIMPTON LLP NEW YORK NY 10022 |
| PQ CORPORATION | GREGORY H. WOOD, ESQ. WITH A COPY TO: DEBEVOISE NEW YORK NY 10022 |
| PQ CORPORATION | ATTN: CHIEF FINANCIAL OFFICER 1200 WEST SWEDESFORD ROAD BERWYN PA 19312 |
| PQ CORPORATION | CHIEF FINANCIAL OFFICER PQ CORPORATION 300 LINDENWOOD DRIVE VALLEYBROOKE CORPORATE CENTER MALVERN PA 19355-1740 |
| PQ CORPORATION | ATTN: MR. ANDREW MARINO THE CARLYLE GROUP 1001 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| PQ CORPORATION | MR. ANDREW MARINO WITH A COPY TO: THE CARLYLE GROUP WASHINGTON DC 20004 |
| PREBON MARSHALL YAMANE (UK) LIMITED | 155 BISHOPSGATE LONDON EC2N3DA UNITED KINGDOM |
| PRECISION PARTNERS HOLDING COMPANY | 90 MATAWAN ROAD, SUITE 203 HAZLET NJ 07747 |
| PRECISION PARTNERS HOLDING COMPANY | PRECISION PARTNERS HOLDING COMPANY 90 MATAWAN ROAD, SUITE 203 MATAWAN NJ 07747 |

| Claim Name | Address Information |
|------------|---------------------|
| PREFERRED RESIDENTIAL SECURITIES 05-2 PLC | LEGAL / TRANSACTION MANAGEMENT LEHMAN BROTHERS INTERNATIONAL (EUROPE) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| PREFERRED RESIDENTIAL SECURITIES 05-2 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 6 BROAD STREET PLACE FIFTH FLOOR LONDON EC2M 7JH UNITED KINGDOM |
| PREFERRED RESIDENTIAL SECURITIES 05-2 PLC | PREFERRED RESIDENTIAL SECURITIES 06-1 PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER 6 BROAD STREET-5TH FLOOR LONDON EC2M 7JH |
| PREFERRED RESIDENTIAL SECURITIES 05-2 PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA |
| PREFERRED RESIDENTIAL SECURITIES 05-2 PLC | DOCUMENTATION MANAGER LBSF C/O LEHMAN BROTHERS INC., TRANSACTION MANAGEMENT GROUP, CAD DIVISION 745 SEVENTH AVENUE NEW YORK NY 10019 |
| PREFERRED RESIDENTIAL SECURITIES 06-1 PLC | PREFERRED RESIDENTIAL SECURITIES C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR, 6 BROAD STREET PLACE LONDON EC2M 7J11 UNITED KINGDOM |
| PREGIS CORPORATION | 55 E 52ND ST FL 35 65 EAST 55TH STREET NEW YORK NY 100550008 |
| PREGIS CORPORATION | PREGIS CORPORATION ATTN: MARK FAJFAR, ESQ FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP 1001 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004-2505 |
| PREGIS CORPORATION | ATTN: D. KEITH LAVANWAY 1650 LAKE COOK ROAD DEERFIELD IL 60015 |
| PREGIS CORPORATION | 1650 LAKE COOK ROAD, SUITE 400 DEERFIELD  IL 60015 |
| PREGIS CORPORATION | ATTN: CYNTHIA COCO 1900 WEST FIELD COURT LAKE FOREST IL 60045 |
| PREMIER AMERICAN BANK | WATERFORD BUSINESS PARK 5301 BLUE LAGOON DRIVE, SUITE 200 MIAMI FL 33126 |
| PREMIER HEALTH PARTNERS OPERATING INVESTMENT PROGR | MORGAN, LEWIS & BOCKIUS, LLP ATTN: ROBERT MENDELSON 101 PARK AVENUE NEW YORK NY 10178 |
| PREMIER HEALTH PARTNERS OPERATING INVESTMENT PROGR | ATTN: KATHY HAUSER, TREASURY MANAGER PREMIER HEALTH PARTNERS 40 WEST FOURTH STREET, SUITE 2110 DAYTON OH 45402 |
| PREMIER HEALTH PARTNERS PENSION FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| PRESBYTERIAN HOME FOR AGED COUPLES AND AGED PERSON | PRESBYTERIAN HOMES - CORPORATE HEADQUARTERS 3200 GRANT STREET EVANSTON IL 60201 |
| PRESBYTERIAN MANORS INC | PRESBYTERIAN MANORS INC 7850 FREEMAN AVENUE KANSAS CITY KS 66112-2133 |
| PRESBYTERIAN MANORS INC | ATTN: BRUCE H. SHOGREN 6525 E. MAINSGATE WICHITA KS 67226-1062 |
| PRESBYTERIAN SENIOR CARE | 1215 HULTON ROAD OAKMONT PA 15139-1196 |
| PRESBYTERIAN UNIVERSITY HOSPITAL, PA | 387 JEFFERSON STREET EXPORT, PA PA 15632 |
| PRIMARY ENERGY FINANCE | 2000 YORK RD STE 129 OAK BROOK IL 605230416 |
| PRIMONE INC. | PRIMWEST 210-212, ROUTE DE JUSSY PRESINGE 1243 SWITZERLAND |
| PRIMONE INC. | AKARA BULDING, 24 DE CASTRO STREET WICKHAMS CAY I, ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| PRIMUS CLO I LIMITED | ATTN: AGENCY AND TRUST, PRIMUS CLO I LTD. CITIBANK, N.A. 388 GREENWICH ST NEW YORK NY 10013 |
| PRIMUS CLO I LIMITED | ATTN: DON YOUNG C/O PRIMUS ASSET MANAGEMENT, INC. 360 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| PRIMUS CLO I LTD | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-2002 CAYMAN ISLANDS |
| PRIMUS CLO I LTD | PRIMUS ASSET MGMT. 360 MADISON AVE., 23RD FL NEW YORK NY 10017 |
| PRIMUS FINANCIAL PRODUCTS, LLC | ATTN: OPERATIONS MANAGER 375 PARK AVENUE SUIT 1302 NEW YORK NY 10152 |
| PRIMUS FINANCIAL PRODUCTS, LLC | 375 PARK AVENUE, SUITE 1302 NEW YORK NY 10152 |
| PRIMUS TELECOMMUNICATIONS CANADA INC | 5343 DUNDAS STREET W., SUITE 400 TORONTO ON M9B 6K5 CANADA |
| PRIMUS TELECOMMUNICATIONS CANADA INC | ATTN: CHIEF FINANCIAL OFFICER PRIMUS TELECOMMUNICATIONS CANADA INC. 5343 DUNDAS STREET WEST, SUITE 400 TORONTO ON M9B 6K5 CANADA |
| PRIMUS TELECOMMUNICATIONS CANADA INC | CHIEF FINANCIAL OFFICER PRIMUS TELECOMMUNICATIONS CANADA INC. 5343 DUNDAS STREET WEST, SUITE 400 TORONTO ON M9B 6K5 CANADA |
| PRIMUS TELECOMMUNICATIONS CANADA INC | WILLIAM WEINTRAUB FREIDMAN KAPLAN SEILER & ADELMAN LLP 1633 BROADWAY, 46TH FLOOR NEW YORK NY 10019 |
| PRIMUS TELECOMMUNICATIONS CANADA INC | FUND ADMINISTRATOR FOR NOTICES IN SECTION 5, 6, OR IN CSA: GUGGENHEIM |

| Claim Name | Address Information |
|---|---|
| PRIMUS TELECOMMUNICATIONS CANADA INC | CORPORATE FUNDING, LLC 135 EAST 57TH STREET, 7TH FLOOR NEW YORK NY 10022 |
| PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TEX | ATTN : STEVE AILEY 4000 MIDWAY ROAD CARROLLTON 75007 |
| PRINCIPAL FINANCIAL SERVICES INC | 711 HIGH STREET DES MOINES IA 2-096 |
| PRINCIPAL LIFE INSURANCE CO | ATTN: TIMOTHY WARRICK 801 GRAND AVENUE DES MOINES IA 50392-0490 |
| PRINCIPAL LIFE INSURANCE COMPANY | ATTN: DEBRA EPP (G-34-W23) 711 HIGH STREET DES MOINES IA 50392-0301 |
| PRINCIPAL PROTECTION INCOME PORTFOLIO | OFI INSITIUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| PRINCIPAL PROTECTION INCOME PORTFOLIO | GENERAL COUNSEL OFI INSITUTIONAL ASSET MANAGEMENT INC. TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FLOOR NEW YORK NY 10281 |
| PRISMA CAPITAL PARTNERS LLC | PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK NY 10119 |
| PRISMA ENHANCED FIXED INCOME FUND LP | ATTN: JOHN K. BRENNAN C/O PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK NY 10119 |
| PRISMA ENHANCED FIXED INCOME FUND LP | ATTN: JOHN K BRENNA C/O PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK NY 10119 |
| PRISMA ENHANCED FIXED INCOME FUND LP | ATTN: JOHN K. BRENNAN PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK NY 10119 |
| PRISMA ENHANCED FIXED INCOME FUND LP | ATTN: JEFFERY MCGLAUM C/O AEGON INVESTMENT MANGEMENT 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| PRISMA ENHANCED FIXED INCOME FUND LTD | ATTN: JOHN K. BRENNAN C/O PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK NY 10119 |
| PROFUND ACCESS VP HIGH YIELD FUND | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUND ADVISORS LLCA/C SHT LB 7-10YR US TRES PROS | PROSHARES TRUST 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| PROFUND ADVISORS LLCA/C SHT LB 7-10YR US TRES PROS | ETF PORTFOLIO PROSHARES TRUST 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| PROFUND ADVISORS LLCA/C USHT LB 20+YR US TRES PROS | PROSHARES TRUST 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| PROFUND ADVISORS LLCA/C USHT LB 20+YR US TRES PROS | ETF PORTFOLIO PROSHARES TRUST 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| PROFUND VP FALLING US DOLLAR | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUND VP FALLING US DOLLAR | ATTN: RUBIN HOWARD PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUND VP RISING RATES OPPORTUNITY | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUND VP RISING RATES OPPORTUNITY | ATTN: RUBIN HOWARD PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUND VP US GOVERNMENT PLUS | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUNDS ACCESS FLEX BEAR HIGH YIELD | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| PROFUNDS ACCESS FLEX HIGH YIELD FUND | 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| PROFUNDS FALLING US DOLLAR  INVESTOR | 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| PROGRESSIVE HOUSING INC | 4239 NORTH WAR MEMORIAL DRIVE PEORIA IL 61614 |
| PROGRESSIVE INVESTMENT COMPANY, INC. | C/O PROGRESSIVE CAPITAL MANAGEMENT COMPANY 3 PARKLANDS DRIVE DARIEN CT 06820 |
| PROJECTS GROUP PLC, THE | TPG ACADEMY WINDSOR HOUSE LODGE PLACE SUTTON SM1 4AU UNITED KINGDOM |
| PROLOGIS NA3 III LP | PROLOGIS NA3 III LP C/O PROLOGIS 4545 AIRPORT WAY DENVER CO 80239 |
| PROSIEBEN SAT.1 MEDIA AG | MEDIENALLEE 7 D-85774 UNTERFOHRING MUNCHEN GERMANY |
| PROSPECT HARBOR CREDIT PARTNERS, L.P. | ATTN JEFFREY B HAWKINS 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| PROSPECT HARBOR CREDIT PARTNERS, L.P. | ATTN: JEFF HAWKINS 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| PROTECTIVE LIFE INSURANCE CO, INC | JAYNA LAMAR 1901 6TH AVENUE NO. STE 2400 BIRMINGHAM AL 35203 |
| PROVIDENCE PLACE MALL PROJECT | 26 WILDROSE CT WARWICK RI 028885510 |
| PROVIDENT LIFE & ACCIDENT INSURANCE CO INC | UNUM GROUP LAW DEPT. 7S CHATTANOOGA TN 37402 |
| PROVINCE OF BRITISH COLUMBIA | ATTN: MANAGER, OPS, DEBT MGMT 620 SUPERIOR STREET 620 SUPERIOR STREET VICTORIA BC CANADA |

| Claim Name | Address Information |
|---|---|
| PROVINCE OF BRITISH COLUMBIA | 620 SUPERIOR ST. VICTORIA BC V8V 1X4 CANADA |
| PROVINCE OF BRITISH COLUMBIA | ATTN: MANAGER, OPS, DEBT MGMT, 620 SUPERIOR STREET, 2ND FLOOR VICTORIA BC V8V 1X4 CANADA |
| PROVINCE OF BRITISH COLUMBIA | DOUGLAS P. BARTNER SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I L | ATTN: TERENCE DUNN PO BOX 32339 GATEWAY CENTER 2, 3RD FLOOR NEWARK NJ 07102 |
| PRUDENTIAL GLOBAL FUNDING LLC | ATTN: RICHARD A. MILLER TWO GATEWAY CENTER, 5TH FLOOR NEWARK NJ 07102 |
| PRUDENTIAL GLOBAL FUNDING LLC | ATTN: RICHARD A. MILLER GATEWAY CENTER II, 5TH FL. NEWARK NJ 07102 |
| PRUDENTIAL GLOBAL FUNDING LLC | ATTN: GARY NEUBECK 2 GATEWAY CENTER NEWARK NJ 07102 |
| PRUDENTIAL GLOBAL FUNDING LLC | 751 BROAD STREET, 23RD FLOOR NEWARK NJ 07102 |
| PRUDENTIAL GLOBAL FUNDING LLC | PRUDENTIAL GLOBAL FUNDING LLC. ATTN: GEORGE ZIMMERMAN, LEA HABER KUCK & MARK MCDERMOTT SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036 |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, THE | ON BEHALF OF ITS SEPARATE ACCOUNT VCA-GI-7-SB-AR 290 WEST MOUNT PLEASANT AVE. LIVINGSTON NJ 07039 |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, THE | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| PRUDENTIAL INV MGMT/DRYDENHIGH YIELD FD INC. | TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| PRUDENTIAL INV MGMT/DRYDENHIGH YIELD FD INC. | ATTN: MARIE MOONEY - OPERATIONS/ CONFIRMS GROUP TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| PRUDENTIAL RETIREMENT INSURANCE SEP ACCOUNT ON BEH | ACCOUNT SA-CPP ATTN: VALERIE WEBER 80 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| PRUDENTIAL SERIES FUND, DIVERS IFIED BOND PORT (TH | TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| PRUDENTIAL SERIES FUND, DIVERS IFIED BOND PORT (TH | ATTN: MARIE MOONEY - OPERATIONS/ CONFIRMS GROUP TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| PRUDENTIAL SERIES FUND, HIGH YIELD BOND PORTFOLIO | TWO GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| PSEG ENERGY RESOURCES & TRADE LLC | 80 PARK PLAZA, T-19 NEWARK NJ 07102-4194 |
| PSEG INC. MASTER RETIREMENT TRUST | ATTN: PETER CARUSO 80 PARK PLAZA T6B NEWARK NJ 07102 |
| PT BANK NEGARA INDONESIA (PERSERO) TBK. | ATTN: JERR PHILLIPS, C/O NEW YORK AGENCY ONE EXCHANGE PLAZA 55 BROADWAY NEW YORK NY 10006 |
| PT BANK NEGARA INDONESIA (PERSERO) TBK. | HOLLACE T. COHEN TROUTMAN SANDERS LLP THE CHRYSTER BUILDING 405 LEXINGTON AVE., 7TH FL. NEW YORK NY 10174 |
| PT MOBILE-8 TELECOM TBK | PT. MOBILE-8 TELECOM TBK. 18TH FLOOR, MENARA KEBON SIRIH JL. KEBON SIRIH KAV. 17-19 JAKARTA 10340 INDONESIA |
| PTT PUBLIC COMPANY LIMITED | 555 VIBHAVADI RANGSIT RD. CHATUCHAK BANGKOK 10900 THAILAND |
| PUBLIC BANK BERHAD | 28TH FLOOR MENARA PUBLIC BANK 146 JALAN AMPANG KUALA LUMPUR 50450 MALAYSIA |
| PUBLIC BANK BERHAD | ATTN: MR TANG HONG KEAT PUBLIC BANK BERHAD 28TH FLOOR MENARA PUBLIC BANK 146 JALAN AMPANG KUALA LUMPUR 50450 MALAYSIA |
| PUBLIC BANK BERHAD | MR TANG HONG KEAT PUBLIC BANK BERHAD 28TH FLOOR MENARA PUBLIC BANK 146 JALAN AMPANG KUALA LUMPUR 50450 MALAYSIA |
| PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORA | TRANSFEROR: DENVER PUBLIC SCHOOLS RETIREMENT SYSTEM PERA LEGAL DEPARTMENT ATTN: GREG SMITH, JENNIFER KABAT 1300 LOGAN STREET DENVER CO 80203-2386 |
| PUBLIC POWER GENERATION AGENCY | ATTN: MR. ED TRICKER WOODS 301 SOUTH 13TH ST., SUITE 500 LINCOLN NE 68508 |
| PUBLIC POWER GENERATION AGENCY | ATTN: MR. KEVIN GADEN MUNICIPAL ENERGY AGENCY OF NEBRASKA 1111 "O" STREET, SUITE 200 LINCOLN NE 68508-3614 |
| PUBLIC SECTOR PENSION INVESMENT BOARD | 1250 RENE-LEVESQE BLVD. WEST, SUITE 2030 MONTREAL QC H3B 4W8 CANADA |
| PUBLIC SECTOR PENSION INVESMENT BOARD | ATTN: DIRECTOR, INVESTMENT ADMINISTRATION 1250 RENE-LEVESQE BLVD. WEST, SUITE 2030 MONTREAL QC H3B 4W8 CANADA |

| Claim Name | Address Information |
|---|---|
| PUBLIC SERVICE COMPANY OF NEW MEXICO | ALVARDO SQUARE – MS 1004 ALBUQUERGUE NM 87158 |
| PUBLIC SERVICE ENTERPRISE GROUP INC MASTER RETIREM | 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PUBLIC SERVICE ENTERPRISE GROUP INC MASTER RETIREM | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PUBLIC UTILITY DISTRICT NO. 1 OF BENTON COUNTY | 2721 WEST 10TH AVENUE P.O. BOX 6270 KENNEWICK WA 99336 |
| PUBLIC UTILITY DISTRICT NO. 1 OF BENTON COUNTY (WS | BENTON PUD KENNEWICK WA 99336-0270 |
| PUBLIC UTILITY DISTRICT NO. 1 OF FRANKLIN COUNTY ( | FRANKLIN PUD PO BOX 2407 PASCO WA 99302 |
| PUBLIC UTILITY DISTRICT NO.1 OF FRANKLIN COUNTY | ATTN: LINDA BOOMER PUBLIC UTILITY DISTRICT NO. 1 OF FRANKLIN COUNTY 1411 WEST CLARK P.O. BOX 2407 PASCO WA 99302 |
| PUBLIC UTILITY DISTRICT NO.2 OF GRANT COUNTY, WASH | 30 C STREET SW, P.O. BOX 878 EPHRATA WA 98823 |
| PUERTO RICO (COMMONWEALTH) FINANCIAL SECURITY ASSU | SIDLEY AUSTIN LLP C/O COMMONWEALTH OF PUERTO RICO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, IN | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, IN | ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN PR 00918 |
| PUERTO RICO COMMONWEALTH OF | SIDLEY AUSTIN LLP C/O COMMONWEALTH OF PUERTO RICO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PUERTO RICO COMMONWEALTH OF | SIDLEY AUSTIN LLP C/O COMMONWEALTH OF PUERTO RICO 787 SEVENTTH AVENUE NEW YORK NY 10019 |
| PUERTO RICO FIXED INCOME FUND V INC | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| PUERTO RICO FIXED INCOME FUND V INC | ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN PR 00918 |
| PUERTO RICO FIXED INCOME FUND V INC | ATTN: FIRST VICE PRESIDENT TAX FREE PUERTO RICO TARGET MATURITY FUND, INC. 250 MUNOZ RIVERA AVE SEVENTH FLOOR SAN JUAN PR 00918 |
| PUERTO RICO FIXED INCOME FUND V INC | FIRST VICE PRESIDENT TAX FREE PUERTO RICO TARGET MATURITY FUND, INC. 250 MUNOZ RIVERA AVE SEVENTH FLOOR SAN JUAN PR 00918 |
| PUERTO RICO HOUSING FINANCE AUTHORITY | PUERTO RICO HOUSIGN FINANCE AUTHORITY P. O. BOX 71361 SAN JUAN PR 00936-8461 |
| PUERTO RICO SALES TAX FINANCING CORP. | C/O SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PUGET SOUND ENERGY, INC. | ATTN: DAVID MILLS P.O. BOX 90868 BELLEVUE WA 98009-0868 |
| PUGET SOUND ENERGY, INC. | ATTN: SR. CONTRACT ADMINISTRATOR P.O. BOX 97034 PSE-09 NORTH BELLEVUE WA 98009-9734 |
| PUGET SOUND ENERGY, INC. | C/O ALAN D. SMITH PERKINS COIE LLP 1201 3RD AVENUE SUITE 4800 SEATTLE WA 98101 |
| PUGET SOUND ENERGY, INC. (WSPP) | P.O. BOX 90868 BELLEVUE WA 98009-0868 |
| PULASKI TECHNICAL COLLEGE | 3000 WEST SCENIC NORTH LITTLE ROCK AR 72118 |
| PULSAR RE, LTD. | CANON'S COURT 22 VICTORIA STREET ATTN: SUSAN FURMAN HAMILTON HM 12 BERMUDA |
| PULSAR RE, LTD. | PULSAR RE, LTD. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038 |
| PUNJAB NATIONAL BANK | HEAD OFFICE 7, BHIKHAIJI CAMA PLACE NEW DELHI 110607 INDIA |
| PUTNAM 005 / 29H FX DEM 010501P29H | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 018/018 FX DEM 010501P018 | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 041/993 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 050/7BZ FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 070/249 FX DEM 010501P249 | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 070/2SA FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 073/812 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 074/816 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM 075/838 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 1LN/1LW FX DEM 010501P1LW | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 1LN/1LW FX DEM 010501P1LW | ATTN: STEPHEN DRISCOLL/ MIDDLE OFFICE PUTNAM INVESTMENTS MGMT ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 1OU/1OU FX DEM 010501P1OU | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 1OU/1OU FX DEM 010501P1OU | ATTN: STEPHEN DRISCOLL/ MIDDLE OFFICE PUTNAM INVESTMENTS MGMT ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 1QR/1QR FX DEM 010501P1QR | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 1QT/1RC FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 1SH/1SH FX DEM 010501P1SH | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 1SH/1SH FX DEM 010501P1SH | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 250/250 FX DEM 010501P250 | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 250/250 FX DEM 010501P250 | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 250/2QI FX DEM 010501P2QI | PUTNAM INVESTMENT 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 250/2QI FX DEM 010501P2QI | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 250/2QI FX DEM 010501P2QI | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 250/2QO FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 250/2QO FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 250/486 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 250/486 FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 259/256 FX DEM 010501P256 | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 259/256 FX DEM 010501P256 | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 259/2QW FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 259/2QW FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 259/487 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 259/487 FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 264/160 FX DEM 010501P160 | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 264/160 FX DEM 010501P160 | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 264/2RD FX | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 264/488 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 264/488 FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2AQ/2AQ FX DEM 010501P2AQ | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2AQ/2AQ FX DEM 010501P2AQ | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2AZ / 25S FX DEM 010501P25S | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2AZ / 25S FX DEM 010501P25S | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2AZ / 25S FX DEM 010501P25S | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2CE/2CE FX DEM 010501P2CE | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2CE/2CE FX DEM 010501P2CE | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA |

| Claim Name | Address Information |
|------------|---------------------|
| PUTNAM 2CE/2CE FX DEM 010501P2CE | 02109 |
| PUTNAM 2DN/2DN FX DEM 010501P2DN | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2DN/2DN FX DEM 010501P2DN | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2DP/7BY FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2DP/7BY FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2ET / 7BS FX | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2ET / 7BS FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2ET / 7BS FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2KE/4BC FX | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2KE/4BC FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2KO/2KO FX DEM 010501P2KO | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2KO/2KO FX DEM 010501P2KO | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 2KO/2KP FX DEM 010501P2KP | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 2KO/2KP FX DEM 010501P2KP | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 397/397 FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 397/397 FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3CE/3CE FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3CE/3CE FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3DJ/4UC FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3DJ/4UC FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GO FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GO FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GO FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GR FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GR FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3GR FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3PA FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3PA FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3GM/3PA FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3KD/3KD FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3KD/3KD FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3KD/3KD FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3KW/3LA FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM 3KW/3LA FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3KW/3LB FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3KW/3LB FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3LV / PUTNAM LIABILITYFUNDING PORTFOLIO | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3LV / PUTNAM LIABILITYFUNDING PORTFOLIO | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3MX/3MX FX | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3MX/3MX FX | ATTN:STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3XX/3XX FX | PUTNAM INVESTMENT ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 3XX/3XX FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 3XX/3XX FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4BB/4BB FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4BB/4BB FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4BB/4BB FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4BL/3WQ FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4BL/3WQ FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4BL/3WQ FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4NS/4NS FX | ATTN: STEPHAN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4NS/4NS FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4NS/4NS FX | ATTN: STEPHAN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4ZV / 4ZV FX | ATTN:STEPHAN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 4ZV / 4ZV FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 4ZV / 4ZV FX | ATTN:STEPHAN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 539 / 7BX FX | ATTN:STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 539 / 7BX FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 539 / 7BX FX | ATTN:STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 792/792 FX | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 792/792 FX | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 792/792 FX | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM 841/6BM | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 8FM / 8FO FX | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM 961/961 FX | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM 961/964 FX | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM ABSOLUTE RETURN FIXED INCOME FUND | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION BALANCED FUND | ATTN: STEPHEN DRISCOLL ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION BALANCED FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION BALANCED FUND | ATTN: STEPHEN DRISCOLL PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION CONSERVATIVE FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION FUNDS - GROWTH PORTFOLIO | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTN: STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION GROWTH FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM BS7 / CR6  FXPWTII- PUTNAM GLOBAL FIXEDINCO | ATTN: DERIVATIVE DOCUMENTATION 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST - PUTNAM CANADIAN FIX | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST FIXED INCOME LONG FUN | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST PUTNAM | LONG GOVERNMENT BOND PLUS MAPS FUND ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST PUTNAM | LONG GOVERNMENT BOND PLUS MAPS FUND ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST PUTNAM LONG GOVERNMEN | BOND PLUS MAPS FUND ATTN: STEPHEN DRISCOLL/MIDDLE OFFICE ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST PUTNAM LONG GOVERNMEN | FUND 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CORE INTERMEDIATE BOND FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CREDIT HEDGE FUND LP | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CREDIT HEDGE FUND, L.P. | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CT9 / CV7  FXPUTNAM WORLD TRUST- PUTNAMCURR | ATTN: LEGAL 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CT9 / CW4  FXPUTNAN WORLD TRUST- PUTNAMCURR | ATTN: LEGAL 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CT9 / CW5  FXPUTNAM WORLD TRUST- PUTNAMCURR | ATTN: LEGAL 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CU6 / CV9  FXPUTNAM WORLD TRUST- PUTNAMENHA | ATTN: LEGAL 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CU6 / CW7  FXPUTNAM WORLD TRUST- PUTNAMENHA | ATTN: LEGAL 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CU6 / CW8  FXPUTNAM WORLD TRUST- PUTNAMENHA | ATTN: LEGAL 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM CURRENCY FUND INCUBATOR MASTER ACCOUNT | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FU | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM DW5 / DW5  FXGENTWORTH VIT PUTNAM INTLCAPIT | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM EUROPE EQUITY FUND | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM EUROPE EQUITY FUND | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM EUROPE EQUITY FUND | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM EUROPE GROWTH FUND | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM FLOATING RATE INCOME FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM FUND FOR GROWTH & INCOME | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM FUND FOR GROWTH & INCOME | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM FUND FOR GROWTH & INCOME | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL CONCENTRATED FUND | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL CONCENTRATED FUND | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL CONCENTRATED FUND | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL FUNDS - PUTNAM WORLDWIDE INCOME FUND | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL INCOME TRUST | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTN: STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL INCOME TRUST- A/C 041 | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTN: STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD FIXED INCOME FUND LLC | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD FIXED INCOME FUND LLC | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD TRUST | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTN: STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD TRUST | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INCOME FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INCOME STRATEGIES FUND | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERMEDIATE DOMESTIC INVESTMNT GRADE TRUST | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM INTERMEDIATE U.S INVESTMENT GRADE FUND LLC | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL EQUITY FUND, LLC | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL TRUST | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL TRUST | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL TRUST | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL TRUST | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INV MGMT LLCA/C NORGES BANK SLEEVE-ONE MON | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| PUTNAM INVESTMENT HOLDINGS LLC PUTNAM GLOBAL GROWT | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENT HOLDINGS LLC-PUTNAM GLOBAL GROWT | INSTITUTIONAL INCUBATED FUND C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENT HOLDINGS, LLC-INTERNATIONAL CORE | INSTITUTIONAL INCUBATED FUND C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENTS | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENTS | ATTN: DERIVATIVE CONTRACT ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM MASTER INTERMEDIATE INCOME TRUST | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM MULTI-STRATEGY / ALPHA PORT (MAPS) CAYMAN M | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM MULTI-STRATEGY / ALPHA PORT (MAPS) CAYMAN M | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM MULTI-STRATEGY / ALPHA PORT (MAPS) CAYMAN M | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM PENDING ALLOCATION | ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM PENDING ALLOCATION | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM PREMIER INCOME TRUST | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM PSVF LIABILITY FUNDING PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA CONSERVATIVE PORTF | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA CONSERVATIVE PORTF | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM STRATEGIC GLOBAL EMERGING MARKET FIXED INCO | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM STRUCTURED OPPORTUNITIES FUND LTD | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM STRUCTURED OPPORTUNITIES FUND, LTD. | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN FUND LTD | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN FUND LTD | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN FUND LTD | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN FUND, LLC | TRANSFEROR: PUTNAM TOTAL RETURN FUND, LTD C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN TRUST | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN TRUST | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN US INVESTMENT GRADE FIXED INCO | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM U.S. GOVERNMENT INCOME TRUST | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM UNIVERSE BOND PLUS MAPS FUND | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM US CORE BOND SHORT DURATION TRUST | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT AMERICAN GOVERNM | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT GLOBAL ASSET ALL | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT GLOBAL GROWTH FU | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT HIGH YIELD FUND | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTN: STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST – PUTNAM VT HIGH YIELD FUND | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT DIVERSIFIED INCOME | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT INCOME FUND | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST PUTNAM VT THE GEORGE PUTNAM | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST – PUTNAM EMERGING INFORMATION S | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST – PUTNAM GLOBAL FIXED INCOME AL | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST – PUTNAM GLOBAL HIGH YIELD BOND | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST – PUTNAM INTERNATIONAL (NON U.S | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST – PUTNAM INVESTORS (U.S. CORE E | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PUTNAM WORLD TRUST – PUTNAM NEW OPPORTUNITIES (U.S | EQUITY) FUND C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST – PUTNAM TOTAL RETURN FUND | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM GLOBAL FIXED INCOME | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM GLOBAL FIXED INCOME | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM GLOBAL FIXED INCOME | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM GLOBAL FIXED INCOME | ATTN: DERIVATIVE DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM GLOBAL FIXED INCOME | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM INVESTORS (US CORE | ATTN: STEPHEN DRISCOLL/MO ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM INVESTORS (US CORE | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II – PUTNAM INVESTORS (US CORE | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II –PUTNAM TOTAL RETURN FUND | ATTN: LEGAL PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II PUTNAM NEW OPPORTUNITIES FUN | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II PUTNAM NEW OPPORTUNITIES FUN | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST II* – PUTNAM GLOBAL GROWTH FUND | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST- PUTNAM CURRENCY ALPHA FUND | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST- PUTNAM ENHANCED CURRENCY FUND | PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PVHA/SIMS VENTURES, LLC | 40 A1A N. SUITE 110 PONTE VERDA BEACH FL 32082 |
| PVM OIL ASSOCIATES PTE LTD | 138 CECIL STREET #12-01 CECIL COURT SINGAPORE 69538 SINGAPORE |
| PWB VALUE PARTNERS II LP | C/O BLAVIN 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85253 |
| PWB VALUE PARTNERS II LP | ATTN: RALPH A SHAOUL/ DARRYL DEMERS C/O BLAVIN & COMPANY, INC. 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85258 |
| PWB VALUE PARTNERS LP | C/O BLAVIN 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85253 |
| PWB VALUE PARTNERS LP | ATTN: RALPH A SHAOUL/ DARRYL DEMERS C/O BLAVIN & COMPANY, INC. 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85258 |
| PWB VALUE PARTNERS XIV LP | C/O BLAVIN #AMPER COMPANY, INC. 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85253 |
| PWB VALUE PARTNERS XIV LP | ATTN: RALPH A SHAOUL/ DARRYL DEMERS C/O BLAVIN & COMPANY, INC. 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85258 |
| PWB VALUE PARTNERS XVI, LP | C/O BLAVIN 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85253 |
| PWB VALUE PARTNERS XVI, LP | ATTN: RALPH A SHAOUL/ DARRYL DEMERS C/O BLAVIN & COMPANY, INC. 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85258 |
| PWB VALUE PARTNERS XVII LP | C/O BLAVIN 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85253 |
| PWB VALUE PARTNERS XVII LP | ATTN: RALPH A SHAOUL/ DARRYL DEMERS C/O BLAVIN & COMPANY, INC. 7025 N. SCOTTSDALE ROAD, SUITE 230 SCOTTSDALE AZ 85258 |
| PYRAMID INTERNATIONAL DEVELOPED MARKETS FUND | C/O DEUTSCHE ASSET MANAGEMENT 130 LIBERTY STREET NEW YORK NY 10006 |
| PYRAMIS BROAD MARKET DURATION | PYRAMIS GROUP TRUST FOR EMPLOYEE PLANS ATTN: FUND TREASURER, V10F 82 |

| Claim Name | Address Information |
|---|---|
| COMMINGLED POOL, A P | DEVONSHIRE STREET BOSTON MA 02109 |
| PYRAMIS INTERMEDIATE DURATION COMMINGLED POOL, A P | PYRAMIS GROUP TRUST FOR EMPLOYEE BENEFIT PLANS ATTN: FUND TREASURER V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| PYRAMIS LONG DURATION COMMINGLED POOL, A PORTFOLIO | GROUP TRUST FOR EMPLOYEE BENEFITS PLAN ATTN: FUND TREASURER V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| PYRAMIS SHORT DURATION COMMINGLED POOL | 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| PYXIS ABS CDO 2007-1 LTD | CDO TRUST SERVICES GROUP – PYXIS ABS CDO 2007-1 LT PYXIS ABS CDO 2007-1 LTD.C/O MAPLES FINANCE LIMITE P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PYXIS ABS CDO 2007-1 LTD | CDO TRUST SERVICES GROUP – PYXIS ABS CDO 2007-1 LT LASALLE BANK NATIONAL ASSOCIATION 181 WEST MADISON STREET, 32ND FLOOR CHICAGO IL 60602 |
| PYXIS ABS CDO 2007-1 LTD, BY BANK OF AMERICA, NA A | J. WILLIAM BOONE, ESQ ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| PYXIS ABS CDO 2007-1 LTD, BY BANK OF AMERICA, NA A | MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TTEE ATTN: VANESSA DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| Q-BLK ALPHA TRANSPORT TRUST – | US BOND (PENSION) FUND; MB SERIES 2008-01A ATTN: ROBERT S. ELLSWORTH C/O BLACKROCK FINANCIAL 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| Q-BLK ALPHA TRANSPORT TRUST – | US BOND (PENSION) FUND; MB SERIES 2008-04 ATTN: NORMAN D. BONTJE C/O BLACKROCK FINANCIAL 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| Q-BLK ALPHA TRANSPORT TRUST – GLOBAL BOND FUND | J. GREGORY MILMOE, ESQ. & ANDREW THAU, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| Q-BLK ALPHA TRANSPORT TRUST – GLOBAL BOND FUND | ATTN: LARRY GAIL, ESQ. & MARIE BENDER, ESQ. C/O BLACKROCK FINANCIAL MANAGEMENT, INC 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| Q-BLK ALPHA TRANSPORT TRUST – GLOBAL BOND FUND: CL | DENNIS HUNTER Q-BLK ALPHA TRANSPORT TRUST-US BOND (PENSION) FUND C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| Q-BLK ALPHA TRANSPORT TRUST – GTX FUND: GLOBAL (JP | Q-BLK ALPHA TRANSPORT TRUST-US BOND (PENSION) FUND C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| Q-BLK ALPHA TRANSPORT TRUST – GTX FUND: GLOBAL (JP | DENNIS HUNTER Q-BLK ALPHA TRANSPORT TRUST-US BOND (PENSION) FUND C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| Q-BLK ALPHA TRANSPORT TRUST – US BOND (PENSION) FU | DENNIS HUNTER Q-BLK ALPHA TRANSPORT TRUST-US BOND (PENSION) FUND C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| Q-BLK ALPHA TRANSPORT TRUST – US BOND (PENSION) FU | J. GREGORY MILMOE, ESQ/ ANDREW THAU, ESQ SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| Q-BLK ALPHA TRANSPORT TRUST – US BOND (PENSION) FU | C/O BLACKROCK FINANCIAL MANAGEMENT INC ATTN: LARRY GAIL, ESQ 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| Q-BLK ALPHA TRANSPORT TRUST – US BOND (PENSION) FU | ATTN: ROBERT ELLSWORTH 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| Q-BLK ALPHA TRANSPORT TRUST – US BOND (PENSION) FU | MB SERIES 2008-01D C/O BLACKROCK FIANANCIAL MANAGEMENT INC 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| QANTAS SUPERANNUATION LIMITED | LEVEL 31, GATEWAY 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| QFR CAPITAL MANAGEMENT LP | ATTN: KRISTEN BOYLE QFR MASTER VICTORIA FUND LP C/O QFR CAPITAL MANAGEMENT, LP 245 PARK AVENUE, 44TH FLOOR NEW YORK NY 10167 |
| QFR MASTER VICTORIA FUND, L.P. | C/O SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| QFR MASTER VICTORIA FUND, L.P. | C/O QFR CAPITAL GROUP, LLC ATTN: JOSE LUIS DAZA ATTN: KRISTEN BOYLE 489 FIFTH AVENUE 31ST FLOOR NEW YORK NY 10167 |
| QIC DIVERSIFIED FIXED INTEREST FUND NO 1 | QUEENSLAND INVESTMENT CORPORATION LEVEL 6, CENTRAL PLAZA II, 66 EAGLE STREET BRISBANE QLD 4000 AUSTRALIA |
| QIC DIVERSIFIED FIXED INTEREST FUND NO 1 | SENIOR LEGAL ADVISOR QUEENSLAND INVESTMENT CORPORATION LEVEL 6, CENTRAL PLAZA II, 66 EAGLE STREET BRISBANE QLD 4000 AUSTRALIA |

| Claim Name | Address Information |
| --- | --- |
| QUADRIFOGLIO VITA SPA | SEDE E DIREZIONE GENERALE IN VIA ALDO FABRIZI, 9 ROMA 128 ITALY |
| QUANTITATIVE ENHANCED DECISIONS MASTER FUND LP | C/O DAVID L. BABSON 1500 MAIN STREET SUITE 1000 SPRINGFIELD MA 01115 |
| QUANTUM PARTNERS LDC | C/O CURACAO INTERNATIONAL TRUST COMPANY N/.V KAYA FLAMBOYAN 9 PO BOX 812 WILLEMSTAD, CURACAO NETHERLANDS |
| QUANTUM PARTNERS LDC | C/O CURACAO INTERNATIONAL TRUST COMPANY N.V. KAYA FLAMBOYAN 9 PO BOX 812 WILLEMSTAD, CURACAO NETHERLANDS ANTILLES |
| QUANTUM PARTNERS LDC | SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106 |
| QUANTUM PARTNERS LP. | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| QUANTUM PARTNERS LP. | C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 31ST FLOOR NEW YORK NY 10106 |
| QUANTUM PARTNERS LP. | SOROS FUND MANAGEMENT LLC ATTN: JAV SCHOENFARBER 888 SEVENTH AVENUE 33RD FLOOR NEW YORK NY 10106 |
| QUARTZ FINANCE PLC – SERIES 2003-3 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC – SERIES 2003-3 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 147 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PLC – SERIES 2003-4 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC – SERIES 2003-4 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 148 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PLC – SERIES 2003-5 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC – SERIES 2003-5 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ EMEA 149 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PLC – SERIES 2005-1A | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC – SERIES 2005-1A | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 151 NEW YORK NY 10022 |
| QUARTZ FINANCE PLC – SERIES 2005-1B | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC – SERIES 2005-1B | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 152 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PLC – SERIES 2005-2 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC – SERIES 2005-2 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 153 NEW YORK NY 10022 |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | SERIES 2003-1 ELDON STREET B ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES-DEFUALT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | SERIES 2003-1 ELDON STREET A ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES-DEFUALT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ PUBLIC FINANCE LIMITED COMPANY | AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |

| Claim Name | Address Information |
|---|---|
| QUEENSLAND INVESTMENT CORPORATION GLOBAL MACRO FUN | ATTN: PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| QUEENSLAND LOCAL GOVERMENT SUPERANNUATION | QUEENSLAND LOCAL GOVERNMENT SUPERANNUATION BOARD 10 MARKET ST BRISBANE QLD 4000 AUSTRALIA |
| QUEENSLAND LOCAL GOVERNMENT SUPERANNUATION BOARD | 10 MARKET STREET BRISBANE, QLD 4000 AUSTRALIA |
| QUELLOS ALPHA TRANSPORT TRUST – US BOND (PENSION) | C/O QUEENSGATE BANK 5TH FLOOR, HARBOUR PLACE SOUTH CHURCH STREET, P.O BOX 30464 5MB 30464 5MB CAYMAN ISLANDS |
| QUELLOS ALPHA TRANSPORT TRUST – US BOND (PENSION) | ATTN: NORMAN D. BONTJE C/O BLACKFOCK FINANCIAL 601 UNION STREET, 56TH FLOOR SEATTLE  WA 98101 |
| QUELLOS ALPHA TRANSPORT TRUST- UC BOND CLASS | QUELLOS ALPHA TRANSPORT TRUST – UC BOND CLASS C/O QUEENSGATE #AMPER TRUST COMPANY LTD. 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| QUELLOS ALPHA TRANSPORT TRUST- UC BOND CLASS | DENNIS HUNTER QUELLOS ALPHA TRANSPORT TRUST – UC BOND CLASS C/O QUEENSGATE BANK #AMPER TRUST COMPANY LTD. 5TH FLOOR, HARBOUR PLACE, SOUTH CHURCH STREET, P.O. BOX 30464 SMB, GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| QUELLOS ALPHA TRANSPORT TRUST- UC BOND CLASS | ATTN: PAUL BONDE QUELLOS CAPITAL MANAGEMENT, L.P. 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| QUELLOS ALPHA TRANSPORT TRUST- UC BOND CLASS | PAUL BONDE QUELLOS CAPITAL MANAGEMENT, L.P. 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| QUELLOS ALPHA TRANSPORT TRUST- UC BOND CLASS | ATTN: ROBERT ELLSWORTH 601 UNION ST 56 FL SEATTLE WA 98101 |
| QUINTESSENCE FUND L.P. | TRANSFEROR: CARILLON LTD. C/O NICK BRUMM QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FL NEW YORK NY 10036 |
| QUINTESSENCE FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | KIRKLAND & ELLIS LLP ATTN: MARIA GINZBURG 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP ATTN: NICK BRUMM 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QUINTESSENCE FUND LP | ATTN: NICK BRUMM C/O QTV FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FLR NEW YORK NY 10036 |
| QVT FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QVT FUND LP | KIRKLAND & ELLIS LLP ATTN: MARIA GINZBURG 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| QVT FUND LP | C/O QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10035 |
| QVT FUND LP | C/O QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: NICK BRUMM 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | TRANSFEROR: CARILLON LTD. C/O NICK BRUMM QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FL NEW YORK NY 10036 |
| QWEST PENSION TRUST | ATTN:  J. ANDREW RAHL, JR. C/O REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022-7650 |
| QWEST PENSION TRUST | C/O MELLON TRUST OF NEW ENGLAND, N.A. 135 SANTILLI HIGHWAY EVERETT MA 02149 |
| R-ASHLEY WIMBLEDON LLC | C/O GRAMERCY ADVISORS LLC 20 DAYTON AVENUE GREENWICH CT 06830 |
| R-ASHLEY WIMBLEDON LLC | ATTN: ROBERT YOUNG C/O GRAMERCY ADVISORS LLC 111 EAST 22ND STREET, SUITE 4C NEW YORK NY 10010 |

| Claim Name | Address Information |
|---|---|
| R-AUDREY WIMBLEDON LLC | C/O GRAMERCY ADVISORS LLC 111 EAST 22ND STREET, SUITE 4C NEW YORK NY 10010 |
| R-AUDREY WIMBLEDON LLC | ATTN: ROBERT YOUNG C/O GRAMERCY ADVISORS LLC 111 EAST 22ND STREET, SUITE 4C NEW YORK NY 10010 |
| R-RAC WIMBLEDON LLC | C/O GRAMERCY ADVISORS LLC 20 DAYTON AVENUE GREENWICH CT 06830 |
| R-RAC WIMBLEDON LLC | ATTN: ROBERT YOUNG C/O GRAMERCY ADVISORS LLC 111 EAST 22ND STREET, SUITE 4C NEW YORK NY 10010 |
| R2 INVESTMENTS, LDC | C/O AMALGAMATED GADGET, L.P. ATTN: NOEL NESSER, CHIEF FINANCIAL OFFICER – ATTN: BUSINESS AFFAIRS 301 COMMERCE STREET, SUITE 3200 FORT WORTH TX 76102-4140 |
| R2 INVESTMENTS, LDC | R2 INVESTMENTS, LDC C/O AMALGAMATED GADGET, L.P. ATTN: BUSINESS AFFAIRS 301 COMMERCE STREET, SUITE 3200 FORT WORTH TX 76102-4140 |
| R3 CAPITAL PARTNERS MASTER LP | C/O R3 CAPITAL PARTNERS MASTER, LP 1271 AVE OF AMERICAS, 39TH FLOOR NEW YORK NY 10020 |
| R3 CAPITAL PARTNERS MASTER, L.P. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. 55 EAST 52ND STREET, 6TH FLOOR ATTN: ROSS ROSENFELT NEW YORK NY 10055 |
| RABOBANK NEDERLAND | ATTN. GLOBAL SPECIAL ASSET MANAGEMENT/US609 RABOBANK INTERNATIONAL P.A. CROESELAN 18, 3521 CB UTRECHT P.O. BOX 17100, 3500 HG UTRECHT THE NETHERLANDS |
| RABOBANK NEDERLAND | 245 PARK AVENUE NEW YORK NY 10167 |
| RABOBANK NEDERLAND, NEW YORK BRANCH | HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER ATTN: JR SMITH, ESQ 951 E. BYRD STREET RICHMOND VA 23219-4074 |
| RACE POINT IV CLO LTD | ATTN: JEFF HAWKINS C/O SANKATY ADVISORS, LLC 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| RACERS 2000 22 A UBS TRUST | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST, 452 FIFTH AVENUE NEW YORK NY 10018 |
| RACERS 2000 22 A UBS TRUST | 3 WFC NEW YORK NY 10285 |
| RACERS 2000 24 A HSBC | 3 WFC NEW YORK NY 10285 |
| RACERS 2001-38-PT | 452 FIFTH AVENUE 452 FIFTH AVENUE NEW YORK NY 10018-2706 |
| RACERS 2003-07-A CITI | ATTN: DAVID KOLIBACHUK AND MARLENE FAHEY U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-21-C | DAVID KOLIBACHUK  #AMPER MARLENE FAHEY U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET 16TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-21-C | SWAP NOTICE GENERATION LEHMAN BROTHERS HOLDINGS INC. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| RACERS 2005-21-C | TRANSACTION MANAGEMENT LEHMAN BROTHERS SPECIAL FINANCING INC 745 SEVENTH AVENUE NEW YORK NY 10019 |
| RACERS 2006-15-A | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-1-I | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-1-II | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-1-III | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-2-I | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-2-II | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-18-C ABX-A-06-2-III | CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| RACERS 2006-20-AT | ATTN: DAVID KOLIBACHUK C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| RACERS 2007-4-C FTD | ATTN: DAVID KOLIBACHUK C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| RACERS SERIES 2002-26 | C/O A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| RACERS SERIES 2002-26 | C/O DANTE FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RACERS SERIES 2002-39 | ATTN: ISSUER SERVICES C/O HSBC BANK USA 452 FIFTH AVENUE NEW YORK NY 10018-2706 |
| RACERS, SERIES 2005-13 | ATTN: DAVID KOLIBACHUK C/O US BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH |

| Claim Name | Address Information |
|---|---|
| RACERS, SERIES 2005-13 | FL NEW YORK NY 10005 |
| RAEBURN OVERSEAS PARTNERS A LTD | 30 SHERWOOD GATE OYSTER BAY NY 117713810 |
| RAETIA ENERGIE AG | VIA DA CLALT 307 POSCHIAVO 7742 SWITZERLAND |
| RAI RADIOTELEVISIONE ITALIANA SPA | RAI RADIOTELEVISIONE ITALIANA SPA 14-00195 R ITALY |
| RAI-RADIOTELEVISIONE ITALIANA SPA | KING & SPALDING LLP 1180 PEACHTREE STREET, N.E. ATTN: JOHN F. ISBELL ATLANTA GA 30309 |
| RAIFFEISEN BANK RT | ATTN: MRS ZSUZSANNA VARGE BIRONE RAIFFEISEN BANK ZRT 6 AKADEMIA U BUDAPEST 1054 HUNGARY |
| RAIFFEISEN BANK RT | ATTN: ZSUZSANNA VARGE BIRONE RAIFFEISEN BANK ZRT 6 AKADEMIA U BUDAPEST 1054 HUNGARY |
| RAIFFEISEN BANK RT | P.O. BOX 173 BUDAPEST H-1364 HUNGARY |
| RAIFFEISEN-ZENTRALBANK OSTERREICH AG | AM STADTPARK 9 IENNA A-1030 AUSTRALIA |
| RAIFFEISENLANDESBANK OBEROSTERREICH | PO BOX 455 LINZ 4020 AUSTRALIA |
| RAIFFEISENLANDESBANK VORARLBERG WAREN-UND REVISION | RAIFFEISENLANDESBANK VORARLBERG RHEINSTRASSE 11 BREGENZ 6900 AUSTRIA |
| RAILWAY PENSION TRUSTEE COMPANY LIMITED | SIXTH FLOOR, BROADWAY STREET HOUSE 55 OLD BROAD STREET LONDON EC2M 1LJ UNITED KINGDOM |
| RAILWAYS PENSION TRUSTEE COMPANY LIMITED | AS TRUSTEE OF THE RAILWAYS PENSION SCHEMES BROAD STREET HOUSE, SIXTH FLOOR 55 OLD BROAD STREET LONDON EC2M 1LJ UNITED KINGDOM |
| RAINBOW ENERGY MARKETING C | 919 SOUTH 7TH STREET, SUITE 405 BISMARCK ND 58504 |
| RAINBOW ENERGY MARKETING CORPORATION | VP OF OPERATIONS RAINBOW ENERGY MARKETING CORPORATION 919 SOUTH 7TH STREET, SUITE 405 BISMARCK ND 58504 |
| RALEIGH WV (COUNTY OF) | P.O. BOX 1469 CHARLESTON WV 25325 |
| RALEIGH-DURHAM AIRPORT AUTHORITY | 1000 TRADE DRIVE P.O. BOX 80001 RDU AIRPORT NC 27623 |
| RALEIGH-DURHAM INTERNATIONAL AIRPORT AUTHORITY | 1000 TRADE DRIVE P.O BOX 80001 RDU AIRPORT NC 27623 |
| RALI 06-QO8 I-A1A | 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705-4934 |
| RALI 2006-QO8 1-A2A | 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705-4934 |
| RALI 2006-QO8 I-A5A | 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705-4934 |
| RALI 2006-QO8 1-A | 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705-4934 |
| RAMIUS CONVERTIBLE ARBITRAGE MASTER FUND, LTD | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: ANDREW K. GLENN, ESQ. 1633 BROADWAY NEW YORK NY 10019 |
| RAMIUS CONVERTIBLE ARBITRAGE MASTER FUND, LTD | F/K/A RCG LATITUDE MASTER FUND LTD C/O RAMIUS LLC ATTN: OWEN LITTMAN 599 LEXINGTON AVE NEW YORK NY 10022 |
| RAMIUS ENTERPRISE MASTER FUND LTD, FKA RCG ENTERPR | ANDREW K. GLENN, ESQ. KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK NY 10019 |
| RAMIUS ENTERPRISE MASTER FUND LTD, FKA RCG ENTERPR | C/O RAMIUS LLC ATTN: OWEN LITTMAN 599 LEXINGTON AVE NEW YORK NY 10022 |
| RAMIUS PORTABLE ALPHA FUND LTD | ATTN: KEVIN HANRAHAN C/O RAMIUS ADVISORS, LLC 666 THIRD AVENUE, 26TH FLOOR NEW YORK NY 10017 |
| RAMIUS PORTABLE ALPHA FUND LTD | C/O RAMIUS ADVISORS, LLC 599 LEXINGTON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| RAMIUS PORTABLE ALPHA FUND LTD | ATTN: MARC BAUM C/O RAMIUS ADVISORS, LLC 599 LEXINGTON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| RAMMER, FRIEDRICH & MARTHA | A-2020 HOLLABRUNN HAUPT PLATZ 8 AUSTRIA |
| RAMSEY QUANTITATIVE SYSTEMSPARHELION FUND LTD | PARHELION FUND, LTD. C/O RAMSEY QUANTITATIVE SYSTEMS, INC. 108 SOUTH MADISON AVENUE LOUISEVILLE KY 40243 |
| RANDALL E WOODS | P.O. BOX 675331 6694 CALLE PEQUENA RANCHO SANTA FE CA 92067 |
| RASU, GOVINDAR S/O VADI VELOO | 5000L MARINE PARADE ROAD #10-51 449293 SINGAPORE |
| RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD | C/O RAVEN ASSET MANAGEMENT, LLC ATTN: KEVIN GERLITZ 195 MAPLEWOOD AVE. 195 MAPLEWOOD AVE MAPLEWOOD NJ 07040 |
| RAYTHEON COMPANY COMPANY COMBINED DEFINED CONTRIBU | C/O THE BANK OF NEW YORK MELLON ATTN: CHRISTINE CARR SMITH 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94105 |

| Claim Name | Address Information |
|---|---|
| RAYTHEON COMPANY MASTER TRUST FOR DEFINED CONTRIBU | ATTN: PAULA J. SASSO 870 WINTER STREET WALTHAM MA 02451-1449 |
| RAYTHEON MASTER PENSION TRUST | MELLON TRUST OF NEW ENGLAND, N.A. 135 SANTILLI HIGHWAY EVERETT MA 02149 |
| RAYTHEON MASTER PENSION TRUST | C/O THE BANK OF NEW YORK MELLON ATTN: CHRISTINE CARR SMITH 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94105 |
| RAYTHEON MASTER PENSION TRUST | 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94105 |
| RBC DEXIA INVESTOR SERVICES TRUST | AS TRUSTEE FOR RBC CANADIAN MASTER TRUST PO BOX 7500, STATION A TORONTO ON MSW 1P9 CANADA |
| RCG PB LTD | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: ANDREW K. GLENN, ESQ. 1633 BROADWAY NEW YORK NY 10019 |
| RCG PB LTD | C/O RAMIUS LLC ATTN OWEN LITTMAN 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RCG PB LTD | ATTN: MARC BAUM C/O RAMIUS ADVISORS, LLC 599 LEXINGTON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| RCG PB LTD | 599 LEXINGTON AVE - 19TH FL NEW YORK NY 100227773 |
| RCM FIXED INCOME FUND, A SERIES OF RCM COMMINGLED | C/O RCM CAPITAL MANAGEMENT ATTN: LEGAL DEPARTMENT FOUR EMBARCADERO CENTER, SUITE 3000 SAN FRANCISCO CA 94111 |
| RCW REVOCABLE TRUST | RCW REVOCABLE TRUST 2120 FAIRMONT STREET KLAMATH FALLS OR 97601 |
| READING ROAD APARTMENTS LP | 1800 BERING SUITE 501 HOUSTON TX 77057 |
| REAL ASSETS PORTFOLIO LP | C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02019 |
| REAL ASSETS PORTFOLIO LP | ATTN: DERIVATIVE OPERATION GROUP/ SETTLEMENTS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| REAL ASSETS PORTFOLIO LP | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| REALLY USEFUL THEATRES FINANCE LIMITED | REALLY USEFUL THEATERS LIMITED MANOR HOUSE 21 SOHO SQUARE LONDON UNITED KINGDOM |
| REDDING CA (CITY OF) | CITY OF REDDING CALIFORNIA REDDING CA 96049-6071 |
| REDEVELOPMENT AGENCY OF CITY OF DIXON | 600 EAST A STREET DIXON CA 95620 |
| REDEVELOPMENT AGENCY OF THE CITY OF VERNON | 4305 SANTA FE AVENUE VERNON CA 90058 |
| REDEVELOPMENT AUTHORITY OF THE CITY OF MILWAUKEE | REDEVELOPMENT AUTHORITY OF THE CITY OF MILWAUKEE 809 NORTH BROUADWAY, SUITE TWO MILWAUKEE WI 53202 |
| REDFIRE, INC | ATTN: PRESIDENT ONE BEACH STREET, SUITE 300 SAN FRANCISCO CA 94133 |
| REDLANDS CA (CITY OF) | CITY OF REDLANDS CALIFORNIA REDLANDS CA 92373 |
| REDSTONE PRESBYTERIAN SENIOR CARE | 6 GARDEN CENTER DRIVE GREENSBURG PA 15601-1397 |
| REDWOOD SENIOR HOME AND SERVICES | 1017 MIDDLEFIELD ROAD P.O. BOX 391 REDWOOD CITY CA 94063-0391 |
| REFCO CAPITAL MARKETS, LTD. | REFCO CAPITAL MARKETS LIMITED 11 BERMUDIANA ROAD HAMILTON HM11 BERMUDA |
| REGAL CINEMAS CORPORATION | REGAL CINEMAS CORPORATION 7132 REGAL LANE KNOXVILLE TN 37918-5803 |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 1111 FRANKLIN STREET OAKLAND CA 94607-5200 |
| REGIMENT CAPITAL LTD | ATTN: DEREK M. MEISNER C/O MAPLES P.O. BOX 309GT, UGLAND HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| REGIMENT CAPITAL LTD. | C/O REGIMENT CAPITAL ADVISORS, LP ATTN: DEREK MEISNER 222 BERKELEY STREET, 12TH FLOOR BOSTON MA 02116 |
| REGIMENT CAPITAL MANAGEMENT LLC | REGIMENT CAPITAL ADVISORS 70 FEDERAL STREET 7TH FLOOR BOSTON MA 02010 |
| REGIONAL SCHOOL DISTRICT #19 | 1235 STORRS ROAD STORRS CT 06268 |
| REGIONE LAZIO | VILA ROSA RAINMONDI GARIBALDI, 7 ROME 147 ITALY |
| REGIONE LAZIO | STUDIO LEGALE BELTRAMO VIA V VENETO 84 ROMA 187 ITALY |
| REGIONE MARCHE | GIUNTA REGIONALE, SERVIZIO PROGRAMMAZIONE BILANCIO E POLITICHE COMUNITARIE VIA GENTILE DA FABRIANO, 9 60125 ITALY |
| REGIONE MARCHE | ATTN: ROLANDO BURATTINI VIA GENTILE DE FABRIANO 9 ANCONA 60125 ITALY |
| REGIONE SICILIANA | VIA NOTARBARTOLO 17 PALERMO CA 90141 |

| Claim Name | Address Information |
|---|---|
| REGIONS BANK | 3050 PEACHTREE ROAD, NE, SUITE 400 ATLANTA GA 30305 |
| REGIONS BANK | KING & SPALDING LLP 1180 PEACHTREE STREET, N.E. ATTN:  JOHN F. ISBELL ATLANTA GA 30309 |
| REGIONS BANK | C/O REGIONS MORTGAGE INCORP. 417 NORTH 20 ST., 12TH FLOOR BIRMINGHAM AL 35203 |
| REGIONS BANK | REGION BANK C/O REGIONS MORTGAGE INCORP. 417 NORTH 20 ST., 12TH FLOOR BIRMINGHAM AL 35203 |
| RELATIONSHIP FUNDING COMPANY LLC | RELATIONSHIP FUNDING COMPANY, LLC 227 WEST MONROE STREET, SUITE 4900 CHICAGO IL 60606 |
| RELATIVE EUROPEAN VALUE S.A. | C/O MICHELLE DUNCAN, PARTNER PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH FLOOR LONDON E1 6EG UNITED KINGDOM |
| RELIANCE INDUSTRIES LTD | PETROLUEM HOUSE 3RD FLOOR "A" WING, SUPPLY AND TRADING DHIRUBHAI AMBANI KNOWLEDGE CITY KOPERKHAINE, NAVI MUMBAI 400709 INDIA |
| RELIANT ENERGY POWER SUPPLY LLC | ATTN: LEGAL 1000 MAIN HOUSTON TX 77002 |
| RELIANT ENERGY POWER SUPPLY LLC | ATTN: MARK A. DUROW P.O. BOX 4455 HOUSTON TX 77210-4455 |
| RELIANT ENERGY POWER SUPPLY, LLC | C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| RELIANT ENERGY SERVICES INC | ATTN: CONTRACT ADMINISTRATION P.O. BOX 4455 HOUSTON TX 77210-4455 |
| RELIANT ENERGY SERVICES INC. | 1000 MAIN HOUSTON TX 77002 |
| RELIANT ENERGY SERVICES, INC N/K/A RRI,INC | C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| RELIANT ENERGYPOWER SUPPLY, LLC. | MERRILLY LYNCH COMMODITIES, INC. 20 EAST GREENWAY PLAZA, 7TH FLOOR HOUSTON TX 77253-3327 |
| RELIASTAR LIFE INSURANCE COMPA NY   OF NEW YORK (I | ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| RELIASTAR LIFE INSURANCE COMPA NY   OF NEW YORK (I | ATTN: DERIVATIVES MIDDLE OFFICE/CORPORATE COUNSEL C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| RELIASTAR LIFE INSURANCE COMPA NY   OF NEW YORK (I | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| RELIASTAR LIFE INSURANCE COMPANY | MJSJ MULLER ING BANK N.V. LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| RELIASTAR LIFE INSURANCE COMPANY | JENNIFER C DEMARCO ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| RELIASTAR LIFE INSURANCE COMPANY | ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| RELIASTAR LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| RELIASTAR LIFE INSURANCE COMPANY | ATTN: DERIVATIVES MIDDLE OFFICE C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| RELIASTAR LIFE INSURANCE COMPANY | ATTN: DERIVATIVES MIDDLE OFFICE/CORPORATE COUNSEL C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| RELIASTAR LIFE INSURANCE COMPANY | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | M.J.S.J. MULLER ING BANK NV LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | JENNIFER C. DEMARCO, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK (INC) | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| REPACKAGED AMERICAN GENERAL FRTC 2003-1 | C/O US BANK CORPORATE TRUST SERVICES 100 WALL STREET, SUITE 1600 NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| REPACKAGED AMERICAN GENERAL FRTC 2003-1 | 10005 |
| RESERVE PROPERTY HOLDINGS LLC | 2150 NORTH 107TH STREET SUITE 440 SEATTLE WA 98133 |
| RESERVOIR MASTER FUND LP | C/O RMF GP, LLC ATTN: STEPHEN CHO 650 MADISON AVENUE, 24TH FLOOR NEW YORK NY 10022 |
| RESIDENCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL | L.P. - ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| RESIDENCES DE LA REP. S.A.S. C/O LEHMAN BROS. REAL | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| RESIDENCES DE LA REPUBLIQUE | 47 RUE DE MONCEAU PARIS 75008 FRANCE |
| RESIDENT BALTIC GMBH | ZIEGELSTR. 24 BERLIN 10117 GERMANY |
| RESIDENT BALTIC GMBH | TORSTRASSE 138 BERLIN 10119 GERMANY |
| RESIDENT SACHSEN P&K GMBH | ZIEGELSTR. 24 BERLIN 10117 GERMANY |
| RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15 | ATTN: TRUST ADMINISTRATION IN0615 DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 ST ANDREW PLACE SANTA ANA CA 92705 |
| RESIDENTIAL FUNDINGCOMPANY, LLC | 1761 E. ST. ANDREW PLACE SANTA ANA CA 92795 |
| RESOLUTE ANETH LLC | RESOLUTE NATURAL RESOURCES COMPANY 80 E. SIR FRANCIS DRAKE BLVD. LARKSPUR CA 94939 |
| RESOLUTE ANETH, LLC | JAMES M. PICCONE, PRESIDENT 1675 BROADWAY, SUITE 1950 DENVER CO 80202 |
| RESONA BANK, LTD. | 1-2, OTEMACHI 1-CHOME CHIYODA-KU TOKYO 100-8106 JAPAN |
| RESOURCE BANK | FULTON BANK P.O. BOX 4887 LANCASTER PA 17604 |
| RESOURCE BANK | ATTN: DYCKMAN DEBBIE RESOURCE BANK 3720 VIRGINIA BEACH BOULEVARD VIRGINIA BEACH VA 23452 |
| RESOURCE BANK | ATTN: DYCKMAN DEBBIE 3720 VIRGINIA BEACH BOULEVARD VIRGINIA BEACH VA 23452 |
| RESTRUCTED ASSET CERTIFICATES WITH ENHANCED RETURN | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RESTRUCTED ASSET CERTIFICATES WITH ENHANCED RETURN | 45-L TRUST C/O THE BANK OF NEW YORK MELLON DEFUALT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| RESTRUCTURED ASET CERTIFICATES WITH ENCHANCED RETU | ATTN: MICHAEL VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RESTRUCTURED ASET CERTIFICATES WITH ENCHANCED RETU | I-P TRUST C/O THE BANK OF NEW YORK MELLON DEFUALT ADMINISTRATION GROUP 101 BARCLAY STEET NEW YORK NY 10286 |
| RESTRUCTURED ASSET CERTIFICATES WITH | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. D&T 52 NEW YORK NY 10022 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2002-26 TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: STUART ROTHENBERG 101 BARCLAY STREET NEW YORK NY 10286 |
| RESTRUCTURED ASSET SECURITIES | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. D&T 53 NEW YORK NY 10022 |
| RESTRUCTURED ASSET SECURITIES | WITH ENHANCED RETURNS, SERIES 2002-26 TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: STUART ROTHERNBERG 101 BARCLAY STREET, 8W NEW YORK NY 10286 |
| RESTRUCTURED ASSET SECURITIES WITH ENHANCED | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL# D&T 55 NEW YORK NY 10022 |
| RESTRUCTURED ASSET SECURITIES WITH ENHANCED | RETURNS, SERIES 2002-20 C TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET, 8 WEST NEW YORK NY 10286 |
| RETIREMENT BOARD OF THE POLICEMEN'S ANNUITY & BENE | OF CHICAGO WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLVD PASADENA CA 91101 |
| RETIREMENT HOUSING FOUNDATION | RETIREMENT HOUSING FOUNDATION 5150 EAST PACIFIC COAST HIGHWAY LONG BEACH CA 90804 |
| RETIREMENT HOUSING FOUNDATION | ATTN: STEPHEN MARGETIC 5150 EAST PACIFIC COAST HIGHWAY LONG BEACH CA 90804 |
| RETIREMENT HOUSING FOUNDATION | ATTN: LEGAL DEPARTMENT RETIREMENT HOUSING FOUNDATION 911 STUDEBAKER ROAD LONG BEACH CA 90815-4900 |

| Claim Name | Address Information |
|---|---|
| RETIREMENT HOUSING FOUNDATION, ET AL. | ATTN: FRANK ROSSELLO, CFO/VP OF FINANCE 911 N. STUDEBAKER RD. LONG BEACH CA 90815-4900 |
| RETIREMENT PLAN FOR EMPLOYEES OF AETNA SERVICES, I | C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| RETIREMENT PLAN OF CIRCUIT CITY STORES INC | BLK TICKER: CCS C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| RETIREMENT PLAN OF CIRCUIT CITY STORES INC | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| REUTERS GROUP PLC | THE REUTERS BUILDING 30 SOUTH COLONNADE CANARY WHARF LONDON E14 5 EP UNITED KINGDOM |
| REYNOLDS AMERICAN INC. DEFINED BENEFIT MASTER TRUS | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RGF RUSSELL GLOBAL EQUITY FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RHINO PARTNERS, LP. | 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| RIC EMERGING MARKETS | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC II PLC THE GLOBAL BOND (EURO HEDGED) FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC III PLC THE ACTIVE CURRENCY FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC IV PLC THE ALPHA FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC PLC THE US BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC RUSELL SHORT DURATION BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC RUSSELL STRATEGIC BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC- SOVEREIGN GLOBAL EQUITY(AFZF3000992)C/O RUSSE | RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA 98402-5120 |
| RIC- SOVEREIGN OVERSEAS EQUITY(AFZF1000992)C/O RUS | C/O FRANK RUSSELL INVSTM MGMT CO 909 A STREET TACOMA WA 98402 |
| RICHARD A. HAYNE | 1809 WALNUT STREET PHILADELPHIA PA 19103 |
| RICHARD A. HAYNE | RICHARD B. HAYNE 1809 WALNUT STREET PHILADELPHIA PA 19103 |
| RICHEMONT INTERNATIONAL SA | RICHEMONT INTERNATIONAL SA 50 CHEMIN DE LA CHENAIE BELLEVUE 1293 SWITZERLAND |
| RICHMOND HEIGHTS, MISSOURI (CITY OF) | RICHMOND HEIGHTS CITY HALL 1330 BIG BEND BOULEVARD RICHMOND HEIGHTS MO 63117 |
| RIDDLE MEMORIAL HOSPITAL | 1068 W. BALTIMORE PIKE MEDIA PA 19063-5177 |
| RIDGELAKE APARTMENTS ASSOCIATES, LLC | RIDGELAKE APARTMENTS ASSOCIATES, LLC C/O BERWIND PROPERTY GROUP LTD. 3000 CENTRE SQUARE WEST, 1500 MARKET STREET PHILADELPHIA PA 19102 |
| RIDGELAKE APARTMENTS ASSOCIATES, LLC | C/O BERWIND PROPERTY GROUP LTD. 3000 CENTRE SQUARE WEST, 1500 MARKET STREET PHILADELPHIA PA 19102 |
| RIEDER, RICK M. | 270 DALE DRIVE SHORT HILLS NJ 07078-1513 |
| RIEDER, RICK M. & DEBRA L. | ATTN: RICK RIEDER 270 DALE DRIVE SHORT HILLS NJ 07078 |
| RIEDER, RICK M. & DEBRA L. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVE OF THE AMERICAS NEW YORK NY 10019 |
| RIFL LLC RUSSELL INTERNATIONAL EQUITY FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RII-RUSSELL INVESTMENT CO PLCWORLD EQUITY FUND II | 909 A STREET TACOMA WA 98402-5120 |
| RII-RUSSELL INVESTMENT COMPANYII PLC WORLD EQUITY | 909 A STREET TACOMA WA 98402-5120 |
| RIML- RUSSELL GLOBALOPPORTUNITIES FUND | 1 FIRST CANADIAN PLACE 100 KING STREET WEST SUITE 5900, P.O. BOX 476 TORONTO |

| Claim Name | Address Information |
|---|---|
| (BT6F)C/O R | ON M5X 1E4 CANADA |
| RIMROCK HIGH INCOME PLUS (MASTER) FUND | C/O RIMROCK CAPITAL MANAGEMENT, LLO 27372 CALLE ARROYO, SUITE A SAN JUAN CAPISTRANO CA 92675 |
| RIMROCK LOW VOLATILITY (MASTER) FUND, LTD. | C/O RIMROCK CAPITAL MANAGEMENT, LLC 27372 CALLE ARROYO, SUITE A SAN JUAN CAPISTRANO CA 92675 |
| RIO TINTO ENERGY AMERICA (CTA) | 8051 E. MAPLEWOOD AVENUE GREENWOOD VILLAGE CO 80111 |
| RIO TINTO PENSION 2009 TRUSTEES LIMITED ACTING AS | RIO TINTO 2009 PENSION FUND 2 EASTBOURNE TERRACE LONDON W2 6LG UNITED KINGDOM |
| RIS- DU2RC/O RUSSELL IMPLEMENTATION SRV | 1000, PLACE JEAN PAUL RIOPELLE MONTREAL QC CANADA |
| RIS- SBC COMMUNICATIONS MASTERPENSION TRUST (43618 | ATTN: PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| RIS- STICHTING BEDRIJFSTAK-PENSIOENSFONDS ZORGVERZ | HOOFDSTRAAT 256 3972 LK DRIEBERGEN RIJSENBURG NETHERLANDS |
| RIS- STICHTING MASTERFOODSPENSIOENFONDS (MUDF00100 | TAYLORWEG 5 VEGHEL  5466 AE NETHERLANDS |
| RIS- STICHTING PENSIOENFONDSIBM NEDERLANDC/O RUSSE | VAN HEUVEN GOEDHARTLAAN 935 POSTBUS 342 AMSTELVEEN 1180AH NETHERLANDS |
| RIS-SOUTHERN CALIFORNIA EDISONCOMPANY RETIREMENT P | 2244 WALNUT GROVE AVENUE ROSEMEAD CA 91770 |
| RISING RATES OPPORTUNITY 10 PROFUND | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| RISING RATES OPPORTUNITY 10 PROFUND | ATTN: RUBIN HOWARD PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| RISING U.S. DOLLAR PROFUND | ATTN: BARRY PERSHKOW PROFUNDS GROUP 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA MD 20814 |
| RIVER CAPITAL ADVISORS, INC. | 1144 LAKE STREET SUITE 207 OAK PARK IL 60301 |
| RIVER CAPITAL ADVISORS, INC. | DLA PIPER LLP (US) C/O JAMES R. IRVING 203 NORTH LASALLE STREET, SUITE 1900 CHICAGO IL 60601 |
| RIVER TRUST ACQUISITION (MD) LLC | DIRECTOR OF MULTIFAMILY MGMT INFORMATION FEDERAL HOME LOAN MORTGAGE CORPORATION 8100 JONES BRANCH DRIVE MAIL STOP B4Q MCLEAN VA 22102 |
| RIVER TRUST ACQUISITION (MD) LLC | ATTN: DIRECTOR OF MULTIFAMILY MGMT INFORMATION FEDERAL HOME LOAN MORTGAGE CORPORATION 8100 JONES BRANCH DRIVE MAIL STOP B4Q MCLEAN VA 22102 |
| RIVER TRUST ACQUISITION (MD) LLC | C/O ARCHSTONE-SMITH OPERATING TRUST 9200 E. PANORAMA CIRCLE ENGELWOOD CO 80112 |
| RIVER TRUST ACQUISITION (MD) LLC | 9200 E. PANORAMA CIRCLE SUITE 400 ENGELWOOD CO 80112 |
| RIVER TRUST ACQUISITION (MD) LLC | TREASURY DEPARTMENT C/O ARCHSTONE-SMITH OPERATING TRUST 9200 E. PANORAMA CIRCLE ENGELWOOD CO 80112 |
| RIVERSIDE COUNTY TRANSPORTATION COMMISSION | 4080 LEMON STREET, 3RD FLOOR RIVERSIDE CA 92501 |
| RIVERSIDE COUNTY TRANSPORTATION COMMISSION | RIVERSIDE COUNTY TRANSPORTATION COMMISSION 4080 LEMON STREET, 3RD FLOOR RIVERSIDE CA 92501 |
| RIVERSIDE HEALTHCARE ASSOCIATION, INC | 608 DENBIGH BOULEVARD, SUITE 800 NEWPORT NEWS VA 23608-4442 |
| RIVERSIDE MEDICAL CENTER | 350 NORTH WALL STREET KANKAKEE IL 60901 |
| RIVERSOURCE BALANCED FUND | ATTN: ASSET MANAGEMENT LEGAL 5228 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55419 |
| RIVERSOURCE BALANCED FUND | 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE BALANCED FUND | ATTN: DERIVATIVES DOCUMENTATION GROUP 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE DIVERSIFIED BOND FUND | ATTN: ASSET MANAGEMENT LEGAL 5228 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55419 |
| RIVERSOURCE DIVERSIFIED BOND FUND | 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE DIVERSIFIED BOND FUND | ATTN: DERIVATIVES DOCUMENTATION GROUP/TARA TILBURY 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE GROWTH FUND | C/O RIVERSOURCE INVESTMENTS LLP 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |

| Claim Name | Address Information |
|---|---|
| RIVERSOURCE GROWTH FUND | ATTN: INVESTMENT OPERATIONS C/O RIVERSOURCE INVESTMENTS, LLP 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE LARGE CAP EQUITY FUND | ATTN: INVESTMENT OPERATIONS C/O RIVERSOURCE INVESTMENTS, LLP 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE LARGE CAPEQUITY FUND | C/O RIVERSOURCE INVESTMENTS LLP 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIFE INSURANCE COMPANY | ATTN: ASSET MANAGEMENT LEGAL 5228 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55419 |
| RIVERSOURCE LIFE INSURANCE COMPANY | C/O AMERCIAN EXPRESS FINANCIAL CORPORATION 254 AXP FINANCIAL CENTER MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIFE INSURANCE COMPANY | AMERICAN ENTERPRISE LIFE INSURANCE COMPANY C/O AMERICAN EXPRESS FINANCIAL CORPORATION 254 AXP FINANCIAL CENTER MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIFE INSURANCE COMPANY | AMEIPRISE FINANCIAL CENTER, H19/1109 707 SECOND AVENUE SOUTH MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIFE INSURANCE COMPANY | 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIFE INSURANCE COMPANY OF NEW YORK | RIVERSOURCE LIFE INSURANCE COMPANY OF NEW YORK 254 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIFE INSURANCECOMPANY OF NEW YORK | TARA TILBURY RIVERSOURCE LIFE INSURANCE COMPANY OF NEW YORK 254 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55447 |
| RIVERSOURCE LIMITED DURATION BOND FUND | ATTN: ASSET MANAGEMENT LEGAL 5228 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55419 |
| RIVERSOURCE LIMITED DURATION BOND FUND | 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE LIMITED DURATION BOND FUND | ATTN: DERIVATIVES DOCUMENTATION GROUP/TARA TILBURY 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO – BALANCED FUND | ATTN: ASSET MANAGEMENT LEGAL 5228 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55419 |
| RIVERSOURCE VARIABLE PORTFOLIO – BALANCED FUND | 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO – BALANCED FUND | ATTN: DERIVATIVES DOCUMENTATION GROUP/TARA TILBURY 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO – CORE EQUITY FUND | ATN: ASSET MANAGEMENT LEGAL 5228 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55419 |
| RIVERSOURCE VARIABLE PORTFOLIO – CORE EQUITY FUND | ATTN: INVESTMENT OPERATIONS C/O RIVERSOURCE INVESTMENTS, LLP 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO – DIVERSIFIED BOND | ATTN: ASSET MANAGEMENT LEGAL 5228 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55419 |
| RIVERSOURCE VARIABLE PORTFOLIO – GROWTH FUND | ATTTN: DERIVATIVES DOCUMENTATION GROUP C/O RIVERSOURCE INVESTMENTS LLP 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO – GROWTH FUND | ATTN: INVESTMENT OPERATIONS C/O RIVERSOURCE INVESTMENTS, LLP 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO LARGE CAP EQUITY FU | ATTN: INVESTMENT OPERATIONS C/O RIVERSOURCE INVESTMENTS, LLP 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO– CORE EQUITY FUND | C/O RIVERSOURCE INVESTMENTS LLP 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO-DIVERSIFIED BOND FD | 1109 AMERIPRISE FINANCIAL CENTER, H19/1109 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIO-DIVERSIFIED BOND FD | ATTN: DERIVATIVES DOCUMENTATION GROUP/TARA TILBURY 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLE PORTFOLIOLARGE CAP EQUITY FUN | C/O RIVERSOURCE INVESTMENTS LLP 254 AMERIPRISE FINANCIAL CENTERRIVERSOURCE FUNDS, MINNEAPOLIS MN 55474 |
| RIVERSOURCE VARIABLEPORTFOLIO GROWTH FUND | C/O RIVERSOURCE INVESTMENTS LLP 254 AMERIPRISE FINANCIAL CENTER, H19/254 MINNEAPOLIS MN 55474 |
| RIVERWOODS AT EXETER | THE RIVERWOODS COMPANY, AT EXETER N.H. 7 RIVERWOODS DRIVE EXETER NH 03833-4376 |

| Claim Name | Address Information |
|---|---|
| RJO HOLDINGS CORP | RJO HOLDINGS CORP. 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| RK BRADLEY ASSOCIATES LIMITED PARTNERSHIP | ATTN: MARTHA COLIER, CFO C/O KONOVER PROPERTIES CORP. 342 NORTH MAIN STREET WEST HARTFORD CT 06117 |
| RK BRADLEY ASSOCIATES LIMITED PARTNERSHIP | ATTN: JAMES WAKIM, COO C/O THE SIMON KONOVER COMPANY 342 NORTH MAIN ST. WEST HARTFORD CT 06117 |
| RK BRADLEY ASSOCIATES LIMITED PARTNERSHIP | C/O WATERFORD HOTEL GROUP, INC. 914 HARTFORD TURNPIKE P.O. BOX 715 WATERFORD CT 06385 |
| RK BRADLEY ASSOCIATES LIMITED PARTNERSHIP | ATTN: JASON LEISER, COUNSEL C/O THE WATERFORD GROUP 914 HARTFORD TURNPIKE WATERFORD CT 06385 |
| ROBANIA CDO LIMITED | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| ROBANIA CDO LIMITED | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| ROBANIA CDO LIMITED | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| ROBECO CDO VII LTD | ROBECO INSTITUTIONAL ASSET MANAGEMENT BV COOLSINGEL 120 AG ROTTERDAM NL-3011 NETHERLANDS |
| ROBECO CREDIT LIMITED | COOLSINGEL 120 NETHERLANDS |
| ROBECO FIXED INCOME STRATEGIES SPC | ROBECO ALTERNATIVE INVESTMENTS COOLSINGEL 120 AG ROTTERDAM 3011 THE NETHERLANDS |
| ROBECO FIXED INCOME STRATEGIES SPC, | IN RESPECT OF SEGREGATED PORFOLIO A ATTN: MR. A. KLEP & MR. M. STOFFERS COOLSINGEL 120 3011  AG  ROTTERDAM NETHERLANDS |
| ROBERT A SCHOELLHORN TRUST | 77 WEST WACKER DRIVE, SUITE 4800 ATTN: STEVEN JAKUBOWSKI CHICAGO IL 60601-1812 |
| ROBERT L ARKO | 2010 SPALDING DRIVE ATLANTA GA 30350 |
| ROBUSTA GLOBAL CREDIT BOND FUND | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ROCHE RETIREMENT PLAN TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| ROCHE RETIREMENT PLAN TRUST | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| ROCHE US DB PLANS MASTER TRUST | GERRY BOHM 340 KINGSLAND STREET NUTLEY NJ 07110 |
| ROCHE US DB PLANS MASTER TRUST | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| ROCHE US DB PLANS MASTER TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DPET. W- 1482 385 E. COLORADO BLVD. PASADENA CA 91101 |
| ROCK CREEK PORTABLE ALPHA SERIES 7051 LTD | QUEENSGATE HOUSE SOUTH CHURCH STREET PO BOX 1234 GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| ROCK CREEK PORTABLE ALPHA SERIES 7051 LTD | ATTN: MR. JOHN REVILLE PRICEWATERHOUSECOOPERS LLP 300 MADISON AVENUE NEW YORK NY 10017 |
| ROCK CREEK PORTABLE ALPHA SERIES 7051 LTD | ATTN: SUDHIR KRISHNAMURTHI C/O THE ROCK CREEK GROUP 1133 CONNECTICUT AVENUE, N.W. WASHINGTON DC 20036 |
| ROCK CREEK PORTABLE ALPHA SERIES 8011 LTD | QUEENSGATE HOUSE SOUTH CHURCH STREET PO BOX 1234 GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| ROCK CREEK PORTABLE ALPHA SERIES 8011 LTD | ATTN: MR. JOHN REVILLE PRICEWATERHOUSECOOPERS LLP 300 MADISON AVENUE NEW YORK NY 10017 |
| ROCK CREEK PORTABLE ALPHA SERIES 8011 LTD | ATTN: SUDHIR KRISHNAMURTHI C/O THE ROCK CREEK GROUP, LP 1133 CONNECTICUT AVENUE, N.W. WASHINGTON DC 20036 |
| ROCK CREEK PORTABLE ALPHA SERIES I LTD | QUEENSGATE HOUSE SOUTH CHURCH STREET PO BOX 1234 GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| ROCK CREEK PORTABLE ALPHA SERIES I LTD | ATTN: MR JOHN. JASANI C/O PRICEWATERHOUSECOOPERS LLP 300 MADISON AVENUE NEW YORK NY 10017 |
| ROCK CREEK PORTABLE ALPHA SERIES I LTD | ATTN: SUDHIR KRISHNAMURTHI C/O THE ROCK CREEK GROUP 1133 CONNECTICUT AVENUE, N.W. WASHINGTON DC 20036 |
| ROCK CREEK PORTABLE ALPHA SERIES III | QUEENSGATE HOUSE SOUTH CHURCH STREET PO BOX 1234 GRAND CAYMAN KY1-1108 CAYMAN |

| Claim Name | Address Information |
|---|---|
| LTD | ISLANDS |
| ROCK CREEK PORTABLE ALPHA SERIES III LTD | ATTN: MR. JOHN REVILLE PRICEWATERHOUSECOOPERS 300 MADISON AVENUE NEW YORK NY 10017 |
| ROCK CREEK PORTABLE ALPHA SERIES III LTD | ATTN: SUDHIR KRISHNAMURTHI C/O THE ROCK CREEK GROUP 1133 CONNECTICUT AVENUE, N.W. WASHINGTON DC 20036 |
| ROCKFORD MEMORIAL HOSPITAL | 2400 NORTH ROCKTON ROCKFORD IL 61103 |
| ROCKIES EXPRESS PIPELINE LLC | 500 DALLAS STREET SUITE 1000 HOUSTON TX 77002 |
| ROCKLEDGE ASSOCIATES LLC | 444 MADISON AVENUE, SUITE 601 NEW YORK NY 10022 |
| ROCKWOOD PARTNERS, L.P. | 35 MASON STREET GREENWICH CT 06830 |
| RODERICK CARL WENDT REVOCABLE TRUST | RODERICK C. WENDT RCW REVOCABLE TRUST 2120 FAIRMONT STREET KLAMATH FALLS OR 97601 |
| ROGUE VALLEY MANOR | 1200 MIRA MAR AVENUE MEDFORD OR 97504 |
| ROMAN CATHOLIC DIOCESE OF MEMPHIS | THE ROMAN CATHOLIC DIOCESE OF MEMPHIS 5825 SHELBY OAKS DRIVE MEMPHIS TN 38138 |
| ROMESH & KATHLEEN WADHWANI | 1395 CHARLESTON ROAD MOUNTAIN VIEW CA 94043 |
| RONNIE B GETZ REVOCABLE TRUST | RONNIE B GETZ TTEE PO BOX 1189 GREAT NECK NY 11023-0189 |
| ROSE, WALTER E. | C/O ARI H. JAFFE KOHRMAN JACKSON & KRANTZ PLL ONE CLEVELAND CENTER, 20TH FLOOR 1375 E. 9TH STREET CLEVELAND OH 44114-1793 |
| ROSENTHAL COLLINS GROUP | ROSENTHAL COLLINS GROUP, LLC 216 WEST JACKSON BOULEVARD, 4TH FLOOR CHICAGO IL 60606 |
| ROSENTHAL COLLINS GROUP LP | ATTN: FOREIGN EXCHANGE ROSENTHAL COLLINS GROUP, LLC 216 WEST JACKSON BOULEVARD, 4TH FLOOR CHICAGO IL 60606 |
| ROSEVILLE CA (CITY OF) | 311 VERNON STREET ROSEVILLE CA 95678 |
| ROSEWOOD APARTMENTS LIMITED PARTNERSHIP | ROSEWOOD APARTMENTS LIMITED PARTNERSHIP C/O BANNER APARTMENTS, LLC 770 FRONTAGE ROAD, SUITE 123 NORTHFIELD IL 60093 |
| ROSEWOOD APARTMENTS LIMITED PARTNERSHIP | C/O BANNER APARTMENTS, LLC 770 FRONTAGE ROAD, SUITE 123 NORTHFIELD IL 60093 |
| ROSS FINANCIAL CORPORATION | C/O DART MANAGEMENT LIMITED P. O. BOX 31363, 45 MARKET STREET, SUITE 3211, ATTN: MARK VANDEVELDE, CFA, DIRECTOR CAMANA BAY GRAND CAYMAN KY1-1206 CAYMAN ISLANDS |
| ROSSLYN INVESTORS I LLC | ROSSLYN INVESTORS I, LLC ATTN: JAMES M. RINGER, ESQ MEISTER SEELIG & FEIN, LLP 140 E. 45TH ST NEW YORK NY 10017 |
| ROSSLYN INVESTORS I LLC | ATTN: NICHOLAS BIENSTOCK AND THOMAS FARRELL 10 E. 53RD ST., 37TH FLOOR NEW YORK NY 10022 |
| ROSSLYN INVESTORS I, LLC | JAMES M. RINGER, ESQ. MEISTER, SEELIG & FEIN, LLP 140 EAST 45TH STREET NEW YORK NY 10017 |
| ROSSLYN INVESTORS I, LLC | ATTN: NICHOLAS BIENSTOCK AND THOMAS FARRELL 10 E. 53RD, 37TH FLOOR NEW YORK NY 10022 |
| ROSSLYN SERIES LLC | ROSSLYN SERIES, LLC C/O MONDAY PROPERTIES 230 PARK AVENUE NEW YORK NY 10169 |
| ROSSLYN SERIES LLC | ATTN: ANTHONY WESTREICH ROSSLYN SERIES, LLC C/O MONDAY PROPERTIES 230 PARK AVENUE NEW YORK NY 10169 |
| ROSSLYN SERIES, LLC C/O LEHMAN BROTHERS REAL ESTAT | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| ROSSLYN SERIES, LLC C/O LEHMAN BROTHERS REAL ESTAT | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| ROTHSTEIN, JONATHAN H. | 241 ADAMS ROAD HEWLETT HARBOR NY 11557 |
| ROUND TABLE GLOBAL MULTI-STRATEGY MASTER FUND LTD | 214 NORTH TYRON STREET, SUITE 3000 WASHINGTON DC 28202 |
| ROVIDA HOLDING LIMITED | C/O SOPRIS CAPITAL ADVISORS, LLC 314 SOUTH GALENA STREET, SUITE 300 ASPEN CO 81611 |
| ROYAL BANK AMERICA | ATTN: JAMES MCSWIGGEN ROYAL BANK OF PENNSYLVANIA 732 MONTGOMERY AVENUE NARBERTH PA 19072 |
| ROYAL BANK AMERICA | ATTN: MCSWIGGEN JAMES ROYAL BANK OF PENNSYLVANIA 732 MONGOMERY AVENUE NARBERTH PA 19072 |

| Claim Name | Address Information |
|---|---|
| ROYAL BANK OF CANADA | 2ND FLOOR, ROYAL BANK PLAZA NORTH TOWER 200 BAY STREET TORONTO ON M5J 2J5 CANADA |
| ROYAL BANK OF CANADA | 200 BAY STREET, 2ND FLOOR ROYAL BANK PLAZA TORONTO, ONTARIO M5J 2W7 CANADA |
| ROYAL BANK OF CANADA | ATTN: MANAGER, CAPITAL MARKET PRODUCTS OPERATIONS 5TH FLOOR, NORTH TOWER, ROYAL BANK PLAZA 200 BAY STREET TORONTO, ONTARIO M5J 2W7 CANADA |
| ROYAL BANK OF CANADA | ATTN: EMILY JELICH, ASST. GENERAL COUNSEL 14TH FLOOR NORTH TOWER 200 BAY STREET, ROYAL BANK PLAZA RBC LAW GROUP TORONTO ON M5J 2J5 |
| ROYAL BANK OF CANADA | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| ROYAL BANK OF CANADA | ROYAL BANK OF CANADA THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK NY 10281-8098 |
| ROYAL BANK OF CANADA | ATTN: GRAEME HEPWORTH THREE WORLD FINANCIAL CENTER 200 VESEY ST NEW YORK NY 10281-8098 |
| ROYAL BANK OF CANADA | ATTN: GRAEME HEPWORTH C/O RBC CAPITAL MARKETS THREE WORLD FINANCIAL CENTER NEW YORK NY 10281-8098 |
| ROYAL BANK OF SCOTLAND ASSET MANAGEMENT | RBS ASSET MANAGEMENT LTD. 135 BISHOPGATE LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC | SWAPS ADMINISTRATION RBS GLOBAL BANKING #AMPER MARKETS LEVEL 4, 135 BISHOPGATE LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC | ATTN: SWAPS ADMINISTRATION RBS GLOBAL BANKING & MARKETS LEVEL 4, 135 BISHOPGATE LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC | ATTN: SWAPS ADMINISTRATION C/O RBS FINANCIAL MARKETS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC | 28 CAVENDISH SQUARE MARYLEBONE LONDON W1G 0DB UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC | C/O GREENWICH CAPITAL MARKETS , INC 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| ROYAL BANK OF SCOTLAND PLC | 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| ROYAL BANK OF SCOTLAND PLC | ATTN: LEGAL DEPT. – DERIVATIVES DOCUMENTATION 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| ROYAL BANK OF SCOTLAND PLC (THE) | ATTN: SWAPS ADMINISTRATION RBS GLOBAL BANKING & MARKETS 135 BISHOP GATE, LEVEL 4 LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC (THE) | 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL CHARTER PROPERTIES | NEW YORK PRESBYTERIAN HOSPITAL 161 FORT WASHINGTON HERBERT IRVING PAV., ROOM 1410 NEW YORK NY 10032 |
| ROYAL CHARTER PROPERTIES   EAST INC | ATTN: MARK E. LARMORE, SVP ROYAL CHARTER PROPERTIES – EAST, INC. 525 EAST 68TH STREET NEW YORK NY 10021 |
| ROYAL CHARTER PROPERTIES – EAST, INC. | SHELLEY C. CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ROYAL CHARTER PROPERTIES – EAST, INC. | ATTN: MARK E. LARMORE 525 EAST 68TH STREET NEW YORK NY 10021 |
| RR INVESTMENT COMPANY | C/O CAYMAN NATIONAL TRUST CO. ELGIN AVENUE, GRAND CAYMAN CAYMAN ISLANDS, BWI CAYMAN ISLANDS |
| RR INVESTMENT COMPANY | ATTN:RANKINE MCMILLAN RR INVESTMENT COMPANY LIMITED C/O CAYMAN NATIONAL TRUST CO. P.O. BOX 10340 APO GRAND CAYMAN CAYMAN ISLANDS |
| RTC (COMMINGLED EMPLOYEE BENEFIT FUNDS TRUST) RUSS | BOND FUND 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |

| Claim Name | Address Information |
|---|---|
| RTE-EDF TRANSPORT SA | CENTRE NATIONAL D'EXPLOITATION DU SYSTEME 204, BOULEVARD ANATOLE FRANCE SAINT-DENIS CEDEX F 93206 FRANCE |
| RUBICON MASTER FUND | PO BOX 309 UGLAND HOUSE, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| RUBICON MASTER FUND | RUBICON FUND MANAGEMENT LLP 103 MOUNT STREET LONDON W1K 2TJ UK |
| RUBICON MASTER FUND | ATTN: HEAD OF OPERATIONS RUBICON FUND MANAGEMENT LLP 103 MOUNT STREET LONDON W1K 2TJ UNITED KINGDOM |
| RUBICON MASTER FUND | CATHERINE MCGUINNESS RUBICON FUND MANAGEMENT LLP 103 MOUNT STREET LONDON W1K 2TJ UNITED KINGDOM |
| RUBY FINANCE 2004-2 | ATTN: THE DIRECTORS DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE 2006-5 | ATTN: TOM GEARY/ ADRIAN WRAFTER AIB INTERNATIONAL CENTER INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| RUBY FINANCE 2007-1 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| RUBY FINANCE 2007-7 | ATTN: THE DIRECTORS DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE 2008-01 | ATTN: THE DIRECTORS DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| RUBY FINANCE PLC - SERIES 2003-4 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2003-4 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 154 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2004-2 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATION TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2004-2 | RUBY FINANCE PLC - SERIES 2004-2 REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA1 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 157 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA10 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA10 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA11 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA11 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA12 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA12 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA13 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA13 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA14 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE PLC - SERIES 2005-IA14 | KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA14 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA15 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA15 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 171 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA16 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA16 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 172 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2006-2 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2006-2 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 174 NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2006-5 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2006-5 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-2 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-2 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-3 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-3 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-6 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-6 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 559 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-7 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-7 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2008-1 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CORPORATE TRUST LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2008-1 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC- SERIES 2006-3 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC- SERIES 2006-3 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUSSELL ALPHA FUND PLC | 909 A STREET TACOMA WA 98402-5120 |

| Claim Name | Address Information |
|---|---|
| RUSSELL ALPHA GLOBAL OPPORTUNITIES | TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| RUSSELL ALPHA GLOBAL OPPORTUNITIES | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| RUSSELL COMMON TRUST CORE BOND FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| RUSSELL GLOBAL EQUITY | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RUSSELL GROUP OF FUNDS OVERSEAS EQUITY | 1 FIRST CANADIAN PLACE 100 KING STREET WEST SUITE 5900, P.O. BOX 476 TORONTO ON M5X 1E4 CANADA |
| RUSSELL INSTITUTIONAL FUNDS LLC – RUSSELL CORE BON | C/O RUSSELL INSTITUTIONAL FUNDS MANAGEMENT LLC 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INSTITUTIONAL FUNDS LLC – RUSSELL INTERNAT | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INSURANCE FUNDS CORE BOND FUND | C/O FRANK RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INTERNATIONAL FUND WITH ACTIVE CURRENCY | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INTERNATIONAL GROWTH ACCOUNT | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT CO INSTITUTIONAL FUNDS | CLASS E & I FIXED INCOME I FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT CO INSTITUTIONAL FUNDS | CLASS E & I FIXED INCOME III FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT CO INSTITUTIONAL FUNDS | CLASS E & I FIXED INCOME III FUND ATTN: LISA CAVALLARI RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT CO PLC – SBZ EURO BOND PORTFOLI | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| RUSSELL INVESTMENT COMPANY CONTINENTAL EUROPE FUND | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT COMPANY GLOBAL EQUITY FUND | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT COMPANY II PLC – THE WORLD EQUI | GUILD STREET IFSC DUBLIN 1 IRELAND |
| RUSSELL INVESTMENT COMPANY III ACTIVE CURRENCY FUN | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT COMPANY INSTITUTIONAL FUNDS CLA | INCOME III FUND 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| RUSSELL INVESTMENT COMPANY INSTITUTIONAL FUNDS CLA | DURATION BOND FUND 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| RUSSELL INVESTMENT COMPANY INSTITUTIONAL FUNDS CLA | INCOME III FUND METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| RUSSELL INVESTMENT COMPANY INSTITUTIONAL FUNDS CLA | INCOME I FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT COMPANY INSTITUTIONAL FUNDS CLA | INCOME III FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| RUSSELL INVESTMENT COMPANY INSTITUTIONAL FUNDS CLA | INCOME I FUND C/O RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT COMPANY INSTITUTIONAL FUNDS CLA | INCOME III FUND C/O RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT COMPANY INVESTMENT GRADE BOND F | METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| RUSSELL INVESTMENT COMPANY INVESTMENT GRADE BOND F | ATTN: LISA CAVALLARI RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT COMPANY PLC EMERGING MARKETS EQ | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL INVESTMENT COMPANY PLC GLOBAL BOND FUND | 909 A STREET TACOMA WA 98402-5120 |

| Claim Name | Address Information |
|---|---|
| RUSSELL INVESTMENT FUNDS CORE BOND FUND | METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| RUSSELL INVESTMENT FUNDS CORE BOND FUND | ATTN: LISA CAVALLARI FRANK RUSSELL INVESTMENT COMPANY 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL MULTI-STRATEGY GLOBAL BOND FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| RUSSELL TRUST COMPANY INTERNATIONAL EQUITY PLUS FU | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL TRUST COMPANY LONG DURATION BOND FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| RUSSELL TRUST COMPANY WORLD EQUITY FUND | 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL TRUST FIXED INCOME II FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| RUSSELL/BWA/DAIMLERCHRYSLERMASTER RETIREMENT TRUST | ONE GLENDINNING PLACE WESTPORT CT 06880 |
| RUSSELL/FRIC PLC EMERGINGMARKETS EQUITY FUND | RUSSELL INVESTMENTS 909 A STREET TACOMA WA 98402 |
| RUSSELL/FRIM-RUSSELLALPHA FUND PLC | 6803 SOUTH TUCSON WAY CENTENNIAL CO 80112 |
| RUSSELL/FRS- NYN07NYSNA-NY NURSES ASSOC PENSION | 1 PINE WEST PLAZA WASHINGTON AVENUE EXTENSION ALBANY NY 12212 |
| RUSSELL/RUSSELL GLOBAL EQUITY | 1 FIRST CANADIAN PLACE 100 KING STREET WEST SUITE 5900, P.O. BOX 476 TORONTO ON M5X 1E4 CANADA |
| RUTHERFORD HOSPITAL, INCORPORATED | 288 SOUTH RIDGECREST AVE. RUTHERFORDTON NC 28139 |
| RUTLAND HOSPITAL, INC, THE | C/O EDWARD ORGORZALEK RUTLAND REGIONAL MEDICAL CENTER 160 ALLEN STREET RUTLAND VT 05701 |
| RUTLAND REGIONAL MEDICAL CENTER | CHIEF FINANCIAL ADVISOR 160 ALLEN STREET RUTLAND VT 05701 |
| RWE SUPPLY & TRADING GMBH | ATTN: MAX LIESENHOFF ALTENESSENER STRASSE 27 ESSEN D-45141 GERMANY |
| RWE SUPPLY & TRADING GMBH | TROUTMAN SANDERS LLP ATTN: HOLLACE T. COHEN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| RWE TRADING GMBH | HEAD OF OPERATIONS RWE TRADING GMBH 2, HUYSSENALLEE D-45128 ESSEN GERMANY |
| RWE TRANSPORTNETZ STROM GMBH | RHEINLANDDAMM 24 DORTMUND 44139 GERMANY |
| RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED | C/O TREMONT PARTNERS, INC. 555 THEODORE FREMD AVENUE, C-300 NEW YORK NY 10580 |
| RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED | MANAGER – RYE INVESTMENT MGMT C/O TREMONT PARTNERS, INC. 555 THEODORE FREMD AVENUE, C-300 NEW YORK NY 10580 |
| S. WEINSTEIN & H. WEINSTEIN, TRUSTEES | CANDIDN PRINTING LIMITED DEFINED BENEFIT PENSION PLAN SATED 1/1/92 25-11 HUNTERS POINT AVENUE LONG ISLAND CITY NY 11101 |
| S.A.C. ARBITRAGE FUND, LLC | ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| S.A.C. ARBITRAGE FUND, LLC | MATTHEW A. FELDMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SABADELL BS GARANTIA SUPERIOR 7, FI | BANSABADELL INVERSI?N, S.A., S.G.I.I.C CALLE SENA, 12 SANT CUGAT DEL VALLES 8174 SPAIN |
| SABINE LOFTS HOUSTON LP | C/O SENTINEL REALTY ADVISORS CORPORATION 1251 AVENUE OF AMERICAS NEW YORK NY 10020 |
| SABMILLER PLC | 1 STANHOPE GATE LONDON EC1A 4NP UNITED KINGDOM |
| SABRE FUND MANAGEMENT LIMIA/C SABRE STYLE ARB LIQ | ATTN: MELISSA HILL SABRE FUND MANAGEMENT LIMITED, 14 BUCKINGHAM GATE LONDON SW1E 6LB UNITED KINGDOM |
| SABRETOOTH MASTER FUND, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O SABRETOOTH CAPITAL MANAGEMENT, LLC ATTN: BENJAMIN BAKER 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174 |
| SABRETOOTH MASTER FUND, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O SABRETOOTH CAPITAL LLC 405 LEXINGTON AVENUE 50TH FLOOR NEW YORK NY 10174 |
| SABRETOOTH MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SABRETOOTH CAPITAL MANAGEMENT, LLC/ATTN: B BAKER 405 LEXINGTON AVE, 50TH FLOOR NEW YORK NY 10174 |

| Claim Name | Address Information |
|---|---|
| SAC ARBITRAGE FUND LLC | GENERAL COUNSEL S.A.C. CAPITAL ADVISORS, LLC 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SAC ARBITRAGE FUND LLC | S.A.C. CAPITAL ADVISORS, LLC 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SAC ARBITRAGE FUND LLC | HARRY JHO LLC LAWRENCE WU 10 EAST 38TH STREET, 7TH FLOOR NEW YORK NY 10016 |
| SAC CAPITAL ASSOCIATES LLC | 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SAC GLOBAL MACRO FUND LLC | PETER A. NUSSBAUM, GENERAL COUNSEL C/O S.A.C. CAPITAL ADVISORS, LLC 72 CUMMINGS POINT ROAD STAMFORD CT 06906 |
| SACHER FUNDING LTD. | C/O BAWAG HOLDING GMBH C/O BAWAG P.S.K.BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE POSTSPARKASSE AKTIENGESELLSCHAFT BEREICH BILANZEN –BIFB (RE) GEORG-COCH-PLATZ 2 A1018 WIEN AUSTRIA |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: JIM TRACY 6201 S STREET – MS – B408 SACRAMENTO CA 95817-1899 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: MARK OOSTERMAN 6301 S STREET – MS A404 SACRAMENTO CA 95817-1899 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: MARK ALBERTER AND JULIE HALL MS A404, PO BOX 15830 MS A404, PO BOX 15830 SACRAMENTO CA 95852-1830 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: ENERGY CREDIT MANAGER P. O. BOX 15830, B306 P. O. BOX 15830, B306 SACRAMENTO CA 95852-1830 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: CHEIF FINANCIAL OFFICER P. O. BOX 15830, B408 SACRAMENTO CA 95852-1830 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: ENERGY CREDIT MANAGER SACRAMENTO MUNICIPAL UTILITY DISTRICT P. O. BOX 15830, B306 SACRAMENTO CA 95852-1830 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN: MARK ALBERTER AND JULIE HALL SACRAMENTO MUNICIPAL UTILITY DISTRICT ENERGY SETTLEMENTS – MS A404, PO BOX 15830 SACRAMENTO CA 95852-1830 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT (ISDA) | 6201 S STREET SACRAMENTO CA 95817-1899 |
| SACRAMENTO MUNICIPALUTILITY DISTRICT | P.O. BOX 15830 SACRAMENTO CA 95852-1830 |
| SACRAMENTO, COUNTY OF | COUNTY ADMINISTRATION CENTER SACRAMENTO CA 95814 |
| SACRED HEART UNIVERSITY, INCORPORATED | 5151 PARK AVENUE FAIRFIELD CT 06825-1000 |
| SAFEWAY INC | 5918 STONERIDGE MALL ROAD 5918 STONERIDGE MALL ROAD PLEASANTON CA 94588 |
| SAFEWAY INC | ATTN: DOUG CONDON 5918 STONERIDGE MALL ROAD PLEASANTON CA 94588 |
| SAFIRA FUND SPC | 16TH FLOOR ABSA TOWERS 160 MAIN STREET JOHANNESBURG SOUTH AFRICA |
| SAFIRA FUND SPC | ATTN: KIND ATTENTION: GROUP LEGAL SERVICES 16TH FLOOR ABSA TOWERS 160 MAIN STREET JOHANNESBURG SOUTH AFRICA |
| SAFRA NATIONAL BANK OF NEW YORK | 546 FIFTH AVE NEW YORK NY 10036 |
| SAGA 400 LIMITED | THE SAGA BUILDING ENBROOK PARK FOLKESTONE KENT CT20 3SE UNITED KINGDOM |
| SAGA 400 LIMITED | STUART HOWARD THE SAGA BUILDING ENBROOK PARK FOLKESTONE KENT CT20 3SE UNITED KINGDOM |
| SAGAMORE CLO LTD. | INVESCO SENIOR SECURED MANAGEMENT, INC 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SAGAMORE CLO, LTD. | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| SAGAMORE CLO, LTD. | SAGAMORE CLO, LTD. C/O INVESCO SENIOR SECURED MANAGEMENT, INC. ATTN: BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SAGAMORE CLO, LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGG S. JUBIN, ESQ. 700 SIXTH STREET, N.W. WASHINGTON DC 20004 |
| SAIL TRUST 2005-2 | ATTN: ABSTRUST SERVICES GROUP SAIL 2005-1 LASALLE BANK NATIONAL ASSOCIATION 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| SAIL TRUST 2005-2 | AURORA LOAN SERVICES, AS MASTER SERVICER 2530 SOUTH PARKER ROAD, SUITE 601 AURORA CO 80014 |
| SAILFISH MULTI-STRAT FIXED INCM MSTR FD(G2), LTD | SAILFISH CAPITAL PARTNERS LLC 225 HIGH RIDGE ROAD WEST BUILDING, 2ND FLOOR STAMFORD CT 06905 |
| SAINT JOHN'S COMMUNITIES | ATTN: CHEIF RISK OFFICER AND CHIEF LEGAL OFFICER RADIAN ASSET ASSURANCE INC 335 MADISON AVENUE NEW YORK NY 10017 |
| SAINT JOHN'S COMMUNITIES | 1840 NORTH PROSPECT AVENUE MILWAUKEE WI 53202 |

| Claim Name | Address Information |
|---|---|
| SAINT JOHN'S COMMUNITIES | ATTN: VP/ DIRECTOR OF FINANCE 1840 NORTH PROSPECT AVENUE MILWAUKEE WI 53202 |
| SAINT JOHN'S COMMUNITIES, INC. | C/O RENEE ANDERSON 1840 N. PROSPECT AVENUE MILWAUKEE WI 53202 |
| SAINT JOSEPH'S UNIVERSITY | C/O MICHAEL J. CORDONE, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| SAINT LOUIS UNIVERSITY | 221 NORTH GRAND BLVD. DUBOURG HALL, ROOM 202 SAINT LOUIS MO 63103 |
| SAINT LOUIS-PARKING | THE CITY OF ST. LOUIS, MISSORI 1200 MARKET STREET ROOM 220 ST. LOUIS MO 63013 |
| SAITAMA RESONA BANK, LIMITED | 1-2 OTEMACHI 1-CHOME CHIYODA-KU TOKYO 100-8106 JAPAN |
| SAITAMA RESONA BANK, LIMITED | ATTN: KAZUHIKO AIBA 4-1 TOKIWA 7-CHOME SAITAMA 336-8668 JAPAN |
| SALEM FIVE CENTS SAVINGS BANK | ATTN: PING YIN CHAI 210 ESSEX ST SALEM MA 01970 |
| SALEM FIVE CENTS SAVINGS BANK | PING YIN CHAI SALEM FIVE CENTS SAVINGS BANK 210 ESSEX ST SALEM MA 01970 |
| SALEM FIVE CENTS SAVINGS BANK | RONALD N BRAUNSTEIN, ESQUIRE RIEMER & BRAUNSTEIN LLP 3 CENTER PLAZA BOSTON MA 02108 |
| SALLY HECHINGER RUDOY, NANCY,JOHN, S. ROSS HECHING | 5215 MOORLAND LANE BETHESDA MD 20814 |
| SALLY HECHINGER RUDOY, NANYCY, JOHN, S. HECHINGER | JUNE & JOHN HECHINGER CHAR LEADTST MR. JOHN HECHINGER 5215 MOORLAND LANE BETHESDA MD 20814 |
| SALOMON SWAPCO INC. | CITI SWAPCO INC NEW YORK NY 10005 |
| SALOMON SWAPCO INC. | 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| SALOMON SWAPCO INC. | SCOTT L FLOOD 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013 |
| SALT RIVER PIMA MARICOPA INDIAN COMMUNITY | ROBERT MENDELSON, MORGAN LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| SALT RIVER PIMA MARICOPA INDIAN COMMUNITY | C/O ANTHONY FARESE, TREASURER OFFICE OF THE TREASURER, SRP-MIC 10,005 EAST OSBORN ROAD SCOTTSDALE AZ 85256 |
| SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT & POWE | 1521 N. PROJECT DRIVE TEMPE AZ 85281-1298 |
| SALVATION ARMY, THE | A NEW YORK RELIGIOUS & CHARITABLE CORPORATION 440 WEST NYACK ROAD P.O. BOX C-435 WEST NYACK NY 10994 |
| SAMARITAN INSURANCE FUNDING LIMITED | C/O ROB LEADBETTER USA RISK GROUP (CAYMAN) P.O. BOX 1085 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| SAMARITAN INSURANCE FUNDING LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 ATTN: KEVIN BROADWATER NEWPORT BEACH CA 92660 |
| SAMPO BANK PLC | DANSKE BANK A/S C/O DMLEGAL (REG: 4676) ATTN: HANNE OLESEN HOLMENS KANAL 2-12 COPENHAGEN DK-1092 DENMARK |
| SAMPO BANK PLC | EDWARD A. SMITH VENABLE LLP COUNSEL TO SAMPO BANK PLC 1270 AVENUE OF AMERICAS, 25TH FL. NEW YORK NY 10020 |
| SAMRA, VICTOR | 25 CROWS NEST ROAD BRONXVILLE NY 10708 |
| SAMSON CAPITAL ADVISORS LLC | SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEG C/O SAMSON CAPITAL ADVISORS LLC NEW YORK NY 10022 |
| SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEGY | C/O SAMSON CAPITAL ADVISORS LLC 598 MADISON AVENUE NEW YORK NY 10022 |
| SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEGY | MR. BEN THOMPSON C/O SAMSON CAPITAL ADVISORS LLC 598 MADISON AVENUE NEW YORK NY 10022 |
| SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEGY | C/O SAMSON CAPITAL ADVISORS LLC 598 MADISON AVENUE NEW YORK NY 10022 |
| SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEGY | C/O SAMSON CAPITAL ADVISORS LLC 598 MADISON AVENUE NEW YORK NY 10022 |
| SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEGY | ATTN: BEN THOMPSON SAMSON TAX EFFICIENT INFLATION PROTECTION STRATEG C/O SAMSON CAPITAL ADVISORS LLC 598 MADISON AVENUE NEW YORK NY 10022 |
| SAMSUNG 2 STAR 2Y DERIVATIVES FUND 16-1 | SAMSUNG LIFE INSUR BLDG 36-1 YOIDO-DONG,YOUNGDEUN SEOUL 150-886 KOREA, REPUBLIC OF |
| SAN BERNADINO, COUNTY OF | COUNTY OF SAN BERNARDINO CALIFORNIA 385 NORTH ARROWHEAD AVENUE SAN BERNARDINO CA 92415-0120 |

| Claim Name | Address Information |
|---|---|
| SAN BERNARDINO COUNTY EMPLOYEES RETIREMENT ASSOCIA | RUSSELL IMPLEMENTATION SERVICES INC. 909 "A" STREET TACOMA WA 98402 |
| SAN DIEGO CA (COUNTY OF) EMPLOYEES RETIREMENT ASSO | 909 A STREET TACOMA WA 98402-5120 |
| SAN DIEGO FOUNDATION | SAN DIEGO FOUNDATION 11766 WILSHIRE BLVD.- SUITE 1580 LOS ANGELES CA 90025 |
| SAN FRANCISCO AIRPORT, CITY AND COUNTY OF | TERMINAL 2, 5TH FLOOR P.O. BOX 8097 SAN FRANCISCO CA 94128 |
| SAN FRANCISCO AIRPORT, CITY AND COUNTY OF | ATTN: JOHN L. MARTIN P.O. BOX 8097 SAN FRANCISCO CA 94128 |
| SAN FRANCISCO CITY AND COUNTY | EMPLOYEES' RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1098 385 E. COLORADO BLVD PASADENA CA 91101 |
| SAN GABRIEL VALLEY SCHOOL | SAN GABRIEL UNIFIED SCHOOL DISTRICT 408 JUNIPERO SERRA DRIVE SAN GABRIEL CA 91776 |
| SAN MATEO COUNTY COMMUNITY COLLEGE DISTRICT | SAN MATEO COUNTY COMMUNITY COLLEGE DISTRICT 3401 CSM DRIVE SAN MATEO CA 94402-2699 |
| SAN REMO APARTMENTS, L.P. | ATTN: ROBERTO C. RUIZ 3777 EAST BROADWAY BOULEVARD, SUITE 200 TUCSON AZ 85716 |
| SAN REMO APARTMENTS, L.P. | ROBERTO RUIZ SAN REMO APARTMENTS 3777 E BROADWAY BLVD, STE 200 TUCSON AZ 85716 |
| SAN REMO APARTMENTS, L.P. | SAN REMO APARTMENTS, L.P. 3777 EAST BROADWAY BLVD. TUCSON AZ 85716 |
| SAN REMO APARTMENTS, L.P. | 3777 EAST BROADWAY BLVD. TUSCAN AZ 85716 |
| SANDRIDGE ENERGY, INC | 123 ROBERT S KERR AVE #1702 OKLAHOMA CITY OK 731026406 |
| SANFORD C. BERNSTEIN FUND II, INC. - | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SANFORD C. BERNSTEIN FUND II, INC. - | BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| SANFORD C. BERNSTEIN FUND, INC. - | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SANFORD C. BERNSTEIN FUND, INC. - | INTERMEDIATE DURATION PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| SANFORD HEALTH | CAIN BROTHERS 360 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| SANFORD HEALTH | ATTN: CHIEF FINANCIAL OFFICER 1305 WEST 18TH STREET PO BOX 5039 SIOUX FALLS SD 57717-5039 |
| SANKATY ADVISORS LLC | 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| SANKATY CREDIT OPPORTUNITIES III LP | ATTN JEFFREY B HAWKINS 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| SANKATY CREDIT OPPORTUNITIES, L.P. | ATTN: JEFFREY B. HAWKINS 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| SANKATY SPECIAL SITUATIONS I, L.P. | ATTN: JEFFREY B. HAWKINS 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| SANLAM UNIVERSAL FUNDS PLC | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SANMINA SCI CORPORATION | SANMINA SCI CORPORATION 2700 NORTH FIRST STREET SAN JOSE CA 95134 |
| SANMINA-SCI CORPORATION | PACHULSKI STANG ZIEHL & JONES LLP ATTN: JEFFREY N. POMERANTZ, ESQ. 10100 SANTA MONICA BLVD., SUITE 1100 LOS ANGELES CA 90067 |
| SANNO POINT CAPITAL MANAGEMENT LLC | PO BOX 4955 NEW YORK NY 101854955 |
| SANTA BARBARA CA (COUNTY OF) | SANTA BARBARA COUNTY, PUBLIC WORKS DEPARTMENT 123 EAST ANAPAMU STREET SANTA BARBARA CA 93101 |
| SANTANDER AM SA SGIICA/C BANESTO GARANTIZADO OCASI | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER AM SGIIC A/C BANIF ESTRUCTURADO FI | ACTING ON BEHALF OF BANIF ESTRUCTURADO AVDA CANTABRIA S/N 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER AM SGIIC A/C FONDO ANTICIPACION CON | AVDA. DE CANTABRIA S/N 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER AM SGIIC A/C FONDO ANTICIPACION CONSERV | AVDA. DE CANTABRIA S/N 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER AM SGIIC A/C FONDO ANTICIPACION MOD 2 | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |

| Claim Name | Address Information |
|---|---|
| SANTANDER AM SGIIC A/C FONDO ANTICIPACION MODERAD | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER AM SGIIC A/C FONDO SUPERSELECCION DIVID | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO 2, FI ATTN: ANTONIO FAZ ESCANO/MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | ON BEHALF OF FONDO MULTIRENTABILIDAD, FI ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | ON BEHALF FONDO ANTICIPATION MODERADO, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO, FI ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28860 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO 2, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | ON BEHALF OF SANTANDER DECISION MODERADO, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | ON BEHALF OF SUPERFONDO EVOLUCION F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | OF BEHALF OF FONDO ANTICIPACION MODERADO 2, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | ON BEHALF OF FONDO SUPERSELECCION ACCIONES 2, FI ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | O'MELVENY & MYERS LLP ATTN: GERALD C BENDER, ESQ TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEH | ANTICIPACION CONSERVADOR 2, F.I. ATTN: ANTONIO FAZ ESCANO; MARIA ESPERANZA MONTE CARRASCO CUIDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEH | ANTICIPACION CONSERVADOR, F.I. ATTN: ANTONIO FAZ ESCANO; MARIA ESPERANZA MONTE CARRASCO CUIDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660. BOADILLA DEL MONTE. MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEH | DECISION CONSERVADOR, FI ATTN: ANTONIO FAZ ESCANO; MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660. BOADILLA DEL MONTE. MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEH | O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEH | O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| SANTANDER GEST DE ACTIVOSA/C FONDO 150 ANIVERSARIO | AVDA. DE CANTABRIA S/N 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER/BANESTO GARANTIZADO MULTIOPORT 4X4-2 | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER/BANESTO GARANTIZADO MULTIOPORTUNIDAD 4X4 | ATTN: ALICIA SANTOS LLAMAS CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |

| Claim Name | Address Information |
|---|---|
| SANTANDER/BANESTO GARANTIZADODOBLE RENDIMIENTO FI | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER/FONDO MULTIRENTABILIDAD FIM | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER/FONDO SUPERSELECCIONACCIONES 2 FIM | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER/SUPERFONDO EVOLUCION F I | CIUDAD GRUPO SANTANDER BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER/SUPERSELECCIONDIVIDENDO 2 FI | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SAPHIR FINANCE 2006-8C | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE 2006-8C | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE COMPANY LIMITED SERIES 2005-1 CLASS | ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE COMPANY LIMITED SERIES 2005-1 CLASS | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-01 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-01 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 203 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-02A1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-02A1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 207 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-02A2 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-02A2 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 208 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-10 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-10 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 204 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-11A | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-11A | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 206 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A1 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 213 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A3 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-3 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 211 |

| Claim Name | Address Information |
| --- | --- |
| CLASS A3 | NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A4 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A4 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 212 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-6 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-6 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 216 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-8 - SERIES A | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-8 - SERIES A | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 218 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-O2B1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-O2B1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 209 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2007-4 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2007-4 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 222 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2007-5 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2007-5 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 223 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2007-7 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2007-7 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 224 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2007-9 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2007-9 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. CONTROL: EMEA 225 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC 2005-10 | SAPHIR FINANCE PUBLIC LIMITED COMPANY AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2005-10 | WITH A COPY TO A NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-10 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-2 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-4 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2006-5 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-1 | AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCE SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-1 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-2 | ATTN: ADRIAN WRAFTER AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL C DUBLIN 1 IRELAND |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC 2007-2 | ATTN: ADRIAN WRAFTER WITH A COPY TO A#AMPERL GOODBODY SOLICITORS NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC 2007-5 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2004-11 | A INTERNATIONAL FINANCIAL SERVICES CENTRE NORTH WALL QUAY DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC SERIES 2005-10-A1 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADO SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC SERIES 2005-10-A1 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC SERIES 2005-10-A2 | ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC SERIES 2005-10-A2 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC SERIES 2005-11 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC SERIES 2005-11 | SAPHIR FINANCE PLC SERIES 2005-11 REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC- SERIES 2008-1 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC- SERIES 2008-1 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC- SERIES 2008-10 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC- SERIES 2008-10 | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC- SERIES 2008-11 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC- SERIES 2008-11 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC- SERIES 2008-7 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC- SERIES 2008-7 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004- | ATTN: SANAJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004- | ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004- | ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004- | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004- | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004- | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | BERNHARD KALSER AND DR. GUNLIA WEBER FRESHFIELDS BRUCKHAUS DERINGER LLP |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | BOCKENHEIMER ANLAGA 44 FRANKFURT AM MAIN 60322 GERMANY |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | BERNHARD KALSER AND DR. GUNLIA WEBER FRESHFIELDS BRUCKHAUS DERINGER LLP BOCKENHELMER ANLAGA 44 FRANKFURT AM MAIN 60322 GERMANY |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | BERNHARD KAISER AND DR. GULIA WEBER FRESHFIELDS BRUCKHAUS DERINGER LLP BOCKENHELMER ANLAGE 44 FRANKFURT AM MAIN 60322 GERMANY |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | AIB INTERNATIONAL CENTRE ATTN: THE DIRECTORS INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | PHIL CODY MCCANN FITZGERALD SOLICITORS RIVERSIDE ONE SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2008-6 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK- LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2008-13 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK- LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2008-12 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK- LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2008-8 C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED-KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2008-9 C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN:  SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005-3B C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2004-2 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O BNY CORPORATE TRUSTEE SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2004-4 ATTN: SANAJAY JOBANPUTRA C/O BNY CORPORATE TRUSTEE SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005-07A1 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005-04 ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005-12 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 235 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 236 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 238 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY - SERIES 200 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PUBLIC LIMITED COMPANY – SERIES 200 | KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY – SERIES 200 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. CONTROL: EMEA 239 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005- | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005- | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPPORO NISHIMACHI YUGEN KAISHA | C/O ASIA PACIFIC LAND (JAPAN) LIMITED AKASAKA TAMEIKE TOWER, 9TH FLOOR AKASAKA 2/17/2007 JAPAN |
| SAPPORO NISHIMACHI YUGEN KAISHA | C/O O'MELVENY & MYERS LLP TWO EMBARCADERO, 28TH FLOOR ATTN: TREVOR N. LAIN SAN FRANCISCO CA 94111 |
| SARACEN ENERGY LP | FIVE GREENWAY PLAZA SUITE 1310 HOUSTON TX 77046 |
| SARACEN ENERGY LP | ATTN: LEGAL DEPARTMENT SARACEN MERCHANT ENERGY LP FIVE GREENWAY PLAZA SUITE 1310 HOUSTON TX 77046 |
| SARAH COMMUNITY DEVELOPMENT | SARAH COMUNITY DEVELOPMENTS SARAH K. GALLAGHER 703 EAST MORGAN STREET BOONVILLE MO 65233 |
| SARAH MOORE HOMES INC | DELAWARE COUNTY BANK BUILDING P.O. BOX 1040 DELAWARE OH 43015-7140 |
| SARASOTA COUNTY PUBLIC HOSPITAL DIST. | SQUIRE SANDERS & DEMPSEY LLP C/O ANDREW SIMON 221 E FOURTH ST. – SUITE 2900 CINCINNATI OH 45202 |
| SARASOTA COUNTY PUBLIC HOSPITAL DIST. | C/O WILLIAM WOELTJEN 1700 SOUTH TAMIAMI TRAIL SARASOTA FL 34239 |
| SARATOGA CLO I, LTD. | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| SARATOGA CLO I, LTD. | SARATOGA CLO I, LTD. C/O INVESCO SENIOR SECURED MANAGEMENT, INC. ATTN: BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SARATOGA CLO I, LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGG S. JUBIN, ESQ. 700 SIXTH STREET, N.W. WASHINGTON DC 20004 |
| SARM 2008-1 | CLIENT MANAGER, SASCO SERIES 2008-1 WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SARM 2008-1 | JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO 2002-NP1 | WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO 2007-EQ1 | CLIENT MANAGER – SASCO 2007-EQ1 WELLS FARGO BANK, NA 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SASCO 2007-EQ1 | STRUCTURED FINANCE – SASCO 2007-EQ1 U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CORPORATE TRUST SERVICES 1 FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| SASCO 2007-EQ1 | JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO SERIES 2005-RF6 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO SERIES 2005-RF6 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO SERIES 2006 RF-2 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO SERIES 2006 RF-2 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO SERIES 2006 RF-4 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO SERIES 2006 RF-4 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO SERIES 2007 RF-1 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO SERIES 2007 RF-1 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |

| Claim Name | Address Information |
|---|---|
| SASCO SERIES 2007 RF-2 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO SERIES 2007 RF-2 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO SERIES 2008 RF-1 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO SERIES 2008 RF-1 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO, SERIES 2005-RF2 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO, SERIES 2005-RF2 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO, SERIES 2005-RF3 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO, SERIES 2005-RF3 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO, SERIES 2005-RF4 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO, SERIES 2005-RF4 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SASCO, SERIES 2005-RF5 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| SASCO, SERIES 2005-RF5 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| SATELLITE CREDIT OPPORTUNITIES, LTD. | C/O SATELLITE ASSET MANAGEMENT, L.P 623 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| SATELLITE CREDIT OPPORTUNITIES, LTD. | ATTN: BRIAN KRIFFCHER C/O SATELLITE ASSET MANAGEMENT, L.P 623 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| SATELLITE CREDIT OPPORTUNITIES, LTD. | ATTN: SIMON RAYKHER, GEN COUNSEL C/O SATELLITE ASSET MANAGEMENT, L.P 623 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| SAUDI ARABIAN MONETARY AGENCY | PO BOX 2992 AL MAATHER ROAD RIYADH 11169 SAUDI ARABIA |
| SAVANNAH ILA EMPLOYERS PENSION FUND | ROBERT MENDELSON RE: SAVANNAH ILA EMPLOYERS PENSION FUND MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVE NEW YORK NY 10178 |
| SAVANNAH ILA EMPLOYERS PENSION FUND | ATTN: VIRGINIA PARHAM PO BOX 1280 SAVANNAH GA 31498-1280 |
| SAVANNAH ILA EMPLOYERS PENSION PLAN | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| SBA COMMUNICATIONS CORPORATION | C/O JOHN J. MONAGHAN, ESQ. HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON MA 02116 |
| SBA- BANK LATVIA MBSC/O SMITH BREEDEN ASSOCIATES | K. VALDEMARA IELA 2A RIGA LV-1050 LATVIA |
| SBC MASTER PENSION TRUST | ATTN: PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| SCAGO EDUCATIONAL FACILITIES CORP FOR | WILLIAMSBURG SCHOOL DISTRICT C/O MCNAIR LAW FIRM, P.A ATTN: ELIZABETH (LISA) J. PHILIP & MICHAEL J. SEEZEN 100 CALHOUN STREET, SUITE 400 CHARLESTON SC 29401 |
| SCAGO EDUCATIONAL FACILITIES CORPORATION FOR SUMTE | DISTRICT 17 C/O MCNAIR LAW FIRM, P.A. ATTN: ELIZABETH (LISA) J. PHILP AND MICHAEL J. SEEZEN 100 CALHOUN STREET, SUITE 400 CHARLESTON SC 29401 |
| SCAGO EDUCATIONAL FACILITIES CORPORATION FOR SUMTE | DISTRICT 17 1300 KING STREET BEAUFORT SC 29902-4936 |
| SCAGO EDUCATIONAL FACILITIES CORPORATION FOR WILLI | DISTRICT 1300 KING STREET BEAUFORT SC 29902-4936 |
| SCANDINAVIAN AIRLINES SYSTEM DENMARK - NORWAY - SW | ATTN: VICE PRESIDENT, SAS CORPORATE FUEL MANAGEMENT SE-195 87 STOCKHOLM SWEDEN |
| SCANDINAVIAN AIRLINES SYSTEM DENMARK - | ERIK HELLNERS (LEGAL) FR??SUNDAVIKS ALL?? 1, SOLNA FR??SUNDAVIKS ALL?? 1, |

| Claim Name | Address Information |
|---|---|
| NORWAY – SW | SOLNA STOCKHOLM 195 87 SWEDEN |
| SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN | SAS, DEPARTMENT STOET STOCKHOLM SE-195 87 SWEDEN |
| SCEPTICUS LP | ATTN: GREG HADDAD AND ABENA AYEH C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE, THE GALLERIA BUILDING 3, 2ND FL. RED BANK NJ 07701 |
| SCEPTICUS LP | 5956 SHERRY LANE, SUITE 1350 DALLAS TX 75225 |
| SCH GESTION SGIIC SAA/C SANTANDER 150 ANIV 2 | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SCH GESTION SGIIC SAA/C SANTANDER DECISION CONSERV | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SCH GESTION SGIIC SAA/C SANTANDER DECISION MODERAD | CIUDAD GRUPO SANTANDER 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SCHAEFFER, DONALD & JOAN | 11 PAYNE CIRCLE HEWLETT NY 11557 |
| SCHERING-PLOUGH RETIREMENT PLAN | (BLK TICKER: SGP) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| SCHEURER HOSPITAL | 170 NORTH CASEVILLE ROAD PIGEON 48755 |
| SCHILLER PARK CLO | SCHILLER PARK CLO LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SCHILLER PARK CLO | CDOMONITORING@MOODYS.COM MOODY#APOSS INVESTORS SERVICE, INC. 99 CHURCH STREET NEW YORK NY 10007 |
| SCHILLER PARK CLO | SCDO_SURVEILLANCE@SANDP.COM STANDARD #AMPER POOR#APOSS RATINGS SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| SCHILLER PARK CLO | CDO BUSINESS UNIT – SCHILLER PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| SCHILLER PARK CLO LTD. | ANDREW SHAFFER MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019-5820 |
| SCHILLER PARK CLO LTD. | C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: LISA J. FORBES ONE O'HARE CENTRE, 9TH FLOOR 6250 NORTH RIVER ROAD ROSEMONT IL 60018 |
| SCHIPHOL NEDERLAND B.V. | EVERT VAN DE BEEKSTRAAT 2002 SCHIPHOL 1118 NETHERLANDS |
| SCHLUMBERGER MASTER PROFIT SHARING TRUST | 5599 SAN FELIPE, 17TH FLOOR HOUSTON TX 77056 |
| SCHOELLHORN, ROBERT | STEVE JAKUBOWSKI 77 WEST WACKER DRIVE, SUITE 4800 CHICAGO IL 60601-1812 |
| SCHOELLHORN, ROBERT | ATTN: ROBERT A SCHOELLHORN MARATHON COACH 91333 COBURG INDUSTRIAL WAY COBURG OR 97408-9492 |
| SCHOELLHORN, ROBERT | ROBERT A SCHOELLHORN MARATHON COACH 91333 COBURG INDUSTRIAL WAY COBURG OR 97408-9492 |
| SCHRODER & CO LIMITED | PHILIPPA O#APOSSULLIVAN, LAWYER, PRIVATE BANKING 100 WOOD STREET LONDON EC2V 7ER UNITED KINGDOM |
| SCHRODER & CO LIMITED | ATTN: PHILIPPA O'SULLIVAN, LAWYER, PRIVATE BANKING 100 WOOD STREET LONDON EC2V7ER UNITED KINGDOM |
| SCHRODER & CO. LIMITED | C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPATRMENT/ CHRISTIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| SCHRODER INV MGMT LTDA/C SAS AGRICULTURE FUND | 31 GRESHAM STREET LONDON EC2V7ER UNITED KINGDOM |
| SCHRODER INV MGMT LTDA/C SAS COMMODITY FUND | 31 GRESHAM STREET LONDON EC2V7ER UNITED KINGDOM |
| SCHRODER INVESTMENT COMPANY LIMITED | C/O SHCRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT/ CHRISTIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| SCHRODER INVESTMENT MANAGEMENT NORTH AMERICA INC | 875 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10022-6225 |
| SCHRODER US HOLDING INC | 131 FRONT STREET HAMILTON, HM BERMUDA |
| SCHRODER US HOLDING INC | 31 GRESHAM STREET LONDON EC2V7QA UNITED KINGDOM |
| SCHUVILLE, RAYMOND | 378 WEST NECK ROAD LLOYD HARBOR NY 11743 |

| Claim Name | Address Information |
|---|---|
| SCOGGIN WORLDWIDE FUND LTD. | C/O SCOGGIN CAPITAL MANAGEMENT ATTN: DANIEL TAUB, GC & CCO 660 MADISON AVENUE, 20TH FL. NEW YORK NY 10065 |
| SCREEN ACTORS GUILD – PRODUCERS PENSION & HEALTH P | ATTN: ALICE CARDENAS 3601 W OLIVE AVENUE, SUITE 200 BURBANK CA 91505 |
| SCUDDER 10009/KEMPER STRATEGICINCOME FUND | SCUDDER INVESTOR SERVICES, INC. C/O SCUDDER KEMPER INVESTMENTS, INC. TWO INTERNATIONAL PLACE BOSTON MA 02210-4103 |
| SCUDDER 17019 / BT PYRAMID INTL EQUITY FUND | DEUTSCHE ASSET MANAGEMENT MS NYC02-3100 NEW YORK NY 10006 |
| SCUDDER 17021 / RJ REYNOLDS TOBACCO HOLDINGS INC | DEUTSCHE ASSET MANAGEMENT MS NYC02-3100 NEW YORK NY 10006 |
| SCUDDER 17022 / SECURITY EQUITY FUND-INTERNATIONAL | DEUTSCHE ASSET MANAGEMENT NEW YORK NY 10006 |
| SCUDDER 17024/SEMPRA | SEMPRA ENERGY CORPORATE HEADQUARTERS 101 ASH STREET SAN DIEGO CA 92101-3017 |
| SCUDDER STRATEGIC INCOME FUND | ATTN: JOSEPH P.BEIMFORD KEMPER STRATEGIC INCOME FUND CHICAGO IL 60603 |
| SDICHDING PENSION FUNDS OPENBARE APOTHEKERS | POSTBUS 111 BERKEL-ENSCHOT 5056 ZJ NETHERLANDS |
| SDICHDING PENSION FUNDS OPENBARE APOTHEKERS | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLP 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SEABROOK VILLAGE INC | C/O ERICKSON RETIREMENT COMMUNITIES, LLC 701 MAIDEN CHOICE LANE BALTIMORE MD 21228 |
| SEABROOK VILLAGE, INC. | C/O STEPHEN B. GERALD, ESQ. WHITEFORD, TAYLOR & PRESTON LLP SEVEN SAINT PAUL STREET BALTIMORE MD 21202-1636 |
| SEALED AIR CORPORATION | 200 RIVERFRONT BOULEVARD ELMWOOD PARK NJ 07407 |
| SEALINK FUNDING LIMITED | ATTN: LEGAL GROUP 101 BARCLAY STREET 4 EAST NEW YORK NY 10286 |
| SEARS 401 (K) SAVINGS PLAN | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1948 358 E. COLORADO BLVD. PASADENA CA 91101 |
| SEARS INTERMEDIATE BOND FUND | BLACKROCK FINANCIAL MANAGEMENT 40 E. 52ND STREET NEW YORK NY 10022 |
| SEARS, BRIAN | 230 WEST 56TH APT 53C NEW YORK NY 10019 |
| SEASONS SERIES TRUST (SUNAMERICA) ASSET ALLOCATION | DIVERSIFIED GROWTH  PORTFOLIO ATTN: STEPHEN DRISCOLL/ MIDDLE OFFICE PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SEASONS SERIES TRUST (SUNAMERICA) ASSET ALLOCATION | DIVERSIFIED GROWTH  PORTFOLIO ATTN: STEPHEN DRISCOLL/ MIDDLE OFFICE PUTNAM INVESTMENTS MGMT ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SEASONS SERIES TRUST (SUNAMERICA) ASSET ALLOCATION | PORTFOLIO PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| SEAT PAGINE GIALLE S.P.A. | ATTN: STEFANO COLLMANN CORSO MORTARA 22 TORINO 10149 ITALY |
| SEAT PAGINE GIALLE S.P.A. | ROYAL LONDON HOUSE ATTN: MICHAEL J. BARRON ATTN: DICKSON MINTO W.S. 22-25 FINSBURY SQUARE LONDON EC2A 1DX UNITED KINGDON |
| SEAT PAGINE GIALLE S.P.A. | SHELLEY CHAPMAN WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SEAT PAGINE GIALLE SPA | VIA A. SAFFI, 18 TORINO 10138 ITALY |
| SEATTLE PACIFIC UNIVERSITY | ATTN: MARC L. BARRECA 925 4TH AVENUE, SUITE 2900 SEATTLE WA 98104-1158 |
| SEATTLE PACIFIC UNIVERSITY | ATTN: MARC L. BARRECA K 925 4TH AVENUE, SUITE 2900 SEATTLE WA 98104-1158 |
| SEATTLE PACIFIC UNIVERSITY | 3307 THIRD AVENUE WEST, SUITE 103 SEATTLE WA 98119-1922 |
| SEB AG | MB SUPPORT ULMENTSTRABE 30 FRANKFURT AM MAIN 60325 GERMANY |
| SEB AG | ATTN: KARL-HEINZ BRIESE BEN GURION RING 174 FRANKFURT AM MAIN 60437 GERMANY |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD SERIES 2007-1 FEDERATED A-1, C/O MAPLES FINANCE LT P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 SPRCL SPC FOR SERIES 2007-1 FEDERATIONA-2 C/O MAPLES FINANCE LTD P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SECURITIZED PRODUCT OF RESTRUCTURED | SERIES 2007-1 FEDERATION A1 ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY |

| Claim Name | Address Information |
|---|---|
| COLLATERAL LTD | AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: HOWARD TOPF – HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 GLOBAL TRUST SERVICES – STRUCTURED FINANCE UNIT THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 GLOBAL TRUST SERVICES – STRUCTURED FINANCE UNIT THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES – CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | FEDERATION A1 STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | FEDERATION A2 STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: MATTHEW MASSIER LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A1 ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LTD | SERIES 2007-1 FEDERATION A2 ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| SECURITY EQUITY FUND INTERNATIONAL SERIES | ATTN: DEAM LEGAL DEPT. C/O WILLIAM BUTTERLY, ESQ DEUTSCHE ASSET MANAGEMENT NEW YORK NY 10006 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | M.J.S.J. MULLER ING BANK NV LOCATIONCODE AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | JENNIFER C DEMARCO ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | DERIVATIVES MIDDLE OFFICE C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | ATTN: DERIVATIVES MIDDLE OFFICE C/O ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY INC | ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY INC | ATTN: CORPORATE COUNSEL ING INVESTMENT MANAGEMENT LLC 5780 POWERS FERRY ROAD, N.W., SUITE 300 ATLANTA GA 30327-4349 |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | SERIES 2007-1 D FORCE C/O MAPLES FINANCE LIMITED PO BOX #1093 - GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SEGREGATED PORTFOLIO SPRC D-FORCE LLC SERIES 2007- | ATTN: DAVID J KOLIBACHUK US BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES NEW YORK NY 10005 |
| SEI GLOBAL INVESTMENTS FUND PLC - SEI EURO CORE FI | ATTN: DAVID MCCANN - ADVISOR SEI INVESTMENT MANAGEMENT 1 FREEDOM VALLEY DRIVE P.O BOX 1100 OAKS PA 19456 |
| SEI GLOBAL MASTER FUND PLC - | SEI GLOBAL OPPORTUNISTIC FIXED INCOME FUND ATTN: DAVID MCCANN - ADVISOR C/O SEI INVESTMENT MANAGEMENT 1 FREEDOM VALLEY DRIVE P.O BOX 1100 OAKS PA 19456 |
| SEI GLOBAL MASTER FUND PLC - SEI EURO CORE FIXED I | ATTN: DAVID MCCANN - ADVISOR SEI INVESTMENT MANAGEMENT 1 FREEDOM VALLEY DRIVE P.O BOX 1100 OAKS PA 19456 |
| SEI GLOBAL MASTER FUND PLC - SEI GLOBAL FIXED INCO | ATTN: DAVID MCCANN - ADVISOR C/O SEI INVESTMENT MANAGEMENT 1 FREEDOM VALLEY DRIVE P.O BOX 1100 OAKS PA 19456 |
| SEI GLOBAL MASTER FUND PLC - SEI GLOBAL OPPORTUNIS | FUND SEI GLOBAL FUND SERVICES STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| SEI GLOBAL MASTER FUND PLC - THE SEI US FIXED INCO | 11766 WILSHIRE BLVD., SUITE 1500 (MW #768) LOS ANGELES CA 90025 |
| SEI INSTITUTIONAL INTERNATIONAL TRUST FIXED INCOME | RECORD CURRENCY MANAGEMENT LTD. MORGAN HOUSE MADEIRA WALK WINDSOR SL4 1EP BERKSHIRE UNITED KINGDOM |
| SEI INSTITUTIONAL INVESTMENTS TRUST | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 |

| Claim Name | Address Information |
|---|---|
| CORE FIXED INC | LOS ANGELES CA 90025 |
| SEI INSTITUTIONAL MANAGED TRUST CORE FIXED INCOME | METROPOLITIAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| SELECTINVEST PORTABLE ALPHA FUND SPC – SEGREGATED | REGATTA OFFICE PARK – WEST BAY RD, 2ND FL P.O. BOX 31105 SBM GRAND CAYMAN CAYMAN ISLANDS |
| SELECTINVEST PORTABLE ALPHA FUND SPC – SEGREGATED | ATTN: ELENA MADARIAGA 30 ROCKEFELLER CENTER, SUITE 2800 NEW YORK NY 10112 |
| SEMBLER INVESTMENTS, INC. | SEMBLER INVESTMENTS 11300 4TH STREET NORTH ST. PETERSBURG FL 33716 |
| SEMPRA ENERGY | C/O DEUTSCHE ASSET MANAGEMENT 130 LIBERTY STREET NEW YORK NY 10006 |
| SEMPRA ENERGY | 101 ASH STREET SAN DIEGO CA 92101-3017 |
| SEMPRA ENERGY SOLUTIONS | ATTN: LEGAL 58 COMMERCE ROAD STAMFORD CT 06902 |
| SEMPRA ENERGY SOLUTIONS | RBS SEMPRA COMMODITIES 401 WEST A STREET, SUITE 500 SAN DIEGO CA 92101 |
| SEMPRA ENERGY SOLUTIONS | ATTN: JAMES WOOD 401 WEST A STREET, SUITE 500 SAN DIEGO CA 92101 |
| SEMPRA ENERGY SOLUTIONS | ATTN: LEGAL 101 ASH STREET, HQ9 SAN DIEGO CA 92101-3017 |
| SEMPRA ENERGY SOLUTIONS LLC | C/O SEMPRA ENERGY TRADING LLC ATTN: RICHARD BEITLER, SENIOR VICE PRESIDENT & DEPUTY GENERAL COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SEMPRA ENERGY SOLUTIONS LLC | IRENA M GOLSTEIN DEWEY & LABOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| SEMPRA ENERGY SOLUTIONS LLC | IRENA M GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| SEMPRA ENERGY TRADING LLC | 58 COMMERCE ROAD STAMFORD CT 06902 |
| SEMPRA ENERGY TRADING LLC | ATTN: LEGAL, RICH BEITLER 58 COMMERCE ROAD STAMFORD CT 06902 |
| SEMPRA GENERATION | SABINA CLORFEINE SEMPRA ENERGY 101 ASH STREET, SUITE 1100 SAN DIEGO CA 92101 |
| SEMPRA GENERATION | C/O SABINA CLORFEINE 101 ASH STREET, SUITE 1100 SAN DIEGO CA 92101 |
| SEMPRA GENERATION | ATTN: ENERGY SUPPLY 101 ASH STREET, HQ14D SAN DIEGO CA 92101-3017 |
| SEMPRA OIL TRADING SARL | 15-17 RUE DU CENDRIER GENEVA CH-1211 SWITZERLAND |
| SEMPRA OIL TRADING SARL | ATTN: LEGAL 58 COMMERCE ROAD STAMFORD CT 06902 |
| SENIOR DEBT PORTFOLIO | C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK NY 10022 |
| SENIOR DEBT PORTFOLIO | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| SENOKO POWER LIMITED | 111 SOMERSET ROAD, #5-06 238164 SINGAPORE |
| SENTARA EMPLOYEES' PENSION PLAN | (BLK TICKER: SENT-P) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| SENTARA HEALTH SYSTEM EMPLOYEES RETIREMENT PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| SENTARA HEALTHCARE | (BLK TICKER: SENT) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| SEQUA CORP | ATTN: JIM LANGELOTTI 200 PARK AVENUE NEW YORK NY 10017 |
| SEQUA CORP | C/O CHATHAM FINANCIAL CORPORATION KENNETT SQUARE PA 19348 |
| SERENGETI LYCAON MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OVERSEAS LTD. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OVERSEAS LTD. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. 632 BROADWAY, 12TH FL ATTN: W. VIVIAN LAU NEW YORK NY 10012 |
| SERENGETI OVERSEAS LTD. | RICHARDS KIBBE & ORBE LLP ATTN:  MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |

| Claim Name | Address Information |
|---|---|
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: S.CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: SERENGETI PARTNERS LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OVERSEAS MM L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI PARTNERS LP | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | TRANSFEROR: LONGACRE MASTER FUND II, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MGMT LP; ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM L.P. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI RAPAX MM L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI RAPAX MM LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SERIES 2007-1 TABXSPOKE SEGREGATED PORTFOLIO | ATTN: DAVID J. KOLIBACHUK C/O U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES 100 WALL STREET, SUITE 1600 NEW YORK NY 10005 |
| SESI LLC | ATTN: WILLIAM B. MASTERS 1105 PETERS ROAD HARVEY LA 70058 |
| SESI LLC | SUPERIOR ENERGY SERVICES, INC. ATTN: WILLIAM B. MASTERS 601 POYDRAS ST., SUITE 2400 NEW ORLEANS LA 70130 |
| SESTANTE FINANCE SRL | VIA BORROMEI 5 MILAN MILAN 20123 ITALY |
| SG AM AI HOLDINGS INC OBO SG AM AI EC V | C/O SG ASSET INVESTMENT MANAGEMENT INC. 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SG AM AI HOLDINGS INC OBO SG AM AI EC V | ATTN: STEVEN CARLINO C/O SG ASSET INVESTMENT MANAGEMENT INC. 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SGRO, MICHAEL | 1151 76TH STREET BROOKLYN NY 11228 |

| Claim Name | Address Information |
|---|---|
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| SHANDS TEACHING HOSPITAL & CLINICS | TRUSTEE FOR FIRST UNION 225 WATER STREET JACKSONVILLE FL 32202 |
| SHANNON HEALTH SYSTEM | SHANE PLYMELL, TREASURER 120 EAST HARRIS SAN ANGELO TX 76903 |
| SHANTI ASSET MANAGEMENT | 4, RUE SAINT-FLORENTIN PARIS 75001 FRANCE |
| SHANTI ASSET MANAGEMENT | C/O STEVEN SCHWARTZ WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166 |
| SHARP HEALTHCARE | LATHAM & WATKINS CARLOS ALVAREZ 885 THIRD AVE 3RD FLOOR NEW YORK NY 10022 |
| SHARP HEALTHCARE | F/K/A SAN DIEGO HOSPITAL ASSOCIATION 8695 SPECTRUM CENTER BLVD. SAN DIEGO CA 92123 |
| SHARP HEALTHCARE SYSTEM | ATTN: LEGAL DIVISION SHARP HEALTHCARE 8695 SPECTRUM CENTER BLVD. SAN DIEGO CA 92123-1489 |
| SHAW, JEROME M. TTEE | JEROME M. SHAW REV TRUST DTD 10/17/05 3 GROVE ISLE DRIVE PENTHOUSE ONE COCONUT GROVE FL 33133-4118 |
| SHELBY EASTERN SCHOOLS INC | 2451 NORTH 600 EAST SHELBYVILLE IN 46176 |
| SHELL ENERGY NORTH AMERICA (US) LP | CORAL ENERGY HOLDING, L.P. HOUSTON TX 77010 |
| SHELL ENERGY NORTH AMERICA (US) LP | JENNIFER M. GORE 909 FANNIN, PLAZA LEVEL 1 HOUSTON TX 77010 |
| SHELL ENERGY NORTH AMERICA (US) LP | GENERAL COUNSEL CORAL ENERGY HOLDING, L.P. HOUSTON TX 77010 |
| SHELL ENERGY NORTH AMERICA (US) LP | SHELL ENERGY NORTH AMERICA 4445 EASTGATE MALL, SUITE 100 SAN DIEGO CA 92121 |
| SHELL ENERGY NORTH AMERICA (US) LP | 4445 EASTGATE MALL, SUITE 100 SAN DIEGO CA 92121 |
| SHELL ENERGY TRADING LTD | 80 STRAND LONDON WC2R 0ZA UNITED KINGDOM |
| SHELL INTERNATIONAL EASTERN TRADING COMPANY | ATTN: VINAY LAJMI 83 CLEMENCEAU AVENUE PO BOX 643, SINGAPORE 901243 SINGAPORE 239920 SINGAPORE |
| SHELL INTERNATIONAL EASTERN TRADING COMPANY | SHELL HOUSE #04-0C 83 CLEMENCEAU AVENUE 239920 SINGAPORE |
| SHELL INTERNATIONAL EASTERN TRADING COMPANY | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| SHELL PENSION TRUST ACCOUNT | ATTN: JOHN C.E. CAMPBELL, EXECUTIVE VICE PRESIDENT BIRDGEWATER ASSOCIATES, INC. ONE GELNDINNING PLACE WESTPORT CT 06880 |
| SHELL PENSION TRUST ACCOUNT | ATTN: JOHN C.E. CAMPBELL, EXECUTIVE VICE PRESIDENT BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| SHELL PENSION TRUST ACCOUNT | SHELL PENSION TRUST 910 LOUISIANA STREET HOUSTON TX 77002 |
| SHELL TRADING (US) COMPANY | ATTN: PAUL B. TURNER 1114 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10036-7703 |
| SHELL TRADING (US) COMPANY | 909 FANNIN ST HOUSTON TX 77010 |
| SHELL TRADING (US) COMPANY | ATTN: JENNIFER M. GORE, ESQ. 909 FANNIN, PLAZA LEVEL 1 HOUSTON TX 77010 |
| SHELL TRADING (US) COMPANY | ATTN: JENNIFER M. GORE, ESQ. 909 FANNIN, PLAZA LEVEL I HOUSTON TX 77010 |
| SHELL TRADING (US) COMPANY | PAUL B. TURNER, ESQ. SUTHERLAND ASBILL & BRENNAN LLP TWO HOUSTON CENTER 909 FANNIN, SUITE 2200 HOUSTON TX 77010 |
| SHELL TRADING (US) COMPANY | 909 FANNIN, PLAZA LEVEL 1 HOUSTON TX 77010 |
| SHELL TRADING INTERNATIONAL LIMITED | ATTN: MIKE OAKLEY SHELL CENTRE YORK ROAD LONDON LONDON UNITED KINGDOM |
| SHELL TRADING INTERNATIONAL LIMITED | MIKE OAKLEY SHELL CENTRE YORK ROAD LONDON LONDON UNITED KINGDOM |
| SHELL TRADING INTERNATIONAL LTD | ATTN JEREMY HUTCHINSON / MIKE OAKLEY 80 STRAND LONDON WC2R 0ZA UNITED KINGDOM |
| SHELL TRADING INTERNATIONAL LTD | CRAVATH SWAINE & MOORE LLP ATTN RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| SHEPHERD OF THE VALLEY LUTHERAN | RETIREMENT SERV, INC. 5525 SILICA ROAD AUSTINTOWN OH 44515 |
| SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICE | 6000 MAHONING AVENUE SUITE 410 YOUNGSTOWN PA 44515 |

| Claim Name | Address Information |
|---|---|
| SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICE | 5525 SILICA ROAD AUSTINTOWN OH 44515 |
| SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICE | 5525 SILICA ROAD AUSTINTOWN OH 44515 |
| SHEPPARD, ERIC | 180 BALCROSS DRIVE BAL HARBOUR FL 33154 |
| SHEPPARD, ERIC | 180 BALCROSS DRIVE BAL HARBOUR FL 33154-3190 |
| SHIN KONG LIFE INSURANCE CO LTD | 66 CHUNG-HSIAO W. RD SEC 1 TAPEI TAIWAN |
| SHIN KONG LIFE INSURANCE CO LTD | 37F, 66, SEC. 1, CHUNG-HSIAO W. ROAD TAIPEI TAIWAN, PROVINCE OF CHINA |
| SHINHAN BANK | 120, 2-GA, TAEPYUNG-RO, JUNG-GU, SEOUL 100-102 KOREA, REPUBLIC OF |
| SHINKIN CENTRAL BANK | TREASURY OPERATIONS DIVISION 3-7, YAESU 1-CHOME CHUO-KU, TOKYO 103-0028 JAPAN |
| SHINKIN CENTRAL BANK | SHINKIN CENTRAL BANK INVESTOR & PUBLIC RELATIONS OFFICE 3-7. YAESU 1-CHOME CHUO-KU, TOKYO 103-0028 JAPAN |
| SHINKIN CENTRAL BANK | ATTN: YOICHI TOBITSUKA, GENERAL MANAGER SHINKIN CENTRAL BANK TREASURY OPERATIONS DIVISION 3-7, YAESU 1-CHOME CHUO-KU 103-0028 |
| SHINKIN CENTRAL BANKFOREIGN EXCHANGE DEPT | ATTN: YOICHI TOBITSUKA, GENERAL MANAGER SHINKIN CENTRAL BANK TREASURY OPERATIONS DIVISION 3-7, YAESU 1-CHOME CHUO-KU TOKYO 103-0028 JAPAN |
| SHINSEI BANK, LIMITED | ATTN: HAJIME KASATANI 1-8, UCHISAIWAI-CHO 2-CHOME OPERATIONS SERVICES DIVISION CHIYADO-KU, TOKYO 100-8501 |
| SHINYOUNG SECURITIES CO.,LTD. | SHINYOUNG SECURITIES CO. LTD SHINYOUNG BUILDING 34-8, YOIDO-DONG YOUNGDEUNGPO-GU SEOUL 151-010 KOREA, REPUBLIC OF |
| SHIPROCK FINANCE, SPC SF1 | THE DIRECTORS SHIPROCK FINANCE, SPC, SF-1 SEGREGATED PORTFOLIO WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| SHIPROCK FINANCE, SPC SF1 | LASALLE BANK NATIONAL ASSOCIATION 181 WEST MADISON STREET, 32ND FLOOR CHICAGO IL 60602 |
| SHIPROCK FINANCE, SPC SF1 | FOUR CORNERS CAPITAL MGMT, LLC AS ASSET MGR FOR SHIPROCK FINANCE SPC - SF-1 SEGREGATED PORTFOLIO 515 SOUTH FLOWER STREET, SUITE 4310 LOS ANGELES CA 90071 |
| SHIZUOKA BANK, LTD | 7-2 NIHONBASHIHONCHO 3-CHOME CHUO-KU, TOKYO 103-0023 JAPAN |
| SHIZUOKA BANK, LTD, THE | 7-2 NIHONBASHIHONCHO 3-CHOME CHUO-KU, TOKYO 103-0023 JAPAN |
| SHOKO CHUKIN BANK - THE | 10-17 YAESU 2-CHOME CHUO-KU TOKYO 104-0028 JAPAN |
| SHOKO CHUKIN BANK - THE | ATTN: TREASURY/KENICHI HIRANO 10-17 YAESU 2-CHOME CHUO-KU TOKYO 104-0028 JAPAN |
| SHOOTER MULTI-STRATEGY MASTER FUND (THE) | C/O QUORUM INTERNATIONAL P.O. BOX HM 796 HAMILTON HM CX BERMUDA |
| SHOOTER MULTI-STRATEGY MASTER FUND (THE) | DAVID BEDDINGTON SHOOTER FUND MANAGEMENT LLP BUSINESS DESIGN CENTRE UPPER STREET, ISLINGTON LONDON N1 0QH UNITED KINGDOM |
| SHORT CREDIT MASTER FUND LP | LAHDE CAPITAL MANAGEMENT LP 2400 BROADWAY, SUITE 220 SANTA MONICA CA 90404 |
| SHORT CREDIT MASTER FUND LP | ATTN: ANDREW LAHDE LAHDE CAPITAL MANAGEMENT LP 2400 BROADWAY, SUITE 220 SANTA MONICA CA 90404 |
| SHORT CREDIT MASTER FUND LP | ATTN: ANDY SPRINGER, CFA LAHDE CAPITAL MANAGEMENT, LLC 2400 BROADWAY, SUITE 220 SANTA MONICA CA 90404 |
| SHORT CREDIT MASTER FUND LP | ANDY SPRINGER, CFA WITH A COPY TO: LAHDE CAPITAL MANAGEMENT, LLC SANTA MONICA CA 90404 |
| SHROPSHIRE COUNTY PENSION FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| SIEMENS AG | ATTN: HANS-PETER RUPPRECHT CORPORATE TREASURER MUNICH 80312 GERMANY |
| SIEMENS AG | ATTN: MR. PETER RUPPRECHT WITTELSBACHERPLATZ NO.2 D-8000 MUNICH D-8000 GERMANY |
| SIEMENS AG | WITTELSBACHER PLATZ MUNICH D-80333 D-80333 GERMANY |
| SIEMENS CAPITAL COMPANY LLC | ATTN: JONATHAN FALK, ESQ. 170 WOOD AVENUE SOUTH ISELIN NJ 08830 |
| SIEMENS CORPORATION | 170 WOOD AVENUE SOUTH ISELIN NJ 08830 |
| SIENNA PROPERTY HOLDINGS LLC | SIENNA HOLDINGS LLC 4938 HAMPDEN LANE BETHESDA MD 20814 |
| SIERRA PACIFIC POWER CO | NV ENERGY 6226 WEST SAHARA AVENUE LAS VEGAS NV 89146 |
| SIERRA PACIFIC POWER CO (ISDA) | 6226 WEST SAHARA AVENUE LAS VEGAS NV 89146 |

| Claim Name | Address Information |
|---|---|
| SIERRA PACIFIC POWER COMPANY | ATTN: MANAGER, CONTRACT ADM, MS#26A SIERRA PACIFIC POWER COMPANY 6226 WEST SAHARA AVENUE LAS VEGAS NV 89146 |
| SIERRA PACIFIC RESOURCES RETIREMENT PLAN | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT W-1643 385 E. COLORADO BLVD. PASADENA CA 91101 |
| SIERRA VISTA COMMUNITY HOSPITAL | SIERRA VISTA REGIONAL HEALTH CENTER 300 EL CAMINO REAL SIERRA VISTA AZ 85635 |
| SIG ENERGY, LLLP | 401 CITY AVENUE SUITE 220 BALA CYNWYD PA 19004 |
| SIGMA CAPITAL ASSOCIATES LLC | PETER A. NUSSBAUM, GENERAL COUNSEL C/O SIGMA CAPITAL MANAGEMENT, LLC 72 CUMMINGS POINT ROAD STAMFORD CT 06906 |
| SILVER LAKE CREDIT FUND LP | 2775 SAND HILL ROAD, SUITE 100 MENLO PARK CA 94025 |
| SILVER LAKE CREDIT FUND LP | KAREN KING, GENERAL COUNSEL 2775 SAND HILL ROAD, SUITE 100 MENLO PARK CA 94025 |
| SILVER LAKE CREDIT FUND LP | ATTN: GABBY BORLONGAN ELMA, ADMINISTRATION MANAGER C/O SILVER LAKE FINANCIAL ASSOCIATES, L.P. ONE MARKET PLAZA STEUART TOWER, 10TH FLOOR, SUITE 1000 SAN FRANCISCO CA 94105 |
| SILVER LAKE CREDIT FUND LP | GABBY BORLONGAN ELMA, ADMINISTRATION MANAGER C/O SILVER LAKE FINANCIAL ASSOCIATES, L.P. ONE MARKET PLAZA STEUART TOWER, 10TH FLOOR, SUITE 1000 SAN FRANCISCO CA 94105 |
| SILVER POINT CAPITAL FUND, L.P. | C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG TWO GREENWICH PALZA, 1ST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | JEFFREY A. GELFAND, CHIEF FINANCIAL OFFICER C/O SILVER POINT CAPITAL, L.P. TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD. | C/O SILVER POINT CAPITAL, L.P. TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD. | JEFFREY A. GELFAND, CHIEF FINANCIAL OFFICER C/O SILVER POINT CAPITAL, L.P. TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SILVER POINT CAPITALOFFSHORE FUND, LTD | C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG TWO GREENWICH PALZA, 1ST FLOOR GREENWICH CT 06830 |
| SIMGEST SOCIETA DI INTERMEDIAZIONE MOBILIARE SPA | VIA CAIROLI 11 ITALY |
| SIMMONS COLLEGE | 300 THE FENWAY BOSTON MA 02115 |
| SIMMONS COLLEGE | HUMBERTO GONCALVES 300 THE FENWAY BOSTON MA 02115 |
| SIMMONS COLLEGE | OFFICE OF THE SENIOR VICE PRESIDENT, FINANCE AND ADMINISTRATION, AND TREASURER 300 THE FENWAY BOSTON MA 02115-5898 |
| SIMONS PETROLEUM INC | 1120 N.W. 63RD STREET, SUITE 300 OKLAHOMA CITY OK 73116 |
| SIMPSON MEADOWS | ATTN: JAMES J. KONISZEWSKI, CFO C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNMYD PA 19004 |
| SINGAPORE AIRLINES LIMITED | C/O JOHN J. MONAGHAN, ESQ. HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON MA 02116 |
| SINGAPORE AIRLINES LIMITED | C/O J. MONAGHAN, ESQ. HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON MA 02116 |
| SINGAPORE PETROLEUM COMPANY LIMITED | 1 MARITIME SQUARE #10-10 HARBOURFRONT CENTRE 99253 SINGAPORE |
| SINGAPORE PRESS HOLDINGS (LIANHE INV PTE) | C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| SINGAPORE PRESS HOLDINGS (LIANHE INV PTE) | GOULSTON & SORRS, P.C. ATTN: DOUGLAS B. ROSNER, ESQ. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| SIRIUS INTERNATIONAL LIMITED | HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| SIRIUS INTERNATIONAL LIMITED | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706 |
| SIRIUS INTERNATIONAL LIMITED | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| SISAL SPA | AREA GIOCHI HOLDING S.P.A. VIA DEL LAURO 7 MILAN 20121 ITALY |
| SISTERS OF CHARITY OF LEAVENWORT HEALTH SYSTEM | C/O CAIN BROTHERS NEW YORK NY 10017 |
| SISTERS OF CHARITY OF LEAVENWORT HEALTH | 9801 RENNER BOULEVARD LENEXA KS 66219 |

| Claim Name | Address Information |
|---|---|
| SYSTEM | 9801 RENNER BOULEVARD LENEXA KS 66219 |
| SIXTH GEAR SOLUTIONS CORP | 104 W 40TH ST FL 16 NEW YORK NY 100183641 |
| SJL MOORE, LTD. | C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SK ENERGY CO. LTD. | ATTN: PETROLEUM TRADING OPERATION TEAM 99, SEORIN-DONG, JONGRO-GU SEOUL 110-110 REPUBLIC OF KOREA |
| SKANDIA GLOBAL FUNDS PLC | 6-8 HARCOURT RD IVEAGH COURT DUBLIN 2 IRELAND |
| SKANDINAVISKA ENSKILDA BANKEN | S-106 40 STOCKHOLM SWEDEN |
| SKANDINAVISKA ENSKILDA BANKEN | STOCKHOLM S-106 SWEDEN |
| SKANDINAVISKA ENSKILDA BANKEN | LONDON BRANCH SCANDINAVIAN HOUSE 2/6 CANNON STREET LONDON EC4M 6XX UNITED KINGDOM |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | ATTN: HELENE HELLNERS S-106 40 STOCKHOLM SWEDEN |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | SIDLEY AUSTIN LLP LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SKYPOWER CORP. | ATTN: SHAYA M. BERGER C/O DICKSTEIN SHAPIRO LLP 1633 BROADWAY NEW YORK NY 10036 |
| SLM CORPORATION | ATTN: EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL C/O SALLIE, INC. 12061 BLUEMONT WAY MDC V7444 RESTON VA 20190 |
| SLM CORPORATION | SLM CORPORATION, ATT: VP, FINANCE C/O SALLIE MAE, INC. 12061 BLUEMONT WAY MDC V7444 RESTON VA 20190 |
| SLM STUDENT LOAN TRUST 2004-1 | C/O SALLIE MAE, INC. 12061 BLUEMONT WAY, MDC V7444 RESTON VA 20190 |
| SLOVENSKA SPORITELNA A.S. | C/O ERSTE GROUP BANK AG ATTN: MAG, JOHANNA BIEGLER GRABEN 21 1010 VIENNA AUSTRIA |
| SLOVENSKA SPORITELNA A.S. | DAVID ELKIND, ESQ. ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SMA RELATIONSHIP TRUST-SERIES A | UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET EC3 V 9AH UNITED KINGDOM |
| SMA RELATIONSHIP TRUST-SERIES A | ATTN: DERIVATIVES ADMINISTRATION UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3 V 9AH UNITED KINGDOM |
| SMA RELATIONSHIP TRUST-SERIES A | ATTN: MARK F. KEMPER UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| SMA RELATIONSHIP TRUST-SERIES A | MARK F. KEMPER UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| SMAMC 1000 STANDISH MELLON FIXED INCOME FUND | C/O BNY MELLON ASSET MANAGEMENT LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 10040 TRUSTEES OF DONATIONS EPISCOPAL CHURCH | ATTN: PETER TROJANO C/O BNY MELLON ASSET MANAGEMENT LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 1134 NORTH SLOPE BOROUGH OF ALASKA | ATTN: ALEX B OVER, MANAGING DIRECTOR C/O STANDISH MELLON ASSET MANAGEMENT COMPANY BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 1134 NORTH SLOPE BOROUGH OF ALASKA | STANDISH AYER 1 FINANCIAL CENTER, 24TH FLOOR BOSTON MA 02111 |
| SMAMC 1134 NORTH SLOPE BOROUGH OF ALASKA | NORTH SLOPE BOROUGH P.O. BOX 69 BARROW AK 99723 |
| SMAMC 1388 DEERFIELD ACADEMY | ATTN: TOM HANLON; PETER TROJANO C/O  BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 1388 DEERFIELD ACADEMY | ATTN: PETER TROJANO, ESQ STANDISH ASSET MANAGEMENT LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 3653 BELL ATLANTICMASTER TR DOMESTIC FIX INC | BNY MELLON ASSET MANAGEMENT 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 3653 BELL ATLANTICMASTER TR DOMESTIC FIX INC | ATTN: TOM HANLON; PETER TROJANO C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 449 NISOURCE INC. MASTER RETIREMENT TRUST | STANDISH MELLON ASSET MGMT CO. LTD. ONE FINANCIAL CENTER BOSTON MA 02111 |
| SMAMC 6000 IMPROVED RET PL FOR EMPLYS | 201 WASHINGTON STREET BOSTON MA 02108-4408 |

| Claim Name | Address Information |
|---|---|
| OF NOLAND CO | 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 6001 GREER INDUSTRIES, INC. | STANDISH MELLON ASSET MGMT CO. LTD. ONE FINANCIAL CENTER BOSTON MA 02111 |
| SMAMC 820 R.I. SOUND ENTERPRISES INSURANCE CO. LTD | ATTN: TOM HANLON; PETER TROJANO C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02111 |
| SMAMC 827 INVESTORS MARK SERIES FD-GLOBAL FIX IN P | ATTN: ALEX B. OVER, MANAGING DIRECTOR C/O STANDISH MELLON ASSET MANAGEMENT CO, LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 834 W.R. GRACE & CO. MASTER RETIREMENT TRUST | BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 834 W.R. GRACE & CO. MASTER RETIREMENT TRUST | ATTN: TOM HANLON; PETER TROJANO C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 849 BLACK & DECKER DEF. BEN. PLAN MASTER TR. | ATTN: PETER TROJANO BNY MELLON ASSET MANAGEMENT 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 849 BLACK & DECKER DEF. BEN. PLAN MASTER TR. | ATTN: TOM HANLON C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 8524 CHILDRENS HOSPITAL FIXED | BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 940 TXU RETIREMENT PLAN | BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMAMC 940 TXU RETIREMENT PLAN | ATTN: TOM HANLON; PETER TROJANO C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| SMASH SERIES M FUND | C/O WESTERN ASSET MANGEMENT COMPANY ATTN: LEGAL DEPT. W- 2795 385 E. COLORADO BLVD. PASADENA CA 91101 |
| SMBC CAPITAL MARKETS, INC. | 277 PARK AVENUE-5TH FL. NEW YORK NY 10172 |
| SMC CREDIT OPPORTUNITIES FUND, LTD | TRANSFEROR: GOLDMAN SACHS SMC CREDIT OPPORTUNITIES 2008 FUND, L.P. ATTN: GREGORY P. HO SPRING MOUNTAIN CAPITAL, LP 65 EAST 55TH STREET, 33RD FLOOR NEW YORK NY 10022 |
| SMITH BARNEY CORPORATE TRUST COMPANY | BRANDYWINE GLOBAL INVESTMENT MANAGEMENT, LLC C/O SMITH BARNEY CORPORATE TRUST COMPANY 2929 ARCH STREET, 8TH FLOOR PHILADELPHIA PA 19103 |
| SMITH BARNEY CORPORATE TRUST COMPANY | C/O BRANDYWINE GLOBAL INVESTMENT MANAGEMENT, LLC 2929 ARCH STREET, 8TH FLOOR PHILADELPHIA PA 19104 |
| SMITH BREEDEN ALPHA STRATEGIES MASTER LTD | C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN ALPHA STRATEGIES MASTER LTD | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN CREDIT MASTER LTD | 100 EUROPA DRIVE, SUITE 200 CHAPEL HILL NC 27517 |
| SMITH BREEDEN CREDIT MASTER LTD | C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN CREDIT MASTER LTD | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN CREDIT MASTER LTD | 280 SOUTH MANGUM STREET- SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN CREDIT MASTER LTD | 280 SOUTH MANGUM ST - STE 300 DURHAM NC 277013676 |
| SMITH BREEDEN INVESTMENT GRADE CORE BOND MASTER LT | ATTN: JENNIFER KALB ASSOCIATE GENERAL COUNSEL METROLPOLITAN LIFE INSURANCE COMPANY 10 PARK AVENUE MORRISTOWN NJ 07962 |
| SMITH BREEDEN INVESTMENT GRADE CORE BOND MASTER LT | C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN INVESTMENT GRADE CORE BOND MASTER LT | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN MORTGAGE PARTNERS LP | ATTN: JENNIFER KALB ASSOCIATE GENERAL COUNSEL METROLPOLITAN LIFE INSURANCE COMPANY 10 PARK AVENUE MORRISTOWN NJ 07962 |
| SMITH BREEDEN MORTGAGE PARTNERS LP | C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN MORTGAGE PARTNERS LP | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN/PRUDENTIAL SEP ACC VCA-GI-7-SB-AR | 280 SOUTH MANGUM ST - STE 300 DURHAM NC 277013676 |

| Claim Name | Address Information |
|---|---|
| SMOLANSKY FUND LIMITED | C/O ARGONAUT LIMITED, ARGONAUT HOUSE 5 PARK ROAD HAMILTON HM09 BERMUDA |
| SMOLANSKY FUND LIMITED | ATTN: HEAD OF PRODUCT STRUCTURING C/O MAN INVESTMENTS AG HUOBSTRASSE 3 PFAFFIKON SZ 8808 SWITZERLAND |
| SMOLANSKY FUND LIMITED | ATTN: RICH GOLDMAN, DMITRY SMOLANSKY C/O PLINTHOS CAPITAL, LLC 330 MADISON AVENUE NEW YORK NY 10017 |
| SMOLANSKY FUND LIMITED | ATTN: ANTHONY DEFRANCO, US OPS MANAGER C/O GLOBEOP FINANCIAL SERVICES 1 SOUTH ROAD HARRISON NY 10528 |
| SMURFIT KAPPA ACQUISITIONS | F/K/A JSG ACQUISITIONS F/K/A MDCP ACQUISITIONS I ATTN: BRENDAN GLYNN BEECH HILL CLONSKEAGH DUBLIN 4 IRELAND |
| SMURFIT KAPPA ACQUISITIONS | F/K/A JSG ACQUISTITIONS F/K/A MDCP ACQUISITIONS I ATTN: BRENDAN GLYNN BEECH HILL CLONSKEAGH DUBLIN 4 IRELAND |
| SMURFIT KAPPA ACQUISITIONS | KIRKLAND & ELLIS LLP ATTN: SCOTT J. GORDON, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| SNS BANK  N.V. | P.O. BOX 70053 5201 DZ #APPOSS- HERTOGENBOSCH NETHERLANDS |
| SNS BANK  N.V. | ATTN: SWAP DEPARTMENT, MR. BART TOERING PETTELAARPARK 120 5216 PT #APPOSS- HERTOGENBOSCH THE NETHERLANDS |
| SOBEL, DR. HOWARD | 960 A- PARK AVENUE NEW YORK NY 10028 |
| SOBO, MICHAEL AND ELLEN | 2 WASHINGTONS HEADQUARTERS DOBBS FERRY NY 10522 |
| SOBO, SCOTT AND HEIDI | 28 NORTHDALE ROAD WHITE PLAINS NY 10605 |
| SOCIETA DI CARTOLARIZZAZIONE ITALIANA CREDITI | SECURITISATION SERVICES S.P.A. VIA VITTORIO ALFIERI, NO. 1 31015 CONEGLIANO TREVISO ITALY |
| SOCIETE AIR FRANCE | AIR FRANCE SA -DAZP SERIVE CARBURANT 45, RUE DE PARIS 95747 ROISSY CDG CEDEX, FRANCE |
| SOCIETE GENERALE | TOUR SOCIETE GENERALE-92987 PARIS - LA DEFENSE CEDEX PARIS 93987 FRANCE |
| SOCIETE GENERALE | ATTN: DERIVATIVES OFFICE COMMODITIES TOUR SOCIETE GENERALE-92987 PARIS - LA DEFENSE CEDEX PARIS 93987 FRANCE |
| SOCIETE GENERALE | 92987 PARIS LA DEFENSE CEDEX PARIS 92987 FRANCE |
| SOCIETE GENERALE | HEAD OF CREDIT RISK DEPARTMENT (RISQ/CMC) TOUR SOCIETE GENERALE PARIS LA DEFENSE CEDEX 92987 FRANCE |
| SOCIETE GENERALE | ATTN: HEAD OF CREDIT RISK DEPARTMENT (RISQ/CMC) 92987 PARIS LA DEFENSE CEDEX PARIS 92987 FRANCE |
| SOCIETE GENERALE | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| SOCIETE GENERALE | MAYER BROWN LLP 1675 BROADWAY BRIAN TRUST NEW YORK NY 10019 |
| SOCIETE GENERALE | ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE | ATTN: STEVEN P. HEINEMAN 1221 AVENUE OF THE AMERICAS 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE | ATTN: STEVEN HEINEMAN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE | ATTN: STEVEN P. HEINEMAN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE | ATTN: STEVEN P. HEINEMAN SOCIETE GENERALE 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE ASSET MGMT BANQUE SA | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| SOCIETE GENERALE ASSET MGMT BANQUE SA | C/O SOCIETE GENERALE ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE ASSET MGMT BANQUE SA ( EX SGAM FI | 2, PLACE DE LA COUPOLE 92078 PARIS LA DEFENSE PARIS FRANCE |
| SOCIETE GENERALE ASSET MGMT BANQUE SA ( EX SGAM FI | ATTN: STEVEN HEINEMAN, GEN COUNSEL 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE BANK & TRUST | 11 AVENUE EMILE REUTER LUXEMBOURG L-2420 LUXEMBOURG |
| SOCIETE GENERALE BANK & TRUST | ATTN: BACK-OFFICE MARCHES DERIVATIVE PRODUCTS 11 AVENUE EMILE REUTER LUXEMBOURG L-2420 LUXEMBOURG |
| SOCIETE GENERALE BANK & TRUST | 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE MULTI FAMILYHOUSING | TOUR SOCIETE GENERALE 17 COURS VALMY PARIS-LA DEFENSE 92987 FRANCE |

| Claim Name | Address Information |
|---|---|
| GIC TRANSACT | TOUR SOCIETE GENERALE 17 COURS VALMY PARIS-LA DEFENSE 92987 FRANCE |
| SOCIETE IMMOBILIERE PRIVAT | ATTN: MONSIEUR LE GERANT 2, RUE DE LA FRATERNELLE LYON 69009 FRANCE |
| SOCIETE NATIONALE DES CHEMINSDE FER FRANCAIS | SNCF, 17 RUE DE LONDRES, CEDEX 09 PARIS 75436 FRANCE |
| SOLA LTD | GENERAL COUNSEL 430 PARK AVENUE NEW YORK NY 10022 |
| SOLA LTD. | ATTN: JOSEPH LONETTO, ESQ. 430 PARK AVENUE, 12TH FLOOR NEW YORK NY 10022 |
| SOLAR INVESTMENT GRADE CBO I, LTD | SUN CAPITAL ADVISERS LLC ATTN: KRISTI FEINZIG 1 SUN LIFE EXECUTIVE PARK SC1311 WELLESLEY HILLS MA 02481 |
| SOLAR INVESTMENT GRADE CBO I, LTD | KRISTI FEINZIG SUN CAPITAL ADVISERS LLC AS COLLATERAL MANAGER ONE SUN LIFE EXECUTIVE PARK SC 1311 WELLESLEY MA 02481 |
| SOLAR INVESTMENT GRADE CBO I, LTD | THE BANK OF NEW YORK TRUST COMPANY, AS TRUSTEE ATTN: GLOBAL CORP. TRUST - SOLAR INVESTMENT GRADE CBO I, LTD 601 TRAVIS STREET, 16TH FLOOR HOUSTON TX 77002 |
| SOLAR INVESTMENT GRADE CBO I, LTD | THE BANK OF NEW YORK TRUST COMPANY, AS TRUSTEE ATTN: GLOBAL CORPORATE TRUST-SOLAR INVESTMENT GRADE CBO I, LTD 601 TRAVIS, 16TH FLOOR HOUSTON TX 77002 |
| SOLAR INVESTMENT GRADE CBO II, LTD | KRISTI FEINZIG SUN CAPITAL ADVISER LLC AS COLLATERAL MANAGER ONE SUN LIFE EXECUTIVE PARK SC 1311 WELLESLEY MA 02481 |
| SOLAR INVESTMENT GRADE CBO II, LTD | THE BANK OF NEW YORK TRUST COMPANY, AS TRUSTEE ATTN: GLOBAL CORPORATE TRUST-SOLAR INVESTMENT GRADE CBO II, LTD 601 TRAVIS, 16TH FLOOR HOUSTON TX 77002 |
| SOLAR V CDO | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| SOLAR V CDO | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| SOLID WASTE DISPSL AUTHTY OF CITY OF SCOTTSBORO | THE SOLID WASTE DISPOSAL AUTHORITY OF THE CITY OF 916 S. BROAD STREET SCOTTSBORO AL 35768 |
| SOLOMER FUND, LLC | MICHAEL H. TORKIN ESQ. SOLOMAN J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SOLOMER FUND, LLC | C/O ING CLARION CAPITAL, LLC ATTN: RAMALINGAM GANESH 230 PARK AVENUE, 12TH FLOOR NEW YORK NY 10169 |
| SOLOMER FUND, LLC | C/O TORCHLIGHT INVESTORS, LLC (F/K/A ING CLARION CAPITAL, LLC) ATTN: RAMALINGAM GANESH 230 PARK AVENUE, 12TH FLOOR NEW YORK NY 10169 |
| SOLUS CORE OPPORTUNITIES MASTER FUND LTD. | ATTN: JOSEPH LONETTO, ESQ. 430 PARK AVENUE, 12TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITY MASTER FUND LTD | GENERAL COUNEL 430 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| SONOCO INC MASTER RETIREMENT TRUST | DELAWARE INVESTMENTS 2005 MARKET ST # 40 PHILADELPHIA PA 19103-7094 |
| SONOMA CA (COUNTY OF) | COUNTY OF SONOMA CALIFORNIA 575 ADMINISTRATION DRIVE, SUITE 104A SANTA ROSA CA 95403 |
| SONOMA CERA PORTFOLIO | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1531 385 E. COLORADO BLVD. PASADENA CA 91101 |
| SONOMA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1621 385 E. COLORADO BLVD PASADENA CA 91101 |
| SORIN MASTER FUND, LTD. | 400 ATLANTIC STREET, 12TH FLOOR STAMFORD CT 06901 |
| SORIN MASTER FUND, LTD. | SORIN MASTER FUND, LTD. C/O SORIN CAPITAL MANAGEMENT, LLC 780 THIRD AVENUE, 31ST FLOOR NEW YORK NY 10017 |
| SOUTH AFRICAN RESERVE BANK | PO BOX 427 PRETORIA 0001 SOUTH AFRICA |
| SOUTH CAROLINA (STATE OF) RETIREMENT SYSTEM | 909 A STREET TACOMA WA 98402-5120 |
| SOUTH CAROLINA STATE PORTS AUTHORITY | SC STATE PORTS AUTHORITY 176 CONCORD STREET CHARLESTON SC 29401 |
| SOUTH JERSEY HOSPITAL INC | SOUTH JERSEY HOSPITAL INC 333 IRVING AVE BRIDGETON NJ 08302-2123 |
| SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION | (7037 U.S. HIGHWAY 49) P.O. BOX 15849 HATTIESBURG MS 39404-5849 |
| SOUTH MISSISSIPPI ELECTRIC POWER | SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION (7037 U.S. HIGHWAY 49) P.O. BOX |

| Claim Name | Address Information |
|---|---|
| ASSOCIATION | 15849 HATTIESBURG MS 39404-5849 |
| SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION | GENERAL MANAGER SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION (7037 U.S. HIGHWAY 49) P.O. BOX 15849 HATTIESBURG MS 39404-5849 |
| SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION | ATTN: GENERAL MANAGER (7037 U.S. HIGHWAY 49) P.O. BOX 15849 HATTIESBURG MS 39404-5849 |
| SOUTH SEBASTIAN COUNTY WATER USERS | SOUTH SEBASTIAN COUNTY WATER USERS ASSOCIATION 2500 MOUNT ZION ROAD GREENWOOD AR 72936 |
| SOUTH SHORE HOSPITAL | 55 FOGG ROAD SOUTH WEYMOUTH MA 02190-2455 |
| SOUTH TUCSON AZ (CITY OF) | 1601 SOUTH SIXTH AVENUE SOUTH TUSCON AZ 85713 |
| SOUTHALL INVESTMENTS S.A. | CALLE 53 ESTE, URB. PIS PANAMA MARBELLA TORRE SWISS BANK PANAMA |
| SOUTHBRIDGE ASSOCIATES LLC | 160 FEDERAL STREET, 22ND FLOOR BOSTON MA 02110 |
| SOUTHEAST MISSOURI STATE UNIVERSITY | ONE UNIVERSITY PLAZA MS 3200 CAPE GIRADEAU M 37011 |
| SOUTHERN CALIFORNIA EDISON (EEI) | 2244 WALNUT GROVE AVE. ROSEMEAD CA 91770 |
| SOUTHERN CALIFORNIA EDISON CO RETIREMENT PLAN TRUS | 2244 WALNUT GROVE AVENUE ROSEMEAD CA 91770 |
| SOUTHERN CALIFORNIA EDISON CO RETIREMENT PLAN TRUS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATT: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| SOUTHERN CALIFORNIA EDISON COMPANY | 2244 WALNUT GROVE AVE. ROSEMEAD CA 91770 |
| SOUTHERN CALIFORNIA EDISON COMPANY RETIREMENT PLAN | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| SOUTHERN CALIFORNIA EDISON COMPANY RETIREMENT PLAN | 909 A STREET TACOMA WA 98402-5120 |
| SOUTHERN CALIFORNIA PRESBYTERIAN HOMES | SOUTHERN CALIFORNIA PRESBYTERIAN HOMES 516 BURCHETT STREET GLANDALE, CA CA 91203 |
| SOUTHERN CALIFORNIA RETAIL CLERK UNIONS & FOOD EMP | TRUST FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SOUTHERN COMMUNITY BANK AND TRUST | ATTN: RICHARD COBB SOUTHERN COMMUNITY BANK AND TRUST 1600 HANES MAL BOULEVARD WINSTON-SALEM NC 27103 |
| SOUTHERN COMMUNITY BANK AND TRUST | P.O. BOX 26134 WINSTON-SALEM NC 27114-6134 |
| SOUTHERN COMMUNITY BANK AND TRUST | ATTN: JAMES C. MONROE, JR., SVP SOUTHERN COMMUNITY BANK AND TRUST P.O. BOX 26134 WINSTON-SALEM NC 27114-6134 |
| SOUTHERN COMMUNITY FINANCIAL CORPORATION | 4605 COUNTRY CLUB ROAD WINSTON-SALEM NC 27104 |
| SOUTHERN COMMUNITY FINANCIAL CORPORATION | P.O. BOX 26134 WINSTON-SALEM NC 27114-6134 |
| SOUTHERN NATIONAL BANK | FUNDS MANAGEMENT GROUP 200 WEST SECOND STREET WINSTON-SALEM NC 27101 |
| SOUTHERN PACIFIC FINANCING 06-A PLC | LEGAL/TRANSACTION MANAGEMENT LEHMAN BROTHERS INTERNATIONAL (EUROPE) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| SOUTHERN PACIFIC FINANCING 06-A PLC | SOUTHERN PACIFIC FINANCING 06-A PLC C/O SOUTHERN PACIFIC MORTGAGE LIMITED, 3RD FLOOR 1 BROADGATE LONDON EC2M 2SP UNITED KINGDOM |
| SOUTHERN PACIFIC FINANCING 06-A PLC | DOCUMENTATION MANAGER LEHMAN BROTHERS SPECIAL FINANCING INC., C/O LEHMAN TRANSACTION MANAGEMENT GROUP, CORPORATE ADVISORY D SEVENTH AVENUE, NEW YORK NY 10019 |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | C/O CAPITA TRUST COMPANY LIMITED ATTN: EMMA HAMLEY 7TH FLOOR, PHOENIX HOUSE 18 KING WILLIAM STREET LONDON EC4N 7HE UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-3 PLC | SOUTHERN PACIFIC SECURITIES 05-3 PLC 10 UPPER BANK STREET LONDON E14 5JJ UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-3 PLC | CAPITAL TRUST COMPANY LIMITED ATTN: EMMA HAMLEY 7TH FLOOR, PHOENIX HOUSE 18 KING WILLIAM STREET LONDON EC4N 7HE UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-3 PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA |

| Claim Name | Address Information |
|---|---|
| SOUTHERN PACIFIC SECURITIES 05-3 PLC | SOUTHERN PACIFIC SECURITIES 1115 ELKTON DRIVE COLORADO SPRINGS CO 80907 |
| SOUTHERN PACIFIC SECURITIES06-1 PLC | CAPITA FIDUCIARY GROUP 18 KING WILLIAM STREET LONDON EC4N 7HE UNITED KINGDOM |
| SOUTHERN POWER CO. | 270 PEACHTREE ST ATLANTA GA 30303 |
| SOUTHHAVEN PARTNERS I, L.P. | C/O AMBLING PROPERTY INVESTMENTS ATTN: GREG WRIGHT 7000 CENTRAL PARKWAY, SUITE 1100 ATLANTA GA 30328 |
| SOUTHHAVEN PARTNERS LP | SOUTHHAVEN PARTNERS LP 2680 CRANE RIDGE ROAD JACKSON MS 39216 |
| SOUTHHAVEN PARTNERS LP | 2680 CRANE RIDGE ROAD JACKSON MS 39216 |
| SOUTHPORT CLO LTD | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SOUTHPORT CLO LTD | ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DR NEWPORT BEACH CA 92660 |
| SOUTHPORT CLO LTD | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| SOUTHWEST AIRLINES | ATTN: VICE PRESIDENT P.O. BOX 36611 2702 LOVE FIELD DRIVE DALLAS TX 75335 |
| SOUTHWEST AIRLINES CO. | BAKER & MCKENZIE LLP ATTN: LAWRENCE P VONCKX 130 EAST RANDOLPH DRIVE, SUITE 3600 CHICAGO IL 60601 |
| SOUTHWEST AIRLINES CO. | ATTN: MARK R SHAW, ASSOCIATE GENERAL COUNSEL 2702 LOVE FIELD DRIVE, HDQ-4GC DALLAS TX 75235 |
| SOUTHWEST AIRLINES CO. | ATTN: VICE PRESIDENT SOUTHWEST AIRLINES P.O. BOX 36611 2702 LOVE FIELD DRIVE DALLAS TX 75335 |
| SOUTHWEST CORPORATE FEDERAL CREDIT UNION | ATTN: CHRISTOPHER TURNER 6801 PARKWOOD BOULEVARD PLANO TX 75024 |
| SOUTHWEST CORPORATE FEDERAL CREDIT UNION | ATTN: BRUCE FOX, EXECUTIVE VICE PRESIDENT 6801 PARKWOOD BOULEVARD PLANO TX 75024-7198 |
| SOUTHWEST ILLINOIS HEALTH FACILITIES, INC DBA ANDE | C/O DAVID FARELL THOMPSON COBURN LLP ONE US BAK PLAZA, SUITE 3200 SAINT LOUIS MO 63101 |
| SOUTHWEST POWER POOL INC | 415 N. MCKINLEY, SUITE 140 LITTLE ROCK AR 72205 |
| SOUTHWESTERN ILLINOIS HEALTH FACILITIES INC | SOUTHWESTERN ILLINOIS HEALTH FACILITIES INC. ANDERSON HOSPITAL ILLINOIS ROUTE 162 MARYVILLE IL 62062 |
| SOUTHWESTERN MICHIGAN REHABILITATION HOSPITAL | 183 WEST STREET BATTLE CREEK MO 49017 |
| SOUTHWESTERN OHIO SENIORS' SERVICES, INC | 11100 SPRINGFIELD PIKE SPRINGDALE OH 45246 |
| SOVEREIGN BANK | 1500 MARKET STREET, CONCOURSE LEVEL PHILADELPHIA PA 19102 |
| SOVEREIGN BANK | ATTN: DERIVATIVE OPERATIONS 1500 MARKET STREET, CONCOURSE LEVEL PHILADELPHIA PA 19102 |
| SOVEREIGN BANK | SOVEREIGN BANK P.O. BOX 12646 READING PA 19612 |
| SOVEREIGN BANK | 75 STATE STREET MAI-SST-04-01 BOSTON MA 02109 |
| SOVEREIGN GLOBAL EQUITY RSP | 1 FIRST CANADIAN PLACE 100 KING STREET WEST SUITE 5900, P.O. BOX 476 TORONTO ON M5X 1E4 CANADA |
| SOVEREIGN HIGH YIELD INVESTMENT COMPANY LTD | C/O WALKERS SPY LIMITED WALKER HOUSE 87 MARY STREET, GEORGE TOWN GRAND CAYMAN KY1 9002 CAYMAN ISLANDS |
| SOVEREIGN HIGH YIELD LOCAL CURRENCY FUND | ABERDEEN ASSET MANAGEMENT PLC 10 QUEENS TERRACE ABERDEEN AB10 1YG UNITED KINGDOM |
| SOVEREIGN HIGH YIELD LOCAL CURRENCY FUND | DEUTSCHE BANK ASSET MANAGEMENT LIMITED ONE APPOLD STREET LONDON EC2A 2UU UNITED KINGDOM |
| SOVEREIGN OVERSEAS EQUITY | 1 FIRST CANADIAN PLACE 100 KING STREET WEST SUITE 5900, P.O. BOX 476 TORONTO ON M5X 1E4 CANADA |
| SP AZALEA PLACE, LP | 25400 US 19 N SUITE 154 CLEARWATER FL 33763 |
| SP AZALEA PLACE, LP | ATTN: DAVID J. PAGE, PRESIDENT 25400 US 19 NORTH, SUITE 154 CLEARWATER FL 33763 |
| SPANEL, BRIAN | BRIAN AND KATHY SPANEL 177714 LITTLE LEAF COURT CHESTERFIELD MO 63005 |
| SPANISH BROADCASTING SYSTEM, INC. | 2601 SOUTH BAYSHORE DRIVE, PH II COCONUT GROVE 33133 |

| Claim Name | Address Information |
|---|---|
| SPARK ENERGY L.P. | 3010 BRIARPARK, SUITE 550 HOUSTON TX 77042 |
| SPARK ENERGY L.P. | ATTN: VICE PRESIDENT & TREASURER 3010 BRIARPARK, SUITE 550 HOUSTON TX 77042 |
| SPARKASSE KOELNBONN | HAHNENSTR. 57 KOLN 50667 GERMANY |
| SPARTANBURG-OXFORD, L.P. | 4582 S. ULSTER ST. PKWY DENVER CO 80237 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL | SPCP GROUP, LLC C/O SILVER POINT CAPITAL ATTN: BRIAN A. JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL | POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO ROUND TABLE GLOBAL MULTI-STRATEGY MASTER FUND, LTD ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL | SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL | AND SILVER POINT CAPITAL OFFSHORE FUND LTD C/O SEWARD & KISSEL LLP ATTN: LAURIE R. BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL | POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO TIFFANY & CO. C/O DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | TRANSFEROR: CENTRAL EUROPEAN MEDIA ENTERPRISES LTD. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: EXPORT DEVELOPMENT CANADA (EDC) AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES 2005 LLC AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD,  ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: NORTHSTAR REAL ESTATE SECURITIES OPPORTUNITY MASTER FUND AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD 660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: DEPFA BANK PLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: TENNENBAUM MULTI-STRATEGY MASTER FUND AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD 660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: TIFFANY & CO. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD 660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER CAPITAL OFFSHORE FUND, LTD TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: ONEOK ENERGY SERVICES COMPANY LP AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER CAPITAL OFFSHORE FUND, LTD 660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: UBS AG AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER CAPITAL OFFSHORE FUND, LTD 660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD, ATTN: ADAM J. DEPANFILIS GREENWICH CT 08630 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | TRANSFEROR: BRIGADIER CAPITAL MASTER FUND LTD. AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O DAY PITNEY LLP, ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | C/O ROPES & GRAY LLP ATTN: MARC HIRSCHFIELD, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |

| Claim Name | Address Information |
|---|---|
| SPCP GROUP, L.L.C. AS AGENT FOR SILVER POINT CAPIT | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC SILVER POINT CAPTIAL, LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: ADAM DEPANFILIS 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 08630 |
| SPCP GROUP, LLC | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| SPECTRON ENERGY INC. | 600 SUMMER ST STE 6-2 STAMFORD CT 069011486 |
| SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD | JEFFREY A. SCHAFFER C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD | C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN: MANAGER SPECTRUM GROUP MANAGEMENT, LLC 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS LP | MANAGER SPECTRUM GROUP MANAGEMENT, LLC 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS LP | LEHMAN BROTHERS SPECIAL FINANCINGC/O LEH BROS. INC CORPORATE ADVISORY DIVISION, MUNICIPAL STRUCTURED FINANCE-TRANS. MGMT GROUP 746 SEVENTH AVENUE NEW YORK NY 10019 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN: MANAGER LEHMAN BROTHERS SPECIAL FINANCINGC/O LEH BROS. INC CORPORATE ADVISORY DIVISION MUNICIPAL STRUCTURED FINANCE-TRANS. MGMT GROUP NEW YORK NY 10019 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN: MANAGER 1250 BROADWAY, SUITE 810 NEW YORK NY 10022 |
| SPM STRATEGIES MASTER FUND LP - VOLATILITY PORTFOL | SPM STRATEGIES MASTER FUND, L.P. - VOLATILITY PORT C/O SPM PRODUCTS, L.L.C., CLEARWATER HOUSE 2187 ATLANTIC STREET, 4TH FLOOR STAMFORD CT 06902 |
| SPOKANE PUBLIC FACILITIES DISTRICT | C/O JANE PEARSON FOSTER PEPPER PLLC 1111 THIRD AVENUE, SUITE 3400 SEATTLE WA 98101-3299 |
| SPRINGHOUSE, INC. CITY OF BOSTON IDFA | SPRINGHOUSE INC. 44-46 ALLANDALE STREET JAMAICA PLAIN MA 02130 |
| SPRINGLAKE | 630 WEST GERMANTOWN PIKE SUITE 300 PLYMOUTH MEETING PA 19462 |
| SPRINT CAPITAL CORPORATION | RISK MANAGEMENT SPRINT CAPITAL CORPORATION 6200 SPRINT PARKWAY OVERLAND PARK KS 66251 |
| SPRINT NEXTEL CORPORATION MASTER TRUST | THE NORTHERN TRUST COMPANY OF CONNETICUT ATTEN: JOSEPH W. MCINERREY 300 ATLANTIC STREET, SUITE 400 WEST HARTLAND CT 06091 |
| SPRINT NEXTEL CORPORATION MASTER TRUST | 6200 SPRINT PARKWAY OVERLAND PARK KS 66251 |
| SR LATIGO MASTER MA LTD | ATTN: JOSEPH MAUSE C/O LATIGO PARTNERS, L.P. 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| SR LATIGO MASTER MA LTD | ATTN: JOSEPH MAUSE COPY TO: SR LATIGO MASTER MA LTD 590 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| SR LATIGO MASTER MA LTD | ATTN: RAHUL KAKAR C/O SWISS RE PORTFOLIO ADVISORS CORPORATION 55 EAST 52ND STREET NEW YORK NY 10055 |
| SRI FUND LP | REGATTA OFFICE PARK WEST BAY ROAD P.O. BOX 31106 CAYMAN ISLANDS |
| SRI FUND LP | ATTN: BRAD DONLEY C/O SRI GENPAR, L.P. 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| SRI FUND, L.P. | C/O SRI GENPAR, L.P. ATTN: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| SRI FUND, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| SSB&T / BOND MARKET (II)COMMON TRUST FUND | C/O STATE STREET GLOBAL ADVISORS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| SSE ENERGY SUPPLY LIMITED | INVERALMOND HOUSE 200 DUNKELD ROAD PERTH PH1 3AQ UNITED KINGDOM |
| SSE ENERGY SUPPLY LTD | ATTN: JOHN SQUIRE GRAMPIAN HOUSE 200 DUNKELD RD PERTH PH1 3GH UNITED KINGDOM |
| SSGA CM ABSOLUTE RETURN MORTGAGE FUND LTD | STATE STREET GLOBAL ADVISORS FIXED INCOME DERIVATIVES OPERATIONS ONE LINCOLN STREET, 29TH FLOOR BOSTON MA 02111-2900 |

| Claim Name | Address Information |
|---|---|
| SSGA CM ABSOLUTE RETURN MORTGAGE FUND LTD | ATTN: ANGELA FINN OR JAMES REICHERT STATE STREET GLOBAL ADVISORS FIXED INCOME DERIVATIVES OPERATIONS ONE LINCOLN STREET, 29TH FLOOR BOSTON MA 02111-2900 |
| ST JOSEPH HEALTH SYSTEM – OPERATING ACCOUNT | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1647 385 E. COLORADO BLVD PASADENA CA 91101 |
| ST JOSEPHS UNIVERSITY | C/O MICHAEL J. CORDONE STRADLEY RONON STEVENS & YOUNG LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| ST JOSEPHS UNIVERSITY | LOUIS MAYER, VP OF FINANCIAL AFFAIRS SAINT JOSEPH#APPOSS UNIVERSITY 5600 CITY AVENUE PHILADELPHIA PA 19131 |
| ST JOSEPHS UNIVERSITY | ATTN: LOUIS MAYER, VP OF FINANCIAL AFFAIRS SAINT JOSEPH'S UNIVERSITY 5600 CITY AVENUE PHILADELPHIA PA 19131 |
| ST LOUIS MO (COUNTY OF) | 41 SOUTH CENTRAL CLAYTON MO 63105 |
| ST PETERSBURG HEALTH FACILITIES AUTHORITY | LEGAL DEPARTMENT MSC 10TH FLOOR ONE 4TH STREET NORTH ST. PETERSBURG FL 33701 |
| ST. JOSEPH'S / CANDLER HEALTH SYSTEM, INC | 5353 REYNOLDS STREET SAVANNAH GA 31405 |
| ST. JOSEPH'S / CANDLER HEALTH SYSTEM, INC | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| ST. JOSEPH'S/CANDLER HEALTH SYSTEM, INC. | 5353 REYNOLDS STREET ATTN: VICE PRESIDENT AND CHEIF FINANCIAL OFFICER SAVANNAH GA 31405 |
| ST. LOUIS ARCHDIOCESAN FUND, THE | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1911 385 E. COLORADO BLVD. PASADENA CA 91101 |
| ST. LOUIS, CITY OF | CITY OF SAINT LOUIS 1200 MARKET STREET ST. LOUIS MO 63103 |
| ST. MARY'S EPISCOPAL SCHOOL | 60 PERKINS EXTENDED MEMPHIS TN 38117 |
| ST. PAUL HOMES | ST. PAULS HOMES 339 EAST JAMESTOWN ROAD GREENVILLE, PA PA 16125 |
| STANDARD & POOR'S RATING SERVICES | ATTN: S&P SURVEILLANCE STANDARD & POOR'S RATING SERVICES SUITE 3601, 36TH FLOOR, EDINBURGH TOWER THE LANDMARK, 15 QUEEN'S ROAD CENTRAL HONG KONG HONG KONG |
| STANDARD BANK ISLE OF MAN LTD | C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| STANDARD BANK ISLE OF MAN LTD | STANDARD BANK ISLE OF MAN LTD. STANDARD BANK HOUSE ATTN: JULIAN DAVIES, COO ONE CIRCULAR ROAD DOUGLAS, ISLE OF MAN IM1 1SB UNITED KINGDOM |
| STANDARD BANK JERSEY LIMITED | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET REF: EAM/EJA LONDON EC3N 2AA UNITED KINGDOM |
| STANDARD BANK PLC | C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| STANDARD BANK PLC | CANNON BRIDGE HOUSE 25 DOWGATE HILL LONDON EC4R 2SB UNITED KINGDOM |
| STANDARD BANK PLC | C/O VENABLE LLP ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 25TH FLOOR NEW YORK NY 10020 |
| STANDARD BANK PLC | VENABLE LLP 1270 AVENUE OF THE AMERICAS- 25TH FLOOR NEW YORK NY 10020 |
| STANDARD BANK, JERSEY LTD | STANDARD BANK HOUSE 47-49 LA MOTTE STREET ST HELIER JERSEY JE4 8XR |
| STANDARD CHARTERED BANK | 1 BASSINGHALL AVENUE LONDON EC2V 5DD UNITED KINGDOM |
| STANDARD CHARTERED BANK | ATTN: MARC CHAIT 1 MADISON AVENUE NEW YORK NY 10010 |
| STANDARD CHARTERED BANK | LOVELLS LLP ATTN: MATTHEW MORRIS, ESQ. 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| STANDARD CHARTERED BANK | ATTN: MATTHEW MORRIS, ESQ. LOVELLS LLP 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| STANDARD CHARTERED BANK (THAI) PUBLIC COMPANY LIMI | C/O STANDARD CHARTERED BANK ATTN: MARC CHAIT 1 MADISON AVENUE NEW YORK NY 10010 |
| STANDARD CHARTERED BANK (THAI) PUBLIC COMPANY LIMI | LOVELLS LLP ATTN: MATTHEW MORRIS, ESQ. 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| STANDARD GENERAL MASTER FUND LP | ATTN: JOSEPH MAUSE 650 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| STANDARD LIFE & ACCIDENT INSURANCE CO INC | ATTN: ANDREW DUNCAN C/O SM&R PO BOX 58969 HOUSTON TX 77528 |

| Claim Name | Address Information |
|---|---|
| STANDARD LIFE AND ACCIDENT INSURANCE COMPANY | C/O FREDERICK BLACK/TARA B. ANNWEILER GREER HERTZ & ADAMS, LLP ONE MOODY PLAZA, 18TH FLOOR GALVESTON TX 77550 |
| STANDARD PACIFIC CREDIT OPPORTUNITIES MASTER FUND | ATTN: GENERAL COUNSEL C/O STANDARD PACIFIC CAPITAL LLC 101 CALIFORNIA STREET, 36TH FLOOR SAN FRANCISCO CA 94111 |
| STANDISH CORE BOND PLUS POOL FUND | 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| STANDISH MELLON AMPLIFIED ALPHA MASTER FUND LP | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| STANFIELD MODENA CLO | THE DIRECTORS STANFIELD MODENA CLO, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STANFIELD VANTAGE CLO, LTD. | THE DIRECTORS STANFIELD VANTAGE CLO, LTD. C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STANFIELD VANTAGE CLO, LTD. | GENERAL COUNSEL WITH COPIES TO: STANFIELD CAPITAL PARTNERS, LLC 430 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| STANFIELD VANTAGE CLO, LTD. | INSTITUTIONAL TRUST SERVICES WITH COPIES TO: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION 600 TRAVIS STREET, 50TH FLOOR HOUSTON TX 77002 |
| STANFIELD VEYRON CLO LTD | THE DIRECTORS STANFIELD VEYRON CLO, LTD. C/O MAPLES FINANCE LIMITED PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH ST. GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STANFIELD VEYRON CLO LTD | GENERAL COUNSEL STANFIELD CAPITAL PARTNERS, LLC C/O STANFIELD VEYRON CLO, LTD. 430 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| STANFORD HOSPITAL | 300 PASTEUR DRIVE ROOM H3200, M/C 5230 STANFORD CT 06902 |
| STANFORD UNIVERSITY (LELAND JUNIOR STANFORD UNIVER | BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| STANFORD UNIVERSITY (LELAND JUNIOR STANFORD UNIVER | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STAPLE STREET AVIATION (MASTER) LP | C/O DIMAIO AHMAD CAPITAL LLC 245 PARK AVENUE, 44TH FLOOR NEW YORK NY 10167 |
| STAPLE STREET AVIATION (MASTER) LP | WES HIGGINS C/O DIMAIO AHMAD CAPITAL LLC 245 PARK AVENUE, 44TH FLOOR NEW YORK NY 10167 |
| STAPLES INC | 500 STAPLES DRIVE FRAMINGHAM MA 01702 |
| STARK CRITERION MASTER FUND LTD | STARK CRITERION MASTER FUND LTD. C/O STARK CRITERION MANAGEMENT LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK CRITERION MASTER FUND LTD | C/O STARK CRITERION MANAGEMENT LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK CRITERION MASTER FUND LTD | C/O STARK CRITERION MANAGEMENT LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK GLOBAL OPPORTUNITIES MASTER FUND LTD | C/O STARK GLOBAL OPPORTUNITIES MANAGEMENT LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK GLOBAL OPPORTUNITIES MASTER FUND LTD | JOSEPH LUCAS, CFO C/O STARK EVENT MANAGEMENT LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK MASTER FUND LTD | C/O STARK OFFSHORE MANAGEMENT, LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STATE BANK OF INDIA | ATTN: DEPUTY GENERAL MANAGER (MID OFFICE & RISK CON STATE BANK OF INDIA GLOBAL MARKETS, CORPORATE CENTRE, FLOOR 15 STATE BANK BHAVAN MADAME CAMA ROAD 400021 INDIA |
| STATE BANK OF INDIA | DEPUTY GENERAL MANAGER (MID OFFICE #AMPER RISK CON STATE BANK OF INDIA GLOBAL MARKETS, CORPORATE CENTRE, FLOOR 15 STATE BANK BHAVAN MADAME CAMA ROAD 400021 INDIA |
| STATE BANK OF INDIA | C/O TLT LLP ATTN: RICHARD TALL ONE REDCLIFF STREET BRISTOL BS1 6TP UNITED KINGDOM |
| STATE BANK OF LONG ISLAND | STATE BANK OF LONG ISLAND 2 JERICHO PLAZA JERICHO NY 11753 |
| STATE BANK OF LONG ISLAND | BRIAN FINNERAN STATE BANK OF LONG ISLAND 2 JERICHO PLAZA JERICHO, NY JERICHO |

| Claim Name | Address Information |
|---|---|
| STATE BANK OF LONG ISLAND | NY 11753 |
| STATE BANK OF LONG ISLAND | ATTN: BRIAN FINNERAN 2 JERICHO PLAZA JERICHO NY 11753 |
| STATE OF INDIANA (MAJOR MOVES CONSTRUCTION FUND) | C/O RICHARD MOURDOCK, TREASURER OF THE STATE OF INDIANA 200 WEST WASHINGTON STREET, SUITE 242 INDIANAPOLIS IN 46204-2792 |
| STATE OF NEW YORK MORTGAGE | STATE OF NEW YORK MORTGAGE 641 LEXINGTON AVE 4TH FLOOR NEW YORK NY 10022 |
| STATE OF NEW YORK MORTGAGE | 641 LEXINGTON AVE 4TH FLOOR NEW YORK NY 10022 |
| STATE OF OREGON | C/O CAROLYN G. WADE DEPARTMENT OF JUSTICE 1162 COURT STREET NE SALEM OR 97301 |
| STATE RENAISSANCE | C/O IBEC BUILDING CORP 55 BROAD STREET, NO. 16 NEW YORK NY 10004 |
| STATE RENAISSANCE | STATE RENAISSANCE C/O IBEC BUILDING CORPORATION 139 SAINT FELIX STREET BROOKLYN NY 11217 |
| STATE RETIREMENT AND PENSION SYSTEM OF MARYLAND | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1376 385 E. COLORADO BLVD. PASADENA CA 91101 |
| STATE STREET BANK & TRUST COMPANY | ATTN: KEVIN A. CAREY- INFANTE BINGHAM MCCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 |
| STATE STREET BANK & TRUST COMPANY | STATE STREET GLOBAL MARKETS LEGAL COUNSEL 225 FRANKLIN STREET BOSTON MA 02110 |
| STATE STREET BANK & TRUST COMPANY | ONE LINCOLN STREET BOSTON MA 02111-2900 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | RICHARD C. PEDONE NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| STATE STREET BANK AND TRUST COMPANY | AS TRUSTEE OF ARES XII CLO ATTN: CDO SERVICES - ARES XIII 200 CARENDON STREET BOSTON MA 02116 |
| STATE STREET BANK AND TRUST COMPANY | STATE STREET BANK AND TRUST COMPANY ATTN: CDO SERVICES-JOEL C. COUGH, ASSISTANT VICE PRESIDENT 200 CLARENDON STREET BOSTON MA 02116 |
| STATE STREET BANK AND TRUST COMPANY | ATTN: KEVIN L. COURTNEY 1776 HERITAGE DRIVE A5N QUINCY MA 02171 |
| STATE STREET BANK AND TRUST COMPANY | ATTN: KEVIN L. COURTNEY ESQ 1776 HERITAGE DRIVE A5N NORTH QUINCY MA 02171 |
| STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GL | CAYMAN UNIT TRUST, IN RESPECT OF ITS SERIES TRUST, PACIFIC LIBOR ALPHA CAYMAN UNIT TRUST 45 MARKET STREET, STE 3206A GARDENIA COURT CAMANA BAY KY1 1205 CAYMAN ISLANDS |
| STATE SUPER FINANCIAL SERVICES LIMITED | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STATOIL ASA (DEN NORSKE STATS OLJESELSKAP A.S) | LEGAL COUNSEL C/O STATOIL GAS TRADING LIMITED 11A REGENT ST LONDON SW1Y 4ST UNITED KINGDOM |
| STATOIL ASA (DEN NORSKE STATS OLJESELSKAP A.S) | ATTN: TERRI SUE MARTIN 1055 WASHINGTON BOULEVARD, 7TH FLOOR STAMFORD CT 06901 |
| STATOIL MARKETING & TRADING (US) INC | 1055 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| STATOILHYDRO ASA | SENIOR CONTRACTS NEGOTIATOR STAVANGER 4035 NORWAY |
| STATOILHYDRO ASA | LEGAL COUNSEL STATOIL ASA (DEN NORSKE STATS OLJESELSKAP A.S) C/O STATOIL GAS TRADING LIMITED 11A REGENT ST LONDON SW1Y 4ST UNITED KINGDOM |
| STECK, ANTONIA | 15 EAST 26TH ST APT 19E NEW YORK NY 10010 |
| STELLAR PERFORMER GLOBAL SERIES | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STEMPEL, ERNEST E | WITH A COPY TO: "SHORELANDS" FAIRYLANDS PEMBROKE HM 05 BERMUDA |
| STEMPEL, ERNEST E | ATTN: ERNEST E. STEMPEL 7 GRASMERE ROAD FAIRYLANDS, PEMBROKE HM 05 BERMUDA |
| STEMPEL, ERNEST E | ATTN: ERNEST E. STEMPEL C/O AMERICAN INTERNATIONAL GROUP 70 PINE STREET, 59TH FLOOR NEW YORK NY 10270 |
| STEMPEL, ERNEST E | ERNEST E. STEMPEL C/O AMERICAN INTERNATIONAL GROUP 70 PINE STREET, 59TH FLOOR NEW YORK NY 10270 |
| STEPHEN G MACKENZIE &ELIZABETH MACKENZIE JTWROS | 103 CHICHESTER ROAD NEW CANAAN CT 06840 |
| STEPHEN NASH HURLEY | 155 WATER ST FL 5 BROOKLYN NY 112011044 |
| STERLING STAMOS CAPITAL MANAGEMENT LP | STERLING STAMOS SECURITY (OFFSHORE) FUND, LTD. C/O STERLING STAMOS CAPITAL MANAGEMENT, L.P. 575 FIFTH AVENUE, 40TH FLOOR NEW YORK NY 10017 |

| Claim Name | Address Information |
|------------|---------------------|
| STERLING STAMOS GLOBAL CREDIT OPPORTUNITIES FUND L | STERLING STAMOS GLOBAL CREDIT OPPORTUNITIES FUND, C/O SSP ASSOCIATES GP, LLC 450 PARK AVENUE 29TH FLOOR NEW YORK NY 10022 |
| STERLING STAMOS GLOBAL CREDIT OPPORTUNITIES FUND L | KEVIN BARCELONA STERLING STAMOS GLOBAL CREDIT OPPORTUNITIES FUND, C/O SSP ASSOCIATES GP, LLC 450 PARK AVENUE 29TH FLOOR NEW YORK NY 10022 |
| STERLING STAMOS SECURITY (OFFSHORE) FUND SELECT LE | STERLING STAMOS SECURITY (OFFSHORE) FUND - SELECT C/O STERLING STAMOS CAPITAL MANAGEMENT, L.P. 450 PARK AVENUE NEW YORK NY 10022 |
| STERLING STAMOS SECURITY (OFFSHORE) FUND SELECT LE | KEVIN BARCELONA STERLING STAMOS SECURITY (OFFSHORE) FUND - SELECT C/O STERLING STAMOS CAPITAL MANAGEMENT, L.P. 450 PARK AVENUE NEW YORK NY 10022 |
| STERLING STAMOS SECURITY (OFFSHORE) FUND-SELECT. | ATTN: KEVIN BERCELONA STERLING STAMOS SECURITY (OFFSHORE) FUND - SELECT C/O STERLING STAMOS CAPITAL MANAGEMENT, L.P. 575 FIFTH AVENUE, 40TH FLOOR NEW YORK NY 10017 |
| STERLING STAMOS SECURITY (OFFSHORE) FUND-SELECT. | ATTN: GENERAL COUNSEL C/O STERING STAMOS CAPITAL MANAGEMENT, LP 450 PARK AVENUE NEW YORK NY 10022 |
| STERLING STAMOS SECURITY (OFFSHORE) FUND-SELECT. | C/O STERING STAMOS CAPITAL MANAGEMENT, LP 2498 SAND HILL ROAD MENLO PARK CA 94025 |
| STERLING STAMOS SECURITY FUND, LP. | ATTN: GENERAL COUNSEL C/O STERING STAMOS CAPITAL MANAGEMENT, LP 450 PARK AVENUE NEW YORK NY 10022 |
| STERLING STAMOS SECURITY FUND, LP. | C/O STERING STAMOS CAPITAL MANAGEMENT, LP 2498 SAND HILL ROAD MENLO PARK CA 94025 |
| STERLING STAMOS SECURITY FUND, LP. | ATTN: GENERAL COUNSEL C/O STERING STAMOS CAPITAL MANAGEMENT, LP 2498 SAND HILL ROAD MENLO PARK CA 94025 |
| STERLING STAMOS SECURITY FUND- SELECT LP | STERLING STAMOS SECURITY FUND - SELECT, L.P. C/O SSP ASSOCIATES GP, LLC 575 FIFTH AVENUE, 40TH FLOOR NEW YORK NY 10017 |
| STERLING STAMOS SECURITY FUND- SELECT LP | KEVIN BERCELONA STERLING STAMOS SECURITY FUND - SELECT, L.P. C/O SSP ASSOCIATES GP, LLC 575 FIFTH AVENUE, 40TH FLOOR NEW YORK NY 10017 |
| STEVEN G HOLDER LIVING TRUST | 18 SCENIC BLUFF NEWPORT BEACH CA 92657 |
| STEVEN G. HOLDER LIVING TRUST | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| STICHING MARS PENSIOENFONDS | PIMCO ACCOUNT NUMBER 1441 ATTN: RIANNE STEENBERGEN MARS NEDERLAND BV TAYLORWEG 5 VEGHEL 5466 AE NETHERLANDS |
| STICHITING PENSIOENFONDS DSM NEDERLAND | HET OVERLOON 1 TE HEERLEN 6411 NETHERLANDS |
| STICHTING BEDRIJFSTAKPENSIOENFONDS | VOOR DE GROOTHANDEL IN VLAKGLAS, DE GROOTHANDEL IN VERF, HET GLASHE WERKINGS. EN HET GLAZENIERSBEDRIJF POSTBUS 2075 GOUDA 2800 BE NETHERLANDS |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE MEDIO P | POSTBUS 1340 HILVERSUM 1200 BH |
| STICHTING BEDRIJFSTAKPENSIOENFONDS ZORGVERZEKERAAR | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS ZORGVERZEKERAAR | 909 A STREET TACOMA WA 98402-5120 |
| STICHTING BEWAAR ANWB | C/O JP MORGAN ASSET MGMT 20 FINSBURY STREET LONDON EC2Y 9AQ UNITED KINGDOM |
| STICHTING BEWAARDER ZORGFONDS UVIT | DE RUYTERKADE 6-I AMSTERDAM 1013 AA NETHERLANDS |
| STICHTING BEWAARDER ZORGFONDS UVIT | P.O. BOX 5040 ARNHEM 6802 EA THE NETHERLANDS |
| STICHTING MASTERFOODS PENSIOENFONDS | 909 A STREET TACOMA WA 98402-5120 |
| STICHTING PENSIOENFONDS ABP | OUDE LINDESTRAAT 70 6411 EJ HEERLEN NETHERLANDS |
| STICHTING PENSIOENFONDS ABP | C/O APG ASSET MANAGEMENT US INC ATTN: MARK SINGER 666 THIRD AVE, SECOND FLOOR NEW YORK NY 10017 |
| STICHTING PENSIOENFONDS ABP (ALGEMEEN BURGERLIJK P | ALGEMENE PENSIOEN GROEP, NV P.O. BOX 2889 6401 DJ HEERLEN, THE NETHERLANDS NETHERLANDS |
| STICHTING PENSIOENFONDS ABP (ALGEMEEN BURGERLIJK P | ABP TREASURY PO BOX 2889, 6401 DJ HEERLEN, HEERLEN THE NETHERLANDS |
| STICHTING PENSIOENFONDS ABP (ALGEMEEN BURGERLIJK P | TREASURY DEPARTMENT APG ALGEMENE PENSIOEN GROEP N.V. WORLD TRADE CENTER SCHIPHOL TOWER G, 3TH FLOOR SCHIPHOL BOULEVARD 239 1118 BH THE NETHERLANDS |
| STICHTING PENSIOENFONDS ABP (ALGEMEEN | LEGAL AND TAX DEPARTMENT WITH A COPY OF ALL NOTICES UNDER SECTIONS 5 AND 6 APG |

| Claim Name | Address Information |
|---|---|
| BURGERLIJK P | ALGEMENE PENSIOEN GROEP N.V. 6401 DJ HEERLEN OUDE LINDESTRAAT 70 6411 THE NETHERLANDS |
| STICHTING PENSIOENFONDS CORPORATE EXPRESS | PO BOX 23456 AMSTERDAM-ZUIDOOST DZ 1100 NETHERLANDS |
| STICHTING PENSIOENFONDS DUPONT NEDERLAND | T.A.V DE HEER K. DE ZEEUW BAANHOEKWEG 22 DORDRECHT 3313 LA NETHERLANDS |
| STICHTING PENSIOENFONDS ENCI | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS GRONTMY | TAV W.J.M. BERNDSEN POSTBUS 203 AE DE BULT 3730 NETHERLANDS |
| STICHTING PENSIOENFONDS HOOGOVENS | ATTN: JOHN RUIGROK WIJCKERMOLEN 202 BEVERWIJK JA 1941 NETHERLANDS |
| STICHTING PENSIOENFONDS HOOGOVENS | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLP 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS HUISARTSEN | ATTN: JAN WILLEM BAAN NEWTONLAAN 71-77 PO BOX 85344 UTRECHT 3508 AH NETHERLANDS |
| STICHTING PENSIOENFONDS IBM NEDERLAND (SPIN) | 909 A STREET TACOMA WA 98402-5120 |
| STICHTING PENSIOENFONDS MEDISCH SPECIALISTEN | ATTN: JAN WILLEM BAAN, CIO NEWTONLAAN 71-77 P.O. BOX 85344 UTRECHT 3508 AH NETHERLANDS |
| STICHTING PENSIOENFONDS OPENBARE APOTHEKERS | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS OPENBARE APOTHEKERS | LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS VAN DE GROLSCHE BIERBRONWE | F.A.O. MR. A.J.C. WENDER P.O. BOX 55 ENSCHEDE AB 7500 NETHERLANDS |
| STICHTING PENSIOENFONDS VAN DE METALEKTRO | (PME) F/K/A STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE METALKETRO (PME) PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING PENSIOENFONDS VOOR HUISARTSEN | ATTN: MICHEL SALDEN NEWTONLAAN 71-77 P.O. BOX 85344 3508 AH UTRECHT NETHERLANDS |
| STICHTING PENSIOENFONDS VOOR HUISARTSEN | BACK OFFICE STICHING PENSION FUNDS VOOR HUISARTSEN NEWTAONLAN 71-77 PO BOX 85344 3508 AH UTRECHT NETHERLANDS |
| STICHTING PENSIOENFONDS VOOR HUISARTSEN | EVAN KOSTER, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| STICHTING PENSIOENFONDS VOOR HUISARTSEN | DAVID COHN, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| STOCKTON EAST WATER DISTRICT | STOCKTON EAST WATER DISTRICT, HEAD OFFICE 6767 EAST MAIN STREET STOCKTON CA 95215 |
| STONE LION CAPITAL PARTNERS L.P. | TRANSFEROR: BANK OF AMERICA, N.A. 461 5TH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONE LION CAPITAL PARTNERS LP, ATTN: C BORG 461 FIFTH AVENUE, 14TH FL NEW YORK NY 10017 |
| STONE TOWER CREDIT MASTER FUND LTD | CHIEF FINANCIAL OFFICER C/O STONE TOWER FUND MANAGEMENT LLC 152 WEST 57TH STREET NEW YORK NY 10019 |
| STONEHILL INSTITUTIONAL PARTNERS LP | C/O STONEHILL CAPITAL MANAGEMENT LLC 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS LP | C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK 885 THIRD AVE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS LP | STEVE NELSON C/O STONEHILL CAPITAL MANAGEMENT LLC 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| STONEHILL MASTER FUND LTD. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL OFFSHORE PARTNERS LIMITED | C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL OFFSHORE PARTNERS LIMITED | STEVE NELSON C/O STONEHILL CAPITAL MANAGEMENT LLC 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONERIDGE INVESTORS LTD | STONERIDGE INVESTMENT PARTNERS, LLC 301 LINDENWOOD DRIVE SUITE 310 MALVERN PA 19355 |
| STOWE CDO SPC | C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS |
| STOWE CDO SPC | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE; SOUTH CHURCH STREET CAYMAN ISLANDS |
| STOWE CDO SPC | C/O STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | ATTN: THE DIRECTORS STOWE CDO SPC, FOR THE ACCOUNT OF THE SERIES 2008- 1 SEGREGATED PORTFOLIO, C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STOWE CDO SPC SERIES 2008-1 SEGREGATED PORTFOLIO | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: DALE CROWLEY MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | ATTN: THE DIRECTORS STOWE CDO SPC, FOR THE ACCOUNT OF THE SERIES 2008- 2A SEGREGATED PORTFOLIO, C/O MAPLES FINANCE LIMITE P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STOWE CDO SPC SERIES 2008-2A SEGREGATED PORTFOLIO | STANDARD 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| STRATEGIC ENERGY LLC | TWO GATEWAY CENTER TWO GATEWAY CENTER PITTSBURGH PA 15222 |
| STRATEGIC ENERGY LLC | ATTN: KRISTA GLENTZER, CONTRACT ADMINISTRATOR TWO GATEWAY CENTER PITTSBURGH PA 15222 |
| STRATEGIC ENERGY LLC | ATTN:KRIS KUKIC, COSTING TWO GATEWAY CENTER PITTSBURGH PA 15222 |
| STRATEGIC GLOBAL FUND MORTGAGE SECURITIES (PUTNAM) | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| STRATEGIC GLOBAL FUND MORTGAGE SECURITIES (PUTNAM) | ATTN: DERIVATIVES DOCUMENTATION PUTNAM INVESTMENTS LEGAL DEPARTMENT 2 LIBERTY SQUARE BOSTON MA 02109 |
| STRATEGIC GLOBAL FUND MORTGAGE SECURITIES (PUTNAM) | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| STRAUMUR-BURDARAS INVESTMENT BANK HF | STRAUMUR BURANDRAS INVESTMENT BANK HF BORGATUN 25 105 REYKJAVIK ICELAND |
| STRONG CDO III, LIMITED C/O QSPV LIMITED | P.O. BOX 1093 GT SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STRUCTURED ASSET RECEIVABLES TRUST SERIES 2003-1 | KOLIBACHUK DAVID STRUCTURED ASSET RECEIVABLES C/O US BANK NATIONAL ASSOC 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2003-2 | C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET RECEIVABLES TRUST, SERIES 2004-1 | STRUCTURED ASSET RECEIVABLES TRUST,SERIES2004-1 C/O U.S BANK NATIONAL ASSOCIAT 100 WALL STREET NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: STEVEN PARK DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET 26TH FLOOR NEW YORK NY 10005 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: HOWARD TOPF - HEAD OF GLOBAL DEBT SERVICES DEUTSCHE BANK TRUST AND SECURITIES SERVICES 280 PARK AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: DOUGLAS MACINNES BANK OF NEW YORK MELLON 101 BARCLAY STREET NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: BRUCE L. BISSON / DANIEL R. FISHER WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: DAVE WARD WELLS FARGO BANK, N.A. 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: DAWN M. ZANOTTI U.S. BANK CORPORATE TRUST SERVICES - CDO GROUP 1 FEDERAL STREET 3RD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: ROBERT WADDELL, SENIOR VICE PRESIDENT-CDO SERVICES STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: MATTHEW MASSIER 540 WEST MADISON STREET, 25TH FLOOR CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: JIM JENDRA LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: ELAINE P. MAH THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: SHAWN TEEL THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 601 TRAVIS STREET 16TH FLOOR HOUSTON TX 77002 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: JOE ELSTON VIRTUS PARTNERS 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| STRUCTURED ASSET SECURITES CORP PASS-THROUGH CERTI | SERIES 2007-4 ATTN: JENNIFER CUPO CITIBANK NATIONAL ASSOCIATION 24221 CALLE DE LA LOUISA 3RD FLOOR LAGUNA HILLS CA 92653 |
| STRUCTURED ASSET SECURITIES CO., SERIES 2004-GEL3 | LASALLE BANK NATIONAL ASSOCIATION 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| STRUCTURED ASSET SECURITIES CORP SERIES 2005-RF1 | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORP SERIES 2005-RF1 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| STRUCTURED ASSET SECURITIES CORPORATION 2003-40A | GLOBAL CORP TRUST 101 BARCLAY ST 4TH FL W NEW YORK NY 10286 |
| STRUCTURED ASSET SECURITIES CORPORATION 2004-23XS | ATTN: KAREN SCHLUTER AGENCY 388 GREENWICH STREET, 14TH FLOOR NEW YORK NY 10013 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-GEL1 | LASALLE BANK NATIONAL ASSOCIATION 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-NC1 | ASSET BACKED SECURITIES TRUST GROUP SAIL 2005-1 LASALLE BANK NATIONAL ASSOCIATION 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION 2005-NC1 | WITH A COPY TO: AURORA LOAN SERVICES, AS MASTER SERVICER AURORA CO 80014 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | SERVICE MANAGER - BNC 2007-1 WELLS FARGO BANK, NA, SECURITIES ADMINISTRATOR 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CORPORATE TRUST SERVICES 1 FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CORPORATE TRUST SERVICES 1 FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CORPORATE TRUST SERVICES 1 FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | 10350 PARK MEADOWS DR - STE 200 LITTLETON CO 801246800 |
| STRUCTURED ASSET SECURITIES CORPORATION BNC SERIES | 10350 PARK MEADOWS DR - STE 200 LITTLTON CO 801248600 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ASSET SECURITIES CORPORATION PASS-THROU | SERIES 2007-4 STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | CLIENT MANAGER - SASCO 2007-OSI WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | U.S. BANK NATIONAL ASSOCIATION, TRUSTEE CORPORATE TRUST SERVICES 1 FEDERAL STREET, THIRD FLOOR BOSTON MA 02110 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| STRUCTURED ASSET SECURITIES CORPORATION SERIES 200 | ATTN: JERALD W. DREYER AURORA LOAN SERVICES LLC, AS MASTER SERVICER 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | JAMES E. MCKEE C/O TRICADIA CAPITAL MANAGEMENT LLC 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | ATTN: JULIA WYATT C/O TRICADIA CAPITAL MANAGEMENT, LLC 767 THIRD AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| STRUCTURED INVESTMENT HOLDINGS IV, | SPC OBO TREESDALE CDO A SEGREGATED PORTFOLIO ATTN: GENERAL COUNSEL COPY TO: 1325 AVENUE OF THE AMERICAS, STE 2302 NEW YORK NY 10019 |
| STRUCTURED INVESTMENT HOLDINGS IV, | SPC OBO TREESDALE CDO A SEGREGATED PORTFOLIO GENERAL COUNSEL COPY TO: 1325 AVENUE OF THE AMERICAS, STE 2302 NEW YORK NY 10019 |
| STRUCTURED INVESTMENT HOLDINGS IV, | SPC OBO TREESDALE CDO A SEGREGATED PORTFOLIO ATTN: GENERAL COUNSEL TREESDALE PARTNERS, LLC 1325 AVENUE OF THE AMERICAS, STE 2302 NEW YORK NY 10019 |
| STRUCTURED INVESTMENT HOLDINGS IV, | SPC OBO TREESDALE CDO A SEGREGATED PORTFOLIO ATTN: OPERATIONS (TRADING)/ GENERAL COUNSEL (LEGAL) C/O BRIGADIER CAPITAL MANAGEMENT LLC 717 FIFTH AVENUE, SUITE 1301 NEW YORK NY 10022 |
| STRUCTURED INVESTMENT HOLDINGS IV, | SPC OBO TREESDALE CDO A SEGREGATED PORTFOLIO OPERATIONS (TRADING)/ GENERAL COUNSEL (LEGAL) C/O BRIGADIER CAPITAL MANAGEMENT LLC 717 FIFTH AVENUE, SUITE 1301 NEW YORK NY 10022 |
| STRUCTURED INVESTMENT HOLDINGS IV, SPC | A CAYMAN SEGREGATED PORTFOLIO COMPANY SOLELY ON THE BEHALF OF TREESDALE CDO A SEGREGATED PORTFOLIO THEREOF YUNG LIM TREESDALE PARTNERS LLC 1325 AVENUE OF THE AMERICAS, SUITE 2302 NEW YORK NY 10019 |
| STRUCTURED INVESTMENT HOLDINGS IV, SPC OBO TREESDA | A SEGREGATED PORTFOLIO PO BOX 1234, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| STRUCTURED INVESTMENT HOLDINGS IV, SPC OBO TREESDA | PORTFOLIO P.O. BOX 1234, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN KY1-1108 CAYMAN ISLANDS |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | C/O STRUCTURED PORTFOLIO MANAGEMENT LLC ATTN CHRISTOPHER RUSSELL & JENELLE SCANLON 2187 ATLANTIC STREET 4TH FLOOR STAMFORD CT 06902 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | C/O STRUCTURED PORTFOLIO MANAGEMENT, L.L.C. ATTENTION: CHRISTOPHER RUSSELL 2187 ATLANTIC STREET, 4TH FLOOR STAMFORD CT 06902 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | JENELLE SCANLON C/O STRUCTURED PORTFOLIO MANAGEMENT, L.L.C. 2187 ATLANTIC STREET, 4TH FLOOR STAMFORD CT 06902 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | ATTN: CHRISTOPHER RUSSELL C/O STRUCTURED PORTFOLIO MANGEMENT, LLC CLEARWATER HOUSE 2187 ATLANTIC STREET STAMFORD CT 06902 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | K&L GATES LLP ATTN JEFFREY N RICH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | JEFFREY N. RICH K & L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | CHRISTOPHER RUSSELL CLEARWATER HOUSE 6902 |
| SUEZ ENERGY MARKETING NA INC | 1990 POST OAK BOULEVARD SUITE 1900 HOUSTON TX 77056 |
| SUEZ ENERGY MARKETING, NA | 1990 POST OAK BOULEVARD SUITE 1900 HOUSTON TX 77056 |
| SUITE 6800 | JENINE WINDESHAUSEN SUITE 6800 1010 10TH STREET MODESTO CA 95352-4060 |
| SUMITOMO CORPORATION | SUMITOMO CORPORATION TREASURY ADMINISTRATIVE DEPARTMENT 1-8-11 HARUMI, CHUO-KU |

| Claim Name | Address Information |
|---|---|
| SUMITOMO CORPORATION | TOKYO 104-8610 JAPAN |
| SUMITOMO MITSUI BANKING CORPORATION | 3-2 MARUNOUCHI 1-CHOME CHIYODA-KU, TOKYO 100-0005 JAPAN |
| SUMITOMO MITSUI BANKING CORPORATION | 3-2 MARUNOUCHI 1-CHOME CHIYODA-KU, TOKYO 100-0005 |
| SUMITOMO MITSUI BANKING CORPORATION | MAYER BROWN LLP ATTN RICK HYMAN ESQ 1675 BROADWAY NEW YORK NY 10019-5820 |
| SUMITOMO MITSUI BANKING CORPORATION | ATTN SCOTT DIAMOND, LEGAL 277 PARK AVENUE NEW YORK NY 10172-0601 |
| SUMITOMO TRUST & BANKING CO., LTD | TOSHIO SAKUDO THE SUMITOMO TRUST & BANKING CO., LTD. GRAN-TOKYO SOUTH TOWER 9-2 MARUNOUCHI 1-CHOME CHIYODA-KU TOKYO 100-6611 JAPAN |
| SUMITOMO TRUST & BANKING CO., LTD | C/O SEWARD & KISSEL LLP ATTN: RONALD L COHEN ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| SUMITOMO TRUST & BANKING CO., LTD | MASAYA YAMASHIRO., BRUCE A. ORTWINE, ESQ. THE SUMITOMO TRUST & BANKING CO., LTD 527 MADISON AVENUE NEW YORK NY 10022 |
| SUMITOMO TRUST AND BANKING COMPANY LIMITED | GRANTOKYO SOUTH TOWER 9-2, MARUNOUCHI 1-CHOME CHIYODA-KU, TOKYO 100-6611 JAPAN |
| SUMMER STREET 2005-HG1 LTD | THE DIRECTORS SUMMER STREET 2005-HG1, LTD. WALKER HOUSE, P.O. BOX 908GT MARY STREET, GEORGE TOWN GRAND CAYMAN ISLANDS BRITISH WEST INDIES |
| SUMMIT ACADEMY | ATTN: BRIAN BEAUDRIE 30494 OLMSTEAD, BUILDING B FLAT ROCK MI 48134 |
| SUMMIT ACADEMY PANSOPHIA ACADEMY, MARSHALL ACADEMY | SUMMIT ACADEMY SCHOOLS 30100 OLMSTEAD BUILDING B FLAT ROCK MI 48134 |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | ATTN: SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG HONG KONG |
| SUN LIFE ASSURANCE COMPANY OF CANADA (US) | ONE SUN LIFE EXECUTIVE PARK SC1306 WELLESLEY HILLS MA 02481 |
| SUN LIFE ASSURANCE COMPANY OF CANADA (US) | SUN LIFE ASSURANCE COMPANY OF CANADA (US) ONE SUN LIFE EXECUTIVE PARK SC1306 WELLESLEY HILLS MA 02481 |
| SUNAMERICA LIFE INSURANCE COMPANY | SHELLEY CHAPMAN, ESQ WILKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SUNAMERICA LIFE INSURANCE COMPANY | 2999 N. 44TH STREET 2999 N. 44TH STREET SUITE 250 PHOENIX AZ 85018 |
| SUNAMERICA LIFE INSURANCE COMPANY | SUNAMERICA LIFE INSURANCE COMPANY 1 SUNAMERICA CENTER, 37TH FLOOR ATTN: ALISON CHEN LOS ANGELES CA 90067 |
| SUNAMERICA LIFE INSURANCE COMPANY | SUNAMERICA LIFE INSURANCE COMPANY LEGAL DEPARTMENT 1 SUNAMERICA CENTER, 37TH FLOOR ATTN: ALISON CHEN LOS ANGELES CA 90067 |
| SUNAMERICA LIFE INSURANCE COMPANY | 21650 OXNARD STREET, 6TH FLOOR ATTN: STEWART POLAKOV SENIOR VICE PRESIDENT & CONTROLLER MAIL STOP 6-9 WOODLAND HILLS CA 91367 |
| SUNAMERICA LIFE INSURANCE COMPANY | 21650 OXNARD STREET, 6TH FLOOR ATN: STEWART POLAKOV SENIOR VICE PRESIDENT & CONTROLLER MAIL STOP 6-9 WOODLAND HILLS CA 91367 |
| SUNAMERICA SERIES TRUST - INTERNATIONAL GROWTH AND | C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SUNCOR ENERGY  MARKETING, INC. | P.O. BOX 38, 112 - 4TH AVENUE S.W. CALGARY, ALBERTA T2P 2V5 CANADA |
| SUNCOR ENERGY MARKETING INC. | MANAGER - CREDIT P.O. BOX 38, 112 - 4TH AVENUE S.W. CALGARY AB T2P 2V5 CANADA |
| SUNCOR ENERGY MARKETING INC. | GAR PON SUNCOR ENERGY MARKETING INC. 112 4TH AVENUE S.W. CALGARY AB T2P2V5 CANADA |
| SUNOCO INC MASTER RETIREMENT TRUST | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| SUNOCO INC MASTER RETIREMENT TRUST | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| SUNOCO, INC. MASTER RETIREMENT TRUST | SUNOCO, INC. MASTER RETIRMENT TRUST 101 PARK AVENUE ATTN: ROBERT MENDELSON, MORGAN, LEWIS & BOCKIUS LLP NEW YORK NY 10178 |
| SUNOCO, INC. MASTER RETIREMENT TRUST | C/O SUNOCO, INC. 1735 MARKET STREET, SUITE LL ATTN: ANDREW KE PHILADELPHIA PA 19103 |
| SUNOCO, INC. MASTER RETIREMENT TRUST | C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1151 385 E. COLORADO BLVD PASADENA CA 91101 |
| SUNRISE LAKES PHASE 4 RECREATION DISTRICT | 10300 N.W. 11TH MANOR CORA GABLES FL 33071 |

| Claim Name | Address Information |
|---|---|
| SUNRISE PARTNERS LIMITED PARTNERSHIP | C/O JP MORGAN HEDGE FUND SERVICES – OPERATIONS DIV ONE AMERICAN LANE GREENWICH CT 06831 |
| SUNRISE PARTNERS LIMITED PARTNERSHIP | TED HAGAN C/O JP MORGAN HEDGE FUND SERVICES – OPERATIONS DIV ONE AMERICAN LANE GREENWICH CT 06831 |
| SUNRISE PARTNERS LIMITED PARTNERSHIP | TWO AMERICAN LANE GREENWICH CT 06836 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 7A) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 7B) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 7C) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GROUP 8A) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 8B) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. GLOBAL 19 NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | FOR THE ACCOUNT OF THE SERIS 2004-1 SEGREGATE PORTFOLIO C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC | FOR THE ACCOUNT OF THE SERIS 2004-4 SEGREGATE PORTFOLIO C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| SUNSET PARK CDO LIMITED SPC SERIES 2005-5 | ATTN: MICHAEL J. RILEY C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| SUNSET PARK CDO LIMITED SPC, SERIES 2004-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SUNSET PARK CDO LIMITED SPC, SERIES 2004-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| SUNSET PARK CDO LIMITED SPC/SERIES 2005-3 | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| SUNSET PARK CDO LIMITED SPC/SERIES 2005-3 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| SUNSET PARK CDO LIMITED SPC/SERIES 2005-3 | ATTN: MICHAEL J. RILEY C/O US BANK  CORPORATE TRUST SERVICES P.O. BOX 960778 BOSTON MA 02196-0778 |
| SUNSET PARK CDO SERIES 2005-6 LIMITED | ATTN: DALE CROWLEY C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| SUNSET PARK CDO SERIES 2005-6 LIMITED | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| SUNSET PARK CDO SERIES 2005-6 LIMITED | ATTN: MICHAEL J. RILEY C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| SUNTRUST BANK | DAVID BLOOM, ESQ. FIRST VP AND GENERAL COUNSEL SUNTRUST BANKS, INC. 303 PEACHTREE STREET 36TH FLOOR ATLANTA GA 30308 |
| SUNTRUST BANK | SUNTRUST BANKS, INC ATTN: DAVID BLOOM, ESQ, FIRST VP AND ASSOCIATE GENERAL COUNSEL 303 PEACHTREET STREET, 36TH FLOOR ATLANTA GA 30308 |
| SUNTRUST BANK | SUNTRUSTS BANKS, INC. ATTN: DAVID BLOOM, ESQ. – FIRST VP AND ASSOCIATE GENERAL COUNSEL 303 PEACHTREE STREET 36TH FLOOR ATLANTA GA 30308 |
| SUNTRUST BANK | ATTN: FRED D. WOOLF, DIRECTOR FINANCIAL RISK MANAGEMENT OPERATIONS 333 PEACHTREE STREET, N.E. MAILCODE GA-ATL-3913 ATLANTA GA 30326 |

| Claim Name | Address Information |
|---|---|
| SUNTRUST BANK | ATTN: FRED D. WOOLF, DIRECTOR FINANCIAL RISK MANAGEMENT OPERATIONS MAIL CODE GA-ATL-3913 3333 PEACHTREE STREET, N.E. ATLANTA GA 30326 |
| SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOU | LEVEL 31, GATEWAY 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| SUPERIOR ENERGY SERVICES INC | ATTN: WILLIAM B. MASTERS 1105 PETERS ROAD HARVEY LA 70058 |
| SUPERIOR ENERGY SERVICES INC | 601 POYDRAS ST., SUITE 2400 NEW ORLEANS LA 70130 |
| SUPERVALU INC MASTER INVESTMENT TRUST | METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BLVD. SUITE 1500 LOS ANGELES CA 90025 |
| SUPPLEMENTAL INTEREST TRUST, SAIL TRUST 2005-1 | ATTN: ASSET BACKED SEC. TRUST GROUP SAIL 2005-1 LASALLE BANK NATIONAL ASSOCIATION 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| SUPPLEMENTAL INTEREST TRUST, SAIL TRUST 2005-1 | AURORA LOAN SERVICES, AS MASTER SERVICER AURORA CO 80014 |
| SUPPLEMENTAL INTEREST TRUST, SASCO 2005-WF1 | ASSET BACKED SECURITIES TRUST GROUP SAIL 2005-1 LASALLE BANK NATIONAL ASSOCIATION 125 S. LASALLE STREET, SUITE 1625 CHICAGO IL 60603 |
| SUPPLEMENTAL INTEREST TRUST, SASCO 2005-WF1 | WITH A COPY TO: AURORA LOAN SERVICES, AS MASTER SERVICER AURORA CO 80014 |
| SURYAN FAMILY TRUST | C/O FRANK SURYAN JR. 3821 SEASCAPE DRIVE HUNTINGTON BEACH CA 92649-2523 |
| SUSQUEHANNA ENERGY PLUS INC | 401 CITY AVENUE, SUITE 220 BALA CYNMYD PA 19004 |
| SUSQUEHANNA ENERGY PRODUCTS LLC | 401 CITY AVENUE, SUITE 220 BALA CYNMYD PA 19004 |
| SUTTONBROOK CAPITAL PORTFOLIO LP | C/O SUTTON BROOK CAPITAL MANAGEMENT LLC 654 MADISON AVENUE, SUITE 1009 NEW YORK NY 10021 |
| SVENSKA HANDELSBANKEN AB | ATTN: MARK CLEARY, SVP 875 THIRD AVENUE, 4TH FL. NEW YORK NY 10022-7218 |
| SVENSKA HANDELSBANKEN AB | ATTN:  MARK CLEARY, SVP 875 THIRD AVENUE NEW YORK NY 10022-7218 |
| SVENSKA HANDELSBANKEN AB | 875 THIRD AVENUE NEW YORK NY 10022-7218 |
| SVENSKA HANDELSBANKEN AB | SVENSKA HANDELSBANKEN 153 EAST 53RD STREET 37TH FLOOR NEW YORK NY 100224678 |
| SVENSKA HANDELSBANKEN AB (PUBL) | CLAUDE D. MONTGOMERY, ESQ. SALANS LLP 620 FIFTH AVENUE, 4TH FLOOR NEW YORK NY 10020 |
| SVENSKA HANDELSBANKEN AB (PUBL) | ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK NY 10022-7218 |
| SWAP FINANCIAL GROUP, LLC | ATTN PETER SHAPIRO 76 SOUTH ORANGE AVENUE, SUITE 6 SOUTH ORANGE NJ 07079 |
| SWEDBANK | BRUNKBERGSTORG 8 STOCKHOLM S-105-34 SWEDEN |
| SWEDBANK AB (PUBL) | MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM SE-105 34 SWEDEN |
| SWEDBANK AB (PUBL) | CLAUDE D. MONTGOMERY, ESQ. SALANS LLP 620 FIFTH AVENUE NEW YORK NY 10020 |
| SWEDISH EXPORT CREDIT (SEK) | VASTRA TRADGARDSGALAN 11B P.O.BOX 18368 SWEDEN |
| SWEDISH NATIONAL DEBT OFFICE | ATTB: JOHANNA LIDELL, LEGAL COUSEL RIKSGALDEN NORRLANDSGATAN 15 SE-103-74 STOCKHOLM SWEDEN |
| SWEDISH NATIONAL DEBT OFFICE | ATTN: JOHANNA LIDELL, LEGAL COUNSEL RIKSGALDEN NORRLANDSGATAN 15 STOCKHOLM SE-103-74 SWEDEN |
| SWEETWATER AUTHORITY | SWEETWATER AUTHORITY 505 GARRETT AVENUE CHULA VISTA CA 91910 |
| SWEETWATER UNION HIGH SCHOOL DISTRICT | 1130 FIFTH AVENUE CHULA VISTA CA 91911 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | C/O HSBC BANK USA, NA AS OWNER TRUSTEE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | MAYER BROWN LLP ATTN: BRIAN TRUSR 1675 BROADWAY NEW YORK NY 10019 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | C/O GMAC INC. COMMERICAL FINANCE ATTN: STEPHEN VAN DOLSEN 1290 AVENUE OF THE AMERICAS. THRID FLOOR NEW YORK NY 10104 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | DIRECTOR-SECURITIZATION AND CASH MANAGEMENT GMAC LLC 200 RENAISSANCE CENTER, 12TH FLOOR DETROIT MI 48265 |
| SWIP EUROPEAN EQUITY FUND | 909 A STREET TACOMA WA 98402-5120 |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | TRANSFEROR: SR LATIGO MASTER MA LTD C/O SWISS RE SERVICES LIMITED 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON EC3A 8EP UNITED KINGDOM |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | ATTN: NICHOLAS RAYMOND C/O SWISS RE CAPITAL MARKETS LTD 30 ST MARY AXE LONDON |

| Claim Name | Address Information |
|---|---|
| SWISS RE FINANCIAL PRODUCTS CORPORATION | EC3A 8EP UNITED KINGDOM |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | ATTN: FRANK RONAN 55 EAST. 52ND ST. NEW YORK NY 10055 |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | ATTN: GLORIA GONZALEZ/NICHOLAS RAYMOND 55 EAST. 52ND ST. NEW YORK NY 10055 |
| SWISSGRID AG | DAMMSTRASSE 3 FRICK CH-5070 SWITZERLAND |
| SWISSGRID AG | ATTN: PIERRE-ALAIN GRAF, CEO WERKSTRASSE 12 LAUFENBURG CH-5080 SWITZERLAND |
| SYDBANK | LEGAL DEPARTMENT PEBERLYK 4 – POSTBOKS 1038 AABENRAA DK-6200 DENMARK |
| SYDBANK | 99 SPEED HOUSE LONDON EC7Y 8AU UNITED KINGDOM |
| SYDBANK | ATTN: DRAGSTED SCHULTER AR 99 SPEED HOUSE LONDON EC7Y 8AU UNITED KINGDOM |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | EDWARD J. AGOSTINI AND SYLVIA AGOSTINI 20 SUTTON PLACE SOUTH #7D NEW YORK NY 10022 |
| SYLVIA AGOSTINI LIVING TRUSTDTD 5/12/2000 | 20 SUTTON PLACE SOUTH #7D NEW YORK NY 10022 |
| SYMETRA FINANCIAL CORP | SYMETRA FINANCIAL PO BOX 34690 SEATTLE WA 98124-1690 |
| SYMETRA LIFE INSURANCE COM | PO BOX 34690 SEATTLE WA 98124-1690 |
| SYNTEX ENERGY LLC | 4645 SWEETWATER BOULEVARD SUITE A-350 SUGAR LAND TX 77479 |
| SYRACUSE UNIVERSITY | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1418 385 E. COLORADO BLVD PASADENA CA 91101 |
| SYRACUSE UNIVERSITY | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO 385 EAST COLORADO BLVD PASADENA CA 91101 |
| SYSCO CORPORATION RETIREMENT PLAN | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1755 385 E. COLORADO BLVD PASADENA CA 91101 |
| T ROWE PRICE EMERGING MARKET BOND FUND | T. ROWE PRICE- FIXED INCOME FUND ACCOUNTING 4515 PAINTERS MILL ROAD OWINGS MILLS MD 21117-4903 |
| T ROWE PRICE EMERGING MARKET BOND FUND | GREGORY S. GOLCZEWSKI T. ROWE PRICE- FIXED INCOME FUND ACCOUNTING 4515 PAINTERS MILL ROAD OWINGS MILLS MD 21117-4903 |
| T. O. HOLDINGS LLC | 850 THIRD AVENUE, 2ND FLOOR NEW YORK NY 10022 |
| T.O. HOLDINGS, LLC | ATTN: CRAIG ABOLT 850 THIRD AVENUE NEW YORK NY 10022 |
| T76136 FSVCON/FIDELITY ADV STABLE VALUE PORTFOLIO | 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| T76136 FSVCON/FIDELITY ADV STABLE VALUE PORTFOLIO | JOHN P. O'REILLY 82 DEVONSHIRE STREET (V5B) BOSTON MA 02109 |
| TA CHONG BANK LIMITED | 12F, NO.2, SEC. 5 HING-YI ROAD TAIPEI, TAIWAN CHINA |
| TABOR HILLS SUPPORTIVE LIVING COMMUNITY LLC | TABOR HILLS SUPPORTIVE LIVING COMMUNITY 1347 CRYSTAL AVENUE NAPERVILLE IL 60563 |
| TABOR HILLS SUPPORTIVE LIVING, LLC | 1347 CRYSTAL AVENUE NAPERVILLE IL 60563 |
| TACOMA CITY LIGHT | 3628 SOUTH 35TH ST TACOMA WA 98409-3192 |
| TACONIC CAPITAL PARTNERS 1.5 L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS, L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 LP | ATTN: CAROL LEE, GENERAL COUNSEL C/O TATONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 LP | C/O TACONIC CAPITAL ADVISORS LP ATTN: CAROL LEE, GENERAL COUNSEL 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 LP | ATTN: ROBIN S. ROTHSTEIN – CHIEF FINANCIAL OFFICER C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 LP | ATTN: CAROL LEE C/O TATONIC CAPITAL ADVISORS LP 450 PARK AVENUE 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 LP | ATTN: ROBIN S. ROTHSTEIN – CHIEF FINANCIAL OFFICER TACONIC CAPITAL PARTNERS 1.5 LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 LP | CAROL LEE TACONIC CAPITAL PARTNERS 1.5 LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 LP | ROBIN S. ROTHSTEIN – CHIEF FINANCIAL OFFICER TACONIC CAPITAL PARTNERS 1.5 LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| TACONIC MARKET DISLOCATION FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE 8TH FLOOR NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION MASTER FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION MASTER FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, ATTN: TIM ANDRIKS NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION MASTER FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE 8TH FLOOR NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TACONIC CAPITAL ADVISORS L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | ATTN: CAROL LEE TACONIC OPPORTUNITY FUND LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | C/O TACONIC CAPITAL ADVISORS LP ATTN: CAROL LEE 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE 8TH FLOOR NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENU 8TH FLOOR NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | ATTN: ROBIN S. ROTHSTEIN – CHIEF FINANCIAL OFFICER C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | ATTN: ROBIN S. ROTHSTEIN – CHIEF FINANCIAL OFFICER TACONIC OPPORTUNITY FUND LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | CAROL LEE TACONIC OPPORTUNITY FUND LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | ROBIN S. ROTHSTEIN – CHIEF FINANCIAL OFFICER TACONIC OPPORTUNITY FUND LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TAIPEI FUBON COMMERCIAL BANK CO., LTD | ATTN: ALEX FUN & MORRIS HUAN 3F, NO. 138 SECTION 3 MING SHEN E. ROAD TAIPEI 10596 TAIWAN, PROVINCE OF CHINA |
| TAISHIN INTERNATIONAL BANK | ATTN: TREASURY DEPARTMENT TAISHIN INTERNATIONAL BANK, HONG KONG BRANCH 15TH FL., TOWER II, ADMIRALTY CENTRE, 18 HARCOURT ROAD HONG KONG HONG KONG |
| TAISHIN INTERNATIONAL BANK | TREASURY DEPARTMENT TAISHIN INTERNATIONAL BANK, HONG KONG BRANCH 15TH FL., TOWER II, ADMIRALTY CENTRE, 19 HARCOURT ROAD HONG KONG HONG KONG |
| TAISHIN INTERNATIONAL BANK | TREASURY OPERATIONS DIVISION TAISHIN INTERNATIONAL BANK, HEAD OFFICE 13F., 118 REN-AI ROAD, SECTION 6 TAIPEI 106 TAIWAN |
| TAISHIN INTERNATIONAL BANK | TAISHIN INTERNATIONAL BANK, HEAD OFFICE 13F., 118 REN-AI ROAD, SECTION 4 TAIPEI 106 TAIWAN, PROVINCE OF CHINA |
| TAISHIN INTERNATIONAL BANK | TAISHIN INTERNATIONAL BANK, HEAD OFFICE 13F., 118 REN-AI ROAD, SECTION 5 TAIPEI 106 TAIWAN, PROVINCE OF CHINA |
| TALBOT FAMILY LIMITED PARTNERSHIP | 15 CATHEDRAL AVENUE GARDEN CITY NY 11530 |
| TAMPA ELECTRIC COMPANY | 702 N. FRANKLIN STREET, PLAZA 7 TAMPA FL 33602 |
| TAMPA ELECTRIC COMPANY | ATTN: DEPUTY GENERAL COUNSEL 702 N. FRANKLIN STREET, PLAZA 7 TAMPA FL 33602 |
| TAMPA SPORTS AUTHORITY | C/O STEVEN ANDERSON, ESQ. RUDEN MCCLOSKY 401 EAST JACKSON ST., SUITE 2700 TAMPA FL 33602 |
| TANZANITE FINANCE VI LIMITED | STRATHVALE HOUSE NORTH CHURCH STREET, P.O. BOX 1109GT GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| TARGA RESOURCES INC | 1000 LOUISIANA, SUITE 4300 HOUSTON TX 77002 |
| TARGA RESOURCES PARTNERS LP | 1000 LOUISIANA, SUITE 4300 HOUSTON TX 77002 |
| TARGET CORPORATION | DAYTON HUDSON CORPORATION MINNEAPOLIS MN 55402 |
| TARGET CORPORATION MASTER TRUST | (BLK TICKER: TGT-I) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| TARGET CORPORATION MASTER TRUST | (BLK TICKER: TGT-L) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| TARGET CORPORATION PENSION PLA N | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| TARGET CORPORATION PENSION PLA N | LEGAL/DOCUMENTATION C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| TARGET CORPORATION PENSION PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET NEW YORK NY 10022 |
| TARRANT COUNTY HOUSING FINANCE CORPORATION | TARRANT COUNTY ADMINISTRATION BUILDING 100 EAST WEATHERFORD STREET, 5TH FLOOR FORT WORTH TX 76196 |
| TATE AND LYLE PENSIONS SCHEME | C/O FIELD FISHER WAREHOUSE LLP 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| TAVARES SQUARE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 9A) NEW YORK NY 10022 |
| TAVARES SQUARE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 9B) NEW YORK NY 10022 |
| TAVARES SQUARE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| TAVARES SQUARE CDO LIMITED / LLC | ATTN: THE DIRECTORS, JOSEPH COSTANTINO C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| TAYLOR CREEK LIMITED | ATTN: THE DIRECTORS, JOSEPH COSTANTINO C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| TAYLOR CREEK LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTRO NO. GLOBAL 10) NEW YORK NY 10022 |
| TAYLOR CREEK LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAUL ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| TCW ABSOLUTE RETURN CREDIT FUND LP | C/O TRUST COMPANY OF THE WEST 865 SOUTH FIGUEROA STREET LOS ANGELES CA 90017 |
| TCW ABSOLUTE RETURN CREDIT FUND LP | ATTN: MELISSA WEILER C/O TRUST COMPANY OF THE WEST 11100 SANTA MONICA BOULEVARD, SUITE 2000 LOS ANGELES CA 90025 |
| TD BANK, N.A. | C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| TD BANKNORTH NA | 31 WEST 52ND STREET NEW YORK NY 10019-6101 |
| TD BANKNORTH NA | ATTN: MIKE TURCOTTE BANKNORTH N.A. MAIL CODE ME089-36 PORTLAND ME 04112 |
| TD BANKNORTH NA | MIKE TURCOTTE BANKNORTH N.A. MAIL CODE ME089-36 PORTLAND ME 04112 |
| TDA-JPMC 2002-CIBC5 LLC | TRIMONT REAL ESTATE ADVISORS 3424 PEACHTREE ROAD, SUITE 2200 ATLANTA GA 30326 |
| TDAX INDEPENDENCE 2020 EXCHANGE-TRADED FUND | C/O BNY ASSET MANAGEMENT 1633 BROADWAY, 13TH FLOOR NEW YORK NY 10019 |
| TEACHER'S RETIREMENT SYSTEM OF LOUISIANA | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| TECOMARA N.V. | C/O HSBC SECURITIES SERVICES (BERMUDA) LIMITED, AS MANAGING DIRECTOR 6 FRONT STREET HAMILTON HM 11 BERMUDA |
| TEHACHAPI CUMMINGS COUNTY WATER DISTRICT | TEHACHAPI CUMMINGS COUNTY WATER DISTRICT P.O. BOX 326 TEHACHAPI CA 93581 |
| TELECOM ITALIA CAPITAL SOCIETE ANONYME | TELECOM ITALIA CAPITAL SA 12, RUE EUGENE RUPPERT L-2453 LUBEMBOURG, B.P. 872 L-2018 LUXEMBOURG |
| TELECOM ITALIA FINANCE SA | SIEGE SOCIAL ATTN: ANTONIO SICA, DIRECTOR 12, RUE EUGENE RUPPERT L-2453 LUXEMBOURG, B.P. 872 L-2018 LUXEMBOURG |
| TELECOM ITALIA FINANCE SA | ORRICK HERRINGTON SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| TELEFONICA SA | TELEFONICAS DE ESPANA GRAN VIA 28 MADRID 28013 SPAIN |
| TELEFONICA, S.A. | ATTN: CARLOS JIMENEZ ZATO/BELEN SOTOCA REDONDO DISTRITO C – EDIFICIO CENTRAL – PLANTA 3 RONDA DE LA COMUNICACION, S/N MADRID 28050 SPAIN |

| Claim Name | Address Information |
|---|---|
| TELEFONICA, S.A. | EILEEN BANNON, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TELEFONICA, S.A. | IRENA GOLDSTEIN, ESQ. DEWEY & LEBOEUF 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TEMPIC FIVE, LLC | 220 NEWPORT CENTER DR., SUITE 366 NEWPORT BEACH CA 92660 |
| TEMPLETON GLOBAL BOND FUND | C/O MICHAEL J. CORDONE, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103 |
| TEMPLETON GLOBAL TOTAL RETURN FUND | C/O MICHAEL J. CORDONE, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103 |
| TENASKA MARKETING VENTURES | ATTN: MANAGER, CONTRACT COMPLIANCE & DATA INTEGRITY 11717 NICHOLAS STREET OMAHA NE 68154 |
| TENASKA MARKETINGVENTURES | TENASKA MARKETING VENTURES 11717 NICHOLAS STREET OMAHA NE 68154 |
| TENASKA POWER SERVICES CO. | ATTN: MANAGER, CONTRACE ADMINISTRATION 1701 E. LAMAR BLVD. SUITE 100 ARLINGTON TX 76006 |
| TENASKA POWER SERVICES CO. | ATTN: MANAGER, CONTRACE ADMINISTRATION 1701 E. LAMAR BLVD. SUITE 100 ARLINGTON, TX TX 76006 |
| TENNENBAUM MULTI-STRATEGY MASTER FUND | C/O TENNENBAUM CAPITAL PARTNERS, LLC 2951 28TH STREET, SUITE 1000 SANTA MONICA CA 90405 |
| TENNESSEE VALLEY AUTHORITY RETIREMENT SYSTEM | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT 06880 |
| TENNESSEE VALLEY AUTHORITY RETIREMENT SYSTEM | PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| TENNESSEE VALLEY AUTHORITY RETIREMENT SYSTEM | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| TENOR OPPORTUNITY MASTER FUND LTD | ATTN: RAVI PATEL TENOR CAPITAL MANGEMENT COMPANY LP 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |
| TENOR OPPORTUNITY MASTER FUND LTD | RAVI PATEL TENOR CAPITAL MANGEMENT COMPANY LP 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |
| TENOR OPPORTUNITY MASTER FUND, LTD. | ATTN: RAVI PATEL TENOR CAPITAL MANAGEMENT COMPANY LP 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |
| TEPPCO CRUDE OIL LP | 210 PARK AVENUE, SUITE 1600 OKLAHOMA CITY OK 73102 |
| TERCAS - CASSA DI RASPARMIO DELLA PROVINCIA DI TER | CORSO SAN GIORGIO, 36 TERAMO 64100 ITALY |
| TERM LOANS EUROPE PLC | C/O MICHELLE DUNCAN, PARTNER PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP SOLICITORS & REGISTERED FOREIGN LAWYERS TEN BISHOPS SQUARE, EIGHTH FLOOR LONDON E1 6EG UNITED KINGDOM |
| TERNA S.P.A | SEDE LEGALE TERNA SPA VIA ARRIO 64 ROMA 198 ITALY |
| TERNA S.P.A | ATTN: FINANCE DIRECTOR VIALE REGINA MARGHERITA, 125 ROMA 198 ITALY |
| TERREBONNE INVESTMENTS LP | OAK HILL INVESTMENT MANAGEMENT, L.P. 2775 SAND HILL ROAD SUITE 240 MENLO PARK CA 94025 |
| TERREBONNE INVESTMENTS, L.P. | ATTN: JOHN H. FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| TERREBONNE INVESTMENTS, L.P. | ERIN MCDANIEL C/O OHIM SERVICES 201 MAIN STREET, SUITE 100 FORT WORTH TX 76102 |
| TERWILLIGER PLAZA INC | 2545 S.W. TERWILLIGER BOULEVARD PORTLAND OR 97201 |
| TERWILLIGER PLAZA INC | ATTN: CHIEF FINANCIAL OFFICER 2545 S.W. TERWILLIGER BOULEVARD PORTLAND OR 97201 |
| TEVA PHARMACEUTICAL INDUSTRIES LIMITED | ATTN: LAURENCE SCHOEN, ESQ. C/O MINTZ LEVIN ONE FINANCIAL CENTER BOSTON MA 02111 |
| TEVA PHARMACEUTICAL INDUSTRIES LTD. | 5 BASEL STREET PO BOX 3190 PEHTA TIQVA 49131 PEHTA TIQVA 49131 ISRAEL |
| TEXAS COMPETITIVEELECTRIC HOLDINGSCOMPANY LLC | 1601 BRYAN STREET DALLAS TX 75201 |
| TEXAS COUNCIL OF COMMUNITY MH MR CENTERS | TEXAS COUNCIL OF COMMUNITY MENTAL HEALTH WESTPARK BUILDING 3, SITE. 240- 8140 N. MOPAC EXPY AUSTIN TX 78759 |
| TEXAS PUBLIC FINANCE AUTHORITY | TEXAS PUBLIC FINANCE AUTHORITY , HEAD OFFICE 300 W. 15TH STREETM, SUITE 411 |

| Claim Name | Address Information |
|---|---|
| TEXAS PUBLIC FINANCE AUTHORITY | AUSTIN TX 78701 |
| TEXAS RETAIL ENERGY LLC | DEPT. 8845, 2001 SOUTHEAST 10TH STREET BENTONVILLE AR 72716-0550 |
| TEXAS RETAIL ENERGY LLC | ATTN: BRYAN LACINA DEPT. 8845, 2001 SOUTHEAST 10TH STREET BENTONVILLE AR 72716-0550 |
| TFL PENSION FUND | ATTN: PETER R. LA TRONICA C/O BRIDGEWATER ASSOCIATES, INC., AS AUTHORI C/O BRIDGEWATER ASSOCIATES, INC., AS AUTHORIZED AGENT ONE GLENDINNING PLACE WESTPORT CT 06880 |
| TFL PENSION FUND | WILLIAM C. THUM, ESQ. FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP ONE NEW YORK PLAZA NEW YORK NY 10004 |
| THABIT FAMILY TRUST | C/O CORY THABIT 309 DIAMOND AVE. BALBOA ISLAND CA 92662-1117 |
| THACHER PROFFITT  #AMPER WOOD LLP | THACHER PROFFITT  #AMPER WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK NY 10281 |
| THE BANK OF NEW YORK | ATTN: CORPORATE TRUST ADMINISTRATION MBS THE BANK OF NEW YORK 101 BARCLAY STREET NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON AS SWAP CONTRACT ADMIN | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. – MBS 46 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON AS SWAP CONTRACT ADMIN | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | REED SMITH LLP ATTN: MICHAEL J VENDITTO, ESQ 599 LEXINGTON AVE MBS 35 B NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-6 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE CONTROL NO. MBS 80 NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | MICHAEL VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. MBS 35 B NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. (CONTROL NO. MBS 36) NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | REED SMITH LLP ATTN: MICHAEL J VENDITTO, ESQ 599 LEXINGTON AVE MBS 35 B NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | REED SMITH LLP ATTN: MICHAEL J VENDITTO, ESQ 599 LEXINGTON AVE MBS 35 A NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-BC2 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-BC3 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-37A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-40A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| THE CHEYENNE WALK TRUST | PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT CT |

| Claim Name | Address Information |
|---|---|
| THE CHEYENNE WALK TRUST | 06880 |
| THE ESPERANCE FAMILY FNDTN | C/O. FOUNDATION SOURCE PHILANTHROPIC 501 SILVERSIDE RD STE 123 WILMINGTON DE 19801 |
| THE F AND J CHEN TRUST | 3325 S. GARFIELD AVENUE COMMERCE CA 90040 |
| THE HARRISBURG AUTHORITY | THE HARRISBURG AUTHORITY 100 MARKET STREET, SUITE 104 HARRISBURG PA 17101-2044 |
| THE MORNINGSIDE MINISTRIES FOUNDATION, INC. | ATTN: JOAN DIXON, VICE-PRESIDENT OF FINANCE 700 BABCOCK ROAD SAN ANTONIO TX 78201 |
| THE NATIONAL COMMERCIAL BANK | RISK MANAGEMENT 17TH FLOOR PO BOX 3555 JEDDAH 21481 SAUDI ARABIA |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: BANCO ESPANOL DE CREDITO, S.A., ACTING FOR AND ON BEHALF O ATTN: ANDREW SCOTLAND & DONAGH HOYLAND RBS GLOBAL BANKING & MARKETS 135 BISHOPSGATE LONDON EC2M 3UR UK |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: BANCO ESPANOL DE CREDITO, S.A. ATTN: ANDREW SCOTLAND & DONAGH HOYLAND RBS GLOBAL BANKING & MARKETS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: SK ENERGY CO., LTD. ATTN: ANDREW SCOTLAND AND SAM GRIFFITHS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: INTEGRYS ENERGY SERVICES, INC. ATTN: MATHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: ICP PENDULUM FUND I, L.P. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BROOKDALE SENIOR LIVING ATTN: MATHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAPITAL ENERGY FUND L.P. 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: PICKENS, T. BOONE 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P. 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| THE ROYAL BANK OF SCOTLAND, PLC | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| THE SHENANDOAH, L.P. | THE SHENANDOAH, L.P. 23622 CALABASAS ROAD SUITE 200 CALABASAS CA 91302 |
| THE SHENANDOAH, L.P. | 23622 CALABASAS ROAD SUITE 200 CALABASAS CA 91302 |
| THE TARGET PORTFOLIO TRUST ON BEHALF OF THE INTERM | PORTFOLIO ATTN: M. SADIQ PESHIMAM PRUDENTIAL INVESTMENTS 100 MULBERRY STREET NEWARK NJ 07102 |
| THE TARGET PORTFOLIO TRUST, ON BEHALF OF INT'L BON | ATTN: M. SADIQ PESHIMAM PRUDENTIAL INVESTMENTS 100 MULBERRY STREET NEWARK NJ 07102 |
| THE TARGET PORTFOLIO TRUST, ON BEHALF OF INT'L BON | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CETNER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| THE TRUSTEES OF THE AN POST FUND FOR THE AN POST S | SCHEMES PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP | C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP | SARAH S. KELLEHER, ESQ. THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND, L.P. C/O THIRD AVENUE MANAGEMENT LLC 622 THIRD AVENUE, 32ND FLOOR NEW YORK NY 10017 |
| THOMAS COOK AG | ZIMMERSMUEHLENWEG 55 OBERURSEL 61440 GERMANY |
| THOMAS COOK AG | THOMAS-COOK PLATZ 1 OBERURSEL 61440 GERMANY |
| THOMAS COOK AG | ATTN: ANNETTE HOHER, ESQ. 6TH FLOOR SOUTH, BRETTENHAM HOUSE LANCASTER PLACE |

| Claim Name | Address Information |
|---|---|
| THOMAS COOK AG | LONDON WC2E 7EN UNITED KINGDOM |
| THOMAS COOK AG | LOEB & LOEB LLP ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN, DANIEL B. BESIKOF, ESQS 345 PARK AVENUE NEW YORK NY 10017 |
| THOMAS, JAMES & ROSEMARY | 106 BEVERLY ROAD RYE NY 10580-1903 |
| THOMPSON HINE LLP | ROBERT RYWKIN THOMPSON HINE LLP 335 MADISON AVE 12TH FL NEW YORK NY 10017-4611 |
| THOMSON REUTERS GROUP LIMITED | ATTN: DARAGH FAGAN, DIRECTOR THE THOMSON REUTERS BUILDING SOUTH COLONNADE, CANARY WHARF LONDON E14 5EP UNITED KINGDOM |
| THOMSON REUTERS GROUP LIMITED | TORYS LLP ATTN: ALISON BAUER, ESQ. 237 PARK AVENUE, 20TH FLOOR NEW YORK NY 10017 |
| THOMSON REUTERS GROUP LIMITED | THOMSON REUTERS ATTN: DAVID SHAW 3 TIMES SQUARE NEW YORK NY 10036 |
| THOUSAND OAKS, CITY OF | CITY OF THOUSAND OAKS THOUSAND OAKS CA 91362 |
| TIAA GLOBAL MARKETS, INC. | TEACHERS 730 THIRD AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| TIAA GLOBAL MARKETS, INC. | C/O TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA ATTN: YVES DENIZE 730 THIRD AVENUE NEW YORK NY 10017-3206 |
| TIAA GLOBAL MARKETS, INC. | TIAA GLOBAL MARKETS, INC. TEACHERS 730 THIRD AVENUE, 5TH FLOOR NEW YORK NY 10017-3206 |
| TIAA STRUCTURED FINANCE CDO I, LIMITED | TIAA STRUCTURED FINANCE CDO I, LIMITED C/O QSPV LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| TIAA STRUCTURED FINANCE CDO I, LIMITED | THE DIRECTORS 730 THIRD AVENUE NEW YORK NY 10017 |
| TIAA STRUCTURED FINANCE CDO I, LIMITED | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TIAA STRUCTURED FINANCE CDO I, LIMITED | C/O THE CHASE MANHATTAN BANK, PROCESS AGENT 55 WATER STREET NORTH BUILDING, ROOM 234, WINDOWS 20 AND 21 NEW YORK NY 10041 |
| TIAA STRUCTURED FINANCE CDO I, LIMITED | C/O THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. DEFUALT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| TIDEN CORE MASTER FUND LIMITED | C/O TIDEN CAPITAL, LLC 2520 MERIDIAN PARKWAY, SUITE 470 DURHAM NC 27713 |
| TIDEN DESTINY MASTER FUND LIMITED | C/O TIDEN CAPITAL, LLC 1414 RALEIGH ROAD, SUITE 250 CHAPEL HILL NC 27517 |
| TIFFANY & CO | 2 E 57TH ST NEW YORK NY 10022 |
| TIFFANY & CO. | 15 SYLVAN WAY PARSIPPANY NJ 07054 |
| TIGER FOREX OPPORTUNITIES FUND LTD | C/O TMF FUNDADMINISTRATORS BV WESTBLAAK 89, 3012 KG ROTTERDAM PO BOX 25121 ROTTERDAM 3001 HC NETHERLANDS |
| TIME WARNER DC PLANS MASTER TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1690 385 E. COLORADO BLVD PASADENA CA 91101 |
| TIPTREE FINANCIAL PARTNERS LP | JULIA WYATT, CHIEF FINANCIAL OFFICER TIPTREE FINANCIAL PARTNERS, L.P. C/O TRICADIA CAPITAL MANAGEMENT, LLC 767 THIRD AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| TIPTREE FINANCIAL PARTNERS LP | MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| TKG-STORAGEMART PARTNERS LP | TKG STORAGEMART PARTNERS, L.P. 2407 RANGELINE ST. COLUMBIA MD 65202 |
| TKG-STORAGEMART PARTNERS LP | STEPHEN M. DULLE TKG STORAGEMART PARTNERS, L.P. 2407 RANGELINE ST. COLUMBIA MD 65202 |
| TLP TRADING LLC | KIRKLAND & ELLIS LLP ATTN: LEONARD KLINGBAUM, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| TLP TRADING LLC | ATTN: MICHAEL HUGHES 225 EAST DEERPATH ROAD, SUITE 210 LAKE FOREST IL 60045 |
| TOB CAPITAL LP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| TOB CAPITAL LP | CITI ALTERNATIVE INVESTMENTS LLC 731 LEXINGTON AVENUE, 23RD FLOOR NEW YORK NY 10022 |
| TOB CAPITAL LP | ATTN: EDWARD SUN 399 PARK AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| TOBACCO SETTLEMENT AUTHORITY (WASHINGTON) | 1000 SECOND AVENUE, SUITE 2700 SEATTLE WA 98104-1046 |
| TOBACCO SETTLEMENT FINANCE CORPORATION | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| - LOUISIANA | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - NEW YORK | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCE CORPORATION - OHIO | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOBACCO SETTLEMENT FINANCING CORPORATION | GERALDINE PONTO GIBBONS P.C. COUNSEL TO TOBACCO SETTLEMENT FINANCING CORP ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| TOBACCO SETTLEMENT FINANCING CORPORATION | 50 WEST STATE STREET 5TH FLOOR TRENTON NJ 08625 |
| TOBACCO SETTLEMENT FINANCING CORPORATION | C/O K & L GATES LLP ATTN: ROBERT N. MICHAELSON, ESQ., EUNICE RIM, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TOBACCO SETTLEMENT FINANCING CORPORATION (NJ) | OFFICE OF PUBLIC FINANCE, NJ DEPT OF TREASURY P.O. BOX 005 50 WEST STATE STREET, 5TH FLOOR 8625 |
| TOBACCO SETTLEMENT FINANCING CORPORATION VIRGINIA | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOKIO MARINE FINANCIAL SOLUTIONS LTD. | TOKYO CLUB BUILDING CHIYODA-KU, TOKYO 100-0013 2-6 KASUMIGASEKI 3-CHOME JAPAN |
| TOKYO GAS CO LTD | 1-5-20 KAIGAN MINATO-KU TOKYO 105-8527 JAPAN |
| TOKYO GAS CO LTD | ATTN: FINANCE AND MANAGERIAL ACCOUNTING DEPT. 1-5-20, KAIGAN, MINATO-KU TOKYO 105-8527 JAPANA |
| TOKYO GAS CO LTD | ATTN: LEGAL THE CHRYSLER BUILDING 405 LEXINGTON AVE, 33RD FLOOR NEW YORK NY 10174 |
| TOKYO STAR BANK LTD | 1-6-16 AKASAKA, MINATO-KU TOKYO 107-8480 JAPAN |
| TOKYO TOMIN BANK LTD | 2-3-11 ROPPONGI MINATO-KU 106-8525 JAPAN |
| TOMBALL HOSPITAL AUTHORITY | 605 HOLDERRIETH TOMBALL TX 77375 |
| TOMBALL HOSPITAL AUTHORITY | ATTN: EXECUTIVE VICE PRESIDENT 605 HOLDERRIETH BOULEVARD TOMBALL TX 77375 |
| TOMBALL HOSPITAL AUTHORITY | ATTN: EXECUTIVE VICE PRESIDENT 605 HOLDERRIETH TOMBALL TX 77375 |
| TOMBALL HOSPITAL AUTHORITY | TOMBALL HOSPITAL AUTHORITY 605 HOLDERRIETH BOULEVARD HARRIS TX 77840 |
| TOP SHIPS INC | 1, VASSILLISSIS SOFIAS STR. & MEG ALEXANDEROU STR 15124 GREECE |
| TOPAZ 2008-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE AIB INTERNATIONAL CENTRE IRELAND |
| TOPAZ FINANCE LIMITED SERIES 2005-1 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN:  SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| TOPAZ FINANCE LIMITED SERIES 2005-1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 240 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TOPAZ FINANCE LIMITED SERIES 2005-2 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN:  SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| TOPAZ FINANCE LIMITED SERIES 2005-2 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 241 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TOPAZ FINANCE LTD 2005-1 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE AIB INTERNATIONAL CENTRE IRELAND |
| TOPAZ FINANCE LTD 2005-1 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS DUBLIN 1 IRELAND |
| TOPAZ FINANCE LTD 2005-1 | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOPAZ FINANCE LTD 2005-2 | DANTE FINANCE PUBLIC LIMITED COMPANY INTERNATIONAL FINANCE SERVICES CENTRE AIB INTERNATIONAL CENTRE IRELAND |
| TOPAZ FINANCE LTD 2005-2 | WITH A COPY TO A#AMPERL GOODBODY SOLICITORS DUBLIN 1 IRELAND |
| TOPAZ FINANCE LTD 2005-2 | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TOPAZ FUND | ATTN:  MANAGER - OTC DERIVATIVE COLLATERAL C/O GLOBEOP FINANCIAL SERVICES LLC 156 WEST 56TH STREET, 6TH FLOOR 10019 |
| TOPAZ FUND | ATTN:  MANAGER - OTC DERIVATIVE COLLATERAL WITH A COPY TO: C/O GLOBEOP FINANCIAL SERVICES LLC 10019 |

| Claim Name | Address Information |
|---|---|
| TOPAZ FUND | SOCIETE GENERALE, NEW YORK BRANCH 1221 AVENUE OF THE AMERICAS, 8TH FLOOR 10020 |
| TOPAZ FUND | ATTN: LEGAL DEPARTMENT MANDATORY COPY TO: 1221 AVENUE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10020 |
| TOPAZ FUND | ATTN: ROBERT MARX C/O SG AMERICAS SECURITIES, LLC 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| TORONTO DOMINION BANK | ATTN: DEBORAH GRAVINESE 31 WEST 52ND STREET NEW YORK NY 10019 |
| TORONTO DOMINION BANK | DION HAYES MCGUIRE WOODS LP 1 JAMES CENTER 901 E CARY ST RICHMOND VA 23219-4030 |
| TORONTO-DOMINION BANK, THE | C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| TORRANCE MEMORIAL MEDICAL CENTER | TORRANCE MEMORIAL MEDICAL CENTER, HEAD OFFICE 3330 W. LOMITA BOULEVARD TORRANCE CA 90505 |
| TORRE RE FUND I | LASALLE GLOBAL TRUST SERVICES 540 WEST MADISON STREET CHICAGO IL 60661 |
| TORTOISE CAP ADV LLC A/C  PGSTORTOISE HIGH INC INV | PGS TORTOISE HIGH INCOME INVESTMENT TRUST 1177 SUMMER STREET, 6TH FLOOR C/O PARKER GLOBAL STRATEGIES, LLC 6905 |
| TOTAL GAS & POWER LTD(EFET POWER) | 10 UPPER BANK STREET CANARY WHARF LONDON E14 5BF UNITED KINGDOM |
| TOTAL GAS & POWER LTD. | 10 UPPER BANK STREET LONDON E14 5BF UNITED KINGDOM |
| TOTAL GAS & POWER NORTH AMERICA INC | CONTRACT ADMISSION TOTAL GAS 1201 LOUISIANA, SUITE 1600 TOTAL PLAZA HOUSTON TX 77002 |
| TOTAL GAS & POWER NORTH AMERICA INC | ATTN: CONTRACT ADMISSION 800 GESSNER, SUITE 700 HOUSTON TX 77024 |
| TOTAL GAS AND POWER NORTH AMERICA INC. | TOTAL GAS 1201 LOUISIANA, SUITE 1600 TOTAL PLAZA HOUSTON TX 77002 |
| TOTSA TOTAL OIL TRADING SA | WORLD TRADE CENTRE 10, ROUTE DE L#APPOSAEROPORT CP 276 - C11- 1215 GENEVA 15 SWITZERLAND |
| TOTSA TOTAL OIL TRADING SA | DAVID FAIRBAIRN WORLD TRADE CENTRE 10, ROUTE DE L#APPOSAEROPORT CP 276 GENEVA 15 AEROPORT 1215 SWITZERLAND |
| TOWN OF BABYLON | TOWN OF BABYLON IDA, HEAD OFFICE 200 EAST SUNRISE HIGHWAY 11757 |
| TOWNSHIP OF RADNOR | 301 IVEN AVENUE WAYNE PA 19807-5297 |
| TOYOTA MOTOR CREDIT CORPORATION | 19001SOUTH WESTERN AVE PO BOX 2958 TORRANCE CA 90509-2958 |
| TOYOTA MOTOR CREDIT CORPORATION | ATTN: WEI SHI 19001 SO. WESTERN AVENUE TORRANCE CA 90509-2958 |
| TOYOTA MOTOR CREDIT CORPORATION | ATTN: WEI SHI 19001 SO. WESTERN AVENUE P.O. BOX 2958 TORRANCE CA 90509-2958 |
| TPF GENERATION HOLDINGS, LLC | 1044 NORTH 115TH STREET SUITE 400 OMAHA NE 68154 |
| TPF GENERATION HOLDINGS, LLC | DAVID BENNETT 1722 ROUTH STREET, SUITE 1500 DALLAS TX 75201 |
| TPG AUSTIN PORTFOLIO HOLDINGS LLC | TPG AUSTIN PORTFOLIO HOLDINGS INC 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| TPG CREDIT OPPORTUNITIES FUND LP | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT OPPORTUNITIES FUND LP | TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT OPPORTUNITIES FUND LP | TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT OPPORTUNITIES INVESTORS L.P. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT OPPORTUNITIES INVESTORS LP | TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT OPPORTUNITIES INVESTORS LP | TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT STRATEGIES FUND L.P. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT STRATEGIES FUND LP | TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 |

| Claim Name | Address Information |
|---|---|
| TPG CREDIT STRATEGIES FUND LP | WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT STRATEGIES FUND LP | TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG-AXON PARTNERS (OFFSHORE),LTD | C/O TPG-AXON CAPITAL MANAGEMENT, L.P. 888 SEVENTH AVENUE, 28TH FLOOR NEW YORK NY 10019 |
| TPG-RESEARCH PARK PLAZA I & II MEZZANINE LLC | TPG-RESEARCH PARK PLAZA I 515 SOUTH FLOWER STREET, 6TH FLOOR LOS ANGELES CA 90071 |
| TPG-RESEARCH PARK PLAZA I&II LLC | CITY NATIONAL PLAZA LOS ANGELES CA 90071 |
| TPG-RESEARCH PARK PLAZA I&II LLC | ATTN: TODD L. MERKE C/O THOMAS PROPERTIES GROUP, INC CITY NATIONAL PLAZA 515 SOUTH FLOWER STREET, 6TH FLOOR LOS ANGELES CA 90071 |
| TPG-STONEBRIDGE PLAZA II LLC | C/O THOMAS PROPERTIES GROUP, INC 515 SOUTH FLOWER STREET, 6TH FLOOR LOS ANGELES CA 90071 |
| TPG-STONEBRIDGE PLAZA II MEZZANINE LLC | C/O THOMAS PROPERTIES GROUP, INC 515 SOUTH FLOWER STREET, 6TH FLOOR LOS ANGELES CA 90071 |
| TR2 CAYMAN FUND | REGATTA OFFICE PARK WINDWARD 1, FIRST FLOOR PO BOX 31371 GRAND CAYMAN KY1-1206 CAYMAN ISLANDS |
| TRADE PROCESSING CORPORATION | 1251 AVENUE OF THE AMERICAS 53RD FLOOR NEW YORK NY 10020 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED, P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | C/O MAPLES AND CALDER P.O. BOX 309 GT UGLAND HOUSE, SOUTH CHURCH STREET GRAND CAYM CAYMAN ISLANDS |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: LEGAL C/O US BANK CORPORATE TRUST SERVICES 100 WALL STREET, SUITE 1600 NEW YORK NY 10005 |
| TRADEWINDS II CDO LIMITED SPC SERIES 2006-1 | ATTN: LEGAL C/O STANDARD AND POOR#APPOSS RATING SERVICES 55 WATER STREET, 41ST FLOOR NEW YORK NY 10041-0003 |
| TRADITION FINANCIAL SERVICES (TEXAS) LP | 3050 POST OAK BOULEVARD HOUSTON TX 77056 |
| TRADITION FINANCIAL SERVICES GMBH | GROSSE ESCHENHEIMER STR. 39/39 60313 FRANKFURT AM GERMANY |
| TRAFALGAR HOUSE | C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| TRAFALGAR HOUSE | GOULSTON & SORRS, P.C. ATTN: DOUGLAS B. ROSNER, ESQ. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| TRAFIGURA DERIVATIVES LTD | ATTN: LEGAL REED SMITH BEAUFORT HOUSE 15 ST BOTOLPH STREET LONDON EC3A 7EE UNITED KINGDOM |
| TRAFIGURA DERIVATIVES LTD | SWAPS ADMIN FOR CONFIRMS AND OTHER OPS DETAILS TRAFIGURA DERIVATIVES LIMITEDC/O TRAFIGURA LIMTIED PORTMAN HOUSE, 2 PORTMAN STREET LONDON W1H 6DU UNITED KINGDOM |
| TRAFIGURA DERIVATIVES LTD | REED SMITH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TRANQUILITY MASTER FUND LTD | C/O M P.O. BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH ST. GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| TRANQUILITY MASTER FUND LTD | ATTN: DAVID BREE AND DON SEYMOUR C/O M P.O. BOX 309 GT, UGLAND HOUSE, SOUTH CHURCH ST. GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| TRANQUILITY MASTER FUND LTD. | C/O RIMROCK CAPITAL MANAGEMENT, LLC [SAYE CAPITAL MANAGEMENT, L.P.] 27372 CALLE ARROYO, SUITE A SAN JUAN CAPISTRANO CA 92675 |
| TRANSALTA ENERGY MARKETING (US) INC | CONTRACT ADMINISTRATION TRANSALTA ENERGY MARKETING (U.S.) INC. C/O TRANSALTA CORPORATION, PO BOX 1900, STATION M CALGARY AB AB T2P 2M1 CANADA |
| TRANSALTA ENERGY MARKETING (US) INC | ALTERNATE ADDRESS: C/O TRANSALTA CORPORATION 110-12 AVENUE SW CALGARY AB T2P 2M1 CANADA |
| TRANSAMERICA CORPORATION | ATTN: MARTIN COPPENS, MONTY JACKSON, ASST GEN COUN AEGON USA INVESTMENT MANAGEMENT LLC 400 WEST MARKET ST, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA CORPORATION | ATTN: DEBRA DUBALL 4333 EDGEWOOD ROAD NE, MS 5110 CEDAR RAPIDS IA 52499-5110 |
| TRANSAMERICA CORPORATION | ATTN: TREASURER 600 MONTGOMERY STREET SAN FRANCISCO CA 94111 |
| TRANSAMERICA CORPORATION | THE TRANSAMERICA PYRAMID 60 MONTGOMERY STREET SAN FRANCISCO CA 94111 |
| TRANSAMERICA FINANCIAL LIFE INSURANCE | TRANSAMERICA FINANCIAL LIFE INSURANCE CO C/O AEGON INVESTMENT MGMT 400 WEST |

| Claim Name | Address Information |
|---|---|
| CO | MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA FINANCIAL LIFE INSURANCE CO | C/O AEGON USA INVESTMENT MANAGEMENT, LLC 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA FINANCIAL LIFE INSURANCE CO | AEGON USA INVESTMENT MANAGEMENT, LLC ATTN: DEBRA DUBALL 4333 EDGEWOOD ROAD NE, MS 5110 CEDAR RAPIDS IA 52499-5110 |
| TRANSAMERICA FINANCIAL LIFE INSURANCE CO | ATTN:  DEBRA DUBALL AEGON USA INVESTMENT MGM, LLC 4333 EDGEWOOD ROAD NE, MS 5110 CEDAR RAPIDS IA 52499-5110 |
| TRANSAMERICA LIFE INSURANCE COMPANY | C/O AEGON NV 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA LIFE INSURANCE COMPANY | C/O AEGON USA INVESTMENT MANAGEMENT, LLC 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA LIFE INSURANCE COMPANY | ATTN: DEBRA DUBALL C/O AEGON INVESTMENT MANAGEMENT LLC 4333 EDGEWOOD ROAD NE, MS 5110 CEDAR RAPIDS IA 52499-5110 |
| TRANSAMERICA LIFE INSURANCE COMPANY | C/O AEGON USA INVESTMENT MANAGEMENT, LLC ATTN: DEBRA DUBALL 4333 EDGEWOOD ROAD NE, MS 5110 CEDAR RAPIDS IA 52499-5110 |
| TRANSAMERICA LIFE INSURANCE COMPANY | F/ K/ A TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY ATTN: DEBRA DUBALL 4333 EDGEWOOD ROD NE, MS 5110 CEDAR RAPIDS IA 52499-5110 |
| TRANSAMERICA LIFE INSURANCE COMPANY | F/ K/ A TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY ATTN; DEBRA DUBALL 4333 EDGEWOOD ROAD NE, MS 5110 CEDAR RAPIDS IA 52499-5110 |
| TRANSAMERICA LIFE INSURANCE COMPANY F/ K/ A | LIFE INVESTORS INSURANCE COMPANY OF AMERICA ATTN: DEBRA DUBALL 4333 EDGEWOOD ROAD NE, MS 5110 CEDAR RAPIDS IA 52499-5110 |
| TRANSAMERICA OCCIDENTAL LIFE INS CO FOR BENEFIT | TRANSAMERICA OCCIDENTAL LIFE INS CO FOR BENEFIT C/O AEGON INVESTMENT MANAGEMENT, LLC 400 WEST MARKET STREET LOUISVILLE KY 40202 |
| TRANSAMERICA OCCIDENTAL LIFE INS CO FOR BENEFIT | ATTN:  INVESTMENTS OPERATIONS; GENERAL COUNSEL C/O AEGON INVESTMENT MANAGEMENT, LLC 4333 EDGEWOOD ROAD CEDAR RAPIDS IA 52499 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO | C/O AEGON USA INVESTMENT MANAGEMENT, LLC 400 WEST MARKET STREET, 10TH FLOOR LOUISVILLE KY 40202 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO | 1150 SOUTH OLIVE STREET LOS ANGELES CA 90015 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO | ATTN: SWAP DESK 1150 SOUTH OLIVE STREET LOS ANGELES CA 90015 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO | TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO 1150 SOUTH OLIVE STREET LOS ANGELES CA 90015 |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY | 4333 EDGEWOOD ROAD NE CEDAR RAPIDS IA 52499 |
| TRANSCANADA GAS STORAGE PARTNERSHIP | 450 - 1 STREET SW CALGARY AB T2P 5H1 CANADA |
| TRANSWITCH CORPORATION | TRANSWITCH CORPORATION 3 ENTERPRISE DRIVE SHELTON CT 06484 |
| TRANSWITCH CORPORATION | ATTN: ROBERT A. BOSI AND MATT GAGE TRANSWITCH CORPORATION 3 ENTERPRISE DRIVE SHELTON CT 06484 |
| TRAVELSCAPE, INC | 333 108TH AVE NE STE 300 BELLEVUE WA 980045736 |
| TRAVELSCAPE, INC | 333 108TH AVE NE STE 300 BELLEVUE, WA BELLEVUE WA 980045736 |
| TRAWICK LIVING TRUST | TRAWICK LIVING TRUST 10522 STAGECOACH PASS PILOT POINT TX 76258 |
| TRAWICK LIVING TRUST | JAMES F. TRAWICK TRAWICK LIVING TRUST 10522 STAGECOACH PASS PILOT POINT TX 76258 |
| TRAXIS EMERGING MARKETS OPPORTUNITIES FUND LP | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| TRAXIS EMERGING MARKETS OPPORTUNITIES FUND LP | LAWRENCE ZHOU 600 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10020 |
| TRAXIS FUND LP | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| TRAXIS FUND LP | C/O MORGAN STANLEY HEDGE FUND 1221 AVENUE OF THE AMERICAS, 33RD FLOOR NEW YORK NY 10020 |
| TRAXIS FUND LP | LORRAINE MARUFFI C/O MORGAN STANLEY HEDGE FUND 1221 AVENUE OF THE AMERICAS, 33RD FLOOR NEW YORK NY 10020 |

| Claim Name | Address Information |
|---|---|
| TRAXIS FUND LP | C/O TRAXIS PARTNERS LP 600 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10020 |
| TREASURER OF THE STATE OF INDIANA | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| TREASURER OF THE STATE OF INDIANA | C/O RICHARD MURDOCK, TREASURER OF THE STATE OF INDIANA 200 WEST WASHINGTON STREET, SUITE 242 INDIANAPOLIS IN 46204-2792 |
| TRESSLER LUTHERAN SERVICES | TRESSLER LUTHERAN SERVICES 960 CENTURY DRIVE MECHANICSBURG PA 17055 |
| TRG GLOBAL OPPORTUNITY MASTER FUND, LTD. | C/O TRG MANAGEMENTS L.P. 280 PARK AVE, 33RD FLOOR NEW YORK NY 10017 |
| TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND | TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND, LTD. C/O TRG MANAGEMENT, L.P. 280 PARK AVENUE, 27TH FLOOR NEW YORK NY 10017 |
| TRI-CITY BAPTIST CHURCH | TRI-CITY BAPTIST CHURCH, INC. 1409 NC HIGHWAY NORTH P.O. BOX 40 CONOVER NC 28613 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | C/O TRICADIA CAPITAL MANAGEMENT LLC ATTN: JAMES E. MCKEE 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | C/O TRICADIA CAPITAL MANAGEMENT, LLC 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | ATTN: JULIA WYATT C/O TRICADIA CAPITAL MANAGEMENT, LLC 767 THIRD AVENUE, 11TH FLOOR NEW YORK NY 10017 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | ATTN: CHARLES HOWE COPY TO: 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| TRILANTIC CAPITAL PARTNERS FUND III CAYMAN ROLLOVE | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TRILANTIC CAPITAL PARTNERS FUND III CAYMAN ROLLOVE | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN CHARLES AYRES 399 PARK AVENUE 15TH FLOOR NEW YORK NY 10022 |
| TRILANTIC CAPITAL PARTNERS IV (EUROPE) L.P. | ATTN: LAURENCE MCNAIRN HERITAGE HALL LE MERCHANT STREET PO BOX 225 ST. PETER PORT GY1 4HY UNITED KINGDOM |
| TRILANTIC CAPITAL PARTNERS IV (EUROPE) L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TRILOGY ENERGY LP | 332 6 AVE. SE STE. 1400 CALGARY AB T2G 4S6 CANADA |
| TRINITAS HOSPITAL | ATTN: KAREN LUMPP 655 EAST JERSEY STREET ELIZABETH NJ 07206 |
| TRINITAS HOSPITAL | ATTN: KAREN LUMPP, SR VP 655 EAST JERSEY STREET ELIZABETH NJ 07206 |
| TRINITAS HOSPITAL | 225 WILLIAMSON STREET ELIZABETH NJ 07207 |
| TRINITAS HOSPITAL | ATTN: KAREN LUMPP, SR VP 225 WILLIAMSON STREET ELIZABETH NJ 07207 |
| TRINITY HEALTH PENSION PLAN | ATTN: CHIEF FINANCIAL OFFICER METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BLVD. SUITE 1580 LOS ANGELES CA 90025 |
| TRINITY HEALTH PENSION PLAN | CHIEF FINANCIAL OFFICER METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BLVD. SUITE 1580 LOS ANGELES CA 90025 |
| TRINITY HEALTH PENSION PLAN (MW # 1611) | METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| TRINITY HEALTH PENSION PLAN (MW# 1611) # 888047970 | METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| TRISTATE CAPITAL BANK | ONE OXFORD CENTRE 301 GRANT STREET, 27TH FLOOR PITTSBURGH PA 15219 |
| TROVER CLINIC FOUNDATION | THE TROVER CLINIC FOUNDATION INCORPORATED 2717 FORT CAMPBELL BOULEVARD HOPKINSVILLE KY 42240 |
| TROVER CLINIC FOUNDATION INC (THE) | 2717 FORT CAMPBELL BOULEVARD HOPKINSVILLE KY 42240 |
| TROVER CLINIC FOUNDATION INC (THE) | TROVER FUONDATION 900 HOSPITAL DRIVE MADISONVILLE KY 42431 |
| TRUST OF DONATIONS-EPISCOPAL C HURCH | C/O BNY MELLON ASSET MANAGEMENT LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 UNITED STAES |
| TRUSTEES EXECUTORS LIMITED | ATTENTION: LUIZA MORAN PO BOX 3222 WELLINGTON NEW ZEALAND |
| TRUSTEES OF HAMILTON COLLEGE | 198 COLLEGE HILL ROAD CLINTON NY 13323 |
| TRUSTEES OF THE 3M PENSION AND LIFE | 3M CENTRE, CAIN ROAD BRACKNELL RG12 8HT UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ASSURANCE SCHE | 3M CENTRE, CAIN ROAD BRACKNELL RG12 8HT UNITED KINGDOM |
| TRUSTEES OF THE CIVIL AVIATION AUTHORITY PENSION S | 909 A STREET TACOMA WA 98402-5120 |
| TRUSTEES OF THE EIRCOM SUPERANNUATION FUND, THE | 53 MERRION SQUARE DUBLIN 2 DUBLIN 2 IRELAND |
| TRUSTEES OF THE JAGUAR PENSION PLAN, THE | BLOCK 33 SOLIHULL LONDON B92 8NW UNITED KINGDOM |
| TRUSTEES OF THE NEW YORK STATE NURSES ASSOCIATION | 909 A STREET TACOMA WA 98402-5120 |
| TRUSTEES OF THE ROLLS-ROYCE ANCILLARY BENEFIT PLAN | ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE TATE AND | LYLE GROUP PENSION SCHEME THAMES SUGAR REFINERY FACTORY ROAD LONDON E16 2EW UNITED KINGDOM |
| TRUSTEES OF THE VIRIDIAN GROUP PENSION SCHEME | 120 MALONE ROAD BELFAST BT9 5HT UNITED KINGDOM |
| TRW AUTOMOTIVE INC. | 18252 LAUREL PARK DRIVE NORTH, SUITE 300 WEST LIVONIA MI 48152 |
| TRW AUTOMOTIVE INC. | ATTN: PETER RAPIN TRW AUTOMATIVE INC. 18252 LAUREL PARK DRIVE NORTH, SUITE 300 WEST LIVONIA MI 48152 |
| TRW AUTOMOTIVE INC. | ATTN: TREASURER TRW AUTOMATIVE U.S. LLC 902 SOUTH SECOND STREET MARSHALL IL 62461 |
| TRW AUTOMOTIVE INC. | ATTN: TREASURER NORTHROP GRUMMAN, CORPORATE HEADQUARTERS 1840 CENTURY PARK EAST LOS ANGELES CA 90067-2199 |
| TSO LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ASHURST LLP AMANADA GOEHRING 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036 |
| TSO LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| TUAS POWER LTD | 111 SOMERSET ROAD #13-06 238164 SINGAPORE |
| TUCSON ELECTRIC POWER COMP | 3950 E. IRVINGTON RD. SC115 TUCSON AZ 85714 |
| TUCSON ELECTRIC POWER COMPANY INC | ATTN: CREDIT ONE SOUTH CHURCH AVE. STE 100 UE205 TUCSON AZ 85701 |
| TUCSON ELECTRIC POWER COMPANY INC | ATTN: CREDIT & CAPITAL RESOURCES ONE SOUTH CHURCH AVE. STE 100 UE205 TUCSON AZ 85701 |
| TUCSON ELECTRIC POWER COMPANY INC | ATTN: BARBARA MCCORMIC, CREDIT 3950 E. IRVINGTON RD. MS SC115 TUCSON AZ 85714 |
| TUCSON ELECTRIC POWER COMPANY INC. (WSPP) | 3950 E. IRVINGTON RD. MS SC115 TUCSON AZ 85714 |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH CT 06831 |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TUDOR BVI GLOBAL PORTFOLIO LP | C/O TUDOR INVESTMENT CORPORATION 1275 KING STREET GREENWICH CT 06831 |
| TUDOR PROPRIETARY TRADING, L.L.C. | 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| TUDOR PROPRIETARY TRADING, L.L.C. | ATTN: CHRISTIAN R. SABELLA SHEARMAN 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TUFF YAMACRAW LLC | THE UNIVERSITY FINANCING FOUNDATION, INC 3333 BUSBEE DRIVE, SUITE 150 KENNESAW GA 30144 |
| TULLETT AND TOKYO FOREX, INC. | CABLE HOUSE 54-62 NEW BROAD STREET LONDON EC2M 1JJ UNITED KINGDOM |
| TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV. MAQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS | TUMUT SHIRE COUNCIL & SNOWY WORKS & SVCS C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| TURKINGTON, PETER MJ | VIRIDIAN GROUP PENSION SCHEME PO BOX 2 120 MALONE ROAD BELFAST BT95HT UNITED KINGDOM |
| TURKIYE SINAI KALKINMA BANKASI AS | AL-ROASSIS TOWER 10TH FLOOR DIPLOMATIC AREA P.O. BOX 10215 MANAMA 0 BAHRAIN |
| TURKIYE SINAI KALKINMA BANKASI AS | MECLISI MEBUSAN CAD 161 FINIKLI 34427 ISTANBUL TURKEY |

| Claim Name | Address Information |
|---|---|
| TURKIYE SINAI KALKINMA BANKASI AS | ATTN: KORHAN AKLAR MECLISI MEBUSAN CAD. 81 FINDIKLI 34427 ISTANBUL TURKEY |
| TURKIYE SINAI KALKINMA BANKASI AS | ATTN: KAMI GALVANI C/O STEPTOE COLLIER CENTER 201 EAST WASHINGTON STREET, SUITE 1600 PHOENIX AZ 85004-2382 |
| TURLOCK IRRIGATION DISTRICT INC. (WSPP) | 333 EAST CANAL DRIVE P.O. BOX 949 TURLOCK CA 95381-0949 |
| TUSCALOOSA COUNTY BOARD OF EDUCATION | 2314 9TH STREET TUSCALOOSA AL 35403 |
| TVO COACH HOUSE NORTH LLC | TVO COACH HOUSE NORTH LLC C/O RESOURCE INVESTMENT LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| TVO COACH HOUSE NORTH LLC | ATTN: LEGAL DEPT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| TVO COACH HOUSE SOUTH LLC | ATTN: LEGAL DEPT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| TVO COACH HOUSE SOUTH LLC | TVO COACH HOUSE SOUTH LLC C/O RESOURCE INVESTMENT LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| TVO CORINTH PLACE LLC | TVO CORINTH PLACE LLC C/O RESOURCE INVESTMENT LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| TVO CORINTH PLACE LLC | ATTN: LEGAL DEPT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| TWIGG, JONATHAN LEYCESTER | 50 COOMBE ROAD IRBY WIRRAL CH61 4US UNITED KINGDOM |
| TWIN CITY FLOOR COVERING IDUSTRY PENSION FUND | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND | DELAWARE INVESTMENTS 2005 MARKET STREET PHILADELPHIA PA 19103 |
| TWIN CITY HOSPITALS MINNESOTA NURSES ASSOCIATION P | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| TWIN OAKS JUVENILE DEVELOPMENT, INC | TWIN OAKS JUVENILE DEVELOPMENT INC 11033 NW STREET ROAD 20 BRISTOL FL 32321 |
| TWO SIGMA HORIZON PORTFOLIO, LLC | C/O TWO SIGMA INVESTMENTS, LLC ATTN: MICHAEL MARINIC 379 WEST BROADWAY, 5TH FLOOR NEW YORK NY 10012 |
| TYCO ELECTRONICS CORPORATION AS SPONSOR FOR TYCO E | ROBERT MENDELSON MORGAN LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| TYCO ELECTRONICS CORPORATION AS SPONSOR FOR TYCO E | BENEFIT PLANS MASTER FUND C/O JING YANG,DIRECTOR, CAPITAL PLANNING 1050 WESTLAKES DRIVE BERWYN PA 19312 |
| TYCO ELECTRONICS DEFINED BENEFIT PLANS MASTER TRUS | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| TYCO INTERNATIONAL GROUP SA | TYCO INTERNATIONAL GROUP SA C/O TYCO INTERNATIONAL (US) INC 9 ROSZEL ROAD PRINCETON NJ 08540 |
| TYCO INTERNATIONAL MASTER RETIREMENT TRUST, THE | C/O TYCO INTERNATIONAL INC. GARY KARLIN 9 ROSZEL ROAD PRINCETON NJ 08540 |
| TYCO INTERNATIONAL MASTER RETIREMENT TRUST, THE | ROBERT MENDELSON, MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| TYCO MASTER RETIREMENT TRUST | TYCO INTERNATIONAL CORPORATE OFFICE 9 ROSZEL ROAD PRINCETON NJ 08540 |
| TYCO MASTER RETIREMENT TRUST | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| TYKHE FUND LTD | ATTN: MICHAEL COLLINS ARGONAUT HOUSE 5 PARK ROAD HAMILTON HM 09 BERMUDA |
| TYKHE FUND LTD | C/O TYKHE CAPITAL LLC 330 MADISON AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| TYKHE FUND LTD | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE & GAVIN WOODS 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| TYREE, C D | P.O. BOX 12855 JACKSON WY 83002 |
| TYTICUS MASTER FUND, LTD. | C/O RIDGEFIELD CAPITAL ASSET MANAGEMENT, L.P. ATTN: JOSEPH WUNDERLICH 63 COPPS HILL ROAD RIDGEFIELD CT 06877 |
| U.A.B. HOLDING TRUST | U.A.B. HOLDING TRUST 2076 UNION AVENUE MEMPHIS TN 38104 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III 111 WEST MONROE ST., 18TH FLOOR |

| Claim Name | Address Information |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | JOHN STERN US BANCORP CENTER BC-MN-H18T 800 NICOLLET MALL MINNEAPOLIS MN 55402 |
| U.S. BANK NATIONAL ASSOCIATION | THOMAS O. KELLY III, ESQ. DORSEY & WHITNEY LLP 50 SOUTH SIXTH STREET SUITE 1500 MINNEAPOLIS MN 55402 |
| U.S. BANK NATIONAL ASSOCIATION | 601 2ND AVENUE SOUTH MINNEAPOLIS MN 55402-4302 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO, ANN E. ACKER, AND FRANKLIN H. TOP III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III 111 WEST MONROE ST., 18TH FL CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO, ANN E. ACKER AND FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO, ANN E. ACKER AND FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 11 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III 111 WEST MONROE ST., 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES SPIOTTO, ANN ACKER, FRANKLIN TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO & ANN E. ACKER & FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO, ANNE E. ACKER & FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO & ANN E. ACKER, FRANKLIN H. TOP, III 111 WEST MONROE ST.,18TH FL CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO ANN E. ACKER FANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CULTER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III 111 WEST MONOROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONRO ST., 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: CORPORATE TRUST DEPARTMENT – ASHRAF ALMURDAH U.S. BANK NATIONAL ASSOCIATION 633 WEST FIFTH STREET 24TH FLOOR LOS ANGELES CA 90071 |
| U.S. BANK TRUST NATIONAL ASSOCIATION | 100 WALL STREET NEW YORK NY 10005 |
| U.S. CENTRAL FEDERAL CREDIT UNION | ATTN: D. HUTCHINSON, ASSOCIATE GENERAL COUNSEL SUITE 100 9701 RENNER BOULEVARD LENEXA KS 66219 |
| UAKARI INVESTMENTS, LLC | TRANSFEROR: UBS AG PO BOX 1415 NEW YORK NY 10150 |
| UAKARI INVESTMENTS, LLC | MICHAEL WILSON HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219 |
| UBS AG | ATTN: KIYE SAKAI STAMPFENBACHSTRASSE 73/75 ZURICH 8006 SWITZERLAND |
| UBS AG | ATTN: KIYE SAKAI, MARIE-ANNE CLARKE STAMPFENBACHSTRASSE 73/75 ZURICH 8006 SWITZERLAND |
| UBS AG | 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UBS AG | UBS FINANCIAL SERVICES CORPORATE HEADQUARTERS 677 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| UBS AG | ATTN: BERT FUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| UBS AG | ATTN: BERT FUGUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| UBS AG | ATTN: JAMES FUQUA/KAREN WENDELL 677 WASHINGTON BLVD STAMFORD CT 06901 |

| Claim Name | Address Information |
|---|---|
| UBS AG | 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS AG | UBS AG STAMFORD BRANCH 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS AG | BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| UBS AG LONDON GB | 1 FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| UBS AG STAMFORD BRANCH | TRANSFEROR: ENBRIDGE GAS SERVICES INC. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UBS AG ZURICH / AURIEL CAPITALMANAGEMENT GIVE-INFO | ATTN: JAMES FUQUA, DAVID KELLY 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS AG ZURICH / EMG STRATEGIESMANAGED FUTURES MAST | ATTN: JAMES FUQUA, DAVID KELLY 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS AG ZURICH / FX OKINAWA INCGIVE-UPFOREIGN EXCHA | ATTN: JAMES FUQUA, DAVID KELLY 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS AG ZURICH / SWISS LIFE AMGIVE-UPFOREIGN EXCHAN | ATTN: JAMES FUQUA, DAVID KELLY 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS AG ZURICH/ TALISMAN GLOBALMACRO MASTER FUND LT | ATTN: JAMES FUQUA, DAVID KELLY 677 WASHINGTON BOULEVARD STAMFORD CT 06912-0300 |
| UBS AG, LONDON BRANCH | TRANSFEROR: LANDESBANK HESSEN-THURINGEN GIROZENTRALE ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON EC2M 2PP ENGLAND |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: CURA FIXED INCOME ARBITRAGE MASTER FUND, LTD. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UBS CORPORATE BOND RELATIONSHIP FUND | ATTN: DERIVATIVES ADMINISTRATION UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3 V 9AH UNITED KINGDOM |
| UBS CORPORATE BOND RELATIONSHIP FUND | UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UBS CURRENCY AND RATES PORTFOLIO MASTER LIMITED | ATTN: DARREN STAINROD UBS CURRENCY PORTFOLIO MASTER LIMITED C/O UBS FUND SERVICES (CAYMAN) LIMITED UBS HOUSE, PO BOX 852, 227 ELGIN AVENUE GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| UBS CURRENCY AND RATES PORTFOLIO MASTER LIMITED | UBS CURRENCY PORTFOLIO MASTER LIMITED C/O UBS FUND SERVICES (CAYMAN) LIMITED UBS HOUSE, PO BOX 852, 227 ELGIN AVENUE GEORGE TOWN BW1 CAYMAN ISLANDS |
| UBS CURRENCY AND RATES PORTFOLIO MASTER LIMITED | ATTN: JAMES MORTIMER WITH A COPY TO:  UBS O#APPOSCONNOR LIMITED 100 LIVERPOOL STREET LONDON EC2M 2RH UNITED KINGDOM |
| UBS CURRENCY AND RATES PORTFOLIO MASTER LIMITED | JAMES MORTIMER WITH A COPY TO:  UBS O#APPOSCONNOR LIMITED 100 LIVERPOOL STREET LONDON EC2M 2RH UNITED KINGDOM |
| UBS DYNAMIC ALPHA STRATEGIES MASTER FUND LTD | ATTN: DERIVATIVES ADMINISTRATION UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3V 9AH UNITED KINGDOM |
| UBS DYNAMIC ALPHA STRATEGIES MASTER FUND LTD | DERIVATIVES ADMINISTRATION UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3V 9AH UNITED KINGDOM |
| UBS DYNAMIC ALPHA STRATEGIES MASTER FUND LTD | UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. CHICAGO IL 60606 |
| UBS DYNAMIC ALPHA STRATEGIES MASTER FUND LTD | ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UBS DYNAMIC ALPHA STRATEGIES MASTER FUND LTD | MARK F. KEMPER UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UBS GLB AM AMERICASA/C | UBS TOWER ONE NO. WACKER DR CHICAGO IL 60606 |
| UBS HIGH YIELD RELATIONSHIP FUND | ATTN: DERIVATIVES ADMINISTRATION UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3 V 9AH UNITED KINGDOM |
| UBS HIGH YIELD RELATIONSHIP FUND | UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UBS O'CONNORA/C O'CONNOR CAPITAL STRUCTUREOPPORTUN | ATTN: ROBERT AMMANATI C/O CITCO (CANADA) INC. TORONTO ON M4W 1A8 CANADA |
| UBS O'CONNORA/C O'CONNOR CAPITAL STRUCTUREOPPORTUN | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| UBS O'CONNORA/C O'CONNOR CAPITAL STRUCTUREOPPORTUN | ATTN: NICHOLAS VAGRA C/O UBS O#APPOSCONNOR LLC ONE NORTH WACKER DRIVE, 32ND FLOOR CHICAGO IL 60606 |
| UBS SECURITIZED US MORTGAGE RELATIONSHIP FUND | UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET EC3 V 9AH UNITED KINGDOM |
| UBS SECURITIZED US MORTGAGE RELATIONSHIP FUND | ATTN: DERIVATIVES ADMINISTRATION UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3 V 9AH UNITED KINGDOM |
| UBS SECURITIZED US MORTGAGE RELATIONSHIP FUND | ATTN: MARK F. KEMPER UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UBS SECURITIZED US MORTGAGE RELATIONSHIP FUND | MARK F. KEMPER UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UBS U.S. CORPORATE BOND RELATIONSHIP FUND | ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UBS US ALLOCATION FUND | ATTN: DERIVATIVES ADMINISTRATION C/O UBS GLOBAL ASSET MANAGEMENT 21 LOMBARD STREET LONDON EC3 V 9AH UNITED KINGDOM |
| UBS US ALLOCATION FUND | ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UFCW INTERNATIONAL UNION GENERAL FUND | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| UFCW INTERNATIONAL UNION GENERAL FUND | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| UFJ INTERNATIONAL PLC - DO NOT USE - | SANWA INTERNATIONAL PLC CITY PLACE HOUSE 55 BASINGHALL STREET LONDON EC2V 5DJ UNITED KINGDOM |
| UHHS/CSAHS - CUYAHOGA INC | 29000 CENTER RIDGE ROAD WESTLAKE OH 44145 |
| UINTAH BASIN MEDICAL CENTER | 250 WEST 300 NORTH (75-2) ROOSEVELT UT 84066 |
| UINTAH BASIN MEDICAL CENTER | UINTAH BASIN MEDICAL CENTER 250 WEST 300 NORTH (75-2) ROOSEVELT UT 84066 |
| UK STERLING INFLATION-LINKED FUND - (#3689) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK STERLING INVESTMENT GRADE CREDIT FUND - (# 4690) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK STERLING LONG AVERAGE DURATION FUND - (# 4683) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK STERLING ULTRA LONG DURATION FUND - (#4667) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK STOCKSPLUS TR FUND - (#3923) | PIMCO LUXEMBOURG TRUST ATTN: TOM RICE 2-8 AVENUE CHARLES DE GAULLE L-7653 LUXEMBOURG |
| ULTRA MASTER LTD | SOLUS ALTERNATIVE CAPITAL MANAGEMENT LP 430 PARK AVENUE NEW YORK NY 10022 |
| ULTRA MASTER LTD | GENERAL COUNSEL SOLUS ALTERNATIVE CAPITAL MANAGEMENT LP 430 PARK AVENUE NEW YORK NY 10022 |
| ULTRA MASTER LTD. | ATTN: JOSEPH LONETTO, ESQ. 430 PARK AVENUE, 12TH FLOOR NEW YORK NY 10022 |
| UMB BANK NA | 1010 GRAND AVENUE KANSAS CITY MO 64141 |
| UMPQUA BANK | 455 SE MAIN STREET ROSEBURG OR 97470 |
| UMWA 1974 PENSION TRUST | CANADA PENSION PLAN INVESTMENT BOARD TORONTO ON M5C 2W5 CANADA |
| UMWA 1974 PENSION TRUST | CANADA PENSION PLAN INVESTMENT BOARD ONE QUEEN STREET EAST, SUITE 2700 TORONTO ON M5C 2W5 CANADA |
| UMWA 1974 PENSION TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| UMWA 1974 PENSION TRUST EMPLOYEES' PENSION TRUST | (BLK TICKER: UMWA) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT & INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| UNDERLYING FUNDS TRUST FIXED INCOME ARBITRAGE 1 | 701 WESTCHESTER AVE, SUITE 312W WHITE PLAINS NY 10604 |
| UNDERLYING FUNDS TRUST FIXED INCOME ARBITRAGE 1 | ATTN: KRISTINA LABERMEIER ALPHA HEDGED STRATEGIES FUND 701 WESTCHESTER AVENUE, SUITE 312W WHITE PLAINS NY 10604 |
| UNDERLYING FUNDS TRUST FIXED INCOME ARBITRAGE 1 | KRISTINA LABERMEIER ALPHA HEDGED STRATEGIES FUND 701 WESTCHESTER AVENUE, SUITE 312W WHITE PLAINS NY 10604 |

| Claim Name | Address Information |
| --- | --- |
| UNDERLYING FUNDS TRUST FIXED INCOME ARBITRAGE 1 | ATTN: KRISTINA LABERMEIER 701 WESTCHESTER AVE, SUITE 312W WHITE PLAINS NY 10604 |
| UNDERLYING FUNDS TRUST ON BEHALF OF FIXED INCOME A | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| UNDERLYING FUNDS TRUST ON BEHALF OF FIXED INCOME A | TRANSFEROR: UNDERLYING FUNDS TRUST, ON BEHALF OF ITS HATTERAS FUNDS 8540 COLONNADE CENTER DRIVE, ST. 401 RALEIGH NC 27615 |
| UNDERLYING FUNDS TRUST ON BEHALF OF FIXED INCOME A | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES 280 MANGUM ST., SUITE 301 DURHAM NC 27701 |
| UNICREDIT BANK SLOVAKIA A.S. | SANCOVA 1/A BRATISLAVA 813 33 SLOVAK REPUBLIC |
| UNICREDIT S.P.A. | UNICREDIT S.P.A. VIA GIOVANNIA PAISIELLO 5 00198  ROMA ITALIA |
| UNICREDIT S.P.A. | VIA ALESSANDRO SPECCHI 16 00186 ROME ITALY |
| UNION BANK OF CALIFORNIA, N.A. | 445 SOUTH FIGUEROA STREET 11TH FLOOR LOS ANGELES CA 90071 |
| UNION BANK OF ISRAEL | 6-8 AHUZAT BAYIT STREET TEL AVIV 61024 ISRAEL |
| UNION BANK OF ISRAEL | P.O.BOX 2428 TEL AVIV 61024 ISRAEL |
| UNION BANK OF ISRAEL | ATTN: JAMES R. RIGGS, CORRESP. BANKING; LEGAL DEPT 6-8 AHUZAT BAYIT STREET TEL AVIV 61024 ISRAEL |
| UNION BANK, N.A., FKA UNION BANK OF CALIFORNIA, N. | C/O: PILLSBURY WINTHROP SHAW PITTMAN LLP ATTN: WILLIAM B. FREEMAN, ESQ AND MARK D. HOULE, ESQ 725 SOUTH FIGUEROA STREET, SUITE 2800 LOS ANGELES CA 90017 |
| UNION ELECTRIC COMPANY D/B/A AMEREN UE | ONE AMEREN PLAZA 1901 CHOUTEAU AVE PO BOX 66149 ST. LOUIS MO 63166-6149 |
| UNION ELECTRIC COMPANY, AMEREN ENERGY MARKETING CO | AMEREN ENERGY GENERATING COMPANY C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS ONE METROPOLITAN SQUARE, SUITE 2600 ST LOUIS MO 63102 |
| UNION FIDELITY LIFE INSURANCE COMPANY | UNION FIDELITY LIFE INSURANCE CORP., 260 LONG RIDGE ROAD STAMFORD CT 06927 |
| UNION FIDELITY LIFE INSURANCE COMPANY | UNION FIDELITY LIFE INSURANCE COMPANY UNION FIDELITY LIFE INSURANCE STAMFORD CT 06927 |
| UNION GAS LIMITED | 50 KEIL DRIVE NORTH P.O. BOX 2001 CHATHAM ON N7M 5M1 CANADA |
| UNION HOSPITAL, INC | UNION HOSPITAL, INC 1606 NORTH 7TH STREET TERRE HAUTE IN 47804 |
| UNIONE DI BANCHE ITALIANE SCPA | VIA SILVIO PELLICO, 12 MILANO 20121 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | BANCA POPOLARE DI BERGAMO – CREDITO VARESINO S.C.A PIAZZA VITTORIO VENETO, 8 BERGAMO 24122 ITALY |
| UNIPOL BANCA SPA | VIA STALINGRADO, 53 BOLOGNA 40128 ITALY |
| UNITED ARAB EMIRATES GENERAL PENSION AND | SOCIAL SECURITY AUTHORITY PO BOX 47000 CARREFOUR/TOYOTA GARAGE AIRPORT ROAD ABU DHABI UNITED ARAB EMIRATES |
| UNITED CHURCH HOMES, INC | ATTN: DERIVATIVES OPERATIONS CAIN BROTHERS 360 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| UNITED CHURCH HOMES, INC | 170 EAST CENTER STREET MARION OH 43301-1806 |
| UNITED CHURCH OF CHRIST RETIREMENT COMMUNITY INC | ATTN: MUNICIPAL FINANCIAL PRODUCTS - MIDDLE OFFICE 745 SEVENTH AVENUE, 16TH FLOOR NEW YORK NY 10019 |
| UNITED CHURCH OF CHRIST RETIREMENT COMMUNITY INC | 33 CHRISTIAN AVENUE CONCORD NH 03301 |
| UNITED COMPANY | ATTN: LOIS A. CLARK / BRIAN D. SULLIVAN 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| UNITED COMPANY, THE | THE UNITED COMPANY 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| UNITED TECHNOLOGIES CORPORATION | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-993 385 E. COLORADO BLVD PASADENA CA 91101 |
| UNITED TECHNOLOGIES CORPORATION MASTER RETIREMENT | PUTNAM INVESTMENTS 2 LIBERTY SQUARE BOSTON MA 02109 |
| UNITED TECHNOLOGIES CORPORATION MASTER RETIREMENT | ATTN: STEPHEN DRISCOLL/MO PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| UNIVERSAL INVESTMENT - SPARKASSE MUENSTERLAND OST | 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| UNIVERSAL INVESTMENTGESELLSCHAFT - | BRM-UNIVERSAL-FUNDS ERLENSTRASSE 2 FRANKFURT 60325 GERMANY |
| UNIVERSITY CLUB PARTNERS, LTD | C/O BRIAN SPEAR 1551 SANDSPUR ROAD MAITLAND FL 32751 |

| Claim Name | Address Information |
|---|---|
| UNIVERSITY HOSPITALS HEALTH SYSTEM | ATTN: GENERAL COUNSEL CAIN BROTHERS 55 BRENDON WAY, SUITE 500 ZIONSVILLE IN 46077 |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC. | 11100 EUCLID AVENUE – LND5022 CLEVELAND OH 44106-6056 |
| UNIVERSITY MEDICAL ASSOCIATES | OF THE MEDICAL UNIVERSITY OF SOUTH CAROLINA C/O MCNAIR LAW FIRM, P.C. ATTN: ELIZABETH (LISA) J. PHILP AND M. WILLIAM YOUNGBLOOD 100 CALHOUN ST SUITE 400 CHARLESTON SC 29401 |
| UNIVERSITY MEDICAL ASSOCIATES, SC | ATTN: ROBIN C. STANTON MCNAIR LAW FIRM, P.A. THE TOWER AT 1301 GERVAIS 1301 GERVAIS ST, 17TH FLOOR COLUMBIA SC 29201 |
| UNIVERSITY MEDICAL ASSOCIATES, SC | C/O MCNAIR LAW FIRM, P.A. ATTN: ELIZABETH (LISA) J. PHILP AND M. WILLIAM YOUNGBLOOD 100 CALHOUN ST, SUITE 400 CHARLESTON SC 29401 |
| UNIVERSITY MEDICAL ASSOCIATES, SC | C/O MCNAIR LAW FIRM, P.A. ATTN: ELIZABETH (LISA) J. PHILP AND M. WILLIAM YOUNGBLOOD 100 CALHOUN ST, SUITE 400 POST OFFICE BOX 1431 CHARLESTON SC 29401 |
| UNIVERSITY MEDICAL ASSOCIATES, SC | ATTN: MICHAEL C. KEELS, CONTROLLER 1180 SAM RITTENBERG BLVD. CHARLESTON SC 29407-3374 |
| UNIVERSITY MEDICAL ASSOCIATES, SC | MEDICAL UNIVERSITY OF SOUTH CAROLINA 179 ASHLEY AVENUE CHARLESTON SC 29425 |
| UNIVERSITY MEDICAL ASSOCIATES, SC | 171 ASHLEY AVENUE CHARLESTON SC 29425 |
| UNIVERSITY MEDICAL CENTER CORPORATION | UNIVERSITY MEDICAL CENTER CORPORATION 1501 N CAMOBELL AVENUE TUSCON AZ 85724 |
| UNIVERSITY OF FLORIDA FOUNDATION INC | SUN CENTER WEST 235 SOUTH MAIN STREET, SUITE 206 GAINESVILE FL 32601 |
| UNIVERSITY OF FLORIDA FOUNDATION INC | ATTN: PETER H. LANDAUER 100 NW 20TH STREET, THIRD FLOOR GAINESVILE FL 32603 |
| UNIVERSITY OF FLORIDA FOUNDATION, INC. | ATTN: EDWARD KELLY C/O UFICO 4510 NW 6TH PLACE, 2ND FLOOR GAINESVILE FL 32607 |
| UNIVERSITY OF ILLINOIS | UNIVERSITY OF ILLINOIS THE UNIVERSITY OF ILLINOIS URBANA IL 61801-3620 |
| UNIVERSITY OF MASSACHUSETTS BUILDING AUTHORITY | 333 SOUTH STREET, 4TH FLOOR SHREWSBURY MA 01545 |
| UNIVERSITY OF MASSACHUSETTS BUILDING AUTHORITY | UNIVERSITY OF MASSACHUSETTS BUILDING AUTHORITY 225 FRANKLIN STREET, 33RD FLOOR BOSTON MA 02110 |
| UNIVERSITY OF MASSACHUSETTS BUILDING AUTHORITY | 333 SOUTH ST STE 400 SHREWSBURY MA 15457807 |
| UNIVERSITY OF MEDICINE & DENTISTRY OF NEW JERSEY | THE UNIVERSITY HOSPITAL 150 BERGEN STREET, ROOM D347 NEWARK NJ 07103 |
| UNIVERSITY OF MICHIGAN | ATTN:  PETER LA TRONICA BWA/REGENTS OF THE UNIVERSITYOF MICHIGAN ONE GLENDINNING PLACE WESTPORT CT 06880 |
| UNIVERSITY OF MISSOURI SYSTEM RETIREMENT | DISABILITY AND DEATH BENEFIT PLAN ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF MISSOURI SYSTEM RETIREMENT DISABILIT | PLAN PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| UNIVERSITY OF NOTRE DAME | UNIVERSITY OF NOTRE DAME NOTRE DAME IN 46556 |
| UNIVERSITY OF PITTSBURGH | UNIVERSITY OF PITTSBURG 2403 CATHEDRAL OF LEARNING PITTSBURGH PA 15260 |
| UNIVERSITY OF PITTSBURGH | 2403 CATHEDRAL OF LEARNING PITTSBURGH PA 15260 |
| UNIVERSITY OF PITTSBURGH | TREASURER UNIVERSITY OF PITTSBURG 2403 CATHEDRAL OF LEARNING PITTSBURGH PA 15260 |
| UNIVERSITY OF PITTSBURGH | ATTN: TREASURER 2403 CATHEDRAL OF LEARNING PITTSBURGH PA 15260 |
| UNIVERSITY OF PITTSBURGH | TREASURER 2403 CATHEDRAL OF LEARNING PITTSBURGH PA 15260 |
| UNIVERSITY OF ROCHESTER  NY | WALLIS HALL ROOM 208 ROCHESTER NY 14627-0023 |
| UNIVERSITY OF SCRANTON | THE UNIVERSITY OF SCRANTON 800 LINDEN STREET SCRANTON PA 18510 |
| UNIVERSITY OF TAMPA FL | THE UNIVERSITY OF TAMPA 401 WEST KENNEDY BOULEVARD TAMPA FL 33606-1490 |
| UNIVERSITY OF TULSA | THE UNIVERSITY OF TULSA 800 SOUTH TUCKER DRIVE TULSA OK 74104 |
| UNIVERSITY SYSTEM OF NEW HAMPSHIRE | ATTN: STEVEN DONOVAN C/O HAWKINS DELAFIELD ONE GATEWAY CENTER 24TH FLOOR NEWARK NJ 07102-5311 |
| UNIVERSITY SYSTEM OF NEW HAMPSHIRE | 18 GARRISON AVENUE DURHAM NH 03824-2334 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA (INCORPORAT | UNUM GROUP, LAW DEPT. 7S 1 FOUNTAIN SQUARE CHATTANOOGA TN 37402 |

| Claim Name | Address Information |
|---|---|
| UPS PENSION PLAN TRUST | (BLK TICKER: UPS-P) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| UPS RETIREMENT PLAN | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| UPS RETIREMENT PLAN (QUALIFIED PLAN MASTER TRUST) | (BLK TICKER: UPS-R) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| URQUIJO GARANTIA BOLSA EURO, FI | BANSABADELL INVERSI?N, S.A., S.G.I.I.C CALLE SENA, 12 SANT CUGAT DEL VALLES 8174 SPAIN |
| URSULINE ACADEMY | URSULINE ACADEMY 85 LOWDER STREET DEDHAM MA 02026 |
| URUGRAIN S.A. | LEONARD A. BUDYONNY, ESQ. URUGRAIN S.A. C/O LOUIS DREYFUS CORPORATION 40 DANBURY ROAD WILTON CT 06897 |
| URUGRAIN S.A. | C/O SEWARD & KISSEL LLP ATTN: RONALD L COHEN ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| US AGBANK FCB | 245 NORTH WACO 67202 P.O. BOX 2940 WICHITA KS 67201-2940 |
| US AGBANK FCB | 3636 AMERICAN RIVER DRIVE SUITE 100 SACRAMENTO CA 95864 |
| US AGBANK, FCB | ATTN: JIM SHANAHAN 245 N. WACO WICHITA KS 67202 |
| US AIRWAYS, INC. | 4000 EAST SHY HARBOR BOULEVARD PHOENIX AZ 85034 |
| US BANK NA | CORPORATE TRUST SERVICES BOSTON MA 02196-0778 |
| US BANK NA | ATTN: KENNETH D. NELSON, VP - INTEREST RATE SWAPS C/O U.S. BANCORP 601 2ND AVENUE SOUTH MINNEAPOLIS MN 55402-4302 |
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE | ATTN: PAMELA WIEDER, VP CORPORATE TRUST SERVICES, ED-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL MN 55107 |
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE | ATTN: PAMELA WIEDER, VP US BANK CORPORATE TRUST SERVICES, ED-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL MN 55107-2292 |
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO, ANN E. ACKER, AND FRANKLIN H. TOP III 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| US GOVERNMENT PLUS PROFUND | PROFUNDS 7501 WISCONSIN AVENUE SUITE 1000 BETHESDA MD 20814 |
| US INVESTIGATIONS SERVICES | 1137 BRANCHTON ROAD PO BOX 26 ANNANDALE PA 16018-0026 |
| US SHIPPING PARTNERS LP | U.S. SHIPPING PARTNERS LP. 399 THORNALL STREET 8TH FLOOR EDISON NJ 08837 |
| US SHIPPING PARTNERS LP | ATTN: AL BERGERSON U.S. SHIPPING PARTNERS LP. 399 THORNALL STREET 8TH FLOOR EDISON NJ 08837 |
| USG CORP. MASTER INVESTMENT TR. | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1428 385 E. COLORADO BLVD. PASADENA CA 91101 |
| UTAH ASSOCIATED MUNICIPAL POWER SYSTEMS | 36 S. STATE STREET SUITE 1900 SALT LAKE CITY UT 84111-1478 |
| UTAH HOUSING CORP | EXECUTIVE DIRECTOR 2479 S. LAKE PARK BLVD. WEST VALLEY CITY UT 84120 |
| UTAH HOUSING CORP | UTAH HOUSING CORP 2479 S. LAKE PARK BLVD. WEST VALLEY UT 84120 |
| UTAH HOUSING CORPORATION | 2479 SOUTH LAKE PARK BLVD WEST VALLEY CITY UT 84120 |
| UTAH HOUSING FIN AGENCY | 2479 S. LAKE PARK BLVD. WEST VALLEY CITY UT 84120 |
| UTAH HOUSING FIN AGENCY | 2479 S LAKE PAK BLVD. WEST VALLEY UT 84120 |
| UTAH HOUSING FIN AGENCY | UTAH HOUSING FIN AGENCY 2479 S LAKE PAK BLVD. WEST VALLEY UT 84120 |
| VAL VERDE UNIFIED SCHOOL DISTRICT | VAL VERDE UNIFIED SCHOOL DISTRICT 975 WEST MORGAN STREET PERRIS CA 92571-3157 |
| VALERO ENERGY CORP | VALERO ENERGY CORPORATION ONE VALERO WAY SAN ANTONIO TX 78249 |
| VALLEJO SANITATION & FLOOD CONTROL | VALLEJO SANITATION & FLOOD CONTROL DISTRICT 450 RYDER STREET VALLEJO CA 94590 |
| VALLEY VIEW LIMITED PARTNERSHIP | A WASHINGTON LIMITED PARTNERSHIP C/O GOODMAN FINANCIAL SERVICES 2801 ALASKAN WAY, PIER 70, SUITE 200 SEATTLE WA 98121 |
| VAN KAMPEN BOND FUND | C/O VAN KAMPEN ASSET MANAGEMENT ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288 |
| VAN KAMPEN CORE PLUS FIXED INCOME FUND | C/O VAN KAMPEN ASSET MANAGEMENT ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288 |
| VAN KAMPEN CORPORATE BOND FUND | C/O VAN KAMPEN ASSET MANAGEMENT ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 |

| Claim Name | Address Information |
|---|---|
| VAN KAMPEN CORPORATE BOND FUND | WEST CONSHOHOCKEN PA 19428-288 |
| VAN KAMPEN CORPORATE BOND FUND | C/O VAN KAMPEN ASSET MANAGEMENT ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288 |
| VAN KAMPEN CORPORATE BOND FUND | C/O VAN KAMPEN ASSET MANAGEMENT ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| VAN KAMPEN CORPORATE BOND FUND | STRADLEY RONON STEVENS & YOUNG, LLP ATTN: PAUL A PATTERSON ESQ / JULIE M MURPHY ESQ 2600 ONE COMMERCE STREET PHILADELPHIA PA 19103-7098 |
| VAN KAMPEN CORPORATE BOND FUND | STRADLEY RONON STEVENS & YOUNG, LLP ATTN: PAUL A PATTERSON ESQ / JULIE M MURPHY ESQ 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| VAN KAMPEN CORPORATE BOND FUND | INVESCO LEGAL DEPARTMENT ATTN: BENITA DRYDEN / STEVEN RIMES 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046 |
| VAN KAMPEN EQUITY AND INCOME FUND | C/O VAN KAMPEN ASSET MANAGEMENT ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288 |
| VAN KAMPEN EQUITY AND INCOME FUND | C/O VAN KAMPEN ASSET MANAGEMENT ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288 |
| VAN KAMPEN EQUITY AND INCOME FUND | STRADLEY RONON STEVENS & YOUNG, LLP ATTN: PAUL A PATTERSON ESQ / JULIE M MURPHY ESQ 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| VAN KAMPEN EQUITY AND INCOME FUND | INVESCO LEGAL DEPARTMENT ATTN: BENITA DRYDEN / STEVEN RIMES 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046 |
| VAN KAMPEN HIGH INCOME TRUST II | C/O VAN KAMPEN ASSET MANAGEMENT ONE TOWER BRIDGE 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288 |
| VAN KAMPEN HIGH YIELD FUND | VAN KAMPEN ASSET MANAGEMENT, INVESTMENT ADVISOR C/O MORGAN STANLEY INVESTMENT ADVISORS INC. WEST CONSHOHOCKEN PA 19428-288 |
| VAN LEER GROUP FOUNDATION | ATTN: PETER LATRONICA C/O BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| VANCOUVER BRIDGEWOOD LLC | 245 COMMERCIAL STREET SUITE 200 SALEM OR 97301 |
| VANCOUVER BRIDGEWOOD LLC | VANCOUVER BRIDGEWOOD LLC 245 COMMERCIAL STREET SALEM OR 97301 |
| VANGUARD 30-40 YEAR DURATION EURO INDEX FUND, A SU | VANGUARD INVESTMENT SERIES PLC ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD BALANCED INDEX FUND, | A SERIES OF VANGUARD VALLEY FORGE FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD CAR RENTAL USA HOLDINGS INC | VANGUARD CAR RENTAL USA HOLDINGS INC. 6929 NORTH LAKEVIEW AVENUE TULSA OK 74117 |
| VANGUARD CAR RENTAL USA HOLDINGS INC | ATTN: TREASURER VANGUARD CAR RENTAL USA HOLDINGS INC. 6929 NORTH LAKEVIEW AVENUE TULSA OK 74117 |
| VANGUARD CAR RENTAL USA INC. | VANGUARD CAR RENTAL USA HOLDINGS INC. 6929 NORTH LAKEVIEW AVENUE TULSA OK 74117 |
| VANGUARD FIDUCIARY INTERMEDIATE-TERM BOND TRUST | ATTN: MICAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD FIDUCIARY TRUST CO SHORT-TERM BOND TRUST | ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD FIDUCIARY TRUST COMPANY AS TRUSTEE OF THE | EMPLOYEE SAVINGS PLAN (AKA VANGUARD HIGH QUALITY BOND PORTFOLIO) ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD FIDUCIARY TRUST COMPANY INTERMEDIATE-TERM | TRANSFEROR: VANGUARD FIDUCIARY TRUST CO CORPORATE BOND TRUST ATTN: MICHAEL DRAYO P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD FIDUCIARY TRUST COMPANY INTERMEDIATE-TERM | TRANSFEROR: VANGUARD FIDUCIARY TRUST COMPANY ASSET BACKED SEC TRUST ASSET-BACKED SECURITIES TRUST ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD HIGH QUALITY BOND PORTFOLIO | P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD INSTITUTIONAL INDEX FUNDS ACTING ON BEHAL | VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND ("VITBMIF") P.O. BOX 2600 VALLEY FORGE PA 19482-2600 |
| VANGUARD INTERMEDIATE TERM INVESTMENT GRADE FUND | ATTN: MICHAEL DRAYO P.O. BOX 2600 VALLEY FORGE PA 19482 |

| Claim Name | Address Information |
|---|---|
| VANGUARD INTERMEDIATE-TERM INVESTMENT-GRADE FUND, | A SERIES OF VANGUARD FIXED INCOME SECURITIES FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD MANAGED PAYOUT DISTRIBUTION FOCUS FUND | C/O VANGUARD FIXED INCOME SECURITIES FUNDS P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD MANAGED PAYOUT GROWTH AND DISTRIBUTION FU | C/O VANGUARD VALLEY FORGE FUNDS P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD MANAGED PAYOUT GROWTH FOCUS FUND | P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD SHORT-TERM INVESTMENT GRADE FUND, | A SERIES OF VANGUARD FIXED INCOME SECURITIES FUNDS ATTN: MICAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD SHORT-TERM INVESTMENT GRADE FUND, | A SERIES OF VANGUARD FIXED INCOME SECURITIES FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD SHORT-TERM INVESTMENT-GRADE PORTFOLIO, | A SERIES OF VANGUARD VARIABLE INSURANCE FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD TOTAL BOND MARKET INDEX FUND | P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD TOTAL BOND MARKET INDEX FUND | TRANSFEROR: VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND ATTN: MICHAEL DRAYO P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD TOTAL BOND MARKET INDEX FUND | ATTN: HEIDI STAM, SVP P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD U.S. FUTURES FUND, A SUB-FUND OF | VANGUARD INVESTMENT SERIES PLC ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD US INVESTMENT GRADE CREDIT INDEX FUND | 100 VANGUARD BLVD MAIL STOP V31 MALVERN PA 19355 |
| VANGUARD US INVESTMENT GRADE CREDIT INDEX FUND | JIROLE ANTHONY 100 VANGUARD BLVD MAIL STOP V31 MALVERN PA 19355 |
| VANTAGEPOINT DIVERSIFIED ASSETS FUND | DIVERSIFIED ASSETS FUND C/O THE VANTAGEPOINT FUNDS 777 NORTH CAPITOL STREET, SUITE 600 WASHINGTON DC 20002-4240 |
| VANTAGEPOINT DIVERSIFIED ASSETS FUND | ATTN: ANGELA MONTEZ DIVERSIFIED ASSETS FUND C/O THE VANTAGEPOINT FUNDS 777 NORTH CAPITOL STREET, SUITE 600 WASHINGTON DC 20002-4240 |
| VANTAGEPOINT DIVERSIFIED ASSETS FUND | ANGELA MONTEX VANTAGEPOINT INVESTMENT ADVISERS, LLC 777 NORTH CAPITOL STREET, NE WASHINGTON DC 20002-4240 |
| VANTAGEPOINT DIVERSIFIED ASSETS FUND | ATTN: ANGELA MONTEX VANTAGEPOINT INVESTMENT ADVISERS, LLC 777 NORTH CAPITOL STREET, NE WASHINGTON DC 20002-4240 |
| VANTAGEPOINT FUNDS, THE | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| VANTAGEPOINT FUNDS, THE | ON BEHALF OF THE VANTAGEPOINT DIVERSIFIED ASSETS FUND ATTN: ANGELA MONTEZ, SECRETARY 777 NORTH CAPITOL STREET, NE WASHINGTON DC 20002 |
| VAR FUNDING TRUST 2007-1 | DAVID KOLIBACHUK AND MARLENE FAHEY U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET NEW YORK NY 10005 |
| VAR FUNDING TRUST 2007-1 | TRANSACTION MANAGEMENT LEHMAN BROTHER SPECIAL FINANCING INC. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| VAR FUNDING TRUST 2007-1 | TRANSACTION MANAGEMENT LEHMAN BROTHERS HOLDINGS INC. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| VAR FUNDING TRUST 2007-1 | VARIABLE FUNDING TRUST 2007-1 C/O U.S. BANK TRUST NATIONAL ASSOCIATION 19801 |
| VARDE INVESTMENT PARNTERS, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P | C/O SHAWN R FOX MCGUIREWOODS LLP 1345 AVENUE OF THE AMERICAS 7TH FLOOR NEW YORK NY 10105 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP C/O VARDE PARTNERS INC. - 8500 NROMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BLUEMOUNTAIN TIMBERLINE LTD C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD. MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 8500 NORMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437 |

| Claim Name | Address Information |
|---|---|
| VATTENFALL TRADING SERVICES GMBH | LUDWIG-ERHARD-STRASSE 18 HAMBURG 20459 GERMANY |
| VATTENFALL TRADING SERVICES GMBH | ATTN: HOLLACE TOPOL COHEN TROUTMAN SANDERS LLP THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-0700 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERRICK, GEINSTEIN LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | 370 17TH STREET - SUITE 3900 DENVER CO 80202 |
| VENOCO, INC. | TERRY L. ANDERSON, ESQ. GENERAL COUNSEL 6267 CARPINTERIA AVENUE CARPINTERIA CA 93013 |
| VENOCO, INC. | 6267 CARPINTERIA AVENUE, SUITE 100 CARPENTERIA CA 93013-2802 |
| VERDE CDO LTD | CARLOS FARJALLAH WITH A COPY TO: MAPLES FINANCE P.O. BOX 1093GT, QUEENSGATE HOUSE GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| VERDE CDO LTD | LIESEL DISTELHORST WITH COPIES TO: CDO TRUST SERVICES ABN AMRO / LASALLE BANK N.A. 181 W. MADISON, 31ST FLOOR CHICAGO IL 60602 |
| VERDE CDO LTD | ROBERT BICKETT VERDE CDO LTD. C/O LEHMAN BROTHERS ASSET MANAGEMENT CHICAGO IL 60603 |
| VERDE CDO LTD (SEG AC CDS ONLY) | CARLOS FARJALLAH WITH A COPY TO: MAPLES FINANCE C/O CARLOS FARJALLAH P.O BOX 1093GT, QUEENSGATE HOUSE GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| VERDE CDO LTD (SEG AC CDS ONLY) | LIESEL DISTELHORST WITH COPIES TO: CDO TRUST SERVICES ABN AMRO / LASALLE BANK N.A. 181 W. MADISON, 31ST FLOOR CHICAGO IL 60602 |
| VERDE CDO LTD (SEG AC CDS ONLY) | VERDE CDO, LTD. C/O LEHMAN BROTHERS ASSET MANAGEMENT CHICAGO IL 60603 |
| VERIFONE HOLDINGS INC | 2099 GATEWAY PLACE, STE. 600 SAN JOSE CA 95110 |
| VERIFONE, INC. | 2099 GATEWAY PLACE, STE. 600 SAN JOSE CA 95110 |
| VERIZON GTE-DOMESTIC FIXED INCOME ACCOUNT | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-968 385 E. COLORADO BLVD PASADENA CA 91101 |
| VERIZON MASTERS SAVINGS TRUST | C/O VERIZON INVESTMENT MANAGEMENT CORP. 1 VERIZON WAY BASKING RIDGE NJ 07920 |
| VERMILION RESOURCES LTD | VERMILION RESOURCES LTD. 2800, 400-4TH AVENUE SW CALGARY AB T2P 0J4 CANADA |
| VERMONT PENSION INVESTMENT COMMITTEE | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| VERMONT PENSION INVESTMENT COMMITTEE | C/O BETH PEARCE 109 STATE STREET, 4TH FLOOR PAVILION BUILDING MONTPELIER VT 05602 |
| VERMONT STUDENT ASSISTANCE CORPORATION | 10 EAST ALLEN STREET P.O. BOX 2000 WINOOSKI VT 05404 |
| VERSCHRAEGEN, WILFRIED & CARMEN | AM PUTSCHENHOLZ 40 VELBERT 42551 GERMANY |
| VETERANS' LAND BOARD OF THE STATE OF TEXAS | VETERANS' LAND BOARD OF THE STATE OF TEXAS STEPHEN F. AUSTIN BUILDING 1700 N. CONGRESS AVE. AUSTIN TX 78701 |
| VETERANS' LAND BOARD OF THE STATE OF TEXAS | STEPHEN F. AUSTIN BUILDING 1700 N. CONGRESS AVE. ROOM 700 AUSTIN TX 78701 |
| VEYANCE TECHNOLOGIES INC | 703 S CLEVELAND MSSILLON ROAD FAIRLAWN OH 44333-3023 |
| VEYANCE TECHNOLOGIES INC | ATTN: TIM TOPPEN, CHIEF EXECUTIVE OFFICER VEYANCE TECHNOLOGIES INC, HEADQUARTERS 703 S CLEVELAND MSSILLON ROAD FAIRLAWN OH 44333-3023 |
| VIATHON CAPITAL MASTER FUND LP | 401 SPRINGFIELD AVENUE SUMMIT NJ 07901 |
| VIATHON CAPITAL MASTER FUND, L.P. | DOUGLAS HIRSCH, ESQ. SADIS & GOLDBERG, LLP 551 5TH AVE 21ST FL NEW YORK NY 10176 |
| VICKERS PENSION TRUSTEES LIMITED AS TRUSTEE OF | THE VICKERS GROUP PENSION SCHEME C/O ROSS CERAMICS LIMITED DERBY ROAD DENBY DE5 8NX UNITED KINGDOM |
| VICTORY CAPITAL MANAGEMENT ABSOLUTE RETURN CREDIT | 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| VICTORY CAPITAL SERIES, LLC | SERIES D - ABSOLUTE RETURN CREDIT PORTFOLIO C/O CHRISTOPHER WELKER VICTORY CAPITAL MANAGEMENT 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| VILLAGE BY THE SEA, LTD | C/O THE FINGER COMPANIES 99 DETERING SUITE 200 HOUSTON TX 77007-8289 |
| VILLAGE OF DEERFIELD | 850 WAUKEGAN ROAD DEERFIELD IL 60015-320 |
| VILLAGE OF GERMANTOWN INC | 7820 WALKING HORSE CIRCLE GEORGE TOWN, GRAND CAYMAN 38138 |
| VILLAGE OF GERMANTOWN INC | THE VILLAGE AT GERMANTOWN 7820 WALKING HORSE CIRCLE GERMANTOWN TN 38138 |
| VINING SPARKS | 775 RIDGE LAKE BOULEVARD MEMPHIS TN 38120 |
| VINING-SPARKS IBG, LIMITED PARTNERSHIP | MARTIN F. SHEA, JR. & GENERAL COUNSEL 775 RIDGE LAKE BOULEVARD MEMPHIS TN |

| Claim Name | Address Information |
|---|---|
| VINING-SPARKS IBG, LIMITED PARTNERSHIP | 38120 |
| VINTAGE AT CHEHALIS LLC | 369 SAN MIGUEL DRIVE SUITE 135 NEWPORT BEACH CA 92660 |
| VINTAGE AT CHEHALIS LLC | VINTAGE AT CHEHALIS LLC 369 SAN MIGUEL DRIVE NEWPORT BEACH CA 92660 |
| VINTNERS PROPCO SARL | RUE DE LA POSTE 20 LUXEMBORG L2346 LUXEMBOURG |
| VIP DIVERSIFIED INCOME | ATTN: MICHAEL DRESNIN C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| VIRGIN ATLANTIC AIRWAYS LIMITED | CRAWLEY BUSINESS QUARTER WEST SUSSEX RH10 2NU UNITED KINGDOM |
| VIRGIN ATLANTIC AIRWAYS LIMITED | ANDREW AVANN CRAWLEY BUSINESS QUARTER WEST SUSSEX RH10 2NU UNITED KINGDOM |
| VIRGIN ISLANDS PUBLIC FINANCE AUTHORITY | ATTN: MR JULITO FRANCIS RE: DERIVATIVE MASTER ACCOUNT NUMBER 092104VIPF PO BOX 430, EMANCIPATION GARDEN STATION ST. THOMAS 00804-430 VIRGIN ISLANDS (U.S.) |
| VIRGIN MOBILE USA, LLC | VIRGIN MOBILE USA LLC 10 INDEPENDENCE BLVD. WARREN NJ 07059 |
| VIRGIN MOBILE USA, LLC | TREASURER VIRGIN MOBILE USA LLC 10 INDEPENDENCE BLVD. WARREN NJ 07059 |
| VIRGIN MOBILE USA, LLC | ATTN: TREASURER 10 INDEPENDENCE BLVD. WARREN NJ 07059 |
| VIRGINIA ELECTRIC AND POWER COMPANY | 701 E CARY ST RICHMOND VA 23219-3932 |
| VIRGINIA RESOURCES AUTHORITY | 1111 E. MAIN STREET, SUITE 1920 RICHMOND VA 23219 |
| VISTA GRANDE | ATTN: BETSY STANDISH 2251 SPRINGPORT ROAD JACKSON MI 49202-1496 |
| VISTA GRANDE | ATTN: BETSY STANDISH VISTA GRAND VILLA 2251 SPRINGPORT ROAD JACKSON MI 49202-1496 |
| VISTA GRANDE | ATTN: RICHARD TUCKER C/O LIFE CARE SERVICES LLC 800 SECOND AVENUE, SUITE 200 DES MOINES IA 50309-1380 |
| VISTA GRANDE | B.C. ZIEGLER AND COMPANY 1 SOUTH WACKER DRIVE, SUITE 3080 CHICAGO IL 60606 |
| VISTA GRANDE | ATTN: GENERAL COUNSEL B.C. ZIEGLER AND COMPANY 200 SOUTH WACKER DRIVE, SUITE 2000 CHICAGO IL 60606 |
| VISTEON CORPORATION DEFINED BENEFIT MASTER TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| VISTEON CORPORATION DEFINED BENEFIT MASTER TRUST | 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| VISTEON CORPORATION DEFINED BENEFIT MASTER TRUST | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| VISTEON DEFINED BENEFIT MASTER TRUST | ATTN: ROBERT KOWALSKI ONE VILLAGE CENTER DRIVE BELLEVILLE MI 48111 |
| VITOL ASIA PTE LTD. | 260 ORCHARD ROAD #13-01 THE HEEREN 238855 SINGAPORE |
| VITOL INC | 1100 LOUISIANA STREET SUITE 5500 HOUSTON TX 77002 |
| VITOL INC | ATTN: MANAGER COMMODITIES & SWAPS GROUP OPERATIONS 1100 LOUISIANA STREET SUITE 5500 HOUSTON TX 77002 |
| VITOL SA | GROUP FINANCIAL CONTROLLER VITOL HOLDING SARL BOULEVARD DU PONT-D#APPOSARVE 28 1211 GENEVA 4 SWITZERLAND |
| VITOL SA | VITOL SA BOULEVARD DU PONT -D ARVE 28 1211 GEENEVA 4 HA9 0WS SWITZERLAND |
| VODAFONE GROUP PLC | VODAFONE HOUSE THE CONNECTION NEWBURY, BERKSHIRE RG14 2FN UNITED KINGDOM |
| VOX PLACE CDO LIMITED | ATTN: JOSEPH COSTANTINO C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| VOX PLACE CDO LIMITED | ATTN: LEGAL C/O CT CORPORATION 111 8TH AVENUE NEW YORK NY 10011 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL N. GOLBAL 12A) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 12B) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET, 21ST FLOOR ATTN: DAVID M. KERR NEW YORK NY 10286 |
| VOX PLACE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: DAVID M. KERR 101 BARCLAY STREET; 21ST FLOOR NEW YORK NY 10286 |
| VOX PLACE CDO LIMITED | ATTN: JOSEPH COSTANTINO, GLOBAL CDO UNIT C/O THE BANK OF NEW YORK 101 BARCLAY STREET, 21ST FLOOR NEW YORK NY 10286 |
| VVIF TOTAL BOND MARKET INDEX PORTFOLIO, | A SERIES OF VANGUARD VARIABLE INSURANCE FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 |

| Claim Name | Address Information |
|---|---|
| VVIF TOTAL BOND MARKET INDEX PORTFOLIO, | VALLEY FORGE PA 19482 |
| W.R. GRACE & CO. MASTER RETIREMENT TRUST | C/O BNY MELLON ASSET MANAGEMENT BNY MELLON CENTER 201 WASHINGTON STREET BOSTON MA 02108-4408 |
| WABASH VALLEY POWER ASSOCIATION INC | ATTN: VICKI MYERS, CONTRACTS 722 NORTH HIGH SCHOOL ROAD INDIANAPOLIS IN 37556 |
| WABASH VALLEY POWER ASSOCIATION INC | JEFF A. CONRAD WABASH VALLEY POWER ASSOCIATION 722 NORTH HIGH SCHOOL ROAD INDIANAPOLIS IN 46214 |
| WABASH VALLEY POWER ASSOCIATION INC. | 722 NORTH HIGH SCHOOL ROAD INDIANAPOLIS IN 37556 |
| WACHOVIA BANK NATIONAL ASSOCIATION | 301 SOUTH COLLEGE STREET CHARLOTTE NC 28288 |
| WACHOVIA BANK, NATIONAL ASSOCIATION | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WACHOVIA BANK, NATIONAL ASSOCIATION | ATTN: REBECCA HENDERSON 301 SOUTH COLLEGE STREET, SUITE 3000 MAC D1053-300 CHARLOTTE NC 28288 |
| WALKER HOUSE | P.O. BOX 908 GT MARY STREET GRAND CAYMAN CAYMAN ISLANDS |
| WALLACE, JASON J | MR. JASON J. WALLACE 525 HUNTLEY DRIVE WEST HOLLYWOOD CA 90045 |
| WALLACE, JASON J. | HOLLACE T. COHEN, ESQ. TROUTMAN SANDERS, LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| WALLACE, JASON J. | 400 DOHENY ROAD BEVERLY HILLS CA 90210 |
| WALLACE, JILL A | THE SAMUEL ROBERTS NOBLE FOUNDATION, INC 2510 SAM NOBLE PARKWAY ARDMORE OK 73401 |
| WALLACE, JILL A | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BRAODWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| WALT DISNEY CO. MASTER RETIREMENT PLAN, THE | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1982 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WALT DISNEY COMPANY (THE) | ATTN: MARTIN J. BIENENSTOCK DEWEY AND LEBOEUF LLP 1301 AVE OF THE AMERICAS NEW YORK NY 10019-6092 |
| WALT DISNEY COMPANY (THE) | ATTN: TREASURY CORPORATE THE WALT DISNEY COMPANY 500 SOUTH BUENA VISTA STREET BURBANK CA 91521 |
| WALT DISNEY COMPANY (THE) | 500 S. BUENA VISTA ST. BURBANK CA 91521-0599 |
| WALT DISNEY COMPANY (THE) | ATTN: ALAN N. BRAVERMAN, SEVP, GEN. COUNSEL 500 SOUTH BUENA VISTA STREET BURBANK CA 91521-0599 |
| WALT DISNEY COMPANY (THE) | ATTN: JAMES KAPENSTEIN, MANAGING VP, COUNSEL 500 S. BUENA VISTA ST. BURBANK CA 91521-0599 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | ATTN: CHIEF COMPLIANCE OFFICER C/O ING INVESTMENT MANAGEMENT CO. 10 STATE HOUSE SQUARE SH11 HARTFORD CT 06103 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | CHIEF COMPLIANCE OFFICER WITH A COPY TO: C/O ING INVESTMENT MANAGEMENT CO. HARTFORD CT 06103 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST C/O ING INVESTMENT MANAGEMENT CO. ATLANTA GA 30327 |
| WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST, | DAVID VUCHINICH WALT DISNEY COMPANY RETIREMENT PLAN MASTER TRUST C/O ING INVESTMENT MANAGEMENT CO. ATLANTA GA 30327 |
| WAMCO 1385/BALL CORPORATION MASTER PENSION TRUST | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| WAMCO 1412/CLEVELAND CLINIC FOUNDATION | 9500 EUCLID AVENUE JJ 19 CLEVELAND OH 44195 |
| WAMCO 1448/RETAIL WHOLESALE & DEPT. STORE INTL UN. | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WAMCO 1578/VANTAGE TRUST PLUS FUND | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WAMCO 655 MICHCON POST RETIREMENT VEBA TRUST | MICHIGAN CONSOLIDATED GAS COMPANY 500 GRISWOLD STREET DETROIT MI 48226 |
| WAMCO 655 MICHCON POST RETIREMENT VEBA TRUST | ATTN: SENIOR VP - CUSTOMER OPERATIONS MICHIGAN CONSOLIDATED GAS COMPANY 500 GRISWOLD STREET DETROIT MI 48226 |

| Claim Name | Address Information |
|---|---|
| WAMCO 655 MICHCON POST RETIREMENT VEBA TRUST | ATTN: PRESIDENT WESTERN ASSET MANAGEMENT 117 EAST COLORADO BOULEVARD PASADENA CA 91105 |
| WARD, NATHAN S. | 505 S. FLAGER DR. 14TH FLOOR – PALM BEACH CAPITAL WEST PALM BEACH FL 33401 |
| WARREN WICKLUND AM | BANKPLASSEN 1A OSLO N-0106 NORWAY |
| WASHINGTON COUNTY MENTAL HEALTH | P.O. BOX 647 MONTPELIER VT 05601-0647 |
| WASHINGTON MUTUAL INC | JPMORGAN CHASE LEGAL DEPARTMENT 245 PARK AVENUE, 11TH FLOOR NEW YORK NY 10167 |
| WASHINGTON MUTUAL INC. CASH BALANCE PENSION PLAN | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1627 385 E. COLORADO BLVD PASADENA CA 91101 |
| WASHINGTON NATIONAL INSURANCE CO INC | 40|86 ADVISORS INC. 535 NORTH COLLEGE DRIVE CARMEL IN 46032 |
| WASHINGTON NATIONAL INSURANCE CO INC | JEFFEREY M. STAUTZ, V.P. AND GENERAL COUNSEL 40|86 ADVISORS INC. 535 NORTH COLLEGE DRIVE CARMEL IN 46032 |
| WASHINGTON STATE INVESTMENT BOARD | PO BOX 40916 2100 EVERGREEN PARK DRIVE SW OLYMPIA WA 98504-0916 |
| WASHINGTON STATE PLUMBING AND PIPEFITTING | INDUSTRY PENSION PLAN C/O JERI TRICE, ZENITH AMINISTRATORS 201 QUEEN ANNE AVENUE NORTH, SUITE 100 |
| WASHINGTON STATE PLUMBING AND PIPEFITTING | ROBERT MENDELSON, MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVE NEW YORK NY 10178 |
| WASHINGTON STATE TOBACCO SETTLEMENT AUTHORITY | C/O K&L GATES LLP ATTN: MARC L. BARRECA, ESQ 925 FOURTH AVENUE, SUITE 2900 SEATTLE WA 98104 |
| WASHINGTON TRUST  BANCORP INC | COPY TO: 23 BROAD STREET WESTERLY RI 02891 |
| WASHINGTON TRUST  BANCORP INC | MOJIE FRIEL, VP-TREASURY OPERATIONS COPY TO: 23 BROAD STREET WESTERLY RI 02891 |
| WASHINGTON TRUST  BANCORP INC | ATTN: MARK GIM, SVP-FINANCIAL PLANNING WASHINGTON TRUST BANCORP 23 BROAD STREET WESTERLY RI 02891 |
| WASHINGTON TRUST  BANCORP INC | ATTN: MARK GIM/MOJIE FRIEL WASHINGTON TRUST BANCORP 23 BROAD STREET WESTERLY RI 02891 |
| WASHINGTON TRUST  BANCORP INC | MARK GIM, SVP-FINANCIAL PLANNING WASHINGTON TRUST BANCORP 23 BROAD STREET WESTERLY RI 02891 |
| WASHINGTON TRUST COMPANY | THE WASHINGTON TRUST COMPANY 23 BROAD STREET WESTERLY RI 02891 |
| WASHINGTON TRUST COMPANY | MARK GIM THE WASHINGTON TRUST COMPANY 23 BROAD STREET WESTERLY RI 02891 |
| WASHOE MEDICAL CENTER | 1155 MILL STREET RENO NV 89502-1474 |
| WASHOE MEDICAL CENTER | ATTN: KEITH L. LEE C/O LAW OFFICES OF KEITH L. LEE 3400 KAUAI COURT, STE. 204 RENO NV 89509 |
| WATERFALL EDEN MASTER FUND LTD | WATERFALL EDEN MASTER FUND, LTD. C/O WATERFALL ASSET MANAGEMENT, LLC NEW YORK NY 10036 |
| WATERFALL EDEN MASTER FUND, LTD. | C/O WATERFALL ASSET MANAGEMENT, LLC ATTN: BOBBY LIU ATTN: BRIAN BREAKSTONE 1185 AVENUE OF THE AMERICAS 18TH FLOOR NEW YORK NY 10036 |
| WATERSHED CAPITAL INSTITUTIONAL PARTNERS LP | WATERSHED CAPITAL PARTNERS, L.P. C/O WATERSHED ASSET MANGEMENT, LLC SAN FRANCISCO CA 94111 |
| WATERSHED CAPITAL PARTNERS LP | WATERSHED CAPITAL PARTNERS, L.P. C/O WATERSHED ASSET MANGEMENT, LLC SAN FRANCISCO CA 94111 |
| WATERSHED CAPITAL PARTNERS OFFSHORE LTD | WATERSHED CAPITAL PARTNERS, L.P. C/O WATERSHED ASSET MANGEMENT, LLC SAN FRANCISCO CA 94111 |
| WATERSTONE CAPITAL ADVISORS LLC | 8720 RED OAK BOULEVARD, SUITE 300 CHARLOTTE NC 28217 |
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | C/O CITCO TRUSTEES (CAYMAN) LIMITED WEST BAY ROAD GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | REGATTA OFFICE PARK WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | ATTN: MARGO JENSEN, KIRSTEN ROGERS C/O PRIME BROKERAGE MAN INVESTMENTS LIMITED SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | ATTN: MARGO JENSEN, KIRSTEN ROGERS MAN INVESTMENTS LIMITED SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | ATTN: WATERSTONE MARKET NEUTRAL MAC 51 TEAM GLOBE OP FINANCIAL SERVICES 1 SOUTH ROAD HARRISON NY 10528 |

| Claim Name | Address Information |
|---|---|
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | ATTN: MARTIN KALISH, SHAWN BERGERSON WATERSTONE CAPITAL MANAGEMENT, L.P. PLYMOUTH MN 55447 |
| WATERSTONE MARKET NEUTRAL MAC 51 LTD. | ATTN: MARTIN KALISH, SHAWN BERGERSON WATERSTONE CAPITAL MANAGEMENT, L.P. 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MARKET NEUTRAL MASTER FUND LTD. | WATERSTONE CAPITAL MANAGEMENT, L.P. 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. | C/O WATERSTONE CAPITAL MANAGEMENT, L.P. 2 CARLSON PARKWAY, SUITE 260 ATTN: KURT PETERSON MINNEAPOLIS MN 55447 |
| WATSON, WYATT & COMPANY PENSION PLAN FOR U. S. EMP | C/O WESTERN ASSET MANGEMENT COMPANY ATTN: LEGAL DEPT. W- 2551 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WAVE MASTER FUND LP | ATTN: PHILIP BOYLAN WAVE MASTER FUND, L.P. C/O BDO SIMPSON XAVIER MERSER STREET LOWER DUBLIN 2 IRELAND |
| WAVE MASTER FUND LP | PHILIP BOYLAN WAVE MASTER FUND, L.P. C/O BDO SIMPSON XAVIER MERSER STREET LOWER DUBLIN 2 IRELAND |
| WAVE MASTER FUND LP | THE WAVE MANAGEMENT COMPANY, LLC ATTN: KELLY DOUGHERTY 4 QUEEN STREET CHARLESTON SC 29401 |
| WAVE MASTER FUND LP | ATTN: KELLY DOUGHERTY THE WAVE MANAGEMENT COMPANY, LLC 4 QUEEN STREET CHARLESTON SC 29401 |
| WAVE MASTER FUND LP | KELLY DOUGHERTY THE WAVE MANAGEMENT COMPANY, LLC 4 QUEEN STREET CHARLESTON SC 29401 |
| WAVELAND INGOTS LTD | KEVIN BROADWATER 840 NEWPORT CENTER DR NEWPORT BEACH CA 92660 |
| WAVELAND INGOTS LTD | ATTN: KEVIN M. BROADWATER PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WCG MASTER FUND LTD | 2 WORLD FINANCIAL CENTER, FL 7 NEW YORK NY 10281 |
| WCG MASTER FUND LTD | ATTN: KENNETH ULBRICHT 225 LIBERTY STREET, 7TH FLOOR NEW YORK NY 10281 |
| WCG MASTER FUND LTD | ATTN: KENNETH ULBRICHT, OTC CONFIRMS C/O WCG MANAGEMENT, LP 225 LIBERTY STREET, 7TH FLOOR NEW YORK NY 10281 |
| WEBSTER BANK, NATIONAL ASSOCIATION | WEBSTER PLAZA MO-335 WATERBURY CT 06702 |
| WEBSTER BANK, NATIONAL ASSOCIATION | DENISE HALL WEBSTER PLAZA MO-335 WATERBURY CT 06702 |
| WEISS MULTI-STRATEGY PARTNERS LLC | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| WEISS MULTI-STRATEGY PARTNERS LLC | JEFFREY DILLABOUGH WEISS MULTI-STRATEGY PARTNERS LLC C/O WEISS MULTI-STRATEGY ADVISERS LLC 320 PARK AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| WEISS MULTI-STRATEGY PARTNERS LLC | C/O WEISS MULTI-STRATEGY ADVISERS LLC ONE STATE STREET 20TH FLOOR HARTFORD CT 06103 |
| WELLINGTON 6812/ WTC-CIF IICORE BOND/MORTGAGE BACK | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WELLINGTON MANAGEMENT COMPANYLLP | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WELLINGTON MANAGEMENT PORTFOLIO (LUXEMBOURGE) II C | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WELLINGTON MANAGEMENT PORTFOLIOS | (LUXEMBOURG) II - COMMODITIES PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02109 |
| WELLINGTON MANAGEMENT PORTFOLIOS | RANAN WELL, ESQ BINGHAM MCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| WELLINGTON SHIRE COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| WELLINGTON SHIRE COUNCIL | WELLINGTON SHIRE COUNCIL C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| WELLINGTON TRUST COMP, NA | MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II - US EQUITY INDEX PLUS I PORTFOLIO C/O WELLINGTON MGMT COMP, LLC ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02109 |
| WELLINGTON TRUST COMP, NA | MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II - EMERGING MARKETS DEBT |

| Claim Name | Address Information |
|---|---|
| WELLINGTON TRUST COMP, NA | PORTFOLIO C/O WELLINGTON MGMT COMP, LLC ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02109 |
| WELLINGTON TRUST COMP, NA | MULTIPLE COMMON TRUST FUNDS TRUST – LIBOR PLUS PORTFOLIO C/O WELLINGTON MGMT COMP, LLC ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02109 |
| WELLINGTON TRUST COMP, NA | MULTIPLE COMMON TRUST FUNDS TRUST – OPPORTUNISTIC FIXED PORTFOLIO C/O WELLINGTON MGMT COMP, LLC ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02109 |
| WELLINGTON TRUST COMP, NA | MULTIPLE COMMON TRUST FUNDS TRUST – COMMODITIES PORTFOLIO C/O WELLINGTON MGMT COMP, LLC ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02109 |
| WELLMONT HEALTH SYSTEM | ATTN: PETER BRUTON C/O BC ZIEGLER AND COMPANY 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WELLMONT HEALTH SYSTEM | C/O TRUMAN ESMOND, CFO 1905 AMERICAN WAY KINGSPORT TN 37660 |
| WELLPOINT INC. | 120 MONUMENT CIRCLE INDIANAPOLIS IN 46204 |
| WELLS FARGO & COMPANY | JEFFREY A. RONSENTHAL, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WELLS FARGO & COMPANY | MADLYN GLEICH PRIMOFF, ESQ. KAYE SCHOLER LLP 445 PARK AVENUE NEW YORK NY 10022-3598 |
| WELLS FARGO & COMPANY | ATTN: ERIC F. JOHNSON 550 CALIFORNIA STREET, 14TH FLOOR SAN FRANCISCO CA 94104 |
| WELLS FARGO & COMPANY | 420 MONTGOMERY STREET SAN FRANCISCO CA 94163 |
| WELLS FARGO & COMPANY 401(K) PLAN | 800 LASALLE AVE STE 1100 MINNEAPOLIS MN 554022054 |
| WELLS FARGO & COMPANY PENSION PLAN-GALLIARD FIXED | GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO & COMPANY PENSION PLAN-GALLIARD FIXED | CASWELL JOHN R. GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK N.A. AS TRUSTEE | KAYE SCHOLER LLP ATTENTION MADLYN GLEICH PRIMOFF, ESQ 425 PARK AVENUE NEW YORK NY 10022-3598 |
| WELLS FARGO BANK N.A. AS TRUSTEE | C/O GALLIARD CAPITAL MANAGEMENT INC ATTN: JOHN R CASWELL 800 LASALLE AVENUE SUITE 1100 MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK N.A. AS TRUSTEE | WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: DAREK DEFREECE, ESQ. MAC A0194-262 45 FREMONT STREET, 26TH FLOOR SAN FRANCISCO CA 94105 |
| WELLS FARGO BANK NA | AS TRUSTEE  FOR THE WELLS FARGO FIXED INCOME FUND F CASWELL JOHN R. GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK NA | 550 CALIFORNIA STREET SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK NA | ATTN: KELLY JOHNSON, SVP MAC A0112-144 550 CALIFORNIA STREET SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK NA | 525 MARKET STREET SAN FRANCISCO CA 94163 |
| WELLS FARGO BANK NA AS TRUSTEE | KAY SCHOLER LLP ATTENTION: MADLYN GLEICH PRIMOFF, ESQ 425 PARK AVENUE NEW YORK NY 10022-3598 |
| WELLS FARGO BANK NA AS TRUSTEE | C/O GALLIARD CAPITAL MANAGEMENT, INC ATTN: JOHN P CASWELL 800 LASALLE AVENUE, SUITE 1100 MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK NA AS TRUSTEE FOR THE WELLS FARGO | C/O GALLIARD CAPITAL MANAGEMENT ATTN: ANDREA JOHNSON 800 LASALLE AVENUE, SUITE 1100 MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, N.A. FOR FIXED INCOME FUND A | C/O GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, N.A. FOR FIXED INCOME FUND E | GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, N.A. FOR FIXED INCOME FUND E | CASWELL JOHN R. GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, N.A. FOR STABLE RETURN FUND G | 800 LASALLE AVE STE 1100 MINNEAPOLIS MN 554022054 |
| WELLS FARGO BANK, N.A., TRUSTEE | ATTN: CLIENT MANAGER, SASCO SERIES WELLS FARGO BANK, N.A., TRUSTEE 9062 OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| WELLS FARGO BANK, N.A., TRUSTEE | ATTN: CLIENT MANAGER, SASCO SERIES 2008-1 WELLS FARGO BANK, N.A., TRUSTEE 9062 |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK, N.A., TRUSTEE | OLD ANNAPOLIS ROAD, COLUMBIA MD 21045 |
| WELLS FARGO BANK, NA | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA | FAEGRE & BENSON LLP ATTN:  MICHAEL M. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SER. 2007-OS1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-20 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2007-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 SUPPLEMENTAL INT. TST C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE ENCORE CREDIT CORPORATION TRUST 2003-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-18 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-20 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-SCI C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST FOR BNC MORTGAGE LOAN TRUST MORTGAGE PASS THROUGH CERTIFICATES 2007-4 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERT. SER. 2007-OSI C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE FOR IMPAC CMB TRUST SERIES 2005-3, COLLATERALIZED ASSET BACKED BONDS, SERIES 2005-3 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-16 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTAGAGE LOAN TRUST, SERIES 2004-16 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST WITH RESPECT TO THE OPTION ONE MORTGAGE LOAN TRUST 2007-1 ASSET BACKED CERT SER.2007-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-18 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-4 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-3 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-2 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |

| Claim Name | Address Information |
| --- | --- |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007- 5 SUPPLEMENTAL INTEREST TRUST ATTN: MARY SOHLBERG MAC N9311- 161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | JEFFREY A. RONSENTHAL, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | MADLYN GLEICH PRIMOFF, ESQ. KAYE SCHOLER LLP 445 PARK AVENUE NEW YORK NY 10022-3598 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2005-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS INDENTURE TRUSTEE FOR BELLE HAVEN ABS CDO 2006-1, LTD. C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O MICHAEL DOTY FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS TRUSTEE FOR THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-9 SUPPLEMENTAL INT. TR C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | LOCKE LORD BISSELL & LIDDELL, LLP C/O PAUL KJELSBERG 600 TRAVIS STREET, SUITE 3200 HOUSTON TX 77002 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: ERIC F. JOHNSON 550 CALIFORNIA STREET, 14TH FLOOR SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTU | C/O MINTZ LEVIN ATTN: DANIEL S. BLECK ONE FINANCIAL CENTER BOSTON MA 02111 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | C/O MICHAEL F. DOTY FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2008-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2008-6 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE PURSUANT TO VARIOUS TRUST AGREEMENTS C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE FOR THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-1 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION   ATTN: MARY SOHLBERG 625 MARQUETTE AVENUE, MAC N9311-161 MINNEAPOLIS MN 55479 |
| WELLS FARGO HOME EQUITY TRUST 2004-1 | CTLA - STRUCTURED FINANCE NEW YORK NY 10016 |
| WELLS FARGO MASTER TRUST | KAYE SCHOLER LLP ATTN: MADLYN CLEICH PRIMOFF, ESQ 425 PARK AVENUE NEW YORK NY 10022-3598 |
| WELLS FARGO MASTER TRUST | C/O GALLIARD CAPITAL MANAGEMENT ATTN: JOHN R. CASWELL 800 LASALLE AVENUE, SUITE 1100 MINNEAPOLIS MN 55402 |
| WELLS FARGO MASTER TRUST | WELLS FARGO BANK, NATIONAL ASSOCATION ATTN: DAREK DEFREECE, ESQ. MAC A0194-262 45 FREMONT STREET, 26TH FLOOR SAN FRANCISCO CA 94105 |
| WELLS FARGO/OHIO HOUSING | C/O WELLS FARGO BANK NA 417 MONTGOMERY STREET, SUITE 500 SAN FRANCISCO CA 94104 |
| WEMBLEY NATIONAL STADIUM LTD | YORK HOUSE, 11TH FLOOR EMPIRE WAY MIDDLESEX UNITED KINGDOM |
| WEMBLEY NATIONAL STADIUM LTD | ATTN: MANAGING DIRECTOR WEMBLEY STADIUM WEMBLEY, LONDON HA9 0WS UNITED KINGDOM |
| WEMBLEY NATIONAL STADIUM LTD | ATTN MANAGING DIRECTOR WEMBLEY STATIUM WEMBLEY LONDON HA9 0W5 UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| WENDER, HERBERT & PENNEY | 144 VINTAGE ISLE PALM BEACH GARDENS FL 33418-4604 |
| WESOKY, JOSHUA | 160 FRANKLIN STREET 5TH FLOOR NEW YORK NY 10013 |
| WEST CORPORATION | WEST CORPORATION 11808 MIRACLE HILLS DRIVE OMAHA NE 68154 |
| WEST CORPORATION | 11808 MIRACLE HILLS DRIVE OMAHA NE 68154 |
| WEST GATE MORTGAGE ASSETS LP | METROPOLITAN WEST ASSET MANAGEMENT 11766 WILSHIRE BOULEVARD, SUITE 1580 LOS ANGELES CA 90025 |
| WEST GATE MORTGAGE ASSETS LP | BUSINESS ANALYTICS METROPOLITAN WEST ASSET MANAGEMENT 11766 WILSHIRE BOULEVARD, SUITE 1580 LOS ANGELES CA 90025 |
| WEST GATE STRATEGIC INCOME FUND I MASTER FUND, LTD | WEST GATE MORTGAGE ASSET LLP (MW #1001) #888050520 11766 WILSHIRE BOULEVARD, SUITE 1580 LOS ANGELES CA 90025 |
| WEST GATE STRATEGIC INCOME FUND I MASTER FUND, LTD | METROPOLITAN WEST ASSET MANAGEMENT (MW# 1001) # 888050520 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 |
| WEST KNOX UTILITY DISTRICT | 2328 LOVELL ROAD P.O. BOX 51370 KNOXVILLE TN 37950 |
| WEST LIBERTY CARE CENTER INC | 6557 US 68 SOUTH WEST LIBERTY OH 43357 |
| WEST POINT HOUSING LLC | WEST POINT HOUSING LLC C/O BALFOUR BEATTY COMMUNITIES NEWTOWN SQUARE PA 19073 |
| WEST POINT HOUSING LLC | LESLIE COHN, ESQUIRE WEST POINT HOUSING LLC C/O BALFOUR BEATTY MILITARY HOUSING INVESTMENTS NEWTON SQUARE PA 19073 |
| WEST POINT HOUSING LLC | ATTN: LESLIE S. COHN C/O BALFOUR BEATTY COMMUNITIES 10 CAMPUS BOULEVARD NEWTOWN SQUARE PA 19073 |
| WEST POINT HOUSING LLC | MCKENNA LONG AND ALDRIDGE, LLP 303 PEACHTREE STREET, SUITE 5300 ATLANTA GA 30308 |
| WEST VIEW MANOR | 1715 MECHANICSBURG RD. WOOSTER OH 44691 |
| WEST VIRGINIA HOSPITAL FINANCE AUTHORITY | 1900 KANAWHA BOULEVARD E. CHARLESTON WV 25305 |
| WEST VIRGINIA INVESTMENT MANAGEMENT BOARD | C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT. W-751 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WESTAR ENERGY INC | ATTN: EXECUTIVE DIRECTOR, RISK MANAGEMENT P.O. BOX 889 TOPEKA KS 66601-0889 |
| WESTAR ENERGY INC | EXECUTIVE DIRECTOR, RISK MANAGEMENT WESTAR ENERGY, INC. P.O. BOX 889 TOPEKA KS 66601-0889 |
| WESTAR ENERGY INC | WESTAR ENERGY, INC. 818 SOUTH KANSAS AVENUE TOPEKA KS 66612 |
| WESTAR ENERGY INC | ATTN: EXECUTIVE DIRECTOR, RISK MANAGEMENT 818 SOUTH KANSAS AVENUE TOPEKA KS 66612 |
| WESTCHESTER, NY (COUNTY OF) | WESTCHESTER COUNTY DEPARTMENT OF FINANCE 148 MARTINE AVENUE, SUITE 720 WHITE PLAINS NY 10601 |
| WESTERN & SOUTHERN FINANCIAL GROUP | EILEEN BANNON, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| WESTERN & SOUTHERN FINANCIAL GROUP | ATTN: JEFFREY STAINTON, COUNSEL - INVESTMENTS 400 BROADWAY CINCINNATI OH 45202 |
| WESTERN ASSET ABSOLUTE RETURN PORTFOLIO | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 2592 385 EAST COLORADO BLVD. PASADENA CA 91101 |
| WESTERN ASSET ABSOLUTE RETURN STRATEGY MASTER FUND | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1535 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WESTERN ASSET ASIAN OPPORTUNITIES FUND | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 8172 385 EAST COLORADO BLVD. PASADENA CA 91101 |
| WESTERN ASSET ASIAN OPPORTUNITIES FUND | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 8258 PASADENA CA 91101 |
| WESTERN ASSET CORE BOND PORTFOLIO | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-671 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WESTERN ASSET CORE BOND PORTFOLIO | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET CORE PLUS BOND PORTFOLIO | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-984 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET CORE PLUS BOND PORTFOLIO | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |

| Claim Name | Address Information |
|---|---|
| WESTERN ASSET GLOBAL HIGH INCOME FUND INC. | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 2317 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WESTERN ASSET INTERMEDIATE PORTFOLIO | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-710 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET INTERMEDIATE PORTFOLIO | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET MANAGEMENT COMPANY | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET MANAGEMENT COMPANY | GREGG POILLUCCI 117 EAST COLORADO BLVD SUITE 600 PASADENA CA 91105 |
| WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO. 385 EAST COLORADO BLV PASADENA CA 91101 |
| WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1602 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET MORTGAGE BACKED SECURITIES PORTFOLIO | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET OPPORTUNISTIC | STRUCTURED SECURITIES PORTFOLIO, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2394 385 E COLORADO BLVD. PASADENA CA 91101 |
| WESTERN ASSET US COMMODITY PLUS MASTER FUND LTD | WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1371 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WESTERN ASSET US CORE BOND FUND | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 1471 385 EAST COLORADO BLVD. PASADENA CA 91101 |
| WESTERN ASSET US CORE BOND FUND | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1312 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET US CORE BOND FUND | ATTN: STEPHEN VENABLE WESTERN ASSET MANAGEMENT CO 385 EAST COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET US CORE BOND, LLC | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1369 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET US CORE PLUS BOND FUND | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1308 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET US CORE PLUS LLC | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| WESTERN ASSET US CORE PLUS, LLC | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT W-1601 385 E COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET US CORE PLUS- UNIVERSAL, LLC | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 2372 385 EAST COLORADO BLVD. PASADENA CA 91101 |
| WESTERN ASSET US ENHANCED CASH, LLC | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1765 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN ASSET US INTERMEDIATE PLUS, LLC | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1978 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WESTERN ASSET US LIMITED DURATION BOND FUND | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 5302 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WESTERN ASSET US LIMITED DURATION, LLC | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1487 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WESTERN ASSET US LONG DURATION LLC | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1745 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND | C/O BLACKROCK FINANCIAL MANGEMENT, INC. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| WESTERN CORPORATE FEDERAL CREDIT UNION | 924 OVELAND COURT SAN DIMAS CA 91773-1750 |
| WESTERN PENNSYLVANIA TEAMSTERS | & EMPLOYERS PENSION FUND C/O WESTERN ASSET MANAGEMENT COMP. ATTN: LEGAL DEPT W-1140 385 E. COLORADO BLVD PASADENA CA 91101 |
| WESTERN UNIVERSITY OF HEALTH SCIENCES | 3009 E. SECOND STREET POMONA CA 91766-1854 |
| WESTERNBANK PUERTO RICO | 268 MUNOZ RIVERA AVENUE, 6TH FLOOR HATO REY PR 00918 PUERTO RICO |
| WESTERNBANK PUERTO RICO | C/O STUART G. STEIN, ESQ. HOGAN & HARTSON L.L.P. 555 THIRTEENTH STREET, N.W. WASHINGTON DC 20004 |

| Claim Name | Address Information |
|---|---|
| WESTERNBANK PUERTO RICO | 19 WEST MCKINLEY STREET MAYAGUEZ PR 00680 |
| WESTERNBANK PUERTO RICO | ATTN: FREDDY MALDONADO C/O W HOLDING COMPANY, INC. P.O. BOX 1180 MAYAGUEZ PR 00681-1180 |
| WESTERNBANK PUERTO RICO | ATTN: FREDDY MALDONADO / LIDIO SORIANO C/O W HOLDING COMPANY, INC. P.O. BOX 1180 MAYAGUEZ PR 00681-1180 |
| WESTFAHL, CHRIS & EILEEN | 52 EAST RIDGE ROAD STAMFORD CT 06903-4337 |
| WESTLB AG | WOOLGATE EXCHANGE 25 BASINGHALL STREET LONDON EC2V 5HA UNITED KINGDOM |
| WESTLB AG | 1211 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10036 |
| WESTLB AG | ATTN: LEGAL DEPARTMENT 1211 AVENUE OF THE AMERICAS 23RD FLOOR NEW YORK NY 10036 |
| WESTLB AG | WEST LB AG, NEW YORK BRANCH 1211 AVENUE OF THE AMERICAS, 23RD FLOOR ATTN: LEGAL DEPARTMENT NEW YORK NY 10036 |
| WESTLB AG | MARC C. ELLENBERG, ESQ. CADWALADER, WICKERSHAM & TAFT 1201 F. STREET, N.W. WASHINGTON DC 20004 |
| WESTPAC BANKING CORPORATION | 255 ELIZABETH STREET 3RD FLOOR SYDNEY NSW 2000 AUSTRALIA |
| WESTPAC BANKING CORPORATION | ATTN: CHIEF OPERATING OFFICER 575 FIFTH AVENUE, 39TH FLOOR NEW YORK NY 10017 |
| WESTPAC BANKING CORPORATION | ARNOLD & PORTER LLP ATTN: CHARLES G. BERRY 399 PARK AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| WESTSIDE WALDORF SCHOOL | 17310 SUNSET BOULEVARD PACIFIC PALISADES CA 90272 |
| WESTSIDE WALDORF SCHOOL | ATTN: CHIEF FINANCIAL OFFICER 1229 FOURTH STREET SANTA MONICA CA 90401 |
| WESTSIDE WALDORF SCHOOL | 1229 FOURTH STREET SANTA MONICA CA 90401 |
| WESTWOOD APARTMENTS, LLC | C/O R.W. SELBY & CO. 11661 SAN VICENTE BLVD SUITE 510 LOS ANGELES CA 90049 |
| WEXFORD GLOBAL STRATEGIES TRADING LIMITED | WEXFORD GLOBAL STRATEGIES TRADING LIMITED C/O WEXFORD CAPITAL, LLC GREENWICH CT 06830 |
| WEXFORD GLOBAL STRATEGIES TRADING LIMITED | ARTHUR AMRON WITH A COPY FOR SECTS 5, 6, 11, OR 13 TO: C/O WEXFORD CAPITAL, LLC GREENWICH CT 06830 |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALB | BEREICH RECHT/ LEGAL DEPARTMENT ATTN: CHRISTIANE SCHMITZ LUDWIG- ERHARD- ALLEE 20 DUSSELDORF D-40227 GERMANY |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALB | CLIFFORD CAHNCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALB | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | D-40001 DUSSELDORF POSTFACH 10 10 32 GERMANY |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | POSTFACH 10 10 32 D-40001 DUSSELDORF GERMANY |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | FRANK ENGEL WGZ BANK AG BLZ 300 600 10 LUDWIG-ERHARD-ALLEE 20 DUSSELDORF 40001 GERMANY |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | ATTN: FRANK ENGEL WGZ BANK AG LUDWIG-ERHARD-ALLEE 20 BLZ 300 600 10 DUSSELDORF 40001 GERMANY |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | ATTN: LEGAL DEPARTMENT LUDWIG-ERHARD-ALLEE 20 DUSSELDORF D - 40227 GERMANY |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | D-40001 DUSSELDORF DUSSELDORF D-40001 GERMANY |
| WGZ-BANK WESTDEUTSCHE GENOSSENSCHAFTS ZENTRALBANK | CT CORPORATION SYSTEM NEW YORK NY 10019 |
| WH2005/NIAM III EAST HOLDING OY (FORMERLY KNOWN AS | VEHICLE NO. 66 OY) BOX 52 HELSINKI 00101 FINLAND |
| WH2005/NIAM III EAST HOLDING OY (FORMERLY KNOWN AS | ATTENTION: SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WHARTON EUROPEAN EQUITY LINKED FUND COMPANY LTD | ATTN: VANESSA GIBSON, DIRECTOR UGLAND HOUSE, SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN BRITISH WEST INDIES |

| Claim Name | Address Information |
|---|---|
| WHARTON EUROPEAN EQUITY LINKED FUND COMPANY LTD | WHARTON EUROPEAN EQUITY LINKED FUND COMPANY LTD TWO PACIFIC PLACE, SUITE 1110-1111 HONG KONG |
| WHARTON EUROPEAN EQUITY LINKED FUND COMPANY LTD | SUITE 1110-1111, TWO PACIFIC PLACE 88 QUEENSWAY HONG KONG |
| WHARTON EUROPEAN EQUITY LINKED FUND COMPANY LTD | ATTN: GENERAL COUNSEL 520 MADISON AVENUE, 38TH FLOOR NEW YORK NY 10022 |
| WHEATON COLLEGE | 501 COLLEGE AVENUE WHEATON IL 60187 |
| WHEATON FRANCISCAN SERVICES INC. RETIREMENT PLAN | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 2606 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WHITBREAD GROUP PENSION FUND (THE) | ATTN: LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WHITBREAD PLC | 909 A STREET TACOMA WA 98402-5120 |
| WHITE MARLIN CDO 2007-1 LIMITED | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| WHITE MARLIN CDO 2007-1 LIMITED | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: JOHN LEURINI C/O US BANK CORPORATE TRUST SERVICES P.O. BOX 960778 BOSTON MA 02196-0778 |
| WHITE MARLIN CDO 2007-1 LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| WHITE MARLIN CDO 2007-1 LIMITED | ATTN: JAMES SPIOTTO C/O CHAPMAN AND CUTLER LLP CHICAGO IL 60603-4080 |
| WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD | WHITE MOUNTAINS INSURANCE GROUP, LTD. INVESTMENT COMMUNITY INQUIRIES GUILFORD CT 06437 |
| WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD. | ATTN: ARLENE R. ALVES C/O SEWARD & KISSEL LLP ONE BATTERY PLAZA NEW YORK NY 10017 |
| WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD. | WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD. C/O WHITE MOUNTAINS FINANCIAL SERVIES LLC ATTN: CHRISTIME REPASY, ESQ. 628 HEBRON AVENUE GLASTONBURY CT 06033 |
| WHITE MOUNTAINS REINSURANCE GROUP LTD | WHITE MOUNTAINS INSURANCE GROUP, LTD. INVESTMENT COMMUNITY INQUIRIES GUILFORD CT 06437 |
| WHITE, PHYLLIS A. | 1312 FAIRWAY CIRCLE BLUE SPRINGS MO 64014-2245 |
| WHITECREST PARTNERS, L.P. | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN ONE FEDERAL STREET BOSTON MA 02110 |
| WHITECREST PARTNERS, L.P. | C/O ABRAMS CAPITAL, LLC ATTN: BILL WALL 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| WHITEWOOD FINANCIAL PARTNERS LP | C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| WHITWORTH COLLEGE | WHITWORTH COLLEGE 300 W. HAWTHORNE ROAD SPOKANE WA 99251 |
| WILHELMSEN MARITIME SERVICES | ATTN: KNUT BJORNEBYE, PRESIDENT WILHELMSEN PREMIER MARINE FUELS P.O. BOX 33 NORWAY |
| WILHELMSEN MARITIME SERVICES AS | STRANDVEIEN 20 1366 LYSAKER 0219 BAERUM NORWAY |
| WILLIAMS GAS MARKETING INC | ATTN: CONTRACT ADMINISTRATION WILLIAMS POWER COMPANY, INC. ONE WILLIAMS CENTER TULSA OK 74102 |
| WILLIAMS GAS MARKETING INC. | ONE WILLIAMS CENTER P.O. BOX 2400 WRC2A-17 TULSA OK 74102 |
| WILLIAMS PARTNERS LP | ONE WILLIAMS CENTER TULSA OK 74172-0172 |
| WILLOW RE LTD | C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE - NORTH CHURCH ST. PO BOX 1109 GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| WILLOW RE LTD | C/O HSBC BANK (CAYMAN) LTD PO BOX 1109, HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| WILLOW RE LTD | ATTN: THE DIRECTORS C/O HSBC FINANCIAL SERVICES (CAYMAN) LIMITED STRATHVALE HOUSE - NORTH CHURCH ST. PO BOX 1109 GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| WILMINGTON TRUST COMPANY | RODNEY SQUARE NORTH 1100 NORTH MARKET ST., 9TH FLOOR WILMINGTON DE 19890-0001 |
| WILMINGTON TRUST COMPANY | ATTN: JOHN A. SITEK RODNEY SQUARE NORTH 1100 NORTH MARKET ST., 9TH FLOOR |

| Claim Name | Address Information |
|---|---|
| WILMINGTON TRUST COMPANY | WILMINGTON DE 19890-0001 |
| WINCHESTER GBL TRST CO LTD AS TRSTEE O/B/O | PIMCO BERMUDA II GBL AGG EX-JP BD MSTR FD ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GBL TRST CO LTD AS TRSTEE O/B/O PIMCO B | EX-JP BD MSTR FD PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O | PIMCO BM TRST II- PM BM JGB FLOATER US STRT FD ATTN: LEGAL/COMPLIANCE DPT 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O | PIMCO KY GLBL AGG EX-JAPAN BOND FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O | PIMCO KY TRST- PIMCO KY AU MULTI-SECTOR FUND ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O | PIMCO KY TRST- PIMCO KY GBL AGG (YEN-HDG) IF ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O | PIMCO KY TRST- PIMCO KY GBL HI ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O PIMCO | JGB FLOATER US STRT FD PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O PIMCO | BOND FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O PIMCO | GBL AGG (YEN-HDG) IF PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O PIMCO | GBL HI PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRSTEE O/B/O PIMCO | MULTI-SECTOR FUND PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O | PIMCO BERMUDA TRST-PIMCO EURO TTL RETURN FD ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O | PIMCO BM TRST IV – PM BM GLBL REAL RETURN FD LEGAL/COMPLIANCE DPT PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O | PIMCO KY TRST- PIMCO KY GLBL AGGR EX-JAPAN.. ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O | PMC BMTRSTII TRSTII-PM BM EMG MRKTS BD FD ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O PIMCO | EURO TTL RETURN FD PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O PIMCO | GLBL REAL RETURN FD PIMCO 840 NEWPORT CENTER DRIVE SUITE 300 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O PIMCO | GLBL AGGR EX-JAPAN.. PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD AS TRUSTEE O/B/O PMC B | EMG MRKTS BD FD PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD TRSTEE O/B/O | PIMCO  KY TRS- PM KY GLBL LIBOR PLUS (YEN-HG) ATTN: LEGAL GROUP PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER GLBL TRST CO LTD TRSTEE O/B/O PIMCO  KY | LIBOR PLUS (YEN-HG) PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| WINCHESTER MEDICAL CENTER   VA | 1840 AMHERST STREET, PO BOX 3340 WINCHESTER VA 22061 |
| WINCHESTER MEDICAL CENTER   VA | PHILIP C.G. FARLEY- SVP #AMPER CFO 1840 AMHERST STREET, PO BOX 3340 WINCHESTER VA 22061 |
| WINCHESTER MEDICAL CENTER   VA | IAN WILLIAMS HARRISON 21 SOUTH LONDON STREET WINCHESTER VA 22061 |
| WINCHESTER MEDICAL CENTER, INC. | C/O KEVIN DOWNES MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| WIND CREDIT ARBITRAGE FUND | WIND CREDIT ARBITRAGE FUND TRUST C/O MIZUHO ALTERNATIVE INVESTMENTS, LLC NEW YORK NY 10020 |

| Claim Name | Address Information |
|------------|---------------------|
| WIND TELECOMUNICAZIONI SPA | VIA CESARE GIULIO VIOLA 48 ROMA 00148 ITALY |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | C/O TMF MANAGEMENT LUXEMBOURG S.A. 1 ALLEE SCHEFFER L-2520 LUXEMBOURG PO BOX 8 L-2010 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | WINDERMERE PRIVATE PLACEMENT I S.A. ATTN: FREDERIC LAHAYE PO BOX 8 GRAND DUCHY OF LUXEMBOURG L-2010 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | C/O TMF MANAGEMENT LUXEMBOURG S.A. 1 ALLEE SCHEFFER L-2520 LUXEMBOURG PO BOX 8 L-2010 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | C/O TMF MANAGEMENT LUXEMBOURG S.A. 1 ALLEE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA |
| WINDERMERE V CMBS S.R.L | VIA PONTACCIO 10 20121 MILANO ITALY |
| WINDERMERE VI CMBS PLC | C/O TMF MANAGEMENT LUXEMBOURG S.A. 1 ALLEE SCHEFFER L-2520 LUXEMBOURG PO BOX 8 L-2010 LUXEMBOURG |
| WINDERMERE VII CMBS PLC | C/O WILMINGTON TRUST SP SERVICES (DUBLIN) LIMITED FIRST FLOOR 7 EXCHANGE PLACE IFSC DUBLIN 1 IRELAND |
| WINDERMERE X CMBS LIMITED | FIRST FLOOR 7 EXCHANGE PLACE INTERNATIONAL FINANCIAL SERVICE CENTRE DUBLIN 1 IRELAND |
| WINDERMERE X CMBS LIMITED | THE DIRECTORS WINDERMERE X CMBS LIMITED FIRST FLOOR INTERNATIONAL FINANCIAL SERVICE CENTRE DUBLIN 1 IRELAND |
| WINDERMERE X CMBS LIMITED | THE DIRECTORS FIRST FLOOR 7 EXCHANGE PLACE INTERNATIONAL FINANCIAL SERVICE CENTRE DUBLIN 1 IRELAND |
| WINDERMERE X CMBS LIMITED | LEGAL - FIXED INCOME LEHMAN BROTHERS INTERNATIONAL (EUROPE) LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| WINDERMERE X CMBS LIMITED | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| WINDERMERE X CMBS LIMITED | JOSEPH POLIZZOTTO LEHMAN BROTHERS SPECIAL FINANCING INC. TRANSACTION MANAGEMENT 399 PARK AVENUE 15TH FLOOR, NEW YORK NY 10022-4679 |
| WINDERMERE XIV CMBS LIMITED | THE DIRECTORS WINDEMRE XIV CMBS LIMITED FIRST FLOOR INTERNATIONAL FINANCIAL SERVICE CENTRE DUBLIN 1 IRELAND |
| WINDERMERE XIV CMBS LIMITED | LEGAL - FIXED INCOME LEHMAN BROTHERS INTERNATIONAL (EUROPE) LEGAL TRANSACTION MANAGEMENT (FID) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| WINDERMERE XIV CMBS LIMITED | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |
| WINDERMERE XIV CMBS LIMITED | LEHMAN BROTHERS SPECIAL FINANCING CAPITAL MARKETS CONTRACTS - LEGAL C/O LBI, LEGAL, COMPLIANCE AND AUDIT 747 SEVENTH AVENUE NEW YORK NY 10019 |
| WINDFALL INVESTMENTS LP | ATTN: ERIN MCDANIEL C/O OHIM SERVICES 201 MAIN STREET, SUITE 1000 FORT WORTH TX 76102 |
| WINDFALL INVESTMENTS LP | JOHN FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| WINDFALL INVESTMENTS LP | OAK HILL INVESTMENT MANAGEMENT, L.P. 2775 SAND HILL ROAD SUITE 240 MENLO PARK CA 94025 |
| WINNITEX INVESTMENT COMPANY LIMITED | WINNITEX INVESTMENT COMPANY LIMITED UNITS 1-5, 6A#AMPER7A, 36/F.,CABLE TV TOWER HONG KONG |
| WINNITEX INVESTMENT COMPANY LIMITED | BRIAN CHAN WINNITEX INVESTMENT COMPANY LIMITED UNITS 1-5, 6A#AMPER7A, 36/F.,CABLE TV TOWER HONG KONG |
| WINNITEX INVESTMENT COMPANY LIMITED | ATTN: BRIAN CHAN UNITS 1-5, 6A&7A, 36/F.,CABLE TV TOWER 9 HOI SHING ROAD TSUEN WAN, N.T. HONG KONG |
| WINTRUST FINANCIAL CORPORATION | WINTRUST FIANNCIAL CORPORATION 727 N. BANK LN. LAKE FOREST IL 60045 |
| WINTRUST FINANCIAL CORPORATION | ATTN: DAVID J. GALVAN 727 N. BANK LN. LAKE FOREST IL 60045 |
| WISCONSIN POWER & LIGHT COMPANY | ATTN: ENERGY PORTFOLIO SERVICES DEPT./LEGAL SERVICES - COMMERCIAL 4902 NORTH BILTMORE LANE MADISON WI 53718-2148 |
| WISCONSIN POWER & LIGHT COMPANY | ATTN: LEGAL SERVICES - COMMERCIAL INTERSTATE POWER AND LIGHT COMPANY C/O ALLIANT ENERGY 4902 NORTH BILTMORE LANE MADISON WI 53718-2148 |

| Claim Name | Address Information |
|---|---|
| WISCONSIN POWER AND LIGHT COMPANY | 4902 NORTH BILTMORE LANE MADISON WI 53718-2148 |
| WISCONSIN PUBLIC SERVICE PENSION TRUST | 1717 ARCH STREET, SUITE 1500 PHILADELPHIA PA 19103 |
| WISCONSIN PUBLIC SRVC CORP PENDELAWARE MGMT BUSINE | DELEWARE INVESTMENTS 2005 MARKERT STREET PHILADELPHIA PA 19103-7094 |
| WISDOMTREE INTERNATIONAL ENERGY SECTOR FUND | BNY ASSET MANAGEMENT 1633 BROADWAY NEW YORK NY 10019 |
| WISDOMTREE INTERNATIONAL SMALLCAP DIVIDEND FUND | WISDOMTREE INVESTMENTS 380 MADISON AVENUE, 21ST FLOOR NEW YORK NY 10017 |
| WITHIN LTD UAP MANAGEMENT | 2-2-2, UCHISAIWAICHOU CHIYODA-KU TOKYO JAPAN |
| WITOVER, M. KENNETH | 12 SABINE ROAD SYOSSET NY 11791 |
| WLR RECOVERY FUND II L.P. | C/O WL ROSS & CO. LLC MANHATTAN TOWER, 101 EAST 52ND STREET NEW YORK NY 10022 |
| WLR RECOVERY FUND II LP | C/O WL ROSS & CO. LLC 1166 AVENUE OF THE AMERICAS, 27TH FLOOR ATTN: JAMES MCCARTHY NEW YORK NY 10036 |
| WLR RECOVERY FUND, LP | C/O WL ROSS MANHATTAN TOWER 101 EAST 52ND STREET NEW YORK NY 10022 |
| WLR RECOVERY FUND, LP | ATTN: DAVID WAX C/O WL ROSS 1166 AVENUE OF THE AMERICAS , 27TH FLOOR NEW YORK NY 10036 |
| WOCKHARDT EU OPERATIONS (SWISS) AG | C/O WOCKHARDT LIMITED WOCKHARDT TOWERS BANDRA KURLA COMPLEX BANDRA (EAST), MUMBAI 400 051 INDIA |
| WOLTERS KLUWER NV | APOLLOLAAN 153 PO BOX 75248 1070 AE AMSTERDAM NETHERLANDS |
| WOLVERINE POWER SUPPLY COOPERATIVE, INC | ATTN: PETE CHASE 10125 W. WATERGATE RD PO BOX 229 CADILLAC MI 49601 |
| WOOD VIEW APARTMENT ASSOCIATES, L.L.C | WOOD VIEW APARTMENT ASSOCIATES, L.L.C C/O BERWIND PROPERTY GROUP, INC 3000 CENTRE SQUARE WEST, 1500 MARKET STREET PHILADELPHIA PA 19102 |
| WOOD VIEW APARTMENT ASSOCIATES, L.L.C | C/O BERWIND PROPERTY GROUP, INC 3000 CENTRE SQUARE WEST, 1500 MARKET STREET PHILADELPHIA PA 19102 |
| WOODLANDS COMMERCIAL BANK | STEVE KORELL, ESQ., GENERAL COUNSEL 1271 SIXTH AVENUE, 35TH FLOOR NEW YORK NY 10020-1300 |
| WOODLANDS COMMERCIAL BANK | WOODLANDS COMMERCIAL BANK ATTN: STEVE KORELL, ESQ., GENERAL COUNSEL 1271 SIXTH AVENUE, 38TH FLOOR NEW YORK NY 10020-1300 |
| WOODLANDS COMMERCIAL BANK | STEVE KORELL, ESQ., GENERAL COUNSEL SIXTH AVENUE, 35TH FLOOR NEW YORK NY 10020-1300 |
| WOODLANDS COMMERCIAL BANK | ARNOLD & PORTER LLP ATTN: ANTHONY BOCCANFUSO 399 PARK AVE, 34TH FLOOR NEW YORK NY 10022 |
| WOODLANDS COMMERCIAL BANK | 4001 SOUTH 700 EAST SALT LAKE CITY UT 84107 |
| WOODRIDGE | 630 WEST GERMANTOWN PIKE SUITE 300 PLYMOUTH MEETING PA 19462 |
| WOODS, RANDALL E | MR. RANDALL E. WOODS P.O. BOX 675331 6694 CALLE PEQUENA RANCHO SANTA FE CA 92067 |
| WOODSONG PARTNERS LP/A GEORGIA LIMITED PARTNERSHIP | 210 PARK AVENUE, SUITE 1800 OKLAHOMA CITY OK 73102 |
| WOODSONG PARTNERS LP/A GEORGIA LIMITED PARTNERSHIP | WOODSONG PARTNERS LP/A GEORGIA LIMITED PARTNERSHIP 2033 SIXTH AVENUE SUITE 1010 SEATTLE  WA 98121 |
| WOODSONG PARTNERS LP/A GEORGIA LIMITED PARTNERSHIP | 2033 SIXTH AVENUE SUITE 1010 SEATTLE WA 98121 |
| WOODWARD MUNICIPAL AUTHORITY | WOODWARD MUNICIPAL AUTHORITY 1219 8TH STREET WOODWARD OK 73801 |
| WOOLLAHRA MUNICIPAL COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN LAWYERS LEVEL 23, GOV MACQUARIE TOWER 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| WOOLLAHRA MUNICIPAL COUNCIL | WOOLLAHRA MUNICIPAL COUNCIL C/O AMANDA BANTON PIPER ALDERMAN LAWYERS LEVEL 23, GOV MACQUARIE TOWER 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| WOORI 2 STAR DERIVATIVES FUND KH-2 | C/O WOORI CREDIT SUISSE ASSET MANAGEMENT CO. LTD. 23-4 YOIDO-DONG YOUNGDUNGPO-KU SEOUL 150-876 KOREA, REPUBLIC OF |
| WOORI 2 STAR DERIVATIVES FUND KH-3 | C/O WOORI CREDIT SUISSE ASSET MANAGEMENT CO. LTD. 23-4 YOIDO-DONG YOUNGDUNGPO-KU SEOUL 150-876 KOREA, REPUBLIC OF |
| WOORI 2 STAR DERIVATIVES FUND KW-8 | C/O WOORI CSAM CO LTD, 23-4 YOIDO-DONG YOUNGDUNGPO-KU SEOUL 150-876 KOREA, |

| Claim Name | Address Information |
|---|---|
| WOORI 2 STAR DERIVATIVES FUND KW-8 | REPUBLIC OF |
| WOORI INVESTMENT & SECURITIES CO.,LTD. | 23-4 YOIDO-DONG YOUNGDUNGPO-KU SEOUL 150-876 KOREA, REPUBLIC OF |
| WORCESTER POLYTECHNIC INSTITUTE | 100 INSTITUTION ROAD WORCESTER MA 01609-2280 |
| WORCESTER POLYTECHNIC INSTITUTE | CUCINOTTA SYLVIA 100 INSTITUTION ROAD WORCESTER MA 01609-2280 |
| WORK COVER COMPENSATION INSURANCE FUND | LEVEL 31, GATEWAY 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| WORLD FUEL SERVICES AMERICAS INC | ATTN: RONALD C. RILEY 9800 N.W. 41ST STREET SUITE 400 MIAMI FL 33178 |
| WORLD FUEL SERVICES AMERICAS INC | ATTN: RONALD C. RILEY/AFTAB SALEEM 9800 N.W. 41ST STREET SUITE 400 MIAMI FL 33178 |
| WORLD FUEL SERVICES AMERICAS, INC. | 9800 N.W. 41ST STREET SUITE 400 MIAMI FL 33178 |
| WORLD WILDLIFE FUND, INC. | WORLD WILD LIFE FUND, U.S. HEADQUARTERS 1250 TWENTY-FOURTH STREET, N.W. P.O. BOX 97180 WASHINGTON DC 20090-7180 |
| WTC CTF LIBOR PLUS PORTFOLIO | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CIF II CITIGROUP EMERGING MARKETS DEBT PORTFOL | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CIF II STOCK MARKET PLUS PORTFOLIO | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CIF OPPORTUNISTIC FIXED PORTFOLIO | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CTF OPPORTUNISTIC FIXED PORTFOLIO | C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CTF OPPORTUNISTIC FIXED PORTFOLIO | ATTN: LEGAL SERVICES / DERIVATIVES C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CTF OPPORTUNISTIC FIXED PORTFOLIO | ATTN: SETTLEMENTS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CTF OPPORTUNISTIC FIXED PORTFOLIO | DERIVATIVE OPERATIONS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CTF OPPORTUNISTIC FIXED PORTFOLIO | LEGAL SERVICES / DERIVATIVES C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WTC-CTF OPPORTUNISTIC FIXED PORTFOLIO | SETTLEMENTS GROUP C/O WELLINGTON MANAGEMENT COMPANY, LLP 75 STATE STREET BOSTON MA 02019 |
| WUESTENROT BANK AG PFANDBRIEFBANK | ABT. FL IM TAMBOUR 1 LUDWIGSBURG 71630 GERMANY |
| WYOMING RETIREMENT FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| XAVERIAN BROTHERS HIGH SCHOOL | 800 CLAPBOARD BOARD STREET WESTWOOD MA 02090 |
| XAVIER UNIVERSITY | 3800 VICTORY PARKWAY CINCINNATI OH 45207-4521 |
| XCEL ENERGY INC MASTER PENSION TRUST | WESTERN ASSET MANAGEMENT CO. 385 E. COLORADO BLVD PASADENA CA 91101 |
| XCEL ENERGY INC MASTER PENSION TRUST | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| XCEL ENERGY INC. VOLUNTARY EMPLOYEES' BENEFICIARY | XCEL ENERGY INC. ATTN: GEORGE E. TYSON, II 414 NICOLLET MALL, 4TH FLOOR MINNEAPOLIS MN 55401 |
| XEROX PENSION SCHEME | 909 A STREET TACOMA WA 98402-5120 |
| XEROX PENSIONS LIMITED | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| XTO ENERGY INC | C/O K&L GATES LLP ATTN: ROBERT T. HONEYWELL & RICHARD S. MILLER 599 LEXINGTON AVE NEW YORK NY 10022 |
| XTO ENERGY INC | ATTN: MR. BRENT W. CLUM, VP & TREASURER 810 HOUSTON STREET FORT WORTH TX 76102 |
| YAKIMA-TIETON IRRIGATION DISTRICT | FOSTER PEPPER PLLC C/O JANE PEARSON 1111 THIRD AVENUE, SUITE 3400 SEATTLE WA 98101-3299 |
| YALE UNIVERSITY | VP AND GENERAL COUNSEL YALE UNIVERSITY NEW HAVEN CT 06520-8255 |
| YALE UNIVERSITY | VP AND GENERAL COUNSEL YALE UNIVERSITY NEW HAVEN CT 65208 |
| YALE-NEW HAVEN HOSPITAL | ONE CHURCH STREET, 1ST FLOOR NEW HAVEN CT 06510 |
| YALE-NEW HAVEN HOSPITAL | YALE NEW HAVEN HOSPITAL, INC ONE CHURCH STREET, 1ST FLOOR NEW HAVEN CT 06510 |
| YALE-NEW HAVEN HOSPITAL | ATTN: DONALD E. WAGGAMAN, JR.  / GEORGE VANVALKENB YALE NEW HAVEN HOSPITAL, INC ONE CHURCH STREET, 1ST FLOOR NEW HAVEN CT 06510 |

| Claim Name | Address Information |
|---|---|
| YANG MING MARINE TRANSPORT CORP. | 271 MING DE 1ST ROAD CHIDU KEELUNG TAIWAN, PROVINCE OF CHINA |
| YANGQUAN COAL INDUSTRY (GROUP) COMPANY LIMITED | 5 BEIDAXIJIE SHANXI YANGQUAN SHANXI 45000 CHINA |
| YAPI VE KREDI BANKASI AS | YAPI VE KREDI PLAZA D BLOK LEVENT ISTANBUL 34330 TURKEY |
| YASS VALLEY COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUAIRE TOWER 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| YES BANK LTD | TIECICON HOUSE, 2ND FLOOR, E. MOSES ROAD, MAHALAKSHMI, MUMBAI 400 011 INDIA |
| YETNIKOFF, WALTER | 181 EAST 90TH STREET - APT 24B NEW YORK NY 10128-2395 |
| YMCA OF GREATER ROCHESTER | HARRIS BEACH PLC 99 GARNSEY RD PITTSFORD NY 14534 |
| YMCA OF GREATER ROCHESTER | 444 EAST MAIN STREET ROCHESTER NY 14604-2595 |
| YMCA OF GREATER WORCESTER | YMCA OF CENTRAL MASSACHUSETS 766 MAIN STREET WORCESTER MA 01610 |
| YMCA RETIREMENT FUND | C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W- 1434 385 EAST COLORADO BLVD. PASADENA CA 91101 |
| YMCA RETIREMENT FUND (INC) | ATTN: GREGG POILLUCCI WESTERN ASSET MANAGEMENT CO. 117 EAST COLORADO BLVD PASADENA CA 91105 |
| YORK ASIAN OPPORTUNITIES MASTER FUND, L.P. | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, L.P. | YORK CREDIT OPPORTUNITIES FUND, L.P. C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, L.P. | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, L.P. | AS SUCCESSOR IN INTEREST TO PEQUOT COSMOS MASTER FUND, LTD. ATTN: DAVID CHARNIN 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, L.P. | AS SUCCESSOR IN INTEREST TO PEQUOT CREDIT OPPORTUNITIES FUND, L.P. ATTN: DAVID CHARNIN 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGMENT, L.P. | AS SUCCESSOR IN INTEREST TO PEQUOT SHORT CREDIT MASTER FUND LTD. ATTN: DAVID CHARNIN 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CITY SEWER AUTH   YORK PA | REED CONSTRUCTION DATA 30 TECHNOLOGY PARKWAY SOUTH SUITE 100 NORCROSS GA 30092 |
| YORK CREDIT OPPORTUNITIES FUND, L.P. | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL VALUE PARTNERS, L.P. | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK HOSPITAL | ATTN: VICE PRESIDENT FINANCE 1001 SOUTH GEORGE STREET YORK PA 17405 |
| YORK HOSPITAL PA | ATTN: SENIOR VP FINANCE/CFO 45 MONUMENT ROAD, SUITE 200 YORK PA 17403 |
| YORK HOSPITAL PA | 45 MONUMENT RD STE 200 YORK PA 17403 |
| YORK INVESTMENT LIMITED | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SELECT UNIT TRUST | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SELECT, L.P. | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YTTRI, THORA | UTSIKTEN 16 PORSGRUNN 3911 NORWAY |
| YUANTA COMMERCIAL BANK CO.,LTD | 9F., NO.66, SEC. 1, DUNHUA S. RD. SONGSHAN DISTRICT TAIPEI 10557 TAIWAN, PROVINCE OF CHINA |
| YUMA REGIONAL MEDICAL CENTER | 2400 S. AVENUE A YUMA AZ 85364 |
| ZACISDAMAN, L.L.C. | ATTN: MARC HAUSER TWO NORTH RIVERSIDE PLAZA SUITE 600 CHICAGO IL 60606 |
| ZAIS CL LTD | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX V-C LIMITED | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX VI-A LTD | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX VI-B LTD | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX VI-C LTD | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX VI-D LTD | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |

| Claim Name | Address Information |
|---|---|
| ZAIS MATRIX VI-F LTD | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS MATRIX VI-I LP | THE GALLERIA BUILDING #3, 2ND FLOOR 2 BRIDGE AVENUE RED BANK NJ 07701 |
| ZAIS SCEPTICUS FUND I LTD | C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE, THE GALLERIA BUILDING 3, 2ND FL RED BANK, NJ 07701 ATTN: SAMANTHA ECKSTEIN ATTN: ABEN |
| ZAIS SCEPTICUS FUND I LTD | ATTN: DENISE CROWLEY / ATTN: SAMANTHA ECKSTEIN C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE, THE GALLERIA BUILDING 3, 2ND FL RED BANK NJ 07701 |
| ZAIS SCEPTICUS FUND III LTD | C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE, THE GALLERIA BUILDING 3, 2ND FL RED BANK NJ 07701 |
| ZAIS SCEPTICUS FUND III LTD | ATTN: CHRIS KELLY, MD ZAIS GROUP, LLC 2 BRIDGE AVE, SUITE #322 RED BANK NJ 07701 |
| ZAIS ZEPHYR A-1 LTD | C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE THE GALLERIA BUILDING 3, 2ND FLOOR RED BANK NJ 07701 |
| ZAIS ZEPHYR A-1 LTD | RUSSELL PRICE C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE THE GALLERIA BUILDING 3, 2ND FLOOR RED BANK NJ 07701 |
| ZAIS ZEPHYR A-3, LTD. | ZAIS ZEPHYR A-3, LTD. C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZAIS ZEPHYR A-3, LTD. | C/O DEUTSCHE BANK (CAYMAN) LIMITED PO BOX 1984, BOUNDARY HALL CRICKET SQUARE GEORGE TOWN, GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| ZAIS ZEPHYR A-3, LTD. | C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE THE GALLERIA BUILDING 3, 2ND FLOOR RED BANK NJ 07701 |
| ZAIS ZEPHYR A-3, LTD. | ZAIS ZEPHYR A-3, LTD. C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZAIS ZEPHYR A-3, LTD. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA THE GALLERIA BUILDING 3, 2ND FLOOR NEW YORK NY 10004-1485 |
| ZAIS ZEPHYR A-3, LTD. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZAIS ZEPHYR A-5 LTD | RUSSELL PRINCE C/O ZAIS GROUP, LLC 2 BRIDGE AVENUE THE GALLERIA BUILDING 3, 2ND FLOOR RED BANK NJ 07701 |
| ZAIS ZEPHYR A-5 LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZ NEW YORK NY 10004-1485 |
| ZAIS ZEPHYR A-5 LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEELAND ALUMINIUM COMPANY AG | BAARERSTRASSE 63 ZUG 6300 SWITZERLAND |
| ZEELAND ALUMINUM COMPANY AG | BAARERSTRASSE 63 ZUG 6300 SWITZERLAND |
| ZEELAND ALUMINUM COMPANY AG | ZEELAND ALUMINUM COMPANY AG BAARERSTRASSE 63 ZUG 6300 SWITZERLAND |
| ZEELAND ALUMINUM COMPANY AG | JAMES O MOORE DECHERT LLP 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036-6797 |
| ZEPHYR RECOVERY 2004-1 LP | ZEPHYR RECOVERY 2004-1 LP C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-1 LP | ZEPHYR RECOVERY 2004-1 LP C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-1 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-2 LP | ZEPHYR RECOVERY 2004-2 LP C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-2 LP | ZEPHYR RECOVERY 2004-2 LP C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-2 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-3 LP | ZEPHYR RECOVERY 2004-3 LP C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-3 LP | ZEPHYR RECOVERY 2004-3 LP C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-3 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW |

| Claim Name | Address Information |
|---|---|
| ZEPHYR RECOVERY 2004-3 LP | YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-A LP | DEUTSCHE BANK (CAYMAN), LTD ELIZABETHAN SQUARE PO BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-A LP | ZAIS GROUP, LLC ATTN: RUSSELL PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-A LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-B LP | ZEPHYR RECOVERY II-B LP C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-B LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-C | ZEPHYR RECOVERY II-C LP C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-C | ZEPHYR RECOVERY II-C LP C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-C | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZIMBLER, ANDREW E. | 1214 FALLSMEAD WAY ROCKVILLE MD 20854-5533 |
| ZIRCON FINANCE  2007-5 | C/O ZIRCON FINANCE LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE 2007-6 | ATTN: ALASDAIR FOSTER C/O ZIRCON FINANCE LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LIMITED 2007-14 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED 2007-14 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. CONTROL: EMEA 243 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED C/O WALKERS SPV LIMITED | ZIRCON FINANCE LIMITED C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TANCHE B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TANCHE B | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE A | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE A | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCE CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL EN UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-10 | ATTN: MICHAEL J VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN SANAJAY JOBANPURTRA, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 247 NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-12 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LIMITED SERIES 2007-12 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. CONTROL: EMEA 248 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-13 | ATTN: SANAJAY JOBANPUTRA C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-13 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-15 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-15 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-16 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-16 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-17 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-17 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-18 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-18 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-19 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-19 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-2 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-2 | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: SANAJAY JOBANPUTRA -VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-5 | ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-5 | ATTN: MICHAEL J VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-6 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-6 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. CONTROL: EMEA 258 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-8 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LIMITED SERIES 2007-8 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-9 | ATTN: ALASDAIR FOSTER C/O ZIRCON FINANCE LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LIMITED SERIES 2007-9A | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-9A | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-9B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-9B | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LTD SERIES 2007-1 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD SERIES 2007-12 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD SERIES 2007-13 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD SERIES 2007-14 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD SERIES 2007-15 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD SERIES 2007-16 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD SERIES 2007-17 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD SERIES 2007-18 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD SERIES 2007-19 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD SERIES 2007-2 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD SERIES 2007-8 | ATTN: DIRECTORS WALKERS SPV LIMITED WALKER HOUSE GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZURCHER KANTONALBANK | BAHNHOFSTRASSE 9 CH-8001 ZURICH ATTN: DOCUMENTATION TRADING PRODUCTS, ATTN: IBD, INVESTMENT SWITZERLAND |
| ZURCHER KANTONALBANK | ATTN:ESTHER KUONI & ROGER BACHMANN BAHNHOFSTRASSE 9 ZURICH CH-8001 SWITZERLAND |
| ZURCHER KANTONALBANK | ATTN: DOCUMENTATION TRADING PRODUCTS, ATTN: IBD, INVESTMENT BAHNHOFSTRASSE 9 ZURICH CH-8001 SWITZERLAND |
| ZURCHER KANTONALBANK | MICHAEL J. CANNING & ANTHONY BOCCANFUSO ARNOLD & PORTER LLP 399 PARK AVE 34TH FLOOR NEW YORK NY 10022 |
| ZURICH CAPITAL MARKETS INC | MICHAEL INDERBITZIN, ESQ. ZURICH NORTH AMERICA LEGAL 105 EAST 17TH STREET NEW YORK NY 10003 |
| ZURICH CAPITAL MARKETS INC | ATTN: CEO ONE LIBERTY PLAZA 165 BROADWAY NEW YORK NY 10006 |
| ZURICH CAPITAL MARKETS INC | SHELLEY C. CHAPMAN, ESQ WILLKIE FARR & GALLAGHER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ZURICH CAPITAL MARKETS INC | 370 17TH STREET, SUITE 3900 DENVER CO 80202 |
| ZURICH/SCUDDER MANAGED MUNICIPAL BONDS | DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC. 345 PARK AVENUE NEW YORK NY 10154 |
| ZURICH/SCUDDER MANAGED MUNICIPAL BONDS | C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| ZURICH/SCUDDER MASSACHUSETTS TAX FREE FUND | C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| ZURICH/SCUDDER MASSACHUSETTS TAX FREE FUND | CHAPIN MICHAEL C/O ZURICH SCUDDER INVESTMENTS TWO INTERNATIONAL PLACE BOSTON MA 02110 |
| ZWINGER OPCO 6 BV | ZWINGER OPCO 6 BV STRAWINSKYLAAN 1161 NOORD-HOLLAND, NETHERLANDS AMSTERDAM 1077 NETHERLANDS |

| Claim Name | Address Information |
|---|---|
| ZWINGER OPCO 6 BV | C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJESSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLANN 1161 AMSTERDAM 1077 NETHERLANDS |
| ZWINGER OPCO 6 BV | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |

**Total Creditor count  12774**

| Claim Name | Address Information |
|------------|---------------------|
| 3G FUND LP | 800 THIRD AVENUE, 31ST FLOOR NEW YORK NY 10022 |
| AARE-TESSIN AG FUR ELEKTRIZITAET | ATTN:RETO RAMSTEIN, CONTRACT MANAGER BAHNHOFQUAI 12 OLTEN 4601 CH |
| AARE-TESSIN AG FUR ELEKTRIZITAET | ATTN:RETO RAMSTEIN BAHNHOFQUAI 12 OLTEN 4601 CH |
| ABAXBANK S.P.A. | ATTN:LEGAL DEPARTMENT CORSO MONFORTE 34 MILANO 20122 IT |
| ABERDEEN ASSET MANAGEMENT INC. | ATTN:LEGAL COUNSEL ONE BOW CHURCHYARD LONDON EC4M9HH GB |
| ABERDEEN ASSET MANAGEMENT INC. | ATTN:LEGAL COUNSEL 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT INVESTMENT SERVICES LTD | ATTN:LEGAL COUNSEL ONE BOW CHURCHYARD LONDON EC4M9HH GB |
| ABERDEEN ASSET MANAGEMENT INVESTMENT SERVICES LTD | ATTN:LEGAL COUNSEL 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN ASSET MANAGEMENT PLC | ATTN:LEGAL COUNSEL ONE BOW CHURCHYARD LONDON EC4M9HH GB |
| ABERDEEN ASSET MANAGEMENT PLC | ATTN:LEGAL COUNSEL 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABERDEEN FUND MANAGEMENT LIMITED | ATTN:LEGAL COUNSEL ONE BOW CHURCHYARD LONDON EC4M9HH GB |
| ABERDEEN FUND MANAGEMENT LIMITED | ATTN:LEGAL COUNSEL 1735 MARKET STREET, 37TH FLOOR PHILADELPHIA PA 19103 |
| ABSA BANK LIMITED | ATTN:LEGAL - DOCUMENTATION MANAGEMENT 15 ALICE LANE, GROUND FLOOR PRIVATE BAG X10056 SANDOWN, SANDTON 2196 ZA |
| ABSA BANK LIMITED | ATTN:LEGAL - DOCUMENTATION MANAGEMENT ABSA BANK LIMITED 15 ALICE LANE, GROUND FLOOR SANDOWN, SANDTON 2196 ZA |
| ABSOLUTE SOFTWARE CORPORATION | ATTN:CHAD MCCARTHY SUITE 1600, FOUR BENTALL CENTRE 1055 DUNSMUIR STREET PO BOX 49211 VANCOUVER BC V7X 1K8 CA |
| ACTS AERO TECHNICAL SUPPORT &SERVICES INC | ATTN:NICHOLAS VANASSE,VP CHIEF LEGAL OFFICER & CORP. SECURITY AVEOS FLEET PERFORMANCE INC. 2311 ALFRED-NOBEL BOULEVARD, SUITE 400 SAINT - LAURENT QC H4S 2B6 CANADA |
| ADDAMS COUNTY, CO. | ATTN:JIM ROBINSON C/O ADAMS COUNTY, COLORADO 450 SOUTH 4TH STREET BRIGHTON CO 80601 |
| AECO HAS STORAGE PARTNERSHIP | (NISKA GS HOLDINGS,I,LP ATTN:DAVID BRYNLUND 400 - 607 8TH AVE SW CALGARY AB T2P 0A7 CANADA |
| ALLEGHENY ENERGY SUPPLY COMPANY, LLC | ATTN:CONTRACT ADMINISTRATION 800 CABIN HILL DR. GREENSBURG PA 15601 |
| ALPHA BANK AE | ATTN:FINANCIAL MARKETS, GROUP PLANNING DIVISION 40 STADIOU STREET ATHENS 102 52 GR |
| ALPHADYNE INTERNATIONAL MASTER FUND, LTD. | ATTN:MIKE POLO, COO C/O ALPHDYNE ASSET MANAGEMENT LLC 17 STATE STREET, 20TH FLOOR NEW YORK NY 10004 |
| ALSTON & BIRD LLP | COUNSEL FOR BANK OF AMERICA ATTN: MARTIN G. BUNIN, CRAIG E. FREEMAN, WILLIAM HAO 90 PARK AVENUE NEW YORK NY 10016 |
| ALSTON & BIRD LLP | COUNSEL FOR BANK OF AMERICA ATTN: JOHN C. WEITNAUER, ESQ. 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| AMERICAN AIRLINES, INC. | ATTN:K. HELEN YU P.O. BOX 619616 MD 5675 DFW AIRPORT TX 75261 |
| AMERICAN BAPTIST HOMES OF THE WEST | ATTN:DAVID A. GRANT, SVP & GENERAL COUNSEL 6120 STONERIDGE MALL RD. 3RD FLOOR PLEASANTON CA 94588 |
| AMTD STRATEGIC CAPITAL LIMITED | ATTN:RUSKIN CHOW, SR VP, BUSINESS DEVELOPMENT ROOM 2501-2053, 25/F WORLD TRADE CENTRE 280 GLOUCESTER ROAD CAUSEWAY BAY HK |
| ANCILLA SYSTEMS INCORPORATED | ATTN:TONI MOLA / FREDERICK F. ARAND 1419 SOUTH LAKE PARK AVENUE HOBART IN 46342 |
| ANDREWS KURTH LLP | ATTORNEY FOR EPCO HOLDINGS, INC. ATTN: PETER GOODMAN 450 LEXINGTON AVE., 15TH FLOOR NEW YORK NY 10017 |
| ANZ NATIONAL BANK LIMITED | ATTN:KATRINA WRIGHT, ASSOCIATE GENERAL COUNSEL ANZ CENTRE, P.O. BOX 92210 23-29 ALBERT STREET, LEVEL 21 AUCKLAND NZ |
| AOZORA BANK, LTD | ATTN:TREASURY FUNDING DIVISION 3-1, KUDAN, MINAMI 1-CHOME CHIYODA-KU TOKYO 1028660 JP |
| AOZORA BANK, LTD | ATTN:ROBERT G. MINION, RICHARD BERNSTEIN / MICHAEL LESTINO C/O LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| APPALACHIAN ASSET MANAGEMENT CO. | HEAD OFFICE 745 SEVENTH AVENUE, 5TH FLOOR NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| APPALACHIAN ASSET MANAGEMENT CO. | HEAD OFFICE 200 VESEY STREET 7TH FL NEW YORK NY 10285 |
| ARDEN ASSET MANAGEMENT LLC | ATTN:DOV LANDO, GENERAL COUNSEL 375 PARK AVENUE, 32ND FLOOR NEW YORK NY 10152 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | ATTN:DAVID SACHS / CLAIRE GIBBS C/O ARES MANAGEMENT LLC 2000 AVENUE OF THE STARS, 12TH FLOOR LOS ANGELES CA 90067 |
| ARLIGNTON PARTNERS LP | ATTN:MICHAEL LINDSAY, ASST VP, ASSET MANAGEMENT WELLS FARGO BANK, NA 2010 CORPORATE RIDGE, SUITE 1000 MCLEAN VA 22102 |
| ARLIGNTON PARTNERS LP | ATTN:MARK B. WILSON, CHIEF FINANCIAL OFFICER THE PARK COMPANIES 124 ONE MADISON PLAZA, SUITE 1500 MADISON MS 39110 |
| AUSTIN CAPITAL MANAGEMENT | ATTN:JUNE CHUNG KEYCORP 127 PUBLIC SQUARE OH-01-27-0200 CLEVELAND OH 44114-1306 |
| AUSTIN CAPITAL MANAGEMENT | ATTN:RYAN MACDONALD 5000 PLAZA ON THE LAKE BOULEVARD, SUITE 250 AUSTIN, TEX AS 78746 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD (ANZ) | ATTN:ALEXANDRA FOGARTY, ASSOCIATE DIRECTOR ANZ BANKING GROUP LTD 100 QUEEN STREET, LEVEL 3 MELBOURNE VIC 3000 AU |
| AUSTRIALIAN SUPER | ATTN:JASON COTTER LEVEL 33 50 LONSDALE STREET MELBOURNE VIC 3000 AU |
| AZIENDA ELETTRICA TICINESE | ATTN:AVV. FLAVIA GRASSI VIALE OFFICINA 10 BELLINZONA 6500 CH |
| BAKER & MCKENZIE LLP | ATTORNEYS FOR PORTFOLIO GREEN GERMAN CMBS GMBH ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BAKER & MCKENZIE LLP | ATTYS FOR LINCORE LIMITED,E-CAPITAL PROFITS LTD & CHEUNG KONG BOND FINANCE LIMITED ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BAKER & MCKENZIE LLP | ATTORNEYS FOR PORTFOLIO GREEN GERMAN CMBS GMBH ATTN: CARMEN H. LONSTEIN ONE PRUDENTIAL PLAZA, SUITE 3500 130 EAST RANDOLPH DRIVE CHICAGO IL 60601 |
| BAKER & MCKENZIE LLP | ATTYS FOR LINCORE LIMITED,E-CAPITAL PROFITS LTD & CHEUNG KONG BOND FINANCE LIMITED ATTN: CARMEN H. LONSTEIN ONE PRUDENTIAL PLAZA, SUITE 3500 130 EAST RANDOLPH DRIVE CHICAGO IL 60601 |
| BALL ASIA PACIFIC LIMITED | ATTN:COLIN HEDLEY/ VICE PRESIDENT OF FINANCE UNITS 1612-1618 TOWER I GRAND CENTURY PLACE 193 PRINCE EDWARD ROAD WEST MONGKOK, KOWLOON, HONG KONG MONGKOK HK |
| BALL ASIA PACIFIC LIMITED | ATTN:GENERAL COUNSEL; JEFF KNOBEL C/O BALL CORPORATION 10 LONGS PEAK DRIVE BROOMFIELD CO 80021 |
| BALL CORPORATION | ATTN:GENERAL COUNSEL 10 LONGS PEAK DRIVE BROOMFIELD CO 80021 |
| BALL CORPORATION | ATTN:JEFF KNOBEL 10 LONGS PEAK DRIVE BROOMFIELD CO 80021 |
| BANCA INTERMOBILIARE DI INVESTIMENTI E GESTIONI SP | ATTN:LEGAL DEPARTMENT, STEFANO BALLARINI VIA GRAMSCI 7 TORINO 10121 IT |
| BANCA ITALEASE S.P.A. | ATTN:SANDRO MARUCCI VIA CINCO DEL DUCA N. 12 MILLAN 20122 IT |
| BANCA POPOLARE DELL EMILLA ROMAGNA SOC. COOP. | ATTN:UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA 41100 IT |
| BANCA POPOLARE DI VICENZA S.C.P.A. | ATTN:FINANCIAL DIVISON, DOCUMENTATION UNIT CORSO COMO 15 MILANO 20154 IT |
| BANCA REALE S.P.A. | ATTN:RACHELE FRANCA SFORZA CORSO VITTORIO EMANUELE 101 TORINO 10128 IT |
| BANCAJA GARANTIZADO 14, FI | ATTN:MIGUEL ANGEL RECUENCO GOMECELLO C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 ES |
| BANCAJA GARANTIZADO 14, FI | ATTN:ALVARO SAAVEDRA LOPEZ C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 ES |
| BANCAJA GARANTIZADO 15, FI | ATTN:MIGUEL ANGEL RECUENCO GOMECELLO C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 ES |
| BANCAJA GARANTIZADO 15, FI | ATTN:ALVARO SAAVEDRA LOPEZ C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 ES |
| BANCAJA GARANTIZADO RENTA VARIABLE 10 FI | ATTN:MIGUEL ANGEL RECUENCO GOMECELLO C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 ES |
| BANCAJA GARANTIZADO RENTA VARIABLE 10 FI | ATTN:ALVARO SAAVEDRA LOPEZ C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 ES |
| BANCO ESPIRITO SANTO DE INVESTIMENTO SA | ATTN:PATRICIA GOLDSCHMIDT, LEGAL DEPARTMENT EDIFICIO QUARTZO RUA ALEXANDRE HERCULANO, 38 LISBOA 1269-161 PT |

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD. | ATTN:DR. MICHAEL GERNY / P. ROOS LEGAL PRODUCTS & SERVICES (POFC) P.O. BOX MORGANENSTRASSE 1 ZURICH CH-8010 CH |
| BANKOF CHINA LIMITED | ATTN:TREASURY DEPARTMENT / LEGAL & COMPLIANCE DEPT 1 FUXINGMEN NEJ DAJIE BEIJING 100818 CN |
| BARCLAYS BANK PLC | ATTN:NICK WEBB 5 THE NORTH COLONNADE CANARY WHARF LONDON E14 4BB GB |
| BEAR STEARNS BANK PLC | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |
| BEAR STEARNS BANK PLC | ATTN:ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS CREDIT PRODUCTS INC | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |
| BEAR STEARNS CREDIT PRODUCTS INC | ATTN:ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| BEAR STEARNS FOREX INC. | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |
| BEAR, STEARNS INTERNATIONAL LIMITED | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |
| BG INTERNATIONAL LIMITED | ATTN:REBECCA TOMALIN,UK CREDIT MGR & NICK TYLER, LEGAL COUNSEL 100 THAMES VALLEY PARK DRIVE READING, BERKS RG6 1PT GB |
| BKW FMB ENERGIE AG | ATTN:LEGAL COUNSEL TRADING VIKTORIAPLATZ 2 BERNE 25 CH-3000 CH |
| BLANK ROME LLP | ATTORNEYS FOR BANCA ITALEASE S.P.A. ATTN: ANDREW B. ECKSTEIN, ROCCO A. CAVALIERE 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| BLANK ROME LLP | ATTORNEYS FOR ITALEASE FINANCE S.P.A. ATTN: ANDREW B. ECKSTEIN, ROCCO A. CAVALIERE 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| BLANK ROME LLP | ATTORNEYS FOR THE NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY ATTN: ANDREW B. ECKSTEIN, ROCCO A. CAVALIERE THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| BNL OBBLIGAZIONI EMERGENTI | RE BNP PARIBAS ASSET MGMT 5 AVENUE KLEBER PARIS 75116 FRANCE |
| BONDI BEACHSIDE PTY LIMITED | ATTN:GIL BARON C/O BARON + ASSOCIATES 66 HUNTER STREET, LEVEL 7 SYDNEY NSW 2000 AU |
| BONDI BEACHSIDE REBEL PTY LIMITED | ATTN:GIL BARON C/O BARON + ASSOCIATES 66 HUNTER STREET, LEVEL 7 SYDNEY NSW 2000 AU |
| BONDI BEAHSIDE HOLDINGS PTY LIMITED | ATTN:GIL BARON C/O BARON + ASSOCIATES 66 HUNTER STREET, LEVEL 7 SYDNEY NSW 2000 AU |
| BP GAS MARKETING LIMITED | ATTN:FIONA CROSS, LEGAL DEPARTMENT / LINDA BERGER 20 CANADA SQUARE CANARY WHARF LONDON E14 5NJ GB |
| BRADFORD & BINGLEY PLC | ATTN:DIRECTOR OF TREASURY & WHOLESALE BANKING PO BOX 88 CROFT ROAD CROSSFLATTS BINGLEY WEST YORKSHIRE BD16 2UA GB |
| BRE BANK SA | ATTN:MATTHEW P. MORRIS, PARTNER 18 SENATORSKA STREET P.O. BOX 728 WARSWAWA 00-950 PL |
| BRE BANK SA | ATTN:MATTHEW P. MORRIS, PARTNER LOVELLS LLP 590 MADISON AVEUE NEW YORK NY 10022 |
| BREVAN HOWARD MASTER FUND LIMITED | ATTN:ALEX UNDERWOOD, GENERAL COUNSEL C/O BREVAN HOWARD ASSET MANAGEMENT, LLP ALMACK HOUSE, 2ND FLOOR 28 KING STREET LONDON SW1Y 6XA GB |
| BREVAN HOWARD MASTER FUND LIMITED | ATTN:ALEX UNDERWOOD, GENERAL COUNSEL C/O BREVAN HOWARD ASSET MANAGEMENT, LLP 55 BAKER STREET LONDON W1U 8EW GB |
| BRIDGEWATER ASSOCIATES, INC. | ATTN:COUNTERPARTY & CLIENT RELATIONS ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRITISH ENERGY TRADING AND SALES LIMITED | ATTN:THE COMPANY SECRETARY GSO BUSINESS PARK EAST KILBRIDE G74 5PG GB |
| BROOKHAVEN AT LEXINGTON | ATTN:LISA GILLISSEN, DIRECTOR OF FINANCE C/O SYMMES LIFE CARE, INC 1010 WALTHAM ST. SUITE 600 LEXINGTON MA 02421-8052 |
| CAAM GLOBAL BOND FUND | ATTN:JENNY SOFIAN, WINSTON THNG 168 ROBINSON ROAD, NO. 22-03 CAPITAL TOWERS 68912 SG |

| Claim Name | Address Information |
|---|---|
| CAAM GLOBAL BOND FUND | ATTN: WINSTON THNG CREDIT AGRICOLE ASSET MANAGEMENT SINGAPORE LIMITED 168 ROBINSON ROAD, NO. 22-03 CAPITAL TOWERS 68912 SG |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTORNEYS FOR CITIGROUP INC. ATTN: DERYCK A. PALMER, JOHN J. RAPISARDI, GEORGE A. DAVIS, ANDREW TROOP, ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CAIXA SABADELL | ATTN: MERTIXWELL OLIVE, MGR, GLOBAL RISK CONTROL DEPT CAIXA D'ESTALVIS DE SABADELL CALLE GRACIA 17 SABADELL 8201 ES |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | ATTN: JAMES K. OPENSHAW, SENIOR STAFF COUNSEL CALIFORNIA ENERGY RESOURCES SCHEDULING PO BOX 219001 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95821-9001 |
| CANYON COUNTRY COMMUNITIES, L.P. | ATTN: CHRISTIAN D. DUBOIS C/O PILLSBURY WINTHROP SHAW PITTMAN, LLP 50 FREMONT STREET SAN FRANCISCO CA 94105-2228 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | ATTN: LEGAL GROUP; MARK GONZALEZ C/O CAPSTONE INVESTMENT ADVISORS, LLC 44 WALL STREET, 4TH FLOOR NEW YORK NY 10005 |
| CAROLINA FIRST BANK | ATTN: MIKE FOWLER, TREASURER 104 SOUTH MAIN STREET GREENVILLE SC 29601 |
| CASSA DEPOSITI E PRESTITI SPA | ATTN: AREA LEGALE AND DIREZIONE FINANZA VIA GOITO 4 ROME 185 IT |
| CASTLESTONE MANAGEMENT | ATTN: MRS. JANE LINNEY 2ND FLOOR, NICOLA JANE HOUSE SOUTHERN GATE TERMINUS ROAD CHICHESTER PO19 8SE GB |
| CHAPMAN AND CUTLER LLP | ATTORNEYS FOR BANK OF MONTREAL JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHEROKEE WATER & SEWAGE AUTHORITY | ATTN: JANICE HENDERSON, DIR. OF FINANCE/ADMIN. PO BOX 5000 CANTON GA 30114 |
| CHINATRUST COMMERCIAL BANK | ATTN: LEGAL DEPARTMENT 16F., NO. 3, SONGSHOU ROAD XINYI DISTRICT TAIPEI CITY 110 110 TW |
| CHRISTIAN CARE RETIREMENT APARTMENTS, INC. | ATTN: JOHN NORRIS, CEO 2002 WEST SUNNYSIDE DRIVE P.O. BOX 83210 PHOENIX AZ 85071-3210 |
| CITY OF AUSTIN D/B/A AUSTIN ENERGY | ATTN; BRENT HARSHMAN, ASSISTANT CITY ATTORNEY TOWN LAKE CENTER 721 BARTON SPRINGS ROAD AUSTIN TX 78704 |
| COLBY-SAWYER COLLEGE | ATTN: DOUGLAS W. LYON, TREASURER 541 MAIN STREET NEW LONDON NH 03257-7835 |
| COMMERZBANK AG | ATTN: JOACHIM BALLERSTAEDT GLOBAL INTENSIVE CARE RELATIONSHIP INTERNATIONAL FRANKFURT AM MAIN 60261 DE |
| CONECTIV ENERGY SUPPLY INC | ATTN: CONTRACTS MANAGER [BY COURIER] 300 NORTH WAKEFIELD DRIVE NEWARK DE 19702 |
| CONECTIV ENERGY SUPPLY INC | ATTN: CONTRACTS MANAGER PO BOX 6066 NEWARK DE 19702 |
| COUNTRYWIDE BANK FSB | ATTN: CONTE KATHLEEN TREASURY BANK, NATIONAL ASSOC 4500 PARK GRANADA MAIL STOP CH-20 CALABASAS CA 91302 |
| COUNTRYWIDE HOME LOANS INC | ATTN: PAUL NEWMAN 4500 PARK GRANADA MS CH 20B CALABASAS CA 91302 |
| COUNTY OF SONOMA PENSION OBLIGATION BONDS, | SERIES 1993 ATTN: JONATHAN KADLEC, REVENUE & DEBT COLLECTOR SONOMA CTY AUDITOR-CONTROLLER/TREASURER-TAX COLL PO BOX 3879 SANTA ROSA CA 95403 |
| COUNTY OF SONOMA PENSION OBLIGATION BONDS, | SERIES 1993 ATTN: CATHY PATTON SONOMA CTY AUDITOR-CONTROLLER/TREASURER-TAX COLL PO BOX 3879 SANTA ROSA CA 95403 |
| CTC MASTER FUND LTD. | ATTN: JOSEPH HARRIMAN 141 W. JACKSON BOULEVARD, SUITE 800 CHICAGO IL 60604 |
| DAIWA SECURITIES SMBC CO. LTD. | ATTN: DERIVATIVE ADMINISTRATION SECTION GRAN TOKYO NORTH TOWER, 27TH FLOOR 9-1 MARUNOUCHI 1-CHOME CHIYODA-KU TOKYO 100-3753 JP |
| DAVID L. JACOBSON | ATTN: DAVID L. JACOBSON 67611 HIGHWAY 210 MAXWELL IA 50161 |
| DE 'LONGHI CAPITAL SERVICES S.R.L | ATTN: FABIO DE 'LONGHI - DIREZIONE TESORERIA DE 'LONGHI CAPITAL SERVICES S.R.L VIA LODOVICO SEITZ, 47 TREVISO 31100 IT |
| DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD (BV) | ATTN: MR. JOSEPH LUCAS SPECIALTY FUND MANAGEMENT SERVICES LLC 3600 SOUTH LAKE DRIVE MILWAUKEE WI 53235 |
| DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. | ATTN: MR. JOSEPH LUCAS SPECIALTY FUND MANAGEMENT SERVICES LLC 3600 SOUTH LAKE DRIVE MILWAUKEE WI 53235 |
| DEEPHAVEN EVENT TRADING LTD | ATTN: MR. JOSEPH LUCAS SPECIALTY FUND MANAGEMENT SERVICES LLC 3600 SOUTH LAKE DRIVE MILWAUKEE WI 53235 |
| DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD | ATTN: MR. JOSEPH LUCAS SPECIALTY FUND MANAGEMENT SERVICES LLC 3600 SOUTH LAKE DRIVE MILWAUKEE WI 53235 |
| DEEPHAVEN INTERNATIONAL CONVERTIBLE | ATTN: MR. JOSEPH LUCAS SPECIALTY FUND MANAGEMENT SERVICES LLC 3600 SOUTH LAKE |

| Claim Name | Address Information |
|---|---|
| TRADING LTD. | DRIVE MILWAUKEE WI 53235 |
| DELL GLOBAL BV | ATTN:SCOTT J. DEPTA, SENIOR CORPORATE COUNSEL ONE DELL WAY – RR1 – 59 ROUND ROCK TX 78682 |
| DELL PRODUCTS LP | ATTN:SCOTT J. DEPTA, SENIOR CORPORATE COUNSEL ONE DELL WAY – RR1 – 59 ROUND ROCK TX 78682 |
| DEPFA ACS BANK | ATTN:JOAN DOYLE 1 COMMONS STREET IFSC DUBLIN 1 IE |
| DEPFA BANK PLC | ATTN:JOAN DOYLE 1 COMMONS STREET IFSC DUBLIN 1 IE |
| DEUTSCHE LUFTHANSA AG | ATTN:STEFAN KUPER, FRA CJ/W LUFTHANSA AVIATION CENTER AIRPORTING FRANKFURT/MAIN 60546 DE |
| DEUTSCHE POSTBANK AG | ATTN:TRANSACTION MANAGEMENT CAPITAL MARKETS KENNEDYALLEE 62-70 BONN D – 53175 DE |
| DEXIA BANK BELGIUM | ATTN:KARINE DRIESEN, LEGAL DEPARTMENT DEXIA BANQUE BELGIQUE BOULEVARD PACHECO, 44 BRUXELLES 1000 BE |
| DEXIA BANQUE INTERNATIONALE A LUXEMBOURG SA | ATTN:M. JEAN – NICOLAS DURAND DEXIA BANQUE INTERNATIONALE A LUXEMBURG CONSEILS JURIDIQUES LEGAL DEPARTMENT PLM + 218 D 69 D'ESCH L-2953 LU |
| DEXIA CREDIOP S.P.A. | ATTN:SEGRETERIA GENERALE,EDOARDO BARATELLA, RAFFAELLA PIVA; VIA VENTI SETTEMBRE N. 30 ROME 00187 IT |
| DEXIA CREDIT LOCAL | ATTN:PIERRE- GUILLAUME VEAUX DEXIA ASSET MANAGEMENT WASHINGTON PLAZA – 40 RUE WASHINGTON PARIS 75008 FR |
| DEXIA CREDIT LOCAL | ATT:VIRGINIE GUERIN-BAECHELEN/DOMINIQUE HAUDIQUERT DIRECTION JURIDIQUE 1, PASSERELLE DES REFLETS TOUR DEXIA LA DEFENSE 2 TSA 92202 LA DEFENSE CEDEX 92919 FR |
| DEXIA KOMMUNALKREDIT BANK AG | ATT:VIRGINIE GUERIN-BAECHELEN/DOMINIQUE HAUDIQUERT C/O DEXIA CREDIT LOCAL DIRECTION JURIDIQUE 1, PASSERELLE DES REFLETS TOUR DEXIA LA DEFENSE 2 TSA 92202 LA DEFENSE CEDEX 92919 FR |
| DEXIA MUNICIPAL AGENCY | ATT:VIRGINIE GUERIN-BAECHELEN/DOMINIQUE HAUDIQUERT DIRECTION JURIDIQUE 1, PASSERELLE DES REFLETS TOUR DEXIA LA DEFENSE 2 TSA 92202 LA DEFENSE CEDEX 92919 FR |
| DISTRICT OF COLUMBIA | ATTN:LASANA K MACK OFFICE OF FINANCE AND TREASURY 1275 K. STREET NW, SUITE 600 WASHINGTON DC 20005 |
| DIVERSIFIED BOND PORTFOLIO OF | THE PRUDENTIAL SERIES FUND ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| DIVERSIFIED BOND PORTFOLIO OF | THE PRUDENTIAL SERIES FUND ATTN:LAW DEPARTMENT C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC 2 GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| DOCTORS PENSION FUND SERVICES | ATTN:PAUL VERMEULEN,HEAD OF MID OFFICE INVESTMENTS STICHING PENSIOENFUNDS VOOR HUISARTSEN NEWTONLAAN 71-77 POSTBUS 85344 UTRECHT 3508 AH NL |
| DRYDEN GLOBAL TOTAL RETURN FUND, INC. | ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| DRYDEN GLOBAL TOTAL RETURN FUND, INC. | ATTN:LAW DEPARTMENT C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC 2 GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| DRYDEN HIGH YIELD FUND, INC | ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| DRYDEN HIGH YIELD FUND, INC | ATTN:LAW DEPARTMENT C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC 2 GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| DRYDEN TOTAL RETURN BOND FUND INC | ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| DRYDEN TOTAL RETURN BOND FUND INC | ATTN:LAW DEPARTMENT C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC 2 GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| DUANE MORRIS LLP | ATTORNEYS FOR NATL AGRICULTURAL COOPERATIVE FED. ATTN: LAWRENCE J. KOTLER, JOHN DELLAPORTAS, JUNGHYE JUNE YEUM 1540 BROADWAY NEW YORK NY 10036 |
| DUFFY & ATKINS LLP | ATTORNEYS FOR S. MISSISSIPPI ELECTRIC POWER ASSOC AND COAST ELECTRIC POWER ASSOCIATION ATTN: TODD E. DUFFY, JAMES E. ATKINS, DENNIS J. NOLAN SEVEN PENN PLAZA, SUITE 420 NEW YORK NY 10001 |

| Claim Name | Address Information |
|---|---|
| DUKE ENERGY INDIANA, INC (F/K/A PSI ENERGY, INC) | 139 E. FOURTH STREET, EA 503 CINCINNATI OH 45201 |
| DUKE ENERGY INDIANA, INC (F/K/A PSI ENERGY, INC) | ATTN:RHODA WILLIAMS 221 E. FOURTH STREET AT- II 5TH FLOOR CINCINNATI OH 45202 |
| DUKE ENERGY INDIANA, INC. | ATTN:RHODA WILLIAMS, MANAGER, CONTRACT MGMT. 139 EAST FOURTH STREET, EA 606 CINCINNATI OH 45201-0960 |
| DZ BANK AG | ATTN:MARKUS EISENBURGER PLATZ DER REPUBLIK FRANKFURT AM MAIN 60265 DE |
| DZ BANK IRELAND PLC | ATTN:MARK JACOB GUILD HOUSE, GUILD STREET I.F.S.C. DUBLIN 1 IE |
| EASTERN CONNECTICUT HEALTH NETWORK INC. | ATTN:LLOYD PELLETIER 71 HAYNES STREET MANCHESTER CT 06040-4131 |
| EASTERN MAINE HEALTHCARE | ATTN:DANIEL B. COFFEY, EVP THE CIANCHETTE BUILDING 43 WHITING HILL ROAD, SUITE 500 BREWER ME 04412 |
| EATON VANCE MANAGEMENT | ATTN:FREDERICK S. MARIUS EATON VANCE MANAGEMENT TWO INTERNATIONAL PLACE, 6TH FLOOR BOSTON MA 02110 |
| EDF TRADING MARKETS LIMITED | ATTN:SENIOR ADMINISTRATIVE OFFICER CARDINAL PLACE, 3RD FLOOR 80 VICTORIA STREET LONDON SW1E 5JL GB |
| EFG EUROBANK ERGASIAS SA | ATTN:JEFFREY RICH K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EIDESIS CAPITAL MASTER FUND LITD | ATTN:GREGORY SONIS C/O EIDESIS STRUCTURED CREDIT FUND GP, LLC 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC MARKET OPPORTUNITIES LTD. | ATTN:GREGORY SONIS C/O EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT LLC 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD. | ATTN:GREGORY SONIS C/O EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT LLC 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD. | ATTN:GREGORY SONIS C/O EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT LLC 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| ELLIOTT ASSOCIATES, L.P. | ATTN:ELLIOT GREENBERG C/O ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | ATTN:MATTHEW J. GOLD KLEINBERG, KAPLAN, WOLFF & COHEN, PC 551 FIFTH AVENUE NEW YORK NY 10176 |
| ELLIOTT INTERNATIONAL, L.P. | ATTN:ELLIOT GREENBERG C/O ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | ATTN:MATTHEW J. GOLD KLEINBERG, KAPLAN, WOLFF & COHEN, PC 551 FIFTH AVENUE NEW YORK NY 10176 |
| ELWYN, INC | ATTN:DANIEL M. REARDON, VP, CFO 111 ELWYN ROAD MEDIA PA 19063 |
| EMC CORPORATION | ATTN:HEATHER SALBER 176 SOUTH STREET HOPKINTON MA 01748 |
| EMIRATES NATIONAL OIL COMPANY (SINGAPORE) | PRIVATE LIMITED ATTN:MID OFFICE MANAGER 3 TEMASEK AVENUE #24-02 CENTENNIAL TOWER SINGAPORE 39190 SG |
| ENI S.P.A. | ATTN:CHIEF COUNSEL FINANCE CAPITAL MARKET AND LEGAL DEPARTMENT COORDINATION PIAZZALE ENRICO MATTEI 1 ROMA 00144 IT |
| ENI S.P.A. | ATTN:FINANCE FINANCE PIAZZA EZIO VANONI 1 SAN DONATO, MILANESE (MI) 20097 IT |
| ENI UK LIMITED | ATTN:SUZANNE C. BELL, SENIOR LEGAL COUNSEL NORTH SEA GAS & POWER ENI UK LIMITED, ENI HOUSE 10 EBURY BRIDGE ROAD LONDON SW1W 8PZ GB |
| EPISCOPAL HOMES FOUNDATION | ATTN:BILL TANNER, VP / FUND DEVELOPMENT EPISCOPAL SENIOR COMMUNITIES 2185 N/ CALIFORNIA BOULEVARD, SUITE 575 WALNUT CREEK CA 94596 |
| ERSTE EUROPAISCHE PFANDBRIEF- | UND KOMMUNALKREDITBANK ATTN:BACK OFFICE, ROBERT THOMMES AKTIENGESELLSCHAFT IN LUXEMBURG BOITE POSTALE 2133 LUXEMBURG L-1021 LU |
| ESSEX FOUNTAIN PARK APARTMENTS, L.P. | ATTN:GERALDINE FREEMAN, ESQ. C/O SHEPPARD MULIN RICHTER & HAMPTON LLP FOUR EMBARCADERO CENTER, 17 FLOOR SAN FRANCISCO CA 94111 |
| ESSEX INGLENOOK COURT, LLC | ATTN:GERALDINE FREEMAN, ESQ. C/O SHEPPARD MULIN RICHTER & HAMPTON LLP FOUR EMBARCADERO CENTER, 17 FLOOR SAN FRANCISCO CA 94111 |
| EUROBANK ERGASIAS S.A. | ATTN:JEFFREY N. RICH K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| FABYANSKE, WESTRA, HART & THOMSON, P.A. | ATTORNEYS FOR BREMER FINANCIAL CORPORATION ATTN: PAUL L. RATELLE 800 LASALLE AVENUE SUITE 1900 MINNEAPOLIS MN 55402 |
| FAIRFAX FINANCIAL HOLDINGS LIMITED | ATTN:PAULA SAWYERS, LEGAL COUNSEL 95 WELLINGTON STREET WEST, SUITE 800 TORONTO |

| Claim Name | Address Information |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED | ON M5J 2N7 CA |
| FAITH PROPERTIES INC. | ATTN:SCOTT GRASS; JASON HUME, CFO 5526 STATE ROAD 26 EAST LAFAYETTE IN 47905 |
| FANNIE MAE | ATTN PETER MCGONIGLE, ESQ. FANNIE MAE 1835 MARKET ST. SUITE 2300 PHILADELPHIA PA 19103 |
| FANNIE MAE | ATTN:DEPUTY GENERAL COUNSEL FOR CAPITAL MARKETS FEDERAL NATIONAL MORTGAGE ASSOCIATION 3900 WISCONSIN AVE. NW WASHINGTON DC 20016 |
| FEDERAL HOME LOAN BANK OF SEATTLE | ATTN:LEGAL DEPT-GERARD CHAMPAGNE,SVP & CHIEF CNSL 1504 4TH AVENUE, SUITE 1800 SEATTLE WA 98101 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ATTN:MARK LANDMAN LANDMAND, CORSI, BALLAINE & FORD P.C. 120 BROADWAY NEW YORK NY 10271 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ATTN:GEORGE KIELMAN, ASSOCIATE GENERAL COUNSEL 8200 JONES BRANCH DR., MS 202 MCLEAN VA 22102 |
| FERRERO S.P.A. | ATTN:FINANZA PIAZZALE PIETRO FERRERO, 1 ALBA (CN) 12051 IT |
| FIRST BANK | ATTN:EDWARD FURMAN 600 JAMES S. MCDONNELL BLVD. M1-199-018 HAZELWOOD MO 63042 |
| FIRST BANKING CENTER | ATTN:JIM SCHUSTER, CHIEF FINANCIAL OFFICER 567 BROAD STREET P.O. BOX 970 LAKE GENEVA WI 53147 |
| FISHERMAN'S LANDING ASSOCIATES | ATTN:NICHOLAS PICARSIC C/O FIRST CAPITAL CORPORATION 1350 OLD FREEPORT RD, SUITE 3A PITTSBURGH PA 15238 |
| FLA COMMUNITY SERV CORP-WALTON | ATTN:MELISSA W. PILCHER 4432 U.S. HIGHWAY 98 EAST SANTA ROSA BEACH FL 32459 |
| GALLERY QMS MASTER FUND | ATTN:ANGELA VACCARO C/O HORTON POINT LLC 1180 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10036 |
| GEORGE B. KAISER | ATTN:SAMUEL S. ORY OLD CITY HALL 124 EAST FOURTH STREET TULSA OK 74103 |
| GEORGE B. KAISER | ATTN:DON MILLICAN / KEN KINNEAR C/O FREDERIC DOWART LAWYERS 6733 SOUTH YALE AVENUE TULSA OK 74136 |
| GEORGETOWN UNIVERSITY | ATTN:SUSAN LIM, FINANCIAL AFFAIRS BUDGET DEPT RYAN ADMINISTRATION BLDG 37TH AND O STREETS, N.W. WASHINGTON DC 20057 |
| GERMANIA STREET, LLC | ATTN:TINA SHIPMAN C/O KC VENTURE GROUP, LLC 2020 W. 89TH STREET, SUITE 320 LEAWOOD KS 66206 |
| GESTORA BANCAJA SGIIC SAA/C BANCAJA GARANTIZADO | ATTN:MIGUEL ANGEL RECUENCO GOMECELLO C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 ES |
| GESTORA BANCAJA SGIIC SAA/C BANCAJA GARANTIZADO | ATTN:ALVARO SAAVEDRA LOPEZ C/O BANCA FONDOS SGIIC., SA MARIA DE MOLINA, 39 MADRID 28006 ES |
| GLENCORE COMMODITIES LTD | ATTN:JON NESBIT / YVONNE VOONG LONDON BRANCH 50 BERKELEY STREET LONDON W1J 8HD GB |
| GLENCORE COMMODITIES LTD | ATTN:ADELINE ANG / MARILYN KOO / SETH KIM FAR SINGAPOE BRANCH 1 TEMASK AVENUE #34-01 MILLENIA TOWER SINGAPORE 39192 SG |
| GLENCORE COMMODITIES LTD | ATTN:SEAN MCANDREW / MARC DELAURENTIS STAMFORD BRANCH THREE STAMFORD PLAZA 301 TRESSER BOULEVAARD STAMFORD CT 06901-3244 |
| GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE | MASTER FUND LP ATTN:GUSTAVO HERNANDEZ C/O GLOBAL SECURITIES ADVISORS, LLC 405 LEXINGTON AVENUE, 41ST FLOOR NEW YORK NY 10174 |
| GOODELL LOVING TRUST | ATTN:MS. PATRICIA GOODELL 3204 OLD MIDLAND RD KLAMATH FALLS OR 97603 |
| GREENBERG TRAURIG, LLP | ATTORNEYS FOR FPL ENERGY POWER MARKETING, INC. AND FLORIDA POWER & LIGHT COMPANY ATTN: MARIA J. DICONZA 200 PARK AVENUE NEW YORK NY 10166 |
| GULF INTERNATIONAL BANK B.S.C. | ATTN:SECURITIES & DERIVATIVES UNIT / LEGAL UNIT 3 PLACE AVENUE P.O. BOX 1017 MANAMA BH |
| HARRY B. LEVINE | ATTN:HARRY B. LEVINE 3 DRUMMOND TERRACE LIVINGSTON NJ 07039 |
| HARRY B. LEVINE | ATTN:HARRY B. LEVINE 75 HAMPSHIRE LANE BOYNTON BEACH FL 33436 |
| HAYMAN ADVISORS, LP | ATTN:CHRISTOPHER KIRKPATRICK, GENERAL COUNSEL 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, LP | ATTN:CHRISTOPHER KIRKPATRICK, GENERAL COUNSEL 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HEBRON ACADEMY | ATTN:PHIL GLEASON BURNSTEIN SHUR 100 MIDDLE STREET P.O. BOX 9729 PORTLAND ME 04104-5029 |

| Claim Name | Address Information |
|---|---|
| HEBRON ACADEMY | ATTN:JAMES L. BISESTI, BUSINESS MANAGER 339 PARIS ROAD P.O. BOX 309 HEBRON ME 04238-0309 |
| HFR EM ADVANTAGE MASTER TRUST | ATTN:COURTNEY FONG C/O HFR ASSET MANAGEMENT, LLC 10 SOUTH RIVERSIDE PLAZA, SUITE 700 CHICAGO IL 60606 |
| HFR MF THAYER BROOK MASTER TRUST | ATTN:COURTNEY FONG C/O HFR ASSET MANAGEMENT, LLC 10 SOUTH RIVERSIDE PLAZA, SUITE 700 CHICAGO IL 60606 |
| HFR RV PERFORMANCE MASTER TRUST | ATTN:COURTNEY FONG C/O HFR ASSET MANAGEMENT, LLC 10 SOUTH RIVERSIDE PLAZA, SUITE 700 CHICAGO IL 60606 |
| HIGH YIELD BOND PORTFOLIO OF | THE PRUDENTIAL SERIES FUND ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| HIGH YIELD BOND PORTFOLIO OF | THE PRUDENTIAL SERIES FUND ATTN:LAW DEPARTMENT C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC 2 GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| HIGHLAND CREDIT STRATEGIES FUND | ATTN:GENERAL COUNSEL 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CRUSADER OFFSHORE PARTNERS, LP | ATTN:GENERAL COUNSEL 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| HOKKAIDO INTERNATIONAL AIRLINES CO., LTD. | ATTN:YOSHIKAZU OYAUCGI, EXECUTIVE MANAGING DIR NISHI 2-CHOME 9 KITA 1-JO CHUO KU SAPPORO HOKKAIDO 060-0001 JP |
| HOLME ROBERTS & OWEN LLP | ATTORNEYS FOR NATIONAL CINEMEDIA, LLC. ATTN: LAWRENCE BASS 1700 LINCOLN STREET, SUITE 4100 DENVER CO 80203 |
| HORIZON21 ALTERNATIVE INVESTMENTS LTD | ATTN:CHIEF EXECUTIVE OFFICE HORIZON21 ALTERNATIVE INVESTMENTS (CAYMAN) LTD P.O. BOX 1356 GENESIS BUILDING, 4TH FLOOR, GENESIS CLOSE GRAND CAYMAN KY1-1108 KY |
| HSBC BANK FRANCE | ATTN:FLORENCE LEPICARD 103 AVENUE DES CHAMPS-ELYSEES PARIS CEDEX 08 75419 FR |
| HSBC BANK FRANCE | ATTN:MARTIN HOLCOMBE GBM LEGAL, LMU - LEVEL 16 8 CANADA SQUARE LONDON E14 5HQ GB |
| HSBC BANK PLC | ATTN:RICHARD GRAY GBM LEGAL, LEVEL 22 8 CANADA SQUARE LONDON E14 5HQ GB |
| HSBC BANK PLC | ATTN:MARTIN HOLCOMBE GBM LEGAL, LMU - LEVEL 16 8 CANADA SQUARE LONDON E14 5HQ GB |
| HSBC BANK USA | ATTN:MARTIN HOLCOMBE GBM LEGAL, LMU - LEVEL 16 8 CANADA SQUARE LONDON E14 5HQ GB |
| HSBC BANK USA | C/O HSBC SECURITIES INC LEGAL DEPARTMENT, 7TH FLOOR 452 FIFTH AVENUE NEW YORK NY 10018 |
| HSBC FRANCE | ATTN:FLORENCE LEPICARD DAJF/LEGAL & TAX DEPT, GLOBAL BANKING AND MARKETS CAMILLE D'HAUTEFEUILLE 103 AVENUE DES CHAMPS ELYSEES PARIS 75008 FR |
| HYPERION BROOKFIELD COLLATERALIZED | SECURITIES FUND, INC. ATTN:LILY TJIOE, ASSISTANT VICE PRESIDENT C/O HYPERION BROOKFIELD ASSET MANAGEMENT , INC. THREE WORLD FINANCIAL CENTER 200 VESSEY STREET, 10TH FLOOR NEW YORK NY 10281-1010 |
| ICCREA BANCA SPA | ATTN:LEGAL DEPARTMENT / CLAUDIO CALASCIBETTA VIA LUCREZIA ROMANA 41/47 ROMA 00178 IT |
| IMPERIAL TOBACCO FINANCE PLC | ATTN:GROUP TREASURY PO BOX 244 SOUTHVILLE BRISTOL BS99 7UJ GB |
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED LLP | ATTN:CHRIS JACOBY, VICE PRESIDENT C/O ASSET MANAGEMENT GROUP INVESTMENT CORP 6501 E. BELLEVIEW AVE, SUITE 400 ENGLEWOOD CO 80111 |
| INTESA SANPAOLO SPA | ATTN:MR. MARIO FIORENZO BONA DOCUMENATION UNIT VIA CERNAIA 8/10 MILAN 20121 IT |
| J.P. MORGAN SECURITIES LTD. | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |
| J.P. MORGAN SECURITIES LTD. | ATTN:ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | ATTN:ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| JA SOLAR HOLDINGS CO LTD | ATTN:JIAN XIE RM 705, NO. 36 JIANG CHANG SAN ROAD ZHA BEI SHANGHAI 200436 CN |
| JA SOLAR HOLDINGS CO LTD | ATTN:VAN DURRER, ESQ - LEGAL COUNSEL SKADDEN, ARPS, SLATE, MEAGHER & FLOM 300 SOUTH GRAND AVENUE. SUITE 3400 LOS ANGELES CA 90071 |

| Claim Name | Address Information |
|---|---|
| JEWISH BOARD OF FAMILY & CHILDREN'S SERVICES, INC. | ATTN:RONALD F. RIES, CPA, CFO 120 WEST 57TH STREET, 7TH FLOOR NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | ATTN:HAROLD S. NOVIKOFF WACHTELL, LIPTON, ROSEN & KATZ 51 W. 52ND ST. NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | ATTN:ALEXANDER M. HUNT 245 PARK AVE., 11TH FL. MAIL CODE: NY1-Q603 NEW YORK NY 10167 |
| JUICE ENERGY INC. | ATTN:D. BRADLEY CLEMENTS, ESQ. LONDON AND MEAD 1225 19TH STREET, N.W., SUITE 320 WASHINGTON DC 20036 |
| JYSKE BANK A/S | ATTN:MICHAEL FRIIS, LAWYER - LEGAL DEPARTMENT VESTERGADE 8-16 SILKEBORG DK-8600 DK |
| KBL EUROPEAN PRIVATE BANKERS S.A. | ATTN:PETER VERMEULEN, LIESBET LEFEVERE-LEGAL DEPT 43 BOULEVARD ROYAL L-2955 LU |
| KELLEY DRYE & WARREN LLP | ATTORNEYS FOR TULLETT PREBON HOLDINGS CORPORATION ATTN: ERIC R. WILSON, HOWARD S. STEEL 101 PARK AVENUE NEW YORK NY 10178 |
| KEYSTONE ENERGY PARTNERS, LP | ATTN:GENERAL COUNSEL, SHARI STACK 1111 BAGBY, SUITE 2510 HOUSTON TX 77002 |
| KINDER MORGAN TEXAS PIPELINE LLC | ATTN:ALICE R. L. GINSBURGH, ASST. GENERAL COUNSEL 500 DALLAS STREET - SUITE 1000 HOUSTON TX 77002 |
| KOCH FINANCIAL CORPORATION | ATTN:ZACKARY STARBIRD, SENIOR COUNSEL TRADING KOCH COMPANIES PUBLIC SECTOR, LLC 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH REFINING INTERNATIONAL PTE. LTD. | ATTN:ZACKARY STARBIRD, SENIOR COUNSEL TRADING C/O KOCH COMPANIES PUBLIC SECTOR, LLC 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH SUPPLY & TRADING SARL | ATTN:ZACKARY STARBIRD, SENIOR COUNSEL TRADING C/O KOCH COMPANIES PUBLIC SECTOR, LLC 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOCH SUPPLY & TRADING, LP | ATTN:ZACKARY STARBIRD, SENIOR COUNSEL TRADING C/O KOCH COMPANIES PUBLIC SECTOR, LLC 4111 EAST 37TH STREET NORTH WICHITA KS 67220 |
| KOREA EAST-WEST POWER CO. LTD | 411, YEONGDONGDAERO GANGMAN- GU SEOUL 135-791 KR |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTORNEYS FOR AVENUE INVESTMENTS, L.P. ATTN: JONATHAN M. WAGNER, DANA L. POST 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP | ATTN:RICHARD HALEY PICERNE DEVELOPMENT CORPORATION OF FLORIDA C/O RICHARD R. HALEY 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS FL 32714 |
| LANDESBANK BERLIN AG | ATTN:HENNING GRAVLEV UNTERNEHMENSENTWICKLUNG UND RECHT RECHT - KAPITALMARK (LBB-RK 2) ALEXANDERPLATZ 2 BERLIN 10178 DE |
| LATHAM & WATKINS LLP | COUNSEL FOR NETAPP, INC. ATTN: MARK A. BROUDE 885 THIRD AVENUE NEW YORK NY 10022-4802 |
| LEVEL GLOBAL OVERSEAS MASTER FUND, LTD | ATTN:LAWRENCE CANZONERI 888 SEVENTH AVENUE, 27TH FLOOR NEW YORK NY 10019 |
| LEVEL RADAR AMSTER FUND, LTD | ATTN:LAWRENCE CANZONERI 888 SEVENTH AVENUE, 27TH FLOOR NEW YORK NY 10019 |
| LIBERTY HARBOR MASTER FUND I L.P. | ATTN:MICHAELA LUDBROOK 30 HUDSON STREET, 37TH FLOOR JERSEY CITY NJ 07302 |
| LIBERTY HARBOR MASTER FUND II L.P. | ATTN:MICHAELA LUDBROOK 30 HUDSON STREET, 37TH FLOOR JERSEY CITY NJ 07302 |
| LIBRA FUND LP | ATTN:RANJAN TANDON / ALEX FLEYTEKH 909 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10022-7218 |
| LIBRA OFFSHORE LTD | ATTN:RANJAN TANDON / ALEX FLEYTEKH C/O LIBRA ADVISORS, LLC 909 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10022-7218 |
| LIFE CARE ST. JOHN'S, INC | ATTN:PRESIDENT AND CEO C/O VICAR'S LANDING 1000 VICAR'S LANDING WAY PONTE VEDRA BEACH FL 32082 |
| LLOYDS TSB BANK PLC | ATTN:DAVID COLE / MIKE DENSEM CORPORATE MARKETS BUSINESS SUPPORT 48 CHISWELL STREET, 1ST FLOOR LONDON EC1Y 4XX GB |
| LOCKE LORD BISSELL & LIDDELL LLP | COUNSEL FOR REYNOLDS AMERICAN DEFINED BENEFIT MASTER TRUST ATTN: JAY G. SAFER 885 THIRD AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| LSN/TLS OBLIGATED GROUP | ATTN:RICHARD M. BAGER, EXECUTIVE VP, CFO, CPA DIAKON LUTHERAN SOCIAL MINISTRIES 960 CENTURY DRIVE MECHANICSBURG PA 17055 |
| LUMINUS ENERGY PARTNERS MASTER FUND LTD | ATTN:NICOLE PANEBIANCO C/O LUMINUS MANAGEMENT, LLC 1700 BROADWAY, 38TH FLOOR NEW YORK NY 10019 |
| MACKAY SHIELDS CREDIT STRATEGY FUND LTD | ATTN:BYRON H. SPIVAK, DEPUTY GENERAL COUNSEL & MD MACKAY SHIELDS LLC 9 WEST 57TH STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| MACKAY SHIELDS CREDIT STRATEGY PARTNERS LP | ATTN:BYRON H. SPIVAK, DEPUTY GENERAL COUNSEL & MD MACKAY SHIELDS LLC 9 WEST 57TH STREET NEW YORK NY 10019 |
| MACKINAW POWER HOLDINGS LLC | ATTN:RAY EHRIG 1415 LOUISIANA, SUITE 3500 HOUSTON TX 77002 |
| MACQUARIE BANK LIMITED | ATTN:ANDREW HARDING,EXEC DIR, HEAD, LEGAL RISK MGT MACQUARIE GROUP LIMITED LEVEL 4, NO. 1 MARTIN PLACE SYDNEY NSW 2000 AU |
| MACQUARIE COOK POWER INC | ATTN:ANDREW HARDING,EXEC DIR, HEAD, LEGAL RISK MGT MACQUARIE GROUP LIMITED LEVEL 4, NO. 1 MARTIN PLACE SYDNEY NSW 2000 AU |
| MANSFIELD MEMORIAL HOMES LLC | ATTN:RAYMOND L. LOUGHMAN, EXECUTIVE DIRECTOR 50 BLYMYER AVE MANSFIELD OH 44903 |
| MARK WENTWORTH HOME | ATTN:MARY ELLEN DUNHAM, EXECUTIVE DIRECTOR 346 PLEASANT STREETS PORTSMOUTH NH 03801 |
| MARRIOTT INTERNATIONAL, INC | ATTN:ASST. TREASURER DEPT. 52/924.11 10400 FERNWOOD ROAD BETHESDA MD 20817 |
| MARRIOTT INTERNATIONAL, INC | ATTN:ASST. GEN. COUNSEL - CORP. FIN. DEPT. 52/923 10400 FERNWOOD ROAD BETHESDA MD 20817 |
| MARSHALL & ILSLEY CORPORATION | ATTN:MICHAEL C. SMITH, CORPORATE TREASURY 770 NORTH WATER STREET MILWAUKEE WI 53202 |
| MELIORBANCA SPA | ATTN:MR. MASSIMO SGABUSSI, CFO DOMENICO PESCOSOLIDO SERVIZIO CONTROLLO RISCHI FINANZIARI VIA BORROMEI 5 MILANO 20123 IT |
| MELIORBANCA SPA | ATTN:MASSIMO SGABUSSI, CHIEF FINANCIAL OFFICER VIA BORROMEI, 5 MILANO 20123 IT |
| MERCURIA ENERGY TRADING PTE LTD | ATTN:ANNA LI KONINGSLAAN 112 GV UTRECHT 3583 NL |
| MERCURIA ENERGY TRADING SA | ATTN:ANNA LI KONINGSLAAN 112 GV UTRECHT 3583 NL |
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY | ATTN:LYNN HAMPTON, VP OF FINANCE AND CFO 1 AVIATION CIRCLE WASHINGTON DC 20001-6000 |
| MF GLOBAL UK LIMITED | ATTN:NIGEL AVEY, DIRECTOR, LEGAL & COMPLIANCE SUGAR QUAY LOWER THAMES STREET LONDON EC3R 6DU GB |
| MICHIGAN STATE UNIVERSITY | ATTN:GLEN KLEIN, DIRECTOR 412 ADMINISTRATION BUILDING EAST LANSING MI 48824 |
| MINISTRY OF FINANCE SWEDEN (KINGDOM OF SWEEDEN) | SW: JURIDIKAVDELNINGEN C/O THE SWEDISH NATIONAL DEBT OFFICE RIKSGALDEN NORRLANDSGATAN 15 STOCKHOLM SE 103 74 SE |
| MINNESOTA LIFE INSURANCE COMPANY | ATTN:VICE PRESIDENT, INVESTMENT LAW 400 ROBERT ST. SAINT PAUL MN 55101-2098 |
| MINNESOTA LIFE INSURANCE COMPANY | ATTN:PAUL C. DORN ADVANTUS CAPITAL MANAGEMENT 400 ROBERT ST. SAINT PAUL MN 55101-2098 |
| MINNESOTA MASONIC HOME (NORTH RIDGE / CARE CENTER) | ATTN:ERIC NEETENBEEK MINNESOTA MASONIC HOME CARE CENTER 11501 MASONIC HOME DRIVE BLOOMINGTON MN 55437-3699 |
| MINNESOTA MASONIC HOME (NORTH RIDGE / CARE CENTER) | ATTN:STEVEN J. SEILER JOHNSON, KILLEN & SEILER 230 WEST SUPERIOR STREET, SUITE 800 DULUTH MN 55802 |
| MIRAE ASSET SECURITIES CO LTD | ATTN:LEGAL DEPARTMENT MIRAE ASSET BUILDING 9TH FLOOR 45-1 YOUIDO- DONG YOUNGDEUNGPO- GU SEOUL 150-994 KR |
| MITSUBISHI CORPORATION | ATTN:MR. KOICHIRO TAKAGI 3-1, MARUNOUCHI 2-CHOME PRECIOUS METALS GLOBAL RISK MGMT. TEAM BULLION & GLOBAL COMMODITY FUTURES CHIYODA-KU, TOKYO 108-8228 JP |
| MITSUBISHI CORPORATION | ATTN:ANDREW D. SCHAFFER 1675 BROADWAY NEW YORK NY 10019 |
| MITSUBISHI CORPORATION | ATTN:PAMELA J. SACKMANN 1675 BROADWAY NEW YORK NY 10019 |
| MITSUBISHI UFJ TRUST AND BANKING CORPORATION | ATTN:DERIVATIVES DOCUMENTATION, GLOBAL MARKETS BUSINESS UNIT 4-5 MARUNOUCHI 1-CHOME CHIYODA-KU TOKYO 100-8212 JP |
| MITSUI & CO. ENERGY RISK MANAGEMENT INC. | ATTN:LEGAL DEPARTMENT MITSUI & CO. ENERGY RISK MANAGEMENT LTD. 5TH FLOOR, ST. MARTIN'S COURT 10 PATERNOSTER ROW LONDON EC4M 7BB GB |
| MITSUI & CO. ENERGY RISK MANAGEMENT INC. | ATTN:LEGAL DEPARTMENT 200 PARK AVE, 31ST FLOOR NEW YORK NY 10166 |
| MIZRAHI TEFAHOT BANK, LTD | ATTN:IRENE GRUBER, LEGAL DIVISION 7 JABOTINSKY STREET RAMAT GAN 52136 IL |
| MIZUHO SECURITIES CO. LTD, TOKYO | ATTN:KASUMI NAKAMURA REGAL DEPT OF MIZUHO SECURITIES CO, LTD. OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-004 JP |
| MONTAUK ENERGY CAPITAL, LLC | ATTN:MARTIN L. RYAN, VP AND GENERAL COUNSEL 680 ANDERSEN DRIVE FOSTER PLAZA 10, 5TH FL PITTSBURGH PA 15220 |
| MONTPELIER FOUNDATION | ATTN:MICHAEL QUINN, PRESIDENT P.O. BOX 911 ORANGE VA 22960 |

| Claim Name | Address Information |
|---|---|
| MOORE CAPITAL MANAGEMENT, LP | ATTN:LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MOORE EUROPE CAPITAL MANAGEMENT, LLP | ATTN:JULIE O'NEILL ONE CURZON STREET, 6TH FLOOR LONDON W1J 5HA GB |
| MORGAN STANLEY & CO. INCORPORATED | ATTN:CHRISTOPHER BUCCHINO, MANAGING DIR. 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN:LEGAL DEPT 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA GB |
| MORGAN STANLEY CAPITAL GROUP INC. | ATTN:ROBERT P. KINNEY, CHAIRMAN & PRESIDENT 2000 WESTCHESTER AVENUE, 1ST FLOOR PURCHASE NY 10577 |
| MORGAN STANLEY CAPITAL SERVICES INC. | ATTN:CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORITT HOCK HAMROFF & HOROWITZ LLP | CO-COUNSEL TO THE HOTCHKISS SCHOOL ATTN: LESLIE ANN BERKOFF, THERESA A. DRISCOLL 400 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| MORNINGSIDE MINISTRIES FOUNDATION, INC. (THE) | ATTN:ALVIN A. LOEWENBERG, JR. - PRESIDENT THE MORNINGSIDE MINISTRIES FOUNDATION, INC. C/O MORNINGSIDE MINISTRIES 700 BABCOCK ROAD SAN ANTONIO TX 78201 |
| MORRISON & FOERSTER LLP | ATTORNEYS FOR BRM GROUP, LTD. ATTN: LORENZO MARINUZZI, NORMAN S. ROSENBAUM 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MOUNT POLLEY MINING CORPORATION | ATTN:ANDRE DEEPWELL, CFO IMPERIAL METALS CORPORATION 580 HORNBY STREET, SUITE 200 VANCOUVER BC V6C 3B6 CA |
| MPS CAPITAL SERVICES BANCA PER LE IMPRESE SPA | ATTN:ILARIA FRANCI V.LE MAZZINI, 23 SIENA 53100 IT |
| MTR CORPORATION LIMITED | ATTN:LEGAL MANAGER, GENERAL MTR HEADQUARTERS BUILDING TELFORD PLAZA KOWLOON BAY HK |
| MUNGER, TOLLES & OLSON LLP | COUNSEL FOR SOUTHERN CALIFORNIA EDISON COMPANY ATTN: MARK SHINDERMAN, SETH GOLDMAN 355 SOUTH GRAND AVENUE, SUITE 3500 LOS ANGELES CA 90071-1560 |
| MUSKINGUM COUNTY OHIO | ATTN:ANITA J. ADAMS, COUNTY AUDITOR 401 MAIN ST. ZANESVILLE OH 43701 |
| NANTUCKET FUND LP | ATTN:GINA M. MANIACI 40950 WOODWARD AVENUE, SUITE 307 BLOOMFIELD HILL MI 48304 |
| NATIONAL AUSTRALIA BANK LIMITED | ATTNL: GNERAL COUNSEL, EUROPE 88 WOOD STREET LONDON EC2V 7QQ GB |
| NATIONAL BANK OF GREECE, SA | ATTN:VICKY ZARAFETA TREASURY SUPORT OPERATIONS AKADIMIAS 68 ATHENS 106-78 GR |
| NATURAL GAS EXCHANGE INC. | ATTN:CHERYL GRADEN, CHIEF LEGAL COUNSEL 140- 4 AVENUE SW SUITE 2330 CALGARY AB T2P 3N3 CANADA |
| NATURAL GAS EXCHANGE INC. | ATTN:CATHY WATCKINS, LEGAL COUNSEL 140- 4 AVENUE SW SUITE 2330 CALGARY AB T2P 3N3 CANADA |
| NESTE OIL OYJ | ATTN:MARJA MAKI KEILARANTA 21 POB 95, FI-02150 ESPOO NESTE OIL FI-00095 FI |
| NEVADA POWER COMPANY D/B/A NV ENERGY | ATTN:VINCENT P.BURTON, MGR - ENERGY SUPPLY CONTRACT ADMIN. 6226 W. SAHARA AVENUE LAS VEGAS NV 89146 |
| NEXEN ENERGY MARKETING LONDON LIMITED | ATTN:JAIME COCKBURN 100 BROMPTON ROAD LONDON SW3 1ER GB |
| NEXEN ENERGY MARKETING LONDON LTD. | ATTN:HEAD OF LEGAL / HEAD OF FINANCE 100 BROMPTON ROAD LONDON SW3 1ER GB |
| NIBC BANK N.V. | ATTN:LEGAL DEPARTMENT P.O. BOX 380 THE HAGUE 2501 BH NL |
| NIBC BANK N.V. | ATTN:LEGAL DEPARTMENT CARNEGIEPLEIN 4 THE HAGUE 2517 KJ NL |
| NIPSCO | ATTN:JAMES ORLANDO 1500 - 165TH ST. GAS OPERATIONS BUILDING HAMMOND IN 46320 |
| NIXON PEABODY LLP | COUNSEL TO BRYANT UNIVERSITY ATTN: ROBERT N. H. CHRISTMAS, VICTOR G. MILIONE 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS AND DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: CHRISTOPHER M. DESIDERIO 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS AND DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: AMANDA D. DARWIN, RICHARD C. PEDONE 100 SUMMER STREET BOSTON MA 02110 |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN:SUSANNE KOLDEWEY / DR. SASCHA LOTZE FRIEDRICHSWALL 10 HANOVER D-30159 DE |
| NORDIC INVESTMENT BANK | ATTN:STEN HOLMBERG, CHIEF COUNSEL FABIANINKATU 34 P.O. BOX 249 HELSINKI FL-00171 FI |
| NORTHERN ROCK PLC | ATTN:LEGAL SERVICES NORTHERN ROCK HOUSE GOSFORTH NEWCASTLE UPON TYNE NE3 4PL GB |
| NORTHWESTERN MEDICAL CENTER | ATTN:TED D. SIROTTA, CFO 133 FAIRFIELD STREET ST. ALBANS VT 05478 |

| Claim Name | Address Information |
|---|---|
| NORTHWOODS- CATHEDRAL CITY, LP | C/O BRET H REED JR., A LAW CORPORATION 621 ACADIA AVENUE CORONA DEL MAR CA 92625 |
| NORTON GOLD FIELDS LIMITED | ATTN:MICHELLE MUSCILLO, PARTNER HOPGOOD GANIM LAWYERS LEVEL 8, WATERFRONT PLACE 1 EAGLE STREET BRISBANE QLD 4000 AU |
| NORTON GOLD FIELDS LIMITED | ATTN:SIMON BRODIE 79 HOPE STREET LEVEL 1 SOUTH BRISBANE QLD 4101 AU |
| NORTON GOLD FIELDS LIMITED | ATTN:MALANI CADEMARTORI SHEPPARD MULLIN ATTORNEYS AT LAW 30 ROCKAFELLA PLAZA SUITE 2400 NEW YORK NY 10112 |
| OPPENHEIMERFUNDS INCA/C OFI AT CORE PLUS FX INC | ATTN:GENERAL COUNSEL TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMERFUNDS INCA/C OFI INST REAL ASSET FD LLC | ATTN:GENERAL COUNSEL TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMERFUNDS INCA/C OFI INSTITUTIONAL CORE FI | ATTN:GENERAL COUNSEL TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMERFUNDS INCA/C OFI INSTITUTIONAL SHORT FI | ATTN:GENERAL COUNSEL TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| OPPENHEIMERFUNDS INCA/C OFII ALPHA-PLUS FUND, LP | ATTN:GENERAL COUNSEL TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK NY 10281 |
| P. FERRERO & C. SPA | ATTN:FINANZA FERRERO SPA PIZZALE FERRERO, 1- ALBA (CN) 12051 IT |
| PAHJOLA BANK PLC | ATTN:JORMA ALANNE LEGAL SERVICES PO BOX 308 POHJOLA FI- 00013 FI |
| PARKER GLOBAL STRATEGIESA/C PGS LARGE CAP TRAX TRU | ATTN:DEANNA DERRICK PGS LARGE CAP TRAX TRUST PO BOX 1034 GT HARBOUR PLACE, 4TH FLOOR 103 SOUTH CHURCH STREET GRAND CAYMAN KY1-1102 KY |
| PARKER GLOBAL STRATEGIESA/C PGS LARGE CAP TRAX TRU | ATTN:CAROLINE  BENTZ / STACEY REDFORD PGS LARGE CAP TRAX TRUST C/O PARKER GLOBAL STRATEGIES, LLC 1177 SUMMER STREET, 6TH FLOOR STAMFORD CT 06905 |
| PARTNER REINSURANCE COMPANY | ATTN:DIRECTOR, LEGAL GROUP 90 PITTS BAY ROAD WELLESLY HOUSE SOUTH PEMBROKE HM 08 BM |
| PARTNER REINSURANCE COMPANY | ATTN:CHIEF OPERATING OFFICER PARTNERRE CAPITAL MARKETS CORP. ONE GREENWICH PLAZA GREENWICH CT 06830 |
| PARTNER REINSURANCE COMPANY | ATTN:CHIEF COMPLAINCE OFFICER PARTNERRE ASSET MANAGEMENT CORPORATION ONE GREENWICH PLAZA GREENWICH CT 06830 |
| PATTERSON BELKNAPWEBB&TYLER LLP | ATTORNEYS FOR ASBURY ATLANTIC, INC. AND ASBURY- SOLOMONS, INC. ATTN: DAVID W. DYKHOUSE, DANIEL A. LOWENTHAL, BRIAN P. GUINEY 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PENN WEST PETROLEUM LTD | ATTN:DAVID STERNA, VP SUITE 200, 207 NINTH AVE. SW CALGARY AB T2P 1K3 CA |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN:LAW DEPARTMENT C/O PRUDENTIAL INVESTMENT MANAGEMENT, INC 2 GATEWAY CENTER, 7TH FLOOR NEWARK NJ 07102 |
| PEOPLE'S BANK | ATTN:ROBERT E. TRAUTMANN, EVP & GENERAL COUNSEL 850 MAIN STREET, 16TH FL BRIDGEPORT CT 06604 |
| PEOPLE'S BANK | ATTN:ELIZABETH AUSTIN PULLMAN & COMLEY 850 MAIN ST. BRIDGEPORT CT 06604 |
| PEOPLE'S BANK OF CHINA | ATTN:COMPLIANCE DIVISION C/O STATE ADMINISTRATION OF FOREIGN EXCHANGE RESERVE MANAGEMENT DEPARTMENT 4/F PINGAN MANSION, 23 JIN RONG STREET XICHENG DISTRICT, BEIJING 100140 CN |
| PERPETUAL TRUSTEE COMPANY LIMITED AS TRUSTEE FOR | THE TRILOGY ASSET SECURITIES TRUST SERIES 1 ATTN:GREG WHITE, MANAGER – TRANSACTION MANAGEMENT 123 PITT STREET, LEVEL 12 SYDNEY NSW 2000 AU |
| PHILLIP H. MORSE | ATTN:PHILLIP H. MORSE 290 LOCHA DRIVE JUPITER FL 33458 |
| PHOENIX ARTS, LLC | ATTN:BEN ERDREICH 2332 SECOND AVENUE NORTH BIRMINGHAM AL 35203 |
| PICERNE DEVEOPMENT CORPORATION OF FLORIDA | ATTN:RICHARD HALEY C/O RICHARD R. HALEY 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS FL 32714 |
| PICERNE PALM KEY, LLC | ATTN:RICHARD HALEY PICERNE DEVELOPMENT CORPORATION OF FLORIDA C/O RICHARD R. HALEY 247 NORTH WESTMONTE DRIVE ALTAMONTE SPRINGS FL 32714 |
| PICKERSGILL, INC. | ATTN:EXECUTIVE DIRECTOR 615 CHESNUT AVE. TOWSON MD 21204 |
| PIETRO FERRERO | 64 AVENUE LEQUIME RHODE SAINT - GENESE BE |

| Claim Name | Address Information |
|---|---|
| PIETRO FERRERO | ATTN:RICHARD BERTOCCI & ANDREAS SEUFFERT C/O GILMARTIN, POSTER & SHAFTO LLP 845 THIRD AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTORNEYS FOR EMBARCADERO AIRCRAFT SECURITIZATION TRUST ATTN: C. PAYSON COLEMAN, RICK B. ANTONOFF MARK N. LESSARD 1540 BROADWAY NEW YORK NY 10036 |
| PIONEER CHOICE HOLDINGS LIMITED | ATTN:MARY FU, DIRECTOR C/O 200 CANTONMENT ROAD #15-00 SOUTHPOINT SINGAPORE 89763 SG |
| POPULAR GESTION A/CEUROVALOR SEL DVD EUROPA | ATTN:ALFONSA MUNOZ & MIGUEL UCEDA EUROVALOR SELECCION DIVIDENDO EUROPA FL CLLE LABASTIDA, 11, 3A PLANTA MADRID 28034 ES |
| PORTFOLIO CDS TRUST 191 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 192 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 193 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 194 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 195 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 196 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 208 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 209 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 210 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 211 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 212 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 213 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 214 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 233 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 234 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 235 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 236 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 237 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 238 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 239 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 240 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 241 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 242 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO CDS TRUST 242 | YORK NY 10022 |
| PORTFOLIO CDS TRUST 243 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PORTFOLIO CDS TRUST 244 | XLCA ADMIN LLC/AS TTEE FOR PORTFOLIO CDS TRUST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| PP APTOS L.P. & SKEPNER DEVELOPMENT CORPORATION | ATTN:LEGAL DEPARTMENT 770 SAN RAMON VALLEY BOULEVARD DANVILLE CA 94526 |
| PQ CORPORATION | ATTN:WILLIAM J. SICHKO, JR P.O. BOX 840 VALLEY FORGE PA 19482 |
| PRISMA ENHANCED FIXED INCOME FUND LP | ATTN:JOHN K. BRENNAN C/O PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK NY 10119 |
| PRISMA ENHANCED FIXED INCOME FUND LTD | ATTN:JOHN K. BRENNAN C/O PRISMA CAPITAL PARTNERS LP ONE PENN PLAZA, SUITE 3515 NEW YORK NY 10119 |
| PROSIEBEN SAT.1 MEDIA AG | ATTN:RAIF GIERIG / FRANK PLESSMANN GROUP FINANCE & TREASURY MEDIENALLEE 7 UNTERFOHRING 85774 DE |
| PROVIDENT LIFE & ACCIDENT INSURANCE CO INC | ATTN:RICHARD J. MACLEAN UNUM GROUP, LAW DEPT. 7S 1 FOUNTAIN SQUARE CHATTANOOGA TN 37402 |
| PROVINCE OF BRITISH COLUMBIA | DEBT MANAGEMENT BRANCH PO BOX 9423 STN. PROV GOVT 620 SUPERIOR STREET 2ND FLOOR VICTORIA BC V8W 9V1 CA |
| PROVINCE OF BRITISH COLUMBIA | ATTN:MICHEAL SHEPHERD, SENIRO SOLICITOR MINISTRY OF ATTY GENL, LEGAL SERVICES BRANCH PO BOX 9289 STN PROV GOVT SUITE 602, 1175 DOUGLAS STREET VICTORIA BC V8W 9V1 CANADA |
| PRU ALHPA FIXED INCOME OPPORTUNITY MASTER | FUND I,LP ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRU ALHPA FIXED INCOME OPPORTUNITY MASTER | FUND I,LP ATTN:LAW DEPARTMENT C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRU FIXED INCOME EMERGING MARKETS LONG | SHORT MASTER FUND I, LTD ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRU FIXED INCOME EMERGING MARKETS LONG | SHORT MASTER FUND I, LTD ATTN:LAW DEPARTMENT C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRUDENTIAL FIXED INCOME MANAGEMENT | ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRUDENTIAL FIXED INCOME MANAGEMENT | ATTN:LAW DEPARTMENT C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRUDENTIAL GLOBAL FUNDING LLC | ATTN:GARY F. NEUBECK GATEWAY CENTER II, 5TH FL NEWARK NJ 07102 |
| PRUDENTIAL INVESTMENT MANAGEMENT INC | ATTN:TERENCE DUNN C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PRUDENTIAL INVESTMENT MANAGEMENT INC | ATTN:LAW DEPARTMENT C/O PRUDENTIAL FIXED INCOME MANAGEMENT P.O. BOX 32339 NEWARK NJ 07102 |
| PT DAVOMAS ABADI, TBK | ATTN:HASIEM WILY, HEAD OF INVESTOR RELATIONS J1. PANGERAN JAYAKARTA 117 JAKARTA PUSAT 10730 ID |
| PTT PUBLIC COMPANY LIMITED | ATTN:MR. SURONG BULAKUL, SENIOR EXECUTIVE VP 555 VIBHAVADI RANGSIT ROAD CHATUCHAK, BANGKOK 10900 TH |
| PUBLIC POWER GENERATION AGENCY | ATTN:MR. ED TRICKER WOODS & AITKEN, LLP 301 SOUTH 13TH ST., SUITE 500 LINCOLN NE 68508 |
| PUERTO RICO SALES TAX FINANCING CORP. | ATTN: LAWRENCE A. BAUER C/O SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| QUANTUM PARTNERS LDC | ATTN:SERGE BENCHETRIT WILLKIE FATT & GALLAGHER 787 SEVENTTH AVENUE NEW YORK NY 10019 |
| QUANTUM PARTNERS LDC | ATTN:JAY SCHOENFARBER C/O SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE, 31ST FLOOR NEW YORK NY 10106 |
| QUEENSLAND INVESTMENT TRUST NO 1 | ATTN: SENIOR LEGAL ADVISOR QUEENSLAND INVESTMENT CORPORATION LEVEL 6, CENTRAL PLAZA II, 66 EAGLE STREET BRISBANE QLD 4000 AUSTRALIA |
| QUEENSLAND INVESTMENT TRUST NO 2 | ATTN: SENIOR LEGAL ADVISOR QUEENSLAND INVESTMENT CORPORATION LEVEL 6, CENTRAL |

| Claim Name | Address Information |
|---|---|
| QUEENSLAND INVESTMENT TRUST NO 2 | PLAZA II, 66 EAGLE STREET BRISBANE QLD 4000 AUSTRALIA |
| RAI RADIOTELEVISIONE ITALIANA SPA | ATTN:DIREZIONE AFFARI, LEGAL SOCIETARI, PIERLUIGI LAX VIALE MAZZINI 14 ROME 198 IT |
| RAIFFEISENLANDESBANK VORARLBERG WAREN-UND REVISION | ATTN:DIR. ANTON TROJER, MAG. RICHARD KOHLBACHER RAIFFEISENLANDESBANK VORARLBERG RHEINSTRASSE 11 BREGENZ 6900 AT |
| REGIMENT CAPITAL LTD | ATTN:DEREK M MEISNER C/O REGIMENT CAPITAL ADVISORS LP 222 BERKLEY STREET, 12TH FLOOR BOSTON MA 02116 |
| RELIANCE INDUSTRIES LIMITED | ATTN:VISHWANATHAN K, VICE PRESIDENT SUPPLY & TRADING COMMERCIAL, BLDG NO. 2, 2ND FL. RELIANCE CORPORATE PARK, "B" WING THANE BELAPUR ROAD GHANSOLI, NAVI MUMBAI 400-701 IN |
| RESERVOIR MASTER FUND LP | ATTN:GENERAL COUNSEL C/O RESERVOIR CAPITAL GROUP, L.L.C. 650 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| RESOLUTE ANETH, LLC | ATTN:JAMES M. PICCONE AND JOAN E. ZAK, LEGAL DEPT 1675 BROADWAY, SUITE 1950 DENVER CO 80202 |
| RESONA BANK, LTD. | ATTN:TREASURY DIVISION 1-2, OTEMACHI 1-CHOME CHIYODA-KU TOKYO 100-8106 JP |
| ROYAL BANK OF CANADA | ATTN:MANAGING DIRECTOR, GMR TRADING CREDIT RISK ROYAL BANK PLAZA 200 BAY STREET, 2ND FLOOR TORONTO ON M5J 2W7 CA |
| ROYAL BANK OF CANADA | ATTN:EMILY JELICH, VP & ASSOC. GENERAL COUNSEL ROYAL BANK PLAZA 200 BAY STREET, 14TH FLOOR TORONTO ON M5J 2W7 CA |
| ROYAL BANK OF SCOTLAND PLC (THE) | ATTN: GREENWICH CAPITAL MARKETS 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| RTE-CNES | ATTN:ELISA EA 2054, BOULEVARD ANATOLE FRANCE SAINT - DENIS 93206 FR |
| SAITAMA RESONA BANK, LTD. | ATTN:TREASURY AND SECURITIES DIVISION 1-2 OTEMACHI 1-CHOME CHIYODA-KU TOKYO 100-8106 JP |
| SAMSUNG SPAS PRIVATE BOND FUND 3 | 3RD FL., SAMSUNG LIFE YEOUIDO BLDG 36-1 YEOUIDO-DO YEONGDEUNGPO-GU SEOUL 150-886 REPUBLIC OF KOREA |
| SAN DIEGO HOSPITAL ASSOCIATION | ATTN:LEGAL DIVISION SHARP HEALTHCARE 8695 SPECTRUM CENTER BLVD. SAN DIEGO CA 92123-1489 |
| SANMINA-SCI CORPORATION | ATTN:WALTER BOILEAU, VP & TREASURER 30 EAST PLUMERIA DRIVE SAN JOSE CA 95134 |
| SANMINA-SCI CORPORATION | ATTN:MIKE TYLER, EVP, GENL CNSL & CORP SECRETARY 2700 NORTH FIRST STREET SAN JOSE CA 95134 |
| SANTANDER / SUPERFONDO EVOLUCION F1 | ATTN:AMADEO REYNES PASCUAL, HEAD OF RISK CONTROL & VALUATION SANTANDER ASSET MANAGEMENT SA SGIIC AVDA. CANTABRIA S/N EDIF. PINAR PLANTA 1, BOADILLA DEL MONT MADRID 28660 ES |
| SANTANDER / SUPERFONDO EVOLUCION F1 | ATTN:MARIA DOLORES RAMOS MARTINEZ, HEAD OF GUARANTEED PRODUCTS SANTANDER ASSET MANAGEMENT SA SGIIC AVDA. CANTABRIA S/N EDIF. PINAR PLANTA 0, BOADILLA DEL MONT MADRID 28660 ES |
| SANTANDER/SUPERFONDO EVOLUCION F I | ATTN:MR. AMADEO REYNES PASCUAL C/O SANTANDER ASSET MANAGEMENT SA SGIIC AVDA. CANTABRIA S/N EDIF PINAR PLANTA 1 CIUDAD GRUPO SANTANDER, BOADILLA DEL MONTE MADRID 28660 ES |
| SANTANDER/SUPERFONDO EVOLUCION F I | ATTN:MARIA DOLORES RAMOS MARTINEZ, HEAD OF GUARANTEED PRODUCTS C/O SANTANDER ASSET MANAGEMENT SA SGIIC AVDA. CANTABRIA S/N EDIF PINAR PLANTA 0 CIUDAD GRUPO SANTANDER, BOADILLA DEL MO MADRID 28660 ES |
| SCHIPHOL NEDERLAND B.V. | ATTN : TABOR SWEET TREASURY & RISK MANAGEMENT EVERT VAN DER BEEKSTRAAT 202 LUCHTHAVEN SCHIPHOL 1118 CP NL |
| SEATTLE PACIFIC UNIVERSITY | ATTN:MARC L. BARRECA K&L GATES LLP 925 4TH AVENUE, SUITE 2900 SEATTLE WA 98104-1158 |
| SEATTLE PACIFIC UNIVERSITY | ATTN:CRAIG KISPERT 3307 THIRD AVENUE WEST, SUITE 103 SEATTLE WA 98119-1922 |
| SEI INSTITUTIONAL INTERNATIONAL TRUST | FIXED INCOME PORTFOLIO ATTN:TONY BEAL, COMPLIANCE RECORD CURRENCY MANAGEMENT LIMITED MORGAN HOUSE MADEIRA WALK WINDSOR, BERKSHIRE SL4 IEP GB |
| SEI INSTITUTIONAL INTERNATIONAL TRUST | FIXED INCOME PORTFOLIO ATTN:DAVID MCCANN, LEGAL SEI 1 FREEDOM VALLEY DRIVE OAKS PA 19456 |
| SESTANTE FINANCE SRL. | ATTN:MARCO BIALE / PAOLA LEPRE C/O MELIORBANCA SPA VIA BORROMEI 5 MILAN 20123 IT |

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SHEPHERD OF THE VALLEY | LUTHERAN RETIREMENT SERVICES, INC. 5525 SILICA ROAD AUSTINTOWN OH 44515 |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTORNEYS FOR NORTON GOLD FIELDS LIMITED ATTN: EDWARD H. TILLINGHAST, III, MALANI J. CADEMARTORI 30 ROCKEFELLER PLAZA, 24TH FLOOR NEW YORK NY 10112 |
| SHINKIN CENTRAL BANK | ATTN:TREASURY OPERATIONS DIVISION 3-7, YAESU 1-CHOME CHUO-KU TOKYO 103-0028 JP |
| SHK ASIA DYNAMIC HOLDINGS LTD | ATTN:CHRISTOPHE LEE / CHRISTINE WONG C/O SHK FUND MANAGEMENT LIMITED 12/F CITIC TOWER 1 TIM MEI AVENUE CENTRAL, HONG KONG CN |
| SIDLEY AUSTIN LLP | ATTORNEYS FOR AIRCRAFT FINANCE TRUST ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SIERRA PACIFIC POWER COMPANY D/B/A/ NV ENERGY | ATTN:VINCENT P. BURTON, MANAGER - ENERGY SUPPLY CONTRACT ADMIN. 6226 W. SAHARA AVENUE LAS VEGAS NV 89146 |
| SIGMA CAPITAL ASSOCIATES, LLC | ATTN:PETER S. NUSSBAUM, GENERAL COUNSEL C/O SIGMA CAPITAL MANAGEMENT, LLC 72 CUMMINGS POINT ROAD STAMFORD CT 06906 |
| SIGMA CAPITAL ASSOCIATES, LLC | ATTN:LAWRENCE WU HARRY JHO LLC 10 EAST 38TH STREET, 7TH FLOOR NEW YORK NY 10016 |
| SIMGEST SIM SPA | ATTN:SONIA CAPELLO SIMGEST SPA VIA CAIROLI 11 BOLOGNA 40121 IT |
| SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION | ATTN:CHIEF FINANCIAL OFFICER 7037 U.S. HIGHWAY 49 P.O. BOX 15849 HATTIESBURG MS 39404-5849 |
| SOUTHERN CALIFORNIA EDISON | ATTN:SETH GOLDMAN MULLER, TOLLES & OLSEN 355 SOUTH GRAND AVENUE, 35TH FLOOR LOS ANGELES CA 90071-1560 |
| SOUTHERN CALIFORNIA EDISON | ATTN:HEATHER HARRISON / J. ERIK ISKEN, LAW DEPT SOUTHERN CALIFORNIA EDISON CO 2244 WALNUT GROVE AVENUE, G.O. 1, QUAD 3B ROSEMEAD CA 91170 |
| SOUTHWESTERN ILLINOIS DEVELOPMENT REVENUE BONDS | SERIES 2006, ANDERSON HOSPITAL ATTN" MARK HEER, ASSOCIATE LEGAL COUNSEL C/O UMB BANK, N.A. 1010 GRAND BOULEVARD, 4TH FLOOR KANSAS CITY MO 64106-2271 |
| SPARK ENERGY, L.P. | ATTN:TREASURY DEPT 3010 BRIARPARK, SUITE 550 HOUSTON TX 77042 |
| SPARK ENERGY, L.P. | ATTN:LEGAL NOTICES 3010 BRIARPARK, SUITE 550 HOUSTON TX 77042 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN:JEFFREY A. SCHAFFER, MANAGING MEMBER C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN:SOLMARIA VELEZ, CONTROLLER C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN:STEPHEN C. JACOBS, GENERAL COUNSEL & COO C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| ST PAUL HOMES | ATTN: G. BRYAN OROS AND DAVID W. HOGUE 339 EAST JAMESTOWN ROAD GREENVILLE PA 16125 |
| STANDARD BANK | REF: EJA/ EAM C/O FIELD FISHER WATERHOUSE LLP 35 VINE ST LONDON EC3N 2AA GB |
| STATOILHYDRO ASA | ATTN:TERRI SUE MARTIN 1055 WASHINGTON BOULEVARD, 7TH FLOOR STAMFORD CT 06901 |
| SUMITOMO CORPORATION TOYKO | ATTN:AKIRA SOEDA 1-8-11 HARUMI CHUO-KU TOYKO 104-8610 JP |
| SUMITOMO MITSUI BANKING CORPORATION | ATTN:SCOTT DIAMOND & MARIE-LOUISE FULWEILER, VP & ASSOCIATE GENERAL COUNSEL 277 PARK AVENUE NEW YORK NY 10172 |
| SUNCOR ENERGY MARKETING INC | ATTN:CURTIS SERRA,DIR-LEGAL AFFAIRS/CONTRACTS MGR P.O. BOX 38 112-4TH AVENUE S.W. CALGARY AB T2P 2V5 CANADA |
| SUNRISE PARTNERS LIMITED PARTNERSHIP | ATTN:MICHAEL BERNER TWO AMERICAN LANE GREENWICH CT 06836-2571 |
| SUNTRUST ROBINSON HUMPHREY | ATTN:FRED D. WOOLF, DIR-FINANCIAL RISK MGMT OPS 3333 PEACHTREE ROAD, N.E. MAIL CODE GA-ATL 3913 ATLANTA GA 30326 |
| SUNTRUST ROBINSON HUMPHREY | ATTN:DAVID BLOOM, FIRST VP & ASSOCIATE GENL CNSL 303 PEACHTREE STREET, 36TH FLOOR ATLANTA GA 30326 |
| SVENSKA HANDELSBANKEN AB (PUBL) | ATTN:MARK CLEARY, SVP 875 THIRD AVENUE, 4TH FL. NEW YORK NY 10022-7218 |
| SWEDISH NATIONAL DEBT OFFICE | ATTB: JOHANNA LIDELL, LEGAL COUSEL RIKSGALDEN NORRLANDSGATAN 15 STOCKHOLM SE-103-74 SE |
| TACONIC CAPITAL PARTNERS 1.5 L.P. | ATTN:CAROL LEE C/O TACONIC CAPITAL ADVISORS L.P. 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND, L.P. | ATTN:CAROL LEE C/O TACONIC CAPITAL ADVISORS L.P. 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| TAISHIN INTERNATIONAL BANK | ATTN:LOO-FEI HWANG, CHIEF RISK OFFICER ADELINE JAI, FINANCIAL TRADING 12F. NO. 118, SECTION 4 REN-AI ROAD TAIPEI CITY 106 TW |
| TDA-JPMC 2002 CIBC5 LLC | ATTN:JOHN SCHWARTZ C/O TRIMONT REAL ESTATE ADVISORS 3424 PEACHTREE ROAD, SUITE 2200 ATLANTA GA 30326 |
| TEHACHAPI-CUMMINGS COUNTY WATER DISTRICT | ATTN:JOHN MARTIN, GENERAL MANAGER P.O. BOX 326 TEHACHAPI CA 93581 |
| TELEFONICA, S.A. | ATTN:CARLOS JIMENEZ ZATO (LEGAL DEPARTMENT) DISTRITO C EDIFICIO CENTRAL PLANTA 3 RONDA DE LA COMUNICACIONS MADRID 28050 ES |
| TENASKA POWER SERVICES CO. (EEI') | 1701 E. LAMAR BLVD. SUITE 100 ARLINGTON TX 76006 |
| TERNA S.P.A. | ATTN:FILOMENA PASSEGGIO, DIRECTOR OF CORPORATE SECRETARY & LEGAL DEPT. VIA ARNO 64 ROMA 00198 IT |
| TERNA S.P.A. | ATTN:FINANCE DIRECTOR VIALE REGINA MARGHERITA, 125 ROMA 00198 IT |
| THE BANK OF NOVA SCOTIA | ATTN:BRADLEY TATE, LEGAL COUNSEL - LEGAL DEPT 40 KING STREET WEST SCOTIA PLAZA, 8TH FLOOR TORONTO ON M5H 1H1 CANADA |
| THE CARLYE GROUP, LP.A/C CSP II USIS HOLDINGS LP | ATTN:JOHN BECZAK, VICE PRESIDENT C/O THE CARLYLE GROUP 520 MADISON AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| THE CHILDREN'S INSTITUTE OF PITTSBURGH | ATTN:JODY MULVIHILL, VICE PRESIDENT OF FINANCE 1405 SHADY AVENUE PITTSBURGH PA 15217 |
| THE DAYTON POWER AND LIGHT COMPANY | ATTN:MANAGER, CONTRACT ADMIN; CHARLENE BELL 1065 WOODMAN DRIVE DAYTON OH 45431 |
| THE HONG KONG AND SHANGAI BANKIGN CORP | ATTN:MARTIN HOLCOMBE GBM LEGAL, LMU - LEVEL 16 8 CANADA SQUARE LONDON E14 5HQ GB |
| THE HONG KONG AND SHANGAI BANKIGN CORP | ATTN:VIVIENNE CHAN LEGAL DEPT, LEVEL 37 1 QUEENS ROAD CENTRAL CENTRAL HK |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | ATTN:MICHAEL DRESNIN & PHILIP OBAZEE C/O DELAWARE INVESTMENT ADVISORS 2005 MARKET STREET PHILADELPHIA PA 19103 |
| THE LUTHERAN HOME, INC | ATTN:SCOTT MCFADDEN, PRESIDENT 7500 WEST NORTH AVENUE WAUWATOSA WI 53213 |
| THE NORINCHHUKIN BANK | ATTN:MASAKI NAGANO, VP & MANAGEER - TREASURY 245 PARK AVENUE, 21ST FLOOR NEW YORK NY 10167-0104 |
| THE ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO | ATTN:SCOTT ZIMMERMAN C/O EVANSTON CAPITAL MANAGEMENT, LLC 1560 SHERMAN AVENUE, SUITE 960 EVANSTON IL 60201 |
| THE ORRINGTON PLUS CLASS C SEGREGATED PORTFOLIO | ATTN:ANDREW SHAW C/O SIDLEY AUSTIN ONE SOUTH DEARBORN CHICAGO IL 60603 |
| THE ROMAN CATHOLIC DIOCESE OF MEMPHIS | ATTN:JIM ABERNATHY, CFO 5825 SHELBY OAKS DRIVE MEMPHIS TN 38134-7316 |
| THOMPSON HINE LLP | ATTORNEYS FOR THE A.M. MCGREGOR HOME ATTN: MARTIN EISENBERG 335 MADISON AVE, 12TH FLOOR NEW YORK NY 10017 |
| TORONTO DOMINION BANK | ATTN:ADRIANA GROSKOPF, VICE PRESIDENT TD LEGAL DEPARTMENT 66 WELLINGTON STREET WEST TD BANK TOWER, 12TH FLOOR TORONTO ON M5K 1A2 CANADA |
| TORONTO DOMINION BANK | ATTN:SUSAN MOORE, VICE PRESIDENT & DIRECTOR TD SECURITIES, TREASURY CREDIT TD TOWER, 6TH FLOOR 66 WELLINGTON STREET WEST TORONTO ON M5K 1A2 CANADA |
| TORONTO DOMINION BANK | ATTN:ELIZABETH L FERNANDO, MANAGING DIR, LEGAL TD SECURITIES (USA) LLC 31 WEST 52ND STREET NEW YORK NY 10019 |
| TORONTO DOMINION BANK | ATTN:DION W. HAYES MCGUIREWOODS LLP ONE JAMES CENTER 901 EAST CARY STREET RICHMOND VA 23219 |
| TORTOISE CAP ADV LLC | A/C PGSTORTOISE HIGH INC INV. TRUST ATTN:MS. DEANNA DERRICK P.O. BOX 1034 GT, HARBOUR PLACE, 4TH ST 103 SOUTH CHURCH STREET GRAND CAYMAN KY1-1102 KY |
| TORTOISE CAP ADV LLC | A/C PGSTORTOISE HIGH INC INV. TRUST CAROLINE BENTZ / STACEY REDFORD C/O PARKER GLOBAL STRATEGIES, LLC 1177 SUMMER STREET, 6TH FLOOR STAMFORD CT 06905 |
| TORTOISE CAP ADV LLC A/C PGSTORTOISE HIGH INC INV | ATTN:DEANNA DERRICK PGS TORTOISE HIGH INCOME INVESTMENT TRUST P.O. BOX 1034 GT, HARBOUR PLACE, 4TH FL 103 SOUTH CHURCH STREET GRAND CAYMAN KY1-1102 KY |
| TORTOISE CAP ADV LLC A/C PGSTORTOISE HIGH INC INV | ATTN:CAROLINE BENTZ / STACEY REDFORD PGS TORTOISE HIGH INCOME INVESTMENT TRUST C/O PARKER GLOBAL STRATEGIES, LLC 1177 SUMMER STREET, 6TH FLOOR STAMFORD CT 06905 |
| TOTSA TOTAL OIL TRADING SA | ATTN:DERIVATIVES DESK / LEGAL DEPARTMENT WORLD TRADE CENTER 1 10 ROUTE DE L'AEROPORT, CP 276 GENEVA AIRPORT 15 CP 276 CH |

| Claim Name | Address Information |
|---|---|
| TPG – RESEARCH PARK PLAZA I & II LLC | CITY NATIONAL PLAZA 515 SOUTH FLOWER STREET LOS ANGELES CA 90071 |
| TPG – RESEARCH PARK PLAZA I & II MEZZANINE LLC | TPG – REASEARCH PARK PLAZA I 515 SOUTH FLOWER STREET 6TH FLOOR LOS ANGELES CA 90071 |
| TPG – STONEBRIDGE PLAZA II LLC | ATTN:TODD L MERKE C/O THOMAS PROPERTIES GROUP, INC 515 SOUTH FLOWER STREET 6TH FLOOR LOS ANGELES CA 90071 |
| TPG – STONEBRIDGE PLAZA II MEZZANINE LLC | ATTN:TODD L MERKE C/O THOMAS PROPERTIES GROUP, INC 515 SOUTH FLOWER STREET 6TH FLOOR LOS ANGELES CA 90071 |
| TRAFIGURA DERIVATIVES LIMITED | ATTN:HEAD OF RISK MANAGEMENT, GENERAL COUNSEL C/O TRAFIGURA LIMITED PORTMAN HOUSE 2 PORTMAN STREET LONDON W1H6DU GB |
| TRILOGY ENERGY LP | ATTN:DAVID BARVA 1400, 332 ? 6TH AVENUE S.W CALGARY AB T2P 0B2 CA |
| TRINITAS HOSPITAL | ATTN:KAREN LUMPP, SR VP & CFO 225 WILLIAMSON STREET ELIZABETH NJ 07207 |
| TVO COACH HOUSE NORTH LLC | ATTN:LEGAL DEPARTMENT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| TVO COACH HOUSE SOUTH LLC | ATTN:LEGAL DEPARTMENT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| TVO CORINTH PLACE LLC | ATTN:LEGAL DEPARTMENT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN NJ 08109 |
| UMB BANK & TRUST, N.A. | ATTN:BRIAN P. KRIPPNER, VICE PRESIDENT 2 SOUTH BROADWAY, SUITE 435 ST. LOUIS MO 63102 |
| UMB BANK & TRUST, N.A. | ATTN:MARK HEER, ASSOCIATE LEGAL COUNSEL UMB BANK, N.A. 1010 GRAND BOULEVARD, 4TH FLOOR KANSAS CITY MO 64106-2271 |
| UMB BANK, N.A. | ATTN:SANDY BATTAS, VICE PRESIDENT CORPORATE TRUST DEPARTMENT 2 SOUTH BROADWAY, SUITE 435 ST. LOUIS MO 63102 |
| UMB BANK, N.A. | ATTN:MARK HEER, ASSOCIATE LEGAL COUNSEL CORPORATE TRUST DEPARTMENT 1010 MARKET STREET, 4TH FLOOR KANSAS CITY MO 64106-2271 |
| UMB BANK, N.A. | ATTN:BRENT W. KEEP, VP CORPORATE TRUST DEPARTMENT 1010 MARKET STREET, 4TH FLOOR KANSAS CITY MO 64106-2271 |
| UNIV MEDICAL ASSOCIATES OF THE MEDICAL UNIVERSITY | OF SOUTH CAROLINA ATTN:ELIZABETH (LISA) J. PHILP C/O MCNAIR LAW FIRM, P.A. 100 CALHOUN ST, SUITE 400 (29401) POST OFFICE BOX 1431 CHARLESTON SC 29401 |
| UNIV MEDICAL ASSOCIATES OF THE MEDICAL UNIVERSITY | OF SOUTH CAROLINA ATTN:MICHAEL C. KEELS, CONTROLLER 1180 SAM RITTENBERG BLVD. CHARLESTON SC 29407-3374 |
| UNIVERSITY OF PITTSBURGH | ATTN:AMY K.MARSH, TREASURER & CHIEF INVESTMENT OFF OFFICE OF FINANCE 2409 CATHEDRAL OF LEARNING PITTSBURGH PA 15260 |
| UNIVERSITY OF SCRANTON | ATTN:JOHN F. MCNAMARA, COMPTROLLER OFFICE OF THE TREASURER LINDEN STREET & MONROE AVENUE SCRANTON PA 18510 |
| UNIVERSITY SYSTEM OF NEW HAMPSHIRE | ATTN:KENNETH CODY 18 GARRISON AVE. DURHAM NH 03824-2334 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | ATTN:RICHARD J. MACLEAN, ESQ. UNUM GROUP, LAW DEPT. 7S 1 FOUNTAIN SQUARE CHATTANOOGA TN 37402 |
| UTAH HOUSING CORP | ATTN:PRESIDENT AND CEO 2479 S LAKE PARK BLVD SALT LAKE CITY UT 84120 |
| VANGUARD FIXED INCOME SECURITIES FUNDS | ATTN:JENNIFER F. HINDERLITER, ASSOCIATE COUNSEL THE VANGUARD GROUP, INC. POST OFFICE BOX 2600, V26 VALLEY FORGE PA 19482-2600 |
| VANGUARD GROUP, INC | ATTN:JENNIFER F. HINDERLITER, ASSOCIATE COUNSEL THE VANGUARD GROUP, INC. POST OFFICE BOX 2600, V26 VALLEY FORGE PA 19482-2600 |
| VANGUARD INSTITUTIONAL INDEX FUNDS | ATTN:JENNIFER F. HINDERLITER, ASSOCIATE COUNSEL THE VANGUARD GROUP, INC. POST OFFICE BOX 2600, V26 VALLEY FORGE PA 19482-2600 |
| VANGUARD INVESTMENT SERIES PLC | ATTN:JENNIFER F. HINDERLITER, ASSOCIATE COUNSEL THE VANGUARD GROUP, INC. POST OFFICE BOX 2600, V26 VALLEY FORGE PA 19482-2600 |
| VANGUARD VALLEY FORGE FUNDS | ATTN:JENNIFER F. HINDERLITER, ASSOCIATE COUNSEL THE VANGUARD GROUP, INC. POST OFFICE BOX 2600, V26 VALLEY FORGE PA 19482-2600 |
| VANGUARD VARIABLE INSURANCE FUND | ATTN:JENNIFER F. HINDERLITER, ASSOCIATE COUNSEL THE VANGUARD GROUP, INC. POST OFFICE BOX 2600, V26 VALLEY FORGE PA 19482-2600 |
| VITOL SA | ATTN:MANAGER, COMMODITIES & SWAP GROUP OPERATIONS BOULEVARD DU PONT-D' ARVE 28 P.O. BOX 384 GENEVA 4 1211 CH |

| Claim Name | Address Information |
|---|---|
| WALT DISNEY COMPANY (THE) | ATTN:JONATHAN HEADLEY, SVP CORP FINANCE 500 SOUTH BUENA VISTA STREET BURBANK CA 91521-0513 |
| WALT DISNEY COMPANY (THE) | ATTN:ALAN N. BRAVERMAN, SEVP, GEN. COUNSEL 500 SOUTH BUENA VISTA STREET BURBANK CA 91521-1030 |
| WARREN WICKLUND ASSET MANAGEMENT ASA | ATTN:VEGARD FINSTAD PO BOX 656 SENTRUM OSLO N-0106 NO |
| WCG MASTER FUND LTD. | ATTN:KENNETH ULBRICHT, CHIEF OPERATING OFFICER C/O WCG MANAGEMENT L.P. 2 WORLD FINANCIAL CENTER, 7TH FLOOR 225 LIBERTY STREET NEW YORK NY 10281-1010 |
| WCG MASTER FUND LTD. | ATTN:IAN CHEUNG OTC DOCUMENTATION 2 INTERNATIONAL DRIVE, 3/F RYE BROOK NY 10573 |
| WELLINGTON MANAGEMENT COMPANY, LLP | ATTN:DONALD CAIAZZA, VICE PRESIDENT & COUNSEL 75 STATE STREET BOSTON MA 02109 |
| WELLMONT HEALTH SYSTEM | ATTN:GARY MILLER 1905 AMERICAN WAY KINGSPORT TN 37660 |
| WEST POINT HOUSING LLC | ATTN:SHARON MARCONE 10 CAMPUS BLVD. NEWTOWN SQUARE PA 19073 |
| WESTAR ENERGY | ATTN:CONTRACT ADMINISTRATION & LAW DEPARTMENT P.O. BOX 889 (66601-0889) 818 S. KANSAS AVENUE TOPEKA KS 66612 |
| WESTERN UNIVERSITY OF HEALTH SCIENCES | ATTN:TAMARA MCGRATH BUSINESS OFFICE 309 EAST SECOND STREET POMONA CA 91766-1854 |
| WHYTE HIRSCHBOECK DUDEK S.C. | ATTORNEYS FOR METAVANTE CORPORATION ATTN: BRUCE G. ARNOLD, DARYL L. DIESING, DANIEL J. MCGARRY 555 EAST WELLS STREET SUITE 1900 MILWAUKEE WI 53202-3819 |
| WIGGIN AND DANA LLP | CO-COUNSEL TO THE HOTCHKISS SCHOOL ATTN: SHARYN B. ZUCH 185 ASYLUM STREET HARTFORD CT 06103-3402 |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | ATTORNEYS FOR HARTFORD INVESTMENT MANAGEMENT CO, THE HARTFORD FLOATING RATE FUND, THE HARTFORD HIGH YIELD FUND, ATTN: MARK G. LEDWIN, ESQ. 3 GANNETT DRIVE WHITE PLAINS NY 10604 |
| WINNITEX INVESTMENT COMPANY LIMITED | ATTN:BRIAN CHAN, CHIEF FINANCIAL OFFICER UNITS 1-5, 36TH FLOOR CABLE TV TOWER 9 HOI SHING ROAD TSUEN WAN, N.T. HK |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | COUNSEL FOR REYNOLDS AMERICAN DEFINED BENEFIT MASTER TRUST ATTN: MICHAEL G. BUSENKELL 222 DELAWARE AVENUE SUITE 1501 WILMINGTON DE 19801 |
| WORLD FUEL SERVICES CORPORATION | ATTN:R.ALEXANDER LAKE, GENL CNSL & CORP SECURITY 9800 N.W. STREET, SUITE 400 MIAMI FL 33178 |
| WSSEX WANDERING CREEK, LLC | ATTN:GERALDINE FREEMAN, ESQ. C/O SHEPPARD MULIN RICHTER & HAMPTON LLP FOUR EMBARCADERO CENTER, 17 FLOOR SAN FRANCISCO CA 94111 |
| YORK ASIAN OPPORTUNITIES MASTER FUND, L.P. | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, L.P. | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CREDIT OPPORTUNITIES FUND, L.P. | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL VALUE PARTNERS, L.P. | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK INVESTMENT LIMITED | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SELECT UNIT TRUST | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SELECT, L.P. | ATTN:ADAM SMELER, OPERATIONS C/O YORK CAPITAL MANAGEMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| ZAIS CL LTD | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX V-A CAYMAN LIMITED | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX V-B LP | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX V-C LTD | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |

| Claim Name | Address Information |
|---|---|
| ZAIS MATRIX VI-A LTD | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX VI-B L.P. | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX VI-C LTD. | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX VI-D LTD. | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX VI-F LTD | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS MATRIX VI-I LP | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS OPPORTUNITY MASTER FUND, LTD. | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS SCEPTICUS FUND 1, LTD | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS SCEPTICUS FUND 3, LTD | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 3 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1107 |
| ZAIS ZEPHYR A-1, LTD. | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |
| ZAIS ZEPHYR A-5, LTD. | ATTN:RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106 |

Total Creditor count  569