UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 27348 AND 27551

TO THE CLERK OF THE COURT:

Please note on the claims docket in the above-captioned cases that Phoenix Life Limited ("PLL") hereby withdraws Proofs of Claim Nos. 27348 and 27551 filed on September 22, 2009.

Dated: November 24, 2010
New York, New York

**HOGAN LOVELLS US LLP**

By: /s/ Hugh F. Hill IV
Hugh F. Hill IV
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

and

Craig H. Ulman
Khang V. Tran
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Counsel for Phoenix Life Limited*

RECEIVED
NOV 29 2010
U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK