Westmalle, 15/11/2010

To :   United States Bankruptcy Court, Southern District of New York

Alexander Hamilton Custom House

One Bowling Green

New York

Room 601

Addressed to : the honorable Mr James M.Peck

From : Wouters Danielle

Steenovenstraat 14

2390 Westmalle

Belgium

Concerning : Lehman Brothers , Chapter 11 , Debtor 08-13555

Dear honorable Mr James M.Peck,

In reaction of the letter by Shai Y Waisman, dated October 21, 2010 , which made clear that the hearing considering "objection to claims" has been adjourned from October 27, 2010 to December 1, 2010. I hereby would like to receive "my code" to be able to participate at the telephonic hearing on December 1, 2010.

- case number : 65102
- Name of judge : Judge James M.Peck
- Hearing date and time : december 1, 2010 at 10:00 a.m
- Parties : Wouters Danielle, Steenovenstraat 14 , 2390 Westmalle , phone nr 0032/3 311.89.19
- My claim made on October 30th 2009 was disallowed on the ground that the claim was filed after November 2nd 2009. Earlier I send you prove that my written claim was been sent on October 30th 2009.

Kind regards,

Wouters Danielle

Steenovenstraat 14

2390 Westmalle

Belgium





RECEIVED NOV 2 3 2010 U.S. BANKRUPTCY COURT, SDNY JMP