|  |  |
|---|---|
| Data: 16 November 2010 | **GIAMBRONE** |
| Direct Email: tirn@giambronelaw.com | **LAW** |
|  | STUDIO LEGALE INTERNAZIONALE |

RECEIVED NOV 29 2010 U.S. BANKRUPTCY COURT, SDNY JMP

The Chamber of Honorable
James M. Peck
One Bowling Green
New York 10004
Courtroom 601

Head Office
Via Giovanni Bonanno 122
90143 Palermo
ITALY

Weil Gotshal & Manges LLP
Attn.: Decker Sarah, Esq.; Shai Waisman, Esq.
767 Fifth Avenue
New York
New York 10153

Tel: +39 091 7434 778
UK: +44 870 111 2158

Fax: +39 091 611 0952

The Office of United State Trustee
For the Southern District of New York
Attn.: Andy Velez-Rivera, Esq., Paul Schwartzerb, Esq.,
Brian Masumoto, Esq., Linda Riffkin, Esq., Tracy Hope, Esq
33 Whitehall Street
21st Floor
New York
New York 10004

www.giambronelaw.co.uk
Offices also in
Milan and Rome

Milbank, Tweed, Hadley & McColy LLP
Attn.: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York New York 10005

**CASE NUMBER 08-13555 – LEHMAN BROTHERS HOLDINGS INC. CASE – CLAIMS No. 24235, 24236 – FORMAL REQUEST TO ATTEND COURT HEARING SCHEDULED FOR 1ST DECEMBER 2010 VIA TELEPHONICALLY**

I write in the interest and on behalf of our Client Mr. Battecca Giuseppe with reference to the above subject matter.

Following the enclosed Notice of Adjournment of Debtors' Thirty-First Omnibus objection to claims and our subsequent response, we are now informed that the related hearing is adjourned to 1st December 2010 before Honorable Judge M. Peck in Courtroom 601 of the United States Bankruptcy Court for Southern District of New York at 10.00 a.m. (Prevailing Easter Time).

We wish therefore to formally apply herewith to attend the mentioned hearing of 1st December 2010 telephonically and to receive all needed instructions to do so.

Please do not hesitate to contact me via email (italy@giambronelaw.com), telephonically (+39 091 743 4778) or via post to the above address for every related communication.

I finally take this opportunity to send kind regards.

*[signature]*
Alberto Nuozzi LLM

08-13555 [Dkt. No. 12248]

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :
                    Debtors.                :    (Jointly Administered)
                                            :
                                            :
-------------------------------------------------------------x

NOTICE OF ADJOURNMENT OF DEBTORS'
THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS
(INSUFFICIENT DOCUMENTATION CLAIMS) AS TO CERTAIN CLAIMANTS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims), solely as to the claims listed below, that was scheduled for October 27, 2010, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to December 1, 2010 at 10:00 a.m.** (Prevailing Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43535240\07\58399.0008

08-13555 [Dkt. No. 12248]

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Alweis, Edward J. & Mary | 8175 |
| Berman, Peter | 31104 |
| Brown, Edward D. and Vergene D. | 7268 |
| Brozgal, Edith J. | 8063 |
| Cagliero, Robert J. | 32535 |
| DePalma, Mary J. | 9054 |
| DeSouza, Donna | 9654 |
| Edelmann, Stephen and Jacqueline | 31084 |
| Frankenberg, Hank | 8201 |
| Giordano, Joseph J. | 9021 |
| Giuseppe, Battecca | 24235 |
| Giuseppe, Battecca | 24236 |
| Hess William & Mary C. | 7711 |
| Hill, Francis J., IRA | 9974 |
| Hospitals Insurance Company Inc. | 16975 |
| Ilaria, Ghiretti and Clauda, Furia | 24233 |
| Ilaria, Ghiretti and Clauda, Furia | 24234 |
| Kern, Sandra | 8218 |
| Leslie Steppel Weisbrod Trust | 19325 |
| Leslie Steppel Weisbrod Trust | 19378 |
| Malin, Ruth | 7560 |
| Markovitz, Anne | 8335 |
| Markovitz, Bernard | 8334 |
| Mosca, Jan Brown | 8205 |
| Morris-Brogan, Linda | 25535 |
| New York State Comptroller | 29068 |
| Noriega, Patricia A. | 24121 |
| Palone, Michael F. | 8983 |
| Pike, Susan Mary | 9135 |
| Rapp, Lester M. | 18185 |

08-13555 [Dkt. No. 12248]

| Claimant Name | Claim Number |
|---|---|
| Rehorst, Joyce | 31085 |
| Schmidt, Joseph W. & Beatrice | 9395 |
| Schmidt, Joseph W. & Beatrice | 9396 |
| Schneider, Marvin | 8774 |
| Shirley Mahlstrom REV TR U/A | 8802 |
| Smith, William H. | 9187 |
| Stashower, Susan | 33326 |

Dated: October 22, 2010
New York, New York

/s/ Shai Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession