UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

In re
LEHMAN BROTHERS HOLDING INC.          Chapter 11 Case No. 08-13555

------------------------------------------------------x

### CREDITOR HANS SOMMER's NOTICE OF ABANDONMENT OF CLAIM WITHDRAWAL OF COUNSEL

Creditor Hans SOMMER hereby respectfully provides notice to the Debtors that he

a. abandons and withdraws Claim #13630 (US$105,839.54) submitted on September 16, 2009 against Debtor LBHI; and

b. has released counsel from his duties and responsibilities with respect to said claim.

RESPECTFULLY submitted this __24th__ day of November, 2010.

Helge Naber
Montana Bar Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e naber@naberpc.com

---

• Shai Waisman Esq.
WEIL GOTSCHAL & MANGES LLP
767 Fifth Avenue
New York New York 10153
*Attorney for Debtor*

• Hans Sommer
Hohnerkamp 27
22175 Hamburg/Germany
*PRO SE LITIGANT*

### CERTIFICATE OF SERVICE

This is to certify that the foregoing CREDITOR'S NOTICE OF ABANDONMENT & WITHDRAWAL OF COUNSEL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on

NABER PC

By _____
300 Central Avenue Ste. 320 • Great Falls, MT 59401