To: The Chambers of the Honorable James M. Peck,
   One Bowling Green, New York, New York 10004, Courtroom 601

cc: (1) Weil Gotshal & Manges LLP
       767 Fifth Avenue, New York, New York 10153
       (Attn: Shai Waisman)
   (2) The Office of the United States Trustee for the Southern District of New York
       33 Whitehall Street, 21st Floor, New York, New York 10004
       (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin & Tracy Davis)
   (3) Milbank, Tweed, Hadley & McCloy LLP
       1 Chase Manhattan Plaza, New York, New York 10005
       (Attn: Dennis F. Dunne, Dennis O'Donnell & Evan Fleck)

Dear the Hon. Judge Peck

## Application for Telephonic Court Appearances

**Case Name:** Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims)
- Creditor's Opposition to the Debtor's Objection to Disallow Claims

**Case Number:** Chapter 11 Case No. 08-13555 (JMP)

**Debtor:** Lehman Brothers Holdings Inc.,

**Claim Numbers:** 65031, 65032 & 65033

**Court Name:** United States Bankruptcy Court Southern District of New York

**Judge:** the Honorable Judge James M. Peck

**Hearing Date & Time:** 1 December 2010 (Wed.) at 10:00 a.m. (Prevailing Eastern Time)

**Name of Claimant:** Ms. Fok Yim Sheung, Floria

**Party Represented:** Ms. Fok Yim Sheung, Floria  (self-represented)

**Address:** 26H, Block 13, Yuet Wu Villa, Tuen Mun, Hong Kong

**Telephone:** (852)27758800<Main>  <Mobile:(852)94516152 or Other: (852)24578804>

**Email:** knjbbs@yahoo.com

**Basis for the amount of Claims:**

(1) **Claim No. 65031** - US100,000 face value on the LBH structured note with ISIN 034643873, with depository blocking reference 6014891 and with depository account number 92057

(2) **Claim No. 65032** - US100,000 face value on the LBH structured note with ISIN 034482993, with depository blocking reference 6014890 and with depository account number 92057

(3) **Claim No. 65033** - US50,000 face value on the LBH structured note with ISIN 0344975744, with depository blocking reference 6014892 and with depository account number 92057

**Reason why the Claims should not be disallowed:** I have posted out the completed standard "Proof of Claim" form on 18 September 2009 well before (more than seven weeks) the deadline of 2 November 2009. It normally takes less than a week for a letter from Hong Kong to New York. The letter clearly showed the postal stamp chop of 21 September 2009 from Hong Kong.

Yours sincerely,

(Fok Yim Sheung, Floria)
16 November 2010