Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
Email: bkpeonio@yahoo.com
480-325-1742



Mr. Herbert K. Ryder
Day Pitney LLP
Seven Times Square
New York, NY 10036-7311

November 25, 2010

    Subject: Lehman Brothers Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear MR. Ryder:

Thank you for sending me a copy of your Response of SPCP Group LL, dated November 12, 2010.

I am included as a creditor in the above-captioned bankruptcy proceeding. I have sent numerous letters inquiring about the status of my claim. There has been no response to most of my letters. I have, however, talked with Ms. Amanda Hendy who called at the request of the Honorable Judge Peck. Although Ms. Hendy appeared sympathetic nothing positive has happened.

Am I included in your class of creditors? The reason I ask is your claim is for $1,988,948, and the category of my claim found in Appendix D page one of the Proof of Claim states an Issuance Amount of $1,900,000 under Cusip number 5249087A2. (Enclosure).

My particular claim is for $50,000 worth of Reverse Convertibles linked to Schering-Plough (SGP) which was to be converted into SGP stock before LBHI declared bankruptcy. I am entitled to recover the full value. For more than two years, I have repeatedly requested the $50,000 common stock. I hope you can assist me, and am requesting your assistance. If you cannot help me, perhaps you can direct me to someone who can.

Thank you for any assistance you give me.

Sincerely,

Barbara K. Peonio

Cc (without enclosures).   The Honorable James M. Peck, U. S. District Court
                                   Ms. Amanda Hendy, Weil, Gotshal & Manges LLP