

**SC LOWY**
FINANCIAL SERVICES

SC LOWY FINANCIAL (HK) LIMITED
1403, 14/F, Nine Queen's Road Central, Hong Kong
Tel: +852 3405 1300 | Fax: +852 3405 1400
www.sclowy.com

VIA COURIER

December 1, 2010



US Bankruptcy Court
Southern District of NY
One Bowling Green
New York, NY 10004-1408

Re:   Lehman Brothers Holdings Inc., et al, Debtors, Case No. 08-13555

To the US Bankruptcy Court:

Pursuant to (a) the Transfer of Claim Agreement dated November 11, 2010, between Lehman Brothers International (Europe) (In Administration) and Shinkong Finance (HK) Limited ("Transferor") and (b) the Transfer of Claim Agreement dated November 11, 2010, between Transferor and SC Lowy Financial (HK) Limited ("Transferee"), Transferor transferred certain claims to Transferee.

Please find attached a copy of Form 210A relating to a Transfer of Claim Other than for Security in relation to each Transfer of Claim Agreement. Please mark your records accordingly to reflect such transfer and please have these forms posted on the docket of LBHI.

If you should have any questions, please feel free to contact the Transferee at:

Tel: +852 3405 1300
Fax: +852 3405 1400
E-mail: steve.lyons@sclowy.com
Address: Suite 1403, 14/F, Nine Queen's Road, Central, Hong Kong, attn: Steve Lyons

Regards,

SC Lowy Financial (HK) Limited

By: _____
Name: Steve Lyons
Title: Authorized Signatory

B210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re     Lehman Brothers Holdings Inc, et al, Debtors     Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SHINKONG FINANCE (HK) LIMITED | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent

**Court Claim # (if known):** that portion of Omnibus Claim 62783 represented by ISIN XS0279730435 and XS0354225954 listed in the schedule attached to Omnibus Claim 62783

Shinkong Finance (HK) Limited
5F., No.99, Sec.1, Hsin Sheng S. Rd,
Taipei City 106, Taiwan, R.O.C.
Attention: Herman A.T. Huang

Amount of Claim: US$3,000,000.00 (the Amount that portion of Omnibus

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

B210A (Form 210A)(12/09)

                                                                                                                        Claim 62783 is represented by
ISIN XS0279730435 listed in the schedule
Attached to the Omnibus Claim 62783)

                                                                                                                        Amount of Claim: US$3,027,650.00 (the
Amount that portion of Omnibus
Claim 62783 is represented by
ISIN XS0354225954 listed in the schedule
Attached to the Omnibus Claim 62783)

Date Claim Filed: 2nd November 2009.
The Omnibus Claim was filed by
Transferor to reserve the rights of clients
On whose behalf Transferor held certain
Lehman Program Securities.
The Program Securities ISIN XS0279730435
(in the amount of US$3,000,000.00) and ISIN
XS0354225954 (in the amount of US$3,027,650.00)
has subsequently been Transferred to Transferee

Name and Address where transferee payments
should be sent (if different from above):

Phone:                                                             Phone:
Last Four Digits of Acct. #:                Last Four Digits of Acct. #:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

B210A (Form 210A)(12/09)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____           Date: 11 November 2010

SHINKONG FINANCE (HK) LIMITED

Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

TOTAL P.03

B210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re    Lehman Brothers Holdings Inc, et al, Debtors         Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SC LOWY FINANCIAL (HK) LTD.**              **SHINKONG FINANCE (HK) LIMITED**

Name of Transferee                           Name of Transferor

Name and Address where notices to transferee
Should be sent

                                             **Court Claim # (if known):** that portion of
                                             Omnibus Claim 62783 represented by
                                             ISIN XS0279730435 and XS0354225954 listed in
                                             the schedule attached to Omnibus Claim 62783

SC Lowy Financial (HK) Ltd.
Suite 1403, 14/F
Nine Queen's Road
Central, Hong Kong
Attention: Steve Lyons

                                             Amount of Claim: US$3,000,000.00 (the
                                             Amount that portion of Omnibus

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

B210A (Form 210A)(12/09)

Claim 62783 is represented by
ISIN XS0279730435 listed in the schedule
Attached to the Omnibus Claim 62783)

Amount of Claim: US$3,027,650.00 (the
Amount that portion of Omnibus
Claim 62783 is represented by
ISIN XS0354225954 listed in the schedule
Attached to the Omnibus Claim 62783)

Date Claim Filed: 2nd November 2009.
The Omnibus Claim was filed by
Lehman Brothers International (Europe) (in
Administration) ("LBIE") to reserve the rights of
Clients on whose behalf LBIE held certain
Lehman Program Securities.
The Program Securities ISIN XS0279730435
(in the amount of US$3,000,000.00) and ISIN
XS0354225954 (in the amount of US$3,027,650.00)
has subsequently been transferred to from LBIE to
Transferor and from Transferor toTransferee

Name and Address where transferee payments
should be sent (if different from above):


Phone:                                          Phone:
Last Four Digits of Acct. #:                    Last Four Digits of Acct. #:


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

B210A (Form 210A)(12/09)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: 11 November 2010

SHINKONG FINANCE (HK) LIMITED

Transferor

By: _____                    Date: 11 November 2010

SC LOWY FINANCIAL (HK) LTD.

Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.