WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                    :
**In re**                                            :        **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                                    :
                                **Debtors.**         :        **(Jointly Administered)**
                                                                    :
-------------------------------------------------------------------x

## NOTICE OF CLOSING OF THE
## RESTRUCTURING OF THE ARCHSTONE CREDIT FACILITIES

Reference is made to the *Order Granting the Debtors' Motion Pursuant to*

*Sections 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004*

*and 9019 for Authorization to Modify Certain Terms of the Restructuring of the Archstone Credit*

*Facilities* (the "Order"), dated November 18, 2010 [Docket No. 12894].[1]

**PLEASE TAKE NOTICE** that the closing of the Modified Restructuring,

consistent in all respects with the terms thereof described by the Debtors in the *Debtors' Motion*

*Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy*

*Procedure 6004 and 9019 for Authorization to Modify Certain Terms of the Restructuring of the*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Order.

*Archstone Credit Facilities* [Docket No. 12475] and the hearing thereon, was completed on

December 2, 2010.


Dated: December 3, 2010
     New York, New York

 

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession