**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | **Chapter 11 Case No.**<br><br>**08-13555 (JMP)**<br><br>**(Jointly Administered)** |

STATE OF NEW YORK    )
                                          )    ss.:
COUNTY OF NEW YORK    )

        JONATHAN BLATTMACHR, being duly sworn, deposes and states:

        I am associated with the law firm of Schulte Roth & Zabel LLP.

        On December 3, 2010, I caused to be served a true copy of the ***Response of Castlerigg Master Investments Ltd. to Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims)*** by Federal Express upon the parties on the annexed Service List.

                                            /s/ Jonathan Blattmachr
                                            JONATHAN BLATTMACHR

Sworn to before me this
3rd day of December, 2010

/s/ Shelley Saposnik
SHELLEY SAPOSNIK
NOTARY PUBLIC, State of New York
No. 01SA6125942 Qualified in Westchester County
Certificate filed in New York County
Commission Expires 4/25/2013

DOC ID-14986472.1

## SERVICE LIST

**VIA FEDERAL EXPRESS**

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

Shai Waisman, Esq.
Penny Reid, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Attorneys to the Debtor*

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.,
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracey Hope Davis, Esq.
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004

Dennis F. Dunn, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for the Official Committee of
Unsecured Creditors*