KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Iskender H. Catto (IC 4364)

*Counsel to Venoco, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
                                        :

In re                                    :    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., *et al.*,  :    Case No. 08-13555 (JMP)

             Debtors.                   :    Jointly Administered

--------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Carrie T. Sroka, state as follows:

      1.    I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654.

      2.    On December 3, 2010, I caused service of the *Response of Venoco, Inc. to Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims)* [Docket No. 13205], via overnight mail to the parties listed below:

**VIA OVERNIGHT DELIVERY**

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court<br>For the Southern District of New York<br>One Bowling Green, NY 10004 | Shai Y. Waisman, Esq.<br>Penny Reid, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

| | |
|---|---|
| Offices of the U.S. Trustee for the Southern District of New York<br>Andy Velez-Rivers, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq.<br>33 White Hall Street, 21st Floor<br>New York, NY 10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: Chicago, Illinois
      December 3, 2010

                                                                                                                   /s/ *Carrie T. Sroka*
                                                                                                                    Carrie T. Sroka

State of Illinois            )
                                 ) ss
County of Cook         )

Subscribed and sworn to before me
this 3rd day of December, 2010.

_____
            Notary Public

"OFFICIAL SEAL"
Christine A. Harper
Notary Public, State of Illinois
My Commission Expires July 27, 2014

K&E 18083229.2