ALSTON & BIRD LLP

Karl Geercken
William Sugden (admitted *pro hac vice*)
90 Park Avenue
New York, New York, 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Aozora Bank, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          )   ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1.      I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2.      On December 6, 2010, I caused a true and correct copy of Response of Aozora Bank, Ltd. to the Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued

Derivative Claims), to be served upon the parties listed on the attached Service List in

Exhibit A and in the manner indicated.

                                                    /s/ Leslie Salcedo
                                                        Leslie Salcedo

Sworn to before me this
6th day of December, 2010.

/s/ Tiffany T. Douse
Tiffany T. Douse
Notary Public, State of New York
No. 01DO6126555
Qualified in New York County
Commission Expires May 9, 2013

LEGAL02/32310643v1

**Service List**

**Exhibit A**

**Via First Class Mail**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Shai Waisman, Esq.
       Penny Reid, Esq.

Office of the United States Trustee for S.D.N.Y.
33 Whitehall Street
21st Floor, New York, New York 10004
Attn:  Andy Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.
       Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq.
       Evan Fleck, Esq.