**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                  :         **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, :        **08-13555 (JMP)**
:
                  **Debtors.**       :        **(Jointly Administered)**
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                          )     s.s.:
NEW YORK COUNTY     )

Rashida J. Adams, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York.  I am over the age of twenty-one years and I am not a party to this proceeding.

2) On December 03, 2010, I caused a copy of the *Response to Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims)* [Docket No. 13196] to be served via the indicated manner on the parties shown on the attached Service List.

                                          */s/ Rashida J. Adams*
                                         Rashida J. Adams

Sworn to before me the 3rd day of December, 2010
*/s/ Patricia A. Ashman*

_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2014

**SERVICE LIST**
**STANDARD PARTIES**

**VIA HAND DELIVERY**

United States Bankruptcy Court
Southern District of New York
Attn: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

**VIA FIRST CLASS MAIL**

Office of the US Trustee
Attn: Andrew D Velez-Rivera,
Paul Schwartzberg,
Brian Masumoto,
Linda Rifkin,
Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow,
Lori R. Fife,
Shai Y. Waisman,
Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153
*Counsel to the Debtors*

Milbank, Tweed, Hadley & Mccloy LLP
Dennis Dunne, Wilbur Foster, JR
Dennis O'Donnell, Esq., Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for the Creditors' Committee*