BOIES, SCHILLER & FLEXNER LLP

575 Lexington Avenue

New York, NY 10022

Telephone:  (212) 446-2300

Facsimile:  (212) 446-2350

Jonathan D. Schiller

Hamish P.M. Hume

Jack G. Stern

*Attorneys for Barclays Capital Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| In re | SIPA Proceeding Case No. |
| LEHMAN BROTHERS INC., | |
| Debtor. | 08-01420 (JMP) |

**NOTICE OF FILING DESIGNATED DEPOSITION TESTIMONY AND EXHIBIT**
**CHART**

In connection with the Stipulation and Order Concerning Designations so ordered by the

Court on November 22, 2010, and entered in the docket on that date, a copy of which is attached

hereto as Exhibit A , Barclays Capital, Inc. ("Barclays") hereby files the following documents:

Index to the deposition designations and counter-designations referenced in the Stipulation and

Order Concerning Designations (Exhibit B); deposition designations and counter-designations

for R. Azerad through E. Clark (Exhibit C); deposition designations and counter-designations for

D. Coles through A. Frelinghuysen (Exhibit D); deposition designations and counter-

designations for J. Hraska (Aug. 14, 2009) through A. Keller (Exhibit E); deposition

designations and counter-designations for S. King through J. Kobak (Exhibit F); deposition

designations and counter-designations for M. Korycki through G. LaRocca (Exhibit G);

deposition designations and counter-designations for V. Lewkow though H. Miller (Exhibit H);

deposition designations and counter-designations for D. O'Donnell through G. Romain (Exhibit

I); deposition designations and counter-designations for E. Rosen through J. Yang (Exhibit J);

and the Exhibit Chart referenced in the Stipulation and Order Concerning Designations (Exhibit

K).

Dated:  December 3, 2010

BOIES, SCHILLER & FLEXNER LLP

By:   /s/ Hamish P.M. Hume_____
Jonathan D. Schiller
Hamish P.M. Hume
Jack G. Stern
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone:  (212) 446-2300
Facsimile:  (212) 446-2350

*Attorneys for Barclays Capital Inc.*