# Exhibit B

*In re Lehman Brothers Holdings Inc., et al.,* Case No. 08-13555 (JMP)
*In re Lehman Brothers Inc., et al.,* Case No. 08-01420 (JMP)

### COMPLETE DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS

- **Blue** highlighting identifies testimony designated or counter-designated by Barclays.
- **Yellow** highlighting identifies testimony designated or counter-designated by Movants.

### VOLUME I

| Tab | Witness |
|---|---|
| 1. | Robert Azerad (Aug. 17, 2009) |
| 2. | Alastair Blackwell (Aug. 7, 2009) |
| 3. | Alvin Brown (Jan. 8, 2010) |
| 4. | Saul Burian (Dec. 17, 2009) |
| 5. | Saul Burian (Apr. 29, 2010) |
| 6. | Eric Clark (Feb. 24, 2010) |
| 7. | David Coles (Feb. 4, 2010) |
| 8. | Nancy Denig (Aug. 21, 2009) |
| 9. | Daniel Dziemian (Mar. 4, 2010) |
| 10. | Paul Exall (Aug. 27, 2009) |
| 11. | Michael Fazio (Feb. 12, 2010) |
| 12. | Eric Felder (July 31, 2009) |
| 13. | Daniel Fleming (Aug. 28, 2009) |
| 14. | James Fogarty (Jan. 15, 2010) |
| 15. | Anson Frelinghuysen (Mar. 4, 2010) |

16. James Hraska (Aug. 14, 2009)

17. James Hraska (Jan. 15, 2010)

18. Craig Jones (Mar. 4, 2010)

19. Alan Kaplan (Mar. 1, 2010)

20. Marlo Karp (Jan. 20, 2010)

21. Michael Keegan (Aug. 28, 2009)

22. Andrew Keller (Jan. 8, 2010)

23. Stephen King (Sept. 10, 2009)

24. Christopher Kiplok (Mar. 4, 2010)

25. Alex Kirk (Aug. 31, 2009)

**VOLUME II**

26. Michael Klein (Sept. 12, 2009)

27. James Kobak (Dec. 7, 2009)

28. Mary Korycki (Feb. 4, 2010)

29. Uma Krishnan (June 29, 2010)

30. Philip Kruse (Dec. 17, 2009)

31. Richard Landreman (June 16, 2010)

32. Gerard LaRocca (Aug. 19, 2009)

33. Victor Lewkow (Feb. 10, 2010)

34. Marty Malloy (Mar. 1, 2010)

35. Bryan Marsal (Dec. 22, 2009)

36. Robert Martini (June 24, 2010)

37. Bart McDade (Sept. 2, 2009)

38. Hugh (Skip) McGee (Aug. 10, 2009)

39. Robert Messineo (Apr. 1, 2010)

40. Harvey Miller (Jan. 7, 2010)

41. Dennis O'Donnell (Jan. 6, 2010)

42. David Petrie (Aug. 26, 2009)

43. Noel Purcell (Jan. 13, 2010)

44. Barry Ridings (Jan. 15, 2010)

45. John Rodefeld (Aug. 27, 2009)

46. Gary Romain (Sept. 10, 2009)

47. Edward Rosen (Feb. 19, 2010)

48. Sean Teague (June 30, 2010)

49. Paolo Tonucci (Aug. 14, 2009)

50. Conor Tully (Feb. 10, 2010)

51. Mark Washtell (June 17, 2010)

52. Jasen Yang (Sept. 4, 2009)