# Exhibit K

BOIES SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Jonathan D. Schiller
Hamish P.M. Hume
Jack G. Stern

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    Case No. 08-13555 (JMP)
                                                             :
                              Debtors.                       :    (Jointly Administered)
                                                             :
                                                             :
-------------------------------------------------------------x
                                                             :
In re:                                                       :    SIPA Proceeding
                                                             :
LEHMAN BROTHERS INC.,                                        :    Case No. 08-01420 (JMP)
                                                             :
                              Debtor.                        :
                                                             :
-------------------------------------------------------------x

**EXHIBIT CROSS-REFERENCE LIST FOR DEPOSITION DESIGNATIONS**

| Deposition Exhibit Number | Trial Exhibit Number | Deponent / Witness |
|---|---|---|
| 1 | M. 1 | Brown, Exall, Lewkow, Messineo |
| 2 | | Felder |
| 3 | M. 694 | Felder |
| 15 | | Felder |
| 16 | | Felder |
| 19 | M. 2 | Exall, Kirk, Klein, Lewkow, Tonucci |
| 20 | M. 7 | Miller, Ridings |
| 21 | M. 28 | Miller, Ridings |
| 25 | M. 3 | Frelinghuysen, Lewkow, Messineo, Rosen |
| 26 | BCI Ex. 18 | Burian (12/17/09), O'Donnell |
| 27 | M. 38 | Lewkow |
| 47 | M. 59 | Tonucci |
| 50 | M. 160 | Rosen |
| 71B | M. 173 | Tonucci |
| 74B | M. 61 | Blackwell |
| 83B | M. 73 | Petrie |
| 86B | M. 102 | King, Romain |
| 87B | M. 103 | Romain |
| 98 | | McGee |
| 110 | | McGee |
| 126 | M. 188 | Tonucci |

| Deposition Exhibit Number | Trial Exhibit Number | Deponent / Witness |
| --- | --- | --- |
| 136A | M. 8 | Tonucci |
| 137A | BCI Ex. 576 | Tonucci |
| 138A | M. 111 | Tonucci |
| 140A | M. 595 | Tonucci |
| 143A | | Tonucci |
| 143B | M. 192 | King |
| 144A | M. 47 | Keegan, Malloy |
| 145A | M. 55 | Tonucci |
| 148A | M. 21 | Tonucci |
| 148B | M. 570 | Hraska |
| 149A | M. 52 | Klein |
| 150B | M. 571 | Denig |
| 157A | M. 618 | Petrie |
| 212 | M. 737 | LaRocca |
| 216 | M. 108 | Exall |
| 237 | M. 591 | Denig |
| 272 | M. 214 | Petrie |
| 274 | M. 40 | Petrie |
| 279B | M. 766 | Exall |
| 280B | M. 218 | Exall |
| 281B | M. 107 | Exall |
| 282B | M. 26 | Exall |
| 283A | M. 31 | Romain |

| Deposition Exhibit Number | Trial Exhibit Number | Deponent / Witness |
| --- | --- | --- |
| 301A | | Keegan |
| 302A | M. 768 | Keegan |
| 307A | | Keegan |
| 316 | M. 221 | Kirk |
| 321 | | Kirk |
| 326 | M. 51 | Kirk |
| 338B | M. 410; BCI Ex. 130 | Burian (12/17/09) |
| 350B | | Yang |
| 353B | | Yang |
| 361A | M. 228 | Romain |
| 377A | M. 105 | Romain |
| 378 | M. 604 | Romain |
| 381 | M. 408 | Klein |
| 385 | M. 580 | Romain |
| 388A | M. 231 | Romain |
| 388B | BCI Ex. 191 | King |
| 389A | M. 572 | Romain |
| 389B | M. 658 | King |
| 390A | M. 227 | Romain |
| 390B | M. 659 | King |
| 391A | M. 232 | Romain |
| 392A | M. 10 | Romain |
| 394A | BCI Ex. 672 | Romain |

| Deposition Exhibit Number | Trial Exhibit Number | Deponent / Witness |
|---|---|---|
| 395A | M. 575 | Romain |
| 396A | M. 576 | Romain |
| 397A | M. 577 | Romain |
| 398A | M. 578 | Romain |
| 399A | M. 443 | Romain |
| 400A | M. 497 | Romain |
| 401A | M. 579 | Romain |
| 402A | M. 233 | Romain |
| 403A | M. 581 | Romain |
| 439 | M. 643 | Kobak |
| 442 | | Kobak |
| 443 | | Kobak |
| 449 | BCI Ex. 422 | Frelinghuysen |
| 457A | BCI Ex. 549 | Kruse |
| 458A | BCI Ex. 540 | Kruse |
| 458B | M. 398: BCI Ex. 37 | Burian (12/17/09) |
| 459B | | Burian (12/17/09) |
| 460A | | Miller |
| 460B | BCI Ex. 312; BCI Ex. 756 | Fazio |
| 461B | M. 381; BCI Ex. 255 | Burian (12/17/09), Fazio, O'Donnell |
| 463B | BCI Ex. 332 | Fazio |
| 464B | | Burian (12/17/09), Fazio, O'Donnell |

| Deposition Exhibit Number | Trial Exhibit Number | Deponent / Witness |
|---|---|---|
| 466B | | Fazio |
| 467B | BCI Ex. 198 | Burian (12/17/09) |
| 470A | | Kruse |
| 472B | M. 380; BCI Ex. 143 | Burian (12/17/09) |
| 474B | BCI Ex. 219 | Burian (12/17/09) |
| 482 | | Marsal |
| 489 | M. 9 | Brown |
| 495 | | Marsal |
| 504 | M. 148; BCI Ex. 389 | Fazio, O'Donnell |
| 507 | BCI Exhibit 301; BCI Ex. 301A | Miller |
| 508 | BCI Ex. 737; BCI Ex. 251 | Miller |
| 509 | M. 239; BCI Ex. 207 | Miller |
| 516 | M. 240; BCI Ex. 258; BCI Ex. 740 | Miller |
| 518 | M. 132 | Miller |
| 520B | | Purcell |
| 521B | | Purcell |
| | | |
| 523 | BCI Ex. 434 | Keller |
| 526 | | Keller |
| 532 | | Brown |
| 548A | M. 267 | Landreman |
| 561A | BCI Ex. 140 | Ridings |

| Deposition Exhibit Number | Trial Exhibit Number | Deponent / Witness |
|---|---|---|
| 561D | | Hraska (1/15/10) |
| 562D | M. 507 | Hraska (1/15/10) |
| 563A | BCI Ex. 196 | Ridings |
| 564A | BCI Ex. 436 | Ridings |
| 563C | M. 248 | Rosen |
| 563D | | Hraska (1/15/10) |
| 564D | | Hraska (1/15/10) |
| 565B | BCI Ex. 328; BCI Ex. 746 | Korycki |
| 566 | | Karp |
| 567 | | Karp |
| 579B | BCI Ex. 358 | Lewkow |
| 585A | | Coles |
| 606 | BCI Ex. 476 | Rosen |
| 613A | BCI Ex. 364 | Lewkow |
| 618A | BCI Ex. 386 | Fazio |
| 619A | | Fazio |
| 622 | BCI Ex. 368 | Rosen |
| 631 | M. 136 | Rosen |
| 658C | BCI Ex. 349 | Malloy |
| 669A | | Dziemian |
| 669B | M. 430 | Frelinghuysen |
| 670B | | Frelinghuysen |
| 671B | BCI Ex. 514 | Frelinghuysen |

| Deposition Exhibit Number | Trial Exhibit Number | Deponent / Witness |
| --- | --- | --- |
| 672B | BCI Ex. 515 | Frelinghuysen |
| 675B | BCI Ex. 517 | Frelinghuysen |
| 676A | | Jones |
| 676B | | Kiplok |
| 677B | BCI Ex. 518 | Kiplok |
| 679A | | Jones |
| 679B | BCI Ex. 520 | Kiplok |
| | | |
| 682 | BCI Ex. 645 | Messineo |
| 763 | | Burian (12/17/09) |
| 768 | | Burian (04/29/10) |
| 799 | | Teague |
| 799B | | Landreman, Washtell |
| 800B | | Teague |
| 801B | | Landreman, Teague |
| 804B | | Landreman |
| 805B | | Landreman, Washtell |
| 806B | M. 970 | Landreman |
| 808B | | Landreman |
| 809B | | Landreman |
| 812B | | Teague |
| 813B | | Landreman |
| 814B | | Landreman |

| Deposition Exhibit Number | Trial Exhibit Number | Deponent / Witness |
|---|---|---|
| 815B | | Landreman |
| 822 | | Washtell |
| 823 | | Washtell |
| 837 | Excerpt from BCI Ex. 502 | Krishnan |
| 841 | BCI Ex. 503 | Krishnan |
| 843 | BCI Ex. 671 | Krishnan |
| 859 | | Krishnan |
| 860 | M. 908 | Krishnan |
| 863 | | Krishnan |
| 864 | M. 803 | Teague |
| 865 | | Teague |
| 866 | | Teague |
| 867 | | Teague |
| 870 | | Teague |
| 871 | | Teague |
| 873 | M. 813 | Teague |