**FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone: 212-859-8000
Facsimile: 212-859-4000
Shannon Nagle, Esq.
Richard Tisdale, Esq.
*Counsel for Commonwealth Bank of Australia*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                              :
In re                                                         :     **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :     **08-13555 (JMP)**
                                                              :
                    Debtors.                    :     **(Jointly Administered)**
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, by the undersigned, hereby appears as counsel for Commonwealth Bank of Australia ("CBA"), a creditor in the above-captioned case. Pursuant to § 1109(b) of title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, CBA requests that all notices that are required to be given and all pleadings and orders that are required to be served in the above-captioned Chapter 11 matter, be served to the following addresses:

   Shannon Nagle, Esq.
   Richard Tisdale, Esq.
   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NY 10004
   Tel.: 212-859-8000
   Facsimile: 212-859-4000
   Email:  shannon.nagle@friedfrank.com
           richard.tisdale@friedfrank.com

PLEASE TAKE FURTHER NOTICE that the forgoing request includes not only the notices, pleadings, and orders referred to in the rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects the above captioned Debtors, property in their possession, custody, or control or the administration of the Debtors' bankruptcy cases.

PLEASE TAKE FURTHER NOTICE that CBA does not intend, through this Notice of Appearance, or any later appearance, pleading, claim, or suit, to waive (1) its right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge, (2) its right to a trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) its right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies CBA expressly reserves.

Dated: December 6, 2010
New York, New York

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP

By: /s/ Shannon Nagle
Shannon Nagle, Esq.
Richard Tisdale, Esq.
One New York Plaza
New York, NY 10004

*Counsel for Commonwealth Bank of Australia*

2

7932921