UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
        Debtors.                                                 :
                                                                 :    Ref. Docket No. 13111
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 30, 2010, I caused to be served the "Notice of Adjournment of Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) Solely as to Certain Claims," dated November 30, 2010 [Docket No. 13111], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    /s/ Pete Caris
                                                                    Pete Caris

Sworn to before me this
2nd day of December, 2010

/s/ Eleni G. Kossivas
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\LBH\Affidavits\NOA - 34th Omni_DI_13111_AFF_11-30-10.doc

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | aseuffert@lawpost-nyc.com |
| aalfonso@willkie.com | ashaffer@mayerbrown.com |
| abraunstein@riemerlaw.com | ashmead@sewkis.com |
| acaton@kramerlevin.com | asnow@ssbb.com |
| acker@chapman.com | atrehan@mayerbrown.com |
| adam.brezine@hro.com | aunger@sidley.com |
| adarwin@nixonpeabody.com | austin.bankruptcy@publicans.com |
| adg@adorno.com | avenes@whitecase.com |
| adiamond@diamondmccarthy.com | azylberberg@whitecase.com |
| aeckstein@blankrome.com | bankr@zuckerman.com |
| aentwistle@entwistle-law.com | bankruptcy@goodwin.com |
| afriedman@irell.com | bankruptcy@morrisoncohen.com |
| agbanknewyork@ag.tn.gov | bankruptcymatters@us.nomura.com |
| aglenn@kasowitz.com | barbra.parlin@hklaw.com |
| agold@herrick.com | bbisignani@postschell.com |
| agolianopoulos@mayerbrown.com | bdk@schlamstone.com |
| ahammer@freebornpeters.com | bgraifman@gkblaw.com |
| aisenberg@saul.com | bguiney@pbwt.com |
| akantesaria@oppenheimerfunds.com | bhinerfeld@sbtklaw.com |
| alesia.pinney@infospace.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| amcmullen@boultcummings.com | bmanne@tuckerlaw.com |
| amenard@tishmanspeyer.com | bmiller@mofo.com |
| andrew.brozman@cliffordchance.com | boneill@kramerlevin.com |
| andrew.lourie@kobrekim.com | bpershkow@profunds.com |
| angelich.george@arentfox.com | brian.corey@greentreecreditsolutions.com |
| ann.reynaud@shell.com | brian.pfeiffer@friedfrank.com |
| anthony_boccanfuso@aporter.com | bromano@willkie.com |
| aoberry@bermanesq.com | brosenblum@jonesday.com |
| aostrow@beckerglynn.com | broy@rltlawfirm.com |
| apo@stevenslee.com | btrust@mayerbrown.com |
| aquale@sidley.com | btupi@tuckerlaw.com |
| araboy@cov.com | bturk@tishmanspeyer.com |
| arahl@reedsmith.com | bwolfe@sheppardmullin.com |
| arheaume@riemerlaw.com | bzabarauskas@crowell.com |
| arlbank@pbfcm.com | cahn@clm.com |
| arosenblatt@chadbourne.com | calbert@reitlerlaw.com |
| arthur.rosenberg@hklaw.com | canelas@pursuitpartners.com |
| arwolf@wlrk.com | carlsons@sullcrom.com |

**Email Addresses**

| |
|---|
| carol.weinerlevy@bingham.com |
| cbelisle@wfw.com |
| cbelmonte@ssbb.com |
| cbrotstein@bm.net |
| cgoldstein@stcwlaw.com |
| chammerman@paulweiss.com |
| chardman@klestadt.com |
| charles@filardi-law.com |
| charles_malloy@aporter.com |
| charu.chandrasekhar@wilmerhale.com |
| chipford@parkerpoe.com |
| chris.donoho@lovells.com |
| christian.spieler@lehman.com |
| christopher.schueller@bipc.com |
| clarkb@sullcrom.com |
| clynch@reedsmith.com |
| cmontgomery@salans.com |
| cohenr@sewkis.com |
| cp@stevenslee.com |
| cpappas@dilworthlaw.com |
| craig.goldblatt@wilmerhale.com |
| crmomjian@attorneygeneral.gov |
| cs@stevenslee.com |
| csalomon@beckerglynn.com |
| cschreiber@winston.com |
| cshore@whitecase.com |
| cshulman@sheppardmullin.com |
| ctatelbaum@adorno.com |
| cwalsh@mayerbrown.com |
| cward@polsinelli.com |
| cweber@ebg-law.com |
| cweiss@ingramllp.com |
| dallas.bankruptcy@publicans.com |
| daniel.guyder@allenovery.com |
| dave.davis@isgria.com |
| david.bennett@tklaw.com |
| david.crichlow@pillsburylaw.com |
| david.heller@lw.com |
| davids@blbglaw.com |

| |
|---|
| davidwheeler@mvalaw.com |
| dbalog@intersil.com |
| dbarber@bsblawyers.com |
| dbaumstein@whitecase.com |
| dbesikof@loeb.com |
| dcimo@gjb-law.com |
| dckaufman@hhlaw.com |
| dcoffino@cov.com |
| dcrapo@gibbonslaw.com |
| ddavis@paulweiss.com |
| ddrebsky@nixonpeabody.com |
| ddunne@milbank.com |
| deggermann@kramerlevin.com |
| deggert@freebornpeters.com |
| demetra.liggins@tklaw.com |
| deryck.palmer@cwt.com |
| dfelder@orrick.com |
| dflanigan@polsinelli.com |
| dgrimes@reedsmith.com |
| dhayes@mcguirewoods.com |
| dheffer@foley.com |
| diconzam@gtlaw.com |
| dirk.roberts@ots.treas.gov |
| djoseph@stradley.com |
| dkleiner@velaw.com |
| dkozusko@willkie.com |
| dladdin@agg.com |
| dlemay@chadbourne.com |
| dlipke@vedderprice.com |
| dludman@brownconnery.com |
| dmcguire@winston.com |
| dmurray@jenner.com |
| dneier@winston.com |
| dodonnell@milbank.com |
| douglas.bacon@lw.com |
| dove.michelle@dorsey.com |
| dowd.mary@arentfox.com |
| dpiazza@hodgsonruss.com |
| dravin@wolffsamson.com |

**Email Addresses**

| | |
|---|---|
| drose@pryorcashman.com | gabriel.delvirginia@verizon.net |
| drosenzweig@fulbright.com | gary.ticoll@cwt.com |
| drosner@goulstonstorrs.com | gbray@milbank.com |
| drosner@kasowitz.com | george.davis@cwt.com |
| dshemano@pwkllp.com | geraci@thalergertler.com |
| dspelfogel@foley.com | ggitomer@mkbattorneys.com |
| dtatge@ebglaw.com | giddens@hugheshubbard.com |
| dwdykhouse@pbwt.com | gkaden@goulstonstorrs.com |
| dwildes@stroock.com | glenn.siegel@dechert.com |
| dworkman@bakerlaw.com | gmoss@riemerlaw.com |
| easmith@venable.com | gravert@mwe.com |
| echang@steinlubin.com | gspilsbury@jsslaw.com |
| ecohen@russell.com | guzzi@whitecase.com |
| efile@willaw.com | hanh.huynh@cwt.com |
| efleck@milbank.com | harrisjm@michigan.gov |
| efriedman@friedumspring.com | harveystrickon@paulhastings.com |
| egeekie@schiffhardin.com | hbeltzer@morganlewis.com |
| eglas@mccarter.com | hbeltzer@mayerbrown.com |
| ehollander@whitecase.com | heidi@crumbielaw.com |
| ekbergc@lanepowell.com | heim.steve@dorsey.com |
| eli.mattioli@klgates.com | heiser@chapman.com |
| elizabeth.harris@klgates.com | helmut.olivier@lehman.com |
| ellen.halstead@cwt.com | hirsch.robert@arentfox.com |
| eobrien@sbchlaw.com | hollace.cohen@troutmansanders.com |
| eric.johnson@hro.com | holsen@stroock.com |
| eschaffer@reedsmith.com | howard.hawkins@cwt.com |
| eschwartz@contrariancapital.com | hseife@chadbourne.com |
| esmith@dl.com | hsnovikoff@wlrk.com |
| ezujkowski@emmetmarvin.com | ian.levy@kobrekim.com |
| ezweig@optonline.net | icatto@kirkland.com |
| fbp@ppgms.com | igoldstein@dl.com |
| feldsteinh@sullcrom.com | ilevee@lowenstein.com |
| ffm@bostonbusinesslaw.com | info2@normandyhill.com |
| fhyman@mayerbrown.com | ira.herman@tklaw.com |
| fishere@butzel.com | isgreene@hhlaw.com |
| francois.janson@hklaw.com | israel.dahan@cwt.com |
| frank.white@agg.com | iva.uroic@dechert.com |
| fsosnick@shearman.com | jacobsonn@sec.gov |
| fyates@sonnenschein.com | jafeltman@wlrk.com |

**Email Addresses**

| | |
|---|---|
| james.mcclammy@dpw.com | jjoyce@dresslerpeters.com |
| james.sprayregen@kirkland.com | jjtancredi@daypitney.com |
| jamestecce@quinnemanuel.com | jjureller@klestadt.com |
| jar@outtengolden.com | jkehoe@sbtklaw.com |
| jason.jurgens@cwt.com | jlamar@maynardcooper.com |
| jay.hurst@oag.state.tx.us | jlawlor@wmd-law.com |
| jay@kleinsolomon.com | jlee@foley.com |
| jbecker@wilmingtontrust.com | jlevitin@cahill.com |
| jbeemer@entwistle-law.com | jlipson@crockerkuno.com |
| jbird@polsinelli.com | jliu@dl.com |
| jbromley@cgsh.com | jlovi@steptoe.com |
| jcarberry@cl-law.com | jlscott@reedsmith.com |
| jchristian@tobinlaw.com | jmaddock@mcguirewoods.com |
| jdrucker@coleschotz.com | jmazermarino@msek.com |
| jdyas@halperinlaw.net | jmcginley@wilmingtontrust.com |
| jean-david.barnea@usdoj.gov | jmelko@gardere.com |
| jeannette.boot@wilmerhale.com | jmerva@fult.com |
| jeff.wittig@coair.com | jmmurphy@stradley.com |
| jeffrey.sabin@bingham.com | jmr@msf-law.com |
| jeldredge@velaw.com | john@crumbielaw.com |
| jen.premisler@cliffordchance.com | john.mcnicholas@dlapiper.com |
| jennifer.demarco@cliffordchance.com | john.monaghan@hklaw.com |
| jennifer.gore@shell.com | john.rapisardi@cwt.com |
| jeremy.eiden@state.mn.us | joli@crlpc.com |
| jessica.fink@cwt.com | jorbach@hahnhessen.com |
| jfalgowski@reedsmith.com | joseph.cordaro@usdoj.gov |
| jflaxer@golenbock.com | joseph.scordato@dkib.com |
| jfox@joefoxlaw.com | joshua.dorchak@bingham.com |
| jfreeberg@wfw.com | jowen769@yahoo.com |
| jg5786@att.com | jpintarelli@mofo.com |
| jgarrity@shearman.com | jpintarelli@mofo.com |
| jgenovese@gjb-law.com | jporter@entwistle-law.com |
| jguy@orrick.com | jprol@lowenstein.com |
| jherzog@gklaw.com | jrabinowitz@rltlawfirm.com |
| jhiggins@fdlaw.com | jrsmith@hunton.com |
| jhorgan@phxa.com | jschwartz@hahnhessen.com |
| jhuggett@margolisedelstein.com | jsheerin@mcguirewoods.com |
| jhuh@ffwplaw.com | jshickich@riddellwilliams.com |
| jim@atkinslawfirm.com | jsmairo@pbnlaw.com |

**Email Addresses**

| | |
|---|---|
| jstoll@mayerbrown.com | lawallf@pepperlaw.com |
| jtimko@allenmatkins.com | lberkoff@moritthock.com |
| jtimko@shutts.com | lee.stremba@troutmansanders.com |
| jtougas@mayerbrown.com | lgranfield@cgsh.com |
| judy.morse@crowedunlevy.com | lhandelsman@stroock.com |
| jwallack@goulstonstorrs.com | linda.boyle@twtelecom.com |
| jwang@sipc.org | lisa.ewart@wilmerhale.com |
| jwcohen@daypitney.com | lisa.kraidin@allenovery.com |
| jweiss@gibsondunn.com | ljkotler@duanemorris.com |
| jwest@velaw.com | lmarinuzzi@mofo.com |
| jwh@njlawfirm.com | lmay@coleschotz.com |
| jwhitman@entwistle-law.com | lmcgowen@orrick.com |
| k4.nomura@aozorabank.co.jp | lml@ppgms.com |
| karen.wagner@dpw.com | lnashelsky@mofo.com |
| kdwbankruptcydepartment@kelleydrye.com | loizides@loizides.com |
| keckhardt@hunton.com | lromansic@steptoe.com |
| keith.simon@lw.com | lscarcella@farrellfritz.com |
| ken.coleman@allenovery.com | lschweitzer@cgsh.com |
| ken.higman@hp.com | lthompson@whitecase.com |
| kgwynne@reedsmith.com | lubell@hugheshubbard.com |
| kiplok@hugheshubbard.com | lwhidden@salans.com |
| kkelly@ebglaw.com | mabrams@willkie.com |
| klyman@irell.com | maofiling@cgsh.com |
| kmayer@mccarter.com | marc.chait@standardchartered.com |
| kobak@hugheshubbard.com | margolin@hugheshubbard.com |
| korr@orrick.com | mark.deveno@bingham.com |
| kostad@mofo.com | mark.ellenberg@cwt.com |
| kovskyd@pepperlaw.com | mark.houle@pillsburylaw.com |
| kowens@foley.com | mark.sherrill@sutherland.com |
| kpiper@steptoe.com | martin.bury@lehman.com |
| kressk@pepperlaw.com | martin.davis@ots.treas.gov |
| kreynolds@mklawnyc.com | marvin.clements@ag.tn.gov |
| krosen@lowenstein.com | matthew.klepper@dlapiper.com |
| krubin@ozcap.com | matthew.morris@lovells.com |
| kstahl@whitecase.com | mbenner@tishmanspeyer.com |
| kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| kurt.mayr@bgllp.com | mbienenstock@dl.com |
| lacyr@sullcrom.com | mbossi@thompsoncoburn.com |
| landon@streusandlandon.com | mcademartori@sheppardmullin.com |

**Email Addresses**

| | |
|---|---|
| mcordone@stradley.com | mvenditto@reedsmith.com |
| mcto@debevoise.com | mwarren@mtb.com |
| mdorval@stradley.com | ncoco@mwe.com |
| meltzere@pepperlaw.com | neal.mann@oag.state.ny.us |
| metkin@lowenstein.com | ned.schodek@shearman.com |
| mfeldman@willkie.com | newyork@sec.gov |
| mgordon@briggs.com | nfurman@scottwoodcapital.com |
| mgreger@allenmatkins.com | nherman@morganlewis.com |
| mhanchet@mayerbrown.com | nissay_10259-0154@mhmjapan.com |
| mhopkins@cov.com | nlepore@schnader.com |
| michael.bonacker@lehman.com | notice@bkcylaw.com |
| michael.frege@cms-hs.com | oipress@travelers.com |
| michael.kim@kobrekim.com | omeca.nedd@lovells.com |
| millee12@nationwide.com | paronzon@milbank.com |
| miller@taftlaw.com | patrick.oh@freshfields.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.schmitz-morkramer@lehman.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com |
| mjacobs@pryorcashman.com | pbattista@gjb-law.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com |
| mjr1@westchestergov.com | pdublin@akingump.com |
| mkjaer@winston.com | peisenberg@lockelord.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com |
| mlandman@lcbf.com | peter.macdonald@wilmerhale.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com |
| mmendez@hunton.com | peter@bankrupt.com |
| mmooney@deilylawfirm.com | pfeldman@oshr.com |
| mmorreale@us.mufg.jp | phayden@mcguirewoods.com |
| mmurphy@co.sanmateo.ca.us | pmaxcy@sonnenschein.com |
| mneier@ibolaw.com | pnichols@whitecase.com |
| monica.lawless@brookfieldproperties.com | ppascuzzi@ffwplaw.com |
| mpage@kelleydrye.com | ppatterson@stradley.com |
| mpucillo@bermanesq.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrostle@jenner.com |
| mruetzel@whitecase.com | pwirt@ftportfolios.com |
| mschimel@sju.edu | pwright@dl.com |
| mshiner@tuckerlaw.com | r.stahl@stahlzelloe.com |
| msiegel@brownrudnick.com | raj.madan@bingham.com |
| mspeiser@stroock.com | rajohnson@akingump.com |
| mstamer@akingump.com | ramona.neal@hp.com |

**Email Addresses**

| | |
|---|---|
| ranjit.mather@bnymellon.com | rwyron@orrick.com |
| rbeacher@daypitney.com | s.minehan@aozorabank.co.jp |
| rbernard@bakerlaw.com | sabin.willett@bingham.com |
| rbyman@jenner.com | sabramowitz@velaw.com |
| rchoi@kayescholer.com | sagolden@hhlaw.com |
| rdaversa@orrick.com | sally.henry@skadden.com |
| relgidely@gjb-law.com | sandyscafaria@eaton.com |
| rfleischer@pryorcashman.com | sara.tapinekis@cliffordchance.com |
| rfrankel@orrick.com | sbernstein@hunton.com |
| rfriedman@silvermanacampora.com | scargill@lowenstein.com |
| rgmason@wlrk.com | schannej@pepperlaw.com |
| rgraham@whitecase.com | schepis@pursuitpartners.com |
| rhett.campbell@tklaw.com | schnabel.eric@dorsey.com |
| rhs@mccallaraymer.com | schristianson@buchalter.com |
| richard.lear@hklaw.com | schwartzmatthew@sullcrom.com |
| richard.levy@lw.com | scott.gibson@dubaiic.com |
| richard.tisdale@friedfrank.com | scottshelley@quinnemanuel.com |
| ritkin@steptoe.com | scousins@armstrongteasdale.com |
| rjones@boultcummings.com | sdnyecf@dor.mo.gov |
| rlevin@cravath.com | sehlers@armstrongteasdale.com |
| rmatzat@hahnhessen.com | sfelderstein@ffwplaw.com |
| rnetzer@willkie.com | sfineman@lchb.com |
| rnorton@hunton.com | sfox@mcguirewoods.com |
| robert.bailey@bnymellon.com | sgordon@cahill.com |
| robert.dombroff@bingham.com | sgubner@ebg-law.com |
| robert.henoch@kobrekim.com | sharbeck@sipc.org |
| robert.malone@dbr.com | shari.leventhal@ny.frb.org |
| robert.yalen@usdoj.gov | shgross5@yahoo.com |
| robertdakis@quinnemanuel.com | shumaker@pursuitpartners.com |
| robin.keller@lovells.com | sidorsky@butzel.com |
| ronald.silverman@bingham.com | slerner@ssd.com |
| rqureshi@reedsmith.com | slevine@brownrudnick.com |
| rreid@sheppardmullin.com | sloden@diamondmccarthy.com |
| rroupinian@outtengolden.com | smayerson@ssd.com |
| rrussell@andrewskurth.com | smillman@stroock.com |
| rterenzi@stcwlaw.com | smulligan@bsblawyers.com |
| rtrust@cravath.com | snewman@katskykorins.com |
| russj4478@aol.com | sory@fdlaw.com |
| rwasserman@cftc.gov | spiotto@chapman.com |

**Email Addresses**

| | |
|---|---|
| splatzer@platzerlaw.com | twheeler@lowenstein.com |
| squigley@lowenstein.com | ukreppel@whitecase.com |
| sree@lcbf.com | vdagostino@lowenstein.com |
| sselbst@herrick.com | villa@streusandlandon.com |
| sshimshak@paulweiss.com | vmilione@nixonpeabody.com |
| steele@lowenstein.com | vrubinstein@loeb.com |
| stephen.cowan@dlapiper.com | walter.stuart@freshfields.com |
| steve.ginther@dor.mo.gov | wanda.goodloe@cbre.com |
| steven.wilamowsky@bingham.com | wballaine@lcbf.com |
| streusand@streusandlandon.com | wbenzija@halperinlaw.net |
| susan.schultz@newedgegroup.com | wcurchack@loeb.com |
| susheelkirpalani@quinnemanuel.com | wfoster@milbank.com |
| swolowitz@mayerbrown.com | wheuer@dl.com |
| szuch@wiggin.com | william.m.goldman@dlapiper.com |
| tannweiler@greerherz.com | wiltenburg@hugheshubbard.com |
| tarbit@cftc.gov | wisotska@pepperlaw.com |
| tbrock@ssbb.com | woconnor@crowell.com |
| tduffy@andersonkill.com | wrightth@sullcrom.com |
| teresa.oxford@invescoaim.com | wsilverm@oshr.com |
| tgoren@mofo.com | wswearingen@llf-law.com |
| thaler@thalergertler.com | wtaylor@mccarter.com |
| thomas.califano@dlapiper.com | wzoberman@bermanesq.com |
| thomas.ogden@dpw.com | yamashiro@sumitomotrust.co.jp |
| thomas_noguerola@calpers.ca.gov | |
| thomaskent@paulhastings.com | |
| timothy.brink@dlapiper.com | |
| timothy.palmer@bipc.com | |
| tjfreedman@pbnlaw.com | |
| tkarcher@dl.com | |
| tkiriakos@mayerbrown.com | |
| tlauria@whitecase.com | |
| tmacwright@whitecase.com | |
| tmayer@kramerlevin.com | |
| tnixon@gklaw.com | |
| toby.r.rosenberg@irscounsel.treas.gov | |
| tony.davis@bakerbotts.com | |
| tslome@msek.com | |
| ttracy@crockerkuno.com | |
| twatanabe@mofo.com | |

**EXHIBIT B**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**Additional Parties:**

ING BELGIUM S.A./N.V.
ATTN: C. WYCKMANS
MARNIXLAAN 24
BRUSSELS, 1000
BELGIUM

JOHN DEERE PENSION TRUST
C/O HODGSON RUSS, LLP
ATTN: DEBORAH J. PIAZZA, ESQ.
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165-0150

U.S. BANK NATIONAL ASSOCIATION
CORPORATE TRUST SERVICES
ATTN: TIMOTHY PILLAR / PAMELA WIEDER
EP-MN-WS1D, 60 LIVINGSTON AVENUE
ST. PAUL, MN 55107-2292