UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                     :

In re                                               :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                               :        (Jointly Administered)
        Debtors.                              :
                                               :        Ref. Docket No. 13112
---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 30, 2010, I caused to be served the "Notice of Adjournment of Motions to Amend Proofs Of Claim," dated November 30, 2010 [Docket No. 13112], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    b. delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>, and

    c. enclosed securely in a postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
2nd day of December, 2010

Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | aseuffert@lawpost-nyc.com |
| aalfonso@willkie.com | ashaffer@mayerbrown.com |
| abraunstein@riemerlaw.com | ashmead@sewkis.com |
| acaton@kramerlevin.com | asnow@ssbb.com |
| acker@chapman.com | atrehan@mayerbrown.com |
| adam.brezine@hro.com | aunger@sidley.com |
| adarwin@nixonpeabody.com | austin.bankruptcy@publicans.com |
| adg@adorno.com | avenes@whitecase.com |
| adiamond@diamondmccarthy.com | azylberberg@whitecase.com |
| aeckstein@blankrome.com | bankr@zuckerman.com |
| aentwistle@entwistle-law.com | bankruptcy@goodwin.com |
| afriedman@irell.com | bankruptcy@morrisoncohen.com |
| agbanknewyork@ag.tn.gov | bankruptcymatters@us.nomura.com |
| aglenn@kasowitz.com | barbra.parlin@hklaw.com |
| agold@herrick.com | bbisignani@postschell.com |
| agolianopoulos@mayerbrown.com | bdk@schlamstone.com |
| ahammer@freebornpeters.com | bgraifman@gkblaw.com |
| aisenberg@saul.com | bguiney@pbwt.com |
| akantesaria@oppenheimerfunds.com | bhinerfeld@sbtklaw.com |
| alesia.pinney@infospace.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| amcmullen@boultcummings.com | bmanne@tuckerlaw.com |
| amenard@tishmanspeyer.com | bmiller@mofo.com |
| andrew.brozman@cliffordchance.com | boneill@kramerlevin.com |
| andrew.lourie@kobrekim.com | bpershkow@profunds.com |
| angelich.george@arentfox.com | brian.corey@greentreecreditsolutions.com |
| ann.reynaud@shell.com | brian.pfeiffer@friedfrank.com |
| anthony_boccanfuso@aporter.com | bromano@willkie.com |
| aoberry@bermanesq.com | brosenblum@jonesday.com |
| aostrow@beckerglynn.com | broy@rltlawfirm.com |
| apo@stevenslee.com | btrust@mayerbrown.com |
| aquale@sidley.com | btupi@tuckerlaw.com |
| araboy@cov.com | bturk@tishmanspeyer.com |
| arahl@reedsmith.com | bwolfe@sheppardmullin.com |
| arheaume@riemerlaw.com | bzabarauskas@crowell.com |
| arlbank@pbfcm.com | cahn@clm.com |
| arosenblatt@chadbourne.com | calbert@reitlerlaw.com |
| arthur.rosenberg@hklaw.com | canelas@pursuitpartners.com |
| arwolf@wlrk.com | carlsons@sullcrom.com |

**Email Addresses**

| | |
|---|---|
| carol.weinerlevy@bingham.com | davidwheeler@mvalaw.com |
| cbelisle@wfw.com | dbalog@intersil.com |
| cbelmonte@ssbb.com | dbarber@bsblawyers.com |
| cbrotstein@bm.net | dbaumstein@whitecase.com |
| cgoldstein@stcwlaw.com | dbesikof@loeb.com |
| chammerman@paulweiss.com | dcimo@gjb-law.com |
| chardman@klestadt.com | dckaufman@hhlaw.com |
| charles@filardi-law.com | dcoffino@cov.com |
| charles_malloy@aporter.com | dcrapo@gibbonslaw.com |
| charu.chandrasekhar@wilmerhale.com | ddavis@paulweiss.com |
| chipford@parkerpoe.com | ddrebsky@nixonpeabody.com |
| chris.donoho@lovells.com | ddunne@milbank.com |
| christian.spieler@lehman.com | deggermann@kramerlevin.com |
| christopher.schueller@bipc.com | deggert@freebornpeters.com |
| clarkb@sullcrom.com | demetra.liggins@tklaw.com |
| clynch@reedsmith.com | deryck.palmer@cwt.com |
| cmontgomery@salans.com | dfelder@orrick.com |
| cohenr@sewkis.com | dflanigan@polsinelli.com |
| cp@stevenslee.com | dgrimes@reedsmith.com |
| cpappas@dilworthlaw.com | dhayes@mcguirewoods.com |
| craig.goldblatt@wilmerhale.com | dheffer@foley.com |
| crmomjian@attorneygeneral.gov | diconzam@gtlaw.com |
| cs@stevenslee.com | dirk.roberts@ots.treas.gov |
| csalomon@beckerglynn.com | djoseph@stradley.com |
| cschreiber@winston.com | dkleiner@velaw.com |
| cshore@whitecase.com | dkozusko@willkie.com |
| cshulman@sheppardmullin.com | dladdin@agg.com |
| ctatelbaum@adorno.com | dlemay@chadbourne.com |
| cwalsh@mayerbrown.com | dlipke@vedderprice.com |
| cward@polsinelli.com | dludman@brownconnery.com |
| cweber@ebg-law.com | dmcguire@winston.com |
| cweiss@ingramllp.com | dmurray@jenner.com |
| dallas.bankruptcy@publicans.com | dneier@winston.com |
| daniel.guyder@allenovery.com | dodonnell@milbank.com |
| dave.davis@isgria.com | douglas.bacon@lw.com |
| david.bennett@tklaw.com | dove.michelle@dorsey.com |
| david.crichlow@pillsburylaw.com | dowd.mary@arentfox.com |
| david.heller@lw.com | dpiazza@hodgsonruss.com |
| davids@blbglaw.com | dravin@wolffsamson.com |

**Email Addresses**

| | |
|---|---|
| drose@pryorcashman.com | gabriel.delvirginia@verizon.net |
| drosenzweig@fulbright.com | gary.ticoll@cwt.com |
| drosner@goulstonstorrs.com | gbray@milbank.com |
| drosner@kasowitz.com | george.davis@cwt.com |
| dshemano@pwkllp.com | geraci@thalergertler.com |
| dspelfogel@foley.com | ggitomer@mkbattorneys.com |
| dtatge@ebglaw.com | giddens@hugheshubbard.com |
| dwdykhouse@pbwt.com | gkaden@goulstonstorrs.com |
| dwildes@stroock.com | glenn.siegel@dechert.com |
| dworkman@bakerlaw.com | gmoss@riemerlaw.com |
| easmith@venable.com | gravert@mwe.com |
| echang@steinlubin.com | gspilsbury@jsslaw.com |
| ecohen@russell.com | guzzi@whitecase.com |
| efile@willaw.com | hanh.huynh@cwt.com |
| efleck@milbank.com | harrisjm@michigan.gov |
| efriedman@friedumspring.com | harveystrickon@paulhastings.com |
| egeekie@schiffhardin.com | hbeltzer@morganlewis.com |
| eglas@mccarter.com | hbeltzer@mayerbrown.com |
| ehollander@whitecase.com | heidi@crumbielaw.com |
| ekbergc@lanepowell.com | heim.steve@dorsey.com |
| eli.mattioli@klgates.com | heiser@chapman.com |
| elizabeth.harris@klgates.com | helmut.olivier@lehman.com |
| ellen.halstead@cwt.com | hirsch.robert@arentfox.com |
| eobrien@sbchlaw.com | hollace.cohen@troutmansanders.com |
| eric.johnson@hro.com | holsen@stroock.com |
| eschaffer@reedsmith.com | howard.hawkins@cwt.com |
| eschwartz@contrariancapital.com | hseife@chadbourne.com |
| esmith@dl.com | hsnovikoff@wlrk.com |
| ezujkowski@emmetmarvin.com | ian.levy@kobrekim.com |
| ezweig@optonline.net | icatto@kirkland.com |
| fbp@ppgms.com | igoldstein@dl.com |
| feldsteinh@sullcrom.com | ilevee@lowenstein.com |
| ffm@bostonbusinesslaw.com | info2@normandyhill.com |
| fhyman@mayerbrown.com | ira.herman@tklaw.com |
| fishere@butzel.com | isgreene@hhlaw.com |
| francois.janson@hklaw.com | israel.dahan@cwt.com |
| frank.white@agg.com | iva.uroic@dechert.com |
| fsosnick@shearman.com | jacobsonn@sec.gov |
| fyates@sonnenschein.com | jafeltman@wlrk.com |

**Email Addresses**

| | |
|---|---|
| james.mcclammy@dpw.com | jjoyce@dresslerpeters.com |
| james.sprayregen@kirkland.com | jjtancredi@daypitney.com |
| jamestecce@quinnemanuel.com | jjureller@klestadt.com |
| jar@outtengolden.com | jkehoe@sbtklaw.com |
| jason.jurgens@cwt.com | jlamar@maynardcooper.com |
| jay.hurst@oag.state.tx.us | jlawlor@wmd-law.com |
| jay@kleinsolomon.com | jlee@foley.com |
| jbecker@wilmingtontrust.com | jlevitin@cahill.com |
| jbeemer@entwistle-law.com | jlipson@crockerkuno.com |
| jbird@polsinelli.com | jliu@dl.com |
| jbromley@cgsh.com | jlovi@steptoe.com |
| jcarberry@cl-law.com | jlscott@reedsmith.com |
| jchristian@tobinlaw.com | jmaddock@mcguirewoods.com |
| jdrucker@coleschotz.com | jmazermarino@msek.com |
| jdyas@halperinlaw.net | jmcginley@wilmingtontrust.com |
| jean-david.barnea@usdoj.gov | jmelko@gardere.com |
| jeannette.boot@wilmerhale.com | jmerva@fult.com |
| jeff.wittig@coair.com | jmmurphy@stradley.com |
| jeffrey.sabin@bingham.com | jmr@msf-law.com |
| jeldredge@velaw.com | john@crumbielaw.com |
| jen.premisler@cliffordchance.com | john.mcnicholas@dlapiper.com |
| jennifer.demarco@cliffordchance.com | john.monaghan@hklaw.com |
| jennifer.gore@shell.com | john.rapisardi@cwt.com |
| jeremy.eiden@state.mn.us | joli@crlpc.com |
| jessica.fink@cwt.com | jorbach@hahnhessen.com |
| jfalgowski@reedsmith.com | joseph.cordaro@usdoj.gov |
| jflaxer@golenbock.com | joseph.scordato@dkib.com |
| jfox@joefoxlaw.com | joshua.dorchak@bingham.com |
| jfreeberg@wfw.com | jowen769@yahoo.com |
| jg5786@att.com | jpintarelli@mofo.com |
| jgarrity@shearman.com | jpintarelli@mofo.com |
| jgenovese@gjb-law.com | jporter@entwistle-law.com |
| jguy@orrick.com | jprol@lowenstein.com |
| jherzog@gklaw.com | jrabinowitz@rltlawfirm.com |
| jhiggins@fdlaw.com | jrsmith@hunton.com |
| jhorgan@phxa.com | jschwartz@hahnhessen.com |
| jhuggett@margolisedelstein.com | jsheerin@mcguirewoods.com |
| jhuh@ffwplaw.com | jshickich@riddellwilliams.com |
| jim@atkinslawfirm.com | jsmairo@pbnlaw.com |

**Email Addresses**

| | |
|---|---|
| jstoll@mayerbrown.com | lawallf@pepperlaw.com |
| jtimko@allenmatkins.com | lberkoff@moritthock.com |
| jtimko@shutts.com | lee.stremba@troutmansanders.com |
| jtougas@mayerbrown.com | lgranfield@cgsh.com |
| judy.morse@crowedunlevy.com | lhandelsman@stroock.com |
| jwallack@goulstonstorrs.com | linda.boyle@twtelecom.com |
| jwang@sipc.org | lisa.ewart@wilmerhale.com |
| jwcohen@daypitney.com | lisa.kraidin@allenovery.com |
| jweiss@gibsondunn.com | ljkotler@duanemorris.com |
| jwest@velaw.com | lmarinuzzi@mofo.com |
| jwh@njlawfirm.com | lmay@coleschotz.com |
| jwhitman@entwistle-law.com | lmcgowen@orrick.com |
| k4.nomura@aozorabank.co.jp | lml@ppgms.com |
| karen.wagner@dpw.com | lnashelsky@mofo.com |
| kdwbankruptcydepartment@kelleydrye.com | loizides@loizides.com |
| keckhardt@hunton.com | lromansic@steptoe.com |
| keith.simon@lw.com | lscarcella@farrellfritz.com |
| ken.coleman@allenovery.com | lschweitzer@cgsh.com |
| ken.higman@hp.com | lthompson@whitecase.com |
| kgwynne@reedsmith.com | lubell@hugheshubbard.com |
| kiplok@hugheshubbard.com | lwhidden@salans.com |
| kkelly@ebglaw.com | mabrams@willkie.com |
| klyman@irell.com | maofiling@cgsh.com |
| kmayer@mccarter.com | marc.chait@standardchartered.com |
| kobak@hugheshubbard.com | margolin@hugheshubbard.com |
| korr@orrick.com | mark.deveno@bingham.com |
| kostad@mofo.com | mark.ellenberg@cwt.com |
| kovskyd@pepperlaw.com | mark.houle@pillsburylaw.com |
| kowens@foley.com | mark.sherrill@sutherland.com |
| kpiper@steptoe.com | martin.bury@lehman.com |
| kressk@pepperlaw.com | martin.davis@ots.treas.gov |
| kreynolds@mklawnyc.com | marvin.clements@ag.tn.gov |
| krosen@lowenstein.com | matthew.klepper@dlapiper.com |
| krubin@ozcap.com | matthew.morris@lovells.com |
| kstahl@whitecase.com | mbenner@tishmanspeyer.com |
| kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| kurt.mayr@bgllp.com | mbienenstock@dl.com |
| lacyr@sullcrom.com | mbossi@thompsoncoburn.com |
| landon@streusandlandon.com | mcademartori@sheppardmullin.com |

**Email Addresses**

| | |
|---|---|
| mcordone@stradley.com | mvenditto@reedsmith.com |
| mcto@debevoise.com | mwarren@mtb.com |
| mdorval@stradley.com | ncoco@mwe.com |
| meltzere@pepperlaw.com | neal.mann@oag.state.ny.us |
| metkin@lowenstein.com | ned.schodek@shearman.com |
| mfeldman@willkie.com | newyork@sec.gov |
| mgordon@briggs.com | nfurman@scottwoodcapital.com |
| mgreger@allenmatkins.com | nherman@morganlewis.com |
| mhanchet@mayerbrown.com | nissay_10259-0154@mhmjapan.com |
| mhopkins@cov.com | nlepore@schnader.com |
| michael.bonacker@lehman.com | notice@bkcylaw.com |
| michael.frege@cms-hs.com | oipress@travelers.com |
| michael.kim@kobrekim.com | omeca.nedd@lovells.com |
| millee12@nationwide.com | paronzon@milbank.com |
| miller@taftlaw.com | patrick.oh@freshfields.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.schmitz-morkramer@lehman.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com |
| mjacobs@pryorcashman.com | pbattista@gjb-law.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com |
| mjr1@westchestergov.com | pdublin@akingump.com |
| mkjaer@winston.com | peisenberg@lockelord.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com |
| mlandman@lcbf.com | peter.macdonald@wilmerhale.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com |
| mmendez@hunton.com | peter@bankrupt.com |
| mmooney@deilylawfirm.com | pfeldman@oshr.com |
| mmorreale@us.mufg.jp | phayden@mcguirewoods.com |
| mmurphy@co.sanmateo.ca.us | pmaxcy@sonnenschein.com |
| mneier@ibolaw.com | pnichols@whitecase.com |
| monica.lawless@brookfieldproperties.com | ppascuzzi@ffwplaw.com |
| mpage@kelleydrye.com | ppatterson@stradley.com |
| mpucillo@bermanesq.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrostle@jenner.com |
| mruetzel@whitecase.com | pwirt@ftportfolios.com |
| mschimel@sju.edu | pwright@dl.com |
| mshiner@tuckerlaw.com | r.stahl@stahlzelloe.com |
| msiegel@brownrudnick.com | raj.madan@bingham.com |
| mspeiser@stroock.com | rajohnson@akingump.com |
| mstamer@akingump.com | ramona.neal@hp.com |

**Email Addresses**

| | |
|---|---|
| ranjit.mather@bnymellon.com | rwyron@orrick.com |
| rbeacher@daypitney.com | s.minehan@aozorabank.co.jp |
| rbernard@bakerlaw.com | sabin.willett@bingham.com |
| rbyman@jenner.com | sabramowitz@velaw.com |
| rchoi@kayescholer.com | sagolden@hhlaw.com |
| rdaversa@orrick.com | sally.henry@skadden.com |
| relgidely@gjb-law.com | sandyscafaria@eaton.com |
| rfleischer@pryorcashman.com | sara.tapinekis@cliffordchance.com |
| rfrankel@orrick.com | sbernstein@hunton.com |
| rfriedman@silvermanacampora.com | scargill@lowenstein.com |
| rgmason@wlrk.com | schannej@pepperlaw.com |
| rgraham@whitecase.com | schepis@pursuitpartners.com |
| rhett.campbell@tklaw.com | schnabel.eric@dorsey.com |
| rhs@mccallaraymer.com | schristianson@buchalter.com |
| richard.lear@hklaw.com | schwartzmatthew@sullcrom.com |
| richard.levy@lw.com | scott.gibson@dubaiic.com |
| richard.tisdale@friedfrank.com | scottshelley@quinnemanuel.com |
| ritkin@steptoe.com | scousins@armstrongteasdale.com |
| rjones@boultcummings.com | sdnyecf@dor.mo.gov |
| rlevin@cravath.com | sehlers@armstrongteasdale.com |
| rmatzat@hahnhessen.com | sfelderstein@ffwplaw.com |
| rnetzer@willkie.com | sfineman@lchb.com |
| rnorton@hunton.com | sfox@mcguirewoods.com |
| robert.bailey@bnymellon.com | sgordon@cahill.com |
| robert.dombroff@bingham.com | sgubner@ebg-law.com |
| robert.henoch@kobrekim.com | sharbeck@sipc.org |
| robert.malone@dbr.com | shari.leventhal@ny.frb.org |
| robert.yalen@usdoj.gov | shgross5@yahoo.com |
| robertdakis@quinnemanuel.com | shumaker@pursuitpartners.com |
| robin.keller@lovells.com | sidorsky@butzel.com |
| ronald.silverman@bingham.com | slerner@ssd.com |
| rqureshi@reedsmith.com | slevine@brownrudnick.com |
| rreid@sheppardmullin.com | sloden@diamondmccarthy.com |
| rroupinian@outtengolden.com | smayerson@ssd.com |
| rrussell@andrewskurth.com | smillman@stroock.com |
| rterenzi@stcwlaw.com | smulligan@bsblawyers.com |
| rtrust@cravath.com | snewman@katskykorins.com |
| russj4478@aol.com | sory@fdlaw.com |
| rwasserman@cftc.gov | spiotto@chapman.com |

**Email Addresses**

| | |
|---|---|
| splatzer@platzerlaw.com | twheeler@lowenstein.com |
| squigley@lowenstein.com | ukreppel@whitecase.com |
| sree@lcbf.com | vdagostino@lowenstein.com |
| sselbst@herrick.com | villa@streusandlandon.com |
| sshimshak@paulweiss.com | vmilione@nixonpeabody.com |
| steele@lowenstein.com | vrubinstein@loeb.com |
| stephen.cowan@dlapiper.com | walter.stuart@freshfields.com |
| steve.ginther@dor.mo.gov | wanda.goodloe@cbre.com |
| steven.wilamowsky@bingham.com | wballaine@lcbf.com |
| streusand@streusandlandon.com | wbenzija@halperinlaw.net |
| susan.schultz@newedgegroup.com | wcurchack@loeb.com |
| susheelkirpalani@quinnemanuel.com | wfoster@milbank.com |
| swolowitz@mayerbrown.com | wheuer@dl.com |
| szuch@wiggin.com | william.m.goldman@dlapiper.com |
| tannweiler@greerherz.com | wiltenburg@hugheshubbard.com |
| tarbit@cftc.gov | wisotska@pepperlaw.com |
| tbrock@ssbb.com | woconnor@crowell.com |
| tduffy@andersonkill.com | wrightth@sullcrom.com |
| teresa.oxford@invescoaim.com | wsilverm@oshr.com |
| tgoren@mofo.com | wswearingen@llf-law.com |
| thaler@thalergertler.com | wtaylor@mccarter.com |
| thomas.califano@dlapiper.com | wzoberman@bermanesq.com |
| thomas.ogden@dpw.com | yamashiro@sumitomotrust.co.jp |
| thomas_noguerola@calpers.ca.gov | |
| thomaskent@paulhastings.com | |
| timothy.brink@dlapiper.com | |
| timothy.palmer@bipc.com | |
| tjfreedman@pbnlaw.com | |
| tkarcher@dl.com | |
| tkiriakos@mayerbrown.com | |
| tlauria@whitecase.com | |
| tmacwright@whitecase.com | |
| tmayer@kramerlevin.com | |
| tnixon@gklaw.com | |
| toby.r.rosenberg@irscounsel.treas.gov | |
| tony.davis@bakerbotts.com | |
| tslome@msek.com | |
| ttracy@crockerkuno.com | |
| twatanabe@mofo.com | |

**EXHIBIT B**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |
| McCAUSLAND KEEN ATTN G. GITOMER | 646-350-3927 |
| McCAUSLAND KEEN ATTN G. GITOMER | 610-341-1099 |