UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
:
In re                                                          :      Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :      08-13555 (JMP)
                                                               :      (Jointly Administered)
        Debtors.                                       :
                                                               :      Ref. Docket No. 13107
-----------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 30, 2010, I caused to be served the "Notice of Adjournment of Hearing on Motion of Lehman Brothers Finance Asia PTE. LTD. (In Creditors' Voluntary Liquidation) for Entry of an Order (I) That Its Derivative and Guarantee Questionnaires be Deemed Timely Filed Proofs of Claim and (II) Permitting a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)," dated November 30, 2010 [Docket No. 13107], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
2nd day of December, 2010

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | aseuffert@lawpost-nyc.com |
| aalfonso@willkie.com | ashaffer@mayerbrown.com |
| abraunstein@riemerlaw.com | ashmead@sewkis.com |
| acaton@kramerlevin.com | asnow@ssbb.com |
| acker@chapman.com | atrehan@mayerbrown.com |
| adam.brezine@hro.com | aunger@sidley.com |
| adarwin@nixonpeabody.com | austin.bankruptcy@publicans.com |
| adg@adorno.com | avenes@whitecase.com |
| adiamond@diamondmccarthy.com | azylberberg@whitecase.com |
| aeckstein@blankrome.com | bankr@zuckerman.com |
| aentwistle@entwistle-law.com | bankruptcy@goodwin.com |
| afriedman@irell.com | bankruptcy@morrisoncohen.com |
| agbanknewyork@ag.tn.gov | bankruptcymatters@us.nomura.com |
| aglenn@kasowitz.com | barbra.parlin@hklaw.com |
| agold@herrick.com | bbisignani@postschell.com |
| agolianopoulos@mayerbrown.com | bdk@schlamstone.com |
| ahammer@freebornpeters.com | bgraifman@gkblaw.com |
| aisenberg@saul.com | bguiney@pbwt.com |
| akantesaria@oppenheimerfunds.com | bhinerfeld@sbtklaw.com |
| alesia.pinney@infospace.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| amcmullen@boultcummings.com | bmanne@tuckerlaw.com |
| amenard@tishmanspeyer.com | bmiller@mofo.com |
| andrew.brozman@cliffordchance.com | boneill@kramerlevin.com |
| andrew.lourie@kobrekim.com | bpershkow@profunds.com |
| angelich.george@arentfox.com | brian.corey@greentreecreditsolutions.com |
| ann.reynaud@shell.com | brian.pfeiffer@friedfrank.com |
| anthony_boccanfuso@aporter.com | bromano@willkie.com |
| aoberry@bermanesq.com | brosenblum@jonesday.com |
| aostrow@beckerglynn.com | broy@rltlawfirm.com |
| apo@stevenslee.com | btrust@mayerbrown.com |
| aquale@sidley.com | btupi@tuckerlaw.com |
| araboy@cov.com | bturk@tishmanspeyer.com |
| arahl@reedsmith.com | bwolfe@sheppardmullin.com |
| arheaume@riemerlaw.com | bzabarauskas@crowell.com |
| arlbank@pbfcm.com | cahn@clm.com |
| arosenblatt@chadbourne.com | calbert@reitlerlaw.com |
| arthur.rosenberg@hklaw.com | canelas@pursuitpartners.com |
| arwolf@wlrk.com | carlsons@sullcrom.com |

**Email Addresses**

| | |
|---|---|
| carol.weinerlevy@bingham.com | davidwheeler@mvalaw.com |
| cbelisle@wfw.com | dbalog@intersil.com |
| cbelmonte@ssbb.com | dbarber@bsblawyers.com |
| cbrotstein@bm.net | dbaumstein@whitecase.com |
| cgoldstein@stcwlaw.com | dbesikof@loeb.com |
| chammerman@paulweiss.com | dcimo@gjb-law.com |
| chardman@klestadt.com | dckaufman@hhlaw.com |
| charles@filardi-law.com | dcoffino@cov.com |
| charles_malloy@aporter.com | dcrapo@gibbonslaw.com |
| charu.chandrasekhar@wilmerhale.com | ddavis@paulweiss.com |
| chipford@parkerpoe.com | ddrebsky@nixonpeabody.com |
| chris.donoho@lovells.com | ddunne@milbank.com |
| christian.spieler@lehman.com | deggermann@kramerlevin.com |
| christopher.schueller@bipc.com | deggert@freebornpeters.com |
| clarkb@sullcrom.com | demetra.liggins@tklaw.com |
| clynch@reedsmith.com | deryck.palmer@cwt.com |
| cmontgomery@salans.com | dfelder@orrick.com |
| cohenr@sewkis.com | dflanigan@polsinelli.com |
| cp@stevenslee.com | dgrimes@reedsmith.com |
| cpappas@dilworthlaw.com | dhayes@mcguirewoods.com |
| craig.goldblatt@wilmerhale.com | dheffer@foley.com |
| crmomjian@attorneygeneral.gov | diconzam@gtlaw.com |
| cs@stevenslee.com | dirk.roberts@ots.treas.gov |
| csalomon@beckerglynn.com | djoseph@stradley.com |
| cschreiber@winston.com | dkleiner@velaw.com |
| cshore@whitecase.com | dkozusko@willkie.com |
| cshulman@sheppardmullin.com | dladdin@agg.com |
| ctatelbaum@adorno.com | dlemay@chadbourne.com |
| cwalsh@mayerbrown.com | dlipke@vedderprice.com |
| cward@polsinelli.com | dludman@brownconnery.com |
| cweber@ebg-law.com | dmcguire@winston.com |
| cweiss@ingramllp.com | dmurray@jenner.com |
| dallas.bankruptcy@publicans.com | dneier@winston.com |
| daniel.guyder@allenovery.com | dodonnell@milbank.com |
| dave.davis@isgria.com | douglas.bacon@lw.com |
| david.bennett@tklaw.com | dove.michelle@dorsey.com |
| david.crichlow@pillsburylaw.com | dowd.mary@arentfox.com |
| david.heller@lw.com | dpiazza@hodgsonruss.com |
| davids@blbglaw.com | dravin@wolffsamson.com |

**Email Addresses**

| | |
|---|---|
| drose@pryorcashman.com | gabriel.delvirginia@verizon.net |
| drosenzweig@fulbright.com | gary.ticoll@cwt.com |
| drosner@goulstonstorrs.com | gbray@milbank.com |
| drosner@kasowitz.com | george.davis@cwt.com |
| dshemano@pwkllp.com | geraci@thalergertler.com |
| dspelfogel@foley.com | ggitomer@mkbattorneys.com |
| dtatge@ebglaw.com | giddens@hugheshubbard.com |
| dwdykhouse@pbwt.com | gkaden@goulstonstorrs.com |
| dwildes@stroock.com | glenn.siegel@dechert.com |
| dworkman@bakerlaw.com | gmoss@riemerlaw.com |
| easmith@venable.com | gravert@mwe.com |
| echang@steinlubin.com | gspilsbury@jsslaw.com |
| ecohen@russell.com | guzzi@whitecase.com |
| efile@willaw.com | hanh.huynh@cwt.com |
| efleck@milbank.com | harrisjm@michigan.gov |
| efriedman@friedumspring.com | harveystrickon@paulhastings.com |
| egeekie@schiffhardin.com | hbeltzer@morganlewis.com |
| eglas@mccarter.com | hbeltzer@mayerbrown.com |
| ehollander@whitecase.com | heidi@crumbielaw.com |
| ekbergc@lanepowell.com | heim.steve@dorsey.com |
| eli.mattioli@klgates.com | heiser@chapman.com |
| elizabeth.harris@klgates.com | helmut.olivier@lehman.com |
| ellen.halstead@cwt.com | hirsch.robert@arentfox.com |
| eobrien@sbchlaw.com | hollace.cohen@troutmansanders.com |
| eric.johnson@hro.com | holsen@stroock.com |
| eschaffer@reedsmith.com | howard.hawkins@cwt.com |
| eschwartz@contrariancapital.com | hseife@chadbourne.com |
| esmith@dl.com | hsnovikoff@wlrk.com |
| ezujkowski@emmetmarvin.com | ian.levy@kobrekim.com |
| ezweig@optonline.net | icatto@kirkland.com |
| fbp@ppgms.com | igoldstein@dl.com |
| feldsteinh@sullcrom.com | ilevee@lowenstein.com |
| ffm@bostonbusinesslaw.com | info2@normandyhill.com |
| fhyman@mayerbrown.com | ira.herman@tklaw.com |
| fishere@butzel.com | isgreene@hhlaw.com |
| francois.janson@hklaw.com | israel.dahan@cwt.com |
| frank.white@agg.com | iva.uroic@dechert.com |
| fsosnick@shearman.com | jacobsonn@sec.gov |
| fyates@sonnenschein.com | jafeltman@wlrk.com |

**Email Addresses**

| | |
|---|---|
| james.mcclammy@dpw.com | jjoyce@dresslerpeters.com |
| james.sprayregen@kirkland.com | jjtancredi@daypitney.com |
| jamestecce@quinnemanuel.com | jjureller@klestadt.com |
| jar@outtengolden.com | jkehoe@sbtklaw.com |
| jason.jurgens@cwt.com | jlamar@maynardcooper.com |
| jay.hurst@oag.state.tx.us | jlawlor@wmd-law.com |
| jay@kleinsolomon.com | jlee@foley.com |
| jbecker@wilmingtontrust.com | jlevitin@cahill.com |
| jbeemer@entwistle-law.com | jlipson@crockerkuno.com |
| jbird@polsinelli.com | jliu@dl.com |
| jbromley@cgsh.com | jlovi@steptoe.com |
| jcarberry@cl-law.com | jlscott@reedsmith.com |
| jchristian@tobinlaw.com | jmaddock@mcguirewoods.com |
| jdrucker@coleschotz.com | jmazermarino@msek.com |
| jdyas@halperinlaw.net | jmcginley@wilmingtontrust.com |
| jean-david.barnea@usdoj.gov | jmelko@gardere.com |
| jeannette.boot@wilmerhale.com | jmerva@fult.com |
| jeff.wittig@coair.com | jmmurphy@stradley.com |
| jeffrey.sabin@bingham.com | jmr@msf-law.com |
| jeldredge@velaw.com | john@crumbielaw.com |
| jen.premisler@cliffordchance.com | john.mcnicholas@dlapiper.com |
| jennifer.demarco@cliffordchance.com | john.monaghan@hklaw.com |
| jennifer.gore@shell.com | john.rapisardi@cwt.com |
| jeremy.eiden@state.mn.us | joli@crlpc.com |
| jessica.fink@cwt.com | jorbach@hahnhessen.com |
| jfalgowski@reedsmith.com | joseph.cordaro@usdoj.gov |
| jflaxer@golenbock.com | joseph.scordato@dkib.com |
| jfox@joefoxlaw.com | joshua.dorchak@bingham.com |
| jfreeberg@wfw.com | jowen769@yahoo.com |
| jg5786@att.com | jpintarelli@mofo.com |
| jgarrity@shearman.com | jpintarelli@mofo.com |
| jgenovese@gjb-law.com | jporter@entwistle-law.com |
| jguy@orrick.com | jprol@lowenstein.com |
| jherzog@gklaw.com | jrabinowitz@rltlawfirm.com |
| jhiggins@fdlaw.com | jrsmith@hunton.com |
| jhorgan@phxa.com | jschwartz@hahnhessen.com |
| jhuggett@margolisedelstein.com | jsheerin@mcguirewoods.com |
| jhuh@ffwplaw.com | jshickich@riddellwilliams.com |
| jim@atkinslawfirm.com | jsmairo@pbnlaw.com |

**Email Addresses**

| | |
|---|---|
| jstoll@mayerbrown.com | lawallf@pepperlaw.com |
| jtimko@allenmatkins.com | lberkoff@moritthock.com |
| jtimko@shutts.com | lee.stremba@troutmansanders.com |
| jtougas@mayerbrown.com | lgranfield@cgsh.com |
| judy.morse@crowedunlevy.com | lhandelsman@stroock.com |
| jwallack@goulstonstorrs.com | linda.boyle@twtelecom.com |
| jwang@sipc.org | lisa.ewart@wilmerhale.com |
| jwcohen@daypitney.com | lisa.kraidin@allenovery.com |
| jweiss@gibsondunn.com | ljkotler@duanemorris.com |
| jwest@velaw.com | lmarinuzzi@mofo.com |
| jwh@njlawfirm.com | lmay@coleschotz.com |
| jwhitman@entwistle-law.com | lmcgowen@orrick.com |
| k4.nomura@aozorabank.co.jp | lml@ppgms.com |
| karen.wagner@dpw.com | lnashelsky@mofo.com |
| kdwbankruptcydepartment@kelleydrye.com | loizides@loizides.com |
| keckhardt@hunton.com | lromansic@steptoe.com |
| keith.simon@lw.com | lscarcella@farrellfritz.com |
| ken.coleman@allenovery.com | lschweitzer@cgsh.com |
| ken.higman@hp.com | lthompson@whitecase.com |
| kgwynne@reedsmith.com | lubell@hugheshubbard.com |
| kiplok@hugheshubbard.com | lwhidden@salans.com |
| kkelly@ebglaw.com | mabrams@willkie.com |
| klyman@irell.com | maofiling@cgsh.com |
| kmayer@mccarter.com | marc.chait@standardchartered.com |
| kobak@hugheshubbard.com | margolin@hugheshubbard.com |
| korr@orrick.com | mark.deveno@bingham.com |
| kostad@mofo.com | mark.ellenberg@cwt.com |
| kovskyd@pepperlaw.com | mark.houle@pillsburylaw.com |
| kowens@foley.com | mark.sherrill@sutherland.com |
| kpiper@steptoe.com | martin.bury@lehman.com |
| kressk@pepperlaw.com | martin.davis@ots.treas.gov |
| kreynolds@mklawnyc.com | marvin.clements@ag.tn.gov |
| krosen@lowenstein.com | matthew.klepper@dlapiper.com |
| krubin@ozcap.com | matthew.morris@lovells.com |
| kstahl@whitecase.com | mbenner@tishmanspeyer.com |
| kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| kurt.mayr@bgllp.com | mbienenstock@dl.com |
| lacyr@sullcrom.com | mbossi@thompsoncoburn.com |
| landon@streusandlandon.com | mcademartori@sheppardmullin.com |

**Email Addresses**

| | |
|---|---|
| mcordone@stradley.com | mvenditto@reedsmith.com |
| mcto@debevoise.com | mwarren@mtb.com |
| mdorval@stradley.com | ncoco@mwe.com |
| meltzere@pepperlaw.com | neal.mann@oag.state.ny.us |
| metkin@lowenstein.com | ned.schodek@shearman.com |
| mfeldman@willkie.com | newyork@sec.gov |
| mgordon@briggs.com | nfurman@scottwoodcapital.com |
| mgreger@allenmatkins.com | nherman@morganlewis.com |
| mhanchet@mayerbrown.com | nissay_10259-0154@mhmjapan.com |
| mhopkins@cov.com | nlepore@schnader.com |
| michael.bonacker@lehman.com | notice@bkcylaw.com |
| michael.frege@cms-hs.com | oipress@travelers.com |
| michael.kim@kobrekim.com | omeca.nedd@lovells.com |
| millee12@nationwide.com | paronzon@milbank.com |
| miller@taftlaw.com | patrick.oh@freshfields.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.schmitz-morkramer@lehman.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com |
| mjacobs@pryorcashman.com | pbattista@gjb-law.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com |
| mjr1@westchestergov.com | pdublin@akingump.com |
| mkjaer@winston.com | peisenberg@lockelord.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com |
| mlandman@lcbf.com | peter.macdonald@wilmerhale.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com |
| mmendez@hunton.com | peter@bankrupt.com |
| mmooney@deilylawfirm.com | pfeldman@oshr.com |
| mmorreale@us.mufg.jp | phayden@mcguirewoods.com |
| mmurphy@co.sanmateo.ca.us | pmaxcy@sonnenschein.com |
| mneier@ibolaw.com | pnichols@whitecase.com |
| monica.lawless@brookfieldproperties.com | ppascuzzi@ffwplaw.com |
| mpage@kelleydrye.com | ppatterson@stradley.com |
| mpucillo@bermanesq.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrostle@jenner.com |
| mruetzel@whitecase.com | pwirt@ftportfolios.com |
| mschimel@sju.edu | pwright@dl.com |
| mshiner@tuckerlaw.com | r.stahl@stahlzelloe.com |
| msiegel@brownrudnick.com | raj.madan@bingham.com |
| mspeiser@stroock.com | rajohnson@akingump.com |
| mstamer@akingump.com | ramona.neal@hp.com |

**Email Addresses**

| | |
|---|---|
| ranjit.mather@bnymellon.com | rwyron@orrick.com |
| rbeacher@daypitney.com | s.minehan@aozorabank.co.jp |
| rbernard@bakerlaw.com | sabin.willett@bingham.com |
| rbyman@jenner.com | sabramowitz@velaw.com |
| rchoi@kayescholer.com | sagolden@hhlaw.com |
| rdaversa@orrick.com | sally.henry@skadden.com |
| relgidely@gjb-law.com | sandyscafaria@eaton.com |
| rfleischer@pryorcashman.com | sara.tapinekis@cliffordchance.com |
| rfrankel@orrick.com | sbernstein@hunton.com |
| rfriedman@silvermanacampora.com | scargill@lowenstein.com |
| rgmason@wlrk.com | schannej@pepperlaw.com |
| rgraham@whitecase.com | schepis@pursuitpartners.com |
| rhett.campbell@tklaw.com | schnabel.eric@dorsey.com |
| rhs@mccallaraymer.com | schristianson@buchalter.com |
| richard.lear@hklaw.com | schwartzmatthew@sullcrom.com |
| richard.levy@lw.com | scott.gibson@dubaiic.com |
| richard.tisdale@friedfrank.com | scottshelley@quinnemanuel.com |
| ritkin@steptoe.com | scousins@armstrongteasdale.com |
| rjones@boultcummings.com | sdnyecf@dor.mo.gov |
| rlevin@cravath.com | sehlers@armstrongteasdale.com |
| rmatzat@hahnhessen.com | sfelderstein@ffwplaw.com |
| rnetzer@willkie.com | sfineman@lchb.com |
| rnorton@hunton.com | sfox@mcguirewoods.com |
| robert.bailey@bnymellon.com | sgordon@cahill.com |
| robert.dombroff@bingham.com | sgubner@ebg-law.com |
| robert.henoch@kobrekim.com | sharbeck@sipc.org |
| robert.malone@dbr.com | shari.leventhal@ny.frb.org |
| robert.yalen@usdoj.gov | shgross5@yahoo.com |
| robertdakis@quinnemanuel.com | shumaker@pursuitpartners.com |
| robin.keller@lovells.com | sidorsky@butzel.com |
| ronald.silverman@bingham.com | slerner@ssd.com |
| rqureshi@reedsmith.com | slevine@brownrudnick.com |
| rreid@sheppardmullin.com | sloden@diamondmccarthy.com |
| rroupinian@outtengolden.com | smayerson@ssd.com |
| rrussell@andrewskurth.com | smillman@stroock.com |
| rterenzi@stcwlaw.com | smulligan@bsblawyers.com |
| rtrust@cravath.com | snewman@katskykorins.com |
| russj4478@aol.com | sory@fdlaw.com |
| rwasserman@cftc.gov | spiotto@chapman.com |

**Email Addresses**

| | |
|---|---|
| splatzer@platzerlaw.com | twheeler@lowenstein.com |
| squigley@lowenstein.com | ukreppel@whitecase.com |
| sree@lcbf.com | vdagostino@lowenstein.com |
| sselbst@herrick.com | villa@streusandlandon.com |
| sshimshak@paulweiss.com | vmilione@nixonpeabody.com |
| steele@lowenstein.com | vrubinstein@loeb.com |
| stephen.cowan@dlapiper.com | walter.stuart@freshfields.com |
| steve.ginther@dor.mo.gov | wanda.goodloe@cbre.com |
| steven.wilamowsky@bingham.com | wballaine@lcbf.com |
| streusand@streusandlandon.com | wbenzija@halperinlaw.net |
| susan.schultz@newedgegroup.com | wcurchack@loeb.com |
| susheelkirpalani@quinnemanuel.com | wfoster@milbank.com |
| swolowitz@mayerbrown.com | wheuer@dl.com |
| szuch@wiggin.com | william.m.goldman@dlapiper.com |
| tannweiler@greerherz.com | wiltenburg@hugheshubbard.com |
| tarbit@cftc.gov | wisotska@pepperlaw.com |
| tbrock@ssbb.com | woconnor@crowell.com |
| tduffy@andersonkill.com | wrightth@sullcrom.com |
| teresa.oxford@invescoaim.com | wsilverm@oshr.com |
| tgoren@mofo.com | wswearingen@llf-law.com |
| thaler@thalergertler.com | wtaylor@mccarter.com |
| thomas.califano@dlapiper.com | wzoberman@bermanesq.com |
| thomas.ogden@dpw.com | yamashiro@sumitomotrust.co.jp |
| thomas_noguerola@calpers.ca.gov | |
| thomaskent@paulhastings.com | |
| timothy.brink@dlapiper.com | |
| timothy.palmer@bipc.com | |
| tjfreedman@pbnlaw.com | |
| tkarcher@dl.com | |
| tkiriakos@mayerbrown.com | |
| tlauria@whitecase.com | |
| tmacwright@whitecase.com | |
| tmayer@kramerlevin.com | |
| tnixon@gklaw.com | |
| toby.r.rosenberg@irscounsel.treas.gov | |
| tony.davis@bakerbotts.com | |
| tslome@msek.com | |
| ttracy@crockerkuno.com | |
| twatanabe@mofo.com | |

# EXHIBIT B

08-13555-mg    Doc 13263    Filed 12/06/10    Entered 12/06/10 17:03:12    Main Document
Pg 12 of 15

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |
| KRAMER LEVIN NAFTALIS ATTN T. MAYER & D. EGGERMAN | 212-715-8000 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007