**BAKER & McKENZIE LLP**
**1114 Avenue of the Americas**
**New York, New York 10036**
**Telephone: (212) 626-4100**
**Ira A. Reid (IR-0113)**

**Attorneys for E-Capital Profits Limited**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 08-13555 (JMP)** |
| | ) | **(Jointly Administered)** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | ) | |
| | ) | **Chapter 11** |
| **Debtors.** | ) | |
| | ) | **Judge James M. Peck** |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2010, I caused to be served, by overnight delivery or by e-mail in accordance with General Order M-399, a true and correct copy of the response filed by E-Capital Profits Limited, to the Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) and, with respect to the parties receiving service in accordance with General Order M-399, a copy of the Notice of Electronic Filing, all as set forth on the attached Schedule A.

Dated:  New York, New York
         December 6 2010

                                                                     /s/ Ira A. Reid

2

## Schedule A

<u>Via Overnight Delivery</u>

Andrew Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

<u>Via General Order M-399 Electronic Notification</u>

Shai.waisman@weil.com
Penny.Reid@weil.com
'ddunne@milbank.com'
'dodonnell@milbank.com'
'efleck@milbank.com'

NYCDMS/1171516.1