Ronald S. Beacher (RB8837)
Herbert K. Ryder (HR5137)
Day Pitney LLP
Seven Times Square
New York, NY 10036-7311
(212) 297-5800

and

One Jefferson Road
Parsippany NJ 07054-2891
(973) 966-8259

*Attorneys for SPCP Group LLC,
as agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------X
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    08-13555 (JMP)
                                                   :
         Debtors.                                  :    (Jointly Administered)
-----------------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

KAREN CLANCY-BOY, of full age, hereby certifies as follows:

1.  I am a paralegal employed by the firm of Day Pitney LLP at its office located at 242 Trumbull Street in Hartford, Connecticut. Day Pitney is counsel for SPCP Group LLC, as Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, LTD ("SPCP Group") in connection with the above-referenced matter.

2.  On December 6, 2010, I electronically filed the following document(s) with the United States Bankruptcy Court for the Southern District of New York:

    (a) Response of SPCP Group LLC, as Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, as Success to Certain Claims of Alliance Laundry Systems LLC, to Debtors' Sixty-Seventh Omnibus

42165507.1

Objection to Claims (Valued Derivative Claims), thereby causing the parties identified on the following list to be served via the Court's ECF system.

3. In accordance with the Notice of Hearing on the Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims), this is to certify that on this 6th day of December, 2010, copies of the forgoing were transmitted via first class mail, postage prepared, to the following:

Honorable James M. Peck
One Bowling Green
New York, NY 10004

**DEBTOR'S COUNSEL**

Shai Waisman, Esq.
Penny Reid, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**U.S. TRUSTEE**

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Rifffkin, Esq.
Tracy Hope Davis, Esq.
Office of U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**COUNSEL TO OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

Dennis F. Dunne
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

## SERVICE LIST

**ECF NOTIFICATION**

- Anne Marie Aaronson    aaaronson@dilworthlaw.com
- Aravindhan Abraham    arvin.abraham@davispolk.com
- Marc Abrams    maosbny@willkie.com, mabrams@willkie.com
- Ann E. Acker    acker@chapman.com
- David J. Adler    dadler@mccarter.com
- Ana M. Alfonso    aalfonso@willkie.com
- Darryl J. Alvarado    dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com
- D. Sam Anderson    sanderson@bernsteinshur.com, acummings@bernsteinshur.com; lkubiak@bernsteinshur.com
- George Angelich    angelich.george@arentfox.com, angelich.george@arentfox.com; lane.katie@arentfox.com
- Tara B. Annweiler    tannweiler@greerherz.com
- Bruce G. Arnold    barnold@whdlaw.com, chandy@whdlaw.com
- John R. Ashmead    ashmead@sewkis.com
- Douglas Bacon    douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Ingrid Bagby    ingrid.bagby@cwt.com, betty.comerro@cwt.com;michele.maman@cwt.com; tianna.jackson@cwt.com;david.kronenberg@cwt.com
- Katrina Lynne Baker    kbaker@kramerlevin.com, mattorney@kramerlevin.com
- Helen Ball    mtaylor@ba-boult.com
- William G. Ballaine    wballaine@lcbf.com
- Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com
- Duncan E. Barber    dbarber@bsblawyers.com
- Jean-David Barnea    jean-david.barnea@usdoj.gov
- David L. Barrack    dbarrack@fulbright.com
- Lawrence Bass    lawrence.bass@hro.com
- Beatrice Hamza Bassey    bassey@hugheshubbard.com
- Paul M. Basta    pbasta@kirkland.com, jacob.goldfinger@kirkland.com
- Paul A. Batista    batista007@aol.com
- Ronald Scott Beacher    rbeacher@daypitney.com
- Anne E. Beaumont    abeaumont@fklaw.com, lehmanbros@fklaw.com
- Martin Beeler    mbeeler@cov.com
- T. Scott Belden    sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com; kfryer@kleinlaw.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer    hbeltzer@mayerbrown.com
- Evan J. Benanti    evan.benanti@bingham.com
- Menachem M. Bensinger    menachem.bensinger@ropesgray.com
- Walter Benzija    wbenzija@halperinlaw.net
- Shaya M. Berger    bergers@dicksteinshapiro.com
- Jed I. Bergman    jbergman@kasowitz.com, courtnotices@kasowitz.com
- Jed I. Bergman    jbergman@kasowitz.com, courtnotices@kasowitz.com;smoskowitz@kasowitz.com
- Leslie Ann Berkoff    lberkoff@moritthock.com
- Ronit J. Berkovich    ronit.berkovich@weil.com
- Mark N. Berman    mberman@nixonpeabody.com
- Richard J. Bernard    rbernard@bakerlaw.com
- Darren Elliot Bernstein    bernsted@lbitrustee.com
- Scott Howard Bernstein    sbernstein@hunton.com
- Daniel B. Besikof    dbesikof@loeb.com

- Riyaz G. Bhimani    rbhimani@eckertseamans.com
- Martin J. Bienenstock    martin.bienenstock@dl.com, tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com
- Laurie R. Binder    binder@sewkis.com
- Robert Jeffery Black    jeffery.black@bingham.com, pat.wright@bingham.com
- Joshua R. Blackman    jBlackman@morganlewis.com
- Benjamin Blaustein    bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Daniel S. Bleck    dbleck@mintz.com
- Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com
- Carmine Boccuzzi    maofiling@cgsh.com, cboccuzzi@cgsh.com
- Hilary B. Bonial    notice@bkcylaw.com
- Mark V. Bossi    mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
- Maria A. Bove    mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
- Jerrold Lyle Bregman    jbregman@curtis.com, ghertzberg@curtis.com
- Timothy W. Brink    timothy.brink@dlapiper.com
- James L. Bromley    maofiling@cgsh.com
- Luke O. Brooks    lukeb@rgrdlaw.com
- Melvin A. Brosterman    mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com
- Mark A. Broude    mark.broude@lw.com, peter.gilhuly@lw.com
- Andrew P. Brozman    andrew.brozman@cliffordchance.com
- Robert W. Brundige    brundige@hugheshubbard.com
- Martin G. Bunin    marty.bunin@alston.com
- Spencer A. Burkholz    spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com;croyce@rgrdlaw.com
- Michael G. Busenkell    mbusenkell@wcsr.com, pgroff@wcsr.com
- Aaron R. Cahn    cahn@clm.com
- Daniel K. Cahn    dcahn@cahnlaw.com
- Carollynn H.G. Callari    ccallari@venable.com
- Donald F. Campbell    dcampbell@ghclaw.com
- Sarah Campbell    jdisanti@whitecase.com;mcosbny@whitecase.com
- Matthew Allen Cantor    info2@normandyhill.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
- Scott Cargill    scargill@lowenstein.com, msavetsky@lowenstein.com
- Roy H. Carlin    carlin@thshlaw.com
- Lawrence F. Carnevale    bankruptcy@clm.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Gerard Sylvester Catalanello    gcatalanello@duanemorris.com, gcatalanello@duanemorris.com
- Iskender Catto    icatto@kirkland.com
- Gabriel I. Chacon    gabriel.chacon@dol.lps.state.nj.us
- Shelley C. Chapman    maosbny@willkie.com
- Thomas E. Chase    tchase@rlrpclaw.com
- Omar-John C. Chavez    ochavez@smithstratton.com
- Pamela Rogers Chepiga    pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com
- Ly S Chhay    ly.chhay@activfinancial.com
- Douglas E. Chin    dchin@burnslev.com, tunrad@burnslev.com
- Jennifer A. Christian    jennifer.christian@tklaw.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Robert N. H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jeffrey Chubak    jchubak@dl.com
- Bruce E. Clark    clarkb@sullcrom.com
- Jared Riley Clark    jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Hollace T. Cohen    hollace.cohen@troutmansanders.com

- Joshua W. Cohen     jwcohen@daypitney.com
- Michael A. Cohen     macohen@kirkland.com
- Ronald L. Cohen     cohenr@sewkis.com
- Joshua D. Cohn     kurt.vellek@allenovery.com
- Michael H. Cohn     mcohn@cohnroth.com, scaba@cohnroth.com;tburns@cohnroth.com
- Cassandra L. Coleman     ccoleman@garfield-county.com
- Jeffrey R. Coleman     coleman@hugheshubbard.com
- Kenneth P. Coleman     kurt.vellek@allenovery.com;jonathan.cho@allenovery.com
- Magdeline D. Coleman     donna.curcio@bipc.com
- Patrick Collins     pcollins@farrellfritz.com, ffbkmao@farrellfritz.com
- Christopher Combest     ccombest@quarles.com, fbf@quarles.com
- Dena Copulsky     dlcopulsky@hhlaw.com
- Joseph N. Cordaro     joseph.cordaro@usdoj.gov
- Kenneth Corey-Edstrom     kcoreyedstrom@larkinhoffman.com
- Patrick M. Costello     pcostello@vectislawgroup.com
- Steven Cousins     scousins@armstrongteasdale.com, jsant@armstrongteasdale.com
- David N. Crapo     dcrapo@gibbonslaw.com
- David A. Crichlow     david.crichlow@pillsburylaw.com
- Maureen A. Cronin     mao-ecf@debevoise.com
- Leo T. Crowley     leo.crowley@pillsburylaw.com
- Walter H. Curchack     wcurchack@loeb.com, vrubinstein@loeb.com
- Louis A. Curcio     lcurcio@sonnenschein.com
- Vincent D'Agostino     vdagostino@lowenstein.com, jbecht@lowenstein.com
- Robert K. Dakis     robertdakis@quinnemanuel.com
- Michael R. Dal Lago     bankruptcy@morrisoncohen.com
- J. Patrick Darby     pdarby@babc.com
- Jason C. Davis     jdavis@rgrdlaw.com
- Paul R. DeFilippo     pdefilippo@wmd-law.com, gparascondola@wmd-law.com
- Louis T. DeLucia     ldelucia@schiffhardin.com, lbonilla@schiffhardin.com;;mcurro@schiffhardin.com
- Jennifer C. DeMarco     jennifer.demarco@cliffordchance.com
- Gabriel Del Virginia, Esq.     gabriel.delvirginia@verizon.net
- John Dellaportas     dellajo@duanemorris.com
- Bradford E. Dempsey     bdempsey@faegre.com, cwilds@faegre.com
- Christopher M. Desiderio     cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Mark W. Deveno     mark.deveno@bingham.com, pat.wright@bingham.com
- Francesco Di Pietro     francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com
- Maria J. DiConza     diconzam@gtlaw.com, petermann@gtlaw.com
- Daryl L. Diesing     ddiesing@whdlaw.com, lramirez@whdlaw.com;pbartoli@whdlaw.com
- Gianni Dimos     gianni.dimos@pillsburylaw.com
- Sara Discepolo     Sara_Discepolo@verizon.net
- Christopher R. Donoho     chris.donoho@lovells.com, scao@centerbridge.com
- Joshua Dorchak     joshua.dorchak@bingham.com
- Mark J. Dorval     mdorval@stradley.com
- Amish R. Doshi     adoshi@daypitney.com
- Mary Joanne Dowd     dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com
- Thomas Alan Draghi     tdraghi@westermanllp.com
- Dennis J. Drebsky     ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Robert W. Dremluk     rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,
- Todd E. Duffy     tduffy@andersonkill.com, dnolan@andersonkill.com
- James C. Dugan     maosbny@willkie.com, jdugan@willkie.com
- David Dunn     ddunn@hhlaw.com;mferrara@hhlaw.com

- Matthew Dyer    BkMail@prommis.com
- David W. Dykhouse    mcobankruptcy@pbwt.com
- Lawrence P. Eagel    eagel@bragarwexler.com
- Andrew B. Eckstein    aeckstein@blankrome.com, senese@blankrome.com
- Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
- Daniel Eggermann    deggermann@kramerlevin.com, mmakinde@kramerlevin.com; edaniels@kramerlevin.com
- Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
- Susan K. Ehlers    sehlers@armstrongteasdale.com
- Steven B. Eichel    seichel@crowell.com
- Jeremy D. Eiden    jeremy.eiden@state.mn.us
- Charles R. Ekberg    ekbergc@lanepowell.com
- Robert F. Elgidely    relgidely@gjb-law.com, gjbecf@gjb-law.com
- Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com
- David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com
- Mark C. Ellenberg    mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com
- Kristin Elliott    kelliott@kelleydrye.com
- Bertin C. Emmons    bemmons@sovereignbank.com
- Michael R. Enright    menright@rc.com
- Andrew J. Entwistle    aentwistle@entwistle-law.com, mbernard@entwistle-law.com; vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;jporter@entwistle-law.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Edward J. Estrada    eestrada@reedsmith.com
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
- William J. Factor    wfactor@wfactorlaw.com, slorber@wfactorlaw.com
- Michael A. Fagone    mfagone@bernsteinshur.com
- Jessica Fainman    jessica.fainman@barclayscapital.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris    farrisw@sullcrom.com
- Gregg M. Ficks    gmf@cpdb.com
- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
- Steven E. Fineman    sfineman@lchb.com
- Steven J. Fink    sfink@orrick.com, nymao@orrick.com
- Harden Alexander Fisch    afisch@stutman.com
- Gabriel Fischbarg    fis123@yahoo.com
- Eric Fisher    fishere@butzel.com, richarda@butzel.com
- James C. Fitzpatrick    fitzpat@hugheshubbard.com
- Steven B. Flancher    flanchers@michigan.gov
- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com
- Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;eneuman@golenbock.com; mweinstein@golenbock.com
- Robert M. Fleischer    rfleischer@pryorcashman.com, docketing@pryorcashman.com
- Martin N. Flics    martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com
- Shawn Randall Fox    sfox@mcguirewoods.com, tcollins@mcguirewoods.com
- Mark A. Frankel    mfrankel@bfklaw.com;mark_frankel@yahoo.com
- Jane M. Freeberg    jfreeberg@wfw.com
- Mark Freedlander    mfreedlander@mcquirewoods.com, hhickman@mcguirewoods.com
- Rachel Freeman    rfreeman@dealysilberstein.com
- Elise Scherr Frejka    efrejka@kramerlevin.com
- Ellen A. Friedman    jquiambao@friedumspring.com
- Jeff J. Friedman    jeff.friedman@kattenlaw.com
- Kenneth Friedman    kfriedman@manatt.com, efrasiolas@manatt.com

- Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;jhong@rkollp.com; dgallacher@rkollp.com
- Joseph Froehlich    jfroehlich@lockelord.com
- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com
- Amanda J. Gallagher    amanda.gallagher@linklaters.com
- Alan E. Gamza    Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com; cgresh@mosessinger.com;dkick@mosessinger.com
- Samir Gebrael    sgebrael@klestadt.com
- Barry S. Gedan    gedanman@gedanlaw.com
- Karl Geercken    kgeercken@alston.com, kgeercken@alston.com;plewis@alston.com
- Lawrence V. Gelber    lawrence.gelber@srz.com
- Jan B. Geller    jbgesq@bway.net
- Katherine Geraci    geraci@thalergertler.com
- Anthony I. Giacobbe    agiacobbe@zeklaw.com
- Christopher J. Giaimo    giaimoc@arentfox.com
- Steven D. Ginsburg    sdg@adorno.com, ctatelbaum@adorno.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Glenn S. Gitomer    ggitomer@mkbattorneys.com
- Joseph M. Gitto    jgitto@nixonpeabody.com
- Eduardo J. Glas    eglas@mccarter.com
- John P. Gleason    jgleason@gleasonkoatz.com
- Andrew K. Glenn    aglenn@kasowitz.com, courtnotices@kasowitz.com
- Jay M. Goffman    JGoffman@skadden.com, mmirkovi@skadden.com
- Andrew C. Gold    agold@herrick.com
- Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net
- Stuart Gold    sgold@mandelbaumsalsburg.com
- Adam J. Goldberg    adam.goldberg@lw.com
- Thomas D. Goldberg    tdgoldberg@dbh.com
- Seth Goldman    seth.goldman@mto.com
- Irena M. Goldstein    igoldstein@dl.com, pabelson@dl.com;lsaal@dl.com
- Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
- Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com
- Andrew R. Gottesman    agottesman@secondmarket.com, gsalamone@secondmarket.com
- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com
- Brian D. Graifman    bgraifman@gkblaw.com
- Lindsee Paige Granfield    lgranfield@cgsh.com, maofiling@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com; bmorag@cgsh.com;jmoss@cgsh.com;smcmillan@cgsh.com;otseytkin@cgsh.com;jrietema@cgsh.com
- Ira S. Greene    isgreene@hhlaw.com, david.spinley@hoganlovells.com
- Carl M. Greenfeld    cgreenfeld@lowenstein.com
- Brian E. Greer    brian.greer@dechert.com
- Emanuel C. Grillo    egrillo@goodwinprocter.com
- Howard J. Grossman    howard.j.grossman@chase.com
- Edward P. Grosz    egrosz@reitlerlaw.com
- Steven T. Gubner    ecf@ebg-law.com
- Philip M. Guess    philg@klgates.com, rhonda.hinman@klgates.com
- Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com
- Daniel J. Guyder    daniel.guyder@allenovery.com, kurt.vellek@allenovery.com; jonathan.cho@allenovery.com;jessica.lubarsky@allenovery.com
- Robert R. Hall    robert.hall@azag.gov
- Terry E. Hall    tehall@bakerd.com, sarah.laughlin@bakerd.com
- Thomas J. Hall    thall@chadbourne.com

- Alan D. Halperin    ahalperin@halperinlaw.net, lgu@halperinlaw.net;cmitchell@halperinlaw.net; cbattaglia@halperinlaw.net
- Heidi L Hamilton    heidi@crumbielaw.com
- William Hao    william.hao@alston.com
- Carrie V. Hardman    chardman@klestadt.com
- Lee Harrington    lharrington@nixonpeabody.com
- Christopher Harris    Christopher.harris@lw.com, cameron.smith@lw.com;rachel.feld@lw.com
- Juandisha Harris    harrisj12@michigan.gov, holcombm@michigan.gov
- Lynn P. Harrison    lharrison@curtis.com, jdrew@curtis.com;mlischin@curtis.com;ceilbott@curtis.com; jpizzurro@curtis.com;mmoscato@curtis.com;ndelaney@curtis.com
- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
- Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com;diana.perez@cwt.com; anthony.moore@cwt.com
- Patrick L. Hayden    phayden@mcguirewoods.com
- Dion W. Hayes    dhayes@mcguirewoods.com, phayden@mcguirewoods.com;kcain@mcguirewoods.com
- Nava Hazan    nhazan@mwe.com
- Dwight A. Healy    dhealy@ny.whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- Patricia H. Heer    phheer@duanemorris.com, odmclean@duanemorris.com
- Douglas S. Heffer    dheffer@foley.com
- Christopher R. Heinrich    cheinrich@hslegalfirm.com
- Jay Heinrich    jheinrich@mkbllp.com
- James M. Heiser    heiser@chapman.com
- Jay S. Hellman    jsh@spallp.com
- Robin A. Henry    rhenry@bsfllp.com
- Sally M. Henry    Sally.Henry@skadden.com, efiechte@skadden.com
- Ira L. Herman    ira.herman@tklaw.com, orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com
- Neil E. Herman    Nherman@morganlewis.com
- Jennifer B. Herzog    jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com
- William Heuer    wheuer@duanemorris.com
- Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com
- David J. Hoffman    djhoffman@djhoffmanlaw.com
- Evan C. Hollander    ehollander@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com
- Pamela Smith Holleman    pholleman@sandw.com
- Robert Neil Holtzman    rholtzman@kramerlevin.com
- Jonathan Hook    jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com; paul.fabsik@haynesboone.com
- Christopher J. Houpt    choupt@mayerbrown.com, jmarsala@mayerbrown.com
- Casey B. Howard    choward@lockelord.com
- Hamish Hume    hhume@bsfllp.com, NYC_Managing_Clerk@bsfllp.com;tbloomer@bsfllp.com; lsmith@bsfllp.com;nkemp@bsfllp.com
- Stephen C. Hunt    shunt@arnstein.com, sch.ecfnotices@gmail.com;amroot@arnstein.com
- Jay W. Hurst    jay.hurst@oag.state.tx.us
- Frederick D. Hyman    fhyman@mayerbrownrowe.com
- Jeremiah Iadevaia    jiadevaia@vladeck.com
- Adam H. Isenberg    aisenberg@saul.com
- Robbin L. Itkin    ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com
- Jennifer M. Jackson    jacksonj5@michigan.gov
- Steve Jakubowski    sjakubowski@colemanlawfirm.com
- Eric E. Johnson    eric.johnson@hro.com, alicia.berry@hro.com
- Michael E. Johnson    michael.johnson@alston.com

- Robert Alan Johnson    rajohnson@akingump.com
- John J. Jolley    jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
- Roger G. Jones    rjones@bccb.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- William Wade Kannel    wkannel@mintz.com
- Richard S. Kanowitz    rkanowitz@cooley.com
- Alex J. Kaplan    ajkaplan@sidley.com, mkilby@sidley.com;emcdonnell@sidley.com
- Gary Kaplan    gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com
- Martin H. Kaplan    mkaplan@gkblaw.com
- Dimitri G. Karcazes    dimitri.karcazes@goldbergkohn.com
- David J. Karp    david.karp@srz.com
- Diane J. Kasselman    dkasselman@kasselman-law.com
- Elyssa Suzanne Kates    ekates@bakerlaw.com
- Jordan Kaye    jkaye@kramerlevin.com
- Robert J. Keach    rkeach@bernsteinshur.com, acummings@bernsteinshur.com; sspizuoco@bernsteinshur.com;lkubiak@bernsteinshur.com;astewart@bernsteinshur.com
- Robin Elizabeth Keller    robin.keller@lovells.com, omeca.nedd@lovells.com
- Craig I. Kelley    craig@kelleylawoffice.com
- J. Michael Kelly    kellyjm@cooley.com
- Kenneth J. Kelly    kkelly@ebglaw.com, nyma@ebglaw.com
- Christopher K. Kiplok    kiplok@hugheshubbard.com
- Edward J. Kirk    edward.kirk@clydeco.us
- Paul Kizel    pkizel@lowenstein.com, jkramer@lowenstein.com
- Barry R. Kleiner    dkleiner@velaw.com
- Douglas Koff    douglaskoff@paulhastings.com
- Howard Koh    hkoh@meisterseelig.com
- Samuel S. Kohn    , dcunsolo@winston.com
- Alan Kolod    dkick@mosessinger.com
- Lawrence J. Kotler    ljkotler@duanemorris.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com, alexsym@pepperlaw.com
- Bennette D. Kramer    bdk@schlamstone.com
- Richard P. Krasnow    richard.krasnow@weil.com, richard.krasnow@weil.com;shai.waisman@weil.com; victoria.vron@weil.com
- Michael M. Krauss    mkrauss@faegre.com, charayda@faegre.com;cdougherty@faegre.com
- Julia S. Kreher    rleek@hodgsonruss.com;jthoman@hodgsonruss.com
- J. Alex Kress    akress@riker.com
- Martin Krolewski    mkrolewski@kelleydrye.com, docketing@kelleydrye.com; BankruptcyCourt@KelleyDrye.com
- Justin A. Kuehn    kuehn@bragarwexler.com
- Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com
- Paul J. Labov    plabov@eapdlaw.com
- Robinson B. Lacy    Lacyr@sullcrom.com
- Darryl S. Laddin    bkrfilings@agg.com, frank.white@agg.com;billie.robinson@agg.com
- Michael C. Lambert    mclambert@lawpost-nyc.com
- Mark Landman    mlandman@lcbf.com
- David P. Langlois    david.langlois@sablaw.com
- Robert Laplaca    rlaplaca@levettrockwood.com
- Kevin J. Larner    klarner@riker.com

- Francis J. Lawall    lawallf@pepperlaw.com
- James N. Lawlor    jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- David M. LeMay    dlemay@chadbourne.com
- Michael C. Ledley    mledley@wmd-law.com
- Mark G. Ledwin    mark.ledwin@wilsonelser.com
- David H. Lee    dlee@nixonpeabody.com
- Robert R. Leinwand    rrl@robinsonbrog.com, rleinwand@yahoo.com
- Robert J. Lemons    andrew.lyon@weil.com
- Stephen D. Lerner    slerner@ssd.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- Shari D. Leventhal    shari.leventhal@ny.frb.org
- Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com
- Jonathan Levine    jlevine@akllp.com
- Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com
- Joel H. Levitin    JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com; Plinken@cahill.com
- Richard Levy    rlevy@pryorcashman.com
- Leo V. Leyva    lleyva@coleschotz.com
- Isabelle Liberman    iliberman@akingump.com
- Michael Liberman    mliberman@ebglaw.com, nyma@ebglaw.com
- Valdi Licul    vlicul@vladeck.com
- Sarah E. Lieber    selieber@jonesday.com
- David Liebov    liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com
- Demetra Liggins    demetra.liggins@tklaw.com
- Douglas J. Lipke    dlipke@vedderprice.com, ecfdocket@vedderprice.com
- Joanne K. Lipson    jlipson@crockerlaw.com, ttracy@crockerlaw.com;nancy@crockerlaw.com
- Judy G.Z. Liu    judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com
- Stephen T. Loden    sloden@diamondmccarthy.com, adiamond@diamondmccarthy.com; tmarkovich@diamondmccarthy.com;tpavalis@diamondmccarthy.com
- Joli A. Lofstedt    joli@crlpc.com
- Sarah K. Loomis Cave    cave@hugheshubbard.com
- Eric Lopez Schnabel    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
- Sara E. Lorber    slorber@wfactorlaw.com
- Alexander S. Lorenzo    alexander.lorenzo@alston.com
- Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com;bguiney@pbwt.com
- Mark L. Lubelsky    mark@mllassociates.com
- Donald K. Ludman    dludman@brownconnery.com
- Alan Lungen    alungen@kasowitz.com, alungen@kasowitz.com
- Kerri Anne Lyman    klyman@irell.com
- John H. Maddock    jmaddock@mcquirewoods.com, jsheerin@mcguirewoods.com
- Wendy Mager    wmager@smithstratton.com
- George E.B. Maguire    gebmaguire@debevoise.com, mao-ecf@debevoise.com
- William R. Maguire    maguire@hugheshubbard.com
- William A Maher    wmaher@wmd-law.com
- John S. Mairo    jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com; lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com
- Christopher J. Major    , tgorrell@rc.com
- Robert K. Malone    robert.malone@dbr.com
- Ray A. Mandlekar    e_file_sd@csgrr.com
- Beverly Weiss Manne    bmanne@tuckerlaw.com
- Julie A. Manning    bankruptcy@goodwin.com
- Jacqueline Marcus    jacqueline.marcus@weil.com, jae.kim@weil.com;aliza.reicher@weil.com;

42165507.1                                    -10-

jessica.liou@weil.com;stefanie.beyer@weil.com
- Alan E. Marder    lgomez@msek.com
- Jeffrey S. Margolin    margolin@hugheshubbard.com
- Lorenzo Marinuzzi    lmarinuzzi@mofo.com
- Scott S. Markowitz    smarkowitz@tarterkrinsky.com, kmenendez@tarterkrinsky.com
- D. Ross Martin    ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com
- Rosanne Thomas Matzat    jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;
sthompson@hahnhessen.com;nrigano@hahnhessen.com;zvirani@hahnhessen.com;
kprimm@hahnhessen.com;jsmith@hahnhessen.com
- Laurence May    lmay@coleschotz.com
- Douglas Kirk Mayer    dkmayer@wlrk.com, calert@wlrk.com
- Sandra E. Mayerson    smayerson@ssd.com, wlancaster@ssd.com;rgreen@ssd.com
- Kurt A. Mayr    kurt.mayr@bgllp.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- James I. McClammy    james.mcclammy@davispolk.com
- Mark McDermott    brian.mcdermott@skadden.com
- Hugh M. McDonald    hmcdonald@sonnenschein.com,
mmuller@tpw.com;elsmith@sonnenschein.com;
lcurcio@sonnenschein.com
- Daniel J. McGarry    dmcgarry@whdlaw.com, dkarns@whdlaw.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Lorraine S. McGowen    lmcgowen@orrick.com
- Mark E. McKane    mmckane@kirkland.com, sarah.farley@kirkland.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- Austin L. McMullen    amcmullen@babc.com
- John P. McNicholas    william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;
vincent.roldan@dlapiper.com;christopher.thomson@dlapiper.com;jeremy.johnson@dlapiper.com
- John P. Melko    jmelko@gardere.com
- Michelle A. Mendez    mmendez@hunton.com
- Michael T. Mervis    Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com
- Richard M. Meth    msteen@foxrothschild.com, mlsecf@gmail.com
- Lisa Milas    lmilas@rosicki.com, ecfnotice@rosicki.com
- Brett H. Miller    bmiller@mofo.com
- David Emanuel Miller    dmiller@rakowerlaw.com, mrakower@rakowerlaw.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Ralph I. Miller    ralph.miller@weil.com
- W. Timothy Miller    miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com
- Anne Miller-Hulbert    rocbkcourt@logs.com
- Jeffrey A. Mitchell    dweinberger@gibbonslaw.com;mbrech@gibbonslaw.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com
- David Molton    dmolton@brownrudnick.com, jelstad@brownrudnick.com
- Christopher R. Momjian    crmomjian@attorneygeneral.gov
- Claude D. Montgomery    cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com
- Martin A. Mooney    mmooney@deilylawfirm.com, tjohnson@deilylawfirm.com;
bkecfactivitynotices@deilylawfirm.com
- Matthew P. Morris    matthew.morris@lovells.com, hugh.hill@lovells.com;daniel.lanigan@lovells.com
- Joshua D. Morse    morsej@hbdlawyers.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com;
donna.hinkle@crowedunlevy.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com

- Seth A. Moskowitz    smoskowitz@kasowitz.com, courtnotices@kasowitz.com
- Monique J. Mulcare    mmulcare@mayerbrown.com
- Steven T. Mulligan    smulligan@bsblawyers.com
- Michael F. Murphy    murphym2@michigan.gov
- Jason A. Nagi    jnagi@polsinelli.com
- David L. Neale    kjm@lnbyb.com, tma@lnbyb.com
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier    mneier@ibolaw.com
- Laura E. Neish    lneish@zuckerman.com
- Roger David Netzer    maosbny@willkie.com, rnetzer@willkie.com
- Steven H. Newman    snewman@katskykorins.com
- Robert E. Nies    rnies@wolffsamson.com, ecf@wolffsamson.com
- Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Rebecca Northey    rnorthey-lbi@mhjur.com
- Richard P. Norton    rnorton@hunton.com
- Robert M. Novick    rnovick@kasowitz.com, courtnotices@kasowitz.com
- Harold S. Novikoff    hsnovikoff@wlrk.com, calert@wlrk.com
- Anne Faith O'Berry    jputnam@bermanesq.com
- Edmond P. O'Brien    eobrien@sbchlaw.com
- Brian Edward O'Connor    maosbny@willkie.com, boconnor@willkie.com
- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com; msercombe@cgsh.com
- Kalman Ochs    ochska@ffhsj.com
- Patrick D. Oh    patrick.oh@freshfields.com
- Sean A. Okeefe    sokeefe@winthropcouchot.com
- Jeffrey M. Olinsky    chad.valerio@db.com
- Harold Olsen    holsen@stroock.com
- Matthew Olsen    molsen@morganlewis.com
- Karen Ostad    kostad@mofo.com
- Jody Michelle Oster    ECF.Oster@huntington.com
- Alec P. Ostrow    aostrow@beckerglynn.com, lmueller@beckerglynn.com;jholdridge@beckerglynn.com
- Neil J. Oxford    oxford@hugheshubbard.com
- R. Stephen Painter    spainter@cftc.gov
- Charles Palella    cpalella@kurzman.com
- Deryck A. Palmer    deryck.palmer@cwt.com, david.moura@cwt.com;wendy.kane@cwt.com; agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com
- Charles N. Panzer    cpanzer@sillscummis.com
- Merritt A. Pardini    dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com; nyc.bknotices@kattenlaw.com;joni.jacobsen@kattenlaw.com;monica.mosby@kattenlaw.com
- David W. Parham    david.w.parham@bakernet.com
- Barbra R. Parlin    barbra.parlin@hklaw.com
- Peter S. Partee    ppartee@hunton.com
- David S. Pegno    dpegno@dpklaw.com
- Alfredo R. Perez    alfredo.perez@weil.com, Michele.meises@weil.com;Chris.lopez@weil.com; gayle.mitchel@weil.com;manesh.shah@weil.com;michele.meises@weil.com;donald.etienne@weil.com; sherri.toub@weil.com;nicole.aliseo@weil.com;aliza.reicher@weil.com
- Robert E. Pershes    rpershes@bdblaw.com, sjohnson@bdblaw.com;blitcal@bdblaw.com; sweires@bdblaw.com;cedwards@bdblaw.com
- Anne M. Peterson    anne.m.peterson@us.hsbc.com, lorraine.b.lubecki@us.hsbc.com
- Gregory M. Petrick    gregory.petrick@cwt.com, diana.perez@cwt.com;allison.dipasqua@cwt.com
- Deborah J. Piazza    dpiazza@abramslaw.com, syoon@abramslaw.com

- Douglas J. Pick    dpick@picklaw.net, ezabicki@picklaw.net
- Thomas Pietrantonio    pietrantoniolaw@optonline.net
- Andrea Pincus    apincus@reedsmith.com
- Leslie A. Plaskon    leslieplaskon@paulhastings.com
- Sydney G. Platzer    splatzer@platzerlaw.com
- Frederick B. Polak    lml@ppgms.com
- John Polich    john.polich@ventura.org
- Dana Post    dpost@kramerlevin.com
- John N. Poulos    poulos@hugheshubbard.com
- Constantine Pourakis    cp@stevenslee.com
- Jennifer Premisler    Jen.Premisler@cliffordchance.com
- Patricia Williams Prewitt    pwp@pattiprewittlaw.com
- William C. Price    wprice@mcguirewoods.com
- Madlyn Gleich Primoff    mprimoff@kayescholer.com, maosbny@kayescholer.com
- Jeffrey D. Prol    jprol@lowenstein.com
- Jacob S. Pultman    jacob.pultman@allenovery.com, kurt.vellek@allenovery.com
- Deborah Quinn    dquinn@garfield-county.com, garcoatt@garfield-county.com
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Amanda Raboy    araboy@cov.com
- Paul A. Rachmuth    prachmuth@gerstensavage.com
- Randall Rainer    rrainer@wmd-law.com
- Jack A. Raisner    jar@outtengolden.com
- Kiara L. Rankin    kiara.rankin@bingham.com, angela.owens@bingham.com
- John J. Rapisardi    john.rapisardi@cwt.com, agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com; betty.comerro@cwt.com
- Craig V. Rasile    crasile@hunton.com, mtucker@hunton.com,adeboer@hunton.com, mmannering@hunton.com
- Paul L. Ratelle    pratelle@fwhtlaw.com
- Gary O. Ravert    gravert@mwe.com
- Sophia Ree    sree@lcbf.com
- Ira A. Reid    ira.a.reid@bakernet.com
- Russell Lowell Reid    rreid@sheppardmullin.com, bwolfe@sheppardmullin.com
- Steven J. Reisman    sreisman@curtis.com, ceilbott@curtis.com;jdrew@curtis.com; tbarnes@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com;dching@curtis.com; njames@curtis.com;mgiugliano@curtis.com
- Howard D. Ressler    hressler@diamondmccarthy.com, sloden@diamondmccarthy.com
- Kenneth A. Reynolds    kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Alexander G. Rheaume    arheaume@riemerlaw.com, gmoss@riemerlaw.com
- Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com
- Marc E. Richards    mrichards@blankrome.com
- Paul J. Ricotta    pricotta@mintz.com
- Michael J. Riela    michael.riela@lw.com
- Dirk S. Roberts    dirk.roberts@ots.treas.gov
- Jennifer L. Rodburg    jennifer.rodburg@friedfrank.com, aaron.rothman@friedfrank.com; matthew.roose@friedfrank.com;richard.tisdale@friedfrank.com;aaron.kleinman@friedfrank.com
- Theodore O. Rogers    rogerst@sullcrom.com
- William J.F. Roll    wroll@shearman.com
- William A. Rome    warome@hpplegal.com
- Elizabeth L. Rose    erose@herrick.com, erose@herrick.com
- Jorian Rose    jlrose@venable.com
- Arthur E. Rosenberg    arthur.rosenberg@hklaw.com
- Jeffrey M. Rosenberg    jeff@kleinsolomon.com

- Kermit A. Rosenberg    krosenberg@tighepatton.com
- Benjamin Rosenblum    brosenblum@jonesday.com
- Jeffrey A. Rosenthal    maofiling@cgsh.com
- Michael A. Rosenthal    mrosenthal@gibsondunn.com, jcontreras@gibsondunn.com
- Wendy Rosenthal    wendy.rosenthal@cliffordchance.com
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Melissa-Jean Rotini    mjr1@westchestergov.com
- Rene S. Roupinian    rroupinian@outtengolden.com
- Alex R. Rovira    arovira@sidley.com, emcdonnell@sidley.com
- Barry J Roy    broy@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Kenneth Rudd    krudd@zeklaw.com
- Samuel H. Rudman    srudman@rgrdlaw.com
- Abby Rudzin    arudzin@omm.com
- Scott K. Rutsky    srutsky@proskauer.com
- Jeffrey S. Sabin    jeffrey.sabin@bingham.com
- Jay G. Safer    jsafer@lockelord.com
- Jeffrey D. Saferstein    jsaferstein@paulweiss.com
- Chester B. Salomon    csalomon@beckerglynn.com, jholdridge@beckerglynn.com; lmueller@beckerglynn.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Lori K. Sapir    lsapir@sillscummis.com
- Jeffrey L. Sapir-13    info@sapirch13tr.com
- Paul A. Saso    psaso@gibbonslaw.com
- Jennifer Savion    jsavion@ci.syracuse.ny.us
- Robert Scannell    rscannell@morganlewis.com
- Louis A. Scarcella    lscarcella@farrellfritz.com, ffbkmao@farrellfritz.com
- Eric A Schaffer    eschaffer@reedsmith.com, slucas@reedsmith.com
- Brian Schartz    bschartz@kirkland.com
- Jonathan D. Schiller    jschiller@bsfllp.com
- Michael L. Schleich    mschleich@fslf.com
- William H. Schorling    william.schorling@bipc.com, donna.curcio@bipc.com
- Carey D. Schreiber    cschreiber@winston.com
- Christopher P. Schueller    christopher.schueller@bipc.com, timothy.palmer@bipc.com; donna.curcio@bipc.com
- Dan Jeremy Schulman    dschulman@salans.com
- Jeffrey L. Schwartz    jdivack@hahnhessen.com;jcerbone@hahnhessen.com; kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com
- Matthew A. Schwartz    schwartzmatthew@sullcrom.com
- Richard Schwed    rschwed@shearman.com
- Lisa M. Schweitzer    lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com
- Brendan M. Scott    bscott@klestadt.com
- John Scott    jlscott@reedsmith.com
- Barry N. Seidel    seidelb@butzel.com
- Howard Seife    arosenblatt@chadbourne.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- John T. Shaban    jshaban@wbamct.com
- Andrew D. Shaffer    ashaffer@mayerbrown.com
- Dan Shaked    dan@shakedandposner.com
- Nolan E. Shanahan    nshanahan@coleschotz.com
- David B. Shemano    dshemano@pwkllp.com, lpeitzman@pwkllp.com

- Thomas I. Sheridan     tsheridan@hanlyconroy.com
- Andrew Howard Sherman     asherman@sillscummis.com, asherman@sillscummis.com
- Mark Sherrill     mark.sherrill@sablaw.com
- Stephen J. Shimshak     sshimshak@paulweiss.com, sshimshak@paulweiss.com
- Mark Shinderman     paula.ayers@mto.com
- Michael A. Shiner     mshiner@tuckerlaw.com
- J. Christopher Shore     cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com; agoldenberg@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com
- Carren B. Shulman     cshulman@sheppardmullin.com, jqin@sheppardmullin.com
- Motty Shulman     MSHULMAN@BSFLLP.COM
- Glenn E. Siegel     Glenn.Siegel@dechert.com
- Paul H. Silverman     PSilverman@mclaughlinstern.com
- Paul N. Silverstein     paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Peter L. Simmons     peter.simmons@friedfrank.com
- Keith A. Simon     keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Leif T. Simonson     lsimonson@faegre.com
- Charles E. Simpson     csimpson@windelsmarx.com, detheridge@windelsmarx.com; mhudson@windelsmarx.com;mmartir@windelsmarx.com
- Howard G. Sloane     pfarren@cahill.com
- Thomas R. Slome     lgomez@msek.com
- Edward Smith     easmith@venable.com
- Elizabeth Page Smith     esmith@llgm.com
- Abigail Snow     asnow@ssbb.com
- Eric J. Snyder     esnyder@wilkauslander.com, jstauder@wilkauslander.com
- John Wesley Spears     john.spears@alston.com
- Mark A. Speiser     mspeiser@stroock.com, insolvency2@stroock.com
- James H.M. Sprayregen     jsprayregen@kirkland.com, wguerrieri@kirkland.com
- Marvin E. Sprouse     msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com
- J. Gregory St.Clair     jstclair@skadden.com, jeffyscott@hotmail.com;cdickers@skadden.com;Elise.OConnell@skadden.com
- Bonnie Steingart     steinbo@ffhsj.com, nydocketclrk@ffhsj.com
- Jack G. Stern     jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com
- Malani Sternstein     msternstein@sheppardmullin.com
- J. Robert Stoll     jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com
- Ralph M. Stone     rstone@lawssb.com
- Brent C. Strickland     bstrickland@wtplaw.com
- Harvey A. Strickon     harveystrickon@paulhastings.com
- Walter B. Stuart     walter.stuart@freshfields.com
- David A. Sullivan     david.sullivan@cliffordchance.com
- Walter E. Swearingen     wswearingen@llf-law.com
- Matthew S. Tamasco     mtamasco@schnader.com
- Sara M. Tapinekis     sara.tapinekis@cliffordchance.com
- Robert E. Tarcza     bobt@tglaw.net
- Charles Martin Tatelbaum     ctatelbaum@adorno.com, smerrill@adorno.com;aalu@adorno.com; fmenendez@adorno.com
- James Tecce     jamestecce@quinnemanuel.com
- Samuel Jason Teele     jteele@lowenstein.com
- Jay Teitelbaum     jteitelbaum@tblawllp.com
- H. Marc Tepper     marc.tepper@bipc.com, donna.curcio@bipc.com
- Ronald M. Terenzi     rterenzi@stcwlaw.com
- April J. Theis     april.theis@azag.gov
- My Chi To     mcto@debevoise.com, mao-ecf@debevoise.com

- Amit K. Trehan     atrehan@mayerbrown.com, atrehan@mayerbrown.com;cwalsh@mayerbrown.com
- Curtis V. Trinko     ctrinko@trinko.com
- Patrick J. Trostle     ptrostle@jenner.com
- Thomas R. Trowbridge, III     thomas.trowbridge@bakerbotts.com
- Brian Trust     btrust@mayerbrown.com
- Gerard Uzzi     guzzi@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com
- Jantra Van Roy     jvanroy@zeklaw.com
- Shmuel Vasser     shmuel.vasser@dechert.com
- Michael J. Venditto     mvenditto@reedsmith.com
- Raymond W. Verdi     rwvlaw@yahoo.com
- Jon C. Vigano     jvigano@schiffhardin.com, dgordon@schiffhardin.com
- Paul Vizcarrondo     pvizcarrondo@wlrk.com, calert@wlrk.com
- Shai Waisman     shai.waisman@weil.com, amanda.hendy@weil.com;jae.kim@weil.com;sherri.toub@weil.com;victoria.vron@weil.com; julio.gurdian@weil.com;michele.meises@weil.com
- Shai Waisman1     shai.waisman@weil.com
- Shai Waisman2     shai.waisman@weil.com
- Adrienne Walker     awalker@mintz.com
- Lisa L. Wallace     lwallace@mwc-law.com
- Josephine Wang     jwang@sipc.org
- Mark W. Warren     mwarren@mtb.com
- W. Clark Watson     cwatson@balch.com
- Corey R. Weber     ecf@ebg-law.com
- Jeffrey T. Wegner     jeffrey.wegner@kutakrock.com
- Chaya F. Weinberg-Brodt     chaya.weinberg@withers.us.com
- Gregg L. Weiner     weinegr@friedfrank.com, docketclerks@friedfrank.com
- William P. Weintraub     wweintraub@fklaw.com, vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com
- Rochelle R. Weisburg     rochellew@shiboleth.com
- John W. Weiss     john.weiss@alston.com
- Elizabeth Weller     dallas.bankruptcy@publicans.com
- Mark F. Werle     eag@rsclaw.com;dmc@rsclaw.com
- David B. Wheeler     davidwheeler@mvalaw.com
- Timothy Raymond Wheeler     twheeler@lowenstein.com
- Lee Papachristou Whidden     lwhidden@salans.com, nkhalatova@salans.com
- Dennis J. Wickham     wickham@scmv.com, havard@scmv.com
- Michael E. Wiles     mewiles@debevoise.com, mao-ecf@debevoise.com
- Deborah D. Williamson     dwilliamson@coxsmith.com, aseifert@coxsmith.com
- Eric R. Wilson     KDWBankruptcyDepartment@Kelleydrye.com
- L. Matt Wilson     efile@willaw.com
- Eric D. Winston     ericwinston@quinnemanuel.com
- Steven R. Wirth     swirth@wmd-law.com
- Jane Rue Wittstein     jruewittstein@jonesday.com
- Amy R. Wolf     arwolf@wlrk.com, calert@wlrk.com
- Joshua Matthew Wolf     jowolf@law.nyc.gov
- Blanka K. Wolfe     bwolfe@sheppardmullin.com
- Steven Wolowitz     swolowitz@mayerbrown.com, jmarsala@mayerbrown.com
- James Addison Wright     james.wright@ropesgray.com
- Karon Y. Wright     karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- Thomas John Wright     wrightth@sullcrom.com
- Robert C. Yan     ryan@farrellfritz.com, ffbkmao@farrellfritz.com
- David Farrington Yates     fyates@sonnenschein.com

- Jack Yoskowitz    yoskowitz@sewkis.com
- Jerome Zamos    zamoslaw@aol.com
- Erin Zavalkoff    ecfnydocket@vedderprice.com
- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
- N. Theodore Zink    tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com
- Peter Alan Zisser    pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com
- Scott A. Zuber    szuber@daypitney.com, jhahn@daypitney.com
- Edward P. Zujkowski    ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com
- Ellen Zweig    ezweig@optonline.net
- Abraham L. Zylberberg    azylberberg@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ *Karen S. Clancy-Boy*
KAREN S. CLANCY-BOY

Dated: December 7, 2010