HOGAN LOVELLS US LLP
Christopher R. Donoho, III
David Dunn
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Lloyds TSB Bank plc*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :  Chapter 11
                                                                 :
  LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :  Case No. 08-13555 (JMP)
                                                                 :
            Debtors.                                             :  (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

      I, Hugh Hill, certify under penalty of perjury that I am over eighteen (18) years of age, am not a party to the above-captioned action, am an attorney licensed by the State Bar of New York, and that on December 3, 2010, I caused a true and correct copy of the foregoing:

1. RESPONSE OF LLOYDS TSB BANK PLC TO DEBTORS' SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

to be served via First Class Mail upon the following service list:

(i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andrew Velez-Rivera, Esq.), (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq., and Penny Reid, Esq.), and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., and Dennis O'Donnell, Esq.).

Dated: December 7, 2010
New York, New York

                                              By: /s/ Hugh Hill
                                                  Hugh Hill