NIXON PEABODY LLP
David H. Lee
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
and
Richard C. Pedone (admitted *pro hac vice*)
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

*Counsel to State Street Bank and Trust Company
as Trustee of Ares XII CLO Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Chapter 11<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CLAIM NO. 18531
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006

| | |
|---|---|
| Creditor Name and Address: | State Street Bank and Trust Company<br>200 Clarendon Street<br>Boston, MA 02116<br>Attn: CDO Services – Ares XII |
| Debtor: | Lehman Brothers Holdings Inc. |
| Claim Number: | 18531 |
| Date Claim Filed: | September 18, 2009 |
| Amount of Claim Filed: | Unliquidated |

State Street Bank and Trust Company, as Trustee of Ares XII CLO Ltd. (the "Creditor"), by its attorneys, Nixon Peabody LLP, hereby files this notice of withdrawal of the above-referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

13258225.2

The Creditor hereby withdraws the above-referenced claim and hereby authorizes the Clerk of the Court, or its duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced debtor.

Dated:  New York, New York
December 7, 2010

Respectfully Submitted,

By: /s/ David H. Lee
David H. Lee
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111

and

Richard C. Pedone (admitted *pro hac vice*)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

*Counsel to State Street Bank and Trust Company as Trustee of Ares XII CLO Ltd.*