KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9210
Facsimile: (212) 715-8000
Juliana Oliveira

*Counsel to Merrill Lynch Credit Products LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X
In re                                                               :   Chapter 11 Case No.
                                                                    :
   LEHMAN BROTHERS HOLDINGS INC., et al.,                       :   08-13355 (JMP)
                                                                    :
        Debtors.                                                :   (Jointly Administered)
------------------------------------------------------------------- X

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

**AFFIDAVIT OF SERVICE**

      I, Rebecca Blake Chaikin, being duly sworn say:

      1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036.

      2. On December 6, 2010, I caused a true and correct copy of the **Response of Merrill Lynch Credit Products LLC to Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims)**, dated December 6, 2010 in the above-captioned matter to be served by U.S. Mail upon the addresses set forth in the attached **Service List**.

                              /s/ Rebecca Chaikin
                              Rebecca Blake Chaikin

Sworn to before me this
7th day of December, 2010

/s/ Tracey Satz                     Tracey Satz
Tracey Satz                           Notary Public, State of New York
Notary Public                     No. 01SA6140845
                                     Qualified in New York County
                                     Commission Expires February 13, 2014

KL2 2678070.1

- 2 -

**Service List**

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

Shai Waisman and Penny Reid
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis

Dennis F. Dunne, Dennis O'Donnell,
& Evan Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005