UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (JMP)
                                                            :
                  Debtors.                                  :     (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Richard Tisdale, an attorney admitted to practice before this Court and associated with the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, hereby certifies under penalty of perjury that, on December 6, 2010, I caused the Response of Commonwealth Bank of Australia to the Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) (document number 13242) to be served and filed through the Court's Electronic Case Filing System and also served on the parties indicated on Exhibit A.

Dated: New York, New York
       December 6, 2010

/s/ Richard Tisdale
Richard Tisdale

## **EXHIBIT A**

### Via Hand Delivery:

The Honorable James M. Peck
United States Bankruptcy Court for the
  Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

Office of the United States Trustee
Attn:  Andrew D. Velez-Rivera, Paul Schwartzberg,
       Brian Masumoto, Linda Rifkin, Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

### Via Overnight Mail

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Lori R. Fife,
      Shai Y. Waisman, Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153
*Attorneys for the Debtors*

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Dennis O'Donnell, Evan Fleck
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for Official Committee of Unsecured Creditors*

2