UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :
        Debtors.                                             :    (Jointly Administered)
                                                             :
                                                             :
-------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

Please take notice that a claim (the "Claim") has been filed in this case or deemed filed under 11 U.S.C. §1111(a). The Transferee hereby gives evidence and notice pursuant to Fed. R. Bankr. P. 3001(e)(2) of the transfer, other than for security, of the claim referenced in this notice and the notice of assignment attached hereto as Exhibit A.

| Barclays Bank PLC | Horizon II International Limited |
|---|---|
| **Name of Transferee** | **Name of Transferor** |
| $160,000.00 | 67135 |
| **Proof of Claim Amount** | **Proof of Claim No.** |

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:   Barclays Bank PLC
              745 Seventh Avenue
              New York, NY 10019
              Telephone: (212) 412-2865
              Fax: (212) 294-0365
              Email: daniel.crowley@barclayscapital.com
                     jessica.fainman@barclayscapital.com

## EXHIBIT A

[Evidence of Transfer of Claim]

EXHIBIT A TO
ASSIGNMENT OF CLAIM

NOTICE OF ASSIGNMENT

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HORIZON II INTERNATIONAL LIMITED ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to BARCLAYS BANK PLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with the Proof of Claim numbered 20010 as amended by the Proof of Claim numbered 67135 (together, the "Proof of Claim") in the aggregate amount of $160,000.00 (a copy of which is attached as the Annex hereto) (the "Claim") plus all interest, fees and other amounts related thereto, against Lehman Brothers Holdings Inc. ("Debtor"), a debtor-in-possession in the chapter 11 cases encaptioned In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP) (Jointly Administered) under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Claim.

Assignor hereby waives any objection to the assignment of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor assigning to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Notice of Assignment is executed on [NOVEMBER 30], 2010.

HORIZON II INTERNATIONAL LIMITED
By: _____
Name of person signing _____
Title of person signing _____

For and on behalf of
MIL (Cayman) Limited
as Corporate Director

- 5 -

CPAM: 3140286.2