DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
Arnold Gulkowitz, Esq.
Shaya M. Berger, Esq.

Hearing Date: January 13, 2011 at 10:00 a.m.

Attorneys for Party-In-Interest Edgewood Management LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
In re                                              :    Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.              :    Case No. 08-13555 (JMP)
                                                   :
            Debtors.                               :    (Jointly Administered)
                                                   :
------------------------------------------------------------ X

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE**, that the hearing on the Motion of Edgewood Management LLC Pursuant To 11 U.S.C. §§105 And 541 For An Order Directing Lehman Brothers Holding Inc. To Release And Return Non-Estate Property has been adjourned and will now take place at the Omnibus Hearing in these bankruptcy cases that will take place on **January 13, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable James M. Peck at the United States Court House, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Courtroom 601.

DATED: December 7, 2010
       New York, New York

                                        DICKSTEIN SHAPIRO LLP

                                        By: /s/ Shaya M. Berger
                                            Arnold Gulkowitz
                                            Shaya M. Berger
                                            1633 Broadway
                                            New York, New York 10019
                                            Telephone: (212) 277-6500
                                            Facsimile: (212) 277-6501

                                            Attorneys for Party-In-Interest
                                            Edgewood Management LLC

DOCSNY-430870v3