DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
Arnold Gulkowitz, Esq.
Shaya M. Berger, Esq.

Attorneys for Party-In-Interest Edgewood Management LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
In re                                                        : Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.                        : Case No. 08-13555 (JMP)
                                                             :
            Debtors.                                         : (Jointly Administered)
                                                             :
------------------------------------------------------------ X

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 7, 2010 I caused true and correct copies of the NOTICE OF ADJOURNMENT OF HEARING on the Motion Of Edgewood Management LLC Pursuant To 11 U.S.C. §§105 And 541 For An Order Directing Lehman Brothers Holdings Inc. To Release And Return Non-Estate Property to be served on the parties on Service List A by First Class Mail.

DATED: December 7, 2010
       New York, New York

                                    DICKSTEIN SHAPIRO LLP


                                    By: /s/ Shaya M. Berger
                                        Arnold Gulkowitz,
                                        Shaya M. Berger
                                        1633 Broadway
                                        New York, New York 10019
                                        Telephone: (212) 277-6500
                                        Facsimile: (212) 277-6501

                                        Attorneys for Party-In-Interest
                                        Edgewood Management LLC

DOCSNY-430870v3

## Service List A

The Chambers of the Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq.
Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq.,
Attorneys for the Debtors

The U.S. Trustee
33 Whitehall Street, 21st floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq.,
Brian Masumoto, Esq., Linda Rifkin, Esq. and Tracy Hope Davis, Esq.

Millbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan R. Fleck, Esq.
Attorneys for the Creditors Committee