B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

In re Lehman Brothers Holdings Inc., et al., Debtors

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Botticelli, L.L.C. | RBS Securities Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Angelo, Gordon & Co., L.P.
CLO Group
245 Park Avenue, 26th Floor
New York, NY 10167
Attn.: Michael Nicolo
Telephone: 212-692-8259
Facsimile: 866-550-5340
Email: MNicolo@angelogordon.com

Court Claim # (if known): 62783 (4.11561905% of such claim, as represented by ISIN XS0375559753 listed in the schedule attached thereto)

Amount of Claim as Filed: $2,084,741,055.00

Amount of Claim Transferred: $85,800,000.00 (a portion of that portion of Omnibus Claim 62783 represented by ISIN XS0375559753 listed in the schedule attached to Omnibus Claim 62783)

Date Claim Filed: 11/02/2009. Omnibus Claim 62783 was filed by Lehman Brothers International (Europe) ("LBIE") to reserve the rights of clients on whose behalf LBIE held certain Lehman Program Securities. A portion of the Program Security identified as ISIN XS0375559753 described therein (in the amount of $85,800,000.00) has subsequently been transferred to Transferee.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

635862.2/9999-00999

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Botticelli, L.L.C.
By: Angelo, Gordon & Co., L.P., Manager

By: _/s/ Thomas M. Fuller_____          Date: __12/1/10__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

**Thomas M. Fuller**
**Authorized Signatory**

635862.2/9999-00999

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: RBS Securities Inc.

    For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Securities Inc.** ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **Botticelli, L.L.C.** ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/notional amount specified in Schedule I attached hereto (the "Purchased Claim") in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto, together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co. B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in **Case No. 08-13555** pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, **Proof of Claim Number 67200, which amends Proof of Claim Number 57014** (the "JAS Proof of Claim") and the relevant portion of **Proof of Claim Number 62783** (the "LBIE Proof of Claim") filed in the bankruptcy case of **Lehman Brothers Holdings Inc.**

    Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this __1st__ day of ~~November~~, 2010.
December

**RBS Securities Inc.**

By: *[signature]*
Name: John (Sean) Murdock
Title: Authorized Signatory

**Botticelli, L.L.C.**

By: Angelo, Gordon & Co., L.P., Manager

By: *[signature]*
Name:
Title: **Thomas M. Fuller**
**Authorized Signatory**

500675576v1
611675.02-Los Angeles Server 1A - MSW
635807.1/9999-00999

## Schedule I

### Transferred Claims

Purchased Claim

85.8%, or $85,800,000.00, of $100,000,000.00 (the outstanding amount of the JAS Proof of Claim; and the outstanding amount of the LBIE Proof of Claim relating to XS0375559753, as described on Page 1 of 5 in the schedule attached to the LBIE Proof of Claim).

Lehman Programs Security to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|
| 3 MTH LCMNER INDEX LNKD NTE | XS0375559753 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 85,800,000.00 | Oct 9, 2008 |