# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | A-1 TECHNOLOGY, INC. 115 BROADWAY, 13TH FLOOR NEW YORK, NY 10006 | | 08/31/2009 | 10507 | $5,000.00 | No Supporting Documentation Claim |
| 2 | ADAMCZYK, CHAD M. THRU FIDELITY BROKERAGE SVS. 3020 136TH AVE. HAMILTON, MI 49419 | 08-13555 (JMP) | 01/26/2009 | 1973 | $4,000.00 | No Supporting Documentation Claim |
| 3 | ADVANI, DEEPALI 45 W. 60TH ST - 24G NEW YORK, NY 10023 | | 07/27/2009 | 6422 | $750,000.00 | No Supporting Documentation Claim |
| 4 | AFFHAUSER, DONALD R. AND HETTY 205 POMPANO COURT BARE FOOT BAY, FL 32976 | 08-13555 (JMP) | 08/17/2009 | 8390 | $30,000.00 | No Supporting Documentation Claim |
| 5 | ALBERT & ARLENE STARK REV TRT U/A 9/22/75 455 S. ELISEO DR., APT 12 GREENBRAE, CA 94904 | 08-13555 (JMP) | 01/08/2009 | 1623 | $100,000.00 | No Supporting Documentation Claim |
| 6 | ALTMAN, STANLEY AND ARLINE G. 1 HARBOURSIDE DR 1-304 DELRAY BEACH, FL 33483 | | 09/16/2009 | 13921 | $9,868.00 | No Supporting Documentation Claim |
| 7 | ARISTOS FINANCIAL LTD. 401 B STREET, SUITE 920 SAN DIEGO, CA 92101 | 08-13555 (JMP) | 08/17/2009 | 8397 | $100,000.00 | No Supporting Documentation Claim |
| 8 | AUSTIN, RICHARD & ANGELA 2118 BLACK OAK DRIVE SUGAR LAND, TX 77479 | | 02/02/2009 | 2491 | $26,426.63 | No Supporting Documentation Claim |
| 9 | AVIVA LIFE AND ANNUITY CO. OF NEW YORK AVIVA INVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES, IA 50309 | 08-13555 (JMP) | 01/05/2009 | 1599 | $4,100,000.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 10 | AVIVA LIFE AND ANNUITY COMPANY AVIVA INVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES, IA 50309 | 08-13555 (JMP) | 01/05/2009 | 1600 | $72,350,000.00 | No Supporting Documentation Claim |
| 11 | AVSTAR AVIATION LTD 12 NORTH HAVEN LANE EAST NORTHPORT, NY 11731 | | 08/24/2009 | 9027 | $12,330.20 | No Supporting Documentation Claim |
| 12 | BELL, HARLIN E. 201 OAK HOLLOW RD MONETA, VA 24121 | | 07/24/2009 | 6142 | $10,206.00 | No Supporting Documentation Claim |
| 13 | BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, AND BETHANY AUSTIN MEZZANINE APARTMENTS, LLC C/O WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP ATTN: ROBERT S. MARTICELLO ATTN: ROBERT S. MARTICELLO COSTA MESA, CA 92626 | 08-13555 (JMP) | 09/21/2009 | 26111 | Undetermined | No Supporting Documentation Claim |
| 14 | BETHANY LONESTAR APARTMENTS, LLC; KT TERRAZA-TX1, LLC; KT TERRAZA-TX2, LLC; FJLC-TX1; FJLC-TX2,LLC; BETHANY LONESTAR MEZZANINE APTS, LLC C/O WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP ATTN: ROBERT S. MARTICELLO ATTN: ROBERT S. MARTICELLO COSTA MESA, CA 92626 | 08-13555 (JMP) | 09/21/2009 | 26110 | Undetermined | No Supporting Documentation Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 15 | BETHANY QUAIL HOLLOW APARTMENTS, LLC; BETHANY QUAIL HOLLOW, LLC; BETHANY SENECA BAY APARTMENTS, LLC, ET AL. C/O WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP 650 TOWN CENTER DRIVE, SUITE 950 650 TOWN CENTER DRIVE, SUITE 950 COSTA MESA, CA 92626 | 08-13555 (JMP) | 09/21/2009 | 26109 | Undetermined | No Supporting Documentation Claim |
| 16 | BETHANY ROLLING HILLS, LLC; ROLLING HILLS APARTMENTS, LLC; FALCON POINTE APARTMENT ASSOCIATES, LLC; ROCKRIMMON APARTMENTS ASSOCIATES, LLC; WATERFIELD APARTMENT ASSOCIATES, LLC C/O WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP C/O WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK COSTA MESA, CA 92626 | 08-13555 (JMP) | 09/21/2009 | 26112 | Undetermined | No Supporting Documentation Claim |
| 17 | BEYMAN, BERNARD B. 204 FOXBORO DRIVE NORWALK, CT 06851 | | 08/10/2009 | 7755 | $13,653.45 | No Supporting Documentation Claim |
| 18 | BEYMAN, MIRIAM S. 204 FOXBORO DRIVE NORWALK, CT 06851 | | 08/10/2009 | 7756 | $13,653.45 | No Supporting Documentation Claim |
| 19 | BIANCO, KAREN 128 COLONY LN SYOSSET, NY 11791 | | 09/22/2009 | 27439 | Undetermined | No Supporting Documentation Claim |
| 20 | BIERSCHENK, LORETTA 131 DORY RD N. NORTH PALM BEACH, FL 33408 | | 07/27/2009 | 6305 | $25,000.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 21 | BILL HELMING CONSULTING 10640 S GLENVIEW LANE OLATHE, KS 66061 | | 07/17/2009 | 5575 | $1,200.00 | No Supporting Documentation Claim |
| 22 | BRADLEY, DOROTHY 16350 PANORAMIC WAY SAN LEANDRO, CA 94578 | | 07/27/2009 | 6335 | $10,104.00 | No Supporting Documentation Claim |
| 23 | BRAWNER, KIM R 1667 BROADVIEW FAYETTEVILLE, AR 72703 | | 09/03/2009 | 10310 | Undetermined | No Supporting Documentation Claim |
| 24 | BRIAN KAPKO FOUNDATION 1700 ADAMS AVENUE #102 COSTA MESA, CA 92626 | | 09/17/2009 | 15708 | $20,000.00 | No Supporting Documentation Claim |
| 25 | BROWN, DAVID R. 68 LONG SOCIETY ROAD PRESTON, CT 06365-8412 | | 08/03/2009 | 7174 | $25,000.00 | No Supporting Documentation Claim |
| 26 | BROWNSTEIN HYATT FARBER SCHRECK, P.C. ATTN: MICHAEL PAHL 410 17TH STREET, SUITE 2200 DENVER, CO 80202-4437 | | 09/22/2009 | 30559 | $1,880.00 | No Supporting Documentation Claim |
| 27 | BUSH, MARY M 4822 LIME TREE LANE VENICE, FL 34293 | | 01/06/2009 | 1606 | $81,200.00 | No Supporting Documentation Claim |
| 28 | BUTLER-MCLAUGHL, CECELIA E. 2 LANGDON ROAD CARLE PLACE, NY 11514 | | 09/21/2009 | 21505 | Undetermined | No Supporting Documentation Claim |
| 29 | CAG COMMUNICATIONS 51 VIA VILLARIO RANCHO SANTA MARGARITA, CA 92688 | | 08/28/2009 | 9668 | $82.50 | No Supporting Documentation Claim |
| 30 | CAHALL, DOLORES 2109 WALES CT LAKELAND, FL 33810-6232 | | 08/14/2009 | 8333 | $20,000.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|------------|---------|---------------------|----------------------------------|
| 31 | CAREY LIMOUSINE OF ATLANTA<br>245 UNIVERSITY AVE SW<br>ATLANTA, GA 30315 | | 08/04/2009 | 7340 | $2,093.02 | No Supporting Documentation Claim |
| 32 | CASE, JOHN<br>153 DOSORIS LANE<br>GLEN COVE, NY 11542 | 08-13555 (JMP) | 09/18/2009 | 16247 | Undetermined | No Supporting Documentation Claim |
| 33 | CHAFFEE, ROBERT<br>720 ELK HORN RD<br>SUN CITY CENTER, FL 33573 | 08-13555 (JMP) | 03/16/2009 | 3360 | $1,000.00 | No Supporting Documentation Claim |
| 34 | COCHRAN, BILL<br>5040 NORTH LA LOMITA<br>TUSCON, AZ 85718 | | 07/20/2009 | 5761 | $2,000.00 | No Supporting Documentation Claim |
| 35 | COFFINDOFFER, VIRGINIA B.<br>987 ALPINE LAKE ROAD<br>TERRA ALTA, WV 26764 | | 08/17/2009 | 8454 | $5,000.00 | No Supporting Documentation Claim |
| 36 | COLE, JAMES G<br>812 JACKSON LANE<br>MIDDLETOWN, OH 45044-6149 | | 07/23/2009 | 5970 | $5,000.00 | No Supporting Documentation Claim |
| 37 | CONE & KILBOURN<br>83 SOUTH BEDFORD ROAD<br>MOUNT KISCO, NY 10549 | 09-10137 (JMP) | 03/12/2009 | 4509 | $1,218,589.26 | No Supporting Documentation Claim |
| 38 | CONSUELO T. HUIBONHOA<br>TESTAMENTARY TRUST<br>ROGER HUIBONHOA, TRUSTEE<br>13600 MARINA POINTE DRIVE, UNIT 1402<br>MARINA DEL REY, CA 90292 | 08-13555 (JMP) | 03/24/2009 | 3479 | $105,000.00 | No Supporting Documentation Claim |
| 39 | CORNERSTONE GRG LTD<br>6 MILLFIELD DRIVE<br>NORTHFLEET, DA11 8BH<br>UNITED KINGDOM | | 08/14/2009 | 9007 | $4,239.40 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 40 | COUTTOLENE, ALICIA CAMPOS MINERVA 339; COLONIA FLORIDA , 01030 MEXICO | | 09/21/2009 | 24122 | $23,030.58 | No Supporting Documentation Claim |
| 41 | COX, ROBERT C PO BOX 77 9 ASSUPS NECK LA QUOGUE, NY 11959 | | 08/26/2009 | 9403 | $400,000.00 | No Supporting Documentation Claim |
| 42 | CRAUS, PATRICIA C/O BERGER & MONTAGUE, PC 1622 LOCUST ST PHILADELPHIA, PA 19103 | | 09/22/2009 | 30699 | $30,041.00* | No Supporting Documentation Claim |
| 43 | CUTLER, JANEL 40 COLLEGE SUITE 302 BURLINGTON, VT 05401 | 08-13555 (JMP) | 08/17/2009 | 8517 | $105,000.00 | No Supporting Documentation Claim |
| 44 | DEFRANCO, JAMES E. 3830-45TH ST. AVE. SO SEATTLE, WA 98118 | 08-13555 (JMP) | 07/24/2009 | 6102 | $20,545.40 | No Supporting Documentation Claim |
| 45 | DEMARK, JARED 16 INDIAN SPRING ROAD NORWALK, CT 06853 | | 09/22/2009 | 30463 | $942,600.00 | No Supporting Documentation Claim |
| 46 | DEMET, KEVIN J., TRUSTEE ARDELL R. GUENTHERS IRRER TRUST 815 N CASS ST MILWAUKEE, WI 53202 | 08-13555 (JMP) | 07/27/2009 | 6317 | $5,000.00* | No Supporting Documentation Claim |
| 47 | DESOCIO, JAMES JAMES DESOCIO IRA ROLLOVER 279 WYOMING AVE MAPLEWOOD, NJ 07040 | | 08/24/2009 | 9266 | $50,000.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 48 | DESOCIO, JAMES F. TRUSTEE JAMES F. DESOCIO TRUST DTD 12/04/01 279 WYOMING AVE MAPLEWOOD, NJ 07040 | | 08/24/2009 | 9265 | $125,000.00 | No Supporting Documentation Claim |
| 49 | DESOUZA, DONNA M 4400 BRITLEY LANE HARRISBURG, NC 28075 | 08-13555 (JMP) | 03/26/2009 | 3524 | $7,000.00 | No Supporting Documentation Claim |
| 50 | DIETERLE, HELLMUTH M. NFS/FMTC IRA FBO 65460 E ROLLING HILLS DRIVE SADDLEBROOKE, AZ 85739 | 08-13555 (JMP) | 01/08/2009 | 1622 | $21,000.00 | No Supporting Documentation Claim |
| 51 | DIOSA SINCO DE PENA MEDEX TRADING LLC 2655 S LE JEUNE RD # 536 CORAL GABLES, FL 33134 | 08-13555 (JMP) | 01/08/2009 | 1619 | $40,000.00 | No Supporting Documentation Claim |
| 52 | DORVIN VALLEY INC. C/O FUNDATINSANSTALT HEILIGKREUZ 6, VADUZ, 9490 LIECHTENSTEIN | | 09/17/2009 | 15511 | $500,000.00 | No Supporting Documentation Claim |
| 53 | DOTZAUER, MARY M. 13840 N. DESERT ARBOR DR APT 257 PEORIA, AZ 85381-3656 | | 08/14/2009 | 8270 | $30,000.00 | No Supporting Documentation Claim |
| 54 | DOWNEY, MARY ANN 508 ROSS STREET MIDDLETOWN, OH 45044-5060 | | 07/23/2009 | 6016 | $23,000.00 | No Supporting Documentation Claim |
| 55 | ELDRED, JANET E. 342 OAKLAND AVENUE BELLMAWR, NJ 08031-2710 | 08-13555 (JMP) | 08/21/2009 | 8893 | $20,334.20 | No Supporting Documentation Claim |
| 56 | ELLMAN, BERNARD 44 PARK LN PARK RIDGE, IL 60068 | 08-13555 (JMP) | 07/28/2009 | 6537 | $2,500.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 57 | ELLMAN, DORIS<br>44 PARK LN<br>PARK RIDGE, IL 60068 | 08-13555 (JMP) | 07/28/2009 | 6538 | $2,500.00 | No Supporting Documentation Claim |
| 58 | ERICKSON, CAROLE DAHLIN<br>1100 CIRCLE HIGH DRIVE<br>BURNSVILLE, MN 55306 | | 09/14/2009 | 12276 | $12,500.00 | No Supporting Documentation Claim |
| 59 | EXOTIC ORCHIDS INC<br>PO BOX 141688<br>CORAL GABLES, FL 33114-1688 | | 07/27/2009 | 6212 | $1,450.00 | No Supporting Documentation Claim |
| 60 | FEIGENBAUM, PHILIP<br>1 BAY CLUB DRIVE<br>BAYSIDE, NY 11360 | 08-13555 (JMP) | 04/13/2009 | 3766 | $50,000.00 | No Supporting Documentation Claim |
| 61 | FELDERHOF, STEPHEN<br>170 HOLLAND PARK AVENUE<br>LONDON, GT LON, W11 4UH<br>UNITED KINGDOM | | 09/21/2009 | 25338 | Undetermined | No Supporting Documentation Claim |
| 62 | FELDERHOF, STEPHEN<br>170 HOLLAND PARK AVENUE<br>LONDON, W11 4UH<br>UNITED KINGDOM | | 09/21/2009 | 25340 | Undetermined | No Supporting Documentation Claim |
| 63 | FOX, LUCILLE M. & CYNTHIA VITE &<br>LINDA FURDEK JT TEN<br>2139 26TH AVENUE<br>KENOSHA, WI 53140-1755 | | 08/21/2009 | 8880 | $6,298.90 | No Supporting Documentation Claim |
| 64 | FRANK TOLIN, JR.<br>C/O W. J. BARNES, P.A.<br>W. JEFFREY BARNES, ESQ.<br>1515 NORTH FEDERAL HIGHWAY<br>BOCA RATON, FL 33432 | | 09/22/2009 | 31171 | Undetermined | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 65 FRANK, BERND & SANDRA<br>LECHSTR. 16<br>TANNHEIM, 88459<br>GERMANY | 08-13555 (JMP) | 02/02/2009 | 2409 | $2,888.60 | No Supporting Documentation Claim |
| 66 FREILICH, LAWRENCE<br>690 MT VERNON HWY #215<br>ATLANTA, GA 30328 | | 09/08/2009 | 10813 | $48.00 | No Supporting Documentation Claim |
| 67 FRIEDMAN, MARK A. IRA ACCOUNT<br>4403 DULCINEA CT<br>WOODLAND HILLS, CA 91364 | 08-13555 (JMP) | 09/01/2009 | 10017 | $30,000.00 | No Supporting Documentation Claim |
| 68 GASSZWAY, DARRYL E.<br>2257 BOUNDRY ST.<br>SAN DIEGO, CA 92104-5307 | 08-13555 (JMP) | 08/14/2009 | 8316 | $18,929.91 | No Supporting Documentation Claim |
| 69 GAUBERT-MARTHAN, HELENE<br>1 FROGNAL LANE<br>LONDON, NW3 7DY<br>UNITED KINGDOM | 08-13555 (JMP) | 09/16/2009 | 13443 | $5,000.00 | No Supporting Documentation Claim |
| 70 GENIRS, CAROL<br>411 WEST END AVENUE<br>APT 7A<br>NEW YORK, NY 10024 | | 09/22/2009 | 28476 | Undetermined | No Supporting Documentation Claim |
| 71 GENIRS, KEVIN R.<br>411 WEST END AVE<br>APARTMENT 7A<br>NEW YORK, NY 10024 | | 09/22/2009 | 28475 | Undetermined | No Supporting Documentation Claim |
| 72 GIOIELLA, HENRY JR.<br>15 LIGHTHOUSE WAY<br>DARIEN, CT 06820-5612 | | 09/16/2009 | 13398 | $420,000.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 73 | GIOVANELLI, CORRADO<br>57D PRINCES GATE<br>EXHIBITION ROAD<br>LONDON, GT LON, SW7 2PG<br>UNITED KINGDOM | | 09/16/2009 | 14298 | $1,139,426.00 | No Supporting Documentation Claim |
| 74 | GORDON, JAMES C.<br>1616 S VOSS RD #840<br>HOUSTON, TX 77057 | | 08/06/2009 | 7491 | $100,000.00 | No Supporting Documentation Claim |
| 75 | GRAEBENER, JR., HENRY J.<br>3001 CAMROSE DRIVE<br>WILLIAMSBURG, VA 23185 | 08-13555 (JMP) | 02/23/2009 | 2941 | $35,000.00 | No Supporting Documentation Claim |
| 76 | GRUBE, GLADYS A.<br>1 SHANNEYBROOK COURT<br>PHOENIX, MD 21131 | 08-13555 (JMP) | 07/01/2009 | 5065 | $51,750.00 | No Supporting Documentation Claim |
| 77 | HABERMAN, HAL<br>730 1/2 E. EDGEWARE RD.<br>LOS ANGELES, CA 90026 | 08-13555 (JMP) | 02/23/2009 | 2962 | $2,000.00 | No Supporting Documentation Claim |
| 78 | HADDON, G. L. & R. B., CO-TTEE<br>4510 TRINITY ST<br>SHASTA LAKE, CA 96019 | 08-13555 (JMP) | 05/05/2009 | 4165 | $1,000.00 | No Supporting Documentation Claim |
| 79 | HEALTH CARE SERVICE CORPORATION,<br>A MUTUAL LEGAL RESERVE COMPANY<br>300 E. RANDOLPH STREET<br>CHICAGO, IL 60601-5099 | 08-13555 (JMP) | 09/22/2009 | 32390 | Undetermined | No Supporting Documentation Claim |
| 80 | HEAVRIN, RITA<br>12450 OAKAIR DR<br>OMAHA, NE 68137 | 08-13555 (JMP) | 07/30/2009 | 6718 | $8,000.00 | No Supporting Documentation Claim |
| 81 | HEITNER, ANDREW W.<br>1868 N. HALSTED, APT #1<br>CHICAGO, IL 60614 | | 09/21/2009 | 24447 | $32,862.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 82 | HERDAN, ZITS<br>6241 POINTE REGAL CIRCLE<br>BLDG 121 APT 409<br>DELRAY BEACH, FL 33484-2458 | | 07/23/2009 | 5949 | $40,000.00 | No Supporting Documentation Claim |
| 83 | HIRASUNA, NORI<br>6415 SCHMIDT LANE, APT B201<br>EL CERRITO, CA 94530-1737 | 08-13555 (JMP) | 08/14/2009 | 8317 | $25,003.30 | No Supporting Documentation Claim |
| 84 | HISER, WRAY C.<br>3825 SALIDA DEL SOL DRIVE<br>RUSKIN, FL 33573 | 08-13555 (JMP) | 11/21/2008 | 850 | $25,000.00 | No Supporting Documentation Claim |
| 85 | HOM, JOYCE F.<br>5261 NW 3RD TER.<br>BOCA RATON, FL 33487 | | 07/27/2009 | 6304 | Undetermined | No Supporting Documentation Claim |
| 86 | HOMEMAID AB (PUBL)<br>KUNGSGATAN 17<br>HALMSTAD, 30245<br>SWEDEN | | 08/24/2009 | 9183 | $350.00 | No Supporting Documentation Claim |
| 87 | HOWARD, ELMER G., JR. & SOPHIE M.<br>336 QUAIL RUN ROAD<br>MIDDLETOWN, OH 45042-3861 | | 07/24/2009 | 6135 | $25,000.00 | No Supporting Documentation Claim |
| 88 | HUIBONHOA, ROGER<br>(ROTH RETIREMENT ACCOUNT)<br>13600 MARINA POINTE DRIVE, UNIT 1402<br>MARINA DEL REY, CA 90292 | 08-13555 (JMP) | 03/24/2009 | 3477 | $29,000.00 | No Supporting Documentation Claim |
| 89 | HUNTSBARGER, JEFF, FBO<br>121 N. HEINKEL<br>MIDDLETOWN, OH 45042-3838 | 08-13555 (JMP) | 04/06/2009 | 3671 | $5,000.00 | No Supporting Documentation Claim |
| 90 | IDA POVER REVOCABLE TRUST<br>IDA POVER TTEE<br>UAD 04/22/98<br>8028 HINKS WAY<br>PORT SAINT LUCIE, FL 34986 | 08-13555 (JMP) | 07/28/2009 | 6562 | $24,920.00 | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 91 | IN RE: ADAMS GOLF INC. SECURITIES LITIGATION CLASS MEMBERS C/O BERGER & MONTAGUE PC 1622 LOCUST STREET PHILADELPHIA, PA 19103 | | 09/22/2009 | 32494 | $200,000,000.00* | No Supporting Documentation Claim |
| 92 | INS INTEGRATED NETWORK SOLUTIONS UNTERSTER ZWERCHWEG 61 FRANKFURT AM MAIN, 60599 GERMANY | | 07/23/2009 | 5987 | $0.00 | No Supporting Documentation Claim |
| 93 | INS INTEGRATED NETWORK SOLUTIONS GMBH UNTERSTER ZWERCHWEG 61 FRANKFURT AM MAIN, 60599 GERMANY | | 07/23/2009 | 5988 | $0.00 | No Supporting Documentation Claim |
| 94 | INSULVAIL, LLC P.O. BOX 2888 VAIL, CO 81658 | | 08/17/2009 | 8603 | $289.90 | No Supporting Documentation Claim |
| 95 | INTEGRATED NETWORK SOLUTIONS 15 RUE DU VIEUX PONT NANTERRE, 92000 FRANCE | | 07/31/2009 | 6792 | $0.00 | No Supporting Documentation Claim |
| 96 | ITO,RISA 4-4-12 ASAGAYA KITA SUGINAMI-KU TOKYO, 13 166-0001 JAPAN | | 07/21/2009 | 5826 | $0.00 | No Supporting Documentation Claim |
| 97 | IVG ENERGY LTD ATTN: SARA WITMER 20 E. GREENWAY PLAZA, STE 400 HOUSTON, TX 77046 | 08-13885 (JMP) | 06/23/2009 | 4975 | $22,869.00 | No Supporting Documentation Claim |
| 98 | JAEGER, EILEEN M. 110 BETTY JEAN LANE ST. LOUIS, MO 63125 | 08-13555 (JMP) | 08/17/2009 | 8426 | $2,500.00 | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 99 | JAEGER, MARK A.<br>110 BETTY JEAN LANE<br>ST. LOUIS, MO 63125 | 08-13555 (JMP) | 08/17/2009 | 8425 | $5,000.00 | No Supporting Documentation Claim |
| 100 | JAKES, LYN<br>617 FAIRWAY TRAIL<br>SPRINGFIELD, TN 37172 | | 08/21/2009 | 8889 | $48,000.00 | No Supporting Documentation Claim |
| 101 | JIMENEZ, MIGUEL A.<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19032 | $396.00 | No Supporting Documentation Claim |
| 102 | JOERGER, AGNES VIRGINIA<br>141 STANLEY AVE.<br>LANDISVILLE, PA 17538 | | 09/21/2009 | 25472 | $19,720.00 | No Supporting Documentation Claim |
| 103 | JOHNSON, KATHLEEN TTEE<br>ELANORE H. ENDSLEY IRREV LIVING<br>TRUST UA DTD 7-1-96<br>1115 NW MARKET ST.<br>APT 306<br>SEATTLE, WA 98107 | | 08/17/2009 | 8501 | $6,636.12 | No Supporting Documentation Claim |
| 104 | JONES, LESTER E.<br>20 LIBERTY SQUARE CIRCLE<br>GREENSBORO, NC 27455 | | 07/31/2009 | 6817 | $8,012.80 | No Supporting Documentation Claim |
| 105 | KAKALECIK, PAUL<br>40 CRUSHER RD<br>DOUGLASSVILLE, PA 19518 | | 08/17/2009 | 8412 | $1,530.05 | No Supporting Documentation Claim |
| 106 | KANE, BEVERLY J.<br>19792 WATERVIEW LANE<br>HUNTINGTON BEACH, CA 92648-3048 | 08-13555 (JMP) | 08/03/2009 | 7251 | $3,553.48 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 107 | KAPLAN, ALICE<br>1965 BROADWAY<br>APT 24E<br>NEW YORK, NY 10023 | 08-13555 (JMP) | 09/17/2009 | 15136 | Undetermined | No Supporting Documentation Claim |
| 108 | KAPLAN, ALICE<br>1965 BROADWAY<br>APT 24E<br>NEW YORK, NY 10023 | 08-13555 (JMP) | 09/17/2009 | 15137 | Undetermined | No Supporting Documentation Claim |
| 109 | KAPLAN, IRMA<br>8 WOODSIDE ROAD<br>SPRINGFIELD, NJ 07081 | | 09/17/2009 | 15688 | $11,815.00 | No Supporting Documentation Claim |
| 110 | KELLER, HEATHER MCLEAN<br>1605 LASSEN WAY<br>BURLINGAME, CA 94010 | 08-13555 (JMP) | 08/03/2009 | 7193 | $35,000.00 | No Supporting Documentation Claim |
| 111 | KUKLINSKI, PAUL DBA BOSTON ENERGY RESEARC<br>610 ANACAPA STREET A3<br>SANTA BARBARA, CA 93101 | | 08/25/2009 | 9363 | $1,000.00 | No Supporting Documentation Claim |
| 112 | KUKLINSKI, PAUL S<br>610 ANACAPA STREET<br>SUITE A3<br>SANTA BARBARA, CA 93101 | | 08/25/2009 | 9364 | $1,000.00 | No Supporting Documentation Claim |
| 113 | KUZMICH, FRANK RICHARD<br>6593 GREENLEAF LANE<br>FORESTHILL, CA 95631 | 08-13555 (JMP) | 12/22/2008 | 1413 | $60,000.00 | No Supporting Documentation Claim |
| 114 | LAU, FRANCIS<br>200 RECTOR PLACE<br>NEW YORK, NY 10280 | | 07/14/2009 | 5319 | Undetermined | No Supporting Documentation Claim |
| 115 | LAWRENCE, RICHARD E.<br>CLEARVIEW IRA C/F<br>640 RAINBOW DRIVE<br>SUMTER, SC 29154 | 08-13555 (JMP) | 08/24/2009 | 9272 | $20,000.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 116 LEROY & THERESA FAHEY FAMILY REVOCABLE TRUST 454 GROTON ROAD WESTFORD, MA 01886 | | 08/31/2009 | 9950 | $2,500.00 | No Supporting Documentation Claim |
| 117 LEUNG, PAMELA 12 AMANDA CT MANALAPAN, NJ 07726 | | 07/30/2009 | 6742 | $10,000.00 | No Supporting Documentation Claim |
| 118 LEVENTHAL, SYLVIA 2580 NW 103RD AVE # 404 SUNRISE, FL 33322 | | 07/27/2009 | 6352 | $5,000.00 | No Supporting Documentation Claim |
| 119 LIEBER, ROBERT C. 1 CENTRAL PARK WEST APT 39A NEW YORK, NY 10023 | 08-13555 (JMP) | 09/22/2009 | 32226 | $4,500,000.00 | No Supporting Documentation Claim |
| 120 LIN, WONG YUK FLAT 514, 5/F. WING YAN HOUSE TUNG YAN COURT , HONG KONG | 08-13555 (JMP) | 08/19/2009 | 8717 | Undetermined | No Supporting Documentation Claim |
| 121 LOEBER, PAUL & MARY TTEES PAUL M LOEBER LIVING TRUST DTD 12/15/1994 4255 W. TOUHY AVE. LINCOLNWOOD, IL 60712 | 08-13555 (JMP) | 08/17/2009 | 8534 | $91,653.90 | No Supporting Documentation Claim |
| 122 LUSK, MARY ANN D. 107 KILKENNY CT. LONGWOOD, FL 32779 | | 09/03/2009 | 10201 | $15,000.00 | No Supporting Documentation Claim |
| 123 LUTZ, WILLIAM L. 105 PYRAMID VIEW DR SEDONA, AZ 86336 | | 07/30/2009 | 6684 | $35,000.00 | No Supporting Documentation Claim |
| 124 MABEY, JOHN 201 WINDSOR AVE HADDONFIELD, NJ 08033 | | 08/10/2009 | 7876 | Undetermined | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 125 | MACHADO PEREZ, HERNAN TORRES TORO, MILDRED BOX 147 HORMIGUEROS, PR 00660-0147 | 08-13555 (JMP) | 09/09/2009 | 10906 | $25,000.00 | No Supporting Documentation Claim |
| 126 | MADDEN, JENNIFER 16 F STREET HULL, MA 02045 | 08-13555 (JMP) | 01/26/2009 | 1982 | Undetermined | No Supporting Documentation Claim |
| 127 | MARCANTONIO, ARTHUR & JUNE THE HANNA BUILDING 1422 EUCLID AVENUE, SUITE 630 CLEVELAND, OH 44115 | | 07/20/2009 | 5682 | $125,000.00 | No Supporting Documentation Claim |
| 128 | MATTESON, H LOUISE 1939 FAITH AVE HAINES CITY, FL 33844 | | 07/24/2009 | 8098 | $10,000.00 | No Supporting Documentation Claim |
| 129 | MATTESON, H. LOUISE 1939 FAITH AVE HAINES CITY, FL 33844 | | 07/24/2009 | 6024 | $10,000.00 | No Supporting Documentation Claim |
| 130 | MAURIDES, GEORGE D. 2N. LA SALLE ST SUITE 1800 CHICAGO, IL 60602 | | 08/07/2009 | 7732 | $20,000.00 | No Supporting Documentation Claim |
| 131 | MERCER, THOMAS R. & GLENDA C. THOMAS R. MERCER 212 HUNTINGTON ST. HUNTINGTON, CT 06484 | 08-13555 (JMP) | 09/25/2008 | 28 | $10,283.20 | No Supporting Documentation Claim |
| 132 | MEYER, DEBORA K. 5369 EDGER DR CINCINNATI, OH 45239 | | 08/21/2009 | 8890 | $35,171.39 | No Supporting Documentation Claim |
| 133 | MICHIGAN DAILY 420 MAYNARD ST ANN ARBOR, MI 48109 | | 07/20/2009 | 5624 | $1,381.60 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 134 | MILLER, MARK M.<br>228 KOTTINGER DR.<br>PLEASANTON, CA 94566 | 08-13555 (JMP) | 12/19/2008 | 1397 | $100,000.00 | No Supporting Documentation Claim |
| 135 | MOONEY, MARY ALICE<br>1184 FAWCETT AVENUE<br>WHITE OAK, PA 15131 | 08-13555 (JMP) | 09/14/2009 | 12256 | $12,500.00 | No Supporting Documentation Claim |
| 136 | MORRASH, JOHN<br>3901 SHERWOOD LANE<br>DOYLESTOWN, PA 18901 | | 09/22/2009 | 30700 | $123,660.00 | No Supporting Documentation Claim |
| 137 | MOUNT ROW A/C CMAP MOUNT ROW<br>ATTN: THE DIRECTORS<br>CMAP MOUNT ROW<br>MAPLES CORPORATE SERVICES LIMITED<br>GRAND CAYMAN, KY11104<br>CAYMAN ISLANDS | | 09/21/2009 | 23940 | $157,099.00 | No Supporting Documentation Claim |
| 138 | MOVEPLAN LIMITED<br>30 RANSOMES DOCK<br>3537 PARKGATE ROAD<br>LONDON, SW11 4NP<br>UNITED KINGDOM | | 07/20/2009 | 5617 | $1,118.18 | No Supporting Documentation Claim |
| 139 | MRD REITH & OTHERS SYNDICATE 1414<br>ASCOT UNDERWRITING LTD<br>PLANTATION PLACE, 30 FENCHURCH STREET<br>LONDON, EC3M 3BD<br>UNITED KINGDOM | 08-13555 (JMP) | 09/16/2009 | 14269 | $1,556,797.00 | No Supporting Documentation Claim |
| 140 | MUSSO, WALTER D.<br>P.O. BOX 2566<br>AVILA BEACH, CA 93424 | | 09/19/2009 | 19580 | $35,000.00 | No Supporting Documentation Claim |
| 141 | MYHRE, SHIRLEY<br>103 COCO LANE<br>JUPITER, FL 33458 | | 09/14/2009 | 11981 | $25,000.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|------------|---------|---------------------|----------------------------------|
| 142 NEW YORK CARES<br>214 W. 29TH STREET, 5TH FLOOR<br>NEW YORK, NY 07046 | | 07/30/2009 | 6680 | $7,455.57 | No Supporting Documentation Claim |
| 143 NORTON, RICHARD J.<br>IRA ACCOUNT FBO<br>2214 CEDAR CIRCLE<br>CARROLLTON, TX 75006 | 08-13555 (JMP) | 09/04/2009 | 10339 | $87,000.00 | No Supporting Documentation Claim |
| 144 O'GRADY, KELLY A<br>1949 LINNEMAN STREET<br>GLENVIEW, IL 60025-4205 | | 09/04/2009 | 10395 | Undetermined | No Supporting Documentation Claim |
| 145 OKEEFE, MARY<br>8 MENLO STREET<br>BRIGHTON, MA 02135 | | 08/21/2009 | 8962 | Undetermined | No Supporting Documentation Claim |
| 146 ORANGE COUNTY REGISTER<br>625 NORTH GRAND AVENUE<br>SANTA ANA, CA 92701 | | 07/27/2009 | 6457 | $0.00 | No Supporting Documentation Claim |
| 147 OWENS, FRANK<br>716 FOREST AVE<br>DES MOINES, IA 50314 | 08-13555 (JMP) | 04/09/2009 | 3734 | $24,000.00 | No Supporting Documentation Claim |
| 148 PARISI, JOSEPH<br>61 ALLWOOD ROAD<br>DARIEN, CT 06820 | | 09/21/2009 | 25089 | $2,288,052.00 | No Supporting Documentation Claim |
| 149 PATRICK, MARYLIN L.<br>305 LAWRENCE AVENUE<br>MIAMISBURG, OH 45342-3533 | | 07/27/2009 | 6428 | $10,000.00 | No Supporting Documentation Claim |
| 150 PEARLMAN, MARIE D.<br>14027 W. FRANCISCAN DRIVE<br>SUN CITY WEST, AZ 85375-5225 | | 08/03/2009 | 6965 | $41,000.00 | No Supporting Documentation Claim |
| 151 PEARLMAN, ROBERT R.<br>14027 W. FRANCISCAN DR<br>SUN CITY WEST, AZ 85375-5225 | | 08/03/2009 | 6967 | $10,250.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 152 PEARLMAN, ROBERT R. & MARIE D. PEARLMAN LIV TRUST UA DTD 04/08/1993 14027 W. FRANCISCAN DR SUN CITY WEST, AZ 85375-5225 | | 08/03/2009 | 6966 | $10,250.00 | No Supporting Documentation Claim |
| 153 PEARLMAN, ROBERT R. & MARIE D. PEARLMAN LIV TRUST UA DTD 04/08/1993 14027 W. FRANCISCAN DR SUN CITY WEST, AZ 85375-5225 | | 08/03/2009 | 6968 | $30,750.00 | No Supporting Documentation Claim |
| 154 PEKING UNIV EDUCATION FOUNDATION 510 BROADWAY SUITE 300 MILLBRAE, CA 94030 | | 07/23/2009 | 6001 | $4,000.00 | No Supporting Documentation Claim |
| 155 PERLMAN, GERALD 5048 BROADWAY WOODSIDE, NY 11377 | | 07/14/2009 | 5315 | $25,000.00* | No Supporting Documentation Claim |
| 156 POWERGIRLS UNIT TRUST, THE 3843 LITTLE AVENUE MIAMI, FL 33133 | 08-13555 (JMP) | 12/11/2008 | 1281 | $400,003.85* | No Supporting Documentation Claim |
| 157 PU, LILY 28 OLD FULTON ST. APT. 8A BROOKLYN, NY 11201 | 08-13555 (JMP) | 06/30/2009 | 5050 | $4,038.00 | No Supporting Documentation Claim |
| 158 RAMIREZ, VIRGINIA 12639 CASCADE HILLS SAN ANTONIO, TX 78253 | 08-13555 (JMP) | 01/09/2009 | 1647 | $50,000.00 | No Supporting Documentation Claim |
| 159 ROBERTS, GILLIAN 14 WILLIAM CLOSE WARWICK, NY 10990 | | 09/18/2009 | 19097 | $396.00 | No Supporting Documentation Claim |
| 160 ROBERTS, GILLIAN 14 WILLIAM CLOSE WARWICK, NY 10990 | | 09/18/2009 | 33342 | $396.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|------------|---------|---------------------|----------------------------------|
| 161 ROESCH, VENIDA B<br>10519 WISTERIA LN<br>SAINT LOUIS, MO 63126-3541 | 08-13555 (JMP) | 08/17/2009 | 8433 | $20,134.00 | No Supporting Documentation Claim |
| 162 ROGER HUIBONHOA TRUST<br>ROGER HUIBONHOA, TRUSTEE<br>13600 MARINA POINTE DRIVE, UNIT 1402<br>MARINA DEL REY, CA 90292 | 08-13555 (JMP) | 03/24/2009 | 3478 | $29,000.00 | No Supporting Documentation Claim |
| 163 ROGERS, CHARLES W.<br>1481 BRADBERRY DR.<br>MURFREESBORO, TN 37130 | 08-13555 (JMP) | 05/22/2009 | 4490 | $9,146.00 | No Supporting Documentation Claim |
| 164 ROMEO, KAREN<br>444 MANHATTAN AVENUE<br>#8L<br>NEW YORK, NY 10026 | | 07/20/2009 | 5678 | $7,800.00 | No Supporting Documentation Claim |
| 165 ROSE CONNOLLY TRUST, THE<br>ATTN: ROSE CONNOLLY<br>4778 MANAYUNK AVE<br>PHILADELPHIA, PA 19128 | | 09/17/2009 | 15547 | Undetermined | No Supporting Documentation Claim |
| 166 ROSE PRESS INC<br>8 NORTH 14TH AVE<br>MT VERNON, NY 10550 | | 08/07/2009 | 7720 | $4,123.10 | No Supporting Documentation Claim |
| 167 RSB GMBH<br>DRYGALSKI-ALLEE 33/II.OG<br>MUENCHEN, 81477<br>GERMANY | | 07/20/2009 | 5707 | $387.73 | No Supporting Documentation Claim |
| 168 SACCO, ANGELA<br>8 COBBLESTONE DRIVE<br>UPPER SADDLE RIVER, NJ 07458 | | 09/11/2009 | 11562 | $1,000,000.00 | No Supporting Documentation Claim |
| 169 SANTANA, CYNTHIA<br>1 POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19050 | $792.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 170 | SANTANA, CYNTHIA<br>1 POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 33360 | $792.00 | No Supporting Documentation Claim |
| 171 | SCHINAZI, HELEN I.<br>(SCHWAB R/O AC# XXXX-9507)<br>66 SLATER AVENUE<br>PROVIDENCE, RI 02906 | 08-13555<br>(JMP) | 08/18/2009 | 8658 | $15,000.00 | No Supporting Documentation Claim |
| 172 | SCHINAZI, Y. JACOB<br>CHARLES SCHWAB & CO INC CUST<br>IRA R/O # XXXX5352<br>66 SLATER AVENUE<br>PROVIDENCE, RI 02906 | 08-13555<br>(JMP) | 08/18/2009 | 8659 | $15,000.00 | No Supporting Documentation Claim |
| 173 | SCHWARTZ, DENISE C.<br>8 PAULINE PLACE<br>EAST NORTHPORT, NY 11731 | 08-13555<br>(JMP) | 09/22/2009 | 32453 | $50,000.00 | No Supporting Documentation Claim |
| 174 | SEAVIEW SCREEN PRINTING &<br>TROPHIES<br>159-17 HORACE HARDING EXPWY<br>FRESH MEADOWS, NY 11365 | | 09/17/2009 | 15715 | $5,000.00 | No Supporting Documentation Claim |
| 175 | SHIVA TRUST<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555<br>(JMP) | 08/17/2009 | 8398 | $200,000.00 | No Supporting Documentation Claim |
| 176 | SHOCKLEY, F. KENNETH<br>205 EAST LAUREL RD<br>STRATFORD, NJ 08084 | | 09/22/2009 | 31115 | $46,850.00* | No Supporting Documentation Claim |
| 177 | SKULTE, ERIK N.<br>140 MILDORD POINT RD<br>MILFORD, CT 064605224 | | 08/24/2009 | 9106 | Undetermined | No Supporting Documentation Claim |
| 178 | STARK, LOIS<br>49 CHERRYHILL LANE<br>RANCHO PALOS VERDES, CA 90275-5 | 08-13555<br>(JMP) | 07/27/2009 | 6466 | $20,416.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 179 STATE OF CONNECTICUT OFFICE OF THE STATE TREASURER UNCLAIMED PROPERTY DIVISION 55 ELM STREET HARTFORD, CT 06106-1773 | | 07/20/2009 | 5621 | Undetermined | No Supporting Documentation Claim |
| 180 STEFFY, CHARLES T. 103 LARKSPUR DR. ALTAMONTE SPRINGS, FL 32701 | | 07/27/2009 | 6288 | $25,000.00 | No Supporting Documentation Claim |
| 181 STEINITORN, MILTON 20 ARROWWOOD CT RED BANK, NJ 07701 | | 07/27/2009 | 6363 | $12,500.00 | No Supporting Documentation Claim |
| 182 STEVE AND DORIS COLGATE'S OFFS SAILING 16731 MCGREGOR BOULEVARD FORT MYERS, FL 33908 | | 09/08/2009 | 10669 | Undetermined | No Supporting Documentation Claim |
| 183 STONARD, RICHARD J. 1021 CARRIAGE HILLS DR. BOULDER, CO 80302 | 08-13555 (JMP) | 03/24/2009 | 3485 | $3,000.00 | No Supporting Documentation Claim |
| 184 STROUD, DON L. AND TERI L 500 LUNALILO HOME RD #16A HONOLULU, HI 96825-1718 | 08-13555 (JMP) | 08/03/2009 | 7254 | $59,995.50 | No Supporting Documentation Claim |
| 185 STYS, GERALD J 406 HOMESTEAD DR UTICA, NY 13502 | 08-13555 (JMP) | 04/24/2009 | 3951 | $5,000.00 | No Supporting Documentation Claim |
| 186 THE RISK ADVISORY GROUP LTD RUSSELL SQUARE HOUSE 10-12 RUSSELL SQUARE LONDON, WC1B 5EH UNITED KINGDOM | 08-13555 (JMP) | 08/20/2009 | 8784 | $324,902.77 | No Supporting Documentation Claim |
| 187 THOMAS, PAMELA 8525 HILL VIEW RD NW DEPAUW, IN 47115 | | 08/10/2009 | 7888 | $10,300.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 188 THOMEY, IRA FBO MICHAEL J. PERSHING LLC AS CUSTODIAN 7216-5TH AVENUE KENOSHA, WI 53143-5517 | | 07/27/2009 | 6230 | $6,881.53 | No Supporting Documentation Claim |
| 189 TOMICKI, BERNARD J. & HELEN G. (REV LIV TRUST) 2505 NATURE BEND LANE CARROLLTON, TX 75006 | | 10/19/2009 | 41637 | $2,000.00 | No Supporting Documentation Claim |
| 190 TONORE, TODD 1024 PEBBLE BEACH MANSFIELD, TX 76063 | | 09/22/2009 | 31116 | $45,370.00* | No Supporting Documentation Claim |
| 191 TRAINO, JASON 216 RANGEWAY RD #122 BILLERICA, MA 01862 | 08-13555 (JMP) | 06/04/2009 | 4764 | $11,000.00 | No Supporting Documentation Claim |
| 192 TREMONT, SAMUEL J. 729 BERQUIST DR BALLWIN, MO 63011 | | 02/09/2009 | 2675 | $5,000.00 | No Supporting Documentation Claim |
| 193 TROUBLEMAKER: BRAD FOX STACY SANDERS 255 WARREN AVE JERSEY CITY, NJ 07302 | | 07/24/2009 | 5888 | Undetermined | No Supporting Documentation Claim |
| 194 TRYSLA, TIM 3715 FULTON STREET - NW WASHINGTON, DC 20007 | | 07/20/2009 | 5709 | $60,000.00 | No Supporting Documentation Claim |
| 195 TURNER, NANCY C. 4613 JEFFERSON RIDGE WAY MARIETTA, GA 30066 | 08-13555 (JMP) | 05/08/2009 | 4190 | $15,183.30 | No Supporting Documentation Claim |
| 196 URSULA, HAGEDOM ERLENWEG 2 59439 HOLZWICKEDE, GERMANY | 08-13555 (JMP) | 09/14/2009 | 12183 | Undetermined | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 197 | VANCE, JOE H., SR.<br>5225 E CHARLESTON BLVD<br>LAS VEGAS, NV 89142 | | 08/14/2009 | 8264 | $2,500.00 | No Supporting Documentation Claim |
| 198 | VENERUS, JOSEPH C.<br>PO BOX 301<br>KENILWORTH, NJ 07033 | | 08/05/2009 | 7441 | $7,400.00 | No Supporting Documentation Claim |
| 199 | VERITEXT FLORIDA REPORTING COMPANY, LLC<br>2255 GLADES RD STE 200<br>BOCA RATON, FL 33431-8571 | | 07/27/2009 | 6442 | Undetermined | No Supporting Documentation Claim |
| 200 | VERSORGUNGSVERBAND, KOMMUNALER BADEN-WURTTEMBERG KORPERSCHAFT DES OFFENTLICHEN RECHTS<br>POSTFACH 10 01 61<br>KARLSRUHE, 76231<br>GERMANY | | 09/22/2009 | 31240 | $99,180.88 | No Supporting Documentation Claim |
| 201 | WAN, DANNY W. AND NGUYEN, ALEXANDER<br>1220 4TH AVENUE<br>OAKLAND, CA 94606 | 08-13555 (JMP) | 10/30/2008 | 434 | $10,000.00 | No Supporting Documentation Claim |
| 202 | WEBER, IRENE<br>10201 BIANCA AVE<br>NORTHRIDGE, CA 91325 | | 07/29/2009 | 6606 | $25,000.00 | No Supporting Documentation Claim |
| 203 | WEINSTEIN, RUSSELL<br>12 WHITNEY CIRCLE<br>GLEN COVE, NY 11542 | 08-13555 (JMP) | 08/17/2009 | 8544 | $25,000.00 | No Supporting Documentation Claim |
| 204 | WHITEMAN, ANTHONY<br>78 TYNAN ST<br>STATEN ISLAND, NY 10312-1420 | | 09/21/2009 | 22314 | Undetermined | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 205 WILLIAMS, JUDY D<br>2514 EAST OAKLANE<br>LAYTON, UT 84040 | 08-13555 (JMP) | 09/24/2009 | 34827 | $33,121.00 | No Supporting Documentation Claim |
| 206 WINGERS, ELROY J & LORENA M JT/WROS<br>1420 20TH STREET<br>UNIT 4<br>WEST DES MOINES, IA 50265 | 08-13555 (JMP) | 09/08/2009 | 10822 | $5,000.00 | No Supporting Documentation Claim |
| 207 WRIGHT, LEE A.<br>1505 CHARTWELL RD<br>SCHAUMBURG, IL 60195 | | 07/23/2009 | 6004 | $25,000.00 | No Supporting Documentation Claim |
| 208 XLS CORPORATION<br>MERCY BUILDING, 22ND FLOOR<br>PURCELL STATE<br>ROAD TOWN-TORTOLA<br>,<br>VIRGIN ISLANDS (BRITISH) | | 09/16/2009 | 13452 | $300,000.00 | No Supporting Documentation Claim |
| 209 ZUSATZVERSORGUNGSKASSE DES KOMMUNALEN VERSORGUNGSVERBANDS BADEN-WURTTEMBURG<br>POSTFACH 10 01 61<br>KARLSRUHE, 76231<br>GERMANY | | 09/22/2009 | 31241 | $168,409.14 | No Supporting Documentation Claim |
| 210 ZUSATZVERSORGUNGSKASSE DES KOMMUNALEN VERSORGUNGSVERBANDS BADEN-WURTTEMBURG<br>POSTFACH 10 01 61<br>KARLSRUHE, 76231<br>GERMANY | | 09/22/2009 | 31242 | $175,351.80 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 211 | ZUSATZVERSORGUNGSKASSE DES KOMMUNALEN VERSORGUNGSVERBANDS BADEN-WURTTEMBURG POSTFACH 10 01 61 KARLSRUHE, 76231 GERMANY | | 09/22/2009 | 31243 | $99,627.20 | No Supporting Documentation Claim |
| 212 | ZUSATZVERSORGUNGSKASSE DES KOMMUNALEN VERSORGUNGSVERBANDS BADEN-WURTTEMBURG POSTFACH 10 01 61 KARLSRUHE, 76231 GERMANY | | 09/22/2009 | 31244 | $112,471.12 | No Supporting Documentation Claim |
| 213 | ZUSATZVERSORGUNGSKASSE DES KOMMUNALEN VERSORGUNGSVERBANDS BADEN-WURTTEMBURG POSTFACH 10 01 61 KARLSRUHE, 76231 GERMANY | | 09/22/2009 | 31245 | $67,958.75 | No Supporting Documentation Claim |
| | | | TOTAL | | $296,805,175.66 | |