# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO, GILBERT<br>ATTN: NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19023 | $396.00 | No Supporting Documentation Claim |
| 2 | AGIS, FRANCISCO<br>ATTN: NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19022 | $396.00 | No Supporting Documentation Claim |
| 3 | ARIANO, NEIL A.<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19021 | $396.00 | No Supporting Documentation Claim |
| 4 | ARICA, HUGO G<br>1 POLICE PLAZA<br>NEW YORK, NY 10038 | 08-13555 (JMP) | 09/18/2009 | 19100 | $396.00 | No Supporting Documentation Claim |
| 5 | ARRIETA, ANGEL L.<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19020 | $396.00 | No Supporting Documentation Claim |
| 6 | BALLESTE, JUAN R.<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19019 | $792.00 | No Supporting Documentation Claim |
| 7 | BAUMANN, CHRISTOPHER<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19018 | $792.00 | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | BEACHY, JOANNE 6251 ROSEWOOD MISSION, KS 66205 | 08-13555 (JMP) | 07/06/2009 | 5151 | $50,000.00 | No Supporting Documentation Claim |
| 9 | BENEDICT, SAMUEL MICHAEL CARLIN, WEALTH MANAGEMENT, LLC 7098 E. COCHISE ROAD, SUITE 222 SCOTTSDALE, AZ 85253 | 08-13555 (JMP) | 04/27/2009 | 3983 | $50,000.00 | No Supporting Documentation Claim |
| 10 | BERKWITZ, GLORIA K 2944 W RASCHER AVENUE CHICAGO, IL 60625 | | 09/08/2009 | 10854 | $4,622.00 | No Supporting Documentation Claim |
| 11 | BRAUNWARTH, CAROL 16769 BAYWOOD TERRACE EDEN PRAIRIE, MN 55346 | | 09/14/2009 | 12270 | $10,000.00 | No Supporting Documentation Claim |
| 12 | CADET, PIERRE ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19099 | $504.00 | No Supporting Documentation Claim |
| 13 | CADET, PIERRE ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33340 | $504.00 | No Supporting Documentation Claim |
| 14 | CARLSON, JOHN R. & JANE L. 6832 STONEWOOD CT. EDEN PRAIRIE, MN 55346 | | 09/14/2009 | 12269 | $10,300.00 | No Supporting Documentation Claim |
| 15 | CARRASCO EDWARD ONE POLICE PLAZA NEW YORK, NY 10038 | | 09/18/2009 | 19017 | $504.00 | No Supporting Documentation Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 16 | CARRASCO, EDWARD<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 33404 | $504.00 | No Supporting Documentation Claim |
| 17 | CASTILLO ROBIN A<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19016 | $396.00 | No Supporting Documentation Claim |
| 18 | CASTILLO, ROBIN A.<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33405 | $396.00 | No Supporting Documentation Claim |
| 19 | CHECO, MANUEL<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19015 | $1,188.00 | No Supporting Documentation Claim |
| 20 | CHECO, MANUEL<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33406 | $1,188.00 | No Supporting Documentation Claim |
| 21 | CIGANEK, THOMAS<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19014 | $1,188.00 | No Supporting Documentation Claim |
| 22 | CIGANEK, THOMAS<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33407 | $1,188.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 23 | COLUCCI, EDWARD<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19013 | $792.00 | No Supporting Documentation Claim |
| 24 | D'AMBROSI, CARLO<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET<br>NEW YORK, NY 10007 | | 09/18/2009 | 19012 | $396.00 | No Supporting Documentation Claim |
| 25 | D'AMBROSI, CARLO<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33409 | $396.00 | No Supporting Documentation Claim |
| 26 | DIENER INVESTMENTS, L.P.<br>ROBERT DIENER<br>8 INDIAN CREEK ISLAND ROAD<br>INDIAN CREEK VILLAGE, FL 33154 | 08-13555 (JMP) | 01/27/2009 | 2067 | $1,251,456.80 | No Supporting Documentation Claim |
| 27 | DILIEGGHIO, ROLANDO & ELIZABETH<br>3630 N. INDIANHEAD RD.<br>HERNANDO, FL 34442 | | 07/27/2009 | 6300 | $30,000.00 | No Supporting Documentation Claim |
| 28 | DILL, JARRETT<br>NYPD PAID DETAIL UNIT<br>51 CHAMBER STREET  3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33389 | $396.00 | No Supporting Documentation Claim |
| 29 | DOMARECKI, DANIEL<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19046 | $396.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 30 | DOMINICCI, SHAUN<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19047 | $504.00 | No Supporting Documentation Claim |
| 31 | ESTATE OF EDWIN JACOBSON, THE<br>C/O EDWARD T. JOYCE & ASSOCIATES, P.C.<br>11 SOUTH LASALLE ST., STE. 1600<br>CHICAGO, IL 60603 | 08-13555 (JMP) | 09/21/2009 | 25484 | $627,790.00 | No Supporting Documentation Claim |
| 32 | FBN SECURITIES, INC.<br>14 WALL STREET, 30TH FLOOR<br>NEW YORK, NY 10005 | | 07/30/2009 | 7305 | $10,500.00 | No Supporting Documentation Claim |
| 33 | FOELLA, MICHAEL A<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19045 | $396.00 | No Supporting Documentation Claim |
| 34 | FRANCIS, ANNETTE<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19044 | $396.00 | No Supporting Documentation Claim |
| 35 | FRIEDMAN, SAMUEL JR.<br>JEFFREY FREIEDMAN, ESQ.<br>100 OWINGS COURT<br>SUITE 4<br>REISTERSTOWN, MD 21136 | 08-13555 (JMP) | 06/19/2009 | 4915 | $30,000.00 | No Supporting Documentation Claim |
| 36 | FUNG, KENNETH<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19098 | $396.00 | No Supporting Documentation Claim |
| 37 | GAYO, DIANA E<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19043 | $792.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 38 | GERMOSEN, WILSON<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19042 | $396.00 | No Supporting Documentation Claim |
| 39 | GIUDICE, ANTONELLO<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19041 | $792.00 | No Supporting Documentation Claim |
| 40 | GODINO, GLENN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19040 | $396.00 | No Supporting Documentation Claim |
| 41 | GODINO, GLENN<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBER STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33397 | $396.00 | No Supporting Documentation Claim |
| 42 | GRAY, GLENN N<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19039 | $396.00 | No Supporting Documentation Claim |
| 43 | GRAY, GLENN N.<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33386 | $396.00 | No Supporting Documentation Claim |
| 44 | GREENE, EUGENE<br>40 E. 94TH STREET, APT. 31B<br>NEW YORK, NY 10128 | 08-13555 (JMP) | 07/06/2009 | 5148 | $50,000.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 45 HABERSAAT, DONALD<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19038 | $396.00 | No Supporting Documentation Claim |
| 46 HANLEY, TIMOTHY P<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19037 | $396.00 | No Supporting Documentation Claim |
| 47 HERRICK, FEINSTEIN LLP<br>ATTN: GARY F. EISENBERG<br>2 PARK AVENUE<br>NEW YORK, NY 10016 | 08-13664<br>(JMP) | 04/23/2009 | 4868 | $123,865.66 | No Supporting Documentation Claim |
| 48 HINDS, WENDELL A<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19036 | $396.00 | No Supporting Documentation Claim |
| 49 HOKURIKU BANK, LTD, THE<br>2-10 NIHONBASHI-MUROMACHI 3-CHOME<br>CHUO-KU<br>TOKYO, 103-0022<br>JAPAN | 08-13555<br>(JMP) | 08/20/2009 | 8837 | $13,057,092.36 | No Supporting Documentation Claim |
| 50 HSU HWEY YUN<br>NO.3-3, ALLEY 20, LANE 125, SEC 2<br>FUSING S. ROAD<br>DA-AN DISTRICT<br>TAIPEI 106,<br>TAIWAN, PROVINCE OF CHINA | 08-13555<br>(JMP) | 12/10/2008 | 1274 | $200,000.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|------------|---------|---------------------|----------------------------------|
| 51 | INFANT0E, JUAN C<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19035 | $792.00 | No Supporting Documentation Claim |
| 52 | INFANTE, JUAN C.<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33383 | $792.00 | No Supporting Documentation Claim |
| 53 | INTEMANN, EDWARDS<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19034 | $1,188.00 | No Supporting Documentation Claim |
| 54 | JADECHAIN CORP<br>ATTN: FUNG YAO LUE, MANAGING DIRECTOR<br>3F.-1, NO.172, SEC. 3, XINYI RD.<br>DA-AN DIST.<br>TAIPEI CITY, 106<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | 09/17/2009 | 15106 | $100,000.00 | No Supporting Documentation Claim |
| 55 | JADECHAIN CORP<br>ATTN: FUNG YAO LUE, MANAGING DIRECTOR<br>3F.-1, NO.172, SEC. 3, XINYI RD.<br>DA-AN DIST.<br>TAIPEI CITY, 106<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | 09/17/2009 | 15107 | $100,000.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 56 | JAMES, NOEL<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19033 | $396.00 | No Supporting Documentation Claim |
| 57 | JAMES, NOEL<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33385 | $396.00 | No Supporting Documentation Claim |
| 58 | JANE A. MAKER TRUST<br>JANET MAKER, GEORGE MAKER TTEES<br>925 MALCOLM AVE<br>LOS ANGELES, CA 90024 | 08-13555 (JMP) | 08/17/2009 | 8423 | $300,159.42 | No Supporting Documentation Claim |
| 59 | JARRETT, DILL<br>NYPD PAID DETAIL UNIT<br>51 CHAMBER STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19011 | $396.00 | No Supporting Documentation Claim |
| 60 | JUSTE, CARY<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19031 | $396.00 | No Supporting Documentation Claim |
| 61 | KHAN, MOHAMMED G<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19030 | $396.00 | No Supporting Documentation Claim |
| 62 | KLEINMAN, GEORGE<br>P.O. BOX 8700<br>INCLINE VILLAGE, NV 89452 | | 07/23/2009 | 6015 | $107,272.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 63 | KRAUS, CLIFFORD & SUSANNE K.<br>PO BOX 72<br>ELEPHANT BUTTE, NM 87935 | | 09/14/2009 | 12271 | $14,300.00 | No Supporting Documentation Claim |
| 64 | KRESSE, KENNETH L.<br>11267 ARDENCROFT DR S<br>JACKSONVILLE, FL 32246 | 08-13555 (JMP) | 05/26/2009 | 4558 | $20,000.00 | No Supporting Documentation Claim |
| 65 | KRIVINSKY, JOHN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19029 | $396.00 | No Supporting Documentation Claim |
| 66 | KULISH, DWAYNE<br>156 IVY ST<br>KEARNY, NJ 07032 | | 01/14/2009 | 1717 | $4,600.00 | No Supporting Documentation Claim |
| 67 | LEONARDI, DAVID<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19028 | $396.00 | No Supporting Documentation Claim |
| 68 | LEONARDI, DAVID<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33377 | $396.00 | No Supporting Documentation Claim |
| 69 | LIRANZO, JOSE A<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19027 | $396.00 | No Supporting Documentation Claim |
| 70 | LIRANZO, JOSE A.<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33378 | $396.00 | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 71 | MAHMOOD, MUHAMMAD B.<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19026 | $396.00 | No Supporting Documentation Claim |
| 72 | MAITIN, ROBERT<br>121 FOREST DR.<br>SHORT HILLS, NJ 07078 | 08-13555 (JMP) | 11/12/2008 | 601 | $55,380.00 | No Supporting Documentation Claim |
| 73 | MARGRAF, PETER<br>ATTN: NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19025 | $1,188.00 | No Supporting Documentation Claim |
| 74 | MARIN, HECTOR<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19024 | $396.00 | No Supporting Documentation Claim |
| 75 | MARINES, LUIS<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET-3RD FLOOR<br>ATTN: NADINE POPE<br>NEW YORK, NY 10007 | | 09/18/2009 | 19075 | $504.00 | No Supporting Documentation Claim |
| 76 | MARTE, LUIS<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19074 | $792.00 | No Supporting Documentation Claim |
| 77 | MAYHORN, ROBERT<br>126 STOLLINGS AVE<br>LOGAN, WV 25601 | | 09/08/2009 | 10856 | $50,000.00 | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 78 | MCGURRAN, JOHN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19073 | $792.00 | No Supporting Documentation Claim |
| 79 | MCLOUGHLIN LIAM<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19072 | $792.00 | No Supporting Documentation Claim |
| 80 | MCLOUGHLIN, LIAM<br>NYPD PAID DETAIL UNIT<br>41 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33364 | $792.00 | No Supporting Documentation Claim |
| 81 | MERA RAUL H<br>ATTN: NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19071 | $396.00 | No Supporting Documentation Claim |
| 82 | MIRANDA PHILIP<br>ATTN: NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19070 | $792.00 | No Supporting Documentation Claim |
| 83 | MITSUI COMPANY<br>14-32 AKASAKA 2CHOME<br>MINATOKU<br>TOKYO, 107-0052<br>JAPAN | | 07/16/2009 | 5441 | $6,880.00 | No Supporting Documentation Claim |
| 84 | MONTEGOMERY, CHRISTOPHER J.<br>PAID DETAIL UNIT<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19068 | $396.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 85 MOSCATELLI, LEONARD A.<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10038 | | 09/18/2009 | 33367 | $396.00 | No Supporting Documentation Claim |
| 86 NANCARROW, PAUL<br>50 BAKER ST.<br>POTTERS BAR<br>HERTS, EN6 2EB<br>UNITED KINGDOM | 08-13555 (JMP) | 10/27/2009 | 48870 | $100,000.00 | No Supporting Documentation Claim |
| 87 NAGY-KOPPANY UGYVEDI IRODA<br>K&P ATTORNEYS AT LAW ÜGYVÉDI IRODA<br>VIGADÓ U. 2. MAHART HÁZ 6.EM<br>BUDAPEST, 1051<br>HUNGARY | | 08/10/2009 | 7803 | $3,933.50 | No Supporting Documentation Claim |
| 88 NEWSOM, CHRISTOPHER<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33369 | $1,008.00 | No Supporting Documentation Claim |
| 89 NICOLL, JOBETH<br>NICOLL, WILLIAM<br>3650 SENTRY VIEW TRACE<br>SUWANEE, GA 30024 | 08-13555 (JMP) | 09/17/2009 | 15162 | $1,180.84 | No Supporting Documentation Claim |
| 90 OWENS, KEVIN W<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS ST - 3RD<br>NEW YORK, NY 10007 | | 09/18/2009 | 33344 | $396.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 91 | PATTON, JOSEPH NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33345 | $396.00 | No Supporting Documentation Claim |
| 92 | PERALTA, PABLO N. PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET NEW YORK, NY 10007 | | 09/22/2009 | 33626 | $504.00 | No Supporting Documentation Claim |
| 93 | PEREZ, DANTE NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33346 | $396.00 | No Supporting Documentation Claim |
| 94 | PESANTES, SERGIO ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19063 | $792.00 | No Supporting Documentation Claim |
| 95 | PESANTES, SERGIO PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBER STREET - 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33347 | $792.00 | No Supporting Documentation Claim |
| 96 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 09-12516 (JMP) | 05/19/2009 | 4415 | $10,000,000.00* | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|------------|---------|---------------------|----------------------------------|
| 97 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 09-10560 (JMP) | 05/19/2009 | 4416 | $10,000,000.00* | No Supporting Documentation Claim |
| 98 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 09-10558 (JMP) | 05/19/2009 | 4417 | $10,000,000.00* | No Supporting Documentation Claim |
| 99 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 09-10137 (JMP) | 05/19/2009 | 4418 | $10,000,000.00* | No Supporting Documentation Claim |
| 100 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 09-10108 (JMP) | 05/19/2009 | 4419 | $10,000,000.00* | No Supporting Documentation Claim |
| 101 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13908 (JMP) | 05/19/2009 | 4420 | $10,000,000.00* | No Supporting Documentation Claim |
| 102 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13907 (JMP) | 05/19/2009 | 4421 | $10,000,000.00* | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 103 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13906 (JMP) | 05/19/2009 | 4422 | $10,000,000.00* | No Supporting Documentation Claim |
| 104 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13905 (JMP) | 05/19/2009 | 4423 | $10,000,000.00* | No Supporting Documentation Claim |
| 105 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13904 (JMP) | 05/19/2009 | 4424 | $10,000,000.00* | No Supporting Documentation Claim |
| 106 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13902 (JMP) | 05/19/2009 | 4425 | $10,000,000.00* | No Supporting Documentation Claim |
| 107 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13901 (JMP) | 05/19/2009 | 4426 | $10,000,000.00* | No Supporting Documentation Claim |
| 108 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13899 (JMP) | 05/19/2009 | 4427 | $10,000,000.00* | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 109 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13893 (JMP) | 05/19/2009 | 4428 | $10,000,000.00* | No Supporting Documentation Claim |
| 110 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13888 (JMP) | 05/19/2009 | 4429 | $10,000,000.00* | No Supporting Documentation Claim |
| 111 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13885 (JMP) | 05/19/2009 | 4430 | $10,000,000.00* | No Supporting Documentation Claim |
| 112 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13664 (JMP) | 05/19/2009 | 4431 | $10,000,000.00* | No Supporting Documentation Claim |
| 113 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13600 (JMP) | 05/19/2009 | 4432 | $10,000,000.00* | No Supporting Documentation Claim |
| 114 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13555 (JMP) | 05/19/2009 | 4433 | $10,000,000.00* | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 115 | PETROLEUM REALTY INVESTMENT PARTNERS, L.P., ET AL ATTN.: SCOTT FITZGERALD 801 GODFREY ROAD, SUITE 600 MIAMI BEACH, FL 33140 | 08-13900 (JMP) | 05/19/2009 | 4434 | $10,000,000.00* | No Supporting Documentation Claim |
| 116 | PHILLIPS TANISHAE 1 POLICE PLAZA NEW YORK, NY 10038 | | 09/18/2009 | 19062 | $396.00 | No Supporting Documentation Claim |
| 117 | PHILLIPS, TANISHAE 1 POLICE PLAZA NEW YORK, NY 10038 | | 09/18/2009 | 33348 | $396.00 | No Supporting Documentation Claim |
| 118 | PICHARDO EMILIO J ATTN: NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19061 | $792.00 | No Supporting Documentation Claim |
| 119 | PICHARDO, EMILIO J NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33349 | $792.00 | No Supporting Documentation Claim |
| 120 | PIERRE HEURTELOU ATTN: NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19060 | $792.00 | No Supporting Documentation Claim |
| 121 | PIERRE, HEURTELOU NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FL NEW YORK, NY 10007 | | 09/18/2009 | 33350 | $792.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 122 | PLATZ, JAMES<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19059 | $396.00 | No Supporting Documentation Claim |
| 123 | PLATZ, JAMES<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS ST 3RD FL<br>NEW YORK, NY 10007 | | 09/18/2009 | 33351 | $396.00 | No Supporting Documentation Claim |
| 124 | PRYOR, JEFFREY M<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33352 | $396.00 | No Supporting Documentation Claim |
| 125 | PRYOR, JEFFREY M.<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19058 | $396.00 | No Supporting Documentation Claim |
| 126 | RABASSA, AUGUSTIN<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19057 | $396.00 | No Supporting Documentation Claim |
| 127 | RABASSA, AUGUSTIN<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33353 | $396.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 128 | RICCIUTO, GERARD ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19056 | $396.00 | No Supporting Documentation Claim |
| 129 | RICCIUTO, GERARD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33354 | $396.00 | No Supporting Documentation Claim |
| 130 | RIVERA, HECTOR J. ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19055 | $1,188.00 | No Supporting Documentation Claim |
| 131 | RIVERA, HECTOR J. PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33355 | $1,188.00 | No Supporting Documentation Claim |
| 132 | ROBIN NICOLE P ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19054 | $396.00 | No Supporting Documentation Claim |
| 133 | ROBIN, NICOLE P. NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33356 | $396.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 134 | RUMPH, ANTHONY ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19052 | $396.00 | No Supporting Documentation Claim |
| 135 | RUMPH, ANTHONY PAID UNIT DETAIL ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33358 | $396.00 | No Supporting Documentation Claim |
| 136 | SALWAY, WILLIAM L. 5147 HARPERS FARM RD COLUMBIA, MD 21044 | | 07/27/2009 | 6367 | $12,047.74 | No Supporting Documentation Claim |
| 137 | SANDSETH, ERIC S. ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19051 | $504.00 | No Supporting Documentation Claim |
| 138 | SANDSETH, ERIC S. PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBER STREET - 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33359 | $504.00 | No Supporting Documentation Claim |
| 139 | SANTANA, LISA ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19049 | $792.00 | No Supporting Documentation Claim |
| 140 | SANTANA, LISA NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33361 | $792.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 141 SANTIAGO, TERRY NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33362 | $396.00 | No Supporting Documentation Claim |
| 142 SANTIAGO,TERRY ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19048 | $396.00 | No Supporting Documentation Claim |
| 143 SHAN, BOBBY 1 CENTRAL PARK SOUTH APARTMENT 806 NEW YORK, NY 10019 | 08-13555 (JMP) | 09/22/2009 | 28312 | $1,221,783.85 | No Supporting Documentation Claim |
| 144 SILVERIO, DANIEL ATTN: NADINE POPE NYPD PAID DETAILUNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19113 | $396.00 | No Supporting Documentation Claim |
| 145 SILVERIO, DANIEL NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33363 | $396.00 | No Supporting Documentation Claim |
| 146 SMYTH, EDWARD P. ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19112 | $396.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 147 | SMYTH, EDWARD P. PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33327 | $396.00 | No Supporting Documentation Claim |
| 148 | SOGLUIZZO, MICHAEL 1 POLICE PLAZA NEW YORK, NY 10038 | | 09/18/2009 | 19111 | $396.00 | No Supporting Documentation Claim |
| 149 | SOKOL, JAMES D. C/O DONALD M. WRIGHT, SIROTE & PERMUTT, PC 2311 HIGHLAND AVENUE SOUTH BIRMINGHAM, AL 35205 | | 08/20/2009 | 8864 | $93,302.88 | No Supporting Documentation Claim |
| 150 | SULLIVAN, CHRISTIAN ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET-3RD FLOOR NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19110 | $396.00 | No Supporting Documentation Claim |
| 151 | SULLIVAN, CHRISTIAN PAID DETIAL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET-3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33329 | $396.00 | No Supporting Documentation Claim |
| 152 | TAVERAS ROBIN ATTN: NADINE POPE NYPD PAID DETAILUNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19109 | $396.00 | No Supporting Documentation Claim |
| 153 | TAVERAS, ROBIN NYPD PAID DETAILUNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33330 | $396.00 | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|------|------|------|------|------|
| 154  TEJERA, JUAN  ATTN: NADINE POPE  PAID DETAIL UNIT  51 CHAMBERS STREET- 3RD FLOOR  NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19108 | $396.00 | No Supporting Documentation Claim |
| 155  TEJERA, JUAN  PAID DETAIL UNIT  ATTN: NADINE POPE  51 CHAMBERS STREET-3RD FLOOR  NEW YORK, NY 10007 | | 09/18/2009 | 33331 | $396.00 | No Supporting Documentation Claim |
| 156  VALENTINE, CHRISTOPHER  ATTN: NADINE POPE  PAID DETAIL UNIT  51 CHAMBERS STREET- 3RD FLOOR  NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19107 | $396.00 | No Supporting Documentation Claim |
| 157  VALENTINE, CHRISTOPHER  ATTN: NADINE POPE  PAID DETAIL UNIT  51 CHAMBERS STREET- 3RD FLOOR  NEW YORK, NY 10007 | | 09/18/2009 | 33332 | $396.00 | No Supporting Documentation Claim |
| 158  VAZQUEZ ELVIS  ATTN: NADINE POPE  NYPD PAID DETAIL UNIT  51 CHAMBERS STREET- 3RD FLOOR  NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19106 | $396.00 | No Supporting Documentation Claim |
| 159  VAZQUEZ, ELVIS  NYPD PAID DETAIL UNIT  ATTN: NADINE POPE  51 CHAMBERS STREET 3RD FLOOR  NEW YORK, NY 10007 | | 09/18/2009 | 33333 | $396.00 | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 160 | VAZQUEZ JR., JUAN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33334 | $396.00 | No Supporting Documentation Claim |
| 161 | VAZQUEZ, JR. JUAN<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19105 | $396.00 | No Supporting Documentation Claim |
| 162 | VUCKOVIC, JOSIP<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19104 | $396.00 | No Supporting Documentation Claim |
| 163 | VUCKOVIC, JOSIP<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33335 | $396.00 | No Supporting Documentation Claim |
| 164 | WARREN, CAROLYN J. IRA<br>3680 W. HWY 635<br>SCIENCE HILL, KY 42553-9030 | | 08/13/2009 | 8184 | $100,000.00 | No Supporting Documentation Claim |
| 165 | WONG, PHILIP<br>PAID DETAIL UNIT<br>51 CHAMBERS ST 3RD FLOOR<br>ATTN: NADINE POPE<br>NEW YORK, NY 10007 | | 09/18/2009 | 19096 | $396.00 | No Supporting Documentation Claim |
| 166 | YAKUBOV, NATHAN<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 33337 | $396.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 58: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 167 | YANNI MICHAEL ATTN: NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19103 | $396.00 | No Supporting Documentation Claim |
| 168 | YEE, HUBERT ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33338 | $396.00 | No Supporting Documentation Claim |
| | | | | TOTAL | $217,858,639.05 | |