# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 58: EXHIBIT 3 – NO SUPPORTING DOCUMENTATION CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ACOSTA, FRANK L.<br>3071 LA BARCA LN<br>LAS VEGAS, NV 89122 | | 07/31/2009 | 6812 | $53,222.00 | No Supporting Documentation Claim |
| 2 | COOK, CHADWICK N.<br>DBA CWC REVOCABLE TRUST 1-13-01<br>3 VISTA ALBERI<br>NEWPORT COAST, CA 92657 | 08-13555 (JMP) | 01/26/2009 | 2015 | $104,082.00 | No Supporting Documentation Claim |
| 3 | CROCKETT, CLYDE & DARLEE J. TTEE<br>CROCKETT CHRTBLE RMDR UNITRUST<br>U/A 6/27/94<br>FBO CAL WESTERN LAW SCHOOL<br>LA JOLLA, CA 92037 | | 08/10/2009 | 7925 | $10,000.00 | No Supporting Documentation Claim |
| 4 | GASTON, GARY<br>1919 MARSH COVE<br>BILOXI, MS 39532 | 08-13555 (JMP) | 04/27/2009 | 3977 | $60,000.00 | No Supporting Documentation Claim |
| 5 | REVELOTIS, DENNIS CHARLES<br>66 FULLER POND RD<br>MIDDLETON, MA 01949 | 08-13555 (JMP) | 02/02/2009 | 2511 | $4,000.00 | No Supporting Documentation Claim |
| 6 | SALVATORE, JULIANNE<br>309 101ST STREET<br>BROOKLYN, NY 11209-8203 | | 09/08/2009 | 10630 | $776,889.00 | No Supporting Documentation Claim |
| 7 | TELLING, DR. FRED W<br>2068 COUNTRY CLUB DRIVE<br>PORT ORANGE, FL 32128 | 08-13555 (JMP) | 04/27/2009 | 3962 | $989,273.00 | No Supporting Documentation Claim |
| | | | | TOTAL | $1,997,466.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts