December 2, 2010

The Chambers of the
Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, NY 10004

*RE: Lehman Brothers Bankruptcy / Babita Bissessar Claim # 24620 Debtor – 08-13555    (see attached)*

Dear Sirs/Madam:

Please be advised that my claim for $3705.38 should not be disallowed. To reiterate my claim is for $3705.38. Proof of which was submitted earlier during the bankruptcy which should be on file. This amount was given during my 7 years at Lehman Brothers as part of my compensation. I would of been fully vested on September 22nd of which I planned to liquidate my account. Lehman Brother went bankrupt September 19th, therefore I was not able to do so. I strongly believe that this claim should **not** be disallowed and I should be fully restituted for the full amount.

Should you have any further inquiries, I can be reached at the below address and phone number.

Thanking your for you forthright cooperation.

Respectfully,

*Babita Bissessar*
Babita Bissessar
1750 East 52nd Street
Brooklyn, New York 11234
347-782-5413

RECEIVED
DEC - 6 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :
                                        Debtors.                   :   (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

LBH OMNI65 11-03-2010 (MERGE2,TXNUM2) 4000071386 MAIL ID *** 000037055983 *** BSIUSE: 63

BISSESSAR, BABITA
1750 EAST 52ND STREET
BROOKLYN, NY 11234

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | | | SURVIVING CLAIM |
|---|---|---|---|
| **Creditor Name and Address:**<br>BISSESSAR, BABITA<br>1750 EAST 52ND STREET<br>BROOKLYN, NY 11234 | **Claim Number:** | 24620 | 25015 |
| | **Date Filed:** | 9/21/2009 | 9/21/2009 |
| | **Debtor:** | 08-13555 | No Debtor Asserted |
| | **Classification and Amount:** | UNSECURED: $ 3,705.38 | UNSECURED: $ 3,705.38 |

PLEASE TAKE NOTICE that, on November 3, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Sixty-Fifth Omnibus Objection to Claims (Duplicative Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it is duplicative, either entirely or in substance, of your claim filed against the same Debtor, for the same dollar amount, and on account of the same obligations as the claim listed above under SURVIVING CLAIM. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on December 6, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.