## CERTIFICATE OF SERVICE

I, James M. Heiser, an attorney, hereby certify that prior to 4:00 pm EST on the 7th day of December 2010, I caused a true and correct copy of the **Declaration of Michael Trickey in Support of the Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of the Termination and Settlement of Certain Prepetition Derivates Contracts with Trusts For Which U.S. Bank National Association Serves as Indenture Trustee and Related Relief,** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Honorable James M. Peck
United States Bankruptcy Court for the
    Southern District of New York
Courtroom 601
One Bowling Green
New York, NY  10004

Shai Y. Waisman, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Jacqueline Marcus, Esq.
Harvey R. Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee for the
    Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Luc A. Despins
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY  10006

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

Terry S. Arbit
Robert B. Wasserman
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC  20581

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL  20581

2922731.01.01.doc

| | |
|---|---|
| James Kobak<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004 | Ronald J. Silverman<br>Steven Wilamowsky<br>Bingham McCutchen, LLP<br>399 Park Avenue<br>New York, NY  10022-4689 |
| Jessica L. Fink<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 | Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ  07068 |
| Thomas R. Slome<br>Meyer, Suozzi, English & Klein, P.C.<br>900 Stewart Avenue, Suite 300<br>PO Box 9194<br>Garden City, NY  11530 | Madlyn Gleich Primoff<br>Scott D. Talmadge<br>Richard Choi<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY  10022 |
| Paul Aronzo<br>Gregory Bray<br>Milbank, Tweed, Hadley & McCloy<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 | Assistant United States Attorney, SDNY<br>Attn:  Robert Yalen, Esq.<br>86 Chambers Street<br>3rd Floor<br>New York, NY  10007 |
| Internal Revenue Service<br>Special Procedures Branch<br>Attn:  District Director<br>290 Broadway<br>New York, NY  10007 | |

/s/ James M. Heiser
_____
James M. Heiser