**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (SK 8926)
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone:  (212) 849-7000
Telecopier: (212) 849-7100

*Special Counsel For The Official Committee*
*Of Unsecured Creditors Of*
*Lehman Brothers Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                                     :
In re:                                               :
                                                     :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,                        :
ET AL.,                                               :   Case No. 08-13555 (JMP)
                                                     :
                                                     :   (Jointly Administered)
                      Debtors.                        :
                                                     :
                                                     :
----------------------------------------------------------------x
```

**SEVENTH SUPPLEMENTAL DECLARATION OF SUSHEEL KIRPALANI**
**IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL., UNDER**
**11 U.S.C. §§ 328 AND 1103 AND FED. R. BANKR. P. 2014 AND 5002, FOR**
**ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF QUINN**
**EMANUEL URQUHART & SULLIVAN, LLP, AS SPECIAL COUNSEL,**
**NUNC PRO TUNC TO SEPTEMBER 17, 2008**

Susheel Kirpalani hereby declares, under penalty of perjury:

1.      I am a member of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn

Emanuel"), a law firm with offices at 51 Madison Avenue, New York, New York 10010, and in

Los Angeles, Chicago, San Francisco, Silicon Valley, California, London, England, Mannheim,

Germany and Tokyo, Japan.

2.       I submit this declaration (the "Seventh Supplemental Declaration") in

connection with Quinn Emanuel's representation of the Official Committee of Unsecured

Creditors (the "Creditors' Committee") of Lehman Brothers Holdings Inc. ("LBHI") and its

affiliated debtors in possession (collectively, the "Lehman Debtors"), as special counsel, *nunc*

*pro tunc* effective as of September 17, 2008, in the above-captioned cases.  Quinn Emanuel was

retained upon application, dated October 21, 2008 (the "Application"), by the Creditors'

Committee, pursuant to sections 328 and 1103(a) of title 11 of the United States Code, 11 U.S.C.

§§ 101 et seq. (the "Bankruptcy Code"), and Rules 2014 and 5002 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules").

3.       Unless otherwise stated in this declaration, I have personal knowledge of

the facts set forth herein.  I will supplement the disclosures made in the Declarations (as defined

below) if additional relevant information becomes available during the pendency of these cases.

4.       I initially filed a declaration (the "Initial Declaration"), dated October 21,

2008, contemporaneously with the Application.  On November 10, 2008, I filed a supplemental

declaration in support of the Application (the "First Supplemental Declaration").  On December

8, 2008, I filed a second supplemental declaration in support of the Application (the "Second

Supplemental Declaration").  On March 4, 2009, I filed a third supplemental declaration in

support of the Application (the "Third Supplemental Declaration").  On June 26, 2009, I filed a

fourth supplemental declaration in support of the Application (the "Fourth Supplemental

Declaration").  On December 18, 2009, I filed a fifth supplemental declaration in support of the

Application (the "Fifth Supplemental Declaration").  On August 4, 2010, I filed a sixth

supplemental declaration in support of the Application (the "Sixth Supplemental Declaration"

and, together with the Initial Declaration, First Supplemental Declaration, Second Supplemental

Declaration, Third Supplemental Declaration, Fourth Supplemental Declaration, and Fifth

Supplemental Declaration, the "Declarations").

       5.      On November 21, 2008, the Bankruptcy Court entered the Final Order

Under 11 U.S.C. §1103(a) And Fed. R. Bankr. P. 2014 and 5002, Authorizing Retention And

Employment Of Quinn Emanuel Urquhart Oliver & Hedges, LLP As Special Counsel To The

Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc. Et Al., Nunc Pro

Tunc To September 17, 2008 (the "Final Order").  Among other things, the Final Order granted

the Application and approved Quinn Emanuel's retention as special counsel to the Creditors'

Committee.

       6.      On November 15, 2010,  Khaled Khatoun, an attorney formerly associated

with Lovells LLP ("Lovells") in London, England, joined Quinn Emanuel as an associate in

Quinn Emanuel's London, England office.  While at Lovells, Mr. Khatoun represented a

financial institution ( the "Khatoun Former Client") in matters unrelated to these chapter 11 cases

respecting certain structured notes that were purportedly backed by a Lehman-related entity.  The

Khatoun Former Client also may have claims against the Lehman-Debtors.

       7.      Mr. Khatoun's representation of the Khatoun Former Client ceased upon

joining Quinn Emanuel.  The Khatoun Former Client agreed not to object to Mr. Khatoun's

being employed by Quinn Emanuel.  The Khatoun Former Client further requested that Quinn

Emanuel erect information barriers to ensure that any information Mr. Khatoun may have

obtained in his representation of the Khatoun Former Client is protected and that such

information is not shared with Quinn Emanuel, even informally.  Quinn Emanuel has instructed

Mr. Khatoun not to bring his files relating to the Khatoun Former Client to Quinn Emanuel, and

will employ appropriate walling mechanisms to ensure that no confidential information about the

Khatoun Former Client is disclosed, even informally, to any attorney representing the Creditors'

Committee.

8.      On December 1, 2010,  Gillian Sinnott, an attorney formerly associated

with Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") in New York, joined Quinn

Emanuel as an associate in Quinn Emanuel's London, England office.  While at Paul Weiss, Ms.

Sinnott represented an entity ( the "Sinnott Former Client") in respect of a request for production

of Lehman-related documents in possession of the Sinnott Former Client made by Anton

Valukis, the Court-appointed examiner.

9.      Ms. Sinnott's representation of the Sinnott Former Client ceased upon

joining Quinn Emanuel.  Out of an abundance of caution, Quinn Emanuel has instructed Ms.

Sinnott not to bring his files relating to the Sinnott Former Client to Quinn Emanuel, and will

employ appropriate walling mechanisms to ensure that no confidential information about the

Sinnott Former Client is disclosed to any attorney representing the Creditors' Committee.

10.      The foregoing statements are true and correct to the best of my

knowledge, information and belief.


December 7, 2010


                                        /s/ Susheel Kirpalani
                                        Susheel Kirpalani
                                        A Member of the Firm

4