Hon. James M. Peck
One Bowling Green
New York, N.Y. 10004
    Courtroom 601

Mr. Casey Burton
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

T.G. Ketcham
J.F. Ketcham
13608 Avista Dr.
Tampa, FL 33624

12-3-10

(813) 961-4648

RE: Claim No. 8021
    (Lehman Bros. Holdings)

I have been requested to furnish proof of our ownership of Lehman Bros. Hldgs Cap TR VI Trust Pfd Secs... My conversation today with Casey Burton indicated that the proof of claim was properly received but you needed proof of ownership at certain dates. (This was submitted, but may have been misplaced).

Attached please find the disallowance letter and copies of the IRA account of Thomas G. Ketcham at 12/31/07; 12/31/08 and 1/31/10 (Acct # W32-045918; Also enclosed are copies of the John F. Ketcham Trust W32-010510 at January 2008 and December 31, 2009.

Please reconsider our claim.

John F. Ketcham
Thomas G. Ketcham

RECEIVED
DEC -7 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :
                        Debtors.                               :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

LBH OMNI64 11-03-2010 (MERGE2,TXNUM2) 4000054692 MAIL ID *** 000037055503 *** BSIUSE: 82

KETCHAM, THOMAS G. (IRA)
JOHN F. KETCHAM TRUST
13608 AVISTA DR.
TAMPA, FL 33624

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>KETCHAM, THOMAS G. (IRA)<br>JOHN F. KETCHAM TRUST<br>13608 AVISTA DR.<br>TAMPA, FL 33624 | **Claim Number:** 8021 |
| | **Date Filed:** 8/11/2009 |
| | **Debtor:** No Case |
| | **Classification and Amount:** PRIORITY: $ 7,505.00<br>UNSECURED: $ 10,000.00<br>TOTAL: $ 17,505.00 |

PLEASE TAKE NOTICE that, on November 3, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on December 6, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

# Bank of America

## Customer Service Information
www.bankofamerica.com

*For additional information or service, call:*

24 Hour Customer Service 1.800.898.3138
Bank of America and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S")

*Or write:*

Merrill Lynch, Pierce, Fenner & Smith Incorporated
NC1-026-05-01
900 West Trade Street
Charlotte, NC 28255

Bank of America
P.O. Box 25118
Tampa, FL 33622-5118

*For general comments or questions about your Money Manager account you can send us a secure e-mail through Online Banking. Simply go to:*
www.bankofamerica.com
*After signing in, you can send us a message by selecting the "Mail" link.*

### In Your Statement

| | Page |
|---|---|
| Your Asset Summary At A Glance | 3 |
| Your Statement Summary | 4 |
| Money Manager Account(s) | 5 |
| Your Pricing Relationship(s) | 56 |
| Reconciliation Page and Disclosures | 57 |

---

# Merrill Lynch
### Wealth Management

*Money Manager Statement*
Page 1 of 64       0034838332240
**December 2009**
B   0 A P L A   20
Number of Checks Enclosed: 0

LI 01/08 0  0075 430 1       000 0000987 #@08 SP 2.070
JOAN F & THOMAS G KETCHAM TTEE
DECLARATON OF TRUST/JOAN F
KETCHAM DTD 8/6/98, U/A 8/6/98
13608 AVISTA DRIVE
TAMPA FL 33624-4346

**IMPORTANT:** Please note that due to current economic conditions, some Money Market 7-Day Average Net Yields have dropped to 0.0%. (1) This yield will not display in the Portfolio Holdings section of your enclosed statement. (2) Contact your Financial Advisor or Service Center to learn of other investments that may pay a higher yield, like FDIC insured accounts or another cash management option.

Investment products including stocks, bonds and mutual funds:

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |
|---|---|---|



**Bank of America**

Brokerage Account Number: W32-010510
Checking Account Number: 0034 3833 2240

*Money Manager Statement*
Page 10 of 64   0034833240
**December 2009**
B   0 A P LA   20
H H

## Portfolio Holdings - Continued

Industry Weightings Categories/Codes   A = Consumer   C = Health Care   E = Media Comma/Educational Svce   G = Technology   I = Basic Industries
                                        B = Financial Services   D = Industrial Technologies   F = Natural Resources   H = Transportation   J = Other

| Account Type / Industry Description | Quantity | Date Acquired | Market Price on 12/31/09 ($) | Cost Basis* | Market Value ($) | Unrealized Gain/(Loss)($) | Est Annual Income ($) |
|---|---|---|---|---|---|---|---|
| **Cash** | | | | | | | |
| J  FIFTH THIRD CAP TR VI VAR PFD 7.25% DUE 11/15/2067 CALLABLE ON 11/15/2012 @ 25.00 VARIABLE COUPON Estimated Yield 8.88% CUSIP/SYMBOL: FTBPRB % Total Portfolio: 2.82 | 600.00000 | | 20.39000 | 15,005.00000 | 12,234.00 | (2,771.00) | 1,087.50 |
| LOT DETAIL (Trade Date) | 600.00000 | 10/25/07 | 20.39000 | 15,005.00000 | 12,234.00 | (2,771.00) | |
| **Cash** | | | | | | | |
| J  LEHMAN BROS HLDGS CAP TR V PFD SECS SER M 6.00% 04/22/53 CALLABLE ON 04/22/2009 @ 25.00 CUSIP/SYMBOL: LHHMQ % Total Portfolio: 0.02 | 400.00000 | | 0.20000 | 10,005.00000 | 80.00 | (9,925.00) | 0.00 |
| LOT DETAIL (Trade Date) | 400.00000 | 04/05/04 | 0.20000 | 10,005.00000 | 80.00 | (9,925.00) | |

Brokerage account carried with National Financial Services LLC (NFS), member NYSE and SIPC.

**Bank of America**

Brokerage Account Number: W32-010510
Checking Account Number: 0034 3833 2240

*Money Manager Statement*
Page 12 of 63    0034383322240
**January 2008**

B  0  A P LA   20
B  0  A P LA

## Portfolio Holdings - Continued

Industry Weightings Categories/Codes    A = Consumer    C = Health Care    E = Media Comm/Educational Svce    G = Technology    I = Basic Industries
                                        B = Financial Services    D = Industrial Technologies    F = Natural Resources    H = Transportation    J = Other

| Account Type Industry | Description | Quantity | Date Acquired | Market Price on 01/31/08 ($) | Cost Basis* | Market Value ($) | Unrealized Gain/(Loss)($) | Est Annual Income ($) |
|---|---|---|---|---|---|---|---|---|
| Cash J | FIFTH THIRD CAP TR VI VAR PFD 7.25% DUE 11/15/2067 CALLABLE ON 11/15/2012 @ 25.00 VARIABLE COUPON Next Dividend Payable: 02/15/08 CUSIP/SYMBOL: FTBPRB % Total Portfolio: 3.26 | 600.00000 | | 24.65000 | 15,005.00000 | 14,790.00 | (215.00) | 0.00 |
| | LOT DETAIL (Trade Date) | 600.00000 | 10/25/07 | 24.65000 | 15,005.00000 | 14,790.00 | (215.00) | |
| Cash B | LEHMAN BROS HLDGS CAP TR V PFD SECS SER M 6.00% 04/22/53 CALLABLE ON 04/22/2009 @ 25.00 Estimated Yield 6.54% CUSIP/SYMBOL: LEHPRM % Total Portfolio: 2.02 | 400.00000 | | 22.92000 | 10,005.00000 | 9,168.00 | (837.00) | 600.00 |
| | LOT DETAIL (Trade Date) | 400.00000 | 04/05/04 | 22.92000 | 10,005.00000 | 9,168.00 | (837.00) | |

Brokerage account carried with National Financial Services LLC (NFS), member NYSE and SIPC.

Account Number: W32-045918
Account Name: KETCHAM T
Statement Date: 01/01/2010 to 01/31/2010

# Merrill Lynch Wealth Management

## PORTFOLIO VALUE

Retirement account cost and net change information is provided for informational purposes only and should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investment into this security (not including reinvestments). NFS makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon, NFS-provided cost and net change information.

LIMITATION ON COST INFORMATION: NFS's cost information system has a cumulative lifetime limit on how much activity it can track for each individual security position in an account. For this purpose, each buy, sell, dividend, stock split, stock merger, etc. is an event. For some customers, this limit can be reached with approximately 1500 events. Upon reaching the limit, the system no longer displays or tracks cost information for the affected position, and such information will usually show as not available or unknown. Once the limit is reached, all cost information for the affected position will need to be tracked and updated by you, the investor.

Mutual Funds, Annuities, and other investment products are not insured by the FDIC or any other government agency, are not deposits or obligations of, or guaranteed by, Merrill Lynch or any affiliate, and are subject to investment risks, including possible loss of principal invested.

## CASH AND CASH EQUIVALENTS  1.95%

| Description | Symbol/Cusip Account Type | Quantity | Price on 01/31/10 | Current Market Value | Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| **Money Markets** | | | | | | | | |
| COLUMBIA CASH RESERVES DAILY<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | NSHXX<br>CASH | 6,354.23 | $1.00 | $6,354.23 | $5,583.78 | | | |
| **Total Cash and Cash Equivalents** | | | | $6,354.23 | | | | |

## EQUITIES  12.15%

| Description | Symbol/Cusip Account Type | Quantity | Price on 01/31/10 | Current Market Value | Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | | |
| BAC CAP TR VIII GTD CAP SECS<br>6.00% 08/25/2035<br>CALLABLE ON 08/25/2010 @ 25.0000<br>Estimated Yield 7.57%<br>Next Dividend Payable: 02/25/10 | BACPRZ<br>CASH | 700 | $19.81 | $13,867.00 | $13,384.00 | $1,050.00 | $17,505.00 | ($3,638.00) |
| LEHMAN BROS HLDGS CAP TR VI TR<br>PFD SECS SER N 6.24% DUE<br>01/18/2054<br>CALLABLE ON 01/18/2010 @ 25.0000 | LEHNQ<br>CASH | 300 | $0.30 | $90.00 | $66.00 | | $7,505.00 | ($7,415.00) |
| MORGAN STANLEY CAP TR VI CAP<br>SECS 6.60% DIV<br>CALLABLE ON 02/01/2011 @ 25.0000<br>Estimated Yield 7.39%<br>Next Dividend Payable: 02/01/10 | MSJ<br>CASH | 500 | $22.32 | $11,160.00 | $11,225.00 | $824.98 | $12,505.00 | ($1,345.00) |

# Premiere Select

National Financial Services LLC
Agent for Fidelity Management Trust Company
200 Liberty Street, 5th floor
New York NY 10281

2007 Form 5498 IRA Contribution Information

| Account No. | | | |
|---|---|---|---|
| W32-045918 | 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 | | 1 of 4 |

Federal ID Number: 04-3523567

Envelope 761404700

THOMAS G KETCHAM
13608 AVISTA DRIVE
TAMPA FL 33624

BANC OF AMERICA
INVESTMENT SERVICES, INC.
Customer Service: 813-225-8630

| Form 5498 | | 2007 IRA Contribution Information<br>This information is being furnished to the Internal Revenue Service. | | | | | OMB No. 1545-0747<br>Copy B for Participant | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA Contributions (other than amounts in boxes 2, 3, 4, and 8-10) | 2. Rollover Contributions | 3. Roth Conversion Amount | 4. Recharacterized Contributions | 5. Fair Market Value of Account | 7. IRA Type | 8. SEP Contributions | 9. SIMPLE Contributions | 10. Roth IRA Contributions |
| 0.00 | 0.00 | 0.00 | 0.00 | 354,038.10 | IRA | 0.00 | 0.00 | 0.00 |
| 11. Required Minimum Distribution for 2008 - Yes | | | | | | | | |

### You May Need to Take a Distribution from Your IRA

Our records indicate that you will be 70 ½ or older in 2008. Once you reach age 70 ½, the Internal Revenue Service (IRS) requires that you take a Required Minimum Distribution (RMD) each year from your IRA(s). You are required to begin withdrawals by April 1st of the year following the year you turn 70 ½, and complete all subsequent withdrawals by December 31 every year thereafter. An RMD must be calculated separately for every IRA you may own, but you can take a distribution for the combined RMD amounts from any IRA you own. Generally, these rules do not apply to Roth IRAs, during your lifetime, and to IRA Beneficiary Distribution Accounts (IRA-BDAs).

If you would like National Financial Services (NFS), as agent for Fidelity Management Trust Company, to calculate your RMD for the IRA account noted on this form, or if our records are incorrect, please contact your investment representative.

### IRA Portfolio as of December 31, 2007     (Not reported to IRS)

| Account Type | Security | CUSIP | Quantity | Price | Market Value |
|---|---|---|---|---|---|
| TRAD IRA | W32-045918 | | | | |
| | CASH CREDIT BALANCE | | 297.1800 | 1.000 | 297.18 |
| | BAC CAP TR VIII GTD CAP SECS 6.00% | 05518T209 | 700.0000 | 19.840 | 13,888.00 |
| | BANK OF AMER MTG SEC SER 2003-5 CL 1A8 | 05948XLQ2 | 60,000.0000 | 80.914 | 48,548.22 |
| | COLUMBIA MARSICO GROWTH CL A | 19765H222 | 853.2900 | 22.900 | 19,540.34 |
| | COLUMBIA HIGH INCOME CL A | 19765H537 | 2,597.7180 | 8.500 | 22,080.60 |
| | COLUMBIA MARSICO INTL OPPORT CL A | 19765H669 | 1,123.5960 | 16.060 | 18,044.95 |
| | COLUMBIA MARSICO 21ST CENTURY CL A | 19765J103 | 3,532.1940 | 16.470 | 58,175.24 |
| | COLUMBIA CASH RESERVES DAILY | 19765K605 | 5,824.1400 | 1.000 | 5,824.14 |
| | FEDERAL HOME LN MTG CORP MTN 5.00000% | 3128X1FF9 | 50,000.0000 | 98.101 | 49,050.50 |
| | FEDL HOME LN MTG CRP SER 2631 CL AH | 31393RS84 | 60,000.0000 | 2.033 | 1,219.91 |
| | FEDL HOME LN MTG CRP SER 2669 CL LL | 31394HC25 | 10,000.0000 | 97.065 | 9,706.50 |
| | FEDL HOME LN MTG CRP SER 3033 CL X | 31396AEH3 | 10,000.0000 | 95.064 | 9,506.41 |
| | GOVT NATL MTG ASSN SER 2004-16 CL GB | 38374FHG2 | 14,000.0000 | 98.297 | 13,761.55 |
| | GOVT NATL MTG ASSN SER 2006-20 CL GC | 38374MN70 | 20,000.0000 | 97.758 | 19,551.68 |
| | LEHMAN BROS HLDGS CAP TR VI TR PFD SECS | 52520X208 | 300.0000 | 20.400 | 6,120.00 |
| | MORGAN STANLEY CAP TR VI CAP SECS 6.60% | 617461207 | 500.0000 | 20.050 | 10,025.00 |

4L0151                                 M # 011408 800 761404700 6

# Premiere Select®

NATIONAL FINANCIAL SERVICES LLC
Agent for Fidelity Management Trust Company
200 LIBERTY ST. 5TH FLR.
NEW YORK NY 10281

**2008 Form 5498 IRA Contribution Information**

| Account No. | Taxpayer ID. | Page |
|---|---|---|
| W32-045918 | 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 | 1 of 2 |

Federal ID Number: 04-3523567

Envelope 761425595

THOMAS G KETCHAM
13608 AVISTA DRIVE
TAMPA FL 33624

BANC OF AMERICA
INVESTMENT SERVICES, INC.
Customer Service: 813-225-8630

---

**Form 5498** — **2008 IRA Contribution Information**
This information is being furnished to the Internal Revenue Service.
OMB No. 1545-0747
Copy B for Participant

| 1. IRA Contributions (other than amounts in boxes 2, 3, 4, and 8-10) | 2. Rollover Contributions | 3. Roth Conversion Amount | 4. Recharacterized Contributions | 5. Fair Market Value of Account | 7. IRA Type | 8. SEP Contributions | 9. SIMPLE Contributions | 10. Roth IRA Contributions |
|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 275,182.81 | IRA | 0.00 | 0.00 | 0.00 |

11. Required Minimum Distribution for 2009 - No

---

**IRA Portfolio as of December 31, 2008**     (Not reported to IRS)

| Account Type | Security | CUSIP | Quantity | Price | Market Value |
|---|---|---|---|---|---|
| TRAD IRA | W32-045918 | | | | |
| | BAC CAP TR VIII GTD CAP SECS 6.00% | 05518T209 | 700.0000 | 16.600 | 11,620.00 |
| | BANK OF AMER MTG SEC SER 2003-5 CL 1A8 | 05948XLQ2 | 60,000.0000 | 65.192 | 39,115.13 |
| | COLUMBIA MARSICO GROWTH CL A | 19765H222 | 853.2900 | 13.270 | 11,323.16 |
| | COLUMBIA HIGH INCOME CL A | 19765H537 | 2,597.7180 | 5.830 | 15,144.70 |
| | COLUMBIA MARSICO INTL OPPORT CL A | 19765H669 | 1,123.5960 | 7.840 | 8,809.99 |
| | COLUMBIA MARSICO 21ST CENTURY CL A | 19765J103 | 3,532.1940 | 9.120 | 32,213.61 |
| | COLUMBIA CASH RESERVES DAILY | 19765K605 | 5,525.6900 | 1.000 | 5,525.69 |
| | FEDERAL HOME LN MTG CORP MTN 5.00000% | 3128X1FF9 | 50,000.0000 | 99.456 | 49,728.00 |
| | FEDL HOME LN MTG CRP SER 2631 CL AH | 31393RS84 | 60,000.0000 | 2.094 | 1,256.15 |
| | FEDL HOME LN MTG CRP SER 2669 CL LL | 31394HC25 | 10,000.0000 | 101.091 | 10,109.09 |
| | FEDL HOME LN MTG CRP SER 3033 CL X | 31396AEH3 | 10,000.0000 | 97.454 | 9,745.40 |
| | FEDL NATL MTG ASSN SER 2008-53 CL HB | 31397LE96 | 30,000.0000 | 98.554 | 29,566.18 |
| | GOVT NATL MTG ASSN SER 2004-16 CL GB | 38374FHG2 | 14,000.0000 | 97.040 | 13,585.59 |
| | GOVT NATL MTG ASSN SER 2006-20 CL GC | 38374MN70 | 20,000.0000 | 99.206 | 19,841.20 |
| | LEHMAN BROS HLDGS CAP TR VI TR PFD SECS | 52520X208 | 300.0000 | 0.008 | 2.40 |
| | MORGAN STANLEY CAP TR VI CAP SECS 6.60% | 617461207 | 500.0000 | 15.510 | 7,755.00 |
| | ROYAL BK SCOTLAND GROUP PLC SPONSORED | 780097739 | 676.4760 | 3.820 | 5,966.52 |
| | USB CAPITAL VI GTD TR PFD SECS 5.75% | 903304202 | 200.0000 | 19.380 | 3,876.00 |

Fair Market Value of Your IRA Portfolio as of 12/31/2008     275,182.81
Fair Market Value of Your IRA Portfolio as of 12/31/2007     354,038.10

# Banc of America Investment Services, Inc.™

Investment products and services provided by Banc of America Investment Services, Inc. are

| ▶ NOT FDIC-INSURED | May Lose Value | No Bank Guarantee |

Banc of America Investment Services, Inc. is a registered broker-dealer and member NASD

| Brokerage No. | Type | Reg Rep | Trade Date | Settlement Date | Trans No. | Cusip | Exc | Orig |
|---|---|---|---|---|---|---|---|---|
| W32-045918 | 1 | *404 404 | 01-06-05 | 01-18-05 | 316091 | 52520X208 | 4 | 6 |

YOU BOUGHT 300 AT 25 u

SECURITY DESCRIPTION

LEHMAN BROS HLDGS CAP TR VI
TR PFD SECS SER N 6.24% DUE 01/18/2054
WE HAVE ACTED AS PRINCIPAL.
CALLABLE  NEXT CALL 01/18/10 @ 25.000
SOLICITED ORDER PROSPECTUS UNDER
SEPARATE COVER

| | |
|---|---:|
| Principal Amount | 7,500.00 |
| Interest | 0.00 |
| Commission | 0.00 |
| State Tax | 0.00 |
| Miscellaneous Charges | 0.00 |
| Sec. Fee/Postage | 0.00 |
| POST/SERV FEE | 5.00 |
| **Settlement Amount** | 7,505.00 |

REF # 05006-316091

## CONFIRMATION NOTICE

THE TRANSACTION MAY HAVE BEEN EXECUTED WITH BANC OF AMERICA SECURITIES L.L.C.,
AN AFFILIATE, WHICH RECEIVES COMPENSATION FOR ANY SUCH SERVICES.

| BROKERAGE NUMBER | W32-045918 |

FOR QUESTIONS CALL:
ELAINE KETTERMAN
(813) 633-7589

NFS/FMTC IRA
FBO THOMAS G KETCHAM
13608 AVISTA DRIVE
TAMPA FL 33624

BANC OF AMERICA
INVESTMENT SERVICES, INC.
900 W. TRADE STREET
NC1-026-04-02
CHARLOTTE, NC 28255

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

NF04