STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Loeb Arbitrage Fund, Loeb Arbitrage B Fund LP, Loeb Offshore Fund Ltd., and Loeb Offshore B Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) ) ) | Case No. 08-13555 (JMP) |
| Debtors. | ) ) | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                                            ) ss.:
COUNTY OF NEW YORK   )

Mark Wojcik, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On December 6, 2010, affiant caused to be served, true and correct copies of the *Omnibus Response of Loeb Claimants to Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims)* (Dkt. No. 13217), filed via the Court's ECF

system on such date, via hand delivery (as indicated) and via facsimile upon the

parties listed on the attached Service List.

/s/ Mark Wojcik
Mark Wojcik

Sworn to before me this
8th day of December, 2010

/s/ Jeffrey M. Negron
NOTARY PUBLIC

Jeffrey M. Negron
Notary Public, State of New York
No. 01NE6107707
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 10, 2012

## Service List

*Via Hand Delivery*
Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile: (212) 668-2255

*Via Hand Delivery and Via Facsimile*
Shai Waisman, Esq.
Penny Reid, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007

*Via Hand Delivery and Via Facsimile*
Dennis F. Dunne, Esq.
Dennis O' Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Facsimile: (212) 822-5770
Facsimile: (212) 822-5567
Facsimile: (212) 822-5287