PRYOR CASHMAN LLP  
7 Times Square  
New York, NY 10036  
Tel: 212-326-0421  
Fax:  212-798-6355  
Tina N. Moss (TM-7907)  

*Counsel to HSBC Bank USA, National*  
*Association, in its representative capacity*

**Objections Due: December 8, 2010 at 4:00 p.m.**  
**Hearing: December 15, 2010 at 10:00 a.m.**

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X  
                                                                   :  
In re                                                              :   **Chapter 11**  
                                                                   :  
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   **Case No. 08-13555 (JMP)**  
                                                                   :   **(Jointly Administered)**  
                                            Debtors.      :  
                                                                   :   *Refers to Dkt. No. 13009*  
------------------------------------------------------------------ X  

**JOINDER OF HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE,**  
**IN OBJECTION OF THE BANK OF NEW YORK MELLON, THE BANK OF**  
**NEW YORK MELLON TRUST COMPANY, N.A. AND BNY CORPORATE TRUSTEE**  
**SERVICES LIMITED TO DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF**  
**THE BANKRUPTCY CODE AND GENERAL ORDER M-390 FOR AUTHORIZATION**  
**TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR**  
**AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS**  
**WITH SPECIAL PURPOSE VEHICLE COUNTERPARTIES**

HSBC Bank USA, National Association ("HSBC"), by and through its undersigned counsel, states:

1.  HSBC is a national banking association organized and existing under the laws of the United States of America. HSBC's business address is HSBC Bank USA, National Association, Attn: CTLA – Structured Finance, 10 East 40th Street, 14th Floor, New York, New York 10016.

2.  HSBC, in its representative capacity (the "Trustee") for the holders (the "Holders") of certain notes, certificates, bonds, or other interests (collectively, the "Notes") issued pursuant to certain structured finance transactions (the "SPV Transactions")[1] by certain special purpose vehicles (the "SPVs") that, as explained below, have entered into derivative contracts with one or more Debtors (the "Derivative Contracts"), joins in the objection of The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and any affiliate thereof, through its Corporate Trust Department, and BNY Corporate Trustee Services Limited (the "BNYM Objection"), to the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors under Derivative Contracts with Special Purpose Vehicle Counterparties (the "Motion") [Dkt No. 13009].[2]

3.  In connection with the SPV Transactions, the Trustee's role is to serve in a nominal trustee capacity for a trust (the SPV) formed to participate in the structured finance transaction at issue.[3]

---

[1] This is a general description of the transactions for which HSBC serves as trustee. Upon request, the Trustee will make available a list of the SPV Transactions at issue or any related transaction documents.

[2] Capitalized terms not defined in this Objection have the meanings assigned to such terms in the Motion.

[3] The typical structured finance transactions for which HSBC serves as Trustee that may be subject to the relief requested by the Motion are either mortgage backed securitizations or collateralized debt obligations. One or more of the Debtors is generally involved in these transactions in varying capacities.

4.      The transaction documents for the SPV Transactions required, generally, that the SPV enter into a Derivative Contract with one of the Debtors. The Trustee executed the Derivative Contracts, solely in its capacity as trustee, on behalf of the SPV. The Trustee has no economic interest in the Derivative Contracts. The parties with the true economic interest in the Derivative Contracts are the Holders.

5.      The Trustee's responsibilities under the SPV Transactions were typically set forth in a pooling and servicing agreement, a trust agreement or an indenture (the "<u>Governing Documents</u>") and were primarily administrative in nature. These responsibilities include executing documents on behalf of an SPV (such as a Derivative Contract); forwarding to Holders notices received from parties in interest to the transaction; in certain situations, following the direction of Holders; and, in certain SPV Transactions, processing payments. If certain specified events occur, such as the failure of another transaction party to perform its contractual duties under the Governing Documents, in some instances, the Trustee may have an obligation to take a remedial action.

6.      The Governing Documents do not grant to the Trustee the authority to negotiate on behalf of, or settle claims for, an SPV. As a general rule, each Holder's ability to receive principal and interest under the SPV Transaction may not be compromised without the consent of such Holder. The disposition of a Derivative Contract may alter the ultimate payment streams that flow through the SPV Transaction to the Holders. Therefore, the method of resolution of the Derivative Contracts as proposed in the Motion, to the extent it requires the participation of the Trustee, may directly impact Holder rights under the SPV Transaction without proper authority.

## **JOINDER OF HSBC IN BNYM OBJECTION**

7. Although, to the best of its knowledge, HSBC is not currently actively involved in any litigation or alternative dispute resolution proceeding regarding the disposition of any Derivative Contract entered into as part of the SPV Transactions, to the extent it may become subject to the alternative dispute resolution procedure proposed in the Motion, for the reasons set forth above and for those set forth in the BNYM Objection, HSBC hereby joins in the BNYM Objection.

Dated: December 8, 2010
New York, New York

Respectfully Submitted,

By: */s/ Tina N. Moss*
Tina N. Moss
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Tel: 212-326-0421
Fax: 212-798-6355

Counsel to HSBC Bank USA, National Association, in its representative capacity

TO:

Chambers of Honorable James J. Peck
One Bowling Green, Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attention: Richard W. Slack
Ralph I. Miller
Peter Gruenberger

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attention: Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Attention: Dennis F. Dunne
Dennis O'Donnell
Evan Fleck, Esq.