REED SMITH LLP  
599 Lexington Avenue  
New York, NY 10022  
Tel: (212) 521-5400  
Fax: (212) 521-5450  
Eric A. Schaffer (ES-6415)  
Michael J. Venditto (MV-6715)

Objections Due: December 8, 2010 at 4:00 p.m.  
Hearing: December 15, 2010 at 10:00 a.m.

*Counsel for BNY Corporate Trustee Services Limited, solely in its capacity as trustee for the Series 2004-11 AUD 75,000,000 Synthetic Portfolio Notes due 2011 and Series 2006-05 AUD 50,000,000 Synthetic Portfolio Notes due 2011 issued by Saphir Finance Public Limited Company*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (JMP)**<br>**(Jointly Administered)**<br><br>*Refers to Dkt. No. 13051* |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )  
                     )  ss.:  
COUNTY OF NEW YORK   )

Anne C. Suffern, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen years of age and employed by Reed Smith, LLP, located at 599 Lexington Avenue, New York, NY 10022.

On December 8, 2010, I served a true and correct copy of the Response of BNY Corporate Trustee Services Limited to Debtors' Motion Pursuant to Rule 9019 of the Federal

- 2 -

Rules of Bankruptcy Procedure for Approval of a Settlement Among Lehman Brothers Special Financing Inc., BNY Corporate Trustee Services Limited, Perpetual Trustee Company Limited, and Others, Relating to Certain Swap Transactions With Saphir Finance Public Limited Company upon the attached service list by method indicated.

Service on parties on the 2002 Service List was effected by e-mail pursuant to General Order M-242 and the Amended Case management Order.

/s/ Anne C. Suffern
Anne C. Suffern

Sworn to me this
8th day of December 2010

/s/ Notary Public
Notary Public

EVAN F. JAFFE
Notary Public, State of New York
No. 01JA6196006
Commission Expires 11/03/2012

## SERVICE LIST

*VIA ELECTRONIC MAIL and OVERNIGHT MAIL*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ralph I. Miller, Esq.
      Peter Gruenberger, Esq.
      Jacqueline Marcus
      harvey.miller@weil.com
      jacqueline.marcus@weil.com
      peter.gruenberger@weil.com

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
      Dennis O'Donnell, Esq.
      Evan Fleck, Esq.
      ddunne@milbank.com
      dodonnell@milbank.com
      efleck@milbank.com

*VIA FACSIMILE and U.S. MAIL*

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004,
Attn: Andy Velez-Rivera, Esq.
      Paul Schwartzberg, Esq.
      Brian Masumoto Esq.
      Linda Riffkin, Esq.
      Tracy Hope Davis, Esq.
      Facsimile: (212) 668-2255

US_ACTIVE-105080016.1