REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)

*Counsel to The Bank of New York Mellon,
The Bank of New York Mellon Trust Company,
N.A., and BNY Corporate Trustee Services
Limited, in their representative capacities*

Objections Due: December 8, 2010 at 4:00 p.m.
Hearing: December 15, 2010 at 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (JMP)**<br>**(Jointly Administered)**<br><br>*Refers to Dkt. No. 13009* |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

Anne C. Suffern, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen years of age and employed by Reed Smith, LLP, located at 599 Lexington Avenue, New York, NY 10022.

On December 8, 2010, I served a true and correct copy of the Objection of The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A. and BNY Corporate Trustee Services Limited to Debtors' Motion Pursuant to Section 105(A) of the Bankruptcy

US_ACTIVE-105080051.1

Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivative Contracts With Special Purpose Vehicle Counterparties upon the attached service list by method indicated.

Service on parties on the 2002 Service List was effected by e-mail pursuant to General Order M-242 and the Amended Case management Order.

_____
Anne C. Suffern

Sworn to me this
8th day of December 2010

_____
Notary Public

EVAN F. JAFFE
Notary Public, State of New York
No. 01JA6196006
Commission Expires 11/03/2012

## SERVICE LIST

*VIA ELECTRONIC MAIL and OVERNIGHT MAIL*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ralph I. Miller, Esq.
     Peter Gruenberger, Esq.
     Richard W. Slack, Esq.
     harvey.miller@weil.com
     jacqueline.marcus@weil.com
     richard.slack@weil.com

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
     Dennis O'Donnell, Esq.
     Evan Fleck, Esq.
     ddunne@milbank.com
     dodonnell@milbank.com
     efleck@milbank.com

*VIA FACSIMILE and U.S. MAIL*

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004,
Attn: Andy Velez-Rivera, Esq.
     Paul Schwartzberg, Esq.
     Brian Masumoto Esq.
     Linda Riffkin, Esq.
     Tracy Hope Davis, Esq.
     Facsimile: (212) 668-2255

US_ACTIVE-105080051.1