# EXHIBIT 4

Dated 29 July 2008

**BERYL FINANCE LIMITED**
**BNY CORPORATE TRUSTEE SERVICES LIMITED**
**THE BANK OF NEW YORK MELLON**
**LEHMAN BROTHERS SPECIAL FINANCING INC.**
**LEHMAN BROTHERS FINANCE S.A.**

and

**LEHMAN BROTHERS INTERNATIONAL (EUROPE)**

# DEED OF ACCESSION

in respect of accession to the
Multi Issuer Secured Obligation Programme of
Dante Finance plc and other Specified Companies
arranged by
**LEHMAN BROTHERS INTERNATIONAL (EUROPE)**

Linklaters

Ref: ACM/JWON/L-009088-05-041

**This Deed of Accession** is made on 29 July 2008 **between:**

(1)  **BERYL FINANCE LIMITED** (the "**Issuer**");

(2)  **BNY CORPORATE TRUSTEE SERVICES LIMITED** (the "**Trustee**");

(3)  **THE BANK OF NEW YORK MELLON** (the "**Issuing and Paying Agent**");

(4)  **LEHMAN BROTHERS SPECIAL FINANCING, INC.** ("**LBSF**");

(5)  **LEHMAN BROTHERS FINANCE S.A.** ("**LBF**"); and

(6)  **LEHMAN BROTHERS INTERNATIONAL (EUROPE)** (in its capacity as calculation agent, the "**Calculation Agent**" and, in its capacity as dealer under the Programme, the "**Dealer**").

**Whereas:**

(A)  Dante Finance Public Limited Company ("**Dante**") and the Trustee are parties to a trust deed dated 10 October 2002, as amended and restated on 18 July 2008 (the "**Principal Trust Deed**") establishing the Multi-Issuer Secured Obligation Programme (the "**Programme**") for the issuance from time to time of secured notes.

(B)  The Issuer acceded to the Programme by executing a deed of accession dated 1 February 2005 (the "**Original Deed of Accession**").

(C)  Certain of the Original Master Documents, Original LBF Swap and Original LBSF Swap were amended and restated on 30 January 2004 and/or 11 February 2005 and/or 22 July 2005 and/or 21 July 2006 and/or 20 July 2007 and further deeds of accession were entered into on 30 January 2004, 11 February 2005, 22 July 2005, 21 July 2006 and 20 July 2007.

(D)  On 20 July 2007, the Original Master Documents, the Original LBF Swap and Original LBSF Swap (as previously amended and restated as described in (C) above) were amended and restated and the Issuer acceded to the updated Programme by executing a deed of accession dated 20 July 2007 (the "**2007 Deed of Accession**").

(E)  Pursuant to the 2007 Deed of Accession, the Issuer agreed to become and be treated as an "Issuer" for all purposes as set out in the Existing Master Documents and agreed to assume all the rights, obligations and liabilities of an "Issuer" as set out in the Existing Master Documents and each of the Other Parties (in the capacity to which they were a party to the Existing Master Documents) agreed to the Issuer becoming and being treated as an "Issuer" for such purposes and assuming the rights, obligations and liabilities of an "Issuer" as set out in the Existing Master Documents.

(F)  Pursuant to the 2007 Deed of Accession the Issuer also agreed to become and be treated as "Party B" for all purposes of the Existing LBF Swap and Existing LBSF Swap and agreed to assume all the rights, obligations and liabilities of "Party B" as set out in the Existing LBF Swap and Existing LBSF Swap and LBF and LBSF (in the capacity in which it is a party to the Existing LBF Swap and Existing LBSF Swap, respectively) agreed to the acceding Issuer becoming and being treated as "Party B" for such purposes and assuming the rights, obligations and liabilities of "Party B" as set out in the Existing LBF Swap and Existing LBSF Swap.

(G)  On 18 July 2008 Dante, the Other Parties, LBSF and LBF updated the Programme by amending and restating the Existing Master Documents, the Existing LBF Swap and the Existing LBSF Swap by entering into the Master Documents, the LBF Swap and the LBSF

Swap and the Issuer wishes to accede to such amended and restated documents as set out below.

**Now this deed witnesses and it is hereby declared** as follows:

# 1 Definitions

"**Agency Agreement**" means the agency agreement dated 10 October 2002, between Dante, the Trustee, the Calculation Agent and the Agents as amended and restated on 18 July 2008;

"**Existing Agency Agreement**" means the agency agreement dated 10 October 2002, as amended and restated on 20 July 2007, between Dante, the Trustee, the Calculation Agent and the Agents;

"**Existing LBF Swap**" means an ISDA Master Agreement (including the Schedule thereto) dated 10 October 2002, between Dante and LBF, as amended and restated on 20 July 2007;

"**Existing LBSF Swap**" means an ISDA Master Agreement (including the Schedule thereto) dated 10 October 2002, between Dante and LBSF, as amended and restated on 20 July 2007;

"**Existing Master Documents**" means, the Existing Agency Agreement, the Existing Programme Agreement, and the Existing Principal Trust Deed;

"**Existing Principal Trust Deed**" means the principal trust deed dated 10 October 2002, as amended and restated on 20 July 2007, between Dante and the Trustee;

"**Existing Programme Agreement**" means the programme agreement dated 10 October 2002, as amended and restated on 20 July 2007, between Dante and the Dealer;

"**LBF Swap**" means an ISDA Master Agreement (including the Schedule thereto) dated 10 October 2002, between Dante and LBF, as amended and restated on 18 July 2008;

"**LBSF Swap**" means an ISDA Master Agreement (including the Schedule thereto) dated 10 October 2002, between Dante and LBSF, as amended and restated on 18 July 2008;

"**Master Documents**" means the Agency Agreement, the Programme Agreement, and the Principal Trust Deed;

"**Original Agency Agreement**" means the agency agreement dated 10 October 2002, between Dante, the Trustee, the Calculation Agent and the Agents;

"**Original LBF Swap**" means an ISDA Master Agreement (including the Schedule thereto) dated 10 October 2002, between Dante and LBF;

"**Original LBSF Swap**" means an ISDA Master Agreement (including the Schedule thereto) dated 10 October 2002, between Dante and LBSF;

"**Original Master Documents**" means, the Original Agency Agreement, the Original Programme Agreement, and the Original Principal Trust Deed;

"**Original Programme Agreement**" means the programme agreement dated 10 October 2002, between Dante and the Dealer;

"**Original Principal Trust Deed**" means the principal trust deed dated 10 October 2002, between Dante and the Trustee;

"**Other Parties**" means the Trustee, the Agents, the Calculation Agent and the Dealer;

"**Principal Trust Deed**" means the principal trust deed dated 10 October 2002, between Dante and the Trustee, as amended and restated on 18 July 2008; and

"**Programme Agreement**" means the programme agreement dated 10 October 2002, between Dante, the Trustee, the Issuing and Paying Agent and the Dealer as amended and restated on 18 July 2008.

## 2   Accession

2.1   With effect from the date of this Deed of Accession, the Issuer hereby agrees to become and be treated as an "Issuer" for all purposes set out in the Master Documents and agrees to assume all rights, obligations and liabilities of an "Issuer" as set out in the Master Documents and each of the Other Parties (in each capacity in which it is a party to one or more of the Master Documents) agrees to the Issuer becoming and being treated as an "Issuer" for such purposes and assuming the rights, obligations and liabilities of an "Issuer" as set out in the Master Documents.

2.2   With effect from the date of this Deed of Accession, the Issuer hereby agrees to become and be treated as "Party B" for all purposes of the LBF Swap and the LBSF Swap and agrees to assume all rights, obligations and liabilities of "Party B" as set out in the LBF Swap and the LBSF Swap and LBF and LBSF (in the capacity in which it is a party to the LBF Swap and the LBSF Swap, respectively) agrees to the Issuer becoming and being treated as "Party B" for such purposes and assuming the rights, obligations and liabilities of "Party B" as set out in the LBF Swap and the LBSF Swap.

## 3   Counterparts

This Deed of Accession may be executed in counterparts which when taken together shall constitute one and the same instrument.

## 4   Contracts (Rights of Third Parties) Act 1999

A person who is not a party to this Deed of Accession has no right under the Contracts (Rights of Third Parties) Act 1999 to enforce any term of this Deed of Accession.

## 5   Governing Law

This Deed of Accession shall be governed by and construed in accordance with English law.

A09695712

- 4 -

- 5 -

This Deed of Accession has been delivered on the date stated at the beginning.

**EXECUTED AS A DEED** for and on behalf of **BERYL FINANCE LIMITED**

by its lawfully appointed attorney:


in the presence of:


Witness signature:
Address:
Occupation:


**BNY CORPORATE TRUSTEE SERVICES LIMITED**

By:

Authorised Signatory



By:

Authorised Signatory


**THE BANK OF NEW YORK MELLON**

By:

Authorised Signatory


By:

Authorised Signatory


**LEHMAN BROTHERS SPECIAL FINANCING INC.**

By:



**LEHMAN BROTHERS FINANCE S.A.**

By:

**EXECUTED AS A DEED** by

**LEHMAN BROTHERS INTERNATIONAL (EUROPE)**

By:


In the presence of:

A09695712