# EXHIBIT 9

IN THE HIGH COURT OF JUSTICE                         Claim No. HC09C01931
CHANCERY DIVISION
THE HONOURABLE MR JUSTICE WARREN

BETWEEN:

BELMONT PARK INVESTMENTS PTY LIMITED & OTHERS

Claimants

- and -

BNY CORPORATE TRUSTEE SERVICES LIMITED

Defendant

ORDER

UPON the Part 8 Claim dated 9 June 2009 issued by the Claimants ("the Part 8 Claim")

AND UPON the Claimants' Application Notice dated 9 June 2009 ("the Application")

AND UPON hearing Leading Counsel for the Claimant, the Defendant, Lehman Brothers Special Financing, Inc. ("LBSF") and Perpetual Trustee Company Limited ("Perpetual")

IT IS ORDERED that:

1. LBSF be joined as the Second Defendant to the Part 8 Claim.

2. LBSF shall issue and serve upon the Claimants, the First Defendant and Perpetual its application for a stay of the Part 8 Claim ("the Stay Application") together with any evidence in support by no later than 5pm on Thursday 25 June 2009.

3. The First Defendant and LBSF shall file and serve upon each other, the Claimants and Perpetual any evidence in response to the Part 8 Claim by no later than 5pm on Thursday 25 June 2009.

4. The Claimants and the First Defendant shall file and serve upon each other, LBSF and Perpetual any evidence in response to the Stay Application by no later than 5pm on Tuesday 30 June 2009.

5. The Claimants shall file and serve upon the First Defendant, LBSF and Perpetual any evidence in reply in relation to the Part 8 Claim by no later than 5pm on Tuesday 30 June 2009.

6. The Part 8 Claim and the Stay Application be listed to be heard together at the same time as the hearing of the claim and stay application made by LBSF in

Order190609-Draft220609

        High Court Claim number HC09C01612 between Perpetual and the Defendant with an aggregate time estimate of 3-4 days.

7.     The parties have permission to apply for further directions.

8.     The costs of the Application to the hearing before Floyd J on 12 June 2009 be reserved to the Judge hearing the Part 8 Claim. Save as aforesaid, costs in the case.

Dated: 19 June 2009

<u>Claim No. HC09C01931</u>

<u>IN THE HIGH COURT OF JUSTICE</u>

<u>CHANCERY DIVISION</u>

<u>BETWEEN:</u>

BELMONT PARK INVESTMENTS
PTY LIMITED & OTHERS
<u>Claimants</u>

- and -

BNY CORPORATE TRUSTEE
SERVICES LIMITED
<u>Defendant</u>

ORDER

**LAWRENCE GRAHAM LLP**
4 More London Riverside
London
SE1 2AU

Tel: 020 7379 0000

Ref: JPDH/VYB/J148.1

<u>Solicitors for the Claimants</u>

Order190609-Draft220609