# EXHIBIT 15

08-13555-mg    Doc 13321-16    Filed 12/08/10    Entered 12/08/10 16:39:36    Exhibit 15
Pg 1 of 2

1300 Eye Street NW, Suite 900
Washington, DC 20005-3314
+1 202 682 7000 tel
+1 202 857 0940 fax

**Weil, Gotshal & Manges LLP**

Ralph Miller
+1 202 682 7133
ralph.miller@weil.com

December 1, 2010

BY FACSIMILE

_By Facsimile 212-506-1800_
Andrew K. Glenn
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799

Re:    Lehman Brothers Special Financing Inc. v. BNY Corporate Trustee Services Ltd.
       Adversary Proceeding No. 09-01242 (JMP) (the "BNY Proceeding")

Dear Andrew:

In response to your November 24, 2010 letter, LBSF declines to provide any confirmation as to
its position regarding the preclusive effect of Judge Peck's decisions in the BNY Proceeding.

Sincerely,

Ralph Miller