NIXON PEABODY LLP
Christopher M. Desiderio
David H. Lee
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
and
Amanda D. Darwin
Richard C. Pedone (admitted *pro hac vice*)
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

*Counsel to Deutsche Bank Trust Company Americas
and Deutsche Bank National Trust Company,
each in its role as Trustee, Indenture Trustee or
Supplemental Interest Trust Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., ) | |
| ) | Case No. 08-13555 (JMP) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

# CERTIFICATE OF SERVICE

I, Damaris Claudio, hereby certify that I have caused to be served the *Objection of Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company to the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390, for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of the Debtors under Derivatives Contracts Involving Transactions with Special Purpose Vehicle Counterparties* on each party listed on **Exhibit A** by first class mail on December 8, 2010.

Dated:  New York, New York
         December 8, 2010

                    By:    /s/ Damaris Claudio

13267233.1

**Exhibit A**
**Service List**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Richard W. Slack, Esq.
        Ralph I. Miller, Esq.
        Peter Gruenberger, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Flr.
New York, NY 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Millbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.