Francis J. Lawall (FL 0972)
Michael H. Friedman
Leon R. Barson
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
Tel:  (215) 981-4000
Fax:  (215) 981-4750

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

## AMENDED VERIFIED STATEMENT OF PEPPER HAMILTON LLP
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Pepper Hamilton LLP ("Pepper"), as counsel to the parties designated herein, hereby submits this amended verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and states as follows:

1.  Pepper has been retained to represent various creditors and parties in interest (collectively, the "Entities") in these jointly administered chapter 11 cases. Some or all of the Entities may hold claims against the Debtors. The Entities are listed on Exhibit A, which is attached hereto and made a part hereof.

2.  Each of the Entities has requested that Pepper represent them in the Debtors' chapter 11 cases.

#13548356 v1

3.  Upon information and belief, as of the date hereof, Pepper does not hold any claims against or any interest in the Debtors.

4.  The Entities currently hold or will hold unsecured pre-petition claims, rejection damage claims and/or administrative priority claims. The full amount of each of the Entities' claims is undetermined at this time.

5.  Pepper reserves the right to revise and supplement this statement as necessary.

I, Francis J. Lawall, hereby certify that this Verified Statement is true and accurate to the best of my knowledge, information, and belief.

Dated: December 8 , 2010                PEPPER HAMILTON LLP

                                        By:   /s/ Francis J. Lawall
                                              Francis J. Lawall (FL 0972)
                                              Michael F. Friedman
                                              Leon R. Barson
                                              3000 Two Logan Square
                                              Eighteenth and Arch Streets
                                              Philadelphia, PA  19103-2799
                                              Tel: (215) 981-4000
                                              Fax: (215) 981-4750

#13548356 v1

-3-

## EXHIBIT A

1.  EnCana Corporation and EnCana Oil & Gas Partnership
    Box 28560
    Calgary, AB T2P 255, Canada

2.  ING Bank, FSB
    ING Direct - Legal Department
    802 Delaware Avenue
    10th Floor, Wilmington, DE 19801

3.  Pitcairn Property Holdings, Inc.
    165 Township Line Road
    Suite 1500,
    Jenkintown, PA 19046

4.  RCN New York Communications LLC
    d/b/a RCN Metro Optical Networks
    RCN Telecom Services, Inc.
    196 Van Buren Street
    Herndon, VA 20170

5.  ExxonMobil Gas Marketing Europe Limited
    ExxonMobil House
    Ermyn Way
    Leatherhead KT22 8UX
    United Kingdom