Francis J. Lawall (FL 0972)
Michael H. Friedman
Leon R. Barson
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
Tel:  (215) 981-4000
Fax:  (215) 981-4750

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 8, 2010, copies of the foregoing *Amended Verified Statement of Pepper Hamilton LLP Pursuant To Federal Rule of Bankruptcy Procedure 2019* were caused to be served via U. S. first-class mail, postage prepaid, on the entities on the attached service list.

Dated: December 8, 2010          PEPPER HAMILTON LLP

                         By:   /s/ Francis J. Lawall
                               Francis J. Lawall (FL 0972)
                               Michael H. Friedman
                               Leon R. Barson
                               3000 Two Logan Square
                               Eighteenth & Arch Streets
                               Philadelphia, PA  19103-2799
                               Tel:  (215) 981-4000
                               Fax:  (215) 981-4750

#13548356 v1

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Tracy Hope Bavis
Office of the U. S. Trustee for the SDNY
33 White hall Street
21st Floor
New York, NY  10004

Lehman Brothers Holdings Inc
c/o Richard P. Krasnow, Esquire
Lori R. Fife, Esquire
Shai Y. Waisman, Esquire
Jacqueline Marcus, Esquire
Weil Gotshal & Manges, LLp
767  Fifth Avenue
New York, NY  10153

Official Committee of Unsecured Creditors
c/o Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan Fleck, Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005

Post-Petition Lenders
c/o Robinson B. Lacy, Esquire
Hydee R. Feldstein, Esquire
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY  10004

Post-Petition Lenders
c/o Lindsee P. Granfield, Esquire
Lisa Schweiger, Esquire
Cleary Gotliebb, LLP
One Liberty Plaza
New York, NY  10006

#10968823 v1