James H.M. Sprayregen, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

   - and -

Andrew R. McGaan, P.C.
David R. Seligman, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Drive
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

Counsel to Liquidators of Lehman Brothers Australia Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                        :

In re                                        :        Chapter 11
                                        :

LEHMAN BROTHERS HOLDINGS, INC., *et al.*,  :        Case No. 08-13555 (JMP)
                                        :

                    Debtors.                :        Jointly Administered
                                        :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Carrie T. Sroka, state as follows:

        1.     I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654.

        2.     On December 8, 2010, I caused service of the *Limited Objection of Liquidators of Lehman Brothers Australia Limited to Debtors' Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of a Settlement Among Lehman Brothers Special Financing Inc., BNY Corporate Trustee Services Limited, Perpetual Trustee*

K&E 18103185

*Company Limited, and Others, Relating to Certain Swap Transactions with Saphir Finance Public Limited Company* [Docket No. 13309], via overnight mail to the parties listed below:

**VIA OVERNIGHT DELIVERY**

Honorable James M. Peck
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, NY 10004

Ralph I. Miller, Esq.
Peter Gruenberger, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Offices of the U.S. Trustee for the Southern
District of New York
Andy Velez-Rivers, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
33 White Hall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Eric A. Schaffer, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: Chicago, Illinois
  December 8, 2010

/s/ *Carrie T. Sroka*
Carrie T. Sroka

State of Illinois )
 ) ss
County of Cook )

Subscribed and sworn to before me
this 8th day of December, 2010.

_____
Notary Public

**"OFFICIAL SEAL"**
Christine A. Harper
Notary Public, State of Illinois
My Commission Expires July 27, 2014

K&E 18103185

2