**THIS OBJECTION SEEKS TO RECLASSIFY AS EQUITY CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF DEBTORS' SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :    08-13555 (JMP)
                                           :
                        Debtors.           :    (Jointly Administered)
-------------------------------------------------------------------x
```

**NOTICE OF HEARING ON DEBTORS'**
**SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

**PLEASE TAKE NOTICE** that on December 8, 2010, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their seventy-fifth omnibus objection to

claims (the "Debtors' Seventy-Fifth Omnibus Objection to Claims"), and that a hearing (the

"Hearing") to consider the Debtors' Seventy-Fifth Omnibus Objection to Claims will be held

before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004, on **January 20, 2011 at 10:00 a.m. (Eastern Time),** or as soon

thereafter as counsel may be heard.

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors'

Seventy-Fifth Omnibus Objection to Claims must be in writing, shall conform to the Federal

Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed

with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which

can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing

system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for the Southern District of New

York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis,

Esq., Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., and Linda

Riffkin, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in

these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York,

New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.);

so as to be so filed and received by no later than **January 7, 2011 at 4:00 p.m. (Eastern Time)**

(the "<u>Response Deadline</u>").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Seventy-Fifth Omnibus Objection to Claims or any claim set

forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy

Court an order substantially in the form of the proposed order annexed to the Debtors' Seventy-

Fifth Omnibus Objection to Claims, which order may be entered with no further notice or

opportunity to be heard offered to any party.

Dated:  December 8, 2010
        New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                            :      Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,           :      08-13555 (JMP)
                                                 :
                        Debtors.                 :      (Jointly Administered)
-------------------------------------------------------------------x
```

**DEBTORS' SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

---

**THIS OBJECTION SEEKS TO RECLASSIFY AS EQUITY CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

### **Relief Requested**

1.      Each of the proofs of claim listed on Exhibit A annexed hereto (collectively, the "Stock Claims") was filed as a general unsecured, secured, priority, or administrative expense claim pursuant to section 507(a) of title 11 of the United States Code (the "Bankruptcy Code") based on the ownership of preferred stock, common stock, or other equity interest (collectively, "stock") in LBHI or alleged losses related thereto.  The Debtors file this omnibus objection (the "Seventy-Fifth Omnibus Objection to Claims") to reclassify the Stock Claims as equity interests because the ownership of stock does not constitute a claim against a debtor's estate and alleged losses based on equity securities are subordinated to all claims senior or equal to such equity securities.

### **Jurisdiction**

2.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### **Background**

3.      Commencing on September 15, 2008 and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The Debtors are authorized to

operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.    On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

5.    On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner. The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

## The Stock Claims Should Be Reclassified as Interests

6.    On January 14, 2010, the Court entered an order approving procedures for the filing of omnibus objections to proofs of claim (the "Procedures Order") [Docket No. 6664], which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

7.    Bankruptcy Rule 3007(d)(7) provides that a debtor may file an objection, and join one or more objections in an omnibus objection, if all of the claims "are based solely on the grounds that the claims should be disallowed, in whole or in part, because . . . they are interests, rather than claims." FED. R. BANKR. P. 3007(d). The Procedures Order additionally permits the Debtors to object, on an omnibus basis, to claims that "were incorrectly classified." (Procedures Order at 2.)

A.    **Stock is an Equity Security**

8.    Section 501(a) of the Bankruptcy Code provides that a creditor may file a proof of claim and that an equity security holder may file a proof of interest.  11 U.S.C. §510(a). The Bankruptcy Code defines a "claim" as a right to payment.  *Id.* at §101(5).  The Bankruptcy Code definition of an "equity security," alternatively, includes a share in a corporation or similar "security," including "stock," "treasury stock," "other claim or interest commonly known as 'security'," "certificate of interest or participation in," and "warrant or right to subscribe to or purchase or sell, a security."  *Id.* §101(16) and 101(49)(A).

9.    Courts have interpreted the definition of equity security to include a range of stock-based transactions, including transactions based on a right to acquire stock, such as stock options and stock assignments.  *E.g., In re Enron Corp* 341 B.R. 141, 162 (Bankr. S.D.N.Y. 2006) (holding that a phantom stock purchase program where delivery of shares was deferred for tax purposes qualified as a "security" under the Bankruptcy Code); *see also Matter of Baldwin-United Corp.*, 52 B.R. 549, 552 (Bankr. S.D. Ohio 1985) (holding that claims to exercise stock option portion of plan were equity security interest for purposes of determining priority).

10.    As noted above, each of the Stock Claims is based on the ownership of preferred stock, common stock, or other equity interest in LBHI.  Certain Stock Claims include a CUSIP number or ticker symbol for LBHI stock; others describe the basis of the claims as "preferred stock," "common stock," "stock," "shares," "equity interests" or using similar terms. The holders of Stock Claims are equity security holders.  *See* 11 U.S.C. §§ 101(16) and (17). They have "interests" but not "claims" against the Debtors, and, accordingly, the Debtors hereby object to reclassify the Stock Claims as equity interests.

B.      **Damages from the Purchase or Sale of an Equity Security Are Subordinated**

11.      Section 510(b) of the Bankruptcy Code provides that, for purposes of distribution, a claim arising from rescission of a purchase or sale of a security of the debtor or of an affiliate of the debtor or for damages arising from the purchase or sale of a security shall be subordinated to all claims or interests that are senior to or equal to the claim or interest represented by such security, except that if such security is common stock, such claim has the same priority as common stock.  11 U.S.C. § 510(b).

12.      Courts have generally applied section 510(b) liberally.  *In re Enron Corp.*, 341 B.R. at 162-63 ("[T]he broad applicat[ion] of section 510(b) is now quite settled.").  Courts have construed the language in section 510(b) as being broad enough to include fraud, violations of securities laws, breach of contract, and related causes of action against debtors.  *See e.g. id.* at 141 (subordinating breach of contract, fraudulent inducement, and fraudulent retention claims); *In re Med Diversified Inc.*, 461 F.3d 251, 256 (2d Cir. 2006) (holding that claim based on debtor's failure to issue its common stock to employee in exchange for his stock in another company, allegedly in violation of the parties' termination agreement, was a claim arising from the purchase or sale of the debtor's stock.).

13.      Certain Stock Claims assert claims arising from rescission of a purchase or sale of a security of a Debtor or its affiliate or damages arising from the purchase or sale of such security.  As set forth above, section 510(b) forecloses the possibility that such Stock Claims receive equal or better treatment than valid general unsecured claims against the Debtors.  *See* 11 U.S.C. § 510(b); *In re Enron Corp.,* 341 B.R. at 158 ("Congress enacted § 510(b) to prevent disappointed shareholders from . . . bootstrap[ing] their way to parity with general unsecured creditors in a bankruptcy proceeding.") (internal quotations omitted).  Accordingly, to the extent

applicable, the Stock Claims should be subordinated pursuant to Bankruptcy Code section 510(b)

and reclassified as equity interests.[1]

### Notice

14.     No trustee has been appointed in these chapter 11 cases.  The Debtors

have served notice of this Seventy-Fifth Omnibus Objection to Claims on (i) the U.S. Trustee;

(ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of

New York; (vi) each claimant listed on Exhibit A, and (vii) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17, 2010

governing case management and administrative procedures for these cases [Docket No. 9635].

The Debtors submit that no other or further notice need be provided.

---

[1] The Bankruptcy Code, Bankruptcy Rules and case law make clear that the Debtors do not need
to commence an adversary proceeding to subordinate a Stock Claim pursuant to Bankruptcy
Code section 510(b).  11 U.S.C. § 502(a); FED. R. BANKR. P. 7001(8); *In re Lernout & Hauspie
Speech Prods., N.V.*, 264 B.R. 336, 339 (Bankr. D. Del. 2001) ("Because Rule 7001(8) appears
to limit subordination complaints to allowed claims, the appropriate procedural vehicle for
resolution of the issue is a contested matter under Fed. R. Bankr. P. 9104.").

15.    No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  December 8, 2010
        New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 1 | ADLER, HERBERT & ESTELLE<br>JTWR<br>4615 9TH AVENUE, ""APT"" 2B<br>BROOKLYN, NY 11220 | | 08/13/2009 | 8115 | $12,597.51 |
| 2 | ANSIACO SA<br>C/O MRS. MICHELLE NG<br>11 KEPPEL ROAD, RCL CENTER, #08-00<br>NEW BRUNSWICK, NJ 089057<br>SINGAPORE | | 09/16/2009 | 13469 | Undetermined |
| 3 | ARPUTHAM, JAYAKUMAR<br>MRS. USHARANI JAYAKUMAR<br>NO. 16, 6TH CROSS WEST STREET<br>SHENOY NAGAR<br>CHENNAI, 6000 030<br>INDIA | 08-13555 (JMP) | 09/24/2009 | 34881 | $100,000.00 |
| 4 | ASH, MARY F.<br>3636 S IRON ST<br>CHICAGO, IL 606091321 | | 09/21/2009 | 25519 | $81,425.07 |
| 5 | ASHLEY, WALTER A<br>4467 N RIDGE RD<br>MEARS, MI 49436 | | 04/13/2009 | 3942 | Undetermined |
| 6 | AULBERT, MARY R<br>55 RUE DE PAIX<br>LAKE SAINT LOUIS, MO 63367 | | 09/11/2009 | 11473 | $1,880.03 |
| 7 | BANQUE BARING BROTHERS STURDZA SA<br>112, RUE DU RHONE<br>PO BOX 3024/1211<br>GENEVA 3,<br>SWITZERLAND | 08-13555 (JMP) | 05/26/2009 | 4564 | $2,512.50 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 8 | BEMO EUROPE<br>C/O BERNARD HUGO<br>BANQUE-BAMO, EUROPE<br>49, AVENUE D'IENA<br>PARIS, 75116<br>FRANCE | | 09/18/2009 | 17610 | $195,150.00 |
| 9 | BEMO SAL<br>C/O SAMIH SAADEH<br>BANQUE BEMO SAL<br>IMMEUBLE ESSELLY 7TH FLOOR RIAD EL SOLH SQ<br>PO BOX 11-7048<br>BEYROUTH,<br>LEBANON | | 09/15/2009 | 13119 | $2,557,606.24 |
| 10 | BERTACCINI, DAVID<br>35 STONE HOUSE RD<br>SOMERS, NY 10589 | 08-13555 (JMP) | 04/22/2009 | 3888 | $50,400.00 |
| 11 | BETANCOURT, MARTINE<br>90 AMSTERDAM AVENUE<br>TEANECK, NJ 07666 | | 09/21/2009 | 23814 | Undetermined |
| 12 | BOTTER,JAMES<br>2502 GREENVALE CT<br>SANTA ROSA, CA 95401 | 08-13555 (JMP) | 09/15/2009 | 13055 | $103,020.00 |
| 13 | BROWN, RICHARD A., EXECUTOR, ESTATE OF<br>NATHAN BROWN<br>221 OLD EAGLE SCHOOL ROAD<br>STRAFFORD, PA 19087 | 08-13555 (JMP) | 11/26/2008 | 1118 | Undetermined |
| 14 | CABLES, DENISE D AND PAUL S<br>3878 SHELDON DR<br>ATLANTA, GA 30342-4210 | | 09/28/2009 | 35332 | $9,896.70 |
| 15 | CANSO CATALINA FUND<br>C/O CANSO FUND MANAGEMENT<br>100 YORK BLVD., STE 550<br>RICHMOND HILL, ON L4B 1J8<br>CANADA | 08-13555 (JMP) | 09/22/2009 | 32397 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 16 | CAROL, CHOW PUI WA, MS.<br>4D VILLAGE GARDENS<br>40 FA PO STREET<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | 09/28/2009 | 35324 | $100,000.00 |
| 17 | CASTELO, CATHERINE A.<br>903 GENTRYS WALK<br>ATLANTA, GA 30341 | 08-13555 (JMP) | 09/23/2008 | 15 | $29,700.00 |
| 18 | CATALANO, JULIE A<br>109 NANCY LANE<br>CHESTER, NY 10918 | | 09/22/2009 | 31388 | Undetermined |
| 19 | CENTRICA INVESTMENT CAPITAL, INC.<br>HSBC PRIVATE BANK INTERNATIONAL<br>ATTN:  EMILIO ARGUELLO<br>1441 BRICKELL AVE. 17TH FLOOR<br>MIAMI, FL 33131 | 08-13555 (JMP) | 09/21/2009 | 22590 | $87,100.00 |
| 20 | CHAIFETZ, MARYALICE<br>14 VERDIN DRIVE<br>NEW CITY, NY 10956 | | 09/10/2009 | 11090 | $51,164.00 |
| 21 | CHAISATAVORAVONG, VEERASAK/CHAISATAWORAWONG,<br>SUKONTHA<br>940/315 BANGNA-TRAD ROAD, KM 3<br>BANGKOK, 10260<br>THAILAND | | 09/14/2009 | 12137 | Undetermined |
| 22 | CHIDCHUA SUNTHAROS/UDOM PANOMNETKUL<br>1/20 BANGKOK BANK LANE<br>SUAPA ROAD<br>BANGKOK, 10100<br>THAILAND | | 09/14/2009 | 12136 | Undetermined |
| 23 | CHINNERY, CHRISTINE<br>47 LILLIESHALL ROAD<br>LONDON, GT LON, SW4 0LW<br>UNITED KINGDOM | | 08/20/2009 | 8781 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 24 | CHLADEK, IRMIN<br>NESTROYWEG 14<br>WR. NEUDORF, A-2351<br>AUSTRIA | 08-13555 (JMP) | 09/14/2009 | 11976 | $1,496.00 |
| 25 | CINTRON, YVETTE<br>17026 CARLTON WAY ROAD<br>HUNTERSVILLE, NC 28078 | | 07/31/2009 | 6901 | $86,475.00 |
| 26 | COIRO-TIMMER, ANTONELLA<br>1911 ADAMS AVE<br>WEST ISLIP, NY 11795 | 08-13555 (JMP) | 09/10/2009 | 11282 | $5,000.00* |
| 27 | COMFORT HOLDINGS LTD.<br>EAST BAY STREET<br>P.O. BOX N-7757<br>NASSAU,<br>BAHAMAS | | 09/21/2009 | 24220 | Undetermined |
| 28 | COSTA, JULIA<br>293 ELSMERE PLACE<br>FORT LEE, NJ 07024 | | 08/17/2009 | 8536 | $34,731.67 |
| 29 | COSTIN, PAUL<br>508-15 PLACE DE LA TRIADE<br>POINTE-CLAIRE, QC H9R OA3<br>CANADA | | 07/23/2009 | 6020 | $37,844.33 |
| 30 | DAICHI JAPAN CORPORATION<br>ROOM 212 2/F METRO CENTRE 1<br>32 LAM KING STREET<br>KOWLOON BAY<br>KOWLOON,<br>HONG KONG | | 09/22/2009 | 33216 | $1,500,000.00 |
| 31 | DE GRAMONT, ANTOINE<br>3711 SAN FELIPE ST UNIT 12B<br>HOUSTON, TX 77027-4040 | | 10/27/2009 | 48733 | $5,013.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 32 | DE VISDOMINI, ARTURO<br>FLAT 8 T OBSERVATORY GARDENS<br>LONDON, W8 7HY<br>UNITED KINGDOM | 08-13555 (JMP) | 09/22/2009 | 31751 | Undetermined |
| 33 | DEBOST, MICHEL<br>340 EDGEMEER PL.<br>OBERLIN, OH 44074 | | 09/04/2009 | 10391 | $2,207.00 |
| 34 | DEEPAK, SUREKA<br>RM 1725, 17TH FLOOR<br>STAR HOUSE, 3 SALISBURY ROAD<br>TSIM SHA TSUI<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | 09/21/2009 | 24966 | Undetermined |
| 35 | DELACRUZ-SANTULLI, MARITZEL<br>1203 RIVER ROAD APT 2B<br>EDGEWATER, NJ 07020 | 08-13885 (JMP) | 10/10/2008 | 162 | $5,984.41 |
| 36 | DEUTSCHE BANK S.A.E.<br>ACTING ON BEHALF OF THE CLIENTS LISTED IN THE ATACHED ANNEX.<br>ATTN: BELEN DOPAZO<br>RONDA GENERAL MITRE 72-74<br>BARCELONA, 08017<br>SPAIN | | 10/29/2009 | 56298 | $29,704.50 |
| 37 | DREAM VENTURES (BAHAMAS) LTD<br>EAST BAY STREET<br>PO BOX N-7757<br>NASSAU,<br>BAHAMAS | | 09/11/2009 | 11395 | Undetermined |
| 38 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG<br>3000181002<br>100 SE 2ND STREET, SUITE 2610<br>MIAMI, FL 33131 | | 09/22/2009 | 32591 | $42.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 39 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG<br>00.402163_0<br>100 SE 2ND STREET, SUITE 2610<br>MIAMI, FL 33131 | | 09/22/2009 | 32637 | $4,200.00 |
| 40 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG<br>200002281<br>100 SE 2ND STREET, SUITE 2610<br>MIAMI, FL 33131 | | 09/22/2009 | 32638 | $189.00 |
| 41 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG<br>POLICY # 4905004083<br>ATTN: A. REUS<br>100 SE 2ND STREET, SUITE 2610<br>MIAMI, FL 33131 | 08-13555 (JMP) | 11/02/2009 | 63345 | $33,306.50 |
| 42 | DRRT FBO UBS (BAHAMAS) LTD.<br>PA<br>100 SE 2ND STREET SUITE 2610<br>MIAMI, FL 33131 | | 09/22/2009 | 32716 | $966.00 |
| 43 | DRRT FBO UBS (BAHAMAS) LTD.<br>GL<br>100 SE 2ND STREET, SUITE 2610<br>MIAMI, FL 33131 | | 09/22/2009 | 32717 | $579.60 |
| 44 | DRRT FBO UBS (BAHAMAS) LTD.<br>BR<br>100 SE 2ND STREET, SUITE 2610<br>MIAMI, FL 33131 | | 09/22/2009 | 32718 | $2,100.00 |
| 45 | DRRT FBO UBS (BAHAMAS) LTD.<br>IN<br>100 SE 2ND STREET, SUITE 2610<br>MIAMI, FL 33131 | | 09/22/2009 | 32719 | $772.80 |
| 46 | DRRT FBO UBS (BAHAMAS) LTD.<br>MO<br>100 SE 2ND STREET, SUITE 2610<br>MIAMI, FL 33131 | | 09/22/2009 | 32720 | $181.44 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 47 | DUNDEE SECURITIES CORPORATION INSTITUTIONAL DEPARTMENT ATTN: PATRICIA MARQUES 1 ADELAIDE STREET EAST SUITE 2700 TORONTO, ON M5C 2VP CANADA | 08-13555 (JMP) | 10/23/2009 | 45278 | $8,550.00 |
| 48 | DUNN, WILLIAM J. 10714 GRAYSON STREET JACKSONVILLE, FL 32220-1868 | 08-13555 (JMP) | 04/16/2009 | 3789 | $3,278.50 |
| 49 | FLYNN, DAVID AND KERRY 26 STONEYBROOK CIRCLE ANDOVER, MA 01810 | 08-13555 (JMP) | 10/10/2008 | 161 | $4,451.98 |
| 50 | FORSTER, CRAIG 36 OVERBROOK DRIVE MILLWOOD, NY 10546 | | 08/06/2009 | 7472 | $11,149.00 |
| 51 | FRIEDMAN, LEONARD AND TERRY JTWROS 17770 DEAUVILLE LANE BOCA RATON, FL 33496-2455 | | 09/10/2009 | 11157 | $3,981.72 |
| 52 | FRIEDMAN, SAMANTHA J. 17770 DEAUVILLE LANE BOCA RATON, FL 33496-2455 | | 09/10/2009 | 11158 | $995.43 |
| 53 | GANDHI, JENNIFER & VINIT 25 COLUMBIA PLACE MERRICK, NY 11566 | | 09/22/2009 | 28670 | $47,799.12 |
| 54 | GIANNICO, CHRISTINE 68-63 108TH STREET APT 4P FOREST HILLS, NY 11375 | 08-13555 (JMP) | 09/22/2009 | 26574 | $3.40 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 55 | GIDWANI, DINESH/JAIRAM MANGHARAM<br>30 LA SALLE ROAD<br>KOWLOON TONG<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | 09/21/2009 | 25365 | $124,226.00 |
| 56 | GIDWANI, MANU<br>14 MARGARITA STREET<br>BACOLOD CITY, NEGROS OCCIDENTAL, 6100<br>PHILIPPINES | | 09/21/2009 | 24256 | $100,000.00 |
| 57 | GREEN, LINDA M.<br>411 N CALLE DE LUMBRE<br>GREEN VALLEY, AZ 85615 | 08-13555 (JMP) | 04/08/2009 | 3720 | $7,140.95 |
| 58 | HAGODATO PIANE LIMITED<br>UBS TRUSTEES (SINGAPORE) LTD, RET 23011<br>5 TEMASEK BOULEVARD, #18-00<br>SUNTEC TOWER FIVE<br>, 038985<br>SINGAPORE | | 09/16/2009 | 14182 | Undetermined |
| 59 | HANCOCK,STEPHEN<br>36 NEWTON ROAD<br>CAMBRIDGE, CAMBS, CB2 8AL<br>UNITED KINGDOM | | 08/19/2009 | 8682 | Undetermined |
| 60 | HARVEY, JAY<br>15 GROVE STREET<br>SAN RAFAEL, CA 94901 | 08-13555 (JMP) | 02/03/2009 | 2535 | $284.70 |
| 61 | HOPEWELL CAPITAL CORPORATION<br>6TH FLOOR<br>1122-4TH STREET SW<br>CALGARY, ALBERTA, T2R 1M1<br>CANADA | | 08/17/2009 | 8453 | $206,378.31 |
| 62 | HOUKEPEN, JAM<br>JANTEN KATEDREEF 17<br>GR GOIRLE, 5051<br>NETHERLANDS | 08-13555 (JMP) | 10/02/2009 | 36084 | $320.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 63 | ICH PROPRIETORY INVESTMENTS LTD<br>30 RAFFLES PLACE #20-02<br>CHEVRON HOUSE<br>, ME 048622<br>SINGAPORE | | 09/18/2009 | 18568 | $84,550.00 |
| 64 | INTRAWITYANUNT, PIMMARA<br>INTRAWITYANUNT, POLAWAT<br>SUPAKARN CONDOMINIUM #17C<br>CHAREONAKORN ROAD, KLONGSAN<br>BANGKOK, 10600<br>THAILAND | | 09/14/2009 | 12493 | Undetermined |
| 65 | JAMES, ALLEN<br>NATIONAL BANK FINANCIAL<br>10180 101 STREET<br>3500 MANULIFE PLACE<br>EDMONTON, AB T5J 3S4<br>CANADA | 08-13555 (JMP) | 05/04/2009 | 4522 | $10,035.63 |
| 66 | JAMESON, IAN M<br>5 HILLIER ROAD<br>LONDON, GT LON, SW116AX<br>UNITED KINGDOM | 08-13555 (JMP) | 09/17/2009 | 15387 | $438.70 |
| 67 | JOSEPH MILLER TRUST<br>ATTORNEY ALFRED PIERCE, TTEE<br>124 BELVIDERE STREET<br>NAZARETH, PA 18064 | 08-13555 (JMP) | 02/05/2009 | 2600 | $98.00 |
| 68 | KANGANIS, HELEN<br>1212 WINDWARD ROAD<br>MILFORD, CT 06460 | 08-13555 (JMP) | 08/20/2009 | 8827 | $7,379.75 |
| 69 | KELLY JR., ALFRED M.<br>7272 ROYCE PLACE<br>BROOKLYN, NY 11234 | | 07/21/2009 | 5827 | Undetermined |
| 70 | KLOPSIS, NICHOLAS<br>18 STUYVESANT ROAD<br>OAKDALE, NY 11769 | 08-13555 (JMP) | 10/07/2009 | 36839 | $7,200.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|------|-------------|------------|---------|---------------------|
| 71 KOREY, SETH<br>7543 E TAILSPIN LN<br>SCOTTSDALE, AZ 85255 | 08-13905 (JMP) | 09/21/2009 | 24462 | $59,512.45 |
| 72 KRUEGER, STEPHEN E<br>5442 TAMARACK CIR<br>MINNETONKA, MN 55345-4258 | 08-13555 (JMP) | 07/20/2009 | 5715 | $8,548.89 |
| 73 LASALLE, FLORENCE<br>3171 N BRACKENFERN PT<br>BEVERLY HILLS, FL 34465 | 08-13555 (JMP) | 08/14/2009 | 8289 | Undetermined |
| 74 LASHER, DENISE<br>CGM IRA CUSTODIAN<br>P.O. BOX 1440<br>LUTZ, FL 33548-1440 | 08-13555 (JMP) | 09/10/2009 | 11163 | $7,383.00 |
| 75 LEE, SANDERS<br>6TH FLOOR<br>1122-4TH STREET SW<br>CALGARY, ALBERTA, T2R 1M1<br>CANADA | 08-13555 (JMP) | 08/17/2009 | 8452 | $916,438.69 |
| 76 LELKO, JOHN H. & MARGARET D.<br>1034 CROSSBROOK BLVD.<br>GALLOWAY, OH 43119 | 08-13555 (JMP) | 08/06/2009 | 7561 | $10,000.00 |
| 77 LIGHTEN, WILLIAM E.<br>48 WELLINGTON AVE.<br>NEW ROCHELLE, NY 10804 | 08-13555 (JMP) | 09/22/2009 | 28229 | $20,057,279.00* |
| 78 LOMBARD INTERNATIONAL ASSURANCE S.A.<br>FAO PAUL CASEY-ACCOUNT P11001<br>AIRPORT CENTER<br>2, ROUTE DE TREVES<br>L-2633 SENNINGERBERG<br>,<br>LUXEMBOURG | 08-13555 (JMP) | 09/08/2009 | 10713 | $17,568.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 79 | LOMBARD INTERNATIONAL ASSURANCE S.A. FAO PAUL CASEY-ACCOUNT P10989 AIRPORT CENTER 2, ROUTE DE TREVES SENNINGERBERG, L-2633 LUXEMBOURG | 08-13555 (JMP) | 09/18/2009 | 18775 | $685,880.58 |
| 80 | LUCKY ASIA TRADING LIMITED C/O CHIGWELL CHANCE LIMITED FLAT A, 7/F, MILTON MANSION 96, NATHAN ROAD KOWLOON, HONG KONG | 08-13555 (JMP) | 09/23/2009 | 34424 | $100,000.00 |
| 81 | LYNCH, MARY A. 501 EAST 79TH ST. NEW YORK, NY 10021 | | 09/21/2009 | 24410 | Undetermined |
| 82 | MAGLOICCA, FRANCES 36 CLEVELAND AVE EAST BRUNSWICK, NJ 08816-4746 | | 09/03/2009 | 10273 | $7,921.78 |
| 83 | MAIONE, CYANNE 262 HOLLYWOOD AVE FAIRFIELD, NJ 07004 | | 09/21/2009 | 22115 | $18,397.80 |
| 84 | MALTHOUSE, SAMANTHA J. 206 PRIESTS LANE ESSEX SHENFIELD, CM158LG UNITED KINGDOM | | 09/23/2009 | 34576 | Undetermined |
| 85 | MARKS, BERNARD 550 S.E. MIZNER BLVD. APT B-311 BOCA RATON, FL 33432 | 08-13555 (JMP) | 09/17/2009 | 15556 | $17,986.26 |
| 86 | MAZARAKIS, JIM 6 IVY BROOK FARM CT COCKEYSVILLE, MD 21030-1743 | | 09/14/2009 | 12306 | $3,254.62 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 87 | MCGOVERN, MATTHEW<br>1114 HUDSON STREET<br>UNIT #7<br>HOBOKEN, NJ 07030 | | 09/22/2009 | 28551 | Undetermined |
| 88 | MCNAIR, PATRICIA C.<br>621 VALLEY ROAD<br>2ND FLOOR<br>MONTCLAIR, NJ 07043 | 08-13555 (JMP) | 09/21/2009 | 23599 | $587.65 |
| 89 | MEHTA, MANJU<br>PO BOX 511<br>LA CANADA, CA 91012 | | 07/24/2009 | 6061 | $1,758.51 |
| 90 | MILBERG, LEONARD<br>99 PARK AVE<br>NEW YORK, NY 10016 | | 09/22/2009 | 31540 | $17,000.00 |
| 91 | MILSTEIN, ORI<br>43 TCHERNIHOVSKY STREET<br>TEL-AVIV, 63428<br>ISRAEL | 08-13555 (JMP) | 08/10/2009 | 7946 | $25,982.00 |
| 92 | MOTHERLAND LIMITED<br>C/O DBSCSL<br>11/F, THE CENTER<br>99 QUEEN'S ROAD<br>,<br>HONG KONG | | 09/16/2009 | 14325 | $0.00* |
| 93 | MOUM, FRANCESCA<br>214 LINDEN AVENUE<br>WESTFIELD, NJ 07090 | | 09/22/2009 | 31123 | $1,460.00 |
| 94 | MRINKY, ROMAN<br>3415 NEPTTUNE AVE., APT 2107<br>BROOKLYN, NY 11224 | 08-13555 (JMP) | 10/09/2008 | 129 | $2,630.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 95 | NANIKRAM, BHARVANI DILIPKUMAR & DILIP, BHARVANI VINAL<br>20-C BUTLER TOWERS, 1-5 BOYCE ROAD<br>JARDINE'S LOOKOUT<br>,<br>HONG KONG | 08-13555 (JMP) | 09/24/2009 | 34771 | $100,000.00 |
| 96 | ORAWAN PATTANAPEERADEJ/ TANAPORN RUKSUJARIT<br>209/1, NAMUANG RD MUANG<br>KHON KAEN, 40000<br>THAILAND | | 09/15/2009 | 12763 | Undetermined |
| 97 | ORAWAN PATTANAPEERADEJ/ TANAPORN RUKSUJARIT<br>209/1, NAMUANG RD MUANG<br>KHON KAEN, 40000<br>THAILAND | | 09/15/2009 | 12764 | Undetermined |
| 98 | ORELLANA, OLGA S MARITAL TR UNDER ORELLANA FAMILY TR<br>541 COMSTOCK AVE<br>LOS ANGELES, CA 90024 | 08-13555 (JMP) | 04/27/2009 | 4232 | Undetermined |
| 99 | ORELLANA, OLGA S TTEE<br>RESIDUARY TR UNDER ORELLANA FAMILY TR<br>541 COMSTOCK AVE<br>LOS ANGELES, CA 90024 | 08-13555 (JMP) | 04/27/2009 | 4233 | Undetermined |
| 100 | OVEJERO, SILVIA AND/OR DAVID DE LAFUENTE<br>RAMBLA GANDHI<br>189 PORTERIA<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | 09/22/2009 | 33112 | $14,746.10 |
| 101 | PAPANASTASOULIS, GEORGE SPYRIDON & CHIARELLA, ROSANNA<br>130 RUE SAUVE<br>ISE BIZARD, QC<br>CANADA | 08-13555 (JMP) | 09/08/2009 | 10753 | $628.46 |
| 102 | PATEL, MADHU M.<br>7204 JACKSON STREET<br>NORTH BERGEN, NJ 07047 | | 07/20/2009 | 5662 | $49,671.23 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 103 | PEREYRA, ALEJANDRO AND FERNANDEZ, OLIVIA PEREYRA AS JTWROS-TOD 181 CRANDON BOULEVARD #202 KEY BISCAYNE, FL 33149 | 08-13555 (JMP) | 09/21/2009 | 22592 | $3,092.85 |
| 104 | PICERNO, PETRINA M 8 HIXON TERRACE HOLMDEL, NJ 07733 | | 09/22/2009 | 33114 | $1,127.23 |
| 105 | PITTAS, MYRIAN E 21 READ AVENUE WILMINGTON, DE 19804 | 08-13555 (JMP) | 09/25/2009 | 34949 | Undetermined |
| 106 | PITTAS, MYRIAN E. 21 READ AVENUE WILMINGTON, DE 19804 | 08-13555 (JMP) | 09/25/2009 | 34948 | $3,800.00 |
| 107 | POMMERENING PROF. DR. DIETER COLONNADEN 39 HAMBURG, 20354 GERMANY | | 08/03/2009 | 7210 | $12,750.00 |
| 108 | PRITCHETT, JACK 23732 MALIBU RD. MALIBU, CA 90265-4603 | 08-13555 (JMP) | 03/05/2010 | 66366 | $12,415.00 |
| 109 | PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF COLORADO C/O ENTWISTLE & CAPPUCCI LLP ATTN: ANDREW J. ENTWISTLE, JOSHUA K PORTER 280 PARK AVENUE, 26 FLOOR WEST NEW YORK, NY 10017 | 08-13555 (JMP) | 09/22/2009 | 29066 | $26,928,232.39 |
| 110 | REIS KUO FONG JOSELYN & REIS JOANNA FRANCISCA NO. 7 MOORSOM DRIVE, JARDINE'S LOOKOUT , HONG KONG | 08-13555 (JMP) | 09/17/2009 | 15533 | $100,000.00 |
| 111 | RILEY, RICHARD F. 3528 KELSEY LANE SW ROCHESTER, MN 55902 | 08-13555 (JMP) | 04/16/2009 | 3795 | $5,250.40 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 112 | RILEY, RICHARD F. & SUZANNE M.<br>3528 KELSEY LANE SW<br>ROCHESTER, MN 55902 | 08-13555 (JMP) | 04/16/2009 | 3797 | $5,250.40 |
| 113 | RILEY, SUZANNE M.<br>3528 KELSEY LANE SW<br>ROCHESTER, MN 55902 | 08-13555 (JMP) | 04/16/2009 | 3796 | $9,967.00 |
| 114 | RINCKEL, SAUNDRA D<br>25188 MARION AVENUE, APT. F408<br>PUNTA GORDA, FL 33950 | | 08/10/2009 | 7869 | Undetermined |
| 115 | ROMANO, PETER PAUL<br>140 WOODS OF ARDEN ROAD<br>STATEN ISLAND, NY 10312 | 08-13555 (JMP) | 04/09/2009 | 3726 | $1,098,315.74 |
| 116 | RONG, LIN<br>UNIT NO. 501, GATE 5, BLD 4<br>NO. 16 DONG ZHIMEN BEIXIAOJIE<br>DONGCHENG DISTRICT<br>BEIJING, 100007<br>CHINA | 08-13555 (JMP) | 09/24/2009 | 34719 | $100,000.00 |
| 117 | ROULETT, JOHN P<br>6 CEDAR PL<br>GARDEN CITY, NY 11530-5927 | | 07/20/2009 | 5751 | Undetermined |
| 118 | SACHS, MICHAEL C.<br>360 WEST 28TH ST, # 3B<br>ATTN: MICHAEL C SACHS<br>NEW YORK, NY 10001 | 08-13555 (JMP) | 09/24/2008 | 16 | $1,465.48 |
| 119 | SAGAR, DEEP & SOOD, MEERA<br>ROSINKA, BALCARY GARDENS,<br>BERKHAMSTED<br>HERTFORDSHIRE, HP4 3UU<br>UNITED KINGDOM | 08-13555 (JMP) | 11/03/2008 | 472 | $5,550.00 |
| 120 | SANT'ANGELO, CELESTE M<br>799 PARK AV APT 16A<br>NEW YORK, NY 10021 | | 09/22/2009 | 27714 | $274,392.13 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 121 | SARMAST, AIDA<br>752 E. NICHOLS DRIVE<br>LITTLETON, CO 80122-2842 | | 03/04/2010 | 66363 | $48,603.23 |
| 122 | SARMAST, AIDA Y.<br>752 E NICHOLS DR<br>LITTLETON, CO 80122 | | 09/11/2009 | 11367 | $4,538.00 |
| 123 | SEPHARDIC COMMUNITY CENTER<br>1901 OCEAN PARKWAY<br>BROOKLYN, NY 11223-3056 | | 07/15/2009 | 5392 | $1,000.00* |
| 124 | SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED<br>P.O. BOX 6<br>ST. PETER PORT GUERNSEY<br>, GY1 3AE<br>UNITED KINGDOM | | 06/29/2009 | 5026 | $215,129.64 |
| 125 | SHAFIR, ROBERT S.<br>1930 BROADWAY, APR. 30C<br>NEW YORK, NY 10023-6949 | 08-13555 (JMP) | 09/22/2009 | 28237 | Undetermined |
| 126 | SHIRLEY, WILLIAM L.<br>725 SEMINOLE POINT RD<br>FAIR PLAY, SC 29643-3041 | | 10/05/2009 | 36382 | Undetermined |
| 127 | SHMERKIN, ELONA<br>2827 BROWN STREET<br>APT. 1C<br>BROOKLYN, NY 11235 | | 08/19/2009 | 8742 | $14,000.00 |
| 128 | SIEGEL, NEIL S.<br>266 GERMONDS ROAD<br>WEST NYACK, NY 10994 | | 07/24/2009 | 6091 | $5,210.00 |
| 129 | SOCIETE EUROPEENNE DE BANQUE SA<br>19/21 BOULEVARD DU PRINCE HENRI<br>LUXEMBOURG, L-1724 | 08-13555 (JMP) | 09/21/2009 | 24319 | $5,075.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 130 | SOJKA, CHRISTIAN<br>ZACHARIAS GUNDIAN STRASSE 10<br>MARZ, 7221<br>AUSTRIA | | 08/28/2009 | 9692 | $1,400.00 |
| 131 | SPREEUWENBERG, P.J.<br>SCHRIJVERSDIJK 3<br>BRIELLE, 3231 LL<br>NETHERLANDS | | 10/30/2009 | 57471 | Undetermined |
| 132 | SWAGNER, MARGUERITE M.<br>70 RED OAK TERRACE<br>T-HOUSE<br>OAK RIDGE, NJ 07438-9190 | 08-13555 (JMP) | 09/24/2009 | 34833 | $2,177.88* |
| 133 | TAMAKI, KANEDA<br>SUITE 1913 19/F ASIAN HOUSE<br>1 HENNESSY ROAD<br>WANCHAI,<br>HONG KONG | 08-13555 (JMP) | 09/28/2009 | 35304 | $100,000.00 |
| 134 | TANG, NORAH N<br>100 BEEKMAN ST #14L<br>NEW YORK, NY 100038 | 08-13555 (JMP) | 09/22/2009 | 26338 | $196,389.00 |
| 135 | TANGKARAVAKOON, JATUPHAT & LA-OR<br>94/1 EKAMI 22 WATTANA<br>BANGKOK, 10110<br>THAILAND | | 09/16/2009 | 14183 | Undetermined |
| 136 | TAZAKI, TAKAHIRO<br>7-1-25-203<br>MINAMISUNA<br>KOTOKU, 13 136-0076<br>JAPAN | | 08/31/2009 | 9888 | $169.90 |
| 137 | THAMBIMUTHU, RAJARATNAM<br>4 VAN DYCK AVENUE<br>NEW MALDEN,SURREY, KT3 5NQ<br>UNITED KINGDOM | | 09/23/2009 | 34335 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 138 | THAMBIMUTHU, RAJARATNAM<br>4 VAN DYCK AVENUE<br>NEW MALDEN<br>SURREY, KT3 5NQ<br>UNITED KINGDOM | 08-13555 (JMP) | 09/23/2009 | 34413 | Undetermined |
| 139 | THAMBIMUTHU, RAJARATNAM<br>4 VAN DYCK AVENUE<br>NEW MALDEN, KT3 5NQ<br>UNITED KINGDOM | | 09/23/2009 | 34414 | Undetermined |
| 140 | TIETJEN, MIRELLA A.<br>15-19 209TH STREET<br>BAYSIDE, NY 11360 | 08-13555 (JMP) | 09/03/2009 | 10199 | $476.25 |
| 141 | UNIFIED CREDIT TR UNDER ORELLANA FAMILY TR<br>OLGA S ORELLANT TTEE<br>541 COMSTOCK<br>LOS ANGELES, CA 90024 | 08-13555 (JMP) | 04/27/2009 | 3980 | Undetermined |
| 142 | WADE, RAYMOND<br>507 1/2 OCEAN PARK AVENUE<br>BRADLEY BEACH, NJ 07720 | 08-13555 (JMP) | 08/26/2009 | 9417 | $2,261.90 |
| 143 | WAGOWSKI, HARRY<br>13 AVON LANE<br>NEW CITY, NY 10956 | 08-13555 (JMP) | 04/22/2009 | 3890 | $25,000.00 |
| 144 | WAINWRIGHT, CHRISTINE IRA R/O<br>225 MOUNTAIN AVE<br>PRINCETON, NJ 08540 | | 08/05/2009 | 7360 | $860.08 |
| 145 | WELLTEC INC<br>NO. 7 MOORSOM DRIVE<br>JARDINE'S LOOKOUT<br>,<br>HONG KONG | 08-13555 (JMP) | 09/17/2009 | 15534 | $200,000.00 |
| 146 | WILKINSON, PATRICK M<br>99 TENNYSON DRIVE<br>SHORT HILLS, NJ 07078-1016 | | 09/01/2009 | 10011 | $49,646.48 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT A – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 147 | WOLFGANG AND SABINE BELL<br>C/O TILP INTERNATIONAL<br>BIRKENWEG 11<br>SACHSELN, CH-6072<br>SWITZERLAND | 08-13555 (JMP) | 09/21/2009 | 26060 | $2,000.00 |
| 148 | WONG, ALEX CHIN PANG<br>NO. 2 PARK ROAD, 19/FL<br>FLAT A, MID-LEVELS<br>,<br>HONG KONG | 08-13555 (JMP) | 09/08/2009 | 10751 | $100,000.00 |
| 149 | WOODSON, ELIZABETH G.<br>106 NORTH STREET<br>RICH CREEK, VA 24147 | 08-13555 (JMP) | 12/11/2008 | 1289 | $0.00 |
| 150 | ZAMORA, BARBARA L<br>TOKYO MIDTOWN RESIDENCES # 1910<br>9-7-2 AKASAKA<br>MINATO-KU, 107-0052<br>JAPAN | | 02/03/2010 | 66232 | $15,020.25 |
| 151 | ZITO, ROBERT L.<br>4600 N SUNCASTLE CT.<br>APPLETON, WI 54913 | 08-13555 (JMP) | 11/03/2008 | 479 | $10,088.81 |
| 152 | ZVI TRADING CORP. EMPLOYEES MONEY PURCHASE PENSION TRUST<br>COLLEEN E. MCMANUS<br>MIUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.<br>191 N. WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606 | 08-13555 (JMP) | 05/20/2009 | 4463 | $37,040.97 |
| | | | TOTAL | | $57,483,837.52 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

----------------------------------------------------------------------x

### ORDER GRANTING DEBTORS'
### SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
### <u>(TO RECLASSIFY PROOFS OF CLAIM AS EQUITY)</u>

Upon the seventy-fifth omnibus objection to claims, dated December 8, 2010 (the

"<u>Seventy-Fifth Omnibus Objection to Claims</u>"),[1] of Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "<u>Debtors</u>"), in accordance with Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664], seeking to reclassify Stock Claims as equity

interests, all as more fully described in the Seventy-Fifth Omnibus Objection to Claims; and due

and proper notice of the Seventy-Fifth Omnibus Objection to Claims having been provided to: (i)

each claimant listed on <u>Exhibit A</u> attached thereto; (ii) the U.S. Trustee; (iii) the attorneys for the

Creditors' Committee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue

Service; and (vi) the United States Attorney for the Southern District of New York, and (vii) all

other parties entitled to notice in accordance with the procedures set forth in the second amended

order entered on June 17, 2010 governing case management and administrative procedures for

these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief sought in the Seventy-Fifth Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Seventy-Fifth Omnibus Objection to Claims.

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties

in interest and that the legal and factual bases set forth in the Seventy-Fifth Omnibus Objection

to Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Seventy-Fifth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to sections 502(b) and 510(b) of the Bankruptcy Code,

the Stock Claims listed on Exhibit 1 annexed hereto are hereby reclassified as equity interests;

and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized to

modify the claims register to reflect this order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2010
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE