**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Lehman Brothers Holdings Inc., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | Proof of Claim No.: **19689** |
| | Date Proof of Claim Filed: **9/11/2009** |
| | Amount of Claim Transferred: **$1,235,695.48** |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
### PURSUANT TO FRBP RULE 3001(e)(2)

**TO:  TRANSFEROR:**  WESLEY CAPITAL QP, LP
c/o Wesley Capital Management, LLC
717 Fifth Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 230-4776
E-mail:   pseuffert@wesleycapital.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **19689** against Lehman Brothers Holdings Inc. in the amount of **$1,235,695.48** as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:**  TPG CREDIT STRATEGIES FUND, L.P.
c/o TPG Credit Management, LP
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Attention:  Mark White
Telephone: (612) 851-3044
Facsimile: (612) 821-3001
E-mail:    mwhite@tpgcredit.com

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

EXHIBIT A TO
ASSIGNMENT OF CLAIM

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, WESLEY CAPITAL QP, LP ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to TPG CREDIT STRATEGIES FUND, L.P.. ("Assignee"), all of Assignor's right, title, interest, claims[5] and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number 19689 in an amount of not less than $1,235,695.48 (the "Assigned Claim"), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (jointly administered under Case No. 08-13555) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on October 21, 2009.

WESLEY CAPITAL QP, LP

By: WESLEY CAPITAL MANAGEMENT, LLC

By: _____
Name of person signing  Arthur Wrubel
Title of person signing  Co-Managing Member_

---

[5] As that term is defined in 11 USC § 101(5)

SK 22283 0001 1039742

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

<hr />

**TPG CREDIT STRATEGIES FUND L.P.**
By: TPG Credit Strategies GP, L.P.
Its: General Partner

By: _[signature]_
Name: JULIE K BRAN
Title: VICE PRESIDENT

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| Lehman Brothers Holdings Inc., et al. | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |
|   | ) Proof of Claim No.: **19680** |
|   | Date Proof of Claim Filed: **9/11/2009** |
|   | Amount of Claim Transferred: **$373,182.03** |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**
**PURSUANT TO FRBP RULE 3001(e)(2)**

**TO:    TRANSFEROR:**    WESLEY CAPITAL, LP
c/o Wesley Capital Management, LLC
717 Fifth Avenue, 14th Floor
New York, New York 10022
Telephone:  (212) 230-4776
E-mail:    pseuffert@wesleycapital.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **19680** against Lehman Brothers Holdings Inc. in the amount of **$373,182.03** as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:**    **TPG CREDIT STRATEGIES FUND, L.P.**
c/o TPG Credit Management, LP
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Attention:  Mark White
Telephone:  (612) 851-3044
Facsimile:  (612) 821-3001
E-mail:    mwhite@tpgcredit.com

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

EXHIBIT A TO
ASSIGNMENT OF CLAIM

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, WESLEY CAPITAL, LP ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to TPG CREDIT STRATEGIES FUND, L.P., ("Assignee"), all of Assignor's right, title, interest, claims[5] and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number 19680 in an amount of not less than $373,182.03 (the "Assigned Claim"), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (jointly administered under Case No. 08-13555) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on October 21, 2009.

WESLEY CAPITAL, LP

By: WESLEY CAPITAL MANAGEMENT, LLC
By: _____
Name of person signing Arthur Wrubel
Title of person signing Co-Managing Member

---

[5] As that term is defined in 11 USC § 101(5)

SK 22283 0001 1039736

**TPG CREDIT STRATEGIES FUND L.P.**
By: TPG Credit Strategies GP, L.P.
Its: General Partner

By: _____
Name: JULIE K BRAUN
Title: VICE PRESIDENT

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Lehman Brothers Holdings Inc., et al. | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

Proof of Claim No.: **19679**
Date Proof of Claim Filed: **9/11/2009**
Amount of Claim Transferred: **$2,178,221.60**

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**
**PURSUANT TO FRBP RULE 3001(e)(2)**

**TO: TRANSFEROR:** WESLEY CAPITAL MASTER FUND, LTD.
c/o Wesley Capital Management, LLC
717 Fifth Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 230-4776
E-mail: pseuffert@wesleycapital.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **19679** against Lehman Brothers Holdings Inc. in the amount of **$2,178,221.60** as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:** TPG CREDIT STRATEGIES FUND, L.P.
c/o TPG Credit Management, LP
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Attention: Mark White
Telephone: (612) 851-3044
Facsimile: (612) 821-3001
E-mail: mwhite@tpgcredit.com

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

EXHIBIT A TO
ASSIGNMENT OF CLAIM

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, WESLEY CAPITAL MASTER FUND, LTD. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to TPG CREDIT STRATEGIES FUND, L.P., ("Assignee"), all of Assignor's right, title, interest, claims[5] and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number 19679 in an amount of not less than $2,178,221.60 (the "Assigned Claim"), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (jointly administered under Case No. 08-13555) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on October 21, 2009.

WESLEY CAPITAL MASTER FUND, LTD.

By: WESLEY CAPITAL MANAGEMENT, LLC

By: _____
Name of person signing Arthur Wrubel
Title of person signing Co-Managing Member

---

[5] As that term is defined in 11 USC § 101(5)

SK 22283 0001 1039576

**TPG CREDIT STRATEGIES FUND L.P.**
By: TPG Credit Strategies GP, L.P.
Its: General Partner

By: _____
Name: JULIE K BRAUN
Title: VICE PRESIDENT