ALSTON & BIRD LLP
Michael Johnson, Esq.
90 Park Avenue
New York, N.Y. 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

and

John C. Weitnauer, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Bank of America, National Association
successor by merger with LaSalle Bank National Association,
as Trustee under certain Pooling and Servicing Agreements*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :  **Chapter 11**
                                                            :
**LEHMAN BROTHERS HOLDINGS, INC.,**                         :  **Case No. 08-13555 (JMP)**
*et al.*                                                    :
                                                            :  **(Jointly Administered)**
         Debtor.                                            :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        )    ss.:
COUNTY OF NEW YORK      )

   Leslie Salcedo, being duly sworn, hereby deposes and says:

   1.   I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York

10016.

2.     On December 9, 2010, I caused a true and correct copy of Limited Objection of Bank of America, National Association Successor by Merger to LaSalle Bank National Association, Solely in its Capacity as Trustee under Certain Pooling and Servicing Agreements to the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of the Debtors under Derivatives Transactions with Special Purpose Vehicle Counterparties, to be served upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

                /s/ Leslie Salcedo
                Leslie Salcedo

Sworn to before me this
10th day of December, 2010.

/s/ Kim Fitzgerlad
Kim Fitzgerald
Notary Public, State of New York
No. 01F1609313
Certificate Filed in New York County
Commission Expires August 9, 2013

<u>Exhibit A</u>

**<u>Via First Class Mail</u>**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard W. Slack, Esq.
    Ralph I. Miller, Esq.
    Peter Gruenberger, Esq.

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET 21ST FLOOR
NEW YORK, NY  10004
ATTN: Andy Velez-Rivera, Esq.
    Paul Schwartzberg, Esq.
    Brian Masumoto, Esq.
    Linda Riffkin, Esq.
    Tracy Hope Davis, Esq.

Millbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.