UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) Chapter 11 ) ) Case No. 08-13555 (JMP) ) |
| Debtors. | ) (Jointly Administered) ) |

-------------------------------------------------------------

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

David L. Stevens, being duly sworn, deposes and says:

1. I reside in New York, NY, am over 18 years of age and am not a party to this action.

2. On December 8, 2010, the document listed below (the "Filing") was filed electronically via the Court's CM/ECF System.

- JOINDER OF HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, IN OBJECTION OF THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AND BNY CORPORATE TRUSTEE SERVICES LIMITED TO DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-390 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS WITH SPECIAL PURPOSE VEHICLE COUNTERPARTIES

3. Electronic notice of said Filing was provided via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing. Such parties may access the Filing through the Court's CM/ECF System.

4.      Copies of the Filing were also served on December 8, 2010, by placing same in properly addressed, postage prepaid envelopes and depositing said envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service.

By: _____
David L. Stevens

Sworn to before me this
10th day of Dec., 2010

_____
Notary Public
Sarah K. Howell
Notary Public, State of New York
No. 01HO6117436
Qualified in Queens County
Commission Expires October 25, 201

**Service List:**

Richard W. Slack, Ralph I. Miller,
Peter Gruenberger
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andy Velez-Rivera, Paul Schwarzberg,
Brian Masumoto, Linda Riffkin,
Tracy Hope Davis
Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne,
Dennis O'Donnell, Evan Fleck
Milbank, Tweed, Hadley
& McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005