767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

December 10, 2010

BY HAND

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: ADR Procedures Order dated 9/17/09 ("Order")**
**Thirteenth Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the thirteenth) to the Court pursuant to Order ¶13. Debtors will file this report on the docket in advance of the December 15, 2010 omnibus hearing.

In the just-ended 30-day period, Debtors have served five additional ADR Notices, bringing the total number of such notices served to 92 on 117 counterparties. Also in the immediately past reporting period, Debtors achieved settlements in principle with counterparties in five additional ADR matters, one as a result of mediation. Upon closing of these settlements, Debtors will have received an aggregate total of $329,818,832.98 new dollars for the Debtors' estates. Settlements now have been obtained in 41 ADR matters involving 51 counterparties.

US_ACTIVE:\43580530\01\58399.0003

The Honorable James M. Peck
December 10, 2010
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 23 ADR matters that have reached the mediation stage and have been concluded, 22 have been settled in mediation. Only one mediation has terminated without settlement. Six additional mediations have been scheduled to commence on the following dates: November 11 and 18 and December 16, 17 and 22, 2010, and January 5, 18 and 28, 2011.

Respectfully Submitted,

*Peter Gruenberger*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:	Jacob Esher, Esq.
	James Freund, Esq.
	David Geronemus, Esq.
	Ralph Mabey, Esq.
	David Cohen, Esq.
	(all cc's via E-mail)

US_ACTIVE:\43580530\01\58399.0003