CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone:  (212) 878-8000
Facsimile:  (212) 878-8375
Andrew P. Brozman
Sara M. Tapinekis

*Counsel to Crédit Agricole Corporate and Investment Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                             :
                                                                  :  Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                         :
                                                                  :  Case No. 08-13555 (JMP)
Debtors.                                                          :
                                                                  :  (Jointly Administered)
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Sara Tapinekis, hereby certify that on December 8, 2010, I caused to be delivered a true and correct copy of Crédit Agricole Corporate and Investment Bank's Objection to the Debtors' Motion Pursuant To Section 105(a) Of The Bankruptcy Code And General Order M-390 For Authorization To Implement Alternative Dispute Resolution Procedures For Affirmative Claims Of Debtors Under Derivatives Transactions With Special Purpose Vehicle Counterparties (the "Objection") and the Declaration of Sara Tapinekis in Support of Crédit Agricole Corporate and Investment Bank's Objection to the Debtors' Motion Pursuant To Section 105(a) Of The Bankruptcy Code And General Order M-390 For Authorization To Implement Alternative Dispute Resolution Procedures For Affirmative Claims Of Debtors Under Derivatives Transactions With Special Purpose Vehicle Counterparties (the "Declaration") by hand to Weil, Gotshal & Manges LLP, Attn:  Richard W. Slack, Esq., Ralph I. Miller, Esq. and Peter Gruenberger, Esq., 767 Fifth Avenue, New York, New York  10153 and Milbank, Tweed,

Hadley & McCloy LLP, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq., Chase Manhattan Plaza, New York, New York 10005 and by e-mail to the parties set forth on Master Service List as of December 7, 2010. [Docket No. 13291]

In addition, on December 9, 2010, I caused a true and correct copy of the Objection and the Declaration to be delivered by hand to The Office of the United States Trustee for the Southern District of New York, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Rifkin, Esq., and Tracy Hope Davis, Esq., 33 Whitehall Street, 21st Floor, New York, New York 10004 and by first class postage prepaid mail to the Internal Revenue Service, Special Procedures Branch, Attn: District Director, 290 Broadway, New York, New York 10007.

Dated: December 10, 2010
      New York, New York

CLIFFORD CHANCE US LLP

By: */s/ Sara Tapinekis*
   Sara Tapinekis
   Clifford Chance US LLP
   31 West 52nd Street
   New York, New York 10019
   (212) 878-8000

*Counsel to Crédit Agricole Corporate and Investment Bank*