Andrew K. Glenn (AG-9934)
Matthew B. Stein (MS-0062)
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS INC., *et al.*  Debtors. | Chapter 11 Case No. 08-13555 (JMP) |

## CERTIFICATE OF SERVICE

I, Matthew B. Stein, an attorney admitted to practice before this Court, certifies under penalty of perjury, that true copies of the *Limited Objection of the Belmont Noteholders To the Debtors' Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of a Settlement Among Lehman Brothers Special Financing Inc., BNY Corporate Trustee Services Limited, Perpetual Trustee Company Limited, and Others, Relating To Certain Swap Transactions With Saphir Finance Public Limited Company* and the *Declaration of Andrew K. Glenn* was served on December 8 via U.S. mail, upon the parties on the annexed service list.

Dated: December 10, 2010
       New York, New York

/s/ Matthew B. Stein
Matthew B. Stein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700 (Telephone)
(212) 506-1800 (Facsimile)

## Service List

**Via U.S. Mail**

Honorable James M. Peck
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004

Ralph I. Miller, Esq.
Peter Gruenberger, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chaase Manhattan Plaza
New York, NY 10005

Eric A. Schaffer, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222

Office of the United States Trustee for the Southern District of New York
Tracy Hope Davis, Esq.
Andy Velez-Rivers, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
33 Whitehall Street
New York, NY 10004