UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | x | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | x | |

---

SUPPLEMENTAL DECLARATION OF
KATHERINE A. BURROUGHS ON BEHALF OF DECHERT LLP

I, Katherine A. Burroughs, declare and state as follows:

1. I am a partner in the law firm of Dechert LLP ("*Dechert*" or the "*Firm*"), and am duly authorized to make this declaration (this "*Supplemental Declaration*") on the Firm's behalf. I submit this Supplemental Declaration in connection with the Debtors' Application for Authorization to Employ and Retain Dechert LLP, as Special Counsel to the Debtors, *Nunc Pro Tunc* to March 1, 2010 [Docket No. 9357] (the "*Application*"), which was filed pursuant to sections 327(e) and 329 of title 11 of the United States Code and Rule 2014 of the Federal Rules of Bankruptcy Procedures on June 1, 2010. On June 22, 2010, the Court entered an order granting the Application [Docket No. 9727].

2. This Supplemental Declaration supplements my previous declaration in support of Dechert's retention (as annexed to the Application, the "*Initial Declaration*"), dated June 1, 2010.[1] Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

---

[1] In addition to the Initial Declaration, pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business [Docket No. 1394], Dechert filed: (i) the Affidavit and Disclosure Statement of Katherine A. Burroughs, on behalf of Dechert LLP [Docket No. 2599] on January 22, 2009; (ii) the Supplemental Affidavit and Disclosure Statement of Katherine A. Burroughs, on behalf of Dechert LLP [Docket No. 3361] on April 14, 2009; (iii) the Supplemental Affidavit and Disclosure Statement of Katherine A. Burroughs, on behalf of Dechert LLP [Docket No.

16054587.5.BUSINESS

3.  In the Initial Declaration, I included, as Schedule 3, the Disclosure of Representation (as defined therein) with a list of clients that Dechert has represented within the past two years, or currently represents, in matters unrelated to the Debtors' chapter 11 cases. This list is hereby supplemented to include the clients listed on the attached Exhibit A.

4.  In the Initial Declaration, I also disclosed that Dechert represents or has represented parties in connection with these chapter 11 cases and/or in connection with claims against certain affiliates of the Debtors. As a further supplement to the Initial Declaration, Dechert also represents the following party in connection with claims against certain affiliates of the Debtors:

   a.  MainStay High Yield Opportunities Fund

5.  Except as specifically set forth herein, this Supplemental Declaration does not modify the statements in the Initial Declaration. To the best of my knowledge, information, and belief, Dechert does not hold or represent an interest adverse to the Debtors or their respective estates in the matters for which Dechert is retained. I will supplement this Supplemental Declaration to the extent additional relevant information becomes available during the pendency of these cases.

---

3398] on April 20, 2009; (iv) the Supplemental Affidavit and Disclosure Statement of Katherine A. Burroughs, on behalf of Dechert LLP [Docket No. 4154] on June 24, 2009; (v) the Third Supplemental Affidavit and Disclosure Statement of Katherine A. Burroughs, on behalf of Dechert LLP [Docket No. 4358] on July 13, 2009; and (vi) the Fourth Supplemental Affidavit of Katherine A. Burroughs, on behalf of Dechert LLP [Docket No. 4915] on August 24, 2009.

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 10, 2010.

/s/ *Katherine A Burroughs*
Katherine A Burroughs