# Exhibit A
## Supplemental Disclosure of Representation

Representations Unrelated to Debtors' Chapter 11 Cases

Set forth below are the Interested Parties (as defined in the Initial Declaration) who Dechert currently represents or may have represented in matters unrelated to the Debtors' chapter 11 cases. Several Interested Parties fall into multiple categories of Interested Parties; however, each Interested Party is listed only once below.

**Other Potential Parties in Interest Identified by the Debtor**

3i Group PLC - BH
AllianceBernstein L.P.
Bank Julius Baer
Bankers Life and Casualty Company and Beneficial
Bank Sarasin & CIE AG
Bayview Financial Holdings, L.P.
BHF-Bank
BlueBay Macro Fund Limited
BlueBay Asset Management
BlueBay Asset Management PLC
BlueBay Convertible Plus Fund Limited
BlueBay European Distressed Opportunities Fund Limited
Capital One Financial Corporation
Carval Investors
Caspian Capital Advisors LLC
Cheyne Fund L.P.
Cheyne Leverage Fund L.P.
Countrywide Commercial Real Estate Finance, Inc.
Credit Mutuel Arkea
Credit Suisse First Boston (International)
Cyrus Capital Partners
Daiwa Securities Trust & Banking
Davidson Kempner Capital Management LLC
Delta Airlines, Inc.
Ellington Management Group, LLC
Fairfax Financial Holdings Limited
Farallon Capital Management, LLC
Fenway Partners
FH Emerging Markets Debt Fund L.P.
Future Industry Assocation
Geode Capital Management, LLC
Hain Capital Group LLC
Hayman Capital Partners, LP
HBK Master Fund L.P.

16054587.5.BUSINESS

Hermes Investment Management Limited
Highland Crusader Prior Redeemers Working Group
Janus Capital
Julius Baer Holding Inc.
Julius Baer International Limited
Landesbank Hessen-Thuringen
Louis Dreyfus
Lyxor Asset Management
Mayer Brown International LLP
Meinl, Julius Lindbergh
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Mizuho Capital Markets (UK) Ltd.
Natixis
Neuberger Berman Management, Inc.
Nomura Securities International, Inc.
OCM Principal Opportunities Fund
Ore Hill Partners LLC
PIMCO Offshore Funds
Plainfield Special Situations Master Fund
Raiffeisen Zentralbank Osterreich AG
Richard Miller
Sarasin & Partners LLP
Sarasin Asset Management LTD
Scoggin Capital Management
SEI Investments
Soros Fund Management LLC
The Governor and the Company of the Bank of Ireland
Washington National Life Insurance Company