# EXHIBIT F

# INVOICES OVER $1,000

# EXHIBIT F

# Lausten Consulting, LLC
3026 S Garland Ct
Lakewood, CO 80227

303.956.2299                                                        Matt.Lausten@hotmail.com

**Reilly Pozner**
re: Lehman Brothers Holdings, Inc. Database Consulting Project

Attn: Matt Spohn

**Fee Summary and Invoice, July 31, 2010**
**Invoice number 1020**

| Professional | Rate | Hours | Fees |
|---|---|---|---|
| Matt Lausten | $200.00 | 8.30 | $1,660.00 |

Please see attached for time detail.

**Total Amount Due, This Invoice:**                                    $1,660.00

Payment is due upon receipt. Payments more than 30 days past due will be assessed interest at the rate of 1 1/2% per month.

Please make checks payable to "Lausten Consulting, LLC" and remit to address above.

Thank you for the opportunity to work with Reilly Pozner. As always, please contact me at any time with any concerns or suggestions for improvement.

Reilly Pozner
re: Lehman Brothers Holdings, Inc. Database Consulting Project

Matt Lausten
Time Notes, July 31, 2010

| Date | Hours | Activity |
| --- | --- | --- |
| 7/16/2010 | 2.50 | Add functionality to delete claims. Continue developing Excel export functionality that allows for specific item selection and advanced filtering. |
| 7/17/2010 | 0.50 | Research arrays for Excel export functionality. |
| 7/18/2010 | 1.20 | Develop array to create valid SQL statement for the Excel export functionality based on user-selected check boxes. |
| 7/19/2010 | 3.50 | Finish initial edits and testing for the Excel export functionality based on user-selected check boxes. Add list boxes for export functionality. Test functionality. Discuss new functionality w S Coggins. Troubleshoot error messages. |
| 7/20/2010 | 0.60 | Correct sorting issue with Excel export and problem with ClaimAmtType. Publish new database version and test functionality. |
| Total | 8.30 | |



THE RESOLUTION EXPERTS

## CASE CONFIRMATION INVOICE

Invoice Date: 08/24/2010
Invoice Number: 0002083914-200

To: Michael A. Rollin, Esq.
Reilly Pozner LLP
10833 Wilshire Blvd.
Suite 604
Los Angeles, CA 90024

Reference #: 1200043798    MCC
Billing Specialist: Janell Arceo
Telephone: (949) 224-4664
Employer ID: 68-0542699

RE: Lehman Brothers Holdings, Inc. vs. Callisto Group, Inc. dba Metro Lending Services
Representing: Lehman Brothers Holdings, Inc.    Neutral(s): Hon. Thomas Thrasher, Sr. (Ret.)
Hearing Type: Mediation

Rep# 2

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 09/03/2010 | Hon. Thomas Thrasher, Sr. (Ret.) Reserved Session Time | 4.00 | 450.00 | 1,800.00 | 2 | 900.00 |
| 09/03/2010 | Hon. Thomas Thrasher, Sr. (Ret.) Retainer Fees. To be applied to reading, research, preparation, etc. NOTE: At the conclusion of the case, any unused portion of this retainer will be refunded. | 4.00 | 450.00 | 1,800.00 | 2 | 900.00 |
| 08/24/2010 | Case Management Fee | | | | | 175.00 |

Fees    1,975.00
Total   $   1,975.00

Outstanding Balance as of 8/24/2010   $   0.00

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.

Page 1 of 1

# Lausten Consulting, LLC
3026 S Garland Ct
Lakewood, CO  80227

303.956.2299                                                                                             Matt.Lausten@hotmail.com

---

**Reilly Pozner**
re: Lehman Brothers Holdings, Inc.  Database Consulting Project

Attn: Matt Spohn

**Fee Summary and Invoice, July 15, 2010**
**Invoice number 1016**

| Professional | Rate | Hours | Fees |
|---|---|---|---|
| Matt Lausten | $200.00 | 12.60 | $2,520.00 |

Please see attached for time detail.

**Total Amount Due, This Invoice:**                                                                $2,520.00

Payment is due upon receipt.  Payments more than 30 days past due will be assessed interest at the rate of 1 1/2% per month.

Please make checks payable to "Lausten Consulting, LLC" and remit to address above.

Thank you for the opportunity to work with Reilly Pozner.  As always, please contact me at any time with any concerns or suggestions for improvement.

Reilly Pozner
re: Lehman Brothers Holdings, Inc. Database Consulting Project

Matt Lausten
Time Notes, July 15, 2010

| Date | Hours | Activity |
|---|---|---|
| 7/1/2010 | 0.50 | Discuss reporting requirements and options w S Coggins. |
| 7/2/2010 | 0.20 | Create copy of database for development purposes. |
| 7/3/2010 | 2.10 | Make various edits and changes requested by S Coggins. Changes include adding 5 new data fields, correcting sort issues on reports, expanding field lengths, and editing search functionality. |
| 7/4/2010 | 1.40 | Make various edits and changes requested by S Coggins. Changes include adding the claim amt type functionality, moving the claim analysis notes, updating the detail report to mirror the form changes, and changing the delete item function. |
| 7/6/2010 | 3.30 | Work w S Coggins to process and import Wells Fargo claim data from attorney's spreadsheet. Discuss edits made and identify new action items including additional searching functionality and other minor edits. |
| 7/7/2010 | 1.10 | Make various edits to claim and claim item forms based on newly added fields; expand search functionality; edit code to add new data values. Deploy new version of database on server. |
| 7/15/2010 | 1.50 | Create "TrusteeSuingInOwnName" field. Make related changes to database, including creating lookup table, query, and related form and report modifications. |
| 7/15/2010 | 2.50 | Change BackupDocs, FraudIssues, and LoanDetail fields to be consistent with other lookup fields. Make related changes to database. Discuss Excel reporting w S Coggins. Begin design changes to Excel export form to provide more export flexibility. |
| Total | 12.60 | |

# Lausten Consulting, LLC
3026 S Garland Ct
Lakewood, CO  80227

303.956.2299                                                                                           Matt.Lausten@hotmail.com

---

**Reilly Pozner**
re: Lehman Brothers Holdings, Inc.  Database Consulting Project

Attn: Matt Spohn

**Fee Summary and Invoice, June 30, 2010**
**Invoice number 1014**

| Professional | Rate | Hours | Fees |
|---|---|---|---|
| Matt Lausten | $200.00 | 15.50 | $3,100.00 |

Please see attached for time detail.

**Total Amount Due, This Invoice:**                                                                                    $3,100.00

Payment is due upon receipt.  Payments more than 30 days past due will be assessed interest at the rate of 1 1/2% per month.

Please make checks payable to "Lausten Consulting, LLC" and remit to address above.

Thank you for the opportunity to work with Reilly Pozner.  As always, please contact me at any time with any concerns or suggestions for improvement.

Reilly Pozner
re: Lehman Brothers Holdings, Inc. Database Consulting Project

Matt Lausten
Time Notes, June 30, 2010

| Date | Hours | Activity |
|---|---|---|
| 6/16/2010 | 1.20 | Meet w IT team (S Shadler, S Coggins, K Kosmatka, & Liz) to discuss document linking. Follow-up scheduling w S Coggins. |
| 6/17/2010 | 0.30 | Test the document linking proof of concept from S Shadler. Coordinate w S Coggins to import the team's spreadsheets. |
| 6/19/2010 | 3.50 | Add Summation document linking functionality to database. Edit claim and claim items forms. |
| 6/21/2010 | 7.70 | Meet w S Coggins to upload previous data entry from attorneys and paralegals. Import, process, standardize, and load data into database. |
| 6/22/2010 | 1.00 | Make minor claim and claim items form modifications: resize notes fields, add claim item delete functionality; add "Partial" status; change Suggest button; lock down claim type and governing doc. |
| 6/29/2010 | 1.00 | Make edits to claims and claim items forms requested by S Coggins. Edits include enhancements and bug fixes. |
| 6/30/2010 | 0.50 | Add ability for users to add claimants. Test other fixes and deploy new database. |
| 6/30/2010 | 0.30 | Discuss additional list of edits w S Coggins. |

**Total**     **15.50**

# Lausten Consulting, LLC
3026 S Garland Ct
Lakewood, CO 80227

303.956.2299                                                                    Matt.Lausten@hotmail.com

---

**Reilly Pozner**
re: Lehman Brothers Holdings, Inc. Database Consulting Project

Attn: Matt Spohn

**Fee Summary and Invoice, May 31, 2010**
**Invoice number 1007**

| Professional | Rate | Hours | Fees |
|---|---|---|---|
| Matt Lausten | $200.00 | 17.00 | $3,400.00 |

**Total Amount Due, This Invoice:**                                                         $3,400.00

Payment is due upon receipt. Payments more than 30 days past due will be assessed interest at the rate of 1 1/2% per month.

Please make checks payable to "Lausten Consulting, LLC" and remit to address above.

Thank you for the opportunity to work with Reilly Pozner. As always, please contact me at any time with any concerns or suggestions for improvement.

**Reilly Pozner**
**re: Lehman Brothers Holdings, Inc. Database Consulting Project**

**Matt Lausten**
**Time Notes, May 2010**

| Date | Hours | Activity |
|---|---|---|
| 5/18/2010 | 0.50 | Coordinate login and permissions with Kelli in IT. Test login and verify access to LBH database. |
| 5/21/2010 | 1.90 | Meet w M Spohn to discuss database structure. Receive, review, and discuss example data from M Spohn. |
| 5/23/2010 | 1.00 | Diagram ERD for LBHI claims db based on info recd from counsel. |
| 5/24/2010 | 1.00 | Create basic table structures and preliminary form design concept. |
| 5/24/2010 | 0.50 | Generate list of questions for counsel. Meet w M Spohn to discuss basic form layout and table structure questions. |
| 5/25/2010 | 3.20 | Development of claim, claim item, and claim notes forms. Create base-level queries for form and combo box sources. |
| 5/27/2010 | 0.50 | Test ftp process. Communicate with Kelli re upload problems. |
| 5/27/2010 | 2.00 | Continue to refine the claim and claim items forms. Add functionatlity to add new records and tag the last updated date. |
| 5/27/2010 | 1.50 | Meet w M Spohn and M Collin to discuss and edit claim form contents and appearance in relation to case needs. Discuss potential database interface with Summation. |
| 5/28/2010 | 2.70 | Begin making edits and table and form design changes discussed w counsel. Review and export RMBS spreadsheet provided by counsel. |
| 5/29/2010 | 0.90 | Continue adding form functionality. Work on code to add items to dropdown boxes. |
| 5/31/2010 | 1.30 | Work on code to add items to dropdown boxes. |

**Total**     **17.00**

# Lausten Consulting, LLC
### 3026 S Garland Ct
### Lakewood, CO 80227

303.956.2299                                                                                    Matt.Lausten@hotmail.com

---

**Reilly Pozner**
**re: Lehman Brothers Holdings, Inc. Database Consulting Project**

Attn: Matt Spohn

**Fee Summary and Invoice, June 15, 2010**
**Invoice number 1009**

| Professional | Rate | Hours | Fees |
|---|---|---|---|
| Matt Lausten | $200.00 | 30.00 | $6,000.00 |

**Total Amount Due, This Invoice:**                                                             $6,000.00

Payment is due upon receipt. Payments more than 30 days past due will be assessed interest at the rate of 1 1/2% per month.

Please make checks payable to "Lausten Consulting, LLC" and remit to address above.

Thank you for the opportunity to work with Reilly Pozner. As always, please contact me at any time with any concerns or suggestions for improvement.

Reilly Pozner
re: Lehman Brothers Holdings, Inc. Database Consulting Project

Matt Lausten
Time Notes, June 2010

| Date | Hours | Activity |
|---|---|---|
| 6/1/2010 | 2.00 | Continue development of claim items form. Import claimants and debtors from spreadsheet provided by counsel. Test form functionality. Split Lehman database. Install new Citrix plugin. Add functionality to governing document dropdowns. |
| 6/1/2010 | 1.80 | Continue development of claim and claim items forms. Coordinate with K Kosmatka to get previous database for programming examples and discuss Summation linking possibilities. Add user tagging functionality. Begin work on data element instruction popup form. |
| 6/2/2010 | 1.20 | Continue work on data element instruction form. Create template and example slide for instruction text and send to M Spohn. Discuss instruction text and spreadsheet data w M Spohn. |
| 6/3/2010 | 5.00 | Continue work on claim and claim items forms. Add instruction popup functionality to both forms. Process and import RBMS claims data. Begin adding document linking functionality. Add claim-level notes. Review and revise instructions template. Add searching and filtering functionality to claim and claim item forms. |
| 6/4/2010 | 2.20 | Review and test claim and claim item forms and functionality. Complete existing document linking functionality. Add claim and claim item notes search functionality. |
| 6/7/2010 | 0.80 | Meeting w M Spohn and M Rollin to showcase and discuss current database status and additional functionality needed. |
| 6/10/2010 | 2.30 | Make requested edits to claim and claim items forms. Add assigned attorney, claim and claim item status, and ability to search by user. Create administration forms. Modify main switchboard. |
| 6/10/2010 | 2.00 | Create claim item detail report. Incorporate report functionality into claim and claim item forms. |
| 6/12/2010 | 4.50 | Create Excel exporting functionality. Incorporate functionality into claim and claim item forms. |
| 6/13/2010 | 1.50 | Build reporting form. Create detailed claim status report. Create outline for presentation of database. |
| 6/14/2010 | 2.20 | Present LBHI DBs to attorneys. Discuss contents and implementation. Discuss potential document linking functionality w IT and M Spohn. |
| 6/14/2010 | 0.50 | Begin making changes to claim form requested at meeting. |
| 6/14/2010 | 1.00 | Make requested changes to claims forms: add claimant notes, claim item search, governing doc title, trustee and proof of claim type changes. Upload database via ftp site. |
| 6/15/2010 | 3.00 | Migrate database to RP network. Combine prior LBH database with new work. Test functionality. Coordinate with IT to set appropriate security permissions. |

**Total**   30.00