〔별지제41호서식〕

Registered No. 2010 - 1662

# NOTARIAL CERTIFICATE



Law & Notary Office Inc. Seoul-Jeil
TEL : 568-4040

210mm×297mm(보존용지(1종)70g/㎡)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :     08-13555 (JMP)
                                                               :
                    Debtors.                                   :     (Jointly Administered)
                                                               :
                                                               :
------------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF BENJAMIN (BYUNG-OK) KIM

## ON BEHALF OF SOJONG PARTNERS

SEOUL                              )
                                   ) ss:
REPUBLIC OF KOREA                  )

Byung-Ok Kim, being duly sworn, upon his oath, deposes and says:

1.  I am a Managing Partner of Sojong Partners, located at Gangnam Finance Center, 9th Fl., 737, Yeoksam 1-Dong, Gangnam-Gu, Seoul, 135-984, Republic of Korea (the "Firm").

2.  On April 9, 2010, I executed an Affidavit and Disclosure Statement (the "Affidavit") in support of Lehman Brothers Holdings Inc. and its affiliated debtors (together, the "Debtors") retention of the Firm as ordinary course professionals to provide legal and tax services to the Debtors and submitted that Affidavit and a completed Retention Questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394].

US_ACTIVE:\20953498\01\58399.0003

The Debtors subsequently filed the Affidavit and Questionnaire with the Court on April 12, 2010 [Docket No.8257]

3. This affidavit supplements the previous Affidavit and Disclosure Statement of Benjamin (Byung –Ok) Kim on Behalf of Sojong Partners dated April 9, 2010 and is filed in support of the retention of the Firm's legal and tax services in Korea for Debtors as they relate to a certain settlement proposal involving the Debtors, including review thereof.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $ zero/nil for prepetition services.

2010. 12. 1 0

By: _____
Benjamin (Byung-Ok) Kim

Subscribed and sworn to before me
this ___ day of December, 2010

_____
Notary Public

[별지 제42호 서식]  　　　　　법무법인 서울제일

등부 2010 년 제 1662 호　　　Registered No.2010 - 1662

인　　　증　　　　　　NOTARIAL CERTIFICATE

위 진 술 서에 기재된　　　　Kim, Byung-Ok
　김 병 옥은

본 공증인의 면전에서 위　　　personally appeared before
사서증서에 자기가 서명날인한　me and admitted his(her)
것임을 자인하였다.　　　　　　subscription to the attached
　　　　　　　　　　　　　　　SUPPLEMENTAL AFFIDAVIT AND
　　　　　　　　　　　　　　　DISCLOSURE STATEMENT.

2010 년 12 월 10 일　　　　　This is hereby attested on
이 사무소에서 위 인증한다.　　 this  10 day of Dec., 2010
　　　　　　　　　　　　　　　at this office.
　　　　　　　　　　　　　　　Law & Notary Office Inc. Seoul-Jeil
　　　　　　　　　　　　　　　belong to Seoul Central District
공증인가 법무법인 서울제일　　　　　Prosecutors' Office
소  속 서울중앙지방검찰청　　　642-19, Yeoksam-dong, Gangnam-ku
서울 강남구 역삼동 642번지 19호　Seoul, Korea.

공증담당변호사　　　　　　　　Signature of the Notary Public

　　　　　　　　　　　　　　　Jae Guen Choi
　　　　　　　　　　　　　　　This office has been authorized
　　　　　　　　　　　　　　　by the Minister of Justice, the
　　　　　　　　　　　　　　　Republic of Korea, to act as
　　　　　　　　　　　　　　　Notary Public since Feb. 1th
　　　　　　　　　　　　　　　2005,under Law NO.2005-4.

210mm×297mm(보존용지(1종) 70g/㎡)