IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al* | ) Case No. 08-13555 (JMP) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

Vanessa De Simone certifies: I am over eighteen (18) years of age and on December 6, 2010, I caused to be served on all parties of record, the following document via ECF:

- Response of Ross Financial Corporation to The Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims)

I certify under penalty of perjury that the foregoing is true and correct.

*Vanessa De Simone*

Dated: New York, New York
       December 10, 2010

23332997v1