**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369
David M. LeMay
Christy L. Rivera

Counsel to HSBC Bank USA, National
Association, in its capacity as trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------
|  |  |
| In re: | : | Chapter 11 Case No. |
|  | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al*. | : | 08-13555 (JMP) |
|  | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------------

## AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1.  I am employed as a legal assistant by the law firm of Chadbourne & Parke LLP, I

am not a party to this action and that I am over the age of eighteen.

2.  On December 8, 2010, I caused to be served true and correct copies of *Joinder of*

*HSBC Bank USA, National Association, as Trustee in Objection of The Bank of New York*

*Mellon, The Bank of New York Mellon Trust Company, N.A. and BNY Corporate Trustee*

*Services Limited to the Debtors' Motion Pursuant to Section 105(A) of the Bankruptcy Code and*

*General Order M-390 for Authorization to Implement Affirmative Claims of Debtors Under*

*Derivatives Transactions with Special Purpose Vehicle Counterparties* on the parties listed on

the attached Schedule A by Electronic Mail and Schedule B by expedited overnight delivery.

CPAM: 3409143.1

3.  On December 8, 2010, I caused to be served true and correct copies of *Joinder of HSBC Bank USA, National Association, as Trustee in Objection of The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A. and BNY Corporate Trustee Services Limited to the Debtors' Motion Pursuant to Section 105(A) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Affirmative Claims of Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties* on the Office of the United States Trustee 33 Whitehall Street, 21st Floor New York, New York 10004 Attention: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., Tracy Hope Davis, Esq. by  facsimile at 212-510-0500.

4.  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

  /s/  David M. Bava
David M. Bava

Sworn to before me this
10th day of December 2010


  */s/  Francisco Vazquez*
Notary Public

**Francisco Vazquez
Notary Public, State of New York
No. 31-6013920
Qualified in New York County
Commission Expires Dec. 27, 2010**

2

CPAM: 3409143.1

## Schedule A - Electronic Mail

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attention: Richard W. Slack, Esq.<br>Ralph I. Miller, Esq.<br>Peter Gruenberger, Esq.<br>richard.slack@weil.com;<br>ralph.miller@weil.com;<br>peter.gruenberger@weil.com | Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>Attention: Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>ddunne@milbank.com;<br>dodonnell@milbank.com;<br>efleck@milbank.com |

CPAM: 3409143.1

## Schedule B - Overnight Delivery

| | |
|---|---|
| Chambers of the<br>Honorable James M. Peck<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>One Bowling Green<br>New York, New York 10004 | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attention: Andy Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq. |

CPAM: 3409143.1