WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON
DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE
AND GENERAL ORDER M-390 FOR AUTHORIZATION TO IMPLEMENT
ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS
OF THE DEBTORS UNDER DERIVATIVES TRANSACTIONS WITH
SPECIAL PURPOSE VEHICLE COUNTERPARTIES**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in Debtors'

Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for

Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims

of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties (the

"Motion"), which was scheduled for December 15, 2010 at 10:00 a.m., **has been adjourned to**

**January 13, 2011 at 10:00 a.m. (Eastern Standard Time)**, or as soon thereafter as counsel

may be heard.  The hearing on the Motion will be held before the Honorable James M. Peck,

United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New

York, New York, Room 601, and such hearing may be further adjourned from time to time

without further notice other than an announcement at the hearing.

1

Dated: December 13, 2010
      New York, New York

      /s/  Richard W. Slack
      Richard W. Slack

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Debtors
      and Debtors in Possession