# FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Valiant Privatbank AG ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Nomura International plc ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all of the following proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

| Proof of Claim Number | Description of Security | ISIN | Issuer | Guarantor | Face Amount of the Proof of Claim | Purchased Claim Amount |
|---|---|---|---|---|---|---|
| 39101 | Series 10239 USD 15,000,000 Commodity Linked Notes due March 2012 | XS0353821860 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 1,410,000 | USD 775,000 |
| 39102 | Series 10239 USD 15,000,000 Commodity Linked Notes due March 2012 | XS0353821860 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 20,000 | USD 20,000 |

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 December 2010.

NOMURA INTERNATIONAL plc

By: _____
Name:
Title: *[signature]*
       MANAGING DIRECTOR

1