B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PMT Credit Opportunities Fund Ltd.         Satellite Credit Opportunities Fund, Ltd.
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 33160
should be sent:                                 Amount of Claim as Filed:$1,700,000.00 (original
Kate Sinopoli                                   filing amount was $1,757,689.22)
650 Fifth Avenue, 9th Floor                     Amount of Claim Transferred:$128,000.00 (7.53%
New York, NY 10019                              of amount of the claim)
Email Notices: pmte-fax@orehill.com             Date Claim Filed: 9/22/2009
Email Address: ksinopoli@orehill.com            Debtor: Lehman Brothers Special Financing Inc

Phone: 212.389.2630                             Phone:
Last Four Digits of Acct #:                     Last Four Digits of Acct. #:


Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

628958.5/1787-00043

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 12/13/10
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

628958.5/1787-00043

## NOTICE ADDRESSES

**Seller's Notice Address:**
Satellite Credit Opportunities Fund, Ltd.
c/o Satellite Asset Management, LP
623 Fifth Avenue, 19th Floor
New York, NY 10022
Attn: Simon Raykher


**Purchaser's Notice Address:**
CREDIT CONTACT:
Kate Sinopoli
650 Fifth Avenue, 9th Floor
New York, NY 10019
Phone: 212.389.2630
Fax: 917-591-7504
Email Address: ksinopoli@orehill.com

ADMINISTRATIVE CONTACT
Kate Sinopoli
650 Fifth Avenue, 9th Floor
New York, NY 10019
Phone: 212.389.2630
Fax: 917-591-7504
Email Notices: pmte-fax@orehill.com
Email Address: ksinopoli@orehill.com