WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                          :
In re                                                :        Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                                          :
                      Debtors.              :        (Jointly Administered)
------------------------------------------------------------------x

## NOTICE OF STATUS REPORT ON PLAN PROCESS

**PLEASE TAKE NOTICE** that, as requested by the Court, the above-captioned Debtors will report on the status of the plan process on **January 13, 2011 at 10:00 a.m.** to the Honorable James M. Peck at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: December 13, 2010
       New York, New York

                                                /s/ Lori R. Fife
                                                Harvey R. Miller
                                                Lori R. Fife

                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                Attorneys for Debtors
                                                and Debtors in Possession