UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In re
LEHMAN BROTHERS HOLDING INC.        :    Chapter 11 Case No. 08-13555

-----------------------------------------------------x

### CREDITORS HERBERT & CHRSTIANE SICKMÜLLER's NOTICE OF ABANDONMENT OF CLAIM AND WITHDRAWAL OF COUNSEL

Creditors Herbert and Christiane SICKMÜLLER hereby respectfully provide notice to the Debtors that they

   **a.** abandon and withdraw Claims #12430 and #57820 (US$21,367.22) submitted on September 16, 2009 against Debtor LBHI; and

   **b.** have released counsel from his duties and responsibilities with respect to said claim.

RESPECTFULLY submitted this __1st__ day of December, 2010.

_____
Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e naber@naberpc.com

| | |
|---|---|
| • Shai Waisman Esq.<br>WEIL GOTSCHAL & MANGES LLP<br>767 Fifth Avenue<br>New York New York 10153<br>*Attorney for Debtor*<br><br>• Herbert & Christiane Sickmüller<br>Baldungweg 12/1<br>73614 Schorndorf/GERMANY | **CERTIFICATE OF SERVICE**<br><br>This is to certify that the foregoing CREDITOR'S NOTICE OF ABANDONMENT & WITHDRAWAL OF COUNSEL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on DEC 0 1 2010<br>NABER PC<br><br>By _____<br>300 Central Avenue Ste. 320 • Great Falls, MT 59401 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
:
In re                                                :
LEHMAN BROTHERS HOLDING INC.    :    Chapter 11 Case No. 08-13555
:
-----------------------------------------------------x

## CREDITOR ERHARD THOEMEL's NOTICE OF ABANDONMENT

Creditor Erhard THOEMEL hereby respectfully provides notice to the Debtors that he abandons and withdraws Claim #24985 (US$14,464.62) submitted on September 21, 2009 against Debtor LBHI.

This claim is identical to the claim logged under Claim #11207. Creditor's full name is Heinz Erhard THOEMEL, and two distinct proofs of claim had inadvertently been submitted under each of his first names.

Creditor Heinz Erhard THOEMEL therefore abandons duplicate claim #24985.

RESPECTFULLY submitted this __8th__ day of December, 2010.

_____
Helge Naber
Montana Bar Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e naber@naberpc.com

• Shai Waisman Esq.
WEIL GOTSCHAL & MANGES LLP
767 Fifth Avenue
New York New York 10153
Attorney for Debtor

### CERTIFICATE OF SERVICE

This is to certify that the foregoing CREDITOR'S NOTICE OF ABANDONMENT was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on _____.

NABER PC

By _____    DEC 08 2010
300 Central Avenue Ste. 320 • Great Falls, MT 59401