NIXON PEABODY LLP
Christopher M. Desiderio
David H. Lee
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
and
Amanda D. Darwin
Richard C. Pedone (admitted *pro hac vice*)
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

*Counsel to Deutsche Bank Trust Company Americas
and Deutsche Bank National Trust Company,
each in its role as Trustee, Indenture Trustee or
Supplemental Interest Trust Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────────

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., ) | |
| ) | Case No. 08-13555 (JMP) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

───────────────────────────────────────────────

## CERTIFICATE OF SERVICE

I, Christopher M. Desiderio, hereby certify that I have caused to be served the *Statement of Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company Relative to Debtors Motion for Authorization, Pursuant to Sections 363 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006, to Assume and Assign Interest Rate Swap Agreements with Certain Trust Counterparties, Including Deutsche Bank National Trust Company, as Indenture Trustee, and to Enter into New Interest Rate Swap Agreements* on each party listed on **Exhibit A** by first class mail on December 13, 2010.

Dated:  New York, New York
        December 14, 2010

By:     /s/ Christopher M. Desiderio

13277844.1

**Exhibit A**
**Service List**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Lori R. Fife, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq./Wilbur F. Foster Jr., Esq./Evan Fleck, Esq.

Harbourview CDO III, Ltd.
c/o Deutsche Bank Trust Company Americas
1761 East St. Andrew Place
Santa Ana, CA 92705

Deutsche Bank National Trust Company
1761 East St. Andrew Place
Santa Ana, California 92705
Attn: Trust Administration-GC06Z8

Master Servicer
Impac Funding Corporation
1401 Dove Street
Newport Beach, CA 92660
Attn: General Counsel

Impac Funding Corporation
19500 Jamboree Road
Irvine, CA 92612
Attn: General Counsel

Standard & Poor's Rating Services
55 Water Street, 40th Flr.
New York, NY 10041-0003
Attn: Structured Finance Department

Ashurst LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attn: Scott Faga, Esq./Nicole Skalla, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Flr.
New York, NY 10004
Attn: Andy Velez-Rivera, Esq./ Paul Schwartzberg, Esq/ Brian Masumoto, Esq.

Harbourview CDO III Limited
c/o Deutsche Bank (Cayman Limited)
P.O. Box 1894 GT
Elizabeth Square, George Town
Grand Cayman, Cayman Islands
British West Indies

HarbourView Asset Management Corporation
c/o Brown Brothers Harriman & Co.
6801 S. Tucson Way, Suite 100
Centennial, Colorado 80112

First Franklin Mortgage Loan Trust 2006- FF8
c/o Financial Asset Securities Corp.
600 Steamboat Road
Greenwich, CT 06830
Attn: Legal

Deutsche Bank National Trust Company
1761 East St. Andrew Place
Santa Ana, California 92705
Attn: Corporate Trust, Impac Secured Assets Corp. Series 2006-3 (IM06S3)

Deutsche Bank National Trust Company
1761 East St. Andrew Place
Santa Ana, CA 92705
Attn: Corporate Trust, Impac Secured Assets Corp. Series 2007-3 (IM07S3)

Fitch, Inc.
One State Street Plaza
New York, NY 10004
Attn: Asset-Backed Group

Dominion Bond Rating Service
One Exchange Plaza
55 Broadway, 15th Flr.
New York, NY 10066

Harbourview CDO III Funding Corp.
c/o Puglisi & Associates
850 Library Avenue, Suite 204
Newark, Delaware 19711
Attn: Donald Puglisi, Esq.

First Franklin Mortgage Loan Trust 2006- FF8
c/o National City Home Loan Svcs Inc.
150 Allegheny Center, Locator 47-23-501
Pittsburgh, Pennsylvania 15212-5356
Attn: Investor Reporting Manager

Impac MortgageHoldings, Inc.
1401 Dove Street
Newport Beach, CA 92660
Attn: General Counsel

Impac Secured Assets Corp.
1401 Dove Street
Newport Beach, CA 92660
Attn: General Counsel

Moody's Investors Service, Inc.
7 World Trade Center
250 Greenwich Street
New York, NY 10007