# Exhibit B

## Summary of Hours and Fees Incurred by Professional

| Timekeeper | Admission Date | Position | Total Hours | Billing Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Abdel-Nour, Francesca | N/A | Paralegal | 34.20 | $240.00 | $8,208.00 |
| Anglin, Raechel Keay | 2008 | Associate | 10.70 | $470.00 | $5,029.00 |
| Banvard, Honor | 2008 | Associate | 3.00 | $470.00 | $1,410.00 |
| Bhagroo, Tony | N/A | Litigation Support | 1.50 | $220.00 | $330.00 |
| Blanchard, Jr., Hartman E. | 1994 | Partner | 36.90 | $382.50 | $14,114.25 |
| Blanchard, Jr., Hartman E. | 1994 | Partner | 160.20 | $765.00 | $122,553.00 |
| Bohls, Dawn | N/A | Lib. Rsrchr | 14.40 | $325.00 | $4,680.00 |
| Bowers, Chris | 1999 | Partner | 53.30 | $470.00 | $25,051.00 |
| Bowers, Chris | 1999 | Partner | 339.20 | $940.00 | $318,848.00 |
| Brockway, David H. | 1972 | Partner | 4.90 | $532.50 | $2,609.25 |
| Brockway, David H. | 1972 | Partner | 64.20 | $1,065.00 | $68,373.00 |
| Brody, Steven G. | 1987 | Partner | 1.40 | $875.00 | $1,225.00 |
| Buch, Ronald L. | 1993 | Partner | 9.50 | $410.00 | $3,895.00 |
| Buch, Ronald L. | 1993 | Partner | 50.40 | $820.00 | $41,328.00 |
| Capato, Gina M. | N/A | Paralegal Manager | 9.80 | $340.00 | $3,332.00 |
| Cejudo, Will | 1998 | Partner | 1.90 | $855.00 | $1,624.50 |
| Charles, LeVar F. | N/A | Docketing Paralegal | 0.50 | $110.00 | $55.00 |
| Cox, Sean A. | 2010 | Associate | 5.60 | $360.00 | $2,016.00 |
| Desmond, Michael | 1994 | Partner | 1.20 | $995.00 | $1,194.00 |
| Dillon, Sheri A. | 1999 | Partner | 5.10 | $427.50 | $2,180.25 |
| Dillon, Sheri A. | 1999 | Partner | 147.60 | $855.00 | $126,198.00 |
| Gilroy, Joyce | N/A | Senior Paralegal | 12.50 | $245.00 | $3,062.50 |
| Greer, Stefanie | 2002 | Of Counsel | 12.70 | $665.00 | $8,445.50 |
| Hagan, Robert Patrick | 2007 | Associate | 5.80 | $590.00 | $3,422.00 |
| Hensel, Jeannie H. | N/A | Cont. Paralegal | 139.50 | $340.00 | $47,430.00 |
| Hintmann, Brooke E. | 2002 | Associate | 17.30 | $665.00 | $11,504.50 |
| Howard, Jasper A. | 1989 | Partner | 4.90 | $995.00 | $4,875.50 |
| Jaramillo, Victor | 2008 | Associate | 4.00 | $470.00 | $1,880.00 |
| Johnson, Jeffrey R. | 1993 | Partner | 10.40 | $765.00 | $7,956.00 |
| Killian, Bryan M. | 2006 | Associate | 2.80 | $620.00 | $1,736.00 |
| Leonard, Bob | 2007 | Associate | 11.00 | $267.50 | $2,942.50 |
| Leonard, Bob | 2007 | Associate | 193.90 | $535.00 | $103,736.50 |
| Leyva, Natan J. | 2000 | Partner | 22.60 | $407.50 | $9,209.50 |
| Leyva, Natan J. | 2000 | Partner | 107.50 | $815.00 | $87,612.50 |
| Madan, Raj | 1993 | Partner | 21.50 | $470.00 | $10,105.00 |
| Madan, Raj | 1993 | Partner | 311.70 | $940.00 | $292,998.00 |
| Margulies, Oren P. | 2006 | Associate | 6.50 | $295.00 | $1,917.50 |
| Margulies, Oren P. | 2006 | Associate | 168.50 | $590.00 | $99,415.00 |
| Mears, Veronica | 2008 | Associate | 22.90 | $535.00 | $12,251.50 |
| Metcalfe, Jonathon | N/A | Litigation Support | 0.90 | $220.00 | $198.00 |
| Murphy, Christopher P. | 2007 | Associate | 0.80 | $580.00 | $464.00 |
| Neal, Stephen | N/A | Litigation Support | 6.20 | $250.00 | $1,550.00 |

| Timekeeper | Admission Date | Position | Total Hours | Billing Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Nelson, William F. | 1972 | Partner | 0.30 | $1,065.00 | $319.50 |
| Otero, Kevin | 2005 | Associate | 4.60 | $325.00 | $1,495.00 |
| Otero, Kevin | 2005 | Associate | 135.20 | $650.00 | $87,880.00 |
| Owens, Angela M. | N/A | Senior Paralegal | 110.60 | $265.00 | $29,309.00 |
| Parish, Shawn | N/A | Senior Paralegal | 12.40 | $315.00 | $3,906.00 |
| Peppelman, David J. | 2008 | Associate | 11.20 | $535.00 | $5,992.00 |
| Peskowitz, Adam | N/A | Paralegal | 1.70 | $220.00 | $374.00 |
| Rankin, Kiara L. | 2007 | Associate | 52.10 | $267.50 | $13,936.75 |
| Rankin, Kiara L. | 2007 | Associate | 465.10 | $535.00 | $248,828.50 |
| Ross, Mark | N/A | Senior Paralegal | 3.00 | $295.00 | $885.00 |
| Salmons, David B. | 1998 | Partner | 1.40 | $900.00 | $1,260.00 |
| Schonholz, Matthew | N/A | Litigation Support | 13.10 | $255.00 | $3,340.50 |
| Stark, Richard C. | 1994 | Partner | 1.30 | $820.00 | $1,066.00 |
| Strawbridge, Patrick | 2004 | Associate | 2.70 | $650.00 | $1,755.00 |
| Stults, Kevin R. | 2005 | Associate | 10.40 | $310.00 | $3,224.00 |
| Stults, Kevin R. | 2005 | Associate | 321.10 | $620.00 | $199,082.00 |
| Sweet, Charles A. | 1986 | Partner | 1.30 | $885.00 | $1,150.50 |
| Tidwell, Royce | 2007 | Associate | 5.90 | $267.50 | $1,578.25 |
| Tidwell, Royce | 2007 | Associate | 143.60 | $535.00 | $76,826.00 |
| Wacker, Nathan P. | 2010 | Associate | 63.90 | $440.00 | $28,116.00 |
| Weisbach, David | 1991 | Of Counsel | 0.80 | $1,045.00 | $836.00 |
| **Subtotal of Fees Accrued** | | | 3,401.10 | | **$2,178,125.25** |
| **Less Applicable Credit Due from Fourth Interim Fee Period** | | | | | ($135,206.35) |
| **Total Fees Requested** | | | | | **$2,042,918.90** |