# Exhibit C

## Summary of Hours and Fees Incurred by Category

| Matter Number | Exhibit | Hours | Fees |
|---|---|---|---|
| 342678 | C4 | 22.30 | $21,026.50 |
| 1101400015 | C1 | 22.80 | $14,510.50 |
| 1101400015 | C2 | 11.60 | $5,087.50 |
| 1101400015 | C3 | 2.50 | $835.00 |
| 1101400015 | C4 | 8.70 | $2,838.00 |
| 1101400382 | C1 | 1.20 | $744.00 |
| 1101400382 | C2 | 1.10 | $682.00 |
| 1101400382 | C3 | 2.60 | $1,541.00 |
| 1101400395 | C1 | 1.30 | $721.00 |
| 1101400395 | C3 | 0.30 | $79.50 |
| 1101400397 | C1 | 3.00 | $2,565.00 |
| 1101400397 | C2 | 34.30 | $28,443.50 |
| 1101400397 | C3 | 38.50 | $31,442.50 |
| 1101400397 | C4 | 6.50 | $5,617.00 |
| 1101400402 | C1 | 173.40 | $112,000.50 |
| 1101400402 | C2 | 152.20 | $102,609.00 |
| 1101400402 | C3 | 74.20 | $49,263.00 |
| 1101400402 | C4 | 20.40 | $15,642.50 |
| 1101400474 | C1 | 43.00 | $27,592.50 |
| 1101400474 | C2 | 78.30 | $51,157.50 |
| 1101400474 | C3 | 339.80 | $212,321.75 |
| 1101400474 | C4 | 413.10 | $242,035.00 |
| 1101400502 | C1 | 4.80 | $2,869.50 |
| 1101400502 | C2 | 0.00 | $0.00 |
| 1101400502 | C3 | 3.90 | $2,418.00 |
| 1101400502 | C4 | 0.20 | $124.00 |
| 1101400561 | C1 | 1.70 | $917.00 |
| 1101400561 | C2 | 69.10 | $41,569.25 |
| 1101400561 | C3 | 33.50 | $22,016.00 |
| 1101400561 | C4 | 59.90 | $37,139.00 |
| 1101400665 | C2 | 3.30 | $2,045.50 |
| 1101400667 | C1 | 283.80 | $214,168.50 |
| 1101400667 | C2 | 8.00 | $7,915.00 |
| 1101400667 | C3 | 30.00 | $22,087.00 |
| 1101400667 | C4 | 14.60 | $9,269.00 |
| 1101400750 | C1 | 150.10 | $88,586.00 |
| 1101400750 | C2 | 286.10 | $162,813.25 |
| 1101400750 | C3 | 4.80 | $2,843.00 |
| 1101400750 | C4 | 27.70 | $14,770.00 |
| 1101400798 | C1 | 9.10 | $4,922.50 |
| 1101400798 | C2 | 377.80 | $289,289.25 |
| 1101400798 | C3 | 11.70 | $7,706.00 |
| 1101400798 | C4 | 0.00 | $0.00 |
| 1101400810 | C2 | 3.10 | $2,578.00 |
| 1101400902 | C1 | 104.70 | $47,459.50 |

C-2

| Matter Number | Exhibit | Hours | Fees |
|---|---|---:|---:|
| 1101400902 | C2 | 60.10 | $26,882.00 |
| 1101400902 | C3 | 93.40 | $43,793.25 |
| 1101400902 | C4 | 36.50 | $16,809.50 |
| 1101400903 | C1 | 0.90 | $324.00 |
| 1101400903 | C2 | 2.50 | $1,088.50 |
| 1101400903 | C3 | 11.20 | $3,444.00 |
| 1101400903 | C4 | 10.10 | $4,133.50 |
| 1101400908 | C2 | 1.50 | $859.00 |
| 1101400910 | C2 | 29.60 | $19,515.00 |
| 1101400910 | C3 | 0.30 | $256.50 |
| 1101400910 | C4 | 12.80 | $10,527.50 |
| 1101400911 | C3 | 99.50 | $63,590.50 |
| 1101400911 | C4 | 103.70 | $74,642.00 |
| **Subtotal of Fees Accrued** | | 3,401.1 | $2,178,125.25 |
| **Less Applicable Credit Due from Fourth Interim Fee Period** | | | ($135,206.35) |
| **Total Fees Requested** | | | $2,042,918.90 |