# Exhibit D

## Summary of Expenses

| Expense Category | Actual Amount |
| --- | --- |
| Consulting | $108,955.53 |
| Travel: Air Transportation | $32,560.13 |
| Online Legal Research | $16,193.82 |
| Travel: Lodging | $20,011.48 |
| Travel: Rail Transportation | $13,659.00 |
| Travel: Ground Transportation | $7,386.92 |
| Photocopies | $3,826.60 |
| Travel: Coach Services | $3,558.99 |
| Other Electronic Research | $2,029.26 |
| Filing Fees | $1,929.85 |
| Travel: Meals | $1,709.63 |
| Messenger/Courier | $901.22 |
| Meals: Client Meeting | $1,148.77 |
| Court Costs | $605.70 |
| Scanning | $482.00 |
| Library Services | $222.27 |
| Meals: Working Lunch | $207.27 |
| Teleconference Charges | $199.90 |
| Telephone Charges | $178.33 |
| Travel: Parking | $117.00 |
| Outside Vendor: Photocopies | $87.00 |
| Closing CDs | $75.00 |
| Ground Transportation | $29.00 |
| **Subtotal of Expenses Incurred** | **$216,074.67** |
| **Less Voluntary Reductions Taken with Monthly Statements** | ($26,370.84) |
| **Less Additional Voluntary Reductions Taken in Sixth Interim Fee Application** | ($1,505.46) |
| **Total Expenses Requested** | **$188,198.37** |