James H.M. Sprayregen, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

   - and -

Andrew R. McGaan, P.C.
David R. Seligman, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Drive
Chicago, Illinois  60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

Counsel to Liquidators of Lehman Brothers Australia Limited

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | ) Case No. 08-13555 (JMP) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) **Ref. Docket Nos.:  13051, 13309** |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF LIQUIDATORS OF
LEHMAN BROTHERS AUSTRALIA LIMITED TO DEBTORS' MOTION PURSUANT
TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR
APPROVAL OF A SETTLEMENT AMONG LEHMAN BROTHERS SPECIAL
FINANCING INC., BNY CORPORATE TRUSTEE SERVICES LIMITED, PERPETUAL
TRUSTEE COMPANY LIMITED, AND OTHERS, RELATING TO CERTAIN SWAP
TRANSACTIONS WITH SAPHIR FINANCE PUBLIC LIMITED COMPANY**

Stephen Parbery and Neil Singleton, not individually, but as the court appointed liquidators of Lehman Brothers Australia Limited, by and through their undersigned counsel, hereby withdraw their *Limited Objection of Liquidators of Lehman Brothers Australia Limited to Debtors' Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of a Settlement Among Lehman Brothers Special Financing Inc., BNY Corporate*

K&E 18130217

*Trustee Services Limited, Perpetual Trustee Company Limited, and Others, Relating to Certain Swap Transactions with Saphir Finance Public Limited Company*, filed with the Bankruptcy Court on December 8, 2010 [Docket No. 13309].

New York, New York
Dated:  December 14, 2010

/s/ *James H.M. Sprayregen*
James H.M. Sprayregen, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

- and -

Andrew R. McGaan, P.C.
David R. Seligman P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

Counsel to Liquidators of Lehman Brothers Australia Limited

2

K&E 18130217

# CERTIFICATE OF SERVICE

I, Carrie T. Sroka, herby certify that on December 14, 2010, a copy of the foregoing *Notice of Withdrawal of Limited Objection of Liquidators of Lehman Brothers Australia Limited to Debtors' Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of a Settlement Among Lehman Brothers Special Financing Inc., BNY Corporate Trustee Services Limited, Perpetual Trustee Company Limited, and Others, Relating to Certain Swap Transactions with Saphir Finance Public Limited Company* was served on all attorneys who have registered to receive service via the Bankruptcy Court's ECF system in these cases and by overnight delivery on the parties listed below.

Honorable James M. Peck
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, NY 10004

Offices of the U.S. Trustee for the Southern District of New York
Andy Velez-Rivers, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
33 White Hall Street, 21st Floor
New York, NY 10004

Ralph I. Miller, Esq.
Peter Gruenberger, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Eric A. Schaffer, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222

Dated: December 14, 2010
    Chicago, Illinois

                                                                   /s/ *Carrie T. Sroka*
                                                                  Carrie T. Sroka

K&E 18130217