# EXHIBIT C

# Summary of Hours and Fees

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | June | 81.3 | $46,762.00 |
| 2 | 30837 | 0002 | June | 75.9 | $25,753.00 |
| 3 | 30837 | 0003 | June | 76.2 | $29,622.50 |
| 4 | 30837 | 0004 | June | 0.0 | $0.00 |
| 5 | 30837 | 0005 | June | 20.8 | $8,944.00 |
| 6 | 04406 | 0113 | June | 6.2 | $2,542.00 |
| 7 | 04406 | 0189 | June | 0.0 | $0.00 |
| 8 | 04406 | 0191 | June | 0.0 | $0.00 |
| 9 | 04406 | 0200 | June | 0.0 | $0.00 |
| 10 | 04406 | 0205 | June | 0.0 | $0.00 |
| 11 | 04406 | 0222 | June | 30.1 | $15,093.50 |
| 12 | 04406 | 0223 | June | 0.0 | $0.00 |
| 13 | 04406 | 0227 | June | 0.0 | $0.00 |
| 14 | 04406 | 0228 | June | 0.0 | $0.00 |
| 15 | 04406 | 0229 | June | 0.0 | $0.00 |
| 16 | 04406 | 0232 | June | 0.0 | $0.00 |
| 17 | 04406 | 0238 | June | 0.0 | $0.00 |
| 18 | 03165 | 0073 | June | 0.0 | $0.00 |
| 19 | 04406 | 0204 | June | 0.0 | $0.00 |
| | | | **Subtotal:** | 290.5 | $128,717.00 |
| 1 | 30837 | 0001 | July | 18.2 | $11,589.00 |
| 2 | 30837 | 0002 | July | 47.8 | $16,178.00 |

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 3 | 30837 | 0003 | July | 54.6 | $22,105.50 |
| 4 | 30837 | 0004 | July | 0.0 | $0.00 |
| 5 | 30837 | 0005 | July | 8.0 | $3,468.50 |
| 6 | 04406 | 0113 | July | 14.7 | $6,130.50 |
| 7 | 04406 | 0189 | July | 0.0 | $0.00 |
| 8 | 04406 | 0191 | July | 0.0 | $0.00 |
| 9 | 04406 | 0200 | July | 0.0 | $0.00 |
| 10 | 04406 | 0205 | July | 0.0 | $0.00 |
| 11 | 04406 | 0222 | July | 22.9 | $9,254.50 |
| 12 | 04406 | 0223 | July | 0.0 | $0.00 |
| 13 | 04406 | 0227 | July | 0.0 | $0.00 |
| 14 | 04406 | 0228 | July | 0.0 | $0.00 |
| 15 | 04406 | 0229 | July | 0.0 | $0.00 |
| 16 | 04406 | 0232 | July | 0.0 | $0.00 |
| 17 | 04406 | 0238 | July | 0.5 | $167.50 |
| 18 | 03165 | 0073 | July | 0.0 | $0.00 |
| 19 | 04406 | 0204 | July | 0.0 | $0.00 |
| | | | **Subtotal:** | 166.7 | $68,893.50 |
| 1 | 30837 | 0001 | August | 6.1 | $3,790.00 |
| 2 | 30837 | 0002 | August | 56.1 | $21,932.50 |
| 3 | 30837 | 0003 | August | 155.7 | $58,564.50 |
| 4 | 30837 | 0004 | August | 0.0 | $0.00 |

2

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 5 | 30837 | 0005 | August | 1.6 | $688.00 |
| 6 | 04406 | 0113 | August | 3.2 | $1,312.00 |
| 7 | 04406 | 0189 | August | 0.0 | $0.00 |
| 8 | 04406 | 0191 | August | 0.0 | $0.00 |
| 9 | 04406 | 0200 | August | 0.0 | $0.00 |
| 10 | 04406 | 0205 | August | 0.0 | $0.00 |
| 11 | 04406 | 0222 | August | 22.9 | $10,097.50 |
| 12 | 04406 | 0223 | August | 0.0 | $0.00 |
| 13 | 04406 | 0227 | August | 0.0 | $0.00 |
| 14 | 04406 | 0228 | August | 0.0 | $0.00 |
| 15 | 04406 | 0229 | August | 0.0 | $0.00 |
| 16 | 04406 | 0232 | August | 0.0 | $0.00 |
| 17 | 04406 | 0238 | August | 0.0 | $0.00 |
| 18 | 03165 | 0073 | August | 0.0 | $0.00 |
| 19 | 04406 | 0204 | August | 0.0 | $0.00 |
| | | | **Subtotal:** | 245.6 | $96,384.50 |
| | | | | | |
| 1 | 30837 | 0001 | September | 51.5 | $33,175.00 |
| 2 | 30837 | 0002 | September | 3.9 | $1,604.00 |
| 3 | 30837 | 0003 | September | 376.8 | $127,790.00 |
| 4 | 30837 | 0004 | September | 0.0 | $0.00 |
| 5 | 30837 | 0005 | September | 1.3 | $559.00 |
| 6 | 04406 | 0113 | September | 4.8 | $1,968.00 |

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 7 | 04406 | 0189 | September | 0.0 | $0.00 |
| 8 | 04406 | 0191 | September | 0.0 | $0.00 |
| 9 | 04406 | 0200 | September | 0.0 | $0.00 |
| 10 | 04406 | 0205 | September | 0.0 | $0.00 |
| 11 | 04406 | 0222 | September | 2.7 | $1,227.50 |
| 12 | 04406 | 0223 | September | 0.0 | $0.00 |
| 13 | 04406 | 0227 | September | 0.0 | $0.00 |
| 14 | 04406 | 0228 | September | 0.0 | $0.00 |
| 15 | 04406 | 0229 | September | 0.0 | $0.00 |
| 16 | 04406 | 0232 | September | 0.0 | $0.00 |
| 17 | 04406 | 0238 | September | 0.0 | $0.00 |
| 18 | 03165 | 0073 | September | 0.0 | $0.00 |
| 19 | 04406 | 0204 | September | 0.0 | $0.00 |
| | | | **Subtotal:** | 441.0 | $166,323.50 |
| | | | **TOTAL:**[1] | **1,143.8** | **$460,318.50** |

---

[1] During the Sixth Interim Compensation Period, McKenna incurred fees in the amount of $461,207.00 for 1,145.8 hours of the time of professionals and paraprofessionals (not including discretionary reductions). Notwithstanding, in the exercise of its billing judgment, McKenna is seeking fees in the lesser amount of $460,318.50 for 1,143.8 hours of the time of professionals and paraprofessionals.

4