# EXHIBIT D

# Summary of Expenses

| Month | Expense Category | Total |
|---|---|---:|
| June | Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| June | Courier and Express Mail | $48.43 |
| June | Filing/Court/Witness Fees | $29.60 |
| June | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $493.10 |
| June | Long Distance Telephone | $102.40 |
| June | Photocopy and Reproduction Charges (In-House) (821 pages @ $0.10 per copy) | $82.10 |
| June | Postage | $0.00 |
| June | Travel (Airline and Train Travel) | $0.00 |
| June | Travel (Hotels) | $0.00 |
| June | Travel (Local Transportation) | $0.00 |
| June | Travel (Meals) | $0.00 |
| June | Travel (Parking) | $0.00 |
| | **Subtotal** | **$755.63** |
| | | |
| July | Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| July | Courier and Express Mail | $152.59 |
| July | Filing/Court/Witness Fees | $2.40 |
| July | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $0.00 |
| July | Long Distance Telephone | $92.15 |
| July | Photocopy and Reproduction Charges (In-House) (4,149 pages @ $0.10 per copy) | $414.90 |

| Month | Expense Category | Total |
|---|---|---|
| July | Postage | $0.00 |
| July | Travel (Airline and Train Travel) | $0.00 |
| July | Travel (Hotels) | $0.00 |
| July | Travel (Local Transportation) | $0.00 |
| July | Travel (Meals) | $0.00 |
| July | Travel (Parking) | $0.00 |
| | **Subtotal** | **$662.04** |
| | | |
| August | Computerized Legal Research (Lexis and Westlaw) | $4,508.78 |
| August | Courier and Express Mail | $374.54 |
| August | Filing/Court/Witness Fees | $20.16 |
| August | Litigation Support (CD scanning and printing, document management, Lextranet), Pacer and Deposition Expenses | $8,358.79 |
| August | Long Distance Telephone | $85.16 |
| August | Photocopy and Reproduction Charges (In-House) (5,292 pages @ $0.10 per copy) | $529.20 |
| August | Postage | $0.00 |
| August | Travel (Airline and Train Travel) | $775.40 |
| August | Travel (Hotels) | $458.42 |
| August | Travel (Local Transportation) | $4.50 |
| August | Travel (Meals) | $24.25 |
| August | Travel (Parking) | $32.00 |
| | **Subtotal** | **$15,171.20** |

| Month | Expense Category | Total |
|---|---|---|
| | | |
| September | Computerized Legal Research (Lexis and Westlaw) | $8,252.24 |
| September | Courier and Express Mail | $14.27 |
| September | Filing/Court/Witness Fees | $18.32 |
| September | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $0.00 |
| September | Long Distance Telephone | $119.85 |
| September | Photocopy and Reproduction Charges (In-House) (1,103 pages @ $0.10 per copy) | $110.30 |
| September | Postage | $0.00 |
| September | Travel (Airline and Train Travel) | $484.40 |
| September | Travel (Hotels) | $0.00 |
| September | Travel (Local Transportation) | $19.85 |
| September | Travel (Meals) | $0.00 |
| September | Travel (Parking) | $0.00 |
| | **Subtotal** | **$9,019.23** |
| | | |
| | **TOTAL:** | **$25,608.10** |