# EXHIBITS E1 - E4

## Invoices for June 1, 2010 through September 30, 2010

# EXHIBIT E-1

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for June 1, 2010 through June 30, 2010**

# McKenna Long
# & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                     Invoice No. 719041
Matter No.: 30837.0001                Invoice Date: November 18, 2010
========================================================================

     FOR PROFESSIONAL SERVICES RENDERED through June 30, 2010
     RE: KONTRABECKI NY BANKRUPTCY ACTION

* * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| M. Kaufman | 61.80 | 650.00 | 40,170.00 |
| S. Chandler | 4.40 | 400.00 | 1,760.00 |
| D. Gordon | 15.10 | 320.00 | 4,832.00 |
| Total | 81.30 | | 46,762.00 |

TOTAL FEES:                                        $ 46,762.00

CHARGES:

     COPY CHARGES                        5.50
     LITIGATION SUPPORT VENDORS        493.10
     LONG DISTANCE TELEPHONE           102.40
     PACER SEARCHES                      8.24

TOTAL CHARGES:                              $    609.24

T O T A L   T H I S   S T A T E M E N T:     $ 47,371.24

LEHMAN BROTHERS HOLDINGS INC.                    November 18, 2010        PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 719041


DESCRIPTION OF SERVICES


06/01/10   D. Gordon          1.00   CONFERENCES WITH M. KAUFMAN REGARDING MATERIALS
           Task:  4000               NEEDED FOR SETTLEMENT CONFERENCE STATEMENT
                                      (0.3); ANALYZE AND REVIEW RELATED DOCUMENTS FOR
                                      CONFERENCE (0.5); CONFERENCE WITH M. KAUFMAN
                                      REGARDING OVERALL STRATEGY WITH RESPECT TO
                                      SETTLEMENT CONFERENCE (0.2).


06/01/10   M. Kaufman         4.60   EXTENSIVE WORK ON LEHMAN MEDIATION SETTLEMENT
           Task:  4000               STATEMENT (3.2); COMMUNICATIONS WITH P.
                                      BENVENUTTI REGARDING DRAFTS OF PORTIONS THEREOF
                                      AS PREPARED BY P. BENVENUTTI (0.3); REVIEW SAID
                                      DRAFTS (0.7); EDITS THERETO (0.4).


06/02/10   M. Kaufman         5.90   CONTINUED EXTENSIVE WORK ON SETTLEMENT
           Task:  4000               CONFERENCE SUBMISSION (2.4); CONFER WITH P.
                                      BENVENUTTI REGARDING SAME (0.6); WORK ON
                                      REVISIONS AND DRAFTS THEREOF (1.3); PREPARE FOR
                                      CALL WITH CLIENT AND OUTSIDE COUNSEL TO REVIEW
                                      AND RECEIVE COMMENTS THEREON (0.4); REVIEW
                                      FINAL DRAFT OF DOCUMENTS BEING SUBMITTED TO
                                      JUDGE LARSON PREPARATORY TO SUBMITTING LEHMAN
                                      MEDIATION STATEMENT (0.4); REVIEW OF P.
                                      BENVENUTTI'S EMAIL RELATING TO DRAFT OF
                                      SETTLEMENT CONFERENCE STATEMENT (0.2); REVIEW
                                      OF DRAFT AS TRANSMITTED (0.6).


06/02/10   D. Gordon          1.00   MESSAGES WITH B. STONE REGARDING MATERIALS
           Task:  4000               NEEDED FOR SETTLEMENT CONFERENCE STATEMENT
                                      (0.1); PREPARE DOCUMENTS FOR CONFERENCE CALL
                                      (0.4); CONFERENCE WITH M. KAUFMAN REGARDING
                                      AMOUNT OF LEHMAN DAMAGES CLAIM (0.1); REVIEW
                                      DOCUMENTS RELATING TO LEHMAN DAMAGES (0.4).


06/03/10   M. Kaufman         4.90   CONTINUED WORK ON FURTHER REVISIONS TO
           Task:  4000               SETTLEMENT DRAFT (2.0); COMMUNICATIONS WITH P.
                                      BENVENUTTI REGARDING SAME (0.4); DRAFTING OF
                                      ADDITIONAL ASPECTS THEREOF (0.8); CONFERRAL
                                      WITH COUNSEL WITH REGARD TO COORDINATION
                                      REGARDING MEDIATION (0.3); FURTHER REVIEW OF

LEHMAN BROTHERS HOLDINGS INC.                    November 18, 2010          PAGE    3
MATTER NUMBER: 30837.0001
INVOICE NO.: 719041

|  |  |  |  |
|---|---|---|---|
|  |  |  | JOINT RECORD BEING SUBMITTED BY LEHMAN AND COMMUNICATIONS REGARDING SAME WITH W. CROSBY (0.2); CONFER WITH P. BENVENUTTI REGARDING EDITS TO LEHMAN SUBMISSION (0.4); PARTICIPATE IN CONFERENCE WITH B. OLSHAN AND R. LEVINE REGARDING LEHMAN'S COMMENTS (0.5); CONFER WITH P. BENVENUTTI THEREON (0.3). |
| 06/05/10 | M. Kaufman Task:    4000 | 3.10 | CONTINUED WORK ON REVISING SETTLEMENT STATEMENT (2.6); REVIEW EDITS AS PREPARED BY P. BENVENUTTI (0.5). |
| 06/07/10 | M. Kaufman Task:    4000 | 3.10 | FURTHER WORK ON LEHMAN MEDIATION SUBMISSION (2.1); CONFER WITH P. BENVENUTTI REGARDING MODIFICATIONS AND CHANGES (0.4); REVIEW OF R. LEVINE EDITS (0.4); CONFER WITH P. BENVENUTTI REGARDING PROPOSED REVISIONS (0.2). |
| 06/07/10 | D. Gordon Task:    4000 | .60 | CONFERENCE WITH M. KAUFMAN REGARDING MATERIALS NEEDED FOR SETTLEMENT CONFERENCE STATEMENT (0.1); ANALYZE DOCUMENTS PERTAINING TO SETTLEMENT CONFERENCE STATEMENT (0.4); CONFERENCE WITH P. CROSBY REGARDING FILING OF SETTLEMENT CONFERENCE STATEMENT (0.1). |
| 06/08/10 | D. Gordon Task:    4000 | .40 | CONFERENCE WITH P. CROSBY REGARDING LEHMAN DAMAGES CLAIM (0.3); MESSAGES WITH A. ELKO REGARDING OBTAINING DATA ON POSTPETITION ATTORNEYS FEES IN CONNECTION WITH SAME (0.1). |
| 06/08/10 | M. Kaufman Task:    4000 | 3.20 | COMPLETION OF REVISIONS TO SETTLEMENT STATEMENT TO BE SUBMITTED BY LEHMAN (2.8); CONFER WITH P. BENVENUTTI AND R. LEVINE REGARDING MEDIATION STATEMENT (0.4). |
| 06/09/10 | S. Chandler Task:    4000 | 2.60 | READ KONTRABECKI SETTLEMENT CONFERENCE BRIEF (1.2); READ LEHMAN SETTLEMENT CONFERENCE BRIEF (1.2); READ CORRESPONDENCE FROM CO-COUNSEL REGARDING SAME (0.2). |
| 06/09/10 | D. Gordon Task:    4000 | 2.10 | RESEARCH AND ANALYSIS REGARDING ADDITIONAL ATTORNEYS FEES DAMAGES THAT CAN BE CLAIMED FROM KONTRABECKI (0.5); MESSAGE TO P. CROSBY REGARDING SAME (0.1); REVIEW SETTLEMENT CONFERENCE STATEMENT SUBMITTED BY KONTRABECKI (1.5). |

LEHMAN BROTHERS HOLDINGS INC.              November 18, 2010        PAGE    4
MATTER NUMBER: 30837.0001
INVOICE NO.: 719041


06/09/10  M. Kaufman        4.20   REVIEW KONTRABECKI'S SUBMISSION TO JUDGE LARSON
          Task:  4000              AND ASSESSMENT OF SAME (2.2); CONFER WITH P.
                                   BENVENUTTI REGARDING SAME (0.6); PRELIMINARY
                                   ASSESSMENT OF APPROACH TO BE TAKEN AND
                                   COMMENCEMENT OF WORK ON ASPECTS NEEDING TO BE
                                   ADDRESSED (1.0); REVIEW OF VARIOUS PLEADINGS
                                   CITED BY KONTRABECKI IN HIS SUBMISSION (0.4).

06/10/10  M. Kaufman        4.20   REVIEW PRELIMINARY DRAFT OF PRIVATE SUBMISSION
          Task:  4000              TO BE OFFERED BY LEHMAN (2.4); COMMUNICATE WITH
                                   P. BENVENUTTI AND L. PEARLMAN REGARDING SAME
                                   (0.6); WORK ON FURTHER REVISIONS THEREOF (0.7);
                                   COMMUNICATION WITH P. BENVENUTTI AND L.
                                   PEARLMAN REGARDING SAME (0.5).

06/11/10  M. Kaufman        5.30   CONTINUED WORK ON PRELIMINARY DRAFT OF PRIVATE
          Task:  4000              SUBMISSION TO BE PRESENTED TO JUDGE LARSON BY
                                   LEHMAN BROTHERS PRIOR TO CONFERENCE WITH LEHMAN
                                   ON MONDAY (2.4); CONFER WITH L. PEARLMAN AND P.
                                   BENVENUTTI REGARDING SAME (0.8); WORK ON EDITS
                                   THERETO (0.5); REVIEW LETTER FROM B. MOORE AND
                                   PROPOSED TOLLING AGREEMENT (0.3); CONFERENCES
                                   WITH P. BENVENUTTI AND OTHERS REGARDING SAME
                                   (0.8); COMMUNICATIONS WITH CLIENT REGARDING
                                   REQUEST (0.3); FURTHER ANALYSIS OF IMPLICATIONS
                                   OF SAME (0.2).

06/14/10  M. Kaufman        5.20   WORK ON DRAFT OF PRIVATE SUBMISSION (3.1);
          Task:  4000              CONFERENCE WITH B. OLSHAN AND R. LEVINE
                                   REGARDING PRIVATE SUBMISSION (0.6); FURTHER
                                   WORK ON PRIVATE SUBMISSION (0.7); CALLS WITH P.
                                   BENVENUTTI AND ADVISORS REGARDING KONTRABECKI'S
                                   REQUEST FOR TOLLING AGREEMENT (0.8).

06/14/10  D. Gordon         1.80   MESSAGE TO P. CROSBY REGARDING CALCULATION OF
          Task:  4000              POTENTIAL ATTORNEYS FEES FOR USE IN SETTLEMENT
                                   CONFERENCE STATEMENT (0.1); CONFERENCE WITH M.
                                   KAUFMAN REGARDING DOCUMENTS NEEDED FOR FILING
                                   IN STATUS CONFERENCE MEMORANDUM (0.3); CONTINUE
                                   REVIEW OF DOCUMENTS RELATED TO STATUS
                                   CONFERENCE MEMO (1.2); CONFERENCE WITH M.
                                   KAUFMAN REGARDING STRATEGY WITH RESPECT TO
                                   SETTLEMENT CONFERENCE (0.2).

LEHMAN BROTHERS HOLDINGS INC.                November 18, 2010        PAGE    5
MATTER NUMBER: 30837.0001
INVOICE NO.: 719041


06/15/10   D. Gordon            .20   CONFERENCE WITH M. KAUFMAN REGARDING REVIEW OF
           Task:  4000                KONTRABECKI SUBMISSIONS IN CONNECTION WITH
                                      SETTLEMENT CONFERENCE.

06/15/10   M. Kaufman          3.70   DRAFT PRIVATE SUBMISSION.
           Task:  4000

06/15/10   S. Chandler          .70   CONFER WITH M.KAUFMAN REGARDING UPCOMING
           Task:  4000                SETTLEMENT CONFERENCE (0.4); READ
                                      CORRESPONDENCE FROM CO-COUNSEL REGARDING
                                      ACTIONS TO POTENTIALLY BE TAKEN BY DEFENDANT
                                      (0.3).

06/16/10   M. Kaufman          3.60   DRAFT PRIVATE SUBMISSION (2.4); CONFER WITH
           Task:  4000                CO-COUNSEL REGARDING SAME (0.6); REVIEW
                                      RELEVANT PLEADINGS AND HEARING TRANSCRIPTS
                                      (0.6).

06/16/10   D. Gordon           .50    REVIEW LIST OF EXHIBITS SUBMITTED BY
           Task:  4000                KONTRABECKI IN CONNECTION WITH STATUS
                                      CONFERENCE STATEMENT (0.2); MESSAGES WITH P.
                                      CROSBY REGARDING SAME (0.1); CONFERENCE WITH
                                      M. KAUFMAN REGARDING ANALYSIS OF EXHIBITS
                                      SUBMITTED BY KONTRABECKI BUT NOT CITED IN
                                      STATEMENT (0.2).

06/17/10   D. Gordon          5.00    REVIEW OF RECORD MATERIALS DESIGNATED BY
           Task:  4000                KONTRABECKI FOR INCLUSION IN SETTLEMENT
                                      CONFERENCE BUT NOT CITED IN PUBLIC SETTLEMENT
                                      BRIEF (3.0); CONFERENCE WITH M. KAUFMAN
                                      REGARDING INITIAL ANALYSIS OF SAME (0.4);
                                      LOCATE ADDITIONAL SOURCES TO COUNTER
                                      ANTICIPATED ARGUMENTS TO BE RAISED BY
                                      KONTRABECKI IN NON-PUBLIC BRIEF (1.6).

06/17/10   S. Chandler        1.10    REVIEW SUPPLEMENTAL SETTLEMENT CONFERENCE BRIEF
           Task:  4000                (0.9); REVIEW CORRESPONDENCE FROM CO-COUNSEL
                                      RELATED TO SAME (0.2).

06/17/10   M. Kaufman         3.20    WORK ON PRIVATE SUBMISSION DRAFT (2.5); CONFER
           Task:  4000                WITH CO-COUNSEL REGARDING SAME (0.3); REVIEW
                                      RELEVANT PLEADINGS AND TRANSCRIPTS (0.4).

06/18/10   M. Kaufman         2.50    WORK ON PRIVATE SUBMISSION DRAFT (2.1);  CONFER
           Task:  4000                WITH CO-COUNSEL REGARDING SAME (0.4).

```
LEHMAN BROTHERS HOLDINGS INC.          November 18, 2010        PAGE    6
MATTER NUMBER: 30837.0001
INVOICE NO.: 719041
```

| | | | |
|---|---|---|---|
| 06/20/10 | D. Gordon<br>Task: 4000 | 1.50 | CONTINUED REVIEW OF MATERIALS INCLUDED IN SETTLEMENT CONFERENCE RECORD BY KONTRABECKI BUT NOT CITED IN PUBLIC BRIEF. |
| 06/21/10 | D. Gordon<br>Task: 4000 | 1.00 | CONFERENCES WITH P. CROSBY REGARDING DOCUMENTS NEEDED FOR CONFIDENTIAL STATUS CONFERENCE SUBMISSION (0.2); REVIEW AND ANALYZE DOCUMENTS IN CONNECTION WITH SUBMISSION (0.5); CONFERENCE WITH M. KAUFMAN REGARDING SAME (0.3). |
| 06/21/10 | M. Kaufman<br>Task: 4000 | 2.70 | REVIEW R. LEVINE COMMENTS ON PRIVATE MEDIATION (0.8); WORK ON REVISION TO PRIVATE SUBMISSION DRAFT (1.4); COMMUNICATION WITH P. BENVENUTTI REGARDING SAME (0.5). |
| 06/30/10 | M. Kaufman<br>Task: 4000 | 2.40 | CALL WITH CLIENT REGARDING SETTLEMENT (0.8); FOLLOW-UP CALLS WITH CLIENT AND P. BENVENUTTI (1.6). |

```
4000  Non-Bankruptcy Litigation
      D. Gordon                        15.10    320.00   $4,832.00
      M. Kaufman                       61.80    650.00  $40,170.00
      S. Chandler                       4.40    400.00   $1,760.00

         TOTAL 4000                     81.30            $46,762.00
```

Billed Recap Or Cost Detail (Invoice: 719041 Date: 11/18/2010)
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/01/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.90 | 2.90 | LONG DISTANCE TELEPHONE 17:15 1-415-875-5826 | 26493062 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 2.90 | 2.90 | 74120 | |
| 06/01/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 17:31 1-503-351-1271 | 26493063 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 06/01/2010 | 4003 | DAVID GORDON | 411S | 3.00 | 2.64 | 7.92 | PACER SEARCHES | 26515242 |
| 11/18/2010 | | Invoice=719041 | | 3.00 | 2.64 | 7.92 | | |
| 06/01/2010 | 4003 | DAVID GORDON | 411S | 1.00 | 0.32 | 0.32 | PACER SEARCHES | 26526978 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 0.32 | 0.32 | | |
| 06/02/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 11:17 1-415-875-5826 | 26493077 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 06/02/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 12:04 1-415-875-5826 | 26493080 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 1.09 | 1.09 | 74120 | |
| 06/02/2010 | 0999 | MLA MLA | 105S | 1.00 | 11.26 | 11.26 | LONG DISTANCE TELEPHONE 13:28 1-415-875-5826 | 26493082 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 11.26 | 11.26 | 74120 | |
| 06/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 10:52 1-415-875-5826 | 26493127 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 1.09 | 1.09 | 74120 | |
| 06/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.36 | 4.36 | LONG DISTANCE TELEPHONE 11:52 1-415-875-5826 | 26493146 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 4.36 | 4.36 | 74120 | |
| 06/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 5.08 | 5.08 | LONG DISTANCE TELEPHONE 12:07 1-206-375-5475 | 26493150 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 5.08 | 5.08 | 74120 | |
| 06/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 21.08 | 21.08 | LONG DISTANCE TELEPHONE 13:36 1-503-740-0935 | 26493173 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 21.08 | 21.08 | 74120 | |
| 06/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 6.54 | 6.54 | LONG DISTANCE TELEPHONE 15:17 1-205-527-3566 | 26493186 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 6.54 | 6.54 | 74120 | |
| 06/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 5.45 | 5.45 | LONG DISTANCE TELEPHONE 10:17 1-415-875-5826 | 26493243 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 5.45 | 5.45 | 74120 | |
| 06/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 17:09 1-415-875-5826 | 26493303 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 06/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 17:13 1-415-875-5753 | 26499755 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 0.72 | 0.72 | 74117 | |
| 06/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.18 | 2.18 | LONG DISTANCE TELEPHONE 14:30 1-415-875-5753 | 26511770 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 2.18 | 2.18 | 74117 | |
| 06/09/2010 | 0999 | MLA MLA | 105S | 1.00 | 13.44 | 13.44 | LONG DISTANCE TELEPHONE 10:56 1-415-875-5826 | 26493443 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 13.44 | 13.44 | 74120 | |
| 06/11/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:58 1-415-875-5826 | 26516269 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 06/11/2010 | 0999 | MLA MLA | 105S | 1.00 | 11.99 | 11.99 | LONG DISTANCE TELEPHONE 16:56 1-415-875-5826 | 26516288 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 11.99 | 11.99 | 74120 | |
| 06/14/2010 | 4003 | DAVID GORDON | 101S | 14.00 | 0.15 | 2.10 | COPY CHARGES | 26494856 |
| 11/18/2010 | | Invoice=719041 | | 14.00 | 0.10 | 1.40 | | |
| 06/14/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 12:29 1-415-875-5826 | 26522815 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 1.81 | 1.81 | 74120 | |
| 06/15/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:51 1-415-875-5826 | 26525908 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 06/16/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 10:30 1-415-875-5826 | 26526532 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 0.72 | 0.72 | 74120 | |
| 06/17/2010 | 4003 | DAVID GORDON | 101S | 9.00 | 0.15 | 1.35 | COPY CHARGES | 26500906 |
| 11/18/2010 | | Invoice=719041 | | 9.00 | 0.10 | 0.90 | | |
| 06/17/2010 | 4981 | ALISON ELKO | 101S | 32.00 | 0.15 | 4.80 | COPY CHARGES | 26500907 |
| 11/18/2010 | | Invoice=719041 | | 32.00 | 0.10 | 3.20 | | |
| 06/17/2010 | 0999 | MLA MLA | 105S | 1.00 | 8.36 | 8.36 | LONG DISTANCE TELEPHONE 12:04 1-212-561-5151 | 26535977 |

Billed Recap Of Cost Detail (Invoice: 719041 Date: 11/18/2010)
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 11/18/2010 | | Invoice=719041 | | 1.00 | 8.36 | 8.36 | 74120 | |
| | | | | | | | | |
| 06/21/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 17:26 1-415-875-5753 | 26532615 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 0.36 | 0.36 | 74117 | |
| | | | | | | | | |
| 06/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 15:40 1-415-722-4299 | 26533842 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 1.81 | 1.81 | 74120 | |
| | | | | | | | | |
| 06/30/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 10:55 1-415-875-5826 | 26536179 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 06/30/2010 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 493.10 | 493.10 | LITIGATION SUPPORT VENDORS - - PAYEE: | 26581559 |
| 11/18/2010 | | Invoice=719041 | | 1.00 | 493.10 | 493.10 | LEXISNEXIS APPLIED DISCOVERY | |
| | | Voucher=1787338 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY  Balance= .00  Amount= | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 611.99 | 30 records | |
| | | BILLED TOTALS:    BILL: | | | | 609.24 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 611.99 | 30 records | |
| | | GRAND TOTAL:    BILL: | | | | 609.24 | | |

<u>**Supplemental Information Sheet**</u>
**June 2010**

**Expenses for Kontrabecki (30837.0001)**
**Timekeeper: M. Kaufman**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 6/30/10 | $493.10 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |


LexisNexis™
Applied Discovery®

| | |
|---|---|
| Page: | 1 |
| Number: | 0000110325 |
| Date: | 6/30/2010 |
| Due Date: | 7/30/2010 |

**REMIT TO:**

Applied Discovery, Inc
13427 NE 16th Street
Suite 200
Bellevue, WA 98005
(877) 613-3010    Ext: 3526

Customer:    MCKEAT

**TIN: 91-1955281**

# Invoice

| Ship To | Sold To |
|---|---|
| MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265   USA | MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265   USA |

| Matter Name |
|---|
| Warsaw v. Lehman Bros. |

| Matter Number | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| E300.0010 | USPS | | Net 30 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| Data Hosting Fees | | 14.00 | 34.650 | 485.10 |
| Monthly Data Hosting Fee | | | | |
| Data Hosting Fees | | 1.00 | 8.000 | 8.00 |
| Media Storage Fee | | | | |

LAST ITEM

RECEIVED
AUG 0 4 2010
PN

OK

178 7338

| | | |
|---|---|---|
| AR Contact: | Accounts Receivable | |
| Email: | billing@applieddiscovery.com | |
| Phone: | (877) 613-3010    Ext: 3526 | |

*Applied Discovery now offers clients the ability to pay by credit card. Please use the AR contact information above to initiate.

| | |
|---|---|
| Subtotal | 493.10 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance (USD)** | **493.10** |

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                    Invoice No. 719064
Matter No.: 30837.0002               Invoice Date: August 18, 2010
=================================================================

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2010
RE: BANKRUPTCY EMPLOYMENT MATTERS

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| C. Weiss | 0.30 | 525.00 | 157.50 |
| G. Marsh | 1.20 | 500.00 | 600.00 |
| S. Chandler | 1.10 | 400.00 | 440.00 |
| A. Elko | 73.30 | 335.00 | 24,555.50 |
| Total | 75.90 | | 25,753.00 |

TOTAL FEES:                                    $ 25,753.00

CHARGES:

    COPY CHARGES                    32.00
    PACER SEARCHES                  21.36

TOTAL CHARGES:                         $     53.36

T O T A L   T H I S   S T A T E M E N T :      $ 25,806.36

LEHMAN BROTHERS HOLDINGS INC.                August 18, 2010            PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 719064


                    DESCRIPTION OF SERVICES


06/01/10  A. Elko            2.50   REVIEW NOTICE OF HEARING REGARDING FEE
          Task:  4600               APPLICATIONS AND RELATED CORRESPOND (0.3);
                                    REVIEW AND REVISE PRO FORMAS FOR MARCH AND
                                    APRIL (2.2).

06/02/10  S. Chandler         .40   REVIEW BILL IN KONTRABECKI MATTER (0.2);
          Task:  4600               FOLLOW-UP ON OPEN ISSUES TO REVISE SAME FOR
                                    SUFFICIENT DETAIL (0.2).

06/02/10  A. Elko            3.70   REVIEW AND EDIT LEHMAN PRO FORMAS AND DRAFT
          Task:  4600               INVOICES FOR MARCH AND APRIL MONTHLY STATEMENTS
                                    (2.8); CORRESPOND WITH C. CHIN REGARDING
                                    INVOICES (0.5); CONFER WITH C. GRAHAM REGARDING
                                    HEARING ON FEE APPLICATIONS (0.4).

06/07/10  A. Elko             .20   CORRESPOND WITH C. CHIN REGARDING LEHMAN PRO
          Task:  4600               FORMAS AND INVOICES.

06/10/10  A. Elko            2.00   WORK ON MONTHLY STATEMENTS FOR FEBRUARY,
          Task:  4600               MARCH AND APRIL 2010.

06/11/10  A. Elko            3.50   REVIEW AND EDIT LEHMAN PRO FORMAS AND
          Task:  4600               INVOICES FOR MARCH AND APRIL (1.4); RESEARCH
                                    INVOICES AND EXPENSES (1.2); REVIEW AND
                                    SUMMARIZE FEE COMMITTEE'S ANALYSIS OF FOURTH
                                    INTERIM FEE APPLICATION (0.5); CORRESPOND
                                    WITH M. KAUFMAN REGARDING KONTRABECKI PRO
                                    FORMAS AND INVOICES (0.2); CORRESPOND WITH
                                    KONTRABECKI TEAM REGARDING TASK CODES (0.1);
                                    CORRESPOND WITH M. KAUFMAN REGARDING TRAVEL
                                    EXPENSES (0.1).

06/14/10  A. Elko            4.40   REVIEW AND EDIT PRO FORMAS FOR KONTRABECKI
          Task:  4600               (2.8); RESEARCH KONTRABECKI EXPENSES (1.2);
                                    CORRESPOND WITH C. CHIN REGARDING PRO FORMAS
                                    AND EXPENSE DETAILS (0.4).

LEHMAN BROTHERS HOLDINGS INC.            August 18, 2010            PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 719064


06/14/10  S. Chandler        .50  REVIEW OPEN ISSUES WITH RESPECT TO THE
          Task:  4600             KONTRABECKI BILL (0.1); CONFER WITH A.ELKO
                                  REGARDING SAME (0.1); REVISE TIME ENTRIES IN
                                  KONTRABECKI MATTER TO ADDRESSS OBJECTIONS
                                  (0.3).

06/15/10  S. Chandler        .20  CONFER WITH A.ELKO REGARDING ISSUES PERTAINING
          Task:  4600             TO KONTRABECKI EXPENSES.

06/15/10  A. Elko           5.70  REVIEW FEE COMMITTEE'S INDIVIDUAL SUMMARY SHEET
          Task:  4600             REGARDING FOURTH INTERIM FEE APPLICATION (2.0);
                                  WORK ON RESPONSE THERETO (3.5); CONFER WITH S.
                                  CHANDLER REGARDING KONTRABECKI EXPENSES (0.2).

06/16/10  A. Elko           6.30  CONFER AND CORRESPOND WITH S. BOGANS REGARDING
          Task:  4600             KONTRABECKI EXPENSES (0.5); CORRESPOND WITH L.
                                  WILLIAMS REGARDING EXPENSE (0.2); RESEARCH
                                  EXPENSES (1.5); REVIEW MONTHLY STATEMENTS AND
                                  FEE APPLICATION TO RESPOND TO FEE COMMITTEE'S
                                  ANALYSIS (1.8); REVIEW AND ANALYZE SUPPORTING
                                  DOCUMENTATION PREVIOUSLY SUBMITTED (1.8);
                                  REQUEST ADDITIONAL SUPPORTING DOCUMENTATION
                                  FROM VARIOUS PARTIES AND ACCOUNTING (0.5).

06/17/10  A. Elko           2.20  WORK ON RESPONSE TO FEE COMMITTEE'S
          Task:  4600             INVIDIDUAL SUMMARY SHEET ANALYZING AND
                                  OBJECTING TO FOURTH INTERIM FEE APPLICATION.

06/18/10  A. Elko           6.50  WORK ON RESPONSE TO FEE COMMITTEE'S INDIVIDUAL
          Task:  4600             SUMMARY SHEET ANALYZING FOURTH INTERIM FEE
                                  APPLICATION (3.5); DRAFT SPREADSHEET TO RESPOND
                                  TO EACH LINE-BYLINE OBJECTION (2.0); CORRESPOND
                                  WITH NUMEROUS TIMEKEEPERS REGARDING ALLEGED
                                  ADMINISTRATIVE TASKS AND INSUFFICIENT
                                  DESCRIPTIONS OF TIME DETAIL (1.0).

06/21/10  C. Weiss           .30  WORK WITH A. ELKO REGARDING SUPPLEMENTAL
          Task:  4600             DECLARATION TO EMPLOYMENT APPLICATION
                                  RELATING TO VENTANA INN MATTER.

06/21/10  A. Elko           6.50  CONTINUE WORK ON RESPONSE TO FEE COMMITTEE'S
          Task:  4600             INDIVIDUAL SUMMARY SHEET ANALYZING FOURTH
                                  INTERIM FEE APPLICATION (2.0); CORRESPOND
                                  FURTHER WITH TIMEKEEPERS REGARDING FEE
                                  COMMITTEE'S OBJECTIONS TO FEES AND EXPENSES

LEHMAN BROTHERS HOLDINGS INC.               August 18, 2010          PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 719064


                                    REQUESTED IN FOURTH INTERIM FEE APPLICATION
                                    (0.8); SUMMARIZE FEE COMMITTEE'S INDIVIDUAL
                                    SUMMARY SHEET ANALYZING FOURTH INTERIM FEE
                                    APPLICATION (0.5); CORRESPOND WITH TEAM WITH
                                    RESPECT THERETO (0.3); CORRESPOND WITH TEAM
                                    REGARDING STATUS OF MONTHLY STATEMENTS (0.2);
                                    CONFER WITH C. WEISS REGARDING SUPPLEMENTAL
                                    DECLARATION (0.3); DRAFT SUMMARY OF
                                    SUPPLEMENTAL DECLARATION (0.5); CONTINUE WORK
                                    ON RESPONSE TO FEE COMMITTEE'S INDIVIDUAL
                                    SUMMARY SHEET (1.9).

06/22/10   A. Elko            1.70  CORRESPOND WITH G. MARSH, M. KAUFMAN, P.
           Task:  4600              MCGEEHAN, C. WEISS, C. GRAHAM, D. GEIGER, S.
                                    CHANDLER AND A. KAUFMAN REGARDING FEE COMMITTEE
                                    INDIVIDUAL SUMMARY SHEET ANALYZING FOURTH
                                    INTERIM FEE APPLICATION AND NEW FEE COMMITTEE
                                    BILLING GUIDELINES (0.5); CONTINUE WORK ON
                                    RESPONSE THERETO (1.2).

06/23/10   A. Elko            2.60  REVIEW AND EDIT MAY PRO FORMAS AND INVOICES
           Task:  4600              (0.6); REVISE SUMMARIES OF FEES AND EXPENSES
                                    FOR FEBRUARY, MARCH AND APRIL MONTHLY
                                    STATEMENTS (0.5); CONTINUE WORK ON RESPONSE TO
                                    FEE COMMITTEE INDIVIDUAL SUMMARY SHEET
                                    OBJECTING TO FOURTH INTERIM FEE APPLICATION
                                    (1.5).

06/24/10   A. Elko            3.80  CONTINUE WORK ON RESPONSE TO LEHMAN FEE
           Task:  4600              COMMITTEE INDIVIDUAL SUMMARY SHEET REGARDING
                                    FOURTH INTERIM FEE APPLICATION (1.8); WORK ON
                                    FEBRUARY, MARCH AND APRIL MONTHLY STATEMENTS
                                    (0.5); REVIEW AND EDIT MAY PRO FORMAS AND
                                    INVOICES (1.5).

06/25/10   A. Elko            2.80  WORK ON WRITTEN RESPONSE TO FEE COMMITTEE'S
           Task:  4600              ANALYSIS OF FOURTH INTERIM FEE APPLICATION,
                                    INCLUDING DRAFTING OF LETTER.

06/28/10   A. Elko            3.90  CONTINUE WORK ON WRITTEN RESPONSE TO FEE
           Task:  4600              COMMITTEE'S ANALYSIS OF FOURTH INTERIM FEE
                                    APPLICATION, INCLUDING DRAFTING SUMMARIES OF
                                    SUPPLEMENTAL INFORMATION.

06/29/10   A. Elko            8.20  WORK ON WRITTEN RESPONSE TO FEE COMMITTEE'S
           Task:  4600              ANALYSIS OF FOURTH INTERIM FEE APPLICATION.

LEHMAN BROTHERS HOLDINGS INC.              August 18, 2010              PAGE    5
MATTER NUMBER: 30837.0002
INVOICE NO.: 719064


06/30/10  G. Marsh                 1.20    REVIEW AND REVISE LETTER TO FEE COMMITTEE IN
          Task:   4600                     REGARDS TO OBJECTIONS TO FOURTH INTERIM FEE
                                           APPLICATION AND NEW BILLING GUIDELINES.

06/30/10  A. Elko                  6.80    REVIEW AND REVISE WRITTEN RESPONSE TO FEE
          Task:   4600                     COMMITTEE'S ANALYSIS OF FOURTH INTERIM FEE
                                           APPLICATION (3.4); REVIEW AND REVISE
                                           SPREADSHEETS AND ATTACHMENTS RELATED THERETO
                                           (2.8); CONFER WITH G. MARSH WITH RESPECT TO
                                           RESPONSE (0.2); WORK WITH K. ROHLING, C.
                                           GRAHAM, A. KAUFMAN AND J. MAYES REGARDING
                                           SUPPORTING DOCUMENTATION FOR RESPONSE TO
                                           OBJECTION TO FOURTH INTERIM FEE APPLICATION
                                           (0.4).

4600  Firm's Own Billing/Fee Applications
      A. Elko                      73.30    335.00  $24,555.50
      C. Weiss                       .30    525.00     $157.50
      G. Marsh                      1.20    500.00     $600.00
      S. Chandler                   1.10    400.00     $440.00

         TOTAL 4600                75.90            $25,753.00

Billed Recap Of Cost Detail (Invoice=719064 Date: 08/18/2010)

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/01/2009 | 4981 | ALISON ELKO | 411S | 1.00 | 2.16 | 2.16 | PACER SEARCHES | 26515243 |
| 08/18/2010 | | Invoice=719064 | | 1.00 | 2.16 | 2.16 | | |
| | | | | | | | | |
| 03/01/2010 | 4981 | ALISON ELKO | 411S | 1.00 | 7.04 | 7.04 | PACER SEARCHES | 26515244 |
| 08/18/2010 | | Invoice=719064 | | 1.00 | 7.04 | 7.04 | | |
| | | | | | | | | |
| 04/01/2010 | 4981 | ALISON ELKO | 411S | 2.00 | 6.08 | 12.16 | PACER SEARCHES | 26515245 |
| 08/18/2010 | | Invoice=719064 | | 2.00 | 6.08 | 12.16 | | |
| | | | | | | | | |
| 06/02/2010 | 4981 | ALISON ELKO | 101S | 156.00 | 0.15 | 23.40 | COPY CHARGES | 26479921 |
| 08/18/2010 | | Invoice=719064 | | 156.00 | 0.10 | 15.60 | | |
| | | | | | | | | |
| 06/12/2010 | 4981 | ALISON ELKO | 101S | 94.00 | 0.15 | 14.10 | COPY CHARGES | 26493759 |
| 08/18/2010 | | Invoice=719064 | | 94.00 | 0.10 | 9.40 | | |
| | | | | | | | | |
| 06/15/2010 | 4981 | ALISON ELKO | 101S | 8.00 | 0.15 | 1.20 | COPY CHARGES | 26496835 |
| 08/18/2010 | | Invoice=719064 | | 8.00 | 0.10 | 0.80 | | |
| | | | | | | | | |
| 06/24/2010 | 4981 | ALISON ELKO | 101S | 22.00 | 0.15 | 3.30 | COPY CHARGES | 26524315 |
| 08/18/2010 | | Invoice=719064 | | 22.00 | 0.10 | 2.20 | | |
| | | | | | | | | |
| 06/29/2010 | 4981 | ALISON ELKO | 101S | 20.00 | 0.15 | 3.00 | COPY CHARGES | 26530583 |
| 08/18/2010 | | Invoice=719064 | | 20.00 | 0.10 | 2.00 | | |
| | | | | | | | | |
| 06/30/2010 | 4981 | ALISON ELKO | 101S | 20.00 | 0.15 | 3.00 | COPY CHARGES | 26531390 |
| 08/18/2010 | | Invoice=719064 | | 20.00 | 0.10 | 2.00 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 69.36 | 9 records | |
| | | BILLED TOTALS:    BILL: | | | | 53.36 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 69.36 | 9 records | |
| | | GRAND TOTAL:    BILL: | | | | 53.36 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 719065
Matter No.: 30837.0003               Invoice Date: August 18, 2010
================================================================

    FOR PROFESSIONAL SERVICES RENDERED through June 30, 2010
    RE: AZ 72, LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C.F. Graham | 6.10 | 760.00 | 4,636.00 |
| C. Weiss | 1.40 | 525.00 | 735.00 |
| A.F. Kaufman | 1.30 | 425.00 | 552.50 |
| T. Hall | 1.70 | 425.00 | 722.50 |
| M.B. Hoffman | 65.60 | 350.00 | 22,960.00 |
| E.W. Bolte | 0.10 | 165.00 | 16.50 |
| Total | 76.20 | | 29,622.50 |

TOTAL FEES:                                    $ 29,622.50

T O T A L   T H I S   S T A T E M E N T:       $ 29,622.50

LEHMAN BROTHERS HOLDINGS INC.                August 18, 2010          PAGE   2
MATTER NUMBER: 30837.0003
INVOICE NO.: 719065


                          DESCRIPTION OF SERVICES


06/01/10   M.B. Hoffman           .30    CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
           Task:  4000                    PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                          DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF
                                          POSITION.

06/02/10   C.F. Graham            .40    CONFER WITH A. KAUFMAN REGARDING STATUS OF CASE
           Task:  4000                    AND ANALYSIS OF GAC DOCUMENT PRODUCTION.

06/03/10   M.B. Hoffman           .50    CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
           Task:  4000                    PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                          DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF
                                          POSITION.

06/04/10   M.B. Hoffman          1.70    CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
           Task:  4000                    PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                          DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF
                                          POSITION.

06/06/10   M.B. Hoffman          1.40    CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
           Task:  4000                    PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                          DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF
                                          POSITION.

06/07/10   M.B. Hoffman          6.40    CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
           Task:  4000                    PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                          DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF
                                          POSITION.

06/07/10   A.F. Kaufman           .30    TELEPHONE CALL WITH M. HOFFMAN PERTAINING TO
           Task:  4000                    LEGAL ISSUES ARISING FROM REVIEW AND ANALYSIS
                                          OF GAC DOCUMENTS.

06/08/10   A.F. Kaufman           .20    REVIEW AND ANALYZE ISSUES RELATING TO DEFENDANT
           Task:  4000                    DOCUMENT PRODUCTION.

LEHMAN BROTHERS HOLDINGS INC.          August 18, 2010          PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 719065


06/08/10   C.F. Graham          1.00   CONFER WITH M. HOFFMAN REGARDING SUMMARY
           Task:  4000                 JUDGMENT STRATEGY AND ANALYSIS OF GAC DOCUMENT
                                       PRODUCTION (0.2); REVIEW MEMORANDUM REGARDING
                                       PRIVILEGE ISSUE (0.5); CONFER WITH A. KAUFMAN
                                       REGARDING ANALYSIS OF GAC DOCUMENT PRODUCTION
                                       (0.2); CONFER WITH C. WEISS REGARDING SAME
                                       (0.1).

06/08/10   C. Weiss              .50   TELEPHONE CONFERENCE WITH C. GRAHAM REGARDING
           Task:  4000                 CASE STRATEGY, ISSUES RAISED IN DISCOVERY AND
                                       TIMING FOR SUMMARY JUDGMENT.

06/08/10   M.B. Hoffman         3.60   CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
           Task:  4000                 PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                       DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF
                                       POSITION (2.5); DRAFT MEMORANDUM TO FILE
                                       REGARDING STATUS OF REVIEW, CATEGORIES OF
                                       DOCUMENTS, SCHEDULE AND POTENTIAL INADVERTENT
                                       PRIVILEGE DOCUMENT PRODUCTION (0.7); REVIEW AND
                                       ANALYZE RESEARCH REGARDING INADVERTENT
                                       PRIVILEGE PRODUCTION AND ETHICAL RULES
                                       REGARDING THE SAME (0.4).

06/12/10   M.B. Hoffman          .90   CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
           Task:  4000                 PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                       DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF
                                       POSITION.

06/13/10   M.B. Hoffman         3.20   CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
           Task:  4000                 PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                       DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF
                                       POSITION.

06/14/10   M.B. Hoffman         1.70   CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
           Task:  4000                 PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                       DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF
                                       POSITION.

06/15/10   M.B. Hoffman         2.00   CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
           Task:  4000                 PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                       DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF
                                       POSITION.

LEHMAN BROTHERS HOLDINGS INC.                    August 18, 2010              PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 719065

| 06/15/10 | C.F. Graham<br>Task:  4000 | 1.80 | REVIEW AND ANALYZE 37 HOT DOCUMENTS PRODUCED BY DEFENDANTS (1.6); READ EMAILS RELATED TO DEFENDANTS FINANCIAL DOCUMENT PRODUCTION (0.2). |
| 06/16/10 | M.B. Hoffman<br>Task:  4000 | 3.40 | CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION. |
| 06/16/10 | C.F. Graham<br>Task:  4000 | .50 | CONFER WITH M. HOFFMAN REGARDING LEGAL ISSUES PERTAINING TO DOCUMENT REVIEW AND SUMMARY JUDGMENT MOTION. |
| 06/17/10 | M.B. Hoffman<br>Task:  4000 | 1.10 | CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION. |
| 06/17/10 | C.F. Graham<br>Task:  4000 | 1.60 | CONFER WITH M. HOFFMAN REGARDING REVIEW AND ANALYSIS OF GAC DOCUMENTS (0.3); WORK ON SUMMARY JUDGMENT OUTLINE (1.3). |
| 06/19/10 | M.B. Hoffman<br>Task:  4000 | 1.50 | CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION. |
| 06/20/10 | M.B. Hoffman<br>Task:  4000 | 2.40 | CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION. |
| 06/21/10 | M.B. Hoffman<br>Task:  4000 | 3.60 | CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION. |
| 06/21/10 | T. Hall<br>Task:  4000 | 1.70 | EMAIL EXCHANGE WITH J. RHODES REGARDING SURVIVAL AND CONTINUING APPLICABILITY OF JOINT DEVELOPMENT AGREEMENT (0.5); REVIEW OF JOINT DEVELOPMENT AGREEMENT AND RELATED FILES WITH RESPECT TO INQUIRIES BY J. RHODES REGARDING ITS SURVIVAL AND CONTINUING APPLICABILITY (1.2). |

LEHMAN BROTHERS HOLDINGS INC.          August 18, 2010          PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 719065


| | | | |
|---|---|---|---|
| 06/21/10 | C. Weiss<br>Task:  4000 | .90 | REVIEW EMAILS REGARDING JOINT DEVELOPMENT AGREEMENT STATUS AND TRIMONT QUESTIONS (0.3); WORK WITH T. HALL REGARDING RESPONSES TO TRIMONT QUESTIONS ON JOINT DEVELOPMENT AGREEMENT (0.6). |
| 06/22/10 | A.F. Kaufman<br>Task:  4000 | .20 | TELEPHONE CALL WITH M. HOFFMAN REGARDING ISSUES PERTAINING TO DOCUMENT REVIEW. |
| 06/22/10 | M.B. Hoffman<br>Task:  4000 | 4.30 | CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION (4.1); PREPARE CORRESPONDENCE TO A. KAUFMAN REGARDING ANALYSIS OF GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION AND NEXT STEPS (0.1); FOLLOW-UP CONVERSATION WITH A. KAUFMAN REGARDING ANALYSIS OF GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION (0.1). |
| 06/23/10 | M.B. Hoffman<br>Task:  4000 | 3.20 | CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION. |
| 06/24/10 | M.B. Hoffman<br>Task:  4000 | 4.50 | CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION (4.4); CONFER WITH C. GRAHAM REGARDING PROGRESS OF REVIEW AND ANALYSIS OF GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION AND DOCUMENTS OF INTEREST (0.1). |
| 06/25/10 | M.B. Hoffman<br>Task:  4000 | 7.40 | CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION. |
| 06/27/10 | M.B. Hoffman<br>Task:  4000 | 9.10 | CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION. |

LEHMAN BROTHERS HOLDINGS INC.              August 18, 2010              PAGE   6
MATTER NUMBER: 30837.0003
INVOICE NO.: 719065


| | | | |
|---|---|---|---|
| 06/28/10 | C.F. Graham<br>Task: 4000 | .50 | REVIEW ORDER OF JUDGE JONES ASSIGNING CASE TO MAGISTRATE JUDGE ELLIS (0.1); EMAILS WITH RESPECT TO J. RHODES INQUIRY REGARDING CASE DEVELOPMENTS AND STATUS (0.2); WORK ON OUTLINE OF SUMMARY JUDGMENT PAPERS (0.2). |
| 06/28/10 | A.F. Kaufman<br>Task: 4000 | .40 | TELEPHONE CALL WITH S. LAUER OF TRIMONT REGARDING CASE BACKGROUND AND CASE STATUS. |
| 06/28/10 | M.B. Hoffman<br>Task: 4000 | 2.10 | CONTINUE TO REVIEW AND ANALYZE GAC DOCUMENT PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE DEFENSES AND OVERALL SUBSTANTIVE SUPPORT OF POSITION (1.6); CONFER WITH B. MARKOWITZ REGARDING EXAMINATION OF GAC DOCUMENT PRODUCTION AND PRODUCTION OF HOT DOCUMENTS FOR TEAM'S REVIEW (0.5). |
| 06/28/10 | E.W. Bolte<br>Task: 4000 | .10 | PERFORM OPTICAL CHARACTER RECOGNITION PROCESS IN SUMMATION DATABASE IN ORDER TO CREATE SEARCHABLE TEXT. |
| 06/29/10 | M.B. Hoffman<br>Task: 4000 | 1.10 | REVIEW AND ANALYSIS OF GAC DOCUMENT PRODUCTION FOR MOTION FOR SUMMARY JUDGMENT (0.2); CONTINUE TO REVIEW AND ANALYZE "HOT DOCUMENTS" WITHIN GAC DOCUMENT PRODUCTION TO ASCERTAIN VALUE AND LEVEL OF SUPPORT FOR MOTION FOR SUMMARY JUDGMENT (0.9). |
| 06/29/10 | C.F. Graham<br>Task: 4000 | .30 | EMAIL EXCHANGE WITH A. KAUFMAN REGARDING SUMMARY JUDGMENT MOTION. |
| 06/30/10 | M.B. Hoffman<br>Task: 4000 | .20 | CONFER WITH A. KAUFMAN REGARDING REVIEW/ANALYSIS OF GAC DOCUMENT PRODUCTION AND PREPARING HOT DOCUMENTS FOR USE WITH RESPECT TO MOTION FOR SUMMARY JUDGMENT. |
| 06/30/10 | A.F. Kaufman<br>Task: 4000 | .20 | TELEPHONE CALL WITH M. HOFFMAN REGARDING DEFENDANTS' DOCUMENT PRODUCTION. |

4000  Non-Bankruptcy Litigation

| | | | |
|---|---|---|---|
| A.F. Kaufman | 1.30 | 425.00 | $552.50 |
| C. Weiss | 1.40 | 525.00 | $735.00 |
| C.F. Graham | 6.10 | 760.00 | $4,636.00 |
| E.W. Bolte | .10 | 165.00 | $16.50 |

LEHMAN BROTHERS HOLDINGS INC.          August 18, 2010          PAGE    7
MATTER NUMBER: 30837.0003
INVOICE NO.: 719065


        M.B. Hoffman                   65.60    350.00  $22,960.00
        T. Hall                         1.70    425.00     $722.50

            TOTAL 4000                  76.20            $29,622.50

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

| | | |
|---|---|---|
| Albany | | New York |
| Atlanta | | Philadelphia |
| Brussels | | San Diego |
| Denver | | San Francisco |
| Los Angeles | | Washington, DC |

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837                    Invoice No. 719066
Matter No.: 30837.0005               Invoice Date: August 20, 2010
=================================================================

   FOR PROFESSIONAL SERVICES RENDERED through June 30, 2010
   RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| G. Walling | 20.80 | 430.00 | 8,944.00 |
| Total | 20.80 | | 8,944.00 |

TOTAL FEES:                                      $  8,944.00

CHARGES:

   COPY CHARGES                         42.60
   DELIVERY SERVICE/MESSENGER           48.43

TOTAL CHARGES:                                   $     91.03

T O T A L   T H I S   S T A T E M E N T :        $  9,035.03

LEHMAN BROTHERS HOLDINGS INC.                August 20, 2010            PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 719066


DESCRIPTION OF SERVICES


06/01/10  G. Walling              .10    COMMUNICATIONS WITH R. LOGAN (WACHOVIA)
          Task: 4000                      REGARDING LIQUIDATION OF $100,000 CERTIFICATE
                                          OF DEPOSIT OWNED BY  OCTOPUS PROPERTY LLC AND
                                          RELATED TO RIVERBEND.


06/02/10  G. Walling             1.90    CALL WITH R. LOGAN (WACHOVIA) REGARDING
          Task: 4000                      LIQUIDATION OF OCTOPUS PROPERTY LLC $100,000
                                          CERTIFICATE OF DEPOSIT RELATED TO RIVERBEND AND
                                          EXTENSION OF CERTIFICATE OF DEPOSIT RELATED TO
                                          WALKER SQUARE (0.8); COMMUNICATIONS WITH R.
                                          LOGAN, M. WIKFORS (WACHOVIA), B. GAUTHIER
                                          (WACHOVIA) REGARDING LIQUIDATION OF OCTOPUS
                                          PROPERTY LLC'S WACHOVIA CERTIFICATES OF DEPOSIT
                                          (0.2); COMMUNICATIONS WITH  M. MARTINEZ
                                          REGARDING INQUIRY FROM R. LOGAN ABOUT
                                          LIQUIDATION OF WACHOVIA CERTIFICATES OF DEPOSIT
                                          (0.3); COMMUNICATIONS WITH M. MARTINEZ
                                          REGARDING RESTRUCTURING OF TRIMONT ASSET
                                          MANAGEMENT TEAM RESPONSIBLE FOR
                                          RIVERBEND/WALKER SQUARE (0.3);   CALL WITH M.
                                          MARTINEZ REGARDING DECLARANT ANNUAL REPORTS AND
                                          AMENDED REGISTRATION APPLICATIONS REQUIRED TO
                                          BE SUBMITTED TO VIRGINIA COMMON INTEREST
                                          COMMUNITIES BOARD (0.3).


06/08/10  G. Walling              .60    COMMUNICATIONS WITH K. DONAHOE  (DUPONT FABROS)
          Task: 4000                      REGARDING OCTOPUS BILLS FOR WHICH CHANGE OF
                                          ADDRESS IS REQUIRED TO BE DELIVERED TO VENDORS
                                          CREDITORS (0.1); COMMUNICATIONS WITH M.
                                          MARTINEZ REGARDING SAME (0.2); CALL FROM M.
                                          MARTINEZ REGARDING DEAL STRUCTURE/BACKGROUND
                                          INFORMATION IN CONNECTION WITH HIS MEETING WITH
                                          LEHMAN REPRESENTATIVES IN CHARLOTTESVILLE
                                          (0.3).

LEHMAN BROTHERS HOLDINGS INC.                August 20, 2010          PAGE   3
MATTER NUMBER: 30837.0005
INVOICE NO.: 719066


06/10/10  G. Walling          .80   CALL FROM J. NASTASI REGARDING DECLARANT ANNUAL
          Task: 4000                REPORTS AND AMENDED REGISTRATION APPLICATIONS
                                    FOR RIVERBEND, WALKER SQUARE REQUIRED TO BE
                                    FILED WITH CIC BOARD PURSUANT TO VIRGINIA
                                    CONDOMINIUM ACT (0.1); MADE RELATED FILE REVIEW
                                    TO VERIFY SOURCE OF INFORMATION ABOUT J. FITTS
                                    REQUIRED TO BE INCLUDED IN DECLARANT ANNUAL
                                    REPORT TO CIC BOARD  (0.2); COMMUNICATIONS WITH
                                    J. NASTASI REGARDING SAME (0.1); CALL WITH M.
                                    MARTINEZ REGARDING ALTERNATIVE EXIT STRATEGIES
                                    UNDER CONSIDERATION BY LEHMAN  (0.4).


06/11/10  G. Walling          .80   COMMUNICATIONS WITH M. MARTINEZ REGARDING
          Task: 4000                DECLARANT ANNUAL REPORTS AND AMENDED
                                    REGISTRATION APPLICATIONS FOR OCTOPUS PROPERTY
                                    LLC (0.2); COMMUNICATIONS WITH N. HORSFIELD
                                    REGARDING SAME (0.2); CALL WITH M. MARTINEZ
                                    REGARDING  NEED TO SUBMIT DECLARANT ANNUAL
                                    REPORTS AND AMENDED CONDOMINIUM REGISTRATION
                                    APPLICATIONS TO CIC BOARD (0.4).


06/14/10  G. Walling          .30   CORRESPONDENCE WITH N. HORSFIELD REGARDING
          Task: 4000                AMENDED CONDOMINIUM REGISTRATION APPLICATIONS
                                    FOR RIVERBEND AND WALKER SQUARE (0.1);
                                    COMMUNICATIONS WITH M. MARTINEZ AND C. DICKHAUS
                                    REGARDING NUMBERS OF LEASED UNITS AND UNITS
                                    UNDER CONTRACT REQUIRED TO BE INCLUDED IN
                                    OCTOPUS PROPERTY LLC ANNUAL DECLARANT REPORTS
                                    TO CIC BOARD (0.2).


06/16/10  G. Walling         2.60   REVISE DECLARANT ANNUAL REPORT FOR RIVERBEND
          Task: 4000                (0.3); COMMUNICATIONS WITH T. PERRY OF CIC
                                    BOARD REGARDING CERTAIN REQUIRED CONTENTS FOR
                                    ANNUAL REPORTS (0.1); REVISE DECLARANT ANNUAL
                                    REPORT FOR WALKER SQUARE (0.3); COMMUNICATIONS
                                    WITH T. PERRY REGARDING SAME (0.1);
                                    COMMUNICATIONS WITH M. MARTINEZ REGARDING
                                    FILING OF DECLARANT ANNUAL REPORTS (0.1) ; WORK
                                    ON REVISION OF AMENDED CONDOMINIUM REGISTRATION
                                    APPLICATION FOR RIVERBEND (0.9); WORK ON
                                    REVISION OF AMENDED CONDOMINIUM REGISTRATION
                                    APPLICATION FOR WALKER SQUARE (0.8).

LEHMAN BROTHERS HOLDINGS INC.                    August 20, 2010              PAGE    4
MATTER NUMBER: 30837.0005
INVOICE NO.: 719066


06/17/10   G. Walling          .60    CALL WITH M. MARTINEZ REGARDING CONDOMINIUM
           Task:  4000                 REGISTRATION APPLICATION (0.2); COMMUNICATIONS
                                       WITH M. MARTINEZ REGARDING PROPOSED SENIOR LOAN
                                       MODIFICATION AFFECTING MINIMUM SALE PRICES
                                       (0.4).

06/21/10   G. Walling         2.10    CALL FROM M. MARTINEZ REGARDING SENIOR LOAN
           Task:  4000                 MODIFICATION AGREEMENT, UNIT PRICE REDUCTIONS,
                                       AND UNIT SALES PROGRESS (0.2); COMMUNICATIONS
                                       WITH M. MARTINEZ AND M. PLANER REGARDING
                                       CHANGES TO DRAFT SENIOR LOAN MODIFICATION
                                       (0.3); REVIEW OF SENIOR LOAN MODIFICATION
                                       (0.3); COMMUNICATIONS WITH M. PLANER REGARDING
                                       CHANGES TO SENIOR LOAN MODIFICATION (0.2); CALL
                                       WITH M. MARTINEZ REGARDING CHANGES TO SENIOR
                                       LOAN MODIFICATION (0.3); COMMUNICATIONS WITH M.
                                       PLANER REGARDING REVISED SENIOR LOAN
                                       MODIFICATION ISSUES AND CHANGES (0.2); REVIEW
                                       REVISED SENIOR LOAN MODIFICATION (0.2);
                                       COMMUNICATIONS WITH M. MARTINEZ AND M. PLANER
                                       REGARDING CHANGES TO SENIOR LOAN RESERVE
                                       AGREEMENT (0.4).

06/22/10   G. Walling         6.30    COMMUNICATIONS WITH M. PLANER REGARDING REVISED
           Task:  4000                 RESERVE AGREEMENT (0.2); COMMUNICATIONS WITH M.
                                       MARTINEZ REGARDING TERMS OF RESERVE AGREEMENT
                                       (0.2); COMMUNICATIONS WITH M. PLANER REGARDING
                                       SUBMISSION OF RESERVE AGREEMENT TO GUARANTORS'
                                       COUNSEL (0.2); COMMUNICATIONS WITH M. PLANER
                                       OBJECTING TO RECORDATION OF RESERVE AGREEMENT
                                       (0.2); COMMUNICATIONS FROM M. PLANER REGARDING
                                       SENIOR LENDER REQUIREMENT OF GUARANTORS'
                                       EXECUTION OF RESERVE AGREEMENT (0.1); REVIEW
                                       AND REVISE RIVERBEND AMENDED CONDOMINIUM
                                       REGISTRATION APPLICATION/PUBLIC OFFERING
                                       STATEMENT (1.0); REVIEW UPDATED RIVERBEND
                                       PROJECT RELATED INFORMATION TO BE ADDED INTO
                                       REGISTRATION APPLICATIONS (0.4); REVIEW AND
                                       ANALYZE UPDATED EXHIBITS FOR RIVERBEND AMENDED
                                       REGISTRATION APPLICATION (0.8); CORRESPONDENCE
                                       TO T. PERRY REGARDING RIVERBEND REGISTRATION
                                       APPLICATION/PUBLIC OFFERING STATEMENT (0.3);
                                       REVIEW AND REVISE WALKER SQUARE AMENDED
                                       CONDOMINIUM REGISTRATION APPLICATION/PUBLIC

LEHMAN BROTHERS HOLDINGS INC.             August 20, 2010          PAGE    5
MATTER NUMBER: 30837.0005
INVOICE NO.: 719066

|  |  |  |  |
|--|--|--|--|
|  |  |  | OFFERING STATEMENT (0.9); REVIEW UPDATED WALKER SQUARE PROJECT RELATED INFORMATION TO BE ADDED INTO REGISTRATION APPLICATIONS (0.5); REVIEW AND ANALYZE UPDATED EXHIBITS FOR WALKER SQUARE AMENDED REGISTRATION APPLICATION (0.6); CORRESPONDENCE TO T. PERRY REGARDING WALKER SQUARE REGISTRATION APPLICATION/PUBLIC OFFERING STATEMENT (0.3); COMMUNICATIONS WITH M. MARTINEZ REGARDING AMENDED REGISTRATION APPLICATIONS/PUBLIC OFFERING STATEMENT AND TRANSMITTAL OF SAME TO T. PERRY (0.2); COMMUNICATIONS WITH E. RAMANA REGARDING SENIOR LENDER REQUIREMENT THAT GUARANTORS CONSENT TO RESERVE AGREEMENT (0.4). |
| 06/23/10 | G. Walling | 3.40 | COMMUNICATIONS WITH M. MARTINEZ AND J. NASTASI REGARDING RESERVE AGREEMENT/SENIOR LOAN MODIFICATION (0.2); COMMUNICATIONS WITH M. PLANER REGARDING TERMS OF RESERVE AGREEMENT (0.2); WORK ON RIVERBEND AMENDED REGISTRATION APPLICATION (1.4); COMMUNICATIONS WITH T. PERRY REGARDING SAME (0.2); WORK ON WALKER SQUARE AMENDED REGISTRATION APPLICATION (1.2); COMMUNICATIONS WITH T. PERRY REGARDING SAME (0.2). |
|  | Task:  4000 |  |  |
| 06/25/10 | G. Walling | .30 | COMMUNICATIONS WITH M. PLANER REGARDING CHANGES TO RESERVE AGREEMENT (0.2); COMMUNICATIONS WITH M. MARTINEZ AND N. HORSFIELD REGARDING RESERVE AGREEMENT (0.1). |
|  | Task:  4000 |  |  |
| 06/28/10 | G. Walling | .50 | COMMUNICATIONS WITH E. RAMANA REGARDING RESERVE AGREEMENT (0.1); COMMUNICATIONS WITH M. MARTINEZ REGARDING BROKER VALUATIONS OF INVENTORY UNITS (0.2); COMMUNICATIONS WITH M. MARTINEZ REGARDING NEW UNIT SALES CONTRACTS (0.1); COMMUNICATIONS WITH M. MARTINEZ AND M. PLANER REGARDING REMIC OPINION FOR UNIT CLOSING (0.1). |
|  | Task:  4000 |  |  |
| 06/29/10 | G. Walling | .20 | COMMUNICATIONS WITH M. MARTINEZ REGARDING CONDITIONAL NATURE OF MEZZANINE LOAN AND SENIOR LOAN GUARANTEES. |
|  | Task:  4000 |  |  |

LEHMAN BROTHERS HOLDINGS INC.              August 20, 2010              PAGE    6
MATTER NUMBER: 30837.0005
INVOICE NO.: 719066


06/30/10  G. Walling              .30    COMMUNICATIONS WITH E. RAMANA REGARDING
          Task:   4000                   GUARANTORS EXECUTION OF RESERVE AGREEMENT
                                         (0.1); COMMUNICATIONS WITH M. MARTINEZ
                                         REGARDING SAME (0.2).

4000   Non-Bankruptcy Litigation
       G. Walling                        20.80    430.00   $8,944.00

          TOTAL 4000                     20.80             $8,944.00

Billed Recap Of Cost Detail    Invoice: 719066 Date: 08/20/2010
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/16/2010 | 0351 | GERALD WALLING | 101S | 102.00 | 0.15 | 15.30 | COPY CHARGES | 26498124 |
| 08/20/2010 | | Invoice=719066 | | 102.00 | 0.10 | 10.20 | | |
| | | | | | | | | |
| 06/16/2010 | 0999 | MLA MLA | 107S | 1.00 | 16.87 | 16.87 | DELIVERY SERVICE/MESSENGER | 26550073 |
| 08/20/2010 | | Invoice=719066 | | 1.00 | 16.87 | 16.87 | RCVD:VIRGINIA DEPT. OF PROF. & OCC./TOM PERRY - | |
| | | | | | | | | |
| 06/22/2010 | 0351 | GERALD WALLING | 101S | 314.00 | 0.15 | 47.10 | COPY CHARGES | 26518394 |
| 08/20/2010 | | Invoice=719066 | | 314.00 | 0.10 | 31.40 | | |
| | | | | | | | | |
| 06/22/2010 | 0999 | MLA MLA | 107S | 1.00 | 31.56 | 31.56 | DELIVERY SERVICE/MESSENGER | 26550074 |
| 08/20/2010 | | Invoice=719066 | | 1.00 | 31.56 | 31.56 | RCVD:VIRGINIA DEPT. OF PROF. & OCC./TOM PERRY - | |
| | | | | | | | | |
| 06/23/2010 | 0351 | GERALD WALLING | 101S | 3.00 | 0.15 | 0.45 | COPY CHARGES | 26521585 |
| 08/20/2010 | | Invoice=719066 | | 3.00 | 0.10 | 0.30 | | |
| | | | | | | | | |
| 06/24/2010 | 0351 | GERALD WALLING | 101S | 7.00 | 0.15 | 1.05 | COPY CHARGES | 26524316 |
| 08/20/2010 | | Invoice=719066 | | 7.00 | 0.10 | 0.70 | | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 112.33 | 6 records | |
| | | BILLED TOTALS: BILL: | | | | 91.03 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 112.33 | 6 records | |
| | | GRAND TOTAL: BILL: | | | | 91.03 | | |

# McKenna Long
# &Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn:  Evanthe Papastathis
Suite 2200
3424 Peachtree Road, N. E.
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 732405
Matter No.: 04406.0113               Invoice Date: August 18, 2010
================================================================

    FOR PROFESSIONAL SERVICES RENDERED through June 30, 2010
    RE: PLAZA AT TURTLE CREEK LOANS

* * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|----------------|-------------|
| G. Walling | 6.20 | 410.00 | 2,542.00 |
| Total | 6.20 | | 2,542.00 |

TOTAL FEES:                                    $ 2,542.00

T O T A L   T H I S   S T A T E M E N T:       $ 2,542.00

LEHMAN BROTHERS HOLDINGS INC.          August 18, 2010          PAGE    2
MATTER NUMBER: 04406.0113
INVOICE NO.: 732405


DESCRIPTION OF SERVICES


06/02/10   G. Walling          .60   COMMUNICATIONS WITH S. MARSHALL REGARDING
           Task:   4000               REVIEW OF BULK SALE CONTRACT FOR UNITS 1407,
                                      1506, AND 1606 (0.1); REVIEW BULK SALE CONTRACT
                                      AND EXHIBITS (0.3); WORK WITH S. MARSHALL
                                      REGARDING CHANGES TO BULK SALE CONTRACT (0.2).


06/04/10   G. Walling          .40   REVIEW REVISED BULK SALE CONTRACT (0.1);
           Task:   4000               PREPARE MEMBER CONSENT FOR BULK SALE CONTRACT
                                      (0.2); COMMUNICATIONS WITH S. MARSHALL, D.
                                      BRUCE, J. ARRIETA REGARDING SAME AS A NECESSARY
                                      CONDITION TO CLOSING BULK SALE (0.1).


06/10/10   G. Walling         1.60   COMMUNICATIONS WITH N. HORSFIELD REGARDING NEED
           Task:   4000               FOR MEMBER CONSENT FOR BULK SALE OF INVENTORY
                                      RESIDENTIAL UNITS (0.1); COMMUNICATIONS WITH J.
                                      ARRIETA, S. MARSHALL AND D. BRUCE REGARDING
                                      DELIVERY OF MEMBER CONSENT IN SATISFACTION OF
                                      FIDELITY NATIONAL TITLE REQUIREMENT (0.1);
                                      COMMUNICATIONS WITH D. BRUCE REGARDING
                                      EXECUTION STATUS OF BULK SALE CONTRACT (0.2);
                                      COMMUNICATIONS WITH S. MARSHALL REGARDING SAME
                                      (0.1); COMMUNICATIONS WITH J. ARRIETA REGARDING
                                      BULK SALE CONTRACT STATUS (0.1); COMMUNICATIONS
                                      WITH B. ROBERTS REGARDING VERIFICATION OF
                                      PARKING SPACES AND PERCENTAGE INTERESTS
                                      ASSIGNED TO BULK SALE UNITS (0.1); MADE RELATED
                                      REVIEW OF CONDOMINIUM DECLARATION AND
                                      AMENDMENTS TO VERIFY ASSIGNED PARKING SPACES
                                      AND ALLOCATED INTERESTS FOR UNITS UNDER BULK
                                      SALE CONTRACT (0.2); FOLLOW UP COMMUNICATIONS
                                      WITH B. ROBERTS REGARDING PARKING SPACES AND
                                      PERCENTAGE INTERESTS IN CONDOMINIUM AND NEED TO
                                      INCLUDE SUCH INFORMATION IN BULK SALE CONTRACT
                                      (0.1); COMMUNICATIONS WITH J. ARRIETA AND S.
                                      MARSHALL REGARDING BUYER REQUEST TO ALLOCATE
                                      BULK SALE PURCHASE PRICE AMONG THREE UNITS
                                      (0.1); REVIEW OF SALES CONTRACT IN CONNECTION
                                      WITH BUYER REQUEST TO ALLOCATE PURCHASE PRICE

LEHMAN BROTHERS HOLDINGS INC.          August 18, 2010          PAGE   3
MATTER NUMBER: 04406.0113
INVOICE NO.: 732405

|            |                        |      | ON PER UNIT BASIS (0.2); WORK WITH S. MANNING REGARDING TAX RAMIFICATIONS OF JOINT AND UNILATERAL PRICE ALLOCATIONS (0.1); WORK WITH C. ZINK REGARDING SAME (0.2). |
|------------|------------------------|------|---|
| 06/11/10   | G. Walling<br>Task:  4000 | 1.50 | CORRESPONDENCE FROM N. HORSFIELD CONFIRMING SELLER EXECUTION OF MEMBER CONSENT FOR BULK SALE (0.1); COMMUNICATIONS WITH J. ARRIETA AND B. ROBERTS CONFIRMING SELLER EXECUTION OF MEMBER CONSENT FOR BULK SALE (0.3); COMMUNICATIONS WITH J. ARRIETA REGARDING PH. II/S-15 CONTRACT, AND CLOSING DOCUMENTS FOR SALE (0.1); REVIEW AND REVISE PURCHASE AGREEMENT, CLOSING STATEMENT, AND OTHER CLOSING DOCUMENTS FOR PH. II/S-15 (0.3); COMMUNICATIONS WITH S. MARSHALL AND D. BRUCE REGARDING PH. II/S-15 CLOSING DOCUMENTS AND AND CHANGES TO SAME (0.2); PREPARE MEMBER CONSENT FOR PH. II/S-15 (0.2); COMMUNICATIONS WITH S. MARSHALL REGARDING FIDELITY NATIONAL TITLE REQUIREMENT FOR DELIVERY OF MEMBER CONSENT (0.1); CORRESPONDENCE WITH B. ROBERTS AND J. ARRIETA REGARDING BULK SALE CONTRACT EXECUTION STATUS (0.2). |
| 06/14/10   | G. Walling<br>Task:  4000 | .20  | COMMUNICATIONS WITH J. ARRIETA REGARDING BULK SALE CONTRACT AND EARNEST MONEY DELIVERY STATUS. |
| 06/15/10   | G. Walling<br>Task:  4000 | .20  | COMMUNICATIONS WITH J. ARRIETA REGARDING BULK SALE CONTRACT EARNEST MONEY DELIVERY STATUS. |
| 06/22/10   | G. Walling<br>Task:  4000 | 1.00 | COMMUNICATIONS WITH J. ARRIETA REGARDING DELIVERY OF CONVEYANCE DOCUMENTS  FOR BULK SALE (0.1); COMMUNICATIONS FROM J. ARRIETA REGARDING EXTENSION OF BULK SALE CLOSING DATE (0.2); COMMUNICATIONS WITH  S. MARSHALL REGARDING EXTENSION OF BULK SALE CLOSING DATE AND PREPARATION OF ALTERNATIVE DEEDS (WITH AND WITHOUT VENDOR'S LIEN) (0.2); COMMUNICATIONS WITH D. BRUCE REGARDING BULK SALE CONVEYANCE DOCUMENTS AND VENDOR'S LIEN RELATED TO SAME (0.2); COMMUNICATIONS WITH J. ARRIETA REGARDING |

LEHMAN BROTHERS HOLDINGS INC.          August 18, 2010          PAGE    4
MATTER NUMBER: 04406.0113
INVOICE NO.: 732405


                                   BULK SALE DOCUMENTS (0.1); REVIEW OF FIDELITY
                                   BULK SALE  RELATED DOCUMENTS (0.1);
                                   COMMUNICATIONS WITH D. BRUCE REGARDING CHANGES
                                   TO SAME (0.1).

   06/23/10  G. Walling        .70  COMMUNICATIONS WITH D. BRUCE REGARDING BULK
             Task:  4000           SALE CONVEYANCING DOCUMENTS (0.2); REVIEW BULK
                                   SALE CONVEYANCE DOCUMENTS (0.4); MADE RELATED
                                   REVIEW OF BULK SALE CONTRACT (0.1).


   4000  Non-Bankruptcy Litigation
         G. Walling                      6.20    410.00   $2,542.00

         TOTAL 4000                      6.20             $2,542.00

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 719068
Matter No.: 04406.0222               Invoice Date: August 18, 2010
================================================================

   FOR PROFESSIONAL SERVICES RENDERED through June 30, 2010
   RE: MIDDLE MOUNTAIN 156 LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| C. Weiss | 15.70 | 525.00 | 8,242.50 |
| G. Marsh | 9.50 | 500.00 | 4,750.00 |
| G. Walling | 3.70 | 430.00 | 1,591.00 |
| D.A. Geiger | 1.20 | 425.00 | 510.00 |
| Total | 30.10 | | 15,093.50 |

TOTAL FEES:                                $ 15,093.50

CHARGES:

     COPY CHARGES                  2.00

TOTAL CHARGES:                              $      2.00

T O T A L   T H I S   S T A T E M E N T :   $ 15,095.50

LEHMAN BROTHERS HOLDINGS INC.                August 18, 2010              PAGE    2
MATTER NUMBER: 04406.0222
INVOICE NO.: 719068


                        DESCRIPTION OF SERVICES


06/01/10   C. Weiss              .40    REVIEW EMAIL AND MARKUP FROM D. GEIGER
           Task:  4000                  REGARDING HIS COMMENTS TO APS CONSENT
                                        JUDGMENT.

06/02/10   C. Weiss              .60    COMMUNICATIONS WITH J. RHODES REGARDING IMH
           Task:  4000                  INQUIRY CONCERNING CALCULATION OF ADOT
                                        SETTLEMENT PAYMENT (0.3); REVIEW ADOT CONSENT
                                        JUDGMENT REGARDING SAME (0.3).

06/03/10   C. Weiss              .30    TELEPHONE CONFERENCE WITH C. WARREN REGARDING
           Task:  4000                  ADOT SETTLEMENT MATTERS.

06/03/10   G. Marsh            3.00     REVIEW DOCUMENTATION RELATING TO SETTLEMENT
           Task:  4000                  WITH APS.

06/04/10   C. Weiss              .40    COMMUNICATIONS WITH TRIMONT REGARDING IMG FEE
           Task:  4000                  REIMBURSEMENT ISSUES.

06/08/10   G. Marsh            5.50     WORK ON ISSUES RELATING TO EASEMENT AND
           Task:  4000                  EASEMENT SETTLEMENT.

06/10/10   D.A. Geiger          .90     REVIEW AND REVISE STIPULATED JUDGMENT WITH APS
           Task:  4000                  (0.6); PREPARE CORRESPONDENCE TO R. MOON
                                        REGARDING SAME (0.3).

06/11/10   C. Weiss            2.70     WORK ON APS EASEMENT AGREEMENT.
           Task:  4000

06/14/10   C. Weiss            1.20     WORK ON REVISIONS TO EASEMENT AGREEMENT.
           Task:  4000

06/14/10   G. Walling           .10     WORK WITH D. GEIGER REGARDING LEHMAN PERSONS
           Task:  4000                  FAMILIAR WITH APS EASEMENT RELATED MATTERS.

06/14/10   D.A. Geiger          .30     TELEPHONE CONFERENCE WITH C. BLEY REGARDING
           Task:  4000                  STATUS OF ADOT CONDEMNATION AND APS
                                        SETTLEMENT NEGOTIATIONS.

LEHMAN BROTHERS HOLDINGS INC.              August 18, 2010          PAGE   3
MATTER NUMBER: 04406.0222
INVOICE NO.: 719068


06/16/10  C. Weiss              .80   REVIEW UTILITY EASEMENT FORMS IN CONNECTION
          Task:  4000                 WITH REVISIONS TO PROPOSED APS EASEMENT.

06/17/10  C. Weiss             1.40   WORK ON REVISIONS TO APS EASEMENT AGREEMENT.
          Task:  4000

06/21/10  C. Weiss             2.00   WORK ON APS EASEMENT AGREEMENT REVISIONS
          Task:  4000                 (1.7); COMMUNICATIONS WITH TRIMONT REGARDING
                                      IMH PARTICIPATION AGREEMENT MATTERS (0.3).

06/21/10  G. Marsh             1.00   WORK ON APS EASEMENT AGREEMENT REVISIONS IN
          Task:  4000                 CONNECTION WITH SETTLEMENT.

06/22/10  C. Weiss             2.00   WORK ON APS EASEMENT ADDENDUM.
          Task:  4000

06/23/10  C. Weiss             3.60   FURTHER WORK ON APS EASEMENT AGREEMENT
          Task:  4000                 REVISIONS (2.5); WORK WITH G. WALLING
                                      REGARDING APS EASEMENT AND STRATEGIC
                                      CONSIDERATIONS IN ANTICIPATION OF NEGOTIATION
                                      OF SAME (1.1).

06/23/10  G. Walling            .70   WORK WITH C. WEISS REGARDING APS EASEMENTS
          Task:  4000                 ISSUES (0.6); MADE RELATED LIMITED REVIEW OF
                                      DRAFT APS EASEMENT TO IDENTIFY POTENTIAL ISSUES
                                      (0.1).

06/28/10  G. Walling           2.90   ANALYZE AND REVISE PROPOSED APS EASEMENT (1.5);
          Task:  4000                 MADE RELATED FILE REVIEW TO IDENTIFY PREVIOUSLY
                                      RECOGNIZED ISSUES RAISED BY ORIGINAL APS
                                      EASEMENT (0.5); COMMUNICATIONS WITH B. HENRY
                                      REGARDING APS EASEMENT ISSUES (0.3); WORK WITH
                                      C. WEISS AND D. GEIGER REGARDING DRAFT APS
                                      EASEMENT, RELAY OF SAME TO LOCAL COUNSEL AND
                                      APS COUNSEL, AND NEGOTIATION STRATEGY RELATED
                                      TO APS EASEMENT (0.6).

06/28/10  C. Weiss              .30   WORK WITH G. WALLING REGARDING TURN OF
          Task:  4000                 COMMENTS TO APS EASEMENT.

4000  Non-Bankruptcy Litigation
      C. Weiss                       15.70    525.00   $8,242.50
      D.A. Geiger                     1.20    425.00     $510.00
      G. Marsh                        9.50    500.00   $4,750.00
      G. Walling                      3.70    430.00   $1,591.00

LEHMAN BROTHERS HOLDINGS INC.            August 18, 2010            PAGE    4
MATTER NUMBER: 04406.0222
INVOICE NO.: 719068


            TOTAL 4000                    30.10            $15,093.50

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/22/2010 | 4003 | DAVID GORDON | 101S | 20.00 | 0.15 | 3.00 | COPY CHARGES | 26518254 |
| 08/18/2010 | | Invoice=719068 | | 20.00 | 0.10 | 2.00 | | |
| | | BILLED TOTALS:    WORK: | | | | 3.00 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 2.00 | | |
| | | GRAND TOTAL:    WORK: | | | | 3.00 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 2.00 | | |