# EXHIBIT E-2

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for July 1, 2010 through July 31, 2010**

# McKenna Long
## & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

| | |
|---|---|
| Albany | New York |
| Atlanta | Philadelphia |
| Brussels | San Diego |
| Denver | San Francisco |
| Los Angeles | Washington, DC |

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 719040
Matter No.: 30837.0001              Invoice Date: August 18, 2010
=================================================================

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2010
RE: KONTRABECKI NY BANKRUPTCY ACTION

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Kaufman | 17.30 | 650.00 | 11,245.00 |
| S. Chandler | 0.70 | 400.00 | 280.00 |
| D. Gordon | 0.20 | 320.00 | 64.00 |
| Total | 18.20 | | 11,589.00 |

TOTAL FEES:                                    $ 11,589.00

CHARGES:

       LONG DISTANCE TELEPHONE          68.62
       PACER SEARCHES                    0.64

TOTAL CHARGES:                           $      69.26

T O T A L   T H I S   S T A T E M E N T:   $ 11,658.26

LEHMAN BROTHERS HOLDINGS INC.                 August 18, 2010              PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 719040

DESCRIPTION OF SERVICES

07/01/10   S. Chandler          .30   CONFER WITH F.RUSSELL REGARDING UPCOMING
           Task:   4000               MEDIATION AND ORGANIZATION REGARDING
                                      PREPARATION FOR TRIAL (0.2); CONFER WITH
                                      S.BROOKS REGARDING SAME (0.1).

07/01/10   M. Kaufman          4.10   REVIEW EMAIL FROM COUNSEL FOR HEITMAN (0.2);
           Task:   4000               DISCUSSION OF SAME WITH P. BENVENUTTI (0.3);
                                      REVIEW FOLLOW-UP EMAILS RELATING TO SAME (0.2);
                                      CONFERENCE  CALL RELATING TO BASIS FOR
                                      PROCEEDING WITH MEDIATION AND LEHMAN'S POSITION
                                      REGARDING SAME (1.6);DRAFT EMAILS RELATING
                                      THERETO (0.6); CONFER WITH W. OLSHAN AND P.
                                      BENVENUTTI AND R. LEVINE REGARDING MEDIATION
                                      RELATED ISSUES (1.2).

07/02/10   M. Kaufman          3.20   DISCUSSIONS REGARDING POSTPONEMENT OF MEDIATION
           Task:   4000               SESSION WITH P. BENVENUTTI AND CLIENT
                                      REPRESENTATIVES REGARDING SAME AND  TACTICS
                                      PERTAINING THERETO (1.2); REVIEW EMAIL FROM P.
                                      BENVENUTTI REGARDING PRELIMINARY CALL TO JUDGE
                                      LARSEN REGARDING POSSIBLE MOVEMENT OF DATE
                                      (0.4); CONSIDERATION OF IMPLICATIONS OF
                                      RESPONSES OBTAINED DURING SAID CALL (0.2); WORK
                                      ON LOGISTICS REGARDING POSSIBLE RESETTING OF
                                      DATES FOR MEDIATION (0.2); SEND AND RECEIVE
                                      EMAILS PERTAINING TO SAME AMONG COUNSEL
                                      AFFECTED BY CONTINUANCE (0.4); CONFER WITH P.
                                      BENVENUTTI REGARDING COMMUNICATIONS WITH LEHMAN
                                      PERTAINING TO BASIS FOR PROCEEDING AND LEHMAN'S
                                      POSITION IN MEDIATION (0.4); TELEPHONE
                                      COMMUNICATIONS WITH CLIENT AND CO-COUNSEL
                                      REGARDING POSTPONEMENT OF PROCEEDINGS (0.4).

07/07/10   M. Kaufman          1.90   COMMUNICATIONS WITH P. BENVENUTTI REGARDING
           Task:   4000               POSITION OF KONTRABECKI'S COUNSEL PERTAINING TO
                                      CONTINUANCE AND FURTHER STRATEGY DISCUSSIONS
                                      RELATING TO SAME AND DEVELOP POSITIONS TO BE
                                      TAKEN IN RESPONSE THERETO (0.6); COMMUNICATIONS
                                      WITH COUNSEL AND WITH LEHMAN REGARDING SAME

LEHMAN BROTHERS HOLDINGS INC.                August 18, 2010              PAGE   3
MATTER NUMBER: 30837.0001
INVOICE NO.: 719040

| | | | |
|---|---|---|---|
| | | | (0.5); DRAFT OF EMAIL TO JUDGE LARSEN OPPOSING KONTRABECKI'S CONTINUANCE OF THE SCHEDULED MEDIATION FOR JULY 15 (0.3); REVIEW EDITS TO PROPOSED LETTER FROM OTHER COUNSEL RELATING TO SAME (0.3); REVIEW OF ADDITIONAL EMAILS RELATING TO POSTPONEMENT AS SENT BY P. BENVENUTTI (0.2). |
| 07/08/10 | D. Gordon Task:  4000 | .20 | CONFERENCE WITH M. KAUFMAN REGARDING SETTLEMENT CONFERENCE ISSUES (0.1); REVIEW AND ANALYZE DOCUMENTS PERTAINING TO SETTLEMENT ISSUES (0.1). |
| 07/08/10 | M. Kaufman Task:  4000 | 1.80 | CONFER WITH P. BENEVENUTTI  REGARDING POSSIBLE POSTPONEMENT HEARING BEFORE JUDGE LARSEN (0.8); CONFER WITH CLIENT REGARDING DECISION TO PROCEED WITH OPPOSITION (0.4); WORK ON TENTATIVE PLANNING FOR NEXT WEEK'S SETTLEMENT AND MEDIATION SESSION (0.2); COMMENCE WORK ON PREPARATION FOR SAME (0.4). |
| 07/09/10 | M. Kaufman Task:  4000 | 1.70 | PREPARATION FOR NEXT WEEK'S MEDIATION SESSION (1.5); CONFER WITH CO-COUNSEL REGARDING STATUS OF POSTPONEMENT (0.2). |
| 07/10/10 | M. Kaufman Task:  4000 | 2.20 | PREPARATION FOR MEDIATION SESSION NEXT WEEK (0.8); CALLS TO COORDINATE CONSIDERATION OF ALTERNATIVE DATE AND TACTICS RELATING TO SAME (0.3); REVIEW EMAIL FROM P. BENVENUTTI TO R. MOORE REFUSING TO ACCOMMODATE CONTINUANCE AND PROMPTING A HEARING FOR NEXT MONDAY (0.2); COMMUNICATIONS WITH P. BENVENUTTI REGARDING TACTICS FOR MONDAY'S CALL (0.3); CONTINUED WORK IN PREPARATION FOR NEXT WEEK'S MEDIATION SESSION (0.6). |
| 07/12/10 | M. Kaufman Task:  4000 | 1.70 | REPORT FROM P. BENVENUTTI REGARDING HEARING BEFORE JUDGE LARSEN RELATING TO CONTINUANCE OF MATTER UNTIL SEPTEMBER (0.3); COORDINATION WITH P. BENVENUTTI AND OTHERS REGARDING ALTERNATIVE DATES (0.4); EXCHANGE OF EMAILS RELATING TO MEDIATION SETTING AND STRATEGIES (0.3); |

LEHMAN BROTHERS HOLDINGS INC.              August 18, 2010              PAGE    4
MATTER NUMBER: 30837.0001
INVOICE NO.: 719040

|  |  |  |  |
|---|---|---|---|
|  |  |  | CONSIDERATION OF COMMENTS MADE BY JUDGE LARSEN DURING MEDIATION SESSION AND TACTICS FOR MEDIATION IN LIGHT THEREOF (0.4); COMMUNICATIONS WITH P. BENVENUTTI AND CLIENT IN RESPECT THERETO (0.2); REVIEW EMAIL FROM P. BENVENUTTI TO CLIENT SUMMARIZING RESULTS OF HEARING (0.1). |
| 07/13/10 | M. Kaufman<br>Task:  4000 | .40 | COMMUNICATIONS REGARDING RESETTING OF MEDIATION SESSION. |
| 07/21/10 | M. Kaufman<br>Task:  4000 | .30 | EMAILS AND TELEPHONE COMMUNICATIONS REGARDING MEDIATION SESSION AND COORDINATION REGARDING SAME. |
| 07/27/10 | S. Chandler<br>Task:  4000 | .20 | REVIEW MESSAGES FROM A. PEARSON REGARDING ISSUES PERTAINING TO DOCUMENT PRODUCTION DATABASE IN PREPARATION FOR TRIAL (0.1); MESSAGE TO M. KAUFMAN REGARDING ISSUES PERTAINING TO DOCUMENT PRODUCTION DATABASE AND OPTIONS WITH RESPECT TO SAME IN PREPARATION FOR TRIAL (0.1). |
| 07/28/10 | S. Chandler<br>Task:  4000 | .20 | CONFER WITH M. KAUFMAN REGARDING ISSUES PERTAINING TO DOCUMENT PRODUCTION DATABASE AND OPTIONS WITH RESPECT TO SAME IN PREPARATION FOR TRIAL. |

4000  Non-Bankruptcy Litigation

| | | | |
|---|---|---|---|
| D. Gordon | .20 | 320.00 | $64.00 |
| M. Kaufman | 17.30 | 650.00 | $11,245.00 |
| S. Chandler | .70 | 400.00 | $280.00 |
| TOTAL 4000 | 18.20 | | $11,589.00 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 07/01/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 10:40 1-415-875-5826 | 26536226 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 07/01/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:43 1-415-652-1944 | 26536247 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 07/01/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.90 | 2.90 | LONG DISTANCE TELEPHONE 16:40 1-415-875-5826 | 26536261 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 2.90 | 2.90 | 74120 | |
| | | | | | | | | |
| 07/01/2010 | 4003 | DAVID GORDON | 411S | 1.00 | 0.64 | 0.64 | PACER SEARCHES | 26553514 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 0.64 | 0.64 | | |
| | | | | | | | | |
| 07/06/2010 | 0999 | MLA MLA | 105S | 1.00 | 9.81 | 9.81 | LONG DISTANCE TELEPHONE 10:24 1-415-875-5826 | 26550944 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 9.81 | 9.81 | 74120 | |
| | | | | | | | | |
| 07/06/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 17:12 1-415-875-5826 | 26550956 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 1.81 | 1.81 | 74120 | |
| | | | | | | | | |
| 07/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 16:33 1-415-875-5826 | 26551392 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 1.81 | 1.81 | 74120 | |
| | | | | | | | | |
| 07/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:42 1-415-875-5826 | 26551429 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 07/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:18 1-415-722-4299 | 26551439 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 07/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:20 1-415-722-4299 | 26551440 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 07/09/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.27 | 3.27 | LONG DISTANCE TELEPHONE 13:18 1-415-875-5826 | 26552416 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 3.27 | 3.27 | 74120 | |
| | | | | | | | | |
| 07/09/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.63 | 3.63 | LONG DISTANCE TELEPHONE 13:35 1-415-875-5826 | 26552418 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 3.63 | 3.63 | 74120 | |
| | | | | | | | | |
| 07/12/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 12:41 1-212-416-2000 | 26594375 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 07/12/2010 | 0999 | MLA MLA | 105S | 1.00 | 6.90 | 6.90 | LONG DISTANCE TELEPHONE 12:42 1-212-416-2000 | 26594376 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 6.90 | 6.90 | 74120 | |
| | | | | | | | | |
| 07/12/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 15:12 1-212-416-2000 | 26594377 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 1.09 | 1.09 | 74120 | |
| | | | | | | | | |
| 07/12/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 15:15 1-212-416-2000 | 26594378 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 1.09 | 1.09 | 74120 | |
| | | | | | | | | |
| 07/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 24.35 | 24.35 | LONG DISTANCE TELEPHONE 11:01 1-415-875-5826 | 26573901 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 24.35 | 24.35 | 74120 | |
| | | | | | | | | |
| 07/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.72 | 4.72 | LONG DISTANCE TELEPHONE 17:13 1-317-808-6119 | 26594380 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 4.72 | 4.72 | 74120 | |
| | | | | | | | | |
| 07/20/2010 | 0999 | MLA MLA | 105S | 1.00 | 5.08 | 5.08 | LONG DISTANCE TELEPHONE 14:59 1-212-416-2000 | 26594382 |
| 08/18/2010 | | Invoice=719040 | | 1.00 | 5.08 | 5.08 | 74120 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 69.26 | 19 records | |
| | | BILLED TOTALS:    BILL: | | | | 69.26 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 69.26 | 19 records | |
| | | GRAND TOTAL:    BILL: | | | | 69.26 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                    Invoice No. 719093
Matter No.: 30837.0002               Invoice Date: August 18, 2010
==================================================================

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2010
RE: BANKRUPTCY EMPLOYMENT MATTERS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| G. Marsh | 1.00 | 500.00 | 500.00 |
| A. Elko | 46.80 | 335.00 | 15,678.00 |
| Total | 47.80 | | 16,178.00 |

TOTAL FEES:                                        $ 16,178.00

CHARGES:

    COPY CHARGES                     184.30
    DELIVERY SERVICE/MESSENGER       152.59
    PACER SEARCHES                     0.24

TOTAL CHARGES:                                     $    337.13

T O T A L   T H I S   S T A T E M E N T:           $ 16,515.13

LEHMAN BROTHERS HOLDINGS INC.      August 18, 2010      PAGE   2
MATTER NUMBER: 30837.0002
INVOICE NO.: 719093

DESCRIPTION OF SERVICES

| Date | Timekeeper / Task | Hours | Description |
|---|---|---|---|
| 07/01/10 | A. Elko<br>Task: 4600 | 9.10 | REVIEW AND REVISE WRITTEN RESPONSE TO FEE COMMITTEE'S ANALYSIS OF FOURTH INTERIM FEE APPLICATION (2.2); CORRESPOND WITH TIMEKEEPERS REGARDING REVISIONS TO NARRATIVES (0.6); REVIEW AND REVISE SPREADSHEETS ADDRESSING LINE-BY-LINE OBJECTIONS TO FEES AND EXPENSES AND ATTACHMENTS RELATED THERETO (5.5); CONFER WITH G. MARSH WITH RESPECT TO RESPONSE (0.2); CORRESPOND WITH TEAM REGARDING RESPONSE (0.5); CORRESPOND WITH C. BIROS, J. ZINNS, B. EISEN AND FEE COMMITTEE REGARDING RESPONSE (0.1). |
| 07/02/10 | A. Elko<br>Task: 4600 | 2.50 | WORK ON FEBRUARY, MARCH AND APRIL MONTHLY STATEMENTS. |
| 07/06/10 | A. Elko<br>Task: 4600 | 7.10 | CONTINUE WORK ON MONTHLY STATEMENTS FOR FEBRUARY THROUGH MAY 2010 (5.2); CORRESPOND WITH C. CHIN REGARDING EXPENSES RELATED THERETO (0.4); REVIEW SUPPLEMENTAL INFORMATION FOR EXPENSES (1.0); CORRESPOND WITH R. GEE REGARDING REVISIONS OF NARRATIVES (0.2); CORRESPOND AND CONFER WITH A. KAUFMAN REGARDING AZ 72 TIME ENTRIES AND ISSUES REGARDING SAME (0.3). |
| 07/07/10 | A. Elko<br>Task: 4600 | 7.20 | CONTINUE WORK ON FEBRUARY THROUGH MAY 2010 MONTHLY STATEMENTS (6.2); CORRESPOND WITH R. GEE REGARDING REVISED NARRATIVES (0.1); CONFER AND CORRESPOND WITH A. PEARSON REGARDING ISSUES WITH LITIGATION SUPPORT STAFF TIME BILLED TO LEHMAN (0.4); CORRESPOND WITH C. CHIN REGARDING EDITS TO INVOICES (0.5). |
| 07/08/10 | A. Elko<br>Task: 4600 | 1.20 | CONTINUE WORK ON MONTHLY STATEMENTS FOR FEBRUARY THROUGH MAY 2010. |

LEHMAN BROTHERS HOLDINGS INC.              August 18, 2010          PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 719093


| Date | Name / Task | Hours | Description |
|---|---|---|---|
| 07/19/10 | A. Elko<br>Task:  4600 | .20 | REVIEW CORRESPONDENCE FROM FEE COMMITTEE REGARDING STATUS CONFERENCE TO DISCUSS NEW FEE COMMITTEE BILLING GUIDELINES (0.1); CORRESPOND WITH G. MARSH, M. KAUFMAN, P. MCGEEHAN, C. WEISS, C. GRAHAM AND S. CHANDLER WITH RESPECT THERETO (0.1). |
| 07/21/10 | A. Elko<br>Task:  4600 | .30 | BRIEF REVIEW OF  CORRESPONDENCE FROM FEE COMMITTEE AND DRAFT REPORT PERTAINING TO FOURTH INTERIM FEE APPLICATIONS. |
| 07/23/10 | G. Marsh<br>Task:  4600 | 1.00 | REVIEW FEE COMMITTEE REPORTS PERTAINING TO FOURTH INTERIM FEE APPLICATION. |
| 07/26/10 | A. Elko<br>Task:  4600 | .70 | CORRESPOND WITH B. DEAL REGARDING FIFTH INTERIM FEE APPLICATION (0.1); REVIEW COMMITTEE ANALYSIS OF FOURTH INTERIM FEE APPLICATION (0.4); CORRESPOND WITH K. FEINBERG WITH RESPECT TO ANALYSIS (0.1); CORRESPOND WITH G. MARSH WITH RESPECT TO ANALYSIS (0.1). |
| 07/27/10 | A. Elko<br>Task:  4600 | 1.10 | CONFER WITH M. FOX REGARDING FEE COMMITTEE ANALYSIS OF FOURTH INTERIM FEE APPLICATION (0.3); SUMMARIZE RESPONSE TO FEE COMMITTEE ANALYSIS AND CORRESPOND WITH M. FOX WITH RESPECT THERETO (0.7); CORRESPOND WITH L. STIPANCIC REGARDING CONVERSION OF INVOICES TO EXCEL FORMAT FOR FEE COMMITTEE (0.1). |
| 07/28/10 | A. Elko<br>Task:  4600 | 7.30 | WORK ON MONTHLY STATEMENTS FOR FEBRUARY THROUGH MAY 2010 (5.2); RESEARCH ISSUES REGARDING EXPENSES FOR MONTHLY STATEMENTS (1.1); CORRESPOND WITH L. GREEN, L. STIPANCIC, C. CHIN AND L. HATFIELD WITH RESPECT THERETO (0.4); CORRESPOND WITH J. MURPHY WITH RESPECT THERETO (0.2); CORRESPOND WITH B. DEAL REGARDING CONVERSION OF INVOICES TO EXCEL FORMAT (0.2); CORRESPOND WITH G. FAIL, DEBTORS' COUNSEL, REGARDING STATUS CONFERENCE (0.2). |
| 07/29/10 | A. Elko<br>Task:  4600 | 4.30 | CONTINUE WORK ON MONTHLY STATEMENTS FOR FEBRUARY THROUGH MAY 2010 (2.5); WORK ON SPREADSHEETS SUMMARIZING EXPENSES AND FEES (1.8). |

LEHMAN BROTHERS HOLDINGS INC.            August 18, 2010            PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 719093


   07/30/10  A. Elko              4.80   CONTINUE WORK ON MONTHLY STATEMENTS FOR
         Task:  4600                   FEBRUARY THROUGH MAY 2010 (2.8); CONTINUE WORK
                                  ON SPREADSHEETS RELATED THERETO (2.0).

   07/31/10  A. Elko              1.00   WORK ON MONTHLY STATEMENTS FOR FEBRUARY THROUGH
         Task:  4600                   MARCH 2010.

4600  Firm's Own Billing/Fee Applications
    A. Elko                          46.80    335.00  $15,678.00
    G. Marsh                          1.00    500.00    $500.00

       TOTAL 4600                     47.80            $16,178.00

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/01/2010 | 0945 | KRISTIN C. ROHLING | 101S | 44.00 | 0.15 | 6.60 | COPY CHARGES | 26532347 |
| 08/18/2010 | | Invoice=719093 | | 44.00 | 0.10 | 4.40 | | |
| 07/01/2010 | 4981 | ALISON ELKO | 101S | 33.00 | 0.15 | 4.95 | COPY CHARGES | 26532348 |
| 08/18/2010 | | Invoice=719093 | | 33.00 | 0.10 | 3.30 | | |
| 07/01/2010 | 0999 | MLA MLA | 107S | 1.00 | 31.02 | 31.02 | DELIVERY SERVICE/MESSENGER | 26550511 |
| 08/18/2010 | | Invoice=719093 | | 1.00 | 31.02 | 31.02 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| 07/01/2010 | 0999 | MLA MLA | 107S | 1.00 | 31.02 | 31.02 | DELIVERY SERVICE/MESSENGER | 26550512 |
| 08/18/2010 | | Invoice=719093 | | 1.00 | 31.02 | 31.02 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 07/01/2010 | 0999 | MLA MLA | 107S | 1.00 | 28.51 | 28.51 | DELIVERY SERVICE/MESSENGER | 26550513 |
| 08/18/2010 | | Invoice=719093 | | 1.00 | 28.51 | 28.51 | RCVD:FEINBERG ROZEN, LLP/K. FEINBERG - C/O | |
| 07/01/2010 | 0999 | MLA MLA | 107S | 1.00 | 31.02 | 31.02 | DELIVERY SERVICE/MESSENGER | 26550514 |
| 08/18/2010 | | Invoice=719093 | | 1.00 | 31.02 | 31.02 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| 07/01/2010 | 0999 | MLA MLA | 107S | 1.00 | 31.02 | 31.02 | DELIVERY SERVICE/MESSENGER | 26550515 |
| 08/18/2010 | | Invoice=719093 | | 1.00 | 31.02 | 31.02 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| 07/01/2010 | 0945 | KRISTIN C. ROHLING | 411S | 1.00 | 0.24 | 0.24 | PACER SEARCHES | 26553515 |
| 08/18/2010 | | Invoice=719093 | | 1.00 | 0.24 | 0.24 | | |
| 07/07/2010 | 4981 | ALISON ELKO | 101S | 1000.00 | 0.15 | 150.00 | COPY CHARGES | 26538362 |
| 08/18/2010 | | Invoice=719093 | | 1000.00 | 0.10 | 100.00 | | |
| 07/08/2010 | 4981 | ALISON ELKO | 101S | 278.00 | 0.15 | 41.70 | COPY CHARGES | 26540821 |
| 08/18/2010 | | Invoice=719093 | | 278.00 | 0.10 | 27.80 | | |
| 07/28/2010 | 4981 | ALISON ELKO | 101S | 257.00 | 0.15 | 38.55 | COPY CHARGES | 26572844 |
| 08/18/2010 | | Invoice=719093 | | 257.00 | 0.10 | 25.70 | | |
| 07/29/2010 | 4981 | ALISON ELKO | 101S | 57.00 | 0.15 | 8.55 | COPY CHARGES | 26575276 |
| 08/18/2010 | | Invoice=719093 | | 57.00 | 0.10 | 5.70 | | |
| 07/31/2010 | 4981 | ALISON ELKO | 101S | 174.00 | 0.15 | 26.10 | COPY CHARGES | 26577809 |
| 08/18/2010 | | Invoice=719093 | | 174.00 | 0.10 | 17.40 | | |
| | | BILLED TOTALS:    WORK: | | | | 429.28 | 13 records | |
| | | BILLED TOTALS:    BILL: | | | | 337.13 | | |
| | | GRAND TOTAL:    WORK: | | | | 429.28 | 13 records | |
| | | GRAND TOTAL:    BILL: | | | | 337.13 | | |

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

New York

Philadelphia

San Diego

San Francisco

Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

```
                                        ATTORNEY-CLIENT PRIVILEGED
                                        TAX ID NO. 52-1237458


       LEHMAN BROTHERS HOLDINGS INC.
       Attn: Ms. Evanthe  Papastathis
       TriMont Real Estate Advisors, Inc.
       3424 Peachtree Road, NE
       Suite 2200
       Atlanta, GA. 30326



       Client No.: 30837              Invoice No. 719094
       Matter No.: 30837.0003         Invoice Date: August 18, 2010
       ================================================================

          FOR PROFESSIONAL SERVICES RENDERED through July 31, 2010
          RE: AZ 72, LLC


       * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *
```

|                     | Hours  | Billed    | Bill      |
| Name                | Worked | Per Hour  | Amount    |
| ------------------- | ------ | --------- | --------- |
| C.F. Graham         | 5.00   | 760.00    | 3,800.00  |
| C. Weiss            | 0.90   | 525.00    | 472.50    |
| A.F. Kaufman        | 9.30   | 450.00    | 4,185.00  |
| J. Kuhn             | 7.30   | 400.00    | 2,920.00  |
| M.B. Hoffman        | 28.20  | 350.00    | 9,870.00  |
| A. Pearson          | 0.50   | 240.00    | 120.00    |
| R.M. Gee            | 2.50   | 225.00    | 562.50    |
| S.C. Gupta          | 0.90   | 195.00    | 175.50    |
| Total               | 54.60  |           | 22,105.50 |

```
       TOTAL FEES:                                    $ 22,105.50
```

LEHMAN BROTHERS HOLDINGS INC.            August 18, 2010            PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 719094


CHARGES:

        COPY CHARGES                    210.90
        LONG DISTANCE TELEPHONE           0.72
        PACER SEARCHES                    0.40

TOTAL CHARGES:                                          $     212.02

T O T A L   T H I S   S T A T E M E N T:               $ 22,317.52

LEHMAN BROTHERS HOLDINGS INC.              August 18, 2010          PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 719094


DESCRIPTION OF SERVICES


07/02/10   A.F. Kaufman       .20    TELEPHONE CALL WITH M. HOFFMAN REGARDING
           Task:   4000              EXAMINATION AND ANALYSIS OF DEFENDANTS'
                                     DOCUMENT PRODUCTION.

07/02/10   M.B. Hoffman      3.10    CONTINUE TO REVIEW, ANALYZE, AND CATEGORIZE
           Task:   4000              "HOT DOCUMENTS" IDENTIFIED DURING REVIEW AND
                                     ANALYSIS OF GAC DOCUMENT PRODUCTION FOR USE
                                     DURING SUMMARY JUDGMENT PREPARATION (2.9);
                                     TELEPHONE CALL WITH A. KAUFMAN REGARDING
                                     EXAMINATION AND ANALYSIS OF "HOT DOCUMENTS"
                                     IDENTIFIED DURING REVIEW AND ANALYSIS OF GAC
                                     PRODUCTION (0.2).

07/07/10   M.B. Hoffman      1.50    CONTINUE TO REVIEW, ANALYZE, AND CATEGORIZE
           Task:   4000              "HOT DOCUMENTS" IDENTIFIED DURING REVIEW AND
                                     ANALYSIS OF GAC DOCUMENT PRODUCTION FOR USE
                                     DURING SUMMARY JUDGMENT PREPARATION.

07/09/10   C.F. Graham       2.10    REVIEW AND ANALYSIS OF FIRST 42 HOT DOCUMENTS
           Task:   4000              RECEIVED FROM M. HOFFMAN IN BINDER #1.

07/12/10   C.F. Graham       1.00    CONTINUE REVIEW AND ANALYSIS OF HOT DOCUMENTS
           Task:   4000              ORGANIZED IN BINDER # 1.

07/14/10   M.B. Hoffman       .30    REVIEW AND RESEARCH EXECUTED COPIES OF THE
           Task:   4000              BUILDING LOAN AGREEMENT PRODUCED BY GAC.

07/16/10   A.F. Kaufman      4.20    REVIEW AND ANALYZE SELECTED DOCUMENTS FROM
           Task:   4000              DEFENDANTS' DOCUMENT PRODUCTION.

07/19/10   A.F. Kaufman       .40    ANALYZE ISSUES RELATING TO PLAINTIFFS' DOCUMENT
           Task:   4000              PRODUCTION AND PRIVILEGE LOG (0.3); CONFER WITH
                                     M. HOFFMAN WITH RESPECT TO PRIVILEGE ISSUES
                                     (0.1).

LEHMAN BROTHERS HOLDINGS INC.                    August 18, 2010          PAGE   4
MATTER NUMBER: 30837.0003
INVOICE NO.: 719094


07/19/10   M.B. Hoffman        .20    CONFER WITH A. KAUFMAN REGARDING NEXT STEPS AND
           Task:  4000                 CONDUCTING PRIVILEGE REVIEW OF LEHMAN/TRIMONT
                                       PRODUCTION (0.1); TELEPHONE CALL TO A. PEARSON
                                       REGARDING PRIVILEGE REVIEW OF LEHMAN/TRIMONT
                                       PRODUCTION AND DATABASE (0.1).

07/22/10   R.M. Gee           1.90    PARTICIPATE IN PHONE CONFERENCE WITH M. HOFFMAN
           Task:  4000                 AND A. KAUFMAN REGARDING AZ 72 DISCOVERY (0.3);
                                       REVIEW AND ANALYZE PRIVILEGED DOCUMENTS IN
                                       CONNECTION WITH PREPARING PRIVILEGE LOG (1.1);
                                       CONFER WITH SAN DIEGO PARALEGALS REGARDING SAME
                                       (0.2); PHONE CONFERENCE WITH M. HOFFMAN
                                       REGARDING PRIVILEGE LOG (0.3).

07/22/10   A.F. Kaufman        .70    ANALYZE ISSUES RELATING TO PLAINTIFFS' DOCUMENT
           Task:  4000                 PRODUCTION AND PRIVILEGE LOG.

07/22/10   C.F. Graham         .50    WORK ON OUTLINE OF SUMMARY JUDGMENT MOTION.
           Task:  4000

07/22/10   A. Pearson          .50    TELEPHONE CONFERENCE WITH M. HOFFMAN REGARDING
           Task:  4000                 DOCUMENT PRODUCTION WITH RESPECT TO PRIVILEGED
                                       MATERIALS (0.1); TELEPHONE CONFERENCE WITH A.
                                       KAUFMAN AND R. GEE REGARDING REVIEW AND
                                       ANALYSIS OF PRIVILEGED MATERIALS (0.4).

07/22/10   M.B. Hoffman       3.10    RESEARCH CLAIMS OF ATTORNEY CLIENT PRIVILEGE
           Task:  4000                 WITH RESPECT TO ATTORNEY CORRESPONDENCE
                                       REGARDING TROUBLED LOAN GENERALLY AND IN NEW
                                       YORK (1.2); CONFER WITH B. MARKOWITZ REGARDING
                                       SETUP/STAGING/ORDER OF SUMMATION ENTERPRISE
                                       DATABASE IN CONNECTION WITH REVIEW AND ANALYSIS
                                       OF DOCUMENTS FROM TRIMONT/LEHMAN PRODUCTION
                                       FLAGGED FOR PRIVILEGE REVIEW ISSUES (0.3);
                                       REVIEW AND ANALYZE DOCUMENTS FROM
                                       TRIMONT/LEHMAN PRODUCTION FLAGGED FOR PRIVILEGE
                                       REVIEW AND, IN CERTAIN CASES, REDACTING FOR
                                       PRIVILEGE (1.6).

07/23/10   M.B. Hoffman       5.10    CONFER WITH A. PEARSON REGARDING PRIVILEGE
           Task:  4000                 REVIEW OF TRIMONT/LEHMAN PRODUCTION FLAGGED FOR
                                       PRIVILEGE REVIEW AND PRODUCTION IN ANTICIPATION
                                       OF UPCOMING DEPOSITIONS AND DISCOVERY DEADLINE
                                       (0.3); FOLLOWUP CONVERSATION AND CORRESPONDENCE
                                       WITH A. KAUFMAN AND R. GEE REGARDING PRIVILEGE

LEHMAN BROTHERS HOLDINGS INC.                August 18, 2010          PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 719094


                              REVIEW OF TRIMONT/LEHMAN PRODUCTION FLAGGED FOR
                              PRIVILEGE REVIEW AND PRODUCTION (0.2); CONTINUE
                              REVIEWING AND ANALYZING DOCUMENTS FROM
                              TRIMONT/LEHMAN PRODUCTION FLAGGED FOR PRIVILEGE
                              REVIEW AND, IN CERTAIN CASES, REDACTING FOR
                              PRIVILEGE (4.6).

07/23/10  C.F. Graham    1.10  CONFER WITH A. KAUFMAN REGARDING DEPOSITIONS
          Task:  4000          AND MOTION FOR SUMMARY JUDGMENT (0.4); FOLLOWUP
                               EMAILS REGARDING MOTIONS FOR SUMMARY JUDGMENT
                               (0.3); WORK ON RESPONSE TO S. BELL REGARDING
                               DISCOVERY (0.2); READ S. BELLS EMAILS REGARDING
                               CASE SCHEDULING AND STRATEGY (0.2).

07/23/10  R.M. Gee       .60  REVIEW PRIVILEGED DOCUMENTS IN CONNECTION WITH
          Task:  4000          PREPARING PRIVILEGE LOG SUMMARIES (0.5); PHONE
                               CONFERENCE WITH M. HOFFMAN REGARDING SAME
                               (0.1).

07/23/10  A.F. Kaufman   .70  CONFER WITH C. GRAHAM REGARDING DISCOVERY AND
          Task:  4000          DEFENDANTS' REQUEST FOR DEPOSITIONS (0.4);
                               ANALYZE FILINGS IN CONNECTION WITH SAME (0.1);
                               CONFER WITH M. HOFFMAN REGARDING DOCUMENT
                               PRODUCTION AND PRIVILEGE LOG (0.2).

07/26/10  A.F. Kaufman  1.20  CORRESPOND WITH OPPOSING COUNSEL REGARDING
          Task:  4000          DEPOSITIONS (0.2); ANALYZE ISSUES REGARDING
                               DEPOSITION PREPARATION (1.0).

07/26/10  M.B. Hoffman  5.40  CONTINUE REVIEWING AND ANALYZING DOCUMENTS FROM
          Task:  4000          TRIMONT/LEHMAN PRODUCTION FLAGGED FOR PRIVILEGE
                               REVIEW AND, IN CERTAIN CASES, REDACTING FOR
                               PRIVILEGE (4.9); EXCHANGE CORRESPONDENCE WITH
                               A. KAUFMAN REGARDING PRIVILEGE QUESTIONS DURING
                               PRIVILEGE REVIEW OF DOCUMENTS FROM
                               TRIMONT/LEHMAN PRODUCTION FLAGGED FOR PRIVILEGE
                               REVIEW (0.5).

07/26/10  C. Weiss       .50  REVIEW, CONSIDER AND RESPOND TO EMAILS
          Task:  4000          REGARDING PRIVILEGE ISSUES IN DISCOVERY (0.3);
                               REVIEW UNDERLYING DOCUMENTS REGARDING SAME
                               (0.2).

07/27/10  C.F. Graham    .30  WORK ON PRIVILEGE LOG REVIEW.
          Task:  4000

LEHMAN BROTHERS HOLDINGS INC.            August 18, 2010           PAGE   6
MATTER NUMBER: 30837.0003
INVOICE NO.: 719094

| | | | |
|---|---|---|---|
| 07/28/10 | M.B. Hoffman<br>Task: 4000 | .80 | REVIEW AND ANALYZE TRIMONT/LEHMAN DOCUMENT PRODUCTION IN PREPARING DEFENSIVE DEPOSITION OUTLINE AND IDENTIFYING DOCUMENTS FOR SAME. |
| 07/28/10 | A.F. Kaufman<br>Task: 4000 | 1.10 | ANALYZE ISSUES REGARDING DEPOSITION PREPARATION (0.6); ANALYZE ISSUES RELATING TO PLAINTIFFS' PRIVILEGE LOG (0.5). |
| 07/29/10 | A.F. Kaufman<br>Task: 4000 | .60 | ANALYZE ISSUES REGARDING DEPOSITION PREPARATION (0.4); ANALYZE ISSUES REGARDING PRIVILEGE LOG (0.2). |
| 07/29/10 | M.B. Hoffman<br>Task: 4000 | 5.60 | REVIEW AND ANALYZE LEHMAN/TRIMONT DOCUMENTS FLAGGED AS CONFIDENTIAL AND WITHHELD FROM INITIAL PRODUCTION (4.7); DRAFT CORRESPONDENCE TO A. KAUFMAN REGARDING PRIVILEGE ISSUES AND CONFIDENTIALITY ISSUES RELATED TO CERTAIN DOCUMENTS LEHMAN/TRIMONT DOCUMENTS FLAGGED AS CONFIDENTIAL AND WITHHELD FROM INITIAL PRODUCTION (0.9). |
| 07/29/10 | S.C. Gupta<br>Task: 4000 | .90 | REVIEW AND ANALYZE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION TO DETERMINE SCOPE OF ATTORNEY CLIENT AND WORK PRODUCT PRIVILEGE IN CONNECTION WITH PREPARING PRIVILEGE LOG. |
| 07/29/10 | J. Kuhn<br>Task: 4000 | 5.20 | REVIEW AND ANALYZE THE CONTENT OF DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG. |
| 07/29/10 | C. Weiss<br>Task: 4000 | .40 | REVIEW, CONSIDER AND REPLY TO EMAILS REGARDING PRIVILEGE ISSUES IN DOCUMENT DISCOVERY. |
| 07/30/10 | J. Kuhn<br>Task: 4000 | 2.10 | REVIEW AND ANALYZE THE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG. |
| 07/30/10 | M.B. Hoffman<br>Task: 4000 | .50 | CONTINUE REVIEW AND ANALYSIS OF TRIMONT/LEHMAN DOCUMENT PRODUCTION WITH RESPECT TO DEFENSIVE DEPOSITION OUTLINE AND IDENTIFYING DOCUMENTS FOR SAME. |

LEHMAN BROTHERS HOLDINGS INC.            August 18, 2010            PAGE    7
MATTER NUMBER: 30837.0003
INVOICE NO.: 719094


07/30/10   A.F. Kaufman          .20    CORRESPOND WITH M. HOFFMAN REGARDING
           Task:   4000                 PLAINTIFFS' CONFIDENTIAL DOCUMENTS.

07/31/10   M.B. Hoffman         2.60    CONTINUE REVIEW AND ANALYSIS OF TRIMONT/LEHMAN
           Task:   4000                 DOCUMENT PRODUCTION IN CONNECTION WITH
                                        DEFENSIVE DEPOSITION OUTLINE AND IDENTIFYING
                                        DOCUMENTS FOR SAME.


4000   Non-Bankruptcy Litigation
       A. Pearson                      .50     240.00      $120.00
       A.F. Kaufman                   9.30     450.00    $4,185.00
       C. Weiss                        .90     525.00      $472.50
       C.F. Graham                    5.00     760.00    $3,800.00
       J. Kuhn                        7.30     400.00    $2,920.00
       M.B. Hoffman                  28.20     350.00    $9,870.00
       R.M. Gee                       2.50     225.00      $562.50
       S.C. Gupta                      .90     195.00      $175.50

           TOTAL 4000                54.60               $22,105.50

Billed Recap of Costs string [Invoice 719094] Date: Filed 12/14/10   Entered 12/14/10 10:59:48   Exhibit E2   Page 1
Client: -

Pg 19 of 37

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/01/2010 | 0508 | MAURICE N. MALOOF | 411S | 1.00 | 0.40 | 0.40 | PACER SEARCHES | 26589654 |
| 08/18/2010 | | Invoice=719094 | | 1.00 | 0.40 | 0.40 | | |
| | | | | | | | | |
| 07/07/2010 | 4399 | MEGAN B. HOFFMAN | 101S | 8.00 | 0.15 | 1.20 | COPY CHARGES | 26538363 |
| 08/18/2010 | | Invoice=719094 | | 8.00 | 0.10 | 0.80 | | |
| | | | | | | | | |
| 07/07/2010 | 5383 | SUSAN M. VALENTINE | 101S | 1991.00 | 0.15 | 298.65 | COPY CHARGES | 26538364 |
| 08/18/2010 | | Invoice=719094 | | 1991.00 | 0.10 | 199.10 | | |
| | | | | | | | | |
| 07/29/2010 | 0584 | JILL C. KUHN | 101S | 110.00 | 0.15 | 16.50 | COPY CHARGES | 26575277 |
| 08/18/2010 | | Invoice=719094 | | 110.00 | 0.10 | 11.00 | | |
| | | | | | | | | |
| 07/30/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 16:17 1-917-435-6869 | 26583178 |
| 08/18/2010 | | Invoice=719094 | | 1.00 | 0.72 | 0.72 | 47766 | |
| | | | | | | | | |
| | | BILLED TOTALS:   WORK: | | | | 317.47 | 5 records | |
| | | BILLED TOTALS:   BILL: | | | | 212.02 | | |
| | | | | | | | | |
| | | GRAND TOTAL:   WORK: | | | | 317.47 | 5 records | |
| | | GRAND TOTAL:   BILL: | | | | 212.02 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837                    Invoice No. 719097
Matter No.: 30837.0005               Invoice Date: August 18, 2010
================================================================

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2010
RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|---------|--------|
| C. Weiss | 0.30 | 525.00 | 157.50 |
| G. Walling | 7.70 | 430.00 | 3,311.00 |
| Total | 8.00 | | 3,468.50 |

TOTAL FEES:                                    $  3,468.50

CHARGES:

    COPY CHARGES                     19.30

TOTAL CHARGES:                                 $     19.30

T O T A L   T H I S   S T A T E M E N T :      $  3,487.80

LEHMAN BROTHERS HOLDINGS INC.                August 18, 2010         PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 719097


DESCRIPTION OF SERVICES


07/08/10  G. Walling          1.00   CALL WITH T. PERRY REGARDING RIVERBEND AMENDED
          Task:  4000                REGISTRATION APPLICATION (0.1); COMMUNICATIONS
                                     WITH M. MARTINEZ REGARDING T. PERRY APPROVAL
                                     STATUS OF RIVERBEND AMENDED REGISTRATION
                                     APPLICATION (0.1); REVISE RIVERBEND PUBLIC
                                     OFFERING STATEMENT PURSUANT TO T. PERRY
                                     COMMENTS REGARDING SAME (0.7); CORRESPONDENCE
                                     WITH T. PERRY REGARDING SUBMISSION OF REVISED
                                     RIVERBEND PUBLIC OFFERING STATEMENT (0.1).

07/12/10  G. Walling           .40   COMMUNICATIONS WITH T. PERRY (CIC BOARD)
          Task:  4000                REGARDING APPROVAL OF RIVERBEND AMENDED
                                     REGISTRATION APPLICATION (0.2); COMMUNICATIONS
                                     WITH M. MARTINEZ REGARDING SAME (0.1);
                                     COMMUNICATIONS WITH T. PERRY REGARDING WALKER
                                     SQUARE AMENDED REGISTRATION APPLICATION (0.1).

07/13/10  G. Walling          3.00   WORK ON FINAL REVISED RIVERBEND PUBLIC OFFERING
          Task:  4000                STATEMENT (1.5); COMMUNICATIONS WITH M.
                                     MARTINEZ, D. BROOKS, REGARDING SAME (0.2);
                                     CORRESPONDENCE FROM T. PERRY REGARDING WALKER
                                     SQUARE AMENDED REGISTRATION APPLICATIONS (0.1);
                                     REVISE WALKER SQUARE PUBLIC OFFERING STATEMENT
                                     PURSUANT TO T. PERRY COMMENTS (0.9);
                                     COMMUNICATIONS WITH T. PERRY REGARDING
                                     SUBMISSION OF REVISED WALKER SQUARE PUBLIC
                                     OFFERING STATEMENT (0.1); CORRESPONDENCE FROM
                                     T. PERRY REGARDING APPROVAL OF REVISED WALKER
                                     SQUARE PUBLIC OFFERING STATEMENT (0.1);
                                     COMMUNICATIONS WITH M. MARTINEZ REGARDING SUCH
                                     APPROVAL (0.1).

07/19/10  C. Weiss             .30   REVIEW E-MAILS AND DOCUMENTS REGARDING
          Task:  4000                APPROVAL OF AMENDED CONDOMINIUM REGISTRATION
                                     STATEMENT.

LEHMAN BROTHERS HOLDINGS INC.              August 18, 2010              PAGE    3
MATTER NUMBER: 30837.0005
INVOICE NO.: 719097


| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/19/10 | G. Walling<br>Task:  4000 | .20 | COMMUNICATIONS WITH T. PERRY REGARDING WALKER SQUARE AMENDED REGISTRATION APPLICATION (0.1); CORRESPONDENCE TO M. MARTINEZ, C. DICKHAUS REGARDING COMMON INTEREST COMMUNITIES BOARD APPROVAL OF WALKER SQUARE AMENDED REGISTRATION APPLICATION (0.1). |
| 07/20/10 | G. Walling<br>Task:  4000 | 2.70 | REVIEW WALKER SQUARE AMENDED REGISTRATION APPLICATION (0.3); REVIEW COMMUNICATIONS WITH T. PERRY REGARDING SAME (0.2); WORK ON REVISED WALKER SQUARE PUBLIC OFFERING STATEMENT (1.7); COMMUNICATIONS WITH M. MARTINEZ, D. BROOKS, C. DICKHAUS REGARDING AMENDED WALKER SQUARE PUBLIC OFFERING STATEMENT (0.2); REVIEW WALKER SQUARE PRO FORMA PURCHASE AGREEMENT (0.2); COMMUNICATIONS WITH M. MARTINEZ, D. BROOKS, C. DICKHAUS REGARDING REVISED WALKER SQUARE STANDARD FORM PURCHASE AGREEMENT (0.1). |
| 07/22/10 | G. Walling<br>Task:  4000 | .20 | COMMUNICATIONS WITH M. MARTINEZ REGARDING REVISED CONDOMINIUM PUBLIC OFFERING STATEMENTS AND REVISED STANDARD FORM PURCHASE AGREEMENTS FOR USE BY NEST REALTY. |
| 07/26/10 | G. Walling<br>Task:  4000 | .20 | COMMUNICATIONS WITH T. ALLEN (KILPATRICK) REGARDING RESERVE AGREEMENT/SENIOR LOAN AMENDMENT. |

4000  Non-Bankruptcy Litigation

|  |  |  |  |
|---|---|---|---|
| C. Weiss | .30 | 525.00 | $157.50 |
| G. Walling | 7.70 | 430.00 | $3,311.00 |
| TOTAL 4000 | 8.00 |  | $3,468.50 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 07/13/2010 | 0351 | GERALD WALLING | 101S | 38.00 | 0.15 | 5.70 | COPY CHARGES | 26544863 |
| 08/18/2010 | | Invoice=719097 | | 38.00 | 0.10 | 3.80 | | |
| | | | | | | | | |
| 07/20/2010 | 0351 | GERALD WALLING | 101S | 155.00 | 0.15 | 23.25 | COPY CHARGES | 26554484 |
| 08/18/2010 | | Invoice=719097 | | 155.00 | 0.10 | 15.50 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 28.95 | 2 records | |
| | | BILLED TOTALS:    BILL: | | | | 19.30 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 28.95 | 2 records | |
| | | GRAND TOTAL:    BILL: | | | | 19.30 | | |

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn:  Evanthe Papastathis
Suite 2200
3424 Peachtree Road, N. E.
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 719102
Matter No.: 04406.0113               Invoice Date: August 18, 2010
======================================================================

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2010
RE: PLAZA AT TURTLE CREEK LOANS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|--------|--------|
| C. Weiss | 0.90 | 525.00 | 472.50 |
| G. Walling | 13.80 | 410.00 | 5,658.00 |
| Total | 14.70 | | 6,130.50 |

TOTAL FEES:                                     $  6,130.50

CHARGES:

       COPY CHARGES                    0.40
       LONG DISTANCE TELEPHONE         5.06

TOTAL CHARGES:                                  $      5.46

T O T A L   T H I S   S T A T E M E N T:        $  6,135.96

LEHMAN BROTHERS HOLDINGS INC.          August 18, 2010          PAGE    2
MATTER NUMBER: 04406.0113
INVOICE NO.: 719102


DESCRIPTION OF SERVICES


07/01/10  G. Walling          2.10   COMMUNICATIONS WITH J. ARRIETA REGARDING BULK
          Task:  4000                SALE CLOSING STATEMENT (0.2); REVIEW AND REVISE
                                     BULK SALE CLOSING STATEMENT (0.5); MADE RELATED
                                     REVIEW OF BULK SALE CONTRACT (0.2); REVIEW
                                     KELLER AND WILLIAMS BROKERAGE AGREEMENT AND
                                     AMENDMENT REGARDING PAYMENT OF TRANSACTION FEE
                                     TO B. ROBERTS (0.3); COMMUNICATIONS WITH S.
                                     MARSHALL REGARDING SAME (0.2); CALL WITH S.
                                     MARSHALL REGARDING BULK SALE CLOSING RELATED
                                     MATTERS (0.2); COMMUNICATIONS WITH J. ARRIETA
                                     REGARDING EXTENSION OF BULK SALE CONTRACT
                                     CLOSING DATE (0.2); COMMUNICATIONS WITH S.
                                     MARSHALL REGARDING SAME (0.3).

07/06/10  G. Walling          2.00   COMMUNICATIONS WITH J. ARRIETA REGARDING
          Task:  4000                CONDITIONS TO BULK SALE CLOSING (0.4);
                                     COMMUNICATIONS WITH B. ROBERTS AND J. ARRIETA
                                     REGARDING EXTENSION AMENDMENT OF BULK SALE
                                     CONTRACT (0.3); MADE RELATED FILE REVIEW
                                     REGARDING BULK SALE CONTRACT (0.3); REVIEW
                                     REVISED CLOSING STATEMENT (0.4); COMMUNICATIONS
                                     WITH J. ARRIETA, L. STUTTS, S. MARSHALL
                                     REGARDING BULK SALE CLOSING STATEMENT (0.3);
                                     REVIEW BULK SALE CONTRACT AMENDMENT (0.1);
                                     COMMUNICATIONS WITH S. MARSHALL REGARDING BULK
                                     SALE EXTENSION AMENDMENT (0.2).

07/07/10  G. Walling           .60   COMMUNICATIONS WITH L. STUTTS  (FIDELITY)
          Task:  4000                REGARDING BULK UNIT SALE CLOSING STATEMENT
                                     (0.1); COMMUNICATIONS WITH L. STUTTS REGARDING
                                     BULK SALE BUYER REQUEST TO ALLOCATE LUMP SUM
                                     PURCHASE PRICE AMONG UNITS (0.2);
                                     COMMUNICATIONS WITH D. BRUCE REGARDING PRICE
                                     ALLOCATION ISSUE (0.1); COMMUNICATIONS WITH S.
                                     MARSHALL REGARDING SAME (0.2).

LEHMAN BROTHERS HOLDINGS INC.                August 18, 2010          PAGE    3
MATTER NUMBER: 04406.0113
INVOICE NO.: 719102


07/12/10  G. Walling          1.80   COMMUNICATIONS WITH S. MARSHALL REGARDING BULK
          Task:  4000                 SALE CLOSING STATEMENT (0.2); COMMUNICATIONS
                                      WITH D. BRUCE REGARDING SAME (0.1); PREPARE
                                      ADDENDUM FOR BULK SALE CLOSING STATEMENT (0.1);
                                      COMMUNICATIONS WITH J. ARRIETA REGARDING
                                      REVISED BULK SALE CLOSING STATEMENT (0.1);
                                      CONFERENCE CALL WITH N. HORSFIELD AND J.
                                      NASTASI REGARDING PENDING CLAIMS AND ISSUE OF
                                      ESTABLISHMENT OF RESERVE FUND FOR DECLARANT
                                      CONTINGENT LIABILITIES (0.3); MADE RELATED FILE
                                      REVIEW REGARDING CLAIMS PREVIOUSLY ASSERTED BY
                                      UNIT OWNERS ASSOCIATION AGAINST PLAZA
                                      CONDOMINIUMS, LTD (0.7); CALL TO J. NASTASI
                                      REGARDING CLAIMS PREVIOUSLY ASSERTED BY THE HOA
                                      (0.1); CALL TO N. HORSFIELD REGARDING SAME
                                      (0.1); WORK WITH C. WEISS REGARDING HOA CLAIMS
                                      (0.1).

07/13/10  G. Walling           .10   WORK WITH C. WEISS REGARDING HOMEOWNERS'
          Task:  4000                 ASSOCIATION CLAIMS AGAINST PLAZA CONDOMINIUMS,
                                      LTD.

07/14/10  G. Walling          4.10   REVIEW TEXAS CONDOMINIUM ACT TO IDENTIFY ANY
          Task:  4000                 STATUTORY DECLARANT WARRANTY OBLIGATIONS
                                      RELATED TO CONSTRUCTION DEFECTS (0.6); REVIEW
                                      CORRESPONDENCE FILES CONCERNING CLAIMS ASSERTED
                                      BY HOMEOWNERS ASSOCIATION AGAINST, AND
                                      RESPONSES BY,  PLAZA CONDOMINIUMS, LTD. (1.8);
                                      PREPARE SUMMARY MEMO TO N. HORSFIELD AND J.
                                      NASTASI REGARDING STATUS OF CLAIMS AGAINST
                                      PLAZA CONDOMINIUMS, LTD. (1.7).

07/15/10  C. Weiss             .90   REVIEW MEMO FROM G. WALLING REGARDING
          Task:  4000                 POTENTIAL UNIT OWNER CLAIMS AND WHETHER TO
                                      RESERVE SALE PROCEEDS (0.4); TELEPHONE
                                      CONFERENCE WITH G. WALLING REGARDING UNIT
                                      OWNER CLAIMS AND WHETHER TO RESERVE SALE
                                      PROCEEDS (0.3); REVIEW E-MAILS REGARDING UNIT
                                      OWNER CLAIMS AND WHETHER TO RESERVE SALE
                                      PROCEEDS (0.2).

LEHMAN BROTHERS HOLDINGS INC.  August 18, 2010  PAGE 4
MATTER NUMBER: 04406.0113
INVOICE NO.: 719102


| 07/15/10 | G. Walling<br>Task: 4000 | 1.80 | WORK ON MEMORANDUM TO N. HORSFIELD AND J. NASTASI REGARDING HOMEOWNERS ASSOCIATION CLAIMS AGAINST PLAZA CONDOMINIUMS, LTD.(1.0); WORK WITH C. WEISS REGARDING SAME (0.2); COMMUNICATION TO N. HORSFIELD AND J. NASTASI REGARDING HOA CLAIMS (0.2); CALL TO J. NASTASI REGARDING HOMEOWNERS ASSOCIATION CLAIMS (0.1); CALL TO N. HORSFIELD REGARDING HOMEOWNERS ASSOCIATION CLAIMS (0.1); COMMUNICATIONS WITH J. ARRIETA REGARDING CLOSING STATUS OF BULK UNIT SALE (0.2). |
|---|---|---|---|
| 07/19/10 | G. Walling<br>Task: 4000 | 1.10 | REVIEW BULK SALE FILE TO VERIFY CLOSING, FUNDING STATUS (0.1); PREPARE PARTIAL RELEASE FOR BULK SALE CLOSING (0.1); COMMUNICATIONS WITH S. MARSHALL REGARDING  TITLE COMPANY REQUIREMENT THAT LENDER EXECUTE BULK SALE PARTIAL RELEASE (0.1); COMMUNICATIONS WITH J. ARRIETA REGARDING SUBMISSION OF BULK SALE PARTIAL RELEASE TO LENDER (0.1); REVIEW SALE FILE FOR PHASE II/1102 REGARDING EXECUTION STATUS OF PARTIAL RELEASE (0.2); CORRESPONDENCE TO S. MARSHALL REGARDING TITLE COMPANY REQUIREMENT THAT LENDER EXECUTE AND DELIVER PHASE II/1102 PARTIAL RELEASE (0.1); REVIEW SALE FILE FOR PHASE II/1701 REGARDING EXECUTION STATUS OF PARTIAL RELEASE (0.2); CORRESPONDENCE TO S. MARSHALL REGARDING TITLE COMPANY REQUIREMENT THAT LENDER  EXECUTE AND DELIVER PHASE II/1701 PARTIAL RELEASE (0.1); COMMUNICATIONS WITH J. ARRIETA, S. JACKSON REGARDING OUTSTANDING PARTIAL RELEASES TO BE EXECUTED BY LENDER AND DELIVERED TO FIDELITY (0.1). |
| 07/27/10 | G. Walling<br>Task: 4000 | .20 | COMMUNICATIONS WITH K. HOPPER REGARDING BULK SALE CLOSING DOCUMENTS AND CLOSING RELATED DISBURSEMENTS. |

4000  Non-Bankruptcy Litigation

| | | | |
|---|---|---|---|
| C. Weiss | .90 | 525.00 | $472.50 |
| G. Walling | 13.80 | 410.00 | $5,658.00 |
|   TOTAL 4000 | 14.70 | | $6,130.50 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 07/12/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 18:32 1-646-285-9021 | 26551105 |
| 08/18/2010 | | Invoice=719102 | | 1.00 | 1.81 | 1.81 | 78564 | |
| | | | | | | | | |
| 07/12/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 18:45 1-646-285-9027 | 26551108 |
| 08/18/2010 | | Invoice=719102 | | 1.00 | 1.81 | 1.81 | 78564 | |
| | | | | | | | | |
| 07/15/2010 | 0351 | GERALD WALLING | 101S | 4.00 | 0.15 | 0.60 | COPY CHARGES | 26549197 |
| 08/18/2010 | | Invoice=719102 | | 4.00 | 0.10 | 0.40 | | |
| | | | | | | | | |
| 07/15/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 15:15 1-646-285-9027 | 26551342 |
| 08/18/2010 | | Invoice=719102 | | 1.00 | 0.72 | 0.72 | 78564 | |
| | | | | | | | | |
| 07/15/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 15:18 1-646-285-9021 | 26551344 |
| 08/18/2010 | | Invoice=719102 | | 1.00 | 0.72 | 0.72 | 78564 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 5.66 | 5 records | |
| | | BILLED TOTALS:    BILL: | | | | 5.46 | | |
| | | | | | | | | |
| | | GRAND TOTAL.    WORK: | | | | 5.66 | 5 records | |
| | | GRAND TOTAL:    BILL: | | | | 5.46 | | |

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 719103
Matter No.: 04406.0222               Invoice Date: August 18, 2010
================================================================

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2010
RE: MIDDLE MOUNTAIN 156 LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| C. Weiss | 8.60 | 525.00 | 4,515.00 |
| G. Marsh | 1.50 | 500.00 | 750.00 |
| G. Walling | 3.90 | 430.00 | 1,677.00 |
| D.A. Geiger | 1.90 | 425.00 | 807.50 |
| J.E. Reed | 7.00 | 215.00 | 1,505.00 |
| Total | 22.90 | | 9,254.50 |

TOTAL FEES:                                    $   9,254.50

CHARGES:

    LONG DISTANCE TELEPHONE              11.94
    PACER SEARCHES                        1.12

TOTAL CHARGES:                                 $      13.06

T O T A L   T H I S   S T A T E M E N T :      $   9,267.56

LEHMAN BROTHERS HOLDINGS INC.                August 18, 2010            PAGE    2
MATTER NUMBER: 04406.0222
INVOICE NO.: 719103


                    DESCRIPTION OF SERVICES


07/07/10  C. Weiss              .30   REVIEW AND REPLY TO EMAILS REGARDING APS
          Task:  4000                 EASEMENT.

07/12/10  C. Weiss              .50   REVIEW AND REPLY TO E-MAILS REGARDING APS
          Task:  4000                 EASEMENT ISSUES AND BONANNO PROOF OF CLAIM
                                      (0.3); TELEPHONE CONFERENCE WITH D. GEIGER
                                      REGARDING APS EASEMENT RESPONSE AND BONANNO
                                      PROOF OF CLAIM (0.2).

07/13/10  C. Weiss              .90   REVIEW AND REPLY TO E-MAILS REGARDING APS
          Task:  4000                 EASEMENT AND BONANNO PROOF OF CLAIM MATTERS
                                      (0.3); TELEPHONE CONFERENCES WITH D. GEIGER
                                      REGARDING PREPARATION FOR AND RESULT OF
                                      CONFERENCE CALL WITH LEHMAN AND TRIMONT ON APS
                                      EASEMENT AND BONANNO PROOF OF CLAIM MATTERS
                                      (0.6).

07/13/10  D.A. Geiger          .70   CONFERENCE CALL WITH C. BLEY, J. RHODES AND
          Task:  4000                 OTHERS REGARDING STATUS AND STRATEGY FOR APS
                                      CONDEMNATION LITIGATION EASEMENT ISSUES.

07/15/10  C. Weiss              .50   REVIEW E-MAILS REGARDING ARIZONA COUNSEL
          Task:  4000                 ASSESSMENT OF APS EASEMENT ARGUMENTS (0.3);
                                      COMMUNICATIONS WITH D. GEIGER AND CLIENT
                                      REGARDING APS EASEMENT ISSUES (0.2).

07/15/10  G. Marsh            1.50   WORK ON APS SETTLEMENT ISSUES INVOLVING
          Task:  4000                 CONDEMNATION ACTION.

07/16/10  C. Weiss            1.20   EMAILS AND CONFERENCE CALL WITH C. BLEY AND
          Task:  4000                 J. RHODES REGARDING APS EASEMENT ISSUES
                                      (0.8); TELEPHONE CALLS WITH AZ COUNSEL
                                      REGARDING SAME AND APS COMMENCEMENT OF
                                      CONSTRUCTION (0.4).

07/19/10  D.A. Geiger        1.20   CONFERENCE CALL WITH C. BLEY, J. RHODES AND
          Task:  4000                 OTHERS REGARDING STATUS AND STRATEGY FOR APS
                                      CONDEMNATION LITIGATION EASEMENT ISSUES (0.3);
                                      TELEPHONIC COURT HEARING (0.9).

LEHMAN BROTHERS HOLDINGS INC.                 August 18, 2010              PAGE    3
MATTER NUMBER: 04406.0222
INVOICE NO.: 719103


07/19/10  C. Weiss                .70   REVIEW AND REPLY TO E-MAILS WITH CLIENT AND
          Task:  4000                   ARIZONA COUNSEL REGARDING RESULTS OF STATUS
                                        CONFERENCE ON APS EASEMENT (0.3); CONSIDER
                                        STRATEGY FOR MEDIATION ON APS EASEMENT (0.2);
                                        WORK ON DEMAND LETTER FOR APS TRESPASS (0.2).

07/20/10  C. Weiss                .80   REVIEW COMMENTS TO APS DEMAND LETTER REGARDING
          Task:  4000                   TRESPASS AND RELATED E-MAILS (0.5); CONSIDER
                                        STRATEGY REGARDING APS MEDIATION (0.3).

07/23/10  C. Weiss                .50   REVIEW AND REPLY TO E-MAILS REGARDING EASEMENT
          Task:  4000                   MEDIATION WITH APS (0.2); CONSIDER STRATEGY AND
                                        PREPARATION FOR APS EASEMENT MEDIATION (0.3).

07/26/10  C. Weiss                .50   REVIEW AND REPLY TO E-MAILS REGARDING
          Task:  4000                   PREPARATION FOR APS EASEMENT MEDIATION.

07/26/10  J.E. Reed             2.00   CONFER WITH D. GEIGER REGARDING REVIEW AND
          Task:  4000                   ANALYSIS OF DOCUMENTS FOR USE AS EXHIBITS TO
                                        MEDIATION WITH ARIZONA PUBLIC SERVICE CORP
                                        (0.2); BEGIN REVIEW OF DOCUMENTS (1.8).

07/27/10  J.E. Reed             5.00   CONTINUE REVIEW AND ANALYSIS OF DOCUMENTS FOR
          Task:  4000                   USE IN AS EXHIBITS IN MEDIATION WITH ARIZONA
                                        PUBLIC SERVICE CORP.

07/27/10  C. Weiss                .30   REVIEW AND REPLY TO E-MAILS REGARDING
          Task:  4000                   PREPARATION FOR MEDIATION ON APS EASEMENT.

07/27/10  G. Walling            1.70   COMMUNICATIONS WITH J. RHODES REGARDING
          Task:  4000                   PREPARATION FOR CONFERENCE CALL WITH LOCAL
                                        ARIZONA COUNSEL REGARDING APS EASEMENT (0.2);
                                        WORK WITH C. WEISS REGARDING ISSUES EXPECTED TO
                                        BE DISCUSSED IN CONFERENCE CALL WITH CLIENT,
                                        LOCAL COUNSEL, ET AL. (0.1); REVIEW FILE
                                        REGARDING APS EASEMENT IN PREPARATION FOR
                                        CONFERENCE CALL REGARDING APS EASEMENT ISSUES
                                        (0.5); PARTICIPATE IN CONFERENCE CALL AMONG  D.
                                        LINDNER, J. RHODES, C. BLEY, AND D. GEIGER
                                        REGARDING APS EASEMENT ISSUES AND NEGOTIATING
                                        STRATEGY (0.7); COMMUNICATIONS FROM J. RHODES
                                        REGARDING APS EASEMENT ISSUES (0.2).

LEHMAN BROTHERS HOLDINGS INC.                August 18, 2010            PAGE    4
MATTER NUMBER: 04406.0222
INVOICE NO.: 719103


07/28/10   G. Walling            .20   WORK WITH C. WEISS REGARDING APS EASEMENT
           Task:  4000                 ISSUES DISCUSSED IN CONFERENCE CALL WITH J.
                                       RHODES, C. BLEY, D. LINDNER, ET AL., ON
                                       7/27/10.

07/28/10   C. Weiss              .60   TELEPHONE CONFERENCE WITH G. WALLING
           Task:  4000                 REGARDING ISSUES DISCUSSED ON 7/27 CALL ON
                                       APS EASEMENT DISPUTE (0.3); TELEPHONE
                                       CONFERENCE WITH C. BLEY REGARDING APS
                                       EASEMENT ISSUES AND NEXT STEPS TO RESOLUTION
                                       (0.3).

07/29/10   C. Weiss             1.10   REVIEW RESPONSE LETTER FROM APS REGARDING
           Task:  4000                 TRESPASS ON PROPERTY AND VALIDITY OF PRIOR
                                       EASEMENT (0.2); REVIEW AND SEND E-MAILS
                                       REGARDING SAME AND RECOMMENDED RESPONSE (0.4);
                                       REVIEW AND COMMENTS ON RESPONSE LETTER (0.2);
                                       TELEPHONE CONFERENCE WITH D. LINDNER REGARDING
                                       COMMENTS TO APS EASEMENT FOR DISCUSSION WITH
                                       APS REPRESENTATIVES (0.3).

07/29/10   G. Walling            .20   COMMUNICATIONS WITH J. RHODES REGARDING SCOPE
           Task:  4000                 OF APS UTILITY EASEMENT
                                       PARAMETERS/REQUIREMENTS.

07/30/10   C. Weiss              .70   REVIEW CORRESPONDENCE REGARDING MEDIATION
           Task:  4000                 BRIEF AND REVISED FORM OF EASEMENT (0.3);
                                       REVIEW MEMO REGARDING IMPACT OF ZONING
                                       ORDINANCE ON EASEMENT REQUIREMENTS OF GRANTOR
                                       (0.2); REVIEW CORRESPONDENCE BETWEEN BRANDON
                                       AND MOON AND EMAILS WITH CLIENT REGARDING APS
                                       EASEMENT MATTERS (0.2).

07/30/10   G. Walling           1.80   REVIEW RECENT COMMUNICATIONS REGARDING APS
           Task:  4000                 EASEMENT ISSUES (0.3); REVIEW ZONING
                                       INFORMATION FROM D. LINDNER TO IDENTIFY
                                       POTNETIAL RESTRICTIONS ON SCOPE OF APS EASEMENT
                                       AND ON RESERVED RIGHTS OF PROPERTY OWNER (0.6);
                                       REVIEW BEUS GILBERT ZONING OPINION FROM LOAN
                                       CLOSING TO IDENTIFY IMPACT OF ZONING
                                       RESTRICTIONS ON SCOPE OF APS RIGHTS AND OWNER'S
                                       RESERVED RIGHTS UNDER APS EASEMENT (0.3);
                                       REVIEW FILE TO IDENTIFY OTHER ZONING RELATED
                                       REQUIREMENTS AND RESTRICTIONS IMPACTING APS

```
LEHMAN BROTHERS HOLDINGS INC.          August 18, 2010          PAGE    5
MATTER NUMBER: 04406.0222
INVOICE NO.: 719103
```

EASEMENT AND OWNER'S RESERVED RIGHTS THEREUNDER
(0.4); WORK WITH C. WEISS REGARDING ZONING
STIPULATIONS AND IMPACT ON APS RIGHTS AND
OWNER'S RESERVED RIGHTS UNDER APS EASEMENT
(0.2).

| 4000  Non-Bankruptcy Litigation | | | |
|---|---|---|---|
| C. Weiss | 8.60 | 525.00 | $4,515.00 |
| D.A. Geiger | 1.90 | 425.00 | $807.50 |
| G. Marsh | 1.50 | 500.00 | $750.00 |
| G. Walling | 3.90 | 430.00 | $1,677.00 |
| J.E. Reed | 7.00 | 215.00 | $1,505.00 |
| TOTAL 4000 | 22.90 | | $9,254.50 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 07/01/2010 | 0945 | KRISTIN C. ROHLING | 411S | 1.00 | 1.12 | 1.12 | PACER SEARCHES | 26553402 |
| 08/18/2010 | | Invoice=719103 | | 1.00 | 1.12 | 1.12 | | |
| | | | | | | | | |
| 07/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:17 1-602-650-4129 | 26543261 |
| 08/18/2010 | | Invoice=719103 | | 1.00 | 0.36 | 0.36 | 74118 | |
| | | | | | | | | |
| 07/13/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:52 1-602-528-4840 | 26548783 |
| 08/18/2010 | | Invoice=719103 | | 1.00 | 0.36 | 0.36 | 74118 | |
| | | | | | | | | |
| 07/16/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 19:36 1-602-528-4050 | 26569221 |
| 08/18/2010 | | Invoice=719103 | | 1.00 | 1.45 | 1.45 | 78411 | |
| | | | | | | | | |
| 07/16/2010 | 0402 | CHARLES WEISS | 105Z | 1.00 | 4.33 | 4.33 | LONG DISTANCE TELEPHONE - - PAYEE: SOUNDPATH | 26682108 |
| 08/18/2010 | | Invoice=719103 | | 1.00 | 4.33 | 4.33 | LEGAL CONFERENCING CONFERENCING SERVICES | |
| | | Voucher=1797085 Paid | | | | | Vendor=SOUNDPATH LEGAL CONFERENCING Balance= .00 Amount= | |
| | | | | | | | | |
| 07/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 17:11 1-602-528-4050 | 26565875 |
| 08/18/2010 | | Invoice=719103 | | 1.00 | 0.36 | 0.36 | 74118 | |
| | | | | | | | | |
| 07/28/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.72 | 4.72 | LONG DISTANCE TELEPHONE 19:11 1-310-500-3534 | 26577365 |
| 08/18/2010 | | Invoice=719103 | | 1.00 | 4.72 | 4.72 | 78411 | |
| | | | | | | | | |
| 07/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 17:01 1-310-500-3534 | 26582964 |
| 08/18/2010 | | Invoice=719103 | | 1.00 | 0.36 | 0.36 | 74118 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 13.06 | 8 records | |
| | | BILLED TOTALS:    BILL: | | | | 13.06 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 13.06 | 8 records | |
| | | GRAND TOTAL:    BILL: | | | | 13.06 | | |

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

**Tel: 404.527.4000**
**www.mckennalong.com**

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: EVANTHE  PAPASTATHIS
TRIMONT REAL ESTATE ADVISORS, INC.
3424 PEACHTREE ROAD NE
SUITE 2200
ATLANTA, GA 30326

Client No.: 04406                    Invoice No. 719304
Matter No.: 04406.0238               Invoice Date: August 20, 2010
========================================================================

        FOR PROFESSIONAL SERVICES RENDERED through July 31, 2010
        RE: TELLURIDE FORECLOSURE

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

|                        | Hours Worked | Billed Per Hour | Bill Amount |
|------------------------|--------------|-----------------|-------------|
| Name                   |              |                 |             |
| D. Flaum               | 0.50         | 335.00          | 167.50      |
| Total                  | 0.50         |                 | 167.50      |

TOTAL FEES:                                        $    167.50

CHARGES:

        LONG DISTANCE TELEPHONE              5.81

TOTAL CHARGES:                                     $      5.81

T O T A L   T H I S   S T A T E M E N T:           $    173.31

LEHMAN BROTHERS HOLDINGS INC.          August 20, 2010          PAGE    2
MATTER NUMBER: 04406.0238
INVOICE NO.: 719304


DESCRIPTION OF SERVICES


06/14/10   D. Flaum          .30   REVIEW VOICE MESSAGE FROM LOCAL COUNSEL
           Task:  4000              REGARDING RELEASE OF GUARANTOR (0.1); CONFER
                                    AND CORRESPOND WITH LOCAL COUNSEL REGARDING
                                    SAME (0.2).

07/26/10   D. Flaum          .20   CORRESPOND WITH K. LEWIS AND L. GEISLER
           Task:  4000              REGARDING RELEASE OF GUARANTOR.

4000   Non-Bankruptcy Litigation
       D. Flaum                          .50    335.00    $167.50

       TOTAL 4000                        .50              $167.50

Billed Recap Of Cost Detail [Invoice= 719304 Date: 08/20/2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|-----------------------|------|----------|------|--------|-------------|------------|
| 06/14/2010 | 0999 | MLA MLA | 105S | 1.00 | 5.81 | 5.81 | LONG DISTANCE TELEPHONE 11:23 1-303-223-1102 | 26522813 |
| 08/20/2010 | | Invoice=719304 | | 1.00 | 5.81 | 5.81 | 78569 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 5.81 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 5.81 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 5.81 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 5.81 | | |