# EXHIBIT E-3

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for August 1, 2010 through August 31, 2010**

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 732713
Matter No.: 30837.0001               Invoice Date: November 18, 2010
==================================================================

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2010
RE: KONTRABECKI NY BANKRUPTCY ACTION

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| M. Kaufman | 5.40 | 650.00 | 3,510.00 |
| S. Chandler | 0.70 | 400.00 | 280.00 |
| Total | 6.10 | | 3,790.00 |

TOTAL FEES:                                        $  3,790.00

CHARGES:

    LITIGATION SUPPORT VENDORS          2,379.30
    LONG DISTANCE TELEPHONE                32.71
    PACER SEARCHES                          3.36

TOTAL CHARGES:                                     $  2,415.37

T O T A L   T H I S   S T A T E M E N T :          $  6,205.37

LEHMAN BROTHERS HOLDINGS INC.                    November 18, 2010          PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 732713


DESCRIPTION OF SERVICES


08/12/10   S. Chandler          .70    REVIEW CORRESPONDENCE FROM A. PEARSON REGARDING
           Task:  4000                 ELECTRONIC DATA IN PREPARATION FOR TRIAL (0.3);
                                       PREPARE MEMORANDUM REGARDING SAME (0.4).

08/25/10   M. Kaufman          1.40    REVIEW EMAIL FROM P. BENVENUTTI RELATING TO
           Task:  4000                 TOLLING AGREEMENT ISSUES (0.4); SUBSEQUENT
                                       DISCUSSION WITH P. BENVENUTTI REGARDING SAME
                                       (0.6); REVISE MEMO REGARDING TOLLING AGREEMENT
                                       ISSUES AND ANALYSIS THEREOF INCLUDING STRATEGY
                                       RELATED THERETO (0.4).

08/26/10   M. Kaufman          .40     REVIEW REVISED MEMO FROM P. BENVENUTTI
           Task:  4000                 REGARDING TOLLING AGREEMENT ISSUES (0.2);
                                       COMMUNICATIONS FROM W. OLSHAN AND R. LEVINE
                                       RESPECTING SAME (0.2).

08/30/10   M. Kaufman          1.40    CONSIDERATION OF STRATEGIES RELATING TO
           Task:  4000                 MEDIATION AND TERMS AND AGREEMENTS FOR
                                       PROCEEDING FORWARD (0.8);   REVIEW OF EMAIL FROM
                                       P. BENVENUTTI REGARDING SAME (0.3);
                                       CONSIDERATION OF STRATEGIES RELATING THERETO
                                       (0.3).

08/31/10   M. Kaufman          2.20    EXTENSIVE PHONE CALL WITH P. BENVENUTTI TO
           Task:  4000                 DISCUSS STRATEGIES FOR APPROACH TO MEDIATION
                                       ISSUES AND HOW BEST TO STRUCTURE MATTERS.

4000   Non-Bankruptcy Litigation
       M. Kaufman                      5.40    650.00   $3,510.00
       S. Chandler                      .70    400.00     $280.00

           TOTAL 4000                  6.10             $3,790.00

Billed Recap Of Cost Detail [Invoice: 732713 Date: 11/18/2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/01/2010 | 4003 | DAVID GORDON | 411S | 1.00 | 3.36 | 3.36 | PACER SEARCHES | 26515240 |
| 11/18/2010 | | Invoice=732713 | | 1.00 | 3.36 | 3.36 | | |
| | | | | | | | | |
| 03/31/2010 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 462.00 | 462.00 | LITIGATION SUPPORT VENDORS - - PAYEE: | 26581370 |
| 11/18/2010 | | Invoice=732713 | | 1.00 | 462.00 | 462.00 | LEXISNEXIS APPLIED DISCOVERY | |
| | | Voucher=1787255 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY  Balance= .00  Amount= | |
| | | | | | | | | |
| 04/30/2010 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 462.00 | 462.00 | LITIGATION SUPPORT VENDORS - - PAYEE: | 26581557 |
| 11/18/2010 | | Invoice=732713 | | 1.00 | 462.00 | 462.00 | LEXISNEXIS APPLIED DISCOVERY | |
| | | Voucher=1787336 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY  Balance= .00  Amount= | |
| | | | | | | | | |
| 05/31/2010 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 485.10 | 485.10 | LITIGATION SUPPORT VENDORS - - PAYEE: | 26581558 |
| 11/18/2010 | | Invoice=732713 | | 1.00 | 485.10 | 485.10 | LEXISNEXIS APPLIED DISCOVERY | |
| | | Voucher=1787337 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY  Balance= .00  Amount= | |
| | | | | | | | | |
| 07/31/2010 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 485.10 | 485.10 | LITIGATION SUPPORT VENDORS - - PAYEE: | 26702954 |
| 11/18/2010 | | Invoice=732713 | | 1.00 | 485.10 | 485.10 | LEXISNEXIS APPLIED DISCOVERY | |
| | | Voucher=1798307 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY  Balance= .00  Amount= | |
| | | | | | | | | |
| 08/30/2010 | 0999 | MLA MLA | 105S | 1.00 | 32.71 | 32.71 | LONG DISTANCE TELEPHONE 16:31 1-415-875-5826 | 26630560 |
| 11/18/2010 | | Invoice=732713 | | 1.00 | 32.71 | 32.71 | 74120 | |
| | | | | | | | | |
| 08/31/2010 | 0034 | MARK S. KAUFMAN | 118Z | 1.00 | 485.10 | 485.10 | LITIGATION SUPPORT VENDORS - - PAYEE: | 26702955 |
| 11/18/2010 | | Invoice=732713 | | 1.00 | 485.10 | 485.10 | LEXISNEXIS APPLIED DISCOVERY | |
| | | Voucher=1798308 Paid | | | | | Vendor=LEXISNEXIS APPLIED DISCOVERY  Balance= .00  Amount= | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 2,415.37 | 7 records | |
| | | BILLED TOTALS:    BILL: | | | | 2,415.37 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 2,415.37 | 7 records | |
| | | GRAND TOTAL:    BILL: | | | | 2,415.37 | | |

## Supplemental Information Sheet
### August 2010

**Expenses for Kontrabecki (30837.0001)**
**Timekeeper: M. Kaufman**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 3/31/10 | $462.00 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |
| 4/30/10 | $462.00 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |
| 5/31/10 | $485.10 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |
| 7/31/10 | $485.10 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |
| 8/31/10 | $485.10 | Litigation Support Vendors - Lexis Nexis Applied Discovery | Monthly Data Hosting Fee | Attached |

# LexisNexis
# Applied Discovery

Page:   1

Number:  0000105032
Date:   3/31/2010
Due Date:  4/30/2010

**REMIT TO:**
Applied Discovery, Inc.
13427 NE 16th Street
Suite 200
Bellevue, WA  98005
(877) 613-3010   Ext: 3526

TIN: 91-1955281

Customer:   MCKEAT

## Invoice

| Ship To | Sold To |
|---------|---------|
| MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265   USA | MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265   USA |

| Matter Name | | | |
|-------------|---|---|---|
| Warsaw v Lehman Bros | | | |

| | Ship Via | F.O.B | Terms |
|---|----------|-------|-------|
| **Matter Number** | | | Net 30 |
| E300.0010 | USPS | | |

| Item | Description | Qty Shipped | Price | Amount |
|------|-------------|-------------|-------|--------|
| | | 14.00 | 33.000 | 462.00 |
| Data Hosting Fees | | | | |
| Monthly Data Hosting Fee | | | | |
| | LAST ITEM | | | |

RECEIVED
AUG 04 2010
PW

OK
MSK

30837 0001

1787255

**AR Contact:**  Accounts Receivable
**Email:**   billing@applieddiscovery.com
**Phone:**   (877) 613-3010    Ext: 3526

*Applied Discovery now offers clients the ability to pay by credit card. Please use the AR contact information above to initiate.

| | |
|---|---|
| Subtotal | 462.00 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance (USD)** | **462.00** |

# LexisNexis™
## Applied Discovery®

REMIT TO:

Applied Discovery, Inc.
13427 NE 16th Street
Suite 200
Bellevue, WA 98005
(877) 613-3010    Ext: 3526

TIN: 91-1955281

| Page: | 1 |
|---|---|
| Number: | 0000106416 |
| Date: | 4/30/2010 |
| Due Date: | 5/30/2010 |
| Customer: | MCKEAT |

## Invoice

| Ship To | Sold To |
|---|---|
| MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265  USA | MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265  USA |

| Matter Name | | | |
|---|---|---|---|
| Warsaw v. Lehman Bros. | | | |

| Matter Number | Ship Via | F.O.B | Terms |
|---|---|---|---|
| E300.0010 | USPS | | Net 30 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| Data Hosting Fees | | 14.00 | 33.000 | 462.00 |
| Monthly Data Hosting Fee | | | | |

LAST ITEM

RECEIVED
AUG 0 4 2010

AR Contact:  Accounts Receivable
Email:  billing@applieddiscovery.com
Phone:  (877) 613-3010    Ext: 3526

*Applied Discovery now offers clients the ability to pay by credit card. Please use the AR
contact information above to initiate.

| | |
|---|---|
| Subtotal | 462.00 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance (USD)** | 462.00 |

LexisNexis™
**Applied Discovery**

Page: 1

Number: 0000107682
Date: 5/31/2010
Due Date: 6/30/2010

REMIT TO:

Applied Discovery, Inc.
13427 NE 16th Street
Suite 200
Bellevue, WA 98005
(877) 613-3010    Ext. 3526

Customer: MCKEAT

TIN: 91-1955281

**Invoice**

| Ship To | Sold To |
|---|---|
| MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265  USA | MCKENNA LONG & ALDRIDGE<br>BRANDY RICHARDSON<br>303 PEACHTREE ST NE STE 5300<br>ATLANTA, GA 30308-3265  USA |

| Matter Name | | | |
|---|---|---|---|
| Warsaw v. Lehman Bros. | | | |

| Matter Number | Ship Via | F.O.B | Terms |
|---|---|---|---|
| E300.0010 | USPS | | Net 30 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| Data Hosting Fees | | 14.00 | 34.650 | 485.10 |
| Monthly Data Hosting Fee | | | | |

LAST ITEM

RECEIVED
AUG 0 4 2010
PW

1787337

CK
WSK

AR Contact:    Accounts Receivable
Email:    billing@applieddiscovery.com
Phone:    (877) 613-3010    Ext. 3526

*Applied Discovery now offers clients the ability to pay by credit card. Please use the AR
contact information above to initiate.

| | |
|---|---|
| Subtotal | 485.10 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| **Balance (USD)** | 485.10 |



## LexisNexis·
# Applied Discovery·

**STATEMENT**

**Applied Discovery, Inc.**
13427 NE 16th Street
Bellevue, WA 98005
Phone: (877) 613-3010 Ext. 3526



IF PAYING BY CREDIT CARD, FILL OUT BELOW.

| | STATEMENT DATE | |
|---|---|---|
| | 9/22/2010 | |

SHOW AMOUNT PAID HERE $

BILL TO:
MCKENNA LONG & ALDRIDGE
BRANDY RICHARDSON
303 PEACHTREE ST NE STE 5300
ATLANTA, GA USA 30308-3265

If paying by credit card please retain this form for your
records and fax to (425) 467-3012

| INVOICE DATE | DUE DATE | INVOICE # | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 7/31/2010 | 8/30/2010 | 113180 | E300.0010 - Warsaw v. Lehman Bros. | 485.10 | 485.10 |
| 8/31/2010 | 9/30/2010 | 114443 | E300.0010 - Warsaw v. Lehman Bros. | 485.10 | 485.10 |

*Approve [signature]*
*Mark Kaufman*

*Total Due 1455.30*

*30837.0001*

*v. 1798307*
*v. 1798308*

| | CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | 91-120 DAYS PAST DUE | OVER 120 DAYS PAST DUE | AMOUNT DUE (USD) |
|---|---|---|---|---|---|---|---|
| | $ 485.10 | $ 485.10 | $ . | $ . | $ . | $ . | $ 970.20 |

**Wire Details**
Bank: Foundation Bank; 1110 112th Ave NE #100, Bellevue WA 98004
ABA #: 125-108-625
Account #: 101000859

Contact:    Accounts Receivable
Email:      billing@applieddiscovery.com
Phone:      (877) 613-3010 Ext. 3526
Fax:        (425) 467-3012

Make all checks payable to Applied Discovery, Inc.
**THANK YOU FOR YOUR BUSINESS!**

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

New York

Philadelphia

San Diego

San Francisco

Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                    Invoice No. 732615
Matter No.: 30837.0002               Invoice Date: November 17, 2010
==================================================================

    FOR PROFESSIONAL SERVICES RENDERED through August 31, 2010
    RE: BANKRUPTCY EMPLOYMENT MATTERS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| C.F. Graham | 6.50 | 760.00 | 4,940.00 |
| P. McGeehan | 0.20 | 550.00 | 110.00 |
| G. Walling | 3.10 | 430.00 | 1,333.00 |
| S. Chandler | 0.60 | 400.00 | 240.00 |
| A. Elko | 45.70 | 335.00 | 15,309.50 |
| Total | 56.10 | | 21,932.50 |

TOTAL FEES:                                      $ 21,932.50

CHARGES:

    COPY CHARGES                      408.20
    DELIVERY SERVICE/MESSENGER        333.64
    LONG DISTANCE TELEPHONE            51.00
    OTHER                          NO CHARGE
    PACER SEARCHES                     10.64

TOTAL CHARGES:                          $    803.48

T O T A L   T H I S   S T A T E M E N T :    $ 22,735.98

LEHMAN BROTHERS HOLDINGS INC.                November 17, 2010            PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 732615


DESCRIPTION OF SERVICES


08/03/10   A. Elko            1.70    CORRESPOND WITH G. MARSH AND C. GRAHAM
           Task:  4600                REGARDING STATUS HEARING (0.2); REVIEW AND
                                      DRAFT SUMMARY AND ANALYSIS OF FOURTH INTERIM
                                      FEE APPLICATION AND FEE COMMITTEE REPORT IN
                                      PREPARATION FOR HEARING (1.0); CONFER AND
                                      CORRESPOND WITH C. GRAHAM WITH RESPECT THERETO
                                      (0.5).

08/03/10   C.F. Graham         .50    CONFER WITH A. ELKO REGARDING POINTS TO BE
           Task:  4600                RAISED AT STATUS HEARING WITH THE FEE
                                      COMMITTEE.

08/04/10   C.F. Graham        3.70    PREPARE FOR HEARING ON CASE STATUS AND CHAMBERS
           Task:  4600                CONFERENCE WITH FEE COMMITTEE (1.2): ATTEND
                                      STATUS CONFERENCE AND CHAMBERS CONFERENCE
                                      BEFORE JUDGE PECK( 2.5).

08/04/10   A. Elko            3.50    PREPARE FOR HEARING REGARDING FOURTH INTERIM
           Task:  4600                FEE APPLICATIONS AND FEE COMMITTEE REPORT
                                      (0.7); PARTICIPATE VIA TELEPHONE IN HEARING
                                      (2.5); CORRESPOND WITH G. MARSH AND C. GRAHAM
                                      REGARDING HEARING (0.2).

08/08/10   A. Elko            4.20    REVIEW AND REVISE MONTHLY STATEMENTS, INCLUDING
           Task:  4600                SUMMARIES OF FEES AND EXPENSES (2.5); REVIEW
                                      SUPPORTING DOCUMENTATION FOR EXPENSES AND
                                      REVISE SUPPLEMENTAL INFORMATION SHEETS WITH
                                      RESPECT THERETO (0.8); REVIEW AND REVISE COVER
                                      LETTER TO NOTICE PARTIES REGARDING MONTHLY
                                      STATEMENTS (0.5); REVIEW, COMPARE AND ANALYZE
                                      DISCREPANCIES WITH RESPECT TO CONVERTED
                                      INVOICES IN EXCEL FORMAT AND MONTHLY STATEMENTS
                                      (0.3); CORRESPOND WITH G. MARSH WITH RESPECT TO
                                      MONTHLY STATEMENTS (0.1); CORRESPOND WITH K.
                                      ROHLING WITH RESPECT TO SERVICE OF MONTHLY
                                      STATEMENTS (0.1).

LEHMAN BROTHERS HOLDINGS INC.                    November 17, 2010          PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 732615

| | | | |
|---|---|---|---|
| 08/09/10 | A. Elko<br>Task:  4600 | .40 | REVIEW MONTHLY STATEMENTS FOR FEBRUARY, MARCH, APRIL AND MAY (0.1); CORRESPOND WITH G. MARSH AND K. ROHLING WITH RESPECT THERETO (0.2); CORRESPOND WITH FEE COMMITTEE WITH RESPECT THERETO (0.1). |
| 08/10/10 | A. Elko<br>Task:  4600 | 6.80 | DRAFT FIFTH INTERIM FEE APPLICATION (5.7); CORRESPOND WITH TEAM WITH RESPECT TO STATUS OF MATTERS (0.2); FORWARD MONTHLY STATEMENTS TO TEAM (0.1); CORRESPOND WITH P. MCGEEHAN AND C. CHIN REGARDING PRO FORMA THAT HAD NOT BEEN PREVIOUSLY SUBMITTED (0.2); WORK ON JUNE AND JULY MONTHLY STATEMENTS (0.6). |
| 08/11/10 | A. Elko<br>Task:  4600 | 6.60 | DRAFT REVISED SUMMARIES OF MATTERS FOR FIFTH INTERIM FEE APPLICATIONS (0.8); CORRESPOND WITH TEAM WITH RESPECT THERETO (0.5); CORRESPOND WITH L. STIPANCIC REGARDING INFORMATION NEEDED FOR NUMBER OF HOURS AND FEES FOR EACH TIMEKEEPER (0.2); REVIEW AND REVISE FIFTH INTERIM FEE APPLICATION (4.8); CORRESPOND WITH TEAM WITH RESPECT TO DRAFT (0.1); REVIEW AND REVISE JUNE AND JULY PRO FORMAS (1.0); CORRESPOND WITH C. CHIN WITH RESPECT THERETO (0.1). |
| 08/11/10 | S. Chandler<br>Task:  4600 | .30 | CONFER WITH A.ELKO REGARDING PREPARATION OF FEE APPLICATION AND REGARDING STATUS OF REVIEW AND PREPARATION OF INVOICES FOR KONTRABECKI MATTER. |
| 08/11/10 | G. Walling<br>Task:  4600 | .50 | WORK WITH A. ELKO REGARDING REVIEW OF FIFTH INTERIM FEE APPLICATION INVOICE (0.2); REVIEW FEE APPLICATION (0.3). |
| 08/12/10 | G. Walling<br>Task:  4600 | 1.70 | WORK WITH A. ELKO REGARDING MCKENNA FIFTH INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES (0.2); REVIEW FIFTH APPLICATION (0.7); REVIEW COMMUNICATIONS AND OTHER DOCUMENTS RELATED TO ACTIVITY DURING 2/1/210 - 5/31/10 ON RIVERBEND/WALKER SQUARE AND NORTH BEACH LOANS (0.2); PREPARE SUMMARIES OF MCKENNA ACTIVITIES (0.5); WORK WITH A. ELKO ON SAME AND REGARDING OTHER CHANGES TO FIFTH APPLICATION (0.1). |

LEHMAN BROTHERS HOLDINGS INC.              November 17, 2010        PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 732615


| Date | Name | Hours | Description |
|---|---|---|---|
| 08/12/10 | S. Chandler<br>Task: 4600 | .20 | READ CORRESPONDENCE REGARDING FEE APPLICATION. |
| 08/12/10 | A. Elko<br>Task: 4600 | 7.20 | CORRESPOND WITH G. WALLING REGARDING EDITS TO FIFTH INTERIM FEE APPLICATION (0.3); REVIEW AND REVISE FIFTH INTERIM FEE APPLICATION (3.5); WORK ON SUMMARIES FOR FEE APPLICATION (1.0); CORRESPOND WITH L. STIPANCIC REGARDING INFORMATION NEEDED FOR FEE APPLICATION (0.2); REVIEW AND REVISE SAID INFORMATION (0.4); CORRESPOND WITH C. ADAMS REGARDING INFORMATION NEEDED FOR FEE APPLICATION (0.1); WORK ON JUNE AND JULY MONTHLY STATEMENTS (0.8); CORRESPOND WITH P. MCGEEHAN, J. SILVERMAN AND E. STEPHENSON REGARDING JUNE AND JULY PRO FORMAS (0.3); CORRESPOND WITH C. CHIN REGARDING INFORMATION NEEDED FOR JUNE AND JULY MONTHLY STATEMENTS (0.2); CONFER WITH C. CHIN REGARDING REVISIONS TO PRO FORMAS AND INVOICES FOR JUNE AND JULY MONTHLY STATEMENTS (0.3); CORRESPOND WITH S. CHANDLER AND M. KAUFMAN REGARDING JUNE AND JULY PRO FORMAS (0.1). |
| 08/13/10 | A. Elko<br>Task: 4600 | 5.20 | REVIEW AND REVISE FIFTH INTERIM FEE APPLICATION (3.0); PREPARE EXHIBITS FOR APPLICATION (1.5); REVIEW CORRESPONDENCE REGARDING RETAINED PROFESSIONALS CONFERENCE CALL (0.1); CORRESPOND WITH G. MARSH AND C. GRAHAM WITH RESPECT THERETO (0.1); CORRESPOND WITH G. MARSH, M. KAUFMAN, P. MCGEEHAN, C. WEISS, D. GEIGER, A. KAUFMAN AND G. WALLING, REGARDING REVISIONS TO APPLICATION (0.5). |
| 08/13/10 | S. Chandler<br>Task: 4600 | .10 | READ CORRESPONDENCE REGARDING FIFTH INTERIM FEE APPLICATION. |
| 08/13/10 | P. McGeehan<br>Task: 4600 | .20 | EMAILS REGARDING BUDGET MATTERS FOR OPEN LEHMAN MATTERS. |
| 08/13/10 | G. Walling<br>Task: 4600 | .90 | WORK WITH P. MCGEEHAN AND A. ELKO REGARDING REVIEW OF FEE APPLICATION (0.3); MADE RELATED REVIEW OF FILES COVERED BY APPLICATION FOR APPROVAL OF FEES (0.2); REVIEW REVISED FIFTH FEE APPLICATION (0.4). |

LEHMAN BROTHERS HOLDINGS INC.                 November 17, 2010        PAGE    5
MATTER NUMBER: 30837.0002
INVOICE NO.: 732615


08/15/10  A. Elko                    .50   REVIEW AND REVISE LEHMAN FEE APPLICATION
          Task:  4600                      (0.4); CORRESPOND WITH K. ROHLING REGARDING
                                           FILING AND SERVICE OF APPLICATION (0.1).

08/16/10  A. Elko                   1.50   REVIEW AND REVISE FEE APPLICATION (0.8);
          Task:  4600                      ASSIST WITH FILING AND SERVICE OF FEE
                                           APPLICATION (0.2); CORRESPOND WITH TEAM
                                           REGARDING FILING OF APPLICATION (0.1);
                                           CORRESPOND WITH C. ARTHUR REGARDING SERVICE
                                           OF APPLICATION (0.1); REVIEW SERVICE COPY OF
                                           APPLICATION (0.1); CORRESPOND WITH G. MARSH
                                           AND C. GRAHAM REGARDING PARTICIPATING IN
                                           TELEPHONIC CONFERENCE WITH RETAINED
                                           PROFESSIONALS (0.2).

08/16/10  C.F. Graham              1.50   PARTICIPATE IN LEHMAN PROFESSIONALS CONFERENCE
          Task:  4600                      CALL (0.5);  CORRESOND WITH G. MARSH WITH
                                           RESPECT THERETO (0.3):  DRAFT STATEMENT IN
                                           OPPOSITION TO FEE COMMITTEE'S REPORT (0.7).

08/17/10  A. Elko                    .10   CORRESPOND WITH C. GRAHAM WITH RESPECT TO
          Task:  4600                      RETAINED PROFESSIONALS' FEE COMMITTEE
                                           CONFERENCE CALL AND MOTION FOR ADVISORY
                                           OPINION.

08/18/10  A. Elko                   1.20   WORK ON STATEMENT OBJECTING TO FEE
          Task:  4600                      COMMITTEE'S BILLING GUIDELINES FOR RETAINED
                                           PROFESSIONALS' MOTION FOR ADVISORY OPINION
                                           WITH RESPECT THERETO.

08/19/10  A. Elko                   4.70   CONTINUED TO DRAFT STATEMENT IN OPPOSITION TO
          Task:  4600                      THE FEE COMMITTEE'S BILLING GUIDELINES TO BE
                                           INCLUDED IN MOTION FOR ADVISORY OPINION WITH
                                           RESPECT TO SAID GUIDELINES (2.0); CORRESPOND
                                           WITH C. GRAHAM WITH RESPECT THERETO (0.2);
                                           REVIEW AND REVISE STATEMENT (0.1); CORRESPOND
                                           WITH COUNSEL FOR DEBTORS AND COMMITTEE WITH
                                           RESPECT TO STATEMENT (0.1); WORK ON JUNE AND
                                           JULY INVOICES AND MONTHLY STATEMENTS (2.3).

08/19/10  C.F. Graham               .80   REVIEW STATEMENT IN OPPOSITION TO FEE
          Task:  4600                      COMMITTEE'S BILLING GUIDELINES (0.4);  E-MAILS
                                           WITH A. ELKO AND G. MARSH REGARDING SAME AND
                                           COMMENTS (0.3);   READ E-MAIL FROM MILBANK
                                           REGARDING SAME(0.1).

LEHMAN BROTHERS HOLDINGS INC.          November 17, 2010          PAGE    6
MATTER NUMBER: 30837.0002
INVOICE NO.: 732615


| 08/20/10 | A. Elko<br>Task:   4600 | 1.00 | WORK ON JUNE AND JULY MONTHLY STATEMENTS (0.8); CORRESPOND WITH TEAM WITH RESPECT THERETO (0.1); MONITOR FILINGS FOR FEE COMMITTEE REPORT (0.1). |
|---|---|---|---|
| 08/24/10 | A. Elko<br>Task:   4600 | .50 | REVIEW PROPOSED ORDER REGARDING FOURTH INTERIM FEE APPLICATION (0.2); CORRESPOND WITH G. MARSH WITH RESPECT THERETO (0.1); CORRESPOND WITH C. ARTHUR WITH RESPECT THERETO (0.1); CORRESPOND WITH G. FAIL, DEBTORS COUNSEL, WITH RESPECT THERETO (0.1). |
| 08/25/10 | A. Elko<br>Task:   4600 | .60 | REVIEW REVISED PROPOSED ORDER REGARDING FOURTH INTERIM FEE APPLICATION (0.2); CONFER AND CORRESPOND WITH G. MARSH WITH RESPECT THERETO (0.2); CORRESPOND WITH G. FAIL, DEBTORS COUNSEL, WITH RESPECT THERETO (0.2). |

4600  Firm's Own Billing/Fee Applications

| | | | |
|---|---|---|---|
| A. Elko | 45.70 | 335.00 | $15,309.50 |
| C.F. Graham | 6.50 | 760.00 | $4,940.00 |
| G. Walling | 3.10 | 430.00 | $1,333.00 |
| P. McGeehan | .20 | 550.00 | $110.00 |
| S. Chandler | .60 | 400.00 | $240.00 |
| TOTAL 4600 | 56.10 | | $21,932.50 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 08/01/2010 | 4981 | ALISON ELKO | 411S | 3.00 | 2.21 | 6.64 | PACER SEARCHES | 26605608 |
| 11/17/2010 | | Invoice=732615 | | 3.00 | 2.21 | 6.64 | | |
| 08/01/2010 | 4981 | ALISON ELKO | 411S | 2.00 | 2.00 | 4.00 | PACER SEARCHES | 26621429 |
| 11/17/2010 | | Invoice=732615 | | 2.00 | 2.00 | 4.00 | | |
| 08/08/2010 | 4981 | ALISON ELKO | 101S | 424.00 | 0.15 | 63.60 | COPY CHARGES | 26588778 |
| 11/17/2010 | | Invoice=732615 | | 424.00 | 0.10 | 42.40 | | |
| 08/09/2010 | 0196 | GARY MARSH | 101S | 40.00 | 0.15 | 6.00 | COPY CHARGES | 26587855 |
| 11/17/2010 | | Invoice=732615 | | 40.00 | 0.10 | 4.00 | | |
| 08/09/2010 | 0999 | MLA MLA | 107S | 1.00 | 30.84 | 30.84 | DELIVERY SERVICE/MESSENGER | 26618500 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | 30.84 | 30.84 | RCVD:FEINBERG ROZEN, LLP/KENNETH R. FEINBRG, | |
| 08/09/2010 | 0999 | MLA MLA | 107S | 1.00 | 33.58 | 33.58 | DELIVERY SERVICE/MESSENGER | 26618501 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | 33.58 | 33.58 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 08/09/2010 | 0999 | MLA MLA | 107S | 1.00 | 33.58 | 33.58 | DELIVERY SERVICE/MESSENGER | 26618502 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | 33.58 | 33.58 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| 08/09/2010 | 0999 | MLA MLA | 107S | 1.00 | 33.58 | 33.58 | DELIVERY SERVICE/MESSENGER | 26618503 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | 33.58 | 33.58 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| 08/09/2010 | 0999 | MLA MLA | 107S | 1.00 | 33.58 | 33.58 | DELIVERY SERVICE/MESSENGER | 26618504 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | 33.58 | 33.58 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| 08/10/2010 | 4981 | ALISON ELKO | 101S | 849.00 | 0.15 | 127.35 | COPY CHARGES | 26589447 |
| 11/17/2010 | | Invoice=732615 | | 849.00 | 0.10 | 84.90 | | |
| 08/12/2010 | 4981 | ALISON ELKO | 101S | 176.00 | 0.15 | 26.40 | COPY CHARGES | 26593712 |
| 11/17/2010 | | Invoice=732615 | | 176.00 | 0.10 | 17.60 | | |
| 08/12/2010 | 4981 | ALISON ELKO | 124Z | 1.00 | 51.00 | 51.00 | OTHER | 26726204 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | 51.00 | 51.00 | COURTCALL EXPENSE FOR PARTICIPATION IN TELEPHONI | |
| | | Voucher=1801124 Paid | | | | | Vendor=ALISON ELKO Balance= .00 Amount= 51.00 | |
| 08/12/2010 | 4981 | ALISON ELKO | 124Z | 1.00 | 51.00 | 51.00 | OTHER | 26726205 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | 51.00 | 51.00 | COURTCALL EXPENSE FOR PARTICIPATION IN TELEPHONI | |
| | | Voucher=1801124 Paid | | | | | Vendor=ALISON ELKO Balance= .00 Amount= 51.00 | |
| 08/12/2010 | 4981 | ALISON ELKO | 124Z | 1.00 | -51.00 | -51.00 | FILING / COURT FEES - - PAYEE: ALISON ELKO | 26727810 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | -51.00 | -51.00 | CORRECTION - DUPLICATED IN EXPENSE SYSTEM | |
| | | Voucher=1801124 Paid | | | | | Vendor=ALISON ELKO Balance= .00 Amount= 51.00 | |
| 08/12/2010 | 4981 | ALISON ELKO | 124Z | 1.00 | -51.00 | -51.00 | OTHER - - PAYEE: ALISON ELKO CORRECTION - S/B | 26727811 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | -51.00 | -51.00 | 105Z | |
| | | Voucher=1801124 Paid | | | | | Vendor=ALISON ELKO Balance= .00 Amount= 51.00 | |
| 08/12/2010 | 4981 | ALISON ELKO | 105Z | 1.00 | 51.00 | 51.00 | LONG DISTANCE TELEPHONE - - PAYEE: ALISON ELKO | 26727812 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | 51.00 | 51.00 | | |
| | | Voucher=1801124 Paid | | | | | Vendor=ALISON ELKO Balance= .00 Amount= 51.00 | |
| 08/16/2010 | 4981 | ALISON ELKO | 101S | 2568.00 | 0.15 | 385.20 | COPY CHARGES | 26597271 |
| 11/17/2010 | | Invoice=732615 | | 2568.00 | 0.10 | 256.80 | | |
| 08/16/2010 | 0999 | MLA MLA | 107S | 1.00 | 39.99 | 39.99 | DELIVERY SERVICE/MESSENGER | 26618505 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | 39.99 | 39.99 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| 08/16/2010 | 0999 | MLA MLA | 107S | 1.00 | 27.86 | 27.86 | DELIVERY SERVICE/MESSENGER | 26618506 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | 27.86 | 27.86 | RCVD:FEINBERG ROZEN, LLP/KENNETH R. FEINBERG, | |
| 08/16/2010 | 0999 | MLA MLA | 107S | 1.00 | 30.32 | 30.32 | DELIVERY SERVICE/MESSENGER | 26618507 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | 30.32 | 30.32 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 08/16/2010 | 0999 | MLA MLA | 107S | 1.00 | 30.32 | 30.32 | DELIVERY SERVICE/MESSENGER | 26618508 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | 30.32 | 30.32 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| 08/16/2010 | 0999 | MLA MLA | 107S | 1.00 | 39.99 | 39.99 | DELIVERY SERVICE/MESSENGER | 26618509 |
| 11/17/2010 | | Invoice=732615 | | 1.00 | 39.99 | 39.99 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| 08/19/2010 | 4981 | ALISON ELKO | 101S | 16.00 | 0.15 | 2.40 | COPY CHARGES | 26603952 |
| 11/17/2010 | | Invoice=732615 | | 16.00 | 0.10 | 1.60 | | |
| 08/31/2010 | 0196 | GARY MARSH | 101S | 9.00 | 0.15 | 1.35 | COPY CHARGES | 26622312 |
| 11/17/2010 | | Invoice=732615 | | 9.00 | 0.10 | 0.90 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
|  |  |  |  |  |  |  |  |  |
|  |  | BILLED TOTALS:    WORK: |  |  |  | 1,007.58 | 24 records |  |
|  |  | BILLED TOTALS:    BILL: |  |  |  | 803.48 |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  | GRAND TOTAL:    WORK: |  |  |  | 1,007.58 | 24 records |  |
|  |  | GRAND TOTAL:    BILL: |  |  |  | 803.48 |  |  |

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com
*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837
Matter No.: 30837.0003

Invoice No. 732715
Invoice Date: November 18, 2010

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2010
RE: AZ 72, LLC

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------:|----------------:|------------:|
| C.F. Graham | 5.00 | 760.00 | 3,800.00 |
| A.F. Kaufman | 13.00 | 450.00 | 5,850.00 |
| J. Kuhn | 46.90 | 400.00 | 18,760.00 |
| R. Tingey | 21.00 | 390.00 | 8,190.00 |
| M.B. Hoffman | 39.00 | 350.00 | 13,650.00 |
| I. Byrnside | 18.20 | 285.00 | 5,187.00 |
| C. Wagner | 7.20 | 255.00 | 1,836.00 |
| V.T. Lam | 5.10 | 240.00 | 1,224.00 |
| R.M. Gee | 0.30 | 225.00 | 67.50 |
| Total | 155.70 | | 58,564.50 |

TOTAL FEES:                                          $ 58,564.50

LEHMAN BROTHERS HOLDINGS INC.          November 18, 2010          PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 732715


CHARGES:

     COPY CHARGES                         91.00
     LITIGATION SUPPORT VENDORS        5,979.49
     OUT OF TOWN TRAVEL                    4.50
     PACER SEARCHES                        6.16
     WESTLAW RESEARCH                  4,508.78

TOTAL CHARGES:                                        $ 10,589.93

T O T A L   T H I S   S T A T E M E N T :             $ 69,154.43

LEHMAN BROTHERS HOLDINGS INC.               November 18, 2010          PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 732715


DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 08/01/10 | M.B. Hoffman<br>Task:  4000 | 6.10 | CONTINUED REVIEW AND ANALYSIS OF TRIMONT/LEHMAN DOCUMENT PRODUCTION FOR PREPARING DEFENSIVE DEPOSITION OUTLINE AND IDENTIFYING DOCUMENTS FOR SAME. |
| 08/02/10 | J. Kuhn<br>Task:  4000 | 6.50 | CONTINUE TO REVIEW AND ANALYZE THE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG. |
| 08/02/10 | A.F. Kaufman<br>Task:  4000 | 1.90 | BEGIN DRAFTING SUMMARY JUDGMENT MOTION (1.7); CONFER WITH M. HOFFMAN REGARDING ANALYSIS OF PLAINTIFF'S CONFIDENTIAL DOCUMENTS FOR POSSIBLE PRODUCTION (0.2). |
| 08/02/10 | M.B. Hoffman<br>Task:  4000 | 4.30 | CONTINUED REVIEW AND ANALYSIS OF TRIMONT/LEHMAN DOCUMENT PRODUCTION FOR PREPARING DEFENSIVE DEPOSITION OUTLINE AND IDENTIFYING DOCUMENTS FOR SAME. |
| 08/03/10 | M.B. Hoffman<br>Task:  4000 | 6.60 | CONTINUED REVIEW AND ANALYSIS OF TRIMONT/LEHMAN DOCUMENT PRODUCTION  FOR PREPARING DEFENSIVE DEPOSITION OUTLINE AND IDENTIFYING DOCUMENTS FOR SAME. |
| 08/03/10 | A.F. Kaufman<br>Task:  4000 | 1.20 | CONTINUED DRAFTING OF SUMMARY JUDGMENT MOTION. |
| 08/03/10 | J. Kuhn<br>Task:  4000 | 3.00 | CONTINUE TO REVIEW AND ANALYZE THE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG. |
| 08/04/10 | J. Kuhn<br>Task:  4000 | 1.50 | CONTINUE TO REVIEW AND ANALYZE THE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG. |

LEHMAN BROTHERS HOLDINGS INC.              November 18, 2010         PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 732715


| 08/04/10 | M.B. Hoffman<br>Task: 4000 | 2.70 | CONTINUED REVIEW AND ANALYSIS OF TRIMONT/LEHMAN DOCUMENT PRODUCTION FOR PREPARING DEFENSIVE DEPOSITION OUTLINE AND IDENTIFYING DOCUMENTS FOR SAME. |
| --- | --- | --- | --- |
| 08/04/10 | C. Wagner<br>Task: 4000 | 7.20 | CONFER WITH M. HOFFMAN REGARDING DEFENSIVE DEPOSITION PREPARATION (0.3); REVIEW AND PREPARE DOCUMENTS FOR USE IN DEPOSITION (6.9). |
| 08/05/10 | C.F. Graham<br>Task: 4000 | .40 | EMAILS WITH A. KAUFMAN REGARDING ISSUES RELATED TO DEFENSIVE DEPOSITIONS (0.2); READ E. SHERMAN EMAILS REGARDING DISCOVERY DISPUTES (0.2). |
| 08/05/10 | M.B. Hoffman<br>Task: 4000 | 5.60 | DRAFT DEFENSIVE DEPOSITION OUTLINE AND IDENTIFIED DOCUMENTS FOR SAME (5.4); CONFER WITH A. KAUFMAN REGARDING DEFENSIVE DEPOSITION OUTLINE AND EXPECTATIONS FOR SAME (0.2). |
| 08/05/10 | A.F. Kaufman<br>Task: 4000 | .20 | CONFER WITH M. HOFFMAN REGARDING DEPOSITION PREPARATIONS. |
| 08/06/10 | M.B. Hoffman<br>Task: 4000 | .80 | FINALIZE DEFENSIVE DEPOSITION OUTLINE, INCLUDING DOCUMENTS FOR SAME. |
| 08/10/10 | V.T. Lam<br>Task: 4000 | 3.70 | CONFER WITH M. HOFFMAN REGARDING POTENTIALLY CONFIDENTIAL DOCUMENTS (0.3); SEARCH, REVIEW AND COMPILE POTENTIALLY CONFIDENTIAL DOCUMENTS IN SUMMATION DATABASE (3.1); CONFER WITH M. HOFFMAN REGARDING RESULTS OF SEARCH FOR POTENTIALLY CONFIDENTIAL DOCUMENTS (0.3). |
| 08/10/10 | C.F. Graham<br>Task: 4000 | .70 | CONFER WITH A. KAUFMAN REGARDING ISSUES RELATED TO DEPOSITIONS (0.2); REVIEW AND ANALYZE DOCUMENTS IN CONNECTION THEREWITH (0.5). |
| 08/10/10 | A.F. Kaufman<br>Task: 4000 | .20 | DRAFT, REVISE, TRANSMIT AND REVIEW EMAILS WITH OPPOSING COUNSEL REGARDING DISCOVERY. |
| 08/10/10 | M.B. Hoffman<br>Task: 4000 | 2.60 | REVIEW AND ANALYZE DOCUMENTS PREVIOUSLY PRODUCED OR PORTIONS OF DOCUMENTS PREVIOUSLY PRODUCED TO DETERMINE WHETHER TRIMONT/LEHMAN DOCUMENTS FLAGGED AS CONFIDENTIAL SHOULD BE PRODUCED, WITHHELD, OR PRODUCED WITH CONFIDENTIAL FOOTER. |

LEHMAN BROTHERS HOLDINGS INC.                    November 18, 2010          PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 732715


08/11/10   A.F. Kaufman          2.10   EXCHANGE EMAILS WITH M. HOFFMAN REGARDING
           Task:  4000                  PLAINTIFF'S CONFIDENTIAL DOCUMENTS FOR POSSIBLE
                                        PRODUCTION (0.5); DRAFT AND SEND EMAIL TO
                                        CLIENTS REQUESTING INFORMATION ON SAME AND
                                        PROVIDING ANALYSIS OF CASE (0.2); TELEPHONE
                                        CALL WITH C. GRAHAM AND OPPOSING COUNSEL
                                        REGARDING STATUS OF DISCOVERY (0.5); RESEARCH
                                        AND ANALYZE CONFIDENTIALITY ORDER (0.7); REVIEW
                                        FILINGS (0.2).

08/11/10   V.T. Lam               .30   CONFER WITH M. HOFFMAN REGARDING RESULTS OF
           Task:  4000                  SEARCH IN SUMMATION FOR POTENTIALLY
                                        CONFIDENTIAL DOCUMENTS (0.2); REVIEW AND SEARCH
                                        KEY TERMS IN VALUATION MEMORANDUM PER M.
                                        HOFFMAN (0.1).

08/11/10   C.F. Graham           1.40   CONFERENCE CALL WITH DEFENSE COUNSEL REGARDING
           Task:  4000                  DISCOVERY (0.4); CONFER WITH A. KAUFMAN
                                        REGARDING ISSUES RELATED TO DEPOSITIONS (0.2);
                                        REVIEW E. SHERMAN LETTER REGARDING CONFIDENTIAL
                                        DOCUMENTS (0.3); CONFER WITH A. KAUFMAN WITH
                                        RESPECT THERETO (0.2); REVIEW AND ANALYZE
                                        DOCUMENTS TO BE PRODUCED (0.3).

08/11/10   M.B. Hoffman          2.00   REVIEW AND ANALYZE CERTAIN DOCUMENTS TAGGED AS
           Task:  4000                  CONFIDENTIAL FOR WHICH THERE EXISTS PREVIOUSLY
                                        PRODUCED COMMUNICATIONS WITH OR ABOUT THESE
                                        SAME ENTITIES IN A PRIOR PRODUCTION TO
                                        DETERMINE WHETHER PRIVILEGE AND/OR
                                        CONFIDENTIALITY WAIVED (0.5); DRAFT SUMMARY OF
                                        ANALYSIS REGARDING CERTAIN DOCUMENTS TAGGED AS
                                        CONFIDENTIAL FOR WHICH THERE EXISTS PREVIOUSLY
                                        PRODUCED COMMUNICATIONS WITH OR ABOUT THESE
                                        SAME ENTITIES IN A PRIOR PRODUCTION TO
                                        DETERMINE WHETHER PRIVILEGE AND/OR
                                        CONFIDENTIALITY WAIVED AND IDENTIFIED ACTION
                                        ITEMS RELATED TO THE RESEARCH FOR THESE
                                        DOCUMENTS (1.2); PREPARE CORRESPONDENCE TO A.
                                        KAUFMAN REGARDING QUESTIONS TO BE DIRECTED TO
                                        TRIMONT REGARDING PRIVILEGE ISSUES RELATED TO
                                        CERTAIN DOCUMENTS INITIALLY TAGGED AS
                                        CONFIDENTIAL (0.3).

LEHMAN BROTHERS HOLDINGS INC.                    November 18, 2010          PAGE    6
MATTER NUMBER: 30837.0003
INVOICE NO.: 732715


08/12/10   V.T. Lam              .80    COMPILE AND REVIEW DOCUMENTS IN SUMMATION
           Task:  4000                  PREVIOUSLY REVIEWED FOR POTENTIAL
                                        PRIVILEGE/CONFIDENTIALITY TO INCLUDE ATTACHMENT
                                        FAMILIES (0.5); REVIEW PRODUCED POTENTIALLY
                                        CONFIDENTIAL DOCUMENTS (0.2); PROVIDE M.
                                        HOFFMAN WITH POTENTIALLY CONFIDENTIAL DOCUMENTS
                                        WHERE PARTIAL DOCUMENT FAMILY WAS PRODUCED
                                        (0.1).

08/12/10   J. Kuhn              1.00    CONTINUE TO REVIEW AND ANALYZE THE CONTENT OF
           Task:  4000                  CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR
                                        REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND
                                        DRAFTING OF PRIVILEGE LOG (0.8); CONFERENCE
                                        WITH M. HOFFMAN REGARDING SECONDARY PRIVILEGE
                                        REVIEW OF DOCUMENTS FLAGGED FOR PRIVILEGE FOR
                                        INCLUSION ON PRIVILEGE LOG (0.2).

08/12/10   C.F. Graham          .70    REVIEW AND REVISE EMAIL TO DEFENSE COUNSEL
           Task:  4000                  REGARDING DEPOSITIONS (0.3); CONFER WITH A.
                                        KAUFMAN REGARDING CONFIDENTIAL DOCUMENTS (0.2);
                                        READ EMAILS FROM DEFENSE COUNSEL PRYOR CASHMAN
                                        REGARDING CONFIDENTIAL DOCUMENTS (0.2).

08/12/10   A.F. Kaufman        2.80    DRAFT, REVISE AND SEND LETTER TO OPPOSING
           Task:  4000                  COUNSEL OUTLINING AND ANALYZING DISCOVERY
                                        ISSUES (1.8); ANALYZE AND REVISE
                                        CONFIDENTIALITY ORDER (0.4); REVIEW, ANALYZE
                                        AND WORK ON CONFIDENTIAL DOCUMENTS AND DOCUMENT
                                        PRODUCTION (0.5); CONFER WITH M. HOFFMAN WITH
                                        RESPECT THERETO (0.1).

08/12/10   M.B. Hoffman        5.90    ANALYZE CERTAIN DOCUMENTS FLAGGED AS
           Task:  4000                  CONFIDENTIAL AND PRIOR PRODUCTION OF SAME OR
                                        SIMILAR DOCUMENTS DURING DOCUMENT PRODUCTION TO
                                        DETERMINE WHETHER DOCUMENT SHOULD BE PRODUCED,
                                        WHETHER THE DOCUMENT SHOULD BE FLAGGED AS
                                        CONFIDENTIAL, AND PRIVILEGE OF SUCH DOCUMENT
                                        (1.4); DRAFT AND PREPARE ANALYSIS AND
                                        RECOMMENDATION FOR REVIEW BY A. KAUFMAN OF
                                        CERTAIN DOCUMENTS FLAGGED AS CONFIDENTIAL
                                        DURING INITIAL PARALEGAL REVIEW REGARDING
                                        WHETHER SUCH DOCUMENTS SHOULD BE PRODUCED,

LEHMAN BROTHERS HOLDINGS INC.                    November 18, 2010          PAGE    7
MATTER NUMBER: 30837.0003
INVOICE NO.: 732715

WHETHER THE DOCUMENT SHOULD BE FLAGGED AS
CONFIDENTIAL, AND THE PRIVILEGE OF SUCH
DOCUMENT (0.6); CONFER WITH A. KAUFMAN
REGARDING CRITERIA TO MARK A DOCUMENT AS
CONFIDENTIAL WHICH SHOULD BE EMPLOYED DURING
REVIEW OF DOCUMENTS INITIALLY TAGGED AS
CONFIDENTIAL AND TO BE PRODUCED (0.1); CONFER
WITH J. KUHN REGARDING SECONDARY PRIVILEGE
REVIEW OF DOCUMENTS FLAGGED FOR PRIVILEGE,
INITIAL PRIVILEGE REVIEW CONDUCTED BY
PARALEGALS, AND DOCUMENTS ORIGINALLY TAGGED AS
CONFIDENTIAL WHICH WILL NEED TO BE REDACTED FOR
PRIVILEGE AND NOTED ON THE PRIVILEGE LOG (0.2);
REVIEW AND ANALYZE "FURTHER REVIEW" DOCUMENTS
TAGGED AS CONFIDENTIAL IN LIGHT OF DECISIONS
RELATED TO THE CONFIDENTIALITY, PRIVILEGE, AND
PRIOR PRODUCTIONS (2.2); PREPARE CORRESPONDENCE
TO A. KAUFMAN REGARDING STATUS OF REVIEW OF
DOCUMENTS FLAGGED AS CONFIDENTIAL AND
OUTSTANDING QUESTIONS DIRECTED TO THE CLIENT
REGARDING POSSIBLE CONFIDENTIAL DOCUMENTS
(0.4); REVIEW AND ANALYZE DOCUMENTS TAGGED AND
FOLDERED FOR SECONDARY PRIVILEGED BY PARALEGAL
TO CONFIRM THAT ALL POTENTIALLY RESPONSIVE
DOCUMENTS WILL BE REVIEWED DURING SECONDARY
PRIVILEGE REVIEW (1.0).

08/13/10   C.F. Graham          .40   READ EMAILS FROM M. HOFFMAN REGARDING DOCUMENT
           Task:  4000                PRODUCTION ISSUES (0.2); READ EMAILS FROM A.
                                      KAUFMAN REGARDING PRIVILEGED AND CONFIDENTIAL
                                      DOCUMENTS (0.2).

08/13/10   A.F. Kaufman        1.00   DRAFT, SEND AND REVIEW EMAILS REGARDING
           Task:  4000                PLAINTIFF'S CONFIDENTIAL DOCUMENTS AND DOCUMENT
                                      PRODUCTION (0.5); TELEPHONE CALL WITH W.
                                      ANTONIEWICZ REGARDING SAME (0.5).

08/13/10   M.B. Hoffman         .60   PREPARE CORRESPONDENCE REGARDING PRIVILEGED
           Task:  4000                DOCUMENTS ENCOUNTERED DURING REVIEW OF
                                      CONFIDENTIAL DOCUMENTS TO BE PRODUCED AND
                                      FOLDERING OF SAME (0.1); TELEPHONE CALL TO J.
                                      KUHN REGARDING PRIVILEGED DOCUMENTS ENCOUNTERED
                                      DURING REVIEW OF CONFIDENTIAL DOCUMENTS TO BE

LEHMAN BROTHERS HOLDINGS INC.              November 18, 2010        PAGE    8
MATTER NUMBER: 30837.0003
INVOICE NO.: 732715


                              PRODUCED (0.1); REVIEW, ANALYZE, TAG, AND
                              FINALIZE REVIEW OF DOCUMENTS FLAGGED AS
                              CONFIDENTIAL BASED ON ANSWERS PROVIDED BY
                              CLIENT WITH RESPECT TO CONFIDENTIALITY AND
                              PRIVILEGE (0.4).

08/13/10  J. Kuhn        1.00  REVIEW AND ANALYZE THE CONTENT OF CLIENT
          Task:  4000          DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED
                               TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF
                               PRIVILEGE LOG (0.9); TELEPHONE CALL WITH M.
                               HOFFMAN REGARDING PRIVILEGE DOCUMENTS
                               ENCOUNTERED DURING REVIEW OF CONFIDENTIAL
                               DOCUMENTS TO BE PRODUCED (0.1).

08/16/10  J. Kuhn        2.00  CONTINUE TO REVIEW AND ANALYZE THE CONTENT OF
          Task:  4000          CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR
                               REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND
                               DRAFTING OF PRIVILEGE LOG.

08/18/10  J. Kuhn        2.50  CONTINUE TO REVIEW AND ANALYZE THE CONTENT OF
          Task:  4000          CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR
                               REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND
                               DRAFTING OF PRIVILEGE LOG.

08/20/10  A.F. Kaufman    .10  REVIEW CORRESPONDENCE FROM E. SHERMAN REGARDING
          Task:  4000          DEPOSITIONS.

08/23/10  J. Kuhn        4.50  CONTINUE TO REVIEW AND ANALYZE THE CONTENT OF
          Task:  4000          CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR
                               REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND
                               DRAFTING OF PRIVILEGE LOG.

08/23/10  A.F. Kaufman   1.90  DRAFT EMAIL RESPONDING TO E. SHERMAN WITH
          Task:  4000          RESPECT TO DEPOSITIONS (1.1); ANALYZE ISSUES
                               RELATING TO PREPARATION OF PRIVILEGE LOG (0.2);
                               CONFER WITH R. TINGEY REGARDING DRAFTING OF
                               SUMMARY JUDGMENT MOTION (0.6).

08/23/10  C.F. Graham     .50  REVIEW AND REVISE LENGTHY EMAIL TO E. SHERMAN
          Task:  4000          REGARDING DEPOSITIONS.

08/23/10  R. Tingey       .30  REVIEW AMD ANALYZE COMPLAINT.
          Task:  4000

08/23/10  R. Tingey       .20  REVIEW AND ANALYZE ANSWER AND AFFIRMATIVE
          Task:  4000          DEFENSES.

LEHMAN BROTHERS HOLDINGS INC.                November 18, 2010        PAGE    9
MATTER NUMBER: 30837.0003
INVOICE NO.: 732715


| 08/23/10 | R. Tingey<br>Task:  4000 | .50 | REVIEW CORRESPONDENCE BETWEEN COUNSEL AND COUNSELS' LETTERS TO JUDGE CHIN REGARDING CONFERENCE. |
|---|---|---|---|
| 08/23/10 | R. Tingey<br>Task:  4000 | 1.00 | CONFER WITH A. KAUFMAN REGARDING HISTORY OF CASE AND ISSUES TO RESEARCH FOR SUMMARY JUDGMENT BRIEF REGARDING AFFIRMATIVE DEFENSES. |
| 08/23/10 | R. Tingey<br>Task:  4000 | 1.50 | WESTLAW RESEARCH REGARDING REQUIREMENT TO PLEAD AFFIRMATIVE DEFENSES WITH PARTICULARITY. |
| 08/23/10 | R. Tingey<br>Task:  4000 | .10 | REVIEW A. KAUFMAN EMAIL TO DEFENSE COUNSEL REGARDING DEPOSITION SCHEDULING, PROTECTIVE ORDER AND DOCUMENT PRODUCTION ISSUES. |
| 08/23/10 | R. Tingey<br>Task:  4000 | 2.70 | WESTLAW RESEARCH REGARDING AFFIRMATIVE DEFENSES OF FAILURE TO MITIGATE, BREACH OF COVENANT OF GOOD FAITH/FAIR DEALING, IMPROPER FORECLOSURE OF COLLATERAL, UNCLEAN HANDS, LACHES, AND MODIFICATION OF LOAN. |
| 08/23/10 | R. Tingey<br>Task:  4000 | .80 | REVIEW AND ANALYZE LOAN DOCUMENTS. |
| 08/24/10 | R. Tingey<br>Task:  4000 | 1.20 | CONTINUE RESEARCHING CASE LAW REGARDING AFFIRMATIVE DEFENSES FOR SUMMARY JUDGMENT BRIEF. |
| 08/24/10 | J. Kuhn<br>Task:  4000 | 6.50 | CONTINUE TO REVIEW AND ANALYZE THE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG. |
| 08/24/10 | I. Byrnside<br>Task:  4000 | 4.00 | REVIEW AND ANALYZE THE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG. |
| 08/25/10 | I. Byrnside<br>Task:  4000 | 4.90 | REVIEW AND ANALYZE THE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG. |

LEHMAN BROTHERS HOLDINGS INC.                November 18, 2010        PAGE   10
MATTER NUMBER: 30837.0003
INVOICE NO.: 732715


| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/25/10 | R. Tingey<br>Task:  4000 | 3.20 | WESTLAW RESEARCH REGARDING AFFIRMATIVE DEFENSES OF SET OFF, PREVENTION OF PERFORMANCE, FRUSTRATION OF PERFORMANCE, AVOIDANCE OF FORFEITURE, UNJUST ENRICHMENT, AND UNCONSCIONABILITY. |
| 08/25/10 | J. Kuhn<br>Task:  4000 | 5.60 | REVIEW AND ANALYZE THE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG (5.2); EMAIL CORRESPONDENCE WITH A. KAUFMAN AND M. HOFFMAN REGARDING SAME (0.4). |
| 08/25/10 | C.F. Graham<br>Task:  4000 | .60 | CONFER WITH A. KAUFMAN REGARDING W. ANTONIEWICZ TERMINATION (0.4); DISCUSS PRE-MOTION AND DISCOVERY CONFERENCE BEFORE MAGISTRATE JUDGE ELLIS OR JUDGE JONES WITH A. KAUFMAN (0.2). |
| 08/25/10 | A.F. Kaufman<br>Task:  4000 | .50 | ANALYZE ISSUES RELATING TO DOCUMENT PRODUCTION AND PRIVILEGE ISSUES (0.3); TELEPHONE CALL WITH J. RHODES REGARDING SAME (0.2). |
| 08/25/10 | M.B. Hoffman<br>Task:  4000 | 1.30 | RESEARCH POTENTIAL WORK PRODUCT PRIVILEGE OF SPECIFIC DOCUMENTS FLAGGED AS CONFIDENTIAL (0.9); CORRESPONDENCE AND COMMUNICATION WITH J. KUHN REGARDING REVIEW OF DOCUMENTS FLAGGED AS CONFIDENTIAL AND POTENTIAL WORK PRODUCT CONCERNS (0.4). |
| 08/26/10 | M.B. Hoffman<br>Task:  4000 | .50 | CONTINUE TO RESEARCH POTENTIAL WORK PRODUCT PRIVILEGE OF SPECIFIC DOCUMENTS FLAGGED AS CONFIDENTIAL. |
| 08/26/10 | A.F. Kaufman<br>Task:  4000 | .40 | TELEPHONE CALL WITH D. WILLIAMS REGARDING CASE BACKGROUND AND PRIVILEGE ISSUES. |
| 08/26/10 | V.T. Lam<br>Task:  4000 | .30 | ASSIST M. HOFFMAN WITH DOCUMENT ORGANIZATION IN SUMMATION IN RELATION TO CONFIDENTIALITY REVIEW. |
| 08/26/10 | J. Kuhn<br>Task:  4000 | 6.50 | CONTINUE TO REVIEW AND ANALYZE THE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG (6.3); EMAIL CORRESPONDENCE TO A. KAUFMAN AND M. HOFFMAN REGARDING SAME (0.2). |

LEHMAN BROTHERS HOLDINGS INC.               November 18, 2010        PAGE   11
MATTER NUMBER: 30837.0003
INVOICE NO.: 732715


| | | | |
|---|---|---|---|
| 08/26/10 | I. Byrnside<br>Task:  4000 | 6.90 | REVIEW AND ANALYZE THE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG. |
| 08/27/10 | I. Byrnside<br>Task:  4000 | 1.00 | REVIEW AND ANALYZE THE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG. |
| 08/27/10 | C.F. Graham<br>Task:  4000 | .30 | CONFER WITH A. KAUFMAN REGARDING DEPOSITIONS AND QUANTUM. |
| 08/27/10 | R. Tingey<br>Task:  4000 | .90 | CONTINUE RESEARCH FOR SUMMARY JUDGMENT BRIEF REGARDING AFFIRMATIVE DEFENSES (0.5); BEGIN DRAFTING SECTION OF BRIEF ON DEFENSES (0.4). |
| 08/30/10 | R. Tingey<br>Task:  4000 | .60 | WESTLAW RESEARCH FOR SUMMARY JUDGMENT BRIEF ON AFFIRMATIVE DEFENSES. |
| 08/30/10 | R. Tingey<br>Task:  4000 | 2.80 | DRAFTED ARGUMENT SECTION REGARDING AFFIRMATIVE DEFENSES FOR SUMMARY JUDGMENT BRIEF. |
| 08/30/10 | J. Kuhn<br>Task:  4000 | 2.00 | CONTINUE TO REVIEW AND ANALYZE THE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG. |
| 08/30/10 | I. Byrnside<br>Task:  4000 | 1.40 | REVIEW AND ANALYZE THE CONTENT OF CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND DRAFTING OF PRIVILEGE LOG. |
| 08/31/10 | R.M. Gee<br>Task:  4000 | .30 | PREPARE BINDER FOR COMPLIANCE CONFERENCE. |
| 08/31/10 | A.F. Kaufman<br>Task:  4000 | .70 | CONFER WITH R. TINGEY REGARDING SUMMARY JUDGMENT MOTION (0.5); ANALYZE ISSUES RELATING TO PLAINTIFF'S DOCUMENT PRODUCTION, INCLUDING PRIVILEGE LOG (0.2). |

LEHMAN BROTHERS HOLDINGS INC.                November 18, 2010        PAGE   12
MATTER NUMBER: 30837.0003
INVOICE NO.: 732715


08/31/10  J. Kuhn              4.30   CONTINUE TO REVIEW AND ANALYZE THE CONTENT OF
          Task:  4000                 CLIENT DOCUMENTS WITHHELD FROM PRODUCTION OR
                                      REDACTED TO DETERMINE SCOPE OF PRIVILEGE AND
                                      DRAFTING OF PRIVILEGE LOG.

08/31/10  R. Tingey             .20   REVIEW CORRESPONDENCE FROM DEFENDANTS' COUNSEL
          Task:  4000                 AND A. KAUFMAN REGARDING UPCOMING CONFERENCE.

08/31/10  R. Tingey            4.60   DRAFT ARGUMENTS REGARDING AFFIRMATIVE
          Task:  4000                 DEFENSES FOR SUMMARY JUDGMENT BRIEF.

08/31/10  R. Tingey             .40   CONFER WITH A. KAUFMAN REGARDING SUMMARY
          Task:  4000                 JUDGMENT BRIEF AND AFFIRMATIVE DEFENSES.

4000  Non-Bankruptcy Litigation
      A.F. Kaufman               13.00   450.00   $5,850.00
      C. Wagner                   7.20   255.00   $1,836.00
      C.F. Graham                 5.00   760.00   $3,800.00
      I. Byrnside                18.20   285.00   $5,187.00
      J. Kuhn                    46.90   400.00  $18,760.00
      M.B. Hoffman               39.00   350.00  $13,650.00
      R. Tingey                  21.00   390.00   $8,190.00
      R.M. Gee                     .30   225.00      $67.50
      V.T. Lam                    5.10   240.00   $1,224.00

      TOTAL 4000                155.70            $58,564.50

Billed Recap Of Cost Detail (Invoice: 732715 Date: 11/18/2010)
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/22/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 373.62 | 373.62 | LITIGATION SUPPORT VENDORS - - PAYEE: | 26634196 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 373.62 | 373.62 | INNOVATIVE DISCOVERY | |
| | | Voucher=1792322 Paid | | | | | Vendor=INNOVATIVE DISCOVERY  Balance = .00  Amount = 373.62 | |
| 04/30/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 839.08 | 839.08 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26614890 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 839.08 | 839.08 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1790284 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance=.00 | |
| 04/30/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | -839.08 | -839.08 | Reversal from Cancelled Voucher 1790284 | 26623984 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | -839.08 | -839.08 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | |
| | | Voucher=1791344 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance=.00 | |
| 04/30/2010 | 0402 | CHARLES WEISS | 118Z | 1.00 | 152.92 | 152.92 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | 26660032 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 152.92 | 152.92 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1795092 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance=.00 | |
| 05/19/2010 | 0402 | CHARLES WEISS | 118Z | 1.00 | 464.40 | 464.40 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | 26660034 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 464.40 | 464.40 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1795094 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance=.00 | |
| 05/24/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 4,730.85 | 4,730.85 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26614891 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 4,730.85 | 4,730.85 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1790285 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance=.00 | |
| 05/24/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | -4,730.85 | -4,730.85 | Reversal from Cancelled Voucher 1790285 | 26623987 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | -4,730.85 | -4,730.85 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | |
| | | Voucher=1791345 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance=.00 | |
| 05/24/2010 | 0402 | CHARLES WEISS | 118Z | 1.00 | 4,730.85 | 4,730.85 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | 26660035 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 4,730.85 | 4,730.85 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1795095 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance=.00 | |
| 06/16/2010 | 0402 | CHARLES WEISS | 118Z | 1.00 | 257.70 | 257.70 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | 26660031 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 257.70 | 257.70 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1795091 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance=.00 | |
| 08/01/2010 | 4769 | ROBERT M. GEE | 411S | 2.00 | 0.44 | 0.88 | PACER SEARCHES | 26595277 |
| 11/18/2010 | | Invoice=732715 | | 2.00 | 0.44 | 0.88 | | |
| 08/01/2010 | 5464 | REBECCA TINGEY | 411S | 3.00 | 1.65 | 4.96 | PACER SEARCHES | 26621430 |
| 11/18/2010 | | Invoice=732715 | | 3.00 | 1.65 | 4.96 | | |
| 08/01/2010 | 5464 | REBECCA TINGEY | 411S | 1.00 | 0.32 | 0.32 | PACER SEARCHES | 26627721 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 0.32 | 0.32 | | |
| 08/04/2010 | 1523 | PHYLLIS YOUNG | 101S | 202.00 | 0.15 | 30.30 | COPY CHARGES | 26581214 |
| 11/18/2010 | | Invoice=732715 | | 202.00 | 0.10 | 20.20 | | |
| 08/04/2010 | 4961 | CHRISTOPHER F GRAHAM | 110Z | 1.00 | 4.50 | 4.50 | OUT OF TOWN TRAVEL | 26581535 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 4.50 | 4.50 | AUGUST 4, 2010 - ROUNDTRIP SUBWAY TRANSPORTATION | |
| | | Voucher=1787322 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM  Balance=.00  Amount=4.50 | |
| 08/05/2010 | 4399 | MEGAN B. HOFFMAN | 101S | 702.00 | 0.15 | 105.30 | COPY CHARGES | 26584264 |
| 11/18/2010 | | Invoice=732715 | | 702.00 | 0.10 | 70.20 | | |
| 08/06/2010 | 4399 | MEGAN B. HOFFMAN | 101S | 6.00 | 0.15 | 0.90 | COPY CHARGES | 26586779 |
| 11/18/2010 | | Invoice=732715 | | 6.00 | 0.10 | 0.60 | | |
| 08/23/2010 | 5464 | REBECCA TINGEY | 406S | 1.00 | 734.16 | 734.16 | WESTLAW RESEARCH | 26660386 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 734.16 | 734.16 | | |
| 08/25/2010 | 5464 | REBECCA TINGEY | 406S | 1.00 | 673.70 | 673.70 | WESTLAW RESEARCH | 26660389 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 673.70 | 673.70 | | |
| 08/25/2010 | 5464 | REBECCA TINGEY | 406S | 1.00 | 181.28 | 181.28 | WESTLAW RESEARCH | 26660394 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 181.28 | 181.28 | | |
| 08/27/2010 | 5464 | REBECCA TINGEY | 406S | 1.00 | 73.42 | 73.42 | WESTLAW RESEARCH | 26660404 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 73.42 | 73.42 | | |
| 08/30/2010 | 5464 | REBECCA TINGEY | 406S | 1.00 | 832.17 | 832.17 | WESTLAW RESEARCH | 26660407 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 832.17 | 832.17 | | |
| 08/31/2010 | 5464 | REBECCA TINGEY | 406S | 1.00 | 1,897.16 | 1,897.16 | WESTLAW RESEARCH | 26660410 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 1,897.16 | 1,897.16 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 08/31/2010 | 5464 | REBECCA TINGEY | 408S | 1.00 | 116.89 | 116.89 | WESTLAW RESEARCH | 26660413 |
| 11/18/2010 | | Invoice=732715 | | 1.00 | 116.89 | 116.89 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 10,635.43 | 23 records | |
| | | BILLED TOTALS:    BILL: | | | | 10,589.93 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 10,635.43 | 23 records | |
| | | GRAND TOTAL:    BILL: | | | | 10,589.93 | | |

**Supplemental Information Sheet**
**August 2010**

## Expenses for AZ 72 LLC (30837.0003)

**Timekeeper: C. Graham**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 2/22/10 | $373.62 | Litigation Support Vendors - INNOVATIVE DISCOVERY | Electronic Discovery | Attached |
| 8/4/10 | $4.50 | OUT OF TOWN TRAVEL | Roundtrip Subway transportation | Attached |

**Timekeeper: C. Weiss**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 4/30/10 | $152.92 | Litigation Support Vendors - DOCU TECHNOLOGIES INC. | Processing Services - TIFF conversion, manual processing, scanning work, imaging, etc. See invoice for more detail. | Attached |
| 5/19/10 | $464.40 | Litigation Support Vendors - DOCU TECHNOLOGIES INC. | Imaging Services - CD, DVD, hard drive. See invoice for more detail. | Attached |
| 5/24/10 | $4,730.95 | Litigation Support Vendors - DOCU TECHNOLOGIES INC. | Processing Services - data conversion, post-processing services. See invoice for more detail. | Attached |
| 6/16/10 | $257.70 | Litigation Support Vendors - DOCU TECHNOLOGIES INC. | Imaging Services - CD, DVD, litigation support. See invoice for more detail. | Attached |

**Timekeeper: R. Tingey**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 8/31/10 | $1,897.16 | Westlaw Research | Research regarding affirmative defenses of setoff, prevention of performance, frustration of performance, avoidance of forfeiture, unjust enrichment, failure to | N/A |

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
|      |        |         | mitigate, breach of covenant of good faith and fair dealing, improper foreclosure of collateral, unconscionability, unclean hands, laches and modification of loan |  |

ATLANTA:5267709.1


*innovative*
*discovery*

1700 N. Moore Street
Suite 1050
Arlington, VA 22209
703-875-8003-Office

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/22/2010 | IDE-2062 |

**Bill To:**

McKenna Long & Aldridge
1900 K Street NW
Washington, DC 20006-1108

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|----------------|-------------------|-------|-----|--------------|--------------|
| Robert Gee | AZ 72 | 30 Days | JP | 2/18/2010 | AZ 72 |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| EDD | 0.72 | Electronic Discovery per GB | 400.00 | 288.00T |
| OCR | 2,149 | MLA-NY00001454 - 2994 | 0.03 | 64.47T |
| | | | | |
| | | Ranges: MLA-NY00001454 - 2994 | | |
| | | Volume: MLA-NYVOL002 | | |

SEP 1 3 2010

Tax ID 11-3756416
Thank you for choosing Innovative Discovery

| | |
|--|--|
| **Sales Tax (6.0%)** | $21.15 |
| **Total** | $373.62 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $373.62 |

Approved by: CG
Christopher Graham
C/M # 30837.0003

This expense form was submitted to the accounting department on 8/4/2010 at 1:32 PM.

| | |
|---|---|
| Form Tracking ID | 85633 |
| Created For | 4961 GRAHAM, CHRISTOPHER F |
| Created By | Vargas, Jenny I. |
| Title | cfg - transportation |
| Expense Type | CLIENT CHARGEABLE |
| Client Name | 30837 LEHMAN BROTHERS HOLDINGS INC. |
| Matter Name | 0003 |
| Description | August 4, 2010 - Roundtrip transportation to Court hearing. |

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Ground Transportation | 8/4/2010 | 4.50 | August 4, 2010 - Roundtrip subway transportation to Court hearing. |

Total $         4.50

PRINT THIS FORM

CLOSE



## Document Technologies, Inc.

1280 West Peachtree Street NW
Suite 330
Atlanta, GA 30309
Phone : 404-873-2202
Fax : 404-873-2282
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 526760

Invoice Date: 04/30/10

**Bill To:**
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308
Ann Pearson

**Ship To:**
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308

*This invoice is the rebill of 525692. It was rebilled because the sales rep failed to include ICT portion*

| | | |
|---|---|---|
| Customer ID | 17808 | |
| Terms | Net 15 Days | |
| SalesPerson | ZZZ SMF | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

Client / Matter No.   30837.0003
Job No.   10043003
Nat'l Acct Name
Nat'l Acct Ref. No.

*SEP 0 2010*

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **Processing - Local** | | |
| 12,411 | TIFF Conversion - (Page) | 0.04 | 496.44 |
| 1 | Processing Services - (Hr) Manual Processing | 150.00 | 150.00 |
| 298 | Scanning C work - Med. Lit | 0.15 | 44.70 |
| 72 | Scanning Letter/A4 300 DPI Color | 0.50 | 36.00 |
| 740 | IMG - PDF Output/Conversion | 0.02 | 14.80 |
| 1 | IMG - CD Master | 35.00 | 35.00 |
| 370 | IMG - OCR | 0.03 | 11.10 |

Response to Request No. 1, 3, 5, 7, 8, 9, 10, 15,
16, 18, 23 & 27
-Individual PDFs created as well as 1 combined PDF

DateOrdered 4.5.10

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 788.04 |
| Total Sales Tax: | 51.04 |
| Total: | ~~839.08~~ |

*Bal due of $152.92*

Accepted By: _____

**Remit To:** Document Technologies, Inc.
P.O. Box 933426
Atlanta, GA 31193-3426



## Document Technologies, Inc.

1280 West Peachtree Street NW
Suite 330
Atlanta, GA 30309
Phone : 404-873-2202
Fax : 404-873-2282
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 527724

Invoice Date: 05/19/10

**Bill To:**
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308
Ann Pearson

**Ship To:**
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308

| | |
|---|---|
| Customer ID | 17608 |
| Terms | Net 15 Days |
| SalesPerson | ZZZ SMF |
| SalesPerson 2 | DC CRB |
| Cust. P.O. | |

| | |
|---|---|
| Client / Matter No. | 30837.0003 |
| Job No. | 1005140 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | | 25.00 | 100.00 |
| 4 | IMG - CD Master | 40.00 | 80.00 |
| 2 | IMG - DVD Master | 250.00 | 250.00 |
| 1 | IMG - Hard Drive | | |

RE: AZ 72 Holdings -Media burned in DC

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 430.00 |
| Total Sales Tax: | 34.40 |
| Total: | 464.40 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
P.O. Box 933426
Atlanta, GA 31193-3426



**Document Technologies, Inc.**

1280 West Peachtree Street NW
Suite 330
Atlanta, GA 30309
Phone : 404-873-2202
Fax : 404-873-2282
Fed. ID No. : 58-2413793

**INVOICE**

Invoice Number: 528039

Invoice Date: 05/24/10

*30837.0003*
*Approved*

Bill To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308
Ann Pearson

Ship To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308

| Customer ID | 17608 | | Client / Matter No. | 30837.0003 |
|---|---|---|---|---|
| Terms | Net 15 Days | | Job No. | 1005139 |
| SalesPerson | ZZZ SMF | | Nat'l Acct Name | |
| SalesPerson 2 | | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **Processing** | | |
| 10.57 | Data Conversion - (GB) | 375.00 | 3,963.75 |
| 3 | Post Processing Services -(Hr) Custom Services | 150.00 | 450.00 |
| | RE: AZ 72 Holdings | | |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | | |
|---|---|---|
| | Subtotal: | 4,413.75 |
| | Total Sales Tax: | 317.10 |
| | Total: | 4,730.85 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
P.O. Box 933426
Atlanta, GA 31193-3426



### Document Technologies, Inc.

1280 West Peachtree Street NW
Suite 330
Atlanta, GA  30309
Phone : 404-873-2202
Fax : 404-873-2282
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  531892

Invoice Date:  06/16/10

Bill To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA  30308
Ann Pearson

Ship To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA  30308

| | | | | |
|---|---|---|---|---|
| Customer ID | 17608 | | Client / Matter No. | 30837.0003 |
| Terms | Net 15 Days | | Job No. | 1006099 |
| SalesPerson | ZZZ SMF | | Nat'l Acct Name | |
| SalesPerson 2 | | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | IMG - CD Master | 25.00 | 25.00 |
| 1 | IMG - DVD Master | 40.00 | 40.00 |
| 1.25 | IMG - Litigation Support | 150.00 | 187.50 |

RE:  AZ 72 Holdings

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 252.50 |
| Total Sales Tax: | 5.20 |
| Total: | 257.70 |

Accepted By: _____

Remit To: Document Technologies, Inc.
P.O. Box 933426
Atlanta, GA  31193-3426

# McKenna Long
## &Aldridge LLP
#### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837                      Invoice No. 732618
Matter No.: 30837.0005                 Invoice Date: November 17, 2010
=================================================================

    FOR PROFESSIONAL SERVICES RENDERED through August 31, 2010
    RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| G. Walling | 1.60 | 430.00 | 688.00 |
| Total | 1.60 | | 688.00 |

TOTAL FEES:                                        $    688.00

CHARGES:

    COPY CHARGES                      0.20

TOTAL CHARGES:                                     $      .20

T O T A L   T H I S   S T A T E M E N T:           $    688.20

LEHMAN BROTHERS HOLDINGS INC.          November 17, 2010          PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 732618


DESCRIPTION OF SERVICES


08/10/10   G. Walling          .30   COMMUNICATIONS WITH M. MARTINEZ REGARDING
           Task:  4000                OFFICER'S CERTIFICATE TO TRUST (0.1); REVIEW
                                      OFFICER'S CERTIFICATE  REGARDING RESERVE
                                      AGREEMENT, AND REDUCED SALES PRICES (0.2).

08/16/10   G. Walling          .50   CALL WITH M. MARTINEZ REGARDING TITLE COMPANY
           Task:  4000                REQUIREMENT OF DELIVERY OF SELLER CONSENT
                                      RESOLUTION FOR UNIT SALES (0.3); REVIEW PRIOR
                                      PRO FORMA OCTOPUS PROPERTY LLC CONSENT
                                      RESOLUTION RELATED TO UNIT SALE AUTHORIZATION
                                      (0.2).

08/17/10   G. Walling          .20   COMMUNICATIONS WITH K. DONAHUE (DUPONT FABROS)
           Task:  4000                AND M. MARTINEZ REGARDING TRANSFER OF CERTAIN
                                      OCTOPUS WACHOVIA ACCOUNTS TO C/O TRIMONT
                                      ADDRESS (0.1); COMMUNICATIONS WITH M. MARTINEZ
                                      REGARDING SAME (0.1).

08/20/10   G. Walling          .10   COMMUNICATIONS FROM N. HORSFIELD AND M.
           Task:  4000                MARTINEZ REGARDING CONSENT RESOLUTION FOR
                                      APPOINTMENT OF ADDITIONAL AUTHORIZED
                                      SIGNATORIES (0.1).

08/23/10   G. Walling          .50   CALL FROM M. MARTINEZ REGARDING CONSENT
           Task:  4000                RESOLUTION TO AUTHORIZE UNIT SALES (0.2);
                                      REVIEW AND REVISE DRAFT MEMBER CONSENT
                                      RESOLUTION (0.2); COMMUNICATION WITH M.
                                      MARTINEZ REGARDING SAME (0.1).


4000   Non-Bankruptcy Litigation
       G. Walling                    1.60    430.00      $688.00

          TOTAL 4000                 1.60                $688.00

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

New York

Philadelphia

San Diego

San Francisco

Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn:  Evanthe Papastathis
Suite 2200
3424 Peachtree Road, N. E.
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 732622
Matter No.: 04406.0113               Invoice Date: November 17, 2010
==================================================================

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2010
RE: PLAZA AT TURTLE CREEK LOANS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|----------|--------|
| G. Walling | 3.20 | 410.00 | 1,312.00 |
| Total | 3.20 | | 1,312.00 |

TOTAL FEES:                                    $  1,312.00

T O T A L   T H I S   S T A T E M E N T :      $  1,312.00

LEHMAN BROTHERS HOLDINGS INC.                November 17, 2010        PAGE    2
MATTER NUMBER: 04406.0113
INVOICE NO.: 732622


DESCRIPTION OF SERVICES


08/05/10   G. Walling          .60   COMMUNICATIONS WITH J. ARRIETA REGARDING
           Task:  4000                CLOSING STATUS OF PHASE II/S-15 UNIT SALE
                                      (0.2); COMMUNICATIONS WITH S. MARSHALL
                                      REGARDING SAME (0.1); REVIEW PHASE II/S-15
                                      STORAGE UNIT CONTRACT FILE AND RELATED PRIOR
                                      COMMUNICATIONS REGARDING CLOSING DOCUMENTS FOR
                                      SAME (0.3).

08/10/10   G. Walling          .30   COMMUNICATIONS WITH S. MARSHALL REGARDING PHASE
           Task:  4000                II/S-15 UNIT CLOSING RELATED MATTERS (0.1);
                                      COMMUNICATIONS WITH D. BRUCE AND J. ARRIETA
                                      REGARDING SAME (0.2).

08/16/10   G. Walling         1.00   COMMUNICATIONS WITH S. MARSHALL REGARDING PHASE
           Task:  4000                II/S-15 CLOSING STATUS AND CONVEYANCE DOCUMENT
                                      DELIVERIES TO FIDELITY (0.3); COMMUNICATIONS
                                      WITH J. ARRIETA REGARDING PHASE II/S-15 CLOSING
                                      STATUS AND OUTSTANDING DOCUMENT DELIVERIES
                                      (0.3); MADE RELATED FILE REVIEW REGARDING
                                      REQUIRED PH. II/S-15 DOCUMENT DELIVERIES (0.2);
                                      WORK WITH D. BRUCE REGARDING MODIFICATION OF
                                      PREVIOUSLY EXECUTED DEED FOR PH. II/S-15 (0.2).

08/17/10   G. Walling          .30   CALLS FROM S. MARSHALL REGARDING II/S-15
           Task:  4000                CLOSING (0.1); CALLS TO S. MARSHALL REGARDING
                                      SAME (0.2).

08/18/10   G. Walling          .30   REVIEW CONVEYANCE DOCUMENTS FOR PHASE II/S-15
           Task:  4000                UNIT SALE (0.2); COMMUNICATIONS WITH S.
                                      MARSHALL REGARDING SAME (0.1).

08/20/10   G. Walling          .20   COMMUNICATIONS WITH J. ARRIETA REGARDING
           Task:  4000                II/S-15 CLOSING DOCUMENTS TO BE DELIVERED BY
                                      SELLER (0.1); COMMUNICATION FROM S. MARSHALL
                                      REGARDING SAME (0.1).

```
LEHMAN BROTHERS HOLDINGS INC.           November 17, 2010        PAGE    3
MATTER NUMBER: 04406.0113
INVOICE NO.: 732622
```

```
08/23/10  G. Walling           .20  COMMUNICATIONS WITH J. ARRIETA REGARDING PH.
          Task:  4000               II/S-15 UNIT CLOSING DOCUMENTS (0.1);
                                     COMMUNICATIONS WITH S. MARSHALL REGARDING SAME
                                     (0.1).

08/30/10  G. Walling           .30  COMMUNICATIONS FROM B. ROBERTS REGARDING UNSOLD
          Task:  4000               PHASE I/S-21 STORAGE UNIT (0.1); COMMUNICATIONS
                                     WITH S. MARSHALL REGARDING SAME (0.1);
                                     COMMUNICATIONS WITH D. BRUCE REGARDING PHASE
                                     I/STORAGE UNIT SALES CONTRACT (0.1).

4000   Non-Bankruptcy Litigation
       G. Walling                    3.20    410.00  $1,312.00

       TOTAL 4000                    3.20            $1,312.00
```

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 732623
Matter No.: 04406.0222               Invoice Date: November 17, 2010
==================================================================

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2010
RE: MIDDLE MOUNTAIN 156 LLC

* * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| C. Weiss | 3.90 | 525.00 | 2,047.50 |
| G. Marsh | 0.50 | 500.00 | 250.00 |
| G. Walling | 8.50 | 430.00 | 3,655.00 |
| D.A. Geiger | 9.50 | 425.00 | 4,037.50 |
| J.E. Reed | 0.50 | 215.00 | 107.50 |
| Total | 22.90 | | 10,097.50 |

TOTAL FEES:                                    $ 10,097.50

CHARGES:

| | |
|---|---|
| COPY CHARGES | 28.00 |
| DELIVERY SERVICE/MESSENGER | 26.63 |
| LOCAL TRAVEL | 32.00 |
| LONG DISTANCE TELEPHONE | 1.45 |
| MEALS | 24.25 |
| OUT OF TOWN TRAVEL | 1,233.82 |

LEHMAN BROTHERS HOLDINGS INC.            November 17, 2010            PAGE    2
MATTER NUMBER: 04406.0222
INVOICE NO.: 732623


TOTAL CHARGES:                                      $  1,346.15

T O T A L   T H I S   S T A T E M E N T:            $ 11,443.65

LEHMAN BROTHERS HOLDINGS INC.                November 17, 2010        PAGE    3
MATTER NUMBER: 04406.0222
INVOICE NO.: 732623


DESCRIPTION OF SERVICES


08/02/10  G. Walling           7.20    WORK WITH C. WEISS REGARDING REVISED APS
          Task:  4000                   EASEMENT AND D. LINDNER'S APS MEDIATION BRIEF
                                        (0.3); COMMUNICATIONS FROM D. LINDNER REGARDING
                                        APS MEDIATION BRIEF AND APS EASEMENT (0.3);
                                        COMMUNICATIONS FROM J. RHODES REGARDING SAME
                                        (0.2); REVIEW AND REVISE APS EASEMENT (1.1);
                                        REVIEW OF APS EASEMENT FILE AND MIDDLE MOUNTAIN
                                        ZONING INFORMATION (.0.9); COMMUNICATIONS WITH
                                        D. LINDNER, J. RHODES REGARDING REVISED APS
                                        EASEMENT (0.1); REVIEW AND REVISE DRAFT BRIEF
                                        FOR APS EASEMENT MEDIATION (4.1);
                                        COMMUNICATIONS WITH D. LINDNER, J. RHODES
                                        REGARDING SAME (0.2).


08/02/10  C. Weiss             1.90    REVIEW AND COMMENTS TO APS EASEMENT AND
          Task:  4000                   MEDIATION BRIEF (1.2); WORK WITH G. WALLING
                                        REGARDING COMMENTS TO APS EASEMENT AND
                                        MEDIATION BRIEF (0.3); REVIEW J. RHODES
                                        COMMENTS TO APS MEDIATION BRIEF (0.2); REVIEW
                                        MEMO FROM G. WALLING REGARDING IMPACT OF
                                        PROJECT ZONING APPROVALS ON APS EASEMENT
                                        REQUIREMENTS (0.2).


08/03/10  J.E. Reed             .50    REVIEW AND ANALYZE EXHIBITS FOR MEDIATION
          Task:  4000                   (0.2); CONFER WITH D. GEIGER WITH RESPECT
                                        THERETO (0.1); DRAFT CORRESPONDENCE TO MR.
                                        LINDNER REGARDING APS EASEMENT (0.2).


08/03/10  G. Walling            .20    COMMUNICATIONS WITH J. RHODES REGARDING APS
          Task:  4000                   EASEMENT ISSUES (0.1); COMMUNICATIONS WITH D.
                                        LINDNER REGARDING APS EASEMENT ISSUES (0.1).


08/04/10  G. Walling           1.10    COMMUNICATIONS WITH J. RHODES REGARDING APS
          Task:  4000                   EASEMENT ISSUES (0.2); WORK WITH D. GEIGER
                                        REGARDING APS EASEMENT ISSUES (0.3);
                                        COMMUNICATIONS FROM D. LINDNER REGARDING APS
                                        MEDIATION, ZONING COUNSEL AND MEDIATION BRIEF
                                        (0.6).

LEHMAN BROTHERS HOLDINGS INC.              November 17, 2010          PAGE    4
MATTER NUMBER: 04406.0222
INVOICE NO.: 732623


08/04/10   C. Weiss            1.30   REVIEW E-MAILS REGARDING PROJECT ZONING
           Task:  4000                CONDITIONS AND IMPACT OF SAME ON APS EASEMENT
                                      AND VICE VERSA VIS FUTURE DEVELOPMENT  (0.4);
                                      REVIEW AND REPLY TO E-MAILS REGARDING
                                      SETTLEMENT CALL WITH APS REGARDING EASEMENT
                                      TERM (0.3); REVIEW REVISED APS EASEMENT
                                      MEDIATION BRIEF AND EXHIBITS (0.4); WORK WITH
                                      G. WALLING REGARDING REGARDING APS MEDIATION
                                      BRIEF AND EASEMENT (0.2).

08/09/10   D.A. Geiger         6.00   PREPARE FOR MEDIATION WITH APS REGARDING
           Task:  4000                EASEMENT (2.0); ATTEND MEDIATION WITH APS
                                      REGARDING SAME (4.0).

08/10/10   D.A. Geiger         3.50   RETURN NON-WORKING TRAVEL TO APS MEDIATION (50%
           Task:  4000                REDUCTION IN FEES).

08/10/10   C. Weiss            .70    CONFERENCE WITH D. GEIGER REGARDING RESULTS
           Task:  4000                OF APS MEDIATION ON EASEMENT TERMS AND
                                      REQUIREMENTS FOR DOCUMENTATION OF SAME (0.4);
                                      CONSIDER ISSUES REGARDING RECORDATION OF MEMO
                                      OF SETTLEMENT TERMS ONLY RATHER THAN ENTIRE
                                      AMENDED EASEMENT (0.3).

08/31/10   G. Marsh            .50    REVIEW E-MAIL REGARDING SETTLING OF HEARING
           Task:  4000                (0.2); WORK ON SETTLEMENT OF APS CONDEMNATION
                                      ACTION (0.3).

4000   Non-Bankruptcy Litigation
       C. Weiss                      3.90    525.00   $2,047.50
       D.A. Geiger                   9.50    425.00   $4,037.50
       G. Marsh                       .50    500.00     $250.00
       G. Walling                    8.50    430.00   $3,655.00
       J.E. Reed                      .50    215.00     $107.50

       TOTAL 4000                   22.90             $10,097.50

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/03/2010 | 5347 | JAN E. REED | 101S | 280.00 | 0.15 | 42.00 | COPY CHARGES | 26579974 |
| 11/17/2010 | | Invoice=732623 | | 280.00 | 0.10 | 28.00 | | |
| | | | | | | | | |
| 08/03/2010 | 5347 | JAN E. REED | 107S | 1.00 | 26.63 | 26.63 | RCVD:SQUIRE, SANDERS & DEMPSEY L/K. DAVID LINDNE | 26598132 |
| 11/17/2010 | | Invoice=732623 | | 1.00 | 26.63 | 26.63 | TRACKING#:1Z3925670196399915 | |
| | | | | | | | | |
| 08/08/2010 | 4356 | DAVID A. GEIGER | 111Z | 1.00 | 13.67 | 13.67 | MEALS | 26589819 |
| 11/17/2010 | | Invoice=732623 | | 1.00 | 13.67 | 13.67 | FOOD | |
| | | Voucher=1788227 Paid | | | | | Vendor=DAVID A. GEIGER  Balance= .00  Amount= 1258.07 | |
| | | | | | | | | |
| 08/09/2010 | 4356 | DAVID A. GEIGER | 110Z | 1.00 | 775.40 | 775.40 | OUT OF TOWN TRAVEL | 26589818 |
| 11/17/2010 | | Invoice=732623 | | 1.00 | 775.40 | 775.40 | AIRLINE TICKET | |
| | | Voucher=1788227 Paid | | | | | Vendor=DAVID A. GEIGER  Balance= .00  Amount= 1258.07 | |
| | | | | | | | | |
| 08/10/2010 | 4356 | DAVID A. GEIGER | 110Z | 1.00 | 458.42 | 458.42 | OUT OF TOWN TRAVEL | 26589817 |
| 11/17/2010 | | Invoice=732623 | | 1.00 | 458.42 | 458.42 | HOTEL | |
| | | Voucher=1788227 Paid | | | | | Vendor=DAVID A. GEIGER  Balance= .00  Amount= 1258.07 | |
| | | | | | | | | |
| 08/10/2010 | 4356 | DAVID A. GEIGER | 111Z | 1.00 | 10.58 | 10.58 | MEALS | 26589820 |
| 11/17/2010 | | Invoice=732623 | | 1.00 | 10.58 | 10.58 | FOOD | |
| | | Voucher=1788227 Paid | | | | | Vendor=DAVID A. GEIGER  Balance= .00  Amount= 1258.07 | |
| | | | | | | | | |
| 08/10/2010 | 4356 | DAVID A. GEIGER | 109Z | 1.00 | 32.00 | 32.00 | LOCAL TRAVEL | 26590703 |
| 11/17/2010 | | Invoice=732623 | | 1.00 | 32.00 | 32.00 | PARKING AT AIRPORT | |
| | | Voucher=1788523 Paid | | | | | Vendor=DAVID A. GEIGER  Balance= .00  Amount= 32.00 | |
| | | | | | | | | |
| 08/10/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 16:07 1-480-970-2100 | 26597014 |
| 11/17/2010 | | Invoice=732623 | | 1.00 | 1.45 | 1.45 | 74063 | |
| | | | | | | | | |
| | | BILLED TOTALS:   WORK: | | | | 1,360.15 | 8 records | |
| | | BILLED TOTALS:   BILL: | | | | 1,346.15 | | |
| | | | | | | | | |
| | | GRAND TOTAL:   WORK: | | | | 1,360.15 | 8 records | |
| | | GRAND TOTAL:   BILL: | | | | 1,346.15 | | |

## Supplemental Information Sheet

**Expenses for Middle Mountain (04406.0222)**
**Timekeeper: D. Geiger**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 8/8/10 | $13.67 | MEAL | Meal related to travel to Phoenix, Arizona for APS mediation. | Attached |
| 8/9/10 | $775.40 | OUT OF TOWN TRAVEL - Coach Airfare: Delta Flight 2515 to Phoenix, Arizona; Delta Flight 1446 to Atlanta, Georgia | Coach airfare related to travel to Phoenix, Arizona for APS mediation. | Attached |
| 8/10/10 | $458.42 | OUT OF TOWN TRAVEL - Hotel and Meals | Hotel accommodations for two nights related to travel to Phoenix, Arizona for APS mediation. | Attached |
| 8/10/10 | $10.58 | MEAL | Meal related to travel to Phoenix, Arizona for APS mediation. | Attached |
| 8/10/10 | $32.00 | LOCAL TRAVEL - Parking at Airport | Parking fee related to travel to Phoenix, Arizona for APS mediation. | Attached |

```
              HMSHost
       T3 North Blue Burrito
Phoenix Sky Harbor Int'l Airport

9224 MARIA
-----------------------------------
2618 AUG10'10  6:48AM
-----------------------------------

                          6.99
 BRK WORKS
   Sml HOT SALSA
   See Server
1 Sml WATER 1 LTR         2.69
XXXXXXXXXXXXXXX          XX/XX
AMEX      A3             10.58

Subtotal                 9.68
Tax                      0.90
Amt Paid              10.58
              HMSHost
       T3 North Blue Burrito
   ......Harbor Int'l Airport
 oer
```

```
HMSHOST
WOLFGANG PUCKS KIOSK B
ATLANTA HARTSFIELD INT'L AIRPORT
CHECK:        2316
SERVER:    15684 APRIL
DATE:       AUG08'10  6:36PM
CARD TYPE:  AMEX       A3
ACCT #:    XXXXXXXXXXX2007
EXP DATE:   XX/XX
AUTH CODE:  572736
        DAVID A GEIGER

TOTAL:             13.67

TIP: _____

TOTAL: _____

X _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
...HER'S AGREEMENT.
```

## Geiger, David

**From:** DeltaElectronicTicketReceipt@delta.com
**Sent:** Wednesday, August 04, 2010 4:59 PM
**To:** Geiger, David
**Subject:** DAVID G ATLANTA 08AUG10





(Scan this barcode at a Delta Self-Service Kiosk to access
your reservation.)

## Your Receipt and Itinerary

DAVID GEIGER
404 8TH ST NE
ATLANTA GA 30309

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

Speed through the airport. Check-in online
for your flight.                    ---> Check-In

## Flight Information

```
DELTA CONFIRMATION #:  PGQ93R
TICKET #:  00623311972555

                                 Bkng                            Meals/  Seat/
Day Date      Flight      Status Class      City        Time     Other   Cabin
--- ----      ------      ------ -----      ----        ----     ------  -------
Sun 08AUG DELTA 2515      OK     H     LV ATLANTA       714P     F       27E
                                       AR PHOENIX       815P             COACH

Tue 10AUG DELTA 1446      OK     H     LV PHOENIX       715A     F       28E
                                       AR ATLANTA       204P             COACH
```

Check your flight information online at delta.com or call the Delta Flightline at **800-325-1999**.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.
Please review Delta's check-In Requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for

Key to Terms
# - Arrival date different than
  departure date
** - See Seats on delta.com
*** - Multi meals
*$$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels/Beverages

8/10/2010

travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit http://SafeTravel.dot.gov.

Do you have comments about our service? Please email us to share them with us.

D - Dinner
F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments - Complimentary
S - Snack
T - Cold meal
V - Snacks for Sale

## Passenger Information

DAVID GEIGER
SkyMiles Number: *******172

## Billing Details

## Receipt Information

Fare Details: ATL DL PHX350.70HA03A0NJ DL ATL350.70HA03A0NJ USD701.40END ZP A
TLPHX XF ATL4.5PHX4.5

Fare:         701.40 USD          Form of Payment   AX**********72007
Tax:           74.00 TX
Total:        775.40 USD

NON-REF/$CHANGE FEE

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

### Detailed Tax Information

### Total Tax: 74.00 USD

| XF | 9.00 | ZP | 7.40 | AY | 5.00 | US | 52.60 |

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.

TICKET #:   00623311972555
Issue Date:  08/04/10  Expiration: 08/04/11
Place of Ticket Issue:  WWWRES
Issuing Agent Id:  DL/WW
Ticket Issue date:   04AUG10
Not Transferable

8/10/2010

W Scottsdale
7277 East Camelback Road
Scottsdale, AZ 85251
480-970-2100 / 480-970-2125
http://www.starwood.com/



# W
## HOTELS

| Geiger, David | Page Number | 3 | Invoice Nbr | 1000024030 |
| 404 8th Street, Ne | Guest Number | 116310 | Arrive Date | 08-08-2010 |
| Atl, GA 30309 | Folio ID | A | Depart Date | 08-10-2010 |
| | No. Of Guest | 1 | | |
| | Room Number | 335 | | |
| | Club Account | SPG - A42320723579 | | |
| | Time | 08-10-2010 13:20 | | |

### Duplicate Invoice

**EXPENSE SUMMARY REPORT**

Currency: USD

| Date | Room & Tax | Food & Bev. | Telecom | Other | Total | Payment |
|------|-----------|-------------|---------|-------|-------|---------|
| 08-08-2010 | $205.71 | $0.00 | $0.00 | $0.00 | $205.71 | $0.00 |
| 08-09-2010 | $205.71 | $5.08 | $0.00 | $0.00 | $210.79 | $0.00 |
| 08-10-2010 | $0.00 | $-5.08 | $0.00 | $47.00 | $41.92 | $-458.42 |
| Total | $411.42 | $0.00 | $0.00 | $47.00 | $458.42 | $-458.42 |

W Scottsdale
7277 East Camelback Road
Scottsdale, AZ 85251
480-970-2100 / 480-970-2125
http://www.starwood.com/



# W

## HOTELS

| | | | |
|---|---|---|---|
| Geiger, David | Page Number | 1 | Invoice Nbr | 1000024030 |
| 404 8th Street, Ne | Guest Number | 116310 | Arrive Date | 08-08-2010 |
| Atl, GA 30309 | Folio ID | A | Depart Date | 08-10-2010 |
| | No. Of Guest | 1 | | |
| | Room Number | 335 | | |
| | Club Account | SPG - A42320723579 | | |
| | Time | 08-10-2010 13:20 | | |

Duplicate Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 08-08-2010 | RT335 | Room Charge | $179.00 | |
| 08-08-2010 | RT335 | Occupancy Tax | $26.71 | |
| 08-09-2010 | 000050 | Munchie Bar | $5.08 | |
| 08-09-2010 | RT335 | Room Charge | $179.00 | |
| 08-09-2010 | RT335 | Occupancy Tax | $26.71 | |
| 08-10-2010 | 85634 | Execucar | $47.00 | |
| 08-10-2010 | ai | Munchie Bar | | $-5.08 |
| 08-10-2010 | AX | American Express | | $-458.42 |
| | | ** Total | $463.50 | $-463.50 |
| | | ** Balance | $0.00 | |
| **** | | | $0.00 | |

Continued on the next page

W Scottsdale
7277 East Camelback Road
Scottsdale, AZ 85251
480-970-2100 / 480-970-2125
http://www.starwood.com/



# W

## HOTELS

| | | | | | |
|---|---|---|---|---|---|
| Geiger, David | Page Number | 2 | Invoice Nbr | 1000024030 |
| 404 8th Street, Ne | Guest Number | 116310 | Arrive Date | 08-08-2010 |
| Atl, GA 30309 | Folio ID | A | Depart Date | 08-10-2010 |
| | No. Of Guest | 1 | | |
| | Room Number | 335 | | |
| | Club Account | SPG - A42320723579 | | |
| | Time | 08-10-2010 13:20 | | |

Duplicate Invoice

```
                                                          0.00
                                                          0.00
                                                          0.00
                                                          0.00
                                                          0.00
```

G.S.T. # RT


Your SPG Account A42320723579 earned at least 716 Starpoints. Get
10,000 more with the SPG Credit Card.  spg.com/axpcard

Were all your wishes granted?Just let me
know,gmleonyoung@whotels.com. Explore a World of Wonder 24/7/365 at
wresidences.com


Signature_____

Hartsfield-Jackson Int'l Airport

P.O. Box 20786
Atlanta, GA 30320
Attn: Customer Service Department
(404) 530-6725
Fax: (404) 669-4082

Shift/Seq. #:    179/5040
Entry lane 10:   08/08/10 05:49 pm
Payment lane 97: 08/10/10 03:21 pm

PURCHASE

Amount: $32.00

Card:       $32.00 Approved
Visa ...8835
Expiration:    **/**
Authorization: 005427
LPA:           6386
Sequence:      22

Exit Before 08/10/10 03:51 pm
Or Additional Charges May Apply

Thank You And Have A Nice Day