# EXHIBIT F

# Proposed Form of Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                      :

In re                                       :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :         08-13555 (JMP)

                        Debtors.            :         (Jointly Administered)
------------------------------------------------------------------x

### ORDER AWARDING INTERIM COMPENSATION AND
### REIMBURSEMENT OF EXPENSES TO McKENNA LONG & ALDRIDGE LLP

       Upon consideration of the Sixth Application of McKenna Long & Aldridge LLP for Allowance of Compensation and Reimbursement of Expenses (the "Sixth Interim Fee Application"), dated December 14, 2010, relating to the above-referenced bankruptcy case for the period from June 1, 2010 through September 30, 2010 (the "Sixth Interim Period") for the (i) allowance of compensation for professional services performed by McKenna Long & Aldridge LLP ("McKenna") during the Sixth Interim Period in the total amount of $460,318.50; (ii) allowance of McKenna's actual and necessary expenses incurred during the Sixth Interim Period in the total amount of $25,608.10; and (iii) payment of the twenty percent (20%) holdback withheld from payments of the Monthly Fee Statements, and after notice and hearing thereon, and sufficient cause appearing therefore, and capitalized terms used in this Order being given the same meanings as are ascribed to those terms in the Sixth Interim Fee Application, it is hereby

       ORDERED that the Sixth Interim Fee Application is hereby granted; and it is further

       ORDERED that McKenna is authorized to apply against such amounts the amounts previously paid to it in respect of the Sixth Interim Period pursuant to the Fee

Committee Order and the Third Amended Interim Compensation Procedures Order; and it is further

ORDERED that the Debtors pay to McKenna the twenty percent (20%) holdback withheld from the payment of Monthly Statements in the amount of $92,063.70.

This _____ day of _____, 2011.

_____
JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE


Prepared and presented by:

McKENNA LONG & ALDRIDGE LLP

/s/ Christopher F. Graham
Christopher F. Graham
230 Park Avenue
New York, New York  10169
Telephone: (212) 922-1800
Facsimile:  (212) 922-1819
Email:      cgraham@mckennalong.com

- and -

/s/ Charles D. Weiss
Charles D. Weiss
303 Peachtree Street, N.E., Suite 5300
Atlanta, Georgia  30308
Telephone: (404) 527-4000
Facsimile:  (404) 527-4198
Email:      cweiss@mckennalong.com

2