## EXHIBIT A

### Pending Settlements[1]

(1) Voucher Trade
(2) Sweet River Foreign Tax Credit Issue
(3) Brazil Foreign Tax Credit Issue
(4) Lease Buy-Out Issue
(5) Mark-to-Market Issue
(6) Stockholm I
(7) Stockholm II
(8) Stockholm NAB
(9) Delta
(10) HBOS
(11) NAB
(12) Quattro
(13) Olympic
(14) Ballybunion
(15) Lomond
(16) Promoter Audit
(17) R&E Credits
(18) Section 265(a)(2) Interest Cost to Carry
(19) Fuel Credits
(20) DRD
(21) Indymac
(22) PAMI
(23) Distressed Assets

---

[1] These Pending Settlements are identified by the names that LBHI and the IRS have been using to refer to the issues during the IRS's audit.