NIXON PEABODY LLP
Mark N. Berman
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000

*Counsel to Wellington Management Company, LLP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., <u>et al.</u>, ) | |
| ) | Case No. 08-13555 (JMP) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## CERTIFICATE OF SERVICE

    I, Ann Chernicoff, hereby certify that I have caused to be served the *Limited Objection of Wellington Management Company, LLP to the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties* on each party listed on **Exhibit A** by Federal Express on December 8, 2010.

Dated: Boston, Massachusetts
       December 8, 2010

                              By:    /s/ Ann Chernicoff

13267260.1

**Exhibit A**
**Service List**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
  Attn: Lori R. Fife
        Robert J. Lemons
        Richard P. Krasnow
        Shai Y. Waisman
        Jacqueline Marcus

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178
  Attn:  Steven J. Reisman
         P. Harrison III

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004
  Attn:  Andy Velez-Rivera
         Paul Schwartzberg
         Brian Masumoto
         Linda Rifkin
         Tracy Hope Davis

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005
  Attn:  Dennis F. Dunne
         Dennis O'Donnell
         Evan Fleck

Cleary Gottlieb LLP
One Liberty Plaza
New York, NY  10006
  Attn:  Lindsee P. Granfield
         Lisa Schweiger

Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
  Attn:  Robinson  B. Lacy
         Hydee R. Feldstein

NIXON PEABODY LLP
Mark N. Berman
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000

*Counsel to Wellington Management Company, LLP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., ) | |
| ) | Case No. 08-13555 (JMP) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## CERTIFICATE OF SERVICE

    I, Ann Chernicoff, hereby certify that I have caused to be served the *Limited Objection of Wellington Management Company, LLP to the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties* on each party listed on **Exhibit A** by Federal Express on December 8, 2010.

Dated: Boston, Massachusetts
       December 8, 2010

                         By:   /s/ Ann Chernicoff

13267260.1

**Exhibit A**
**Service List**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
  Attn: Lori R. Fife
        Robert J. Lemons
        Richard P. Krasnow
        Shai Y. Waisman
        Jacqueline Marcus

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178
  Attn:  Steven J. Reisman
         P. Harrison III

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004
  Attn:  Andy Velez-Rivera
         Paul Schwartzberg
         Brian Masumoto
         Linda Rifkin
         Tracy Hope Davis

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005
  Attn:  Dennis F. Dunne
         Dennis O'Donnell
         Evan Fleck

Cleary Gottlieb LLP
One Liberty Plaza
New York, NY  10006
  Attn:  Lindsee P. Granfield
         Lisa Schweiger

Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
  Attn:  Robinson  B. Lacy
         Hydee R. Feldstein