# Exhibit A

|   | Trust (Trust ID) | Derivative Contract |
|---|---|---|
| 1 | Conseco Finance Corporation Manufactured Housing Contract Senior/Subordinate Pass-Through Certificates Series 2001-4 (121301CFSC) | Confirmation, dated December 18, 2001, between Trust and LBFP (incorporated 2000 ISDA Master Agreement) |
| 2 | Conseco Finance Corporation Manufactured Housing Contract Senior/Subordinate Pass-Through Certificates Series 2002-1 (040502CONS) | Confirmation, dated April 11, 2002, between Trust and LBFP (incorporated 2000 ISDA Master Agreement) |
| 3 | Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2005-2 | Confirmation, dated November 30, 2005, between Trust and LBSF (incorporated 2000 ISDA Master Agreement) |
| 4 | Lehman XS Trust Mortgage Pass Through Certificates, Series 2005-9N (121605LEHM) | Confirmation, dated December 30, 2005, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |
| 5 | Structured Asset Securities Corporation, Series 2005-RF2 (051705SRF2) | Confirmation, dated May 26, 2005, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |
| 6 | Structured Asset Securities Corporation, Series 2005-RF3 (072705SASC) | Confirmation, dated July 28, 2005, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |
| 7 | Structured Asset Securities Corporation, Series 2005-RF4 (082505SASC) | Confirmation, dated August 30, 2005, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |
| 8 | Supplement Interest Trust, Structured Asset Securities Corporation, Series 2008-1 (012408STRU) | Confirmation, dated January 30, 2008, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |
| 9 | Structured Asset Securities Corporation, Series 2005-RF6 (112905SAS6) | Confirmation, dated November 29, 2005, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |

|    | **Trust** <br> **(Trust ID)** | **Derivative Contract** |
|----|---|---|
| 10 | Structured Asset Securities Corporation, Series 2006-RF2 (072706SASC) | Confirmation, dated July 31, 2006, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |
| 11 | Structured Asset Securities Corporation, Series 2006-RF4 (111706LEHM) | Confirmation, dated December 7, 2006, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |
| 12 | Structured Asset Securities Corporation Mortgage Loan Trust mortgage Pass-Through Certificates, Series 2007-RF1 (032807LEH6) | Confirmation, dated March 30, 2007, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |
| 13 | Structured Asset Securities Corporation Mortgage Loan Trust, Series 2007-RF2 (112707LE10) | Confirmation, dated November 30, 2007, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |
| 14 | Structured Asset Securities Corporation, Series 2005-RF5 (092305SRF5) | Confirmation, dated September 29, 2005, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |
| 15 | Supplemental Interest Trust, Structured Asset Securities Corporation, Series 2007-4 (082807STRU) | Confirmations, dated June 28, 2007, September 18, 2007, November 19, 2007, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |
| 16 | Structured Asset Securities Corporation, Series 2005-RF7 (120705STRU) | Confirmation, dated December 23, 2005, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |
| 17 | Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-RF1 (0411055RF1) | Confirmation, dated April 27, 2005, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |
| 18 | Lehman XS Trust Mortgage Pass Through Certificates, Series 2006-12N (072706LEHM) | Confirmation, dated July 31, 2006, between Trust and LBSF (incorporated 1992 ISDA Master Agreement) |

Exhibit B