**usbank**®      All of **us** serving you™

*THIS TRANSMITTAL CONTAINS IMPORTANT INFORMATION THAT IS OF INTEREST TO THE BENEFICIAL OWNERS OF THE SUBJECT SECURITIES. IF APPLICABLE, ALL DEPOSITORIES, CUSTODIANS AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE ARE REQUESTED TO EXPEDITE RE-TRANSMITTAL TO SUCH BENEFICIAL OWNERS IN A TIMELY MANNER.*

NOTICE TO THE HOLDERS OF CERTIFICATES OF:

**Structured Asset Securities Corporation Mortgage Loan Trust  Mortgage Pass-Through Certificates, Series 2007-RF2 (the** *"Transaction"***);**

**Cusip Nos.**
**86365CAA9**
NOTICE OF CERTAIN DEVELOPMENTS RELATING TO THE SWAP CONFIRMATIONS
(Notice Date: August 27, 2010)

_____

Reference is made to (i) that certain Trust Agreement dated as of November 1, 2007 by and between Securities Asset Securities Corporation, Depositor and U. S. Bank National Association as Trustee for those certain Series 2007-RF2 Pass Through Certificates (the *"Trust Agreement"*), and (ii) those certain Cap Corridor Confirmations dated as of November 30, 2007 for the following classes of certificates: **1A-1**(the *"Swap Confirmation"*). Any capitalized terms used herein and not otherwise expressly defined shall have the respective meanings assigned to such terms in the related transaction documents.

YOU ARE HEREBY NOTIFIED of the following:

The Trustee entered into those certain Swap Confirmations pursuant to the terms of the Trust Agreement. The Swap Agreements are cap corridor transactions entered into by the Trustee on behalf of the Trust and provide for, among other things, a Floating Payment to be paid by Lehman Brothers Special Financing Inc., or an affiliate thereof, calculated in a manner set forth in each Confirmation, in the event one-month USD-LIBOR-BBA exceeds a specified rate set forth in the respective Confirmation.

On September 15, 2008, Lehman Brothers Holdings Inc. (*"LBHI"*) filed a voluntary petition seeking relief under Chapter 11 of 11 U.S.C. §101 *et seq*. (the *"Bankruptcy Code"* and the proceeding the *"Lehman Bankruptcy Proceeding"*); thereafter on October 3, 2008 Lehman Brothers Special Financing Inc. (*"LBSF"*) filed its voluntary proceeding on October 3, 2008; on the same date or thereafter, other debtor subsidiaries and affiliates filed bankruptcy proceedings (collectively, the *"Debtors"*) all of which

proceedings are jointly administered under *In re: Lehman Brothers Holdings, Inc.*, Bankruptcy Case No.: 08-13555 (JMP). An Event of Default exists under the Swap Agreement by virtue of the voluntary bankruptcy petitions filed first by LBHI and thereafter by LBSF. The Swap Confirmations, however, were not terminated. No payments have been due from LBSF since the petition date, but the Swap Confirmations terminate on and after March 25, 2017 and therefore it is possible that a payment may ultimately be due under one or more of the Swap Confirmations prior to their terminations. The Trustee filed Proofs of Claims for the Swap Confirmations on or before the Bar Date established in the Lehman Bankruptcy Proceedings.

Lehman Brothers Special Financing Inc. has approached the Trustee about resolving the claims that the Trustee has filed on behalf of the Trust in connection with these Swap Confirmations. The Trustee would like to obtain the direction and instruction of the appropriate certificateholders prior to entering into any resolution with respect to such transactions. As a result the Trustee is seeking the identity of Certificateholders. Prior to acting on any direction or instruction, the Trustee requires that any directing holder of Certificates complete the certificate of beneficial interest and return such certificate to the Trustee as provided in Exhibit A hereto which sets forth each Certificateholder's contact information and the original and current principal amount held by you as a Certificateholder and return the certificate of beneficial interest to the address set forth below:

Julie A. Kirby
U.S. Bank National Association
Corporate Trust Services
EX-MA-FED
1 Federal St. Boston, MA  02111
Phone:  617-603-6576
email:  Julie.kirby@usbank.com

Please respond by contacting the Trustee and/or providing a certificate of beneficial interest by **September 13, 2010**.

The Trustee reserves all rights under the transactional documents, including without limitation the terms of the Trust Agreement, which provides, among other things, that the fees and expenses incurred by the Trustee shall have a first-priority claim upon the Trust Property. In addition to other indemnified amounts, amounts owing to the Trustee may include, but are not limited to, compensation for Trustee time spent, and the fees and costs of counsel and other agents it employs, to pursue remedies or other actions to protect the security or other interests of holders.

Please be aware that to the extent the Trustee receives inquiries, the Trustee may conclude that a specific response to particular inquiries from individual Certificateholders is not consistent with equal and full dissemination of information to all Certificateholders. In any event, Certificateholders should not rely on the Trustee as their sole source of information. Further information concerning the Lehman Bankruptcy Proceeding can be obtained from the Lehman Bankruptcy Website at http://www.Lehman-Docket.com. The Trustee makes no recommendations and does not give advice. Each Certificateholder should seek investment, legal, tax and other necessary advice from its own advisors and based on its own circumstances.

-3-

Recipients of this notice are cautioned that this notice is not evidence that the Trustee will recognize the recipient as a Certificateholder.  Under the Trust Agreement, the Trustee is required only to recognize and treat the person in whose name a Certificate is registered on the registration books maintained by the Trustee as a Certificateholder.

U.S. Bank National Association,
as Trustee

# CERTIFICATION OF BENEFICIAL OWNERSHIP OF

## Structured Asset Securities Corporation Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2007-RF2

**Complete and sign (with signature guarantee) Section A and Section B and return to:**

Julie A. Kirby
U.S. Bank National Association
Corporate Trust Services
EX-MA-FED
1 Federal St. Boston, MA   02111
Phone:  617-603-6576
email:  Julie.kirby@usbank.com

**Capitalized terms have the meanings given to them in the Trust Agreement for the above-referenced securities, more particularly identified below.**

### A. EXECUTION BY BENEFICIAL OWNER

The undersigned beneficial owner hereby represents and warrants that it is a beneficial owner of the Certificates described below and is duly authorized to deliver this Certification to the Trustee, and that such power has not been granted or assigned to any other Person.

Name of Beneficial Owner: _____
Address: _____
Contact Person Name: _____
Phone: _____
Fax: _____
E-mail: _____
Custodian/DTC Participant Name: _____
DTC Participant No.: _____

| Certificate and/or Class | Cusip | Original Principal Amount Held |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**The Trustee is hereby authorized to disclose to other Certificateholders or beneficial owners, the other transaction parties in the Structured Asset Securities Corporation Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2007-RF2 transaction, and any court in which a**

sasco 2007-RF2 cl 1a1.doc
1697028

**related legal proceeding may be commenced, the existence, but not the amounts, of the undersigned's holdings in the Certificates.**

**[PLEASE CHECK ONE:]   Yes:_____ ; No:_____ .**

Signature[1]:_____
(Print Name of Authorized Signatory):_____
Title:_____
Date:_____

*Signature Guaranteed:*

_____
*Participant in a Recognized*
*Signature Guarantee Medallion*
*Program*

### B. EXECUTION BY NOMINEE OR INTERMEDIARY/ADVISOR

The undersigned hereby represents and warrants that it is the nominee or intermediary/advisor for the beneficial owner indicated below with respect to the Certificate position described below, and that such beneficial owner has granted to the undersigned the power and authority to deliver this Certification to the Trustee on behalf of such beneficial owner, and that such power has not been granted or assigned to any other Person.

Name of Nominee or Intermediary/Advisor:_____
Address:_____
Contact Person Name:_____
Phone:_____
Fax:_____
E-mail:_____
Name of Beneficial Owner(s):_____
Class and CUSIP No. of Certificates Owned:_____
DTC Participant Name:_____
DTC Participant No.:_____

| Certificate and/or Class | Cusip | Original Principal Amount Held |
|---|---|---|
|  |  |  |
|  |  |  |

---

[1] *The execution of this Certification should be confirmed by a signature guarantee by a recognized participant in the Securities Transfer Agents Medallion Program, the New York Stock Exchange Medallion Signature Program, the Stock Exchange Medallion Program or another similar medallion stamp signature guarantee program acceptable to the Trustee.*

|  |  |  |
|--|--|--|
|  |  |  |

**The Trustee is hereby authorized to disclose to other Certificateholders or beneficial owners, the other transaction parties in the Structured Asset Securities Corporation Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2007-RF2 transaction, and any court in which a related legal proceeding may be commenced, the existence, but not the amounts, of the undersigned's holdings in the Certificates.**

**[PLEASE CHECK ONE:]   Yes:_____; No:_____.**

Signature[2]:_____
(Print Name of Authorized Signatory):_____
Title:_____
Date:_____

*Signature Guaranteed:*

_____

*Participant in a Recognized*
*Signature Guarantee Medallion*
*Program*

---

[2]    *See footnote 1 above.*

-3-