**CERTIFICATE OF SERVICE**

I, James M. Heiser, an attorney, hereby certify that prior to 4:00 pm EST on the 14th day of December 2010, I caused a true and correct copy of the **Affidavit of Brand Hosford in Connection with the Motion of the Debtors Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(b) for Authorization and Approval of the Settlement Between Lehman Brothers Financial Products Inc., Madison Avenue Structured Finance CDO I Ltd., Madison Avenue Structured Finance CDO I, Corp., Metlife Investment Advisors Company LLC, and U.S. Bank National Association,** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Honorable James M. Peck
United States Bankruptcy Court for the
   Southern District of New York
Courtroom 601
One Bowling Green
New York, NY  10004

Shai Y. Waisman, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Jacqueline Marcus, Esq.
Harvey R. Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee for the
   Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Luc A. Despins
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY  10006

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

Terry S. Arbit
Robert B. Wasserman
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC  20581

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL  20581

2927635.01.01.doc

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004

Ronald J. Silverman
Steven Wilamowsky
Bingham McCutchen, LLP
399 Park Avenue
New York, NY  10022-4689

Jessica L. Fink
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Thomas R. Slome
Meyer, Suozzi, English & Klein, P.C.
900 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY  11530

Madlyn Gleich Primoff
Scott D. Talmadge
Richard Choi
Kaye Scholer, LLP
425 Park Avenue
New York, NY  10022

Paul Aronzo
Gregory Bray
Milbank, Tweed, Hadley & McCloy
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017

Assistant United States Attorney, SDNY
Attn:  Robert Yalen, Esq.
86 Chambers Street
3rd Floor
New York, NY  10007

Internal Revenue Service
Special Procedures Branch
Attn:  District Director
290 Broadway
New York, NY  10007

/s/ James M. Heiser
_____
James M. Heiser