UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## SUMMARY STATEMENT FOR SECOND INTERIM FEE APPLICATION OF SUTHERLAND ASBILL & BRENNAN LLP AS SPECIAL COUNSEL FOR DEBTORS FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY OUT-OF-POCKET EXPENSES INCURRED

### SECOND INTERIM APPLICATION

| | |
|---|---|
| Name of Applicant: | Sutherland Asbill & Brennan LLP |
| Time Period: | June 1, 2010 through September 30, 2010 |
| Role in the Case: | Special Tax Counsel to the Debtors |
| Current Application: | Total Fees Requested:      $108,358.00 |
| | Total Expenses Requested:   $    833.42 |
| Prior Applications: | First Interim Application, August 13, 2010 |

## Professional Hours Billed During Interim Fee Period

### Partners and Of Counsel

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Friedman, Jeffrey | 1995 | Partner | 6.0 | 600 | 3,600.00 |
| Jones, Kendall C. | 1976 | Of Counsel | 5.6 | 600 | 3,360.00 |
| Libin, Jerome B. | 1961 | Partner | 39.5 | 800 | 31,600.00 |
| Ocasal, Christopher | 1993 | Partner | 29.3 | 660 | 19,338.00 |
| Sparagna, Giovanna | 1980 | Partner | 32.6 | 740 | 24,124.00 |
| Tello, Carol P. | 1981 | Partner | 36.3 | 580 | 21,054.00 |
| TOTAL: | | | 149.3 | | $103,076.00 |

### Associates

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Atkins, Zachery | 2009 | Associate | 1.3 | 280 | 364.00 |
| Perkins, Leni C. | 2007 | Associate | 0.9 | 320 | 288.00 |
| Rudinsky, Jason M. | 2004 | Associate | 4.0 | 370 | 1,480.00 |
| TOTAL: | | | 6.2 | | $   2,132.00 |

### Law Clerks

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Hellerstein, Margaret | | Law Clerk | 17.5 | 180 | $   3,150.00 |
| TOTAL: | | | 17.5 | | 3,150.00 |

## Summary of Professionals

| Professional Title | Blended Rate | Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Of Counsel | $ 690 | 149.3 | $ 103,076.00 |
| Associates | 344 | 6.2 | 2,132.00 |
| Law Clerks | 180 | 17.5 | 3,150.00 |
| TOTAL: | $ 626 | 173.0 | $ 108,358.00 |

## Professional Services Rendered by Project Category During Interim Fee Period

| Client Number | Matter Number | Project Category | Hours Billed | Amount |
|---|---|---|---|---|
| 29779 | 0001 | Tax | 2.9 | $ 2,320.00 |
| 29779 | 0004 | Tax | 23.5 | 6,750.00 |
| 29779 | 0005 | Tax | 1.3 | 364.00 |
| 29779 | 0006 | Tax | 0.5 | 400.00 |
| 29779 | 0007 | Tax | 61.3 | 42,736.00 |
| 29779 | 0008 | Tax | 60.9 | 42,290.00 |
| 29779 | 0010 | Tax | 9.2 | 6,050.00 |
| 29779 | 0011 | Tax | 13.4 | 7,448.00 |
| | TOTAL: | | 173.00 | $ 108,358.00 |

## Out-of-Pocket Expenses Incurred During Interim Fee Period

| | |
|---|---|
| Meals:  Client Meetings: | $ 670.27 |
| Online Legal Research: | 128.15 |
| Photocopies: | 35.00 |
| TOTAL: | $ 833.42 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**SECOND INTERIM FEE APPLICATION OF SUTHERLAND ASBILL & BRENNAN LLP, AS A SECTION 327(e) PROFESSIONAL, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING THE PERIOD FROM JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

Sutherland Asbill & Brennan LLP ("Sutherland"), special tax counsel to Lehman

Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11

cases (collectively, the "Debtors"), files its Second Interim Fee Application (the "Application")

pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy

Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

seeking compensation for professional services rendered and the reimbursement of actual and

necessary expenses incurred in connection with its representation of the Debtors during the

period from June 1, 2010 through September 30, 2010 (the "Compensation Period"). In support

of its Application, Sutherland respectfully states the following:

## JURISDICTION

1.      This Court has jurisdiction to consider the Application pursuant to 28 U.S.C.

sections 157 and 1334. Consideration of the Application is a core proceeding pursuant to 28

U.S.C. section 157(b)(2). Venue of this case is proper in this district pursuant to 28 U.S.C.

sections 1408 and 1409.  The statutory predicates for the relief requested herein are sections 330

and 331 of the Bankruptcy Code.

## GENERAL BACKGROUND

2.      Commencing on September 15, 2008 and periodically thereafter (as applicable,

the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have

been consolidated for procedural purposes only and are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage

their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code.

3.      On September 17, 2008, the United States Trustee for the Southern District of

New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors

pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

4.      On September 19, 2008, a proceeding was commenced under the Securities

Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI").  A

trustee appointed under SIPA is administering LBI's estate.

5.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner

(the "Examiner") in the above-referenced chapter 11 cases and, by order dated January 20, 2009

[Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.

6.      On May 26, 2009, the Court appointed a fee committee ("Fee Committee") and

approved a fee protocol ("Fee Protocol") in the above-referenced chapter 11 cases.  [Docket No.

3651].

7.     Additional information regarding the Debtors' businesses, capital structures, and the circumstances leading to the commencement of these chapter 11 cases is contained in the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, filed on September 15, 2008 [Docket No. 2].

## RETENTION OF SUTHERLAND

8.     Sutherland began performing legal services on behalf of the Debtors as an Ordinary Course Professional pursuant to this Court's *Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business,* (the "OCP Order"), dated November 5, 2008 [Docket No. 1394]. In accordance with the procedures set forth in the OCP Order, Sutherland's retention became effective as of July 11, 2009. [Docket No. 4259].

9.     On April 23, 2010, the Debtors submitted to this Court an *Application of the Debtors Pursuant to Section 327(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Sutherland Asbill & Brennan LLP as Special Tax Counsel,* Nunc Pro Tunc *to April 1, 2010.* On May 6, 2010, this Court entered an order granting the Debtors' application. [Docket No. 8864].

## SUMMARY OF PROFESSIONAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES REQUESTED

10.     Sutherland has prepared this Application in accordance with the *Amended Guidelines for Fees and Disbursements of Professionals in Southern District of New York Bankruptcy Cases,* adopted by the Court on April 19, 1995 (the "Local Guidelines"); the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. section 330,* adopted on January 30, 1996 (the "UST

Guidelines"); the *Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Docket No. 4165]; and this Court's *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651] (the "Fee Protocol Order," and together with the Local Guidelines, the UST Guidelines, and the Interim Compensation Order, the "Guidelines"). Pursuant to the Local Guidelines, a certification regarding compliance with the Guidelines is annexed hereto as Exhibit A.

11.     During the Compensation Period, Sutherland professionals expended a total of 173.0 hours rendering services to the Debtors. Sutherland seeks the allowance of compensation for such services in the amount of $108,358.00, (of which $56,324.00 has been paid) and for reimbursement of actual and necessary expenses incurred in connection with such services in the amount of $833.42 (of which $716.86 has been paid).

12     Except as noted in paragraph 11, during the Compensation Period Sutherland has received no payment and no promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Sutherland and any other person for the sharing of compensation to be received for services rendered in these cases.

13.     Sutherland's fees in these cases are billed in accordance with its billing rates and procedures as agreed upon with the Debtors and as in effect during the Compensation Period. The rates charged by Sutherland for the services rendered in these chapter 11 cases do not (and will not) exceed the rates Sutherland customarily charges for services rendered in comparable non-bankruptcy matters. Such fees, which resulted in a voluntary discount of $11,508 from

Sutherland's standard hourly charges during the Compensation Period, are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

14.    Pursuant to the UST Guidelines, annexed hereto as Exhibit B is a schedule setting forth:  (a) a list of all Sutherland professionals who have performed services in these chapter 11 cases during the Compensation Period; (b) the capacities in which each such individual is employed by Sutherland; (c) the agreed-upon hourly rate charged by Sutherland for services performed by each such individual; (d) the total amount of time spent by each such individual on behalf of the Debtors during the Compensation Period; (e) the total amount billed for such time; and (f) the year in which each professional was first admitted to the bar.

15.    Annexed hereto as Exhibit C is a schedule specifying the categories of expenses for which Sutherland is seeking reimbursement and the total amount of reimbursement requested for each such category.

16    Pursuant to the UST Guidelines, annexed hereto as Exhibit D is a summary by project category of the services performed by Sutherland during the Compensation Period.

17.    Sutherland has attempted to include in this Application all of its time and expenses relating to the Compensation Period.  Sutherland reserves the right to request in a future application any additional time charges and expense amounts relating to services rendered during the Compensation Period that are not reflected in this Application.

18.    Sutherland maintains computerized records of the time spent by all Sutherland professionals in connection with its representation of the Debtors.  Subject to redaction for attorney-client privilege where necessary to protect the Debtors and their estates, a reformatted version of such computerized records for the Compensation Period is annexed hereto as Exhibit

E.  A detailed explanation of Sutherland's disbursements for the Compensation Period is

annexed hereto as Exhibit F.

## SERVICES RENDERED BY SUTHERLAND

19.    A summary description of the services rendered by Sutherland during the

Compensation Period is set forth below:

### A.    2001 – 2007 Federal Income Tax Audits of LBHI and Affiliates

20.    Sutherland provided analysis and advice with respect to several issues that have

been raised by the Internal Revenue Service ("IRS") as part of its 2001 – 2007 federal income

tax audits of LBHI and its affiliates.  These issues, which relate mainly to the U.S. tax

consequences of certain transactions engaged in by LBHI and/or its affiliates, involve substantial

amounts of money and are quite technical in nature.  Sutherland's responsibility is to undertake a

thorough review and analysis of each issue and to provide LBHI with its independent assessment

and evaluation of the issue for purposes of determining LBHI's position and strategy in

settlement negotiations with the IRS.  During the Compensation Period, Sutherland analyzed the

position taken by the IRS on several different issues and LBHI's proposed response, and

contributed to the shaping of LBHI's final response and negotiating position.  As part of that

process, Sutherland also collaborated with the Debtors' primary tax counsel, Bingham

McCutchen, which has ultimate responsibility for the handling of each issue.

21.    As the tax issues in question are not matters of public knowledge, Sutherland is

not able to provide a detailed description of the transactions in question in the Application.  With

respect to those matters not settled at the administrative level, it is likely that litigation will

ensue, at which time the matters would become public.  Sutherland's evaluation and advice with

-6-

respect to each transaction takes into account the Debtors' objective of resolving the matter in the most expeditious manner possible and with the best possible result.

### B.   New York State and New York City Tax Matters

22.     Sutherland continued to advise LBHI with respect to certain New York State and New York City tax issues that are currently pending.  These issues are also not matters of public knowledge at this time and therefore cannot be disclosed in the Application.

### C.   Other Tax Advice

23.     Sutherland completed its advice to LBHI on one particular federal income tax aspect of a transaction involving the sale by LBHI of the residual interests it held in certain Real Estate Mortgage Investment Conduits ("REMICs").

## ALLOWANCE OF COMPENSATION

24.     Section 331 of the Bankruptcy Code authorizes the bankruptcy court to allow the payment to section 327 professionals of "such compensation for services rendered…or reimbursement for expenses incurred…as is provided in section 330…."

25.     Section 330(a)(1) of the Bankruptcy Code authorizes the payment of reasonable compensation to a section 327 professional for "actual, necessary services rendered" and reimbursement for "actual, necessary expenses."

26.     Section 330(a)(3) of the Bankruptcy Code provides that in determining the amount of reasonable compensation to be awarded, the bankruptcy court should consider the nature, extent and value of the services rendered to the estate, taking into account all relevant factors, including:

(A)     the time spent on such services;

(B)    the rates charged for such services;

(C)    whether the services were necessary to the administration of, or beneficial at the time at which the services was rendered toward the completion of, a case under this title;

(D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)    whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. section 330(a)(3)(A)-(F).

27.    As discussed further below, Sutherland believes that its services were necessary and beneficial to the Debtors and that its request for compensation is reasonable.

**(A)    Time spent on services rendered**

28.    During the Compensation Period, Sutherland partners, of counsel, associates and law clerks spent a total of 173.0 hours providing the professional services requested by the Debtors.  Exhibits B and D attached hereto show the time in summary form and by project category, respectively.  In order to avoid any duplication of effort, Sutherland coordinated regularly with the LBHI tax team, and when appropriate with the Bingham McCutchen tax team, in providing its services.

**(B)    Rates charged**

29.    During the Compensation Period, Sutherland's agreed-upon hourly billing rates ranged from $580 to $800 for partners and of counsel, and from $180 to $370 for associates and

-8-

law clerks.  Total fees for the Compensation Period were $108,358.00.  Based on the total

number of hours recorded, the overall blended hourly rate for all time expended was $626.

30.      The amounts charged by Sutherland for the particular services rendered represent

a voluntary discount of $11,508 from standard hourly rates for the same professionals.  The

hourly rates agreed upon with the Debtors for these chapter 11 cases are below the standard

hourly rates Sutherland would charge for comparable work performed in a non-bankruptcy

context.

31.      Sutherland carefully monitored and reviewed the time entries of all professionals

who worked on these chapter 11 cases during the Compensation Period in order to ensure the

integrity of its bills and the reasonableness of its time charges.

### (C)      Necessity and benefit of the services

32.      As has been the case since Sutherland was first retained as an Ordinary Course

Professional, the specialized services rendered by Sutherland during the Compensation Period

provided the Debtors with a fresh and independent assessment of the strengths and weaknesses

of certain tax positions the Debtors must defend in connection with the pending IRS federal

income tax audits.  Such an assessment has enabled the Debtors to determine their ultimate

negotiating posture without concern that they have been too close to the transactions to develop

an appropriately objective analysis of the situation.  Sutherland has also provided effective

research and analysis on certain tax issues unrelated to the IRS audits.

### (D)      Reasonableness of time spent

33.      The time spent by Sutherland professionals during the Compensation Period was

reflective of, and commensurate with, the nature, complexity and importance of the matters

being handled.  The issues raised in the IRS federal income tax audits are extremely technical in

nature and involve substantial amounts of money. Which a number of the issues are expected to be resolved satisfactorily through settlement negotiations, one issue currently appears headed for litigation. In order to provide a meaningful, independent analysis of all of the tax audit issues, it has been necessary to devote a significant amount of time both to reviewing each issue carefully and to determining the issue's appropriate settlement value. Similarly, the tax issue related to the REMIC interest sale required a high level of research and analysis.

34.     Sutherland has considerable experience in handling matters of this type. For that reason, it has been able to fulfill its assignments without an unreasonable expenditure of time, notwithstanding the complexity of the matters it has been asked to review.

### (E)     Board certification

35.     There is no special board certification for tax lawyers. All of the Sutherland partners, of counsel and associates who worked on matters for the Debtors during the Compensation Period have been admitted to the bar in one or more jurisdictions.

### (F)     Reasonableness of the compensation requested

36.     The Sutherland professionals involved in these chapter 11 cases have achieved a high degree of expertise in the tax field. That has enabled Sutherland to render high quality, efficient and timely service to the Debtors throughout the Compensation Period. Sutherland believes that its request for compensation is reasonable and that comparably skilled practitioners rendering similar services in a non-bankruptcy setting would be compensated at least at the same level, and more likely at a higher level due to the discount Sutherland has afforded the Debtors.

## REIMBURSEMENT OF EXPENSES

37.     For the Compensation Period, Sutherland requests reimbursement of $833.42 in actual and necessary expenses incurred on behalf of the Debtors. Exhibit C attached hereto

provides a summary of such expenses, and Exhibit F attached hereto sets forth the details relating to such expenses.

38.     In accordance with the Fee Protocol, photocopying charges have been limited to 10 cents per page and the charge for working meals has been less than $20 per person.

39.     Sutherland has made reasonable efforts to minimize its disbursements during the Compensation Period.  Each of the expenses incurred was considered to be necessary, reasonable and justified under the circumstances.

WHEREFORE, Sutherland respectfully requests that allowance be made to it for $108,358.00 as reasonable compensation for necessary professional services rendered to the Debtors during the Compensation Period, and that $833.42 be reimbursed to it for actual and necessary expenses incurring during the Compensation Period, and further requests such other relief as this Court may deem just and proper.

December 14, 2010                        SUTHERLAND ASBILL & BRENNAN LLP

                                         By: _____
                                             Jerome B. Libin

                                             1275 Pennsylvania Ave., N.W.
                                             Washington, DC 20004
                                             Telephone:  202-383-0145
                                             Facsimile:   202-637-3593
                                             E-mail:  jerome.libin@sutherland.com

                                             Special Tax Counsel to the Debtors

# EXHIBIT A

## CERTIFICATION OF JEROME B. LIBIN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**CERTIFICATION UNDER GUIDELINES WITH RESPECT TO SECOND INTERIM
FEE APPLICATION OF SUTHERLAND ASBILL & BRENNAN LLP, AS A SECTION
327(e) PROFESSIONAL, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES INCURRED DURING THE PERIOD FROM JUNE 1, 2010 THROUGH
SEPTEMBER 30, 2010**

I, Jerome B. Libin, hereby certify that:

1.    I am a partner with the applicant firm, Sutherland Asbill & Brennan LLP

("Sutherland").  I submit this certification in accordance with the *Amended Guidelines for Fees*

*and Disbursements of Professionals in Southern District of New York Bankruptcy Cases*, adopted

by the Court on April 19, 1995 (the "Local Guidelines"); the *United States Trustee Guidelines*

*for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11*

*U.S.C. section 330*, adopted on January 30, 1996 (the "UST Guidelines"); this Court's *Third*

*Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy*

*Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of*

*Expenses of Professionals* [Docket No. 4165] (the "Interim Compensation Order"); and this

Court's *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651] (the

"Fee Protocol Order," and together with the Local Guidelines, the UST Guidelines, and the

Interim Compensation Order, the "Guidelines").

2.      This certification is made with respect to Sutherland's application, dated

December 14, 2010 (the "Application"), for compensation and reimbursement of expenses for

the period from June 1, 2010 through September 30, 2010 (the "Compensation Period"), in

accordance with the Guidelines.

3.      With respect to Section B.1 of the Local Guidelines, I certify that:

    a.      I have read the Application;

    b.      to the best of my knowledge, information, and belief formed after
            reasonable inquiry, the fees and expense reimbursements sought fall
            within the Guidelines;

    c.      the fees and expense reimbursements sought are billed at rates not
            exceeding those customarily charged by Sutherland and generally
            accepted by Sutherland's clients; and

    d.      in providing a reimbursable service, Sutherland does not make a profit
            on that service, whether the service is performed by Sutherland in-house
            or through a third party.

4.      With respect to Section B.2 of the Local Guidelines, I certify that the Notice

Parties identified in the Interim Compensation Order were provided with a detailed statement of

fees and expenses incurred for each of the months included in the Compensation Period.

5.      With respect to section B.3 of the Local Guidelines, I certify that the Notice

Parties identified in the Interim Compensation Order are all being provided with a copy of this

Application.


December 14, 2010

Jerome B. Libin

SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone:  202-383-0145
Facsimile:  202-637-3593
E-mail:  jerome.libin@sutherland.com

Special Tax Counsel to the Debtors

## EXHIBIT B

### Professional Hours Billed During Interim Fee Period

#### Partners and Of Counsel

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Friedman, Jeffrey | 1995 | Partner | 6.0 | 600 | 3,600.00 |
| Jones, Kendall C. | 1976 | Of Counsel | 5.6 | 600 | 3,360.00 |
| Libin, Jerome B. | 1961 | Partner | 39.5 | 800 | 31,600.00 |
| Ocasal, Christopher | 1993 | Partner | 29.3 | 660 | 19,338.00 |
| Sparagna, Giovanna | 1980 | Partner | 32.6 | 740 | 24,124.00 |
| Tello, Carol P. | 1981 | Partner | 36.3 | 580 | 21,054.00 |
| TOTAL: | | | 149.3 | | $103,076.00 |

#### Associates

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Atkins, Zachery | 2009 | Associate | 1.3 | 280 | 364.00 |
| Perkins, Leni C. | 2007 | Associate | 0.9 | 320 | 288.00 |
| Rudinsky, Jason M. | 2004 | Associate | 4.0 | 370 | 1,480.00 |
| TOTAL: | | | 6.2 | | $   2,132.00 |

#### Law Clerks

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Hellerstein, Margaret | | Law Clerk | 17.5 | 180 | $   3,150.00 |
| TOTAL: | | | 17.5 | | 3,150.00 |

## EXHIBIT C

### <u>Out-of-Pocket Expenses Incurred During Interim Fee Period</u>

| | |
|---|---:|
| Meals:  Client Meetings: | $  670.27 |
| Online Legal Research: | 128.15 |
| Photocopies: | 35.00 |
| | |
| TOTAL: | $   833.42 |

## EXHIBIT D

### <u>Professional Services Rendered by Project Category During Interim Fee Period</u>

| Client Number | Matter Number | Project Category | Hours Billed | Amount |
|---|---|---|---|---|
| 29779 | 0001 | Tax | 2.9 | $    2,320.00 |
| 29779 | 0004 | Tax | 23.5 | 6,750.00 |
| 29779 | 0005 | Tax | 1.3 | 364.00 |
| 29779 | 0006 | Tax | 0.5 | 400.00 |
| 29779 | 0007 | Tax | 61.3 | 42,736.00 |
| 29779 | 0008 | Tax | 60.9 | 42,290.00 |
| 29779 | 0010 | Tax | 9.2 | 6,050.00 |
| 29779 | 0011 | Tax | 13.4 | 7,448.00 |
| | TOTAL: | | 173.00 | $ 108,358.00 |

EXHIBIT E-1

| Invoice 579366 | | | | | | |
|---|---|---|---|---|---|---|
| Matter | Date | Matter Code | Name | Hours | Amount | Narrative |
| 29779-0007 | 6/2/2010 | 1800 | LIBIN, JB | 0.80 | 640.00 | Reviewing Preliminary overview of IRS Rebuttal to LBHI Protest, submitted on June 1, 2010 in preparation for meeting on June 9, 2010. |
| 29779-0007 | 6/4/2010 | 1800 | OCASAL, C | 2.00 | 1,320.00 | Reviewed Government's ▓▓▓ rebuttal. Review and analysis of IRS Rebuttal to Lehman ▓▓▓ adjustments in preparation for 6/8 Sutherland internal meeting and 6/9 Lehman/Bingham/Sutherland meeting. |
| 29779-0007 | 6/6/2010 | 1800 | TELLO, CP | 2.00 | 1,160.00 | Protest of ▓▓▓ rebuttal and relevant review and analysis of IRS rebuttal and original Lehman protest. |
| 29779-0007 | 6/7/2010 | 1800 | SPARAGNA, GT | 4.80 | 3,552.00 | Protest review in preparation for June 9 conference. |
| 29779-0007 | 6/7/2010 | 1800 | OCASAL, C | 3.00 | 1,980.00 | Reviewing IRS Notice of Proposed Adjustments in preparation for June 9 meeting. |
| 29779-0007 | 6/7/2010 | 1800 | LIBIN, JB | 1.50 | 1,200.00 | Reviewing IRS Rebuttal in preparation for meeting with Lehman and Bingham tax teams on June 9, 2010. |
| 29779-0007 | 6/8/2010 | 1800 | LIBIN, JB | 1.10 | 880.00 | Discussing merits of case and IRS Rebuttal with C. Tello, G. Sparagna and C. Ocasal in preparation for meeting on June 9, 2010. |
| 29779-0007 | 6/8/2010 | 1800 | LIBIN, JB | 3.30 | 2,640.00 | Internal Meeting with J. Libin, C. Tello and C. Ocasal re: ▓▓▓ transaction in preparation for 6/9 Lehman/Bingham Team meeting. |
| 29779-0007 | 6/8/2010 | 1800 | SPARAGNA, GT | 3.30 | 2,442.00 | Attention to IRS Rebuttal and relevant legal authority in preparation for June 9 meeting. |
| 29779-0007 | 6/8/2010 | 1800 | SPARAGNA, GT | 0.90 | 666.00 | Discussed and reviewed rebuttal with J. Libin and ▓▓▓. |
| 29779-0007 | 6/8/2010 | 1800 | OCASAL, C | 2.00 | 1,320.00 | C. Tello in preparation for client meeting. Reviewing ▓▓▓ IRS rebuttal, Lehman Protest and IRS NOPA to assess and analyze transaction from tax perspective and to prepare for internal meeting and 6/9 meeting with Bingham and Lehman. |
| 29779-0007 | 6/8/2010 | 1800 | TELLO, CP | 2.90 | 1,682.00 | Internal meeting with J. Libin, G. Sparagna and C. Ocasal to prepare for 6/9/2010 meeting; detailed discussion of ▓▓▓ transaction and tax analysis. |
| 29779-0007 | 6/8/2010 | 1800 | TELLO, CP | 3.30 | 1,914.00 | Conference with Lehman and Bingham tax teams to discuss strength and weaknesses of ▓▓▓ transaction. |
| 29779-0007 | 6/9/2010 | 1800 | LIBIN, JB | 5.00 | 4,000.00 | Reviewing results of meeting with Lehman and Bingham tax teams -- C. Tello, G. Sparagna, C. Ocasal. |
| 29779-0007 | 6/9/2010 | 1800 | LIBIN, JB | 1.00 | 800.00 | Discussing issues with C. Tello, G. Sparagna, C. Ocasal in preparation for meeting with Lehman and Bingham tax teams. |
| 29779-0007 | 6/9/2010 | 1800 | LIBIN, JB | 1.00 | 800.00 | |

**EXHIBIT E-2**

| Matter | Date | Rate | Name | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 29779-0007 | 6/9/2010 | 1800 | SPARAGNA, | 1.00 | 740.00 | Re [redacted] transaction- preconference meeting with C. Tello, J. Libin and C. Ocasal. |
| 29779-0007 | 6/9/2010 | 1800 | SPARAGNA, | 5.00 | 3,700.00 | Re [redacted] transaction; conference with Sutherland Team (Libin, Tello, Ocasal); conference with Bingham, Lehman Brothers and Sutherland. |
| 29779-0007 | 6/9/2010 | 1800 | GT SPARAGNA, | 1.00 | 740.00 | re [redacted] Transaction; debrief conference with Sutherland team (Tello, Libin, Ocasal). |
| 29779-0007 | 6/9/2010 | 1800 | GT SPARAGNA, | 1.00 | 740.00 | re [redacted], conference with C. Ocasal re legal authority. |
| 29779-0007 | 6/9/2010 | 1800 | OCASAL, C | 3.40 | 2,244.00 | Conference with Lehman and Bingham tax teams re: strengths and weaknesses of [redacted] issue. |
| 29779-0007 | 6/9/2010 | 1800 | OCASAL, C | 1.00 | 660.00 | Post meeting review with J. Libin, C. Tello and G. Sparagna. |
| 29779-0007 | 6/9/2010 | 1800 | OCASAL, C | 1.00 | 660.00 | Further discussion with G. Sparagna re: legal authority re: [redacted] transaction. |
| 29779-0007 | 6/9/2010 | 1800 | TELLO, CP | 1.00 | 580.00 | Internal meeting with J. Libin, G. Sparagna and C. Ocasal to finalize Sutherland views regarding [redacted] transaction. |
| 29779-0007 | 6/9/2010 | 1800 | TELLO, CP | 5.00 | 2,900.00 | Meeting with J. Cignoli, D. Steinberg and B. Brier of Lehman, and Bingham attorneys to discuss evaluation of case and related matters. Post Bingham/Lehman internal meeting with J. Libin, G. Sparagna and C. Ocasal to discuss and evaluate outcome of meeting. |
| 29779-0007 | 6/9/2010 | 1800 | TELLO, CP | 1.00 | 580.00 | Review correspondence with Australian re tax payment proof. |
| 29779-0007 | 6/17/2010 | 1800 | SPARAGNA, | 0.50 | 370.00 | Telephone conversation with J. Ciongoli and D. Steinberg re: IRS meeting results. |
| 29779-0007 | 6/24/2010 | 1800 | LIBIN, JB | 0.80 | 640.00 | Draft and discuss results of the Lehman-IRS meeting with G. Sparagna, C. Ocasal, C. Tello. |
| 29779-0007 | 6/24/2010 | 1800 | LIBIN, JB | 0.40 | 320.00 | attention to settlement negotiation update from J. Libin. |
| 29779-0007 | 6/24/2010 | 1800 | GT SPARAGNA, | 0.50 | 370.00 | Discussed [redacted] settlement with J. Libin, C. |
| 29779-0007 | 6/24/2010 | 1800 | OCASAL, C | 0.40 | 264.00 | Tello and G. Sparagna. Review detailed email regarding outcome of IRS Appeals Conference; confer with G. Sparagna regarding same. |
| 29779-0007 | 6/24/2010 | 1800 | TELLO, CP | 0.40 | 232.00 | and separately with J. Libin regarding same. |
| | | | | 61.30 | 42,736.00 | |

**EXHIBIT E-3**

Invoice 579366

| Matter | Date | Timekeeper Name | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 29779-0010 | 6/24/2010 | 1800 SPARAGNA, GT | 1.90 | 1,406.00 | review draft Lehman protest in preparation for internal Tuesday meeting. |
| 29779-0010 | 6/27/2010 | 1800 TELLO, CP | 1.50 | 870.00 | Begin detailed review of file documents, focusing on NOPA (IRS) and draft Lehman Protest in preparation for internal meeting on June 29th. |
| 29779-0010 | 6/28/2010 | 1800 TELLO, CP | 1.70 | 986.00 | Detailed review of final Protest to prepare for 6/29 internal meeting. |
| 29779-0010 | 6/29/2010 | 1800 SPARAGNA, GT | 0.70 | 518.00 | Meeting with J. Libin, C. Tello and C. Ocasal re ▮▮▮▮ issue. |
| 29779-0010 | 6/29/2010 | 1800 SPARAGNA, GT | 0.90 | 666.00 | review final protest prepared by Bingham. |
| 29779-0010 | 6/29/2010 | 1800 TELLO, CP | 0.70 | 406.00 | Internal meeting regarding status and IRS arguments on ▮▮▮▮ and ▮▮▮▮ transactions. |
| 29779-0010 | 6/29/2010 | 1800 TELLO, CP | 1.10 | 638.00 | Detailed review/analysis of IRS arguments to impose ▮▮▮▮ on transactions in question. |
| 29779-0010 | 6/29/2010 | 1800 LIBIN, JB | 0.70 | 560.00 | Discussing status of ▮▮▮▮ Issue with C. Tello, G. Sparagna and C. Ocasal. |
| | | | 9.20 | 6,050.00 | |

**EXHIBIT E-4**

**Invoice 579366**

| Matter | Date | Timekeeper | Name | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 29779-0011 | 6/16/2010 | 1800 | RUDINSKY, JM | 1.60 | 592.00 | Review Lehman comments to Sutherland draft memo; analyze issues re: effective date. |
| 29779-0011 | 6/16/2010 | 1800 | JONES, KC | 1.00 | 600.00 | Review comments on Sutherland draft memo from B. Brier of Lehman. |
| 29779-0011 | 6/17/2010 | 1800 | JONES, KC | 0.50 | 300.00 | Perkins and J. Rudinsky. meeting to discuss B. Brier comments with L. |
| 29779-0011 | 6/17/2010 | 1800 | RUDINSKY, JM | 0.50 | 185.00 | Consult with K. Jones and L. Perkins re: client comments to ▮ memo. |
| 29779-0011 | 6/17/2010 | 1800 | RUDINSKY, JM | 1.70 | 629.00 | Analyze ▮ issue re: Sutherland draft memo. |
| 29779-0011 | 6/17/2010 | 1800 | PERKINS, LC | 0.50 | 160.00 | Conference to discuss Sutherland draft memorandum with K. Jones and J. Rudinsky. |
| 29779-0011 | 6/17/2010 | 1800 | PERKINS, LC | 0.40 | 128.00 | Reviewed comments to Sutherland draft memorandum |
| 29779-0011 | 6/22/2010 | 1800 | JONES, KC | 1.50 | 900.00 | Research on points raised by B. Brier. |
| 29779-0011 | 6/23/2010 | 1800 | RUDINSKY, JM | 0.20 | 74.00 | Review correspondence from K. Jones re: effective date memo; analyze ▮ issue re: same. |
| 29779-0011 | 6/23/2010 | 1800 | JONES, KC | 2.00 | 1,200.00 | Research and redraft memo on "substantial authority." |
| 29779-0011 | 6/24/2010 | 1800 | LIBIN, JB | 0.20 | 160.00 | Discuss ▮ issues - J. Ciongoli and D. Steinberg of Lehman. |
| | | | | 10.10 | 4,928.00 | |

**EXHIBIT E-5**

**Invoice 579366 - June Expenses**

| Matter | Date | Matter Code | Name | Amount | Description |
|---|---|---|---|---|---|
| 29779-0007 | 2010 June | 1800 | Libin, J. | $10.10 | Photocopying |
| 29779-0007 | 2010 June 9 | 1800 | Libin, J. | 83.16 | Working Meal for 8 Sutherland and Lehman Brothers Tax Teams |
| | | | | $93.26 | |

**EXHIBIT E-6**

| Invoice 579456 | | | | | | |
|---|---|---|---|---|---|---|
| Matter | Date | Matter Code | Name | Hours | Amount | Narrative |
| 29779-0001 | 7/6/2010 | 1800 | LIBIN, JB | 5.50 | 4,400.00 | Review and preparation of fee application. |
| | | | | 5.50 | 4,400.00 | |

**EXHIBIT E-7**

Invoice 579456

| Matter | Date | Matter Code | Name | Hours | Amount | Narrative |
|--------|------|-------------|------|-------|--------|-----------|
| 29779-0004 | 7/16/2010 | 1800 | FRIEDMAN, JA | 6.00 | 3,600.00 | Lehman meeting at the NYO. |
| 29779-0004 | 7/16/2010 | 1800 | HELLERSTEIN, M | 0.50 | 90.00 | Pulled materials for ▮▮▮▮ issue |
| 29779-0004 | 7/19/2010 | 1800 | HELLERSTEIN, M | 3.00 | 540.00 | Researched the question of ▮▮▮▮ and pulled documents |
| 29779-0004 | 7/20/2010 | 1800 | HELLERSTEIN, M | 6.00 | 1,080.00 | Pulled research to create a binder on ▮▮▮ issues |
| 29779-0004 | 7/21/2010 | 1800 | HELLERSTEIN, M | 4.00 | 720.00 | Began putting together binder with research for ▮▮▮▮ issue |
| 29779-0004 | 7/22/2010 | 1800 | HELLERSTEIN, M | 4.00 | 720.00 | Completed binder with research materials for ▮▮▮▮ issue |
| | | | | 23.50 | 6,750.00 | |

**EXHIBIT E-8**

| Invoice 579456 Matter | Date | Matter Code | Name | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 29779-0005 | 7/22/2010 | 1800 | ATKINS, ZT | 1.30 | 364.00 | Revise memorandum with new information from New York Advisory Opinion; send to D. Roveto and M. Lippman. |
| | | | | 1.30 | 364.00 | |

**EXHIBIT E-9**

| Invoice 579456 Matter | Date | Matter Code | Name | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 29779-0008 | 7/7/2010 | 1800 | TELLO, CP | 0.90 | 522.00 | Begin detailed review and analysis of final Protest |
| 29779-0008 | 7/12/2010 | 1800 | LIBIN, JB | 1.80 | 1,440.00 | Reviewing IRS Rebuttal to Lehman Protest re: 2001 ▆▆▆ preparation for 7-15 review. |
| 29779-0008 | 7/12/2010 | 1800 | OCASAL, C | 1.50 | 990.00 | Reviewing ▆▆▆ materials in preparation for 7/15 meeting. |
| 29779-0008 | 7/13/2010 | 1800 | OCASAL, C | 1.50 | 990.00 | Review IRS Rebuttal to Lehman position. |
| 29779-0008 | 7/14/2010 | 1800 | LIBIN, JB | 4.20 | 3,360.00 | Reviewing IRS Report - Lehman Protest - IRS Rebuttal re: 2001 ▆▆▆ transaction in preparation for July 15 review of transaction. |
| 29779-0008 | 7/14/2010 | 1800 | OCASAL, C | 1.00 | 660.00 | Reviewed ▆▆▆ materials in preparation for internal meeting set for July 15, 2010/Thursday. |
| 29779-0008 | 7/14/2010 | 1800 | TELLO, CP | 2.50 | 1,450.00 | Preparation for 7/15 internal meeting; detailed review, analysis of filing with IRS. |
| 29779-0008 | 7/15/2010 | 1800 | LIBIN, JB | 1.50 | 1,200.00 | Discussing tax issues in 2001 ▆▆▆ Transaction with C. Tello, G. Sparagna, C. Ocasal in preparation for meeting on July 19i. |
| 29779-0008 | 7/15/2010 | 1800 | LIBIN, JB | 2.40 | 1,920.00 | Reviewing IRS Report and Lehman Protest re: 2001 ▆▆▆ Transaction in preparation for July 19 meeting. |
| 29779-0008 | 7/15/2010 | 1800 | SPARAGNA, GT | 1.30 | 962.00 | review LB protest and rebuttal on ▆▆▆ transaction. |
| 29779-0008 | 7/15/2010 | 1800 | SPARAGNA, GT | 1.50 | 1,110.00 | Internal conference with Libin, Tello, Ocasal to discuss IRS Rebuttal. |
| 29779-0008 | 7/15/2010 | 1800 | OCASAL, C | 1.50 | 990.00 | Internal discussion to prepare for meeting on 7/19. |
| 29779-0008 | 7/15/2010 | 1800 | TELLO, CP | 0.40 | 232.00 | E-mail to/from Chris Bowers regarding missing amended IRS NOPA dated May 28, 2010; review new case regarding ▆▆▆ (issue in ▆▆▆ matter). |
| 29779-0008 | 7/15/2010 | 1800 | TELLO, CP | 1.50 | 870.00 | Internal meeting to begin discussing and analyzing Sutherland position. |
| 29779-0008 | 7/16/2010 | 1800 | LIBIN, JB | 1.00 | 800.00 | Reviewing underlying documents relating to ▆▆▆ Transaction. |
| 29779-0008 | 7/16/2010 | 1800 | TELLO, CP | 0.40 | 232.00 | Continue review of new case regarding ▆▆▆ for tax characterization purposes. |
| 29779-0008 | 7/18/2010 | 1800 | LIBIN, JB | 1.60 | 1,280.00 | Reviewing ▆▆▆ Ruling materials in preparation for July 19 review of transaction. |
| 7799-0008 | 7/18/2010 | 1800 | SPARAGNA, GT | 3.40 | 2,516.00 | Review and analysis of ▆▆▆ legal authority and strength of Lehman position for upcoming ▆▆▆ transaction. |
| 7799-0008 | 7/18/2010 | 1800 | OCASAL, C | 5.00 | 3,300.00 | Reviewed details of ▆▆▆ Appeals conference. |

**EXHIBIT E-10**

Invoice 579456

| Matter | Date | Matter Code | Name | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 29779-0008 | 7/18/2010 | 1800 | TELLO, CP | 4.50 | 2,610.00 | Preparation for July 19 internal and Lehman/Bingham meeting, including review of eight ▰▰▰ tax cases, ▰▰▰ case, several IRS rulings regarding ▰▰▰ issues, review ▰▰▰, and detailed review and analysis of IRS Rebuttal and NOPA, courts) on ▰▰▰, article cited by circuit |
| 29779-0008 | 7/19/2010 | 1800 | LIBIN, JB | 2.00 | 1,600.00 | Reviewing and discussing transaction in preparation for meeting with Lehman and Bingham tax teams - C. Tello, G. Sparagna and C. Ocasal. |
| 29779-0008 | 7/19/2010 | 1800 | LIBIN, JB | 2.50 | 2,000.00 | Conference with Lehman and Bingham tax teams full review of strengths and weaknesses of tax position before IRS meeting on 7-26 to 7-27, review notes on ▰▰▰ authority for internal and client meeting. |
| 29779-0008 | 7/19/2010 | 1800 | SPARAGNA, GT | 0.40 | 296.00 | Conference with Libin, Ocasal, Tello in preparation for meeting with Lehman. |
| 29779-0008 | 7/19/2010 | 1800 | SPARAGNA, GT | 2.00 | 1,480.00 | Meeting with Bingham (Bowers, Madan, Brockway), Lehman (Brier, Steinberg, Ciongoli) and Sutherland (Ocasal, Tello, Libin) re ▰▰▰ |
| 29779-0008 | 7/19/2010 | 1800 | SPARAGNA, GT | 2.50 | 1,850.00 | Appeals strategy and case analysis. |
| 29779-0008 | 7/19/2010 | 1800 | OCASAL, C | 1.00 | 660.00 | Pre-meeting review of ▰▰▰ materials. |
| 29779-0008 | 7/19/2010 | 1800 | OCASAL, C | 2.50 | 1,650.00 | Meeting with Lehman and Bingham tax teams to discuss ▰▰▰ analysis and strategy. |
| 29779-0008 | 7/19/2010 | 1800 | OCASAL, C | 2.00 | 1,320.00 | Internal meeting with J. Libin, C. Tello, G. Sparagna to prepare for client meeting. |
| 29779-0008 | 7/19/2010 | 1800 | TELLO, CP | 0.90 | 522.00 | Preparation for 7/19 meetings (internal and Lehman/Bingham) including research and review exchange of letters between ▰▰▰ and Treasury Department regarding ▰▰▰ to securities dealers. |
| 29779-0008 | 7/19/2010 | 1800 | TELLO, CP | 2.00 | 1,160.00 | Internal meeting with J. Libin, G. Sparagna and C. Ocasal to prepare for Lehman/Bingham meeting. |
| 29779-0008 | 7/19/2010 | 1800 | TELLO, CP | 2.50 | 1,450.00 | Ocasal/Bingham tax team meeting regarding evaluation of ▰▰▰ transaction. |
| 29779-0008 | 7/27/2010 | 1800 | LIBIN, JB | 0.10 | 80.00 | Preparation of e-mail re: settlement negotiations. |
| 29779-0008 | 7/27/2010 | 1800 | LIBIN, JB | 0.50 | 400.00 | Discussing settlement with C. Ocasal. |
| 29779-0008 | 7/27/2010 | 1800 | OCASAL, C | 0.50 | 330.00 | Discussed updates with J. Libin. |
| 29779-0008 | 7/27/2010 | 1800 | TELLO, CP | 0.10 | 58.00 | Attention to email from J. Libin regarding details of Lehman-IRS settlement negotiations. |
| | | | | 60.90 | 42,290.00 | |

**EXHIBIT E-11**

Invoice 579456

| Matter | Date | Matter Code | Name | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 29779-0011 | 7/2/2010 | 1800 | LIBIN, JB | 1.70 | 1,360.00 | Reviewing draft memo - B. Brier Comments. |
| 29779-0011 | 7/7/2010 | 1800 | LIBIN, JB | 0.20 | 160.00 | Discussion with K. Jones re: NY cases. |
| 29779-0011 | 7/7/2010 | 1800 | JONES, KC | 0.20 | 120.00 | Discuss draft memo with JLibin re: NY cases. |
| 29779-0011 | 7/7/2010 | 1800 | JONES, KC | 0.40 | 240.00 | Review NY Cases. |
| 29779-0011 | 7/7/2010 | 1800 | LIBIN, JB | 0.80 | 640.00 | Reviewing draft memo. |
| 29779-0011 | 7/8/2010 | 1800 | LIBIN, JB | | | |
| | | | | 3.30 | 2,520.00 | |

**EXHIBIT E-12**

| Invoice 579456 Matter | Date | July Expense Matter Code | Name | Narrative | |
|---|---|---|---|---|---|
| 29779-0004 | Jul-10 | 1800 | LIBIN, J | Photocopies | $1.60 |
| 29779-0004 | Jul-10 | 1800 | LIBIN, J | Westlaw | $128.15 |
| 29779-0007 | 6/2/2010 | 1800 | LIBIN, J | Working Meals - (Dutch Mills Catering) Food for Early Morning Meeting with Sutherland, Lehman and Bingham Tax Teams - Food for 8 People | $133.98 |
| 29779-0007 | 6/2/2010 | 1800 | LIBIN, J | Working Meals - (Dutch Mills Catering) Lunch during Meeting with Sutherland, Lehman and Bingham Tax Teams - Food for 8 People | $133.98 |
| 29779-0008 | 7/19/2010 | 1800 | LIBIN, J | Working Meals - Food for Early Morning Meeting with Sutherland, Lehman and Bingham Tax Teams - Food for 8 People | $159.58 |
| 29779-0008 | 7/19/2010 | 1800 | LIBIN, J | Working Meals - Lunch during Meeting with Sutherland, Lehman and Bingham Tax Teams - Food for 8 People | $159.57 |
| | | | | Total: | $716.86 |

**EXHIBIT E-13**

Invoice 582027

| Matter | Date | Code | Name | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 59779-0001 | 8/9/2010 | 1800 | LIBIN, JB | 2.2 | 1,760.00 | Reviewing Special Counsel Billing Requirements - First Interim Fee Application. |
| 59779-0001 | 8/10/2010 | 1800 | LIBIN, JB | 4.5 | 3,600.00 | Preparation and reviewing First Interim Fee Application. |
| 59779-0001 | 8/11/2010 | 1800 | LIBIN, JB | 3.2 | 2,560.00 | Preparation and review First Interim Fee Application. |
| 59779-0001 | 8/12/2010 | 1800 | LIBIN, JB | 3.5 | 2,800.00 | Preparation and review of First Interim Fee Application. |
| 59779-0001 | 8/13/2010 | 1800 | LIBIN, JB | 0.5 | 400.00 | Reviewing First Interim Fee Application. |
| 59779-0001 | 8/16/2010 | 1800 | LIBIN, JB | 0.6 | 480.00 | Preparing and reviewing First Interim Fee Application. |
| 59779-0001 | 8/17/2010 | 1800 | LIBIN, JB | 1.4 | 1,120.00 | Preparing and reviewing monthly statements - June and July. |
| 59779-0001 | 8/18/2010 | 1800 | LIBIN, JB | 2.5 | 2,000.00 | Preparing and reviewing monthly statements - June and July. |
| | | | | 18.4 | 14,720.00 | |

**EXHIBIT E-14**

| Invoice 582027 | Date | Code | Name | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| Matter 29779-0006 | 8/14/2010 | 1800 | LIBIN, JB | 0.5 | 400.00 | Reviewing settlement materials sent by R. Madan involving Washington Mutual. |
| | | | | 0.5 | 400.00 | |

**EXHIBIT E-15**

### Out of Pocket Expenses for Invoice No. 582027

| Matter | Date | Code | Name | Amount | Narrative |
|---|---|---|---|---|---|
| 29779-0001 | 2010 August | 1800 | Jerome B Libin | $23.30 | Photocopying Charges - 466 copies |
| | | | Total: | $23.30 | |

**Exhibit F - Sutherland Asbill & Brennan LLP - June 1, 2010 to September 30, 2010**

| Matter | Date | Matter Name | Narrative | |
|---|---|---|---|---|
| 29779-0007 | Jun-10 | 1800 LIBIN, J | Photocopies | $10.10 |
| 29779-0004 | Jul-10 | 1800 LIBIN, J | Photocopies | $1.60 |
| 29779-0004 | Jul-10 | 1800 LIBIN, J | Westlaw | $128.15 |
| 29779-0007 | 6/2/2010 | 1800 LIBIN, J | Working Meals - (Dutch Mills Catering) Food for Early Morning Meeting with Sutherland, Lehman and Bingham Tax Teams - Food for 8 People | $128.15 |
| 29779-0007 | 6/2/2010 | 1800 LIBIN, J | Working Meals - (Dutch Mills Catering) Lunch during Meeting with Sutherland, Lehman and Bingham Tax Teams - Food for 8 People | $133.98 |
| 29779-0007 | 6/9/2010 | 1800 LIBIN, J | Working Meals - Food for Early Morning Meeting with Sutherland, Lehman and Bingham Tax Teams - Food for 8 People | $133.98 |
| 29779-0008 | 7/19/2010 | 1800 LIBIN, J | Working Meals - Food for 8 People with Sutherland, Lehman and Bingham Tax Teams - Food for 8 People | $83.16 |
| 29779-0007 | 6/9/2010 | 1800 LIBIN, J | Working Meals - Food for Early Morning Meeting with Sutherland, Lehman and Bingham Tax | $83.16 |
| 29779-0008 | 7/19/2010 | 1800 LIBIN, J | Working Meals - Food for Early Morning Meeting with Sutherland, Lehman and Bingham Tax | $159.58 |
| 29779-0008 | 7/19/2010 | 1800 LIBIN, J | Working Meals - Lunch during Meeting with Sutherland, Lehman and Bingham Tax Teams - Food for 8 People | $159.57 |
| 29779-0001 | Aug-10 | 1800 LIBIN, J | Photocopies | $23.30 |
| | | | **Total:** | $833.42 |