## **EXHIBIT A**

Amended SDNY Guidelines Certification

Exhibit A
Amended SDNY Guidelines Certification

JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Patrick J. Trostle
Heather D. McArn

353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted *Pro Hac Vice*)
Daniel R. Murray (Admitted *Pro Hac Vice*)

Attorneys for the Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 11
                                                       :
LEHMAN BROTHERS HOLDINGS INC., et al.,                 :    Case No. 08-13555 (JMP)
                                                       :
                    Debtors.                           :    (Jointly Administered)
---------------------------------------------------------------------x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND**
**DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF**
**SIXTH INTERIM FEE APPLICATION OF THE EXAMINER AND**
**JENNER & BLOCK LLP FOR ALLOWANCE OF COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

I, Patrick J. Trostle, hereby certify that:

1.  I am a partner of Jenner & Block LLP ("Jenner & Block"), counsel for Anton R. Valukas, the Examiner (the "Examiner") appointed for Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors") in the above-captioned bankruptcy cases.

2.  I have been designated by the Examiner and Jenner & Block with responsibility in this case for ensuring that the Sixth Interim Application of the Examiner and Jenner & Block,

1

<u>Exhibit A</u>
Amended SDNY Guidelines Certification

dated December 14, 2010 (the "<u>Sixth Interim Application</u>") for interim payment of compensation and reimbursement of expenses for the period commencing June 1, 2010 through and including July 12, 2010 (the "<u>Compensation Period</u>") complies with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted on November 25, 2009 (the "<u>Amended SDNY Guidelines</u>") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "<u>UST Guidelines</u>" and, together with the Amended SDNY Guidelines, the "<u>Guidelines</u>").

    3.    In respect of Section A.1 of the Amended SDNY Guidelines, I certify that:

        a.    I have read the Sixth Interim Application;

        b.    To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought in the Sixth Interim Application fall within the Guidelines;

        c.    The fees and disbursements sought are billed at rates in accordance with practices customarily employed by the Examiner and Jenner & Block and generally accepted by the Examiner's and Jenner & Block's clients; and

        d.    In providing a reimbursable service, Jenner & Block does not make a profit on that service, whether the service is performed by Jenner & Block in-house or through a third party.

    4.    In respect of Section A.2 of the Amended SDNY Guidelines, I certify that Jenner & Block has advised the Examiner on a regular basis of the fees and expenses incurred by Jenner & Block and has provided the Examiner with a statement of Jenner & Block's fees and disbursements prior to the filing of this Sixth Interim Application. To the extent necessary, the Examiner and Jenner & Block seek a partial waiver of Section A.2 of the Amended SDNY Guidelines, to the extent that the Court's Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 4165] modifies the Amended SDNY

2

Exhibit A
Amended SDNY Guidelines Certification

Guidelines requirement that "the trustee, and, in chapter 11 cases, the chair of each official committee and the debtor have all been provided not later than 21 days after the end of each month with a statement of fees and disbursements accrued during such month."

5. In respect of Section A.3 of the Amended SDNY Guidelines, I certify that the Examiner has been provided with a copy of the Sixth Interim Application; and, to the extent necessary, the Examiner and Jenner & Block seek a partial waiver of the requirement in Section A.3 of the Amended SDNY Guidelines that "the trustee, and, in a chapter 11 case, the chair of each official committee and the debtor have all been provided with a copy of the relevant fee application at least 14 days before the date set by the court or any applicable rules for filing fee applications."

Dated: December 14, 2010

/s/ Patrick J. Trostle
Patrick J. Trostle

3