## **EXHIBIT B**

Schedule of Attorneys and Paraprofessionals

Exhibit B

Schedule of Attorneys and Paraprofessionals

Summary of Time Recorded in Connection With Rendering
Services to the Examiner for June 1, 2010 - July 12, 2010

## ATTORNEYS

| Position | Name | Admitted to Practice | Rate[1] | Time | Amount |
|---|---|---|---|---|---|
| Partner | Anton R. Valukas | 1968 | 975 | 11.1 | $10,822.50 |
| Partner | Robert L. Byman | 1970 | 850 | 49.7 | $42,245.00 |
| Partner | Heather D. McArn | 1992 | 575 | 7.9 | $4,542.50 |
| Partner | Daniel R. Murray | 1970 | 850 | 15.5 | $13,175.00 |
| Partner | Patrick J. Trostle | 1992 | 750 | 4.1 | $3,075.00 |
| **Partner Total** | | | | **88.3** | **$73,860.00** |
| Associate | Matthew R. Devine | 2004 | 510 | 4.3 | $2,193.00 |
| Associate | Michael J. Kelly | 2006 | 445 | 26.5 | $11,792.50 |
| Associate | Andrew J. Olejnik | 2004 | 510 | 59.4 | $30,294.00 |
| **Associate Total** | | | | **90.2** | **$44,279.50** |
| **Total Attorney Time** | | | | **178.5** | **$118,139.50** |
| **Less 10% Reduction** | | | | | **($11,813.95)** |
| **Total Attorney Time at Reduced Rate** | | | | | **$106,325.55** |
| **Blended Hourly Rate for Attorneys** | | | | | **$595.66** |

## PARAPROFESSIONALS

| Position | Name | Rate[2] | Time | Amount |
|---|---|---|---|---|
| Senior Paralegal | Michael H. Matlock | 275 | 36.9 | $10,147.50 |
| Senior Paralegal | Christopher R. Ward | 255 | 19.8 | $5,049.00 |
| Technology Ass't | Zulaikha Master | 275 | 1.2 | $330.00 |
| **Total Paraprofessional Time** | | | **57.9** | **$15,526.50** |
| **Less 10% Reduction** | | | | **($1,552.65)** |
| **Total Paraprofessional Time at Reduced Rate** | | | | **$13,973.85** |

---

[1] These rates do not reflect the 10% reduction in the standard hourly rates. The 10% reduction is applied to the Total Attorney Time Amount.

[2] These rates do not reflect the 10% reduction in the standard hourly rates. The 10% reduction is applied to the Total Paraprofessional Time Amount.