# **EXHIBIT C**

Summary by Project Matters

Exhibit C
Summary by Project Matters

Schedules of Fees by Project Matter

MATTER NUMBER 10020  EXAMINER

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Examiner | Anton R. Valukas | 975 | 6.1 | $5,947.50 |
| **TOTAL** | | | 6.1 | $5,947.50 |
| **Less 10% Reduction** | | | | ($594.75) |
| **Total Fees at Reduced Rate** | | | | $5,352.75 |

MATTER NUMBER 10039  COURT HEARINGS

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 850 | 2.0 | $1,700.00 |
| Partner | Heather D. McArn | 575 | 1.3 | $747.50 |
| **TOTAL** | | | 3.3 | $2,447.50 |
| **Less 10% Reduction** | | | | ($244.75) |
| **Total Fees at Reduced Rate** | | | | $2,202.75 |

MATTER NUMBER 10101  GENERAL BANKRUPTCY MATTERS & OTHER RESEARCH

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 850 | 25.3 | $21,505.00 |
| Partner | Heather D. McArn | 575 | 5.8 | $3,335.00 |
| Partner | Daniel R. Murray | 850 | 7.3 | $6,205.00 |
| Partner | Patrick J. Trostle | 750 | 0.9 | $675.00 |
| Associate | Matthew R. Devine | 510 | 4.0 | $2,040.00 |
| Associate | Andrew J. Olejnik | 510 | 5.0 | $2,550.00 |
| Senior Paralegal | Michael H. Matlock | 275 | 1.8 | $495.00 |
| Senior Paralegal | Christopher R. Ward | 255 | 1.0 | $255.00 |
| **TOTAL** | | | 51.1 | $37,060.00 |
| **Less 10% Reduction** | | | | ($3,706.00) |
| **Total Fees at Reduced Rate** | | | | $33,354.00 |

<u>Exhibit C</u>
Summary by Project Matters

MATTER NUMBER 10128  COMM'CNS AND MEETINGS WITH PARTIES IN INTEREST

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 850 | 7.6 | $6,460.00 |
| Partner | Daniel R. Murray | 850 | 1.0 | $850.00 |
| Partner | Patrick J. Trostle | 750 | 3.2 | $2,400.00 |
| Associate | Matthew R. Devine | 510 | 0.3 | $153.00 |
| Senior Paralegal | Christopher R. Ward | 255 | 2.2 | $561.00 |
| **TOTAL** | | | 14.3 | $10,424.00 |
| **Less 10% Reduction** | | | | ($1,042.40) |
| **Total Fees at Reduced Rate** | | | | $9,381.60 |

MATTER NUMBER 10136  NON-WORKING TRAVEL TIME

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Examiner | Anton R. Valukas | 975 | 5.0 | $4,875.00 |
| Partner | Robert L. Byman | 850 | 9.0 | $7,650.00 |
| **TOTAL** | | | 14.0 | $12,525.00 |
| **Less 10% Reduction** | | | | ($1,252.50) |
| **Total Fees at Reduced Rate** | | | | $11,272.50 |

MATTER NUMBER 10144  DOCUMENT MANAGEMENT AND REVIEW

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 850 | 4.9 | $4,165.00 |
| Partner | Heather D. McArn | 575 | 0.8 | $460.00 |
| Senior Paralegal | Christopher R. Ward | 255 | 11.0 | $2,805.00 |
| Technology Ass't | Zulaikha Master | 275 | 1.2 | $330.00 |
| **TOTAL** | | | 17.9 | $7,760.00 |
| **Less 10% Reduction** | | | | ($776.00) |
| **Total Fees at Reduced Rate** | | | | $6,984.00 |

<u>Exhibit C</u>
Summary by Project Matters

MATTER NUMBER 10152  BILLING AND FEE APPLICATIONS

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Daniel R. Murray | 850 | 7.0 | $5,950.00 |
| Associate | Andrew J. Olejnik | 510 | 54.4 | $27,744.00 |
| Associate | Michael J. Kelly | 445 | 26.5 | $11,792.50 |
| Senior Paralegal | Michael H. Matlock | 275 | 35.1 | $9,652.50 |
| Senior Paralegal | Christopher R. Ward | 255 | 5.6 | $1,428.00 |
| **TOTAL** | | | 128.6 | $56,567.00 |
| **Less 10% Reduction** | | | | ($5,656.70) |
| **Total Fees at Reduced Rate** | | | | $50,910.30 |


MATTER NUMBER 10160  CONSULTATIONS WITH FINANCIAL ADVISORS

| Position | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | Robert L. Byman | 850 | 0.9 | $765.00 |
| Partner | Daniel R. Murray | 850 | 0.2 | $170.00 |
| **TOTAL** | | | 1.1 | $935.00 |
| **Less 10% Reduction** | | | | ($93.50) |
| **Total Fees at Reduced Rate** | | | | $841.50 |