# **EXHIBIT D**

Schedule of Expense Categories

Exhibit D<br>Schedule of Expense Categories

## SUMMARY OF EXPENSES

Categories of Expenses for which the Examiner and Jenner & Block Seek Reimbursement

|    | Description | Amount |
|----|-------------|--------|
| 1  | Photocopy and Related Expenses | $1.90 |
| 2  | Network Printing | $456.10 |
| 3  | Teleconference Services | $125.27 |
| 4  | UPS/FedEx Overnight Delivery | $120.28 |
| 5  | In-City Transportation | $130.85 |
| 6  | Airfare | $3,091.60 |
| 7  | Hotel | $1,000.00 |
| 8  | Out of Town Travel - Miscellaneous Expenses | $125.50 |
| 9  | Business Meal Expenses | $10.70 |
| 10 | Westlaw Research | $378.27 |
| 11 | Docket and Service Expenses | $4,616.65 |
|    | **TOTAL EXPENSES** | **$10,057.12** |