# **EXHIBIT E**

Detailed List of Expenses

Exhibit E
Detailed List of Expenses

## EXPENSES

<u>Detailed List of Expenses for which the Examiner and Jenner & Block Seek Reimbursement</u>

| DATE | DESCRIPTION | TOTAL |
|---|---|---|
| 7/10/2009 | Service of Process Fee - EPIQ Systems - charges for noticing fees in connection with Examiner's Response to Ernst & Youngs objections to Rule 2004 Subpoena (2 @ $8.90/ea. = $17.80), notice of hearing re same (2 @ $0.50/ea. = $1.00), and 3rd Application of Examiner for order authorizing retention of contract attorneys to perform document review (1 @ $17.20); blast email fees in connection with same (49,896 @ $0.02 = $997.92; 2,268 @ $0.02 = $45.36; and (96,616 @ $0.02 ea. = $1,932.30, respectively), including 0.3 hrs. of Sr. Consultant III time at $295/hr. ($88.50), 2.5 hrs. of Case Mgr. II time at $160/hr. ($400.00), and reimbursable expenses, such as 3 labels at $0.10 ea ($0.30), 752 facsimile pages at $0.20/pg. ($150.40); and postage/express mail charges at $6.06 | $3,672.18 |
| 4/19/2010 | Pacer Service Center - charges for obtaining case and docket information from courts and U.S. Party/Case Index at $0.08 per page | $44.72 |
| 6/3/2010 | Photocopy - charge for copying 10 pages at $0.10 ea. | $1.00 |
| 6/3/2010 | Network Printing - charge for printing 239 pages at $0.10 ea. | $23.90 |
| 6/3/2010 | Soundpath Conferencing Services - charge for 06/03/10 telephone conference hosted by A. Valukas | $7.77 |
| 6/3/2010 | Soundpath Conferencing Services - charge for 06/03/10 telephone conference hosted by R. Byman | $3.01 |
| 6/3/2010 | UPS - charge for 1 package sent 06/03/10 via commercial next day air by M. Matlock in Chicago, IL to A. Velez-Rivera in New York, NY | $11.18 |
| 6/3/2010 | UPS - charge for 1 package sent 06/03/10 via commercial next day air by M. Matlock in Chicago, IL to D. Dunne in New York, NY | $11.18 |
| 6/3/2010 | UPS - charge for 1 package sent 06/03/10 via commercial next day air by M. Matlock in Chicago, IL to L. Calderon in New York, NY | $11.18 |
| 6/3/2010 | UPS - charge for 1 package sent 06/03/10 via commercial next day air by M. Matlock in Chicago, IL to R. Krasnow at Weil Gotshal in New York, NY | $11.18 |
| 6/4/2010 | Network Printing - charge for printing 346 pages at $0.10 ea. | $34.60 |
| 6/4/2010 | Network Printing - charge for printing 62 8.5"x11" color pages at $0.20 ea. | $12.40 |
| 6/4/2010 | Business Meals - meal expense incurred 06/04/10 in connection with meeting with NY Fed re Examiner's Report conducted by R. Byman (4 Attendees) | $10.70 |

<u>Exhibit E</u>
Detailed List of Expenses

| | | |
|---|---|---|
| 6/9/2010 | Soundpath Conferencing Services - charge for 06/09/10 telephone conference hosted by A. Valukas | $1.82 |
| 6/10/2010 | Network Printing - charge for printing 57 pages at $0.10 ea. | $5.70 |
| 6/10/2010 | Soundpath Conferencing Services - charge for 06/10/10 telephone conference hosted by R. Byman | $11.26 |
| 6/14/2010 | Network Printing - charge for printing 55 pages at $0.10 ea. | $5.50 |
| 6/15/2010 | Photocopy - charge for copying 2 pages at $0.10 ea. | $0.20 |
| 6/15/2010 | Network Printing - charge for printing 24 pages at $0.10 ea. | $2.40 |
| 6/15/2010 | Out of Town Travel - cab fare expense incurred in connection with 06/15/10-06/16/10 trip to New York, NY to appear in court (R. Byman) - $46.50; $75.00 | $121.50 |
| 6/15/2010 | Out of Town Travel - air fare expense incurred in connection with 06/15/10-06/16/10 trip to New York, NY to appear in court (R. Byman) - Coach Fare | $1,305.42 |
| 6/15/2010 | Out of Town Travel - air fare expense incurred in connection with 06/15/10-06/16/10 trip to New York, NY to attend hearing before Judge Peck (A. Valukas) - Coach Fare | $1,786.18 |
| 6/15/2010 | Out of Town Travel - lodging expense incurred in connection with 06/15/10-06/16/10 trip to New York, NY to appear in court (R. Byman) - 1 Night | $500.00 |
| 6/15/2010 | Out of Town Travel - lodging expense incurred in connection with 06/15/10-06/16/10 trip to New York, NY to attend hearing before Judge Peck (A. Valukas) - 1 Night | $500.00 |
| 6/15/2010 | Out of Town Travel - mileage expense incurred in connection with 06/15/10-06/16/10 trip to New York, NY to appear in court (R. Byman) - 60 mi. x $0.50/mi. | $30.00 |
| 6/15/2010 | Out of Town Travel - mileage expense incurred in connection with 06/15/10-06/16/10 trip to New York, NY to attend hearing before Judge Peck (A. Valukas) - 37 mi. x. $0.50/mi. | $18.50 |
| 6/15/2010 | Out of Town Travel - parking expense incurred in connection with 06/15/10-06/16/10 trip to New York, NY to appear in court (R. Byman) | $31.00 |
| 6/15/2010 | Out of Town Travel - parking expense incurred in connection with 06/15/10-06/16/10 trip to New York, NY to attend hearing before Judge Peck (A. Valukas) | $46.00 |
| 6/16/2010 | Network Printing - charge for printing 26 pages at $0.10 ea. | $2.60 |
| 6/16/2010 | In-City Transportation - transportation expense incurred 06/16/10 in connection with cab fare from court to office due to train failure (H. McArn) | $9.35 |
| 6/17/2010 | Soundpath Conferencing Services - charges for 06/17/10 telephone conference hosted by A. Valukas | $22.28 |
| 6/17/2010 | Network Printing - charge for printing 70 pages at $0.10 ea. | $7.00 |
| 6/18/2010 | Network Printing - charge for printing 99 pages at $0.10 ea. | $9.90 |
| 6/19/2010 | Network Printing - charge for printing 38 pages at $0.10 ea. | $3.80 |

Exhibit E<br>Detailed List of Expenses

| Date | Description | Amount |
|---|---|---:|
| 6/21/2010 | Soundpath Conferencing Services - charges for 06/21/10 telephone conference hosted by A. Valukas | $6.31 |
| 6/21/2010 | Soundpath Conferencing Services - charges for 06/21/10 telephone conference hosted by R. Byman | $23.58 |
| 6/21/2010 | Photocopy - charge for copying 3 pages at $0.10 ea. | $0.30 |
| 6/23/2010 | Soundpath Conferencing Services - charges for 06/23/10 telephone conference hosted by R. Byman | $37.49 |
| 6/23/2010 | Network Printing - charge for printing 49 pages at $0.10 ea. | $4.90 |
| 6/25/2010 | Network Printing - charge for printing 384 pages at $0.10 ea. | $38.40 |
| 6/28/2010 | Network Printing - charge for printing 1,831 pages at $0.10 ea. | $183.10 |
| 6/29/2010 | Network Printing - charge for printing 587 pages at $0.10 ea. | $58.70 |
| 6/30/2010 | Soundpath Conferencing Services - charges for 06/30/10 telephone conference hosted by A. Valukas | $7.00 |
| 6/30/2010 | Photocopy - charge for copying 2 pages at $0.10 ea. | $0.20 |
| 6/30/2010 | Network Printing - charge for printing 620 pages at $0.10 ea. | $62.00 |
| 6/30/2010 | UPS - charge for 1 package sent 06/30/10 via commercial next day air by G. Ahearn in Chicago, IL to A. Velez-Rivera in New York, NY | $11.33 |
| 6/30/2010 | UPS - charge for 1 package sent 06/30/10 via commercial next day air by G. Ahearn in Chicago, IL to D. Dunne in New York, NY | $11.33 |
| 6/30/2010 | UPS - charge for 1 package sent 06/30/10 via commercial next day air by G. Ahearn in Chicago, IL to J. Suckow in New York, NY | $11.33 |
| 6/30/2010 | UPS - charge for 1 package sent 06/30/10 via commercial next day air by G. Ahearn in Chicago, IL to K. Feinberg in Washington, DC | $10.74 |
| 6/30/2010 | UPS - charge for 1 package sent 06/30/10 via commercial next day air by G. Ahearn in Chicago, IL to S. Waisman in New York, NY | $11.33 |
| 6/30/2010 | Westlaw Research - Michael J. Kelly Jr. - June 2010 | $378.27 |
| 7/1/2010 | UPS - charge for 1 package sent 07/01/10 via commercial next day air by G. Ahearn in Chicago, IL to K. Feinberg in Washington, DC | $19.50 |
| 7/2/2010 | Photocopy - charge for copying 2 pages at $0.10 ea. | $0.20 |
| 7/7/2010 | Soundpath Conferencing Services - charges for 07/07/10 telephone conference hosted by A. Valukas | $4.75 |
| 7/7/2010 | Pacer Service Center - charges for obtaining case and docket information from courts and U.S. Party/Case Index at $0.08 per page | $23.04 |
| 7/7/2010 | Pacer Service Center - charges for obtaining case and docket information from courts and U.S. Party/Case Index at $0.08 per page | $11.76 |
| 7/8/2010 | Network Printing - charge for printing 12 pages at $0.10 ea. | $1.20 |

<u>Exhibit E</u>
Detailed List of Expenses

| 7/12/2010 | Service of Process Fee - EPIQ Systems - charges for Sr. Consultant III for 0.2 hrs. at $324/hr ($64.80), Assoc. II for 0.8 hrs at $242/hr ($193.60), Assoc. I for 0.1 hrs at $203/hr. ($20.30), Case Mgr. I for 1.3 hrs at $137/hr ($178.10) in connection with noticing and service of motion for order discharging Examiner and granting related relief (Docket No. 9361) for 2 notices at $3.10 ea ($6.20) and 17,880 blast emails at $0.02 ea. ($357.60), including reimbursable expenses of messenger/delivery ($24.00); labels (2 at $0.10 ea. = $0.20), and 90 facsimilies at $0.20/page ($18.00), and sales tax of $2.15 | $864.95 |

4