# **EXHIBIT F**

Detailed Time Records

## Detailed Time Records for June 1, 2010 - July 12, 2010

EXAMINER                                         MATTER NUMBER -    10020

| | | | | | |
|---|---|---|---|---|---|
| 6/04/10 | ARV | 1.50 | 4500 | Reviewed notes and met with New York Fed Reserve re Examiner's Report. | 1,462.50 |
| 6/10/10 | ARV | 1.10 | 4400 | Office conference with R. Byman re SEC inquiries (.5); telephone conference with SEC and reviewed SEC proposal documents (.6). | 1,072.50 |
| 6/14/10 | ARV | .20 | 4600 | Met with D. Murray re Fee Committee's report on Fourth Interim Fee Application. | 195.00 |
| 6/15/10 | ARV | .20 | 4500 | Reviewed proposed discharge order; office conference with R. Byman re same. | 195.00 |
| 6/16/10 | ARV | 2.80 | 4500 0400 | Reviewed Court pleading and Enron case re discharge order (.7); prepared for and attended hearing re discharge order (2.1). | 2,730.00 |
| 6/30/10 | ARV | .30 | 4600 | Reviewed response to Fee Committee re Fourth Interim Fee Application; conferred with D. Murray re same. | 292.50 |
| | | 6.10 | | PROFESSIONAL SERVICES | 5,947.50 |

MATTER TOTAL        $ 5,947.50        LESS DISCOUNT                        -594.75

NET PROFESSIONAL SERVICES                        5,352.75

<u>Exhibit F</u>
Detailed Time Records

COURT HEARINGS                                         MATTER NUMBER -        10039


| 6/16/10 | RLB | 2.00 | 0400 | Prepared for and attended court hearing re Examiner's discharge order. | 1,700.00 |
| 6/16/10 | HDM | 1.30 | 0400 | Prepared for and attended hearing on discharge motion. | 747.50 |
| | | 3.30 | | PROFESSIONAL SERVICES | 2,447.50 |


MATTER TOTAL        $ 2,447.50        LESS DISCOUNT                           -244.75

        NET PROFESSIONAL SERVICES                        2,202.75

<u>Exhibit F</u>
Detailed Time Records

GENERAL BANKRUPTCY MATTERS & RESEARCH          MATTER NUMBER -    10101

| 6/01/10 | RLB | 2.00 | 4500 | Reviewed Debtors' proposed revisions to discharge order (.6); finalized discharge motion (1.4). | 1,700.00 |
|---|---|---|---|---|---|
| 6/01/10 | DRM | .50 | 4500 | Conferred with R. Byman and A. Olejnik re discharge motion and reviewed same. | 425.00 |
| 6/01/10 | AJO | 1.60 | 4500 | Read and edited discharge motion and order (1.0); met with D. Murray re same (.4); met with R. Byman re edits to discharge motion (.2). | 816.00 |
| 6/02/10 | RLB | 1.50 | 4500 | Reviewed Debtors' further proposed revisions to discharge order (.4); redrafted and finalized discharge motion (1.1). | 1,275.00 |
| 6/02/10 | DRM | 1.00 | 4500 | Read revised drafts of discharge motion and order, memorandum from R. Byman, and H. Miller comments (.5); reviewed document as filed (.2); responded to inquiries re discharge motion and memoranda to and from A. Valukas and R. Byman re same (.3). | 850.00 |
| 6/02/10 | AJO | 1.80 | 4500 | Made final edits to discharge motion (1.3); finalized and filed discharge motion (.5). | 918.00 |
| 6/02/10 | CRW | .60 | 4500 | Reviewed correspondence and related motions re discharge motion (.3); emailed A. Valukas and R. Byman materials re Examiner's discharge motion (.3). | 153.00 |
| 6/03/10 | RLB | .40 | 4500 | Reviewed JP Morgan correspondence re discharge order. | 340.00 |
| 6/03/10 | MHM | 1.50 | 4500 | Drafted letter to chambers re order granting discharge of examiner (.5); drafted letters for service of same and courtesy copies to Debtors, Creditors' Committee, and U.S. Trustee (.7); filed affidavit of service for motion of Examiner for discharge (.3). | 412.50 |
| 6/04/10 | RLB | .80 | 4500 | Reviewed correspondence from parties re proposed discharge order. | 680.00 |
| 6/07/10 | RLB | 1.10 | 4500 4400 | Reviewed JP Morgan comments re discharge order (.4); telephone conference with S. Forstein re SEC materials and discharge (.7). | 935.00 |

<u>Exhibit F</u>
Detailed Time Records

| 6/09/10 | RLB | .80 | 4500 | Correspondence with JP Morgan re discharge order. | 680.00 |
| 6/10/10 | RLB | .90 | 4500 | Correspondence and telephone conference with A. Wolf (JP Morgan) re discharge order. | 765.00 |
| 6/11/10 | RLB | 1.50 | 4500 1100 | Reviewed SIPA correspondence re discharge order (.5); reviewed class action plaintiffs' proposed revisions to discharge order (1.0). | 1,275.00 |
| 6/12/10 | RLB | .50 | 4500 | Reviewed correspondence from parties re draft discharge order. | 425.00 |
| 6/13/10 | RLB | 3.00 | 4500 | Reviewed and analyzed proposed revisions to discharge order (1.9); prepared correspondence to parties re same (1.1). | 2,550.00 |
| 6/14/10 | RLB | 1.80 | 4500 | Reviewed correspondence and draft orders from parties re discharge (1.4); drafted correspondence to Court re same (.4). | 1,530.00 |
| 6/14/10 | PJT | .40 | 4500 | Emailed H. McArn and R. Byman re Examiner's discharge order (.3); telephone call with D. Murray re same (.1). | 300.00 |
| 6/14/10 | HDM | .30 | 4500 | Discussed preparation for discharge hearing with P. Trostle; conferred with R. Byman re same. | 172.50 |
| 6/15/10 | RLB | 2.00 | 4500 | Reviewed materials re discharge order and prepared for hearing. | 1,700.00 |
| 6/15/10 | DRM | .20 | 4500 | Telephone conference with P. Trostle re coverage of hearing re discharge order (.1); telephone conference with R. Byman re status of negotiations with Debtors, Creditors' committee, and plaintiffs' attorneys re same (.1). | 170.00 |
| 6/15/10 | PJT | .50 | 4500 | E-mail to H. McArn re revised form of order to discharge and release Examiner; telephone call from R. Byman re form of order and copy for Judge Peck. | 375.00 |

<u>Exhibit F</u>
Detailed Time Records

| Date | Initials | Hours | Code | Description | Amount |
|------|----------|-------|------|-------------|--------|
| 6/15/10 | HDM | 5.20 | 4500 | Reviewed draft correspondence and revised proposed orders re discharge motion (1.5); communicated with paralegal support team and chambers re status and delivery (1.3); communicated with Team 1 re revised drafts of discharge motion and order (.4); reviewed objections and correspondence re same (2.0). | 2,990.00 |
| 6/16/10 | DRM | .60 | 4500 | Memorandum to R. Byman re hearing on discharge order (.1); memorandum from H. McArn re results of hearing on discharge order (.1); telephone conference with H. McArn re hearing and next steps re same (.2); telephone conference with R. Byman re timetable for concluding agreement on discharge order (.2). | 510.00 |
| 6/16/10 | MHM | .30 | 4500 | Researched docket for responses to motion to discharge examiner. | 82.50 |
| 6/16/10 | HDM | .30 | 4500 | Discussed results of discharge hearing with D. Murray and P. Trostle. | 172.50 |
| 6/17/10 | RLB | .80 | 4500 | Correspondence with parties re discharge order. | 680.00 |
| 6/17/10 | DRM | .40 | 4500 | Memoranda from R. Byman et al. re next steps in negotiation of discharge order (.2); memoranda to and from A. Olejnik re scheduling of same (.2). | 340.00 |
| 6/21/10 | RLB | 1.80 | 4500 | Analyzed substantive differences in parties' discharge order positions (.8); prepared chart re same and correspondence re same (1.0). | 1,530.00 |
| 6/22/10 | RLB | .70 | 4500 | Reviewed parties' positions re discharge order. | 595.00 |
| 6/23/10 | RLB | 1.00 | 4500 | Prepared for meet and confer re discharge order (.8); drafted correspondence to parties re same (.2). | 850.00 |

<u>Exhibit F</u>
Detailed Time Records

| | | | | | |
|---|---|---|---|---|---|
| 6/23/10 | DRM | 1.50 | 4500 | Read memoranda circulated by R. Byman re disputes over discharge order and related correspondence from H. Miller et al. (.3); reviewed revised the draft order (.2); conference call with H. Miller and various parties in interest to discuss remaining disputes re draft discharge order (.9); telephone conference with R. Byman re same (.1). | 1,275.00 |
| 6/23/10 | MRD | 2.50 | 4500 | Communications with R. Byman re conference call with certain counsel re Examiner's discharge order  (.3); participated in conference call with D. Murray, other counsel re Examiner's discharge order (1.1); drafted email to R. Byman summarizing conference call re Examiner's discharge order (1.1). | 1,275.00 |
| 6/23/10 | AJO | .20 | 4500 | Reviewed pleadings and correspondence re discharge motion and order. | 102.00 |
| 6/24/10 | RLB | 1.20 | 4500 | Reviewed materials re meet and confer meeting re discharge order (.5); reviewed Debtors' new proposed form of order for discharge order (.7). | 1,020.00 |
| 6/24/10 | DRM | .30 | 4500 | Read memorandum from M. Devine re summary of conference call with H. Miller et al. re draft of discharge order (.1); telephone conference with R. Byman re summary of call (.1); telephone conference with R. Byman re timing of filing of revised order and inclusion on next agenda (.1). | 255.00 |
| 6/24/10 | MRD | 1.50 | 4500 | Drafted summary of conference call with counsel re Examiner's discharge order for R. Byman (1.3); office conference with R. Byman re same (.2). | 765.00 |
| 6/25/10 | RLB | 1.50 | 4500 | Reviewed Debtors' new proposed form of discharge order and correspondence re same (.9); reviewed D. Murray comments re discharge order (.6). | 1,275.00 |

<u>Exhibit F</u>
Detailed Time Records

| | | | | | |
|---|---|---|---|---|---|
| 6/25/10 | DRM | 1.70 | 4500 | Read draft of discharge order circulated by counsel to Debtors' and Creditors Committee and prepared comments on same (.4); read draft of discharge order circulated by R. Byman and prepared comments on same (.6); conferred with A. Olejnik concerning aspects of draft discharge order (.5); memorandum to R. Byman concerning same (.1); read memorandum from Debtors' counsel in response to R. Byman draft (.1). | 1,445.00 |
| 6/25/10 | AJO | .50 | 4500 | Met with D. Murray re proposed edits to discharge order. | 255.00 |
| 6/28/10 | RLB | .70 | 4500 | Reviewed and revised discharge order (.5); reviewed other parties' comments to same (.2). | 595.00 |
| 6/28/10 | DRM | .10 | 4500 | Read memoranda from R. Byman, S. Singh and M. Etkin re draft discharge order. | 85.00 |
| 6/29/10 | RLB | 1.30 | 4500 | Reviewed and revised discharge order (.7); reviewed other parties' comments to same (.6). | 1,105.00 |
| 6/30/10 | CRW | .40 | 4500 | Reviewed docket for briefs and motions pertaining to stay or limited discovery due to filing of Examiner's Report. | 102.00 |
| 7/02/10 | DRM | .90 | 4500 | Read memorandum from S. Singh re discharge motion (.3); reviewed prior comments on discharge motion and memorandum from R. Byman re same (.2); read memorandum from A. Wolf, M. Etkin, P. Schrage, L. Riffkin, J. Barnea, A. Wasserman, M. McGarry and H. Miller re comments on motion and reviewed related attachments (.4). | 765.00 |
| 7/02/10 | DRM | .10 | 4500 | Read memorandum from A. Olejnik re filing by group of hedge funds seeking discovery data room, including documents in Examiner's database. | 85.00 |

| 7/02/10 | AJO | .90 | 4500 | Read preliminary plan objection from ad hoc group of creditors re proposal to create database and require Examiner participation (.5); met with D. Murray re same (.1); emailed R. Byman and D. Murray re same (.3). | 459.00 |
|---------|-----|-----|------|-----|--------|
|         |     | 51.10 |    | PROFESSIONAL SERVICES | 37,060.00 |

MATTER TOTAL    $ 37,060.00    LESS DISCOUNT                    -3,706.00

NET PROFESSIONAL SERVICES                    33,354.00

COMMUNICATIONS & MEETINGS WITH PARTIES          MATTER NUMBER -    10128
PARTIES IN INTEREST

| 6/01/10 | PJT | .20 | 4500 | Emailed R. Byman re meeting with NY Fed. | 150.00 |
| 6/02/10 | DRM | .20 | 4500 | Read letter from L. Szymoniak and memorandum to A. Valukas and R. Byman re proposed response. | 170.00 |
| 6/03/10 | DRM | .20 | 0700 | Memoranda from R. Byman and S. Waisman re transmittal of information re sale of mortgage and handling of future correspondence. | 170.00 |
| 6/04/10 | RLB | 2.80 | 4500 | Prepared for and met with T. Baxter, et al. re Report. | 2,380.00 |
| 6/04/10 | PJT | 2.60 | 4500 | Reviewed liquidity and government sections of report (1.1); conference call with NY Fed re follow-up from report and regulatory matters (1.5). | 1,950.00 |
| 6/10/10 | DRM | .20 | 0700 1100 | Conferred with R. Byman re protocol for sharing of information with LBI Trustee and Debtors. | 170.00 |
| 6/10/10 | CRW | .20 | 4500 | Reviewed daily correspondence from JPMorgan re discharge clarification. | 51.00 |
| 6/14/10 | DRM | .40 | 4500 | Read exchange of correspondence by R. Byman with D. Adams, H. Miller, Creditors' Committee Counsel and plaintiffs' counsel re content of draft discharge order. | 340.00 |
| 6/17/10 | CRW | .40 | 4500 | Reviewed, filed and calendared emails and dates involving discharge conference call with Debtors, JPMorgan amongst other third parties. | 102.00 |
| 6/21/10 | CRW | .80 | 4500 | Reviewed correspondence and materials pertaining to third party teleconference re discharge order. | 204.00 |
| 6/23/10 | CRW | .10 | 4500 | Reviewed correspondence re Examiner's discharge order. | 25.50 |
| 6/24/10 | CRW | .20 | 4500 | Reviewed memorandum and correspondence re third party teleconference pertaining to Examiner's discharge. | 51.00 |

| Date | Initials | Hours | Code | Description | Amount |
|------|------|------|------|------|------|
| 6/25/10 | CRW | .30 | 4500 | Reviewed daily correspondence re third party edits to Examiner's discharge order. | 76.50 |
| 6/29/10 | PJT | .40 | 4500 | Reviewed letter from Elliott Management re exhibit inquiry (.2); reviewed Report section re Elliott inquiry and sent email to R. Byman re same (.2). | 300.00 |
| 7/01/10 | RLB | 1.50 | 4500 | Reviewed and revised discharge order re other parties' comments. | 1,275.00 |
| 7/02/10 | RLB | 1.70 | 4500 | Reviewed revisions to draft discharge order (.8); reviewed correspondence from Debtors and other parties re discharge order (.9). | 1,445.00 |
| 7/02/10 | CRW | .20 | 4500 | Reviewed daily correpondence with third parties re Examiner's discharge order. | 51.00 |
| 7/05/10 | RLB | .70 | 4500 | Reviewed revisions to discharge order and correspondence re same. | 595.00 |
| 7/06/10 | MRD | .30 | 4500 | Telephone conference with C. Zalka re identifying witness' attorney for Weil Gotshal. | 153.00 |
| 7/07/10 | RLB | .30 | 4500 | Correspondence with Debtors and others re revisions to discharge order. | 255.00 |
| 7/09/10 | RLB | .60 | 4500 | Correspondence with third parties re document citation. | 510.00 |
| | | 14.30 | | PROFESSIONAL SERVICES | 10,424.00 |

MATTER TOTAL   $ 10,424.00      LESS DISCOUNT                           -1,042.40

NET PROFESSIONAL SERVICES                    9,381.60

NONWORKING TRAVEL TIME                                    MATTER NUMBER -        10136

| | | | | | |
|---|---|---|---|---|---|
| 6/15/10 | RLB | 5.00 | 0500 | Non-working travel time to New York, NY in connection with court hearing on discharge motion. | 4,250.00 |
| 6/15/10 | ARV | 5.00 | 0500 | Non-working travel to New York in connection with upcoming discharge motion before Judge Peck. | 4,875.00 |
| 6/16/10 | RLB | 4.00 | 0500 | Non-working travel during return to Chicago, IL. | 3,400.00 |
| | | 14.00 | | PROFESSIONAL SERVICES | 12,525.00 |

MATTER TOTAL      $ 12,525.00      LESS DISCOUNT                    -1,252.50

NET PROFESSIONAL SERVICES                    11,272.50

DOCUMENT MANAGEMENT AND REVIEW                    MATTER NUMBER -    10144

| 6/03/10 | CRW | 1.50 | 4500 | Researched all documents and reports produced from CMP Group (1.3); conferred with R. Byman re retention of CMP Group materials (.2). | 382.50 |
|---------|-----|------|------|-----|--------|
| 6/07/10 | RLB | .90 | 4500 | Reviewed materials from Duff & Phelps re assistance to Debtors. | 765.00 |
| 6/09/10 | CRW | .50 | 4400 | Drafted chart of SEC production documents for R. Byman. | 127.50 |
| 6/10/10 | RLB | 2.80 | 4400 | Reviewed SEC access letters (.9); telephone conferences with S. Forstein, office conference with A. Valukas and conference call with SEC re return of SEC documents (1.9). | 2,380.00 |
| 6/10/10 | CRW | 1.30 | 4500 | Reviewed documents sent by Duff & Phelps to determine which stipulation governed their confidentiality. | 331.50 |
| 6/11/10 | CRW | .60 | 4500 | Reviewed additional documents for J. Leiwant of Duff & Phelps, to determine which stipulation governed their confidentiality. | 153.00 |
| 6/14/10 | CRW | 1.00 | 4500 | Reviewed documents from Duff & Phelps to determine what confidentiality stipulation governed same (.8); emailed J. Leiwant re same (.2). | 255.00 |
| 6/16/10 | CRW | 1.90 | 4500 | Reviewed documents and provided supporting confidentiality stipulations to Duff & Phelps for production of liquidity pool materials. | 484.50 |
| 6/18/10 | CRW | 1.60 | 4500 | Reviewed additional documents from Duff & Phelps re liquidity pool and confidentiality designations re same. | 408.00 |
| 6/21/10 | RLB | 1.20 | 4500 | Reviewed and analyzed document depository issues (.6); reviewed protective order issues re same (.6). | 1,020.00 |
| 6/21/10 | HDM | .80 | 4500 0700 | Updated Epiq contact re discharge motion hearing and status (.3); discussed proposal with Alvarez & Marsal re proposal (.5). | 460.00 |

| 6/21/10 | CRW | 1.20 | 4500 | Reviewed Duff & Phelps production to Alvarez & Marsal, indicating which documents were subject to protective orders. | 306.00 |
| 6/30/10 | CRW | 1.00 | 4500 | Researched native files of Lehman Live materials referenced in Report, in response to third party request re same (.6); reviewed and loaded into Case Logistix, Federal Reserve Bank of New York production of handwritten notes (.4). | 255.00 |
| 7/02/10 | CRW | .40 | 4500 | Reviewed, filed and prepared for upload to Case Logistix, Barclays supplemental production of emails from C. Oberkampf. | 102.00 |
| 7/12/10 | ZM | 1.20 | 4500 | Prepared volumes to load into CaseLogistix (.5); loaded same into CaseLogistix (.3); performed quality checks on same volumes (.2); coordinated with L. Manheimer (.2). | 330.00 |
|  |  | 17.90 |  | PROFESSIONAL SERVICES | 7,760.00 |

MATTER TOTAL     $ 7,760.00     LESS DISCOUNT                    -776.00

NET PROFESSIONAL SERVICES                    6,984.00

BILLING AND FEE APPLICATIONS                    MATTER NUMBER -      10152

| 6/03/10 | MHM | 3.00 | 4600 | Worked on spreadsheet re hours and fees for all prior fee applications for use in final fee application. | 825.00 |
|---|---|---|---|---|---|
| 6/07/10 | MHM | 1.20 | 4600 | Reviewed historical calculations of matters and attorney summaries for use in final fee application. | 330.00 |
| 6/08/10 | AJO | 1.20 | 4600 | Reviewed and edited first draft of May invoice (1.0); emailed K. Anderson re additional information for expenses for May invoice (.2). | 612.00 |
| 6/10/10 | DRM | 1.30 | 4600 | Studied report of Fee Committee, memorandum of C. Biros and related material (1.1); conferred with A. Olejnik re next steps (.2). | 1,105.00 |
| 6/10/10 | AJO | 1.30 | 4600 | Read Fee Committee report re J&B fees and expenses for fourth interim fee period (1.1); met with D. Murray re same (.2). | 663.00 |
| 6/11/10 | DRM | .30 | 4600 | Further review of Fee Committee report and discussed same with A. Olejnik, including next steps. | 255.00 |
| 6/11/10 | AJO | 2.40 | 4600 | Met with D. Murray re response to Fee Committee's report on fourth interim fee application (.2); telephone call with K. Anderson re same (.5); conferred with J. Leiwant re same (.5); edited second draft of May invoice (.5); analyzed issues identified by Fee Committee in report on fourth interim fee application (.3); met with M. Matlock re preparation of interim fee application (.2); met with D. Murray re same (.2). | 1,224.00 |
| 6/14/10 | DRM | 1.30 | 4600 | Studied report of Fee Committee on Fourth Interim Fee Application (.3); conferred with A. Olejnik re response thereto (.6); met with A. Valukas and A. Olejnik re response to Fee Committee (.4). | 1,105.00 |

| Date | Initials | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 6/14/10 | AJO | 7.20 | 4600 | Reviewed and analyzed report from Fee Committee re fourth interim fee application re fees in question (3.8); reviewed and analyzed same re expenses in question (1.5); read transcript from opinion in Bankruptcy Court for Southern District of New York re allowable fees and expenses (.6); met with D. Murray re analysis of Fee Committee's report on fourth interim fee application (.6); met with D. Murray and A. Valukas re same (.4); met with M. Kelly re research to conduct re Fee Committee's objections to administrative fees (.3). | 3,672.00 |
| 6/15/10 | MHM | 3.90 | 4600 | Continued preparing data for attorney totals. | 1,072.50 |
| 6/15/10 | MJK | 2.80 | 4600 | Researched case law re paralegal and administrative time objections. | 1,246.00 |
| 6/16/10 | MJK | 1.20 | 4600 | Researched case law re paralegal and administrative fees issue. | 534.00 |
| 6/17/10 | MHM | 2.80 | 4600 | Worked on preparing data worksheets for fifth quarterly fee application. | 770.00 |
| 6/17/10 | AJO | .80 | 4600 | Analyzed fourth interim fee application amounts and timing (.4); researched orders approving prior interim fee applications re amounts previously allowed (.4). | 408.00 |
| 6/17/10 | MJK | 2.40 | 4600 | Researched case law re objections to paralegal and administrative fees. | 1,068.00 |
| 6/18/10 | MHM | 1.90 | 4600 | Prepared attorney data for fee applications. | 522.50 |
| 6/21/10 | MHM | 3.20 | 4600 | Worked on fee totals for fifth quarterly fee application. | 880.00 |
| 6/21/10 | MJK | 1.10 | 4600 | Researched case law re paralegal fees objections. | 489.50 |
| 6/22/10 | AJO | .20 | 4600 | Met with M. Kelly re researching compensable services conducted by examiners in other cases. | 102.00 |
| 6/22/10 | MJK | 1.50 | 4600 | Researched Southern District of New York compensability standard for response to fee application objections. | 667.50 |

Exhibit F
Detailed Time Records

| 6/23/10 | MHM | 3.90 | 4600 | Reviewed case precedent re reimbursability of fees for creation and maintenance of database in other examiner investigations. | 1,072.50 |
| 6/23/10 | AJO | .80 | 4600 | Emailed M. Kelly re fee applications filed by other examiners re example of compensable services (.2); reviewed and edited May invoice to comply with Fee Committee guidelines (.6). | 408.00 |
| 6/24/10 | MHM | 1.60 | 4600 | Continued review of case precedent re reimbursability of fees for creation and maintenance of database in other examiner investigations. | 440.00 |
| 6/24/10 | AJO | 5.50 | 4600 | Drafted specific, detailed responses to Fee Committee's questions re duplicate time entry, non-admitted attorney time, and transitory professionals (1.2); drafted summary response letter to Fee Committee re same (1.8); met with M. Kelly re detailed, specific responses for administrative fees (.2); analyzed expense entries re photocopy and related charges questioned by Fee Committee (1.8); emailed K. Anderson and C. Ward re same (.5). | 2,805.00 |
| 6/24/10 | MJK | 2.50 | 4600 | Researched compensability standards for fee application challenges. | 1,112.50 |
| 6/24/10 | CRW | 1.20 | 4600 | Researched additional information re expense entries to comply with Fee Committee's request for information on document preparation expenses (.8); conferred with A. Olejnik to provide him with more specifics on invoices researched for Fee Committee (.4). | 306.00 |
| 6/25/10 | DRM | .50 | 4600 | Conferred with A. Olejnik concerning backup for expenses to be submitted to Fee Committee and reviewed memorandum from A. Olejnik concerning same. | 425.00 |
| 6/25/10 | MHM | 3.20 | 4600 | Continued research of additional cases re reimbursability of database maintenance fees. | 880.00 |

<u>Exhibit F</u>
Detailed Time Records

| | | | | | |
|---|---|---|---|---|---|
| 6/25/10 | AJO | 5.60 | 4600 | Reviewed invoices and expenses entries questioned by Fee Committee re photocopy and related expenses (.6); conferred with C. Ward re same (.9); reviewed and edited May invoice re compliance with Fee Committee guidelines (.5); drafted detailed responses to Fee Committee's questions re document preparation expenses (1.9); drafted detailed responses to Fee Committee's questions re other expense entries (1.7). | 2,856.00 |
| 6/25/10 | CRW | 3.40 | 4600 | Conferred with A. Olejnik to provide him with more specifics on invoices researched for Fee Committee (1.0); researched specific expense entries to comply with Fee Committee's request for information on document preparation expenses (1.5); drafted summaries to specific expense entries to comply with Fee Committee's request for further detail re same (.9). | 867.00 |
| 6/28/10 | DRM | .70 | 4600 | Reviewed draft of response to Fee Committee and worked with A. Olejnik to revise same. | 595.00 |
| 6/28/10 | MHM | 6.30 | 4600 | Researched Semcrude case precedent re compensable fees incurred by examiners (2.7); researched Refco case precedent re compensable fees incurred by examiners (3.6). | 1,732.50 |

<u>Exhibit F</u>
Detailed Time Records

| | | | | | |
|---|---|---|---|---|---|
| 6/28/10 | AJO | 9.30 | 4600 | Prepared response to Fee Committee re car service expenses (1.4); prepared specific responses to Fee Committee re document preparation and other expenses (1.3); met with M. Kelly re analysis of fees identified as administrative by Fee Committee (.4); met with D. Murray re response to Fee Committee (.5); revised responses re document preparation expenses (.6); reviewed prior responses to Fee Committee re addressing previously identified questions (.4); reviewed Weil Gotshal's objection to Fee Committee's third fee report re challenging administrative fees (.5); continued drafting summary response to Fee Committee re questioned fees and expenses (3.6); edited fourth draft of May invoice to incorporate revisions to respond to recent guidelines promulgated by Fee Committee (.6). | 4,743.00 |
| 6/28/10 | MJK | 7.00 | 4600 | Reviewed over 1,000 challenged administrative time entries to provide additional information re same (5.7); researched re Southern District of New York standards for compensability (1.3). | 3,115.00 |
| 6/28/10 | CRW | .50 | 4600 | Responded to emails and phone calls re specific vendor expenses (.2); conferred with Pitney Bowes re two specific blowback charges to determine specific reasons for same (.3). | 127.50 |
| 6/29/10 | DRM | .10 | 4600 | Conferred with A. Olejnik re preparation of response to Fee Committee report. | 85.00 |
| 6/29/10 | MHM | 3.70 | 4600 | Continued to research and review case precedent re compensable fees of examiners and for document database creation and maintenance. | 1,017.50 |

| | | | | | |
|---|---|---|---|---|---|
| 6/29/10 | AJO | 1.70 | 4600 | Met with G. Ahearn re information for car service expenses for Fee Committee (.2); emailed C. Ward re information on photocopy expenses for Fee Committee (.1); conferred with J. Leiwant re response to Fee Committee's report to fourth interim fee period (.2); met with M. Kelly re analysis of compensable fees under case law to respond to Fee Committee's questions of specific time entries (.7); drafted expense entry explanations for Fee Committee re photocopy charges (.5). | 867.00 |
| 6/29/10 | MJK | 7.60 | 4600 | Reviewed over 1,000 administrative time entries challenged by fee examiner to add responsive comments. | 3,382.00 |
| 6/29/10 | CRW | .30 | 4600 | Responded to emails and phone calls re specific expenses relating to Equivalent Data. | 76.50 |
| 6/30/10 | DRM | 1.50 | 4600 | Worked with A. Olejnik on preparation of response to Fee Committee (.5); reviewed draft of response as revised (.4); conferred with A. Valukas and A. Olejnik re same (.4); reviewed further revisions to Fee Committee response with A. Olejnik (.2). | 1,275.00 |
| 6/30/10 | MHM | .40 | 4600 | Reviewed May invoice for import to data for quarterly fee application. | 110.00 |

| | | | | | |
|---|---|---|---|---|---|
| 6/30/10 | AJO | 14.00 | 4600 | Reviewed and edited final draft of May invoice re compliance with Fee Committee request for detail (.6); redacted May invoice to preserve confidentiality of Examiner's investigation and coordination with governmental entities (.4); prepared MS Excel spreadsheet for May invoice for transmittal to Fee Committee (.3); drafted cover letters for May invoice for notice parties (.3); entered task codes for May invoice to comply with Fee Committee request (.8); reviewed fee orders re Fee Committee guidelines (.2); revised summary response to Fee Committee re fourth interim fee period and fees identified as administrative (2.8); revised cover letter to Fee Committee re same (.5); met with A. Valukas re response to Fee Committee re fourth interim fee period (.3); revised summary responses to all fee and expenses questions identified by Fee Committee (4.1); revised detailed responses to specific expense entries identified by Fee Committee in fourth interim fee period (1.7); read case law re compensability of paraprofessional services (1.0); revised detailed responses to Fee Committee's questions re fees re paraprofessional services (1.0). | 7,140.00 |
| 6/30/10 | MJK | .40 | 4600 | Revised letter response to fee examiner's objections. | 178.00 |
| 7/01/10 | DRM | 1.00 | 4600 | Read draft letter to Fee Committee and comments of J&B re Fee Committee report and discussed same with A. Olejnik (.7); reviewed final version of same and sent to Fee Committee (.3). | 850.00 |
| 7/01/10 | AJO | 4.20 | 4600 | Revised spreadsheet re response to Fee Committee's questions about car service and other expenses (1.3); revised letter to Fee Committee re J&B response to Fee Committee's report on fourth interim fee period (.6); finalized summary responses to categories of fees and expenses questioned by Fee Committee in fourth interim fee period (2.3). | 2,142.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/01/10 | CRW | .20 | 4600 | Reviewed with A. Olejnik fee committee descriptions pertaining to paraprofessional time entries. | 51.00 |
| 7/08/10 | DRM | .30 | 4600 | Read memoranda from H. Miller and D. Dunne regarding Fee Committee recommendations (.1); read memorandum from Fee Committee regarding same and memorandum to A. Olejnik re same (.2). | 255.00 |
| 7/12/10 | AJO | .20 | 4600 | Began reviewing first draft of June invoice re compliance with Fee Committee requirements. | 102.00 |
| | | 128.60 | | PROFESSIONAL SERVICES | 56,567.00 |

MATTER TOTAL    $ 56,567.00    LESS DISCOUNT                -5,656.70

NET PROFESSIONAL SERVICES                50,910.30

<u>Exhibit F</u>
Detailed Time Records

CONSULTATION WITH FINANCIAL ADVISORS          MATTER NUMBER -    10160

| | | | | | |
|---|---|---|---|---|---|
| 6/11/10 | DRM | .20 | 4500 | Telephone conference with J. Leiwant re Fee Committee report and discussed same with A. Olejnik. | 170.00 |
| 6/17/10 | RLB | .60 | 4500 | Reviewed materials re Duff & Phelps cooperation with Debtors. | 510.00 |
| 6/24/10 | RLB | .30 | 4500 | Reviewed correspondence re coordination of Duff & Phelps with Alvarez & Marsal. | 255.00 |
| | | 1.10 | | PROFESSIONAL SERVICES | 935.00 |

MATTER TOTAL          $ 935.00      LESS DISCOUNT                         -93.50

NET PROFESSIONAL SERVICES                    841.50