**DAY PITNEY LLP**
One Jefferson Road
Parsippany, New Jersey, 07054-2891
Telephone:   (973) 966-6300
Facsimile:   (973) 966-1015

- and -

7 Times Square
New York, New York 10036-7311
Telephone:   (212) 297-5800
Facsimile:   (212) 916-2940
SCOTT A. ZUBER, ESQ. (SZ-9728)
HERBERT K. RYDER, ESQ. (HR-5137)

*Attorneys for SPCP Group, L.L.C.,*
*as Agent for Silver Point Capital Fund, L.P.*
*and Silver Point Capital Offshore Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **Case No. :  08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR**
**SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE by Regions Bank (the "Initial Claimant"), against Lehman Brothers Holdings Inc. (the "Debtor"), in the amount of $17,349,437.00 (designated as Claim No. 1122), which claim was settled in the amount of $14,853,993.00, pursuant to a certain termination agreement entered into by and among the Initial Claimant, Lehman Brothers Special Financing Inc. as obligor and the Debtor as guarantor (as settled, the "Claim").  The Claim was transferred from the Initial Claimant to the Transferor (named below) on or about November 30, 2010 (*See* Document Number 13158 on the docket.)[1]  Assignee (named below) hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the Claim.  A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

---

[1] The docket entry for Document Number 13158 incorrectly identifies the Claim as Claim No. 1121, but the Evidence of Transfer attached to the filing correctly identifies the Claim as Claim No. 1122.

83442520.1

| | |
|---|---|
| **Name of Assignee:** | **Name of Transferor:** |
| SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. | Merrill Lynch Credit Products, LLC |
| **Names and Addresses where notices to Assignee should be sent:** | **Name and Address where notices to Transferor should be sent:** |
| Adam J. DePanfilis<br>Silver Point Capital, LP<br>660 Steamboat Road<br>Greenwich, CT 06830 | Jeff Benesh / Ron Torok<br>Merrill Lynch Credit Products, LLC<br>Bank of America Tower – 3rd Floor<br>One Bryant Park<br>New York, NY 10036 |
| With a copy to:<br><br>Day Pitney LLP<br>7 Times Square<br>New York, New York 10036<br>Attn:   Ronald S. Beacher, Esq.<br>Telephone     (212) 297-5812 | |
| **Name and Address where Assignee payments should be sent:** | |
| SPCP Group, L.L.C.<br>Two Greenwich Plaza<br>Greenwich, Connecticut 06830<br>Attn:   Brian A. Jarmain<br>Telephone:     (203) 542-4032 | |

83442520.1                                                        2

      The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001 (e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Claim as an unconditional transfer; and (ii) the Assignee is the valid owner of the Claim.

| | |
|---|---|
| Dated: Parsippany, New Jersey<br>December 14, 2010 | **DAY PITNEY LLP**<br><br>By:    /s/ Scott A. Zuber<br>      Scott A. Zuber (SZ-9728)<br>One Jefferson Road<br>Parsippany, New Jersey, 07054-2891<br>Telephone: (973) 966-6300<br>Facsimile: (973) 966-1015<br><br>*Attorneys for SPCP Group, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.* |

83442520.1      3


      The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001 (e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Claim as an unconditional transfer; and (ii) the Assignee is the valid owner of the Claim.

Dated: Parsippany, New Jersey
       December 14, 2010

**DAY PITNEY LLP**

By:    /s/ Scott A. Zuber
      Scott A. Zuber (SZ-9728)
One Jefferson Road
Parsippany, New Jersey, 07054-2891
Telephone:   (973) 966-6300
Facsimile:   (973) 966-1015

*Attorneys for SPCP Group, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.*