UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                          :
                Debtors.                  :    (Jointly Administered)
                                          :
                                          :
                                          :
-----------------------------------------------------------------x
```

## FIRST INTERIM FEE APPLICATION OF MMOR CONSULTING INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR TAX SERVICES PROVIDERS TO THE DEBTORS AND DEBTORS-IN-POSSESSION <u>FOR THE PERIOD FROM JULY 1, 2010 THROUGH SEPTEMBER 30, 2010.</u>

| | |
|---|---|
| Name of Applicant: | <u>MMOR Consulting Inc.</u> |
| Authorized to Provide Professional Services to: | <u>the above-captioned debtors and debtors-in-possession</u> |
| Date of Retention: | <u>October 20, 2010, nunc pro tunc to June 1, 2010</u> |
| Period for which compensation and reimbursement are sought: | <u>July 1, 2010 through September 30, 2010</u> |
| Amount of compensation sought as actual, reasonable, and necessary: | <u>$146,025.00</u> |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $11,719.00 |

This is a(n):____ monthly   _X_ interim   ____ final application

Prior Fee Application Filed:

NONE

**COMPENSATION BY PROFESSIONAL**
**JULY 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Last Name | First Name | Title | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|-----------|-----------|-------|--------------------|---------------------|--------------------|
| Morgese | Michael | President | 531.0 | 275 | $146,025.00 |
| | | Total | 531.0 | | $146,025.00 |

| | |
|---|---|
| Compensation | $146,025.00 |
| Total Hours | 531.0 |
| Rate | $275.00 |

December 13, 2010

**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| State & Local Tax Services | 531.0 | $146,025.00 |
| **Total** | **531.0** | **$146,025.00** |

**EXPENSE SUMMARY**
**JULY 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | Parking – 101 Hudson Street., JC, NJ $894.00 | $894.00 |
| Meals | Various $1,138.00 | $1,138.00 |
| Other | Fees to Morrison & Foerster $9,687.00 | $9,687.00 |
| **Total** | | **$11,719.00** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
In re                                                  :    Chapter 11 Case No.
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*          :    08-13555 (JMP)
                                                       :
                              **Debtors.**             :    (Jointly Administered)
                                                       :
                                                       :
                                                       :
-----------------------------------------------------------------------x

## FIRST INTERIM FEE APPLICATION OF MMOR CONSULTING INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR TAX SERVICES PROVIDERS TO THE DEBTORS AND DEBTORS-IN-POSSESSION <u>FOR THE PERIOD FROM JULY 1, 2010 THROUGH SEPTEMBER 30, 2010.</u>

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 1388] (the "Compensation Order"), MMOR Consulting Inc. (MMOR) hereby files this First Interim Fee Application for the Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors-in-Possession for the Period from July 1, 2010 through September 30, 2010 (the "Application"). By this Application, MMOR seeks interim allowance pursuant to the Compensation Order with respect to the sums of $146,025.00 as compensation and $11,719.00 for reimbursement of actual and necessary expenses for the total of $157,744.00 for the period July 1, 2010 through and including September 30, 2010 (the "Compensation Period"). In support of this Application, MMOR respectfully represents as follows:

.

## Background

1.  On September 15, 2008 (the "Petition Date"), the above-captioned debtors and
debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief
under chapter 11 of the Bankruptcy Code.

2.  On April 14, 2010, the Debtors filed a revised joint Chapter 11 plan and disclosure
statement [Docket Nos. 8330 and 8332].

3.  MMOR was previously performing tax advisory services on behalf of the Debtors as
a professional utilized in the ordinary course of business ("Ordinary Course Professional" or
"OCP"). MMOR was further retained as a Tax Services Provider by the Court Order dated
October 20, 2010, nunc pro tunc to June 1, 2010. The Retention Order authorized MMOR to be
compensated on an hourly basis and to be reimbursed for actual and necessary out of pocket
expenses.

## Compensation Paid and Its Source

4.  All services for which compensation is requested by MMOR were performed for or
on behalf of the debtors.

5.  MMOR has received no payment and no promises for payment from any source for
services rendered or to be rendered in any capacity whatsoever in connection with the matters
covered by this Application. There is no agreement or understanding between MMOR and any
other person for services rendered in these cases.

## Fee Application

6.    The daily time detail for MMOR professionals that provided services during the Compensation Period is attached hereto as <u>Exhibit A</u>.  To the best of MMOR's knowledge, this application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Bankr. S.D.N.Y. L.R 2016-1, Administrative Order M-151 of the Southern District of New York and Compensation Order.

<b><u>Actual and Necessary Expenses</u></b>

7.    As set forth in Exhibit A hereto, MMOR incurred $11,719.00 of reimbursable expenses during the Compensation period.  These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases and the services rendered by MMOR.

<b><u>Summary of Services Rendered</u></b>

8.    MMOR Consulting Inc., by and through its professionals, has performed all necessary professional services which are described and narrated in detail hereafter.

<b><u>Summary of Services by Project</u></b>

9.    The services rendered by MMOR during the Compensation Period include state and local tax audit representation including income, franchise, sales and use taxes.  The professionals who rendered the services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in <u>Exhibit A</u> attached hereto.

A.    <u>Tax Services</u>

Fees $146,025.00; Total Hours 531.0

This category includes all matters related to the representation of Debtors, during

various state and local tax audits in the areas of income, franchise, sales, use, payroll, etc.

**Valuation of Services**

10.    Professionals of MMOR have expended a total of 531.0 hours in connection with

this matter during the Compensation Period, as follows:

| Last Name | First Name | Title | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Morgese | Michael | President | 531.0 | 275 | $146,025.00 |
| | | Total | 531.0 | | $146,025.00 |

The daily detailed time records for the work performed by this person is fully set forth in Exhibit

A attached hereto.  The reasonable value of the services rendered by MMOR to the debtors

during the Compensation Period is $146,025.00.

11.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code,

it is respectfully submitted that the amount requested by MMOR is fair and reasonable given (a)

the complexity of these cases, (b) the time expanded, (c) the nature and extent of the services

rendered, (d) the value of such services, and (e) the costs of comparable services other than in a

case under this title.

WHEREFORE, MMOR respectfully requests that the Court authorize that for the period

July 1, 2010 through September 30, 2010, an interim allowance be made to MMOR pursuant to

the terms of the Compensation Order, with respect to the sum of $146,025.00 as compensation

for necessary professional services rendered, and the sum of $11,719.00 as reimbursement of

actual necessary costs and expenses, for a total of $157,744.00 and that any portion of such

sums that remains unpaid be authorized for payment by the Debtors, and for such other and

further relief as this Court may deem justified and proper.

Dated: December 13, 2010                     Respectfully Submitted,


Michael Morgese
MMOR Consulting Inc.
750 Third Avenue-9th Floor
New York, NY 10017
Tel. (212) 768-2233

State & Local Tax Provider
For Debtors and Debtors-In-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                               :
                         Debtors.              :    (Jointly Administered)
                                               :
                                               :
                                               :
---------------------------------------------------------------------x

### CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FIRST INTERIM FEE APPLICATION OF MMOR CONSULTING INC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ESPENSES FOR STATE AND LOCAL TAX SERVICES PROVIDERS TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR <u>THE PERIOD JULY 1, 2010 THROUGH SEPTEMBER 30, 2010</u>.

I, Michael Morgese, hereby certify that:

1.    I am the President of MMOR Consulting Inc. (MMOR) which maintains an office at 750 Third Avenue-9th Floor, New York, New York.  I have personal knowledge of the facts set forth herein.

2.    I submit this Certification in support of the first interim fee application dated December 13, 2010 (the "Application") of MMOR, seeking entry of an order, pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code") and rule 2016 of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") granting interim allowance of compensation for services rendered and expenses incurred as state and local tax services providers to the above-captioned debtors and debtors-in-possession (the "Debtors") during

the period from July 1, 2010 through and including September 30, 2010 (the "Interim

Period"), and directing payment of fees and expenses that were not paid or which were

previously subject to a holdback.

3.    I have read the Application and, to the best of my knowledge, information and belief,

formed after reasonable inquiry (a) I have read the Application, (b) to the best of my

knowledge, information and belief after reasonable inquiry, the Application complies with

the United States Trustee Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed under 11 U.S.C. section 330 (the "Guidelines"), (c) to the

best of my knowledge, information and belief and reasonable inquiry, the fees and expenses

sought fall within the Guidelines, except as noted otherwise, (d) except to the extent that

fees or disbursements are prohibited by the Guideline, the fees and disbursements sought

are billed at rates and in accordance with practices customarily employed MMOR and

generally accepted by MMOR's clients, (e) in seeking reimbursement of expenses, MMOR

does not make a profit on that expenditure, whether it is performed by MMOR in-house or

through a third party, (f) MMOR has provided the US Trustee, the Debtors, the Creditors'

Committee and the fee committee with Monthly Fee Statements for such fees.

4.    There is no agreement or understanding between MMOR and any other person, for sharing

of compensation to be received for services rendered or to be rendered in the Chapter 11

Cases.

        WHEREFORE, I declare that the above is true and correct to the best of my knowledge.


Dated: December 13, 2010

                                        Michael Morgese

## Exhibit A

**MMOR Consulting, Inc.**
**750 Third Ave – 9th Fl.**
**New York, NY 10017**

| | | State & Local Tax Audits | | | |
| | | Professional Services | | | |

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 7/1/2010 | MM | Review documentation supporting 1992-1993 NY State Income Tax Returns | 4.20 | 275 | $1,155.00 |
| 7/1/2010 | MM | Review documentation supporting 1994-1995 NY State Income Tax Returns | 4.20 | 275 | $1,155.00 |
| 7/2/2010 | MM | Review documentation supporting 1996-1997 NY State Income Tax Return | 5.20 | 275 | $1,430.00 |
| 7/2/2010 | MM | Review documentation supporting 1998-1999 NY State Income Tax Return | 4.30 | 275 | $1,182.50 |
| 7/6/2010 | MM | Review 1996-2007 NYC Income Tax Return | 3.70 | 275 | $1,017.50 |
| 7/6/2010 | MM | Review Calif audit issues for 2003-2007 | 2.30 | 275 | $632.50 |
| 7/6/2010 | MM | Review New York State audit issues for 1996-2008 | 5.30 | 275 | $1,457.50 |
| 7/7/2010 | MM | Review NYS assessment 1992-2008 | 4.70 | 275 | $1,292.50 |
| 7/8/2010 | MM | Review audit work papers-Calif audit 2003-2007 | 3.80 | 275 | $1,045.00 |
| 7/8/2010 | MM | Review NYC audit issues for 1996-2008 | 2.20 | 275 | $605.00 |
| 7/9/2010 | MM | Meeting with California auditors for 2003-2004 | 3.70 | 275 | $1,017.50 |
| 7/9/2010 | MM | Meeting with California auditors for 2005-2007 | 4.30 | 275 | $1,182.50 |
| 7/10/2010 | MM | Meeting with California auditors for 2003-2004 | 5.20 | 275 | $1,430.00 |
| 7/10/2010 | MM | Meeting with California auditors for 2005 | 3.80 | 275 | $1,045.00 |
| 7/12/2010 | MM | Review documentation for Calif auditors | 2.70 | 275 | $742.50 |

| MMOR Consulting, Inc.<br>750 Third Ave – 9th Fl.<br>New York, NY 10017 | | | | | |
|---|---|---|---|---|---|
| 7/12/2010 | MM | Review IRS changes to California | 2.10 | 275 | $577.50 |
| 7/12/2010 | MM | Review IRS changes to New York State | 3.20 | 275 | $880.00 |
| 7/13/2010 | MM | Review documentation for Calif auditor | 3.20 | 275 | $880.00 |
| 7/13/2010 | MM | Review IRS changes to New York State 1996-1997 | 3.50 | 275 | $962.50 |
| 7/13/2010 | MM | Review IRS changes to New York State 1998-1999 | 3.30 | 275 | $907.50 |
| 7/14/2010 | MM | Meeting with NYS officials regarding IRS changes 1996-1997 | 4.70 | 275 | $1,292.50 |
| 7/14/2010 | MM | Meeting with NYS officials regarding IRS changes 1998-1999 | 3.30 | 275 | $907.50 |
| 7/15/2010 | MM | Meeting with NYS officials regarding IRS changes | 3.80 | 275 | $1,045.00 |
| 7/15/2010 | MM | Review IRS changes to NYC | 3.10 | 275 | $852.50 |
| 7/15/2010 | MM | Review IRS changes for Minnesota purposes | 3.10 | 275 | $852.50 |
| 7/16/2010 | MM | Review IRS changes for Calif purposes | 2.80 | 275 | $770.00 |
| 7/16/2010 | MM | Review audit work papers for NYS | 2.70 | 275 | $742.50 |
| 7/16/2010 | MM | Review audit work papers for NYC | 2.50 | 275 | $687.50 |
| 7/17/2010 | MM | Review documentation for NYS assessment 1992-1995 | 2.30 | 275 | $632.50 |
| 7/17/2010 | MM | Review documentation for NYS assessment 1996-1999 | 4.10 | 275 | $1,127.50 |
| 7/17/2010 | MM | Review Calif receipts factor information 2003 | 3.10 | 275 | $852.50 |
| 7/17/2010 | MM | Meeting Calif audit team 2003-2004. | 2.50 | 275 | $687.50 |
| 7/20/2010 | MM | Meeting Calif audit team 2005-2006. | 5.70 | 275 | $1,567.50 |

| MMOR Consulting, Inc. 750 Third Ave – 9th Fl. New York, NY 10017 | | | | | |
|---|---|---|---|---|---|
| 7/20/2010 | MM | Meeting Calif audit team 2007 | 4.30 | 275 | $1,182.50 |
| 7/21/2010 | MM | Provide documentation to Calif audit team 2003-2007. | 3.60 | 275 | $990.00 |
| 7/21/2010 | MM | Meeting Calif audit team 2003-2007. | 4.30 | 275 | $1,182.50 |
| 7/21/2010 | MM | Obtain documentation for Louisiana audit for 1998 for PAMI | 3.10 | 275 | $852.50 |
| 7/22/2010 | MM | Review documentation for Louisiana audit for 1998 for PAMI | 4.80 | 275 | $1,320.00 |
| 7/23/2010 | MM | Meeting with Calif auditors 2003-2004 and provide documentation | 4.10 | 275 | $1,127.50 |
| 7/23/2010 | MM | Meeting with Calif auditors 2005-2007 and provide documentation | 4.10 | 275 | $1,127.50 |
| 7/26/2010 | MM | Meeting with Calif auditors 2003-2004 and provide documentation | 3.60 | 275 | $990.00 |
| 7/26/2010 | MM | Meeting with Calif auditors 2005-2007 and provide documentation | 4.40 | 275 | $1,210.00 |
| 7/27/2010 | MM | Meeting with Calif auditors 2003-2004 and provide documentation | 4.80 | 275 | $1,320.00 |
| 7/27/2010 | MM | Meeting with Calif auditors 2005 and provide documentation | 2.80 | 275 | $770.00 |
| 7/27/2010 | MM | Meeting with Calif auditors 2006-2007 and provide documentation | 4.40 | 275 | $1,210.00 |
| 7/28/2010 | MM | Meeting with Calif auditors 2003-2004 | 5.80 | 275 | $1,595.00 |
| 7/28/2010 | MM | Meeting with Calif auditors 2005-2007 | 6.20 | 275 | $1,705.00 |
| 7/29/2010 | MM | Meeting with Calif auditors 2003-2004 | 4.80 | 275 | $1,320.00 |

| MMOR Consulting, Inc. 750 Third Ave – 9th Fl. New York, NY 10017 | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 7/29/2010 | MM | Meeting with Calif auditors 2005-2007 | 4.30 | 275 | $1,182.50 |
| 7/30/2010 | MM | Provide documentation to NYS due to audit assessment for 1992-1995 | 4.10 | 275 | $1,127.50 |
| 7/30/2010 | MM | Provide documentation to NYS due to audit assessment for 1996-1999 | 4.10 | 275 | $1,127.50 |
| 7/31/2010 | MM | Provide documentation to NYS due to audit assessment for 2000-2008 | 3.80 | 275 | $1,045.00 |
| | | | **Total Service Amount** | | **$55,000.00** |
| | | | | | |
| | | Reimbursable Expenses | | | |
| 7/18/2010 | MM | Services of Morrison & Foerster LLP related to Calif. Assessment (see invoice attached) | | | $6,863.00 |
| 7/1/2010 | MM | Parking at 101 Hudson Street Jersey City, NJ | | | $298.00 |
| 7/21/2010 | MM | Lunch with State Auditors | | | $279.00 |
| 7/10/2010 | MM | Lunch with client personnel-Linda Klang, Donna Bess, Sumit Mitra | | | $231.00 |
| | | | **Total Expenses** | | **$7,671.00** |
| | | | | | |
| | | | **Amount Due This Invoice** | | **$62,671.00** |

| MMOR Consulting, Inc.<br>750 Third Ave – 9th Fl.<br>New York, NY 10017 | | | | | |
|---|---|---|---|---|---|
| **State & Local Tax Audits** | | | | | |
| **Professional Services** | | | | | |
| | | | | | |
| Date | Employee | Description | Hours | Rate | Amount |
| 8/2/2010 | MM | Review expenses attributable to investments income-NYS 1996-2000 | 4.80 | 275 | $1,320.00 |
| 8/2/2010 | MM | Review expenses attributable to investments income-NYC 1996-2000 | 4.20 | 275 | $1,155.00 |
| 8/3/2010 | MM | Review expenses attributable to investments income-NYS 2001-2007 | 5.70 | 275 | $1,567.50 |
| 8/4/2010 | MM | Review expenses attributable to income from subsidiaries-NYS 1996-2000 | 4.20 | 275 | $1,155.00 |
| 8/4/2010 | MM | Review expenses attributable to income from subsidiaries-NYC 1996-2000 | 4.10 | 275 | $1,127.50 |
| 8/5/2010 | MM | Review expenses attributable to income from subsidiaries-NYC 2001-2007 | 5.10 | 275 | $1,402.50 |
| 8/6/2010 | MM | Review expenses attributable to income from subsidiaries -NYS 2001-2007 | 3.30 | 275 | $907.50 |
| 8/6/2010 | MM | Review expenses attributable to income from subsidiaries-NYC 2001-2007 | 4.60 | 275 | $1,265.00 |

| MMOR Consulting, Inc.<br>750 Third Ave – 9th Fl.<br>New York, NY 10017 | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 8/8/2010 | MM | Review expenses attributable to income from subsidiaries-NYC 2001-2007 | 4.70 | 275 | $1,292.50 |
| 8/10/2010 | MM | Review investment tax credit for NYS 1996-2000 | 4.20 | 275 | $1,155.00 |
| 8/10/2010 | MM | Review investment tax credit for NYS 2001-2007 | 4.10 | 275 | $1,127.50 |
| 8/11/2010 | MM | Review gross receipts factor for California- 2003-2007 | 5.30 | 275 | $1,457.50 |
| 8/12/2010 | MM | Review income from foreign subsidiaries (Form 5471) for California 2003-2004 | 5.70 | 275 | $1,567.50 |
| 8/13/2010 | MM | Review income from foreign subsidiaries (Form 5471) for California 2003-2004 | 4.20 | 275 | $1,155.00 |
| 8/13/2010 | MM | Review income from foreign subsidiaries (Form 5471) for California 2005-2007 | 2.80 | 275 | $770.00 |
| 8/16/2010 | MM | Review income from foreign subsidiaries (Form 5471) for California 2003-2004 | 1.80 | 275 | $495.00 |
| 8/16/2010 | MM | Review documentation regarding business income NYS- 1996-2000 | 3.60 | 275 | $990.00 |
| 8/16/2010 | MM | Review documentation regarding NOL's for NYC 1996-2008 | 3.60 | 275 | $990.00 |
| 8/17/2010 | MM | Review documentation regarding NOL's for NYC 1996-2008 | 3.80 | 275 | $1,045.00 |

| MMOR Consulting, Inc.<br>750 Third Ave – 9th Fl.<br>New York, NY 10017 | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 8/17/2010 | MM | Review documentation regarding commercial/rent tax-NYC 2001-2008 | 4.20 | 275 | $1,155.00 |
| 8/18/2010 | MM | Review documentation regarding NOL's- NYS 1992-2008 | 3.90 | 275 | $1,072.50 |
| 8/18/2010 | MM | Discussions with client regarding California receipts 2003-2004 | 2.10 | 275 | $577.50 |
| 8/19/2010 | MM | Review documentation regarding California receipts 2003-2004 | 3.70 | 275 | $1,017.50 |
| 8/19/2010 | MM | Research commercial rent tax on lump sum payments-NYC | 2.40 | 275 | $660.00 |
| 8/19/2010 | MM | Review documentation regarding business income-NYC 1996-2008 | 2.90 | 275 | $797.50 |
| 8/23/2010 | MM | Review invoices, etc regarding NYS sales tax refund 1997-2004 | 3.70 | 275 | $1,017.50 |
| 8/23/2010 | MM | Letter to conferee-Minnesota 2004-2006 | 4.30 | 275 | $1,182.50 |
| 8/24/2010 | MM | Letter to conferee - Minnesota 2004-2006 | 4.40 | 275 | $1,210.00 |
| 8/24/2010 | MM | Meetings with client to discuss NYS-NYC assessments | 3.60 | 275 | $990.00 |
| 8/25/2010 | MM | Review audit work papers for NYS assessment 2000-2008 | 3.60 | 275 | $990.00 |
| 8/25/2010 | MM | Review audit work papers for NYC assessment 1996-2008 | 4.40 | 275 | $1,210.00 |
| 8/30/2010 | MM | Review federal revenue agent report impact on NYS for 1996-2000 | 2.60 | 275 | $715.00 |

| MMOR Consulting, Inc.<br>750 Third Ave – 9th Fl.<br>New York, NY 10017 | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 8/30/2010 | MM | Letter to California Conferee 2003-2004 | 3.80 | 275 | $1,045.00 |
| 8/30/2010 | MM | Review treatment of foreign operating company income for Minnesota purpose | 3.60 | 275 | $990.00 |
| 8/31/2010 | MM | Review Minnesota tax returns for 2004-2006 | 3.40 | 275 | $935.00 |
| 8/31/2010 | MM | Review work papers regarding Massachusetts audit of PAMI for 2007 | 2.70 | 275 | $742.50 |
| 8/31/2010 | MM | Review work papers | 2.90 | 275 | $797.50 |
| | | | **Total Services Amount** | | **$39,050.00** |
| | | | | | |
| | | Reimbursable Expenses | | | |
| 8/9/2010 | MM | Services of Morrison & Foerster LLP related to Calif. Assessment (see invoice attached) | | | $2,824.00 |
| 8/1/2010 | MM | Parking at 101 Hudson Street Jersey City, NJ | | | $298.00 |
| 8/24/2010 | MM | Lunch with NYS Officials | | | $115.00 |
| 8/19/2010 | MM | Lunch with NYS Officials | | | $165.00 |
| | | | | **Total** | **$3,402.00** |
| | | | | | |
| | | | **Amount Due This Invoice** | | **$42,452.00** |

| MMOR Consulting, Inc.<br>750 Third Ave – 9th Fl.<br>New York, NY 10017 | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| **State & Local Tax Audits** | | | | | |
| **Professional Services** | | | | | |
| | | | | | |
| **Date** | **Employee** | **Description** | **Hours** | **Rate** | **Amount** |
| 9/1/2010 | MM | **Review documentation of investment income NYS 1992-2008 of LBHI** | 4.70 | 275 | $1,292.50 |
| 9/1/2010 | MM | **Review documentation regarding Massachusetts audit of PAMI 2007** | 3.30 | 275 | $907.50 |
| 9/2/2010 | MM | **Review documentation regarding PA tax audit of Neuberger Berman LLC 2007** | 3.30 | 275 | $907.50 |
| 9/2/2010 | MM | **Review documentation submitted to Minn for 2004-2006** | 2.60 | 275 | $715.00 |
| 9/2/2010 | MM | Review California gross income issue for 2003-2004 | 2.10 | 275 | $577.50 |
| 9/3/2010 | MM | Review California gross income issue for 2005-2007 | 3.20 | 275 | $880.00 |
| 9/3/2010 | MM | **Review Minnesota modification to income from Foreign Operating Companies- 2004-2006** | 4.80 | 275 | $1,320.00 |
| 9/7/2010 | MM | **Review LBHI's income from Subsidiaries for NYS- 1992-2008** | 2.80 | 275 | $770.00 |
| 9/7/2010 | MM | Review LBI's income from invested capital NYS- 1992-2008 | 3.10 | 275 | $852.50 |
| 9/7/2010 | MM | Meeting with NYS auditor for Neuberger Berman Inc 2007-2008 | 2.10 | 275 | $577.50 |
| 9/8/2010 | MM | Meeting with NYS auditor for Neuberger Berman Inc 2007-2008 | 4.30 | 275 | $1,182.50 |

| MMOR Consulting, Inc. 750 Third Ave – 9th Fl. New York, NY 10017 | | | | | |
|---|---|---|---|---|---|
| 9/8/2010 | MM | Review LCPI's income from invested capital- NYC 1992-2008 | 2.70 | 275 | $742.50 |
| 9/9/2010 | MM | Review LCPI's income from invested capital- NYC 1996-2008 | 3.60 | 275 | $990.00 |
| 9/9/2010 | MM | Review California combined return modifications for 2003-2007 | 2.40 | 275 | $660.00 |
| 9/13/2010 | MM | Review New York State modification of interest indirectly attributable to Subsidiaries 1992-2008 | 4.30 | 275 | $1,182.50 |
| 9/13/2010 | MM | Letter to California conferee 2003-2004 | 2.60 | 275 | $715.00 |
| 9/13/2010 | MM | Review Pennsylvania tax computation Neuberger Berman Inc 2007 | 1.10 | 275 | $302.50 |
| 9/14/2010 | MM | Review New York City modification of interest indirectly attributable to Subsidiaries 1996-2008 | 4.80 | 275 | $1,320.00 |
| 9/14/2010 | MM | Review Minnesota apportionment factors for 2004-2006 | 3.20 | 275 | $880.00 |
| 9/15/2010 | MM | Meeting NYS sales tax auditor for Neuberger Berman Inc 2007-2008 | 4.20 | 275 | $1,155.00 |
| 9/15/2010 | MM | Discussions with client NYS and NYC corporate tax assessment issues | 3.70 | 275 | $1,017.50 |
| 9/15/2010 | MM | Discuss with PA department of revenue tax assessment of Neuberger Berman Inc and related information | 2.10 | 275 | $577.50 |

| MMOR Consulting, Inc.<br>750 Third Ave – 9th Fl.<br>New York, NY 10017 | | | | | |
|---|---|---|---|---|---|
| 9/16/2010 | MM | Review Payroll data of Lehman Global Services Ltd 2005-2008 | 2.30 | 275 | $632.50 |
| 9/16/2010 | MM | Review Payroll data of Lehman Brothers Asset Management 2005-2008 | 2.20 | 275 | $605.00 |
| 9/16/2010 | MM | Review payroll data of Neuberger Berman LLC 2006-2008 | 2.10 | 275 | $577.50 |
| 9/16/2010 | MM | Review information for NYS sales tax audit of Neuberger Berman Inc | 2.40 | 275 | $660.00 |
| 9/17/2010 | MM | Review invoices regarding sales tax audit of Neuberger Berman Inc | 2.10 | 275 | $577.50 |
| 9/17/2010 | MM | Review documentation regarding NYS payroll audit of Neuberger Berman LLC | 1.75 | 275 | $481.25 |
| 9/17/2010 | MM | Meeting with client to discuss NYS audit assessment for LBHI | 2.15 | 275 | $591.25 |
| 9/18/2010 | MM | Obtain documentation for California conferee, etc for 2003-2004 | 3.20 | 275 | $880.00 |
| 9/18/2010 | MM | Letter to California conferee, etc for 2003-2004 | 4.70 | 275 | $1,292.50 |
| 9/18/2010 | MM | Review documentation for California, etc. for 2005-2007 | 2.10 | 275 | $577.50 |
| 9/20/2010 | MM | Meeting with California auditors for 2005 | 4.40 | 275 | $1,210.00 |
| 9/20/2010 | MM | Meeting with California auditors for 2006 | 4.10 | 275 | $1,127.50 |
| 9/21/2010 | MM | Meeting with California auditors for 2007 | 4.70 | 275 | $1,292.50 |

| MMOR Consulting, Inc.<br>750 Third Ave – 9th Fl.<br>New York, NY 10017 | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| 9/21/2010 | MM | Provide additional documentation to California auditors regarding foreign operations | 3.80 | 275 | $1,045.00 |
| 9/22/2010 | MM | Provide documentation to California auditors for 2005 | 3.60 | 275 | $990.00 |
| 9/22/2010 | MM | Provide documentation to California auditors for 2006-2007 | 3.90 | 275 | $1,072.50 |
| 9/23/2010 | MM | Meeting with California auditors for 2005-2007 | 4.20 | 275 | $1,155.00 |
| 9/23/2010 | MM | Research California non-business income issue | 3.30 | 275 | $907.50 |
| 9/24/2010 | MM | Review NYS combined return issues 1992-2008 and related documentation | 4.30 | 275 | $1,182.50 |
| 9/24/2010 | MM | Review NYC combined return issues 1996-2008 and related documentation | 3.70 | 275 | $1,017.50 |
| 9/25/2010 | MM | Review information relating to income from Subsidiaries LBHI 1992-2008 | 4.20 | 275 | $1,155.00 |
| 9/25/2010 | MM | Review documentation regarding investment tax credits- NYS | 4.30 | 275 | $1,182.50 |
| 9/26/2010 | MM | Review documentation regarding Employment Incentive Credit-NYS | 3.90 | 275 | $1,072.50 |
| 9/26/2010 | MM | Review NYC alternative tax on officers compensation 1996-1997 | 3.60 | 275 | $990.00 |
| 9/27/2010 | MM | Review NYS computation of NOL's - LBHI | 4.20 | 275 | $1,155.00 |

| MMOR Consulting, Inc. 750 Third Ave – 9th Fl. New York, NY 10017 | | | | | |
|---|---|---|---|---|---|
| 9/27/2010 | MM | Review reporting of federal changes to NYS 1992-1994 | 3.60 | 275 | $990.00 |
| 9/27/2010 | MM | Review federal changes to NYS for 1996-2000 | 4.20 | 275 | $1,155.00 |
| 9/28/2010 | MM | Meeting with NYS sales tax auditor for Neuberger Berman Inc | 4.30 | 275 | $1,182.50 |
| 9/28/2010 | MM | Review gross receipts for California audit 2003-2007 | 4.70 | 275 | $1,292.50 |
| 9/29/2010 | MM | Review documentation regarding NYS sales tax refund 1997-2004 | 4.40 | 275 | $1,210.00 |
| 9/29/2010 | MM | Review documentation regarding sales tax audit for Neuberger Berman, Inc | 3.60 | 275 | $990.00 |
| 9/30/2010 | MM | Review documentation for PA audit of Lehman Ali | 4.30 | 275 | $1,182.50 |
| 9/30/2010 | MM | Review Texas assessment of Financial Freedom Senior Corp | 3.70 | 275 | $1,017.50 |
| | | | | | |
| | | | | | |
| | | | **Total Service Amount** | | **$51,975.00** |
| | | | | | |
| | | | | | |
| | | | | | |
| Reimbursable Expenses | | | | | |
| 9/1/2010 | Parking 101 Hudson Street Jersey City, | | | | $298.00 |
| 9/28/2010 | Lunch with client personnel-Jeff Ciongoli, Linda Klang | | | | $231.00 |
| 9/22/2010 | Lunch with California audit team | | | | $117.00 |
| | | | | | |
| | | | **Total Expenses** | | $646.00 |
| | | | | | |
| | | | **Amount Due This Invoice** | | **$52,621.00** |