UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :   08-13555 (JMP)
                                                             :   (Jointly Administered)
                Debtors.                                     :
                                                             :   Ref. Docket Nos. 13105 & 13106
------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 10, 2010, I caused to be served the:

   a. "Notice of Motion to Compel Congregation Machne Chaim to Respond to Rule 2004 Subpoena," dated November 30, 2010, to which was attached the "Motion to Compel Congregation Machne Chaim to Respond to Rule 2004 Subpoena," dated November 30, 2010 [Docket No. 13105], and

   b. "Declaration of Michael J. Firestone in Support of Lehman Brothers Special Financing, Inc.'s Motion to Compel Congregation Machne Chaim to Respond to Rule 2004 Subpoena," dated November 30, 2010 [Docket No. 13106],

   by causing true and correct copies to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    /s/ Eleni Kossivas
                                                                    _____
                                                                    Eleni Kossivas

Sworn to before me this
10th day of December, 2010

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 28, 2014

T:\Clients\LBH\Affidavits\Mtn to Compel Congregation Machne Chaim to Respond to Rule 2004 & Decl of Michael J. Firestone _DI 13105 & 13106_SUPP AFF_12-10-10.doc

# EXHIBIT A

JERRY ROSENBLOOM
ROSENBLOOM & HOFFLICH, LLP
15 MAIDEN LANE, STE 600
NEW YORK, NY 10038