# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/17/10 | J.A.C. Gross | Conferred with M. Hersh regarding file organization (.30); communications with IKON regarding receipt of blowbacks of disk (.20); reviewed emails (.20); reviewed Marsh bordereaux (.10); worked on organization of file (.10). | 1300 | 0.90 | 225.00 |
| 08/17/10 | C.M. Crosier | Researched, reviewed and analyzed relevant authority regarding the relatedness of wrongful acts. | 1300 | 1.90 | 456.00 |
| 08/18/10 | C.H. Rosenberg | Reviewed communication with M. Solinger and R. Lusk on demand letter correspondence (.20); reviewed related correspondence (.30). | 1300 | 0.50 | 362.50 |
| 08/18/10 | A.J. Moss | Reviewed correspondence from broker (.1); reviewed coverage correspondence related to demand letter (.2); reviewed email and short-summary memorandum from C. Crosier regarding relation-back issues (.2). | 1300 | 0.50 | 250.00 |
| 08/18/10 | C.M. Crosier | Researched, reviewed and analyzed relevant New York authority regarding the standard for interrelated wrongful acts in the insurance context (4.6); drafted summary memorandum for A. Moss regarding the same (1.1). | 1300 | 5.70 | 1,368.00 |
| 08/19/10 | C.H. Rosenberg | Analyzed notice letters and XL's July 2008 coverage position (.30); communication with M. Hersh on coverage issues and responses (.10); communication with R. Lusk on additional policies (.10); | 1300 | 1.30 | 942.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | communication with M. Solinger on status of comfort motion on advancement of insurance proceeds (.10); communication with D. Brew and M. Solinger on 9/29 carrier meeting (.20); analyzed materials (correspondence and complaints) for meeting (.50). | | | |
| 08/19/10 | A.J. Moss | Communications with C. Crosier regarding research into relation-back issues for insurance coverage (.1); reviewed and analyzed SASCo action complaint for insurance coverage purposes (2.3). | 1300 | 2.40 | 1,200.00 |
| 08/19/10 | J.A.C. Gross | Reviewed Simpson Thacher chart of all claims and status of same and Marsh bordereaux (1.1) and worked on Reed Smith tracking chart for all Lehman Brothers complaints (2.4). | 1300 | 3.50 | 875.00 |
| 08/20/10 | C.H. Rosenberg | Reviewed communication from D. Brew on 9/29 meeting and reply to inquiry (.10); communication with M. Solinger regarding meeting (.10); reviewed notice to carriers on meeting (.10); reviewed order on comfort motion on advancement of defense costs from S. Singh (.10); reviewed D. Brew's communication on additional documents (.10); reviewed Marsh's list of attendees for meeting (.10). | 1300 | 0.60 | 435.00 |
| 08/20/10 | A.J. Moss | Analyzed briefs on relation-back case law (.2); meeting with C. Crosier to discuss and analyze relation-back research and coverage issues (.4); reviewed | 1300 | 1.10 | 550.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | and analyzed coverage-related correspondence received from M. Armstrong (Marsh) (.2); communications with J.A. Conway Gross regarding analysis of underlying claim documents (.3). | | | |
| 08/20/10 | J.A.C. Gross | Organized and tracked complaints in all underlying actions against LBHI personnel for attorney review (5.20 ). | 1300 | 5.20 | 1,300.00 |
| 08/20/10 | C.M. Crosier | Meeting with A. Moss to discuss interrelated wrongful acts research under New York law and to discuss research project regarding the "sufficient factual nexus" standard. | 1300 | 0.70 | 168.00 |
| 08/23/10 | M.S. Hersh | Reviewed recent emails regarding demand letter and carrier meeting. | 1300 | 0.20 | 116.00 |
| 08/23/10 | M.S. Hersh | Drafted email to colleagues regarding relatedness issue. | 1300 | 0.20 | 116.00 |
| 08/23/10 | M.S. Hersh | Reviewed carrier correspondence regarding demand letter. | 1300 | 0.60 | 348.00 |
| 08/23/10 | M.S. Hersh | Met with paralegal regarding organizing materials. | 1300 | 0.20 | 116.00 |
| 08/23/10 | C.H. Rosenberg | Reviewed M. Hersh's analysis on coverage correspondence (.10); communication with M. Hersh on carrier meeting materials and agenda items (.10). | 1300 | 0.20 | 145.00 |
| 08/23/10 | A.J. Moss | Communications with M. Hersh and J.A. Conway Gross regarding analysis of underlying claim documents and coverage correspondence (0.3); continued analysis of MBS class action with respect to coverage issues (1.1). | 1300 | 1.40 | 700.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/23/10 | J.A.C. Gross | Organized and tracked complaints on chart (5.1); worked on insurance carrier contact list per A. Moss request (1.1). | 1300 | 6.20 | 1,550.00 |
| 08/24/10 | M.S. Hersh | Reviewed draft spreadsheet of underlying claims. | 1300 | 0.20 | 116.00 |
| 08/24/10 | M.S. Hersh | Edited draft spreadsheet of underlying claims. | 1300 | 0.90 | 522.00 |
| 08/24/10 | C.H. Rosenberg | Reviewed set of policies from R. Lusk (.50); communication with A. Moss on coverage analysis (.10); communication with B. Paschler on carrier meeting (.10); reviewed J. Anne Conway-Gross' matrix of complaints and received and reviewed materials and positions (.30). | 1300 | 1.00 | 725.00 |
| 08/24/10 | J.A.C. Gross | Reviewed emails about ERISA class action cases and adjust files and spreadsheet accordingly and conferred with M. Hersh re complaints (.10); organized emails for ease of reference for attorneys (.20); drafted email regarding tracking spreadsheet (.10); worked on contacts list (1.0). | 1300 | 1.40 | 350.00 |
| 08/25/10 | M.S. Hersh | Reviewed article on Repo 105 accounting claims. | 1300 | 0.20 | 116.00 |
| 08/25/10 | M.S. Hersh | Reviewed new SASCO complaint and emails regarding same. | 1300 | 0.40 | 232.00 |
| 08/25/10 | M.S. Hersh | Exchanged emails with colleagues regarding strategic issues. | 1300 | 0.20 | 116.00 |
| 08/25/10 | M.S. Hersh | Analyzed relatedness issues. | 1300 | 0.30 | 174.00 |
| 08/25/10 | M.S. Hersh | Reviewed numerous underlying complaints to analyze | 1300 | 1.10 | 638.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | relatedness issues. | | | |
| 08/25/10 | C.H. Rosenberg | Telephone conference with B. Pashler on new SASCO case and developments (.10); communication with A. Moss on developments (.10); reviewed SASCO complaint from I. Dogramaci (.20); communication with paralegal on complaint and matrix (.10); communication with M. Hersh on insurance issues (.10). | 1300 | 0.60 | 435.00 |
| 08/25/10 | A.J. Moss | Reviewed research on "REPO 105" coverage issues. | 1300 | 0.50 | 250.00 |
| 08/25/10 | C.M. Crosier | Researched, reviewed and analyzed case law regarding the "sufficient factual nexus" standard and releation-back issues. | 1300 | 4.30 | 1,032.00 |
| 08/26/10 | M.S. Hersh | Exchanged substantive emails with colleagues regarding coverage issues, Booth arbitration, carrier meeting and strategic issues. | 1300 | 0.40 | 232.00 |
| 08/26/10 | M.S. Hersh | Analyzed coverage issues regarding Booth claim. | 1300 | 0.30 | 174.00 |
| 08/26/10 | M.S. Hersh | Drafted email to colleagues regarding same. | 1300 | 0.30 | 174.00 |
| 08/26/10 | C.H. Rosenberg | Communication with Simpson Thacher on insurance inquiry on recent litigation (.10); communication with M. Solinger and Allen & Overy on Fuld and Booth mediation (.10); communication with I. Dogramaci on Stichting complaint (.10); reviewed related correspondence (.30); communication with M. Hersh on coverage issues (.10). | 1300 | 0.70 | 507.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/26/10 | A.J. Moss | Reviewed substantive communications regarding new SASCo-related litigation (.2); communications with C. Crosier regarding insurance recovery and relation-back research (.1). | 1300 | 0.30 | 150.00 |
| 08/26/10 | C.M. Crosier | Reviewed and analyzed national case law regarding "interrelated wrongful acts" in order to determine the strength of positions of relatedness of claims. | 1300 | 5.70 | 1,368.00 |
| 08/27/10 | M.S. Hersh | Reviewed various emails with client and defense counsel. | 1300 | 0.10 | 58.00 |
| 08/27/10 | M.S. Hersh | Prepared for meeting with colleagues regarding Booth mediation and insurance tasks. | 1300 | 0.20 | 116.00 |
| 08/27/10 | M.S. Hersh | Met with colleagues regarding Booth arbitration preparation and insurance tasks. | 1300 | 1.00 | 580.00 |
| 08/27/10 | C.H. Rosenberg | Analyzed issues relating to Booth mediation (.30); communication with M. Solinger and Allen & Overy on Booth-related issues (.20); reviewed communication and correspondence from Simpson on SASCO matters (.50); communication with M. Solinger on conference call and agenda (.10); communication with M. Hersh on complaints and letter to carrier (.30); communication with A. Moss on carrier meeting and mediation preparation (.10); reviewed I. Dogramaci's communication on Stichting materials (.10); communication with M. Solinger on meeting and Booth information (.10); communication with M. Hersh on | 1300 | 1.80 | 1,305.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|------------|-------------|------|-------|--------|
| | | agreements in Booth and mediation preparation (.10). | | | |
| 08/27/10 | A.J. Moss | Meeting M. Hersh to discuss strategic coverage issues with respect to Booth v. Fuld mediation (.5); meeting with C. Rosenberg and M. Hersh to discuss coverage issues with respect to shareholder and MBS actions (.5); communications with M. Solinger and defense counsel regarding Booth mediation and coverage issues (.2); reviewed substantive coverage-related correspondence from insurance carriers (.5); reviewed further research and analysis from C. Crosier on relation-back issues (.3). | 1300 | 2.00 | 1,000.00 |
| 08/27/10 | C.M. Crosier | Finalized review and analysis of case law regarding "interrelated wrongful acts" issues (1.1); drafted substantive summary of case law regarding same for A. Moss (0.7). | 1300 | 1.80 | 432.00 |
| 08/30/10 | M.S. Hersh | Met with colleagues regarding SASCo coverage issues. | 1300 | 0.30 | 174.00 |
| 08/30/10 | M.S. Hersh | Prepared for telephone conference with Simpson regarding SASCO cases. | 1300 | 0.20 | 116.00 |
| 08/30/10 | M.S. Hersh | Reviewed emails regarding Booth arbitration and carrier meeting. | 1300 | 0.20 | 116.00 |
| 08/30/10 | M.S. Hersh | Prepared for telephone conference with client. | 1300 | 0.50 | 290.00 |
| 08/30/10 | M.S. Hersh | Telephone conference with client regarding Booth arbitration, SASCO issues, and preparation for substantive carrier meeting. | 1300 | 0.80 | 464.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/30/10 | M.S. Hersh | Telephone conference with broker. | 1300 | 0.20 | 116.00 |
| 08/30/10 | M.S. Hersh | Reviewed select coverage correspondence regarding Booth and Fried claims. | 1300 | 0.90 | 522.00 |
| 08/30/10 | C.H. Rosenberg | Communication with M. Armstrong of Marsh on carrier meeting (.10); reviewed and responded to B. Pashler's communication on SASCo complaint (.10); reviewed correspondence from R. Lusk (.20); reviewed Booth communication with defense counsel (.20); conference call with M. Solinger on coverage and mediation issues (.50); telephone conference with D. Brew on coverage meetings and correspondence (.20); telephone conference with M. Solinger on proposed additional meetings and strategy (.20); communication with M. Armstrong on correspondence (.10); communication with M. Hersh on meeting preparation (.10); communication with A. Moss on meeting and coverage issues (.20); reviewed additional coverage correspondence and analysis (.30). | 1300 | 2.20 | 1,595.00 |
| 08/30/10 | A.J. Moss | Reviewed and analyzed opinion in SASCo case with respect to coverage issues (.6); reviewed and analyzed coverage correspondence and carrier positions in preparation for call with client (1.3); communications with counsel for R. Fuld regarding Fried claim (.3); telephone call | 1300 | 4.90 | 2,450.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | with T. Fishman (Allen & Overy/R. Fuld) regarding same (.2); reviewed documents related to potential coverage for Booth claim (.2); communications with C. Rosenberg and M. Hersh regarding same (.3); teleconference with M. Solinger to discuss strategic insurance recovery issues with respect to SASCo and Booth claims (.5); teleconference with D. Brew (Marsh) to discuss meeting with insurance carriers (.2); meeting with C. Rosenberg and M. Hersh to discuss same (.3); reviewed and analyzed primary D&O policies (.2); reviewed and analyzed coverage correspondence from XL, Chubb and Lloyd's regarding Booth claim (.4); reviewed correspondence from broker representative (.1); communications with M. Hersh regarding coverage correspondence and carriers' positions on Fried claim (.3). | | | |
| 08/30/10 | A.E. Pille | Drafted the first supplemental declaration related to the firm's retention as special counsel (1.1); communications with C. Rosenberg regarding same (.2). | 4700 | 1.30 | 507.00 |
| 08/31/10 | M.S. Hersh | Worked on letter to carriers regarding relatedness issue. | 1300 | 2.20 | 1,276.00 |
| 08/31/10 | M.S. Hersh | Reviewed carrier correspondence. | 1300 | 1.20 | 696.00 |
| 08/31/10 | M.S. Hersh | Met with paralegal regarding review and organization of complaints and correspondence. | 1300 | 0.40 | 232.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/31/10 | M.S. Hersh | Reviewed various emails with client. | 1300 | 0.20 | 116.00 |
| 08/31/10 | M.S. Hersh | Telephone conference with client, Simpson regarding SASCO issues. | 1300 | 0.50 | 290.00 |
| 08/31/10 | M.S. Hersh | Analyzed SASCO issues. | 1300 | 0.50 | 290.00 |
| 08/31/10 | M.S. Hersh | Reviewed legal memos regarding "relatedness" law. | 1300 | 0.70 | 406.00 |
| 08/31/10 | M.S. Hersh | Analyzed numerous complaints regarding "relatedness" issue. | 1300 | 1.90 | 1,102.00 |
| 08/31/10 | C.H. Rosenberg | Prepared for conference call with M. Solinger and Simpson communication on SASCo (.20); conference call with M. Solinger and Simpson on SASCo coverage issues (.50); reviewed draft email from M. Solinger on meeting agenda (.10); communication with M. Solinger on email update (.10); reviewed communication to defense counsel from M. Solinger (.10); communication with A. Moss on research issue relating to SASCo coverage (.20); reviewed communication from M. Armstrong of Marsh on correspondence being provided (.10); communication with M. Solinger on participants for anticipated meeting (.10); reviewed additional correspondence from M. Armstrong (.10); communication with M. Hersh on SEC-related correspondence (.10); reviewed XL correspondence (.10). | 1300 | 1.70 | 1,232.50 |
| 08/31/10 | C.H. Rosenberg | Communication with C. Arthur on status of order and filing of | 4700 | 0.10 | 72.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | supplemental declaration. | | | |
| 08/31/10 | N.K. O'Sullivan | Attention to filing Supplemental Declaration of C. Rosenberg. | 4700 | 0.60 | 210.00 |
| 08/31/10 | A.J. Moss | Telephone call with C. Rosenberg and M. Hersh to discuss strategic coverage issues related to SASCo actions (.3); reviewed and commented on draft correspondence from M. Solinger (.1); communications with M. Hersh regarding SEC subpoenas and proceedings (.1); reviewed research on substantive coverage issues (.3). | 1300 | 0.80 | 400.00 |
| 08/31/10 | S. Somoza | Conferred with J. Gross regarding organization of correspondence case files (.2); reviewed and organized correspondence and complaints case file (1.9). | 1300 | 2.10 | 273.00 |
| 08/31/10 | J.A.C. Gross | Conferred with M. Hersh regarding case projects (.20); reviewed Marsh files to segregate government orders and subpoenas (2.1); conferred with S. Somoza to request her assistance with reviewing the correspondence files (.20). | 1300 | 2.50 | 625.00 |
| 08/31/10 | A.E. Pille | Communications with C. Rosenberg regarding status of the declaration (.1); communications with N. O'Sullivan regarding filing of same (.2); communications with A. Arundel regarding service of the supplemental affidavit on parties in interest (.2). | 4700 | 0.50 | 195.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/31/10 | E.A. Arundel | Worked on service of Declaration in Support of Retention of Reed Smith. | 4700 | 1.00 | 240.00 |
| **Total Fees** | | | | **150.70** | **$71,200.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Title | | Total |
|-----------|-------|---|-------|
| A.E. Pille | Associate | 1.80 hrs @ $ 390.00 / hr | 702.00 |
| A.J. Moss | Partner | 46.90 hrs @ $ 500.00 / hr | 23,450.00 |
| C.H. Rosenberg | Partner | 25.10 hrs @ $ 725.00 / hr | 18,197.50 |
| C.M. Crosier | Associate | 20.40 hrs @ $ 240.00 / hr | 4,896.00 |
| E.A. Arundel | Paralegal | 1 hrs @ $ 240.00 / hr | 240.00 |
| J.A.C. Gross | Paralegal | 22.40 hrs @ $ 250.00 / hr | 5,600.00 |
| M.S. Hersh | Partner | 30.40 hrs @ $ 580.00 / hr | 17,632.00 |
| N.K. O'Sullivan | Associate | 0.60 hrs @ $ 350.00 / hr | 210.00 |
| S. Somoza | Paralegal | 2.10 hrs @ $ 130.00 / hr | 273.00 |
| **Total Professional Services** | | | **$71,200.50** |

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | Amount |
|------|-------------|--------|
| 08/17/2010 | Outside Duplicating Outside Duplicating Image Conversion (per Unit)/Prints w/o Assembly - Hard copies of claim materials and coverage correspondence from multiple CDs from defense counsel and broker. | 990.78 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
|---|---|---|
| 08/18/2010 | Outside Duplicating Image Conversion (per Unit)/Prints w/o Assembly - Hard copies of claim materials and coverage correspondence from multiple CDs from defense counsel and broker. | 366.31 |
| | **Current Costs and Expenses** | **$1,357.09** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 71,200.50 |
| Disbursements | $ | 1,357.09 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **72,557.59** |

**SUMMARY OF TIME BILLED BY TASK:**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 0100 | General Case Administration | 2.00 | 500.00 |
| 1300 | Insurance Issues | 139.50 | 66,308.00 |
| 4600 | Firm's Own Billing/Fee Applications | 3.50 | 2,000.50 |
| 4700 | Firm's Own Retention Issues | 5.70 | 2,392.00 |
| | **Matter Total** | **150.70** | **$71,200.50** |

_____

pzdotter

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 38th Floor
New York, NY  10020

| | |
|---|---|
| Invoice Number: | **2056905** |
| Invoice Date: | **10/28/2010** |
| Client Number: | **330015** |
| Matter Number: | **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**      **9/1/2010 through 9/30/2010**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Current Fees | $ | 116,486.50 |
| Total Current Disbursements | | 2,908.98 |
| **Total Due This Invoice:** | $ | **$119,395.48** |

Please Remit to:

**Mail To:**
*Reed Smith LLP*
*2672 Paysphere Circle*
*Chicago, IL 60674*

**Wire Instructions:**
*Bank of America, N.A.*
*Chicago, IL*
*ABA Number: 0260-0959-3*
*Swift Code: BOFAUS3N (International)*
*Account #5201742490*
**(Please Reference Invoice Number)**

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 38th Floor
New York, NY  10020

| | |
|---|---:|
| Invoice Number: | **2056905** |
| Invoice Date: | **10/28/2010** |
| Client Number: | **330015** |
| Matter Number: | **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2010**

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/01/10 | M.S. Hersh | Analyzed "other insurance" clause issues. | 1300 | 0.50 | 290.00 |
| 09/01/10 | M.S. Hersh | Reviewed complaints for analysis of relatedness issues. | 1300 | 1.10 | 638.00 |
| 09/01/10 | M.S. Hersh | Worked on letter to insurers regarding relatedness issue. | 1300 | 2.90 | 1,682.00 |
| 09/01/10 | M.S. Hersh | Reviewed memos on relatedness law. | 1300 | 0.20 | 116.00 |
| 09/01/10 | M.S. Hersh | Reviewed opinion in SASCO cases. | 1300 | 0.20 | 116.00 |
| 09/01/10 | C.H. Rosenberg | Reviewed communication from A. Moss regarding SASCo insurance issues and excerpted policy provisions (.20); communication with A. Moss on additional research (.10). | 1300 | 0.30 | 217.50 |
| 09/01/10 | A.J. Moss | Reviewed and analyzed "other insurance" and subrogation provisions of 2007-08 D&O policies (3.2); worked on summary memorandum of same (2.1); communications with C. Rosenberg and M. Hersh regarding "other insurance" analysis under 2007-08 D&O policies (.2); communications with J.A. Conway Gross regarding St. Paul excess D&O form (.1). | 1300 | 5.60 | 2,800.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/01/10 | S. Somoza | Analyzed and segregated correspondence case files into sub files by insurance carriers and organized in date chron order. | 0100 | 1.70 | 221.00 |
| 09/01/10 | J.A.C. Gross | Continued review and organization of files received from Marsh (1.3); worked on insurance carrier contacts list (1.0); pulled complaints and gather documents relating to claims noticed under various policies (2.6); communicaitons with A. Moss (.1). | 1300 | 5.00 | 1,250.00 |
| 09/02/10 | M.S. Hersh | Reviewed various emails regarding SASCo issues, tolling agreements, meeting with carriers. | 1300 | 0.30 | 174.00 |
| 09/02/10 | M.S. Hersh | Prepared for telephone conference with client regarding SASCo issues. | 1300 | 0.40 | 232.00 |
| 09/02/10 | M.S. Hersh | Telephone conference with client. | 1300 | 0.70 | 406.00 |
| 09/02/10 | M.S. Hersh | Analyzed SASCo coverage issues, including reviewed Simpson letter and client and case law. | 1300 | 1.70 | 986.00 |
| 09/02/10 | C.H. Rosenberg | Reviewed materials from Simpson and E. Albert on SASCo-related coverage issues (.30); communication with M. Solinger on documents from Marsh (.10); reviewed correspondence from M. Armstrong at Marsh (.20); reviewed chart of policy provisions relevant to SASCo (.30); communication with A. Moss regarding SASCo coverage (.20); telephone conference with | 1300 | 2.30 | 1,667.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | B. Pashler on Creditor Committee communications (.10); reviewed draft agreement from B. Pashler (.10); reviewed coverage provisions in policy (.10); conference call with M. Solinger and Simpson defense counsel on SASCo coverage issues (.30); follow-up communication with M. Hersh on strategic issues for SASCo coverage (.20); communication with B. Pashler to address notice issues for new matters (.10); communication with A. Moss on Booth mediation (.10); communication with M. Hersh on coverage correspondence reviewed and meeting with carriers (.10); communication with J. Anne Conway-Gross (paralegal) on government orders and subpoenas for coverage files and organization (.10). | | | |
| 09/02/10 | A.J. Moss | Communications with C. Rosenberg regarding potential demands for tolling agreements against former directors and officers of Debtor (.2); reviewed primary D&O Policies with respect to notice and Claim issues (.1); communications with C. Rosenberg and J.A. Conway Gross regarding review of coverage-related materials received from Marsh (.2); reviewed Booth Foundation Claim-related file from broker (.3); reviewed and analyzed various provisions of 2008-09 D&O policies (1.7); worked on summary memorandum of same | 1300 | 5.30 | 2,650.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | (1.4); communications with C. Rosenberg and M. Hersh regarding "other insurance" analysis (.2); communications with M. Hersh regarding "other insurance" research (.2); meeting with C. Rosenberg and M. Hersh to discuss coverage issues with respect to SASCo litigation (.3); teleconference with M. Solinger, Simpson Thacher representatives, C. Rosenberg and M. Hersh to discuss SASCo litigation (.5); communications with C. Rosenberg to prepare for Booth Foundation mediation (.2) | | | |
| 09/02/10 | S. Somoza | Analyze and organized multiple case files and correspondence received from Marsh. | 1300 | 5.30 | 689.00 |
| 09/02/10 | J.A.C. Gross | Compiled and identified insurance emails per attorney request (.30); reviewed insurance agreements to ascertain certain roles in matter (.20); responded to C. Rosenberg email with summary of additional claim files from Marsh (.30); conferred with S. Somoza on status of correspondence review (.20); reviewed and organized governmental orders and subpoenas (.20); email re same to attorney team (.20). | 1300 | 1.40 | 350.00 |
| 09/03/10 | M.S. Hersh | Worked on letter to carriers regarding "relatedness" issue. | 1300 | 1.10 | 638.00 |
| 09/03/10 | M.S. Hersh | Collected and reviewed "relatedness" case law. | 1300 | 1.40 | 812.00 |
| 09/03/10 | M.S. Hersh | Reviewed primary carrier correspondence. | 1300 | 0.10 | 58.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/03/10 | C.H. Rosenberg | Communications with D. Brew on Booth coverage. | 1300 | 0.10 | 72.50 |
| 09/03/10 | C.H. Rosenberg | Communications with M. Solinger on call with defense counsel for meeting with carriers. | 1300 | 0.10 | 72.50 |
| 09/03/10 | C.H. Rosenberg | Reviewed M. Armstrong's letter and documents. | 1300 | 0.50 | 362.50 |
| 09/03/10 | C.H. Rosenberg | Communications with A. Moss on Booth mediation. | 1300 | 0.10 | 72.50 |
| 09/03/10 | S. Somoza | Organized XL correspondence for attorney review (2.0); continue to analyzed and organized correspondence case files into individual carrier files (2.7). | 1300 | 4.70 | 611.00 |
| 09/03/10 | J.A.C. Gross | Organized additional complaints and arbitration materials received from Marsh (1.7); updated litigation tracking chart (.30). | 1300 | 2.00 | 500.00 |
| 09/07/10 | M.S. Hersh | Reviewed emails regarding Booth arbitration (.2); telephone conference with C. Rosenberg regarding Booth arbitration (.1). | 1300 | 0.30 | 174.00 |
| 09/07/10 | C.H. Rosenberg | Communication with A. Moss on Booth mediation (.10); communication with M. Hersh on letter to carriers (.10); communication with M. Solinger on preparation for 9/8/10 conference call with Simpson Thacher (.10); reviewed summary of call with Booth defense counsel (.10); communication with M. Solinger on strategy (.10). | 1300 | 0.50 | 362.50 |
| 09/07/10 | A.J. Moss | Worked on preparation of monthly compensation filing. | 4600 | 0.30 | 150.00 |
| 09/07/10 | A.J. Moss | Communications with C. Rosenberg regarding Booth | 1300 | 0.50 | 250.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Foundation mediation (.1); telephone call with T. Fishman (R. Fuld) regarding mediation and meeting with Lloyd's representative (.2); further communications with C. Rosenberg and M. Hersh regarding same (.2). | | | |
| 09/07/10 | S. Somoza | Reviewed and sorted five boxes of correspondence received from Marsh, removing duplicates and organizing them in sub folders corresponding to each insurance carrier. | 1300 | 3.60 | 468.00 |
| 09/07/10 | J.A.C. Gross | Organized SEC-related documents received from Marsh (2.0). | 1300 | 2.00 | 500.00 |
| 09/08/10 | M.S. Hersh | Telephone conference with broker regarding SASCO and Booth issues (.5); telephone conference with client and Simpson regarding SASCO issues (.3); prepared for telephone conference (.1); worked on letter to carriers regarding relatedness issues, including review of case law (2.4); reviewed various emails regarding Booth mediation (.1). | 1300 | 3.40 | 1,972.00 |
| 09/08/10 | C.H. Rosenberg | Communication with bankruptcy counsel on retention stipulation. | 4700 | 0.10 | 72.50 |
| 09/08/10 | C.H. Rosenberg | Reviewed further communication with T. Fishman on Booth mediation statements (.10);telephone conference with D. Brew on Booth mediation and SASCo carrier meeting (.30); communication with M. Hersh on coverage issues (.10); conference call with Simpson and | 1300 | 1.60 | 1,160.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | E. Albert on coverage issues and SASCo mediation (.30); reviewed files from M. Armstrong (Marsh) (.30); communication with CNA's counsel on Booth mediation (.10); communication with M. Solinger on draft letter to carriers (.10); communication with E. Albert on potential mediation dates (.10); communication with M. Hersh on draft letter to carriers (.10); reviewed communication with T. Fishman and carriers on Booth mediation (.10). | | | |
| 09/08/10 | A.J. Moss | Communications with C. Rosenberg regarding Booth Foundation mediation (.1); telephone call with T. Fishman (R. Fuld/Allen & Overy) regarding mediation logistics and submission of mediation statements (.5); communications with C. Rosenberg and M. Hersh regarding same (.1); meeting with C. Rosenberg and M. Hersh to discuss potential coverage issues in SASCo litigation and Booth Foundation mediation (.2); teleconference with D. Brew (Marsh), C. Rosenberg and M. Hersh (.3); meeting with C. Rosenberg to discuss strategy with respect to coverage for SASCo litigation (.1); communications with M. Hersh regarding draft correspondence to insurers addressing coverage issues (.1); reviewed and analyzed research on relation-back issues (.2). | 1300 | 1.60 | 800.00 |
| 09/08/10 | S. Somoza | Reviewed and sorted five boxes | 1300 | 4.10 | 533.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | of coverage correspondence received from Marsh, removing duplicates and organizing correspondence in sub folders corresponding to each insurance carrier. | | | |
| 09/08/10 | J.A.C. Gross | Continued organization of additional Marsh claim files (2.0). | 1300 | 2.00 | 500.00 |
| 09/09/10 | C.H. Rosenberg | Reviewed communication from and to M. Armstrong on Maxxam and US Airways coverage correspondence. | 1300 | 0.10 | 72.50 |
| 09/09/10 | C.H. Rosenberg | Communication with Marsh on contents of correspondence and boxes sent. | 1300 | 0.10 | 72.50 |
| 09/09/10 | A.J. Moss | Telephone call with T. Fishman (R. Fuld) to discuss Booth Foundation mediation (.5); communications with C. Rosenberg (.1); prepared for teleconference with defense counsel regarding coverage issues with respect to SASCo litigation (.3); further communications with C. Rosenberg regarding same (.1). | 1300 | 1.00 | 500.00 |
| 09/09/10 | S. Somoza | Finalized reviewing and organizing five boxes of correspondence, removing duplicates and organizing them in sub folders corresponding to each insurance carrier. | 1300 | 4.50 | 585.00 |
| 09/09/10 | J.A.C. Gross | Continued organization and review of Marsh files (.9); compile additional complaints for RS claim files (.8). | 1300 | 1.70 | 425.00 |
| 09/10/10 | M.S. Hersh | Reviewed recent emails from colleagues regarding status and strategy (.2); reviewed new letter | 1300 | 2.70 | 1,566.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | from CNA counsel (.2); worked on letter to carriers regarding "relatedness" issue (2.0); reviewed complaints to analyze "relatedness" issue (.3). | | | |
| 09/10/10 | C.H. Rosenberg | Reviewed CNA's latest coverage letter (.20); communication with M. Hersh on Exhbit A to letter's list of matters and requested documents (.20); communication with A. Moss on non-40 Act policies (.10); communication with M. Armstrong (Marsh) on letters (.10); communication with M. Solinger and defense counsel on CNA's letter (.10); telephone conference with D. Brew on Booth mediation (.10); communication with M. Solinger and defense counsel on Booth mediation (.10); communication with A. Moss on carrier meeting (.10); reviewed communication from T. Fishman (.10); communication with M. Hersh on carrier meeting preparation (.20); communication with A. Moss on materials for carrier meeting (.10); reviewed communication from T. Fishman to carriers on mediation briefs (.10); communication with M. Solinger on mediation statements for Booth mediation (.10); communication with M. Hersh on FINRA documents (.10); communication with M. Armstrong (Marsh) to request additional materials and policies (.10). | 1300 | 1.80 | 1,305.00 |
| 09/10/10 | A.J. Moss | Reviewed substantive email from | 1300 | 2.20 | 1,100.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | C. Rosenberg regarding correspondence from CNA (.1); reviewed and analyzed correspondence from CNA (.5); communications with C. Rosenberg and M. Hersh regarding same (.2); reviewed relation back research (.3); communications with M. Hersh regarding draft correspondence to D&O carriers (.2); communications with C. Rosenberg regarding Booth Foundation mediation issues (.3); reviewed email from broker representatives (.1); reviewed email and mediation Booth briefs from T. Fishman (R. Fuld) (.3); communications with M. Solinger and C. Rosenberg (.2). | | | |
| 09/10/10 | S. Somoza | Reviewed and organized Pleading case files. | 1300 | 2.90 | 377.00 |
| 09/10/10 | J.A.C. Gross | Continued review and organization of Marsh claim files (1.5) | 1300 | 1.50 | 375.00 |
| 09/11/11 | C.H. Rosenberg | Reviewed mediation statements in Booth mediation (.30); communication with M. Solinger on statements (.10); communication with A. Moss on mediation statements and mediation (.10). | 1300 | 0.50 | 362.50 |
| 09/11/10 | A.J. Moss | Communications with C. Rosenberg regarding Booth Foundation v. Fuld mediation statements (.2); reviewed and analyzed Booth Foundation v. Fuld mediation statements (1.1). | 1300 | 1.30 | 650.00 |
| 09/11/10 | J.A.C. Gross | Continued organization of Marsh claim files and complaints for | 1300 | 4.10 | 1,025.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | review by attorneys (3.5); organized emails (.6). | | | |
| 09/12/10 | M.S. Hersh | Worked on letter to carriers regarding relatedness law. | 1300 | 0.60 | 348.00 |
| 09/13/10 | M.S. Hersh | Telephone conference with C. Rosenberg regarding Booth strategy (.1); reviewed recent emails and correspondence (.3); reviewed Booth mediation statements (.3); worked on letter to carriers regarding "relatedness" (1.8); exchanged emails with colleagues regarding strategy (.2); reviewed "relatedness" case law (.6); analyzed Repo 105 allegations (.1). | 1300 | 3.40 | 1,972.00 |
| 09/13/10 | C.H. Rosenberg | Reviewed additional files on FINRA and 4Kids matters from M. Armstrong (Marsh) (.30); reviewed run-off enhancements from Marsh (.30); communication with A. Moss on insurance issues and carrier meeting on 9/29 (.20); telephone conference with D. Brew (Marsh) on Booth mediation (.10); drafted communication to Simpson and M. Solinger on agenda for 9/29 meeting (.10); communication with M. Armstrong on carrier responses to meeting notice (.10); reviewed three additional notice letters from M. Armstrong to carriers (.30); further work on meeting with carriers (.20); began review of draft letter to carriers on coverage position (.30). | 1300 | 1.90 | 1,377.50 |
| 09/13/10 | A.J. Moss | Reviewed email from M. Armstrong (Marsh) (.1); reviewed | 1300 | 5.20 | 2,600.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | and analyzed run-off endorsements for primary and excess D&O policies (.9); reviewed claim documents with respect to 4Kids action (.3); reviewed and worked on substantive comments on draft correspondence to insurers regarding relation-back issues (1.4); communications with M. Hersh to discuss same (.3); reviewed correspondence from XL regarding FINRA claims (.2); communications with C. Rosenberg regarding meeting with carriers and defense counsel (.2); reviewed proposed email to client (.1); reviewed correspondence from CNA (.1); reviewed email from M. Armstrong (Marsh) regarding insurer requests for information (.1); reviewed and analyzed research on relation-back issues (.5); reviewed Third Amended SASCo complaint (.2); communications with M. Hersh regarding same (.1); reviewed newly filed FINRA claim and notice correspondence (.3); reviewed new Bolton claim and notice correspondence (.3); meeting with J.A. Conway-Gross to discuss coverage-related correspondence (.1). | | | |
| 09/13/10 | J.A.C. Gross | Reviewed email correspondence (.30); conferred with A. Moss regarding file organization (.10). | 1300 | 0.40 | 100.00 |
| 09/14/10 | M.S. Hersh | Worked on letter to carriers regarding relatedness issue (3.6); exchanged emails with | 1300 | 3.90 | 2,262.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | colleagues regarding same (.3). | | | |
| 09/14/10 | C.H. Rosenberg | Reviewed and revised draft letter to XL (.50); communication with M. Hersh on changes to draft (.30); communication with A. Moss on Booth and letter (.20); communication with D. Brew and M. Solinger on Booth-related questions (.10); communication with M. Hersh on mediation and carrier meeting September 29 (.20). | 1300 | 1.30 | 942.50 |
| 09/14/10 | A.J. Moss | Communications with C. Rosenberg regarding draft correspondence to XL (.3); reviewed substantive email from M. Hersh and C. Rosenberg regarding same (.2); worked on substantive comments to draft coverage correspondence to XL (.6). | 1300 | 1.10 | 550.00 |
| 09/14/10 | S. Somoza | Reviewed and prepared files for the various cases (.5); eliminated duplicative correspondence and organized pleading documents for future use (.3). | 1300 | 0.80 | 104.00 |
| 09/15/10 | M.S. Hersh | Worked on letter to carrier regarding "relatedness" issues, including review of "relatedness" case law (4.3); exchanged emails with colleagues regarding Booth arbitration (.2). | 1300 | 4.50 | 2,610.00 |
| 09/15/10 | C.H. Rosenberg | Communication with M. Hersh on revisions to carrier letter (.30); communication with A. Moss on caselaw (.20); communication with Marsh on additional carrier correspondence (.30); communication with D. Brew and M. Solinger on Booth mediation | 1300 | 2.00 | 1,450.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | (.20); communication with D. Brew and carriers on Booth (.10); reviewed revised letter to carriers on relatedness issues (.50); communication with M. Solinger on mediation (.10); communication with M. Hersh on PowerPoint on mediation (.10); reviewed D. Brew's communication with carriers, Fuld's counsel and M. Solinger on Booth mediation issues (.20). | | | |
| 09/15/10 | A.J. Moss | Communications with M. Hersh (.1); reviewed revised correspondence to XL (.3); reviewed substantive comments on draft correspondence to XL from C. Rosenberg (.2); meeting with M. Hersh to discuss revisions to draft coverage correspondence to XL (.3); analyzed SASCo consolidated complaint (.5); reviewed, analyzed and revised draft correspondence to XL (2.7); researched on Westlaw, reviewed and analyzed cases on insurance policy interpretation under N.Y. law (.5); reviewed and analyzed research on insurance claim relation-back issues (.7); reviewed and analyzed primary XL D&O policies (.4); further communications with C. Rosenberg and M. Hersh regarding same (.3); reviewed coverage correspondence from various insurance received from M. Armstrong (Marsh) (.3). | 1300 | 6.30 | 3,150.00 |
| 09/16/10 | M.S. Hersh | Worked on letter to carriers regarding relatedness (1.9); | 1300 | 3.80 | 2,204.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | exchanged emails with colleagues regarding same and Booth arbitration (.3); reviewed additional case law on "relatedness" (1.1); reviewed client comments on letter to carriers (.5). | | | |
| 09/16/10 | C.H. Rosenberg | Further revised draft letter to carriers (.50); communication with M. Solinger on draft letter (.10); communication with D. Brew on Booth mediation (.20); communication with M. Solinger on mediation (.10); telephone conference with D. Brew (.10); communication with M. Armstrong on Lloyd's correspondence (.10); communication with M. Armstrong on additional box of documents (.10); conference call with carriers, M. Solinger, defense counsel and carriers on Booth mediation (.30); follow-up communication with D. Brew (.10); communication with M. Solinger on settlement issues (.10); communicated with M. Solinger on agenda for carrier meeting and letter (.20); communication with M. Hersh on comments to draft and conference call with M. Solinger (.20); communication with J. Gross on documents and box from M. Armstrong (.10); communication with A. Moss on Booth mediation materials and meeting (.10). | 1300 | 2.30 | 1,667.50 |
| 09/16/10 | A.J. Moss | Communications with C. Rosenberg regarding Booth claim | 1300 | 4.20 | 2,100.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | (.2); telephone call with R. Brew (Marsh) and C. Rosenberg regarding Booth Foundation mediation (.2); teleconference with M. Solinger, T. Fishman, P. Hynes, A. Washington (Lloyd's), P. Passarello (Lloyd's), M. Martin (HCC) and C. Rosenberg to prepare for Booth Foundation mediation (.3); reviewed coverage correspondence recently received from Marsh (.2); reviewed and provided substantive comments on draft correspondence to XL (2.2); researched, reviewed and analyzed cases on various coverage issues (.4); reviewed SASCo complaints (.3); communications with C. Rosenberg and M. Hersh regarding comments on correspondence to XL (.4). | | | |
| 09/16/10 | J.A.C. Gross | Reviewed Marsh files to obtain Lloyd's correspondence (.5); continue organization of Marsh files and coverage correspondence (2.2). | 1300 | 2.70 | 675.00 |
| 09/17/10 | M.S. Hersh | Worked on revisions to draft letter to carriers regarding relatedness (1.8); reviewed Lloyds correspondence (.2); telephone conference with client regarding letter to carriers and other issues (.7); reviewed recent emails regarding coverage positions and carrier meeting (.2). | 1300 | 2.90 | 1,682.00 |
| 09/17/10 | C.H. Rosenberg | Communication with B. Pashler and E. McGrarry on carrier meeting preparation (.10); communication with M. Solinger | 1300 | 2.10 | 1,522.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | on draft letter to carriers (.10); communication with D. Brew on meetings with carriers (.10); reviewed documents from M. Armstrong (Marsh) (.20); conference call with M. Solinger to discuss letter to carriers on coverage positions (.30); reviewed communication from T. Fishman on plaintiffs' views on Booth mediation participants (.10); reviewed communication from D. Brew on Booth mediation (.10); reviewed communication from carriers on Booth mediation (.20); reviewed revised draft letter from M. Hersh (.20); reviewed M. Solinger's communication on status and developments on notice issue (.10); provided additional comments to letter to carriers (.20); reviewed most recent version incorporating A. Moss's comments (.20); further work on detailed position letter to carriers (.10); reviewed E. McGrarry's communication on proposed materials for 9/29 carrier meeting (.10). | | | |
| 09/17/10 | A.J. Moss | Worked on comments and revisions to relation-back correspondence (.50); communications with C. Rosenberg and M. Hersh regarding same (.20); reviewed correspondence from client representatives regarding AIG position in Booth Foundation v. Fuld matter. (.20); reviewed email from T. Fishman (Fuld/Allen & Overy) (.10); communications with C. Rosenberg regarding | 1300 | 2.10 | 1,050.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | same (.10); reviewed email from A. Washington (Lloyd's) (.10); reviewed email from M. Martin (HCC) (.10); reviewed materials in preparation for Booth Foundation v. Fuld mediation (.50); reviewed coverage-related materials received from M. Armstrong (Marsh) (.30). | | | |
| 09/17/10 | J.A.C. Gross | Cite-checked detailed letter to XL. | 1300 | 2.30 | 575.00 |
| 09/19/10 | A.J. Moss | Reviewed and analyzed Booth Foundation v. Fuld mediation statements in preparation for mediation of underlying claim (1.5); reviewed Booth Foundation statement of claim (.9); reviewed primary and excess D&O policies (.5); reviewed coverage correspondence with respect to Booth Foundation v. Fuld claim (.4). | 1300 | 3.30 | 1,650.00 |
| 09/20/10 | M.S. Hersh | Exchanged emails with colleagues and defense regarding insurance issues and Booth mediation (.3); telephone conference with A. Moss regarding Booth mediation (.1); reviewed edits to letter to primary D&O carrier (.4); reviewed additional "relatedness" case law (.5); worked on letter to carriers regarding relatedness (.3). | 1300 | 1.60 | 928.00 |
| 09/20/10 | C.H. Rosenberg | Reviewed M. Armstrong's communication from AIG on claims coverage (.10); reviewed revised draft letter to carriers (.10); reviewed communication from Simpson Thacher counsel on draft letter (.10); reviewed communication from E. Albert on | 1300 | 2.50 | 1,812.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | draft (.10); reviewed updated list of attendees for 9/29 carrier meeting (.10); worked on agenda for meeting (.10); reviewed communication from A. Moss on status of Booth mediation (.10); communication with B. Paschler on tolling agreement (.10); communication with M. Hersh on carrier developments (.10); reviewed additional notice letters from Marsh (.30); reviewed status of negotiations in Booth mediation (.20); reviewed communication from M. Solinger on mediation (.10); reviewed communication from A. Moss on mediation (.10); telephone conference with E. McGarry on preparation for carrier meeting (.20); reviewed communication with carriers on exhaustion of layers for defense costs payment (.10); communication with E. McGarry regarding conference call to address draft letter (.10); reviewed updated attendance list for 9/29 meeting (.10); reviewed D. Brew's communication on Northgate Minerals ARS Claim (.10); reviewed communication with A. Santocki on Sylvia Remer matter (.10); communication with M. Hersh on further revised draft letter to carriers (.10); reviewed communication from A. Moss on Booth mediation latest developments (.10). | | | |
| 09/20/10 | C.H. Rosenberg | Communication with C. Arthur on stipulation.. | 4700 | 0.10 | 72.50 |
| 09/20/10 | A.J. Moss | Reviewed coverage | 1300 | 10.40 | 5,200.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | correspondence in preparation for Booth Foundation mediation (.5); communications with J.A. Conway-Gross regarding same (.1); attended and participated in Booth Foundation v. Fuld mediation before Hon. D. Weinstein on behalf of Debtors, including multiple meetings with M. Solinger and Fuld defense counsel and counsel for Lloyd's (2.8); further multiple meetings with Fuld defense counsel and Lloyd's counsel to discuss settlement of Booth Foundation claim (3.5); telephone call with M. Hersh (.2); communications with HCC representatives (.2); meetings with A. Washington and P. Passarello (Lloyd's) (1.1); communications with M. Solinger, C. Rosenberg and M. Hersh (.8); meeting with T. Fishman (R. Fuld) (.3); further communications with M. Solinger (.2); further communications with C. Rosenberg (.1); communications with E. McGarry (.1); reviewed substantive comments on draft relation-back analysis letter (.5). | | | |
| 09/20/10 | J.A.C. Gross | Researched and reviewed authorities on Westlaw (1.5); cite-checked substantive letter to XL (2.2); organized email correspondence (.3). | 1300 | 4.00 | 1,000.00 |
| 09/21/10 | M.S. Hersh | Reviewed numerous emails and voicemails from colleagues regarding letter to carrier (.2); telephone conference with client regarding strategy, "other insurance" clause issues, and | 1300 | 0.90 | 522.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | meeting with carriers (.3); reviewed draft letter to carriers (.4). | | | |
| 09/21/10 | C.H. Rosenberg | Communication with A. Moss on results of Booth mediation and follow up (.20); communication with A. Moss on preparation for 9/29 meeting (.10); communication with M. Hersh on draft letter to carriers (.10); communication with D. Brew on carrier meeting (.10); communication with A. Moss on Securities and ERISA litigation(.10); reviewed results of call with A. Moss and M. Solinger and counsel on draft letter (.50); reviewed revised and red-lined drafts of letter to carriers (.30); reviewed additional materials and correspondence from M. Armstrong (.30); communication with M. Hersh on draft letter (.10); reviewed comments from B. Pashler on draft letter (.10); reviewed further red-lined version of letter (.20); communication with M. Hersh on agenda and topics for 9/29/10 meeting (.10). | 1300 | 2.20 | 1,595.00 |
| 09/21/10 | C.H. Rosenberg | Communication with C. Arthur on stipulations approved by court. | 4700 | 0.10 | 72.50 |
| 09/21/10 | A.J. Moss | Communications with C. Rosenberg regarding Booth Foundation v. Fuld mediation (.2); reviewed substantive comments from client representatives on draft correspondence to insurers (.3); worked on revised version of relation-back letter to insurers (1.9); communications with C. Rosenberg and M. Hersh | 1300 | 6.20 | 3,100.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | regarding same (.2); communications with defense counsel regarding discussion of insurance recovery issues (.2); teleconference with M. Solinger and defense counsel to discuss proposed relation-back correspondence (.4); worked on further revisions to relation-back correspondence (1.5); further communications with client representatives, C. Rosenberg and M. Hersh regarding same (.2); communications with B. Pashler (.1); reviewed further substantive comments from defense counsel (.5); communications with C. Rosenberg and M. Hersh (.3); worked on further revisions to correspondence (.4). | | | |
| 09/22/10 | M.S. Hersh | Reviewed and exchanged numerous emails with colleagues regarding letter to primary D&O carrier and preparation for meeting (.6); finalized letter to carriers regarding "relatedness" (.7); met with colleagues regarding strategy and task list (.4); reviewed Simpson documents regarding litigation summaries to prepare for meeting with carriers (.2). | 1300 | 1.90 | 1,102.00 |
| 09/22/10 | C.H. Rosenberg | Reviewed D. Brew's comments on letter to carriers (.1); telephone conference with D. Brew (.1); communications with M. Solinger on latest draft letter (.1); review communications from Simpson counsel and E. Albert (.2); work on further revisions to | 1300 | 2.70 | 1,957.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | letter (.3); communications with M. Solinger on proposed cases to be mediated (.1); communications with Simpson counsel on draft letter (.2); revise letter further (.2); communications with M. Solinger on strategy (.1); communications with M. Armstrong (Marsh) on service list for carriers (.1); review additional claim letter (.1); review Side A CNA- led tower (.3); meeting with M. Hersh on draft letter, preparatory meetings and coverage issues (.3); communications with M. Hersh on preparation meeting (.1); finalize letter to carriers and communications with M. Solinger (.1); begin review of B. Pashler's draft case status update for 9/29/10 meeting (.3). | | | |
| 09/22/10 | A.J. Moss | Reviewed substantive email from C. Rosenberg regarding proposed correspondence to XL (.2); reviewed and analyzed DIC policies (.3); reviewed further substantive comments on proposed correspondence to XL from M. Solinger, E. Albert and E. McGarry (.3); worked on further edits to proposed letter to XL (1.1); communications with client representatives and defense counsel regarding same (.2); reviewed final comments from M. Solinger (.1); communications with C. Rosenberg (.1); worked on additional revisions to correspondence to XL (.4); reviewed email from M. Armstrong (Marsh) regarding | 1300 | 3.90 | 1,950.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
|  |  | carrier distribution list (.1); reviewed further substantive comments on draft correspondence from defense counsel (.2); communications with same (.1); worked on final revisions to correspondence to XL (.5); communications with XL and excess carrier representatives (.2); reviewed communications from M. Solinger, D. Brew and C. Rosenberg regarding coverage for ERISA class actions in MDL (.1). |  |  |  |
| 09/23/10 | M.S. Hersh | Prepared for telephone conference with defense counsel regarding meeting with carrier (1.0); exchanged emails with colleagues regarding same (.4); met with C. Rosenberg regarding preparation for telephone conference with defense counsel (.3); telephone conferences with client regarding preparation for telephone conference with defense counsel and other issues (.7). | 1300 | 2.40 | 1,392.00 |
| 09/23/10 | C.H. Rosenberg | Provide comments on draft status report to B. Pashler (.2); review comments from E. Albert and E. McGarry (.2); review revised comments on update of litigation for carrier meeting (.1); communication with M. Hersh on preparation for call with defense counsel on securities cases and additional actions (.3); conference call with M. Solinger to address coverage issues and strategy (.5); conference call with counsel | 1300 | 2.70 | 1,957.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | for individual defendants in securities and other litigation (.4); telephone conference with M. Solinger on follow up coverage issues (.2); review draft agreement in Booth mediation (.2); communications with A. Moss regarding draft agreement (.1); review additional notice letters from M. Armstrong (.3); review supplemental attendees list for carrier meeting (.1); review changes to service list for correspondence and representation of varoius carriers (.1). | | | |
| 09/23/10 | A.J. Moss | Communications with C. Rosenberg and M. Hersh (.1); reviewed email from Travelers representatives (.1); reviewed correspondence received from Marsh (.4); reviewed email from A. Washington (Lloyd's) regarding Booth Foundation settlement (.1); reviewed draft update memorandum from defense counsel and provided substantive comments on same (.5); reviewed and responded to comments on same from M. Hersh and C. Rosenberg (.2); meeting with C. Rosenberg and M. Hersh to discuss various coverage issues (.3); telephone call with M. Solinger, C. Rosenberg and M. Hersh to discuss coverage issues and logistics for meeting with carriers and call with defense counsel (.5); teleconference with M. Solinger and counsel for individual Insureds (.5); reviewed | 1300 | 3.60 | 1,800.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | email from T. Fishman (Fuld) (.1); reviewed and analyzed draft settlement agreement in Booth Foundation v. Fuld claim (.8). | | | |
| 09/24/10 | M.S. Hersh | Reviewed colleagues' emails regarding Booth settlement and comfort order. | 1300 | 0.20 | 116.00 |
| 09/24/10 | M.S. Hersh | Reviewed and revised draft outline for board presentation (.3); exchanged emails with colleagues regarding same (.3). | 1300 | 0.60 | 348.00 |
| 09/24/10 | C.H. Rosenberg | Review recent Delaware decision on privilege in bankruptcy context for application to insurer communications (.1); draft outline of issues requested by M. Solinger (.3); communications with M. Hersh on supplementing the draft outline (.1); review communications from E. McGarry on exhaustion of layers for defense payment (.1); review communications with M. Solinger on defense payment and comfort motions (.1); further supplement requested update and outline of topics for M. Solinger on coverage issues (.5); communications with M. Hersh on outline (.1); communications with A. Moss on Booth-related issues (.1). | 1300 | 1.40 | 1,015.00 |
| 09/24/10 | A.J. Moss | Reviewed outline of board presentation concerning insurance recovery issues (.2); communications with M. Solinger (.1). | 1300 | 0.30 | 150.00 |
| 09/26/10 | M.S. Hersh | Reviewed and revised draft outline for board presentation (.3); exchanged emails with | 1300 | 0.60 | 348.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | colleagues regarding same (.3). | | | |
| 09/26/10 | C.H. Rosenberg | Review comments from M. Hersh on draft board outline (.2); communications with A. Moss on policy language and provisions (.1). | 1300 | 0.30 | 217.50 |
| 09/26/10 | A.J. Moss | Communications with C. Rosenberg and M. Hersh concerning outline of board presentation concerning insurance recovery issues (.1); reviewed primary XL D&O policies (.3); further communications with C. Rosenberg and M. Hersh concerning outline of board presentation concerning insurance recovery issues (.1). | 1300 | 0.50 | 250.00 |
| 09/27/10 | M.S. Hersh | Reviewed emails regarding preparation for carrier meeting (.3); prepared for carrier meeting (.4); reviewed draft memo to carriers (.2). | 1300 | 0.90 | 522.00 |
| 09/27/10 | C.H. Rosenberg | Revised Board outline (.20); communication with M. Solinger on Board outline (.10); communication with Simpson counsel on carrier meeting and status update (.10); communication with M. Hersh on meeting in New York and preparatory materials (.20); reviewed revised status update (.10); communication with M. Solinger on Board update (.10); communication with M. Armstrong on attendees for 9/29/10 meeting (.10); communication with E. McGarry on additional attendees (.10); | 1300 | 1.60 | 1,160.00 |

# ReedSmith

10 South Wacker Drive, 40ᵗʰ Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | reviewed communication from M. Armstrong on carrier response letters (.10); communication with M. Hersh on carrier meeting (.10); reviewed proposed supplemental case update (.10); reviewed AIG's letter regarding Booth coverage (.10); telephone conference with D. Brew on requested carrier-related information (.10); reviewed B. Pashler's communication to D. Brew for carrier meering (.10). | | | |
| 09/27/10 | A.J. Moss | Meeting with C. Rosenberg to discuss comments on outline of presentation to LBHI board regarding insurance recovery issues and strategy (.1); worked on final revisions to same (.6); further communications with C. Rosenberg regarding same (.1); reviewed comments from A. Washington (Lloyd's) on draft release in Booth Foundation claim (.1); reviewed email from T. Fishman (Fuld) (.1); worked on substantive comments to Booth Foundation release (.5); communications with T. Fishman regarding same (.3); communications with C. Rosenberg (.1); reviewed primary and excess D&O policies and coverage correspondence in preparation for meeting with insurer representatives in NY 9/29/10 (1.1); reviewed correspondence from AIG regarding coverage for Booth Foundation claim under investment management liability policies (.2); communications with | 1300 | 3.30 | 1,650.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | C. Rosenberg and M. Hersh regarding same (.1). | | | |
| 09/28/10 | M.S. Hersh | Traveled to New York for meetings with client and carriers (50% travel time per agreement with client) (2.2); prepared for meetings with client and carriers (1.5); meeting with client and Simpson lawyers to prepare for meeting with carriers (2.3); reviewed various emails on carrier meeting (.1); reviewed draft interim funding agreement with HCC (.1). | 1300 | 6.20 | 3,596.00 |
| 09/28/10 | C.H. Rosenberg | Traveled to New York for meetings with defense counsel, Lehman counsel and carriers (2.20=50% travel time per agreement with client); prepared for meeting with M. Solinger and Simpson counsel (1.00); drafted agenda of issues for meeting with carriers (.20); met with M. Solinger and Simpson counsel to address strategy and prepared for meeting with carriers (2.30); reviewed correspondence from M. Amstrong (Marsh); on multiple coverage matters (.50); reviewed updated lists of carriers attending meeting at Reed Smith 9/29/10 (.20);communication with D. Brew on carrier meeting issues (.20); reviewed communication from E. McGarry on SASCo defense-related issues (.10); reviewed draft comfort order motion of U.S. Specialty (.30); communication with B. Pashler on comfort order motion (.10); communication with A. Moss on draft motion (.10); | 1300 | 7.70 | 5,582.50 |

# ReedSmith

10 South Wacker Drive, 40ᵗʰ Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | communication with D. Brew on exhaustion of coverage layers (.10); reviewed carrier communication on Lowitt, Fuld, Stitching matters (.30); reviewed red-lined version of changes to proposed comfort order motion (.10). | | | |
| 09/28/10 | A.J. Moss | Communications with client and broker representatives regarding meeting with insurance carriers on 9/29/10 (.3); reviewed tolling agreements between Estate and various Insured Persons and notice correspondence from broker regarding same (.3); reviewed Fuld materials and notice correspondence regarding same from broker (.1); teleconference with M. Solinger, defense counsel, C. Rosenberg and M. Hersh to prepare for meeting with insurance carriers (1.5); reviewed correspondence from broker regarding exhaustion of Chubb D&O policies (.1); reviewed email from defense counsel regarding potential mediation of underlying claims (.1); communications with M. Hersh regarding proposed interim funding agreement from USSIC (.2); reviewed and analyzed USSIC policies (.3); further communications with M. Hersh and C. Rosenberg (.1); reviewed and worked on substantive comments on draft interim funding agreement from USSIC (1.0); further communications with C. Rosenberg and M. Hersh regarding same (.1). | 1300 | 4.10 | 2,050.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/29/10 | M.S. Hersh | Prepared for meeting with carriers (.7); meeting with carriers (1.0); travel back to Chicago (50% travel time per agreement with client) (2.3); reviewed various emails regarding insurer issues (.2). | 1300 | 4.20 | 2,436.00 |
| 09/29/10 | C.H. Rosenberg | Reviewed supplemental list of attendees (.10); hosted preparatory meeting with M. Solinger and Simpson counsel and D. Brew (.50); met with carriers to address underlying cases and proposed mediation (1.00); follow-up communication with Marsh and carriers (.20); reviewed HCC policy from D. Brew (.20); communication with M. Solinger and M. McGarry on policy (.10); reviewed proposed comments on comfort order motion (.20); return travel to Chicago (2.30=50% travel time per agreement with client); reviewed Clausen Miller's request for materials (.10). | 1300 | 4.70 | 3,407.50 |
| 09/29/10 | A.J. Moss | Communications with C. Rosenberg regarding meeting with carrier representatives (.2); communications with M. Armstrong (Marsh) (.2); reviewed coverage-related correspondence received from broker (.2); participated by telephone in meeting with M. Solinger, Simpson Thacher defense counsel, C. Rosenberg, M. Hersh and representatives of various insurers to discuss underlying matters and related issues (1.2); communications with various | 1300 | 2.50 | 1,250.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|------------|-------------|------|-------|--------|
| | | carrier representatives regarding distribution of coverage-related correspondence (.3); communications with J.A. Conway-Gross regarding same (.1); communications with L. Galowich (Lloyd's (08-09)) (.2); communications with B. Paschler regarding proposed USSIC interim funding agreement (.1). | | | |
| 09/30/10 | M.S. Hersh | Updated project work list (.4); exchanged emails with colleagues regarding comfort motion for HCC and carrier meeting (.2). | 1300 | 0.60 | 348.00 |
| 09/30/10 | C.H. Rosenberg | Reviewed revised project list (.10); communication with A. Moss on additional projects to undertake (.10); reviewed communication from S. Singh on comfort motions (.20); communication with M. Solinger on case list and draft motions (.20); communication with A. Moss on policy years and forms per S. Singh (.20); communication with D. Brew on full case listings (.10); reviewed draft list from R. Lusk (.10); reviewed attendance list from 9/29 meeting (.10); communication with M. Armstrong on distribution of attendance list (.10). | 1300 | 1.20 | 870.00 |
| 09/30/10 | A.J. Moss | Analyzed excess D&O and DIC policies in 2008-09 Policy Period and worked on summary of key provisions of same (2.5); reviewed communication from bankruptcy counsel regarding comfort motion for advancement | 1300 | 3.80 | 1,900.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | by various insurers (.1); reviewed prior comfort motion (.3); communications with C. Rosenberg and M. Hersh regarding same (.3); reviewed further communications from bankruptcy counsel regarding same (.1); telephone call with C. Rosenberg to discuss issues with respect to comfort motion (.1); reviewed list of claims received from Marsh (.1); meeting with J.A. Conway Gross to review substantive coverage correspondence received from various insurers (.3). | | | |
| 09/30/10 | N.J. Lipscomb | Assisted with the organizations of multiple files (2.3); assisted with preparation of letters to go out (2.7). | 1300 | 5.00 | 500.00 |
| 09/30/10 | J.A.C. Gross | Gathered letter for response to Clausen Miller request (2.0); worked with case assistant in organization of additional Marsh files (.7). | 1300 | 2.70 | 675.00 |
| **Total Fees** | | | | **244.10** | **$116,486.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Title | | Total |
|-----------|-------|--|-------|
| A.J. Moss | Partner | 78.60 hrs @ $ 500.00 / hr | 39,300.00 |
| C.H. Rosenberg | Partner | 44.90 hrs @ $ 725.00 / hr | 32,552.50 |
| J.A.C. Gross | Paralegal | 31.80 hrs @ $ 250.00 / hr | 7,950.00 |
| M.S. Hersh | Partner | 56.20 hrs @ $ 580.00 / hr | 32,596.00 |
| N.J. Lipscomb | Case Assistant | 5 hrs @ $ 100.00 / hr | 500.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| S. Somoza | Paralegal | 27.60 hrs @ $  130.00 / hr | 3,588.00 |
|---|---|---|---|

| **Total Professional Services** | **$116,486.50** |
|---|---|

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | Amount |
|---|---|---|
| 09/30/2010 | PACER | 13.44 |
| 09/30/2010 | Westlaw | 150.70 |
| 08/27/2010 | Air Travel Expense VENDOR: Andrew J. Moss, SEP 19 - 20, 2010 Travel from Chicago to NY for Booth Mediation - Agent Fee -  89005268905873 | 8.00 |
| 08/27/2010 | Air Travel Expense VENDOR: Andrew J. Moss, SEP 19 - 20, 2010 Travel from Chicago to NY for Booth Mediation AMERICAN 00179164545313 | 265.40 |
| 08/30/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg,  Sep 28, 2010 Travel on United Airlines from New York meeting with clients and carriers - Agent Fee. | 8.00 |
| 08/30/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg, SEP 28, 2010 Travel American Airlines to New York to attend meeting with clients and carriers - Agent Fee | 8.00 |
| 08/30/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg, SEP 28, 2010 Travel on United Airlines to New York to attend meeting with clients and carriers | 109.70 |
| 08/30/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg, SEP 29, 2010 Return travel on American Airlines to ORD after meeting with clients and carriers | 109.70 |
| 09/19/2010 | Taxi Expense VENDOR: Andrew J. Moss, Sep 19, 2010 Travel from Chicago to NY for Booth Mediation - Cab from LGA to hotel | 24.30 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
|------|-------------|-------:|
| 09/19/2010 | Mileage Expense VENDOR: Andrew J. Moss, Sep 19, 2010 Travel from Chicago to NY for Booth Mediation - mileage from Oak Park, IL to ORD. | 10.00 |
| 09/20/2010 | Parking/Tolls/Other Transportation VENDOR: Andrew J. Moss, Sep 20, 2010 Travel from Chicago to NY for Booth Mediation - Parking at ORD | 28.00 |
| 09/20/2010 | Air Travel Expense VENDOR: Andrew J. Moss, Sep 20, 2010 Travel from Chicago to NY for Booth Mediation - American Airlines reservation change | 50.00 |
| 09/20/2010 | Air Travel Expense VENDOR: Andrew J. Moss, Sep 20, 2010 Travel from Chicago to NY for Booth Mediation - Agent Fee. | 24.00 |
| 09/20/2010 | Taxi Expense VENDOR: Andrew J. Moss, Sep 20, 2010 Travel from Chicago to NY for Booth Mediation - Cab from hotel to LGA | 30.17 |
| 09/20/2010 | Mileage Expense VENDOR: Andrew J. Moss, Sep 20, 2010 Travel from Chicago to NY for Booth Mediation - mileage from ORD to Oak Park, IL | 10.00 |
| 09/21/2010 | Lodging VENDOR: Andrew J. Moss, Sep 21, 2010 Travel from Chicago to NY for Booth Mediation | 459.86 |
| 09/28/2010 | Air Travel Expense VENDOR: Mark S. Hersh, Sep 28, 2010 Travel to New York on American Airlines for meeting with client and carriers. | 109.70 |
| 09/28/2010 | Air Travel Expense VENDOR: Mark S. Hersh, Sep 28, 2010 Travel from New York on Untied Airlines after meeting with client and carriers - Agent Fee. | 8.00 |
| 09/28/2010 | Taxi Expense VENDOR: Mark S. Hersh, Sep 28, 2010 Travel to New York for meeting with client and carriers - Chicago to ORD. | 54.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
|------|-------------|--------|
| 09/28/2010 | Taxi Expense Bus/Shuttle - VENDOR: Carolyn H. Rosenberg, Sep 28, 2010 Travel to New York to attend meeting with clients and carriers - shuttle from Highland Park to ORD. | 80.00 |
| 09/28/2010 | Taxi Expense VENDOR: Mark S. Hersh, Sep 28, 2010 Travel to New York for meeting with client and carriers from LGA to hotel. | 38.00 |
| 09/28/2010 | Meal Expense VENDOR: Mark S. Hersh, Sep 28, 2010 Travel to New York for meeting with client and carriers - dinner for Mark S. Hersh and Carolyn H. Rosenberg. | 133.93 |
| 09/28/2010 | Meal Expense VENDOR: Carolyn H. Rosenberg, Sep 28, 2010 Travel to New York to attend meeting with clients and carriers - lunch. | 12.52 |
| 09/28/2010 | Meal Expense VENDOR: Carolyn H. Rosenberg, Sep 28, 2010 Travel to New York to attend meeting with clients and carriers - breakfast. | 3.27 |
| 09/29/2010 | Lodging VENDOR: Carolyn H. Rosenberg, Sep 29, 2010 Travel to New York to attend meeting with client and carriers | 346.61 |
| 09/29/2010 | Lodging VENDOR: Mark S. Hersh, Sep 29, 2010 Travel to New York for meeting with client and carriers. | 346.61 |
| 09/29/2010 | Air Travel Expense VENDOR: Mark S. Hersh, Sep 29, 2010 Travel to New York for meeting with client and carriers - reservation charge for United Airlines. | 75.00 |
| 09/29/2010 | Air Travel Expense VENDOR: Mark S. Hersh, Sep 29, 2010 Return travel from New York on United Airlines after meeting with client and carriers. | 109.70 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
|------|-------------|--------|
| 09/29/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg, Sep 29, 2010 Travel to New York to attend meeting with clients and carriers - reservation charge for United Airlines. | 75.00 |
| 09/29/2010 | Air Travel Expense VENDOR: Mark S. Hersh, Sep 29, 2010 Travel to New York for meeting with client and carriers - Agent Fee. | 8.00 |
| 09/29/2010 | Taxi Expense VENDOR: Mark S. Hersh, Sep 29, 2010 Travel to New York for meeting with client and carriers - ORD to Chicago. | 40.00 |
| 09/29/2010 | Taxi Expense Bus/Shuttle - VENDOR: Carolyn H. Rosenberg, Sep 29, 2010 Travel to New York to attend meeting with clients and carriers - shuttle from ORD to Highland Park. | 80.00 |
| 09/29/2010 | Taxi Expense VENDOR: Carolyn H. Rosenberg, Sep 29, 2010 Travel to New York to attend meeting with clients and carriers - NY RS Office to airport. | 36.00 |
| 09/29/2010 | Meal Expense VENDOR: Carolyn H. Rosenberg, Sep 29, 2010 Travel to New York to attend meeting with clients and carriers - breakfast. | 4.71 |
| 09/29/2010 | Meal Expense VENDOR: Mark S. Hersh, Sep 29, 2010 Travel to New York for meeting with client and carriers - lunch. | 13.70 |
| 09/29/2010 | Meal Expense VENDOR: Mark S. Hersh, Sep 29, 2010 Travel to New York for meeting with client and carriers. - breakfast. | 6.57 |
| 09/29/2010 | Meal Expense VENDOR: Mark S. Hersh, Sep 29, 2010 Travel to New York for meeting with client and carriers - lunch. | 18.39 |
| | **Current Costs and Expenses** | **$2,908.98** |

## INVOICE SUMMARY

Total Fees                                                                 $   116,486.50

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Disbursements $    2,908.98

**TOTAL CURRENT INVOICE DUE** $    119,395.48

**SUMMARY OF TIME BILLED BY TASK:**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 0100 | General Case Administration | 1.70 | 221.00 |
| 1300 | Insurance Issues | 241.80 | 115,898.00 |
| 4600 | Firm's Own Billing/Fee Applications | 0.30 | 150.00 |
| 4700 | Firm's Own Retention Issues | 0.30 | 217.50 |
| | **Matter Total** | **244.10** | **$116,486.50** |

pzdotter

Carolyn H. Rosenberg
REED SMITH LLP
10 S. Wacker Drive
Suite 4000
Chicago, IL 60606
Telephone:    (312) 207-1000
Facsimile:    (312) 207-6400

*Special Counsel for Lehman Brothers Holdings, Inc.*
*and its affiliated Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                                              :    Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                                                   :
                    Debtors                               :    (Jointly Administered)
                                                                   :
---------------------------------------------------------------x

## DECLARATION OF SERVICE

I, Carolyn H. Rosenberg, hereby declare, pursuant to 28 U.S.C. § 1746, that on October

28, 2010, I caused a true and complete copy of the **FIRST MONTHLY STATEMENT OF**

**SERVICES RENDERED AND EXPENSES INCURRED BY REED SMITH LLP, AS**

**SPECIAL INSURANCE COVERAGE COUNSEL TO THE DEBTORS FOR THE**

**PERIOD JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010** to served via overnight delivery

upon the following parties:  (i) Lehman Brothers Holdings Inc., 1271 Avenue of the Americas,

45th Floor, New York, New York, 10020 (Attn: John Suckow and David Coles); (ii) Weil,

Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y.

Waisman, Esq.); (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New

York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck,

Esq.), attorneys for the Creditors' Committee; (iv) the Office of the United States Trustee for the

Southern District of New York, 33 Whitehall Street, 22nd Floor, New York, New York 10004

(Attn: Andy Velez-Rivera, Esq. and Tracy Hope Davis, Esq.).

    I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: October 28, 2010
        Chicago, Illinois

Respectfully submitted,

REED SMITH LLP

By: /s/ _____
    Carolyn H. Rosenberg
    10 S. Wacker Drive
    Suite 4000
    Chicago, IL 60606
    Telephone:   (312) 207-1000
    Facsimile:    (312) 207-6400

*Special Counsel for Lehman Brothers
Holdings, Inc. and its affiliated Debtors
and Debtors in Possession*