Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.                Case No.: 08-13555 (JMP)
                                                      Court ID (Court Use Only) _____

### NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> Citigroup Global Markets Inc. | Name of Transferor: <br> Bank Julius Bär & Co. Ltd |
|---|---|
| Notices to Transferee should be sent to: <br><br> Citigroup Global Markets Inc. <br> 390 Greenwich Street, 4th floor <br> New York, New York 10013 <br> Attn: Marc Heimowitz <br> Phone: 212-723-1058 <br> Email: marc.heimowitz@citi.com <br><br> With a copy to: <br><br> Paul, Weiss, Rifkind, Wharton & Garrison LLP <br> 1285 Avenue of the Americas <br> New York, New York 10019 <br> Attn: Douglas R. Davis <br> Phone: 212-373-3000 <br> Email: ddavis@paulweiss.com | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> Bank Julius Bär & Co. Ltd <br> Legal Products & Services <br> P.O. Box, CH-8010 Zurich, Switzerland <br> Telephone +41 58 887 73 36 <br> Fax +41 58 887 0008 <br> Email: Roos, Patrik [patrik.roos@juliusbaer.com] |
| Amount of Claim Being Transferred: <br><br> EUR 1'675'000.00 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: 12/8/10
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

*Final Form 11/20/09*

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1.   For value received, the adequacy and sufficiency of which are hereby acknowledged, Bank Julius Baer & Co. Ltd, ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Citigroup Global Markets Inc. (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the Face Amount specified in Schedule 1 attached hereto (the "Purchased Claim"), which was transferred to Seller from UBS AG, Bahnhofstrasse 45, 8001 Zurich (UBS AG) as specified in Schedule 3 as a Portion of the Claim Number 59233, in Seller's right, title and interest in and to Proof of Claim Number 59233 filed by or on behalf of UBS AG (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, principal, interest, damages, penalties, fees or any other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to or evidencing the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.   Seller hereby represents and warrants to Purchaser that: (a) it received representations and warranties from UBS AG that on or before November 2, 2009, UBS AG timely filed Claim No. 59233 (the "Proof of Claim") against Lehman Brothers Holding Inc. (the "Debtor") in the Debtor's Chapter 11 Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will give rise to any setoff, defense or counterclaim or will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other allowed unsecured claims that are not entitled to priority under section 507 of the Bankruptcy Code and that are not subordinated.

3.   Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives, with respect only to the Transferred Claims, to the fullest extent permitted by law any notice or right to receive notice of a hearing with respect to such transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer according to Schedule 2 with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.  All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.  Seller shall promptly (but in any event on no later than the third (3rd) business day (following receipt) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, , to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.  Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.  Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this December 8 , 2010

Bank Julius Baer & Co. Ltd,

By: _____
Name: Patrik Roos
Title: Executive Director

By: _____
Name: Fabian Burckhardt
Title: Director

Bahnhofstrasse 36
8010 Zurich
Switzerland

Citigroup Global Markets Inc.

By: _____
Name: Rohit Bansal
Title: Managing Director

390 Greenwich Street, 4th floor
New York, New York 10013

Schedule 1

Transferred Claims

Purchased Claim

EUR 1'675'000.00 of "Unspecified Amount"* (the outstanding amount of the specified part of the Proof of Claim as of 30th October 2009, claim number 59233)

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Face Amount |
|---|---|---|---|---|
| Bullish Note Lehman Brothers Treasury BV 2007- 21.12.2009 | XS0336050215 | Lehman Brothers Treasury BV | Lehman Brothers | EUR 1'675'000.00 |

*Unspecified amount: due to complex issues relating to the structure of the Lehman Program Securities, the Creditor identified in the Proof of Claim could not determine the value of its claim against the Issuer of the Lehman Program Securities. For more information, please refer to the "Addendum" of the Proof of Claim.

For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 46 of the Addendum to the Proof of Claim Number 59233 of UBS AG and in the Notice:'Filing of Transfer of Claim pursuant to Federal Rule of Bancruptcy Procedure 3001 (e) (2) or (4)' referring to Claim # 59233-08 by the United States Bancruptcy Court Southern District of New York of 27 October 2010 as attached in copy in Schedule 3. The Claim is furthermore described in the Evidence of Transfer of Claim dated 26 August 2010 signed by Hugo Koller and Jean-Claude Besson of UBS AG as Transferor and acknowledged by Patrik Roos and M. Caputi of Bank Julius Baer & Co. Ltd. as Transferee as attached also in copy in Schedule 3.

Schedule 2

Notice Pursuant to Bankruptcy Rule 3001

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:   Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

**NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Citigroup Global Markets Inc. | Name of Transferor:<br>Bank Julius Bär & Co. Ltd |
|---|---|
| Notices to Transferee should be sent to:<br><br>Citigroup Global Markets Inc.<br>390 Greenwich Street, 4th floor<br>New York, New York 10013<br>Attn: Marc Heimowitz<br>Phone: 212-723-1058<br>Email: marc.heimowitz@citi.com<br><br>With a copy to:<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attn: Douglas R. Davis<br>Phone: 212-373-3000<br>Email: ddavis@paulweiss.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Bank Julius Bär & Co. Ltd<br>Legal Products & Services<br>P.O. Box, CH-8010 Zurich, Switzerland<br>Telephone +41 58 887 73 36<br>Fax +41 58 887 0008<br>Email: Roos, Patrik [patrik.roos@juliusbaer.com] |
| Amount of Claim Being Transferred:<br><br>EUR 1'675'000.00 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 12/6/10
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

Schedule 3

Copies of

Notice:'Filing of Transfer of Claim pursuant to Federal Rule of Bancruptcy Procedure 3001 (e) (2) or (4)' referring to Claim # 59233-08 by the United States Bancruptcy Court Southern District of New York of 27 October 2010

Evidence of Transfer of Claim dated 26 August 2010 signed by Hugo Koller and Jean-Claude Besson of UBS AG as Transferor and acknowledged by Patrik Roos and M. Caputi of Bank Julius Baer & Co. Ltd. as Transferee

UNITED STATES BANKRUPTCY COURT
Southern District of New York

**EINGEGANGEN**

**0 1. Nov. 2010**

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
 | (Jointly Administered)
Debtors. |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim, while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To: UBS AG
BAHNHOFSTR. 45
ZURICH    8001
SWITZERLAND

UBS AG
HUGO KOLLER, OQ9C/O5GC
UBS AG
PO BOX
ZURICH 8098 SWITZERLAND

Please note that your claim # 59233-09 in the above referenced case and in the amount of
$0.00           has been transferred (unless previously expunged by court order)

BANK JULIUS BAER & CO. LTD
TRANSFEROR: UBS AG
LEGAL PRODUCTS & SERVICES
PO BOX, BAHNHOFSTRASSE 36
ZURICH   CH-8010
SWITZERLAND

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12269    in your objection.
If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 10/27/2010

Vito Genna, Clerk of Court

/s/ Jenna Noble
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s)

FOR BBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 27, 2010.

### EXHIBIT C

#### Evidence of Transfer

#### EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Bullish Note Lehman Brothers Treasury BV 2007-21.12.2009 | XS0336050215 | Lehman Brothers Treasury BV | Lehman Brothers | EUR 1'675'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 46 of the Addendum to the Proof of Claim.**

**UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:**

Bank Julius Baer & Co. Ltd.
Legal Products & Services
P.O. Box, CH-8010 Zurich, Switzerland
Telephone +41 58 887 73 36
Fax +41 58 887 0008
Email: Roos, Patrik [patrik.roos@juliusbaer.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

5

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 26 August 2010.

UBS AG
Transferor

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director

ACKNOWLEDGED BY:

Bank Julius Baer & Co. Ltd.
Transferee

By: _____
Name:
Title:

By: _____
Name:
Title: M. Caputi
Associate Director

6