IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.      Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CITIGROUP GLOBAL MARKETS INC. | HORIZON II INTERNATIONAL LIMITED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

390 Greenwich Street, Fourth Floor
New York, New York, 10013
Attn: Adam Bentch and Head of Structured Credit
Facsimile: 646-291-1557
Phone: 212-723-6419
Email: adam.bentch@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Douglas R. Davis
Phone: 212-373-3000
Email: ddavis@paulweiss.com

Court Claim # (if known): 67226

Total Amount of Claim Filed: $ 4,500,000
Amount of Claim Transferred: $ 4,500,000
Date Claim Filed: September 21, 2009 through proof of claim no. 20050, as amended by proof of claim no. 67226, filed on December 1, 2010

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____  Date: 12/14/10
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.         Case No. 08-13555

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 67226 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on December 14, 2010.

**HORIZON II INTERNATIONAL LIMITED**
Name of Alleged Transferor

Address of Alleged Transferor:

HSBC House
68 West Bay Road
P. O. Box 1109 GT
Grand Cayman, KY 1-1102
Cayman Islands

With a copy to:

HSBC Bank USA, National Association
Corporate Trust & Loan Agency
452 5th Avenue
New York, NY 10018-2706
Attn: Sandra Horwitz
Phone: 212-525-1358
Email: sandra.e.horwitz@hsbc.com

**CITIGROUP GLOBAL MARKETS INC.**
Name of Transferee

Address of Transferee:

390 Greenwich Street, Fourth Floor
New York, New York, 10013
Attn: Adam Bentch and Head of Structured Credit
Facsimile: 646-291-1557
Phone: 212-723-6419
Email: adam.bentch@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Douglas R. Davis
Phone: 212-373-3000
Email: ddavis@paulweiss.com

### ~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Citigroup Global Markets Inc.

  Horizon II International Limited, an entity organized under the laws of the Cayman Islands, with offices located at HSBC House, 68 West Bay Road, P. O. Box 1109 GT, Grand Cayman, KY 1-1102, Cayman Islands ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claim Purchase Agreement dated as of December 1, 2010, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Citigroup Global Markets Inc., its successors and assigns, with offices located at 390 Greenwich Street, Fourth Floor New York, New York, 10013 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing Inc., and its affiliates in the amount of $4,500,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

  SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional purchase and sale and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

  IN WITNESS WHEREOF, dated as of the 7 day of December, 2010.


**HORIZON II INTERNATIONAL LIMITED**


By:_____
Name:
Title:


**CITIGROUP GLOBAL MARKETS INC.**

By: /s/ Alan Bell
Name:
Title:

Doc#: US1:6672255v5

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Citigroup Global Markets Inc.

    Horizon II International Limited, an entity organized under the laws of the Cayman Islands, with offices located at HSBC House, 68 West Bay Road, P. O. Box 1109 GT, Grand Cayman, KY 1-1102, Cayman Islands ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claim Purchase Agreement dated as of December 1, 2010, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Citigroup Global Markets Inc., its successors and assigns, with offices located at 390 Greenwich Street, Fourth Floor New York, New York, 10013 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing Inc., and its affiliates in the amount of $4,500,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

    SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional purchase and sale and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

    IN WITNESS WHEREOF, dated as of the 10th day of December, 2010.

**HORIZON II INTERNATIONAL LIMITED**

By:_____    **For and on behalf of**
Name:    **Tropical Nominees Limited**
Title:    **as Corporate Director**

**CITIGROUP GLOBAL MARKETS INC.**

By:_____
  Name:
  Title:

Doc#: USI:6672255v5