# EXHIBIT A

## Summary Of Fees Incurred For Services Provided For Benefit Of LCPI Only

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Non Derivative Stay/Safe Harbor [Code 3000] | | | | | | |
| 05/12/10 | 3000 | RBO | Office conference with Dean A. Ziehl re stay issues re LCPI and SunCal (.4); Office conference with Harry Hochman re stay issues for LCPI re SunCal (.2) | 0.60 | 825.00 | $495.00 |
| 05/13/10 | 3000 | RBO | Review and forward stay case to Harry D. Hochman, Dean A. Ziehl re SunCal and LCPI. | 0.40 | 825.00 | $330.00 |
| 06/03/10 | 3000 | RMP | Review and analyze LCPI stay issues regarding Fenway (.7) and review and respond to e-mails regarding same (.5) | 1.20 | 925.00 | $1,110.00 |
| 06/04/10 | 3000 | DAZ | Review draft response to SunCal stay motion. | 0.50 | 855.00 | $427.50 |
| 06/04/10 | 3000 | DAZ | Office conferences with H. Hochman re SunCal stay relief motion issues. | 1.00 | 855.00 | $855.00 |
| 06/10/10 | 3000 | DAZ | Review and revise letter to Bridges re LCPI stay and agency issues. | 0.70 | 855.00 | $598.50 |
| 06/10/10 | 3000 | DAZ | Review stay briefs and exhibits filed in New York proceeding by SunCal. (re SunCal motion to lift stay). | 1.50 | 855.00 | $1,282.50 |
| 06/16/10 | 3000 | DAZ | Review SunCal stay briefs and opposition in New York proceedings. | 1.00 | 855.00 | $855.00 |
| 06/17/10 | 3000 | DAZ | Review transcript of hearing re New York court stay relief motion by SunCal. | 1.00 | 855.00 | $855.00 |
| 06/18/10 | 3000 | DAZ | Telephone conference with E. Soto re New York SunCal stay hearing. | 0.20 | 855.00 | $171.00 |
| 06/22/10 | 3000 | HDH | Review hearing transcript for SunCal stay relief motion. | 0.30 | 625.00 | $187.50 |
| | | | | | | |
| Appeals [Code 4200] | | | | | | |
| 06/03/10 | 4200 | DAZ | Review New York appeal issues re SunCal New York stay relief motion and respond to inquiry re same. | 0.50 | 855.00 | $427.50 |
| 06/03/10 | 4200 | DAZ | Telephone conferences re SunCal Amended Designation of Record and conference re issues raised (9th circuit appeal). | 0.40 | 855.00 | $342.00 |
| 06/03/10 | 4200 | DAZ | Review and comment re revised Response to Motion to Expedite Ninth Circuit Appeal (9th circuit appeal) | 0.60 | 855.00 | $513.00 |
| 06/04/10 | 4200 | SSC | Draft motion to extend page limit (9th circuit appeal) | 1.50 | 625.00 | $937.50 |
| 06/04/10 | 4200 | SSC | Review and revise motion to extend page limit (9th circuit appeal). | 0.70 | 625.00 | $437.50 |

DOCS_NY:22777.4

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 06/04/10 | 4200 | SSC | Teleconference with A. Blaustein re filing (9th circuit appeal). | 0.20 | 625.00 | $125.00 |
| 06/04/10 | 4200 | SSC | Meet and confer with D. Ziehl re motion to extend page limit (9th circuit appeal). | 0.10 | 625.00 | $62.50 |
| 06/04/10 | 4200 | SSC | Review opening brief and coordinate filing of motion to extend page limit (9th circuit appeal). | 0.40 | 625.00 | $250.00 |
| 06/04/10 | 4200 | SSC | Analysis re certifications needed for opening brief and Teleconference with Lauren from Weil re same (9th circuit appeal). | 0.40 | 625.00 | $250.00 |
| 06/07/10 | 4200 | SSC | Review response to motion for filing in 9th circuit appeal. | 0.30 | 625.00 | $187.50 |
| 06/07/10 | 4200 | SSC | Teleconference with A. Blaustein re filing (9th circuit appeal). | 0.20 | 625.00 | $125.00 |
| 06/08/10 | 4200 | HDH | Review correspondence re 9th circuit appeal. | 0.20 | 625.00 | $125.00 |
| 06/09/10 | 4200 | DAZ | Telephone conferences re denial of motion to expedite Ninth Circuit appeal (9th circuit appeal). | 0.20 | 855.00 | $171.00 |
| 06/28/10 | 4200 | HDH | Review correspondence re appeal deadlines (re SunCal stay relief motion). | 0.20 | 625.00 | $125.00 |
| | | | | | | |
| **Non Derivative Stay/Safe Harbor [Code 3000]** | | | | | | |
| 07/23/10 | 3000 | DAZ | Telephone conference with Soto re response to Lehman stay issues. | 0.20 | 855.00 | $171.00 |
| **Appeals [Code 4200]** | | | | | | |
| 07/06/10 | 4200 | HDH | Review SunCal 9th circuit BAP brief. | 0.60 | 625.00 | $375.00 |
| 07/15/10 | 4200 | SSC | Correspond with A. Blaustein re 9th circuit BAP reply brief. | 0.20 | 625.00 | $125.00 |
| 07/15/10 | 4200 | SSC | Teleconference with A. Blaustein re 9th circuit BAP reply brief. | 0.10 | 625.00 | $62.50 |
| 07/15/10 | 4200 | SSC | Review final reply brief for filing in 9th circuit BAP appeal. | 0.30 | 625.00 | $187.50 |
| 07/15/10 | 4200 | SSC | Review and correspond with A. Blaustein re supplemental excerpts for filing. | 0.20 | 625.00 | $125.00 |
| 07/16/10 | 4200 | DAZ | Review 9th circuit BAP brief re proof of claim. | 0.50 | 855.00 | $427.50 |
| 07/16/10 | 4200 | SSC | Analysis re service and supplemental excerpts for filing. | 0.40 | 625.00 | $250.00 |
| 07/16/10 | 4200 | SSC | Teleconference with A. Blaustein re status of filing. | 0.20 | 625.00 | $125.00 |
| 07/20/10 | 4200 | SSC | Correspond with A. Blaustein re appellate hearing dates. | 0.10 | 625.00 | $62.50 |
| 07/26/10 | 4200 | MB | Review SunCal motion to dismiss appeal to 9th Circuit – BAP. | 0.40 | 550.00 | $220.00 |

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 07/26/10 | 4200 | SSC | Correspond with M. Bove re opening brief re 9th circuit BAP appeal. | 0.20 | 625.00 | $125.00 |
| **Non-Derivative Stay/Safe Harbor [Code 3000]** | | | | | | |
| 08/26/10 | 3000 | RMP | Review and respond to e-mails regarding SunCal/Lehman plan of reorganization and Lehman stay issues. | 0.80 | 925.00 | $740.00 |
| **Appeals [Code 4200]** | | | | | | |
| 08/10/10 | 4200 | SSC | Review briefing schedule and notice from 9th Circuit BAP. | 0.10 | 625.00 | $62.50 |
| 08/12/10 | 4200 | DAZ | Review filings re 9th circuit BAP Appeal. | 0.10 | 855.00 | $85.50 |
| 08/12/10 | 4200 | SSC | Review notice of acknowledgment re hearing and coordinate filing of same in 9th circuit BAP appeal. | 0.20 | 625.00 | $125.00 |
| 08/12/10 | 4200 | SSC | Review and analysis re Sun cal's motion to continue oral argument hearing date in 9th circuit BAP appeal. | 0.10 | 625.00 | $62.50 |
| 08/27/10 | 4200 | DAZ | Review Peck District Court decision re stay of appeal of orders denying SunCal stay relief motion and approval of Fenway 9019 motion and memorandum re same. | 1.00 | 855.00 | $855.00 |
| 09/02/10 | 4200 | SSC | Review order setting status re 9th circuit BAP appeal. | 0.10 | 625.00 | $62.50 |
| 09/07/10 | 4200 | DAZ | Telephone conference with Blaustein re 9th circuit BAP order re transcript and issues. | 0.20 | 855.00 | $171.00 |
| 09/13/10 | 4200 | DAZ | Review memorandum opinion / appeal filing. | 0.30 | 855.00 | $256.50 |
| 09/15/10 | 4200 | MB | Telephone conference with A. Blaustein regarding status report for 9th Circuit BAP appeal (.1); conduct research for same (.6). | 0.70 | 550.00 | $385.00 |
| 09/15/10 | 4200 | SSC | Telephone conference with A. Blaustein re additional citations filing for 9th circuit BAP hearing. | 0.20 | 625.00 | $125.00 |
| 09/16/10 | 4200 | DAZ | Telephone conference with S. Cho and A. Blaustein re supplemental authorities for BAP (.1) and review draft of filing (.2). | 0.30 | 855.00 | $256.50 |
| 09/16/10 | 4200 | SSC | Review and finalize notice of additional citation for filing with 9th circuit BAP. | 0.20 | 625.00 | $125.00 |
| 09/16/10 | 4200 | SSC | Telephone conference with A. Blaustein re notice of additional citation for 9th circuit BAP. | 0.10 | 625.00 | $62.50 |
| 09/16/10 | 4200 | SSC | Telephone conference with D. Ziehl re notice of additional citation for 9th circuit BAP. | 0.10 | 625.00 | $62.50 |

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 09/21/10 | 4200 | HDH | Research 9th circuit BAP procedural issues (for hearing). | 0.30 | 625.00 | $187.50 |
| 09/21/10 | 4200 | HDH | Prepare for 9th circuit BAP argument. | 0.60 | 625.00 | $375.00 |
| 09/21/10 | 4200 | SSC | Correspond with H. Hochman re 9th circuit BAP hearing. | 0.20 | 625.00 | $125.00 |
| 09/22/10 | 4200 | HDH | Draft memo to Weil re appellate argument / issues (re 9th circuit BAP hearing). | 0.80 | 625.00 | $500.00 |
| 09/22/10 | 4200 | HDH | Review appellate briefing (in 9th Circuit BAP case). | 4.70 | 625.00 | $2,937.50 |
| 09/22/10 | 4200 | HDH | Conference call with Pace, Blaustein and Yancy re 9th circuit BAP argument. | 0.60 | 625.00 | $375.00 |
| 09/22/10 | 4200 | RMP | Review 9th circuit BAP case issues. | 0.40 | 925.00 | $370.00 |
| 09/22/10 | 4200 | DAZ | Office conference with H. Hochman re 9th circuit BAP hearing (.6) and review summary of issues for argument and briefing (.6). | 1.20 | 855.00 | $1,026.00 |
| 09/23/10 | 4200 | HDH | Meet with Weil attorneys re 9th BAP argument. | 4.20 | 625.00 | $2,625.00 |
| 09/23/10 | 4200 | DAZ | Office conference with H. Hochman re 9th circuit BAP hearing. | 0.50 | 855.00 | $427.50 |
| 09/24/10 | 4200 | SSC | Update from H. Hochman re 9th circuit BAP hearing. | 0.20 | 625.00 | $125.00 |
| 09/26/10 | 4200 | DAZ | Review Opposition to Expedite Appeal to 2nd Circuit (re. Peck decision on SunCal motions). | 0.20 | 855.00 | $171.00 |
| 09/27/10 | 4200 | DAZ | Review response to motion for expedited appeal to 2nd Circuit. (re. Peck decision on SunCal motions). | 0.30 | 855.00 | $256.50 |
| 09/29/10 | 4200 | HDH | Review and revise notice to 9th Circuit. | 0.10 | 625.00 | $62.50 |
| 09/29/10 | 4200 | DAZ | Review letter and supplemental authorities for 9th Circuit automatic stay decision appeal. | 0.20 | 855.00 | $171.00 |
| 09/29/10 | 4200 | DAZ | Review Reply re Expedited Appeal in 2nd Circuit (re. Peck decision on SunCal motions). | 0.40 | 855.00 | $342.00 |
| 09/29/10 | 4200 | SSC | Telephone conference with A. Blaustein re Ninth Circuit automatic stay decision appeal. | 0.20 | 625.00 | $125.00 |
| 09/29/10 | 4200 | SSC | Review final Ninth Circuit filing and proof of service. | 0.20 | 625.00 | $125.00 |
| 09/29/10 | 4200 | SSC | Review final Ninth Circuit filing and proof of service. | 0.20 | 625.00 | $125.00 |
| | | Task Code Total | | | | |
| | | | **TOTAL June 2010 – September 2010:** | **38.60** | | **$27,265.00** |