# EXHIBIT B

## SUMMARY OF SERVICES BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| General Case Administration [0100] | 3.50 | 2,974.50 |
| General Case Strategy Meetings [0200] | 77.60 | 64,484.00 |
| Calendar and Docket Maintenance [0300] | .50 | 340.50 |
| Hearings and Court Communications [0400] | 10.30 | 8,770.50 |
| Non-working Travel [0500] | 1.80 | 682.50 |
| Cash Management [1200] | .50 | 427.50 |
| Other General Business Operations [2000] | 1.80 | 694.00 |
| Real Estate Matters [2300] | 1.60 | 1,181.00 |
| Loans/Investments [2600] | 97.00 | 75,831.00 |
| Non-Derivative Stay/Safe Harbor [3000] | 9.40 | 8,078.00 |
| DIP Financing [3300] | 24.80 | 16,240.00 |
| Plan of Reorganization [3500] | 631.05 | 509,544.25 |
| Disclosure Statement/Voting [3600] | 172.90 | 136,009.50 |
| Non-Derivative Issues [3700] | 409.70 | 281,794.50 |
| Other Motions and Matters [3800] | 187.70 | 129,694.00 |
| Non-Derivative Litigation [3900] | 51.20 | 39,952.00 |
| Appeals [4200] | 42.60 | 29,514.50 |
| PSZJ Fees [4600] | 73.10 | 32,037.00 |
| Third Party Retention [4800] | 3.00 | 2,659.00 |
| **TOTAL SERVICES:** | **1,800.05** | **$1,340,908.25** |