# EXHIBIT C

## SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL FOR PERIOD FROM JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Richard M. Pachulski, Partner | 1979 | $925.00 | 223.20 | $215,710.00 |
| Richard M. Pachulski, Partner | 1979 | 462.50 | 1.00 | 462.50 |
| Dean A. Ziehl, Partner | 1978 | 855.00 | 113.95 | 97,427.25 |
| Robert B. Orgel, Partner | 1981 | 825.00 | 724.90 | 598,042.50 |
| Richard J. Gruber, Partner | 1982 | 795.00 | 1.00 | 795.00 |
| Andrew W. Caine, Partner | 1989 | 750.00 | 53.20 | 39,895.00 |
| Ian A.W. Nasatir, Partner | 1983 | 725.00 | .50 | 362.50 |
| James K.T. Hunter, Of Counsel | 1988 | 695.00 | 84.80 | 58,936.00 |
| Steven J. Kahn, Of Counsel | 1977 | 695.00 | .50 | 347.50 |
| Daryl G. Parker, Of Counsel | 1970 | 695.00 | 110.20 | 76,589.00 |
| Victoria Newmark, Of Counsel | 1996 | 625.00 | 5.70 | 3,562.50 |
| Shirley S. Cho, Of Counsel | 1997 | 625.00 | 12.00 | 7,500.00 |
| Harry Hochman, Of Counsel | 1987 | 625.00 | 71.00 | 44,375.00 |
| Malhar S. Pagay, Partner | 1997 | 575.00 | 44.60 | 25,645.00 |
| Gina Brandt, Of Counsel | 1976 | 575.00 | 23.20 | 13,340.00 |
| Jonathan J. Kim, Of Counsel | 1995 | 575.00 | 86.00 | 49,450.00 |
| Mary D. Lane, Of Counsel | 1976 | 550.00 | 7.40 | 4,070.00 |
| Robert M. Saunders, Of Counsel | 1984 | 550.00 | .40 | 220.00 |
| Maria A Bove, Of Counsel | 2001 | 550.00 | 156.00 | 85,800.00 |
| Maria A Bove, Of Counsel | 2001 | 275.00 | .80 | 220.00 |
| Celine Guillou, Of Counsel | 1998 | 450.00 | 13.50 | 6,075.00 |
| Leslie A. Forrester, Paralegal | N/A | 260.00 | 2.80 | 728.00 |
| Denise A. Harris, Paralegal | N/A | 235.00 | 25.50 | 5,992.50 |
| Thomas J. Brown, Paralegal | N/A | 205.00 | .80 | 164.00 |
| Mike A. Matteo, Paralegal | N/A | 205.00 | 13.40 | 2,747.00 |
| Kati L. Suk, Paralegal | N/A | 185.00 | 10.40 | 1,924.00 |
| Andrew Sahn, Paralegal | N/A | 160.00 | 3.30 | 528.00 |
| **TIME CHARGES TOTAL:** | | | **1,800.05** | **$1,340,908.25*** |

\* This amount represents all fees incurred by PSZJ during the Interim Period. As set forth in the Interim Application, PSZJ is seeking compensation from the Debtors' estates only for the portion of such amount incurred in connection with services provided for the benefit of the Debtors.

DOCS_NY:22777.4

| | |
|---|---|
| **Total Hours:** | 1,800.05 |
| **Blended Hourly Rate:** (Attorneys and Paralegals) | $744.92 |
| **Blended Hourly Rate:** (Attorneys) | $762.00 |