## EXHIBIT D

## SUMMARY OF DISBURSEMENTS

| Expense Category | Total Expenses |
|---|---|
| Transcript | $220.28 |
| Federal Express | 766.75 |
| Fax Transmittal | 26.00 |
| First Legal Atty/Messenger | 622.00 |
| Conference Call | 209.89 |
| Lexis/Nexis Legal Research | 3,037.95 |
| Outside Reproduction Expense | 8,191.85 |
| Pacer – Court Research | 1,456.24 |
| Postage | 591.96 |
| Reproduction Expense | 12,759.00 |
| Reproduction/Scan Copy | 3,903.90 |
| Westlaw Legal Research | 2,284.17 |
| Working Meals | 442.71 |
| **TOTAL DISBURSEMENTS:** | **$36,795.92*** |

\* This amount represents all expenses incurred by PSZJ during the Interim Period. As set forth in the Interim Application, PSZJ is seeking compensation from the Debtors' estates only for the portion of such amount incurred in connection with services provided for the benefit of the Debtors.

DOCS_NY:22777.4