## EXHIBIT B

### EXPENSE SUMMARY BY SNR DENTON US LLP FOR THE
### FIRST INTERIM PERIOD OF JANUARY 1, 2010 THROUGH SEPTEMBER 30, 2010

| EXPENSES | AMOUNTS |
|---|---|
| Document Reproduction | $247.30 |
| Overnight Delivery | $279.24 |
| Teleconference Expenses | $74.39 |
| Computerized Research | $960.02 |
| Airfare | $312.30 |
| Ground Transportation | $146.00 |
| Lodging | $500.00 |
| Meals | $22.66 |
| Miscellaneous | $287.70 |
| **Total:** | **$2,829.61** |