## EXHIBIT C

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY SNR DENTON US LLP FOR FIRST INTERIM PERIOD OF JANUARY 1, 2010 THROUGH SEPTEMBER 30, 2010**

| PROJECT CATEGORY | CLIENT NUMBER | MATTER NUMBER | HOURS | AMOUNT |
|---|---|---|---|---|
| **Real Estate** | | | | |
| | 21416248 | | | |
| | | 0616 | 38.0 | $18,916.00 |
| | | 0617 | 42.7 | $23,934.50 |
| | | 0618 | 1.9 | $1,012.50 |
| | | 0766 | 5.0 | $3,811.50 |
| | | 0795 | 7.7 | $5,779.50 |
| | | 0799 | 8.2 | $6,683.00 |
| | | 0807 | 0.9 | $733.50 |
| | | 0813 | 1.3 | $1,059.50 |
| | | 0814 | 8.6 | $7,009.00 |
| | | 0817 | 7.9 | $6,438.50 |
| | | 0818 | 2.2 | $1,623.00 |
| | | 0831 | 23.0 | $18,711.00 |
| | | 0832 | 20.7 | $14,828.50 |
| | | 0838 | 23.3 | $10,561.00 |
| | | 0851 | 126.0 | $80,393.50 |
| | | 0864 | 4.8 | $2,053.50 |
| | 09807760 | | | |
| | | 0006 | 12.1 | $7,217.50[1] |
| | | 0011 | 333.5 | $208,305.00 |
| | | 0012 | 74.0 | $43,175.00 |
| | | 0013 | 33.5 | $14,667.50 |
| | | 0016 | 50.7 | $32,782.00 |
| | | 0021 | 42.3 | $24,246.00 |
| | | 0022 | 72.8 | $39,294.50 |
| | | 0023 | 81.6 | $44,653.50 |
| | | 0024 | 3.7 | $2,099.50 |
| | | 0028 | 11.7 | $6,148.50 |
| | | 0029 | 21.1 | $11,296.50 |
| **Fee/Retention Issues** | | | | |
| | 21416248 | 0838 | 27.0 | $12,942.00 |
| | 09807760 | | | |
| | | 0020 | 16.7 | $11,439.50 |
| | | 0030 | 58.2 | $25,155.50 |
| **Total Fees for Services Rendered:** | | | 1,161.1 | $686,970.50 |
| | | | less $9,934.50 credit | - $9,934.50 |
| | | | less $1,443.50 credit | - $1,443.50 |
| | | | less $334.50 credit | - $334.50 |
| **Total Fees Requested:** | | | | $675,258.00 [2] |

---

[1] This figure includes $1,443.50, which represents fees paid by the Debtors to SNR Denton on December 6, 2010 in relation to a real estate closing under this matter.

[2] This figure reflects deductions in the amounts of (i) $9,934.50, which is a credit for fees previously paid by the Debtors, (ii) $1,443.50, which is a credit for fees paid by the Debtors in connection with a real estate closing and (ii) $334.50 which is the overcharge that resulted from the hourly rate adjustment of four attorneys.

10429360\V-4