

**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

June 16, 2010

Invoice No. 1222554B

Client/Matter: 09807760-0013

MANAGEMENT AGREEMENTS - STRATHALLAN, ROCHESTER
Lehman Business Contact: Ed Dziadul

Payment Due Upon Receipt

**Total This Invoice**                         $         **3,878.50**

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

June 16, 2010

Invoice No. 1222554B

Client/Matter:  09807760-0013

MANAGEMENT AGREEMENTS - STRATHALLAN, ROCHESTER

**For Professional Services Rendered through May 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 05/13/10 | L. White | 0.30 | P300 | Telephone conference with Ed Dziadul regarding Rochester agreement. |
| 05/20/10 | M. Cocci | 0.30 | P300 | Telephone conference with J. Kapit regarding proposed management agreement with Genwood pending SASCO transfer. |
| 05/24/10 | C. Lee | 1.80 | P400 | Review and analyze issues regarding Owner's obligations and liabilities under current Driftwood Management Agreement and proposed Sage Management Agreement (1.8). |
| 05/25/10 | M. Cocci | 0.50 | P300 | Work on determination of owner responsibilities between Sage and Driftwood agreements (3.); prepare e-mail to J. Kapit and E. Dziadul regarding issues in Driftwood management agreement versus Sage management agreement and owner liability concerns for interim management (.2). |
| 05/25/10 | C. Lee | 1.70 | P300 | Analyze issues regarding Owner's obligations and liabilities under Management Agreements and prepare chart comparing Owner's obligations and liabilities under current Driftwood Management Agreement and proposed Sage Management Agreement (1.7). |
| 05/26/10 | M. Cocci | 0.30 | P300 | Review e-mails from E. Dziadul and J. Kapit regarding preparation of revised management agreement (.1); telephone conference with E. Dziadul and J. Kapit regarding same (.2). |

MANAGEMENT AGREEMENTS - STRATHALLAN, ROCHESTER

June 16, 2010

Matter: 09807760-0013
Invoice No.: 1222554B

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/26/10 | C. Lee | 2.60 | P300 | Telephone call with J. Kapit and E. Dziadul regarding Strathallan Management Agreement (.5); analyze issues and prepare Management Agreement between Genwood and Sage (2.1). |
| 05/27/10 | M. Cocci | 0.60 | P300 | Review and comment on revised draft of Rochester Strathallan Management Agreement (.5); draft e-mail to J. Kapit and E. Dziadul regarding same (.1). |
| 05/27/10 | C. Lee | 0.50 | P300 | Review, analyze and revise Management Agreement between Genwood and Sage to incorporate M. Cocci's comments and revisions (.5). |
| 05/28/10 | M. Cocci | 0.50 | P300 | Review and respond to e-mails from E. Dziadul and J. Kapit regarding comments to management agreement (.2); telephone conference with C. Lee regarding incorporation of changes to management agreement to reflect comments (.3). |
| 05/28/10 | C. Lee | 0.20 | P300 | Review and analyze e-mail correspondences from E. Dziadul and J. Kapit regarding comments and revisions to Genwood and Sage Management Agreement (.2). |

| | | | |
|---|---|---|---|
| **Total Hours** | 9.30 | | |
| **Fee Amount** | | | $3,878.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White (Partner) | $685.00 | 0.30 | $205.50 |
| M. Cocci (Partner) | $665.00 | 2.20 | $1,463.00 |
| C. Lee (Associate) | $325.00 | 6.80 | $2,210.00 |
| **Totals** | | **9.30** | **$3,878.50** |

3


## Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                    June 16, 2010
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                    **Invoice No. 1222556**

Client/Matter: 09807760-0016

THE POINT                                              Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

**Total This Invoice**                          $          **1,636.00**

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix
San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

June 16, 2010

Invoice No. 1222556

Client/Matter:  09807760-0016

THE POINT

**For Professional Services Rendered through May 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|------------|-------|------|-----------|
| 05/18/10 | M. Cocci | 0.40 | P300 | Review e-mail regarding Point Management Agreement status (.2); telephone conference with C. Lee regarding same (.1); telephone conference with L. White regarding status of project (.1). |
| 05/18/10 | L. White | 0.80 | P300 | Telephone conference with Richard Siu regarding management agreement (.4); telephone conference with Meghan Cocci regarding same (.4). |
| 05/26/10 | L. White | 0.70 | P300 | Telephone conference with Nancy Wilson re: restructure (.7). |
| 05/27/10 | L. White | 0.50 | P300 | Telephone conferences with Nancy Wilson re: restructure (.5). |

**Total Hours**           **2.40**

**Fee Amount**                                                        **$1,636.00**

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White (Partner) | $685.00 | 2.00 | $1,370.00 |
| M. Cocci (Partner) | $665.00 | 0.40 | $266.00 |
| **Totals** | | **2.40** | **$1,636.00** |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 1,636.00 | |
| **Invoice Total** | $ | **1,636.00** | |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                          June 16, 2010
1271 SIXTH AVENUE
38TH FLOOR                                         **Invoice No. 1222559**
NEW YORK, NY 10020

Client/Matter: 09807760-0022

LONE MOUNTAIN RANCH, BIG SKY, MT                Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul

---

**Total This Invoice**                              $        2,589.00

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

June 16, 2010

Invoice No. 1222559

Client/Matter:  09807760-0022

LONE MOUNTAIN RANCH, BIG SKY, MT

**For Professional Services Rendered through May 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/12/10 | L. White | 1.00 | P300 | Conference with Bob Fernandez regarding closing (.3); telephone conference with Ed Dziadul regarding possible impact of closing hotel /using different management (.7). |
| 05/12/10 | R. Fernandez | 0.80 | P300 | Telephone with N. Wilson re: Lone Mountain Ranch, MT property issues (.4); telephone conversation with E. Dziadul re: same (.4). |
| 05/13/10 | R. Fernandez | 1.10 | P300 | Conference call with L. White and E. Dziadul re: Lone Mountain Ranch, MT License issues in the event of foreclosure (.5); telephone conversation with MT counsel re: same (.6). |
| 05/14/10 | R. Fernandez | 1.00 | P300 | Multiple conversations with Montana counsel re: permitting and licensing issues for Lone Mountain Ranch (.8); email e. Dziadul and L.Martins re: same (.2). |
| 05/17/10 | R. Fernandez | 0.50 | P300 | Emails and telephone conversation with MT counsel re: Foreclosure questions (.5). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **4.40** | | |
| **Fee Amount** | | | | **$2,589.00** |

LONE MOUNTAIN RANCH, BIG SKY, MT

June 16, 2010

Matter: 09807760-0022
Invoice No.: 1222559

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White (Partner) | $685.00 | 1.00 | $685.00 |
| R. Fernandez (Partner) | $560.00 | 3.40 | $1,904.00 |
| Totals | | 4.40 | $2,589.00 |
| Fee Total | $ | 2,589.00 | |
| Invoice Total | $ | 2,589.00 | |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                          June 16, 2010
1271 SIXTH AVENUE
38TH FLOOR                                          **Invoice No. 1222560**
NEW YORK, NY 10020

Client/Matter: 09807760-0023

BRISTOL BAY LODGE, DILLINGHAM, AK                   Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul

---

**Total This Invoice**                          $        105.00

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

June 16, 2010

Invoice No. 1222560

Client/Matter:  09807760-0023

BRISTOL BAY LODGE, DILLINGHAM, AK

**For Professional Services Rendered through May 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/06/10 | R. Ittner | 0.30 | P300 | Review Alaska commitment for utility easement information in response to client request (.3). |

| | | | |
|---|---|---|---|
| **Total Hours** | | **0.30** | |
| **Fee Amount** | | | $105.00 |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Ittner (Associate) | $350.00 | 0.30 | $105.00 |
| Totals | | 0.30 | $105.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 105.00 | |
| Invoice Total | $ | 105.00 | |



## Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS                                        July 22, 2010
NEW YORK, NEW YORK, NY 10020

**Invoice No. 1227421**

Client/Matter: 21416248-0851

301 HOWARD RAKES (LCPI)                                  Payment Due Upon Receipt

Lehman Contact: Thomas Buffa

**Total This Invoice**                                    $        6,576.50

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number – All payments must be in U.S. Dollars – Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

July 22, 2010

**Invoice No. 1227421**

Client/Matter:  21416248-0851

301 HOWARD

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/15/10 | E. Klingenberg | 5.00 | B101 | Review cases and repo agreement (4.0); email memo regarding research and review (1.0). |
| 05/15/10 | E. Klingenberg | 0.50 | B101 | Conference with M.Cunningham, C.Gelinas and J.Grebinar regarding repo cases (0.5). |
| 06/03/10 | S. Cerniglia | 0.50 | P400 | Review draft memorandum regarding perfection of security interest in Rakes (0.5). |
| 06/03/10 | M. Williams | 1.30 | P300 | Revise memo on repo remedies (1.2), distribute memo to Mr. Buffa (0.1). |
| 06/21/10 | M. Williams | 0.30 | C300 | Telephone conference with Mr. Buffa regarding cross collateralization and market value calculations for Rakes (0.3). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **7.60** | | |
| **Fee Amount** | | | | **$6,576.50** |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| E. Klingenberg (Partner) | $900.00 | 5.50 | $4,950.00 |
| M. Williams (Partner) | $815.00 | 1.60 | $1,304.00 |
| S. Cerniglia (Partner) | $645.00 | 0.50 | $322.50 |
| **Totals** | | **7.60** | **$6,576.50** |

| | | |
|---|---|---|
| **Fee Total** | $ | 6,576.50 |
| **Invoice Total** | $ | 6,576.50 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                              July 22, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                    **Invoice No. 1227503**

Client/Matter: 21416248-0617

CALWEST PORTFOLIO                          Payment Due Upon Receipt

Lehman Contact: David Zachowitz

**Total This Invoice**                                    $      **23,934.50**

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix
San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                      July 22, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR              **Invoice No. 1227503**
NEW YORK, NY 10020

Client/Matter: 21416248-0617

CALWEST PORTFOLIO

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/17/10 | S. Haber | 2.30 | B250 | Research Calwest documents for various lender's rights to approve restructuring of mortgage and mezzanine debt (2.3). |
| 06/17/10 | M. Williams | 1.00 | P280 | Telephone conference with Mr. Zachowitz regarding capital structure of debt stack and scope of requested memorandum (0.2), office conference with J.Cotins, G. Espinal regarding Lehman's rights to approve or control debt restructuring (0.6), location of closing documents and intercreditor agreements (0.2). |
| 06/18/10 | A. Cotins | 1.50 | B101 | Office conferences M. Williams and S. Haber (1.0); consider potential issues with respect to scope of restructuring (0.5). |
| 06/18/10 | S. Haber | 5.00 | B250 | Review Calwest transaction documents; prepare memorandum to client outlining relevant provisions and Lehman's rights to approve debt restructuring (5.0). |
| 06/20/10 | S. Haber | 3.70 | B250 | Review additional Calwest transaction documents (3.7). |
| 06/21/10 | S. Haber | 12.60 | B250 | Review Calwest transaction documents and prepare memo to client regarding Lender's rights to approve terms of debt workout (12.6). |
| 06/21/10 | A. Cotins | 1.00 | B101 | Office conferences with S. Haber and M. Williams regarding Lehman's rights to approve or control debt restructuring (1.0). |
| 06/22/10 | A. Cotins | 1.50 | B101 | Work on Memorandum regarding Lehman's rights to approve or control debt restructuring (1.0); office conferences with SZH (0.5). |
| 06/22/10 | M. Lyons | 2.60 | B120 | Review memo regarding Lehman's rights to approve or control debt restructuring (2.60); conferences with S. Haber regarding same and related issues (0.6). |

CALWEST PORTFOLIO

July 22, 2010

Matter: 21416248-0617
Invoice No.: 1227503

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/22/10 | S. Haber | 0.20 | B250 | Discussions with M. Lyons regarding Lehman's rights to approve or control debt restructuring  (0.2) |
| 06/22/10 | S. Haber | 4.60 | B250 | Review Calwest Transaction documents (2.0); revise memo regarding Lehman's rights to approve or control debt restructuring to client (2.0); send draft to AJC for review (0.6). |
| 06/23/10 | S. Haber | 2.70 | B250 | Revise memo to client regarding Calwest restructuring (2.7). |
| 06/23/10 | A. Cotins | 0.30 | B101 | Office conference with S. Haber regarding revisions to memo regarding Lehman's rights to approve or control debt restructuring (0.3). |
| 06/23/10 | M. Williams | 0.40 | P400 | Office conferences with S. Haber regarding Lehman's rights to approve or control debt restructuring (0.3), and J. Cotins regarding servicer rights to approve or control debt restructuring (0.1). |
| 06/23/10 | A. Cotins | 2.20 | B101 | Work on memorandum regarding Lehman's rights to approve or control debt restructuring (2.0); review underlying documents (0.2). |
| 06/23/10 | M. Williams | 1.10 | P400 | Review and revise memo regarding Lehman's rights to approve or control debt restructuring  (1.1). |

| | | | | |
|------|-----------|-------|------|-----------|
| **Total Hours** | | **42.70** | | |
| **Fee Amount** | | | | **$23,934.50** |

CALWEST PORTFOLIO

July 22, 2010

Matter: 21416248-0617
Invoice No.: 1227503

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| A. Cotins (Partner) | $900.00 | 6.50 | $5,850.00 |
| M. Williams (Partner) | $815.00 | 2.50 | $2,037.50 |
| M. Lyons (Associate) | $550.00 | 2.60 | $1,430.00 |
| S. Haber (Associate) | $470.00 | 31.10 | $14,617.00 |
| **Totals** | | **42.70** | **$23,934.50** |

**Fee Total**            $      23,934.50

**Invoice Total**        $      23,934.50



## Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                July 22, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                   **Invoice No. 1227509**

Client/Matter: 21416248-0831

HARBOR 301 HOWARD (LCPI)                          Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

**Total This Invoice**                              $        2,119.00

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

July 22, 2010

**Invoice No. 1227509**

Client/Matter:  21416248-0831

HARBOR 301 HOWARD (LCPI)

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 06/02/10 | M. Williams | 0.20 | P300 | Telephone conference with Ms. Martins regarding terms of LLC agreement and inability to get a pledge of guarantor's equity (0.2). |
| 06/02/10 | M. Williams | 0.80 | P300 | Draft email summarizing pledged CMBS collateral and respective ownership interests of Guarantors in the entity owning the CMBS collateral (0.8). |
| 06/23/10 | M. Williams | 1.00 | P300 | Telephone conference with Mr. Buffa regarding pledges of equity in the owner of cmbs (1.0). |
| 06/24/10 | M. Williams | 0.30 | P300 | Telephone conference with Mr. Buffa regarding equity pledges from guarantors as additional security for loan (0.3). |
| 06/25/10 | M. Williams | 0.30 | P500 | Telephone conference with Mr. Buffa , telephone conference with Ms. Klevecz (0.2), distribute revised first amendment to loan agreement (0.1). |

**Total Hours**          2.60

**Fee Amount**                                                        $2,119.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams (Partner) | $815.00 | 2.60 | $2,119.00 |
| **Totals** | | **2.60** | **$2,119.00** |


SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

## For Your Information – Open Invoices

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                    July 22, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                    Client/Matter #: 21416248-0831

HARBOR 301 HOWARD (LCPI)

---

| | | |
|---|---|---|
| **Fee Total** | $ | 2,119.00 |
| **Invoice Total** | $ | 2,119.00 |

Questions should be directed to M. Williams at (212) 768-6700
*Federal Tax I.D. Number 36-1796730*

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C. Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                    July 22, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                          **Invoice No. 1227515**

Client/Matter: 21416248-0817

ALMADEN LOAN SALE (LCPI)                              Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

**Total This Invoice**                                    $        1,222.50

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                          July 22, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                    **Invoice No. 1227515**
NEW YORK, NY 10020

Client/Matter:  21416248-0817

ALMADEN LOAN SALE (LCPI)

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 06/15/10 | M. Williams | 0.20 | P300 | Review borrower proposed side letter regarding collateral deficiency (0.2). |
| 06/15/10 | M. Williams | 0.30 | P300 | Email correspondence with Mr. Buffa regarding collateral deficiency (0.3). |
| 06/16/10 | M. Williams | 0.50 | P300 | Review borrower letter regarding Deposit Account Control Agreement (DACA) (0.5). |
| 06/17/10 | M. Williams | 0.20 | P300 | Telephone conference with Ms. Curwood on DACA comments from borrower (0.2) |
| 06/17/10 | M. Williams | 0.30 | P300 | Review underlying documents (0.3). |
| **Total Hours** | | **1.50** | | |
| **Fee Amount** | | | | **$1,222.50** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams (Partner) | $815.00 | 1.50 | $1,222.50 |
| Totals | | 1.50 | $1,222.50 |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 1,222.50 | |
| **Invoice Total** | $ | **1,222.50** | |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                             July 26, 2010
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                              **Invoice No. 1231179**

Client/Matter: 09807760-0006

NYLO - LAS COLINAS                              Payment Due Upon Receipt
Lehman Business Contact:  Richard Siu

**Total This Invoice**                           $        7,233.10

### Please return this page with your payment

**In the case of mail deliveries to:**                    **In the case of overnight deliveries to:**
Sonnenschein Nath & Rosenthal LLP                         Sonnenschein Nath & Rosenthal LLP
Dept. 3078                       OR                        Attention: Accounting
Carol Stream, IL 60132-3078                               233 South Wacker Drive
                                                          Chicago, IL  60606-6404

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

July 26, 2010

**Invoice No. 1231179**

Client/Matter: 09807760-0006

NYLO - LAS COLINAS

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/10/10 | K. Londo | 0.50 | P500 | Follow up with David Klein regarding amendment closing (.5). |
| 05/11/10 | K. Londo | 0.30 | P500 | Follow up correspondence with David Klein related to closing (.3). |
| 05/11/10 | L. White | 1.50 | P500 | Prepare for closing of loan amendment (1.5). |
| 05/12/10 | K. Londo | 0.30 | P500 | Revise loan amendment (.2); circulate revised draft of same (.1). |
| 05/14/10 | K. Londo | 0.50 | P500 | Finalize and circulate closing documents (.5). |
| 05/17/10 | K. Londo | 0.30 | P500 | Telephone conference with opposing counsel re closing (.3). |
| 05/18/10 | K. Londo | 0.50 | P500 | Correspondence with opposing counsel re closing (.5). |
| 05/18/10 | L. White | 0.70 | P500 | Attention to funding /closing / escrow documentation and implementation (.4); conference with Keith Londo re same (.3). |
| 05/19/10 | L. White | 0.80 | P300 | Telephone conference with Richard Siu regarding closing (.4); conference with Keith Londo regarding funding (.4). |
| 05/19/10 | K. Londo | 0.50 | P500 | Follow up with D. Klein and Lehman related to closing (.5). |
| 05/20/10 | K. Londo | 0.80 | P300 | Follow up related to closing of amendment with D. Klein, R. Siu and L. White (.5); review closing deliveries (.3). |
| 05/21/10 | L. White | 0.30 | P300 | Correspondence regarding closing, escrow, execution of documents (.3). |

NYLO - LAS COLINAS

July 26, 2010

Matter: 09807760-0006
Invoice No.: 1231179

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/25/10 | K. Londo | 0.80 | P600 | Conference call regarding Funding and Closing (.2); finalize Closing documents (.2); draft Escrow Letter (.2); follow-up with Title Company and D. Klein re: same (.2). |
| 05/26/10 | L. White | 0.30 | P600 | Review and markup letter to title company re: funding (.3). |
| 05/27/10 | L. White | 0.50 | P600 | Telephone conference Keith Londo re: coordinating closing and release of liens and contractor lawsuit (.2); telephone conference with David Klein re: same (.3). |
| 05/27/10 | K. Londo | 0.50 | P600 | Continue working on closing and funding (.2); correspondence with D. Klein (.3). |
| 05/28/10 | K. Londo | 0.50 | P600 | Continue working on closing, correspondence re opinions and title, other closing matters (.5). |
| 06/01/10 | K. Londo | 0.30 | P600 | Continue working on closing and funding (.3). |
| 06/01/10 | L. White | 0.20 | P600 | Conference with Keith Londo regarding closing (.2). |
| 06/14/10 | L. White | 1.00 | P600 | Attention to Williams landscape mechanic lien claim (.2); various telephone conferences with Richard Siu and David Klein re same and impact on closing (.8). |
| 06/15/10 | L. White | 0.50 | P600 | Telephone conference with Joelle Halperin regarding Williams mechanic lien (.3); telephone conference with David Klein regarding same (.2). |
| 06/16/10 | K. Londo | 0.50 | P600 | Preparation for closing (.5). |
| **Total Hours** | | **12.10** | | |
| **Fee Amount** | | | | **$7,217.50** |

3

NYLO - LAS COLINAS

July 26, 2010

Matter: 09807760-0006
Invoice No.: 1231179

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White-Partner | $685.00 | 5.80 | $3,973.00 |
| K. Londo-Associate | $515.00 | 6.30 | $3,244.50 |
| **Totals** | | **12.10** | **$7,217.50** |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| 5/25/2010 | Delivery FedEx Airbill #793575358539 05/25/10 Delivery to 2626 Howell St Fl 10, DALLAS, TX per J SELLARS | 15.60 |
| | *SUBTOTAL* | 15.60 |
| **Total Disbursements** | | **$15.60** |

| | | |
|---|---|---|
| **Fee Total** | $ | 7,217.50 |
| **Disbursement Total** | $ | 15.60 |
| **Invoice Total** | $ | 7,233.10 |

4



SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN                                                    July 26, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR                                                **Invoice No. 1231294**
NEW YORK, NY 10020

Client/Matter: 09807760-0011

RITZ KAPALUA                                          Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

**Total This Invoice**                          $      27,928.70

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN                                                                                July 26, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE                                                                   **Invoice No. 1231294**
38TH FLOOR
NEW YORK, NY 10020

Client/Matter:  09807760-0011

RITZ KAPALUA

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/01/10 | L. White | 2.00 | P300 | Telephone conference with local counsel regarding successor liability, priority, transfer tax and title issues(1.0); prepare deed- in- lieu(1.0). |
| 06/02/10 | L. White | 2.70 | P300 | Prepare Deed-In-Lieu Agreement(2.2); telephone conference with Jon Kapit regarding Trimont special servicer issues/ role(.5). |
| 06/03/10 | L. White | 1.50 | P300 | Prepare Deed-In-Lieu Agreement(1.0); telephone conference with Joelle Halperin regarding SASCO/TriMont issues(.5). |
| 06/04/10 | L. White | 1.30 | P300 | Prepare Deed-In-Lieu Agreement(1.0); attention to open issues for Deed-In-Lieu Agreement(.3). |
| 06/07/10 | L. White | 4.80 | P300 | Telephone conference with Barry Sullivan(local counsel) regarding transfer issues (.5); revise Deed-In-Lieu Agreement(3.8); review and analyze condo regime/Ritz management questions(.5). |
| 06/08/10 | L. White | 0.20 | P300 | Draft releases/covenant not to sue for Deed-in-Lieu Agreement(.2). |
| 06/09/10 | L. White | 2.50 | P300 | Draft Deed-In-Lieu Agreement(1.8); telephone conference with Michael Lascher regarding various issues related to Deed-In-Lieu and structuring(.7). |
| 06/10/10 | L. White | 0.30 | P300 | Prepare Deed-In-Lieu(.3). |
| 06/11/10 | L. White | 2.80 | P300 | Prepare Deed-In-Lieu and related documentation(2.8). |

2

RITZ KAPALUA

July 26, 2010

Matter: 09807760-0011
Invoice No.: 1231294

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/14/10 | K. Londo | 1.80 | P300 | Meet with L. White re settlement agreement(.5); correspondence with local counsel with regard to deed, correspondence with title company re date down endorsement(1.3). |
| 06/14/10 | L. White | 0.50 | P300 | Conference with Keith Londo regarding Deed-In-Lieu(.5). |
| 06/15/10 | L. White | 1.00 | P300 | Attention to Ritz issues related to post closing management(1.0). |
| 06/15/10 | K. Londo | 3.80 | P300 | Follow up revisions to Deed-In-Lieu Agreement, including revisions to Assignment of Contracts and Bill of Sale, other related follow revisions to same(3.8). |
| 06/16/10 | L. White | 2.80 | P300 | Conference with Keith Londo regarding Deed-In-Lieu(.3); telephone conference with Roger Brice regarding WARN act issues(.8); attention to Ritz issues related to Deed-In-Lieu and structuring(.7); revise Deed-In-Lieu(1.0). |
| 06/16/10 | K. Londo | 2.80 | P300 | Review title update and underlying documents related to same(1.0); revise Settlement and Deed-In-Lieu Agreement(1.5); meet with L. White regarding same(.3). |
| 06/17/10 | K. Londo | 3.80 | P300 | Follow up revisions to deed-in-lieu and settlement agreement(3.8). |
| 06/17/10 | L. White | 2.80 | P300 | Review and revise Deed-In-Lieu(2.5); conferences with Keith Londo regarding same(.3). |
| 06/18/10 | L. White | 0.80 | P300 | Review revised deed in lieu(.8). |
| 06/18/10 | K. Londo | 2.00 | P300 | Follow up revisions to Deed-In-Lieu Agreement(2.0). |
| 06/21/10 | K. Londo | 1.00 | P300 | Follow up revisions to Settlement Agreement per L. White's comments and correspondence(1.0). |
| 06/21/10 | L. White | 1.80 | P300 | Conference with Keith Londo regarding deed-in-lieu agreement (.3); review and revise deed-in-lieu(1.5). |
| 06/22/10 | L. White | 1.00 | P300 | Revise deed-in-lieu(.9); correspondence to Michael Lascher regarding same(.1). |

RITZ KAPALUA

July 26, 2010

Matter: 09807760-0011
Invoice No.: 1231294

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/22/10 | K. Londo | 0.30 | P300 | Follow up regarding settlement agreement(.3). |

**Total Hours** 44.30

**Fee Amount** $27,710.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White-Partner | $685.00 | 28.80 | $19,728.00 |
| K. Londo-Associate | $515.00 | 15.50 | $7,982.50 |
| **Totals** | | 44.30 | $27,710.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Document reproduction-Re:2,182 copies@ .10 per page. | | 218.20 |
| | | *SUBTOTAL* | 218.20 |
| | **Total Disbursements** | | **$218.20** |

| | | | |
|--|--|--|--|
| **Fee Total** | $ | 27,710.50 | |
| **Disbursement Total** | $ | 218.20 | |
| **Invoice Total** | $ | 27,928.70 | |



www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                      July 26, 2010
1271 SIXTH AVENUE
38TH FLOOR                                              **Invoice No. 1231353**
NEW YORK, NY 10020

Client/Matter: 09807760-0012

RANCHO COVE                                           Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

**Total This Invoice**                          $        1,436.00

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*



SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

July 26, 2010

Invoice No. 1231353

Client/Matter:  09807760-0012

RANCHO COVE

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/01/10 | L. White | 0.30 | P300 | Review Phase I and reliance letter (.2); email correspondence regarding same (.1). |
| 06/01/10 | R. Goetz | 0.50 | P300 | Review environmental report(.4); correspondence with J. Bealle regarding same (.1). |
| 06/16/10 | R. Goetz | 1.20 | P300 | E-mail correspondence with D. Wilcomes re: title work and zoning report (.2); review of zoning report (1.00). |
| 06/17/10 | R. Goetz | 0.50 | P300 | Teleconference with D. Carter re: settlement agreement exhibits (.4); e-mail correspondence to D. Carter (.1). |
| 06/29/10 | R. Goetz | 0.10 | P300 | Follow-up with J. Beale on survey status (.1). |

| | | | |
|---|---|---|---|
| **Total Hours** | **2.60** | | |
| **Fee Amount** | | | **$1,436.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White-Partner | $685.00 | 0.30 | $205.50 |
| R. Goetz-Associate | $535.00 | 2.30 | $1,230.50 |
| **Totals** | | 2.60 | **$1,436.00** |

2

RANCHO COVE

July 26, 2010

Matter: 09807760-0012
Invoice No.: 1231353

| | | |
|---|---|---|
| **Fee Total** | $ | 1,436.00 |
| **Invoice Total** | $ | 1,436.00 |


SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN                                                July 26, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR                                          **Invoice No. 1231358**
NEW YORK, NY 10020

Client/Matter: 09807760-0020

GENERAL                                          Payment Due Upon Receipt
Lehman Business Contact:  Joelle Halperin

**Total This Invoice**                          $        **5,480.00**

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

July 26, 2010

Invoice No. 1231358

Client/Matter:  09807760-0020

GENERAL

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 03/06/10 | L. White | 1.00 | B100 | Review retention application draft (1.0). |
| 03/08/10 | L. White | 1.50 | B100 | Review multiple drafts of retention application (1.2); telephone conference with Mitch Williams regarding same (.3). |
| 03/09/10 | L. White | 1.50 | B100 | Review and mark-up revised retention application (.5); telephone conference with Mitch Williams regarding same (.3); determine amount of debtor paid billings to date-correspondence with Mohammad Wardeh regarding same (.7). |
| 05/21/10 | L. White | 1.00 | B100 | Retention application (.8); telephone conference with Mitch Williams (.2). |
| 06/29/10 | L. White | 3.00 | B100 | Attention to retention agreement and information required for same (2.0); telephone conference with Joelle Halperin and Mitch Williams regarding same (1.0). |

| | | | |
|---|---|---|---|
| **Total Hours** | | **8.00** | |
| **Fee Amount** | | | **$5,480.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White-Partner | $685.00 | 8.00 | $5,480.00 |
| Totals | | 8.00 | $5,480.00 |

GENERAL

July 26, 2010

Matter: 09807760-0020
Invoice No.: 1231358

| | | |
|---|---|---|
| **Fee Total** | $ | **5,480.00** |
| **Invoice Total** | $ | **5,480.00** |



## Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                    July 26, 2010
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                    **Invoice No. 1231357**

Client/Matter: 09807760-0016

THE POINT                                            Payment Due Upon Receipt
Lehman Business Contact: Michael Lascher

**Total This Invoice**                        $        **548.00**

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

July 26, 2010

Invoice No. 1231357

Client/Matter:   09807760-0016

THE POINT

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/17/10 | L. White | 0.50 | P300 | Telephone conference with Rex Veal, TriMont's counsel re SASCO's role in transaction (.5). |
| 06/30/10 | L. White | 0.30 | P300 | Telephone conference with Richard Siu regarding sale of loan and role of SASCO in transaction (.3). |
| **Total Hours** | | **0.80** | | |
| **Fee Amount** | | | | **$548.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White-Partner | $685.00 | 0.80 | $548.00 |
| **Totals** | | **0.80** | **$548.00** |

| | | | |
|---|---|---|---|
| Fee Total | $ | 548.00 | |
| Invoice Total | $ | 548.00 | |

2

# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                         July 26, 2010
1271 SIXTH AVENUE
38TH FLOOR                                                     **Invoice No. 1231366**
NEW YORK, NY 10020

Client/Matter: 09807760-0022

LONE MOUNTAIN RANCH, BIG SKY, MT                    Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul

---

**Total This Invoice**                                    $        9,389.06

---

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

---

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


### Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

July 26, 2010

Invoice No. 1231366

Client/Matter:  09807760-0022

LONE MOUNTAIN RANCH, BIG SKY, MT

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 06/17/10 | R. Fernandez | 1.00 | P300 | Conference call with E. Dziadul, L. Martins and C. Click re: Deed of Lieu of Lone Mountain Ranch (.8); telephone conversation with M. Cocci re: Management Agreement for same (.2). |
| 06/17/10 | C. Lee | 0.80 | P300 | Correspondence with client regarding management agreement (.3); prepare drafts of various management agreements(.5). |
| 06/18/10 | L. White | 0.70 | P300 | Conference with Bob Fernandez regarding transfer issues(.7). |
| 06/18/10 | R. Goetz | 1.20 | P300 | Conference with R. Fernandez re: closing matters re: licenses and permits (.5); teleconference with MT counsel (.7). |
| 06/18/10 | R. Fernandez | 0.70 | P300 | Conference with D. James (MT local counsel) re: transfer issues (.7). |
| 06/21/10 | R. Fernandez | 0.70 | P300 | Review Committee Memo re: LMR Deed in Lieu approval (.2); multiple emails and telephone conversations with MT local counsel re: transfer issues. (.5) |
| 06/23/10 | R. Fernandez | 1.50 | P300 | Multiple emails and telephone conversations with MT Local counsel (.5); Update and circulate Permit and Licensing Chart and Checklist (1.0). |
| 06/23/10 | C. Lee | 0.80 | P300 | Review and analyze issues regarding status of current agreement(.3); draft e-mail correspondence to E. Dziadul and L. Martins regarding status of current agreement and follow up required (.5). |
| 06/24/10 | L. White | 0.30 | P300 | Conference call with Bob Fernandez re transfer issues (.3). |

LONE MOUNTAIN RANCH, BIG SKY, MT

July 26, 2010

Matter: 09807760-0022
Invoice No.: 1231366

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/24/10 | R. Fernandez | 4.20 | P300 | Multiple conversations with MT local counsel re: permitting issues (1.0); telephone calls to various MT State, Gallatin County and Dept of Transportation officials re: permit transfers (2.2); revise permitting schedule and applications (1.0). |
| 06/25/10 | C. Lee | 1.10 | P600 | Prepare and compile management agreement for distribution to Merlin (.5); draft e-mail correspondences to D. Gorge and J. Hutton regarding revised agreement (.6). |
| 06/25/10 | R. Fernandez | 0.50 | P300 | Conference with J. Sorenson (MT Counsel) re: outstanding permits and licenses for transfer (.5). |
| 06/28/10 | R. Fernandez | 2.10 | P300 | Telephone conversations with MT local counsel re: conversation with MT Governmental agencies re: permits (.7); revise checklist and permit transfer memo (1.1); emails with D. Gorge re: outstanding deliveries (.3). |
| 06/29/10 | R. Fernandez | 0.90 | P300 | Revise permit checklist (.4); revise Closing checklist (.5). |
| 06/30/10 | R. Fernandez | 1.20 | P300 | Review revised Deed in Lieu Agreement (1.2). |

**Total Hours**     17.70

**Fee Amount**     $9,372.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White-Partner | $685.00 | 1.00 | $685.00 |
| R. Fernandez-Partner | $560.00 | 12.80 | $7,168.00 |
| C. Lee-Associate | $325.00 | 2.70 | $877.50 |
| R. Goetz-Associate | $535.00 | 1.20 | $642.00 |
| Totals | | 17.70 | $9,372.50 |

LONE MOUNTAIN RANCH, BIG SKY, MT

July 26, 2010

Matter: 09807760-0022
Invoice No.: 1231366

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 3/29/2010 | Miscellaneous Hard - -<br>CONFERENCE CALLS | AMERICAN TELECONFERENCING SERVICES | 16.56 |
| | | *SUBTOTAL* | 16.56 |
| | **Total Disbursements** | | **$16.56** |

|  |  |  |
|--|--|--|
| **Fee Total** | $ | 9,372.50 |
| **Disbursement Total** | $ | 16.56 |
| **Invoice Total** | $ | 9,389.06 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                              July 26, 2010
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                    **Invoice No. 1231368**

Client/Matter: 09807760-0023

BRISTOL BAY LODGE, DILLINGHAM (ALASKA)               Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul

---

**Total This Invoice**                              $       7,299.00

---

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

July 26, 2010

**Invoice No. 1231368**

Client/Matter:  09807760-0023

BRISTOL BAY LODGE, DILLINGHAM (ALASKA)

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/17/10 | M. Cocci | 0.40 | P300 | Telephone conference with R. Fernandez regarding status of management agreement for Alaska (1); prepare list of open items regarding management agreement (.3). |
| 06/17/10 | R. Fernandez | 1.00 | P300 | Conference call with E. Dziadul, L. Martins and C. Click re: Deed of Lieu of Bristol Bay Lodge (.8); telephone conversation with M. Cocci re: Management Agreement (.2). |
| 06/18/10 | R. Fernandez | 1.00 | P300 | Conference with B. Simpson (AK Local Counsel) re: ramifications of closing without permits (1.0). |
| 06/23/10 | M. Cocci | 0.80 | P300 | Telephone conference with R. Fernandez regarding hotel operating issues (.3); prepare e-mail to E. Dziadul and L. Martins regarding status of management agreement and request for review (.5). |
| 06/23/10 | L. White | 0.60 | P300 | Conference with Bob Fernandez regarding transfer issues(.6). |
| 06/23/10 | R. Fernandez | 1.50 | P300 | Update and circulate Permit and Licensing Chart and Checklist (1.5). |
| 06/24/10 | R. Fernandez | 4.10 | P300 | Prepare applications for various permits and licenses (2.8); telephone calls to State Park and licensing agencies (1.1); circulate revise checklist of permits to E. Dziadul(.2). |
| 06/24/10 | L. White | 0.20 | P300 | Conference call with Bob Fernandez re transfer issues (.2). |

BRISTOL BAY LODGE, DILLINGHAM (ALASKA)

July 26, 2010

Matter: 09807760-0023
Invoice No.: 1231368

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/25/10 | M. Cocci | 0.30 | P300 | Review and respond to e-mails from E. Dziadul regarding distribution of management documents to Merlin team (.2); review and revise draft e-mails to Merlin team regarding same (.1). |
| 06/29/10 | C. Lee | 0.30 | P300 | Review, analyze and revise Bristol Bay Lodge Management Agreement to incorporate comments from N. Wilson (.3). |
| 06/29/10 | R. Fernandez | 1.20 | P300 | EMails with D. Gorge re: missing due diligence deliveries (.4); revise permit checklist (.4); review Closing checklist (.4) |
| 06/30/10 | R. Fernandez | 1.30 | P300 | Review revised Deed in Lieu Agreement (1.3). |
| **Total Hours** | | **12.70** | | |
| **Fee Amount** | | | | **$7,299.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White-Partner | $685.00 | 0.80 | $548.00 |
| M. Cocci-Partner | $665.00 | 1.50 | $997.50 |
| R. Fernandez-Partner | $560.00 | 10.10 | $5,656.00 |
| C. Lee-Associate | $325.00 | 0.30 | $97.50 |
| **Totals** | | **12.70** | **$7,299.00** |

|  |  |  |
|--|--|--|
| Fee Total | $ | 7,299.00 |
| Invoice Total | $ | 7,299.00 |

3



www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                    July 26, 2010
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                         **Invoice No. 1231369**

Client/Matter: 09807760-0024

INN AT BLUEBERRY HILL, MARTHA'S VINEYARD, MA          Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul

**Total This Invoice**                                    $          560.00

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

July 26, 2010

Invoice No. 1231369

Client/Matter:  09807760-0024

INN AT BLUEBERRY HILL, MARTHA'S VINEYARD, MA

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/17/10 | R. Fernandez | 0.50 | P300 | Conference call with E. Dziadul, L. Martins and C. Click re: Deed of Lieu of Blueberry Hill Inn(.5). |
| 06/30/10 | R. Fernandez | 0.50 | P300 | Review revised Deed in Lieu Agreement.(.5). |
| **Total Hours** | | **1.00** | | |
| **Fee Amount** | | | | **$560.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Fernandez-Partner | $560.00 | 1.00 | $560.00 |
| **Totals** | | **1.00** | **$560.00** |

| | | |
|---|---|---|
| Fee Total | $ | 560.00 |
| Invoice Total | $ | 560.00 |

2



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.          July 26, 2010
1271 SIXTH AVENUE
38TH FLOOR                              **Invoice No. 1231356A**
NEW YORK, NY 10020

Client/Matter: 09807760-0013

MANAGEMENT AGREEMENTS - SUPER 8          Payment Due Upon Receipt
Lehman Business Contact - Ed Dziadul / Guicho Pons

**Total This Invoice**                    $          2,665.50

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

July 26, 2010

Invoice No. 1231356A

Client/Matter:  09807760-0013

MANAGEMENT AGREEMENTS - SUPER 8

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/16/10 | C. Lee | 3.20 | P300 | Telephone conference call with M. Pons regarding changes and revisions to Super 8 Las Vegas Franchise Agreement (1.3); review, analyze and revise Super 8 Las Vegas Franchise Agreement to incorporate comments and revisions from telephone call with M. Pons (1.9). |
| 06/16/10 | M. Cocci | 1.40 | P300 | Telephone conference with G. Pons and D. Burke regarding comments to Franchise Agreement (1.4). |
| 06/17/10 | C. Lee | 0.50 | P300 | Review, analyze and revise Las Vegas Super 8 Franchise Agreement to incorporate comments and revisions from M. Cocci (.5). |
| 06/29/10 | M. Cocci | 0.80 | P300 | Review transfer and notice provisions in Franchise Agreement (.5); review and revise letter to franchisor regarding same (.3). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **5.90** | | |
| **Fee Amount** | | | | **$2,665.50** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Cocci-Partner | $665.00 | 2.20 | $1,463.00 |
| C. Lee-Associate | $325.00 | 3.70 | $1,202.50 |
| **Totals** | | **5.90** | **$2,665.50** |

2

MANAGEMENT AGREEMENTS -SUPER 8

July 26, 2010

Matter: 09807760-0013
Invoice No.: I231356A

| | | |
|---|---|---|
| **Fee Total** | S | 2,665.50 |
| **Invoice Total** | $ | **2,665.50** |



# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                          July 26, 2010
1271 SIXTH AVENUE
38TH FLOOR                                    **Invoice No. 1231356B**
NEW YORK, NY 10020

Client/Matter: 09807760-0013

MANAGEMENT AGREEMENTS - STRATHALLAN, ROCHESTER    Payment Due Upon Receipt
Lehman Business Contact - Ed Dziadul

**Total This Invoice**                          $        **1,316.50**

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

July 26, 2010

Invoice No. 1231356B

Client/Matter:  09807760-0013

MANAGEMENT AGREEMENTS - STRATHALLAN, ROCHESTER

**For Professional Services Rendered through June 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/01/10 | C. Lee | 1.80 | P300 | Review, analyze and revise Strathallan Management Agreement between Genwood and Sage to incorporate comments and revisions from E. Dziadul and J. Kapit (1.8). |
| 06/01/10 | M. Cocci | 0.80 | P300 | Review and comment on revised draft of management agreement incorporating revisions from E. Dziadul and J. Kapit (.5); draft e-mail to E. Dziadul and J. Kapit regarding same (.2); review and respond to e-mails from E. Dziadul and J. Kapit regarding additional comments to same (.1). |
| 06/24/10 | M. Cocci | 0.30 | P300 | Review e-mail from K. Ray regarding revised deal terms (.1); telephone conference with K. Ray regarding same (.2). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **2.90** | | |
| **Fee Amount** | | | | **$1,316.50** |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Cocci-Partner | $665.00 | 1.10 | $731.50 |
| C. Lee-Associate | $325.00 | 1.80 | $585.00 |
| **Totals** | | 2.90 | **$1,316.50** |

2

MANAGEMENT AGREEMENTS - STRATHALLAN, ROCHESTER

July 26, 2010

Matter: 09807760-0013
Invoice No.: 1231356B

| | | |
|---|---|---|
| **Fee Total** | $ | 1,316.50 |
| **Invoice Total** | $ | 1,316.50 |



# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

August 10, 2010

**Invoice No. 1232985**

Client/Matter: 21416248-0807

FIVE ASSETS PORTFOLIO SALE (LCPI)                    Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

**Total This Invoice**                          $          244.50

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

August 10, 2010

**Invoice No. 1232985**

Client/Matter:  21416248-0807

FIVE ASSETS PORTFOLIO SALE

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/21/10 | M. Williams | 0.30 | P300 | Review loan documents and structure regarding margin call calculations (0.2), telephone conference with Mr. Buffa regarding same (0.1) |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **0.30** | | |
| **Fee Amount** | | | | **$244.50** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Williams (Partner) | $815.00 | 0.30 | $244.50 |
| **Totals** | | 0.30 | $244.50 |

| | | |
|---|---|---|
| **Fee Total** | $ | 244.50 |
| **Invoice Total** | $ | 244.50 |



www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

August 10, 2010

**Invoice No. 1232988**

Client/Matter: 21416248-0814

SALE OF WYNDHAM MEZZ LOAN (LCPI)                    Payment Due Upon Receipt

Lehman Contact: Susanne Frey

**Total This Invoice**                    S          **2,445.00**

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix
San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


## Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                              August 10, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                                  **Invoice No. 1232988**

Client/Matter:  21416248-0814

SALE OF WYNDHAM MEZZ LOAN (LCPI)

**For Professional Services Rendered through July 31, 2010:**

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Task</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 07/14/10 | M. Williams | 0.20 | P300 | Telephone conference with Ms. Frey, Mr. Gleeson regarding issues in connection with junior participation interest and corporate loan (0.2) |
| 07/14/10 | M. Williams | 0.70 | P300 | Review consent provisions in participation agreement and in corporate loan (0.7) |
| 07/16/10 | M. Williams | 0.30 | P300 | Telephone conference with Ms. Frey regarding terms of junior participation agreement and Lehman's rights as a participant, and the terms of the corporate loan agreement, and LCPI's rights under that document in connection with extensions and modifications of the underlying mezz loans that are collateral for the corporate loans. (0.3) |
| 07/20/10 | M. Williams | 1.30 | P300 | Summarize control rights and related provisions of junior participation agreement and corporate loan and email summary to ms. Frey (1.3) |
| 07/21/10 | M. Williams | 0.50 | P300 | Telephone conference with Ms. Frey regarding recourse provisions and consent rights (0.2), draft email summary of transfer restrictions in loan documents and recourse provisions, and send to Ms. Frey (0.3) |

**Total Hours**                          3.00

**Fee Amount**                                                                    **$2,445.00**

SALE OF WYNDHAM MEZZ LOAN (LCPI)

August 10, 2010

Matter: 21416248-0814
Invoice No.: 1232988

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams (Partner) | $815.00 | 3.00 | $2,445.00 |
| **Totals** | | **3.00** | **$2,445.00** |

| | | |
|---|---|---|
| **Fee Total** | $ | 2,445.00 |
| **Invoice Total** | $ | 2,445.00 |



## Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                             August 10, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                     **Invoice No. 1232989**

Client/Matter: 21416248-0818

GLENDALE LOAN MODIFICATION (LCPI)                  Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

**Total This Invoice**                          $          **645.00**

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                          August 10, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                          **Invoice No. 1232989**
NEW YORK, NY 10020

Client/Matter:  21416248-0818

GLENDALE LOAN MODIFICATION (LCPI)

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/07/10 | S. Cerniglia | 1.00 | P500 | Call with Mark Lochiatto to discuss extension of corporate loan.(0.7)  Call with Thomas Buffa regarding same.(0.3) |

**Total Hours**                                        **1.00**

**Fee Amount**                                                                               **$645.00**

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Cerniglia (Partner) | $645.00 | 1.00 | $645.00 |
| **Totals** | | **1.00** | **$645.00** |

Fee Total                              $            645.00

Invoice Total                       $            645.00



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.                                        August 10, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                          **Invoice No. 1232990**

Client/Matter: 21416248-0831

HARBOR 301 HOWARD (LCPI)                                 Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

**Total This Invoice**                                    $        4,729.90

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    August 10, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR          **Invoice No. 1232990**
NEW YORK, NY 10020

Client/Matter:  21416248-0831

HARBOR 301 HOWARD  (LCPI)

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/13/10 | M. Williams | 1.70 | P500 | Revise first amendment to loan agreement (1.0), review borrower comments to prior draft (0.5), email correspondence with Mr. Buffa (0.2) |
| 07/14/10 | M. Williams | 0.40 | P500 | Telephone conference with Mr. Buffa, Ms. Martins regarding borrower comments to first amendment (0.4) |
| 07/14/10 | M. Williams | 1.40 | P500 | Revise and distribute first amendment to corporate loan agreement (1.4) |
| 07/20/10 | M. Williams | 1.00 | P500 | Review borrower comments to amendment to corporate loan agreement, forward to Mr. Buffa (1.0) |
| 07/21/10 | M. Williams | 0.80 | P500 | Telephone conference with Mr. Buffa regarding status of documents, borrower comments to last draft with respect to notice on TALF fund payments (0.3), telephone conference with Ms. Martins regarding borrower comments(0.10), revise and distribute execution copies of first amendment(0.4) |
| 07/28/10 | M. Williams | 0.20 | P600 | Email lender signatures to borrower's counsel in escrow (0.1); receipt of Borrower /guarantor signature pages from borrower, and confirm they re complete(0.1) |
| 07/29/10 | M. Williams | 0.30 | P600 | Closing of first amendment, release documents from escrow(.2) email correspondence with Ms. Mishkin (TriMont) regarding final executed document and effective date of interest spread change(.1) |

**Total Hours**                              **5.80**

**Fee Amount**                                                              **$4,727.00**

HARBOR 301 HOWARD (LCPI)

August 10, 2010

Matter: 21416248-0831
Invoice No.: 1232990

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams (Partner) | $815.00 | 5.80 | $4,727.00 |
| **Totals** | . | **5.80** | **$4,727.00** |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 2.90 |
| | | *SUBTOTAL* | 2.90 |
| | **Total Disbursements** | | **$2.90** |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 4,727.00 | |
| **Disbursement Total** | $ | 2.90 | |
| **Invoice Total** | $ | 4,729.90 | |


SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

August 10, 2010

**Invoice No. 1233018**

Client/Matter: 21416248-0851

301 HOWARD (LCPI)

Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

**Total This Invoice**                                $        2,689.50

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    August 10, 2010
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020                            **Invoice No. 1233018**

Client/Matter:  21416248-0851

301 HOWARD (LCPI)

**For Professional Services Rendered through July 31, 2010:**

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Task</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 07/13/10 | M. Williams | 0.80 | P300 | Telephone conference with Mr. Buffa, Mr. Ng, regarding Borrower's claims regarding issues left unresolved at closing of original purchase money financing of the mezz loans and the rakes loans (0.8). |
| 07/13/10 | M. Williams | 0.80 | P400 | Revise and distribute pre-negotiation agreement (0.8) |
| 07/19/10 | M. Williams | 0.50 | P300 | Review due on sale and change on control provisions in connection with Acquisition of CW Capital By Fortress (0.5) |
| 07/22/10 | M. Williams | 0.30 | P300 | Telephone conference with Mr. Buffa regarding potential due on sale violation by Fortress acquisition of CW Capital (0.3) |
| 07/26/10 | M. Williams | 0.60 | P500 | Review borrower comments to draft pre-negotiation agreement (PNA)(.4), revise and distribute revised PNA to Mr. Buffa and Ms. Martins(.2) |
| 07/28/10 | M. Williams | 0.30 | P500 | Telephone conference with Mr. Buffa regarding borrower comments to PNA (0.3) |

**Total Hours**                          **3.30**

**Fee Amount**                                                    $2,689.50

2

301 HOWARD

August 10, 2010

Matter: 21416248-0851
Invoice No.: 1233018

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams (Partner) | $815.00 | 3.30 | $2,689.50 |
| **Totals** | | **3.30** | **$2,689.50** |

| | | |
|---|---|---|
| **Fee Total** | $ | 2,689.50 |
| **Invoice Total** | $ | 2,689.50 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                        August 10, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                              **Invoice No. 1233030**

Client/Matter: 21416248-0838

HANCOCK CENTER (LCPI)                                     Payment Due Upon Receipt

Lehman Contact: Thomas Buffa

**Total This Invoice**                                      $          978.00

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

August 10, 2010

**Invoice No. 1233030**

Client/Matter:  21416248-0838

HANCOCK CENTER (LCPI)

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/15/10 | M. Williams | 1.20 | P300 | At Mr. Buffa's request, review capital stack structure of underlying loans serving as collateral for three corporate loans (1.0), telephone conference with Mr. Buffa regarding  capital stack structure of underlying loans serving a s collateral for three corporate loans (0.2). |

| | | | |
|---|---|---|---|
| **Total Hours** | | **1.20** | |
| **Fee Amount** | | | **$978.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams (Partner) | $815.00 | 1.20 | $978.00 |
| Totals | | 1.20 | $978.00 |

| | | |
|---|---|---|
| Fee Total | $ | 978.00 |
| Invoice Total | $ | 978.00 |



# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                           August 16, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                    **Invoice No. 1233029**

Client/Matter: 21416248-0838

ONE FEDERAL PLAZA (LCPI)                           Payment Due Upon Receipt

Lehman Contact:  Joelle Halperin

**Total This Invoice**                            $        **3,397.00**

---

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    August 16, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                    **Invoice No. 1233029**
NEW YORK, NY 10020

Client/Matter:  21416248-0838

ONE FEDERAL PLAZA (LCPI)

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/14/10 | M. Williams | 2.50 | P280 | At Mr. Herman's (Weil) (counsel for Lehman) request gather and distribute loan documents in connection with the sale, financing, and reacquisition of the mezzanine loan (2.5). |
| 07/14/10 | G. Espinal | 1.20 | P700 | Review loan file in connection with document requests made by M. Williams (0.3); office conferences with M. Williams regarding loan file (0.9). |
| 07/26/10 | M. Williams | 0.50 | P700 | Telephone conference with Mr. Bordogna regarding location of mezz B notes (0.1), provide Mr. Bordogna and Mr. Herman with custodial receipts from Bank of America acknowledging possession of the mezz b notes (0.4) |
| 07/26/10 | G. Espinal | 0.50 | P700 | Review loan files in connection with document queries posed by M. Williams (0.3); office conferences with M. Williams regarding loan files (0.2). |

**Total Hours**                        4.70

**Fee Amount**                                                        $3,397.00

ONE FEDERAL PLAZA (LCPI)

August 16, 2010

Matter: 21416248-0838
Invoice No.: 1233029

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams (Partner) | $815.00 | 3.00 | $2,445.00 |
| G. Espinal (Associate) | $560.00 | 1.70 | $952.00 |
| **Totals** | | 4.70 | $3,397.00 |

| | | |
|---|---|---|
| **Fee Total** | $ | 3,397.00 |
| **Invoice Total** | $ | 3,397.00 |



## Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                         August 16, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                     **Invoice No. 1233032**

Client/Matter: 21416248-0838

<u>BANKRUPTCY (POST-PETITION WORK)</u>                    Payment Due Upon Receipt

Lehman Contact: Joelle Halperin

**Total This Invoice**                                   $        9,635.60

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|:---:|:---:|:---:|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                             August 16, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                          **Invoice No. 1233032**
NEW YORK, NY 10020

Client/Matter:  21416248-0838

BANKRUPTCY (POST-PETITION WORK)

**For Professional Services Rendered through July 31, 2010:**

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Task</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 07/06/10 | L. Bechutsky | 2.10 | B160 | Draft Retention Application (2.1). |
| 07/07/10 | L. Bechutsky | 0.70 | B160 | Review H. McDonald edits to Retention Application (0.7). |
| 07/07/10 | H. McDonald | 0.80 | B101 | Review of comments to app. (0.2); revise app. and decl. (0.3); office conference with LB regarding same (0.2); telephone call with JS regarding same (0.1). |
| 07/08/10 | H. McDonald | 0.40 | B101 | Telephone call with M. Williams regarding app. (.2); telephone call with L. Bechutsky regarding same (0.2). |
| 07/08/10 | L. Bechutsky | 1.40 | B160 | Revise Retention Application (0.9); correspondence with J. Sapp of Weil re Application and unpaid invoices (0.5). |
| 07/09/10 | L. Bechutsky | 0.40 | B160 | Conference with J. Sapp of Weil re retention application and fees (0.4). |
| 07/09/10 | L. Bechutsky | 0.40 | B160 | Perform follow up conflicts check for Retention Application (0.4). |
| 07/14/10 | H. McDonald | 0.20 | B101 | Telephone call with LB regarding retention app. (0.2). |
| 07/14/10 | L. Bechutsky | 0.60 | B160 | Correspondence with H. McDonald, L. White and M. Williams regarding retention and fee application procedures (0.3); draft issues list to provide to Weil re same (0.3). |
| 07/15/10 | L. Bechutsky | 0.80 | B160 | Correspondence with J. Sapp and C. Arthur of Weil re issues list (0.6); correspondence with H. McDonald, L. White and M. Williams re Weil call (0.2). |
| 07/15/10 | H. McDonald | 0.50 | B101 | Review comments on retention app. (0.2); emails regarding same (0.1); telephone call with LB regarding same (0.2). |
| 07/16/10 | L. Bechutsky | 1.20 | B160 | Revise retention application with regard to Weil edits (1.2). |

BANKRUPTCY (POST-PETITION WORK)

August 16, 2010

Matter: 21416248-0838
Invoice No.: 1233032

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/19/10 | L. Bechutsky | 0.70 | B160 | Internal correspondence with L. White, H. McDonald and M. Williams re procedure for monthly statements and fee applications (0.7). |
| 07/20/10 | L. Bechutsky | 1.10 | B160 | Conference with C. Arthur regarding models for monthly statements and fee applications (0.4); review LBHI docket regarding same (0.4); internal email correspondence re same (0.3). |
| 07/21/10 | L. Bechutsky | 1.10 | B160 | Review invoices to Debtors to establish nunc pro tunc date of Retention Application (1.1). |
| 07/21/10 | H. McDonald | 0.20 | B101 | Telephone call with L. Bechutsky regarding retention app. (0.2). |
| 07/22/10 | H. McDonald | 0.50 | B101 | Office conference with L. Bechutsky regarding app. and fee procedures (0.5). |
| 07/22/10 | L. Bechutsky | 1.60 | B160 | Conference with H. McDonald re nunc pro tunc date, invoices, revisions to Retention Application and month statement procedure going forward (1.3); draft emails to working group regarding same (0.3). |
| 07/23/10 | L. Bechutsky | 2.70 | B160 | Revise retention application to include nunc pro tunc and updated invoice information (2.3); correspondence with C. Arthur at Weil re same (0.4). |
| 07/23/10 | H. McDonald | 0.80 | B101 | Telephone conference with L. Bechutsky re: retention app (0.4); attention to revised app and exhibits (0.4). |
| 07/26/10 | H. McDonald | 0.50 | B101 | Review revised app. (0.2); conference with L. Bechutsky re: same (0.2); emails re: same (0.1); |
| 07/26/10 | L. Bechutsky | 1.20 | B160 | Revise retention application to include nunc pro tunc and updated invoice information (1.2). |
| 07/30/10 | L. Bechutsky | 0.20 | B160 | Correspondence with L. White re retention application and establishment of nunc pro tunc date (0.2). |

| | | | | |
|------|-----------|-------|------|-----------|
| **Total Hours** | | **20.10** | | |
| **Fee Amount** | | | | **$9,619.50** |

BANKRUPTCY (POST-PETITION WORK)

August 16, 2010

Matter: 21416248-0838
Invoice No.: 1233032

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| H. McDonald (Partner) | $805.00 | 3.90 | $3,139.50 |
| L. Bechutsky (Associate) | $400.00 | 16.20 | $6,480.00 |
| **Totals** | | **20.10** | **$9,619.50** |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 6/9/2010 | Delivery CAPITAL TRUST INC 410 PARK AVE NY INV. NO.362062 | | 8.00 |
| 6/9/2010 | Delivery CAPITAL TRUST INC 410 PARK AVE NY INV. NO.362062 | | 8.00 |
| | | *SUBTOTAL* | 16.00 |
| | Document reproduction | | 0.10 |
| | | *SUBTOTAL* | 0.10 |
| | **Total Disbursements** | | **$16.10** |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 9,619.50 | |
| **Disbursement Total** | $ | 16.10 | |
| **Invoice Total** | $ | 9,635.60 | |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                    August 18, 2010
1271 SIXTH AVENUE
38TH FLOOR                                        **Invoice No. 1235765**
NEW YORK, NY 10020

Client/Matter: 09807760-0012

RANCHO COVE                                       Payment Due Upon Receipt
Lehman Business Contact: Michael Lascher

**Total This Invoice**                        $        **1,984.00**

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

August 18, 2010

**Invoice No. 1235765**

Client/Matter:  09807760-0012

RANCHO COVE

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 07/01/10 | R. Goetz | 0.10 | P300 | E-mail correspondence to J. Beale re: survey status (.1). |
| 07/20/10 | L. White | 0.30 | P300 | Telephone conference with John Bealle regarding transfer tax question (.3). |
| 07/20/10 | R. Goetz | 0.30 | P300 | E-mail correspondence to J. Bealle re: survey (.1); e-mail correspondence s to C. Nelson and D. Carter re: exhibits to Settlement Agreement (.2) |
| 07/21/10 | L. White | 0.50 | P300 | Email correspondence with John Bealle regarding transfer tax and closing issues (.3); email correspondence with Rachel Goetz regarding same (.2). |
| 07/22/10 | L. White | 0.30 | P300 | Telephone conference with John Bealle regarding Survey (.3). |
| 07/22/10 | R. Goetz | 0.20 | P300 | Conference with L. White re: survey status (.2). |
| 07/23/10 | R. Goetz | 0.10 | P300 | Conference with L. White re: survey (.1). |
| 07/26/10 | R. Goetz | 1.40 | P300 | Review of preliminary survey draft (1.0); e-mail correspondence of survey comments to J. Bealle (.4). |
| 07/30/10 | R. Goetz | 0.20 | P300 | E-mail correspondence with J. Bealle re: survey comments (.2). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **3.40** | | |
| **Fee Amount** | | | | **$1,984.00** |

RANCHO COVE

August 18, 2010

Matter: 09807760-0012
Invoice No.: 1235765

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White (Partner) | $685.00 | 1.10 | $753.50 |
| R. Goetz (Associate) | $535.00 | 2.30 | $1,230.50 |
| Totals | | 3.40 | $1,984.00 |

| | | |
|---|---|---|
| **Fee Total** | $ | 1,984.00 |
| **Invoice Total** | $ | 1,984.00 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

August 18, 2010

**Invoice No. 1235766**

Client/Matter: 09807760-0013

MANAGEMENT AGREEMENTS - STRATHALLAN, ROCHESTER     Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul

**Total This Invoice**                                  $          523.00

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

August 18, 2010

Invoice No. 1235766

Client/Matter:  09807760-0013

MANAGEMENT AGREEMENTS - STRATHALLAN, ROCHESTER

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/28/10 | C. Lee | 0.30 | P300 | Telephone call with K. Ray regarding guaranty issue and other related issues in Interim Management Agreement (.2); draft e-mail correspondence to J. Kapit and E. Dziadul regarding same (.1). |
| 07/28/10 | M. Cocci | 0.20 | P500 | Telephone conference with C. Lee regarding: K. Ray (Sage's attorney) inquiries on management agreement issues (.2). |
| 07/30/10 | C. Lee | 0.90 | P500 | Review, analyze and revise draft of Property Management Agreement to incorporate comments and revisions from various discussions between parties (.9). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **1.40** | | |
| **Fee Amount** | | | | **$523.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Cocci (Partner) | $665.00 | 0.20 | $133.00 |
| C. Lee (Associate) | $325.00 | 1.20 | $390.00 |
| **Totals** | | 1.40 | $523.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 523.00 | |
| Invoice Total | $ | 523.00 | |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN                                                    August 18, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR                                                    **Invoice No. 1235770**
NEW YORK, NY 10020

Client/Matter: 09807760-0020

GENERAL                                              Payment Due Upon Receipt
Lehman Business Contact: Joelle Halperin

**Total This Invoice**                              $        **2,603.00**

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**SONNENSCHEIN NATH & ROSENTHAL LLP**

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

August 18, 2010

Invoice No. 1235770

Client/Matter:  09807760-0020

GENERAL

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/01/10 | L. White | 0.50 | B100 | Revise retention agreement (.5). |
| 07/07/10 | L. White | 0.80 | B100 | Review revised retention agreement (.8). |
| 07/21/10 | L. White | 1.00 | B100 | Review retention agreement and email correspondence with Hugh McDonald and Linda Bechutsky regarding same (1.0). |
| 07/24/10 | L. White | 1.50 | B100 | Review and revise Retention Application (multiple times) (1.5). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **3.80** | | |
| **Fee Amount** | | | | **$2,603.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White (Partner) | $685.00 | 3.80 | $2,603.00 |
| **Totals** | | **3.80** | **$2,603.00** |

|  |  |  |
|---|---|---|
| **Fee Total** | $ | 2,603.00 |
| **Invoice Total** | $ | 2,603.00 |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN                                      August 18, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR                                      **Invoice No. 1235771**
NEW YORK, NY 10020

Client/Matter: 09807760-0022

LONE MOUNTAIN RANCH, BIG SKY, MT            Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul
_____

**Total This Invoice**                        $        9,504.00


### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |


### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP


*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

August 18, 2010

**Invoice No. 1235771**

Client/Matter:  09807760-0022

LONE MOUNTAIN RANCH, BIG SKY, MT

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/07/10 | K. Seidelman | 1.00 | P300 | Conferences with R. Goetz regarding search order (.3); verify names for search order (.3); conference with National Corporate Research regarding additional parties for order (.4). |
| 07/07/10 | R. Goetz | 1.50 | P300 | Conference call with R. Fernandez, C. Click and client regarding UCC search and lien results (.4); conferences with K. Seidelman re: updated lien searches (.3); prepare closing documentation (.8). |
| 07/07/10 | R. Fernandez | 0.80 | P300 | Conference with R. Goetz and C. Click re: UCC search and Lien results (.4); telephone with E. Dziadul re: Checklist and open closing issues (.4). |
| 07/08/10 | K. Seidelman | 0.70 | P300 | Review of Montana and Delaware Secretary of States web sites regarding Lone Mountain Ranch (.5); conferences with R. Goetz and R. Fernandez regarding same (.1); conference with NCR regarding additional searches for order (.1). |
| 07/08/10 | R. Fernandez | 1.20 | P300 | Conference call with E. Dziadul and N,. Wilson re: Lone Mountain Ranch closing issues (1.2). |
| 07/08/10 | L. White | 0.30 | P300 | Conference with Bob Fernandez regarding permits for Lone Mountain resort (.3). |
| 07/09/10 | R. Fernandez | 1.00 | P300 | Review Title Commitment (1.0). |
| 07/12/10 | K. Seidelman | 1.30 | P300 | Review of lien searches (.6); preparation of lien search summary chart (.7). |
| 07/13/10 | K. Seidelman | 1.20 | P300 | Preparation of lien search summary chart (1.2). |

LONE MOUNTAIN RANCH, BIG SKY, MT

August 18, 2010

Matter: 09807760-0022
Invoice No.: 1235771

| Date | Timekeeper | Hours | Task | Narrative |
|------|------------|-------|------|-----------|
| 07/14/10 | K. Seidelman | 1.50 | P300 | Finalize lien search summary chart (1.5). |
| 07/15/10 | R. Fernandez | 0.40 | P300 | Review updated UCC and Lien Searches on LMR entities (.4). |
| 07/19/10 | R. Fernandez | 0.70 | P300 | Multiple emails and conversations with N. Wilson re: Lone Mountain Permits and license issues (.7). |
| 07/23/10 | R. Fernandez | 0.80 | P300 | Conference with M. Cocci re: Management Agreement and Aircraft Dry Lease (.8). |
| 07/23/10 | M. Cocci | 0.90 | P300 | Telephone conference with R. Fernandez regarding liquor license structure for Montana property (.3); draft e-mail to management company regarding proposed liquor license structures for Montana property (.6). |
| 07/27/10 | L. White | 0.30 | P300 | Conference with Michael Lascher regarding settlement and status (.2); email correspondence with Bob Fernandez regarding status of settlement agreement and property issues (.1). |
| 07/28/10 | L. White | 0.30 | P300 | Conference with Bob Fernandez regarding property issues and overall settlement issues of strategy regarding finalizing transaction (.3). |
| 07/28/10 | C. Been | 0.80 | P300 | Review and revise domain name and website IP assignment language for Lone Mountain (.6); conferences with R. Fernandez re same (.2). |
| 07/28/10 | R. Fernandez | 1.00 | P300 | Conference with E. Dziadul and L. Martins re: Settlement Agreement (.7); conference with L. White re: same (.3). |
| 07/29/10 | R. Goetz | 1.50 | P300 | Review and revision of drafts of deed, bill of sale, assignment and FIRPTA (1.5). |
| 07/30/10 | R. Goetz | 1.30 | P300 | Revisions to deed draft (.5); review of lien searches (.8) |
| 07/30/10 | L. White | 0.70 | P300 | Email correspondence with Bob Fernandez and Michael Lascher regarding strategy to push transaction to conclusion (.3); telephone conference with Bob Fernandez regarding open issues. (.4). |

3

LONE MOUNTAIN RANCH, BIG SKY, MT

August 18, 2010

Matter: 09807760-0022
Invoice No.: 1235771

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/30/10 | R. Fernandez | 0.90 | P300 | Review revised Management Agreement (.6); emails with M. Cocci re: same (.3). |

| | | | | |
|------|-----------|-------|------|-----------|
| **Total Hours** | | **20.10** | | |
| **Fee Amount** | | | | **$9,504.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| C. Been (Partner) | $630.00 | 0.80 | $504.00 |
| L. White (Partner) | $685.00 | 1.60 | $1,096.00 |
| M. Cocci (Partner) | $665.00 | 0.90 | $598.50 |
| R. Fernandez (Partner) | $560.00 | 6.80 | $3,808.00 |
| R. Goetz (Associate) | $535.00 | 4.30 | $2,300.50 |
| K. Seidelman (Paralegal) | $210.00 | 5.70 | $1,197.00 |
| **Totals** | | **20.10** | **$9,504.00** |

|  |  |  |
|--|--|--|
| Fee Total | $ | 9,504.00 |
| Invoice Total | $ | 9,504.00 |

4



## Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN                                                        August 18, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                          **Invoice No. 1235773**

Client/Matter: 09807760-0023

BRISTOL BAY LODGE, DILLINGHAM (ALASKA)              Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul

---

**Total This Invoice**                                  $        12,426.50

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

August 18, 2010

Invoice No. 1235773

Client/Matter:  09807760-0023

BRISTOL BAY LODGE, DILLINGHAM (ALASKA)

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 07/07/10 | R. Goetz | 0.40 | P300 | Conference with R. Fernandez re: update to title and lien searches (.2); conferences with K. Seidelman re: lien search updates (.2); preparation of closing documentation. |
| 07/08/10 | C. Lee | 0.80 | P300 | Review and analyze Merlin's markup of Bristol Bay Lodge Management Agreement (.8). |
| 07/09/10 | M. Cocci | 0.90 | P300 | Review mark-up of management agreement (.4); telephone conference with E. Dziadul regarding same (.5). |
| 07/09/10 | C. Lee | 2.30 | P300 | Review and analyze issues regarding Merlin's markup of Management Agreement (.5); telephone conference call with E. Dziadul regarding Merlin's markup of Management Agreement (.5); review, analyze and revise Management Agreement to incorporate comments and revisions from Merlin and discussion with E. Dziadul (1.3). |
| 07/09/10 | R. Fernandez | 1.00 | P300 | Review revised Title Commitment (1.0). |
| 07/12/10 | M. Daliere | 0.70 | P300 | Prepare abbreviated Subordination, Attornment, and Non-Disturbance Agreement (.5; review existing management agreement recognition provision (.2). |
| 07/12/10 | M. Cocci | 1.10 | P300 | Review and revise draft of Management Agreement (1.1). |
| 07/12/10 | C. Lee | 1.10 | P300 | Analyze and work on issues regarding recognition agreement (.4); review, analyze and revise Management Agreement to incorporate comments and revisions from M. Cocci (.7). |

2

**BRISTOL BAY LODGE, DILLINGHAM (ALASKA)**

August 18, 2010

Matter: 09807760-0023
Invoice No.: 1235773

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/15/10 | C. Lee | 2.40 | P300 | Telephone call with B. North, D. Gorge, J. Hutton and E. Dziadul regarding revisions to Property Management Agreement (1.1); telephone call with E. Dziadul regarding issues in Property Management Agreement (.2); review, analyze and revise Property Management Agreement to incorporate comment and revisions from telephone call discussions (.8); analyze and work on issue regarding payment of finder's fee (.3). |
| 07/15/10 | M. Cocci | 1.30 | P300 | Telephone conference with E. Dziadul, B. North, and D. Gorge regarding negotiation of open issues in Management Agreement (1.1); follow up conference call with E. Dziadul regarding same (.2). |
| 07/15/10 | R. Fernandez | 0.40 | P300 | Review updated UCC and Lien Searches on BBL entities (.4). |
| 07/16/10 | M. Cocci | 0.70 | P300 | Review revisions to Management Agreement (.4); telephone conference with C. Lee regarding same (.3). |
| 07/16/10 | C. Lee | 0.30 | P300 | Review and revise Property Management Agreement to incorporate comments from M. Cocci (.2); draft e-mail correspondence to E. Dziadul regarding revised draft of Property Management Agreement (.1). |
| 07/23/10 | M. Cocci | 1.10 | P300 | Telephone conference with D. Gorge regarding status of agreements (.2); telephone conference with R. Fernandez regarding liquor license structure for Alaska property (.3); draft e-mail to management company regarding proposed liquor license structures for Alaska property (.6). |
| 07/27/10 | R. Fernandez | 2.10 | P300 | Review Settlement Agreement (.8); conference with C. Click re: same (.3); telephone conversation with B. Kraft re: Aircraft Dry Lease issues (.3); revise Dry Lease (.7). |
| 07/27/10 | M. Cocci | 0.50 | P300 | Review and respond to e-mails from E. Dziadul on status of open issues in Management Agreement and response on liquor license structure proposal (.3); review and respond to e-mail from E. Dziadul regarding delivery to management company of revised draft of Management Agreement (.2). |

3

**BRISTOL BAY LODGE, DILLINGHAM (ALASKA)**

August 18, 2010

Matter: 09807760-0023
Invoice No.: 1235773

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/27/10 | L. White | 0.30 | P300 | Conference with Michael Lascher regarding settlement and status (.2); email correspondence with Bob Fernandez regarding status of settlement agreement and property issues (.1). |
| 07/28/10 | L. White | 0.30 | P300 | Conference with Bob Fernandez regarding property issues and overall settlement issues of strategy regarding finalizing transaction (.3). |
| 07/28/10 | C. Lee | 0.30 | P300 | Review and analyze e-mails regarding open issues in Property Management Agreement (.3). |
| 07/28/10 | M. Cocci | 0.80 | P300 | Review and respond to e-mails from E. Dziadul regarding open issues in Management Agreement (.2); review e-mail from J. Hutton regarding description of Merlin concerns regarding major issues (.2); draft e-mail response to provide feedback on J. Hutton comments (.4). |
| 07/29/10 | R. Goetz | 1.30 | P300 | Review and revision of draft deed, bill of sale, assignment and FIRPTA (1.3). |
| 07/30/10 | R. Goetz | 1.20 | P300 | Revisions to draft of deed (.8); review lien searches (.4) |
| 07/30/10 | R. Fernandez | 1.00 | P300 | Review Management Agreement (.5); review and revise Aircraft Dry Lease (.5). |
| 07/30/10 | C. Lee | 1.10 | P300 | Telephone call with L. Martins regarding open issues in Property Management Agreement (.3); review, analyze and revise draft of Property Management Agreement to incorporate comments and revisions from discussions between parties (.8). |
| 07/30/10 | M. Cocci | 0.80 | P300 | Telephone conference with L. Martin regarding Management Agreement (.5); review and comment on revisions to Management Agreement (.3). |

**Total Hours**                              24.20

**Fee Amount**                                                          $12,426.50

4

BRISTOL BAY LODGE, DILLINGHAM (ALASKA)

August 18, 2010

Matter: 09807760-0023
Invoice No.: 1235773

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White (Partner) | $685.00 | 0.60 | $411.00 |
| M. Cocci (Partner) | $665.00 | 7.20 | $4,788.00 |
| M. Daliere (Partner) | $655.00 | 0.70 | $458.50 |
| R. Fernandez (Partner) | $560.00 | 4.50 | $2,520.00 |
| C. Lee (Associate) | $325.00 | 8.30 | $2,697.50 |
| R. Goetz (Associate) | $535.00 | 2.90 | $1,551.50 |
| **Totals** | | 24.20 | $12,426.50 |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 12,426.50 | |
| **Invoice Total** | $ | 12,426.50 | |

5



www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

August 18, 2010

**Invoice No. 1235774**

Client/Matter: 09807760-0024

INN AT BLUEBERRY HILL, MARTHA'S VINEYARD, MA
Lehman Business Contact:  Ed Dziadul

Payment Due Upon Receipt

**Total This Invoice**                                         $            587.50

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

August 18, 2010

Invoice No. 1235774

Client/Matter:  09807760-0024

INN AT BLUEBERRY HILL, MARTHA'S VINEYARD, MA

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 07/07/10 | R. Goetz | 0.40 | P300 | Conference with R. Fernandez re: title and lien search updates (.2); conferences with K. Seidelman re: lien search updates (.2); preparation of closing documentation. |
| 07/15/10 | R. Fernandez | 0.30 | P300 | Review updated UCC and Lien Searches on BHVA entity (.3). |
| 07/28/10 | L. White | 0.30 | P300 | Conference with Bob Fernandez regarding property issues and overall settlement issues of strategy regarding finalizing transaction (.3). |
| **Total Hours** | | **1.00** | | |
| **Fee Amount** | | | | **$587.50** |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White (Partner) | $685.00 | 0.30 | $205.50 |
| R. Fernandez (Partner) | $560.00 | 0.30 | $168.00 |
| R. Goetz (Associate) | $535.00 | 0.40 | $214.00 |
| **Totals** | | **1.00** | **$587.50** |

|  | | | |
|---|---|---|---|
| Fee Total | $ | 587.50 | |
| Invoice Total | $ | 587.50 | |

2



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                     August 18, 2010
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                          **Invoice No. 1235776**

Client/Matter: 09807760-0028

SUPER 8 VEGAS                                          Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul

**Total This Invoice**                              $         4,357.50

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

August 18, 2010

Invoice No. 1235776

Client/Matter:   09807760-0028

SUPER 8 VEGAS

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/16/10 | C. Lee | 2.70 | P300 | Telephone conference with M. Pons and J. Nastasi regarding issues in Franchise Agreement (.9); telephone conference call with Super 8 team regarding issues in Franchise Agreement (1.8). |
| 07/16/10 | M. Cocci | 3.00 | P300 | Telephone conference with G. Pons and J. Nastasi regarding review of open issues in Franchise Agreement in preparation for call with Franchisor team (.9); telephone conference with Super 8 Franchise team to negotiate open issues in Franchise Agreement (1.6); telephone conference with G. Pons regarding follow up on same (.5). |
| 07/19/10 | M. Cocci | 0.40 | P300 | Telephone conference with J. Nastasi regarding legal issues in franchise agreement (.4). |
| 07/21/10 | C. Lee | 0.40 | P300 | Review and analyze revised draft of Franchise Agreement (.4). |
| 07/22/10 | M. Cocci | 0.40 | P300 | Review revised draft of Franchise Agreement (.4). |
| 07/23/10 | C. Lee | 1.10 | P300 | Review and analyze issues regarding revised draft of Franchise Agreement (.3); draft e-mail correspondence to M. Pons regarding remaining issues in Franchise Agreement (.8). |
| 07/23/10 | M. Cocci | 0.70 | P300 | Complete review of revisions to Franchise Agreement (.4); review and revise issues list (.3). |

**Total Hours**          8.70

**Fee Amount**                                                    $4,357.50

SUPER 8 VEGAS

August 18, 2010

Matter: 09807760-0028
Invoice No.: 1235776

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Cocci (Partner) | $665.00 | 4.50 | $2,992.50 |
| C. Lee (Associate) | $325.00 | 4.20 | $1,365.00 |
| **Totals** | | 8.70 | $4,357.50 |

| | | |
|---|---|---|
| **Fee Total** | $ | 4,357.50 |
| **Invoice Total** | $ | 4,357.50 |



# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                           August 19, 2010
1271 SIXTH AVENUE
38TH FLOOR                                        **Invoice No. 1235876**
NEW YORK, NY 10020

Client/Matter: 09807760-0011

RITZ KAPALUA                                      Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

**Total This Invoice**                            $        **16,554.75**

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

August 19, 2010

**Invoice No. 1235876**

Client/Matter:  09807760-0011

RITZ KAPALUA

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/20/10 | L. White | 0.50 | P300 | | Telephone conference with Michael Lascher regarding strategy for foreclosure (.5). |
| 07/21/10 | L. White | 0.80 | P300 | | Attention to SASCO & Lehmare issues in connection with foreclosure (.6), email correspondence with Michael Lascher regarding same (.2). |
| 07/22/10 | L. White | 1.50 | P300 | | Review foreclosure complaint and Ritz management agreement documentation in preparation for Tuesday meeting. (1.5). |
| 07/23/10 | L. White | 3.70 | P300 | | Review Ritz documentation to determine post-foreclosure operational issues (2.0); review file to outline pre and post foreclosure issues including (title insurance issues, successor liability issues and conveyance tax issues) (1.7). |
| 07/24/10 | L. White | 3.00 | P300 | | Review Ritz documentation in preparation for strategy meeting with Lehman (2.5); review condominium documentation in preparation for strategy meeting with Lehman (.5). |
| 07/26/10 | L. White | 5.50 | P300 | | Travel to NY for meeting with Michael Lascher (5.5 hours) - discount below of 50% per Lehman guidelines. |
| 07/26/10 | L. White | 3.00 | P300 | | Review Ritz management agreement documentation in preparation for Tuesday strategy meeting at Lehman (3.0). |
| 07/27/10 | L. White | 3.00 | P300 | | Attend strategy meeting in NY with Michael Lascher and Brian Kaufman regarding foreclosure and Ritz issues (3.0). |

RITZ KAPALUA

August 19, 2010

Matter: 09807760-0011
Invoice No.: 1235876

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 07/28/10 | L. White | 5.00 | P300 | | Travel from NY meetings to Chicago (5.0 hours) - discount below of 50% per Lehman guidelines. |
| 07/30/10 | L. White | 1.60 | P300 | | Email correspondence with Barry Sullivan regarding modifications to foreclosure complaint and engagement of local zonings analysis expert (.8); revise Lehman RE letter and email correspondence with Jon Kapit and Rex Veal regarding same (.8). |

| | | | |
|---|---|---|---|
| **Total Hours** | | **27.60** | |
| **Fee Amount** | | | **$18,906.00** |
| **Discount  5.3 Hours** | | | **($3,630.50)** |
| **Fee Total** | | | **$15,275.50** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White  (Partner) | $685.00 | 27.60 | $18,906.00 |
| Totals | | 27.60 | $18,906.00 |

### DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 7/26/2010 | Airfare - -    LINDA D. WHITE TRIP TO NY FOR MEET W/ MIKE LASCHER | 312.30 |
| 7/26/2010 | Ground Transportation - -    LINDA D. WHITE TRIP TO NY W/ LEHMAN | 146.00 |
| 7/26/2010 | Lodging - -    LINDA D. WHITE TRIP TO NY W/ LEHMAN (1 night $562.04 per Lehman guidelines bill maximum of $500) | 500.00 |
| 7/26/2010 | Meals - -    LINDA D. WHITE TRIP TO NY W/ LEHMAN | 22.66 |

3

RITZ KAPALUA

August 19, 2010

Matter: 09807760-0011
Invoice No.: 1235876

| Date | Description | | Amount |
|------|-------------|--|--------|
| 6/17/2010 | Miscellaneous Hard - - A/C: 407932 | PITNEY BOWES MANAGEMENT SERVICES, INC. | 287.70 |
| 5/4/2010 | Miscellaneous Hard - - CONFERENCE CALLS | AMERICAN TELECONFERENCING SERVICES | 3.38 |
| 5/3/2010 | Miscellaneous Hard - - CONFERENCE CALLS | AMERICAN TELECONFERENCING SERVICES | 7.21 |
| | **Total Disbursements** | | **$1,279.25** |

| | | |
|---|---|---|
| **Fee Total** | $ | 15,275.50 |
| **Disbursement Total** | $ | 1,279.25 |
| **Invoice Total** | $ | 16,554.75 |

4



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN                                                    August 19, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                          **Invoice No. 1235875**

Client/Matter: 09807760-0029

BOND BUILDING, D.C.                                    Payment Due Upon Receipt
Lehman Business Contact: Ed Siddons

**Total This Invoice**                              $          **6,604.50**

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*



### Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

August 19, 2010

Invoice No. 1235875

Client/Matter:   09807760-0029

BOND BUILDING, D.C.

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|------------|-------|------|-----------|
| 07/07/10 | J. Colagiovanni | 0.50 | P300 | Conference with E. Siddons regarding facade improvement work and issues relating to same (.3); outline questions for resolution and evaluation (.2). |
| 07/09/10 | J. Colagiovanni | 0.50 | P300 | Review correspondence and contract provisions (.5). |
| 07/12/10 | J. Colagiovanni | 1.00 | P300 | Complete review of proposed contract for facade renovation (.3); outline related issues (.2); dictate list of questions and proposed modifications (.5). |
| 07/14/10 | J. Colagiovanni | 1.00 | P300 | Finalize memo setting forth questions and issues with respect to contract for facade renovations (.5); review contract terms and related documents (.5). |
| 07/19/10 | J. Colagiovanni | 0.80 | P300 | Review documents in connection with conference call concerning facade improvement work (.2); review contract terms (.1); related conference call with E. Siddon and R. Cowasjee (.5). |
| 07/20/10 | J. Colagiovanni | 1.00 | P300 | Review project manual, specifications, bid form and contract for facade repair work (.6); outline issues with same (.1); related conferences with R. Cowasjee and E. Siddon (.2); outline terms for contract (.1). |
| 07/26/10 | J. Colagiovanni | 1.00 | P300 | Review, revise and edit contract for facade repairs at Bond Building (.5); outline additional provisions and modifications (.2); review project manual and related documents in connection with same (.3). |
| 07/26/10 | T. Ellsworth | 4.00 | P300 | Conferences with J. Colagiovanni regarding bond building facade contract (1.0); Revise bond building facade contract (3.0). |

2

BOND BUILDING, D.C.

August 19, 2010

Matter: 09807760-0029
Invoice No.: 1235875

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 07/27/10 | J. Colagiovanni | 1.00 | P300 | Revise, edit, draft and modify contract for facade repairs (.8); review related documents and correspondence (.2). |
| 07/27/10 | T. Ellsworth | 3.50 | P300 | Revise facade repair contract (3.0); Conference w/Joe Colagiovanni (.5). |

**Total Hours**        **14.30**

**Fee Amount**        **$6,604.50**

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Colagiovanni (Partner) | $690.00 | 6.80 | $4,692.00 |
| T. Ellsworth (Law Clerk) | $255.00 | 7.50 | $1,912.50 |
| **Totals** | | **14.30** | **$6,604.50** |

Fee Total      $      6,604.50

Invoice Total      $      **6,604.50**