**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                                                        :        Chapter 11 Case No.
                                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :        08-13555 (JMP)
                                                                                              :
                                           Debtors.                        :        (Jointly Administered)
                                                                                              :
---------------------------------------------------------------------x

### ORDER GRANTING FIRST INTERIM APPLICATION OF SNR DENTON US LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2010 THROUGH SEPTEMBER 30, 2010

Upon consideration of the First Application of SNR Denton US LLP, as attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses (the "Application"), dated December 14, 2010, relating to the above-referenced bankruptcy case for the period from January 1, 2010 through September 30, 2010 (the "First Compensation Period") for the (i) allowance of compensation for professional services performed by SNR Denton US LLP ("SNR Denton") during the First Compensation Period in the total amount of $675,258.00; (ii) allowance of SNR Denton's actual and necessary expenses incurred during the First Compensation Period in the total amount of $2,829.61; and (iii) payment of the twenty percent (20%) holdback withheld from payments of the monthly fee statements and after notice and hearing thereon, and sufficient cause appearing therefore, and capitalized terms used in this Order being given the same meanings as are ascribed to those terms in the Application, it is hereby

**ORDERED** that the Application is granted; and it is further

**ORDERED** that SNR Denton is authorized to apply against such amounts the amounts previously paid to it in respect of the First Compensation Period pursuant to the Fee Protocol and Guidelines; and it is further

**ORDERED** that the Debtors pay to SNR Denton the twenty percent (20%) holdback, as adjusted in the Application, withheld from the payment of monthly statements during the First Compensation Period in the amount of $123,524.02.

Dated:	New York, New York
	_____, 2011.

_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

17646570\V-1