# EXHIBIT F

Case No.:  08-13555(JMP)

Case Name:  In re Lehman Brothers
           Holdings, Inc., et al.

**CURRENT FEE PERIOD:**
**June 1, 2010 to September 30, 2010**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP | December 14, 2010, Docket No. [--] | $3,187,890.63 | | $259,395.28 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SCHEDULE A(2)                    DATE:   12/14/10                    INITIALS:  _____USBJ