UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                :

In re                              :     Chapter 11
                                                  :

LEHMAN BROTHERS HOLDINGS, INC., et. al.,   :     Case No. 08-13555 (JMP)
                                                  :

              Debtors.           :     Jointly Administered
                                                   :

---------------------------------------------------------------- X

**FOURTH INTERIM FEE STATEMENT
OF PRICEWATERHOUSECOOPERS LLP, TAX ADVISORS TO THE DEBTORS AND
DEBTORS-IN-POSSESSION, FOR COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES**

**SUMMARY SHEET PART I**

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP ("PwC") |
| Authorized to provide professional services to: | Debtors and debtors-in-possession |
| Date of Retention: | Order retaining PwC entered on July 16, 2009 |
| Period for which compensation and reimbursement sought: | June 1, 2010 through September 30, 2010 (the "Interim Period") |
| Amount of total fees incurred during this period: | $157,753.00 |
| Amount of expenses incurred during this period: | $ 2,484.23 |
| Total Compensation and Expense Reimbursement requested: | $160,237.23 |
| Blended Hourly Rate during this period: | $427.63 |
| Compensation previously requested: | $809,398.65 |
| Compensation previously awarded: | $574,212.05 |
| Expenses previously requested: | $11,837.38 |
| Expenses previously awarded: | $2,484.47 |

This is a:     _X_ interim           ____ final Application.

The total time expended for fee application preparation is approximately 6.80 hours and the corresponding compensation requested is approximately $1,530.00. Additional fee application preparation services will be included in subsequent monthly and interim fee applications.

## PRIOR INTERIM APPLICATIONS FILED

| Date Filed | Filing Period | Total Fees Incurred (100%) | Expense Requested |
|---|---|---|---|
| 03/10/2010 [7496] | October 1, 2008 through September 30, 2009 | $298,631.90 | $1,095.15 |
| 04/16/2010 [8399] | October 1, 2009 through January 31, 2010 | $275,580.15 | $1,389.32 |
| 07/06/2010 [10019] | February 1, 2010 through May 31, 2010 | $235,186.60 | $9,352.91 |
| | | **$809,398.65** | **$11,837.38** |

This is the fourth interim fee application filed by PwC.  PwC has previously issued three monthly fee invoices to the Debtors for interim payment for this Interim Period.

| App No | App Date | Filing Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| 10 | 08/30/2010 | 06/01/2010 - 07/31/2010 | $23,372.50 | $78.31 |
| 11 | 09/29/2010 | 08/01/2010 - 08/31/2010 | $46,143.30 | $1,346.37 |
| 12 | 10/29/2010 | 09/01/2010 - 09/30/2010 | $88,237.20 | $1,059.55 |
| Total | | | **$157,753.00** | **$2,484.23** |

## SUMMARY OF PROFESSIONAL SERVICES

|  | Hours | Total Compensation |
|---|---|---|
| **Tax Advisors** | | |
| State Tax Consulting Services | 35.00 | $18,416.00 |
| Federal Tax Consulting Services | 181.90 | $92,802.70 |
| Foreign Filing Services | 88.80 | $22,446.30 |
| Transfer Pricing Services | 5.00 | $2,949.00 |
| Tax Controversy Services | 51.40 | $19,609.00 |
| **Subtotal - Tax Advisors** | **362.10** | **$156,223.00** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 6.80 | $1,530.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **6.80** | **$1,530.00** |
| **Total Hours and Compensation** | **368.90** | **$157,753.00** |

## SUMMARY BY BILLING TASK CODE

|  | Hours | Total Compensation |
|---|---|---|
| **General Business Operation Issues** | | |
| 1800    Tax Issues | 362.10 | $156,223.00 |
| **Subtotal - General Business Operation Issues** | **362.10** | **$156,223.00** |
| **Fee-Related Issues** | | |
| 4600    Firm's Own Billing/Fee Applications | 6.80 | $1,530.00 |
| **Subtotal - Fee-Related Issues** | **6.80** | **$1,530.00** |
| **Total Hours and Compensation** | **368.90** | **$157,753.00** |

## SUMMARY BY PROJECT AND PROFESSIONAL - HOURLY SERVICES

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **State Tax Consulting Services** | | | | |
| Jack Kramer | Partner | $626 | 4.00 | $2,504.00 |
| Gregory A Lee | Senior Managing Director | $518 | 22.00 | $11,396.00 |
| John A Verde | Senior Managing Director | $518 | 7.00 | $3,626.00 |
| Jonathan Robin | Director | $445 | 2.00 | $890.00 |
| **Subtotal - State Tax Consulting Services** | | | **35.00** | **$18,416.00** |
| **Federal Tax Consulting Services** | | | | |
| Wadih AbouNasr | Partner | $800 | 1.00 | $800.00 |
| Jennifer D Kennedy | Partner | $785 | 17.50 | $13,737.50 |
| Kevin M Brown | Partner | $785 | 10.00 | $7,850.00 |
| Joseph Foy | Partner | $626 | 8.00 | $5,008.00 |
| Michael J Feder | Partner | $626 | 5.00 | $3,130.00 |
| Daniel J Wiles | Senior Managing Director | $518 | 6.30 | $3,263.40 |

3

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| Janice M Flood | Senior Managing Director | $518 | 14.00 | $7,252.00 |
| Linda Stiff | Senior Managing Director | $518 | 3.00 | $1,554.00 |
| Stephen A Nauheim | Senior Managing Director | $518 | 1.00 | $518.00 |
| Nada ElSayed | Senior Manager | $500 | 1.00 | $500.00 |
| Jennifer E Breen | Director | $445 | 54.70 | $24,341.50 |
| John Triolo | Director | $445 | 28.50 | $12,682.50 |
| Rainbow H Lu | Director | $445 | 12.00 | $5,340.00 |
| Hanan Abboud | Manager | $400 | 3.00 | $1,200.00 |
| Adam Rosner | Manager | $357 | 1.50 | $535.50 |
| Avery E Gray | Manager | $357 | 10.90 | $3,891.30 |
| Erena Antonakis | Senior Associate | $284 | 1.00 | $284.00 |
| Niki Wilkinson | Senior Associate | $284 | 2.50 | $710.00 |
| Sandra Sevelkovaite | Associate | $205 | 1.00 | $205.00 |
| **Subtotal - Federal Tax Consulting Services** | | | **181.90** | **$92,802.70** |
| **Foreign Filing Services** | | | | |
| Thomas S Tyler | Director | $445 | 8.00 | $3,560.00 |
| Scott Singer | Manager | $357 | 11.90 | $4,248.30 |
| Scott Singer | Senior Associate | $284 | 6.50 | $1,846.00 |
| Kaitlin A Carman | Associate | $205 | 62.40 | $12,792.00 |
| **Subtotal - Foreign Filing Services** | | | **88.80** | **$22,446.30** |
| **Transfer Pricing Services** | | | | |
| Adam M Katz | Partner | $626 | 1.00 | $626.00 |
| Frank M. Douglass | Partner | $626 | 3.00 | $1,878.00 |
| John Triolo | Director | $445 | 1.00 | $445.00 |
| **Subtotal - Transfer Pricing Services** | | | **5.00** | **$2,949.00** |
| **Tax Controversy Services** | | | | |
| Christopher Farwell | Director | $445 | 36.80 | $16,376.00 |
| Joseph Borgese | Director | $445 | 1.00 | $445.00 |
| Ellen Shvets | Associate | $205 | 12.00 | $2,460.00 |
| Natalie Burns | Associate | $205 | 1.60 | $328.00 |
| **Subtotal - Tax Controversy Services** | | | **51.40** | **$19,609.00** |
| **Bankruptcy Requirements and Other Court Obligations** | | | | |
| Fannie Kurniawan | Associate (Bankruptcy) | $225 | 3.00 | $675.00 |
| Steven D Coleman | Associate (Bankruptcy) | $225 | 3.80 | $855.00 |
| **Subtotal - Bankruptcy Requirements and Other Court Obligations** | | | **6.80** | **$1,530.00** |
| **Total Hours and Compensation** | | | **368.90** | **$157,753.00** |

## EXPENSE SUMMARY

PwC incurred the following expenditures during the Interim Period.

| Transaction Type | Total Expenditures |
|---|---|
| **Federal Tax Consulting Services** | |
| Airfare | $1,593.60 |
| Meals | $10.45 |
| Parking | $82.00 |
| Public/ground transportation | $684.72 |
| Shipping | $113.46 |
| **Subtotal - Federal Tax Consulting Services** | **$2,484.23** |
| **Total Expenditures** | **$2,484.23** |

## EXPENSE BY BILLING TASK CODE

| **General Business Operation Issues** | |
|---|---|
| **1800 - Tax Issues** | **$2,484.23** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X
                                       :

In re                                      :         Chapter 11
                                       :

LEHMAN BROTHERS HOLDINGS, INC, <u>et. al.</u>,    :         Case No. 08-13555 (JMP)
                                       :

              Debtors.                     :         Jointly Administered
                                       :
--------------------------------------------------------------------- X

         Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees, entered on or about June 25, 2009 (the "Interim Compensation Order"), PricewaterhouseCoopers LLP ("PwC"), tax advisors to the Debtors and Debtors in Possession ("Debtors"), hereby submits its Fourth Interim Fee Application for Compensation and for Reimbursement of Expenses for the Period from June 1, 2010 through September 30, 2010 (the "Application").

         By this Application, PwC seeks an interim allowance of compensation in the amount of $157,753.00 and actual and necessary expenses in the amount of $2,484.23 for a total allowance of $160,237.23 (the "Fee Amount"), and payment of the unpaid amount of such fees and expenses, for the period June 1, 2010 through September 30, 2010 (the "Interim Period").  In support of this Application, PwC respectfully represents as follows:

<u>**JURISDICTION**</u>

        1.        The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157 (b)(2).

        2.        Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Local Guidelines.  Pursuant to the Local Guidelines, a certification of compliance is attached hereto as **Exhibit A**.

## FACTUAL BACKGROUND

4.    On September 15, 2008 (the "<u>Commencement Date</u>"), each of the Debtors filed with the Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are authorized to continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.    The retention of PwC, tax advisors to the Debtors, was approved effective by this Court's "Order Granting the Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code to Retain and Employ PricewaterhouseCoopers LLP as Tax Advisors," entered on July 16, 2009 (the "<u>Retention Order</u>", attached herein as **Exhibit B**). [Docket No. 4425]  The Retention Order authorized PwC to be compensated pursuant to the Application and Engagement Letters, including services on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## BASIS FOR RELIEF

6.    The Interim Compensation Order authorizing certain professionals and members of the Committee (the "<u>Professional</u>") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein.  The Interim Compensation Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.

7.    PwC has submitted three monthly fee invoices corresponding with the Fee Amount for services rendered and expenditures incurred on behalf of the Debtors during the

Application Period (collectively, the "Monthly Fee Statements").  Copies of these Monthly Fee

Statements representing the services rendered and expenses incurred by PwC during the Interim

Period have previously submitted to the Notice Parties pursuant to the Interim Compensation

Order and electronic files have been sent to the Fee Committee.

> 7.1.    On August 30, 2010, PwC submitted its tenth monthly fee statement for
> services and expenditures incurred from June 1, 2010 through July 31, 2010,
> requesting $23,372.50 in fees and $78.31 in expenditures ("Tenth Monthly Fee
> Application", attached hereto as **Exhibit C.1**).
>
> 7.2.    On September 29, 2010, PwC submitted its eleventh monthly fee
> statement for services and expenditures incurred from August 1, 2010 through
> August 31, 2010, requesting $46,143.30 in fees and $1,346.37 in expenditures
> ("Eleventh Monthly Fee Application", attached hereto as **Exhibit C.2**).
>
> 7.3.    On October 29, 2010, PwC submitted its twelfth monthly fee statement for
> services and expenditures incurred from September 1, 2010 through September
> 30, 2010, requesting $88,237.20 in fees and $1,059.55 in expenditures ("Twelfth
> Monthly Fee Application", attached hereto as **Exhibit C.3**).

8.    Furthermore, the Interim Compensation Order provides that professionals are to

file and service upon fee parties an interim request approximately every 120 days (an "Interim

Fee Application") for interim Court approval and allowance of the monthly fee applications

during the interim fee period covered by the Interim Fee Application.  This Application

represents PwC's interim fee request for interim approval and payment of the services rendered

during the Application Period.

> 8.1    PwC submitted its first interim fee application to the Court on March 10,
>
> 2010, requesting approval of compensation, totaling $298,631.90, and
>
> reimbursement of expenses incurred, totaling $1,095.15 [Docket No. 7496].
>
> 8.2    PwC submitted its second interim fee application to the Court on April 16,
>
> 2010, requesting approval of compensation, totaling $275,580.15, and

reimbursement of expenses incurred, totaling $1,389.32 [Docket No. 8399]. This

fee request was granted by the court on June 18, 2010 [Docket No. 353].

8.3     PwC submitted its third interim fee application to the Court on July 6, 2010,

requesting approval of compensation, totaling $235,186.60, and reimbursement of

expenses incurred, totaling $9,352.91 [Docket No. 10019].

9.      As stated above, PwC has previously distributed the Monthly Fee Statements for

compensation for professional services rendered and reimbursement of disbursements made in

these cases during the Application Period.  These Monthly Fee Statements include details of the

services provided by PwC to the Debtors, including, in each instance, the identity of the

professionals involved in the provision of such services, the dates of service, the time expended,

and a brief description of the services sought.

### TIME AND EXPENSE RECORDS

10.     This Application is made by PwC in accordance with the Guidelines and has

attached the following exhibits:

- **Exhibit A** - Certification of Compliance

- **Exhibit B** - Retention Order dated July 16, 2009 authorizing the employment and retention of PricewaterhouseCoopers LLP as tax advisors to the Debtors;

- **Exhibit C** - Monthly Fee Statements of PricewaterhouseCoopers covering June 1, 2010 through September 30, 2010.

11.     PwC expended a total of 6.80 hours on this matter over the past few months. A

summary of the hours and rates for each professionals provided in the summary of this

Application, as well as a summary of the combined fees by project category.  The Debtors

selected PwC as their tax advisors because of the company's extensive experience, knowledge

and recognized expertise in accounting, auditing, tax issues and other financial matters.

12.     Within each of the Monthly Fee Statements, PwC provided a general description of the services rendered during the Interim Period, utilizing the project categories identified with the Application, and an estimate of the hours expended for each project category

|  | Hours | Total Compensation |
|---|---|---|
| **Tax Advisors** | | |
| State Tax Consulting Services | 35.00 | $18,416.00 |
| Federal Tax Consulting Services | 181.90 | $92,802.70 |
| Foreign Filing Services | 88.80 | $22,446.30 |
| Transfer Pricing Services | 5.00 | $2,949.00 |
| Tax Controversy Services | 51.40 | $19,609.00 |
| **Subtotal - Tax Advisors** | **362.10** | **$156,223.00** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 6.80 | $1,530.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **6.80** | **$1,530.00** |
| **Total Hours and Compensation** | **368.90** | **$157,753.00** |

13.     At all relevant times, PwC has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

14.     All services for which compensation is requested by PwC were performed for or on behalf of the Debtors and not on behalf of any committee, creditor or other person.

15.     PwC has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PwC and any other person other than the shareholders of PwC for the sharing of compensation to be received for services rendered in this case.

16.     The professional services and related expenses for which PwC requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of PwC's professional responsibilities as tax advisors

for the Debtors in their chapter 11 case. PwC's services have been necessary and beneficial to the Debtors and their estate, creditors and other parties in interest.

17.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PwC is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PwC has reviewed the requirements of General Order M-242 of the Bankruptcy Court for the Southern District of New York (the "Local Rules") and the Interim Compensation Order and believes that this Application complies with such Rule and Order. To the extent that the Application does not comply in all respects with the requirements of the Local Rules, PwC believes that such deviations are not material and respectfully requests that such requirements be waived.

WHEREFORE, PwC  respectfully requests that the Court approves the interim allowance to be made to PwC for the period from June 1, 2010 through September 30, 2010 in the sum of $157,753.00, as compensation for necessary professional services rendered, and the sum of $2,484.23, for reimbursement of actual necessary costs and expenses, for a total of $160,237.23; that the Debtors be authorized and directed to pay to PwC the outstanding amount of such sums; and for such other and further relief as may be just and proper.

Date:  November 12, 2010

PRICEWATERHOUSECOOPERS LLP
Tax Advisors to the Debtors and Debtors in
Possession

_____

Joseph Foy, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017
Telephone: (646) 471-8628
Facsimile: (646) 471- 8873

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
In re                                                                :    Chapter 11
                                                                     :
LEHMAN BROTHERS HOLDINGS, INC., et. al.,                             :    Case No. 08-13555 (JMP)
                                                                     :
                                    Debtors.                         :    Jointly Administered
                                                                     :
-------------------------------------------------------------------- X

## <u>CERTIFICATION OF JOSEPH FOY</u>

I, Joseph Foy, certify as follows:

1.      I am a partner in the accounting firm of PricewaterhouseCoopers LLP ("<u>PwC</u>").
I submit this certification with respect to the Fourth interim application of
PricewaterhouseCoopers LLP for (a) compensation for professional services rendered and
(b) reimbursement of actual and necessary expenses incurred during the period June 1, 2010
through September 30, 2010 (the "<u>Application</u>").[2]

2.      I make this certification in accordance with General Order M-151, *Amended
Guidelines for Fees and Disbursements for Professionals in Southern District of New York
Bankruptcy Cases, adopted by the United States Court for the Southern District of
New York on April 19, 1995* (the "<u>Local Guidelines</u>").

3.      In connection therewith, I hereby certify that:

   a.   I have read the Application;

   b.   To the best of my knowledge, information and belief formed after reasonable
        inquiry, the fees and disbursements sought in the Application fall within the Local
        Guidelines, except as specifically set forth herein;

---

[2]      Unless otherwise defined herein, all capitalized terms used herein shall have the
meanings set forth in the Application.

c.   Except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought in the Application are billed at rates customarily employed by PwC and generally accepted by PwC's clients;

d.   In providing a reimbursable expense, PwC does not make a profit on that expense, whether the service is performed by PwC in-house or through a third party;

e.   In accordance with the Compensation Orders, PwC has filed and served three Monthly Fee Statements covering the Interim Period on: (i) the Debtors; (ii) counsel to the Debtors; (iii) the U.S. Trustee; (iv) Official Committees and their counsel; and (v) other counsel identified in the Compensation Orders; and

f.   Pursuant to the Local Guidelines, the Debtors, the U.S. Trustee, Official Committees and other Counsel identified in the Compensation Orders will each be provided with a copy of the Fourth Interim Fee Application simultaneously with the filing thereof and will have at least ten days to review such Fourth Interim Fee Application prior to any objection deadline with respect thereto.

Date:  November 12, 2010

PRICEWATERHOUSECOOPERS LLP
Tax Advisors to the Debtors and Debtors in Possession

_____

Joseph Foy, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017
Telephone: (646) 471-8628
Facsimile: (646) 471- 8873

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                   :
In re                                                              :    Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS, INC., et. al.,                           :    Case No. 08-13555 (JMP)
                                                                   :
                    Debtors.                                       :    Jointly Administered
                                                                   :
------------------------------------------------------------------- X

## CERTIFICATION OF JOSEPH FOY

I, Joseph Foy, certify as follows:

1.      I am a partner in the accounting firm of PricewaterhouseCoopers LLP ("PwC").

I submit this certification with respect to the Fourth interim application of

PricewaterhouseCoopers LLP for (a) compensation for professional services rendered and

(b) reimbursement of actual and necessary expenses incurred during the period June 1, 2010

through September 30, 2010 (the "Application").[2]

2.      I make this certification in accordance with General Order M-151, *Amended*

*Guidelines for Fees and Disbursements for Professionals in Southern District of New York*

*Bankruptcy Cases, adopted by the United States Bankruptcy Court for the Southern District of*

*New York on April 19, 1995* (the "Local Guidelines").

3.      In connection therewith, I hereby certify that:

   a. I have read the Application;

   b. To the best of my knowledge, information and belief formed after reasonable
      inquiry, the fees and disbursements sought in the Application fall within the Local
      Guidelines, except as specifically set forth herein;

---

[2]      Unless otherwise defined herein, all capitalized terms used herein shall have the
meanings set forth in the Application.

13

c.  Except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought in the Application are billed at rates customarily employed by PwC and generally accepted by PwC's clients;

d.  In providing a reimbursable expense, PwC does not make a profit on that expense, whether the service is performed by PwC in-house or through a third party;

e.  In accordance with the Compensation Orders, PwC has filed and served three Monthly Fee Statements covering the Interim Period on: (i) the Debtors; (ii) counsel to the Debtors; (iii) the U.S. Trustee; (iv) Official Committees and their counsel; and (v) other counsel identified in the Compensation Orders; and

f.  Pursuant to the Local Guidelines, the Debtors, the U.S. Trustee, Official Committees and other Counsel identified in the Compensation Orders will each be provided with a copy of the Fourth Interim Fee Application simultaneously with the filing thereof and will have at least ten days to review such Fourth Interim Fee Application prior to any objection deadline with respect thereto.

Date:  November 2, 2010

PRICEWATERHOUSECOOPERS LLP
Tax Advisors to the Debtors and Debtors in Possession

_____

Joseph Foy, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017
Telephone: (646) 471-8628
Facsimile: (646) 471- 8873

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                 :

In re                                    :    Chapter 11
                                                 :

LEHMAN BROTHERS HOLDINGS, INC., _et. al.,_    :    Case No. 08-13555 (JMP)
                                                 :

               Debtors.                      :    Jointly Administered
                                                 :

---------------------------------------------------------------- X

**FOURTH INTERIM FEE STATEMENT**
**OF PRICEWATERHOUSECOOPERS LLP, TAX ADVISORS TO THE DEBTORS AND**
**DEBTORS-IN-POSSESSION, FOR COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES**

**SUMMARY OF EXHIBITS**

Exhibit A  -  Certification of Joseph Foy.

Exhibit B  -  Retention Order dated July 16, 2009 authorizing the employment and retention
of PricewaterhouseCoopers LLP to provide Tax Advisory Services to the
Debtors.

**Hourly Fee Services**

Exhibit C  -  Monthly Fee Statements of PricewaterhouseCoopers covering the June 1,
2010 through September 30, 2010

        C.1 **-** June/July 2010

        C.2 **-** August 2010

        C.3 **-** September 2010

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                    :
In re                                                               :    Chapter 11
                                                                    :
LEHMAN BROTHERS HOLDINGS, INC., <u>et. al.,</u>                     :    Case No. 08-13555 (JMP)
                                                                    :
                    Debtors.                                        :    Jointly Administered
                                                                    :
-------------------------------------------------------------------- X

<u>**CERTIFICATION OF JOSEPH FOY**</u>

I, Joseph Foy, certify as follows:

1.      I am a partner in the accounting firm of PricewaterhouseCoopers LLP ("<u>PwC</u>").  I
submit this certification with respect to the first interim application of PricewaterhouseCoopers
LLP for (a) compensation for professional services rendered and (b) reimbursement of actual and
necessary expenses incurred during the period October 1, 2008 through September 30, 2009 (the
"<u>Application</u>").[2]

2.      I make this certification in accordance with General Order M-151, *Amended
Guidelines for Fees and Disbursements for Professionals in Southern District of New York
Bankruptcy Cases, adopted by the United States Bankruptcy Court for the Southern District of
New York on April 19, 1995* (the "<u>Local Guidelines</u>").

3.      In connection therewith, I hereby certify that:

a. I have read the Application;

b. To the best of my knowledge, information and belief formed after reasonable
   inquiry, the fees and disbursements sought in the Application fall within the Local
   Guidelines, except as specifically set forth herein;

---

[2]      Unless otherwise defined herein, all capitalized terms used herein shall have the
meanings set forth in the Application.

c.   Except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought in the Application are billed at rates customarily employed by PwC and generally accepted by PwC's clients;

d.   In providing a reimbursable expense, PwC does not make a profit on that expense, whether the service is performed by PwC in-house or through a third party;

e.   In accordance with the Compensation Orders, PwC has filed and served four Monthly Fee Statements covering the Interim Period on: (i) the Debtors; (ii) counsel to the Debtors; (iii) the U.S. Trustee; (iv) Official Committees and their counsel; and (v) other counsel identified in the Compensation Orders; and

f.   Pursuant to the Local Guidelines, the Debtors, the U.S. Trustee, Official Committees and other Counsel identified in the Compensation Orders will each be provided with a copy of the First Interim Fee Application simultaneously with the filing thereof and will have at least ten days to review such First Interim Fee Application prior to any objection deadline with respect thereto.

Date:  March 1, 2010

PRICEWATERHOUSECOOPERS LLP
Tax Advisors to the Debtors and Debtors in Possession

Joseph Foy, Partner
PricewaterhouseCoopers LLP
1900 St. Antoine Street
Detroit, MI 48226-2263
Telephone: (313) 394 6000
Facsimile: (313) 394 6555

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                            :

In re                                    :        **Chapter 11 Case No.**

                                            :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**

                                            :

                         **Debtors.**        :        **(Jointly Administered)**

                                            :
-----------------------------------------------------------------x

### ORDER GRANTING THE DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(a) and 328(a) OF THE BANKRUPTCY CODE TO RETAIN AND EMPLOY PRICEWATERHOUSECOOPERS LLP AS TAX ADVISORS

Upon consideration of the Application, dated June 23, 2009 (the "Application"),[1] of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to sections 327(a) and 328(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), for authority to retain and employ PricewaterhouseCoopers LLP ("PwC US") as tax advisors, as more fully set forth in the Application; and upon consideration of the Affidavit of Joseph Foy, a partner of PwC US, sworn to June 19, 2009 (the "Foy Affidavit"), filed in support of the Application, a copy of which is attached to the Application as Exhibit 1; and the Court being satisfied, based on the representations made in the Application and the Foy Affidavit, that PwC US represents or holds no interest adverse to the Debtors or their estates and is disinterested under section 101(14) of the Bankruptcy Code; and the Court having jurisdiction to consider the

---

[1]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and

1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern

District of New York Any and All Proceedings Under Title 11, dated July 10, 1984

(Ward, Acting C.J.); and consideration of the Application and the relief requested therein

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

Application having been provided in accordance with the procedures set forth in the

amended order entered February 13, 2009 governing case management and

administrative procedures [Docket No. 2837] to (i) the United States Trustee for the

Southern District of New York; (ii) the attorneys for the Official Committee of

Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal

Revenue Service; (v) the United States Attorney for the Southern District of New York;

and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing

that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Application is in the best interests of the Debtors,

their estates and creditors, and all parties in interest and that the legal and factual bases

set forth in the Application establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is approved; and it is further

ORDERED that, pursuant to sections 327(a) and 328(a) of the Bankruptcy

Code, the Debtors are authorized to retain and employ PwC US as their tax advisors, on

the terms and conditions generally described and set forth in the Engagement Letters

subject to the following modification set forth in Paragraph 13 of the Foy Affidavit:

> With respect to controversies or claims arising out of or in any way related to the Services or Engagement Letters, PwC US agrees, notwithstanding any arbitration provisions contained in the Engagement Letters, that any disputes arising under the Engagement Letters shall be heard in this Court and the arbitration provisions contained in the Engagement Letters will apply if and only if this Court does not have jurisdiction over the dispute or determines not to hear and determine the dispute.

; and it is further

ORDERED that, to the extent this Order is inconsistent with the Engagement Agreements, this Order shall govern; and it is further

ORDERED that PwC US shall apply for compensation and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court, guidelines established by the U.S. Trustee, and such other procedures that have been or may be fixed by order of this Court, including but not limited to the Court's Second Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 3102] and the Court's Order Appointing a Fee Committee and Approving a Fee Protocol [Docket No. 3651].

Dated: New York, New York
      July 16, 2009

                                    _s/ James M. Peck_____
                                    UNITED STATES BANKRUPTCY JUDGE

**Exhibit C.1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                :

In re                                        :      Chapter 11

                                               :

LEHMAN BROTHERS HOLDINGS, INC., et. al.,     :      Case No. 08-13555 (JMP)

                                               :

                  Debtors.                      :      Jointly Administered

                                               :

------------------------------------------------------------------- X

## TENTH MONTHLY FEE STATEMENT OF PRICEWATERHOUSECOOPERS LLP, TAX ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES

### SUMMARY SHEET PART I

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP ("PwC") |
| Authorized to provide professional services to: | Debtors and debtors-in-possession |
| Date of Retention: | Order retaining PwC entered on July 16, 2009 [Docket No 4425] |
| Period for which compensation and reimbursement sought: | June 1, 2010 through July 31, 2010 |
| Amount of total fees incurred during this period: | $ 23,372.50 |
| Amount of expenses incurred during this period: | $  78.31 |

This is a(n):  _x_ monthly     ___ interim     ___ final application.

PwC expended 1.00 hours and $225.00 associated with fee application preparation.

## SUMMARY OF PROFESSIONAL SERVICES

| | Hours | Total Compensation |
|---|---|---|
| **Tax Advisors** | | |
| State Tax Consulting Services | 6.00 | $3,540.00 |
| Federal Tax Consulting Services | 23.00 | $11,488.00 |
| Foreign Filing Services | 25.60 | $6,241.50 |
| Transfer Pricing Services | 3.00 | $1,878.00 |
| **Subtotal - Tax Advisors** | **57.60** | **$23,147.50** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 1.00 | $225.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **1.00** | **$225.00** |
| **Total Hours and Compensation** | **58.60** | **$23,372.50** |

## SUMMARY BY BILLING TASK CODE

| | Hours | Total Compensation |
|---|---|---|
| **General Business Operation Issues** | | |
| 1800    Tax Issues | 57.60 | $23,147.50 |
| **Subtotal - General Business Operation Issues** | **57.60** | **$23,147.50** |
| **Fee-Related Issues** | | |
| 4600    Firm's Own Billing/Fee Applications | 1.00 | $225.00 |
| **Subtotal - Fee-Related Issues** | **1.00** | **$225.00** |
| **Total Hours and Compensation** | **58.60** | **$23,372.50** |

## SUMMARY BY PROJECT AND PROFESSIONAL - HOURLY SERVICES

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **State Tax Consulting Services** | | | | |
| Jack Kramer | Partner | $626 | 4.00 | $2,504.00 |
| Gregory A Lee | Senior Managing Director | $518 | 2.00 | $1,036.00 |
| **Subtotal - State Tax Consulting Services** | | | **6.00** | **$3,540.00** |
| **Federal Tax Consulting Services** | | | | |
| Wadih AbouNasr | Partner | $800 | 1.00 | $800.00 |
| Michael J Feder | Partner | $626 | 5.00 | $3,130.00 |
| Stephen A Nauheim | Senior Managing Director | $518 | 1.00 | $518.00 |
| Nada ElSayed | Senior Manager | $500 | 1.00 | $500.00 |
| Rainbow H Lu | Director | $445 | 12.00 | $5,340.00 |
| Hanan Abboud | Manager | $400 | 3.00 | $1,200.00 |
| **Subtotal - Federal Tax Consulting Services** | | | **23.00** | **$11,488.00** |

2

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Foreign Filing Services** | | | | |
| Thomas S Tyler | Director | $445 | 2.00 | $890.00 |
| Scott Singer | Senior Associate | $284 | 6.50 | $1,846.00 |
| Kaitlin A Carman | Associate | $205 | 17.10 | $3,505.50 |
| **Subtotal - Transfer Pricing Services** | | | **25.60** | **$6,241.50** |
| **Transfer Pricing Services** | | | | |
| Adam M Katz | Partner | $626 | 1.00 | $626.00 |
| Frank M. Douglass | Partner | $626 | 2.00 | $1,252.00 |
| **Subtotal - Transfer Pricing Services** | | | **3.00** | **$1,878.00** |
| **Bankruptcy Requirements and Other Court Obligations** | | | | |
| Fannie Kurniawan | Associate (Bankruptcy) | $225 | 1.00 | $225.00 |
| **Subtotal - Bankruptcy Requirements and Other Court Obligations** | | | **1.00** | **$225.00** |
| **Total Hours and Compensation** | | | **58.60** | **$23,372.50** |

## EXPENSE SUMMARY

| Transaction Type | Total Expenditures |
|---|---|
| **Federal Tax Consulting Services** | |
| Shipping | $78.31 |
| **Subtotal - Federal Tax Consulting Services** | **$78.31** |
| **Total Expenditures** | **$78.31** |

## EXPENSE BY BILLING TASK CODE

**General Business Operation Issues**

| | |
|---|---|
| **1800 - Tax Issues** | **$78.31** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
: 
In re                                                              :    Chapter 11
: 
LEHMAN BROTHERS HOLDINGS, INC., et. al.,                           :    Case No. 08-13555 (JMP)
: 
Debtors.                                                  :    Jointly Administered
: 
------------------------------------------------------------------ X

PricewaterhouseCoopers LLP ("PwC"), as tax advisors to Lehman Brothers Holdings,

Inc., et al., (collectively, the "Debtors"), hereby submits its Statement of Services Rendered and

Expenses Incurred (the "Statement") for the period June 1, 2010 through July 31, 2010 (the

"Statement Period").

**Itemization of Services Rendered and Disbursements Incurred by Category**

1.      The following itemization breaks down the services rendered by PwC by the

service categories indicated and provides an aggregation of disbursements by category of

disbursement:

| | Hours | Total Compensation |
|---|---|---|
| **Tax Advisors** | | |
| State Tax Consulting Services | 6.00 | $3,540.00 |
| Federal Tax Consulting Services | 23.00 | $11,488.00 |
| Foreign Filing Services | 25.60 | $6,241.50 |
| Transfer Pricing Services | 3.00 | $1,878.00 |
| **Subtotal - Tax Advisors** | **57.60** | **$23,147.50** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 1.00 | $225.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **1.00** | **$225.00** |
| **Total Hours and Compensation** | **58.60** | **$23,372.50** |

2.      The hours during the Statement Period for which PwC seeks compensation, are

set forth by each professional and the resulting fees are as follows:

4

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **State Tax Consulting Services** | | | | |
| Jack Kramer | Partner | $626 | 4.00 | $2,504.00 |
| Gregory A Lee | Senior Managing Director | $518 | 2.00 | $1,036.00 |
| **Subtotal - State Tax Consulting Services** | | | **6.00** | **$3,540.00** |
| **Federal Tax Consulting Services** | | | | |
| Wadih AbouNasr | Partner | $800 | 1.00 | $800.00 |
| Michael J Feder | Partner | $626 | 5.00 | $3,130.00 |
| Stephen A Nauheim | Senior Managing Director | $518 | 1.00 | $518.00 |
| Nada ElSayed | Senior Manager | $500 | 1.00 | $500.00 |
| Rainbow H Lu | Director | $445 | 12.00 | $5,340.00 |
| Hanan Abboud | Manager | $400 | 3.00 | $1,200.00 |
| **Subtotal - Federal Tax Consulting Services** | | | **23.00** | **$11,488.00** |
| **Foreign Filing Services** | | | | |
| Thomas S Tyler | Director | $445 | 2.00 | $890.00 |
| Scott Singer | Senior Associate | $284 | 6.50 | $1,846.00 |
| Kaitlin A Carman | Associate | $205 | 17.10 | $3,505.50 |
| **Subtotal - Transfer Pricing Services** | | | **25.60** | **$6,241.50** |
| **Transfer Pricing Services** | | | | |
| Adam M Katz | Partner | $626 | 1.00 | $626.00 |
| Frank M. Douglass | Partner | $626 | 2.00 | $1,252.00 |
| **Subtotal - Transfer Pricing Services** | | | **3.00** | **$1,878.00** |
| **Bankruptcy Requirements and Other Court Obligations** | | | | |
| Fannie Kurniawan | Associate (Bankruptcy) | $225 | 1.00 | $225.00 |
| **Subtotal - Bankruptcy Requirements and Other Court Obligations** | | | **1.00** | **$225.00** |
| **Total Hours and Compensation** | | | **58.60** | **$23,372.50** |

3.    State Tax Consulting Services: During the Statement Period, PwC professionals provided consultations and discussions related to liabilities upon dissolution, including sales tax, income tax and responsible person. PwC professionals also performed research and consultations regarding the NYS and NYC Audit.

4.    Federal Tax Consulting Services: During the Statement Period, PwC professionals provided services for the benefit of the estate and assisting Alvarez & Marcel, including discussion and consultations with various personnel from Bingham McCutchen and Lehman on

audit issues associated with various FTC Transactions and other Bankruptcy matters. PwC professionals also provided services in connection with the tax implications in Lebanon in relation to the sale of an aircraft to a Lebanese company.

5.      Foreign Filing Services: During the Statement Period, PwC professionals provided began the preparation process for various information filings to be included within the Lehman consolidated return.  The filings include forms 8865 and 8858 related to Lehman's general and limited partner investments in real estate mezzanine debt related entities.

6.      Transfer Pricing Services: During the Statement Period, PwC professionals provided consultations and discussions with Darryl Steinberg and John Shanahan of Lehman and Remco Van der Linden of PwC Amsterdam to discuss Dutch corporate tax issues associated with LAMCO Netherlands holding company.

7.      Bankruptcy Requirements and Other Court Obligations: PwC bankruptcy professionals provided consultation to the client-service teams regarding the requirements of the bankruptcy billing for the fee applications.  The client-service teams prepared the necessary supporting documentation for the ninth monthly bankruptcy fee statement (May 2010) and providing services to the Debtors to ensure compliance with the regulations and guidance distributed for this case.

8.      The hourly time records of PwC, annexed hereto as Exhibits B through C, provide a summary and daily breakdown of the time spent by each PwC timekeeper.

9.      PwC professionals incurred the following expenditures during the Statement Period and the details are annexed hereto as Exhibits D through E, provide a summary and daily breakdown of the expenses incurred by each PwC timekeeper.

| Transaction Type | Total Expenditures |
|---|---|
| **Federal Tax Consulting Services** | |
| Shipping | $78.31 |
| **Subtotal - Federal Tax Consulting Services** | **$78.31** |
| **Total Expenditures** | **$78.31** |

### Total Fees and Expenses Sought for the Statement Period

10.     The total amounts sought for fees for professional services rendered and reimbursements of disbursements incurred for the Statement Period are as follows:

| | Hours | Total Compensation |
|---|---|---|
| **Tax Advisors** | | |
| State Tax Consulting Services | 6.00 | $3,540.00 |
| Federal Tax Consulting Services | 23.00 | $11,488.00 |
| Foreign Filing Services | 25.60 | $6,241.50 |
| Transfer Pricing Services | 3.00 | $1,878.00 |
| **Subtotal - Tax Advisors** | **57.60** | **$23,147.50** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 1.00 | $225.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **1.00** | **$225.00** |
| **Total Hours and Compensation** | **58.60** | **$23,372.50** |
| **Total Expenditures** | | **$78.31** |
| **Total Hours, Compensation and Expenditures** | | **$23,450.81** |

Date:  August 30, 2010

PRICEWATERHOUSECOOPERS LLP
Tax Advisors to the Debtors and Debtors in Possession

_____

Joseph Foy, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017
Telephone: (646) 471-8628
Facsimile: (646) 471- 8873

7

**<u>Schedule of Exhibits</u>**

**SERVICES RENDERED - SUMMARY**

- <u>Exhibit A</u>, provides a summary of the hours and compensation by project;
- <u>Exhibit A-1</u>, provides a summary of the hours and compensation by task code.

**SERVICES RENDERED - HOURLY FEES**

- <u>Exhibit B</u>, provides the project category, name and position of each hourly professional, cumulative hours worked, hourly billing rates for the compensation, and the corresponding fees requested;
- <u>Exhibit C</u>, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity.

**EXPENDITURES INCURRED**

- <u>Exhibit D</u>, provides the expenditures incurred by type; and
- <u>Exhibit E</u>, provides the expenditure details incurred by professional and date.

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**                    **Exhibit A**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary of Hours and Compensation by Project**
**For the Period June 1, 2010 through July 31, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **Tax Advisors** | | |
| State Tax Consulting Services | 6.00 | $3,540.00 |
| Federal Tax Consulting Services | 23.00 | $11,488.00 |
| Foreign Filing Services | 25.60 | $6,241.50 |
| Transfer Pricing Services | 3.00 | $1,878.00 |
| **Subtotal - Tax Advisors** | **57.60** | **$23,147.50** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 1.00 | $225.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **1.00** | **$225.00** |
| **Total Hours and Compensation** | **58.60** | **$23,372.50** |

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**　　　　　　　**Exhibit A-1**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary of Hours and Compensation by Uniform Billing Task Codes**
**For the Period June 1, 2010 through July 31, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **General Business Operation Issues** | | |
| 1800　　Tax Issues | 57.60 | $23,147.50 |
| **Subtotal - General Business Operation Issues** | **57.60** | **$23,147.50** |
| **Fee-Related Issues** | | |
| 4600　　Firm's Own Billing/Fee Applications | 1.00 | $225.00 |
| **Subtotal - Fee-Related Issues** | **1.00** | **$225.00** |
| **Total Hours and Compensation** | **58.60** | **$23,372.50** |

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**          **Exhibit B**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period June 1, 2010 through July 31, 2010**

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **State Tax Consulting Services** | | | | |
| Jack Kramer | Partner | $626 | 4.00 | $2,504.00 |
| Gregory A Lee | Senior Managing Director | $518 | 2.00 | $1,036.00 |
| **Subtotal - State Tax Consulting Services** | | | **6.00** | **$3,540.00** |
| **Federal Tax Consulting Services** | | | | |
| Wadih AbouNasr | Partner | $800 | 1.00 | $800.00 |
| Michael J Feder | Partner | $626 | 5.00 | $3,130.00 |
| Stephen A Nauheim | Senior Managing Director | $518 | 1.00 | $518.00 |
| Nada ElSayed | Senior Manager | $500 | 1.00 | $500.00 |
| Rainbow H Lu | Director | $445 | 12.00 | $5,340.00 |
| Hanan Abboud | Manager | $400 | 3.00 | $1,200.00 |
| **Subtotal - Federal Tax Consulting Services** | | | **23.00** | **$11,488.00** |
| **Foreign Filing Services** | | | | |
| Thomas S Tyler | Director | $445 | 2.00 | $890.00 |
| Scott Singer | Senior Associate | $284 | 6.50 | $1,846.00 |
| Kaitlin A Carman | Associate | $205 | 17.10 | $3,505.50 |
| **Subtotal - Foreign Filing Services** | | | **25.60** | **$6,241.50** |
| **Transfer Pricing Services** | | | | |
| Adam M Katz | Partner | $626 | 1.00 | $626.00 |
| Frank M. Douglass | Partner | $626 | 2.00 | $1,252.00 |
| **Subtotal - Transfer Pricing Services** | | | **3.00** | **$1,878.00** |
| **Bankruptcy Requirements and Other Court Obligations** | | | | |
| Fannie Kurniawan | Associate (Bankruptcy) | $225 | 1.00 | $225.00 |
| **Subtotal - Bankruptcy Requirements and Other Court Obligations** | | | **1.00** | **$225.00** |
| **Total Hours and Compensation** | | | **58.60** | **$23,372.50** |