Exhibit C

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**
**PricewaterhouseCoopers LLP – Tax Advisors**
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2010 through July 31, 2010

## Tax Advisors

### State Tax Consulting Services

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 6/24/2010 | Gregory A Lee | Senior Managing Director | 0710H001: Research of Delaware tax laws and regulations related to tax issues of a dissolution by proclamation. Research and convey results to J. Kramer (PwC) related to possible revival actions and statute of limitations for judgments. | 1800 | $518.00 | 2.00 | $1,036.00 |
| 7/14/2010 | Jack Kramer | Partner | 0710H002: Meeting with J. Ciongoli (Lehman Brothers Estate) to discuss the NYS and NYC audit. Specifically with regard to INS and NYS treatment of investment income and netting. | 1800 | $626.00 | 3.00 | $1,878.00 |
| 7/30/2010 | Jack Kramer | Partner | 0710H003: Consultation and discussion with J. Ciongoli (Lehman Brothers Estate) related to corporate tax liabilities upon dissolution by proclamation, including prior liabilities for sales tax, income tax and responsible person taxes. | 1800 | $626.00 | 1.00 | $626.00 |
| **Subtotal – Hours and Compensation for State Tax Consulting Services** | | | | | | **6.00** | **$3,540.00** |

### Federal Tax Consulting Services

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/7/2010 | Wadih AbouNasr | Partner | 0710H004: Lebanon - Review tax implications in Lebanon in relation to the sale of an aircraft to a Lebanese company. | 1800 | $800.00 | 1.00 | $800.00 |
| 6/7/2010 | Nada ElSayed | Senior Manager | 0710H005: Lebanon - Review and provide comments on the tax implications in Lebanon in relation to the sale of an aircraft to a Lebanese company. | 1800 | $500.00 | 1.00 | $500.00 |

Exhibit C

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**
**PricewaterhouseCoopers LLP - Tax Advisors**
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2010 through July 31, 2010

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 6/7/2010 | Hanan Abboud | Manager | 0710H006: Lebanon - Research on tax implications in Lebanon in relation to the sale of an aircraft to a Lebanese company. | 1800 | $400.00 | 3.00 | $1,200.00 |
| 6/17/2010 | Stephen A Nauheim | Senior Managing Director | 0710H007: Conference call with Darryl Steinberg (Lehman Brothers Estate) regarding taxation of royalty streams. | 1800 | $518.00 | 1.00 | $518.00 |
| 7/6/2010 | Michael J Feder | Partner | 0710H008: Conference call with John Shanahan and Darryl Steinberg (both Lehman Brothers Estate) regarding Federal income tax treatment of income from cancellation of indebtedness and post-debt cancellation original issue by Lehman affiliate. | 1800 | $626.00 | 1.00 | $626.00 |
| 7/6/2010 | Michael J Feder | Partner | 0710H009: Review and analysis of Federal income tax treatment of income from cancellation of indebtedness and post-debt cancellation original issue discount accruals by Lehman affiliate per discussed in the conference call. | 1800 | $626.00 | 2.50 | $1,565.00 |
| 7/7/2010 | Rainbow H Lu | Director | 0710H010: Conference call with John Shanahan and Darryl Steinberg (both Lehman Brothers Estate) regarding Federal income tax treatment of income from cancellation of indebtedness and post-debt cancellation by Lehman affiliate. | 1800 | $445.00 | 1.00 | $445.00 |
| 7/7/2010 | Rainbow H Lu | Director | 0710H011: Research and draft summary addressing tax treatment of cancellation of indebtedness income and subsequent original issue discount accruals. | 1800 | $445.00 | 2.00 | $890.00 |

Exhibit C

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period June 1, 2010 through July 31, 2010**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|------|------|----------|-------------|-----------|------|-------|--------------------|
| 7/7/2010 | Rainbow H Lu | Director | 0710H012: Continue - Research and draft summary addressing tax treatment of cancellation of indebtedness income and subsequent original issue discount accruals. | 1800 | $445.00 | 3.00 | $1,335.00 |
| 7/8/2010 | Michael J Feder | Partner | 0710H013: Conference call with John Shanahan and Darryl Steinberg (both Lehman Brothers Estate) to obtain additional facts and tax issues regarding cancellation of debt. | 1800 | $626.00 | 1.00 | $626.00 |
| 7/9/2010 | Rainbow H Lu | Director | 0710H014: Conference call with John Shanahan and Darryl Steinberg (both Lehman Brothers Estate) to obtain additional facts and tax issues regarding cancellation of debt. | 1800 | $445.00 | 1.00 | $445.00 |
| 7/9/2010 | Rainbow H Lu | Director | 0710H015: Revise summary results from research, prepare and provide to John Shanahan and Darryl Steinberg (both Lehman Brothers Estate). | 1800 | $445.00 | 2.00 | $890.00 |
| 7/27/2010 | Michael J Feder | Partner | 0710H016: Conference call with John Shanahan (Lehman Brothers Estate) to discuss summary of research regarding cancellation of indebtedness income. | 1800 | $626.00 | 0.50 | $313.00 |
| 7/27/2010 | Rainbow H Lu | Director | 0710H017: Conference call with John Shanahan (Lehman Brothers Estate) to discuss summary of research regarding cancellation of indebtedness income. | 1800 | $445.00 | 0.50 | $222.50 |
| 7/27/2010 | Rainbow H Lu | Director | 0710H018: Finalize and distribute COD/OID analyses/consultations related to Lehman Bankruptcy. | 1800 | $445.00 | 2.50 | $1,112.50 |
| **Subtotal - Hours and Compensation for Federal Tax Consulting Services** | | | | | | **23.00** | **$11,488.00** |

**Foreign Filing Services**

Exhibit C

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period June 1, 2010 through July 31, 2010**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|------|------|----------|-------------|-----------|------|-------|--------------------|
| 4/2/2010 | Kaitlin A Carman | Associate | 0710H019: Review and evaluate prior year workpapers, and prior year client information request. | 1800 | $205.00 | 3.00 | $615.00 |
| 4/15/2010 | Thomas S Tyler | Director | 0710H020: Evaluate current year information needs and filing obligations. | 1800 | $445.00 | 1.00 | $445.00 |
| 4/15/2010 | Scott Singer | Senior Associate | 0710H021: Review and evaluate structure charts, prior year workpapers, and prior year client information request. | 1800 | $284.00 | 2.50 | $710.00 |
| 4/16/2010 | Thomas S Tyler | Director | 0710H022: Evaluate 2009 transactions and related impact on Lehman filings. | 1800 | $445.00 | 1.00 | $445.00 |
| 4/19/2010 | Scott Singer | Senior Associate | 0710H023: Evaluate the effects of the fund's structure changes in 2009 regarding any LBHI's foreign filing requirements. | 1800 | $284.00 | 2.00 | $568.00 |
| 4/19/2010 | Scott Singer | Senior Associate | 0710H024: Evaluate and determine if transfers of LBHI interest in LBREMF I/II will effect current year filings foreign filings. | 1800 | $284.00 | 2.00 | $568.00 |
| 5/10/2010 | Kaitlin A Carman | Associate | 0710H025: Prepare workpapers for 8858 filing of Lehman Brothers Offshore Real Estate Mezzanine Associates LTD: Balance sheet at 12/31/09, and Income statement for the period 1/1/09-12/31/09. | 1800 | $205.00 | 3.00 | $615.00 |
| 5/11/2010 | Kaitlin A Carman | Associate | 0710H026: Prepare workpapers for 8858 filing of Lehman Brothers Offshore Real Estate Mezzanine Associates LP: Roll forward capital to 12/31/09. | 1800 | $205.00 | 2.50 | $512.50 |

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**                                                      Exhibit C

**PricewaterhouseCoopers LLP - Tax Advisors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period June 1, 2010 through July 31, 2010**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|------|------|----------|-------------|-----------|------|-------|--------------------|
| 5/25/2010 | Kaitlin A Carman | Associate | 0710H027: Prepare workpapers for 8865 for NW Bermuda Holdings LP: Form 8865 Category testing for contributions and transfers, and roll forward capital to 12/31/09. | 1800 | $205.00 | 2.00 | $410.00 |
| 5/25/2010 | Kaitlin A Carman | Associate | 0710H028: Prepare workpapers for 8865 for NW Bermuda Holdings LP: Balance sheet at 12/31/09 and Income statement for the period 1/1/09-12/31/09. | 1800 | $205.00 | 2.80 | $574.00 |
| 5/26/2010 | Kaitlin A Carman | Associate | 0710H029: Prepare workpapers for 8865 for LBREM II Offshore AIV LP: Form 8865 category testing for contributions and transfers, roll forward capital to 12/31/09. | 1800 | $205.00 | 2.30 | $471.50 |
| 5/26/2010 | Kaitlin A Carman | Associate | 0710H030: Prepare workpapers for 8865 for LBREM II Offshore AIV LP: balance sheet at 12/31/09, and income statement for the period 1/1/09-12/31/09. | 1800 | $205.00 | 1.00 | $205.00 |
| 6/1/2010 | Kaitlin A Carman | Associate | 0710H031: Make corrections to form 8865, LBREM II Offshore AIV LP. | 1800 | $205.00 | 0.50 | $102.50 |
| **Subtotal - Hours and Compensation for Foreign Filing Services** | | | | | | **25.60** | **$6,241.50** |
| **Transfer Pricing Services** | | | | | | | |
| 7/1/2010 | Frank M. Douglass | Partner | 0710H032: Conference call with Darryl Steinberg and John Shanahan (both Lehman Brothers Estate) and Remco Van der Linden (PwC Amsterdam) to discuss Dutch corporate tax issues associated with LAMCO Netherlands holding company. | 1800 | $626.00 | 1.00 | $626.00 |

Exhibit C

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**
**PricewaterhouseCoopers LLP - Tax Advisors**
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2010 through July 31, 2010

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|------|------|----------|-------------|-----------|------|-------|--------------------|
| 7/21/2010 | Frank M. Douglass | Partner | 0710H033: Follow-up call with Darryl Steinberg and John Shanahan (both Lehman Brothers Estate) and Remco Van der Linden (PwC Amsterdam) to discuss Dutch corporate tax issues associated with LAMCO Netherlands holding company. | 1800 | $626.00 | 1.00 | $626.00 |
| 7/28/2010 | Adam M Katz | Partner | 0710H034: Technical consultation with Darryl Steinberg and John Shanahan (both Lehman Brothers Estate) and Remco Van der Linden (PwC Amsterdam) to discuss Dutch corporate tax issues associated with LAMCO Netherlands holding company. | 1800 | $626.00 | 1.00 | $626.00 |
| | **Subtotal - Hours and Compensation for Transfer Pricing Services** | | | | | **3.00** | **$1,878.00** |
| **Bankruptcy Requirements and Obligations** | | | | | | | |
| **Bankruptcy Requirements and Other Court Obligations** | | | | | | | |
| 6/29/2010 | Fannie Kurniawan | Associate (Bankruptcy) | 0710H035: Finalize and delivery of May 2010 Fee Application. | 4600 | $225.00 | 1.00 | $225.00 |
| | **Subtotal - Hours and Compensation for Bankruptcy Requirements and Other Court Obligations** | | | | | **1.00** | **$225.00** |
| | **Total Hours and Compensation** | | | | | **58.60** | **$23,372.50** |

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**                                    **Exhibit D**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary of Expenditures by Project and Type**
**For the Period June 1, 2010 through July 31, 2010**

| Transaction Type | Total Expenditures |
|---|---|
| **Federal Tax Consulting Services** | |
| Shipping | $78.31 |
| **Subtotal - Federal Tax Consulting Services** | **$78.31** |
| **Total Expenditures** | **$78.31** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded            Page 1 of 1
and reflected as payable in PwC's accounting system.  Accordingly, reimbursement for certain disbursements
sought in connection with this statement may be on account of expenses incurred during the prior statement            Tuesday, August 10, 2010

Exhibit E

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**
**PricewaterhouseCoopers LLP – Tax Advisors**
**Detail of Expenditures by Project and Date**
**For the Period June 1, 2010 through July 31, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| **Federal Tax Consulting Services** | | | | |
| 6/12/2010 | PricewaterhouseCoopers LLP | Shipping | 0710H0001: UNITED PARCEL SERVICE. | $7.10 |
| 6/12/2010 | PricewaterhouseCoopers LLP | Shipping | 0710H0002: UNITED PARCEL SERVICE. | $7.10 |
| 6/12/2010 | PricewaterhouseCoopers LLP | Shipping | 0710H0003: UNITED PARCEL SERVICE. | $7.10 |
| 6/12/2010 | PricewaterhouseCoopers LLP | Shipping | 0710H0004: UNITED PARCEL SERVICE. | $7.10 |
| 6/12/2010 | PricewaterhouseCoopers LLP | Shipping | 0710H0005: UNITED PARCEL SERVICE. | $7.10 |
| 7/3/2010 | Christopher John Campbell | Shipping | 0710H0006: UNITED PARCEL SERVICE. | $9.37 |
| 7/3/2010 | Christopher John Campbell | Shipping | 0710H0007: UNITED PARCEL SERVICE. | $8.36 |
| 7/3/2010 | Christopher John Campbell | Shipping | 0710H0008: UNITED PARCEL SERVICE. | $8.36 |
| 7/3/2010 | Christopher John Campbell | Shipping | 0710H0009: UNITED PARCEL SERVICE. | $8.36 |
| 7/3/2010 | Christopher John Campbell | Shipping | 0710H0010: UNITED PARCEL SERVICE. | $8.36 |
| **Subtotal - Federal Tax Consulting Services** | | | | $78.31 |
| **Total Expenditures** | | | | **$78.31** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit C.2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                      :

In re                                    :     Chapter 11
                                        :

LEHMAN BROTHERS HOLDINGS, INC., et. al.,    :     Case No. 08-13555 (JMP)
                                        :

               Debtors.              :     Jointly Administered
                                        :

------------------------------------------------------------------- X

## ELEVENTH MONTHLY FEE STATEMENT OF PRICEWATERHOUSECOOPERS LLP, TAX ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION FOR SERVICES <u>RENDERED AND FOR REIMBURSEMENT OF EXPENSES</u>

### <u>SUMMARY SHEET PART I</u>

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP (“<u>PwC</u>”) |
| Authorized to provide professional services to: | Debtors and debtors-in-possession |
| Date of Retention: | Order retaining PwC entered on July 16, 2009 [Docket No 4425] |
| Period for which compensation and reimbursement sought: | August 1, 2010 through August 31, 2010 |
| Amount of total fees incurred during this period: | $ 46,143.30 |
| Amount of expenses incurred during this period: | $ 1,346.37 |

This is a(n):  _x_  monthly  ___  interim  ___  final application.

PwC expended 2.00 hours and $450.00 associated with fee application preparation.

## SUMMARY OF PROFESSIONAL SERVICES

|  | Hours | Total Compensation |
|---|---|---|
| **Tax Advisors** | | |
| State Tax Consulting Services | 16.00 | $8,288.00 |
| Federal Tax Consulting Services | 49.00 | $29,313.00 |
| Foreign Filing Services | 29.70 | $7,021.30 |
| Transfer Pricing Services | 2.00 | $1,071.00 |
| **Subtotal - Tax Advisors** | **96.70** | **$45,693.30** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 2.00 | $450.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **2.00** | **$450.00** |
| **Total Hours and Compensation** | **98.70** | **$46,143.30** |

## SUMMARY BY BILLING TASK CODE

|  | Hours | Total Compensation |
|---|---|---|
| **General Business Operation Issues** | | |
| 1800    Tax Issues | 96.70 | $45,693.30 |
| **Subtotal - General Business Operation Issues** | **96.70** | **$45,693.30** |
| **Fee-Related Issues** | | |
| 4600    Firm's Own Billing/Fee Applications | 2.00 | $450.00 |
| **Subtotal - Fee-Related Issues** | **2.00** | **$450.00** |
| **Total Hours and Compensation** | **98.70** | **$46,143.30** |

## SUMMARY BY PROJECT AND PROFESSIONAL - HOURLY SERVICES

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **State Tax Consulting Services** | | | | |
| Gregory A Lee | Senior Managing Director | $518 | 12.00 | $6,216.00 |
| John A Verde | Senior Managing Director | $518 | 4.00 | $2,072.00 |
| **Subtotal - State Tax Consulting Services** | | | **16.00** | **$8,288.00** |
| **Federal Tax Consulting Services** | | | | |
| Jennifer D Kennedy | Partner | $785 | 13.50 | $10,597.50 |
| Kevin M Brown | Partner | $785 | 4.00 | $3,140.00 |
| Joseph Foy | Partner | $626 | 8.00 | $5,008.00 |
| Janice M Flood | Senior Managing Director | $518 | 5.00 | $2,590.00 |
| Linda Stiff | Senior Managing Director | $518 | 2.00 | $1,036.00 |

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| John Triolo | Director | $445 | 14.50 | $6,452.50 |
| Erena Antonakis | Senior Associate | $284 | 1.00 | $284.00 |
| Sandra Sevelkovaite | Associate | $205 | 1.00 | $205.00 |
| **Subtotal - Federal Tax Consulting Services** | | | **49.00** | **$29,313.00** |
| **Foreign Filing Services** | | | | |
| Thomas S Tyler | Director | $445 | 3.00 | $1,335.00 |
| Scott Singer | Manager | $357 | 1.40 | $499.80 |
| Kaitlin A Carman | Associate | $205 | 25.30 | $5,186.50 |
| **Subtotal - Foreign Filing Services** | | | **29.70** | **$7,021.30** |
| **Transfer Pricing Services** | | | | |
| Frank M. Douglass | Partner | $626 | 1.00 | $626.00 |
| John Triolo | Director | $445 | 1.00 | $445.00 |
| **Subtotal - Transfer Pricing Services** | | | **2.00** | **$1,071.00** |
| **Bankruptcy Requirements and Other Court Obligations** | | | | |
| Fannie Kurniawan | Associate (Bankruptcy) | $225 | 2.00 | $450.00 |
| **Subtotal - Bankruptcy Requirements and Other Court Obligations** | | | **2.00** | **$450.00** |
| **Total Hours and Compensation** | | | **98.70** | **$46,143.30** |

## EXPENSE SUMMARY

| Transaction Type | Total Expenditures |
|---|---|
| **Federal Tax Consulting Services** | |
| Airfare | $885.20 |
| Meals | $10.45 |
| Parking | $23.00 |
| Public/ground transportation | $427.72 |
| **Subtotal - Federal Tax Consulting Services** | **$1,346.37** |
| **Total Expenditures** | **$1,346.37** |

## EXPENSE BY BILLING TASK CODE

**General Business Operation Issues**

| | |
|---|---|
| **1800 - Tax Issues** | **$1,346.37** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                 :
In re                                                            :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS, INC., et. al.,                         :    Case No. 08-13555 (JMP)
                                                                 :
                                    Debtors.                     :    Jointly Administered
                                                                 :
---------------------------------------------------------------- X

       PricewaterhouseCoopers LLP ("PwC"), as tax advisors to Lehman Brothers Holdings,

Inc., et al., (collectively, the "Debtors"), hereby submits its Statement of Services Rendered and

Expenses Incurred (the "Statement") for the period August 1, 2010 through August 31, 2010 (the

"Statement Period").

**Itemization of Services Rendered and Disbursements Incurred by Category**

      1.     The following itemization breaks down the services rendered by PwC by the

service categories indicated and provides an aggregation of disbursements by category of

disbursement:

| | Hours | Total Compensation |
|---|---|---|
| **Tax Advisors** | | |
| State Tax Consulting Services | 16.00 | $8,288.00 |
| Federal Tax Consulting Services | 49.00 | $29,313.00 |
| Foreign Filing Services | 29.70 | $7,021.30 |
| Transfer Pricing Services | 2.00 | $1,071.00 |
| **Subtotal - Tax Advisors** | **96.70** | **$45,693.30** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 2.00 | $450.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **2.00** | **$450.00** |
| **Total Hours and Compensation** | **98.70** | **$46,143.30** |

      2.     The hours during the Statement Period for which PwC seeks compensation, are

set forth by each professional and the resulting fees are as follows:

4

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **State Tax Consulting Services** | | | | |
| Gregory A Lee | Senior Managing Director | $518 | 12.00 | $6,216.00 |
| John A Verde | Senior Managing Director | $518 | 4.00 | $2,072.00 |
| **Subtotal - State Tax Consulting Services** | | | **16.00** | **$8,288.00** |
| **Federal Tax Consulting Services** | | | | |
| Jennifer D Kennedy | Partner | $785 | 13.50 | $10,597.50 |
| Kevin M Brown | Partner | $785 | 4.00 | $3,140.00 |
| Joseph Foy | Partner | $626 | 8.00 | $5,008.00 |
| Janice M Flood | Senior Managing Director | $518 | 5.00 | $2,590.00 |
| Linda Stiff | Senior Managing Director | $518 | 2.00 | $1,036.00 |
| John Triolo | Director | $445 | 14.50 | $6,452.50 |
| Erena Antonakis | Senior Associate | $284 | 1.00 | $284.00 |
| Sandra Sevelkovaite | Associate | $205 | 1.00 | $205.00 |
| **Subtotal - Federal Tax Consulting Services** | | | **49.00** | **$29,313.00** |
| **Foreign Filing Services** | | | | |
| Thomas S Tyler | Director | $445 | 3.00 | $1,335.00 |
| Scott Singer | Manager | $357 | 1.40 | $499.80 |
| Kaitlin A Carman | Associate | $205 | 25.30 | $5,186.50 |
| **Subtotal - Foreign Filing Services** | | | **29.70** | **$7,021.30** |
| **Transfer Pricing Services** | | | | |
| Frank M. Douglass | Partner | $626 | 1.00 | $626.00 |
| John Triolo | Director | $445 | 1.00 | $445.00 |
| **Subtotal - Transfer Pricing Services** | | | **2.00** | **$1,071.00** |
| **Bankruptcy Requirements and Other Court Obligations** | | | | |
| Fannie Kurniawan | Associate (Bankruptcy) | $225 | 2.00 | $450.00 |
| **Subtotal - Bankruptcy Requirements and Other Court Obligations** | | | **2.00** | **$450.00** |
| **Total Hours and Compensation** | | | **98.70** | **$46,143.30** |

3.      <u>State Tax Consulting Services</u>: During the Statement Period, PwC professionals provided consultations and discussions related to liabilities upon dissolution, including sales tax, income tax and responsible person. PwC professionals also performed research and consultations regarding the NYS and NYC Audit.

4.      <u>Federal Tax Consulting Services</u>: During the Statement Period, PwC professionals provided services for the benefit of the estate and assisting Alvarez & Marcel, including discussion and consultations with various personnel from Bingham McCutchen and Lehman on audit issues associated with various FTC Transactions and other Bankruptcy matters. PwC professionals also reviewed and provided comments to Lehman Brothers with regards to interpretations of Rev Proc 2009-52 in relation to 5 year net operating loss carryback.

5.      <u>Foreign Filing Services</u>: During the Statement Period, PwC professionals provided began the preparation process for various information filings to be included within the Lehman consolidated return.  The filings include forms 8865 and 8858 related to Lehman's general and limited partner investments in real estate mezzanine debt related entities.

6.      <u>Transfer Pricing Services</u>: During the Statement Period, PwC professionals provided consultations regarding LAMCO's Dutch tax structure and the completion of the relevant licensing applications in the Netherlands.

7.      <u>Bankruptcy Requirements and Other Court Obligations</u>: PwC bankruptcy professionals provided consultation to the client-service teams regarding the requirements of the bankruptcy billing for the fee applications.  The client-service teams prepared the necessary supporting documentation for the tenth monthly bankruptcy fee statement (June - July 2010) and providing services to the Debtors to ensure compliance with the regulations and guidance distributed for this case.

8.      The hourly time records of PwC, annexed hereto as Exhibits B through C, provide a summary and daily breakdown of the time spent by each PwC timekeeper.

9.     PwC professionals incurred the following expenditures during the Statement Period and the details are annexed hereto as Exhibits D through E, provide a summary and daily breakdown of the expenses incurred by each PwC timekeeper.

| Transaction Type | Total Expenditures |
|---|---|
| **Federal Tax Consulting Services** | |
| Airfare | $885.20 |
| Meals | $10.45 |
| Parking | $23.00 |
| Public/ground transportation | $427.72 |
| **Subtotal - Federal Tax Consulting Services** | **$1,346.37** |
| **Total Expenditures** | **$1,346.37** |

### Total Fees and Expenses Sought for the Statement Period

10.     The total amounts sought for fees for professional services rendered and reimbursements of disbursements incurred for the Statement Period are as follows:

| | Hours | Total Compensation |
|---|---|---|
| **Tax Advisors** | | |
| State Tax Consulting Services | 16.00 | $8,288.00 |
| Federal Tax Consulting Services | 49.00 | $29,313.00 |
| Foreign Filing Services | 29.70 | $7,021.30 |
| Transfer Pricing Services | 2.00 | $1,071.00 |
| **Subtotal - Tax Advisors** | **96.70** | **$45,693.30** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 2.00 | $450.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **2.00** | **$450.00** |
| **Total Hours and Compensation** | **98.70** | **$46,143.30** |
| **Total Expenditures** | | **$1,346.37** |
| **Total Hours, Compensation and Expenditures** | | **$47,489.67** |

Date:  September 29, 2010                    PRICEWATERHOUSECOOPERS LLP
                                             Tax Advisors to the Debtors and Debtors in
                                             Possession


                                             _____
                                             Joseph Foy, Partner
                                             PricewaterhouseCoopers LLP
                                             300 Madison Avenue
                                             New York, NY 10017
                                             Telephone: (646) 471-8628
                                             Facsimile: (646) 471- 8873

**<u>Schedule of Exhibits</u>**

**SERVICES RENDERED - SUMMARY**

- <u>Exhibit A</u>, provides a summary of the hours and compensation by project;
- <u>Exhibit A-1</u>, provides a summary of the hours and compensation by task code.


**SERVICES RENDERED - HOURLY FEES**

- <u>Exhibit B</u>, provides the project category, name and position of each hourly professional, cumulative hours worked, hourly billing rates for the compensation, and the corresponding fees requested;
- <u>Exhibit C</u>, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity.


**EXPENDITURES INCURRED**

- <u>Exhibit D</u>, provides the expenditures incurred by type; and
- <u>Exhibit E</u>, provides the expenditure details incurred by professional and date.

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**                    **Exhibit A**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary of Hours and Compensation by Project**
**For the Period August 1, 2010 through August 31, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **Tax Advisors** | | |
| State Tax Consulting Services | 16.00 | $8,288.00 |
| Federal Tax Consulting Services | 49.00 | $29,313.00 |
| Foreign Filing Services | 29.70 | $7,021.30 |
| Transfer Pricing Services | 2.00 | $1,071.00 |
| **Subtotal - Tax Advisors** | **96.70** | **$45,693.30** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 2.00 | $450.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **2.00** | **$450.00** |
| **Total Hours and Compensation** | **98.70** | **$46,143.30** |

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**                    **Exhibit A-1**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary of Hours and Compensation by Uniform Billing Task Codes**
**For the Period August 1, 2010 through August 31, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **General Business Operation Issues** | | |
| 1800      Tax Issues | 96.70 | $45,693.30 |
| **Subtotal - General Business Operation Issues** | **96.70** | **$45,693.30** |
| **Fee-Related Issues** | | |
| 4600      Firm's Own Billing/Fee Applications | 2.00 | $450.00 |
| **Subtotal - Fee-Related Issues** | **2.00** | **$450.00** |
| **Total Hours and Compensation** | **98.70** | **$46,143.30** |

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**                     **Exhibit B**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period August 1, 2010 through August 31, 2010**

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **State Tax Consulting Services** | | | | |
| Gregory A Lee | Senior Managing Director | $518 | 12.00 | $6,216.00 |
| John A Verde | Senior Managing Director | $518 | 4.00 | $2,072.00 |
| **Subtotal - State Tax Consulting Services** | | | **16.00** | **$8,288.00** |
| **Federal Tax Consulting Services** | | | | |
| Jennifer D Kennedy | Partner | $785 | 13.50 | $10,597.50 |
| Kevin M Brown | Partner | $785 | 4.00 | $3,140.00 |
| Joseph Foy | Partner | $626 | 8.00 | $5,008.00 |
| Janice M Flood | Senior Managing Director | $518 | 5.00 | $2,590.00 |
| Linda Stiff | Senior Managing Director | $518 | 2.00 | $1,036.00 |
| John Triolo | Director | $445 | 14.50 | $6,452.50 |
| Erena Antonakis | Senior Associate | $284 | 1.00 | $284.00 |
| Sandra Sevelkovaite | Associate | $205 | 1.00 | $205.00 |
| **Subtotal - Federal Tax Consulting Services** | | | **49.00** | **$29,313.00** |
| **Foreign Filing Services** | | | | |
| Thomas S Tyler | Director | $445 | 3.00 | $1,335.00 |
| Scott Singer | Manager | $357 | 1.40 | $499.80 |
| Kaitlin A Carman | Associate | $205 | 25.30 | $5,186.50 |
| **Subtotal - Foreign Filing Services** | | | **29.70** | **$7,021.30** |
| **Transfer Pricing Services** | | | | |
| Frank M. Douglass | Partner | $626 | 1.00 | $626.00 |
| John Triolo | Director | $445 | 1.00 | $445.00 |
| **Subtotal - Transfer Pricing Services** | | | **2.00** | **$1,071.00** |
| **Bankruptcy Requirements and Other Court Obligations** | | | | |
| Fannie Kurniawan | Associate (Bankruptcy) | $225 | 2.00 | $450.00 |
| **Subtotal - Bankruptcy Requirements and Other Court Obligations** | | | **2.00** | **$450.00** |
| **Total Hours and Compensation** | | | **98.70** | **$46,143.30** |

Monday, September 27, 2010

Exhibit C

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period August 1, 2010 through August 31, 2010**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|------|------|----------|-------------|-----------|------|-------|--------------------|
| **Tax Advisors** | | | | | | | |
| **State Tax Consulting Services** | | | | | | | |
| 8/2/2010 | John A Verde | Senior Managing Director | 08I0H001: Meeting and discussion with Mike Morgese (Lehman Brothers Estate) regarding NYS audit, IDR repo/reverse treatment in NYS and the treatment of other investment capital. | 1800 | $518.00 | 3.00 | $1,554.00 |
| 8/9/2010 | Gregory A Lee | Senior Managing Director | 08I0H002: Research and support for NYS audit inquiry related to investment capital and liabilities attributable to investment capital. | 1800 | $518.00 | 4.00 | $2,072.00 |
| 8/25/2010 | Gregory A Lee | Senior Managing Director | 08I0H003: Research tax laws and regulations related to expenses attributable to investment capital, as well as 95% safe harbor provisions for expense attribution. | 1800 | $518.00 | 3.00 | $1,554.00 |
| 8/26/2010 | John A Verde | Senior Managing Director | 08I0H004: Discussion with Mike Morgese (Lehman Brothers Estate) related to Article 32 bank tax and estimated tax payments. | 1800 | $518.00 | 1.00 | $518.00 |
| 8/31/2010 | Gregory A Lee | Senior Managing Director | 08I0H005: Discussion with John Verde and Jonathan Robin (Both PwC) related to decombination of LBHI and LBI. | 1800 | $518.00 | 3.00 | $1,554.00 |
| 8/31/2010 | Gregory A Lee | Senior Managing Director | 08I0H006: Research NYS tax on subsidiary capital exposure and stand-alone tax liability of LBHI if decombined. | 1800 | $518.00 | 2.00 | $1,036.00 |
| **Subtotal - Hours and Compensation for State Tax Consulting Services** | | | | | | **16.00** | **$8,288.00** |
| **Federal Tax Consulting Services** | | | | | | | |

**Exhibit C**

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period August 1, 2010 through August 31, 2010**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|------|------|----------|-------------|-----------|------|-------|--------------------|
| 8/4/2010 | Joseph Foy | Partner | 0810H007: Meeting with Sal BArbuzza, Mike Saxman and Tony Zangry (Lehman Brothers Estate) to discuss and review five year net operating loss carryback calculation under 2009-52. | 1800 | $626.00 | 4.00 | $2,504.00 |
| 8/4/2010 | Joseph Foy | Partner | 0810H008: Review of Lehman Brothers' net operating loss carryback issues. | 1800 | $626.00 | 1.00 | $626.00 |
| 8/5/2010 | Joseph Foy | Partner | 0810H009: Meetings with Lehman Brothers Tax Group to discuss issues and procedures with regards to five year net operating loss carryback. | 1800 | $626.00 | 3.00 | $1,878.00 |
| 8/9/2010 | John Triolo | Director | 0810H010: Conference call with Sherri Dillion (Bingham McCuthen) and Tax Counsel for the Lehman Brothers Estate with regards to capital loss deductions being disputed with the IRS. | 1800 | $445.00 | 0.50 | $222.50 |
| 8/19/2010 | John Triolo | Director | 08l0H011: Conference call with Andrey Ulyanenko (Lehman Brothers Estate) with regards to historic FAS 109 questions and deferred tax asset allocations. | 1800 | $445.00 | 1.00 | $445.00 |
| 8/20/2010 | Jennifer D Kennedy | Partner | 08l0H012: Meeting with Linda Stiff and Kevin Brown (Both PwC) regarding net operating loss carryback claim and issues for consideration. | 1800 | $785.00 | 0.50 | $392.50 |
| 8/20/2010 | Kevin M Brown | Partner | 08l0H013: Meeting with Linda Stiff and Jennifer Kennedy (Both PwC) regarding net operating loss carryback claim and issues for consideration. | 1800 | $785.00 | 0.50 | $392.50 |
| 8/20/2010 | Linda Stiff | Senior Managing Director | 08l0H014: Meeting with Kevin Brown and Jennifer Kennedy (Both PwC) regarding net operating loss carryback claim and issues for consideration. | 1800 | $518.00 | 0.50 | $259.00 |

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**

**Exhibit C**

**PricewaterhouseCoopers LLP - Tax Advisors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period August 1, 2010 through August 31, 2010**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 8/20/2010 | Kevin M Brown | Partner | 0810H015: Review of net operating loss carryback claim and issues for consideration. | 1800 | $785.00 | 1.50 | $1,177.50 |
| 8/20/2010 | Linda Stiff | Senior Managing Director | 0810H016: Review of net operating loss carryback claim and issues for consideration. | 1800 | $518.00 | 0.50 | $259.00 |
| 8/23/2010 | John Triolo | Director | 0810H017: Review of Rev Proc 2009-52 and 2010-58 with regards to net operating loss carryback claim. | 1800 | $445.00 | 1.00 | $445.00 |
| 8/24/2010 | John Triolo | Director | 0810H018: Conference call with Jennifer Kennedy (PwC) to discuss Lehman Brothers implication of 2009-52. | 1800 | $445.00 | 0.50 | $222.50 |
| 8/24/2010 | Jennifer D Kennedy | Partner | 0810H019: Conference with John Triolo (PwC) to discuss Lehman Brothers implication of 2009-52. | 1800 | $785.00 | 0.50 | $392.50 |
| 8/24/2010 | John Triolo | Director | 0810H020: Meeting with Sal BArbuzza, Mike Saxman and Tony Zangry (Lehman Brothers Estate) to discuss and review five year net operating loss carryback calculation under 2009-52. | 1800 | $445.00 | 3.50 | $1,557.50 |
| 8/24/2010 | Kevin M Brown | Partner | 0810H021: Research on 1139 filing. | 1800 | $785.00 | 2.00 | $1,570.00 |
| 8/24/2010 | Linda Stiff | Senior Managing Director | 0810H022: Review strategy for claim refund. | 1800 | $518.00 | 1.00 | $518.00 |
| 8/25/2010 | John Triolo | Director | 0810H023: Conference call with Chris Bowers (Bingham McCutchen) to discuss net operating loss regarding carryback claims and impact on foreign source income. | 1800 | $445.00 | 0.50 | $222.50 |

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**
Exhibit C

**PricewaterhouseCoopers LLP - Tax Advisors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period August 1, 2010 through August 31, 2010**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|------|------|----------|-------------|-----------|------|-------|--------------------|
| 8/26/2010 | Erena Antonakis | Senior Associate | 0810H024: Review of Lehman Brothers Consolidated Returns with regards to five year net operating loss carryback. | 1800 | $284.00 | 1.00 | $284.00 |
| 8/26/2010 | Jennifer D Kennedy | Partner | 0810H025: Conference call with John Triolo (PwC) regarding background on net operating loss carryback issues identified by Client. | 1800 | $785.00 | 0.50 | $392.50 |
| 8/26/2010 | John Triolo | Director | 0810H026: Conference call with Jennifer Kennedy (PwC) regarding background on net operating loss carryback issued identified by Client. | 1800 | $445.00 | 0.50 | $222.50 |
| 8/26/2010 | Sandra Sevelkovaite | Associate | 0810H027: Review of five year net operating loss carryback. | 1800 | $205.00 | 1.00 | $205.00 |
| 8/27/2010 | Jennifer D Kennedy | Partner | 0810H028: Prepare for client meeting and review client computations of net operating loss carryback. | 1800 | $785.00 | 1.00 | $785.00 |
| 8/27/2010 | John Triolo | Director | 0810H029: Review Rev Proc 2009-52 with regards to Lehman Brothers net operating loss. | 1800 | $445.00 | 2.00 | $890.00 |
| 8/30/2010 | Jennifer D Kennedy | Partner | 0810H030: Review client calculations, model tax liability resulting from net operating loss carryback and review authorities to prepare for meeting. | 1800 | $785.00 | 4.00 | $3,140.00 |
| 8/30/2010 | Jennifer D Kennedy | Partner | 0810H031: Continue - Review client calculations, model tax liability resulting from net operating loss carryback and review authorities to prepare for meeting. | 1800 | $785.00 | 2.00 | $1,570.00 |
| 8/30/2010 | John Triolo | Director | 0810H032: Review five year net operating loss carryback. | 1800 | $445.00 | 1.00 | $445.00 |

Exhibit C

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**
**PricewaterhouseCoopers LLP – Tax Advisors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period August 1, 2010 through August 31, 2010**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 8/31/2010 | Janice M Flood | Senior Managing Director | 0810H033: Meeting with Lehman Brothers Tax Group and Jennifer Kennedy (PwC) to discuss issues and procedures with regards to five year net operating loss carryback. | 1800 | $518.00 | 3.00 | $1,554.00 |
| 8/31/2010 | Janice M Flood | Senior Managing Director | 0810H034: Continue - Meeting with Lehman Brothers Tax Group and Jennifer Kennedy (PwC) to discuss issues and procedures with regards to five year net operating loss carryback. | 1800 | $518.00 | 2.00 | $1,036.00 |
| 8/31/2010 | Jennifer D Kennedy | Partner | 0810H035: Meeting with Lehman Brothers Tax Group and Janice Flood (PwC) to discuss issues and procedures with regards to five year net operating loss carryback. | 1800 | $785.00 | 3.00 | $2,355.00 |
| 8/31/2010 | Jennifer D Kennedy | Partner | 0810H036: Continue - Meeting with Lehman Brothers Tax Group and Janice Flood (PwC) to discuss issues and procedures with regards to five year net operating loss carryback. | 1800 | $785.00 | 2.00 | $1,570.00 |
| 8/31/2010 | John Triolo | Director | 0810H037: Meeting with Sal BArbuzza, Tony Zangry, Mike Saxman and Charlie Maselli (All Lehman Brothers Estate) to discuss and review net operating loss carryback claim. | 1800 | $445.00 | 2.00 | $890.00 |
| 8/31/2010 | John Triolo | Director | 0810H038: Conference call with Chris Bowers (Bingham McCutchen) to discuss net operating loss carryback claim and IRS procedures. | 1800 | $445.00 | 2.00 | $890.00 |
| **Subtotal - Hours and Compensation for Federal Tax Consulting Services** | | | | | | **49.00** | **$29,313.00** |

**Foreign Filing Services**

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period August 1, 2010 through August 31, 2010**

Exhibit C

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|------|------|----------|-------------|-----------|------|-------|--------------------|
| 8/20/2010 | Scott Singer | Manager | 0810H039: Review LBREM I filing work papers and 8858s and 8865s (PCCP Offshore RE Mezz Assoc LP, PCCP Offshore RE Mezz Assoc Ltd, PCCP Offshore Mezz Recovery Partners (Norban) I, LP). | 1800 | $357.00 | 1.40 | $499.80 |
| 8/20/2010 | Kaitlin A Carman | Associate | 0810H040: Update LBREM I filing work papers and 8858s and 8865s (PCCP Offshore RE Mezz Assoc LP, PCCP Offshore RE Mezz Assoc Ltd, PCCP Offshore Mezz Recovery Partners (Norban) I, LP). | 1800 | $205.00 | 3.00 | $615.00 |
| 8/23/2010 | Kaitlin A Carman | Associate | 0810H041: Create Condor Loan work papers and complete condor loan 8858s (NW II Bermuda Holdings, LP, LBREM II Europe Sarl Class B, LBREM II Luxco Sarl Class B, LBREM II NW Holdings Sarl Class B). | 1800 | $205.00 | 0.30 | $61.50 |
| 8/23/2010 | Thomas S Tyler | Director | 0810H042: Lehman Brothers Initial review of Forms 8858 and 8865 (8865 for NW Bermuda Holdings LP, 8858 filing of Lehman Brothers Offshore Real Estate Mezzanine Associates LP, 8858 filing of Lehman Brothers Offshore Real Estate Mezzanine Associates LTD, 88 | 1800 | $445.00 | 3.00 | $1,335.00 |
| 8/25/2010 | Kaitlin A Carman | Associate | 0810H043: Create Condor Loan work papers and complete condor loan 8858s (NW II Bermuda Holdings, LP, LBREM II Europe Sarl Class B, LBREM II Luxco Sarl Class B, LBREM II NW Holdings Sarl Class B). | 1800 | $205.00 | 2.00 | $410.00 |

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**    Exhibit C

**PricewaterhouseCoopers LLP - Tax Advisors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period August 1, 2010 through August 31, 2010**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|------|------|----------|-------------|-----------|------|-------|--------------------|
| 8/25/2010 | Kaitlin A Carman | Associate | 08 0H044: Update 8865 for PCCP Offshore Mezzanine Recovery Partners ( Norban) O, L.P, and LBREM II Offshore AIV , L.P. 8858 for LBOREMA II LP and LTD. | 1800 | $205.00 | 4.00 | $820.00 |
| 8/25/2010 | Kaitlin A Carman | Associate | 08 0H045: Continue - Update 8865 for PCCP Offshore Mezzanine Recovery Partners ( Norban) O, L.P, and LBREM II Offshore AIV , L.P. 8858 for LBOREMA II LP and LTD. | 1800 | $205.00 | 2.00 | $410.00 |
| 8/26/2010 | Kaitlin A Carman | Associate | 08 0H046: Create and update Condor Loan work papers and complete condor loan 8858s (NW II Bermuda Holdings, LP, LBREM II Europe Sarl Class B, LBREM II Luxco Sarl Class B, LBREM II NW Holdings Sarl Class B). | 1800 | $205.00 | 5.00 | $1,025.00 |
| 8/26/2010 | Kaitlin A Carman | Associate | 08 0H047: Continue - Create and update Condor Loan work papers and complete condor loan 8858s (NW II Bermuda Holdings, LP, LBREM II Europe Sarl Class B, LBREM II Luxco Sarl Class B, LBREM II NW Holdings Sarl Class B). | 1800 | $205.00 | 5.00 | $1,025.00 |
| 8/27/2010 | Kaitlin A Carman | Associate | 08 0H048: Create and update Condor Loan work papers and complete condor loan 8858s (NW II Bermuda Holdings, LP, LBREM II Europe Sarl Class B, LBREM II Luxco Sarl Class B, LBREM II NW Holdings Sarl Class B). | 1800 | $205.00 | 4.00 | $820.00 |
| **Subtotal - Hours and Compensation for Foreign Filing Services** | | | | | | **29.70** | **$7,021.30** |

**Transfer Pricing Services**

Exhibit C

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period August 1, 2010 through August 31, 2010**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|------|------|----------|-------------|-----------|------|-------|--------------------|
| 8/10/2010 | John Triolo | Director | 08I0H049: Conference call with Frank Douglass (PwC) and Remco Van der Linden (PwC Amsterdam) to discuss LAMCO's Dutch tax structure and the completion of the relevant licensing applications in the Netherlands. | 1800 | $445.00 | 1.00 | $445.00 |
| 8/10/2010 | Frank M. Douglass | Partner | 08I0H050: Conference call with John Triolo (PwC) and Remco Van der Linden (PwC Amsterdam) to discuss LAMCO's Dutch tax structure and the completion of the relevant licensing applications in the Netherlands. | 1800 | $626.00 | 1.00 | $626.00 |
| **Subtotal - Hours and Compensation for Transfer Pricing Services** | | | | | | **2.00** | **$1,071.00** |
| **Bankruptcy Requirements and Obligations** | | | | | | | |
| **Bankruptcy Requirements and Other Court Obligations** | | | | | | | |
| 8/26/2010 | Fannie Kurniawan | Associate (Bankruptcy) | 08I0H051: Prepare and finalize June - July 2010 Fee Statement. | 4600 | $225.00 | 2.00 | $450.00 |
| **Subtotal - Hours and Compensation for Bankruptcy Requirements and Other Court Obligations** | | | | | | **2.00** | **$450.00** |
| **Total Hours and Compensation** | | | | | | **98.70** | **$46,143.30** |