**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**  Exhibit D
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary of Expenditures by Project and Type**
**For the Period August 1, 2010 through August 31, 2010**

| Transaction Type | Total Expenditures |
|---|---:|
| **Federal Tax Consulting Services** | |
| Airfare | $885.20 |
| Meals | $10.45 |
| Parking | $23.00 |
| Public/ground transportation | $427.72 |
| **Subtotal - Federal Tax Consulting Services** | **$1,346.37** |
| **Total Expenditures** | **$1,346.37** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Monday, September 27, 2010

Lehman Brothers Holdings Inc., et al (08-13555-JMP)  
PricewaterhouseCoopers LLP - Tax Advisors  
Detail of Expenditures by Project and Date  
For the Period August 1, 2010 through August 31, 2010

Exhibit E

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **Federal Tax Consulting Services** | | | | |
| 8/4/2010 | Joseph Foy | Public/ground transportation | 0810E0001: NYC TAXI MED 5G32 09 LONG ISLAND, NY - TAXI FROM PWC OFFICE TO CLIENT OFFICE. | $21.84 |
| 8/4/2010 | Joseph Foy | Public/ground transportation | 0810E0002: 55 STAN OPERATING CO LONG ISLAND CITY, NYF - FROM CLIENT OFFICE TO PWC OFFICE. | $21.74 |
| 8/4/2010 | John Triolo | Parking | 0810E0003: 101 HUDSON ST #417 8 JERSEY CITY, NJ - PARKING AT CLIENT SITE. | $23.00 |
| 8/5/2010 | Joseph Foy | Public/ground transportation | 0810E0004: CORPORATE TRANSPORT BROOKLYN, NY - TAXI TO CLIENT OFFICES - BUSINESS MEETINGS. | $274.38 |
| 8/6/2010 | Joseph Foy | Public/ground transportation | 0810E0005: NYC TAXI MED 2C91 09 NEW YORK, NY - FROM PWC OFFICE TO CLIENT OFFICE. | $11.76 |
| 8/27/2010 | Janice M Flood | Airfare | 0810E0006: UNITED AIRLINES MIAMI LAKES, FL - CHICAGO, IL TO JERSEY CITY, NJ ROUNDTRIP - AIRFARE FOR BUSINESS MEETING. | $878.20 |
| 8/30/2010 | Janice M Flood | Airfare | 0810E0007: TRAVEL SERVICE FEE - AIRFARE FOR BUSINESS MEETING. | $7.00 |
| 8/31/2010 | Janice M Flood | Public/ground transportation | 0810E0008: WEST SUBURBAN LIMO - TAXI FROM HOME TO AIRPORT. | $50.00 |
| 8/31/2010 | Janice M Flood | Public/ground transportation | 0810E0009: WEST SUBURBAN LIMO - TAXI FROM AIRPORT TO HOME. | $48.00 |
| 8/31/2010 | Janice M Flood | Meals | 0810E0010: MEALS - DINNER, SELF. | $10.45 |
| Subtotal - Federal Tax Consulting Services | | | | $1,346.37 |
| **Total Expenditures** | | | | **$1,346.37** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Page 1 of 1  
Monday, September 27, 2010

**Exhibit C.3**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et. al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**TWELFTH MONTHLY FEE STATEMENT OF
PRICEWATERHOUSECOOPERS LLP, TAX ADVISORS TO THE DEBTORS
AND DEBTORS-IN-POSSESSION, FOR COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

**SUMMARY SHEET PART I**

| Name of Applicant: | PricewaterhouseCoopers LLP ("PwC") |
|---|---|
| Authorized to provide professional services to: | Debtors and debtors-in-possession |
| Date of Retention: | Order retaining PwC entered on July 16, 2009 [Docket No 4425] |
| Period for which compensation and reimbursement sought: | September 1, 2010 through September 30, 2010 |
| Amount of total fees incurred during this period: | $ 88,237.20 |
| Amount of expenses incurred during this period: | $ 1,059.55 |

This is a(n):  _x_  monthly    ___ interim    ___ final application.

PwC expended 3.80 hours and $855.00 associated with fee application preparation.

1

## SUMMARY OF PROFESSIONAL SERVICES

|  | Hours | Total Compensation |
|---|---:|---:|
| **Tax Advisors** | | |
| State Tax Consulting Services | 13.00 | $6,588.00 |
| Federal Tax Consulting Services | 109.90 | $52,001.70 |
| Foreign Filing Services | 33.50 | $9,183.50 |
| Tax Controversy Services | 51.40 | $19,609.00 |
| **Subtotal - Tax Advisors** | **207.80** | **$87,382.20** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 3.80 | $855.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **3.80** | **$855.00** |
| **Total Hours and Compensation** | **211.60** | **$88,237.20** |

## SUMMARY BY BILLING TASK CODE

|  | Hours | Total Compensation |
|---|---:|---:|
| **General Business Operation Issues** | | |
| 1800    Tax Issues | 207.80 | $87,382.20 |
| **Subtotal - General Business Operation Issues** | **207.80** | **$87,382.20** |
| **Fee-Related Issues** | | |
| 4600    Firm's Own Billing/Fee Applications | 3.80 | $855.00 |
| **Subtotal - Fee-Related Issues** | **3.80** | **$855.00** |
| **Total Hours and Compensation** | **211.60** | **$88,237.20** |

## SUMMARY BY PROJECT AND PROFESSIONAL - HOURLY SERVICES

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---:|---:|---:|
| **State Tax Consulting Services** | | | | |
| Gregory A Lee | Senior Managing Director | $518 | 8.00 | $4,144.00 |
| John A Verde | Senior Managing Director | $518 | 3.00 | $1,554.00 |
| Jonathan Robin | Director | $445 | 2.00 | $890.00 |
| **Subtotal - State Tax Consulting Services** | | | **13.00** | **$6,588.00** |
| **Federal Tax Consulting Services** | | | | |
| Jennifer D Kennedy | Partner | $785 | 4.00 | $3,140.00 |
| Kevin M Brown | Partner | $785 | 6.00 | $4,710.00 |
| Daniel J Wiles | Senior Managing Director | $518 | 6.30 | $3,263.40 |
| Janice M Flood | Senior Managing Director | $518 | 9.00 | $4,662.00 |
| Linda Stiff | Senior Managing Director | $518 | 1.00 | $518.00 |
| Jennifer E Breen | Director | $445 | 54.70 | $24,341.50 |

2

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| John Triolo | Director | $445 | 14.00 | $6,230.00 |
| Adam Rosner | Manager | $357 | 1.50 | $535.50 |
| Avery E Gray | Manager | $357 | 10.90 | $3,891.30 |
| Niki Wilkinson | Senior Associate | $284 | 2.50 | $710.00 |
| **Subtotal - Federal Tax Consulting Services** | | | **109.90** | **$52,001.70** |
| **Foreign Filing Services** | | | | |
| Thomas S Tyler | Director | $445 | 3.00 | $1,335.00 |
| Scott Singer | Manager | $357 | 10.50 | $3,748.50 |
| Kaitlin A Carman | Associate | $205 | 20.00 | $4,100.00 |
| **Subtotal - Foreign Filing Services** | | | **33.50** | **$9,183.50** |
| **Tax Controversy Services** | | | | |
| Christopher Farwell | Director | $445 | 36.80 | $16,376.00 |
| Joseph Borgese | Director | $445 | 1.00 | $445.00 |
| Ellen Shvets | Associate | $205 | 12.00 | $2,460.00 |
| Natalie Burns | Associate | $205 | 1.60 | $328.00 |
| **Subtotal - Tax Controversy Services** | | | **51.40** | **$19,609.00** |
| **Bankruptcy Requirements and Other Court Obligations** | | | | |
| Steven D Coleman | Associate (Bankruptcy) | $225 | 3.80 | $855.00 |
| **Subtotal - Bankruptcy Requirements and Other Court Obligations** | | | **3.80** | **$855.00** |
| **Total Hours and Compensation** | | | **211.60** | **$88,237.20** |

## EXPENSE SUMMARY

| Transaction Type | Total Expenditures |
|---|---|
| **Federal Tax Consulting Services** | |
| Airfare | $708.40 |
| Parking | $59.00 |
| Public/ground transportation | $257.00 |
| Shipping | $35.15 |
| **Subtotal - Federal Tax Consulting Services** | **$1,059.55** |
| **Total Expenditures** | **$1,059.55** |

## EXPENSE BY BILLING TASK CODE

**General Business Operation Issues**
**1800 - Tax Issues** $1,059.55

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
: 
In re : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS, INC., et. al., : Case No. 08-13555 (JMP)
: 
Debtors. : Jointly Administered
: 
---------------------------------------------------------------------- X

PricewaterhouseCoopers LLP ("PwC"), as tax advisors to Lehman Brothers Holdings, Inc., et al., (collectively, the "Debtors"), hereby submits its Statement of Services Rendered and Expenses Incurred (the "Statement") for the period September 1, 2010 through September 30, 2010 (the "Statement Period").

### Itemization of Services Rendered and Disbursements Incurred by Category

1. The following itemization breaks down the services rendered by PwC by the service categories indicated and provides an aggregation of disbursements by category of disbursement:

|  | Hours | Total Compensation |
|---|---|---|
| **Tax Advisors** | | |
| State Tax Consulting Services | 13.00 | $6,588.00 |
| Federal Tax Consulting Services | 109.90 | $52,001.70 |
| Foreign Filing Services | 33.50 | $9,183.50 |
| Tax Controversy Services | 51.40 | $19,609.00 |
| **Subtotal - Tax Advisors** | **207.80** | **$87,382.20** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 3.80 | $855.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **3.80** | **$855.00** |
| **Total Hours and Compensation** | **211.60** | **$88,237.20** |

2. The hours during the Statement Period for which PwC seeks compensation, are set forth by each professional and the resulting fees are as follows:

4

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **State Tax Consulting Services** | | | | |
| Gregory A Lee | Senior Managing Director | $518 | 8.00 | $4,144.00 |
| John A Verde | Senior Managing Director | $518 | 3.00 | $1,554.00 |
| Jonathan Robin | Director | $445 | 2.00 | $890.00 |
| **Subtotal - State Tax Consulting Services** | | | **13.00** | **$6,588.00** |
| **Federal Tax Consulting Services** | | | | |
| Jennifer D Kennedy | Partner | $785 | 4.00 | $3,140.00 |
| Kevin M Brown | Partner | $785 | 6.00 | $4,710.00 |
| Daniel J Wiles | Senior Managing Director | $518 | 6.30 | $3,263.40 |
| Janice M Flood | Senior Managing Director | $518 | 9.00 | $4,662.00 |
| Linda Stiff | Senior Managing Director | $518 | 1.00 | $518.00 |
| Jennifer E Breen | Director | $445 | 54.70 | $24,341.50 |
| John Triolo | Director | $445 | 14.00 | $6,230.00 |
| Adam Rosner | Manager | $357 | 1.50 | $535.50 |
| Avery E Gray | Manager | $357 | 10.90 | $3,891.30 |
| Niki Wilkinson | Senior Associate | $284 | 2.50 | $710.00 |
| **Subtotal - Federal Tax Consulting Services** | | | **109.90** | **$52,001.70** |
| **Foreign Filing Services** | | | | |
| Thomas S Tyler | Director | $445 | 3.00 | $1,335.00 |
| Scott Singer | Manager | $357 | 10.50 | $3,748.50 |
| Kaitlin A Carman | Associate | $205 | 20.00 | $4,100.00 |
| **Subtotal - Foreign Filing Services** | | | **33.50** | **$9,183.50** |
| **Tax Controversy Services** | | | | |
| Christopher Farwell | Director | $445 | 36.80 | $16,376.00 |
| Joseph Borgese | Director | $445 | 1.00 | $445.00 |
| Ellen Shvets | Associate | $205 | 12.00 | $2,460.00 |
| Natalie Burns | Associate | $205 | 1.60 | $328.00 |
| **Subtotal - Tax Controversy Services** | | | **51.40** | **$19,609.00** |
| **Bankruptcy Requirements and Other Court Obligations** | | | | |
| Steven D Coleman | Associate (Bankruptcy) | $225 | 3.80 | $855.00 |
| **Subtotal - Bankruptcy Requirements and Other Court Obligations** | | | **3.80** | **$855.00** |
| **Total Hours and Compensation** | | | **211.60** | **$88,237.20** |

5

3. <u>State Tax Consulting Services</u>: During the Statement Period, PwC professionals provided consultations and discussions related to NYS and NYC technical issues that are relevant to the ongoing audit and proof of claim. Our services included research and advice related to the proper classification of income as business or investment in nature.

4. <u>Federal Tax Consulting Services</u>: During the Statement Period, PwC professionals provided services for the benefit of the estate and assisting Alvarez & Marcel with regards to the rules and interpretation of the 5 year NOL carryback. In addition PWC prepared a tax opinion in relation to the rules surrounding the 5 year NOL carryback.

5. <u>Foreign Filing Services</u>: During the Statement Period, PwC professionals began the preparation process for various information filings to be included within the Lehman consolidated return. The filings include forms 8865 and 8858 related to Lehman's general and limited partner investments in real estate mezzanine debt related entities.

6. <u>Transfer Controversy Services</u>: During the Statement Period, PwC professionals provided services for valuations, methodologies, processes and controls as it relates to LBHI's consolidated 2008 tax return.

7. <u>Bankruptcy Requirements and Other Court Obligations</u>: PwC bankruptcy professionals provided consultation to the client-service teams regarding the requirements of the bankruptcy billing for the fee applications. The client-service teams prepared the necessary supporting documentation for the eleventh monthly bankruptcy fee statement (August 2010) and providing services to the Debtors to ensure compliance with the regulations and guidance distributed for this case.

8. The hourly time records of PwC, annexed hereto as Exhibits B through C, provide a summary and daily breakdown of the time spent by each PwC timekeeper.

9. PwC professionals incurred the following expenditures during the Statement Period and the details are annexed hereto as Exhibits D through E, provide a summary and daily breakdown of the expenses incurred by each PwC timekeeper.

| Transaction Type | Total Expenditures |
|---|---|
| **Federal Tax Consulting Services** | |
| Airfare | $708.40 |
| Parking | $59.00 |
| Public/ground transportation | $257.00 |
| Shipping | $35.15 |
| **Subtotal - Federal Tax Consulting Services** | **$1,059.55** |
| **Total Expenditures** | **$1,059.55** |

## Total Fees and Expenses Sought for the Statement Period

10. The total amounts sought for fees for professional services rendered and reimbursements of disbursements incurred for the Statement Period are as follows:

| | Hours | Total Compensation |
|---|---|---|
| **Tax Advisors** | | |
| State Tax Consulting Services | 13.00 | $6,588.00 |
| Federal Tax Consulting Services | 109.90 | $52,001.70 |
| Foreign Filing Services | 33.50 | $9,183.50 |
| Tax Controversy Services | 51.40 | $19,609.00 |
| **Subtotal - Tax Advisors** | **207.80** | **$87,382.20** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 3.80 | $855.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **3.80** | **$855.00** |
| **Total Hours and Compensation** | **211.60** | **$88,237.20** |
| **Total Expenditures** | | **$1,059.55** |
| **Total Hours, Compensation and Expenditures** | | **$89,296.75** |

7

Date: October 29, 2010  PRICEWATERHOUSECOOPERS LLP
Tax Advisors to the Debtors and Debtors in Possession

*[signature]*

Joseph Foy, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017
Telephone: (646) 471-8628
Facsimile: (646) 471-8873

## Schedule of Exhibits

**SERVICES RENDERED - SUMMARY**

- <u>Exhibit A</u>, provides a summary of the hours and compensation by project;
- <u>Exhibit A-1</u>, provides a summary of the hours and compensation by task code.

**SERVICES RENDERED - HOURLY FEES**

- <u>Exhibit B</u>, provides the project category, name and position of each hourly professional, cumulative hours worked, hourly billing rates for the compensation, and the corresponding fees requested;
- <u>Exhibit C</u>, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity.

**EXPENDITURES INCURRED**

- <u>Exhibit D</u>, provides the expenditures incurred by type; and
- <u>Exhibit E</u>, provides the expenditure details incurred by professional and date.

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**  **Exhibit A**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary of Hours and Compensation by Project**
**For the Period September 1, 2010 through September 30, 2010**

|  | Hours | Total Compensation |
|---|---:|---:|
| **Tax Advisors** | | |
| State Tax Consulting Services | 13.00 | $6,588.00 |
| Federal Tax Consulting Services | 109.90 | $52,001.70 |
| Foreign Filing Services | 33.50 | $9,183.50 |
| Tax Controversy Services | 51.40 | $19,609.00 |
| **Subtotal - Tax Advisors** | **207.80** | **$87,382.20** |
| **Bankruptcy Requirements and Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 3.80 | $855.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **3.80** | **$855.00** |
| **Total Hours and Compensation** | **211.60** | **$88,237.20** |

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**  Exhibit A-1
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary of Hours and Compensation by Uniform Billing Task Codes**
**For the Period September 1, 2010 through September 30, 2010**

|  | Hours | Total Compensation |
|---|---:|---:|
| **General Business Operation Issues** | | |
| 1800    Tax Issues | 207.80 | $87,382.20 |
| **Subtotal - General Business Operation Issues** | **207.80** | **$87,382.20** |
| **Fee-Related Issues** | | |
| 4600    Firm's Own Billing/Fee Applications | 3.80 | $855.00 |
| **Subtotal - Fee-Related Issues** | **3.80** | **$855.00** |
| **Total Hours and Compensation** | **211.60** | **$88,237.20** |

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**　　　　　　　　　　　　**Exhibit B**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary of Hours and Compensation by Professionals - Hourly Professional Services**
**For the Period September 1, 2010 through September 30, 2010**

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **State Tax Consulting Services** | | | | |
| Gregory A Lee | Senior Managing Director | $518 | 8.00 | $4,144.00 |
| John A Verde | Senior Managing Director | $518 | 3.00 | $1,554.00 |
| Jonathan Robin | Director | $445 | 2.00 | $890.00 |
| **Subtotal - State Tax Consulting Services** | | | **13.00** | **$6,588.00** |
| **Federal Tax Consulting Services** | | | | |
| Jennifer D Kennedy | Partner | $785 | 4.00 | $3,140.00 |
| Kevin M Brown | Partner | $785 | 6.00 | $4,710.00 |
| Daniel J Wiles | Senior Managing Director | $518 | 6.30 | $3,263.40 |
| Janice M Flood | Senior Managing Director | $518 | 9.00 | $4,662.00 |
| Linda Stiff | Senior Managing Director | $518 | 1.00 | $518.00 |
| Jennifer E Breen | Director | $445 | 54.70 | $24,341.50 |
| John Triolo | Director | $445 | 14.00 | $6,230.00 |
| Adam Rosner | Manager | $357 | 1.50 | $535.50 |
| Avery E Gray | Manager | $357 | 10.90 | $3,891.30 |
| Niki Wilkinson | Senior Associate | $284 | 2.50 | $710.00 |
| **Subtotal - Federal Tax Consulting Services** | | | **109.90** | **$52,001.70** |
| **Foreign Filing Services** | | | | |
| Thomas S Tyler | Director | $445 | 3.00 | $1,335.00 |
| Scott Singer | Manager | $357 | 10.50 | $3,748.50 |
| Kaitlin A Carman | Associate | $205 | 20.00 | $4,100.00 |
| **Subtotal - Foreign Filing Services** | | | **33.50** | **$9,183.50** |
| **Tax Controversy Services** | | | | |
| Christopher Farwell | Director | $445 | 36.80 | $16,376.00 |
| Joseph Borgese | Director | $445 | 1.00 | $445.00 |
| Ellen Shvets | Associate | $205 | 12.00 | $2,460.00 |
| Natalie Burns | Associate | $205 | 1.60 | $328.00 |