**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**        **Exhibit B**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary of Hours and Compensation by Professionals - Hourly Professional Services**
**For the Period September 1, 2010 through September 30, 2010**

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Subtotal - Tax Controversy Services** | | | **51.40** | **$19,609.00** |
| **Bankruptcy Requirements and Other Court Obligations** | | | | |
| Steven D Coleman | Associate (Bankruptcy) | $225 | 3.80 | $855.00 |
| **Subtotal - Bankruptcy Requirements and Other Court Obligations** | | | **3.80** | **$855.00** |
| **Total Hours and Compensation** | | | **211.60** | **$88,237.20** |

Page 2 of 2

Friday, October 29, 2010

Lehman Brothers Holdings Inc., et al (08-13555-JMP)  Exhibit C
PricewaterhouseCoopers LLP - Tax Advisors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|

**Tax Advisors**
**State Tax Consulting Services**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/1/2010 | Gregory A Lee | Senior Managing Director | 0910H001: Analyze strategy for NYS/NYC Audits and begin preparation for strategy discussions. | 1800 | $518.00 | 2.00 | $1,036.00 |
| 9/21/2010 | Gregory A Lee | Senior Managing Director | 0910H002: Preparation for meeting with Client regarding strategy for NYS/NYC Audits. | 1800 | $518.00 | 2.00 | $1,036.00 |
| 9/27/2010 | Gregory A Lee | Senior Managing Director | 0910H003: Meeting with J. Verde and J. Robin (Both PwC) to discuss strategy for NYS/NYC Audits. | 1800 | $518.00 | 2.00 | $1,036.00 |
| 9/27/2010 | John A Verde | Senior Managing Director | 0910H004: Meeting with J. Robin and G. Lee (Both PwC) to discuss strategy for NYS/NYC Audits. | 1800 | $518.00 | 2.00 | $1,036.00 |
| 9/27/2010 | Jonathan Robin | Director | 0910H005: Meeting with J. Verde and G. Lee (Both PwC) to discuss strategy for NYS/NYC Audits. | 1800 | $445.00 | 2.00 | $890.00 |
| 9/27/2010 | Gregory A Lee | Senior Managing Director | 0910H006: Review and analyze NYS/NYC Audit strategy. | 1800 | $518.00 | 2.00 | $1,036.00 |
| 9/27/2010 | John A Verde | Senior Managing Director | 0910H007: Review and analyze NYS/NYC Audit strategy. | 1800 | $518.00 | 1.00 | $518.00 |
| **Subtotal - Hours and Compensation for State Tax Consulting Services** | | | | | | **13.00** | **$6,588.00** |

**Federal Tax Consulting Services**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/1/2010 | Janice M Flood | Senior Managing Director | 0910H008: Analyze tax opinion relating to 5 year net operating loss carryback. | 1800 | $518.00 | 1.00 | $518.00 |

Page 1 of 13
Friday, October 29, 2010

Lehman Brothers Holdings Inc., et al (08-13555-JMP)                                                                                     Exhibit C
PricewaterhouseCoopers LLP - Tax Advisors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/2/2010 | Janice M Flood | Senior Managing Director | 0910H009: Discussion with J. Breen (PwC) regarding net operating loss 5 year net operating loss carryback issue. | 1800 | $518.00 | 1.00 | $518.00 |
| 9/2/2010 | Jennifer E Breen | Director | 0910H010: Discussion with J. Flood (PwC) regarding net operating loss 5 year net operating loss carryback issue. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/2/2010 | Janice M Flood | Senior Managing Director | 0910H011: Discussion with J. Triolo and J. Kennedy (Both PwC) regarding 5 year net operating loss carryback. | 1800 | $518.00 | 1.00 | $518.00 |
| 9/2/2010 | Jennifer D Kennedy | Partner | 0910H012: Discussion with J. Triolo and J. Flood (Both PwC) regarding 5 year net operating loss carryback. | 1800 | $785.00 | 1.00 | $785.00 |
| 9/2/2010 | John Triolo | Director | 0910H013: Discussion with J. Flood and J. Kennedy (Both PwC) regarding 5 year net operating loss carryback. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/2/2010 | Avery E Gray | Manager | 0910H014: Research and drafting of 5 year net operating loss carryback opinion letter. | 1800 | $357.00 | 3.10 | $1,106.70 |
| 9/2/2010 | Avery E Gray | Manager | 0910H015: Continue - Research and drafting of 5 year net operating loss carryback opinion letter. | 1800 | $357.00 | 1.80 | $642.60 |
| 9/2/2010 | Janice M Flood | Senior Managing Director | 0910H016: Meeting with Client regarding 5 year net operating loss carryback. | 1800 | $518.00 | 1.00 | $518.00 |
| 9/2/2010 | Janice M Flood | Senior Managing Director | 0910H017: Review of draft opinion letter. | 1800 | $518.00 | 1.00 | $518.00 |

Lehman Brothers Holdings Inc., et al (08-13555-JMP)  
PricewaterhouseCoopers LLP - Tax Advisors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period September 1, 2010 through September 30, 2010

Exhibit C

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/2/2010 | Jennifer D Kennedy | Partner | 0910H018: Review Rev. proc 2009-52 in preparation for call with Client. | 1800 | $785.00 | 1.00 | $785.00 |
| 9/2/2010 | Jennifer E Breen | Director | 0910H019: Draft outline for opinion on 5 year net operating loss carryback and circulate to team for review. | 1800 | $445.00 | 4.00 | $1,780.00 |
| 9/2/2010 | Kevin M Brown | Partner | 0910H020: Call with Client regarding 5 year net operating loss carryback. | 1800 | $785.00 | 1.00 | $785.00 |
| 9/3/2010 | Avery E Gray | Manager | 0910H021: Research and review draft of 5 year net operating loss carryback opinion letter. | 1800 | $357.00 | 3.00 | $1,071.00 |
| 9/3/2010 | Avery E Gray | Manager | 0910H022: Continue - Research and review draft of 5 year net operating loss carryback opinion letter. | 1800 | $357.00 | 3.00 | $1,071.00 |
| 9/3/2010 | Janice M Flood | Senior Managing Director | 0910H023: Review draft of opinion letter and discussion with Client regarding the same. | 1800 | $518.00 | 2.00 | $1,036.00 |
| 9/3/2010 | Jennifer E Breen | Director | 0910H024: Undertake research on filing requirements for amending return to decrease loss. | 1800 | $445.00 | 3.50 | $1,557.50 |
| 9/3/2010 | Jennifer E Breen | Director | 0910H025: Research all IRS guidance on Worker, Homeownership, and Business Assistance Act and 5 year net operating loss carryback. | 1800 | $445.00 | 3.00 | $1,335.00 |
| 9/3/2010 | Kevin M Brown | Partner | 0910H026: Give net operating loss advice to Client. | 1800 | $785.00 | 1.00 | $785.00 |
| 9/3/2010 | Linda Stiff | Senior Managing Director | 0910H027: Review claim submission with regards to 5 year net operating loss carryback. | 1800 | $518.00 | 1.00 | $518.00 |

Exhibit C

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period September 1, 2010 through September 30, 2010**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/3/2010 | Niki Wilkinson | Senior Associate | 0910H028: Research 5 year net operating loss carryback for background information. | 1800 | $284.00 | 2.00 | $568.00 |
| 9/3/2010 | Niki Wilkinson | Senior Associate | 0910H029: Review Client letter and make revisions. | 1800 | $284.00 | 0.50 | $142.00 |
| 9/4/2010 | Jennifer E Breen | Director | 0910H030: Research and begin drafting facts for opinion letter. | 1800 | $445.00 | 2.00 | $890.00 |
| 9/4/2010 | Jennifer E Breen | Director | 0910H031: Draft second issue of opinion letter and review 5 year net operating loss carry back elections. | 1800 | $445.00 | 2.50 | $1,112.50 |
| 9/4/2010 | Jennifer E Breen | Director | 0910H032: Continue - Draft second issue of opinion letter and review 5 year net operating loss carry back elections. | 1800 | $445.00 | 2.50 | $1,112.50 |
| 9/6/2010 | John Triolo | Director | 0910H033: Review facts surrounding 5 year net operating loss carryback claim for purposes of issuing tax opinion. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/7/2010 | Janice M Flood | Senior Managing Director | 0910H034: Discussion with J. Kennedy (PwC) regarding 5 year net operating loss carryback provision. | 1800 | $518.00 | 0.50 | $259.00 |
| 9/7/2010 | Jennifer D Kennedy | Partner | 0910H035: Discussion with J. Flood (PwC) regarding 5 year net operating loss carryback provision. | 1800 | $785.00 | 0.50 | $392.50 |
| 9/7/2010 | Daniel J Wiles | Senior Managing Director | 0910H036: Review facts for opinion letter drafted by J. Breen (PwC). | 1800 | $518.00 | 0.80 | $414.40 |
| 9/7/2010 | Janice M Flood | Senior Managing Director | 0910H037: Review cost facts with regards to 5 year net operating loss carryback provision. | 1800 | $518.00 | 0.50 | $259.00 |

Lehman Brothers Holdings Inc., et al (08-13555-JMP)     Exhibit C
PricewaterhouseCoopers LLP - Tax Advisors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/7/2010 | Jennifer E Breen | Director | 0910H038: Draft opinion letter regarding 5 year net operating loss carryback issues. | 1800 | $445.00 | 4.00 | $1,780.00 |
| 9/7/2010 | Jennifer E Breen | Director | 0910H039: Continue - Draft opinion letter regarding 5 year net operating loss carryback issues. | 1800 | $445.00 | 3.50 | $1,557.50 |
| 9/7/2010 | Jennifer E Breen | Director | 0910H040: Circulate drafts of 5 year net operating loss carryback opinion letter and integrate suggestions and comments from team. | 1800 | $445.00 | 2.50 | $1,112.50 |
| 9/7/2010 | John Triolo | Director | 0910H041: Review fact patterns to be included in the tax opinion letter to be delivered to Client. | 1800 | $445.00 | 2.00 | $890.00 |
| 9/7/2010 | Kevin M Brown | Partner | 0910H042: Document review related to 5 year net operating loss carryback. | 1800 | $785.00 | 1.00 | $785.00 |
| 9/8/2010 | Adam Rosner | Manager | 0910H043: Meeting with J. Breen (PwC) to review and continue draft of opinion letter regarding net operating losses. | 1800 | $357.00 | 1.50 | $535.50 |
| 9/8/2010 | Jennifer E Breen | Director | 0910H044: Meeting with A. Rosner (PwC) to review and continue draft of opinion letter regarding net operating losses. | 1800 | $445.00 | 1.50 | $667.50 |
| 9/8/2010 | Daniel J Wiles | Senior Managing Director | 0910H045: Review draft of opinion letter and send to J. Breen (PwC) with comments. | 1800 | $518.00 | 2.00 | $1,036.00 |
| 9/8/2010 | Jennifer D Kennedy | Partner | 0910H046: Review draft of tax opinion letter regarding procedures for 5 year net operating loss carryback claim. | 1800 | $785.00 | 1.00 | $785.00 |

Lehman Brothers Holdings Inc., et al (08-13555-JMP)                                                                                    Exhibit C
PricewaterhouseCoopers LLP - Tax Advisors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/8/2010 | Jennifer E Breen | Director | 0910H047: Draft opinion letter regarding consolidated net operating losses. | 1800 | $445.00 | 4.00 | $1,780.00 |
| 9/8/2010 | Jennifer E Breen | Director | 0910H048: Continue - Draft opinion letter regarding consolidated net operating losses. | 1800 | $445.00 | 3.70 | $1,646.50 |
| 9/8/2010 | Jennifer E Breen | Director | 0910H049: Continue - Draft opinion letter regarding consolidated net operating losses. | 1800 | $445.00 | 3.50 | $1,557.50 |
| 9/8/2010 | Kevin M Brown | Partner | 0910H050: Review documents related to 5 year net operating loss carryback. | 1800 | $785.00 | 3.00 | $2,355.00 |
| 9/9/2010 | Daniel J Wiles | Senior Managing Director | 0910H051: Discussion and review of tax opinion letter draft with J. Kennedy and J. Breen (Both PwC). | 1800 | $518.00 | 0.50 | $259.00 |
| 9/9/2010 | Jennifer D Kennedy | Partner | 0910H052: Discussion and review of tax opinion letter draft with D. Wiles and J. Breen (Both PwC). | 1800 | $785.00 | 0.50 | $392.50 |
| 9/9/2010 | Jennifer E Breen | Director | 0910H053: Discussion and review of tax opinion letter draft with D. Wiles and J. Kennedy (Both PwC). | 1800 | $445.00 | 0.50 | $222.50 |
| 9/9/2010 | Daniel J Wiles | Senior Managing Director | 0910H054: Further review of tax opinion letter draft. | 1800 | $518.00 | 0.50 | $259.00 |
| 9/9/2010 | Jennifer E Breen | Director | 0910H055: Revise tax opinion based on feedback from team. | 1800 | $445.00 | 4.00 | $1,780.00 |
| 9/9/2010 | Jennifer E Breen | Director | 0910H056: Continue - Revise tax opinion based on feedback from team. | 1800 | $445.00 | 3.00 | $1,335.00 |
| 9/9/2010 | John Triolo | Director | 0910H057: Review tax opinion letter. | 1800 | $445.00 | 1.00 | $445.00 |

Exhibit C

Lehman Brothers Holdings Inc., et al (08-13555-JMP)
PricewaterhouseCoopers LLP - Tax Advisors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/10/2010 | Jennifer E Breen | Director | 0910H058: Revise tax opinion letter based on feedback from team. | 1800 | $445.00 | 3.00 | $1,335.00 |
| 9/10/2010 | Jennifer E Breen | Director | 0910H059: Research 5 year net operating loss carryback and the impact on Lehman Brothers' tax position. | 1800 | $445.00 | 2.00 | $890.00 |
| 9/13/2010 | John Triolo | Director | 0910H060: Conference call with J. Shanahan and S. Stigliano (Lehman Brothers Estate) regarding Canadian tax compliance issues. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/14/2010 | Janice M Flood | Senior Managing Director | 0910H061: Review of tax opinion letter. | 1800 | $518.00 | 1.00 | $518.00 |
| 9/14/2010 | John Triolo | Director | 0910H062: Review and analysis of tax net operating loss project. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/18/2010 | Daniel J Wiles | Senior Managing Director | 0910H063: Review tax opinion letter outline and make changes for further review. | 1800 | $518.00 | 2.50 | $1,295.00 |
| 9/20/2010 | John Triolo | Director | 0910H064: Review and work on 5 year net operating loss project. | 1800 | $445.00 | 4.00 | $1,780.00 |
| 9/22/2010 | John Triolo | Director | 0910H065: Review and work on 5 year net operating loss project. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/23/2010 | John Triolo | Director | 0910H066: Review and work on 5 year net operating loss project. | 1800 | $445.00 | 2.00 | $890.00 |
| 9/30/2010 | Jennifer E Breen | Director | 0910H067: Review comments to the 5 year net operating loss carryback opinion draft. | 1800 | $445.00 | 1.00 | $445.00 |

Lehman Brothers Holdings Inc., et al (08-13555-JMP)    Exhibit C
PricewaterhouseCoopers LLP - Tax Advisors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| | Subtotal - Hours and Compensation for Federal Tax Consulting Services | | | | | 109.90 | $52,001.70 |
| **Foreign Filing Services** | | | | | | | |
| 9/1/2010 | Kaitlin A Carman | Associate | 0910H068: Update work papers for Condor Loan and Fund I Filings. | 1800 | $205.00 | 3.50 | $717.50 |
| 9/1/2010 | Kaitlin A Carman | Associate | 0910H069: Update forms 8858 and 8865 for Condor Loan and Fund I Filings. | 1800 | $205.00 | 2.50 | $512.50 |
| 9/2/2010 | Scott Singer | Manager | 0910H070: Review forms 8865 for NW Bermuda Holdings LP, 8858 filing of Lehman Brothers Offshore Real Estate Mezzanine Associates LP and 8865 for LBREM II Offshore AIV LP. | 1800 | $357.00 | 4.00 | $1,428.00 |
| 9/2/2010 | Kaitlin A Carman | Associate | 0910H071: Update LBREM II Non-Condor Filing work papers and corresponding 8858s and 8865s (LBREM II Offshore AIV LP, LBOREMA II LP, LBOREMA II). | 1800 | $205.00 | 4.00 | $820.00 |
| 9/6/2010 | Scott Singer | Manager | 0910H072: Review forms 8865 for NW Bermuda Holdings LP, 8858 filing of Lehman Brothers Offshore Real Estate Mezzanine Associates LP and 8865 for LBREM II Offshore AIV LP. | 1800 | $357.00 | 1.00 | $357.00 |
| 9/7/2010 | Scott Singer | Manager | 0910H073: Review forms 8865 for NW Bermuda Holdings LP, 8858 filing of Lehman Brothers Offshore Real Estate Mezzanine Associates LP and 8865 for LBREM II Offshore AIV LP. | 1800 | $357.00 | 3.00 | $1,071.00 |
| 9/7/2010 | Kaitlin A Carman | Associate | 0910H074: Prepare forms 8858 and 8865 to be sent out. | 1800 | $205.00 | 2.00 | $410.00 |

Lehman Brothers Holdings Inc., et al (08-13555-JMP)                                                                    Exhibit C
PricewaterhouseCoopers LLP - Tax Advisors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/8/2010 | Kaitlin A Carman | Associate | 0910H075: Prepare forms 8858 and 8865 to be sent out and put e-mail together for delivery. | 1800 | $205.00 | 2.00 | $410.00 |
| 9/15/2010 | Kaitlin A Carman | Associate | 0910H076: Update XML file to meet e-filing qualifications as requested by J. Shanahan and H. Cupeles (Lehman Brothers Estate). | 1800 | $205.00 | 3.50 | $717.50 |
| 9/15/2010 | Kaitlin A Carman | Associate | 0910H077: Continue - Update XML file to meet e-filing qualifications as requested by J. Shanahan and H. Cupeles (Lehman Brothers Estate). | 1800 | $205.00 | 2.50 | $512.50 |
| 9/16/2010 | Thomas S Tyler | Director | 0910H078: Final review of all foreign filings and coordination with Lehman Brothers for delivery. | 1800 | $445.00 | 3.00 | $1,335.00 |
| 9/22/2010 | Scott Singer | Manager | 0910H079: Create XML file for LBHI to attach to e-filed tax return as requested by J. Shanahan and H. Cupeles (Lehman Brothers Estate). | 1800 | $357.00 | 2.50 | $892.50 |
| **Subtotal - Hours and Compensation for Foreign Filing Services** | | | | | | **33.50** | **$9,183.50** |
| **Tax Controversy Services** | | | | | | | |
| 9/1/2010 | Christopher Farwell | Director | 0910H080: Prepare initial document request for Lehman Brothers. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/2/2010 | Christopher Farwell | Director | 0910H081: Review initial document request for Lehman Brothers. | 1800 | $445.00 | 2.50 | $1,112.50 |
| 9/8/2010 | Christopher Farwell | Director | 0910H082: Conference call with Client to discuss initial document request. | 1800 | $445.00 | 0.50 | $222.50 |

Lehman Brothers Holdings Inc., et al (08-13555-JMP)                                                                                  Exhibit C
PricewaterhouseCoopers LLP - Tax Advisors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/9/2010 | Christopher Farwell | Director | 0910H083: Re-draft scope for Lehman Brothers project. | 1800 | $445.00 | 2.00 | $890.00 |
| 9/10/2010 | Christopher Farwell | Director | 0910H084: Update the scope of services based upon conference call with Client. | 1800 | $445.00 | 3.00 | $1,335.00 |
| 9/10/2010 | Christopher Farwell | Director | 0910H085: Review of PnL spreadsheet provided by Lehman Brothers. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/14/2010 | Christopher Farwell | Director | 0910H086: Phone conversation and email exchange with C. Feibus (Lehman Brothers Estate) regarding project scope. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/14/2010 | Christopher Farwell | Director | 0910H087: Review PnL and Americas spreadsheet. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/14/2010 | Christopher Farwell | Director | 0910H088: Review project direction and feedback from Client. | 1800 | $445.00 | 0.50 | $222.50 |
| 9/14/2010 | Christopher Farwell | Director | 0910H089: Finalize and update Statement of Work for meeting with Client. | 1800 | $445.00 | 3.00 | $1,335.00 |
| 9/15/2010 | Christopher Farwell | Director | 0910H090: Meeting with E. Shvets (PwC) regarding real estate portfolio and to discuss questions for start of project. | 1800 | $445.00 | 2.00 | $890.00 |
| 9/15/2010 | Ellen Shvets | Associate | 0910H091: Meeting with C. Farwell (PwC) regarding real estate portfolio and to discuss questions for start of project. | 1800 | $205.00 | 2.00 | $410.00 |
| 9/15/2010 | Christopher Farwell | Director | 0910H092: Meeting with F. Serravalli (Lehman Brothers Estate) regarding revised Statement of Work. | 1800 | $445.00 | 0.50 | $222.50 |

Lehman Brothers Holdings Inc., et al (08-13555-JMP)  
PricewaterhouseCoopers LLP - Tax Advisors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period September 1, 2010 through September 30, 2010

Exhibit C

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/15/2010 | Ellen Shvets | Associate | 0910H093: Research and document Credit Crisis Timeline. | 1800 | $205.00 | 2.00 | $410.00 |
| 9/16/2010 | Christopher Farwell | Director | 0910H094: Meeting with E. Shvets (PwC) regarding Credit Crisis Timeline. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/16/2010 | Ellen Shvets | Associate | 0910H095: Meeting with C. Farwell (PwC) regarding Credit Crisis Timeline. | 1800 | $205.00 | 1.00 | $205.00 |
| 9/16/2010 | Christopher Farwell | Director | 0910H096: Meeting with E. Shvets (PwC) to discuss real estate compilation questions. | 1800 | $445.00 | 2.00 | $890.00 |
| 9/16/2010 | Ellen Shvets | Associate | 0910H097: Meeting with C. Farwell (PwC) to discuss real estate compilation questions. | 1800 | $205.00 | 2.00 | $410.00 |
| 9/16/2010 | Christopher Farwell | Director | 0910H098: Update and finalize Statement of Work. | 1800 | $445.00 | 0.50 | $222.50 |
| 9/16/2010 | Ellen Shvets | Associate | 0910H099: Review and analyze Credit Crisis Timeline. | 1800 | $205.00 | 4.00 | $820.00 |
| 9/17/2010 | Christopher Farwell | Director | 0910H100: Review Credit Crisis Timeline and make comments for revision. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/17/2010 | Christopher Farwell | Director | 0910H101: Prepare for meeting with Lehman Brothers to discuss new Statement of Work and overall engagement strategy. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/17/2010 | Ellen Shvets | Associate | 0910H102: Format and update Credit Crisis Timeline. | 1800 | $205.00 | 1.00 | $205.00 |
| 9/20/2010 | Christopher Farwell | Director | 0910H103: Work while traveling to PwC Jersey City to meet with J. Ciongoli (Lehman Brothers Estate) to discuss revised Statement of Work and estate questions. | 1800 | $445.00 | 3.00 | $1,335.00 |

Lehman Brothers Holdings Inc., et al (08-13555-JMP)  
PricewaterhouseCoopers LLP - Tax Advisors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period September 1, 2010 through September 30, 2010

Exhibit C

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/25/2010 | Christopher Farwell | Director | 0910H104: Draft email with points of discussion for meeting with J. Borgese (PwC) regarding project management issues surrounding engagement. | 1800 | $445.00 | 0.50 | $222.50 |
| 9/27/2010 | Natalie Burns | Associate | 0910H105: Meet with C. Farwell (PwC) regarding template creation for management of project. | 1800 | $205.00 | 0.50 | $102.50 |
| 9/27/2010 | Christopher Farwell | Director | 0910H106: Meet with N. Burns (PwC) regarding template creation for management of project. | 1800 | $445.00 | 0.50 | $222.50 |
| 9/27/2010 | Christopher Farwell | Director | 0910H107: Meeting with J. Borgese (PwC) regarding project management issues surrounding engagement. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/27/2010 | Joseph Borgese | Director | 0910H108: Meeting with C. Farwell (PwC) regarding project management issues surrounding engagement. | 1800 | $445.00 | 1.00 | $445.00 |
| 9/27/2010 | Christopher Farwell | Director | 0910H109: Review template creation for management of project. | 1800 | $445.00 | 2.50 | $1,112.50 |
| 9/28/2010 | Natalie Burns | Associate | 0910H110: Draft PowerPoint presentation for project summary. | 1800 | $205.00 | 0.80 | $164.00 |
| 9/28/2010 | Christopher Farwell | Director | 0910H111: Update project scope and template creation for service offerings. | 1800 | $445.00 | 2.00 | $890.00 |
| 9/28/2010 | Christopher Farwell | Director | 0910H112: Continue - Update project scope and template creation for service offerings. | 1800 | $445.00 | 2.70 | $1,201.50 |
| 9/29/2010 | Natalie Burns | Associate | 0910H113: Draft PowerPoint presentation for project summary. | 1800 | $205.00 | 0.30 | $61.50 |

Lehman Brothers Holdings Inc., et al (08-13555-JMP)                                                                                    Exhibit C
PricewaterhouseCoopers LLP - Tax Advisors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2010 through September 30, 2010

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/29/2010 | Christopher Farwell | Director | 0910H114: Review tax scope for Tax Workstream Project. | 1800 | $445.00 | 0.30 | $133.50 |
| 9/30/2010 | Christopher Farwell | Director | 0910H115: Review and provide comments on templates for Lehman Brothers project. | 1800 | $445.00 | 0.80 | $356.00 |
| **Subtotal - Hours and Compensation for Tax Controversy Services** | | | | | | **51.40** | **$19,609.00** |

**Bankruptcy Requirements and Obligations**
**Bankruptcy Requirements and Other Court Obligations**

| Date | Name | Position | Description | Task Code | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| 9/27/2010 | Steven D Coleman | Associate (Bankruptcy) | 0910H116: Finalize August 2010 fee application and send to Partner for review. | 4600 | $225.00 | 2.80 | $630.00 |
| 9/30/2010 | Steven D Coleman | Associate (Bankruptcy) | 0910H117: Draft and finalize August 2010 invoices to be delivered to Client upon expiration of objection period. | 4600 | $225.00 | 1.00 | $225.00 |
| **Subtotal - Hours and Compensation for Bankruptcy Requirements and Other Court Obligations** | | | | | | **3.80** | **$855.00** |
| **Total Hours and Compensation** | | | | | | **211.60** | **$88,237.20** |

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**  Exhibit D
**PricewaterhouseCoopers LLP - Tax Advisors**
**Summary of Expenditures by Project and Type**
**For the Period September 1, 2010 through September 30, 2010**

| Transaction Type | Total Expenditures |
|---|---|
| **Federal Tax Consulting Services** | |
| Airfare | $708.40 |
| Parking | $59.00 |
| Public/ground transportation | $257.00 |
| Shipping | $35.15 |
| **Subtotal - Federal Tax Consulting Services** | **$1,059.55** |
| **Total Expenditures** | **$1,059.55** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Friday, October 29, 2010

Lehman Brothers Holdings Inc., et al (08-13555-JMP)
PricewaterhouseCoopers LLP - Tax Advisors
Detail of Expenditures by Project and Date
For the Period September 1, 2010 through September 30, 2010

Exhibit E

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **Federal Tax Consulting Services** | | | | |
| 8/24/2010 | Joseph Foy | Public/ground transportation | 0910E0001: TAXI - FROM PWC OFFICE TO TRAIN STATION - BUSINESS MEETINGS. | $12.00 |
| 8/24/2010 | John Triolo | Parking | 0910E0002: 101 HUDSON ST #417 8 JERSEY CITY, NJ - PARKING AT CLIENT OFFICE. | $23.00 |
| 8/30/2010 | Jennifer D Kennedy | Airfare | 0910E0003: CONTINENTAL AIRLINES MIAMI LAKES FL - WASHINGTON, D.C TO JERSEY CITY, NJ - ROUNDTRIP - AIRFARE FOR BUSINESS MEETING. | $635.40 |
| 8/31/2010 | Janice M Flood | Airfare | 0910E0004: UNITED AIRLINES CHICAGO IL - CHICAGO, IL TO JERSEY CITY, NJ - ROUNDTRIP - AIRFARE FOR BUSINESS MEETING. | $66.00 |
| 8/31/2010 | Jennifer D Kennedy | Airfare | 0910E0005: TRAVEL SERVICE FEE - AIRFARE FOR BUSINESS MEETING. | $7.00 |
| 8/31/2010 | Jennifer D Kennedy | Public/ground transportation | 0910E0006: TAXI-CHARGE.COM 800-222-8294 NJ - TAXI FROM AIRPORT TO CLIENT OFFICE. | $67.00 |
| 8/31/2010 | Jennifer D Kennedy | Public/ground transportation | 0910E0007: NEWARK CAB - TAXI FROM CLIENT OFFICE TO AIRPORT. | $57.00 |
| 8/31/2010 | Jennifer D Kennedy | Parking | 0910E0008: DCA REAGAN WASHINGTON DC - AIRPORT PARKING - CLIENT MEETING. | $36.00 |
| 8/31/2010 | John Triolo | Public/ground transportation | 0910E0009: 101 HUDSON ST #417 8 JERSEY CITY NJ - PARKING AT CLIENT OFFICE. | $23.00 |
| 9/1/2010 | Janice M Flood | Public/ground transportation | 0910E0010: W SUBURB LIMO SEVR WINFIELD, IL - TAXI FROM HOME TO AIRPORT. | $50.00 |
| 9/1/2010 | Janice M Flood | Public/ground transportation | 0910E0011: W SUBURB LIMO SEVR WINFIELD, IL - TAXI FROM AIRPORT TO HOME. | $48.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Friday, October 29, 2010                                                                                          Page 1 of 2

**Lehman Brothers Holdings Inc., et al (08-13555-JMP)**     **Exhibit E**
**PricewaterhouseCoopers LLP - Tax Advisors**
**Detail of Expenditures by Project and Date**
**For the Period September 1, 2010 through September 30, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 9/4/2010 | PricewaterhouseCoopers LLP | Shipping | 0910E0012: UNITED PARCEL SERVICE. | $7.03 |
| 9/4/2010 | PricewaterhouseCoopers LLP | Shipping | 0910E0013: UNITED PARCEL SERVICE. | $7.03 |
| 9/4/2010 | PricewaterhouseCoopers LLP | Shipping | 0910E0014: UNITED PARCEL SERVICE. | $7.03 |
| 9/4/2010 | PricewaterhouseCoopers LLP | Shipping | 0910E0015: UNITED PARCEL SERVICE. | $7.03 |
| 9/4/2010 | PricewaterhouseCoopers LLP | Shipping | 0910E0016: UNITED PARCEL SERVICE. | $7.03 |
| **Subtotal - Federal Tax Consulting Services** | | | | **$1,059.55** |
| **Total Expenditures** | | | | **$1,059.55** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.