WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (JMP)** |
| **Debtors.** | : | **(Jointly Administered)** |

| | | |
|---|---|---|
| **In re** | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | **08-01420 (JMP) (SIPA)** |
| **Debtor.** | : | |

**NOTICE OF AMENDED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON DECEMBER 15, 2010 AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I. UNCONTESTED MATTERS:

1. Motion for Approval of the Termination and Settlement of Certain Prepetition Derivatives Contracts with Trusts for which U.S. Bank National Association Serves as Indenture Trustee and Related Relief **[Docket No. 12786]**

   Response Deadline: December 8, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Declaration of Daniel Ehrmann in Support of Debtors' Motion and Notice of Modification of Motion **[Docket No. 12850]**

   B. Declaration of Michael Trickey in Support of Debtors' Motion **[Docket No. 13290]**

   C. Affidavit of Amy Byrnes in Connection with Debtors' Motion **[Docket No. 13459]**

   Status: This matter is going forward.

2. Debtors' Motion for Authorization to Assume and Assign Interest Rate Swap Agreements with Certain Trust Counterparties, Including Deutsche Bank National Trust Company, as Indenture Trustee, and to Enter into New Interest Rate Swap Agreements **[Docket No. 12706]**

   Response Deadline: December 8, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Declaration of Daniel Ehrmann in Support of Debtors' Motion **[Docket No. 12707]**

   B. Notice of Revised Order **[Docket No. 13441]**

C. Statement of Deutsche Bank Trust Company Americas et al. **[Docket No. 13442]**

Status: This matter is going forward.

3. Motion of the Debtors for Authorization and Approval of the Settlement Between Lehman Brothers Financial Products Inc., Madison Avenue Structured Finance CDO I, Ltd., Madison Avenue Structured Finance CDO I, Corp., Metlife Investment Advisors Company LLC, and U.S. Bank National Association **[Docket No. 12996]**

Response Deadline: December 8, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Affidavit of Brand Hosford in Connection with the Debtors' Motion **[Docket No. 13460]**

Status: This matter is going forward.

4. Debtors' Motion for Approval of Settlement Agreement between LB Somerset LLC, LB Preferred Somerset LLC, KBIA Somerset Investments, LLC, KBIA Preferred, LLC, Falls Of Neuse Investments, LLC, Somerset Properties SPE, LLC, Somerset Associates, LLC and Kevin Wilk **[Docket No. 12439]**

Response Deadline: November 15, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Statement of Official Committee of Unsecured Creditors in Support of the Debtors' Motion **[Docket No. 13404]**

B. Declaration of Jeffrey Fitts in Support of Debtors' Motion **[Docket No. 13457]**

Status: This matter is going forward.

5. Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper, Inc. for Authority to Enter into Settlement Agreement with Respect to Heritage Fields Property and to Consummate Transactions in Connection Therewith **[Docket No. 12997]**

Response Deadline: December 8, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Notice of Filing of Settlement Agreement **[Docket No. 13160]**

B. Notice of Filing of Revised Order **[Docket No. 13296]**

C. Declaration of Jeffrey Fitts in Support of Debtors' Motion **[Docket No. 13408]**

D. Statement of Official Committee of Unsecured Creditors in Connection with Motion **[Docket No. 13424]**

Status: This matter is going forward.

## II. CONTESTED MATTERS:

6. Debtors' Motion for Approval of a Settlement Among Lehman Brothers Special Financing Inc., BNY Corporate Trustee Services Limited, Perpetual Trustee Company Limited, and Others, with Saphir Finance Public Limited Company **[Docket No. 13051]**

Response Deadline: December 8, 2010 at 4:00 p.m.

Responses Received:

A. Response of BNY Corporate Trustee Services Limited **[Docket No. 13304]**

B. Limited Objection of Liquidators of Lehman Brothers Australia Limited **[Docket No. 13309]**

C. Limited Objection to Motion of the Belmont Noteholders **[Docket No. 13318]**

Related Documents:

D. Debtors' Reply **[Docket No. 13401]**

E. Notice of Supplemental Exhibit to Debtors' Motion **[Docket No. 13302]**

F. Declaration of Robert Hershan in Support of Debtors' Motion **[Docket No. 13303]**

G. Declaration of Andrew K. Glenn in connection with the Limited Objection of the Belmont Noteholders **[Docket No. 13321]**

H. Notice of Withdrawal of Limited Objection of Liquidators of Lehman Brothers Australia Limited **[Docket No. 13448]**

Status: This matter is going forward. The Limited Objections of Liquidators of Lehman Brothers Australia Limited [Docket No. 13309] and the Belmont Noteholders [Docket No. 13318] have been resolved.

7. Motion of Prudence M. Waltz for Relief from the Automatic Stay **[Docket No. 12788]**

Response Deadline: December 10, 2010 at 4:00 p.m.

Responses Received:

A. Debtors' Objection **[Docket No. 13384]**

B. Joinder of Official Committee of Unsecured Creditors in Debtors' Response **[Docket No. 13413]**

Related Documents:

C. Reply of Prudence M. Waltz **[Docket No. 13397]**

Status: This matter is going forward.

## III. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.

8. Debtors' Motion to Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions **[Docket No. 3218]**

Response Deadline: April 17, 2009 at 4:00 p.m.

Responses Received:

A. Objection of Official Committee of Unsecured Creditors **[Docket No. 3395]**

Related Documents: None.

Status: This matter has been adjourned to January 13, 2011 at 10:00 a.m.

9. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

Response Deadline: January 6, 2011 at 10:00 a.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to January 13, 2011 at 10:00 a.m.

10. Motion of Coscan Construction, LLC. for Relief from the Automatic Stay **[Docket No. 7226]**

Response Deadline: January 6, 2011 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to January 13, 2011 at 10:00 a.m.

11. Debtors' Motion for an Order Enforcing the Automatic Stay Against Greenbrier Minerals Holdings, LLC **[Docket No. 9729]**

Response Deadline: July 8, 2010 at 5:00 p.m.

A. Objection of Greenbrier Minerals Holdings, LLC **[Docket No. 10093]**

Related Documents:

B. Declaration of Jack McCarthy, Sr. in Support of Motion **[Docket No. 9731]**

C. Reply of Debtor Lehman Commercial Paper Inc. in Support of Motion **[Docket No. 10131]**

D. Statement of Official Committee of Unsecured Creditors in Support of Motion **[Docket No. 10148]**

E. Emergency Motion for Continuance and Extension of Time to Respond **[Docket No. 9998]**

Status: This matter has been adjourned to January 13, 2011 at 10:00 a.m.

12. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[Docket No. 11513]**

Response Deadline: January 6, 2011 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to January 13, 2011 at 10:00 a.m.

13. Motion of Cascade Investment, L.L.C. for Leave to Conduct Discovery of (1) the Debtors, and (2) JPMorgan Chase Bank, N.A. **[Docket No. 12120]**

Response Deadline: January 6, 2011 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to January 13, 2011 at 10:00 a.m.

14. Motion of Edgewood Management LLC for an Order Directing Lehman Brothers Holdings Inc. to Release and Return Non-Estate Property **[Docket No. 13063]**

Response Deadline: January 6, 2011 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to January 13, 2011 at 10:00 a.m.

15. Debtors' Motion for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties **[Docket No. 13009]**

Response Deadline: December 8, 2010 at 4:00 p.m.

Responses Received:

A. Limited Objection of Aviva S.p.A, et al. **[Docket No. 13300]**

B. Objection of Deutsche Bank Trust Company Americas, et al. **[Docket No. 13305]**

C. Ballyrock ABS CDO 2007-1 Limited's Limited Objections **[Docket No. 13306]**

D. Objection of U.S. Bank National Association as Trustee **[Docket No. 13307]**

E. Objection of the Bank of New York Mellon, et al. **[Docket No. 13308]**

F. Limited Objection of Wellington Management Company, LLP **[Docket No. 13311]**

G. Joinder of HSBC Bank USA, National Association, as Trustee in Objection of The Bank of New York Mellon, et al. **[Docket No. 13315]**

H. Joinder of HSBC Bank USA, National Association, as Trustee in Objection of The Bank of New York Mellon, et al. **[Docket No. 13323]**

I. Objection of Credit Agricole Corporate and Investment Bank **[Docket No. 13326]**

J. Limited Objection of Bank of America, National Association Successor by Merger to LaSalle Bank National Association **[Docket No. 13343]**

K. Objection of Principal Global Investors (Europe), et al. **[Docket No. 13367]**

Related Documents:

L. Declaration of Sara Tapinekis in Support of Credit Agricole Corporate and Investment Bank's Objection **[Docket No. 13327]**

Status: This matter has been adjourned to January 13, 2011 at 10:00 a.m.

16. Motion to Compel Congregation Machne Chaim to Respond to Rule 2004 Subpoena **[Docket No. 13105]**

Response Deadline: December 8, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Declaration of Michael J. Firestone in Support of Debtors' Motion **[Docket No. 13106]**

Status: This matter has been adjourned to January 13, 2011.

**B. Adversary Proceedings**

17. Bank of America v. Lehman Brothers Special Financing, Inc., et al. **[Adv. Case No. 08-01753]**

**Status Conference**

Related Documents:

A. Order Granting Lehman Brothers Holdings Inc., et al.'s Motion for Summary Judgment **[Docket No. 98]**

B. Judgment **[Docket No. 99]**

Status: This matter has been adjourned to January 19, 2011 at 10:00 a.m.

18. Turnberry et al v. Lehman Brothers Holdings Inc., et al. **[Adv. Case No. 09-01062]**

**Pre-Trial Conference and Motion to Dismiss**

Related Documents:

A. Adversary Complaint **[Docket No. 1]**

B. Answer of Lehman Brothers Holdings Inc., et al. **[Docket No. 8]**

C. Answer of Jacquelyn Soffer, et al. to Counterclaim **[Docket No. 21]**

D. Unopposed Motion to Amend Answer, Affirmative Defenses and Counterclaims of Defendants Lehman Brothers Holdings, Inc., et al. **[Docket No. 25]**

E. Answer of Lehman Brothers Holdings Inc., et al. to Complaint **[Docket No. 30]**

F. Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 32]**

G. Lehman's Opposition to Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 37]**

Status: The Pre-Trial Conference has been adjourned to January 13, 2011 at 2:00 p.m. The Motion to Dismiss has been adjourned to a date to be scheduled by the Court.

19. Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Adv. Case No. 10-02821]**

**Pre-Trial Conference and Motion to Dismiss**

Related Documents:

A. Adversary Complaint **[Docket No. 1]**

B. Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

C. Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

D. Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

Status: The Pre-Trial Conference has been adjourned to January 13, 2011 at 2:00 p.m. The Motion to Dismiss has been adjourned to a date to be scheduled by the Court.

20. Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Adv. Case No. 10-02823]**

**Pre-Trial Conference and Motion to Dismiss**

Related Documents:

A. Adversary Complaint **[Docket No. 1]**

B. Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

C. Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

D. Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

Status: The Pre-Trial Conference has been adjourned to January 13, 2011 at 2:00 p.m. The Motion to Dismiss has been adjourned to a date to be scheduled by the Court.

21. PT Bank Negara Indonesia (Persero) Tbk v. Lehman Brothers Special Financing, Inc., et al. **[Adv. Case No. 09-01480]**

**Pre-Trial Conference**

Related Documents:

A. Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

B. Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

C. Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

D. Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

Status: This matter has been adjourned to January 13, 2011 at 2:00 p.m.

Dated: December 14, 2010
New York, New York

/s/ Lori R. Fife
Lori R. Fife

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: December 14, 2010
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.