Andrew K. Glenn (AG-9934)
Matthew B. Stein (MS-0062)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS INC., *et al.* <br><br> Debtors. | Chapter 11 <br> Case No. 08-13555 (JMP) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF THE BELMONT NOTEHOLDERS TO THE DEBTORS' MOTION PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR APPROVAL OF A SETTLEMENT AMONG LEHMAN BROTHERS SPECIAL FINANCING INC., BNY CORPORATE TRUSTEE SERVICES LIMITED, PERPETUAL TRUSTEE COMPANY LIMITED, AND OTHERS, RELATING TO CERTAIN SWAP TRANSACTIONS WITH SAPHIR FINANCE PUBLIC LIMITED COMPANY**

The Belmont Noteholders, holders of notes issued under the Dante Finance PLC Multi-Issuer Secured Obligation Programme (collectively, the "Belmont Noteholders"),[1] by and through their undersigned counsel, hereby withdraw their *Limited Objection of the Belmont Noteholders to the Debtors' Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy*

---

[1] The Belmont Noteholders are:  Belmont Park Investments Pty Ltd; Ambulance Victoria; Fire and Emergency Services Superannuation Board; Armidale Dumaresq Shire Council; Belreef Holdings Pty Ltd; Broken Hill City Council; Catholic Church Insurances Limited; CCI Investment Management Limited; City of Swan; Clough Superannuation Pty Limited; Eurobodalla Shire Council; G & F Yukich Superannuation Pty Ltd; Gippsland Secured Investments Ltd; G.James Australia Pty Ltd; G.James Superannuation Pty Ltd; Gosford City Council; Guyra Shire Council; Indian Pacific Limited; Lifeplan Friendly Society Limited; Newcastle City Council; Orient Holdings Pty Ltd; Panorama Ridge Pty Ltd; Parkes Shire Council; Sashimi Investments Pty Ltd; Southern Finance Limited; Statewide Secured Investments Ltd; The Cootharinga Society of North Queensland; and Wingecarribee Shire Council.  The Belmont Noteholders hold notes issued in the following Series under the Dante Programme: Saphir Finance plc Series 2004-4, Beryl Finance Limited Series 2007-7, Beryl Finance Limited Series 2008-6, Beryl Finance Limited Series 2008-14, Zircon Finance Limited Series 2007-1 Tranche A, Zircon Finance Limited Series 2007-1 Tranche B, Zircon Finance Limited Series 2007-3, Zircon Finance Limited Series 2007-9 Tranche A and Zircon Finance Limited Series 2007-9 Tranche B (collectively, the "Belmont Series").  The outstanding notes under the Belmont Series have a total face value of AUD 250,230,000 of which the Belmont Noteholders own notes with a face value of approximately AUD 104,620,000.

*Procedure for Approval of a Settlement Among Lehman Brothers Special Financing Inc., BNY Corporate Trustee Services Limited, Perpetual Trustee Company Limited, and Others, Relating to Certain Swap Transactions With Saphir Finance Public Limited Company*, dated December 8, 2010 [Bankr. Dkt. No. 13318], pursuant to that certain letter agreement, dated December 14, 2010, entered into between the Belmont Noteholders and the Debtors.

Dated:  New York, New York
        December 15, 2010

        Respectfully submitted,

        KASOWITZ, BENSON, TORRES
         & FRIEDMAN LLP

        By   /s/ Andrew K. Glenn
           Andrew K. Glenn
           Matthew B. Stein
           1633 Broadway
           New York, NY  10019
           (212) 506-1700

*Counsel to the Belmont Noteholders*