UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :     Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :     08-13555 (JMP)
                                                                 :
              Debtors.                                           :     (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Commercial Paper Inc. (08-13900) |
| --- | --- |
| Creditor Name and Address: | Bank of Scotland plc, New York Branch |
| Claim Number (if known): | 32500 |
| Date Claim Filed: | 09/22/09 |
| Total Amount of Claim Filed: | $0 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *Karen Weich* | Title: Vice President |
| --- | --- |
| Printed Name: Karen Weich | Dated: July 19, 2010 |

US_ACTIVE:¥43326298¥01¥58399.0003