**SEWARD & KISSEL LLP**
Ronald L. Cohen (RC 3897)
Carolyn Frederick (CF-2861)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Nexstar Developing Opportunities Master Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## Certificate of Service

I, Ronald L. Cohen, an attorney duly admitted, hereby certify that on December 13, 2010 I caused a copy of the Response of Nexstar Developing Opportunities Master Fund, Ltd. to Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) to be served by e-mail or facsimile as indicated upon the parties listed on the annexed Service List.

/S/ Ronald L. Cohen
Ronald L. Cohen

## SERVICE LIST

Shai Y. Waisman, Esq. (e-mail)
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
shai.waisman@weil.com

Dennis F.Dunne, Esq. (e-mail)
Dennis O'Donnell, Esq.(e-mail)
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
ddunne@milbank.com
dodonnell@milbank.com

Office of the United States Trustee (Facsimile)
for the Southern District of New York
33 Whitehall Street
New York, New York  10004
(212) 668-2255

SK 22097 0003 1156276