## **Exhibit 4A**

Template of Consolidated Debtors and Other Controlled Entities Schedule of
Cash Receipts and Disbursements

**CONSOLIDATED DEBTORS and Other Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**[    ], 201[ ] - [    ], 201[ ]**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | Consolidated Debtors | Other Controlled Entities | | | | | Total Consolidated Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|
| | | LB I | ALI | PAMI | Other | Total | |
| **Beginning Cash & Investments ([   ], 201[ ])** | $    — | $    — | $    — | $    — | $    — | $    — | $    — |
| **Sources of Cash:** | | | | | | | |
| Corporate | | | | | | | |
|   Other Receipts | — | — | — | — | — | — | — |
| Derivatives | — | — | — | — | — | — | — |
| Loans | — | — | — | — | — | — | — |
| Principal Investing / | | | | | | | |
| Private Equity | — | — | — | — | — | — | — |
| Real Estate | — | — | — | — | — | — | — |
| Asia | — | — | — | — | — | — | — |
| South America | — | — | — | — | — | — | — |
| **Total Sources of Cash** | — | — | — | — | — | — | — |
| **Uses of Cash:** | | | | | | | |
| Corporate | | | | | | | |
|   Compensation and Benefits | — | — | — | — | — | — | — |
|   Professional Fees | — | — | — | — | — | — | — |
|   Other Operating Expenses | — | — | — | — | — | — | — |
|   Other Non-Operating Expenses | — | — | — | — | — | — | — |
| Derivatives | — | — | — | — | — | — | — |
| Loans | — | — | — | — | — | — | — |
| Principal Investing / | | | | | | | |
| Private Equity | — | — | — | — | — | — | — |
| Real Estate | — | — | — | — | — | — | — |
| Asia | — | — | — | — | — | — | — |
| South America | — | — | — | — | — | — | — |
| **Total Uses of Cash** | — | — | — | — | — | — | — |
| **Net Cash Flow** | — | — | — | — | — | — | — |
| FX Fluctuation | — | — | — | — | — | — | — |
| **Ending Cash & Investments ([   ], 201[ ])** | $    — | $    — | $    — | $    — | $    — | $    — | $    — |

## **Exhibit 4B**

Template of Consolidated Debtors and Other Controlled Entities
Balance Sheet

**CONSOLIDATED DEBTORS and Other Controlled Entities**
**Balance Sheet As of [    ], 201[  ]**
(Unaudited)

| $ in millions | Total Consolidated Debtors | Total Other Controlled Entities | Total Consolidated Debtors and Total Other Controlled Entities |
|---|---|---|---|
| **Assets** | | | |
| Cash and investments ............................... | $    — | $    — | $    — |
| Cash and investments pledged or restricted.......... | — | — | — |
| Financial instruments and other inventory positions: | | | |
|   Real estate ............................................. | | — | — |
|   Loans.................................................... | | — | — |
|   Private equity/Principal investments ................ | | — | — |
|   Derivatives and other contractual agreements ....................................... | | — | — |
| **Total financial instruments and other inventory positions** ............................ | — | — | — |
| Receivables and other assets............................. | | — | — |
| Investments in affiliates: | | | |
|   LBHI controlled non-debtor entities................ | | — | — |
|   Non-LBHI controlled entities ...................... | — | — | — |
| **Total Investments in affiliates**...................... | — | — | — |
| Due from affiliates: | | | |
|   LBHI controlled entities - post petition .......... | | — | — |
|   LBHI controlled non-debtor entities............... | | — | — |
|   Non-LBHI controlled entities ..................... | — | — | — |
| **Total due from affiliates**............................ | — | — | — |
| **Total assets** ........................................ | $    — | $    — | $    — |
| **Liabilities and stockholders' equity** ................. | | | |
| **Accounts payable and other liabilities:** | | | |
|   Payables ............................................. | $    — | $    — | $    — |
|   Due to LBHI controlled entities .................... | — | — | — |
| **Total accounts payable and liabilities** | — | — | — |
| **Liabilities (subject to compromise for Debtor entities only):** | | | |
|   Derivatives and other contractual agreements...... | | — | — |
|   Borrowings ........................................... | | — | — |
|   Taxes and Other Payables............................. | | — | — |
| Due to affiliates: | | | |
|   LBHI controlled non-debtor entities................ | | — | — |
|   Non-LBHI controlled entities ..................... | — | — | — |
| **Total due to affiliates**............................. | — | — | — |
| **Total liabilities (subject to compromise for Debtor entities only)** ................................ | — | — | — |
| **Total liabilities**.................................... | — | — | — |
| **Stockholders' equity** | | | |
|   Preferred stock ...................................... | | — | — |
|   Common stock and additional paid-in capital ...... | | — | — |
|   Retained earnings and other stockholders' equity .............................................. | | — | — |
| **Total common stockholders' equity** .................. | — | — | — |
| **Total stockholders' equity**.......................... | — | — | — |
| **Total liabilities and stockholders' equity** ........... | $    — | $    — | $    — |

## **Exhibit 4C**

Template of Consolidated Debtors and Other Controlled Entities Financial Instruments
Summary and Activity

**CONSOLIDATED DEBTORS and Other Controlled Entities**

Financial Instruments Summary and Activity

[      ], 201[  ] – [      ], 201[  ]

(Unaudited)

| $ in millions | As of [     ], 201[ ] | | | | | (Activity [     ], 201[ ] – [     ], 201[ ]) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Encumbered | Unencumbered | Total | As Reported [ ], 201[ ] Total | Change | Asset Transfers Reclassifications, and Other | Fair Value / Recovery Value Change | Cash (Receipts) | Disbursements |
| **Real Estate** | | | | | | | | | |
| Consolidated Debtors | — | — | — | — | — | — | — | — | — |
| Other Controlled Entities | — | — | — | — | — | — | — | — | — |
| Total Real Estate | — | — | — | — | — | — | — | — | — |
| **Loans** | | | | | | | | | |
| Consolidated Debtors | — | — | — | — | — | — | — | — | — |
| Other Controlled Entities | — | — | — | — | — | — | — | — | — |
| Total Loans | — | — | — | — | — | — | — | — | — |
| **Private Equity / Principal Investments** | | | | | | | | | |
| Consolidated Debtors | — | — | — | — | — | — | — | — | — |
| Other Controlled Entities | — | — | — | — | — | — | — | — | — |
| Total Private Equity / Principal Investments | — | — | — | — | — | — | — | — | — |
| **Derivative Receivables and Related Assets** | | | | | | | | | |
| Consolidated Debtors | — | — | — | — | — | — | — | — | — |
| Other Controlled Entities | — | — | — | — | — | — | — | — | — |
| Total Derivative Receivables and Related Assets | — | — | — | — | — | — | — | — | — |
| **Totals** | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — |

## **Exhibit 4D**

Template of Consolidated Debtors and Other Controlled Entities Residential Real Estate Owned and Unencumbered – By Product Type

**CONSOLIDATED DEBTORS and Other Controlled Entities**
Residential Real Estate Owned and Unencumbered - By Product Type

As of [   ], 201[ ]
(Unaudited)

| $ in millions | Consolidated Debtors | LB I | PAMI | ALI | Other | Total | Total Consolidated Debtors and Other Controlled Entities | Undiscounted Principal Balances |
|---|---|---|---|---|---|---|---|---|
| | | Other Controlled Entities | | | | | | |
| **Residential Real Estate** | | | | | | | | |
| United States | | | | | | | | |
| Whole Loans: | | | | | | | | |
| Alt-A / Prime | | | | | | | | |
| First Lien | $      — | $      — | $      — | $      — | $      — | $      — | $      — | $      — |
| Second Lien | — | — | — | — | — | — | | — |
| Subtotal | — | — | — | — | — | — | — | — |
| Subprime | | | | | | | | |
| First Lien | — | — | — | — | — | — | | — |
| Second Lien | — | — | — | — | — | — | | — |
| Subtotal | — | — | — | — | — | — | — | — |
| Other | | | | | | | | |
| Warehouse lines: | | | | | | | | |
| Residential | — | — | — | — | — | — | — | — |
| Auto | — | — | — | — | — | — | — | — |
| Securities | — | — | — | — | — | — | — | — |
| Real Estate Owned | — | — | — | — | — | — | — | — |
| Small Balance Commercial | — | — | — | — | — | — | — | — |
| Mortgage-Backed Securities | — | — | — | — | — | — | — | — |
| Other | — | — | — | — | — | — | — | — |
| Subtotal | — | — | — | — | — | — | — | — |
| **Total Residential Real Estate** | $ | $ | $ | $ | $ | $ | $ | $ |

**<u>Exhibit 4E</u>**

Template of Consolidated Debtors and Other Controlled Entities Commercial Real Estate
Owned and Unencumbered – By Product Type

**CONSOLIDATED DEBTORS and Other Controlled Entities**
Commercial Real Estate Owned and Unencumbered - By Product Type

As of [   ], 201[ ]
(Unaudited)

| $ in millions | Consolidated Debtors | Other Controlled Entities | | | | | Total Consolidated Debtors and Other Controlled Entities | Undiscounted Principal Balances |
|---|---|---|---|---|---|---|---|---|
| | | LB I | PAMI | ALI | Other | Total | | |
| **Commercial Real Estate** | | | | | | | | |
| North America | | | | | | | | |
| Whole loans | | | | | | | | |
| Senior | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — |
| B-notes/Mezzanine | — | — | — | — | — | — | — | — |
| Corporate Loans | — | — | — | — | — | — | — | — |
| Seller Financed Loans | — | — | — | — | — | — | — | — |
| Equity | — | — | — | — | — | — | — | — |
| Real Estate Owned | — | — | — | — | — | — | — | — |
| Other | — | — | — | — | — | — | — | — |
| Subtotal | — | — | — | — | — | — | — | — |
| Europe | | | | | | | | |
| Whole loans | — | — | — | — | — | — | | |
| Senior | — | — | — | — | — | — | | |
| B-notes/Mezzanine | — | — | — | — | — | — | | |
| Corporate Loans | — | — | — | — | — | — | | |
| Equity | — | — | — | — | — | — | | |
| Subtotal | — | — | — | — | — | — | | |
| Asia | | | | | | | | |
| Whole loans | | | | | | | | |
| Senior | — | — | — | — | — | — | | — |
| B-notes/Mezzanine | — | — | — | — | — | — | | — |
| NPLs | — | — | — | — | — | — | | — |
| Equity | — | — | — | — | — | — | | — |
| Real Estate Owned | — | — | — | — | — | — | | — |
| Other | — | — | — | — | — | — | | — |
| Subtotal | — | — | — | — | — | — | | — |
| **Total Commercial Real Estate** | $ | $ | $ | $ | $ | $ | $ | $ |
| **Total Real Estate** | $ | $ | $ | $ | $ | $ | $ | $ |

## **Exhibit 4F**

Template of Consolidated Debtors and Other Controlled Entities Commercial Real Estate Owned and Unencumbered – By Property Type and Region

**CONSOLIDATED DEBTORS and Other Controlled Entities**

Commercial Real Estate Owned and Unencumbered - By Property Type And Region

As of [        ], 201[   ]

(Unaudited)

| $ in millions | North America | Europe | Asia | Total | Undiscounted Principal Balances |
|---|---|---|---|---|---|
| **Commercial Real Estate** | | | | | |
| Senior Whole Loans | | | | | |
| Office | $        — | $        — | $        — | $        — | $        — |
| Hotel | — | — | — | — | — |
| Multi-family | — | — | — | — | — |
| Retail | — | — | — | — | — |
| Residential | — | — | — | — | — |
| Condominium | — | — | — | — | — |
| Land | — | — | — | — | — |
| Other | — | — | — | — | — |
| Total Senior Whole Loans by Type | — | — | — | — | — |
| B-Note/Mezz Whole Loans | — | | | | |
| Office | — | — | — | — | — |
| Hotel | — | — | — | — | — |
| Multi-family | — | — | — | — | — |
| Mixed-use | — | — | — | — | — |
| Retail | — | — | — | — | — |
| Condominium | — | — | — | — | — |
| Land | — | — | — | — | — |
| Total B-Notes/Mezz Whole Loans by Type | — | — | — | — | — |
| Corporate Loans | | | | | |
| Industrial | — | — | — | — | — |
| Multi-family | — | — | — | — | — |
| Total Corporate Loans by Type | — | — | — | — | — |
| Seller Financed Loans | | | | | |
| Office | — | — | — | — | — |
| Hotel | — | — | — | — | — |
| Multi-family | — | — | — | — | — |
| Other | — | — | — | — | — |
| Total Seller Financed Loans by Type | — | — | — | — | — |
| NPLs | | | | | |
| Residential | — | — | — | — | — |
| Other | — | — | — | — | — |
| Total NPLs by Type | — | — | — | — | — |
| Equity | | | | | |
| Office | — | — | — | — | — |
| Industrial | — | — | — | — | — |
| Hotel | — | — | — | — | — |
| Multi-family | — | — | — | — | — |
| Retail | — | — | — | — | — |
| Mixed-use | — | — | — | — | — |
| Condominium | — | — | — | — | — |
| Land | — | — | — | — | — |
| Other | — | — | — | — | — |
| Total Equity by Type | — | — | — | — | — |
| Real Estate Owned | | | | | |
| Office | — | — | — | — | — |
| Industrial | — | — | — | — | — |
| Hotel | — | — | — | — | — |
| Multi-family | — | — | — | — | — |
| Condominium | — | — | — | — | — |
| Land | — | — | — | — | — |
| Other | — | — | — | — | — |
| Total Real Estate Owned by Type | — | — | — | — | — |
| Other | — | — | — | — | — |
| **Total Commercial Real Estate** | $        — | $        — | $        — | $        — | $        — |

## **Exhibit 4G**

Template of Consolidated Debtors and Other Controlled Entities Loan Portfolio (Funded and Unencumbered) Summary by Rating

**CONSOLIDATED DEBTORS and Other Controlled Entities**

Loan Portfolio (Funded and Unencumbered) Summary by Rating

As of [      ], 201[    ]

(Unaudited)

$ in millions

| Ratings Equivalent | Consolidated Debtors | Other Controlled Entities | Total Consolidated Debtors and Total Other Controlled Entities | % of Total |
|---|---|---|---|---|
| | | Notional | | |
| High Grade ............. | $              — | $              — | $              — | — % |
| High Yield ............. | — | — | — | — % |
| Non-Rated ............. | — | — | — | — % |
| **Total** ................................. | **$              —** | **$              —** | **$              —** | **— %** |
| | | Fair Value | | |
| High Grade ............. | $              — | $              — | $              — | — % |
| High Yield ............. | — | — | — | — % |
| Non-Rated ................. | — | — | — | — % |
| **Total** ................................. | **$              —** | **$              —** | **$              —** | **— %** |

### **Exhibit 4H**

Template of Consolidated Debtors and Other Controlled Entities Private Equity/Principal Investments Owned and Unencumbered by Legal Entity and Product Type

**CONSOLIDATED DEBTORS and Other Controlled Entities**

Private Equity / Principal Investments Owned and Unencumbered by Legal Entity and Product Type
As of [          ], 201[   ]
(Unaudited)

| $ in millions | Private Equity Platform | Direct Investments | GP/LP Investments | Asia Investments | Seed Capital | Totals |
|---|---|---|---|---|---|---|
| **By Legal Entity:** | | | | | | |
| **Consolidated Debtors** ...................... | $        — | $        — | $        — | $        — | $        — | $        — |
| **Other Controlled Entities**................ | ____— | ____— | ____— | ____— | ____— | ____— |
| **Total** ................................................... | $        — | $        — | $        — | $        — | $        — | $        — |
| **By Product Type** | | | | | | |
| Private Equity / Leveraged Buy Outs ("LBOs")............................ | $        — | $        — | $        — | $        — | $        — | $        — |
| Venture Capital............................... | — | — | — | — | — | — |
| Fixed Income ................................. | — | — | — | — | — | — |
| Real Estate Funds .......................... | — | — | — | — | — | — |
| Hedge Funds ................................... | — | — | — | — | — | — |
| Other .............................................. | — | — | — | — | — | — |
| **Total** ................................................... | $        — | $        — | $        — | $        — | $        — | $        — |

## **Exhibit 4I**

Template of Consolidated Debtors and Other Controlled Entities Derivatives
Assets and Liabilities

**CONSOLIDATED DEBTORS and Other Controlled Entities**

Derivatives Assets and Liabilities

As of [      ], 201[  ]

(Unaudited)

| $ in millions | Consolidated Debtors | | Other Controlled  Entities | | Total Consolidated Debtors and Total Other Controlled Entities | |
|---|---|---|---|---|---|---|
| **Assets - Receivables, Net** | | | | | | |
| Open ($)............................. | $ | — | $ | — | $ | — |
| Termed / Matured ($) ......... | | — | | — | | — |
| Total ............................... | | — | | — | | — |
| Other Derivative Related Assets ............................... | | — | | — | | — |
| Total Derivatives and Related Assets................. | $ | — | $ | — | $ | — |
| **# of Contracts** | | | | | | |
| *Open (# of contracts)* ......... | | — | | — | | — |
| *Termed / Matured (# of contracts)* ....................... | | — | | — | | — |
| *Total* ............................... | | — | | — | | — |
| **Liabilities - Payables** ............. | | | | | | |
| Open ($)............................. | $ | — | $ | — | $ | — |
| Termed / Matured ($) ......... | | — | | — | | — |
| Total ............................... | $ | — | $ | — | $ | — |
| **# of Contracts** ..................... | | | | | | |
| *Open (# of contracts)* ......... | | — | | — | | — |
| *Termed / Matured (# of contracts)* ....................... | | — | | — | | — |
| *Total* ............................... | | — | | — | | — |

# **Exhibit 4J**

Template of Consolidated Debtors and Other Controlled Entities Pledged
Inventory – By Asset Group

**CONSOLIDATED DEBTORS and Other Controlled Entities**
Pledged Inventory - By Asset Group
As of [        ], 201[  ]
(Unaudited)

| $ in millions | Consolidated Debtors | | Other Controlled Entities | | Total Consolidated Debtors and Total Other Controlled Entities | |
|---|---|---|---|---|---|---|
| **Pledged Inventory** | | | | | | |
| Real Estate - Commercial: | | | | | | |
| Securitization Instrument | $ | — | $ | — | $ | — |
| Whole loans - Senior | | — | | — | | — |
| North America | | — | | — | | — |
| Europe | | — | | — | | — |
| Asia | | — | | — | | — |
| U.S. Corporate Loans | | — | | — | | — |
| Total Real Estate Pledged | | — | | — | | — |
| | | | | | | |
| Loans: | | | | | | |
| Securitization Instruments | | — | | — | | — |
| U.S. and U.K. Corporate Loans | | — | | — | | — |
| Total Loans Pledged | | — | | — | | — |
| | | | | | | |
| Private Equity / Principal Investments: | | | | | | |
| Securitization Instruments[2] | | — | | — | | — |
| | | | | | | |
| Derivative Receivables | | — | | — | | — |
| | | | | | | |
| **Total Pledged** | $ | — | $ | — | $ | — |
| | | | | | | |
| **Allocation of Pledged Inventory by Counterparty Type.** | | | | | | |
| | | | | | | |
| Clearing Banks and Collateralized Lenders | $ | — | $ | — | $ | — |
| Other Third Parties | | — | | — | | — |
| LBHI Controlled Entities: | | | | | | |
| Aurora Bank FSB | | — | | — | | — |
| Woodlands Commercial Bank | | — | | — | | — |
| | | | | | | |
| **Total Pledged** | $ | — | $ | — | $ | — |

## **Exhibit 4K**

Template of Consolidated Debtors and Other Controlled Entities Unfunded Lending and Principal Investments Commitments

**CONSOLIDATED DEBTORS and Other Controlled Entities**

Unfunded Lending and Principal Investments Commitments

As of [        ], 201[  ]

(Unaudited)

| $ in millions | Consolidated Debtors | Other Controlled Entities | Total Consolidated Debtors and Total Other Controlled Entities |
|---|---|---|---|
| **Real Estate** | | | |
| Commercial ........................... | $          — | $          — | $          — |
| | | | |
| **Loans** | | | |
| High Grade ........................... | — | — | — |
| High Yield ........................... | — | — | — |
| Non-Rated........................... | — | — | — |
| **Total**......................................... | — | — | — |
| | | | |
| **Private Equity / Principal Investments**........................... | | | |
| Private Equity Platform ......... | — | — | — |
| Direct Investments................. | — | — | — |
| GP / LP Investments.............. | — | — | — |
| **Total**......................................... | — | — | — |
| | | | |
| **Total**........................................... | $          — | $          — | $          — |

## **Exhibit 4L**

Template of Consolidated Debtors and Other Controlled Entities Top Holdings Summary

**CONSOLIDATED DEBTORS and Other Controlled Entities**
Top Holdings Summary

| Position | Undiscounted Principal Balance | Mark to Market Balance | | | | Owner | Lien | Pledged |
|---|---|---|---|---|---|---|---|---|
| | | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 | | | |
| **I. Commercial Real Estate** | | | | | | | | |
| Name 1 | — | — | — | — | — | — | — | — |
| Name 2 | — | — | — | — | — | — | — | — |
| Name 3 | — | — | — | — | — | — | — | — |
| Name 4 | — | — | — | — | — | — | — | — |
| Name 5 | — | — | — | — | — | — | — | — |
| **II. Loans** | | | | | | | | |
| Name 1 | — | — | — | — | — | — | — | — |
| Name 2 | — | — | — | — | — | — | — | — |
| Name 3 | — | — | — | — | — | — | — | — |
| Name 4 | — | — | — | — | — | — | — | — |
| Name 5 | — | — | — | — | — | — | — | — |
| **III. Private Equity** | | | | | | | | |
| Name 1 | — | — | — | — | — | — | — | — |
| Name 2 | — | — | — | — | — | — | — | — |
| Name 3 | — | — | — | — | — | — | — | — |
| Name 4 | — | — | — | — | — | — | — | — |
| Name 5 | — | — | — | — | — | — | — | — |

## **Exhibit 4M**

Template of Consolidated Debtors and Other Controlled Entities Receivables from Special
Purpose Vehicles

**CONSOLIDATED DEBTORS and Other Controlled Entities**
Receivables from Special Purpose Vehicles

| | Notional | Fair Value | Collateral Value |
|---|---|---|---|
| Mortgages | | | |
| Open | — | — | — |
| Terminated | — | — | — |
| Total | — | — | — |
| | | | |
| Investment Grade | | | |
| Open | — | — | — |
| Terminated | — | — | — |
| Total | — | — | — |
| | | | |
| High Yield / Levered Loans | | | |
| Open | — | — | — |
| Terminated | — | — | — |
| Total | — | — | — |
| | | | |
| Other | | | |
| Open | — | — | — |
| Terminated | — | — | — |
| Total | — | — | — |
| | | | |
| Total | | | |
| Open | — | — | — |
| Terminated | — | — | — |
| **Total** | — | — | — |