# **Exhibit 5**

### **Members of the Ad Hoc Group of Lehman Brothers Creditors**

1. California Public Employees' Retirement System
2. County of San Mateo
3. Fiduciary Counselors Inc.
4. Fir Tree, Inc.
5. Gruss Asset Management, L.P.
6. Owl Creek Asset Management, L.P.
7. Paulson & Co. Inc.
8. Perry Capital LLC on behalf of one or more investment funds for which it or an affiliate acts as investment advisor or general partner.
9. Taconic Capital Advisors L.P.
10. Western Asset Management Company