Adam Brezine (NY State Bar #3922762)
HOLME ROBERTS & OWEN LLP
800 W. Olympic Boulevard, 4th Floor
Los Angeles, California  90015
Telephone:     (213) 572-4300
Facsimile:      (213) 572-4400
Email:    adam.brezine@hro.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC.,                          :    08-13555 (JMP)
*et al.*,                                               :
                                                        :    (Jointly Administered)
                                                        :
                                   Debtors.             :
------------------------------------------------------- x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Millennium Marketing & Management Pty, Ltd. ("Millennium") hereby enters its appearance by and through its counsel, Holme Roberts & Owen LLP, pursuant to Section 1109 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith, be given and served upon:

> Adam Brezine, Esq.
> HOLME ROBERTS & OWEN LLP
> 800 W. Olympic Boulevard, 4th Floor
> Los Angeles, California  90015
> Telephone:     (213) 572-4300
> Facsimile:      (213) 572-4400
> Email:    adam.brezine@hro.com
>                kerry.moynihan@hro.com

#23424 v2 lax

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 3017, or 9007 including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in this case and the proceedings herein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, facsimile, telex, or otherwise which affect or seek to affect the above-captioned case and any proceedings therein.

Neither this Notice of Appearance and Request for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of Millennium: (i) to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designed as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (ii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claims, actions or defenses, setoffs, recoupments

2

#23424 v2 lax

or other matters to which this party is entitled under any agreements or at law or in equity or

under the United States Constitution.

Dated:   Los Angeles, California
         December 15, 2010

        Respectfully submitted,

        /s/ *Adam Brezine*
        Adam Brezine, Esq.
        HOLME ROBERTS & OWEN LLP
        800 W. Olympic Boulevard, 4th Floor
        Los Angeles, California  90015
        Telephone:    (213) 572-4300
        Facsimile:    (213) 572-4400
        Email:  adam.brezine@hro.com

        Attorneys for Creditor Millennium
        Marketing & Management Pty, Ltd.