Dennis F. Dunne
Dennis O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
In re:                                                        :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :    08-13555 (JMP)
                                                              :
              Debtors.                                        :    (Jointly Administered)
                                                              :
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  SS.:
COUNTY OF NEW YORK   )

       CHARMAINE M. THOMAS, being duly sworn, deposes and says:

       I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

       On the 13th of December, 2010, I caused a copy of the following documents:

> Statement of Official Committee of Unsecured Creditors in Support of the Debtors' Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rule 9019 For Approval of Settlement Agreement Between LB Somerset LLC, LB Preferred Somerset LLC, KBIA Somerset Investments, LLC, KBIA Preferred, LLC, Falls of Neuse Investments, LLC, Somerset Properties SPE, LLC, Somerset Associates, LLC, and Kevin Wilk (DI 13404),

    Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion Pursuant to Section 363(b) of the Bankruptcy Code For Authorization to Enter Into and Perform Under a Services Agreement With Lehman Europe (DI 13405),

    Joinder of Official Committee of Unsecured Creditors in Debtors' Response to Motion of Prudence Waltz for Relief from Stay and an Order Directing the Abandonment of Claims Against the Real Property Commonly Known as 844-846 West 57th Street, Los Angeles, California (DI 13413), and

    Statement of Official Committee of Unsecured Creditors in Connection with Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper, Inc. Pursuant to Section 363 of the Bankruptcy Code and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure for Authority to Enter into Settlement Agreement with Respect to Heritage Fields Property and Consummate Transactions in Connection Therewith (DI 13424),

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, and to be served upon the parties listed on Exhibit C attached hereto by Federal Express Service for overnight delivery

                                                  /s/ Charmaine M. Thomas  
                                                  CHARMAINE M. THOMAS

SWORN TO AND SUBSCRIBED before me this 15th day of December, 2010

/s/ Jason Hsu  
Jason Hsu  
Notary Public, State of New York  
No. 01HS6212317  
Qualified in New York County  
Commission Expires Oct. 13, 2013

# Exhibit A

harvey.miller@weil.com; jacqueline.marcus@weil.com; lori.fife@weil.com; richard.krasnow@weil.com; shai.waisman@weil.com; aaaronson@dilworthlaw.com; aalfonso@willkie.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adam.brezine@hro.com; adarwin@nixonpeabody.com; adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; alesia.pinney@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; aostrow@beckerglynn.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bdk@schlamstone.com; bgraifman@gkblaw.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; bpershkow@profunds.com; Brian.Corey@greentreecreditsolutions.com; brian.pfeiffer@friedfrank.com; bromano@willkie.com; brosenblum@jonesday.com; broy@rltlawfirm.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com; calbert@reitlerlaw.com; canelas@pursuitpartners.com; carlsons@sullcrom.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; chardman@klestadt.com; charles@filardi-law.com; charles_malloy@aporter.com; charu.chandrasekhar@wilmerhale.com; chipford@parkerpoe.com; chris.donoho@lovells.com; christian.spieler@lehman.com; christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cwalsh@mayerbrown.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; davids@blbglaw.com;

davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com;
dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com;
dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com;
ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deggermann@kramerlevin.com;
deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com;
dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com;
dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com;
dirk.roberts@ots.treas.gov; djoseph@stradley.com; dkleiner@velaw.com;
dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com;
dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com;
dmurray@jenner.com; dneier@winston.com; douglas.bacon@lw.com;
dove.michelle@dorsey.com; dowd.mary@arentfox.com; DPiazza@HodgsonRuss.com;
dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com;
drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com;
dspelfogel@foley.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com;
dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com;
echang@steinlubin.com; ecohen@russell.com; efile@willaw.com;
efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com;
ehollander@whitecase.com; ekbergc@lanepowell.com; eli.mattioli@klgates.com;
elizabeth.harris@klgates.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com;
eric.johnson@hro.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com;
esmith@dl.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net;
fbp@ppgms.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com;
fhyman@mayerbrown.com; fishere@butzel.com; francois.janson@hklaw.com;
frank.white@agg.com; fsosnick@shearman.com; fyates@sonnenschein.com;
gabriel.delvirginia@verizon.net; gary.ticoll@cwt.com; george.davis@cwt.com;
geraci@thalergertler.com; ggitomer@mkbattorneys.com; giddens@hugheshubbard.com;
gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com;
gravert@mwe.com; gspilsbury@jsslaw.com; guzzi@whitecase.com;
hanh.huynh@cwt.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com;
hbeltzer@morganlewis.com; hbeltzer@mayerbrown.com; heidi@crumbielaw.com;
heim.steve@dorsey.com; heiser@chapman.com; helmut.olivier@lehman.com;
hirsch.robert@arentfox.com; hollace.cohen@troutmansanders.com;
holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com;
hsnovikoff@wlrk.com; ian.levy@kobrekim.com; icatto@kirkland.com;
igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com;
ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com;
iva.uroic@dechert.com; jacobsonn@sec.gov; jafeltman@wlrk.com;
james.mcclammy@dpw.com; James.Sprayregen@kirkland.com;
jamestecce@quinnemanuel.com; jar@outtengolden.com; jason.jurgens@cwt.com;
jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com;
jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-
law.com; jchristian@tobinlaw.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net;
jean-david.barnea@usdoj.gov; jeannette.boot@wilmerhale.com; jeff.wittig@coair.com;
jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com;
jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;

jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com; jflaxer@golenbock.com; jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com; jgarrity@shearman.com; jgenovese@gjb-law.com; jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jim@atkinslawfirm.com; jjoyce@dresslerpeters.com; jjtancredi@daypitney.com; jjureller@klestadt.com; jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com; john@crumbielaw.com; john.mcnicholas@dlapiper.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com; joli@crlpc.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com; joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jstoll@mayerbrown.com; jtimko@allenmatkins.com; jtimko@shutts.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org; jwcohen@daypitney.com; jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-law.com; k4.nomura@aozorabank.co.jp; karen.wagner@dpw.com; KDWBankruptcyDepartment@kelleydrye.com; keckhardt@hunton.com; keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com; klyman@irell.com; kmayer@mccarter.com; kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kowens@foley.com; kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com; krosen@lowenstein.com; krubin@ozcap.com; kstahl@whitecase.com; kuehn@bragarwexler.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com; Landon@StreusandLandon.com; lawallf@pepperlaw.com; lberkoff@moritthock.com; Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com; lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lmarinuzzi@mofo.com; Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com; loizides@loizides.com; lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com; lthompson@whitecase.com; lubell@hugheshubbard.com; lwhidden@salans.com; mabrams@willkie.com; MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com; margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com; martin.bury@lehman.com; martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov; matthew.klepper@dlapiper.com; matthew.morris@lovells.com; mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com;

mdorval@stradley.com; meltzere@pepperlaw.com; metkin@lowenstein.com;
mfeldman@willkie.com; mgordon@briggs.com; mgreger@allenmatkins.com;
mhanchet@mayerbrown.com; mhopkins@cov.com; michael.bonacker@lehman.com;
michael.frege@cms-hs.com; michael.kim@kobrekim.com; millee12@nationwide.com;
miller@taftlaw.com; mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com;
MJR1@westchestergov.com; mkjaer@winston.com; mlahaie@akingump.com;
MLandman@lcbf.com; mlynch2@travelers.com; mmendez@hunton.com;
mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us;
mneier@ibolaw.com; monica.lawless@brookfieldproperties.com;
mpage@kelleydrye.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com;
mruetzel@whitecase.com; mschimel@sju.edu; mshiner@tuckerlaw.com;
msiegel@brownrudnick.com; mspeiser@stroock.com; mstamer@akingump.com;
mvenditto@reedsmith.com; mwarren@mtb.com; ncoco@mwe.com;
neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov;
nfurman@scottwoodcapital.com; Nherman@morganlewis.com; nissay_10259-
0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com;
oipress@travelers.com; omeca.nedd@lovells.com; patrick.oh@freshfields.com;
patrick.schmitz-morkramer@lehman.com; paul.turner@sutherland.com; pbattista@gjb-
law.com; pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com;
peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com;
peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com;
phayden@mcguirewoods.com; pmaxcy@sonnenschein.com; pnichols@whitecase.com;
ppascuzzi@ffwplaw.com; ppatterson@stradley.com; psp@njlawfirm.com;
ptrostle@jenner.com; pwirt@ftportfolios.com; pwright@dl.com;
r.stahl@stahlzelloe.com; raj.madan@bingham.com; rajohnson@akingump.com;
ramona.neal@hp.com; ranjit.mather@bnymellon.com; rbeacher@daypitney.com;
rbernard@bakerlaw.com; rbyman@jenner.com; rchoi@kayescholer.com;
rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com;
rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com;
rgraham@whitecase.com; rhett.campbell@tklaw.com; RHS@mccallaraymer.com;
richard.lear@hklaw.com; richard.levy@lw.com; richard.tisdale@friedfrank.com;
ritkin@steptoe.com; RJones@BoultCummings.com; RLevin@cravath.com;
rmatzat@hahnhessen.com; rnetzer@willkie.com; rnorton@hunton.com;
robert.bailey@bnymellon.com; robert.dombroff@bingham.com;
robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov;
robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com;
ronald.silverman@bingham.com; rqureshi@reedsmith.com; rreid@sheppardmullin.com;
rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com;
RTrust@cravath.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com;
s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;
sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com;
Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; scargill@lowenstein.com;
schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com;
schristianson@buchalter.com; schwartzmatthew@sullcrom.com;
Scott.Gibson@dubaiic.com; scottshelley@quinnemanuel.com;

scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov;
sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com;
sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com;
shannon.nagle@friedfrank.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org;
shgross5@yahoo.com; shumaker@pursuitpartners.com; sidorsky@butzel.com;
slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com;
smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com;
snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com;
splatzer@platzerlaw.com; squigley@lowenstein.com; SRee@lcbf.com;
sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com;
stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov;
steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com;
susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com;
swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com;
tarbit@cftc.gov; tbrock@ssbb.com; tduffy@andersonkill.com;
teresa.oxford@invescoaim.com; TGoren@mofo.com; thaler@thalergertler.com;
thomas.califano@dlapiper.com; thomas.ogden@dpw.com;
Thomas_Noguerola@calpers.ca.gov; thomaskent@paulhastings.com;
timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com;
tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com;
tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com;
toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com; tslome@msek.com;
ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com;
ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com;
vmilione@nixonpeabody.com; vrubinstein@loeb.com; walter.stuart@freshfields.com;
wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net;
wcurchack@loeb.com; wheuer@dl.com; william.m.goldman@dlapiper.com;
wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; woconnor@crowell.com;
wrightth@sullcrom.com; wsilverm@oshr.com; wswearingen@llf-law.com;
wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp;
'robertdakis@quinnemanuel.com'; 'lynne.gugenheim@cna.com';
Karla.Lammers@cna.com'; jrabinowitz@rltlawfirm.com;
marshall.huebner@davispolk.com; brian.resnick@davispolk.com;
martin.flics@linklaters.com; titia.holtz@linklaters.com; zamoslaw@aol.com;
sgliatta@kayescholer.com; JOHN.KIBLER @NEWYORK.ALLENOVERY.COM;
DAVID.BRODERICK @ALLENOVERY.COM; k.lore@bingham.com;
walter.vandorn@snrdenton.com; farrington.yates@snrdenton.com

## **Exhibit B**

INTERNAL REVENUE SERVICE
Fax No.:  (212) 436-1931

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.:  (212) 668-2255

**Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Lori R. Fife, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.
       Tracy Hope Davis, Esq.

Rabinowitz, Lubetkin & Tully, L.L.C.
Attn: Jonathan I. Rabinowitz, Esq.
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039

Linklaters LLP
Attn: Martin Flics, Esq. and Titia Holtz, Esq.
1345 Avenue of the Americas
New York, New York 10105

Davis Polk & Wardwell LLP
Attn: Marshall S. Huebner, Esq. and Brian M. Resnick, Esq.
450 Lexington Avenue
New York, New York 10017

THE LAW OFFICES OF JEROME ZAMOS
Attention: JEROME ZAMOS
5228 Campo Road, Woodland Hills, California
91364-1927

Kaye Scholer LLP
Attn: Steve Gliatta, Esq.
425 Park Avenue,
New York, New York 10022

Allen & Overy LLP
Attn: John Kibler, Esq. and David Broderick, Esq.
1221 Avenue of the Americas
New York, New York 10020

Bingham McCutchen LLP
Attn: Kenneth G. Lore, Esq.
399 Park Avenue
New York, New York 10022


SNR Denton
Attn: Walter G. Van Dorn, Esq. and D. Farrington Yates, Esq.
1221 Avenue of the Americas
New York, New York 10020