**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | X § | Chapter 11 |
| In re: | § § |  |
| LEHMAN BROTHERS HOLDINGS INC. et al., | § § § | Case No. 08-13555 (JMP) |
| Debtors, | § § | (Jointly Administered) |
|  | § | **Ref. Docket No. 13417** |
|  |  |  |
|  | § § |  |
| In re: | § § § | Case No. 08-01420 (JMP) |
| LEHMAN BROTHERS INC., | § § | SIPA |
| Debtor. | § § | **Ref. Docket No. 3974** |
|  | § X |  |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       ) ss.:
COUNTY OF NEW YORK  )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 13, 2010, I caused to be served the "Fifth Omnibus Notice of Resolution of Objections Relating to the Assumption and Assignment of Purchased Contracts," dated December 13, 2010 [Docket No. 13417 in Case No. 08-13555 and Docket No. 3974 in Case No. 08-01420], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Samuel Garcia

Sworn to before me this
14th day of December, 2010

Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | atrehan@mayerbrown.com |
| aalfonso@willkie.com | aunger@sidley.com |
| abeaumont@fklaw.com | austin.bankruptcy@publicans.com |
| abraunstein@riemerlaw.com | avenes@whitecase.com |
| acaton@kramerlevin.com | azylberberg@whitecase.com |
| acker@chapman.com | bankr@zuckerman.com |
| adam.brezine@hro.com | bankruptcy@goodwin.com |
| adarwin@nixonpeabody.com | bankruptcy@morrisoncohen.com |
| adg@adorno.com | bankruptcymatters@us.nomura.com |
| Adiamond@DiamondMcCarthy.com | barbra.parlin@hklaw.com |
| aeckstein@blankrome.com | bbisignani@postschell.com |
| aentwistle@entwistle-law.com | bdk@schlamstone.com |
| afriedman@irell.com | bgraifman@gkblaw.com |
| agbanknewyork@ag.tn.gov | bguiney@pbwt.com |
| agbanknewyork@ag.tn.gov | bhinerfeld@sbtklaw.com |
| aglenn@kasowitz.com | bill.freeman@pillsburylaw.com |
| agold@herrick.com | bkmail@prommis.com |
| agolianopoulos@mayerbrown.com | bmanne@tuckerlaw.com |
| ahammer@freebornpeters.com | BMiller@mofo.com |
| aisenberg@saul.com | boneill@kramerlevin.com |
| akantesaria@oppenheimerfunds.com | bpershkow@profunds.com |
| akihiko_yagyuu@chuomitsui.jp | Brian.Corey@greentreecreditsolutions.com |
| alesia.pinney@infospace.com | Brian.Corey@greentreecreditsolutions.com |
| alicia.chang@davispolk.com | brian.pfeiffer@friedfrank.com |
| amarder@msek.com | bromano@willkie.com |
| AMcMullen@BoultCummings.com | brosenblum@jonesday.com |
| amenard@tishmanspeyer.com | broy@rltlawfirm.com |
| Andrew.Brozman@cliffordchance.com | bspector@jsslaw.com |
| andrew.lourie@kobrekim.com | btrust@mayerbrown.com |
| angelich.george@arentfox.com | btupi@tuckerlaw.com |
| ann.reynaud@shell.com | bturk@tishmanspeyer.com |
| anthony_boccanfuso@aporter.com | bwolfe@sheppardmullin.com |
| aoberry@bermanesq.com | bzabarauskas@crowell.com |
| aostrow@beckerglynn.com | cahn@clm.com |
| apo@stevenslee.com | calbert@reitlerlaw.com |
| aquale@sidley.com | canelas@pursuitpartners.com |
| araboy@cov.com | carlsons@sullcrom.com |
| arahl@reedsmith.com | carol.weinerlevy@bingham.com |
| arheaume@riemerlaw.com | cave@hugheshubbard.com |
| arlbank@pbfcm.com | cbelisle@wfw.com |
| arosenblatt@chadbourne.com | cbelmonte@ssbb.com |
| arthur.rosenberg@hklaw.com | cbrotstein@bm.net |
| arthur.rosenberg@hklaw.com | cgoldstein@stcwlaw.com |
| arwolf@wlrk.com | cgrant@mayerbrown.com. |
| aseuffert@lawpost-nyc.com | chammerman@paulweiss.com |
| ashaffer@mayerbrown.com | chardman@klestadt.com |
| ashmead@sewkis.com | charles@filardi-law.com |
| asnow@ssbb.com | charles_malloy@aporter.com |

charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
Christine.Farrelly@dlapiper.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com

dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
DiMassa@duanemorris.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dswan@mcguirewoods.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
eagel@bragarwexler.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com

ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
estodola@whitecase.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
fjacobson@sonnenschein.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com
george_kielman@freddiemac.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
hbeltzer@morganlewis.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hestioko@ffwplaw.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
Jacqueline.marcus@weil.com
jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jharbour@hunton.com
jherzog@gklaw.com
jhiggins@fdlaw.com

jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitan@proskauer.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jteitelbaum@tblawllp.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com

judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kcaputo@sipc.org
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com

Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
Lori.fife@weil.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
Marvin.Clements@ag.tn.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmervis@proskauer.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@frankfurt.whitecase.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msilberstein@dealysilberstein.com
mspeiser@stroock.com
mstamer@akingump.com
mtamasco@schnader.com
mvenditto@reedsmith.com
mwarren@mtb.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.potter@pillsburylaw.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com

pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
phheer@duanemorris.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppartee@hunton.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
Richard.krasnow@weil.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com

robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
Russj4478@aol.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
Shai.waisman@weil.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com

slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
tduffy@duffyandatkins.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@davispolk.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com

ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
william.m.goldman@dlapiper.com
wilten@hugheshubbard.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wjd@dealysilberstein.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

# EXHIBIT B

| Name | Fax |
|---|---|
| Internal Revenue Service | 212-436-1931 |
| Office of the US Trustee Andrew D Velez-Rivera | 212-668-2255 |

# EXHIBIT C

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HUGHES HUBBARD & REED LLP | ATTN: CHRISTOPHER K. KIPLOK, JEFFREY S. MARGOLIN ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, DENNIS O'DONNELL, EVAN FLECK, WILBUR FOSTER, JR. (COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC.) 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| OFFICE OF THE US TRUSTEE | ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS 33 WHITEHALL STREET, 21ST FLOOR NEW YORK NY 10004 |
| SECURITIES INVESTOR PROTECTION CORPORATION | 805 15TH STREET, N.W. SUITE 800 ATTN: KENNETH J. CAPUTO WASHINGTON DC 20005-2215 |
| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK ONE BOWLING GREEN ATTN: HONORABLE JAMES M. PECK NEW YORK NY 10004 |
| WEIL, GOTSHAL & MANGES LLP | ATTN: RICHARD KRASNOW, LORI FIFE, SHAI WAISMAN, JACQUELINE MARCUS (COUNSEL TO LEHMAN BROTHERS HOLDINGS, INC.) 767 FIFTH AVENUE NEW YORK NY 10153 |

**Total Creditor count  6**

| Claim Name | Address Information |
|---|---|
| AEGIS DEFENSE SERVICES LTD. | AEGIS SPECIALISTS SYLVIA WHITE, ESQ. AEGIS DEFENSE SERVICES LTD. 39 VICTORIA STREET LONDON SW1H 0EU UNITED KINGDOM |
| BGC PARTNERS, INC. | CANTOR FITZGERALD & CO. C/O ANDREW C. WELS, ESQ. CANTOR FITZGERALD & CO. 499 PARK AVENUE NEW YORK NY 10022 |
| BGC PARTNERS, INC. | CANTOR FITZGERALD & CO. MICHAEL LAMPERT, ESQ. BGC PARTNERS, INC. 199 WATER STREET NEW YORK NY 10038 |
| CAPGEMINI FINANCIAL SERVICES USA, INC. | C/O CAREY D. SCHREIBER WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166-4193 |
| EMI | C/O RICHARD LEVY, JR., ESQ. PRYOR CASHMAN LLP 410 PARK AVENUE NEW YORK NY 10022 |
| IKON OFFICE SOLUTIONS, INC. | ATTN: J. CORY FALGOWSKI REED SMITH LLP 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| IKON OFFICE SOLUTIONS, INC. | CHRISTINE R. ETHERIDGE IKON FINANCIAL SERVICES 1738 BASS ROAD MACON GA 31210 |
| LOEWS CORP. / LOEWS MIAMI BEACH HOTEL | MR. GLENN P. ZARIN, ESQ. LOEWS CORPORATION 667 MADISON AVENUE NEW YORK NY 10065-8087 |
| LOEWS CORP. / LOEWS MIAMI BEACH HOTEL | CC: TINA S. PORTNER LOEWS MIAMI BEACH HOTEL 1601 COLLINS AVENUE MIAMI BEACH FL 33139 |
| MARKIT GROUP LTD, MARKIT VALUATIONS LTD | SWAPSHIRE LTD & MARKIT NORTH AMERICA INC JEFFREY W. LEVITAN PROSKAUER ROSE LLP 1585 BROADWAY NEW YORK NY 10036-8299 |
| MF GLOBAL SECURITIES INC. | JOE PUCCI, VP, SENIOR COUNSEL MF GLOBAL INC. 440 S. LASALLE CHICAGO IL 60605 |
| SCS ENGINEERS / SCS ENERGY | STUART R. MATTHEWS, COUNSEL SCS ENGINEERS 11260 ROGER BACON DRIVE RESTON VA 20190 |
| TRANSCANADA PIPELINES LIMITED | AND ITS AFFILIATES DAVID W. ELROD ELROD, PLLC 500 N. AKARD, SUITE 3000 DALLAS TX 75201 |

**Total Creditor count  13**