KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
Carrie V. Hardman
570 Seventh Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

Attorneys for Overstock.com, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtor. | |
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adversary No. 08-01420 (JMP) |
| Plaintiff, | |
| v. | |
| LEHMAN BROTHERS, INC., | |
| Defendant. | |

## NOTICE OF CHANGE OF ADDRESS FOR KLESTADT & WINTERS, LLP

PLEASE TAKE NOTICE that Klestadt & Winters, LLP, counsel for Overstock.com, Inc. in the above-captioned adversary proceeding of Lehman Brothers, Inc. (the "Defendant"), has relocated its offices. Effective immediately, copies of all notices and pleadings given or filed in this case should be given and served upon the undersigned at the following address:

**KLESTADT & WINTERS, LLP**
**570 Seventh Avenue, 17th Floor**
**New York, NY 10018-6314**
**Telephone (212) 972-3000**
**Telefax (212) 972-2245**

Dated: New York, New York
December 16, 2010

                        KLESTADT & WINTERS, LLP
                        Attorneys for Overstock.com, Inc.

By: /s/John E. Jureller, Jr.
       John E. Jureller, Jr.
       Carrie V. Hardman
570 Seventh Avenue, 17th Floor
New York, NY 10018-6314
(212) 972-3000

2