KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
Carrie V. Hardman
570 Seventh Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

Attorneys for Plaintiffs

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |
| EUROPEAN CREDIT MANAGEMENT LIMITED, RELATIVE EUROPEAN VALUE, S.A., EUROPEAN CREDIT (LUXEMBOURG) S.A., LEVERAGED LOANS EUROPE plc, and TERM LOANS EUROPE plc, | Adversary No. 09-01262 (JMP) |
| Plaintiffs, | |
| v. | |
| LEHMAN COMMERCIAL PAPER, INC., | |
| Defendant. | |

**NOTICE OF CHANGE OF ADDRESS FOR KLESTADT & WINTERS, LLP**

PLEASE TAKE NOTICE that Klestadt & Winters, LLP, counsel for European Credit Management Limited, Relative European Value, S.A., European Credit (Luxembourg) S.A., Leveraged Loans Europe plc, and Term Loans Europe plc (the "Plaintiffs") in the above-captioned adversary proceeding, has relocated its offices. Effective immediately, copies of all notices and

pleadings given or filed in this case should be given and served upon the undersigned at the following address:

**KLESTADT & WINTERS, LLP**
**570 Seventh Avenue, 17th Floor**
**New York, NY 10018-6314**
**Telephone (212) 972-3000**
**Telefax (212) 972-2245**

Dated: New York, New York
December 16, 2010

        KLESTADT & WINTERS, LLP
        Attorneys for Plaintiffs

        By: /s/John E. Jureller, Jr.
            John E. Jureller, Jr.
            Carrie V. Hardman
        570 Seventh Avenue, 17th Floor
        New York, NY 10018-6314
        (212) 972-3000