KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
Carrie V. Hardman
570 Seventh Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

Attorneys for OXM Timber Finance Investments II, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS FOR KLESTADT & WINTERS, LLP

PLEASE TAKE NOTICE that Klestadt & Winters, LLP, counsel for OXM Timber Finance Investments II, LLC in connection with the above-captioned proceeding, has relocated its offices. Effective immediately, copies of all notices and pleadings given or filed in this case should be given and served upon the undersigned at the following address:

**KLESTADT & WINTERS, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018-6314
Telephone (212) 972-3000
Telefax (212) 972-2245**

Dated: New York, New York
December 16, 2010

    KLESTADT & WINTERS, LLP
Attorneys for OXM Timber Finance
Investments II, LLC

By: /s/John E. Jureller, Jr.
    John E. Jureller, Jr.
    Carrie V. Hardman
570 Seventh Avenue, 17th Floor
New York, NY 10018-6314
(212) 972-3000