Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| York Global Finance BDH, LLC | Deutsche Bank AG, London |

Name and Address where notices to transferee should be sent:

York Global Finance BDH, LLC
767 Fifth Avenue, 17th Floor
New York, NY 10153
Attn: Lauren Searing
Tel: +1 212 710 6549
Email: bankdebt@yorkcapital.com

Court Claim # (if known): 18969
Amount of Claim: $61,000,000.00
Date Claim Filed: September 18, 2009

Phone  N/A

Last Four Digits of Acct #: N/A            Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #. N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Adam J. Semler            Date: December 16, 2010
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Doc#: US1:6690336v1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim #: 18969

**DEUTSCHE BANK AG, LONDON** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**YORK GLOBAL FINANCE BDH, LLC**
767 5TH Ave., 17TH Floor
New York, NY 10153
Attn: Lauren Searing
Tel: +1 212 710 6549
e-mail: bankdebt@yorkcapital.com

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $61,000,000.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 10, 2010.

**DEUTSCHE BANK AG, LONDON**

By: _____
Name:
Title:

By: _____
Name:
Title:

**YORK GLOBAL FINANCE BDH, LLC**

By: _____
Name: Adam J. Semler
Title: Chief Operating Officer of its General Partner