Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.  			Case No. 08-13555 (JMP)
							(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
| --- | --- |
| Senator Global Opportunity Fund LP | Deutsche Bank AG, London |

Name and Address where notices to transferee should be sent:

Senator Global Opportunity Fund LP  	Court Claim # (if known): 18969
c/o Senator Investment Group LP		Amount of Claim: $18,200,000.00
1330 Avenue of the Americas, 26th Floor	Date Claim Filed: September 18, 2009
New York, NY 10019
Attn: Edward Larmann				Phone  N/A
Tel: +1 212 376 4305
Email: elarmann@senatorlp.com

Last Four Digits of Acct #: N/A			Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #. N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Edward Larmann			Date: December 16, 2010
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Doc#: US1:6690329v1

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:   United States Bankruptcy Court for the
      Southern District of New York ("Bankruptcy Court")
      Attn:   Clerk

AND TO:   Lehman Brothers Holdings, Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Claim #: 18969

DEUTSCHE BANK AG, LONDON its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

SENATOR GLOBAL OPPORTUNITY FUND LP
c/o Senator Investment Group LP
1330 Avenue of the Americas, 26TH Floor
New York, NY 10019
Attn:   Edward Larmann
Tel:    +1 212 376 4305
e-mail: elarmann@senatorlp.com

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $18,200,000.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 1, 2010.

DEUTSCHE BANK AG, LONDON

By: _____
Name:
Title:

By: _____
Name:
Title:

SENATOR GLOBAL OPPORTUNITY FUND LP
By: Senator GP LLC, its general partner

By: _____
Name: Edward Larmann
Title: CF-