UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                         Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,           Case No. 08-13555 (JMP)

                            Debtors.
-----------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF STEPHEN P. WING

UPON the motion of Stephen P. Wing dated December 1, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Stephen P. Wing is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       December 16, 2010

                                                           *s/ James M. Peck*
                                                           UNITED STATES BANKRUPTCY JUDGE