**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile  (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd
Cindi M. Eilbott

*Conflicts Counsel for the Debtors
 and Debtors In Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                        :    **Chapter 11**
**In re:**                                                              :
                                                                        :    **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                        :
                                                                        :    **(Jointly Administered)**
                                  **Debtors.**                          :
                                                                        :
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss:
COUNTY OF NEW YORK        )

　　　　Georgia Faust, being duly sworn, deposes and says:

　　　　1.　　I am not a party to this action, am over 18 years of age, and reside in New York, New York.

　　　　2.　　On December 15, 2010, I caused to be served a true and correct copy of Curtis' Sixth Interim Fee Application [13487] upon the parties listed on the appended Exhibit A by the delivery methods listed respective to each party served.

　　　　　　　　　　　　　　　　　　/s/ Georgia Faust
　　　　　　　　　　　　　　　　　　Georgia Faust

Sworn to before me this
16th day of December 2010

/s/ James V. Drew
　Notary Public

**JAMES V. DREW
Notary Public, State of New York
No. 02DR6079092
Qualified in Kings County
Commission Expires August 12, 2014**

8720993

# EXHIBIT A

**BY HAND DELIVERY**
Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, 6th Floor
New York, New York 10004

**BY HAND DELIVERY**
Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention:  Andrew D. Velez-Rivera, Esq.
            Tracy Hope Davis, Esq.
            Elisabetta Gasparini, Esq.

**BY HAND DELIVERY**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention:  Dennis F. Dunne, Esq.
            Dennis O'Donnell, Esq.
            Evan Fleck, Esq.

**BY HAND DELIVERY**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention: Shai Y. Waisman, Esq.

**BY HAND DELIVERY**
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY  10020
Attention:  John Suckow
            David Coles

**BY E-Mail**
Brown Greer, PLC
bmdeal@browngreer.com
Attention: Brandon Deal