UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
         Debtors.                                                  :
                                                                   :    Ref. Docket No. 13450
-------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 16, 2010, I caused to be served the "Debtors' Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motion Pursuant to Section 363(b) of the Bankruptcy Code for Authorization to Enter into and Perform Under a Services Agreement with Lehman Europe," dated December 14, 2010 [Docket No. 13450], by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

                                                                   /s/ Herb Baer
                                                                   ─────────────
                                                                   Herb Baer

Sworn to before me this
17th day of December, 2010

/s/ Panagiota Manatakis
─────────────
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

T:\Clients\LBH\Affidavits\Lehman Europe Service Agreement CONO DI_13450_ AFF_12-16-10.doc

**EXHIBIT A**

| Name | Fax |
|---|---|
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |
| Milbank; Dennis Dunne, Evan Fleck, Dennis ODonnell | 212-530-5219 |