PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
: Chapter 11
In re: :
: Case No. 08-13555 (JPM)
LEHMAN BROTHERS HOLDINGS, INC., :
: Jointly Administered
Debtors. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SECOND AMENDED VERIFIED STATEMENT OF
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
<u>PURSUANT TO BANKRUPTCY RULE 2019(a)</u>**

Paul, Weiss, Rifkind, Wharton & Garrison LLP, ("<u>Paul, Weiss</u>"), as attorneys for the entities listed on <u>Exhibit A</u> hereto (collectively, the "<u>Entities</u>"), in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings, Inc. and related subsidiaries and affiliates including Lehman Brothers, Inc. (collectively, the "<u>Debtors</u>"), makes the following second amended statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Statement</u>").  This Statement amends the *Amended Verified Statement of Paul, Weiss, Rifkind, Wharton & Garrison, LLP Pursuant to Bankruptcy Rule 2019(a)* [Dkt. No. 5796] filed on November 11, 2009.

        1.      Paul, Weiss is counsel to the Entities in the above-captioned cases. The address for Paul, Weiss for purposes of this Statement is 1285 Avenue of the Americas, New York, NY 10019-6064.

2. The mailing address for each of the Entities is listed on <u>Exhibit A</u> hereto.

3. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

4. The specific nature and amounts of the claims held by the Entities are, and will be, set forth in proofs of claims filed against the Debtors' estates.

5. The following are the facts and circumstances in connection with Paul, Weiss' employment in these cases. Paul, Weiss represented most of the Entities prior to the Debtors' chapter 11 cases, while certain Entities are being represented by Paul, Weiss for the first time. Each of the Entities separately requested that Paul, Weiss represent them in connection with the Debtors' chapter 11 cases. Paul, Weiss also represents the Entities on matters unrelated to the Debtors' chapter 11 cases.

6. The Entities may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Paul, Weiss' representation of such Entities.

7. Paul, Weiss also represents or advises, or may have represented or advised other parties in interest with respect to the cases that have not been included in the Statement because the parties that Paul, Weiss represents do not currently intend to appear in the cases or such representations have been concluded. These parties in interest include commercial and investment banks, private equity and hedge funds, and other financial institutions, exchanges, and clearing organizations that are parties to various agreements with the Debtors.

8. Paul, Weiss has provided, and may continue to provide, certain legal services to the Debtors. With respect to such services, Paul, Weiss has prepetition and may have post-petition claims against the Debtors.

9. Paul, Weiss will supplement this Statement as necessary.

Dated: New York, New York  
December 17, 2010

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ STEPHEN J. SHIMSHAK
Stephen J. Shimshak
Douglas R. Davis
Claudia L. Hammerman
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

I, Stephen J. Shimshak, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in the foregoing Statement are true and correct to the best of my knowledge, information and belief.

By:   /s/ STEPHEN J. SHIMSHAK
      Stephen J. Shimshak

Executed this 17 day of
December, 2010.

**EXHIBIT A**

**Attorneys for:**

AG INSURANCE
Boulevard Emile Jacqmain 53
1000 Brussels, Belgium,

Bank Hapoalim, B.M.
1177 Avenue of Americas
New York, NY 10036

CCP Credit Acquisition Holdings, LLC
375 Park Avenue, 13th Floor
New York, NY 10152

Centerbridge Special Credit Partners, L.P.
375 Park Avenue, 13th Floor
New York, NY 10152

Citigroup Inc. and all of its affiliates, including Citibank, N.A., and Banco
Nacional de Mèxico, S.A.
399 Park Avenue
New York, NY 10043

CVI GVF (Lux) Master S.a.r.l.
Knowle Hill Park, Fairmile Lane
Cobham, Surrey, UK KT11 2PD

Eton Park Fund, L.P.
c/o Eton Park Capital Management, L.P.
399 Park Avenue, 10th Floor
New York, NY 10022

Eton Park Master Fund, Ltd.
c/o Eton Park Capital Management, L.P.
399 Park Avenue, 10th Floor
New York, NY 10022

Foreign Representative of Glitnir banki hf.
Sóltún 26, 108 Reykjavíc
Iceland

Freshfields, Bruckhaus, Deringer LLP
520 Madison Avenue
New York, NY 10022

Historic TW Inc.
One Time Warner Center
New York, NY 10019

Japan Airlines International Co., Ltd.
4-11, Higashi-Shinagawa 2-chome
Shinagawa-ku, Tokyo 140-8637

Japan Loans Opportunities BV
Jan van Goyenkade 8, 1075 HP
Amsterdam, The Netherlands

King Street Capital, L.P.
c/o King Street Capital Management, L.P.
65 E. 55th Street, 30th Floor
New York, NY 10022

King Street Capital, Ltd.
c/o King Street Capital Management, L.P.
65 E. 55th Street, 30th Floor
New York, NY 10022

King Street Capital Master Fund, Ltd.
c/o King Street Capital Management, L.P.
65 E. 55th Street, 30th Floor
New York, NY 10022

King Street Europe, L.P.
c/o King Street Capital Management, L.P.
65 E. 55th Street, 30th Floor
New York, NY 10022

King Street Europe Master Fund, Ltd.
c/o King Street Capital Management, L.P.
65 E. 55th Street, 30th Floor
New York, NY 10022

LBVN Holdings, L.L.C.
P.O. Box 1641
New York, New York 10150

Monday Properties
230 Park Avenue, Suite 5000
New York, NY 10169

Montauk Energy Capital, LLC
Foster Plaza 10, 5th Floor
680 Anderson Drive
Pittsburgh, PA 15220

Nexen Inc.
801 Seventh Avenue S.W.
Calgary, Alberta T2P 3P7

Nickel 1997 Irrevocable Trust
1201 North Market Street, 18th Floor
Wilmington, DE 198011147

Oak Hill Advisers, L.P.
1114 Avenue of the Americas, 27th Floor
New York, NY 10036

Oaktree European Credit Opportunities Plc
27 Knightsbridge
London, SW1X7LY, U.K.

Oaktree High Yield Plus Fund, L.P.
Oaktree Capital Management L.P., and its affiliates.
333 South Grand Avenue, 28th Floor
Los Angeles, California 90071

Oaktree Capital Management L.P., and its affiliates.
333 South Grand Avenue, 28th Floor
Los Angeles, California 90071

Oaktree Value Opportunities Fund, L.P.
333 South Grand Avenue, 28th Floor
Los Angeles, California 90071

Oaktree Value Opportunities Fund VI, L.P.
333 South Grand Avenue, 28th Floor
Los Angeles, California 90071

Oaktree Value Opportunities Fund VII, L.P.
333 South Grand Avenue, 28th Floor
Los Angeles, California 90071

OCM Opportunities Fund VII Delaware, L.P.
333 South Grand Avenue, 28th Floor
Los Angeles, California 90071

OCM Opportunities Fund VIIb Delaware, L.P.
333 South Grand Avenue, 28th Floor
Los Angeles, California 90071

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

R3 Capital Partners
1271 Avenue of the Americas
New York, NY 10020

Rick M. Rieder and Debra L. Rieder
270 Dale Drive
Short Hills, NJ 07078

Senator Global Opportunity Fund L.P.
1330 Avenue of the Americas, 26th Floor
New York, NY 10019

UBank Ltd.
38 Rothschild Blvd.
Tel Aviv, Israel 66883

Y.L. Kivunim Management Services Ltd.
1 Ben Gurion Street
Ramat Gan, Israel 52211

York Global Finance BDH, LLC
767 5th Avenue, 17th Floor
New York, NY 10153