Thomas I. Sheridan, III
HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES LLP
112 Madison Avenue
New York, NY 10016
212-784-6404
tsheridan@hanlyconroy.com

*Attorney for Objector Benjamin M. Gamoran*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**<br><br>**Debtors.** | **Chapter 11 Case No. 08-13555**<br>**(JMP) (Jointly Administered)** |

## WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that the undersigned attorneys, as attorneys of record for the Objector, Benjamin M. Gamoran, hereby withdraw their appearance in this case and request that the undersigned be removed from the ECF and any other service list in this case.

Dated:        December 17, 2010

/s/ Thomas I. Sheridan, III
Thomas I. Sheridan, III
HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP
112 Madison Avenue
New York, NY 10016
212-784-6404
tsheridan@hanlyconroy.com

/s/ Robert W. Phillips
Robert W. Phillips
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
707 Berkshire Boulevard
East Alton, IL 62024
618-259-2222
rphillips@simmonsfirm.com

*Attorneys for Objector Benjamin M. Gamoran*

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2010 a true and correct copy of the foregoing Withdrawal of Notice of Appearance and Request for Removal from Service Lists was served via ECF Electronic filing service on all parties receiving electronic filing notices on December 17, 2010

/s/ Thomas I. Sheridan, III
Thomas I. Sheridan, III