WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
|                                          | :  |                            |
|------------------------------------------|----|----------------------------|
| **In re**                                | :  | **Chapter 11 Case No.**    |
|                                          | :  |                            |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | :  | **08-13555 (JMP)**         |
|                                          | :  |                            |
| **Debtors.**                             | :  | **(Jointly Administered)** |
|                                          | :  |                            |
|                                          | :  |                            |
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS'**
**THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS**
**(INSUFFICIENT DOCUMENTATION CLAIMS) AS TO CERTAIN CLAIMS**

   **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, "Debtors") are withdrawing without prejudice their Thirty-First Omnibus

Objection to Claims (Insufficient Documentation Claims) [Dkt. No. 10282] solely with respect to

the claims listed on Exhibit A annexed hereto.  Debtors reserve their rights to object to the claims

listed on Exhibit A on any grounds in the future.

Dated:  December 17, 2010
       New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

2

## **Exhibit A**

### **Claims For Which Objection Is Withdrawn Without Prejudice:**

| Claimant Name | Claim Number |
|---|---|
| DeSouza, Donna | 9654 |
| Pike, Susan Mary | 9135 |