WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (JMP)
:
Debtors.                                             : (Jointly Administered)
:
:
----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT
### OF DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION
### TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) (the "Objection"), solely as to the claims listed on Exhibit A hereto, that was scheduled for December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43582534\02\58399.0008

Dated:  December 17, 2010
         New York, New York

    /s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Anthracite Rated Investments (Jersey) Limited | 12708 |
| Goss, Robert | 31250 |
| Paramount Pro Printing Corp. | 41 |
| Stack, Ronald | 13430 |