WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                    :
In re                                               :   Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :   08-13555 (JMP)
                                                    :
                    Debtors.                        :   (Jointly Administered)
                                                    :
                                                    :
-------------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT OF DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection"), solely as to the claim listed on Exhibit A attached hereto, that was scheduled for December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. **The hearing on the Objection as to all other claims set forth therein shall proceed as scheduled on December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time).** The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the

Hearing.

Dated:  December 17, 2010
       New York, New York

                                        /s/ Shai Y. Waisman
                                        Shai Y. Waisman

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

# Exhibit A

## Adjourned Claim:

| Claimant Name | Claim Number |
|---|---|
| Bouef Limited | 2061 |