WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                          :    Chapter 11 Case No.
                                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                                    :
Debtors.                                             :    (Jointly Administered)
                                                                                    :
                                                                                    :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'
FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE
OF INDENTURE TRUSTEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) (the "Objection"), solely as to the claims listed on Exhibit A attached hereto, that was scheduled for December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  December 17, 2010
          New York, New York

                                        /s/ Shai Y. Waisman
                                        Shai Y. Waisman

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

## **Exhibit A**

### **Adjourned Claims:**

| **Claimant Name** | **Claim Number** |
|---|---|
| Frank L. Acosta | 6812 |
| Chadwick Cook dba CWC Revocable Trust 1-13-01 | 2015 |
| Clyde & Darlee J. Crockett | 7925 |
| Gary Gaston | 3977 |
| Dennis Revelotis | 2511 |
| Julianne Salvatore | 10630 |
| Dr. Fred W. Telling | 3962 |