## AMENDED EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Midway Market Neutral International Master Fund Ltd.

This Amended Evidence of Transfer of Claim corrects and amends the Evidence of Transfer of Claim between the parties hereto dated as of November 24, 2010, as set forth at docket entry number 13060 in this Case to correctly cite the claim amount for Proof of Claim No. 26208 as $3,027,563 and not $3,034,976.

**Midway Market Neutral International Master Fund Ltd.**, a Cayman Islands exempt company, having offices located at 33 Whitehall Street, Floor 22, New York, New York 10004 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated November 24, 2010, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $3,027,563, docketed as Claim No. 26208 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect to the Claim, to Buyer.

IN WITNESS WHEREOF, dated as of the 16 day of December, 2010.

WITNESS:

(Signature)

Name: OMAR QAISER
Title: CFO
(Print name and title of witness)

Midway Market Neutral
International Master Fund Ltd.

By: _____
(Signature of authorized corporate officer)

Name: Robert Shtrvk
Title: CEO
Tel.: (212) 739-6888

WITNESS:

(Signature)

Name: _____
Title: _____
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized corporate officer)

Name: David A. Martinez
Title: Authorized Signatory
Tel.: _____

Midway Amended Evidence of Transfer of Claim.DOCX