WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                          :
In re                                     :        **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :        **08-13555 (JMP)**
                                          :
                    **Debtors.**          :        **(Jointly Administered)**
------------------------------------------------------------------x

**SECOND AMENDED SEVENTH NOTICE OF**
**ESTABLISHMENT OF OMNIBUS HEARING DATES**
**PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER**
**IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES**

PLEASE TAKE NOTICE that pursuant to the order, dated June 17, 2010 (the

"Second Amended Case Management Order") [Docket No. 9635], implementing certain notice

and case management procedures, the Bankruptcy Court for the Southern District of New York

(the "Bankruptcy Court") has scheduled the following omnibus hearing dates and times in the

above-captioned cases:

January 13, 2011 at 10:00 a.m. (Prevailing Eastern Time)

February 16, 2011 at 10:00 a.m. (Prevailing Eastern Time)

**March 23, 2011 at 10:00 a.m. (Prevailing Eastern Time)**[1]

April 13, 2011 at 10:00 a.m. (Prevailing Eastern Time)

May 18, 2011 at 10:00 a.m. (Prevailing Eastern Time)

June 15, 2011 at 10:00 a.m. (Prevailing Eastern Time)

---

[1] This hearing was previously scheduled for March 16, 2011 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that except as otherwise ordered by the Bankruptcy Court, the Second Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing omnibus hearing dates.

PLEASE TAKE FURTHER NOTICE that all hearings will be held in Courtroom 601, United States Bankruptcy Court, Alexander Custom House, One Bowling Green, New York, New York 10004 unless otherwise ordered by the Bankruptcy Court.

Dated: December 17, 2010
         New York, New York

                              /s/ Shai Y. Waisman
                              Shai Y. Waisman

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession