B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                    Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

**ILLIQUIDX LTD**                              **MTS Incoming and Touristic Services S.L.**
Name of Transferee                             Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known):  **62962**
should be sent:                                 Total Amount of Claim Filed:
                                                USD $ 4,252,484.00 (equivalent to 3,000,000.00
                                                Euros) plus all fees & interest
                                                Amount of Claim Transferred:
                                                USD $ 4,252,484.00 (equivalent to 3,000,000.00
                                                Euros) plus all fees & interest
                                                ISIN/CUSIP: XS0277185152
**Celestino Amore**                             Date Claim Filed: October 21, 2009
**Managing Director**
**Illiquidx Ltd**
**107-111 Fleet Street**
**London EC4A 2AB, UK**
**Phone: +44 207 936 9309**
**Email: amore@illiquidx.com**

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____          Date:  December 20, 2010
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                **Case No. 08-13555**

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. **62962** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on **December 17, 2010**

**MTS Incoming and Touristic Services S.L.**          **ILLIQUIDX LTD**
Name of Alleged Transferor                       Name of Transferee


Address of Alleged Transferor:                   Address of Transferee:

**c/Ter 21. 3a Planta**                              **Illiquidx Ltd**
**07009, Palma de Mallorca**                         **107-111 Fleet Street**
**Spain**                                            **London EC4A 2AB**
**Attn: Pedro Dominguez**                            **United Kingdom**


### ~~DEADLINE TO OBJECT TO TRANSFER~~
The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.


Date:_____                        _____
                                       CLERK OF THE COURT

### AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
### LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1        For value received, the adequacy and sufficiency of which are hereby acknowledged, **MTS Incoming and Touristic Services S.L.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **IlliquidX Ltd** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the principal/notional amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **62962** filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto and (d) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims").

2.        Seller hereby represents and warrants to Purchaser that:  (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; and (g) as of the date of this Agreement, the Purchased Securities have not been accelerated.

3.        Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    This Agreement and Evidence of Transfer of Claim is subject to successful completion by the Purchaser on the date hereof of an on-sale by the Purchaser of the Transferred Claims and the Purchased Securities (the "Subsequent Sale") to be executed with a third party purchaser ("Subsequent Purchaser"). In the event that such Subsequent Purchase is not successfully completed on the date hereof (including receipt by the Purchaser from the Subsequent Purchaser of the full purchase price for such Subsequent Purchase for value on the date hereof), the Transferred Claims and the Purchased Securities shall be returned to the Seller and the purchase obligations of the Purchaser (including, without limitation, any obligation to pay purchase price) under this Agreement and Evidence of Transfer of Claim shall be cancelled accordingly.

8.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 17th day of December 2010.

MTS Incoming and Touristic Services S.L.

By:
Name: Pedro Domínguez
Title: Financial Director

c/Ter 21. 3a Planta
07009, Palma de Mallorca
Spain

Illiquidx Ltd

By:
Name: Celestino Amore
Title: Managing Director

107-111 Fleet Street
London EC4A 2AB
UNITED KINGDOM

Schedule 1

## Transferred Claims

### Purchased Claim

100% of EUR3,000,00.00 which is the equivalent of $4,252,484 (the equivalent of $4,252,484 (the outstanding amount of ISIN/CUSIP XS0277185152 as described in the Proof of Claim as of 17th of December, 2010), plus all accrued interest, fees and other recoveries due.

### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | U.S. $ Amount claimed in Proof of Claim with respect to Lehman Programs Securities to which Transfer relates |
|---|---|---|---|---|---|---|---|
| Issue of EUR14,080,000 Variable Coupon Notes due December 2011 relating to a Fund and an Index unconditionally and irrevocably Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Program | XS0277185152 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 100% of the ISIN/CUSIP XS0277185152 under the Proof of Claim, which is EUR3,000,00.00 (which is equivalent of USD $4,252,484), plus all accrued interest, fees and recoveries due. | Variable coupon | 8th of December 2011 | EUR3,000,00.00 (which is equivalent of USD $4,252,484) (using an exchange rate of EUR/USD = 1.4175), plus all accrued interest, fees and recoveries due. |

Schedule 1- 1

| **United States Bankruptcy Court/Southern District of New York** | | **LEHMAN SECURITIES PROGRAMS** |
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000062962 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

MTS Incoming and Touristic
Services S.L.
Pedro Dominguez
c/Ter 21. 3a planta
07009 Palma de Mallorca
Spain

Telephone number: +34 971 43 7104    Email Address:

Notices to:
Jude Gorman
c/o Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $    Not less than $4,252,484    (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):    XS0277185152    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA58073    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:    13463
(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

NOV 02 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>21-10-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Mr. PEDRO DOMINGUEZ    Mr. JUAN SANCHEZ |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



09/2007



8H3681407

## «ESCRITURA DE REVOCACIÓN Y CONCESIÓN DE PODER»

NUMERO TRESCIENTOS CUARENTA Y CINCO. ----------

En PALMA DE MALLORCA, mi residencia, a once de Diciembre de dos mil siete. ----------------------

Ante mi, **JOSÉ LUIS GÓMEZ DÍEZ**, Notario del Ilustre Colegio de Baleares. ----------------------

=== C O M P A R E C E ===

**DON REMBERT EULING**, de nacionalidad alemana, residente en España, mayor de edad, divorciado, vecino de Calvia, provincia de Isles Baleares, con domicilio en calle Rossegada, 25 y con Tarjeta de Residencia y N.I.E.: X1477982W, vigente. ----------

=== I N T E R V I E N E ===

En representación y como ADMINISTRADOR UNICO de la entidad **"MTS INCOMING AND TOURISTIC SERVICES, S.L."**, con domicilio en Palma de Mallorca, Calle Ter, 21; constituida en escritura autorizada en Palma de Mallorca el día 16 de Octubre de 1.996, ante el Notario Don Victor Alonso Cuevillas Sayrol. Inscrita en el Registro Mercantil de esta provincia

1

al tomo 1407, sección 8ª, folio 57, hoja PM-24.663,

inscripción 1ª. ----------------------------------

   Su C.I.F. número B07798424. -------------------

   El nombramiento y sus facultades para este acto

resultan de la escritura fundacional, cuya primera

copia tengo a la vista y contiene el nombramiento

aceptado, y de cuyos estatutos sociales que regulan

la entidad, resulta con facultades suficientes para

otorgar la presente escritura, de todo lo cual, yo

Notario, doy fe. ---------------------------------

   Me asevera la vigencia de su cargo, facultades

representativas y la persistencia de la capacidad

jurídica de la Entidad que representa. ------------

   Me aseguro de su identidad por la documentación

reseñada. Tienen a mi juicio, en el concepto en

que, respectivamente, intervienen, capacidad legal

para otorgar la presente ESCRITURA DE REVOCACIÓN Y

CONCESIÓN DE PODER, y al efecto: ------------------

                 **D I C E N   Y   O T O R G A N:**

   **I.-** Que, conforme intervienen, confieren PODER

ESPECIAL, pero tan amplio y bastante como en

Derecho se requiera y fuere menester, a favor de

**DON PEDRO DOMINGUEZ ANGUIANO,** mayor de edad, con

domicilio en calle Islas Baleares 240, Palma de



8H3681406

09/2007

Mallorca, y titular del D.N.I./N.I.F. número
25172379-Y, para que, actuando siempre
**mancomunadamente** con **DON JUAN SANCHEZ
OLIVER,** mayor de edad, vecino de Palma de
Mallorca, domiciliado en la calle Dragonera n° 15-
2°-c y titular del D.N.I. 43.066.735 R, o **DOÑA
CLAUDIA POSADA GRIESE,** mayor de edad, vecina de
Calvía, domiciliada en Cas Catalá, calle Barranco
n° 5 y titular del D.N.I. 33.966.649 L pueda
disponer de cualquier cuenta que tenga abierta en
la entidad poderdante en cualquier entidad bancaria
sin límite de cantidad alguna. --------------------

Asimismo confiere poder a favor de **DON PEDRO
DOMINGUEZ ANGUIANO,** mayor de edad, con domicilio en
calle Islas Baleares 240, Palma de Mallorca, y
titular del D.N.I./N.I.F. número 25172379-Y, y **DON
JUAN SANCHEZ OLIVER,** mayor de edad, vecino de
Palma de Mallorca, domiciliado en la calle
Dragonera n° 15-2°-c y titular del D.N.I.
43.066.735 R, para que cada uno de ellos

· 3

**indistintamente** tenga las siguientes facultades: --

Contratar y despedir personal y únicamente de carácter temporal no pudiendo establecer una relación de carácter indefinida por ninguna de las modalidades ( fijos, discontinuos, ec...) señalando sus funciones y retribuciones , formalizando a tal efecto los oportunos contratos, prorrogarlos o modificarlos --------------------------------------

Hacer, recibir y contestar notificaciones, citaciones y requerimientos, instar el levantamiento de actas notariales. ---------------

Efectuar pagos y cobros por cualquier título o concepto con las limitaciones expresadas anteriormente, aun cuando el deudor fuere la Hacienda Pública o algún otro Organismo Oficial, firmando y exigiendo recibos, cartas de pagos y finiquitos. --------------------------------------

Comparecer ante cualesquiera Entidades, Autoridades, Funcionarios, Organismos , Magistraturas, Fiscalías, Centros, Oficinas o Dependencias Del Estado, Provincia, Municipio o Comunidades Autónomas, e igualmente ante Juzgados, Audiencias y Tribunales, de cualquier orden, grado y jurisdicción, en relación a cualquier asunto,



8H3681405

09/2007

expediente o procedimiento, civiles, penales, administrativos, económico administrativo, gubernativos, laborales o de cualquier otra clase, iniciándolos , siguiéndolos o terminándolos por todos sus tramites, incidencias e instancias, con las mas amplias facultades que se requieran y que comprenden el poder general para pleitos y las especiales de celebrar actos de conciliación con avenencia o sin ella, presentar escritos y ratificarlos, documentos y pruebas, transigir y desistir procedimientos, allanarse, renunciar acciones, absolver posiciones, y en general, practicar cuanto permitan las respectivas leyes de procedimiento, por si o por medio de los letrados y procuradores que libremente estipule, otorgando al efecto los oportunos permisos. --------------------

Solicitar autorizaciones, licencias, concesiones, subvenciones y permisos, de toda clase, así como certificados de cualquier índole, llenando y cumpliendo cuantos requisitos y

5

formalidades se requieran. ------------------------

Efectuar toda clase de reclamaciones. ---------

Contratar servicios y suministros de agua, gas, electricidad, telefonía y similares.

Y para ello, firmar cuantos documentos públicos y privados fueran necesarios o estime oportunos. --

II.- Revocan las facultades que fueron concedidos en la escritura de poder otorgada ante el Notario de Palma, Don Luis Terrasa Jaume, el día 26 de Mayo del 2.006, número 1814 de su protocolo, a favor de **DON JUAN JAUME AMER**, mayor de edad, casado en régimen de separación de bienes, vecino de Palma de Mallorca, con domicilio en Calle San Alonso, nº 14-1º y con D.N.I. 43.032.633-R, renunciando a la notificación de la presente revocación al apoderado, asegurando que ya obran en su poder cuantas copias auténticas puedan existir del indicado apoderamiento. ----------------------

**ASI LO OTORGAN**. ------------------------------

De acuerdo con lo establecido en la Ley Orgánica 15 de 13 de diciembre, de Protección de Datos de Carácter Personal, los comparecientes quedan informados de la incorporación de sus datos a los ficheros automatizados existentes en la



8H3681404

09/2007

Notaría, que se conservarán en la misma con
carácter confidencial, sin perjuicio de las
remisiones de obligado cumplimiento. Su finalidad
es realizar la formalización de la presente
escritura, su facturación y seguimiento posterior y
las funciones propias de la actividad notarial. La
identidad y dirección del responsable de los
ficheros, son las que constan en el sello que
figura en el encabezamiento de la presente. ------

Doy fe que el consentimiento ha sido libremente
prestado y de que el otorgamiento se adecua a la
legalidad y a la voluntad debidamente informada del
de los otorgantes o intervinientes. ---------------

Por su elección les leo, lo encuentran
conforme, prestan su consentimiento y la firman
conmigo, el Notario, que en lo pertinente, de todo
lo contenido en este instrumento público que
redacto en cuatro folios de papel timbrado de uso
exclusivamente notarial, el presente, y los tres
anteriores correlativos en orden, de la misma

7

serie, yo el Notario, Doy fe. ---------------------

   Está la firma del compareciente. --------------

   Signado. JOSÉ LUIS GÓMEZ DIEZ. Rubricado y sellado. ---------------------------------------

   CONCUERDA fielmente con su original que, bajo el número indicado, obra en mi protocolo general corriente de instrumentos públicos. Y yo, el Notario autorizante, expido la presente primera copia para la parte interesada, en cuatro folios, el presente y los tres posteriores, correlativos en orden y de la misma serie. En PALMA DE MALLORCA el mismo día de su otorgamiento. DOY FE. -------------

| ARANCEL NOTARIAL  DERECHOS DEVENGADOS  Arancel aplicable, números 1, 4, Nº 8ª. |
|---|
| DOCUMENTO SIN CUANTÍA.     TOTAL   43,27 €   (Impuestos excluidos) |



09/2007



8H3682524