UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                    Debtors.                   :    (Jointly Administered)
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION OF EVELYN WHEELER TO DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

PLEASE TAKE NOTICE that the objection to Debtors' Fifty-Third Omnibus Objection To Claims (Duplicative of Indenture Trustee Claims) filed by Evelyn Wheeler [Dkt. No. 12205] is hereby withdrawn.

Dated: December 20, 2010

*[signature: Robert Duplain]*

Robert Duplain
Executor for the estate of Evelyn Wheeler
7410 Rossmore Court
Dayton, Ohio 45459-4213