UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                                                 :
                        Debtors.                         :    (Jointly Administered)
-----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION OF WILLIAM BRACKETT TO DEBTORS' FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

PLEASE TAKE NOTICE that the objection to Debtors' Fifty-Ninth Omnibus Objection To Claims (Duplicative of Indenture Trustee Claims) filed by William Brackett [Dkt. No. 12851] is hereby withdrawn.

Dated: December __, 2010

_____
William Brackett