

Agency 1.3555
388 Greenwich Street, 14th Floor
New York, NY 10013

November 10, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Transaction Management Group
Corporate Advisory Division
745 Seventh Avenue
New York, NY 10019

Attention: Documentation Manager

Dear Sir:

We refer to (i) the ISDA Master Agreement dated as of January 20, 2006 by and between Citibank, N.A., solely in its capacity as Trustee of Lehman Mortgage Trust, Series 2006-1, and Lehman Brothers Special Financing Inc. ("LBSF") (the "Master Agreement") (ii) the two Confirmations dated as of January 27, 2006 by and between Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-1 ("LMT 2006-1") and LBSF (the "Confirmations"), which are subject to and incorporate by reference the Master Agreement and which further incorporate the definitions and provisions contained in the 2000 ISDA Definitions (iii) the Schedule to the Master Agreement dated as of January 30, 2006 by and between LBSF and Citibank, N.A., solely in its capacity as Trustee of Lehman Mortgage Trust, Series 2006-1 (the "Schedule") and (iv) the Guarantee of Lehman Brothers Holdings Inc. ("Holdings") (the Confirmations, the Master Agreement, the Guarantee, the Schedule and all other Confirmations of Transactions thereunder, collectively, the "Agreements"). All terms unless otherwise defined herein shall have the meanings assigned to them in the Agreements.

On October 3, 2008, LBSF filed a petition for relief under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. NOTICE IS HEREBY GIVEN that such filing by LBSF constitutes an Event of Default under Section 5(a)(vii) of the Master Agreement. Further, this Notice shall, pursuant to Section 6(a) of the Master Agreement, designate the date of this letter as the Early Termination Date for purposes of the Agreements and all Transactions in connection therewith.

This letter shall constitute notice of an Event of Default under the Master Agreement. Accordingly, the undersigned, as Trustee for LMT 2006-1, hereby demands payment in full of all amounts due to LMT 2006-1 pursuant to Section 6(e) of the Master Agreement. The precise amount of payment due to LMT 2006-1 will be calculated pursuant to Sections 6(d) and 6(e) of the Master Agreement, and will be provided to you in a subsequent letter (the "Demand Letter") setting forth in reasonable detail, the basis for such calculation. The amount set forth in the Demand Letter, together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, will be due and payable immediately upon your receipt of the Demand Letter.

Further, pursuant to Section 2(a)(iii) of the Master Agreement, LMT 2006-1, has no further obligations under the Agreements. Further, LMT 2006-1 hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,


Citibank, N.A., in its capacity as Trustee for Lehman Mortgage Trust
Mortgage Pass-Through Certificates, Series 2006-1

BY: _____
Name: Karen Schluter
Title:  Vice President


cc *(w/enclosures)*:

Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-1
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman LMT 2006-1

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, LMT 2006-1

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services, as Master Servicer
2530 South Parker Road, Suite 601
Aurora, CO 80014
ATTN: Todd Whittemore

## WIRE INSTRUCTIONS FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1

For Global Deal ID: 2373767 / Risk ID 1109921L/1109923L

Citibank, N.A.
New York, New York
ABA # 021-000-089
Account # 3617-2242
Ref:    Lehman Mortgage Trust 2006-1 Class 1A1 Reserve
Fund ASTRA A/C# 105687

For Global Deal ID: 2378952 / Risk ID 1112791L

Citibank, N.A.
New York, New York
ABA # 021-000-089
Account # 3617-2242
Ref:    Lehman Mortgage Trust 2006-1 Class 3A1 Reserve
Fund ASTRA A/C# 105688

Agency & Trust
388 Greenwich Street, 14th Floor
New York, NY 10013

November 10, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
Transaction Management Group
745 Seventh Avenue, 19th Floor
New York, NY 10019

Attention: Transaction Management

Dear Sir:

We refer to (i) the Confirmation dated as of September 18, 2006 by and between the supplemental interest trust created pursuant to the Trust Agreement dated as of July 1, 2006 among Structured Asset Securities, as depositor, Lehman Brothers Holdings Inc., as Seller, Aurora Loan Services LLC, as Master Servicer, and Citibank, N.A., as Trustee in connection with the issuance of the Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-4 ("LMT 2006-4") and Lehman Brothers Special Financing Inc. ("LBSF") (the "Confirmation"), which is subject to and incorporates by reference the terms of the 1992 version of the preprinted multicurrency cross-border form of Master Agreement published by the International Swaps and Derivatives Association, Inc. ("ISDA") (the "Master Agreement") and further incorporates the definitions and provisions contained in the 2000 ISDA Definitions and (ii) the Guarantee of Lehman Brothers Holdings Inc. ("Holdings") executed as of September 18, 2006 (the Confirmation, the Master Agreement, the Guarantee, any Schedule and all other Confirmations of Transactions thereunder, collectively, the "Agreements"). All terms unless otherwise defined herein shall have the meanings assigned to them in the Agreements.

On October 3, 2008, LBSF filed a petition for relief under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. NOTICE IS HEREBY GIVEN that such filing by LBSF constitutes an Event of Default under Section 5(a)(vii) of the Master Agreement. Further, this Notice shall, pursuant to Section 6(a) of the Master Agreement, designate the date of this letter as the Early Termination Date for purposes of the Agreements and all Transactions in connection therewith.

This letter shall constitute notice of an Event of Default under the Master Agreement. Accordingly, the undersigned, as Trustee for LMT 2006-4, hereby demands payment in full of all amounts due to LMT 2006-4 pursuant to Section 6(e) of the Master Agreement. The precise amount of payment due to LMT 2006-4 will be calculated pursuant to Sections 6(d) and 6(e) of the Master Agreement, and will be provided to you in a subsequent letter (the "Demand Letter"), setting forth in reasonable detail, the basis for such calculation. The amount set forth in the Demand Letter, together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, will be due and payable immediately upon your receipt of the Demand Letter.

Further, pursuant to Section 2(a) of the Master Agreement, LMT 2006-4 has no further obligations under the Agreements. Further, LMT 2006-4 hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,


Citibank, N.A., in its capacity as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-4

BY: _____
Name: Karen Schluter
Title:  Vice President


cc *(w/enclosures):*

Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-4
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman LMT 2006-4

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman LMT 2006-4

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services LLC, as Master Servicer
327 Inverness Drive South
Englewood, CO 80112
ATTN: Master Servicing, LMT 2006-4

## WIRE INSTRUCTIONS FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4

Citibank, N.A.
ABA# 021-000-089
Acct Nm: Structured Finance Incoming Wire
Account #: 3617-2242
Ref: LMT 2006-4/105935

Agency & Trust
388 Greenwich Street, 14th Floor
New York, NY 10013

November 10, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
Transaction Management Group
745 Seventh Avenue, 19th Floor
New York, NY 10019

Attention: Transaction Management

Dear Sir:

We refer to (i) the three Confirmations dated as of June 30, 2005 by and between Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-1 ("LXS 2005-1") and Lehman Brothers Special Financing Inc. ("LBSF") (the "Confirmations"), which are subject to and incorporate by reference the terms of the 1992 version of the preprinted multicurrency cross-border form of Master Agreement published by the International Swaps and Derivatives Association, Inc. ("ISDA") (the "Master Agreement") and further incorporate the definitions and provisions contained in the 2000 ISDA Definitions and (ii) the Guarantee of Lehman Brothers Holdings Inc. ("Holdings"), dated June 28, 2005 (the "Guarantee") (the Confirmations, the Master Agreement, the Guarantee, any Schedule and all other Confirmations of Transactions thereunder, collectively, the "Agreements"). All terms unless otherwise defined herein shall have the meanings assigned to them in the Agreements.

On October 3, 2008, LBSF filed a petition for relief under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. NOTICE IS HEREBY GIVEN that such filing by LBSF constitutes an Event of Default under Section 5(a)(vii) of the Master Agreement. Further, this Notice shall, pursuant to Section 6(a) of the Master Agreement, designate the date of this letter as the Early Termination Date for purposes of the Agreements and all Transactions in connection therewith.

This letter shall constitute notice of an Event of Default under the Master Agreement. Accordingly, the undersigned, as Trustee for LXS 2005-1, hereby demands payment in full of all amounts due to LXS 2005-1 pursuant to Section 6(e) of the Master Agreement. The precise amount of payment due to LXS 2005-1 will be calculated pursuant to Sections 6(d) and 6(e) of the Master Agreement, and will be provide to you in a subsequent letter (the "Demand Letter"), setting forth in reasonable detail, the basis for such calculation. The amount set forth in the Demand Letter, together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, will be due and payable immediately upon your receipt of the Demand Letter.

Further, pursuant to Section 2(a) of the Master Agreement, LXS 2005-1 has no further obligations under the Agreements. Further, LXS 2005-1 hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,


Citibank, N.A., in its capacity as Trustee for Lehman XS Trust
Mortgage Pass-Through Certificates, Series 2005-1

BY: _____
Name: Karen Schluter
Title:   Vice President



cc *(w/enclosures)*:

Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-1
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2005-1

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2005-1

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services LLC, as Master Servicer
327 Inverness Drive South
Englewood, CO 80112
ATTN: Master Servicing, LXS 2005-1

## WIRE INSTRUCTIONS FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1

For Global Deal ID: 2196141

Citibank, N.A.
New York, New York
ABA # 021-000-089Account # 3617-2242
Ref:    Lehman XS Trust 2005-1 Pool 1-2 Basis Risk
Reserve Fund ASTRA A/C# 105341


For Global Deal IDs: 2196148, 2177155/2177159

Citibank, N.A.
New York, New York
ABA # 021-000-089
Account # 3617-2242
Ref:    Lehman XS Trust 2005-1 Pool 3 Basis Risk
Reserve Fund ASTRA A/C# 105342

Agency & Trust
388 Greenwich Street, 14th Floor
New York, NY 10013

November 10, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
Transaction Management Group
745 Seventh Avenue, 19th Floor
New York, NY 10019

Attention: Transaction Management

Dear Sir:

We refer to (i) the Confirmation dated as of August 29, 2006 by and between Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-13 ("LXS 2006-13") and Lehman Brothers Special Financing Inc. ("LBSF") (the "Confirmation"), which is subject to and incorporates by reference the terms of the 1992 version of the preprinted multicurrency cross-border form of Master Agreement published by the International Swaps and Derivatives Association, Inc. ("ISDA") (the "Master Agreement") and further incorporates the definitions and provisions contained in the 2000 ISDA Definitions and (ii) the Guarantee of Lehman Brothers Holdings Inc. ("Holdings") (the Confirmation, the Master Agreement, the Guarantee, any Schedule and all other Confirmations of Transactions thereunder, collectively, the "Agreements"). All terms unless otherwise defined herein shall have the meanings assigned to them in the Agreements.

On October 3, 2008, LBSF filed a petition for relief under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. NOTICE IS HEREBY GIVEN that such filing by LBSF constitutes an Event of Default under Section 5(a)(vii) of the Master Agreement. Further, this Notice shall, pursuant to Section 6(a) of the Master Agreement, designate the date of this letter as the Early Termination Date for purposes of the Agreements and all Transactions in connection therewith.

This letter shall constitute notice of an Event of Default under the Master Agreement. Accordingly, the undersigned, as Trustee for LXS 2006-13, hereby demands payment in full of all amounts due to LXS 2006-13 pursuant to Section 6(e) of the Master Agreement. The precise amount of payment due to LXS 2006-13 will be calculated pursuant to Sections 6(d) and 6(e) of the Master Agreement, and will be provided to you in a subsequent letter (the "Demand Letter"), setting forth in reasonable detail, the basis for such calculation. The amount set forth in the Demand Letter, together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, will be due and payable immediately upon your receipt of the Demand Letter.

Further, pursuant to Section 2(a) of the Master Agreement, LXS 2006-13 has no further obligations under the Agreements. Further, LXS 2006-13 hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,

Citibank, N.A., in its capacity as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-13

BY: _____

Name: _____

Title: _____
      KAREN SCHLUTER
      Vice President

cc *(w/enclosures):*

Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-13
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2006-13

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2006-13

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services LLC, as Master Servicer
10350 Park Meadows Drive
Littleton, CO 80124
ATTN: Master Servicing, LXS 2006-13

## WIRE INSTRUCTIONS FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-13

Basis Risk Reserve Fund Pool 1
Citibank, N.A.
ABA# 021-000-089
Acct Name: Structured Finance Incoming Wire Account #: 3617-2242
Ref: LXS 2006-13/105983

Agency & Trust
388 Greenwich Street, 14th Floor
New York, NY 10013



November 10, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
Transaction Management Group
745 Seventh Avenue, 19th Floor
New York, NY 10019

Attention: Transaction Management

Dear Sir:

We refer to (i) the Confirmation dated as of November 1, 2006 by and between Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-17 ("LXS 2006-17") and Lehman Brothers Special Financing Inc. ("LBSF") (the "Confirmation"), which is subject to and incorporates by reference the terms of the 1992 version of the preprinted multicurrency cross-border form of Master Agreement published by the International Swaps and Derivatives Association, Inc. ("ISDA") (the "Master Agreement") and further incorporates the definitions and provisions contained in the 2000 ISDA Definitions and (ii) the Guarantee of Lehman Brothers Holdings Inc. ("Holdings") (the Confirmation, the Master Agreement, the Guarantee, any Schedule and all other Confirmations of Transactions thereunder, collectively, the "Agreements"). All terms unless otherwise defined herein shall have the meanings assigned to them in the Agreements.

On October 3, 2008, LBSF filed a petition for relief under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. NOTICE IS HEREBY GIVEN that such filing by LBSF constitutes an Event of Default under Section 5(a)(vii) of the Master Agreement. Further, this Notice shall, pursuant to Section 6(a) of the Master Agreement, designate the date of this letter as the Early Termination Date for purposes of the Agreements and all Transactions in connection therewith.

This letter shall constitute notice of an Event of Default under the Master Agreement. Accordingly, the undersigned, as Trustee for LXS 2006-17, hereby demands payment in full of all amounts due to LXS 2006-17 pursuant to Section 6(e) of the Master Agreement. The precise amount of payment due to LXS 2006-17 will be calculated pursuant to Sections 6(d) and 6(e) of the Master Agreement, and will be provided to you in a subsequent letter (the "Demand Letter"), setting forth in reasonable detail, the basis for such calculation. The amount set forth in the Demand Letter, together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, will be due and payable immediately upon your receipt of the Demand Letter.

Further, pursuant to Section 2(a) of the Master Agreement, LXS 2006-17 has no further obligations under the Agreements. Further, LXS 2006-17 hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,

Citibank, N.A., in its capacity as Trustee for Lehman XS Trust
Mortgage Pass-Through Certificates, Series 2006-17

BY: _____

Name: Karen Schluter
Title:  Vice President


cc (w/enclosures):

Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-17
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2006-17

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2006-17

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services LLC, as Master Servicer
10350 Park Meadows Drive
Littleton, CO 80124
ATTN: Master Servicing, LXS 2006-17

## WIRE INSTRUCTIONS FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17

Basis Risk Reserve Fund Pool 1
Citibank, N.A.
ABA# 021-000-089
Acct Name: Structured Finance Incoming Wire Account #: 3617-2242
Ref:    ASTRA A/C# 106128
        LXS 2006-17 CAP A/C

November 10, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
Transaction Management Group
745 Seventh Avenue, 28th Floor
New York, NY 10019

Attention: Transaction Management

Dear Sir:

We refer to (i) the Confirmation dated as of December 30, 2004 by and between Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-23XS ("SASCO 2004-23XS") and Lehman Brothers Special Financing Inc. ("LBSF") (the "Confirmation"), which is subject to and incorporates by reference the terms of the 1992 version of the preprinted multicurrency cross-border form of Master Agreement published by the International Swaps and Derivatives Association, Inc. ("ISDA") (the "Master Agreement") and further incorporates the definitions and provisions contained in the 2000 ISDA Definitions and (ii) the Guarantee of Lehman Brothers Holdings Inc. ("Holdings") dated December 30, 2004 (the Confirmation, the Master Agreement, the Guarantee, any Schedule and all other Confirmations of Transactions thereunder, collectively, the "Agreements"). All terms unless otherwise defined herein shall have the meanings assigned to them in the Agreements.

On October 3, 2008, LBSF filed a petition for relief under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. NOTICE IS HEREBY GIVEN that such filing by LBSF constitutes an Event of Default under Section 5(a)(vii) of the Master Agreement. Further, this Notice shall, pursuant to Section 6(a) of the Master Agreement, designate the date of this letter as the Early Termination Date for purposes of the Agreements and all Transactions in connection therewith.

This letter shall constitute notice of an Event of Default under the Master Agreement. Accordingly, the undersigned, as Trustee for SASCO 2004-23XS, hereby demands payment in full of all amounts due to SASCO 2004-23XS pursuant to Section 6(e) of the Master Agreement. The precise amount of payment due to SASCO 2004-23XS will be calculated pursuant to Sections 6(d) and 6(e) of the Master Agreement, and will be provided to you in a subsequent letter (the "Demand Letter"), setting forth in reasonable detail, the basis for such calculation. The amount set forth in the Demand Letter, together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, will be due and payable immediately upon your receipt of the Demand Letter.

Further, pursuant to Section 2(a) of the Master Agreement, SASCO 2004-23XS has no further obligations under the Agreements. Further, SASCO 2004-23XS hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,

Citibank, N.A., in its capacity as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-23XS

BY: _____

Name: Cirino Emanuele
Title:  Vice President
         (212)816-5614


cc *(w/enclosures):*

Structured Asset Securities Corporation
Mortgage Pass-Through Certificates, Series 2004-23XS
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, SASCO 2004-23XS

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, SASCO 2004-23XS

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services Inc., as Master Servicer
2530 South Parker Road, Suite 661
Aurora, CO 80014
ATTN: Master Servicing, SASCO 2004-23XS

**WIRE INSTRUCTIONS FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-23XS**

Citibank, N.A.
BA# 021000089
Acct Nm: Structured Finance Incoming Wire
Acct #: 3617-2242
Ref: SASCO 2004-23XS/105209

citi

November 10, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
Transaction Management Group
745 Seventh Avenue, 28th Floor
New York, NY 10019

Attention: Transaction Management

Dear Sir:

We refer to (i) the two Confirmations dated as of May 27, 2005 by and between Structured Asset
Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-9XS ("SASCO 2005-
9XS") and Lehman Brothers Special Financing Inc. ("LBSF") (the "Confirmations"), which are
subject to and incorporate by reference the terms of the 1992 version of the preprinted multicurrency
cross-border form of Master Agreement published by the International Swaps and Derivatives
Association, Inc. ("ISDA") (the "Master Agreement") and further incorporate the definitions and
provisions contained in the 2000 ISDA Definitions and (ii) the two Guarantees of Lehman Brothers
Holdings Inc. ("Holdings") dated May 26, 2005 (the Confirmations, the Master Agreement, the
Guarantees, any Schedule and all other Confirmations of Transactions thereunder, collectively, the
"Agreements"). All terms unless otherwise defined herein shall have the meanings assigned to them
in the Agreements.

On October 3, 2008, LBSF filed a petition for relief under Chapter 11 of the U.S. Bankruptcy Code
in the United States Bankruptcy Court for the Southern District of New York. NOTICE IS HEREBY
GIVEN that such filing by LBSF constitutes an Event of Default under Section 5(a)(vii) of the
Master Agreement. Further, this Notice shall, pursuant to Section 6(a) of the Master Agreement,
designate the date of this letter as the Early Termination Date for purposes of the Agreements and all
Transactions in connection therewith.

This letter shall constitute notice of an Event of Default under the Master Agreement. Accordingly,
the undersigned, as Trustee for SASCO 2005-9XS, hereby demands payment in full of all amounts
due to SASCO 2005-9XS pursuant to Section 6(e) of the Master Agreement. The precise amount of
payment due to SASCO 2005-9XS will be calculated pursuant to Sections 6(d) and 6(e) of the
Master Agreement, and will be provided to you in a subsequent letter (the "Demand Letter"), setting
forth in reasonable detail, the basis for such calculation. The amount set forth in the Demand Letter,
together with interest at the Applicable Rate from the Early Termination Date until the date such
amount is actually paid, will be due and payable immediately upon your receipt of the Demand
Letter.



Further, pursuant to Section 2(a) of the Master Agreement, SASCO 2005-9XS has no further obligations under the Agreements. Further, SASCO 2005-9XS hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,

Citibank, N.A., in its capacity as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-9XS

BY: _____

Name:  Cirino Emanuele
Title:   Vice President

cc *(w/enclosures)*:

Structured Asset Securities Corporation
Mortgage Pass-Through Certificates, Series 2005-9XS
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, SASCO 2005-9XS

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, SASCO 2005-9XS

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services LLC, as Master Servicer
2530 South Parker Road, Suite 661
Aurora, CO 80014
ATTN: Master Servicing, SASCO 2005-9XS



## WIRE INSTRUCTIONS FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9XS

SASCO 2005-9XS
Cap Agreement Reserve
Citibank, N.A.
ABA# 021-000-089
Acct Nm: Structured Finance Incoming Wire
Acct #: 3617-2242
Ref: SASCO 2005-9XS/105306