Agency & Trust
388 Greenwich Street, 14th Floor
New York, NY 10013

November 19, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Transaction Management Group
Corporate Advisory Division
745 Seventh Avenue
New York, NY 10019

Attention: Documentation Manager

Dear Sir:

On November 10, 2008, the undersigned, in its capacity as Trustee for LMT 2006-1, provided a notice (the "Early Termination Notice") which (i) specifies the occurrence of an Event of Default under the Master Agreement; and (ii) designates November 10, 2008 as the Early Termination Date. The Early Termination Notice is hereby incorporated by reference herein. Further, terms used but not defined in this letter shall have the meanings given to such terms in the Early Termination Notice.

Demand is hereby made for LBSF to pay to LMT 2006-1, in compensation for the losses in connection with the Early Termination relating to Global Deal ID 2378952, the amount of $11,931.00, which represents our good faith calculation of the Payments on Early Termination under Section 6(e) of the Master Agreement. Attached hereto is a calculation conducted setting forth the basis for this demand. Such amount together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, shall be payable in accordance with the instructions attached hereto. **Such amounts are due and payable immediately.**

LMT 2006-1 hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,


Citibank, N.A., in its capacity as Trustee for Lehman Mortgage Trust
Mortgage Pass-Through Certificates, Series 2006-1

BY: _____
Name: Karen Schluter
Title:   Vice President

cc *(w/enclosures)*:

Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-1
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman LMT 2006-1

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, LMT 2006-1

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services, as Master Servicer
2530 South Parker Road, Suite 601
Aurora, CO 80014
ATTN: Todd Whittemore

## WIRE INSTRUCTIONS FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1

Citibank, N.A.
New York, New York
ABA # 021-000-089
Account # 3617-2242
Ref:    Lehman Mortgage Trust 2006-1 Class 3A1 Reserve Fund ASTRA A/C# 105688

 **ICP**

## Interest Rate Cap Early Termination Payment

| | |
|---|---|
| **Trust Name:** | **Lehman Mortgage Trust Series 2006-1** |
| **Risk ID:** | **1112791L** |
| **Effort ID:** | **830229** |
| **Global Deal ID:** | **2378952** |
| **Party A:** | **Lehman Brothers Special Financing Inc.** |
| **Party B:** | **Lehman Mortgage Trust Series 2006-1** |
| **Defaulting Party:** | **Lehman Brothers Special Financing Inc.** |
| **Early Termination Date:** | **November 10, 2008** |
| **Outstanding Notional Balance:** | **$29,520,472.33** |
| **Dealer Quotation 1:**<br>*Royal Bank of Scotland PLC* | **$15,750** |
| **Dealer Quotation 2:**<br>*HSBC Bank PLC* | **$6,550** |
| **Dealer Quotation 3:**<br>*Bank of New York Mellon PLC* | **$9,862** |
| **Dealer Quotation 4:**<br>*Natixis* | **$14,000** |
| **Market Quotation/Settlement Amount:**<br>*Mean of the Middle 2 Dealer Quotations* | **$11,931** |

*All dealer quotes were run using forward curves as of close of business November 10, 2008*

| | |
|---|---|
| **Early Termination Payment Method:**<br>*As per Section 6(e) of the ISDA Master Agreement* | **Second Method and Market Quotation** |
| **Unpaid Amounts Owed to Defaulting Party:** | **$0** |
| **Payment To (From) Non-Defaulting Party:** | **$11,931** |

**ICP Contacts:**

| | |
|---|---|
| Mary Stone | Brent Layman |
| mstone@icpcapital.com | blayman@icpcapital.com |
| (212) 821-1946 | (212) 821-1917 |

*With respect to the quotations herein obtained from the sources set forth above, (i) we are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) we are not responsible or liable for any actions that you take or do not take based on such data or information; and (iii) you will use such data or information solely in compliance with applicable laws, rules and regulations*


Agency & Trust
388 Greenwich Street, 14th Floor
New York, NY 10013

November 19, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Transaction Management Group
Corporate Advisory Division
745 Seventh Avenue
New York, NY 10019

Attention: Documentation Manager

Dear Sir:

On November 10, 2008, the undersigned, in its capacity as Trustee for LMT 2006-1, provided a notice (the "Early Termination Notice") which (i) specifies the occurrence of an Event of Default under the Master Agreement; and (ii) designates November 10, 2008 as the Early Termination Date. The Early Termination Notice is hereby incorporated by reference herein. Further, terms used but not defined in this letter shall have the meanings given to such terms in the Early Termination Notice.

Demand is hereby made for LBSF to pay to LMT 2006-1, in compensation for the losses in connection with the Early Termination relating to Global Deal ID 2373767, the amount of $10,886.00, which represents our good faith calculation of the Payments on Early Termination under Section 6(e) of the Master Agreement. Attached hereto is a calculation conducted setting forth the basis for this demand. Such amount together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, shall be payable in accordance with the instructions attached hereto. **Such amounts are due and payable immediately.**

LMT 2006-1 hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,

Citibank, N.A., in its capacity as Trustee for Lehman Mortgage Trust
Mortgage Pass-Through Certificates, Series 2006-1

BY: _____
Name: Karen Schluter
Title: Vice President

cc *(w/enclosures):*

Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-1
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman LMT 2006-1

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, LMT 2006-1

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services, as Master Servicer
2530 South Parker Road, Suite 601
Aurora, CO 80014
ATTN: Todd Whittemore

## WIRE INSTRUCTIONS FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1

Citibank, N.A.
New York, New York
ABA # 021-000-089
Account # 3617-2242
Ref:    Lehman Mortgage Trust 2006-1 Class 1A1 Reserve Fund ASTRA A/C# 105687



**Interest Rate Cap Early Termination Payment**

| | |
|---|---|
| Trust Name: | Lehman Mortgage Trust Series 2006-1 |
| Risk ID: | 1109921L/1109923L |
| Effort ID: | 827246 |
| Global Deal ID: | 2373767 |
| Party A: | Lehman Brothers Special Financing Inc. |
| Party B: | Lehman Mortgage Trust Series 2006-1 |
| Defaulting Party: | Lehman Brothers Special Financing Inc. |
| Early Termination Date: | November 10, 2008 |
| Outstanding Notional Balance: | $28,477,876.40 |
| **Dealer Quotation 1:** *Royal Bank of Scotland PLC* | $14,875 |
| **Dealer Quotation 2:** *HSBC Bank PLC* | $5,855 |
| **Dealer Quotation 3:** *Bank of New York Mellon PLC* | $8,772 |
| **Dealer Quotation 4:** *Natixis* | $13,000 |
| **Market Quotation/Settlement Amount:** *Mean of the Middle 2 Dealer Quotations* | $10,886 |

*All dealer quotes were run using forward curves as of close of business November 10, 2008*

| | |
|---|---|
| **Early Termination Payment Method:** *As per Section 6(e) of the ISDA Master Agreement* | Second Method and Market Quotation |
| Unpaid Amounts Owed to Defaulting Party: | $0 |
| Payment To (From) Non-Defaulting Party: | $10,886 |

**ICP Contacts:**

Mary Stone
mstone@icpcapital.com
(212) 821-1946

Brent Layman
blayman@icpcapital.com
(212) 821-1917

*With respect to the quotations herein obtained from the sources set forth above, (i) we are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) we are not responsible or liable for any actions that you take or do not take based on such data or information; and (iii) you will use such data or information solely in compliance with applicable laws, rules and regulations*

Agency & Trust
388 Greenwich Street, 14th Floor
New York, NY 10013



November 19, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
Transaction Management Group
745 Seventh Avenue, 19th Floor
New York, NY 10019

Attention: Transaction Management

Dear Sir:

On November 10, 2008, the undersigned, in its capacity as Trustee for LMT 2006-4, provided a notice (the "Early Termination Notice") which (i) specifies the occurrence of an Event of Default under the Master Agreement; and (ii) designates November 10, 2008 as the Early Termination Date. The Early Termination Notice is hereby incorporated by reference herein. Further, terms used but not defined in this letter shall have the meanings given to such terms in the Early Termination Notice.

Demand is hereby made for LBSF to pay to LMT 2006-4, in compensation for the losses in connection with the Early Termination relating to Global Deal ID 2594160, 2594163, the amount of $190,110.00, which represents our good faith calculation of the Payments on Early Termination under Section 6(e) of the Master Agreement. Attached hereto is a calculation conducted setting forth the basis for this demand. Such amount together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, shall be payable in accordance with the instructions attached hereto. **Such amounts are due and payable immediately.**

LMT 2006-4 hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,

Citibank, N.A., in its capacity as Trustee for Lehman Mortgage Trust
Mortgage Pass-Through Certificates, Series 2006-4

BY: _____
Name: Karen Schluter
Title:  Vice President

cc *(w/enclosures):*

Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-4
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman LMT 2006-4

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman LMT 2006-4

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services LLC, as Master Servicer
327 Inverness Drive South
Englewood, CO 80112
ATTN: Master Servicing, LMT 2006-4

## WIRE INSTRUCTIONS FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4

Citibank, N.A.
ABA# 021-000-089
Acct Nm: Structured Finance Incoming Wire
Account #: 3617-2242
Ref: LMT 2006-4/105935

 **ICP**

### Interest Rate Cap Early Termination Payment

| | |
|---|---|
| **Trust Name:** | Lehman Mortgage Pass-Through Certificates, Series 2006-4 |
| **Global Deal ID:** | 2594160, 2594163 |
| **Party A:** | Lehman Brothers Special Financing Inc. |
| **Party B:** | Lehman Mortgage Pass-Through Certificates, Series 2006-4 – Supplemental Interest Trust |
| **Defaulting Party:** | Lehman Brothers Special Financing Inc. |
| **Early Termination Date:** | November 10, 2008 |
| **Outstanding Notional Balance:** | $28,294,802.63 |
| **Dealer Quotation 1:**<br>*Royal Bank of Scotland PLC* | $196,875 |
| **Dealer Quotation 2:**<br>*HSBC Bank PLC* | $191,220 |
| **Dealer Quotation 3:**<br>*Bank of New York Mellon PLC* | $176,000 |
| **Dealer Quotation 4:**<br>*Natixis* | $189,000 |
| **Market Quotation/Loss Amount:**<br>*Mean of the Middle 2 Dealer Quotations*<br>*All dealer quotes were run using forward curves as of close of business November 10, 2008* | $190,110 |
| **Early Termination Payment Method:**<br>*As per Section 6(e) of the ISDA Master Agreement* | Second Method and Loss |
| **Unpaid Amounts Owed:** | $0 |
| **Payment To (From) Non-Defaulting Party:** | $190,110 |

**ICP Contacts:**

Mary Stone
mstone@icpcapital.com
(212) 821-1946

Brent Layman
blayman@icpcapital.com
(212) 821-1917

*With respect to the quotations herein obtained from the sources set forth above, (i) we are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) we are not responsible or liable for any actions that you take or do not take based on such data or information; and (iii) you will use such data or information solely in compliance with applicable laws, rules and regulations*

Agency & Trust
388 Greenwich Street, 14th Floor
New York, NY 10013



November 20, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
Transaction Management Group
745 Seventh Avenue, 19th Floor
New York, NY 10019

Attention: Transaction Management

Dear Sir:

On November 10, 2008, the undersigned, in its capacity as Trustee for LXS 2005-1, provided a notice (the "Early Termination Notice") which (i) specifies the occurrence of an Event of Default under the Master Agreement; and (ii) designates November 10, 2008 as the Early Termination Date. The Early Termination Notice is hereby incorporated by reference herein. Further, terms used but not defined in this letter shall have the meanings given to such terms in the Early Termination Notice.

Demand is hereby made for LBSF to pay to LXS 2005-1, in compensation for the losses in connection with the Early Termination relating to Global Deal ID 2196141, the amount of $33,750.00, which represents our good faith calculation of the Payments on Early Termination under Section 6(e) of the Master Agreement. Attached hereto is a calculation conducted setting forth the basis for this demand. Such amount together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, shall be payable in accordance with the instructions attached hereto. **Such amounts are due and payable immediately.**

LXS 2005-1 hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,

Citibank, N.A., in its capacity as Trustee for Lehman XS Trust
Mortgage Pass-Through Certificates, Series 2005-1

BY: _____
Name: Cirino Emanuele
Title: Vice President

cc *(w/enclosures):*

Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-1
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2005-1

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2005-1

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services LLC, as Master Servicer
327 Inverness Drive South
Englewood, CO 80112
ATTN: Master Servicing, LXS 2005-1



## WIRE INSTRUCTIONS FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1

Citibank, N.A.
New York, New York
ABA # 021-000-089
Acct # 3617-2242
Ref: Lehman LX Trust 2005-1 Pool 1-2 Basis Risk Reserve Fund ASTRA A/C# 105341

 **ICP**

**Interest Rate Cap Early Termination Payment**

| | |
|---|---|
| **Trust Name:** | **Lehman XS Trust, Series 2005-1** |
| **Effort ID:** | 674700 |
| **Global Deal ID:** | 2196141 |
| **Party A:** | **Lehman Brothers Special Financing Inc.** |
| **Party B:** | **Lehman XS Trust, Series 2005-1** |
| **Defaulting Party:** | **Lehman Brothers Special Financing Inc.** |
| **Early Termination Date:** | **November 10, 2008** |
| **Outstanding Notional Balance:** | $36,838,724.74 |
| **Dealer Quotation 1:** *Royal Bank of Scotland PLC* | $38,500 |
| **Dealer Quotation 2:** *HSBC Bank PLC* | $18,845 |
| **Dealer Quotation 3:** *Bank of New York Mellon PLC* | $63,000 |
| **Dealer Quotation 4:** *Natixis* | $29,000 |
| **Market Quotation/Settlement Amount:** *Mean of the Middle 2 Dealer Quotations* | $33,750 |

*All dealer quotes were run using forward curves as of close of business November 10, 2008*

| | |
|---|---|
| **Early Termination Payment Method:** *As per Section 6(e) of the ISDA Master Agreement* | **Second Method and Market Quotation** |
| **Unpaid Amounts Owed to Defaulting Party:** | $0 |
| **Payment To (From) Non-Defaulting Party:** | $33,750 |

**ICP Contacts:**

Mary Stone
mstone@icpcapital.com
(212) 821-1946

Brent Layman
blayman@icpcapital.com
(212) 821-1917

*With respect to the quotations herein obtained from the sources set forth above, (i) we are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) we are not responsible or liable for any actions that you take or do not take based on such data or information; and (iii) you will use such data or information solely in compliance with applicable laws, rules and regulations*

Agency & Trust
388 Greenwich Street, 14th Floor
New York, NY 10013



November 20, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
Transaction Management Group
745 Seventh Avenue, 19th Floor
New York, NY 10019

Attention: Transaction Management

Dear Sir:

On November 10, 2008, the undersigned, in its capacity as Trustee for LXS 2005-1, provided a notice (the "Early Termination Notice") which (i) specifies the occurrence of an Event of Default under the Master Agreement; and (ii) designates November 10, 2008 as the Early Termination Date.   The Early Termination Notice is hereby incorporated by reference herein. Further, terms used but not defined in this letter shall have the meanings given to such terms in the Early Termination Notice.

Demand is hereby made for LBSF to pay to LXS 2005-1, in compensation for the losses in connection with the Early Termination relating to Global Deal ID 2177155/2177159, the amount of $3,762.50, which represents our good faith calculation of the Payments on Early Termination under Section 6(e) of the Master Agreement.  Attached hereto is a calculation conducted setting forth the basis for this demand.  Such amount together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, shall be payable in accordance with the instructions attached hereto.  **Such amounts are due and payable immediately.**

LXS 2005-1 hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,

Citibank, N.A., in its capacity as Trustee for Lehman XS Trust
Mortgage Pass-Through Certificates, Series 2005-1

BY: _____
Name:  Cirino Emanuele
Title:   Vice President

cc *(w/enclosures):*

Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-1
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2005-1

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2005-1

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services LLC, as Master Servicer
327 Inverness Drive South
Englewood, CO 80112
ATTN: Master Servicing, LXS 2005-1

## WIRE INSTRUCTIONS FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1

Citibank, N.A.
New York, New York
ABA # 021-000-089
Acct # 3617-2242
Ref: Lehman LX Trust 2005-1 Pool 3 Basis Risk Reserve Fund ASTRA A/C# 105342

 **ICP**

### Interest Rate Cap Early Termination Payment

| | |
|---|---|
| **Trust Name:** | **Lehman XS Trust, Series 2005-1** |
| **Effort ID:** | **674678** |
| **Global Deal ID:** | **2177155/2177159** |
| **Party A:** | **Lehman Brothers Special Financing Inc.** |
| **Party B:** | **Lehman XS Trust, Series 2005-1** |
| **Defaulting Party:** | **Lehman Brothers Special Financing Inc.** |
| **Early Termination Date:** | **November 10, 2008** |
| **Outstanding Notional Balance:** | **$19,264,847.15** |
| **Dealer Quotation 1:**<br>*Royal Bank of Scotland PLC* | **$2,625** |
| **Dealer Quotation 2:**<br>*HSBC Bank PLC* | **$500** |
| **Dealer Quotation 3:**<br>*Bank of New York Mellon PLC* | **$4,900** |
| **Dealer Quotation 4:**<br>*Natixis* | **$8,000** |
| **Market Quotation/Settlement Amount:**<br>*Mean of the Middle 2 Dealer Quotations* | **$3,762.50** |

*All dealer quotes were run using forward curves as of close of business November 10, 2008*

| | |
|---|---|
| **Early Termination Payment Method:**<br>*As per Section 6(e) of the ISDA Master Agreement* | **Second Method and Market Quotation** |
| **Unpaid Amounts Owed to Defaulting Party:** | **$0** |
| **Payment To (From) Non-Defaulting Party:** | **$3,762.50** |

**ICP Contacts:**

| | |
|---|---|
| **Mary Stone**<br>mstone@icpcapital.com<br>(212) 821-1946 | **Brent Layman**<br>blayman@icpcapital.com<br>(212) 821-1917 |

*With respect to the quotations herein obtained from the sources set forth above, (i) we are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) we are not responsible or liable for any actions that you take or do not take based on such data or information; and (iii) you will use such data or information solely in compliance with applicable laws, rules and regulations*

Agency & Trust
388 Greenwich Street, 14th Floor
New York, NY 10013



November 20, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
Transaction Management Group
745 Seventh Avenue, 19th Floor
New York, NY 10019

Attention: Transaction Management

Dear Sir:

On November 10, 2008, the undersigned, in its capacity as Trustee for LXS 2006-13, provided
a notice (the "Early Termination Notice") which (i) specifies the occurrence of an Event of
Default under the Master Agreement; and (ii) designates November 10, 2008 as the Early
Termination Date.   The Early Termination Notice is hereby incorporated by reference herein.
Further, terms used but not defined in this letter shall have the meanings given to such terms in
the Early Termination Notice.

Demand is hereby made for LBSF to pay to LXS 2006-13, in compensation for the losses in
connection with the Early Termination relating to Global Deal ID 2641269, the amount of
$75,942.50, which represents our good faith calculation of the Payments on Early Termination
under Section 6(e) of the Master Agreement.  Attached hereto is a calculation conducted setting
forth the basis for this demand. Such amount together with interest at the Applicable Rate from
the Early Termination Date until the date such amount is actually paid, shall be payable in
accordance with the instructions attached hereto. **Such amounts are due and payable
immediately.**

LXS 2006-13 hereby reserves all of its rights and powers under the Agreements, at law, and in
equity.

Very truly yours,

Citibank, N.A., in its capacity as Trustee for Lehman XS Trust
Mortgage Pass-Through Certificates, Series 2006-13

BY: _____
Name:  Cirino Emanuele
Title:   Vice President

cc *(w/enclosures):*

Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-13
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2006-13

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2006-13

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services LLC, as Master Servicer
10350 Park Meadows Drive
Littleton, CO 80124
ATTN: Master Servicing, LXS 2006-13

## WIRE INSTRUCTIONS FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-13

Citibank, N.A.
New York, New York
ABA# 021-000-089
Acct # 3617-2242
Ref: LXS 2006-13 Basis Risk Reserve Fund Pool 1 ASTRA A/C# 105983

 **ICP**

### Interest Rate Cap Early Termination Payment

| | |
|---|---|
| Trust Name: | Lehman XS Mortgage Pass-Through Certificates, Series 2006-13 |
| Global Deal ID: | 2641269 |
| Party A: | Lehman Brothers Special Financing Inc. |
| Party B: | Lehman XS Mortgage Pass-Through Certificates, Series 2006-13 |
| Defaulting Party: | Lehman Brothers Special Financing Inc. |
| Early Termination Date: | November 10, 2008 |
| Outstanding Notional Balance: | $97,930,020.00 |
| Dealer Quotation 1: *Royal Bank of Scotland PLC* | $96,250 |
| Dealer Quotation 2: *HSBC Bank PLC* | $78,885 |
| Dealer Quotation 3: *Bank of New York Mellon PLC* | $56,000 |
| Dealer Quotation 4: *Natixis* | $73,000 |
| Market Quotation/Loss Amount: *Mean of the Middle 2 Dealer Quotations* *All dealer quotes were run using forward curves as of close of business November 10, 2008* | $75,942.50 |
| Early Termination Payment Method: *As per Section 6(e) of the ISDA Master Agreement* | Second Method and Loss |
| Unpaid Amounts Owed: | $0 |
| Payment To/(From) Non-Defaulting Party: | $75,942.50 |

**ICP Contacts:**

Mary Stone
mstone@icpcapital.com
(212) 821-1946

Brent Layman
blayman@icpcapital.com
(212) 821-1917

*With respect to the quotations herein obtained from the sources set forth above, (i) we are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) we are not responsible or liable for any actions that you take or do not take based on such data or information; and (iii) you will use such data or information solely in compliance with applicable laws, rules and regulations*



November 20, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
Transaction Management Group
745 Seventh Avenue, 19th Floor
New York, NY 10019

Attention: Transaction Management

Dear Sir:

On November 10, 2008, the undersigned, in its capacity as Trustee for LXS 2006-17, provided a notice (the "Early Termination Notice") which (i) specifies the occurrence of an Event of Default under the Master Agreement; and (ii) designates November 10, 2008 as the Early Termination Date. The Early Termination Notice is hereby incorporated by reference herein. Further, terms used but not defined in this letter shall have the meanings given to such terms in the Early Termination Notice.

Demand is hereby made for LBSF to pay to LXS 2006-17, in compensation for the losses in connection with the Early Termination relating to Global Deal ID 2721841, the amount of $110,797.50, which represents our good faith calculation of the Payments on Early Termination under Section 6(e) of the Master Agreement. Attached hereto is a calculation conducted setting forth the basis for this demand. Such amount together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, shall be payable in accordance with the instructions attached hereto. **Such amounts are due and payable immediately.**

LXS 2006-17 hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,

Citibank, N.A., in its capacity as Trustee for Lehman XS Trust
Mortgage Pass-Through Certificates, Series 2006-17

BY: _____
Name: Cirino Emanuele
Title: Vice President

Page 2

cc *(w/enclosures)*:

Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-17
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2006-17

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, Lehman XS 2006-17

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services LLC, as Master Servicer
10350 Park Meadows Drive
Littleton, CO 80124
ATTN: Master Servicing, LXS 2006-17



## WIRE INSTRUCTIONS FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17

Citibank, N.A.
New York, New York
ABA# 021-000-089
Acct Name: Structured Finance Incoming Wire Acct #: 3617-2242
Ref: ASTRA A/C# 106128
LXS 2006-17 Basis Risk Reserve Fund Pool 1 ASTRA A/C# 106131



## Interest Rate Cap Early Termination Payment

| | |
|---|---|
| **Trust Name:** | **Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-17** |
| **Risk ID:** | **1337451L, 1337453L** |
| **Effort ID:** | **N1107687** |
| **Global Deal ID:** | **2721841** |
| **Party A:** | **Lehman Brothers Special Financing Inc.** |
| **Party B:** | **Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-17** |
| **Defaulting Party:** | **Lehman Brothers Special Financing Inc.** |
| **Early Termination Date:** | **November 10, 2008** |
| **Outstanding Notional Balance:** | **$114,136,636** |
| **Dealer Quotation 1:** <br> *Royal Bank of Scotland PLC* | **$140,000** |
| **Dealer Quotation 2:** <br> *HSBC Bank PLC* | **$118,595** |
| **Dealer Quotation 3:** <br> *Bank of New York Mellon PLC* | **$85,000** |
| **Dealer Quotation 4:** <br> *Natixis* | **$103,000** |
| **Market Quotation/Loss Amount:** <br> *Mean of the Middle 2 Dealer Quotations* <br> *All dealer quotes were run using forward curves as of close of business November 10, 2008* | **$110,797.50** |
| **Early Termination Payment Method:** <br> *As per Section 6(e) of the ISDA Master Agreement* | **Second Method and Loss** |
| **Unpaid Amounts Owed:** | **$0** |
| **Payment To (From) Non-Defaulting Party:** | **$110,797.50** |

**ICP Contacts:**

| | |
|---|---|
| **Mary Stone** <br> mstone@icpcapital.com <br> (212) 821-1946 | **Brent Layman** <br> blayman@icpcapital.com <br> (212) 821-1917 |

*With respect to the quotations herein obtained from the sources set forth above, (i) we are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) we are not responsible or liable for any actions that you take or do not take based on such data or information; and (iii) you will use such data or information solely in compliance with applicable laws, rules and regulations*

Agency & Trust
388 Greenwich Street, 14th Floor
New York, NY 10013



November 20, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
Transaction Management Group
745 Seventh Avenue, 28th Floor
New York, NY 10019

Attention: Transaction Management

Dear Sir:

On November 10, 2008, the undersigned, in its capacity as Trustee for SASCO 2004-23XS, provided a notice (the "Early Termination Notice") which (i) specifies the occurrence of an Event of Default under the Master Agreement; and (ii) designates November 10, 2008 as the Early Termination Date. The Early Termination Notice is hereby incorporated by reference herein. Further, terms used but not defined in this letter shall have the meanings given to such terms in the Early Termination Notice.

Demand is hereby made for LBSF to pay to SASCO 2004-23XS, in compensation for the losses in connection with the Early Termination relating to Global Deal ID 2049882, 2049883, the amount of $22,197.50, which represents our good faith calculation of the Payments on Early Termination under Section 6(e) of the Master Agreement. Attached hereto is a calculation conducted setting forth the basis for this demand. Such amount together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, shall be payable in accordance with the instructions attached hereto. **Such amounts are due and payable immediately.**

SASCO 2004-23XS hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,

Citibank, N.A., in its capacity as Trustee for Structured Asset Securities Corporation
Mortgage Pass-Through Certificates, Series 2004-23XS

BY: _____
Name: Cirino Emanuele
Title:   Vice President

*cc (w/enclosures):*

Structured Asset Securities Corporation
Mortgage Pass-Through Certificates, Series 2004-23XS
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, SASCO 2004-23XS

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, SASCO 2004-23XS

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services Inc., as Master Servicer
2530 South Parker Road, Suite 661
Aurora, CO 80014
ATTN: Master Servicing, SASCO 2004-23XS

## WIRE INSTRUCTIONS FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-23XS

Citibank, N.A.
BA# 021000089
Acct Nm: Structured Finance Incoming Wire
Acct #: 3617-2242
Ref: SASCO 2004-23XS/105209



**Interest Rate Cap Early Termination Payment**

| | |
|---|---|
| **Trust Name:** | **Structured Asset Securities Corporation 2004-23XS Trust** |
| **Risk ID:** | **841339L** |
| **Effort ID:** | **N555219** |
| **Global Deal ID:** | **2049882, 2049883** |
| **Party A:** | **Lehman Brothers Special Financing Inc.** |
| **Party B:** | **Structured Asset Securities Corporation 2004-23XS Trust** |
| **Defaulting Party:** | **Lehman Brothers Special Financing Inc.** |
| **Early Termination Date:** | **November 10, 2008** |
| **Outstanding Notional Balance:** | **$80,829,939.00** |
| **Dealer Quotation 1:** *Royal Bank of Scotland PLC* | **$39,375** |
| **Dealer Quotation 2:** *HSBC Bank PLC* | **$10,730** |
| **Dealer Quotation 3:** *Bank of New York Mellon PLC* | **$18,395** |
| **Dealer Quotation 4:** *Natixis* | **$26,000** |
| **Market Quotation/Settlement Amount:** *Mean of the Middle 2 Dealer Quotations* | **$22,197.50** |

*All dealer quotes were run using forward curves as of close of business November 10, 2008*

| | |
|---|---|
| **Early Termination Payment Method:** *As per Section 6(e) of the ISDA Master Agreement* | **Second Method and Market Quotation** |
| **Unpaid Amounts Owed to Defaulting Party:** | **$0** |
| **Payment To (From) Non-Defaulting Party:** | **$22,197.50** |

**ICP Contacts:**

| | |
|---|---|
| **Mary Stone** mstone@icpcapital.com (212) 821-1946 | **Brent Layman** blayman@icpcapital.com (212) 821-1917 |

*With respect to the quotations herein obtained from the sources set forth above, (i) we are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) we are not responsible or liable for any actions that you take or do not take based on such data or information; and (iii) you will use such data or information solely in compliance with applicable laws, rules and regulations*

Agency & Trust
388 Greenwich Street, 14th Floor
New York, NY 10013



November 20, 2008

**BY COURIER & CERTIFIED MAIL**

Lehman Brothers Special Financing Inc.
Transaction Management Group
745 Seventh Avenue, 28th Floor
New York, NY 10019

Attention: Transaction Management

Dear Sir:

On November 10, 2008, the undersigned, in its capacity as Trustee for SASCO 2005-9XS, provided a notice (the "Early Termination Notice") which (i) specifies the occurrence of an Event of Default under the Master Agreement; and (ii) designates November 10, 2008 as the Early Termination Date. The Early Termination Notice is hereby incorporated by reference herein. Further, terms used but not defined in this letter shall have the meanings given to such terms in the Early Termination Notice.

Demand is hereby made for LBSF to pay to SASCO 2005-9XS, in compensation for the losses in connection with the Early Termination relating to Global Deal ID 2160122, 2160123, the amount of $22,036.50, which represents our good faith calculation of the Payments on Early Termination under Section 6(e) of the Master Agreement. Attached hereto is a calculation conducted setting forth the basis for this demand. Such amount together with interest at the Applicable Rate from the Early Termination Date until the date such amount is actually paid, shall be payable in accordance with the instructions attached hereto. **Such amounts are due and payable immediately.**

SASCO 2005-9XS hereby reserves all of its rights and powers under the Agreements, at law, and in equity.

Very truly yours,

Citibank, N.A., in its capacity as Trustee for Structured Asset Securities Corporation
Mortgage Pass-Through Certificates, Series 2005-9XS

BY: _____
Name:  Cirino Emanuele
Title:   Vice President

cc *(w/enclosures):*



Structured Asset Securities Corporation
Mortgage Pass-Through Certificates, Series 2005-9XS
c/o Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, SASCO 2005-9XS

Citibank, N.A.
388 Greenwich Street, 14th Floor
New York, NY 10013
ATTN: Agency and Trust, SASCO 2005-9XS

Jonathan R. Winnick, Esq.
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Aurora Loan Services LLC, as Master Servicer
2530 South Parker Road, Suite 661
Aurora, CO 80014
ATTN: Master Servicing, SASCO 2005-9XS

## WIRE INSTRUCTIONS FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9XS

SASCO 2005-9XS
Cap Agreement Reserve
Citibank, N.A.
ABA# 021-000-089
Acct Nm: Structured Finance Incoming Wire
Acct #: 3617-2242
Ref: SASCO 2005-9XS/105306



**Interest Rate Cap Early Termination Payment**

| | |
|---|---|
| **Trust Name:** | **Structured Asset Securities Corporation, Mortgage Pass Through Certificates, Series 2005-9XS** |
| **Risk ID:** | **944053L** |
| **Effort ID:** | **N646024** |
| **Global Deal ID:** | **2160122, 2160123** |
| **Party A:** | **Lehman Brothers Special Financing Inc.** |
| **Party B:** | **Structured Asset Securities Corporation, Mortgage Pass Through Certificates, Series 2005-9XS** |
| **Defaulting Party:** | **Lehman Brothers Special Financing Inc.** |
| **Early Termination Date:** | **November 10, 2008** |
| **Outstanding Notional Balance:** | **$76,039,416.13** |
| **Dealer Quotation 1:** *Royal Bank of Scotland PLC* | **$30,625** |
| **Dealer Quotation 2:** *HSBC Bank PLC* | **$11,555** |
| **Dealer Quotation 3:** *Bank of New York Mellon PLC* | **$15,073** |
| **Dealer Quotation 4:** *Natixis* | **$29,000** |
| **Market Quotation/Settlement Amount:** *Mean of the Middle 2 Dealer Quotations* *All dealer quotes were run using forward curves as of close of business November 10, 2008* | **$22,036.50** |
| **Early Termination Payment Method:** *As per Section 6(e) of the ISDA Master Agreement* | **Second Method and Market Quotation** |
| **Unpaid Amounts Owed to Defaulting Party:** | **$0** |
| **Payment To (From) Non-Defaulting Party:** | **$22,036.50** |

**ICP Contacts:**

Mary Stone
mstone@icpcapital.com
(212) 821-1946

Brent Layman
blayman@icpcapital.com
(212) 821-1917

*With respect to the quotations herein obtained from the sources set forth above, (i) we are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) we are not responsible or liable for any actions that you take or do not take based on such data or information; and (iii) you will use such data or information solely in compliance with applicable laws, rules and regulations*