WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                   :

**In re**                             :        **Chapter 11 Case No.**
                                   :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**
                                   :

                 **Debtors.**        :        **(Jointly Administered)**
                                   :
                                   :

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' SIXTY-SEVENTH OMNIBUS OBJECTION**
**TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

        **PLEASE TAKE NOTICE** that the hearing on Debtors' Sixty-Seventh Omnibus

Objection to Claims (Valued Derivative Claims) (the "Objection"), **solely with respect to the**

**claims listed on Exhibit A annexed hereto**, that was scheduled for December 22, 2010, at

10:00 a.m. (Prevailing Eastern Time), **has been adjourned to January 20, 2011, at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The

Hearing on the Objection as to all other claims[1] set forth therein shall proceed as scheduled on

December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time).  The Hearing will be held before

the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom

---

[1] With the exception of Aozora Bank, Ltd which has also been adjourned.

House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without further notice other than an announcement at the Hearing.

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Advanced Graphic Printing, Inc. | 36802 |
| American International Group Inc. Retirement Plan Trust | 34197 |
| Canyon Balanced Master Fund, Ltd. | 17438 |
| Canyon Capital Arbitrage Master Fund, Ltd. | 17884 |
| Canyon Capital Arbitrage Master Fund, Ltd. | 17885 |
| Canyon Value Realization Fund (Cayman), Ltd., The | 17714 |
| Canyon Value Realization Fund (Cayman), Ltd., The | 17886 |
| Canyon Value Realization Fund, L.P. | 17881 |
| Canyon Value Realization Fund, L.P. | 17882 |
| Capstone Volatility Master (Cayman) Limited | 12170 |
| Capstone Volatility Master (Cayman) Limited | 12171 |
| Castlerigg Master Investments Ltd | 27310 |
| China Minsheng Banking Corp., Ltd. | 18870 |
| China Minsheng Banking Corp., Ltd. | 18871 |
| Citibank, N.A., In Its Capacity As Trustee | 22640 |
| Citibank, N.A., In Its Capacity As Trustee | 22777 |
| Commonwealth Bank of Australia | 14796 |
| Commonwealth Bank of Australia | 14797 |
| Commonwealth Bank of Australia | 14798 |
| Commonwealth Bank of Australia | 14799 |
| CSP II USIS Holdings L.P. | 16198 |
| CSP II USIS Holdings L.P. | 16199 |
| E-Capital Profits Limited | 17556 |
| E-Capital Profits Limited | 17558 |
| Federal Home Loan Bank of Des Moines | 23895 |
| Federal Home Loan Bank of Des Moines | 23896 |
| Halbis USSCredit Alpha Master Fund, Ltd. | 12897 |
| ICM Business Trust | 14172 |
| ICM Business Trust | 14173 |
| Kilroy Realty, L.P. | 12597 |
| Lloyds TSB Bank PLC | 17727 |
| Lloyds TSB Bank PLC | 17728 |
| Lloyds TSB Bank PLC | 17729 |
| Lloyds TSB Bank PLC | 17730 |
| Loeb Arbitrage B Fund LP | 12032 |
| Loeb Arbitrage B Fund LP | 12033 |
| Loeb Arbitrage Fund | 12034 |
| Loeb Arbitrage Fund | 12035 |
| Loeb Offshore B Fund Ltd. | 12028 |
| Loeb Offshore B Fund Ltd. | 12029 |

| **Claimant Name** | **Claim Number** |
|---|---|
| Loeb Offshore Fund Ltd. | 12030 |
| Loeb Offshore Fund Ltd. | 12031 |
| Mariner LDC | 23763 |
| Mariner-Tricadia Credit Strategies Master Fund Ltd. | 23755 |
| Mariner-Tricadia Credit Strategies Master Fund Ltd. | 23756 |
| Merrill Lynch Credit Products, LLC | 17450 |
| Merrill Lynch Credit Products, LLC | 18011 |
| Mitsui & Co Energy Risk Management Ltd. | 14100 |
| Mitsui & Co Energy Risk Management Ltd. | 14101 |
| National Bank of Canada | 15693 |
| National Bank of Canada | 15848 |
| New South Federal Savings Bank, F.S.B. | 29995 |
| Nexstar Developing Opportunities Master Fund, Ltd | 33279 |
| Ore Hill Credit Hub Fund Ltd. F/K/A Ore Hill Concentrated Credit Hub | 21916 |
| Ore Hill Credit Hub Fund Ltd. F/K/A Ore Hill Concentrated Credit Hub | 21915 |
| Owl Creek I, L.P. | 30836 |
| Owl Creek I, L.P. | 30837 |
| Owl Creek II, L.P. | 30834 |
| Owl Creek II, L.P. | 30835 |
| Owl Creek Overseas Fund, Ltd. | 30832 |
| Owl Creek Overseas Fund, Ltd. | 30833 |
| Pentwater Growth Fund Ltd. | 14082 |
| Pentwater Growth Fund Ltd. | 14083 |
| Pohjola Bank PLC | 21406 |
| Pohjola Bank PLC | 21407 |
| Ross Financial Corporation | 23839 |
| Ross Financial Corporation | 23840 |
| Royal Charter Properties - East, Inc. | 10220 |
| SPCP Group, LLC Transferor: Alliance Laundry Systems LLC As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd | 1299 |
| SPCP Group, LLC Transferor: Alliance Laundry Systems LLC As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd | 1300 |
| Tricadia Distressed And Special Situations Master Fund Ltd | 23751 |
| Tricadia Distressed And Special Situations Master Fund Ltd | 23752 |
| Venoco, Inc. | 4479 |
| Venoco, Inc. | 4480 |

Dated:  December 20, 2010
        New York, New York

                                    /s/ Shai Y. Waisman
                                    Shai Y. Waisman
                                    Penny P. Reid
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007
                                    Attorneys for Debtors
                                    and Debtors in Possession