B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re: Lehman Brothers Holdings Inc.          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Theodoor Gilissen Global Custody N.V.** | **KAS BANK N.V.** |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 48734 |
| | Amount of Claim: $ 82,684,969.72 plus, to the extend provided pursuant to the underlying documents associated with each Program Security all other interest, cost, fees and expenses allowed under applicable law |
| Keizersgracht 617<br>1017 DS AMSTERDAM, The Netherlands<br>Attn: Mister Marc van Schalkwijk<br>e-mail: tgservices@gilissen.nl | |
| | Date Claim Filed: October 27, 2009 |
| Phone: +31 20 5276000 | Phone: +31 20 5575911 |
| Last Four Digits of Acct. #: N/A | Last Four Digits of Acct. #: N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Clemens Heijne_ (signature)     Date: 16/12/2010

Transferee/Transferee's Agent
Name:        Mister C.A. Heijne
Title:        Management Board Member

By: _R. van Barneveld_ (signature)     Date: 15/12/10

Transferee/Transferee's Agent
Name:        Mister R. van Barneveld
Title:        Authorized Representative

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



FILED / RECEIVED
DEC 17 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000048734

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

LY

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| **KAS BANK N.V.**<br>**Spuistraat 172**<br><br>**1012 VT  AMSTERDAM, The Netherlands**<br><br>Telephone number: **+31 20 5575911**    Email Address: **KASBANK@lehmanclaim.nl** | **Court Claim Number:** _____<br>(*If known*)<br>Filed on: _____ |

| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Telephone number:          Email Address: | |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: See attached** _____ **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): See attached** _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See attached _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

See attached _____ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
**FILED / RECEIVED**

OCT 27 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date.<br>October 26ˢᵗ, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Name: Mr N.E. Blom          Mr R.J. Kooijman | |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                    Chapter 11

Lehman Brothers Holdings Inc., *et al.*                   Case No. 08-13555 (JMP)

                                                          (Jointly Administered)

                              Debtors.
-------------------------------------------------------------X

## ANNEX TO PROOF OF CLAIM OF
## KAS BANK N.V.

1.       Claimant.  KAS BANK N.V. (the "**Claimant**"), hereby files the accompanying

proof of claim (the "**Proof of Claim**") against Lehman Brothers Holdings Inc. (the "**Debtor**"), a

debtor and debtor in possession in the above-referenced chapter 11 cases.  The Claimant holds

claims against the Debtor arising from certain transactions that occurred prior to September 15,

2008 (the "**Petition Date**"), as described more fully below.

2.       Transactions Between the Parties.  The Claimant is authorized to act on behalf of

the holders of certain securities issued by Lehman Brothers Treasury Co B.V. (the "**Obligor**")

and guaranteed by the Debtor (each a "**Program Security**" and, together, the "**Program**

**Securities**") identified on the list of Lehman Program Securities, which is available on the

Debtors' website, http://www.lehman-docket.com under the heading "Key Documents."  The

International Securities Identification Number ("**ISIN**") identifying each Program Security, along

with the Euroclear blocking reference number and the Euroclear account number relating to the

Program Securities, is detailed on Exhibit 1 attached hereto. Evidence of the ownership of the

securities described in Exhibit 1 is provided in Exhibit 4 attached hereto.  The Program

Securities have the benefit of an express, unconditional and irrevocable guarantee of the Debtor,

and further, the Debtor guaranteed the payment of all liabilities, obligations and commitments of

the Obligor pursuant to those certain board resolutions adopted by the Executive Committee of the Debtor's Board of Directors attached hereto as <u>Exhibit 3</u>, including but not limited to those certain resolutions adopted by unanimous written consent on June 9, 2005 and certain other guarantees extended to affiliates of the Debtor and/or Lehman related entities.

3.    <u>Claim</u>.  The Claimant is the holder of certain securities described more fully in <u>Exhibit 1</u> hereto and on account thereof and in accordance with the terms of the documentation relating thereto, hereby asserts a claim against the Debtor in the amount of $ 82,684,969.72 <u>plus</u>, to the extent provided pursuant to the underlying documents associated with each Program Security all other interest, costs, fees and expenses allowed under applicable law (the "**Claim**"). An itemization of certain amounts compromising the Claim is set forth on <u>Exhibit 2</u> attached hereto.

4.    <u>Security Interests and Priority Status</u>.  The Claim is filed as a general unsecured claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

5.    <u>Claims, Counterclaims, Setoffs and Defenses</u>.  The Claim is not subject to any known claims, counterclaims, setoffs or defenses by the Debtor.  The Claimant also reserves any and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against the Debtor or its related entities.

6.    <u>Reservation of Rights</u>.  The execution and filing of this Proof of Claim is not and shall not be deemed:  (a) a waiver or release of the Claimant's rights against any other entity or person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect

to the subject matter of the Claim, any objection or other proceedings commenced with respect thereto or any other proceedings commenced in this case against or otherwise involving the Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable agreements with the Debtor or its affiliates.

7.    Amendments.  The Claimant expressly reserves its right to file any separate or additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional amounts or for any other reason.

## EXHIBIT 1

| ISIN | Euroclear blocking reference number | Euroclear account number Account in the name of KAS BANK Effectenbewaarbedrijf N.V., Amsterdam, The Netherlands (also trading under the name of KAS Depository Trust Company) | Nominal Amount (EUR) | Nominal Amount (USD)* |
|---|---|---|---|---|
| XS0263715467 | 6035720 | 90023 | 3,924,000.00 | 5,572,472.40 |
| XS0273084656 | 6033589 | 90023 | 1,133,000.00 | 1,608,973.30 |
| XS0276441044 | 6033755 | 90023 | 13,463,000.00 | 19,118,806.30 |
| XS0285922133 | 6034019 | 90023 | 759,000.00 | 1,077,855.90 |
| XS0287672694 | 6034022 | 90023 | 6,070,000.00 | 8,620,007.00 |
| XS0295760093 | 6034023 | 90023 | 811,000.00 | 1,151,701.10 |
| XS0296067142 | 6034025 | 90023 | 2,096,000.00 | 2,976,529.60 |
| XS0296281735 | 6034028 | 90023 | 4,431,000.00 | 6,292,463.10 |
| XS0305948860 | 6034029 | 90023 | 8,100,000.00 | 11,502,810.00 |
| XS0314067140 | 6034030 | 90023 | 1,808,000.00 | 2,567,540.80 |
| XS0317240157 | 6034032 | 90023 | 4,026,000.00 | 5,717,322.60 |
| XS0327236757 | 6034033 | 90023 | 2,053,000.00 | 2,915,465.30 |
| XS0332049229 | 6034042 | 90023 | 2,326,000.00 | 3,303,152.60 |
| XS0332049815 | 6034043 | 90023 | 2,180,000.00 | 3,095,818.00 |
| XS0332050078 | 6034044 | 90023 | 58,000.00 | 82,365.80 |
| XS0339810078 | 6034047 | 90023 | 321,000.00 | 455,852.10 |
| XS0346080590 | 6034048 | 90023 | 25,000.00 | 35,502.50 |
| XS0346707903 | 6034061 | 90023 | 476,000.00 | 675,967.60 |
| XS0349530823 | 6034062 | 90023 | 798,000.00 | 1,133,239.80 |
| XS0368669007 | 6034063 | 90023 | 2,255,000.00 | 3,202,325.50 |
| XS0373219582 | 6034065 | 90023 | 12,000.00 | 17,041.20 |

Total                                                                57,125,000.00        81,123,212.50

*\* Amounts due in EUR have been converted to US Dollars using the EUR-USD X-RATE published by Bloomberg for September 15, 2008: 1 EUR = 1.4201 USD.*

**EXHIBIT 2**

| ISIN | Nominal Amount (EUR) | Accrued Interest (EUR) | Total (EUR) | Nominal Amount (USD)* | Accrued Interest (USD)* | Total (USD)* |
|---|---|---|---|---|---|---|
| XS0263715467 | 3,924,000.00 | 287,258.30 | 4,211,258.30 | 5,572,472.40 | 407,935.51 | 5,980,407.91 |
| XS0273084656 | 1,133,000.00 | - | 1,133,000.00 | 1,608,973.30 | - | 1,608,973.30 |
| XS0276441044 | 13,463,000.00 | 619,666.85 | 14,082,666.85 | 19,118,806.30 | 879,988.89 | 19,998,795.19 |
| XS0285922133 | 759,000.00 | - | 759,000.00 | 1,077,855.90 | - | 1,077,855.90 |
| XS0287672694 | 6,070,000.00 | - | 6,070,000.00 | 8,620,007.00 | - | 8,620,007.00 |
| XS0295760093 | 811,000.00 | - | 811,000.00 | 1,151,701.10 | - | 1,151,701.10 |
| XS0296067142 | 2,096,000.00 | - | 2,096,000.00 | 2,976,529.60 | - | 2,976,529.60 |
| XS0296281735 | 4,431,000.00 | - | 4,431,000.00 | 6,292,463.10 | - | 6,292,463.10 |
| XS0305948860 | 8,100,000.00 | - | 8,100,000.00 | 11,502,810.00 | - | 11,502,810.00 |
| XS0314067140 | 1,808,000.00 | - | 1,808,000.00 | 2,567,540.80 | - | 2,567,540.80 |
| XS0317240157 | 4,026,000.00 | - | 4,026,000.00 | 5,717,322.60 | - | 5,717,322.60 |
| XS0327236757 | 2,053,000.00 | - | 2,053,000.00 | 2,915,465.30 | - | 2,915,465.30 |
| XS0332049229 | 2,326,000.00 | 49,292.08 | 2,375,292.08 | 3,303,152.60 | 69,999.69 | 3,373,152.29 |
| XS0332049815 | 2,180,000.00 | - | 2,180,000.00 | 3,095,818.00 | - | 3,095,818.00 |
| XS0332050078 | 58,000.00 | - | 58,000.00 | 82,365.80 | - | 82,365.80 |
| XS0339810078 | 321,000.00 | - | 321,000.00 | 455,852.10 | - | 455,852.10 |
| XS0346080590 | 25,000.00 | 605.48 | 25,605.48 | 35,502.50 | 859.84 | 36,362.34 |
| XS0346707903 | 476,000.00 | - | 476,000.00 | 675,967.60 | - | 675,967.60 |
| XS0349530823 | 798,000.00 | 13,817.42 | 811,817.42 | 1,133,239.80 | 19,622.12 | 1,152,861.92 |
| XS0368669007 | 2,255,000.00 | 128,857.14 | 2,383,857.14 | 3,202,325.50 | 182,990.03 | 3,385,315.53 |
| XS0373219582 | 12,000.00 | 254.30 | 12,254.30 | 17,041.20 | 361.13 | 17,402.33 |
| | | | | | | |
| Total | 57,125,000.00 | 1,099,751.58 | 58,224,751.58 | 81,123,212.50 | 1,561,757.22 | 82,684,969.72 |

*Amounts due in EUR have been converted to US Dollars using the EUR-USD X-RATE published by Bloomberg for September 15, 2008: 1 EUR = 1.4201 USD.*

## EXHIBIT 3

### UNANIMOUS WRITTEN CONSENT OF THE

### EXECUTIVE COMMITTEE OF THE

### BOARD OF DIRECTORS OF

### LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

**WHEREAS**, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

**WHEREAS**, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

**WHEREAS**, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

**WHEREAS**, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

**WHEREAS**, Management wishes to establish additional Guaranteed Subsidiaries,

**WHEREAS**, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

**WHEREAS**, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

**NOW THEREFORE BE IT**,

06-09-05   11:31   JDM INVESTMENTS                    ID=2023380294                    P.02
                                                                          NO.290   D84
26.06.2005   29:..   LE-MAN - 9163678803G4                               NO.524   D82
26/06/2005   16:41   LE-MAN - 916467502653

**RESOLVED**, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

**RESOLVED**, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

**RESOLVED**, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

**RESOLVED**, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

**FURTHER RESOLVED**, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005

Richard S. Fuld, Jr.

John D. Macomber

2

06/08/2005    16:41    LEHMAN → 916467582653                          NO.504    P03

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9 , 2005**

|  | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |


COMMITTED SINCE 1806

**EXHIBIT 4**

To whom it may concern:

DECLARATION

KAS BANK Effectenbewaarbedrijf N.V. (also trading under the name KAS Depository Trust Company and hereinafter referred to as **KDTC**) is custodian and holder of account 90023 with Euroclear. KAS BANK N.V. (the **Claimant**) owns 100% of the shares in KDTC.

The Claimant is authorised to act on behalf of KDTC pursuant to the Rules Concerning Custody of Securities held by KDTC (the **KDTC Rules**).

The Claimant uses the services of KDTC for the custody of certain types of securities, in fulfilment of the obligation imposed on the Claimant by Netherlands law and regulations to protect the proprietary interests of its clients in respect of securities placed in custody with it. Since the Anglo-American legal concept of ownership of property by way of trust (or any other similar equitable interest) is not known under Netherlands law, the general position is that securities held by the Claimant for its clients but in its name will form a part of the assets of the Claimant and will therefore fall into its bankruptcy estate unless specific measures to protect the proprietary interests of its clients are taken. This is why such securities are held by KDTC. KDTC's sole object is the custody of securities on behalf of the Claimant's clients and it is prohibited by its Articles of Association from incurring any commercial risk in the conduct of its business. Custody of securities that are held by KDTC for the client's protection is subject to the KDTC Rules. According to Clause 2 of the KDTC Rules the Claimant shall act with respect to the securities held by KDTC on behalf of the clients in accordance with the instructions given by those clients. Under the KDTC Rules, the client has a *direct claim* on KDTC in respect of the securities held by KDTC on the client's behalf. Since this direct claim would not be affected by bankruptcy of the Claimant under Dutch bankruptcy law, the client's position with regard to securities held by KDTC is safeguarded.

Amsterdam, **26** October 2009

Name:  drs. N.E. Blom
KAS BANK N.V.

Name: R.J. Kooijman RA
KAS BANK N.V.

KAS BANK N.V.
P.O. Box 24001, 1000 DB Amsterdam, The Netherlands    **T:** +31 20 557 59 11    **E:** info@kasbank.com    Swift Kasa nl 2a
Spuistraat 172, 1012 VT Amsterdam, The Netherlands    **F:** +31 20 557 61 02    **I:** www.kasbank.com    Trade Reg no 33001320

