---

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BSI SA (as agent on behalf of its client/s) | Clariden Leu Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BSI SA
Via Magatti n.2
CH-6900 Lugano
Switzerland

Phone: +41(0)58 809 3548
Last Four Digits of Acct #: _____

Court Claim # (if known): 55813
Date Claim Filed: 29 October 2009
Amount of Claim: see Proof of Claim
Portion of Claim Transferred (see Schedule I): EUR 50,000

Phone: +41 58 888 70 65
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ M. Sassi_ _____   Date: 19 November 2010
  Transferor/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



FILED / RECEIVED
DEC 17 2010
PIQ BANKRUPTCY

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Clariden Leu Ltd.** ("Transferor") unconditionally and irrevocably transferred to **BSI S.A. (on behalf of its Clients)** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55813) in the nominal amount of EUR 50,000 related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of November 2010.

**Clariden Leu Ltd.**

By: _____
Sandro Huwiler
Assistant Vice President

By: _____
Filippo Moor
Vice President

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0176153350 | 55813 | 29 October 2009 | LEHMAN BROTHERS TREASURY CO. BV | EUR 50,000 |

BANCHIERI SVIZZERI DAL 1873



To:
**United States Bankruptcy Court/Southern District of New York**
**Lehman Brothers Holdings Claims Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue, 3rd Floor**
**New York, NY10017**
**USA**

**BY DHL**

Ref. no.
LBCT - PC1                                          Lugano         10 December 2010

**Notice of transfer from Clariden Leu Ltd. (the "Transferor") to BSI SA on behalf of its client/s (the "Transferee") of Lehman Brothers Treasury CO. BV – ISIN XS0176153350 (the "Security") and the claim n. 55813 attached thereto (the "Claim")**

**Dear Sirs,**

Reference is made to the transfer of the above mentioned Security and the Claim attached thereto (the "Transfer") to our bank as nominee on behalf of its client/s.

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client/s;

2) Form *"Evidence of Transfer of Claim"*, signed by Clariden Leu Ltd. as Transferor, as a proof that Clariden Leu Ltd. has transferred a registered claim to BSI SA on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: group.bsicustodyadministration@bsibank.com

Thank you very much in advance for your kind help and attention.

Yours faithfully,

                                                                BSI SA

                                        Andrea Fincato         Matteo Zapparoli

*Attachment: as above*

BSI SA
Sede centrale Lugano, Via Magatti 2, CH-6900 Lugano
Tel. +41(0)91 809 31 11, Fax +41(0)91 809 36 78