WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                              :    **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
                                                   :
                    Debtors.                       :    **(Jointly Administered)**
                                                   :
------------------------------------------------------------------x

**QUARTERLY REPORTS PURSUANT TO ORDER ESTABLISHING
PROCEDURES TO DISPOSE OF REAL ESTATE ASSETS AND MODIFYING
THE ORDER ESTABLISHING PROCEDURES TO (I) RESTRUCTURE,
(II) MAKE NEW OR ADDITIONAL DEBT OR EQUITY INVESTMENTS
IN, AND/OR (III) ENTER INTO SETTLEMENTS AND COMPROMISES
<u>IN CONNECTION WITH EXISTING REAL ESTATE INVESTMENTS</u>**

Pursuant to the Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Rules 6004(h) and 9019(a) of the Federal Rules of Bankruptcy Procedure Establishing Procedures to Dispose of Real Estate Assets and Modifying the Order Establishing Procedures to (I) Restructure, (II) Make New or Additional Debt or Equity Investments In, And/Or (III) Enter Into Settlements And Compromises In Connection With Existing Real Estate Investments, entered on June 17, 2010 (the "<u>Order</u>"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "<u>Debtors</u>") authority

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

US_ACTIVE:\43591150\01\58399.0003

to dispose of certain real estate assets and to modify the reporting requirements set forth in the Restructuring Procedures Order.

As required by the Order, the Debtors hereby file the quarterly reports for the period September 1, 2010 through and including November 30, 2010 of all Real Estate Disposition Transactions entered into by the Debtors and all New Investments made by the Debtors, which are annexed hereto, respectively, as Exhibit A and Exhibit B.

Dated: December 21, 2010
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**<u>Exhibit A</u>**

US_ACTIVE:\43591150\01\58399.0003

**Real Estate Disposition Transactions**
**For the Period 9/1/2010 to 11/30/2010**

| Real Estate Disposition Transactions ||
|---|---|
| **Number of Real Estate Disposition Transactions from September 1, 2010 through November 30, 2010** | **Aggregate Estimated Recovery Amount of all Real Estate Investments subject to a Real Estate Disposition Transaction from September 1, 2010 through November 30, 2010** |
| 88 | $9,694,833.23 |

| Real Estate Disposition Transactions Greater Than $25 Million but Less Than $100 Million |||
|---|---|---|
| **Estimated Recovery Amount** | **Consideration Received by the Debtors** | **City of Property Relating to Real Estate Investment** |
| NONE FOR THIS QUARTER |||

**Exhibit B**

08-13555-mg    Doc 13584    Filed 12/21/10    Entered 12/21/10 12:07:49    Main Document
Pg 5 of 6

**Exhibit B**

# New Investments
## For the Period 9/1/2010 to 11/30/2010

| Aggregate amount funded by the Debtors with respect to real estate assets owned |
|---|
| **$23,707,950.38** |

| New Investments Greater Than or Equal to $1 Million ||||
|---|---|---|---|
| | **Value of Underlying Investment** | **Amount of New Investments** | **City of Property Relating to New Investment** |
| 1. | $16,100,772.54 | $5,961,672.64 | New York, NY |
| 2. | $125,000,000.00 | $1,948,759.15<br>$3,371,850.89 | Irvine, CA |
| 3. | $70,575,536.25 | $49,757.50<br>$89,801.00<br>$224,603.00<br>$329,440.83<br>$607,331.60<br>$769,584.33<br>$2,748,349.00 | New York, NY |
| 4. | $18,060,000.00 | $406,460.13<br>$422,581.41<br>$967,617.44 | New York, NY |
| 5. | $18,685,063.08 | $1,020,573.92 | Washington, DC |
| | | **$18,918,382.84** | |