B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,　　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)
　　　　　　　　Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **AG Super Fund International Partners, L.P.** | **Sea Port Group Securities, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim #: **55728 (0.968% of claim)**
Amount of Claim as Filed: **$433,336,940.80**
Amount of Claim Transferred: **$4,194,563.50**
Date Claim Filed: **10/29/09**

AG Super Fund International Partners, L.P.
245 Park Avenue
New York, NY 10167

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ [signature]_　　　　　　Michael L. Gordon　　Date: 7/20/10
　　Transferee/Transferee's Agent　Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Sea Port Group Securities, LLC

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Sea Port Group Securities, LLC** ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **AG Super Fund International Partners, L.P.** ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule I attached hereto (the "Purchased Claim") in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co. B.V. and/or Lehman Brothers Holdings Inc.** (debtor in **Case No. 08-13555** pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, **Proof of Claim Number 55728** (the "Proof of Claim") filed in the bankruptcy case of **Lehman Brothers Holdings Inc.**

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of July, 2010.

| Sea Port Group Securities, LLC | AG Super Fund International Partners, L.P. |
|---|---|
| By: _____ | By: AG Super Fund International LLC, General Partner |
| Name: Jonathan Silverman | By: AG Funds, L.P. Managing Member |
| Title: General Counsel | By: _____ |
| 360 Madison Avenue, 22nd Floor | Name: Michael L. Gordon |
| New York, NY 10017 | Title: Authorized Signatory |
|  | 245 Park Avenue |
|  | New York, NY 10167 |

Schedule 1

Purchased Claim

0.967960825% of Proof of Claim No. 55728 = EUR 2,945,000 which is equivalent to US$4,194,563.50 of XS0307348234 (the outstanding amount of the relevant portion of the Proof of Claim as of July 20, 2010, including all pre-petition accrued interest related thereto).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount of ISIN XS0307348234 in Proof of Claim No. 55728 | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO. B.V. Issue of EUR 25,000,000 Zero Coupon Notes due 6 December 2008 Under the U.S.$15,000,000,000 Euro Medium-Term Note Program | XS0307348234 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | US$162,914,282.60 (of which US$4,194,563.50 is being transferred herein) | Zero Coupon Note | 17 August 2013 | N/A |

Q:\Jon Silverman\Harr\Dosch\Fein\Assignment--Lehman transfer to AG 6.7.10 tradev4b.doc