WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON DECEMBER 22, 2010 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.  Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) **[Docket No. 10282]**

    Response Deadline:   August 19, 2010 at 4:00 p.m.

    Related Documents:

    A.  Order Granting Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) **[Docket No. 11158]**

    B.  Notice of Adjournment of Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) Solely as to Certain Claims **[Docket No. 13048]**

1

Status: This matter is going forward uncontested as all responses have been resolved.

2. Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11260]**

   Response Deadline:    October 13, 2010 at 4:00 p.m.

   Adjourned Responses:

   A. Response of Central Puget Sound Transit Authority **[Docket No. 11914]**

   B. Response of Global Thematic Opportunities Fund LLP **[Docket No. 11953]**

   C. Response of IKB International SA **[Docket No. 11929]**

   D. Response of Lincore Limited **[Docket No. 11922]**

   E. Response of MF Global UK Limited **[Docket No. 11904]**

   F. Response of The Morningside Ministries **[Docket No. 11894]**

   Related Documents:

   G. Notice of Adjournment of Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims **[Docket No. 12249]**

   H. Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12425]**

   Status: This matter is going forward on an uncontested basis only. All Adjourned Responses have been adjourned to January 20, 2011 at 10:00 a.m.

3. Debtors' Fifty-Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11610]**

   Response Deadline:    October 27, 2010 at 4:00 p.m.

   Resolved Response:

   A. Response of Evelyn Wheeler **[Docket No. 12205]**

<u>Related Documents</u>:

  B. Order Granting Debtors' Fifty-Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12681]**

  C. Notice of Withdrawal of Response of Evelyn Wheeler **[Docket No. 13562]**

  D. Notice of Adjournment of Hearing of Debtors' Fifty-Third (Duplicative of Indenture Trustee Claims) Omnibus Objection to Claims Solely as to Certain Claims **[Docket No. 12577]**

<u>Status</u>: This matter is going forward on an uncontested basis.

4. Debtors' Fifty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11968]**

<u>Response Deadline</u>: November 15, 2010 at 4:00 p.m.

<u>Resolved Response</u>:

  A. Response of William Brackett **[Docket No. 12851]**

<u>Related Documents</u>:

  B. Notice of Withdrawal of Response of William Brackett **[Docket No. 13563]**

<u>Status</u>: This matter is going forward on an uncontested basis.

5. Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11978]**

<u>Response Deadline</u>: November 15, 2010 at 4:00 p.m.

<u>Adjourned Responses</u>:

  A. Response of BG Energy Merchants LLC **[Docket No. 12765]**

  B. Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, **[Docket No. 12714]**

  C. Response of Telecom Italia Finance SA **[Docket No. 12951]**

  D. Response of Tenor Opportunity Master Fund, Ltd. **[Docket No. 12698]**

Related Documents:

    E.    Notice of Adjournment of Debtors' Objection to Certain Claims of Energyco Marketing and Trading, LLC n/k/a Optim Energy Marketing LLC **[Docket No. 13076]**

    F.    Notice of Adjournment of Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) Solely As to Certain Claims **[Docket No. 13077]**

    G.    Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 13164]**

    H.    Notice of Adjournment of Debtors' Objection to Certain Claims of Energyco Marketing and Trading, LLC n/k/a Optim Energy Marketing LLC **[Docket No. 13571]**

Status: This matter is going forward on an uncontested basis only. All Adjourned Responses have been adjourned to January 20, 2011 at 10:00 a.m.

6.    Debtors' Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims) **[Docket No. 12530]**

Response Deadline:    December 6, 2010 at 4:00 p.m.

Resolved Responses:

    A.    Response of Carolyn French-Davis **[Docket No. 12991]**

    B.    Response of Thomas Ketcham **[Docket No. 13294]**

    C.    Response of Daniel Klonsky **[Docket No. 13214]**

    D.    Response of Seth Konheim **[Docket N/A]**

    E.    Response of Charles Kuykendall **[Docket No. 13265]**

    F.    Response of Brian Loftus **[Docket No. 12993]**

    G.    Response of Robert McCarthy **[Docket N/A]**

    H.    Response of Lisa McClain **[Docket No. 13178]**

    I.    Response of Eleanor Mullen **[Docket N/A]**

    J.    Response of Doris Phillips **[Docket No. 13288]**

    K.    Response of Stephen Rogers **[Docket No. 12987]**

        L.      Response of John Sherman **[Docket N/A]**

Adjourned Responses:

        M.      Response of DuWarn Porter **[Docket N/A]**

Related Documents:

        A.      Notice of Adjournment of Debtors' Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims) Solely as to Certain Claims **[Docket No. 13543]**

Status: This matter is going forward on an uncontested basis only. The Adjourned Response has been adjourned to March 3, 2011 at 10:00 a.m.

7. Debtors' Sixty-Fifth Omnibus Objection to Claims (Duplicative Claims) **[Docket No. 12531]**

Response Deadline:    December 6, 2010 at 4:00 p.m.

Resolved Responses:

        A.      Objection Babita Bissessar **[Docket No. 13289]**

Related Documents:   None.

Status: This matter is going forward on an uncontested basis. All responses have been resolved.

8. Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12532]**

Response Deadline:    December 6, 2010 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status: This matter is going forward uncontested.

9. Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12533]**

Response Deadline:    December 6, 2010 at 4:00 p.m.

Adjourned Responses:

N. Response of Aozora Bank, Ltd. **[Docket No. 13220]**

O. Response of Canyon Balanced Master Fund, Ltd., Canyon Capital Arbitrage Master Fund, Ltd., Canyon Value Realization Fund (Cayman), Ltd., and Canyon Value Realization Fund, L.P. **[Docket No. 13227]**

P. Response of Castlerigg Master Investments Ltd. **[Docket No. 13193]**

Q. Response of Commonwealth Bank of Australia. **[Docket No. 13242]**

R. Response of CSP II Usis Holdings, L.P. **[Docket No. 13078]**

S. Response of E-Capital Profits Limited **[Docket No. 13166]**

T. Response of Federal Home Loan Bank of Des Moines **[Docket No. 13156]**

U. Response of ICM Business Trust **[Docket No. 13226]**

V. Response of Kilroy Realty, L.P. **[Docket No. 13059]**

W. Response of Lloyds TSB Bank PLC **[Docket No. 13201]**

X. Omnibus Response of Loeb Claimants **[Docket No. 13217]**

Y. Response of Mariner Investment Group, LLC on behalf of Mariner LDC **[Docket No. 13222]**

Z. Response of Merrill Lynch **[Docket No. 13229]**

AA. Response of Mitsui & Co. Commodity Risk Management Limited **[Docket No. 13113]**

BB. Response of National Bank of Canada **[Docket No. 13247]**

CC. Response of Nexstar Developing Opportunities Master Fund, Ltd. **[Docket No. 13402]**

DD. Response of Pentwater Growth Fund Ltd. **[Docket No. 13117]**

EE. Response of Pohjola Bank **[Docket No. 13196]**

FF. Response of Ross Financial Corporation **[Docket No. 13232]**

GG. Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, as Successor to Certain Claims of Alliance Laundry Systems LLC **[Docket No. 13218]**

HH. Response of Tricadia Capital Management, LLC, on behalf of Mariner-Tricadia Credit Strategies Master Fund, Ltd. **[Docket No. 13224]**

II. Response of Tricadia Capital Management, LLC, on behalf of Tricadia Distressed and Special Situations Master Fund, Ltd. **[Docket No. 13223]**

JJ. Response of Venoco, Inc. **[Docket No. 13205]**

Related Documents:

KK. Notice of Adjournment of Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) Solely As to Certain Claims **[Docket No. 13570]**

LL. Notice of Adjournment of Debtors' Objection to Certain Claims of Aozora Bank Ltd. **[Docket No. 13572]**

Status: This matter is going forward on an uncontested basis only. All Adjourned Responses have been adjourned to January 20, 2011 at 10:00 a.m except for the response of Aozora Bank, Ltd., which has been adjourned to March 3, 2011 at 10:00 a.m.

10. Debtors' Sixty-Eighth Omnibus Objection to Claims (Settled Derivative Claims) **[Docket No. 12534]**

Response Deadline: December 6, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter is going forward uncontested. No responses were filed.

11. Motion of Dr. Peter Berman to Amend Proof of Claim **[Docket No. 10852]**

Response Deadline: October 13, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

<u>Status</u>: This matter has been resolved. A stipulation and agreed order will be submitted to the Court at the hearing.

12. Motion of Joyce L. Rehorst to Amend Proof of Claim **[Docket No. 10858]**

   <u>Response Deadline</u>:   October 13, 2010 at 4:00 p.m.

   <u>Responses Received</u>:  None.

   <u>Related Documents</u>:   None.

   <u>Status</u>: This matter has been resolved. A stipulation and agreed order will be submitted to the Court at the hearing.

13. Motion of Jacqueline W. Edelmann, et al. to Amend Proof of Claim **[Docket No. 10863]**

   <u>Response Deadline</u>:   October 13, 2010 at 4:00 p.m.

   <u>Responses Received</u>:  None.

   <u>Related Documents</u>:   None.

   <u>Status</u>: This matter has been resolved. A stipulation and agreed order will be submitted to the Court at the hearing.

**II.    CONTESTED MATTERS:**

14. Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11594]**

   <u>Response Deadline</u>:   October 27, 2010 at 4:00 p.m.

   <u>Unresolved Response</u>:

       A.    Response of Kurt Wolf **[Docket No. 12505]**

   <u>Adjourned Responses</u>:

       B.    Response of Bouef Limited **[Docket No. 12321]**

   <u>Related Documents</u>:

       C.    Order Signed Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12893]**

Status: This matter is going forward on a contested basis solely with respect to the Unresolved Response listed above. The Adjourned Response has been adjourned to March 3, 2011 at 10:00 a.m.

15. First Motion of Mark Glasser to Extend Time for Claim **[Docket No. 6386]**

Response Deadline: April 15, 2010 at 4:00 p.m.

Responses Received:

A. Debtors' Objection **[Docket No. 8354]**

Related Documents:

B. Notice of Intention to Offer Testimony in Support filed by Mark Glasser **[Docket No. 9087]**

Status: This matter is going forward as an evidentiary hearing.

### III.   ADJOURNED MATTERS:

16. Debtor's Objection to Proof of Claim filed by David Schwartzman **[Docket No. 5951]**

Response Deadline: January 10, 2011 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to January 20, 2011 at 10:00 a.m.

17. Cross-Motion of John Dmuchowski for Entry of an Order Permitting Late Filing of Claims Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 12007]**

Response Deadline: December 15, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to March 3, 2011 at 10:00 a.m.

18. Motion of Pearl Assurance Limited to Deem Proofs of Claim to Be Timely Filed **[Docket No. 12072]**

   Response Deadline:   December 15, 2010 at 4:00 p.m.

   Related Documents:   None.

   Related Documents:   None.

   Status:  This matter has been adjourned to March 3, 2011 at 10:00 a.m.

19. Nagy es Trocsanyi Ugyvedi Iroda's Motion Requesting an Enlargement of Time **[Docket No. 12242]**

   Response Deadline:   December 15, 2010 at 4:00 p.m.

   Related Documents:   None.

   Related Documents:

   A.   Notice of Adjournment **[Docket No. 13543]**

   Status:  This matter has been adjourned to March 3, 2011 at 10:00 a.m.

20. Cathay United Bank's Motion to Have Claim No. 35181 Deemed Timely Filed **[Docket No. 12037]**

   Response Deadline:   December 15, 2010 at 4:00 p.m.

   Related Documents:   None.

   Related Documents:   None.

   Status:  This matter has been adjourned to March 3, 2011 at 10:00 a.m.

21. Symphony Asset Management LLC's Motions to Deem Proof of Claim Timely Filed **[Docket No. 12074, 12301, 12304 and 12305]**

   Response Deadline:   December 15, 2010 at 4:00 p.m.

   Related Documents:   None.

   Related Documents:   None.

   Status:  This matter has been adjourned to March 3, 2011 at 10:00 a.m.

22. Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 9983]**

    Response Deadline:    August 3, 2010 at 4:00 p.m.

    Adjourned Responses:

        A.    Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[Docket No. 10616]**

    Related Documents:   None.

    Status:  All unresolved responses have been adjourned to January 20, 2011 at 10:00 a.m.

23. Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[Docket No. 10286]**

    Response Deadline:    November 15, 2010 at 4:00 p.m.

    Related Documents:

        A.    Order Signed Granting Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[Docket No. 11155]**

    Status:  All unresolved responses have been adjourned to March 3, 2011 at 10:00 a.m.

24. Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) **[Docket No. 11302]**

    Response Deadline:    October 18, 2010 at 4:00 p.m.

    Related Documents:

        A.    Order Granting Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) **[Docket No. 12409]**.

        B.    Notice of Adjournment of Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[Docket No. 13542]**

    Status:  All unresolved responses have been adjourned to March 3, 2011 at 10:00 a.m.

25. Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 11305]**

   <u>Response Deadline</u>:   October 18, 2010 at 4:00 p.m.

   <u>Related Documents</u>:

   A. Amended Order Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 12675]**

   B. Notice of Adjournment of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[Docket No. 13552]**

   <u>Status</u>:  All unresolved responses have been adjourned to March 3, 2011 at 10:00 a.m.

26. Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 11306]**

   <u>Response Deadline</u>:   October 18, 2010 at 4:00 p.m.

   <u>Related Documents</u>:

   A. Order Signed Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 12413]**

   B. Notice of Adjournment of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims **[Docket No. 13548]**

   <u>Status</u>:  All unresolved responses have been adjourned to March 3, 2011 at 10:00 a.m.

27. Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11307]**

   <u>Response Deadline</u>:   October 18, 2010 at 4:00 p.m.

   <u>Related Documents</u>:

   A. Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 12407]**

        B.    Notice of Adjournment of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims **[Docket No. 13549]**

Status: All unresolved responses have been adjourned to March 3, 2011 at 10:00 a.m.

28. Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11308]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Documents:

        A.    Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 12424]**

        B.    Notice of Adjournment of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims **[Docket No. 13550]**

Status: All unresolved responses have been adjourned to March 3, 2011 at 10:00 a.m.

29. Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) **[Docket No. 11584]**

Response Deadline:    October 27, 2010 at 4:00 p.m.

Adjourned Responses:

        A.    ACTIV Financial Systems, Inc. **[Docket No. 12306]**

        B.    Atlantic Forms and Systems Inc. **[Docket No. 12179]**

        C.    Audio Incorporated **[Docket No. 12543]**

        D.    A. M. Best Company **[Docket No. 12362]**

        E.    Boilermaker Trust Claims **[Docket Nos. 12431, 12434, 12440, 12441 and 12442]**

        F.    Dav-El Reservations System, Inc. **[Docket No. 12308]**

        G.    Patricio Quinn **[Docket No. N/A]**

        H.    ZPR International, Inc. **[Docket No. 12397]**

Related Documents:

    I.    Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) **[Docket No. 12892]**

    J.    Notice of Adjournment of Hearing of Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) Solely as to Certain Claims **[Docket No. 13545]**

Status:  This matter has been adjourned to March 3, 2011 at 10:00 a.m.

30.    Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11608]**

Response Deadline:    October 27, 2010 at 4:00 p.m.

Unresolved Response:

    A.    Response of Kathryn K. Secrest **[Docket No. 12419]**

Related Documents:

    B.    Order Granting Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12768]**

    C.    Notice of Adjournment of Hearing of Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims **[Docket No. 12576]**

Status:  This matter has been adjourned to January 20, 2011 at 10:00 a.m.

31.    Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11611]**

Response Deadline:    October 27, 2010 at 4:00 p.m.

Adjourned Responses:

    A.    Response of John Narel Trust **[Docket No. 12417]**

Related Documents:

    B.    Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12832]**

        C.     Notice of Adjournment of Hearing of Debtors' Fifty-Fourth Omnibus Objection (Duplicative of Indenture Trustee Claims) to Claims Solely as to Certain Claims **[Docket No. 13544]**

Status:  This matter has been adjourned to March 3, 2011 at 10:00 a.m.

32.    Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11612]**

Response Deadline:  October 27, 2010 at 4:00 p.m.

Adjourned Responses:

        A.     Lilith Ventures, Ltd.'s Response **[Docket No. 12325]**

Related Documents:

        B.     Order Granting Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12676]**

        C.     Notice of Adjournment of Hearing of Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims **[Docket No. 13551]**

Status:  This matter has been adjourned to March 3, 2011 at 10:00 a.m.

33.    Debtors' Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) **[Docket No. 11942]**

Response Deadline:  November 15, 2010 at 4:00 p.m.

Adjourned Responses:

        A.     Chadwick Cook dba CWC Revocable Trust 1-13-01 **[Docket No. 12404]**

        B.     Clyde & Darlee J. Crockett **[Docket No. 12658]**

        C.     Dennis Revelotis **[Docket No. 12418]**

        D.     Julianne Salvatore **[Docket No. 12815]**

        E.     Dr. Fred W. Telling **[Docket No. 13185]**

Related Documents:

D. Order Granting Debtors' Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) **[Docket No. 13287]**

E. Notice of Adjournment of Hearing of Debtors' Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) Solely as to Certain Claims **[Docket No. 13547]**

Status: This matter has been adjourned to March 3, 2011 at 10:00 a.m.

Dated: December 21, 2010
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession