B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| AG Super Fund International Partners, L.P. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

AG Super Fund International Partners, L.P.
245 Park Avenue
New York, NY 10167

Court Claim #: **55741 (4.483% of claim)**
Amount of Claim as Filed: **$100,084,812.00**
Amount of Claim Transferred: **$4,486,545.00**
Date Claim Filed: **10/29/09**

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Thomas M. Fuller    Thomas M. Fuller    Date: 8/12/10
Transferee/Transferee's Agent Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Deutsche Bank AG, London Branch

For value received, the adequacy and sufficiency of which are hereby acknowledged, Deutsche Bank AG, London Branch ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to AG Super Fund International Partners, L.P. ("Purchaser"), an undivided interest, to the extent of the applicable percentage specified in Schedule I attached hereto (the "Purchased Claim") in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the Purchased Claim together with all other claims relating to the Purchased Claim (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against Lehman Brothers Treasury Co. B.V. and/or Lehman Brothers Holdings Inc. (debtor in Case No. 08-13555 pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including Proof of Claim Number 55741 (the "Proof of Claim") filed in the bankruptcy case of Lehman Brothers Holdings Inc.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12 day of ~~July~~ August, 2010.

Deutsche Bank AG, London Branch

By: _____
Name: Ross Miller
Title: Director

Duncan Robertson
Director

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND

AG Super Fund International Partners, L.P.

By: AG Super Fund International LLC
General Partner
By: AG Funds, L.P. Managing Member

By: _____
Name: Thomas M. Fuller
Title: Authorized Signatory

245 Park Avenue, 26th Floor
New York, NY 10167

Schedule 1

## Transferred Claims

Purchased Portion

The Seller transfers to the Purchaser:

i) 16% of line item number 2 of the Proof of Claim (for the avoidance of doubt such claim is in the principal amount of USD 2,278,880.00 (plus any interest applicable thereto)); and

ii) 15.5% of line item number 3 of the Proof of Claim (for the avoidance of doubt such claim is in the principal amount of USD 2,207,665.00 (plus any interest applicable thereto)),

as highlighted in the copy of the Proof of Claim attached as Schedule 2 and described below.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Blocking Number | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity |
|---|---|---|---|---|---|---|---|
| MTN5184 | XS0270495160 | CA67288 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD 2,278,880.00 (EUR 1,600,000.00 @ 1.4243) | 0 | 12/28/2009 |
| MTN8553 | XS0325447893 | CA65336 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD 2,207,665.00 (EUR 1,550,000.00 @ 1.4243) | 0 | 10/26/2009 |

Schedule 1-1

DB Ref. 5022