B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

            Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **AG Super Fund International Partners, L.P.** | **JPMorgan Chase Bank, N.A.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

AG Super Fund International Partners, L.P.
245 Park Avenue, 26th Floor
New York, NY 10167

Phone: _____
Last Four Digits of Acct #: _____

Court Claim #: **48858 (13.3% of claim)**
Amount of Claim as Filed: **$1,420,100.00**
Amount of Claim Transferred: **$188,873.30**
Date Claim Filed: **10/27/09**

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____   Date: 12/13/10
   Transferee/Transferee's Agent
   Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Morgan Stanley & Co. International PLC

For value received, the adequacy and sufficiency of which are hereby acknowledged, **JPMorgan Chase Bank, N.A.** ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **AG Super Fund International Partners, L.P.** ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule 1 attached hereto (the "Purchased Claim") in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule 1 hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co. B.V. and/or Lehman Brothers Holdings Inc.** (debtor in Case No. 08-13555 pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, Proof of Claim Number **48858** (the "Proof of Claim") filed in the bankruptcy case of Lehman Brothers Holdings Inc.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13th day of December, 2010.

JPMorgan Chase Bank, N.A.
By: [signature]
Name: David A. Martinez
Title: Authorized Signatory

One Chase Manhattan Plaza- Floor 26
New York, NY 10005

AG Super Fund International Partners, L.P.
By: AG Super Fund International LLC
General Partner
By: AG Funds, L.P., Managing Member

By: [signature]
Name: Michael L. Gordon
Title: Authorized Signatory

245 Park Avenue, 26th Floor
New York, NY 10167

XS0318943791

## SCHEDULE 1

## Transferred Claims

### Purchased Claim

EUR 133,000.00 (i.e. 13.30%) of EUR1,000,000.00, which is the equivalent of $188,873.30 (the outstanding amount of ISIN/CUSIP XS0318943791 as described in the Proof of Claim as of December 13, 2010), plus all accrued interest, fees and other recoveries due.

### Lehman Programs Securities to which Transfer Relates

| Purchaser | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount of Purchased Claim | Coupon | Maturity | Total Amount (as of Proof of Claim Filing Date) of Purchased Claim |
|---|---|---|---|---|---|---|---|---|
| AG Super Fund International Partners, L.P. | Issue of EUR2,000,000 FX-Linked Notes due March 2010 Guaranteed by Lehman Brothers Holdings Inc. under the U.S. $100,000,000,000 Euro Medium-Term Note Program | XS0318943791 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 133,000.00 (i.e. 13.33%) of EUR 1,000,000 of the ISIN/CUSIP XS0318943791 under the Proof of Claim, (which is equivalent of USD $188,873.30), plus all accrued interest, fees and recoveries due. | Not applicable | 14th of March 2010 | EUR 133,000.00 of EUR1,000,000 (which is equivalent of USD $188,873.30 of $1,420,100) (using an exchange rate of EUR/USD = 1.4201), plus all accrued interest, fees and recoveries due. |