**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------x
                                               :
In re                                          : Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    : 08-13555 (JMP)
                                               :
                      Debtors.                  : (Jointly Administered)
                                               :
--------------------------------------------------------------------------x Ref. Docket Nos.13447, 13449, 13451, 13455,
                                                              13456, 13461, 13462, 13464-
                                                              13471, 13481 & 13491


**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 14, 2010, I caused to be served the:

    a.  "Sixth Interim Fee Application Of Bingham McCutchen LLP, Special Counsel For The Debtors, For Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred," dated December 14, 2010 [Docket No.13447], (the "Bingham Fee Application"),

    b.  "Sixth Application Of McKenna Long & Aldridge LLP For Allowance Of Interim Compensation And Reimbursement Of Expenses," dated December 14, 2010 [Docket No. 13449], (the "McKenna Long Fee Application"),

    c.  "Sixth Application Of Bortstein Legal LLC, Special Counsel To The Debtors And Debtors In Possession, For Interim Allowance Of Compensation," dated December 14, 2010 [Docket No. 13451], (the "Borstein Fee Application"),

    d.  "Sixth Interim Application Of Jones Day, Special Counsel To The Debtors And Debtors In Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Actual And Necessary Expenses For The Period From June 1, 2010 Through September 30, 2010," dated December 14, 2010 [Docket No. 13455], (the "Jones Day Fee Application"),

    e.  "Second Interim Application Of Momo-O, Matsu & Namba, As 327(E) Special Counsel To The Debtors And Debtors In Possession, For Allowance And Payment Of Compensation For Services Rendered And Reimbursement Of Expenses For The Period From June 1, 2010 To

September 30, 2010," dated December 14, 2010 [Docket No. 13456], (the "MoMo-O Fee Application"),

f.    "Second Interim Fee Application Of Sutherland Asbill & Brennan LLP, As A Section 327(E) Professional, For Allowance Of Compensation For Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred During The Period From June 1, 2010 Through September 30, 2010," dated December 14, 2010  [Docket No. 13461], (the "Sutherland Fee Application"),

g.    "Sixth Interim Fee Application Of The Examiner And Jenner & Block LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses," dated December 14, 2010 [Docket No. 13462], (the "Jenner & Block Fee Application"),

h.    "Third Interim Application Of Kleyr Grasso Associes, Special Counsel To The Debtors And Debtors In Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses For The Period From June 1, 2010 Through September 30, 2010," dated December 14, 2010 [Docket No. 13464], (the "Kleyr Grasso Fee Application"),

i.    "Third Application Of Gibson, Dunn & Crutcher LLP, As A 327(E) Professional, For Allowance Of Interim Compensation For Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From June 1, 2010 Through September 30, 2010," dated December 14, 2010 [Docket No. 13465], (the "Gibson Fee Application"),

j.    "Application Of Windels Marx Lane & Mittendorf, LLP, For An Interim Award Of Compensation And Reimbursement Of Expenses For The Period June 1, 2010 Through September 30, 2010," dated December 14, 2010 [Docket No. 13466], (the "Windels Fee Application"),

k.    "First Interim Fee Application Of MMOR Consulting Inc. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses For Tax Services Providers To The Debtors And Debtors-In-Possession For The Period From July 1,2010 Through September 30, 2010," dated December 14, 2010 [Docket No. 13467], (the "MMOR Consulting Fee Application"),

l.    "Fifth Interim Fee Application Of Duff & Phelps LLC, As Financial Advisors To The Examiner, Anton R. Valukas, For Interim Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred From June 1, 2010 Through July 12, 2010," dated December 14, 2010 [Docket No. 13468], (the "Duff & Phelps Fee Application"),

m.    "Summary Of Second Interim Application Of Kasowitz, Benson, Torres & Friedman LLP, Special Counsel To The Debtors And Debtors In Possession, For Interim Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From June 1, 2010 Through September 30, 2010," dated December 14, 2010 [Docket No. 13469], (the "Kasowitz Fee Application"),

n.    "Second Interim Application Of Deloitte Tax LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Tax Services Provider To The Debtors For The Period

From June 1, 2010 Through And Including September 30, 2010," dated December 14, 2010 [Docket No. 13470], (the "Deloitte Fee Application"),

o. "Sixth Interim Application Of Lazard Freres & Co. LLC, Debtors' Investment Banker For Allowance Of Compensation And For The Reimbursement Of Actual And Necessary Expense Incurred For The Period From June 1,2010 Through September 30, 2010," dated December 14, 2010 [Docket No. 13471], (the "Lazard Fee Application"),

p. "First Interim Application Of Reed Smith LLP, Special Counsel To The Debtors And Debtors In Possession, For Allowance Of Compensation And Reimbursement Of Expenses For The Period June 1, 2010 Through November 30, 2010," dated December 14, 2010 [Docket No. 13481], (the "Reed Smith Fee Application"), and

q. "Fourth Interim Fee Statement Of PricewaterhouseCoopers LLP, Tax Advisors To The Debtors And Debtors-In-Possession, For Compensation For Services Rendered And For Reimbursement Of Expenses," dated December 14, 2010 [Docket No. 13491], (the "PricewaterhouseCoopers Fee Application"),

by causing true and correct copies of the:

a. Bingham Fee Application, McKenna Long Fee Application, Bortstein Fee Application, Jones Day Fee Application, MoMo-O Fee Application, Sutherland Fee Application, Jenner & Block Fee Application, Kleyr Grasso Fee Application, Gibson Fee Application, Windels Fee Application, MMOR Consulting Fee Application, Duff & Phelps Fee Application, Kasowitz Fee Application, Deloitte Fee Application, Lazard Fee Application, Reed Smith Fee Application, and PricewaterhouseCoopers Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

b. Bingham Fee Application , to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

c. McKenna Long Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit C,

d. Bortstein Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit D,

e. Jones Day Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit E,

f. MoMo-O Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit F,

g. Sutherland Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit G,

h.   Jenner & Block Fee Application, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit H</u>,

i.   Kleyr Grasso Fee Application, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit I</u>,

j.   Gibson Fee Application, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit J</u>,

k.   Windels Fee Application, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit K</u>,

l.   MMOR Consulting Fee Application, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit L</u>,

m.   Duff & Phelps Fee Application, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit M</u>,

n.   Kasowitz Fee Application, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit N</u>,

o.   Deloitte Fee Application, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit O</u>,

p.   Lazard Fee Application, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit P</u>,

q.   Reed Smith Fee Application, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit Q</u>,

r.   PricewaterhouseCoopers Fee Application, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit R</u>,

s.   Bingham Fee Application, McKenna Long Fee Application, Bortstein Fee Application, Jones Day Fee Application, MoMo-O Fee Application, Sutherland Fee Application, Jenner & Block Fee Application, Kleyr Grasso Fee Application, Gibson Fee Application, Windels Fee Application, MMOR Consulting Fee Application, Duff & Phelps Fee Application, Kasowitz Fee Application, Deloitte Fee Application, Lazard Fee Application, Reed Smith Fee Application, and PricewaterhouseCoopers Fee Application, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit S</u>, and

t.   Bingham Fee Application, McKenna Long Fee Application, Bortstein Fee Application, Jones Day Fee Application, MoMo-O Fee Application, Sutherland Fee Application, Jenner & Block Fee Application, Kleyr Grasso Fee Application, Gibson Fee Application, Windels Fee Application, MMOR Consulting Fee Application, Duff & Phelps Fee Application, Kasowitz Fee Application, Deloitte Fee Application, Lazard Fee Application, Reed Smith Fee Application, and PricewaterhouseCoopers Fee Application, to be copied to CD and

delivered via overnight mail to the United States Bankruptcy Court, Southern District of New York, Attn: the Honorable James M. Peck, One Bowling Green, Courtroom 601, New York, NY 10004.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Konstantina Haidopoulos

Sworn to before me this
15th day of December, 2010

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

-5-

**EXHIBIT A**

## Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com

cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com

dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com

dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com

gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@morganlewis.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com

jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com

jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john@crumbielaw.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com

keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com

lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com

MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com

peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com

robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com

shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com

timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

**Additional Email Addresses for Docket No. 13447:**

Sheri.Dillon@bingham.com
stefanie.greer@bingham.com
bmdeal@browngreer.com

# EXHIBIT C

**Additional Email Addresses for Docket No. 13449:**

aelko@mckennalong.com
bmdeal@browngreer.com

**EXHIBIT D**

**Additional Email Addresses for Docket No. 13451:**

jkabrams@gmail.com
lbortstein@blegalgroup.com
bmdeal@browngreer.com

**EXHIBIT E**

**Additional Email Addresses for Docket No. 13455:**

rsbarr@JonesDay.com
bmdeal@browngreer.com

**EXHIBIT F**

**Additional Email Addresses for Docket No. 13456:**

Tyksinski@mmn-law.gr.jp
bmdeal@browngreer.com

**EXHIBIT G**

**Additional Email Addresses for Docket No. 13461:**

Audrey.Waller@sutherland.com
bmdeal@browngreer.com

**EXHIBIT H**

**Additional Email Addresses for Docket No. 13462:**

AOlejnik@jenner.com
bmdeal@browngreer.com

# EXHIBIT I

**Additional Email Addresses for Docket No. 13464:**

jerome.burel@kckg.com
bmdeal@browngreer.com

**EXHIBIT J**

**Additional Email Addresses for Docket No. 13465:**

JGraves@gibsondunn.com
bmdeal@browngreer.com

**EXHIBIT K**

**Additional Email Addresses for Docket No. 13466:**

cdinapoli@windelsmarx.com
bmdeal@browngreer.com

**EXHIBIT L**

**Additional Email Addresses for Docket No. 13467:**

michael.morgese@lehmanholdings.com
mamorgese@msn.com
bmdeal@browngreer.com

**EXHIBIT M**

**Additional Email Addresses for Docket No. 13468:**

Joe.Leiwant@duffandphelps.com
bmdeal@browngreer.com

**EXHIBIT N**

**Additional Email Addresses for Docket No. 13469:**

MVladimirsky@kasowitz.com
bmdeal@browngreer.com

**EXHIBIT O**

**Additional Email Addresses for Docket No. 13470:**

rolyoung@deloitte.com
bmdeal@browngreer.com

**EXHIBIT P**

**Additional Email Addresses for Docket No. 13471:**

bradley.dunn@lazard.com
bmdeal@browngreer.com

**EXHIBIT Q**

**Additional Email Addresses for Docket No. 13481:**

EArundel@ReedSmith.com
AMoss@ReedSmith.com
CRosenberg@ReedSmith.com
bmdeal@browngreer.com

**EXHIBIT R**

**Additional Email Addresses for Docket No. 13491:**

andrea.clark.smith@us.pwc.com
fannie.kurniawan@us.pwc.com
shonda.m.finseth@us.pwc.com
bmdeal@browngreer.com

# EXHIBIT S

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007