**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
|                                                              :                                     |
| In re                                                        :    Chapter 11 Case No.              |
|                                                              :                                     |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                 :    08-13555 (JMP)                   |
|                                                              :    **(Jointly Administered)**       |
| Debtors.                                                     :                                     |
|                                                              :    **Ref. Docket Nos. 13120-13127,** |
|                                                              :    **13129-13131, 13133-13135, 13146,** |
|                                                              :    **13147, 13150-13154, 13398, 13399,** |
| ----------------------------------------------------------x  :    **13406, 13407, 13409-13412, 13414-** |
|                                                                   **13416, 13418, 13419, 13421-13423,** |
|                                                                   **13425, 13426, 13430–13438, 13420** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 15, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Eleni Kossivas*
                                                    Eleni Kossivas

Sworn to before me this
16th day of December, 2010
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

08-13555-mg    Doc 13611    Filed 12/22/10    Entered 12/22/10 12:42:02    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

TO:   BANC OF AMERICA SECURITIES LLC
      TRANSFEROR: MERRILL LYNCH INTERNATIONAL
      214 N TRYON STREET, NC1-027-14-01
      ATTN: MEREDITH L REYNOLDS
      CHARLOTTE NC 28255

Please note that your claim # 63124-02 in the above referenced case and in the amount of
      $134,378.02     has been transferred (unless previously expunged by court order)

      OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), LP
      TRANSFEROR: BANC OF AMERICA SECURITIES LLC
      C/O OAKTREE CAPITAL MANAGEMENT, LP
      ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
      333 SOUTH GRAND AVENUE, 28TH FLOOR
      LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 1312)     in your objection
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/15/2010                                    Vito Genna, Clerk of Court

                                                    /s/ Jenna Noble
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 15, 2010.

**EXHIBIT B**

TIME: 14:30:43
DATE: 12/15/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: MEREDITH L REYNOLDS CHARLOTTE NC 28255 |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL 211 N TRYON STREET, NC1-027-14-01 ATTN: MEREDITH L REYNOLDS CHARLOTTE NC 28255 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN, SACHS & CO. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DAVID AUGHTY JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CLARIUM L.P. C/O CLARIUM CAPITAL MANAGEMENT, LLC | 1 LETTERMAN DR STE 400 SAN FRANCISCO CA 94129-1496 |
| CLARIUM L.P. C/O CLARIUM CAPITAL MANAGEMENT, LLC | 1 LETTERMAN DR STE 400 SAN FRANCISCO CA 94129-1496 |
| CLARIUM L.P. C/O CLARIUM CAPITAL MANAGEMENT, LLC | YOSSI VERMAN & ANDREW TRAU SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P. | TRANSFEROR: CLARIUM L.P. C/O CLARIUM CAPITAL MANAGEMENT, LLC ATTN: VLADIMIR DELISAVCIC 810 SEVENTH AVE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P. | TRANSFEROR: CLARIUM L.P. C/O CLARIUM CAPITAL MANAGEMENT, LLC ATTN: VLADIMIR DELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: VALIANT PRIVATBANK AG 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIIB (PARALLEL) L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIIB, L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, LP | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIIB, LP | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES INVESTMENT FUND, L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES VIII (PARALLEL), L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB (PARALLEL), L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB (PARALLEL), LP | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, LP | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| ONE HILL SUB FUND, LTD | TRANSFEROR: SATELLITE CREDIT OPPORTUNITIES, LTD KATE SINOPOLI 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| PAC CREDIT OPPORTUNITIES FUNDS LTD | TRANSFEROR: SATELLITE CREDIT OPPORTUNITIES, LTD KATE SINOPOLI 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| SATELLITE CREDIT OPPORTUNITIES, LTD. | C/O SATELLITE ASSET MANAGEMENT, L.P. 623 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| THE VARDE FUND IX LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA D. STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.G. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.G. STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.G. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |

TIME: 10:10:49
DATE: 12/15/10

LEHMAN BROTHERS HOLDINGS INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| THE VARDE FUND LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND V-B LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND V-B, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VIII LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VIII, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER) LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VALIANT PRIVATBANK AG | P.O. BOX BERN 3001 SWITZERLAND |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BARCLAYS BANK PLC 8500 NORMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437 |

Total Number of Records Printed    47

EPIQ BANKRUPTCY SOLUTIONS, LLC