**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    **08-13555 (JMP)**
                                                   :    **(Jointly Administered)**
        Debtors.                                   :
                                                   :    Ref. Docket Nos. 13074, 13075,
                                                   :                    13278, 13316,
                                                   :                    13317, 13463,
------------------------------------------------------------------x                    13482-13484
                                                   :
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS SPECIAL FINANCING**              :    **08-13888 (JMP)**
**INC.,**                                          :    **(Jointly Administered)**
                                                   :
        Debtors.                                   :
                                                   :
------------------------------------------------------------------x    Ref. Docket Nos. 176 & 177

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 16, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
17th day of December, 2010
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfers\Transfers 13074,13075,13278,13316,13317,13463,13482-13484, (08-13888) 176 & 177_AFF_12-16-10.doc

**EXHIBIT A**

```
In re                                              |  Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |  08-13555 (JMP)
                                                   |
                                                   |  (Jointly Administered)
              Debtors.                             |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   US AGBANK, FCB
      ATTN: JIM SHANAHAN
      245 N. WACO
      WICHITA KS 67202
```

Please note that your claim # 24540 in the above referenced case and in the amount of
    $10,356,591.56    allowed at $9,370,000.00            has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: US AGBANK, FCB
      ATTN: MATTHEW WEINSTEIN
      60 WALL STREET, 3RD FLOOR
      NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13503     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/17/2010                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 17, 2010.

**EXHIBIT B**

08-13555-mg    Doc 13612    Filed 12/22/10    Entered 12/22/10 13:08:12    Main Document
Pg 5 of 6

TIME: 15:52:20
DATE: 12/16/10                                                                                                     PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ACTA ASSET MANAGEMENT ASA | TRANSFEROR: DANSKE BANK BOREHAUGEN 1 STAVANGER 4006 NORWAY |
| BANK JULIUS BAER & CO. LTD | TRANSFEROR: UBS AG LEGAL PRODUCTS & SERVICES PO BOX, BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: HORIZON II INTERNATIONAL LIMITED ATTN: DANIEL CROWLEY & JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BREVAN HOWARD MASTER FUND LIMITED | C/O BREVAN HOWARD ASSET MANAGEMENT LLP 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| CITIGROUP GOBAL MARKETS, INC. | TRANSFEROR: BANK JULIUS BAER & CO. LTD ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GOBAL MARKETS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF AMERICAS NEW YORK NY 10019 |
| CITIGROUP GOBAL MARKETS INC. | TRANSFEROR: HORIZON II INTERNATIONAL LIMITED ATTN: ADAM BENTCH AND HEAD OF STRUCTURED CREDIT 390 GREENWICH STREET, FOURTH FLOOR NEW YORK NY 10013 |
| CITIGROUP GOBAL MARKETS INC. | TRANSFEROR: HORIZON II INTERNATIONAL LIMITED ATTN: ADAM BENTCH AND HEAD OF STRUCTURES CREDIT 390 GREENWICH STREET, FOURTH FLOOR NEW YORK NY 10013 |
| DANSKE BANK | HOLMENS KANAL 2-12 COPENHAGEN K DK-1092 DENMARK |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BREVAN HOWARD MASTER FUND LIMITED ATTN: MICHAEL STEPHAN, ELLIOT GREENBERG, ROBERT RYAN 712 5TH AVENUE, 35TH FL NEW YORK NY 10019 |
| HORIZON II INTERNATIONAL LIMITED | 68 WEST BAY ROAD P.O. BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LIMITED | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, CHRISTY RIVERA, ESQS. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HORIZON II INTERNATIONAL LIMITED | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HORIZON II INTERNATIONAL LIMITED | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HORIZON II INTERNATIONAL LIMITED | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HORIZON II INTERNATIONAL LIMITED | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706 |
| HORIZON II INTERNATIONAL LIMITED | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018 |
| HORIZON II INTERNATIONAL LIMITED | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706 |
| HORIZON II INTERNATIONAL LIMITED | HSBC HOUSE 68 WEST BAY ROAD P.O. BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LIMITED | HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LIMITED | HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LIMITED | HSBC HOUSE 68 WESTE BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LIMITED | HSBC BANK USA NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706 |
| HORIZON II INTERNATIONAL LIMITED | HSBC BNAK USA NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA F. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SHUAA CAPITAL, PSC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: REGIONS BANK ATTN: CHRISTOPHER MOON 4 WORLD FINANCIAL CENTER NEW YORK NY 10080 |
| SPCP GROUP, L.L.C, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC SILVER POINT CAPITAL OFFSHORE FUND, LTD C/O SILVER POINT CAPITAL, LP/ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT RAOD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC SILVER POINT CAPITAL OFFSHORE FUND, LTD C/O SILVER POINT CAPITAL, LP/ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O STONEHILL CAPITAL MGMT, LLC/ATTN; STEVEN D NELSON 885 THIRD AVENEU, 30TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed      32

EPIQ BANKRUPTCY SOLUTIONS, LLC