BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
Michael A. Fagone, Esq.

ATTORNEYS FOR CITIBANK, N.A., IN ITS
CAPACITY AS TRUSTEE PURSUANT TO
VARIOUS TRUST AGREEMENTS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 08-13555 (JMP) |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS, INC.,** | ) | (Jointly Administered) |
| et al., | ) | |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Aubrey Cummings, being over the age of eighteen and an employee at Bernstein, Shur, Sawyer & Nelson, P.A. of Portland, Maine hereby certify that I caused the *Response of Citibank N.A., In Its Capacity as Trustee Pursuant to Various Trust Agreements, to Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims)* [Docket Entry 13565] to be filed via the Court's CM/ECF electronic filing system on December 20, 2010.

I further certify that a copy of the foregoing was served on the following dates and methods:

**VIA FEDERAL EXPRESS – DECEMBER 20, 2010**

The Chambers of the Honorable James M. Peck
1 Bowling Green, Courtroom 601
New York, NY  10004

Richard P. Krasnow, Esq.
Weil Gotshal & Manges, LLP
767 5th Ave.
New York, NY  10153

Andy Velez-Rivera, Esq.
US Trustee
33 Whitehall Street, Floor 21
New York, NY  10004

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY  10005

Sara Cave, Esq.
Hughes, Hubbard & Reed
1 Battery Park Plaza
New York, NY  10004

**VIA ELECTRONIC MAIL – DECEMBER 21, 2010**

All E-mail addresses listed on the Updated Master Service List dated December 7, 2010

**VIA FIRST CLASS MAIL – DECEMBER 21, 2010**

Internal Revenue Service
Special Procedures Branch
Attn:  District Director
290 Broadway
New York, NY  10007

Dated:  December 22, 2010        /s/ Aubrey Cummings
                                 Aubrey Cummings, Legal Assistant

BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
207-774-1200