# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | AJUFO, ANULIKA NWAMAKA<br>FLAT 7 BROADOAK HOUSE<br>MORTIMER CRESCENT<br>LONDON, NW6 5PA<br>UNITED KINGDOM | | 07/23/2009 | 5999 | $4,888.98 | No Supporting Documentation Claim |
| 2 | ALLEN, DEAN S<br>51 WILLOWMERE CIRCLE<br>RIVERSIDE, CT 06878 | | 09/16/2009 | 13338 | $1,000,000.00 | No Supporting Documentation Claim |
| 3 | ARANCID, JOHN<br>23 KENNINGTON ST<br>STATEN ISLAND, NY 10308 | | 09/22/2009 | 32278 | Undetermined | No Supporting Documentation Claim |
| 4 | ARRONSON, JANE S<br>2835 SUMMER VALLEY CT<br>CHARLOTTE, NC 28269 | | 07/21/2009 | 5830 | $151.06* | No Supporting Documentation Claim |
| 5 | BACHOFNER, HERBERT<br>15705 SW ALDERBROOK DR.<br>TIGARD, OR 97224 | | 07/17/2009 | 5521 | $42,000.00 | No Supporting Documentation Claim |
| 6 | BADIER, ARNAUD<br>8 BOULEVARD CLEMENCEAU<br>VILLENEUVE-LES-AVIGNON, 30 30400<br>FRANCE | | 07/21/2009 | 5809 | $411.00 | No Supporting Documentation Claim |
| 7 | BAGAROZZA, DERIC P.<br>9718 FT. HAMILTON PKWY<br>APT. 3G<br>BROOKLYN, NY 11209 | 08-13555 (JMP) | 07/14/2009 | 5324 | $12,353.50 | No Supporting Documentation Claim |
| 8 | BELL, CHRISTIAN J<br>87-32 86 STREET<br>WOODHAVEN, NY 11421 | | 08/19/2009 | 8735 | $7,500.00* | No Supporting Documentation Claim |
| 9 | BENVENUTO, M<br>94 PARK HILL AVENUE<br>MASSAPEQUA, NY 11758 | | 07/20/2009 | 5714 | $1,048.00* | No Supporting Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts             Page 1 of 14

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 10 | BLONKVIST, KEVIN<br>1608 STANOLIND AVE<br>MIDLAND, TX 797058651 | | 07/23/2009 | 6014 | Undetermined | No Supporting Documentation Claim |
| 11 | BRETTAR, LEO<br>1130 PARK AVENUE<br>NEW YORK, NY 10128 | | 09/22/2009 | 28441 | Undetermined | No Supporting Documentation Claim |
| 12 | BUBALO, LARA<br>5813 PENROSE AVE<br>DALLAS, TX 75204 | | 09/21/2009 | 19799 | Undetermined | No Supporting Documentation Claim |
| 13 | BULLARD, GLEN GORDON<br>1730 WEST 145TH STREET<br>#6F<br>GARDENA, CA 90247 | | 07/24/2009 | 6060 | $8,000.00 | No Supporting Documentation Claim |
| 14 | BURKHOLDER, KACI DENISE<br>3125 THOMAS AVE<br>APT D<br>DALLAS, TX 75204 | | 09/21/2009 | 19806 | Undetermined | No Supporting Documentation Claim |
| 15 | CALO, GERARDO JR.<br>3 KEITH PLACE<br>GLEN COVE, NY 11542 | | 09/15/2009 | 12787 | $70,000.00 | No Supporting Documentation Claim |
| 16 | CIOFFI-BROWN, A<br>1369 FAIRWAY DR<br>LAKE FOREST, IL 60045 | | 07/31/2009 | 6809 | Undetermined | No Supporting Documentation Claim |
| 17 | CLAUS, ERIC F<br>15 MERCER STREET-APT. 6<br>NEW YORK, NY 10013-2542 | 08-13905 (JMP) | 09/21/2009 | 25493 | Undetermined | No Supporting Documentation Claim |
| 18 | COCCOLI, VIRGINIA<br>1 FELIX LANE<br>NORWALK, CT 06850 | 08-13555 (JMP) | 09/18/2009 | 17836 | Undetermined | No Supporting Documentation Claim |
| 19 | COCHRAN, BILL<br>5040 N LA LOMITA<br>TUCSON, AZ 85718 | | 07/20/2009 | 5760 | $349.93* | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 20 | COMMUNIER-WILCOX, GWEN<br>JESSAMINE COTTAGE<br>39 ALGAR ROAD<br>OLD ISLEWORTH, MDDSX, TW7 7AG<br>UNITED KINGDOM | | 07/30/2009 | 6686 | $10,950.00 | No Supporting Documentation Claim |
| 21 | CONE, WILLIAM<br>6923 PETERS SAN FELIPE ROAD<br>SEALY, TX 77474 | | 08/03/2009 | 7097 | Undetermined | No Supporting Documentation Claim |
| 22 | CORNELL TANKERSLEY, KAREN<br>4636 BIRKSHIRE LANE<br>PLANO, TX 75024 | 08-13555 (JMP) | 09/21/2009 | 20309 | $245,599.00 | No Supporting Documentation Claim |
| 23 | COWAN, VALERIE M<br>10912 E VASSAR DRIVE<br>AURORA, CO 80014-1757 | 08-13555 (JMP) | 07/31/2009 | 7307 | $712.78 | No Supporting Documentation Claim |
| 24 | DICKEY, ROBERT<br>320 W. MERMAID LN.<br>PHILADELPHIA, PA 19118-4010 | 08-13555 (JMP) | 08/13/2009 | 8118 | Undetermined | No Supporting Documentation Claim |
| 25 | DRINKWATER, JILL<br>7 HERRIDA WAY<br>SANTA FE, NM 87508 | | 07/27/2009 | 6453 | $300.00* | No Supporting Documentation Claim |
| 26 | DUDZIK, CHESTER<br>50 CHURCH ST APT 6<br>GREENWICH, CT 06830 | | 07/22/2009 | 5893 | Undetermined | No Supporting Documentation Claim |
| 27 | ECKLUND, DONALD R<br>3314 SOUTH EMERALD AVE<br>CHICAGO, IL 60616 | | 07/21/2009 | 5842 | $128.86* | No Supporting Documentation Claim |
| 28 | EDELMAN, VICTORIA<br>41 MUSIKER AVENUE<br>RANDOLPH, NJ 07869 | | 07/20/2009 | 5610 | $106.70 | No Supporting Documentation Claim |
| 29 | ERRICKSON, MARVIN O.<br>1870 PACIFIC BEACH DR APT 3<br>SAN DIEGO, CA 92109 | | 07/20/2009 | 5650 | $1,217.04* | No Supporting Documentation Claim |

## OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 30 | ESTRIN, ALINA<br>150 WEST 19 STREET<br>BAYONNE, NJ 07002 | 09-10137 (JMP) | 09/14/2009 | 12200 | $9,000.00 | No Supporting Documentation Claim |
| 31 | EWOBARE, RUTH SODJE<br>824 MARC DRIVE<br>NORTH BRUNSWICK, NJ 08902 | | 09/22/2009 | 27561 | Undetermined | No Supporting Documentation Claim |
| 32 | FIELDS, PERLE<br>100 WILLOW PKWY<br>BUFFALO GROVE, IL 60089 | | 09/14/2009 | 12562 | $168.03* | No Supporting Documentation Claim |
| 33 | FLANEL, DARREL E<br>2043 ALAMEDA AVENUE<br>SARASOTA, FL 34234 | | 07/16/2009 | 5455 | $50,000.00 | No Supporting Documentation Claim |
| 34 | FRANKHUISEN, AUGUSTINA<br>29710 DAWNCREST CIRCLE<br>TEMECULA, CA 92591 | | 09/17/2009 | 15700 | Undetermined | No Supporting Documentation Claim |
| 35 | FUCHS, MERWIN<br>3303 PARK PLACE<br>SPRINGFIELD, NJ 07081 | | 07/20/2009 | 5720 | $213.50* | No Supporting Documentation Claim |
| 36 | GAMBOA, EDWARD P<br>125 WAINWRIGHT DR S<br>MATAWAN, NJ 07747-9726 | | 09/16/2009 | 13335 | $1,625.00* | No Supporting Documentation Claim |
| 37 | GARNER, TANYA<br>20050 APPLEDOWRE CIR<br>GERMANTOWN, MD 20876 | | 07/20/2009 | 5713 | $5,000.00 | No Supporting Documentation Claim |
| 38 | GAYNOR, THOMAS<br>318 SYLVANIA AVENUE<br>AVON BY THE SEA, NJ 07717 | | 09/18/2009 | 16325 | Undetermined | No Supporting Documentation Claim |
| 39 | GEORGIANNI, KARA<br>213-14 29TH AVENUE<br>BAYSIDE, NY 11360 | 08-13555 (JMP) | 09/17/2009 | 15590 | $36,000.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 40 | GERRISH, WAKEFIELD<br>3146 GOODING PLACE<br>THE VILLAGES, FL 32162 | | 09/17/2009 | 15707 | Undetermined | No Supporting Documentation Claim |
| 41 | GESTEN, EDWARD T<br>9849 E. TROON NORTH DR<br>SCOTTSDALE, AZ 85262 | | 07/27/2009 | 6339 | Undetermined | No Supporting Documentation Claim |
| 42 | GIGIS, GEORGE<br>754 LARKWOOD RD<br>CHARLESTON, SC 29412 | | 07/20/2009 | 5673 | $142.93* | No Supporting Documentation Claim |
| 43 | GILBERT, ADRIAN M<br>2581 EVANSVILLE AVE<br>HENDERSON, NV 89052 | | 07/16/2009 | 5468 | $174.53* | No Supporting Documentation Claim |
| 44 | GOLDMAN, RALPH<br>13916 ATLANTIC BLVD<br>JACKSONVILLE, FL 322253241 | | 08/26/2009 | 9486 | $888,000.00 | No Supporting Documentation Claim |
| 45 | GRIFFIN, JAMES<br>839 MILBURN<br>EVANSTON, IL 60201 | | 07/21/2009 | 5814 | $160.02* | No Supporting Documentation Claim |
| 46 | GUDEBSKI, EDWARD J<br>19 BROOKVIEW LANE<br>MANANLAPAN, NJ 07726 | | 07/20/2009 | 5647 | Undetermined | No Supporting Documentation Claim |
| 47 | HADLEY, EDWIN N.<br>23 TIMBER DRIVE<br>NORTH CALDWELL, NJ 07006 | | 09/22/2009 | 32004 | $4,837.55 | No Supporting Documentation Claim |
| 48 | HALLIGAN, JAMES J<br>1998 BROADWAY #1205<br>SAN FRANCISCO, CA 94109 | | 07/15/2009 | 5369 | $750,000.00 | No Supporting Documentation Claim |
| 49 | HAROUNI, JOSEPH<br>355 CRAIG AVENUE<br>STATEN ISLAND, NY 10307-1210 | | 07/30/2009 | 6676 | Undetermined | No Supporting Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 50 | HAVERSTICK, S A<br>25 MADISON TERRACE<br>SHORT HILLS, NJ 07078 | | 08/31/2009 | 9865 | $2,000,000.00 | No Supporting Documentation Claim |
| 51 | HELDMAN, JOHN E.<br>8 BELAIRE<br>LAGUNA NIGUEL, CA 92677 | | 07/17/2009 | 5561 | $30,000.00 | No Supporting Documentation Claim |
| 52 | HIRST, JULIAN C<br>89 CAMBRIDGE ST<br>LONDON SW1V 4PY,<br>UNITED KINGDOM | | 09/08/2009 | 10865 | Undetermined | No Supporting Documentation Claim |
| 53 | HOGUE, WILLIAM H<br>7743 HUNTERS RUN DRIVE<br>GERMANTOWN, TN 38138 | | 08/10/2009 | 7927 | $10,000.00 | No Supporting Documentation Claim |
| 54 | HOHENSTEIN, STACY SCHIMMEL<br>401 E 80TH ST - 31G<br>NEW YORK, NY 10075 | | 09/18/2009 | 18092 | $18,573.60 | No Supporting Documentation Claim |
| 55 | HOLLADAY, TIMOTHY F<br>6432 TOKENEAK TRAIL<br>MOBILE, AL 36695 | | 07/23/2009 | 5989 | $25,000.00 | No Supporting Documentation Claim |
| 56 | HORSMAN, DONALD<br>9520 MAINLANDS BLVD W<br>PINELLAS PARK, FL 33782 | | 07/14/2009 | 5311 | $500,000.00 | No Supporting Documentation Claim |
| 57 | HOSKING, GARY<br>132 LAWNDALE AVENUE<br>WILMETTE, IL 60091 | | 07/27/2009 | 6438 | Undetermined | No Supporting Documentation Claim |
| 58 | JOHNSON, AUBREY R<br>4485 HIGHGROVE POINTE NE<br>ATLANTA, GA 30319 | | 07/24/2009 | 6125 | Undetermined | No Supporting Documentation Claim |
| 59 | JOHNSON, MARGARET<br>165 EAST 71 STREET<br>NEW YORK, NY 10021 | | 08/13/2009 | 8182 | $2,991.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

|    | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|----|------|-------------|-----------|---------|---------------------|----------------------------------|
| 60 | KALLEN, JOEL<br>11801 ROCKVILLE PIKE<br>#410<br>ROCKVILLE, MD 20852 |  | 07/22/2009 | 5928 | $422.58* | No Supporting Documentation Claim |
| 61 | KAMPFE, DAVID<br>320 EAST 9TH STREET<br>APARTMENT 403<br>NEW YORK, NY 10003 | 08-13555<br>(JMP) | 09/16/2009 | 13359 | $8,615.00 | No Supporting Documentation Claim |
| 62 | KATZKI, STEVEN<br>4514 DRUMMOND AVENUE<br>CHEVY CHASE, MD 20815-5435 |  | 07/15/2009 | 5381 | Undetermined | No Supporting Documentation Claim |
| 63 | KETTERER, GWYNETH M<br>652 HUDSON ST<br>APT 3S<br>NEW YORK, NY 10014-1629 |  | 07/27/2009 | 7303 | Undetermined | No Supporting Documentation Claim |
| 64 | KHATIBLOO, SHOURA<br>155 MONTARA ROAD<br>ALISO VIEJO, CA 92656 |  | 08/20/2009 | 8761 | $15,000.00 | No Supporting Documentation Claim |
| 65 | KONINGSBERG, NEIL B.<br>90 LAW QUEBRADAS LANE<br>ALAMO, CA 94507 | 08-13555<br>(JMP) | 09/22/2009 | 31933 | $65,000.00 | No Supporting Documentation Claim |
| 66 | KORTLANDER, FREDERICK<br>850 NORTH DEWITT PLACE<br>APT 14K<br>CHICAGO, IL 60611-7320 | 08-13555<br>(JMP) | 08/06/2009 | 7521 | $6,765.20* | No Supporting Documentation Claim |
| 67 | LAM, DICK<br>2099 LAKE STREET<br>SAN FRANCISCO, CA 94121 |  | 07/29/2009 | 6629 | Undetermined | No Supporting Documentation Claim |
| 68 | LEE, JOSEPH STEVEN JR.<br>4541 CHERRY FOREST CIRCLE<br>LOUISVILLE, KY 40245 |  | 09/17/2009 | 15421 | $6,200.00 | No Supporting Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

|   | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 69 | LEGGETT, WILLIAM D<br>3251 TEMPLETON GAP ROAD<br>COLORADO SPRINGS, CO 80907 | | 08/10/2009 | 7813 | $500.00* | No Supporting Documentation Claim |
| 70 | LEGROS, H-LEIGHTON<br>P O BOX 7896<br>HORSE SHOE BAY, TX 78657 | | 08/13/2009 | 8233 | $624.00 | No Supporting Documentation Claim |
| 71 | LENIHAN, WILLIAM<br>1217 GEORGINA AVENUE<br>SANTA MONICA, CA 90402 | | 08/26/2009 | 9422 | $800,000.00 | No Supporting Documentation Claim |
| 72 | LEVEY, ROBERT<br>55 W 95TH STREET #75<br>NEW YORK, NY 10025 | | 07/27/2009 | 6255 | Undetermined | No Supporting Documentation Claim |
| 73 | LEVY, ALAN<br>32 PEARSALL AVE APT 1B<br>GLEN COVE, NY 11542 | | 07/14/2009 | 5314 | $592.12* | No Supporting Documentation Claim |
| 74 | LEVY, MICHAEL J<br>666 W END AVE #7S<br>NEW YORK, NY 10025-7357 | | 08/28/2009 | 9678 | $50,000.00 | No Supporting Documentation Claim |
| 75 | LINZMEIER, RALPH B.<br>5 SAWGRASS<br>COTO DE CAZA, CA 92679 | | 07/27/2009 | 6251 | $60,000.00 | No Supporting Documentation Claim |
| 76 | LYNCH, JOHN J<br>815 NORTH WASHINGTON AVENUE<br>DUNELLEN, NJ 08812 | | 07/17/2009 | 5548 | $2,500.00 | No Supporting Documentation Claim |
| 77 | MAGO, AASHA<br>5407 CARRIAGEWAY LN.<br>RICHMOND, VA 23234 | | 07/27/2009 | 6220 | $10,000.00 | No Supporting Documentation Claim |
| 78 | MAILLIE, PATRICIA J<br>132 N. MERRILL<br>PARK RIDGE, IL 60068 | | 09/08/2009 | 10859 | $30.00* | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 79 | MANEY, KATHRYN C<br>PO BOX 2194<br>CAROLINA BEACH, NC 28428-2194 | | 09/04/2009 | 10447 | $720,000.00 | No Supporting Documentation Claim |
| 80 | MANOR, JAMES DOUGLAS<br>1600 ABRAMS RD #19<br>DALLAS, TX 75214 | | 09/21/2009 | 19805 | Undetermined | No Supporting Documentation Claim |
| 81 | MAREK, HARVEY<br>83 SCISM ROAD<br>TIVOLI, NY 12583 | | 07/16/2009 | 5472 | Undetermined | No Supporting Documentation Claim |
| 82 | MARTEL, DONNA<br>994 SAN CARLOS CT NE<br>SAINT PETERSBURG, FL 33702 | | 09/21/2009 | 24181 | Undetermined | No Supporting Documentation Claim |
| 83 | MCDONALD, DELORES<br>7204 FAIRWAY LANE<br>PARKER, CO 80134 | | 07/17/2009 | 5530 | Undetermined | No Supporting Documentation Claim |
| 84 | MCNEIL, MICHAEL L<br>2000 N.W. PUTNAM ROAD<br>BEND, OR 97701 | | 07/17/2009 | 5524 | Undetermined | No Supporting Documentation Claim |
| 85 | MESZAROS, LISA M<br>22 THUNDER TRL<br>IRVINE, CA 92614-7419 | | 08/25/2009 | 9390 | $6,000.00 | No Supporting Documentation Claim |
| 86 | MILLER, BLAKE<br>32 THE TERRACE<br>KATONAH, NY 10536 | | 09/18/2009 | 17342 | Undetermined | No Supporting Documentation Claim |
| 87 | MORAN, VINCENT<br>6340 WINGED FOOT DRIVE<br>STUART, FL 34997 | | 09/16/2009 | 13418 | $45,000.00 | No Supporting Documentation Claim |
| 88 | MOREAU, AMY C.<br>30902 CLUBHOUSE DR<br>UNIT 1J<br>LAGUNA NIGUEL, CA 92677-2378 | | 09/08/2009 | 10836 | $25,595.93 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 89 | NADAS, JOHN<br>15390 BRAUN CT<br>MOORPARK, CA 93021 | | 08/07/2009 | 7683 | $40,301.00 | No Supporting Documentation Claim |
| 90 | NADELLA, MAHIDHAR<br>KENCES BRINDAVAN, 6TH BLOCK, 3D<br>142 EVR LANE<br>KILPAUK<br>CHENNAI, 600 010<br>INDIA | 08-13555 (JMP) | 09/22/2009 | 31752 | $3,144.00 | No Supporting Documentation Claim |
| 91 | NAPOLITANO, ANTHONY<br>10 LYMAN RD<br>FRAMINGHAM, MA 01701 | | 07/27/2009 | 6471 | Undetermined | No Supporting Documentation Claim |
| 92 | NATHAN, CHARLES<br>40174 VIA MARISA<br>MURRIETA, CA 92562 | | 07/17/2009 | 5525 | $288.15* | No Supporting Documentation Claim |
| 93 | NEWLANDS, MARY<br>8 CANTERBURY WAY<br>CAPE ELIZABETH, ME 04107 | | 09/21/2009 | 25111 | Undetermined | No Supporting Documentation Claim |
| 94 | NEWMAN, JAY H<br>24 WEST 10 ST.<br>NEW YORK, NY 10011 | | 07/14/2009 | 5322 | Undetermined | No Supporting Documentation Claim |
| 95 | NORTON, ROBERT<br>10 RACHEL CT<br>BASKING RIDGE, NJ 07920 | | 08/19/2009 | 8740 | $1,100.00* | No Supporting Documentation Claim |
| 96 | O'BRIEN, MAURICE PATRICK<br>42 TANEY ROAD<br>GOATSTOWN<br>DUBLIN 14<br>DUBLIN, DUBLIN, 14<br>IRELAND | 08-13555 (JMP) | 09/10/2009 | 11272 | $3,475.00 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 97 | OLESZKOWICZ, MARTIN L<br>7084 TREELINE DRIVE<br>WEST BLOOMFIELD, MI 48322 | | 09/21/2009 | 24685 | Undetermined | No Supporting Documentation Claim |
| 98 | OLIVER, KIRK R<br>4631 VALLEY RIDGE ROAD<br>DALLAS, TX 75220 | | 07/30/2009 | 6731 | $1,200,000.00 | No Supporting Documentation Claim |
| 99 | PARK, DALE SAMUEL<br>17 FALCON WAY<br>WASHINGTON, NJ 07882 | 08-13555<br>(JMP) | 07/15/2009 | 5394 | $50,000.00 | No Supporting Documentation Claim |
| 100 | PELLIGRINO, EILEEN<br>13 STONEYBROOK ROAD<br>HOLMDEL, NJ 07733 | | 09/22/2009 | 28444 | Undetermined | No Supporting Documentation Claim |
| 101 | PERROTTA, ANTHONY<br>10339 SCOTLAND AVE<br>FORT MILL, SC 29707 | 09-10137<br>(JMP) | 08/07/2009 | 7698 | $9,875.00 | No Supporting Documentation Claim |
| 102 | PHILLIPS, YOAN<br>154 BD BERTHIER<br>PARIS, 75017<br>FRANCE | | 09/14/2009 | 12355 | $10,000.00 | No Supporting Documentation Claim |
| 103 | PLATEK, RICHARD<br>333 GRAND CENTRAL AVENUE<br>AMITYVILLE, NY 11701 | | 09/04/2009 | 10334 | $80,000.00 | No Supporting Documentation Claim |
| 104 | PORTNY, DAVID S.<br>24 SYLVAN LANE<br>OLD GREENWICH, CT 06870 | 08-13555<br>(JMP) | 09/22/2009 | 31658 | $10,950.00* | No Supporting Documentation Claim |
| 105 | PRAETZEL, ROBERT C<br>5717 WATTSBURG RD<br>ERIE, PA 16509 | | 07/15/2009 | 5378 | Undetermined | No Supporting Documentation Claim |
| 106 | PRICHARD, WILLIAM<br>206 PORSPECT TERRACE<br>DAVENPORT, IA 52803-3943 | | 07/20/2009 | 5676 | $84.50* | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 107 | RAMIREZ, CARISSA D<br>100 W 26TH ST APT 6E<br>NEW YORK, NY 100016893 | | 07/16/2009 | 5490 | $1,424.50 | No Supporting Documentation Claim |
| 108 | RUSHING, KELLY A<br>2428 GRAMERCY<br>HOUSTON, TX 77030 | | 08/07/2009 | 7725 | $855.26* | No Supporting Documentation Claim |
| 109 | SAALWACHTER, FREDERIC L<br>4013 PIPING ROCK LANE<br>HOUSTON, TX 77027 | | 08/03/2009 | 7187 | Undetermined | No Supporting Documentation Claim |
| 110 | SCHICICMO, GEOFFREY<br>844 WEST WISCONSIN STREET<br>CHICAGO, IL 60614 | 08-13555<br>(JMP) | 09/16/2009 | 13880 | $200,000.00 | No Supporting Documentation Claim |
| 111 | SCHRAMM, GRACY C<br>311 52ND ST SW<br>ALBUQUERQUE, NM 87105 | | 07/20/2009 | 5690 | $153.70* | No Supporting Documentation Claim |
| 112 | SCOTT, PETRA<br>66 EAST PARK ST<br>EAST ORANGE, NJ 07017 | | 09/22/2009 | 32277 | Undetermined | No Supporting Documentation Claim |
| 113 | SESSIONS, DONALD<br>1476 ROXBURY ROAD<br>SALT LAKE CITY, UT 84108 | | 08/04/2009 | 7352 | $595.00* | No Supporting Documentation Claim |
| 114 | SHINDER, RICHARD J<br>21 S END AVE APT 340<br>NEW YORK, NY 10280-1061 | 08-13555<br>(JMP) | 09/16/2009 | 13158 | $100,000.00* | No Supporting Documentation Claim |
| 115 | SIDERI, EDWARD<br>7206 19TH AVE<br>BROOKLYN, NY 11204 | | 08/04/2009 | 7357 | $60,000.00 | No Supporting Documentation Claim |
| 116 | SPANGLER, RODNEY<br>6240 NORTH PLACITA DE ROJELIO<br>TUSCON, AZ 85718 | | 08/14/2009 | 8276 | Undetermined | No Supporting Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 117 | STUART, EDGAR<br>215 DEER PARK DRIVE<br>NASHVILLE, TN 37205 | 08-13555 (JMP) | 07/24/2009 | 6115 | Undetermined | No Supporting Documentation Claim |
| 118 | SWEETNAM, RICHARD<br>102 WEST 85TH STREET<br>NEW YORK, NY 10024 | | 09/22/2009 | 28436 | Undetermined | No Supporting Documentation Claim |
| 119 | SYKES, MARY<br>652 HUDSON STREET<br>APT. 35<br>NEW YORK, NY 10014-1619 | | 07/27/2009 | 7302 | Undetermined | No Supporting Documentation Claim |
| 120 | TAFT, WILLIAM J<br>175 EAST 62ND STREET<br>APT 8D<br>NEW YORK, NY 10065 | | 09/21/2009 | 25581 | Undetermined | No Supporting Documentation Claim |
| 121 | TIBBETTS, WESLEY R.<br>2217 ZVAN STREET #1121<br>DALLAS, TX 75201 | | 09/21/2009 | 19798 | Undetermined | No Supporting Documentation Claim |
| 122 | TOTH, JOHN<br>10 OBERT COURT<br>E. BRUNSWICK, NJ 08816-3581 | | 08/06/2009 | 7515 | $597,954.94* | No Supporting Documentation Claim |
| 123 | TRIPLETT, DUANE E<br>7843 EAST MEDINA<br>MESA, AZ 85208 | | 08/03/2009 | 7183 | $1,404.00 | No Supporting Documentation Claim |
| 124 | ULURMBRAND, ELLEN<br>55 MONROE BLVD, APT. 3A<br>LONG BEACH, NY 11561 | | 09/21/2009 | 23833 | $2,278.26 | No Supporting Documentation Claim |
| 125 | ULURMBRAND, ELLEN<br>55 MONROE BLVD, APT. 3A<br>LONG BEACH, NY 11561 | | 09/21/2009 | 23834 | $5,000.00 | No Supporting Documentation Claim |
| 126 | UNGAR, BRUCE<br>149 OXFORD BLVD.<br>GARDEN CITY, NY 11530 | | 09/22/2009 | 32536 | Undetermined | No Supporting Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 64: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 127 | VAN INWEGEN, CORNELIUS<br>8550 W. BROOKVIEW DR<br>BOISE, ID 83709 | | 07/20/2009 | 5596 | $17,541.00 | No Supporting Documentation Claim |
| 128 | WARFIELD JR, T J<br>11421 SE 67TH PL<br>BELLEVUE, WA 98006 | | 08/28/2009 | 9677 | Undetermined | No Supporting Documentation Claim |
| 129 | WEINSTEIN, BERNARD<br>26 REYNOLDS LANE<br>KATONAH, NY 10536 | | 08/05/2009 | 7440 | $46,988.00* | No Supporting Documentation Claim |
| 130 | ZIMMERMAN, KAREN<br>1444 FLAGLER DRIVE<br>MAMARONECK, NY 10543 | | 08/03/2009 | 7266 | Undetermined | No Supporting Documentation Claim |
| | | | | TOTAL | $10,003,860.15 | |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | FRENCH-DAVIS, CAROLYN O<br>203 WATERSIDE DRIVE<br>LAFAYETTE, LA 70503 | | 08/03/2009 | 7276 | $27,000.00 | No Supporting Documentation Claim |
| 2 | KETCHAM, THOMAS G. (IRA)<br>JOHN F. KETCHAM TRUST<br>13608 AVISTA DR.<br>TAMPA, FL 33624 | | 08/11/2009 | 8021 | $17,505.00 | No Supporting Documentation Claim |
| 3 | KLONSKY, DANIEL S.<br>34 FLAMINGO ROAD<br>ROSLYN, NY 11576 | 08-13555 (JMP) | 09/21/2009 | 23913 | $384,000.00 | No Supporting Documentation Claim |
| 4 | KONEHEIM, SETH L.<br>10 LYNDALE PARK<br>WESTPORT, CT 069801228 | | 09/18/2009 | 17411 | $70,000.00 | No Supporting Documentation Claim |
| 5 | KUYKENDALL, CHARLES L<br>6573 EAGLE RIDGE DRIVE<br>BETTENDORF, IA 52722 | | 07/16/2009 | 5487 | $696,547.90 | No Supporting Documentation Claim |
| 6 | LOFTUS, BRIAN J<br>2635 VISTA ORNADA<br>NEWPORT BEACH, CA 92660 | | 07/17/2009 | 5540 | $415.41 | No Supporting Documentation Claim |
| 7 | MCCARTHY,ROBERT E.<br>6 OREGON AVE<br>HAZLET, NJ 07730 | 08-13555 (JMP) | 09/04/2009 | 10413 | $208,000.00 | No Supporting Documentation Claim |
| 8 | MCCLAIN, LISA<br>800 WEST END AVENUE<br>NEW YORK, NY 10025-5467 | | 08/03/2009 | 7160 | $82,189.93 | No Supporting Documentation Claim |
| 9 | MULLEN, ELEANOR<br>95 FRANCES AVENUE<br>SHARON HILL, PA 19079 | | 07/20/2009 | 5628 | $168.84* | No Supporting Documentation Claim |
| 10 | PHILLIPS, DORIS M<br>374 HAMILTON ROAD<br>RIDGEWOOD, NJ 07450 | | 09/22/2009 | 31702 | Undetermined | No Supporting Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 64: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

|    | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 11 | ROGERS, STEPHEN A.<br>9 CLIFTON COURT<br>PIKESVILLE, MD 21208 | 08-13555 (JMP) | 09/02/2009 | 10109 | $16,394.12 | No Supporting Documentation Claim |
| 12 | SHERMAN, JOHN P.<br>95 EVERGREEN AVENUE<br>RYE, NY 10580 | | 09/22/2009 | 32033 | $1,310.00 | No Supporting Documentation Claim |
| | | | | TOTAL | $1,503,531.20 | |

# EXHIBIT 3

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 64: EXHIBIT 3 – NO SUPPORTING DOCUMENTATION CLAIMS – ADJOURNED OBJECTIONS

|   | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | PORTER, DUWARN V<br>22897 EAST WIND DR.<br>RITCHTON, IL 60471 |  | 07/16/2009 | 5458 | $19,188.00 | No Supporting Documentation Claim |
|   |   |   |   | **TOTAL** | **$19,188.00** |   |

\* - Indicates claim contains unliquidated and/or undetermined amounts