# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | FRENCH-DAVIS, CAROLYN O<br>203 WATERSIDE DRIVE<br>LAFAYETTE, LA 70503 | | 08/03/2009 | 7276 | $27,000.00 | No Supporting Documentation Claim |
| 2 | KETCHAM, THOMAS G. (IRA)<br>JOHN F. KETCHAM TRUST<br>13608 AVISTA DR.<br>TAMPA, FL 33624 | | 08/11/2009 | 8021 | $17,505.00 | No Supporting Documentation Claim |
| 3 | KLONSKY, DANIEL S.<br>34 FLAMINGO ROAD<br>ROSLYN, NY 11576 | 08-13555 (JMP) | 09/21/2009 | 23913 | $384,000.00 | No Supporting Documentation Claim |
| 4 | KONEHEIM, SETH L.<br>10 LYNDALE PARK<br>WESTPORT, CT 069801228 | | 09/18/2009 | 17411 | $70,000.00 | No Supporting Documentation Claim |
| 5 | KUYKENDALL, CHARLES L<br>6573 EAGLE RIDGE DRIVE<br>BETTENDORF, IA 52722 | | 07/16/2009 | 5487 | $696,547.90 | No Supporting Documentation Claim |
| 6 | LOFTUS, BRIAN J<br>2635 VISTA ORNADA<br>NEWPORT BEACH, CA 92660 | | 07/17/2009 | 5540 | $415.41 | No Supporting Documentation Claim |
| 7 | MCCARTHY,ROBERT E.<br>6 OREGON AVE<br>HAZLET, NJ 07730 | 08-13555 (JMP) | 09/04/2009 | 10413 | $208,000.00 | No Supporting Documentation Claim |
| 8 | MCCLAIN, LISA<br>800 WEST END AVENUE<br>NEW YORK, NY 10025-5467 | | 08/03/2009 | 7160 | $82,189.93 | No Supporting Documentation Claim |
| 9 | MULLEN, ELEANOR<br>95 FRANCES AVENUE<br>SHARON HILL, PA 19079 | | 07/20/2009 | 5628 | $168.84* | No Supporting Documentation Claim |
| 10 | PHILLIPS, DORIS M<br>374 HAMILTON ROAD<br>RIDGEWOOD, NJ 07450 | | 09/22/2009 | 31702 | Undetermined | No Supporting Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 64: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

|    | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|----|------|-------------|------------|---------|---------------------|----------------------------------|
| 11 | ROGERS, STEPHEN A.<br>9 CLIFTON COURT<br>PIKESVILLE, MD 21208 | 08-13555 (JMP) | 09/02/2009 | 10109 | $16,394.12 | No Supporting Documentation Claim |
| 12 | SHERMAN, JOHN P.<br>95 EVERGREEN AVENUE<br>RYE, NY 10580 | | 09/22/2009 | 32033 | $1,310.00 | No Supporting Documentation Claim |
|    |      |             |            | TOTAL   | $1,503,531.20       |                                  |