# EXHIBIT 3

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 64: EXHIBIT 3 – NO SUPPORTING DOCUMENTATION CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | PORTER, DUWARN V<br>22897 EAST WIND DR.<br>RITCHTON, IL 60471 | | 07/16/2009 | 5458 | $19,188.00 | No Supporting Documentation Claim |
| | | | | TOTAL | $19,188.00 | |