Seth L. Konheim
10 Lyndale Park
Westport, CT 06880

Chambers of the Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

Attorney of the Debtors
Attn: Shai Waisman, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee for the Southern district of New York
Attn: Andy Velez-Rivera, Esq, Paul Schwartzberg, Ewq, Brian Masumoto, Esq, Linda Rifkin, Esq and Tracy Hope Davis, Esq
21st Floor
22 Whitehall Street
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq, Dennis O"Donnell, Esq and Evan Fleck, Esq
1 chase Manhattan Plaza
Nw York, New York  10005



December 3, 2010

Bankruptcy Court: United States Bankruptcy court Sothern Disttrict of New York
Debtor: Lehman Brothers Holdings Inc., et al., Debtors
Case No.: Chapter 11 Case No 08-13555 (JMP) (Jointly Administered)
Claimant Name: Seth L Konheim  10 Lyndale Park Westport CT  06980-1228
Notice of Hearing: Debtors Sixty-Fourth Omnibus Objection to Claims (No supporting Documentation Claims)

Dear Sirs/Madams,

I DO oppose the disallowance, expungement, reduction or reclassification of my claim as noted in the Debtors Sixty-Fourth Omnibus Objection to Claims (No supporting Documentation Claims)  Claim Number 17411 filed 9/18/09.

This claim should not be disallowed, expunged, reduced or reclassified because **I am now providing documentation supporting the basis for my claim.**

The basis for the claim is Lehman Brothers paid employees on a total compensation basis. In this regard, I was not paid the accrued portion of my allocated bonus. Bonus was accrued in the books and records of the firm, but was not distributed. My claim is for this accrued bonus. The amount claimed is for the "Accrued Bonus" portion of my "Total Compensation".

In that regard, attached please find the following supporting documention:

I) Compensation History for 2006 and 2007.

II) "Terms and Condition of Employment for Lehman Brothers" as set forth on Lehman.com the Debtor's web site which notes the following:

The "Terms and Conditions of Employment" documentation note the following:

> "Lehman Brothers is committed to attracting and retaining the best talent. To this end, the Firm pays employees on a **"total compensation" basis**. This means that the Firm's pay practices are designed to acknowledge contributions on an aggregate basis. Total compensation includes basic salary and other elements of fixed pay, and gross bonus, including conditional equity awards granted through the Lehman Brothers Equity Award Program and/or other Firm-sponsored programs. Salaries and bonuses are reviewed on an annual basis to ensure consistency within the Firm and with our competitors.
>
> Your basic salary and entitlement to any other payments or awards are as stated in your offer letter. All compensation will be payable in accordance with the relevant statutes of state and central authorities."

The Compensation History for 2006 and 2007 documents the basis for my calculation. The calculation is based on a bonus payout of 100,000 USD for the year 2008 accrued 266 days.

In addition I am including the copy of the Omnibus objection served.

Regards,

*Seth Konheim* (signature)

Seth L. Konheim

New Window | Help | Customize Page

**Summary** | Calculations | Balances | Transfers

| Konheim, Seth L. | | ID: 10014394 | Region: Americas | Unit: OPS |
| Hire Dt: 07/17/1995 Term Dt: | | DeptID: 60754 Gvrnmt Mid Office Prop Trading | | Prod Grp: |

Find | View All    First 2 of 13 Last

| Year | Salary | Stock Ind | Paid By | Quote Curr | Paid Total Comp |
|------|--------|-----------|---------|------------|-----------------|
| 2007 | B | VP | DOM | USD | 209,999.98 USD |

**TC or Bonus Entry**
Amount type:    Currency Code:    Total Comp or Bonus:

**Quote Currency Summary**
Annual Base: 130,000.00 USD
Paid Base: 129,999.98 USD
Commissions:
Bonus: 80,000.00 USD
Other Comp:
OT/Shift:
TC Paid Base: 209,999.98 USD
TC Annual Base: 210,000.00 USD

**USD Summary**
Annual Base: 130,000.00
Paid Base: 129,999.98
Commissions:
Bonus: 80,000.00
Other Comp:
OT/Shift:
TC Paid Base: 209,999.98
TC Annual Base: 210,000.00

Supplmnt Pmnt:
Supplmnt In:

**Taxable Gross (USD)**
Bonus Before Xfers: 80,000.00
Departmentals In:
Journals In:
Departmentals Out:
Journals Out:
Supplemental Pymnt:
Supplemental In:
Supplemental Out:
Advances: (          )
RSU/CSA Awards: ( 10,350.00 )
Stock Options: (          )
Payroll Deductions: (          )
Taxable Gross: 69,650.00

Save | Return to Search | Notify | Previous tab | Next tab

Summary | Calculations | Balances | Transfers

New Window | Help | Customize Page

| Summary | Calculations | Balances | Transfers |

Konheim, Seth L.      ID: 10014394      Region: Americas      Unit: OPS
Hire Dt: 07/17/1995  Term Dt:      DeptID: 60754  Gvrnmt Mid Office Prop Trading      Prod Grp:

Find | View All      First ◄ 3 of 13 ► Last

| Year | Salary | Stock Ind | Paid By | Quote Curr | Paid Total Comp |
|------|--------|-----------|---------|------------|-----------------|
| 2006 | B      | VP        | DOM     | USD        | 209,999.90  USD |

**TC or Bonus Entry**
Amount type:       Currency Code:       Total Comp or Bonus:

| Quote Currency Summary | | | USD Summary | | Taxable Gross (USD) | |
|---|---|---|---|---|---|---|
| Annual Base: | 120,000.00 | USD | Annual Base: | 120,000.00 | Bonus Before Xfers: | 90,000.00 |
| Paid Base: | 119,999.90 | USD | Paid Base: | 119,999.90 | Departmentals In: | |
| Commissions: | | | Commissions: | | Journals In: | |
| Bonus: | 90,000.00 | USD | Bonus: | 90,000.00 | Departmentals Out: | |
| Other Comp: | | | Other Comp: | | Journals Out: | |
| OT/Shift: | | | OT/Shift: | | Supplemental Pymnt: | |
| TC Paid Base: | 209,999.90 | USD | TC Paid Base: | 209,999.90 | Supplemental In: | |
| TC Annual Base: | 210,000.00 | USD | TC Annual Base: | 210,000.00 | Supplemental Out: | |
| | | | | | Advances: | ( ) |
| | | | | | RSU/CSA Awards: | ( 10,349.99 ) |
| | | | Supplmnt Pmnt: | | Stock Options: | ( ) |
| | | | Supplmnt In: | | Payroll Deductions: | ( ) |
| | | | | | Taxable Gross: | 79,650.01 |

Save | Return to Search | Notify | Previous tab | Next tab

Summary | Calculations | Balances | Transfers

Welcome Note
About the Guide
Keyword List
Terms and Conditions
Behaviour at Work
Compliance
Technology
Security
Health
Wellness
Leave
Housing
Insurance & Retirals
Tax
Career Development
Learning
Awards
Culture

Life @ Lehman    Benefits    Life Balance    Finances    Learning and Development    Mobility    Workplace

# Terms and Conditions of Employment

Basic Terms & Conditions    Equal Employment Opportunity    Sexual Harassment    Relationships at Work

## Applicable Terms and Conditions

- Hours of Work
- Compensation
- Notice Periods

Quick Links    Ceejay House
- Guide to Working at Lehman Brothers
- Guide to Employee Services
- India Holidays - Ceejay House
- Income Tax Exemption Forms - 2007-08
- Life @ Lehman FAQ

Print Versions
- The Guide to Working at Lehman Brothers - Ceejay House
- The Guide to Employee Services - Ceejay House

### Hours of Work

The regular scheduled work week is Monday to Friday. Normally, a work week is 45 hours excluding authorized time off.

Due to the nature of the Firm's business, your manager and you may need to change your hours and days of work and you are expected to work such additional/ altered hours as necessary to meet business requirements and to fulfil the duties and responsibilities of your role.

### Compensation

Lehman Brothers is committed to attracting and retaining the best talent. To this end, the Firm pays employees on a "total compensation" basis. This means that the Firm's pay practices are designed to acknowledge contributions on an aggregate basis. Total compensation includes basic salary and other elements of fixed pay, and gross bonus, including conditional equity awards granted through the Lehman Brothers Equity Award Program and/or other Firm-sponsored programs. Salaries and bonuses are reviewed on an annual basis to ensure consistency within the Firm and with our competitors.

Your basic salary and entitlement to any other payments or awards are as stated in your offer letter. All compensation will be payable in accordance with the relevant statutes of state and central authorities.

#### Deductions from Pay

The Firm will be entitled to make deductions from any remuneration accrued and due to an employee under the offer letter, or from any other sums due to the employee from the Firm. Such deductions could be including, but not restricted to, those due as a result of

- an overpayment of remuneration,
- expenses incurred by the Firm on the employee,
- Other payment in excess of contractual entitlement (whether or not actually paid during the continuance of employment or from any pay in lieu of notice), as stated below.
- Non-return/ damage of any assets (including a corporate credit card) allocated to the employee during the course of employment.

Ceejay House HR Team
For questions regarding HR policies, procedures and employee benefits, you may contact your generalists.
- Head HR - Ceejay House
- Capital Markets
- IBD & IMD
- Corporate
- HR Coordinator

### Notice Periods

Lehman Brothers believes that the Firm, our employees, and our clients all benefit from the advance notice of an employee's separation from the Firm. Advance notice allows for the smooth transition of job responsibilities and of client and other business relationships.

If you resign your position at the Firm, you are required to provide a written notice of resignation, to be submitted to your manager and Human Resources staff at the most 60 calendar days prior to the day on which you would like your resignation to be effective (as per your notice period) or a payment in lieu of notice period as applicable. This notice period will apply unless you are required to provide a longer period of notice under any applicable policy or agreement with the Firm.

If you are asked to leave by the Firm, the Firm will provide you a notice as per your notice period, prior to your separation date, or a payment in lieu of notice period as applicable, unless your termination by the Firm is with "cause".

For resignation from service, the period of notice that employees are required to provide to the Firm is:

| | |
|---|---|
| VP and above | 60 days |
| Below VP | 30 days |

Violations of this policy may result in disciplinary action up to and including the involuntary termination of your employment, without notice pay, and may affect your eligibility to receive any outstanding equity awards, whether vested or unvested.

You may be required to serve the notice period in active service or as garden leave (fully paid cool-off from work and exclusion from Firm premises). During this period you must neither divulge/ make accessible any Firm or client-related information to any party outside the Firm nor solicit away from the Firm any clients. For more details regarding confidential information, exclusivity, termination and payments in lieu of notice periods, please contact HR.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                              Debtors.                         :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

LBH OMNI64 11-03-2010 (MERGE2,TXNUM2) 4000064202 MAIL ID *** 000037055433 *** BSIUSE: 12

KONEHEIM, SETH L.
10 LYNDALE PARK
WESTPORT, CT 06980-1228

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>KONEHEIM, SETH L.<br>10 LYNDALE PARK<br>WESTPORT, CT 069801228 | Claim Number: | 17411 |
| | Date Filed: | 9/18/2009 |
| | Debtor: | No Case |
| | Classification and Amount: | **PRIORITY: $ 10,950.00**<br>**UNSECURED: $ 59,050.00**<br>**TOTAL: $ 70,000.00** |

PLEASE TAKE NOTICE that, on November 3, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on December 6, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.