Robert E. McCarthy,
6 Oregon Ave
Hazlet, NJ 07730

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | : 08-13555 (JMP) |
| Debtors. | : (Jointly Administered) |

————————————————————————x

### RESPONSE OF ROBERT E. MCCARTHY TO DEBTORS'
### SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIM NUMBER 10413

Robert E. McCarthy, the claimant (the "Claimant" or "I") hereby OPPOSE the disallowance, expungement, reduction or reclassification of my claim originally filed on September 4, 2009 based on several factors set forth below.

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>MCCARTHY, ROBERT E.<br>6 OREGON AVE<br>HAZLET, NJ 07730 | Claim Number: 10413<br><br>Date Filed: September 4, 2009<br><br>Debtor: 08-13555<br><br>Classification and Amount: UNSECURED: $208,000.00 |

My claim is for pension funds care for service time with Lehman Brothers calculated based on a review of my 2009 Income Tax Returns, illustrating an annual salary of $4,975.00. Further, based on quarterly statements from Aetna Billing, the cost of individual contributions were added. Lastly, annual out-of-pocket costs for prescriptions, medical services and premiums was estimated at $5,000.00. These totals were then combined with the estimated life expectancy of twenty years of the beneficiary to arrive at a total of $208,000.

RECEIVED
DEC - 7 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

It is for these reasons explained above that I hereby OPPOSE the disallowance, expungement, reduction or reclassification of my claim originally filed. I had an expectation of pension care for service time with Lehman Brothers and based my year to year living expenses on those promises made to me.

Respectfully submitted,

*Robert E. McCarthy* (signature)
Robert E. McCarthy

**Correspondence**

Robert E. McCarthy
6 Oregon Ave
Hazlet, NJ  07730
Phone:  (732) 264-8946
E-Mail:  Hanley38@verizon.net

| CORRECTED (if checked) | | | | |
|---|---|---|---|---|
| PAYER'S Federal identification number 04-3275867 | RECIPIENT'S identification number 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 | 1 Gross distribution $4,976.73 | OMB No. 1545-0119 **2009** Form 1099-R | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| PAYER'S name, street address, city, state, and ZIP code FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO 397 WILLIAMS STREET MC1W MARLBOROUGH, MA 01752 DB720223-001   1-800-400-7242 LEHMAN BROTHERS RET. PLAN | | 2a Taxable amount $4,976.73 | | Copy C For Recipient's Records This information is being furnished to the Internal Revenue Service. |
| | | 2b Taxable amount not determined ☐ | Total distribution ☐ | |
| | | 3 Capital gain (included in box 2a) $0.00 | 4 Federal income tax withheld $0.00 | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code ROBERT E MCCARTHY 6 OREGON AVE HAZLET, NJ 07730 | | 5 Employee contrib/desig Roth contrib or insurance premiums $0.00 | 6 Net unrealized appreciation in employer's securities $0.00 | |
| | | 7 Distribution code(s) 7 | IRA/SEP/ SIMPLE ☐ | 8 Other $0.00 % |
| | | 9a Your percentage of total distribution   % | 9b Total employee contributions $ | |
| | | 10 State tax withheld $0.00 | 11 State/Payer's state no. NJ 043275867 | 12 State distribution $ |
| Account number (see instructions) 2010010905550012616 2 | 1st year of desig. Roth contrib. | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form 1099-R        (keep for your records)        Department of Treasury - Internal Revenue Service



INDIVIDUAL BILLING ADMINISTRATION
PO BOX 14391
LEXINGTON, KY 40512-4391

000775 J16CC10  003153



| | |
|---|---|
| Prepared Date: 09/08/10 | |
| Identification Number: A00741141 | |
| Account Number: U479218-99-997 | |
| Payment Due Date: 10/01/10 | |
| Billing Questions Call: 877-848-5837 | TDD Number: 888-899-2562 |
| Claim Questions Call: 866-785-7337 | Dental Claims: See ID Card |

Please visit WWW.MEMBERIBA.COM for information regarding your account.

ROBERT E MCCARTHY
6 OREGON AVE
HAZLET, NJ  07730

## Special Plans Billing Statement
## for LEHMAN BROTHERS HOLDINGS INC

### Prior Billing Activity

| | | |
|---|---|---|
| Billing Period | 07/01/10 - 09/30/10 | 79.95 |
| Payment - Thank You | | -79.95 |
| Outstanding Balance | | 0.00 |

### Current Billing Activity

| | | |
|---|---|---|
| Current Paid Through Date | 09/30/10 | |
| Current Billing Period | 10/01/10 - 12/31/10 | 79.95 |

*Paid 9/15/2010*

| | |
|---|---|
| Current Amount Due (Does **NOT** include outstanding balance) | 79.95 |
| Total Amount Due | 79.95 |

This is the only notice you will receive for the above Current Amount Due. Your cancelled check or money order stub is your receipt. **If the Current Amount Due is not received within 90 days of the Payment Due Date, coverage will terminate and you will no longer be covered as of the date through which you are fully paid.** Please allow at least 6 days for mailing. See reverse side for additional information.

DETACH AT PERFORATION. KEEP THE UPPER PORTION FOR YOUR RECORDS.

**Aetna**

INDIVIDUAL BILLING ADMINISTRATION
PO BOX 14391
LEXINGTON, KY 40512-4391

| | |
|---|---|
| Prepared Date: | |
| 09/08/10 | |
| Identification Number: | |
| A00741141 | |
| Account Number: | |
| U479218-99-997 | |
| Payment Due Date: | |
| 10/01/10 | |
| Billing Questions Call: | TDD Number: |
| 877-848-5837 | 888-899-2562 |
| Claim Questions Call: | Dental Claims: |
| 866-785-7337 | See ID Card |
| Please visit WWW.MEMBERIBA.COM for information regarding your account. | |

ROBERT E MCCARTHY
6 OREGON AVE
HAZLET, NJ  07730

## Special Plans Billing Statement

## for LEHMAN BROTHERS HOLDINGS INC

**Important Messages**

YOU ARE COVERED FOR THE FOLLOWING BENEFITS:
GN02 PFFS INSURED ONLY

MEDICARE QUESTIONS? CONTACT MEDICARE MEMBER SERVICES AT 1-866-785-7337

FI313 B009064