12/6/2010

To Casey Burton                                    P. 1 of

CC people listed on page 2                         4 pages.

of Chapt 11 Case # 08-1355

Claim # 32033

I Disagree w/ OBJECTION
filed by Lehman Holdings Inc
on the ~~Books~~ ~~quarter~~
Nov 3, 2010 — their
64th Omnibus Objection.

I direct this to Weil. Gothel. Manga
c/o Casey Burton
and all people ~~mentioned~~ listed
in paragraph 2 of ~~the~~ p
second page of enclosed
notice. — I will mail them
as well.

                                    John P Sherman

John P. Sherman
95 Evergreen Ave
Rye. N.Y. 10580

RECEIVED
DEC - 9 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                  :    Chapter 11 Case No.
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*           :    08-13555 (JMP)
                                                       :
                          Debtors.                     :    (Jointly Administered)
                                                       :
------------------------------------------------------------x

LBH OMNI64 11-03-2010 (MERGE2,TXNUM2) 4000079106 MAIL ID *** 000037055471 *** BSIUSE: 50

SHERMAN, JOHN P.
95 EVERGREEN AVENUE
RYE, NY 10580


### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

| **CLAIM TO BE DISALLOWED & EXPUNGED** ||
|---|---|
| **Creditor Name and Address:**<br>SHERMAN, JOHN P.<br>95 EVERGREEN AVENUE<br>RYE, NY 10580 | **Claim Number:** 32033<br>**Date Filed:** 9/22/2009<br>**Debtor:** No Case<br>**Classification and Amount:** SECURED: $ 1,310.00 |

PLEASE TAKE NOTICE that, on November 3, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on December 6, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

# LEHMAN BROTHERS | Private Equity
## Employee Funds

John P Sherman (900003170)

My Partnership Summary as of June 30, 2007

| | Capital Partners II |
|---|---|
| As Of Date | 30 Jun 2007 |
| Closing Date | 3 Jan 1989 |
| Units | 4 |
| Factor | 3.50:1 |
| Cash Commitment | $ 100,000 |
| Leverage | $ 350,000 |
| Total Investment Opportunity, Including Leverage | $ 450,000 |
| Payment of Cash Commitment | $ 74,500 (h) |
| Remaining Cash Commitment | $ 0 |
| Expected Date of Next Capital Call (if known) | N/A |
| Capital Contributions | $ 74,500 |
| Net Gains and Losses, Including Expenses | $ 520,369 |
| Less Distributions to Date from Partnership (a) | ($ 593,760) |
| Partnership Value (b) | $ 1,109 |
| Money Fund Balance (c) | N/A |
| Current Value (Partnership Value plus Money Fund Balance) | $ 1,109 |
| Current Net Value | $ 1,109 |
| Plus Distributions to Date Received by Limited Partners | $ 593,760 |
| Total Value to Limited Partner Since Inception (d) | $ 594,869 |

All terms and conditions of the awards are subject to the applicable controlling documents, including but not limited to the applicable partnership agreement.