UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                   :
                    Debtors.                               :    (Jointly Administered)
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

Upon the sixty-fifth omnibus objection to claims, dated November 3, 2010 (the "Sixty-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Duplicative Claims on the grounds that such claims are duplicative of the corresponding Surviving Claims, either exactly or in substance, all as more fully described in the Sixty-Fifth Omnibus Objection to Claims; and due and proper notice of the Sixty-Fifth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Sixty-Fifth Omnibus Objection to Claims, and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixty-Fifth Omnibus Objection to Claims.

management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Sixty-Fifth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Sixty-Fifth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Sixty-Fifth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Duplicative Claims") are disallowed and expunged; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Duplicative Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in support of any Duplicative Claims, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of the corresponding Surviving Claims; and is further

ORDERED that nothing in this Order or the disallowance and expungement of the Duplicative Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved; and

it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Sixty-Fifth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim is not appropriately duplicative of the corresponding Duplicative Claim, then the claims agent shall be authorized and directed to immediately reinstate such Duplicative Claim in these chapter 11 cases (the "Reinstated Claim"), and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
December 22, 2010

                        *s/ James M. Peck*
                        Honorable James M. Peck
                        United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AFFRONTI, FRANK<br>446 MANOR AVE<br>CRANFORD, NJ 07016 | 09/24/2009 | 08-13555 (JMP) | 35113 | Undetermined | AFFRONTI, FRANK<br>446 MANOR AVE<br>CRANFORD, NJ 07016 | 09/22/2009 | 08-13555 (JMP) | 29966 | Undetermined |
| 2 | AFFRONTI, MINDY (WEISS)<br>446 MANOR AVENUE<br>CRANFORD, NJ 07016 | 09/24/2009 | 08-13555 (JMP) | 35111 | Undetermined | AFFRONTI, MINDY (WEISS)<br>446 MANOR AVE<br>CRANFORD, NJ 07016 | 09/22/2009 | 08-13555 (JMP) | 29961 | Undetermined |
| 3 | BABCOCK INTERNATIONAL GROUP PENSION SCHEME<br>ATTN: MR S. BILLIALD<br>33 WIGMORE STREET<br>LONDON, W1U 1QX<br>UNITED KINGDOM | 09/23/2009 | 08-13555 (JMP) | 34512 | $178,137.63 | BABCOCK INTERNATIONAL GROUP PENSION SCHEME<br>ATTENTION: S. BILLIALD<br>33 WIGMORE STREET<br>LONDON, WIU 1QX<br>UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 26551 | $178,137.63 |
| 4 | BISSESSAR, BABITA<br>1750 EAST 52ND STREET<br>BROOKLYN, NY 11234 | 09/21/2009 | 08-13555 (JMP) | 24620 | $3,705.38 | BISSESSAR, BABITA<br>1750 EAST 52ND STREET<br>BROOKLYN, NY 11234 | 09/21/2009 | | 25015 | $3,705.38 |
| 5 | BRAEM, JOHAN<br>HANDZAAMSE NIEUWSTRAAT 7<br>HANDZAME, B8610<br>BELGIUM | 11/09/2009 | 08-13555 (JMP) | 65174 | Undetermined | BRAEM, JOHAN<br>HANDZAAMSE NIEUWSTRAAT 7<br>HANDZAME, 8610<br>BELGIUM | 10/28/2009 | 08-13555 (JMP) | 51708 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | CHAMBERS, PAUL<br>10 BURNTWOOD ROAD<br>SEVENOAKS, TN13 1PT<br>UNITED KINGDOM | 09/23/2009 | | 34479 | $101,970.00 | CHAMBERS, PAUL<br>10 BURNTWOOD ROAD<br>SEVENOAKS, TN13 1PT<br>UNITED KINGDOM | 09/22/2009 | | 28317 | $101,970.00 |
| 7 | CHAN LAI KAN<br>RM1024, MING SHUN LAU, JAT MIN CHUEN<br>SHATIN,, NT<br>HONG KONG | 09/28/2009 | | 35179 | $65,000.00 | CHAN LAI KAN<br>RM 1024<br>MING SHUN LAU<br>JAT MIN CHUEN<br>HONG KONG SAR., | 06/05/2009 | | 4776 | $65,000.00 |
| 8 | CORNELL, JENNIFER I<br>14 NITA ROAD<br>WARLEY<br>BRENTWOOD, CM145BQ<br>UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 24177 | $6,000.00 | CORNELL, JENNIFER I<br>14 NITA ROAD<br>WARLEY<br>BRENTWOOD<br>ESSEX, CM14 5BQ<br>UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 24175 | $6,000.00 |
| 9 | DAMY GOMEZ AND OTHERS, EDUARDO E<br>103103<br>2163 LIMA LOOP<br>LAREDO<br>LAREDO, TX 78045 | 10/28/2009 | 08-13555 (JMP) | 51135 | $100,000.00 | DAMY GOMEZ, EDUARDO E AND OTHERS<br>103103<br>2163 LIMA LOOP LAREDO<br>LAREDO, TX 78045 | 10/28/2009 | 08-13555 (JMP) | 51134 | $100,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | DEWITT SECURITIES LTD<br>PASEA ESTATE<br>PO BOX 958<br>ROAD TOWN<br>TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 11/05/2009 | 08-13555 (JMP) | 64728 | $42,729.00 | DEWITT SECURITIES LTD<br>PASEA ESTATE<br>PO BOX 958<br>ROAD TOWN, TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 11/02/2009 | 08-13555 (JMP) | 63613 | $42,729.00 |
| 11 | DEWITT SECURITIES LTD<br>PASEA ESTATE<br>PO BOX 958<br>ROAD TOWN<br>TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 11/05/2009 | 08-13555 (JMP) | 64892 | $138,000.00 | DEWITT SECURITIES LTD<br>PASEA ESTATE<br>PO BOX 958<br>ROAD TOWN, TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 11/02/2009 | 08-13555 (JMP) | 63612 | $138,000.00 |
| 12 | DEWITT SECURITIES LTD<br>PASEA ESTATE<br>PO BOX 958<br>ROAD TOWN<br>TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 11/05/2009 | 08-13555 (JMP) | 64893 | $85,458.00 | DEWITT SECURITIES LTD<br>PASEA ESTATE<br>PO BOX 958<br>ROAD TOWN, TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 11/02/2009 | 08-13555 (JMP) | 63611 | $85,458.00 |
| 13 | FAYER, RUSSELL A<br>172 ROBERT DRIVE<br>NEW ROCHELLE, NY 10804 | 10/09/2009 | | 37331 | Undetermined | FAYER, RUSSELL A.<br>111 CHURCH STREET<br>WHITE PLAINS, NY 10601 | 10/09/2009 | | 37330 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | GAY, PAUL<br>86 CLAYGATE LANE<br>HINCHLEY WOOD<br>SURREY<br>ESHER, KT100BJ<br>UNITED KINGDOM | 09/22/2009 | | 31129 | $64,000.00 | GAY,PAUL<br>86 CLAYGATE LANE<br>HINCHLEY WOOD<br>ESHER<br>SURREY, KT10 0BJ<br>UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 31128 | $64,000.00 |
| 15 | GAY, PAUL<br>86 CLAYGATE LANE<br>HINCHLEY WOOD<br>SURREY<br>ESHER, KT100BJ<br>UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 31130 | $64,000.00 | GAY,PAUL<br>86 CLAYGATE LANE<br>HINCHLEY WOOD<br>ESHER<br>SURREY, KT10 0BJ<br>UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 31128 | $64,000.00 |
| 16 | GEENS, EDDY<br>LANGE BRUUL 10<br>BOORTMEERBEEK, B3190<br>BELGIUM | 11/09/2009 | 08-13555 (JMP) | 65265 | $35,377.50 | GEENS, EDDY<br>LANGE BRUUL 10<br>BOORTMEERBEEK, B3190<br>BELGIUM | 10/30/2009 | 08-13555 (JMP) | 57127 | $35,377.50 |
| 17 | GORMAN, LESLIE D.<br>305 EAST 63RD STREET<br>APT. 17-B<br>NEW YORK, NY 10021 | 09/15/2009 | | 12727 | $500,000.00* | GORMAN, LESLIE D.<br>305 EAST 63RD STREET<br>APT 17-B<br>NEW YORK, NY 10065 | 09/15/2009 | 08-13555 (JMP) | 12729 | $500,000.00* |
| 18 | GORMAN, LESLIE D.<br>305 EAST 63RD STREET<br>APT 17-B<br>NEW YORK, NY 10065 | 09/15/2009 | 08-13555 (JMP) | 12728 | $500,000.00* | GORMAN, LESLIE D.<br>305 EAST 63RD STREET<br>APT 17-B<br>NEW YORK, NY 10065 | 09/15/2009 | 08-13555 (JMP) | 12729 | $500,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 19 | HO KWOK HUNG<br>24G, PARK TOWERS 1<br>NO. 1 KING'S ROAD<br>NORTH POINT,<br>HONG KONG | 11/04/2009 | 08-13555 (JMP) | 64669 | $170,000.00* | HO KWOK HUNG<br>24G PARK TOWERS ONE<br>NO. 1, KING'S ROAD<br>NORTH POINT,<br>HONG KONG | 10/27/2009 | 08-13555 (JMP) | 49430 | $170,000.00* |
| 20 | HOUSSONLOGE, ANN-GAELLE<br>RUE DES CLOUTIERS, 37<br>ROUX, 6044<br>BELGIUM | 11/05/2009 | 08-13555 (JMP) | 64725 | $30,724.00 | HOUSSONLOGE, ANN-GAELLE<br>RUE DES CLOUTIERS, 37<br>6044 ROUX,<br>BELGIUM | 11/02/2009 | 08-13555 (JMP) | 65667 | $30,724.00 |
| 21 | ILBERT, CHRISTIAN<br>CHAUSSEE DE SOIGNIES, 99<br>LE ROEULX, 7070<br>BELGIUM | 11/05/2009 | 08-13555 (JMP) | 64724 | $6,144.00 | ILBERT, CHRISTIAN<br>CHAUSSEE DE SOIGNIES, 99<br>7070 LE ROEULX,<br>BELGIUM | 11/02/2009 | | 65668 | $6,144.00 |
| 22 | INCORE BANK AG<br>POSTFACH<br>DREIKONIGSTRASSE 8<br>, CH8022<br>SWITZERLAND | 01/18/2010 | | 66110 | $1,791.15 | INCORE BANK AG<br>POSTFACH<br>DREIKONIGSTRASSE 8<br>ZURICH, CH-8022<br>SWITZERLAND | 09/18/2009 | | 18625 | $1,791.15 |
| 23 | JAKEMAN, JAMES P<br>90 MANOR WAY<br>BECKENHAM, KENT, BR3 3LR<br>UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 19140 | $1,848,569.57 | JAKEMAN, JAMES P<br>90 MANOR WAY<br>BECKENHAM, KENT, BR3 3LR<br>UNITED KINGDOM | 09/18/2009 | | 19139 | $1,848,569.57 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 24 | JAKEMAN, JAMES P<br>90 MANOR WAY<br>BECKENHAM, KENT, BR3 3LR<br>UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 19141 | $1,848,569.57 | JAKEMAN, JAMES P<br>90 MANOR WAY<br>BECKENHAM, KENT, BR3 3LR<br>UNITED KINGDOM | 09/18/2009 | | 19139 | $1,848,569.57 |
| 25 | JAKEMAN, JAMES P<br>90 MANOR WAY<br>BECKENHAM, KENT, BR3 3LR<br>UNITED KINGDOM | 09/18/2009 | | 19142 | $1,848,569.57 | JAKEMAN, JAMES P<br>90 MANOR WAY<br>BECKENHAM, KENT, BR3 3LR<br>UNITED KINGDOM | 09/18/2009 | | 19139 | $1,848,569.57 |
| 26 | JOOST, MICHAEL<br>NAHESTRASSE 2<br>BAD MUNSTER, 55583<br>GERMANY | 11/04/2009 | 08-13555 (JMP) | 64681 | $75,000.00 | JOOST, MICHAEL<br>NAHESTRASSE 2<br>BAD MUNSTEN, 55583<br>GERMANY | 10/27/2009 | 08-13555 (JMP) | 49853 | $75,000.00 |
| 27 | JOTWANI,TARUN<br>48 WYNNSTAY GARDENS<br>LONDON, ANT, W8 6UT<br>UNITED KINGDOM | 09/22/2009 | | 28294 | Undetermined | JOTWANI, TARUN<br>48 WYNNSTAY GARDENS<br>LONDON, W8 6UT<br>UNITED KINGDOM | 09/21/2009 | | 25378 | Undetermined |
| 28 | KWOK WA WAI DAVID<br>C/O NEWARE TECHNOLOGY (HONG KONG) LTD<br>UNIT B, 11/F TOWER B, BILLION CENTRE<br>1 WANG KWONG ROAD<br>KOWLOON BAY,<br>KOWLOON,<br>HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64520 | $160,000.00* | KWOK WA WAI DAVID<br>C/O NEWARE TECHNOLOGY (HONG KONG) LTD<br>RM 1108 11/F METRO CENTRE II<br>21 LAM HING ST<br>KOWLOON BAY,<br>KOWLOON,<br>HONG KONG | 10/23/2009 | 08-13555 (JMP) | 45289 | $160,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29 | LEUNG LAU CHING<br>FLAT 2713, 27/F, KING YU HOUSE<br>KING LAM ESTATE<br>JUNK BAY,<br>HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64515 | $20,000.00* | LEUNG LAU CHING<br>FLAT 2713, 27/F KING YU HOUSE<br>KING LAM ESTATE<br>JUNK BAY,<br>HONG KONG | 10/27/2009 | 08-13555 (JMP) | 47752 | $20,000.00* |
| 30 | LEUNG YUEN MAY<br>FLAT 1, FIRST FLOOR,<br>YUEN WING BUILDING<br>WHAMPOA EST.<br>HUNG HOM,<br>HONG KONG | 11/09/2009 | 08-13555 (JMP) | 65262 | $16,130.00* | LEUNG YUEN MAY<br>FLAT 1, FIRST FLOOR, YUEN WING HOUSE<br>WHAMPOA EST.<br>HUNG HOM,<br>HONG KONG | 10/28/2009 | 08-13555 (JMP) | 50878 | $16,130.00* |
| 31 | LIN SAMUEL<br>104B HONG LOK ROAD EAST<br>HONG LOK YUEN<br>TAI PO,<br>HONG KONG | 11/04/2009 | 08-13555 (JMP) | 64664 | $180,000.00* | LIN SAMUEL<br>104B HONG LOK ROAD EAST<br>HONG LOK YUEN<br>TAI PO<br>HONG KONG, | 10/28/2009 | 08-13555 (JMP) | 50340 | $180,000.00* |
| 32 | LUCAS-MELCHER, MARION AND JOACHIM<br>KAPERSBURGSTR. 21A<br>WEHRHEIM, 61273<br>GERMANY | 11/06/2009 | 08-13555 (JMP) | 65083 | $32,084.00 | LUCAS-MELCHER, MARION AND JOACHIM<br>KAPERSBURGSTR. 21A<br>WEHRHEIM, 61273 | 10/09/2009 | 08-13555 (JMP) | 37268 | $32,084.00 |
| 33 | MARGREITER, HULDA<br>DANIEL - SWAROVSKI STRASSE 48<br>ABSAM, A-6067<br>AUSTRIA | 11/12/2009 | 08-13555 (JMP) | 65484 | $530,739.78 | MARGREITER, HULDA<br>DANIEL-SWARVSKI STRASSE 48<br>ABSAM, A-6067<br>AUSTRIA | 10/21/2009 | 08-13555 (JMP) | 42955 | $530,739.78 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 34 | MEBIUS, E. CELSIUSPLANTSOEN 2 BADHOEVEDORP, 1171 BX NETHERLANDS | 11/25/2009 | 08-13555 (JMP) | 65726 | $220,473.44 | MEBIUS, E. CELSIUSPLANTSOEN 2 BADHOEVEDORP, 1171 BX NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 61694 | $220,473.44* |
| 35 | MEDIA FACTORY BEHEER BV ZONNELAAN 24 HILVERSUM, 1217 NJ NETHERLANDS | 11/23/2009 | 08-13555 (JMP) | 65687 | $212,250.00 | MEDIA FACTORY BEHEER BV ZONNELAAN 24 HILVERSUM, 1217 NJ NETHERLANDS | 10/19/2009 | 08-13555 (JMP) | 41043 | $212,250.00 |
| 36 | MESSINA, LEONARD 51 WEST ZORANNE DRIVE FARMINGDALE, NY 11735-2820 | 09/22/2009 | | 31741 | Undetermined | MESSINA, LEONARD 51 WEST ZORANNE DRIVE FARMINGDALE, NY 11735 | 09/22/2009 | 08-13555 (JMP) | 31739 | Undetermined |
| 37 | NG SUI LING *****NO ADDRESS PROVIDED***** , | 11/10/2009 | 08-13555 (JMP) | 65279 | $200,000.00* | NG SUI LING FLAT A 8/F KEN 7 BUILDING 39-39A JORDAN ROAD HONG KONG, KLN, HONG KONG | 11/02/2009 | 08-13555 (JMP) | 60831 | $200,000.00* |
| 38 | NGAN LAI FONG FLAT C, 6/F, BLK 12, LOCWOOD COURT KINGSWOOD VILLAS TIN SHUI WAI YUEN LONG, NT, HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64549 | $40,000.00* | NGAN LAI FONG FLAT C, 6/F., BLOCK 12, LOCWOOD COURT KINGSWOOD VILLAS TIN SHUI WAI, YUEN LONG, N.T., HONG KONG | 10/26/2009 | 08-13555 (JMP) | 45898 | $40,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 39 | NICAISE, MARC & FANNY MEERTS RUE SAINT-VINCENT, 33 NAAST, 7062 BELGIUM | 11/05/2009 | 08-13555 (JMP) | 64727 | $17,658.00 | NICAISE, MARC & MEERTS, FANNY RUE SAINT-VINCENT, 33 NAAST, 7062 BELGIUM | 10/27/2009 | 08-13555 (JMP) | 64065 | $17,658.00 |
| 40 | OEGES BEHEER B.V. MARCONISTRAAT 31A ZEVENAAR, 6902 PC NETHERLANDS | 12/01/2009 | 08-13555 (JMP) | 65782 | $19,344.00 | OEGES BEHEER B.V. MARCONISTRAAT 31A LEVENAAR, 6902 PC NETHERLANDS | 09/30/2009 | 08-13555 (JMP) | 35627 | $19,344.00 |
| 41 | OEGES BEHEER B.V. MARCONISTRAAT 31A ZEVENAAR, 6902 PC NETHERLANDS | 12/01/2009 | 08-13555 (JMP) | 65783 | $18,975.00 | OEGES BEHEER B.V. MARCONISTRAAT 31A LEVENAAR, 6902 PC NETHERLANDS | 10/19/2009 | 08-13555 (JMP) | 41647 | $18,975.00 |
| 42 | ORANGE COUNTY TREASURER-TAX COLLECTOR ATTN: BANKRUPTCY UNIT P.O. BOX 1438 SANTA ANA, CA 92702 | 10/07/2009 | 09-10137 (JMP) | 40917 | $157,453.39 | ORANGE COUNTY TREASURER-TAX COLLECTOR ATTN: BANKRUPTCY UNIT P.O. BOX 1438 SANTA ANA, CA 92703 | 09/18/2009 | 09-10137 (JMP) | 16207 | $157,453.39 |
| 43 | PANG KAK SAN ROOM 2311, 23 FLOOR, ASIA TRADE CENTRE 79 LEI MUK ROAD KWAI CHUNG KOWLOON, HONG KONG | 11/04/2009 | 08-13555 (JMP) | 64672 | $30,000.00* | PANG KAK SAN ROOM 2311, 23/F, ASIA TRADE CENTRE 79 LEI MUK ROAD KWAI CHUNG KOWLOON, HONG KONG | 10/23/2009 | 08-13555 (JMP) | 45406 | $30,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 44 | PETER, KARIN<br>SPEERSTRASSE 32<br>RICHTERSWIL, 8805<br>SWITZERLAND | 11/19/2009 | 08-13555 (JMP) | 65618 | $26,809.65 | PETER, KARIN<br>SPEERSTRASSE 32<br>RICHTERSWIL, 8805<br>SWITZERLAND | 10/28/2009 | 08-13555 (JMP) | 51521 | $26,809.65 |
| 45 | PETTIT-BREINGAN, LARA<br>7A LOCUST LANE<br>HUNTINGTON, NY 11743 | 09/22/2009 | | 31713 | $1,100,000.00 | PETTIT-BREINGAN, LARA A.<br>7A LOCUST LANE<br>HUNTINGTON, NY 11743 | 09/22/2009 | 08-13555 (JMP) | 31718 | $1,100,000.00 |
| 46 | PETTIT-BREINGAN, LARA A<br>7A LOCUST LN<br>HALESITE, NY 11743-1308 | 09/22/2009 | | 31715 | $1,100,000.00 | PETTIT-BREINGAN, LARA A.<br>7A LOCUST LANE<br>HUNTINGTON, NY 11743 | 09/22/2009 | 08-13555 (JMP) | 31718 | $1,100,000.00 |
| 47 | PETTIT-BREINGAN, LARA A<br>74 LOCUST LANE<br>HUNTINGTON, NY 11743 | 09/22/2009 | | 31716 | $1,100,000.00 | PETTIT-BREINGAN, LARA A.<br>7A LOCUST LANE<br>HUNTINGTON, NY 11743 | 09/22/2009 | 08-13555 (JMP) | 31718 | $1,100,000.00 |
| 48 | PETTIT-BREINGAN, LARA A<br>7A LOCUST LANE<br>HUNTINGTON, NY 11743 | 09/22/2009 | 08-13555 (JMP) | 31717 | $1,100,000.00 | PETTIT-BREINGAN, LARA A.<br>7A LOCUST LANE<br>HUNTINGTON, NY 11743 | 09/22/2009 | 08-13555 (JMP) | 31718 | $1,100,000.00 |
| 49 | PLINNINGER, JOSEF AND MARIANNE<br>MOEWESTR. 50 A<br>MUNCHEN, D-81827<br>GERMANY | 10/05/2009 | | 36215 | $1,463.60 | PLINNINGER, JOSEF AND MARIANNE<br>MOEWESTR. 50 A<br>MUNCHEN, D-81827<br>GERMANY | 10/05/2009 | 08-13555 (JMP) | 36214 | $1,463.60 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 50 | PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI, THE ATTN: CRAIG HUSTING, CIO 3210 W. TRUMAN BLVD. JEFFERSON CITY, MO 65109 | 11/03/2009 | 08-13555 (JMP) | 64371 | $10,626,702.00 | PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI, THE ATTN: CRAIG HUSTING, CIO 3210 W. TRUMAN BLVD. JEFFERSON CITY, MO 65109 | 11/02/2009 | 08-13555 (JMP) | 62752 | $10,626,702.00 |
| 51 | RECOURT, A., DR BROEKKANT 57 BUDEL, CS 6021 NETHERLANDS | 03/11/2010 | 08-13555 (JMP) | 66385 | $25,855.51 | RECOURT, A. BROEKKANT 57 GORICS, BUDEL, NETHERLANDS | 10/28/2009 | 08-13555 (JMP) | 53323 | $25,855.51 |
| 52 | REEL HOLDING BV POSTBUS 96 SITTARD, 6130 AB NETHERLANDS | 11/03/2009 | 08-13555 (JMP) | 64429 | $35,377.50 | REEL HOLDING BV POST BUS 96 AB SITTARD, 6130 NETHERLANDS | 10/23/2009 | 08-13555 (JMP) | 45560 | $35,377.50 |
| 53 | RODDY, JAMES C. 59 EAST 78 ST APT 2 NEW YORK, NY 10021 | 08/03/2009 | | 6980 | $89,867.40 | RODDY, JAMES C. 59 EAST 78 ST APT 2 NEW YORK, NY 10075 | 08/03/2009 | 08-13555 (JMP) | 6981 | $89,867.40 |
| 54 | SEBASTIANI, GIOVANNI 55 QUEENSDALE ROAD LONDON, W114SD UNITED KINGDOM | 09/09/2009 | 08-13555 (JMP) | 10988 | $656,525.00 | SEBASTIANI, GIOVANNI 55 QUEENSDALE ROAD LONDON, W11 4SD UNITED KINGDOM | 09/09/2009 | | 10987 | $656,525.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 55 | SEBASTIANI, GIOVANNI<br>55 QUEENSDALE ROAD<br>LONDON, W114SD<br>UNITED KINGDOM | 09/09/2009 | 08-13555 (JMP) | 10990 | $656,525.00 | SEBASTIANI, GIOVANNI<br>55 QUEENSDALE ROAD<br>LONDON, W11 4SD<br>UNITED KINGDOM | 09/09/2009 | | 10987 | $656,525.00 |
| 56 | SEBASTIANI,GIOVANNI<br>55 QUEENSDALE ROAD<br>LONDON, GT LON, W11 4SD<br>UNITED KINGDOM | 09/09/2009 | | 10989 | $656,525.00 | SEBASTIANI, GIOVANNI<br>55 QUEENSDALE ROAD<br>LONDON, W11 4SD<br>UNITED KINGDOM | 09/09/2009 | | 10987 | $656,525.00 |
| 57 | SIBIRSKI, LINDA J.<br>2165 BRIGHAM STREET<br>APT 6E<br>BROOKLYN, NY 11229 | 09/16/2009 | 08-13555 (JMP) | 13456 | Undetermined | SIBIRSKI, LINDA J.<br>2165 BRIGHAM STREET<br>APT 6E<br>BROOKLYN, NY 11229 | 09/16/2009 | 08-13555 (JMP) | 13455 | Undetermined |
| 58 | SINGAPORE AIRLINES LIMITED<br>C/O J. MONAGHAN, ESQ.<br>HOLLAND & KNIGHT LLP<br>10 ST. JAMES AVENUE<br>BOSTON, MA 02116 | 09/21/2009 | 08-13885 (JMP) | 24146 | $23,045,516.90 | SINGAPORE AIRLINES LIMITED<br>C/O JOHN J. MONAGHAN, ESQ.<br>HOLLAND & KNIGHT LLP<br>10 ST. JAMES AVENUE<br>BOSTON, MA 02116 | 12/04/2008 | 08-13885 (JMP) | 1206 | $23,045,516.90 |
| 59 | STEELE, ALEXANDRA MARIA<br>AVDA. DE LA GALAXIA, 19 PORTAL 8, 1, ""N""<br>ARAVACA, MADRID, 28023<br>SPAIN | 11/03/2009 | 08-13555 (JMP) | 64221 | $19,660.59 | STEELE, MARIA PILAR<br>AVDA DE LA GALAXIA 19 PORTA 8, 1, N<br>ARAVACA (MADRID), 28023<br>SPAIN | 10/19/2009 | 08-13555 (JMP) | 41509 | $19,660.59 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 60 | STOVOLD, MILES<br>25 CROWN LANE<br>CHISLEHURST<br>KENT, BR7 5PL<br>UNITED KINGDOM | 09/18/2009 | | 19411 | $1,087,402.00 | STOVOLD, MILES<br>90 OVERBURY AVENUE<br>KENT, BECKENHAM, BR3 6PY<br>UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 19412 | $1,087,402.00 |
| 61 | TANG MAN KIU<br>FLAT H, 26F, BLK 1<br>ISLAND PLACE<br>51 TANNER ROAD<br>NORTH POINT,<br>HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64538 | $50,000.00* | TANG MAN KIU<br>FLAT H 26/F BLK 1 ISLAND PLACE<br>51 TANNER ROAD<br>NORTH POINT,<br>HONG KONG | 10/27/2009 | 08-13555 (JMP) | 47757 | $50,000.00* |
| 62 | TAYLOR, KEVIN CHARLES<br>4 REMBRANDT CLOSE<br>ISLE OF DOGS<br>LONDON, GT LON,<br>E143UZ<br>UNITED KINGDOM | 09/10/2009 | | 11287 | $25,000.00 | TAYLOR, KEVIN CHARLES<br>4 REMBRANDT CLOSE<br>ISLE OF DOGS<br>LONDON, E143UZ<br>UNITED KINGDOM | 09/10/2009 | 08-13555 (JMP) | 11271 | $25,000.00 |
| 63 | TO CHOR CHOR RITA<br>FLAT 45C, TOWER 5, THE BELCHER'S<br>89 POK FU LAM ROAD<br>HONG KONG,<br>CHINA | 11/03/2009 | 08-13555 (JMP) | 64539 | $40,000.00* | TO CHOR CHOR RITA<br>FLAT 45C, TOWER 5, THE BELCHER'S<br>89 POK FU LAM ROAD<br>,<br>HONG KONG | 10/26/2009 | 08-13555 (JMP) | 45750 | $40,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 64 | TOPPLE, CHRISTOPHER MAR<br>10 MALCOLM ROAD<br>WIMBLEDON<br>LONDON, SW194AS<br>UNITED KINGDOM | 09/21/2009 | | 25761 | $1,500,000.00 | TOPPLE, CHRISTOPHER MAR<br>10 MALCOLM ROAD<br>WIMBLEDON, SW194AS<br>UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 25760 | $1,500,000.00 |
| 65 | TOPPLE, CHRISTOPHER MARCUS<br>10 MALCOLM ROAD<br>WIMBLEDON<br>LONDON, GT LON, SW194AS<br>UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 25759 | $1,500,000.00 | TOPPLE, CHRISTOPHER MAR<br>10 MALCOLM ROAD<br>WIMBLEDON, SW194AS<br>UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 25760 | $1,500,000.00 |
| 66 | VERSTRAETE, JULIANA<br>POPERINGESTRAAT 80 A<br>WOESTEN, 8640<br>BELGIUM | 11/09/2009 | 08-13555 (JMP) | 65175 | Undetermined | VERSTRAETE, JULIANA<br>POPERINGESTRAAT 80 A<br>WOESTEN, 8640<br>BELGIUM | 10/28/2009 | 08-13555 (JMP) | 51709 | Undetermined |
| 67 | WANG, DAVID YULAN<br>65 LAURA AVENUE<br>EDISON, NJ 08820 | 09/21/2009 | | 25503 | $43,041.00 | WANG, DAVID YULAN<br>65 LAURA AVENUE<br>EDISON, NJ 08820 | 09/21/2009 | 08-13555 (JMP) | 25179 | $43,041.00 |
| 68 | WANG, DAVID YULAN<br>65 LAURA AVENUE<br>EDISON, NJ 08820-2115 | 09/21/2009 | | 25504 | $43,041.00 | WANG, DAVID YULAN<br>65 LAURA AVENUE<br>EDISON, NJ 08820 | 09/21/2009 | 08-13555 (JMP) | 25179 | $43,041.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 65: EXHIBIT 1 – DUPLICATIVE CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 69 | WERNER, MOSTL<br>JOSEF-RESSEL-STR 2A/314<br>WIEN, 1140<br>AUSTRIA | 11/23/2009 | 08-13555 (JMP) | 65705 | $1,427.00 | WERNER, MOSTL<br>JOSEF-RESSEL-STR 2A/314<br>WIEN, 1140<br>AUSTRIA | 10/30/2009 | 08-13555 (JMP) | 59142 | $1,427.00 |
| 70 | WESTCOTT LIMITED<br>JP MORGAN TRUST COMPANY OF THE BAHAMAS LTD.<br>ATTN: CAMERON A. CAREY<br>BAHAMAS FINANCIAL CENTER, 2ND FLOOR<br>NASSAU,<br>BAHAMAS | 09/21/2009 | 08-13555 (JMP) | 21791 | $35,565.00 | WESTCOTT LIMITED<br>JP MORGAN TRUST COMPANY OF THE BAHAMAS LTD<br>ATTN: CAMERON A. CAREY<br>BAHAMAS FINANCIAL CENTER, 2ND FLOOR<br>NASSAU,<br>BAHAMAS | 09/22/2009 | 08-13555 (JMP) | 27610 | $35,565.00 |
| 71 | YIP HAY WAN<br>RM. 2910 KING TSUI COURT 8<br>FUNG HA ROAD<br>CHAI WAN,<br>HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64422 | $20,000.00* | YIP HAY WAN<br>ROOM 2910 KING TSUI COURT<br>8 FUNG HA ROAD<br>CHAI WAN,<br>HONG KONG | 10/28/2009 | 08-13555 (JMP) | 50667 | $20,000.00 |
| | | | | TOTAL | $54,155,157.13 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts