**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- X   Chapter 11 Case No.
In re                                                     :
                                                          :   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et*                       :
*al.*                                                     :
                                                          :   (Jointly Administered)
                                   Debtors.               :
--------------------------------------------------------- X

LBH OMNI58 10-13-2010 (MERGE2,TXNUM2) 4000003913 MAIL ID *** 0035611714 *** BSIUSE: 251

**NOTICE OF HEARING ON DEBTORS'**
**FIFTY-EIGHTH OMNIBUS OBJECTION**
**TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:** TELLING, DR. FRED W 2068 COUNTRY CLUB DRIVE PORT ORANGE, FL 32128 | **Claim Number:** 3962 |
| | **Date Filed:** 4/27/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $989,273.00 |

My name is Frederick W. Telling and the basis for the amount of my claim regards securities and debt obligations of the Debtor which I own shown on the attachments to this response. The attached excerpts from Lehman Brothers' statements showing my ownership of the securities and other debt obligations which are attached have been in my possession ever since I filed the Proof of Claim and I don't understand why they seem not to be attached to the Proof of Claim on file. I was away on extended travel when I received the Notice of Hearing and as soon as I opened the envelope attempted to call Erik Encarnacion, Esq. on November 25, 2010 when I was advised that he was no longer with the firm of Weil Gotshal & Manges. After that, on November 29, 2010, I called Weil Gotshal & Manges again and was directed to Erin Eckols, Esq. who was kind enough to extend my time to respond to December 10, 2010 and reschedule a hearing to December 22, 2010. As I have already stated, I am attaching the documentation or other evidence of claim which I thought had previously been attached together with a summary which I have prepared for your convenience. My address for writing any reply to my response is the same as the one in my Proof of Claim, namely, 2068 Country Club Drive, Port Orange, FL 32128. I possess the ultimate authority to reconcile, settle, or otherwise resolve the claim on my behalf. My address is 2068 Country Club Drive, Port Orange, FL 32128 and my telephone number is (201) 661-3608.

Dated: December 1, 2010

*Frederick W. Telling*
Frederick W. Telling

DEC 10 2010
US BANKRUPTCY COURT, SDNY
JMP

Fred Telling

| BOUGHT | ACCOUNT NUMBER | PURCHASE DATE | PRICE | TOTAL |
|---|---|---|---|---|
| 350<br><br>Lehman Brothers Holding, Inc. Currency Basket Due 7/31/2010 | 831-06799<br><br>p. 6 of 10 | 7/31/07 | $1,000 | **$300,003.85** |
| 780<br><br>Lehman Brothers Holding, Inc. call Warrants on Millennium Fund Due 8/3/2012 | 831-44691<br><br>p. 6 of 16 | 5/1/08 | $252.26 | **$196,760.15** |
| 150<br><br>Lehman Brothers Holding, Inc. Meduium Term Notes Due 5/23/2022 @ 10.75% | 831-44691<br><br>p. 8 of 16 | 5/23/07 | $1,000 | **$142,505.15** |
| 350<br><br>Lehman Brothers Holding, Inc. XLF Buffered Return Note Due 2/22/2010 | 831-44691<br><br>p. 9 of 16 | 2/20/08 | $1,000 | **$350,005.15** |

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Lehman Brothers Holdings Inc. | Case Number: |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Dr. Fred Telling  (FREDERICK W TELLING)

Name and address where notices should be sent:
2068 Country Club Drive
Port Orange, FL 32128

Telephone number:
201-661-3608 (cell)

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $ 989,273.

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: _____
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____ Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000003962

Date: 1/14/09   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Frederick W Telling*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

FILED / RECEIVED
APR 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

B 10 (Official Form 10) (12/07) – Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

# LEHMAN BROTHERS

## Premier client IRA account
**831-06799**

\*\*\* FREDERICK W TELLING
August 1 - August 31, 2008

page 1 of 10

\*\*\* FREDERICK W TELLING
IRA CUSTODIAN
2068 COUNTRY CLUB DRIVE
SPRUCE CREEK FLY-IN
DAYTONA BEACH FL 32128-6852

**Your investment representative:**
SCOTT STACKMAN
LEHMAN BROTHERS INC.
399 PARK AVENUE
6TH FLOOR
NEW YORK NY 10022
TEL: 800-392-5000

Copies of this statement have been sent to:
ED GRAHAM
831-06799

| | |
|---|---|
| 3 | Portfolio summary |
| | Account value |
| | Change in account value |
| | Contribution summary |
| 4 | Distribution summary |
| | Tax spotlight |
| | Bulletin board |
| 5 | Fixed income summary |
| 6 | Holdings |
| 8 | Activity |
| 9 | Cash investment summary |
| 10 | Tax lots |

**Valuation summary:** USD
Last period account value  345,903.75
This period account value  333,398.71

*All transaction dates appearing on this statement are settlement dates, unless otherwise labeled.*

## Bulletin board *(continued on pg.4)*

Lehman Brothers is committed to complying with various customer identification and verification obligations. We may ask you to provide documentation or additional information, as necessary, to enable Lehman Brothers to comply with these requirements. We may also screen your name against various databases to verify your identity. This verification applies to both new accounts and when changes are made to existing accounts. Please be assured that this information and documentation will be treated with the highest regard to your personal privacy.

Business Continuity at Lehman Brothers: For a summary of how Lehman Brothers would respond to a significant business disruption, please go to www.lehman.com/bcp.htm.

Additional information about your investment representative or your representative's brokerage firm may be available by accessing FINRA's BrokerCheck program. Please visit www.nasdbrokercheck.com or call 1-800-289-9999 for more information.

## GO PAPERLESS

Sign up for electronic delivery of account statements and trade confirmations and we will plant a free on your behalf.

Visit www.lehmanlive.com for details. If you currently do not have online access, please contact your Investment Representative.

Member SIPC

The Multi-tone area of this document changes gradually from light to dark. Heat sensitive "SECURITY MARK" on front of the document turns from Grey to Clear when heat is applied.

CS-00000000-N

# LEHMAN BROTHERS

Premier client IRA account
831-06799

*** FREDERICK W TELLING
August 1 - August 31, 2008

page 6 of 10

## HOLDINGS

*In instances where prices of securities are not readily available, securities have no values, securities have not been actively traded or where other factors prevent the pricing of securities, "---" appears in the market price column, the market value for the security is not computed and the total equity in your account does not reflect the long or short market value (if any) of those securities. Please also note that totals may differ from the sum on individual components due to rounding.*

*Unrealized gain/loss total reflects all positions for which a cost basis is available. Please review the Tax Lot section for details regarding cost basis.*

## Fixed income

*Yield information is provided for informational purposes only. Lehman Brothers makes reasonable efforts to ensure its accuracy but should not be held responsible for errors or omissions.*

| Convertibles | Par | Unit cost Adj. unit cost | Total cost Adj. total cost | Market price | Market value Accrued interest | Unrealized gain/loss | Yield-to maturity(%) | Comment |
|---|---|---|---|---|---|---|---|---|
| ***LEHMAN BROS HOLDINGS INC EQUITIES & CCYS BSKT PRINC PRO DUE 7/31/2010 DUE 31 JUL 2010 ISIN: US5249O8K254 DATED DATE 31 JUL 2007 | 300,000 | $ 100.001 100.001 | $ 300,003.85 300,003.85 | 83.06 | $ 249,180.00 | N/A | | In cash account Moody's A2 S&P A |

| Total Fixed income | | | | | Market value (USD) Accrued int. (USD) | $ 249,180.00 $ 0.00 |
|---|---|---|---|---|---|---|
| | | | | | | $ 249,180.00 |

LEHMAN BROTHERS

# Premier client account
831-44691

FREDERICK W TELLING
August 1 - August 31, 2008

page 1 of 16

FREDERICK W TELLING
2068 COUNTRY CLUB DRIVE
SPRUCE CREEK FLY-IN
DAYTONA BEACH FL 32128-6852

**Your investment representative:**
SCOTT STACKMAN
LEHMAN BROTHERS INC.
399 PARK AVENUE
6TH FLOOR
NEW YORK NY 10022
TEL: 800-392-5000

**Copies of this statement have been sent to:**
ED GRAHAM
831-44691

**Portfolio summary**
3. Account asset allocation
4. Change in account value
   Tax spotlight
   Bulletin board
5. Anticipated income
   Fixed income summary
   Projected bond cash flows
6. Holdings
14. Activity
15. Cash investment summary
16. Tax lots

**Valuation summary:** USD
Last period account value  7,045,522.90
This period account value  6,945,444.19

*All transaction dates appearing on this statement are settlement dates, unless otherwise labeled.*

## Bulletin board *(continued on pg. 4)*

Lehman Brothers is committed to complying with various customer identification and verification obligations. We may ask you to provide documentation or additional information, as necessary, to enable Lehman Brothers to comply with these requirements. We may also screen your name against various databases to verify your identity. This verification applies to both new accounts and when changes are made to existing accounts. Please be assured that this information and documentation will be treated with the highest regard to your personal privacy.

Business Continuity at Lehman Brothers: For a summary of how Lehman Brothers would respond to a significant business disruption, please go to www.lehman.com/bcp.htm.

Additional information about your investment representative or your representative's brokerage firm may be available by accessing FINRA's BrokerCheck program. Please visit www.nasdbrokercheck.com or call 1-800-289-9999 for more information.

**GO PAPERLESS**
Sign up for electronic delivery of account statements and trade confirmations and we will plant a tree on your behalf.
Visit www.lehmanlive.com for details. If you currently do not have online access, please contact your Investment Representative.

Member SIPC

*The Multi-tone area of this document changes gradually from light to dark. Heat sensitive "SECURITY MARK" on front of the document turns from Grey to Clear when heat is applied.*

CS-000000000-N

LEHMAN BROTHERS

Premier client account
831-44691

FREDERICK W TELLING
August 1 - August 31, 2008

page 6 of 16

## HOLDINGS

In instances where prices of securities are not readily available, securities have no values, securities have not been actively traded or where other factors prevent the pricing of securities, "*" appears in the market price column, the market value for the security is not computed and the total equity in your account does not reflect the long or short market value (if any) of those securities. Please also note that totals may differ from the sum on individual components due to rounding.
Unrealized gain/loss total reflects all positions for which a cost basis is available. Please review the Tax Lot section for details regarding cost basis.

## Equities

Your statement contains research ratings for companies covered by Lehman Brothers Equity Research. The ratings reflect both the Lehman Brothers rating and, where applicable, the ratings of an independent, third party research provider. You may obtain a copy of any independent research report, at no cost to you, where such research is available. Clients may access Lehman Brothers or independent research at www.LehmanLive.com or by calling 1-800-2-LEHMAN. A complete description of Lehman Brothers and independent research providers and ratings may be found on Page 2 of your statement.

| Rights and warrants | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Comment |
|---|---|---|---|---|---|---|---|
| WTS LEHMAN BROS HLDGS INC CALL WT LKD MILLENNIUM | 780 | $ 252.26 | $ 196,760.15 | $ 256.70 | $ 200,226.00 | $ 3,465.85 | In cash account Indicative bid, as of 8/1/08. |

| Limited Partnerships | Total Subscriptions [D] | Total Redemptions [L] | Total Contributions [M] | Estimated Value | Value in Excess of Net Contributions | Pending Cash [E] | Comments |
|---|---|---|---|---|---|---|---|
| Neuberger Berman Large Cap International Equities, L.P.-Class A-Series 1 Product Ref.: 9N39557/USD | 500,000.00[3] | | 500,000.00[3] | $ 473,210.18[3] | -26,789.82[3] | | Initial Subscription Date: 01 Apr 2007 Units: 4,261[3] NAV: 111[3] |

| ACTIVITY | Effective Date | Amount | Value [F] | Pending Cash [G] | Notes |
|---|---|---|---|---|---|
| Capital Statement Value | 31 Jul 2008 | | 473,210 | | |
| Current Estimated Value | 31 Aug 2008 | . | 473,210 | | |

**LEHMAN BROTHERS**

Premier client account
831-44691

FREDERICK W TELLING
August 1 - August 31, 2008

page 8 of 16

## Fixed income

*Yield information is provided for informational purposes only. Lehman Brothers makes reasonable efforts to ensure its accuracy but should not be held responsible for errors or omissions.*

| Corporate bonds | Par | Unit cost Adj. unit cost | Total cost Adj. total cost | Market price | Market value Accrued interest | Unrealized gain/loss | Yield-to-maturity(%) | Comment |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROS HLDGS INC MEDIUM TERM NTS DUE 23 MAY 2022 @ 10.750% ISIN: US52517P2E01 DATED DATE 23 MAY 2007 | 150,000 | $ 95.003 95.070 | $ 142,505.15 142,605.43 | 88.60 | $ 132,900.00 358.33 | -$ 9,705.43 | 12.50 | In cash account Int paid quarterly Next call on 05/23/2009 Call price $ 100.00 Moody's A2 S&P A |

| Municipal bonds | Par | Unit cost Adj. unit cost | Total cost Adj. total cost | Market price | Market value Accrued interest | Unrealized gain/loss | Yield-to-maturity(%) | Comment |
|---|---|---|---|---|---|---|---|---|
| NEW JERSEY ST EDL FACS AUTH RE REV BDS 2004 DUE 01 JUL 2011 @ 5.000% ISIN: US64605LQG67 DATED DATE 15 JUL 2004 | 150,000 | $ 105.240 103.624 | $ 157,859.35 155,435.49 | 105.647 | $ 158,470.50 1,249.99 | $ 3,035.01 | 2.90 | In cash account Moody's A2 S&P AA |
| NEW JERSEY ST TRANSN TR FD AUTH TRANSN SYS-SER C DUE 15 JUN 2012 @ 5.250% ISIN: US6461357X55 DATED DATE 30 MAR 2005 | 150,000 | 107.400 105.600 | 161,099.35 158,399.93 | 109.404 | 164,106.00 1,662.49 | 5,706.07 | 2.62 | In cash account Moody's AAA S&P AAA |
| NEW JERSEY ECONOMIC DEV AUTH R SCH FACS CONSTR REV BDS 2004 DUE 01 SEP 2014 @ 5.000% ISIN: US645916WJ78 DATED DATE 15 JAN 2004 | 100,000 | 107.190 106.011 | 107,189.85 106,010.61 | 107.364 | 107,364.00 2,513.88 | 1,373.39 | 3.61 | In cash account Next call on 09/01/2013 Call price $ 100.00 Moody's A1 S&P AA |
| NEW JERSEY ST TRANSN TR REV FD AUTH TRANSN SYS-SER B DUE 15 DEC 2015 @ 5.500% ISIN: US64613S3S07 DATED DATE 28 OCT 2004 | 100,000 | 112.588 110.873 | 112,587.85 110,872.74 | 111.729 | 111,729.00 1,161.11 | 856.26 | 3.65 | In cash account Moody's A1 S&P AA |
| Total USD Municipal bonds | | | | | $ 541,689.50 6,587.47 | $ 10,970.73 | | |

# LEHMAN BROTHERS

## Premier client account
831-44691

FREDERICK W TELLING
August 1 - August 31, 2008

page 9 of 16

### Fixed Income

| Convertibles | Par | Unit cost | | Total cost | | Market value | | Unrealized | Y-to- | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Adj. unit cost | | Adj. total cost | Market price | | Accrued interest | gain/loss | maturity(%) | |
| LEHMAN BROS HLDGS INC XLF BUFF RET ENH NTS DUE 02/22/2010 DUE 22 FEB 2010 ISIN: US5252M0DH75 DATED DATE 20 FEB 2008 | 350,000 | $ 100.001 | | $ 350,005.15 | 74.449 | $ 260,572.41 | N/A | | | in cash account Moody's A2 S&P A |
| | | 100.001 | | 350,005.15 | | | | | | |

**Total Fixed Income**

Market value (USD)  $ 935,161.91  Unrealized g/l (USD)
Accrued int. (USD) $ 6,945.80  $ 1,265.30
$ 942,107.71

### Alternative investments

*The information reflected in this section is for informational purposes only and does not replace or supercede your Alternative Investment account statement. These positions may reflect the valuation as of a prior period and are derived from external sources. These positions are not held in custody by Lehman Brothers Inc. and are not subject to SIPC. Please also note that the totals may differ from the sum on individual components due to rounding.*

| Hedge fund limited partnerships | Total Subscriptions | Total Redemptions | Total Contributions | Estimated Value | Value in Excess of Net Contributions | Pending Cash | Comments |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS DIVERSIFIED ARBITRAGE FUND II, L.P. CLASS B1 Product Ref.: 9N368260/USD | 500,000.00 | | 500,000.00 | $ 487,835.03 | - 12,164.97 | | Initial Subscription Date: 01 Mar 2008 |

| ACTIVITY | Effective Date | Amount | Value | Pending Cash | Notes |
|---|---|---|---|---|---|
| Capital Statement Value | 31 Jul 2008 | 487,835 | | | |
| Current Estimated Value | 31 Aug 2008 | 487,835 | | | |