**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
In re                                                              :          **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :          **08-13555 (JMP)**
                                                                    :
                         **Debtors.**                         :          **(Jointly Administered)**
---------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' SIXTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

Upon the sixty-eighth omnibus objection to claims, dated November 3,

2010 (the "Sixty-Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11

of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure,

and this Court's order approving procedures for the filing of omnibus objections to proofs

of claim [Docket No. 6664], seeking to reduce, reclassify (in certain instances), and

modify the Debtor entity (in certain instances), and allow the Settled Derivative Claims

on the grounds that the Debtors and claimants have agreed upon a claim value and, in

certain instances, a classification and Debtor counterparty that is not currently reflected

on the proof of claim, all as more fully described in the Sixty-Eighth Omnibus Objection

to Claims; and due and proper notice of the Sixty-Eighth Omnibus Objection to Claims

having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors'

Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) the

---
[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixty-Eighth Omnibus Objection to Claims.

claimants listed on Exhibit A attached to the Sixty-Eighth Omnibus Objection to Claims, and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Sixty-Eighth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Sixty-Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Sixty-Eighth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivative Claim listed on Exhibit 1 annexed hereto is hereby modified and allowed in the amount and classification and against the Debtor that is set forth on Exhibit 1 under the column headings *"Modified Amount,"* *"Modified Class,"* and *"Modified Debtor"*; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A to the Sixty-Eighth Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.


Dated: New York, New York
         December 22, 2010

                                   s/ James M. Peck
                                   Honorable James M. Peck
                                   United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANP FUNDING I LLC 62 FOREST STREET, SUITE 102 ATTN: DAVID MUSSELMAN, VICE PRESIDENT & GENERAL COUNSEL MARLBOROUGH, MA 01752 | 14175 | 09/16/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $5,259,504.83* | Lehman Brothers Commodity Services Inc. | Unsecured | $4,700,000.00 |
| 2 | ANP FUNDING I, LLC ATTN: DAVID MUSSELMAN 62 FOREST STREET, SUITE 102 MARLBOROUGH, MA 01752 | 14162 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,241,381.77* | Lehman Brothers Holdings Inc. | Unsecured | $4,700,000.00 |
| 3 | BASSWOOD FINANCIAL PARTNERS LP C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28509 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $251,000.00 $262,521.00 $513,521.00 | Lehman Brothers Special Financing Inc. | Unsecured | $459,390.96 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | BASSWOOD FINANCIAL PARTNERS LP C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 0TH FLOOR NEW YORK, NY 10022 | 28510 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | $251,000.00 $262,521.00  $513,521.00 | Lehman Brothers Holdings Inc. | Unsecured | $459,390.96 |
| 5 | BASSWOOD INTERNATIONAL FUND C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28505 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $117,974.00 | Lehman Brothers Holdings Inc. | Unsecured | $105,538.41 |
| 6 | BASSWOOD INTERNATIONAL FUND C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28506 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $117,974.00 | Lehman Brothers Special Financing Inc. | Unsecured | $105,538.41 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | BASSWOOD OPPORTUNITY FUND INC C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28502 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $163,162.00 | Lehman Brothers Special Financing Inc. | Unsecured | $145,963.16 |
| 8 | BASSWOOD OPPORTUNITY FUND INC C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28513 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $163,162.00 | Lehman Brothers Holdings Inc. | Unsecured | $145,963.16 |
| 9 | BASSWOOD OPPORTUNITY PARTNERS, LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28503 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $95,648.00 | Lehman Brothers Special Financing Inc. | Unsecured | $85,565.78 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | BASSWOOD OPPORTUNITY PARTNERS, LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28504 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $95,648.00 | Lehman Brothers Holdings Inc. | Unsecured | $85,565.78 |
| 11 | BEAFORD INVESTMENTS LIMITED JP MORGAN TRUST CO BAHAMAS LTD BAHAMAS FINANCIAL CENTER, 2ND FLOOR P.O. BOX N-4899 NASSAU, BAHAMAS | 17243 | 09/18/2009 | Lehman Brothers Commercial Corporation | Unsecured | $1,260,500.00* | Lehman Brothers Commercial Corporation | Unsecured | $1,266,500.00 |
| 12 | CAP FUND, L.P. C/O CAP GENPAR, L.P. ATTN: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 32OO FORT WORTH, TX 76102 | 25620 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,133,408.59 | Lehman Brothers Special Financing Inc. | Unsecured | $4,407,155.92 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 13 | CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119 | 32617 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $51,493,425.86 | Lehman Brothers Special Financing Inc. | Unsecured | $48,714,584.08 |
| | TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $14,418,159.17 | | | $13,640,083.48 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED | | | MODIFIED | | |
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $6,179,211.12 | | | $5,845,750.11 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERIVCES LLC ATTN" LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $10,298,685.15 | | | $9,742,916.80 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $25,746,712.93 | | | $24,357,292.04 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: AMANDA GOEHRING C/O ASHURST LLP NEW YORK, NY 10119 | | | | | $19,577,335.86 | | | $18,520,845.29 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $25,746,712.93 | | | $24,357,292.04 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119 | 32618 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $51,493,425.86 | Lehman Brothers Holdings Inc. | Unsecured | $48,714,584.08 |
| | TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $14,418,159.17 | | | $13,640,083.48 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT | |
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $6,179,211.12 | | | $5,845,750.11 | |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $10,298,685.15 | | | $9,742,916.80 | |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $25,746,712.93 | | | $24,357,292.04 | |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | | |
| | TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: AMANDA GOEHRING C/O ASHURST LLP NEW YORK, NY 10119 | | | | | $19,577,335.86 | | | $18,520,845.29 |
| | TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $25,746,712.93 | | | $24,357,292.04 |
| 15 | DCI LONG-SHORT CREDIT FUND ATTN: KATHRYN WHEADON C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET SAN FRANCISCO, CA 94105 | 10166 | 09/02/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $50,123,902.00 | Lehman Brothers Special Financing Inc. | Unsecured | $27,000,000.00 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | | |
| 16 | **DWIGHT ABSOLUTE RETURN FUND LLC C/O DWIGHT ASSET MANAGEMENT COMPANY 100 BANK STREET BURLINGTON, VT 05401** | **32250** | **09/22/2009** | **Lehman Brothers Special Financing Inc.** | **Unsecured** | **$9,465.28** | **Lehman Brothers Special Financing Inc.** | **Unsecured** | **$7,864.58** |
| 17 | **DWIGHT ABSOLUTE RETURN FUND LLC C/O DWIGHT ASSET MANAGEMENT COMPANY LLC 100 BANK STREET BURLINGTON, VT 05401** | **32545** | **09/22/2009** | **Lehman Brothers Holdings Inc.** | **Unsecured** | **$9,465.28** | **Lehman Brothers Holdings Inc.** | **Unsecured** | **$7,864.58** |
| 18 | **DWIGHT INTERMEDIATE CORE PLUS MASTER FUND LLC C/O DWIGHT ASSET MANAGEMENT COMPANY LLC 100 BANK STREET BURLINGTON, VT 05401** | **32502** | **09/22/2009** | **Lehman Brothers Holdings Inc.** | **Unsecured** | **$5,679.17** | **Lehman Brothers Holdings Inc.** | **Unsecured** | **$3,118.76** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | DWIGHT INTERMEDIATE CORE PLUS MASTER FUND LLC C/O DWIGHT ASSET MANAGEMENT COMPANY LLC 100 BANK STREET BURLINGTON, VT 05401 | 32549 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,679.17 | Lehman Brothers Special Financing Inc. | Unsecured | $3,118.76 |
| 20 | ENTERPRISE PRODUCTS OPERATING LLC C/O BASIL A. UMARI ANDREWS KURTH LLP 600 TRAVIS STE 4200 HOUSTON, TX 77002 | 33183 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,386,405.00* | Lehman Brothers Special Financing Inc. | Unsecured | $4,426,070.87 |
| 21 | ENTERPRISE PRODUCTS OPERATING LLC C/O BASIL A. UMARI ANDREWS KURTH LLP 600 TRAVIS, STE. 4200 HOUSTON, TX 77019 | 36945 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,386,405.00* | Lehman Brothers Holdings Inc. | Unsecured | $4,426,070.87 |
| 22 | GALLERY QMS MASTER FUND LTD. C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK, NY 10022 | 18250 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,723,883.50 | Lehman Brothers Holdings Inc. | Unsecured | $703,883.50 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | GALLERY QMS MASTER FUND LTD. C/O K&L GATES LLP ATTN: JEFFREY N RICH 599 LEXINGTON AVE NEW YORK, NY 10022 | 18251 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,723,883.50 | Lehman Brothers Special Financing Inc. | Unsecured | $703,883.50 |
| 24 | JET I LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28507 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $47,899.00 | Lehman Brothers Special Financing Inc. | Unsecured | $42,849.99 |
| 25 | JET I LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28508 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $47,899.00 | Lehman Brothers Holdings Inc. | Unsecured | $42,849.99 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | | ASSERTED | | | MODIFIED | |
| 26 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF JCF US GLOBAL LIFE SCIENCE FUND ATTN: GARY S. COHEN/RONAL TOROK 151 DETROIT STREET NEW YORK, NY 10036 | 32619 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $11,936.52 | Lehman Brothers Special Financing Inc. | Unsecured | $11,292.35 |
| | TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $8,790.91 | | | $8,316.50 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| | | | | ASSERTED | | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $3,767.53 | | | $3,564.21 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $6,279.23 | | | $5,940.37 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $15,698.05 | | | $14,850.89 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | | MODIFIED | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119 | | | | | $31.396.11 | | | $29.701.79 |
| TRANSFERRED TO: HBK MASTER FUND, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT DALLAS, TX 75201 | | | | | $15,698.05 | | | $14,850.89 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 27 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ING JANUS CONTRARIAN PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK 151 DETROIT STREET NEW YORK, NY 10036 | 32620 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $359,251.69 | Lehman Brothers Special Financing Inc. | Unsecured | $339,864.68 |
| | TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $264,578.81 | | | $250,300.82 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| **TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022** | | | | | $113,390.92 | | | $107,271.78 |
| **TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201** | | | | | $188,984.86 | | | $178,786.30 |
| **TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150** | | | | | $472,462.16 | | | $446,965.75 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119 | | | | | $944,924.32 | | | $893,931.50 |
| TRANSFERRED TO: HBK MASTER FUND, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT DALLAS, TX 75201 | | | | | $472,462.16 | | | $446,965.75 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC FOR JANUS INSTITUTIONAL INTERNATIONAL EQUITY PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK 151 DETROIT STREET NEW YORK, NY 10036 | 32621 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $24,383.50 | Lehman Brothers Special Financing Inc. | Unsecured | $23,067.65 |
| | TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $17,957.77 | | | $16,988.68 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| | | | | ASSERTED | | | MODIFIED | |
| | | | | | | | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $7,696.19 | | | $7,280.87 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $12,826.98 | | | $12,134.77 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $32,067.44 | | | $30,336.92 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119 | | | | | $64,134.88 | | | $60,673.84 |
| TRANSFERRED TO: HBK MASTER FUND, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT DALLAS, TX 75201 | | | | | $32,067.44 | | | $30,336.92 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 29  MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF NOMURA GLOBAL LIFE ATTN: GARY S. COHEN/RONAL TOROK 151 DETROIT STREET NEW YORK, NY 10036 | 32622 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $17,904.77 | Lehman Brothers Special Financing Inc. | Unsecured | $16,938.54 |
| TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $13,186.37 | | | $12,474.77 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $5,651.30 | | | $5,346.33 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $9,418.84 | | | $8,910.55 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $23,547.08 | | | $22,276.36 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119 | | | | | $47,094.16 | | | $44,552.73 |
| TRANSFERRED TO: HBK MASTER FUND, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT DALLAS, TX 75201 | | | | | $23,547.08 | | | $22,276.36 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|-----------------|-------|--------|-----------------|-------|--------|
| 30 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF PACIFIC SELECT FUND ATTN: GARY S. COHEN/RONAL TOROK NEW YORK, NY 10036 | 32623 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $34,196.62 | Lehman Brothers Special Financing Inc. | Unsecured | $32,351. 20 |
| | TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $25,184.86 | | | $23,825.76 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $10,793.51 | | | $10,211.04 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $17,989.18 | | | $17,018.39 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $44,972.96 | | | $42,545.99 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|------|---------|-----------|--------|----------------|--------|--------|----------------|--------|
| **TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119** | | | | | **$89,945.91** | | | **$85,091.98** |
| **TRANSFERRED TO: HBK MASTER FUND, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT DALLAS, TX 75201** | | | | | **$44,972.96** | | | **$42,545.99** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | | MODIFIED | | |
| 31 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ASPEN MID CAP GROWTH PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK 151 DETROIT STREET NEW YORK, NY 10036 | 32624 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $68,907.68 | Lehman Brothers Special Financing Inc. | Unsecured | $65,189.08 |
| | TRANSFERRED TO: STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | | $21,749.39 | | | $20,575.68 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: STONEHILL MASTER FUND LTD. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK, NY 10022 | | | | | $50,748.57 | | | $48,009.92 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | | $36,248.99 | | | $34,292.81 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | | $90,622.45 | | | $85,732.01 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | TRANSFERRED TO: CBW LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING NEW YORK, NY 10119 | | | | | $181,244.91 | | | $171,464.03 |
| | TRANSFERRED TO: HBK MASTER FUND, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT DALLAS, TX 75201 | | | | | $90,622.45 | | | $85,732.01 |
| 32 | MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LTD C/O THE MIDWAY GROUP ATTN: OMAR QAISER 33 WHITEHALL STREET, FLOOR 22 NEW YORK, NY 10004 | 26206 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,034,976.00 | Lehman Brothers Special Financing Inc. | Unsecured | $2,800,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 33 | MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LTD C/O THE MIDWAY GROUP ATTN: OMAR QAISER 33 WHITEHALL STREET, FLOOR 22 NEW YORK, NY 10004 | 26208 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,027,563.00 | Lehman Brothers Holdings Inc. | Unsecured | $2,800,000.00 |
| 34 | OLD MUTUAL (US) HOLDINGS INC C/O DWIGHT ASSET MANAGMENT COMPANY LLC 100 BANK STREET BURLINGTON, V 05401 | 32447 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,786.11 | Lehman Brothers Holdings Inc. | Unsecured | $2,745.83 |
| 35 | OLD MUTUAL (US) HOLDINGS INC. C/O DWIGHT ASSET MANAGEMENT COMPANY LLC 100 BANK STREET BURLINGTON, VT 05401 | 31764 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,786.11 | Lehman Brothers Special Financing Inc. | Unsecured | $2,745.83 |
| 36 | PREGIS CORPORATION ATTN: D. KEITH LAVANWAY 1650 LAKE COOK ROAD DEERFIELD, IL 60015 | 20254 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $1,319,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 37 | PREGIS CORPORATION ATTN: D. KEITH LAVANWAY 1650 LAKE COOK ROAD DEERFIELD, IL 60015 | 20255 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $1,319,000.00 |
| 38 | REGIONS BANK KING & SPALDING LLP 1180 PEACHTREE STREET, N.E. ATTN: JOHN F. ISBELL ATLANTA, GA 30309 | 1121 | 11/26/2008 | Lehman Brothers Special Financing Inc. | Unsecured | $17,349,437.00 | Lehman Brothers Special Financing Inc. | Unsecured | $14,853,993.00 |
| 39 | REGIONS BANK KING & SPALDING LLP 1180 PEACHTREE STREET, N.E. ATTN: JOHN F. ISBELL ATLANTA, GA 30309 | 1122 | 11/26/2008 | Lehman Brothers Holdings Inc. | Unsecured | $17,349,437.00 | Lehman Brothers Holdings Inc. | Unsecured | $14,853,993.00 |
| 40 | SRI FUND, L.P. C/O SRI GENPAR, L.P. ATTN: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH, TX 76102 | 25614 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,928,752.65 | Lehman Brothers Special Financing Inc. | Unsecured | $2,146,671.65 |
| 41 | STANDARD GENERAL MASTER FUND LP ATTN: JOSEPH MAUSE 650 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 11417 | 09/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,968,403.58* | Lehman Brothers Holdings Inc. | Unsecured | $3,698,260.15 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 42 | STANDARD GENERAL MASTER FUND LP ATTN: JOSEPH MAUSE 650 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 11418 | 09/11/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,972,072.99* | Lehman Brothers Special Financing Inc. | Unsecured | $3,698,260.15 |
| 43 | TLP TRADING LLC ATTN: MICHAEL HUGHES 225 EAST DEERPATH ROAD, SUITE 210 LAKE FOREST, IL 60045 | 20171 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,039,784.00* | Lehman Brothers Special Financing Inc. | Unsecured | $3,800,000.00 |
| 44 | TLP TRADING LLC ATTN: MICHAEL HUGHES 225 EAST DEERPATH ROAD, SUITE 210 LAKE FOREST, IL 60045 | 30804 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,039,784.00 | Lehman Brothers Holdings Inc. | Unsecured | $3,800,000.00 |
| 45 | VINING-SPARKS IBG, LIMITED PARTNERSHIP ATTN: MARTIN F. SHEA, JR. & GENERAL COUNSEL 775 RIDGE LAKE BOULEVARD MEMPHIS, TN 38120 | 33133 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $123,054.51 | Lehman Brothers Holdings Inc. | Unsecured | $95,000.00 |
| 46 | VINING-SPARKS IBG, LIMITED PARTNERSHIP MARTIN F. SHEA, JR. & GENERAL COUNSEL 775 RIDGE LAKE BOULEVARD MEMPHIS, TN 38120 | 33134 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $123,054.51 | Lehman Brothers Special Financing Inc. | Unsecured | $95,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 34 of 36

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 47 | WHITEWOOD FINANCIAL PARTNERS LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28511 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $67,843.00 | Lehman Brothers Special Financing Inc. | Unsecured | $60,691.70 |
| 48 | WHITEWOOD FINANCIAL PARTNERS LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 28512 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $67,843.00 | Lehman Brothers Holdings Inc. | Unsecured | $60,691.70 |
| 49 | ZAIS ZEPHYR A-3, LTD. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33620 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,586,329.09* | Lehman Brothers Holdings Inc. | Unsecured | $500,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 68: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 50 | ZAIS ZEPHYR A-3, LTD. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33621 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,586,329.09* | Lehman Brothers Special Financing Inc. | Unsecured | $500,000.00 |
| | | | | | TOTAL | $461,387,998.33 | | TOTAL | $404,628,513.39 |