UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
                      Debtors.                                     :
                                                                   :   Ref. Docket Nos. 13371, 13383, 13387,
-------------------------------------------------------------------x   13393

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 15, 2010, I caused to be served the:

   a. "Third Interim Fee Application of the O'Neil Group, LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Tax Services Providers to the Debtors and Debtors-In-Possession for the Period from June 1, 2010 to September 30, 2010," dated December 5, 2010 [Docket No. 13371],

   b. "Supplemental Declaration of Katherine A. Burroughs On Behalf of Dechert LLP," dated December 10, 2010 [Docket No. 13383],

   c. "Sixth Interim Fee Application of Reilly Pozner LLP for Compensation for Services and Reimbursement of Expenses," dated December 9, 2010 [Docket No. 13387], (the "Reilly Pozner Fee Application"), and

   d. "Application of Latham & Watkins LLP for Allowance of Interim Compensation and Reimbursement of Expenses for the Sixth Interim Period," dated December 14, 2010 [Docket No. 13393], (the "Latham Application"),

by causing true and correct copies to be delivered via electronic mail to bmdeal@browngreer.com.

                                                            /s/ Panagiota Manatakis
Sworn to before me this
16th day of December, 2010

/s/ Eleni G. Kossivas
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\LBH\Affidavits\O'Neil Group Fee App, Dechert Supp Dec, Reilly Pozner Sixth Interim Fee App and Latham Sixth Interim Fee App_DI_13371, 13383, 13387, 13393_SUPP AFF_12-15-10.doc