December 8, 2010

Honorable Judge James M. Peck
One Bowling Green
New York, NY 10004-1408
Courtroom 601

RE: Lehman Brother's Bankruptcy

Honorable Judge Peck:

After paying master association condo fees for the last two years at the troubled Canyon Ranch Miami Beach Condominium we have decided to stop paying our dues as we can no longer tolerate the arrogance of the property owners/lender (Lehman Brothers) and hotel management company, Canyon Ranch. I have been asking for our Condo's Master Association financial statements from these two entities and the original owners, WSG Development Company shortly after I closed on my unit more than two years ago to no avail. Even my lawyer sent letters requesting our Master Association's financial statements to no avail. My attorney's only comment about the issue and the continued management abuses at our condo was that these two entities operate as if they are above the law. Both Lehman Brothers and Canyon Ranch put blame on each other as to who is responsible for preparing budgets and maintaining accounting books as well as disclosing them to the unit owners. Lehman Brothers took over from the original developer more than a year ago and to this date they continue to operate these billion dollar resort together with Canyon Ranch without even disclosing an annual operating budget much less audited financial statements to the individual unit owners.

It is beyond comprehension why the bankruptcy court approved that Lehman Brother's management continues to manage their real estate loan portfolio after being responsible for the largest bankruptcy in the history of the world and causing the collapse of a 150+ year old American financial powerhouse. Some would argue that Richard Fuld and his board at Lehman Brothers caused the financial meltdown of September, 2008 and sent the world into financial ruin. Every major financial institution and even governments had investments (even pensions!) with this pack of ordinary gamblers. Investments that were wiped out in an instance without regard to consequence or sympathy to the victims. How much longer does the individual consumer need to be slaughtered by the reckless actions of a group of irresponsible individuals who truly believe that they don't have to account to no one and are allowed to operate over the rule of law? They never have any skin in the game because the gambling is done with other people's money. The Ponzy schemers are petty juvenile delinquents compared to these career white collar bandits. In a world obsessed with the partying habits of Lindsey Lohan, shouldn't we be demanding that Richard Fuld and his board members be outfitted with permanent ankle bracelets so we all know where they are and what they are doing at all times instead of focusing on someone so insignificant as Lindsey Lohan? Have we lost all common sense?

Here's a bank that lent money to an inexperienced developer (WSG Developers had never done a hi-rise building), allowed them to build three hi-rise towers at the same time in the same location instead of

RECEIVED
DEC 14 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

one at a time as most prudent lenders do or are supposed to do. They even lent WSG money to acquire and develop properties in other states at the same time they were constructing the three towers in our condo all under the promise of future profits. You have to wonder if someone at Lehman was getting greased. Talk about being leveraged 30 to 1. Well when the meltdown occurred it all collapsed like a house of cards leaving the unit owners that kept their end of the deal and closed on their condo units in order not to lose their life savings (purchase deposits) to live in embarrassing conditions like dirty drinking and bathing water, leaking swimming pools, unfinished amenity (restaurants) and common areas, lack of adequate staffing and to be taken continued advantage of by an unscrupulous owner/lender and hotel management company that continues to take master association fees under the threat of liens and foreclosing on delinquent unit owners.

If the unit owners are obligated to pay association fees every month shouldn't we be entitled to receive a timely operating budget to see how our money is being spent? Florida law requires that a budget and audited financial statements be prepared and given to all unit owners every year. We have gotten nothing. Is property insurance and taxes being paid and current? Is the Owner/Lender (Lehman Brothers) current on all the condo dues of the units where purchase deposits were forfeited and on all the units they still own and hold in inventory? How much of our dues are going to pay for Lehman Brothers employees who are even living in units and using the facilities at our condo development? Since when does a lender get to have these privileges and offer them to its employees?

I humbly ask that you step in as overseer of the bankruptcy case of Lehman Brothers and demand they start operating with transparency and accountability to the consumers (unit owners) affected by this catastrophe in all the properties they are still controlling. Clearly, giving this people day to day administration of this huge portfolio of properties is another disaster waiting to happen that I think can still be avoided. Please step in and demand that we are shown how our money is being spent in the form of an annual budget and audited financial statements with full disclosures.

Lehman Brothers' management track record has shown they are incapable of running a 7/11. If they bankrupted one of America's leading financial institutions what makes anybody think they are qualified to manage real estate developments or run a billion dollar resort? The tower where I own my unit has been finished for more than two years and they have only managed to close 35 units out of more than 200. Lehman Brothers' employees and the previous developer allege our tower was released for construction based on signed contracts and paid deposits on hand. Again their performance shows they have no clue as to what they are doing...

Sell and move on? To whom? Everyone in the area knows what a disaster this project has been since the financial meltdown. Property values have tanked so most everybody is upside down...

One final thought...the owner /lender and the hotel management company are collecting more than $300,000.00 in master association dues every month from the unit owners. Where is the money going?

Sincerely,

Eduardo and Melanie Robelo
Mailing Address:
7100 SW 62nd Street
Miami, Florida  33143
Cell  (786) 402-7594

Canyon Ranch Miami Beach
North Tower, Apartment  #1505