UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :    08-13555 (JMP)
                                          :    (Jointly Administered)
            Debtors.                      :
                                          :    Ref. Docket Nos. 13483, 13484,
                                          :    13500 & 13503

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 17, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
22nd day of December, 2010
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                    |
In re                               |   Chapter 11 Case No.
                                    |
                                    |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,|
                                    |   (Jointly Administered)
                                    |
              Debtors.              |
                                    |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   HORIZON II INTERNATIONAL LIMITED              HORIZON II INTERNATIONAL LIMITED
      HSBC HOUSE                                    HSBC BANK USA, NATIONAL ASSOCIATION
      68 WEST BAY ROAD                              CORPORATE TRUST & LOAN AGENCY
      PO BOX 1109 GT                                ATTN: SANDRA E. HORWITZ
      GRAND CAYMAN    KY1-1102                      452 5TH AVENUE
      CAYMAN ISLANDS                                NEW YORK NY 10018-2706
```

Please note that your claim # 20050 in the above referenced case and in the amount of $397,663.80 has been transferred **(unless previously expunged by court order)**

```
      CITIGROUP GLOBAL MARKETS INC.                 CITIGROUP GLOBAL MARKETS INC.
      TRANSFEROR: HORIZON II INTERNATIONAL LIMITED  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
      ATTN: ADAM BENTCH AND HEAD OF STRUCTURED CREDIT ATTN: DOUGLAS R. DAVIS
      390 GREENWICH STREET, FOURTH FLOOR            1285 AVENUE OF THE AMERICAS
      NEW YORK NY 10013                             NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13483 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/17/2010                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 17, 2010.

**EXHIBIT B**

```
TIME: 12:26:16
DATE: 12/17/10                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE: 1
                                                              CREDITOR LISTING

Name                                    Address
CBW LLC                                 TRANSFEROR: YORVIK PARTNERS LLP C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036
CITIGROUP GLOBAL MARKETS INC.           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.           TRANSFEROR: HORIZON II INTERNATIONAL LIMITED ATTN: ADAM BENTCH AND HEAD OF STRUCTURED CREDIT 390 GREENWICH STREET, FOURTH FLOOR
                                        NEW YORK NY 10013
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: US AGBANK, FCB ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
HORIZON II INTERNATIONAL LIMITED        CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, CHRISTY RIVERA, ESQS. 30 ROCKEFELLER PLAZA NEW YORK NY 10112
HORIZON II INTERNATIONAL LIMITED        CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112
HORIZON II INTERNATIONAL LIMITED        HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018
HORIZON II INTERNATIONAL LIMITED        HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706
HORIZON II INTERNATIONAL LIMITED        HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS
US AGBANK, FCB                          ATTN: JIM SHANAHAN 245 N. WACO WICHITA KS 67202
YORVIK PARTNERS LLP                     TRANSFEROR: PRIVATBANK IHAG ZURICH AG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed         11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC