UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |
| | Ref. Docket Nos. 13195, 13515, 13519, 13520, 13522-13528 & 13529 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 20, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of December, 2010
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:    FRONT CAPITAL LTD
               TRANSFEROR: SEPPALA, MARKO
               ALEKSANTERINKATU 48 A
               HELSINKI    00100
               FINLAND

Please note that your claim # 44273 in the above referenced case and in the amount of
        $424,530.00        has been transferred **(unless previously expunged by court order)**

               JPMORGAN CHASE BANK, N.A.
               TRANSFEROR: FRONT CAPITAL LTD
               ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
               ONE CHASE MANHATTAN PLAZA - FLOOR 26
               NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13195      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/20/2010                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 20, 2010.

**EXHIBIT B**

```
TIME: 16:06:15                                    LEHMAN BROTHERS HOLDING INC.                                                  PAGE:   1
DATE: 12/20/10                                         CREDITOR LISTING

Name                                          Address
CCP CREDIT ACQUISITION HOLDINGS, LLC          LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SCOTT HOPSON 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS,         LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
  L.P.
CENTERBRIDGE SPECIAL CREDIT PARTNERS,         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SCOTT HOPSON 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
  L.P.
CENTERBRIDGE SPECIAL CREDIT PARTNERS,         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN:SCOTT HOPSON 375 NORTH AVENUE, 13TH FLOOR NEW YORK NY 10152
  L.P.
COOPERMAN PARTNERS, L.L.C.                    TRANSFEROR: GREEN CREDIT INVESTORS, L.P. C/O ROPES & GRAY LLP / ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
DEUTSCHE BANK AG, LONDON BRANCH               WINSTON & STRAWN LLP ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE NEW YORK NY 10166
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: CHESAPEAKE ENERGY CORPORATION ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
FRONT CAPITAL LTD                             TRANSFEROR: SEPPALA, MARKO ALEKSANTERINKATU 48 A HELSINKI 00100 FINLAND
GREEN CREDIT INVESTORS, L.P.                  ATTN: MICHAEL SOLOMON 11111 SANTA MONICA BLVD., SUITE 2000 LOS ANGELES CA 90025
GREEN CREDIT INVESTORS, L.P.                  HOWARD SOBEL, LATHAM & WATKINS, LLP 885 3RD AVE, THIRD FLOOR NEW YORK NY 10022
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: FRONT CAPITAL LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
SENATOR GLOBAL OPPORTUNITY FUND LP            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SENATOR INVESTMENT GROUP LP ATTN: EDWARD LARMANN
                                              1330 AVENUE OF THE AMERICAS, 26TH FLOOR NEW YORK NY 10019
SENATOR GLOBAL OPPORTUNITY INTERMEDIATE       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SENATOR INVESTMENT GROUP LP ATTN: EDWARD LARMANN
  FUND L.P.                                   1330 AVENUE OF THE AMERICAS, 26TH FLOOR NEW YORK NY 10019
YORK GLOBAL FINANCE BDH, LLC                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN:LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153

Total Number of Records Printed      16
```

EPIQ BANKRUPTCY SOLUTIONS, LLC