UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                      :

In re                                  :          Chapter 11 Case No.
                                      :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :          08-13555 (JMP)
                                      :          (Jointly Administered)
                   Debtors.              :
                                      :          Ref. Docket Nos. 13535 & 13553

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Lauren Rodriguez*
                                                              Lauren Rodriguez

Sworn to before me this
22nd day of December, 2010
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  SUNPOWER CORPORATION                                    SUNPOWER CORPORATION
     CHRISTOPHER JAAP ESQ. ASSOCIATE GENERAL COUNSEL         PETER J SHARP ESQ
     3939 NORTH FIRST STREET                                 DEWEY & LEBOEUF
     SAN JOSE CA 95134                                       1 MINSTER COURT
                                                             MINCING LANE
                                                             LONDON EC3R 7YL UNITED KINGDOM
```

Please note that your claim # 13101 in the above referenced case and in the amount of
$0.00       has been transferred **(unless previously expunged by court order)**

```
DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: SUNPOWER CORPORATION
ATTN: JEFFREY OLINSKY
60 WALL ST., 3RD FLOOR
NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13535       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/21/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 21, 2010.

# EXHIBIT B

```
TIME: 16:45:32                                          LEHMAN BROTHERS HOLDING INC.
DATE: 12/21/10                                               CREDITOR LISTING                                                    PAGE:     1

Name                                    Address
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: SUNPOWER CORPORATION ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LTD ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
                                        ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
MIDWAY MARKET NEUTRAL INTERNATIONAL     KATTEN MUCHIN ROSENMAN LLP ATTN: MARILYN SELBY OKOSHI 575 MADISON AVENUE NEW YORK NY 10022
  MASTER FUND LTD
MIDWAY MARKET NEUTRAL INTERNATIONAL     C/O THE MIDWAY GROUP ATTN: OMAR QAISER 33 WHITEHALL STREET, FLOOR 22 NEW YORK NY 10004
  MASTER FUND LTD
SUNPOWER CORPORATION                    CHRISTOPHER JAAP ESQ. ASSOCIATE GENERAL COUNSEL 3939 NORTH FIRST STREET SAN JOSE CA 95134
SUNPOWER CORPORATION                    PETER J SHARP ESQ DEWEY & LEBOEUF 1 MINSTER COURT MINCING LANE LONDON  EC3R 7YL UNITED KINGDOM


Total Number of Records Printed         6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC