Heinz Fiebiger  
Ch du Roussillon 6  
1217 Meyrin  
Switzerland  
heinz.fiebiger@hotmail.com

Chambers of the  
Honorable James M. Peck  
One Bowling Green  
Courtroom 601

New York, NY 10004

11 december 2010

Re: United States Bankruptcy Court  
Chapter 11 case No. 08-13555 (JMP)

Notice of hearing on debtors' fourty-third omnibus objection to claims  
(late filed Lehman programs securities claims)

| | |
|---|---|
| Creditor<br>Heinz Fiebiger<br>Ch du Roussillon 6<br>Meyrin, 1217 Switzerland | Debtor<br>Lehman Brothers Holdings Inc |
| Claim Number<br>Date Filed<br>Debtor<br>Classification and Amount | 65471<br>11/12/2009<br>08-13555<br>UNSECURED  $ 28,350.00 |

My letter from 8 october 2010

Dear Sirs,

I oppose to the disallowance & expunction of the claim 65471.  
The claim documents were mailed to  
    Lehman Brothers Holdings Processing Center  
    FDR Station PO Box 5076  
    New York, NY 10150-5076  
on 30 October 2009 by TNT Swiss Post AG who guarantee delivery to Eastern USA within two days. The acknowledgement of receipt by Epiq Bankruptcy Solutions, LLC, is dated **13 days** later. There is no acknowledgement of receipt by Lehman Brothers Holdings Processing Center, who must have received the documents within the deadline of the bar date order.

In view of the apparent irregularities in the Processing of the claim I ask for the maintenance of claim number 65471

11 december 2010

Dear Sirs,

I want to underline what was told in my letter above about the late arrival of my claim documents.  
In the meantime I received two letters (Notice of adjournment) from Weil, Gotshal & Manges LLP, attorneys of the debtors, sent by expresses UPS.  
Both letters arrived in Switzerland only two days after shipment. My claim documents were sent by expresses TNT who also guarantees delivery within two days.  
But the arrival of my documents was acknowledged only 13 days later.  
In view of the apparent irregularities in the processing of the claim I ask for the maintenance of claim number 65471.

With my best regards

[signature]

RECEIVED DEC 15 2010