UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X   Chapter 11 Case No.
In re                                                        :
                                                             :   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et*                          :
*al.*,                                                       :
                                                             :   (Jointly Administered)
                                    Debtors.                 :
------------------------------------------------------------ X
LBH OMN158 10-13-2010 (MERGE2,TXNUM2) 4000003913 MAIL ID *** 0035611714 *** BSIUSE: 251


### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       :
                        :.ss:
COUNTY OF NEW YORK      :

I, Frederick W. Telling, being duly sworn, deposes and says:

1. I am over the age of eighteen years and am a party of interest of interest in the above-captioned matter.

2. On the 2nd day of December, 2009, I caused to be served true and correct copies of the *Response In re: Claim No. 3962 (Docket Entry # 13182),* addressed by U.S. Postal Service Certified Mail (With Return Receipt Requested) to each of the parties listed on the service list, attached hereto as Exhibit AA.@

Dated: December/0, 2010                    Respectfully submitted,

                                           /s/ Frederick W Telling
                                           _____
                                           Frederick W. Telling

Notarized:
/s/ Theresa Nichols
NAME:
Notary Public, State of FL.
Qualified in Volusia County
Commission Expires: 4-7-13

THERESA E. NICHOLS
Comm# DD0858255
Expires 4/7/2013
Florida Notary Assn., Inc

## **EXHIBIT "A" - SERVICE LIST**

*Parties Served Via U.S Postal Service/ Certified Mail -Return Receipt:*

Honorable James M. Peck
US Bankruptcy Court, SDNY
One Bowling Green, Courtroom 601
New York, NY 1004

Erin Echols, Esq.
Weil Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:  Evan Fleck, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:  Dennis O'Donnell, Esq

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:  Dennis F. Dunne, Esq.

Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:  Tracy Hope Davis, Esq.

Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:  Linda Rifkin, Esq.

2

Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Masumoto, Esq.

Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Paul Schwartzberg, Esq.

Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Shai Waisman, Esq.