# WHITMAN BREED ABBOTT & MORGAN LLC
### ATTORNEYS AT LAW

500 WEST PUTNAM AVENUE

P.O. BOX 2250

GREENWICH, CONNECTICUT 06830

203-869-3800

TELECOPIER: 203-869-1951

WRITER'S E-MAIL ADDRESS:

*jshaban@wbamct.com*

WRITER'S DIRECT DIAL NUMBER:

*(203) 862-2362*

December 20, 2010

**VIA OVERNIGHT MAIL**
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

RE:    Lehman Brothers Holdings Inc. Case No.: 08-13555-jmp /
Claim No. 800001644

To Whom It May Concern:

This office represented Elizabeth Galt, a former claimant in the above captioned action. Pursuant to the Court's current "Guidelines/Electronic Filing" I am writing to request that the undersigned be removed from the electronic mailing list for this case.

Please do not hesitate to contact me should you have any questions.

Sincerely,

John T. Shaban
JS#1049

JTS/cs

138183