**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                               :

In re                                    :        **Chapter 11 Case No.**
                                               :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
                                             :        **(Jointly Administered)**

                        **Debtors.**       :

                                             :        **Ref. Docket Nos. 12972-12981,**
------------------------------------------------------------------------x   **12983, 12985, 13011, 13014, 13019,**
                                                       **13033, 13034, 13057, 13058 &**
                                                       **13060**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 1, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Eleni Kossivas*
                                             Eleni Kossivas

Sworn to before me this
2nd day of December, 2010
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| |
|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| | |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   AG SUPER FUND INTERNATIONAL PARTNERS, L.P.
      TRANSFEROR: BANC OF AMERICA SECURITIES LLC
      245 PARK AVENUE
      NEW YORK NY 10167

Please note that your claim # 59415 in the above referenced case and in the amount of
     $2,227,630.73        has been transferred **(unless previously expunged by court order)**

BANC OF AMERICA SECURITIES LLC
TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P.
214 N TRYON STREET, NC1-027-14-01
ATTN: JON BARNES
CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12972      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/01/2010                           Vito Genna, Clerk of Court

                                           /s/ Jenna Noble
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 1, 2010.

**EXHIBIT B**

TIME: 15:10:06
DATE: 12/01/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC 245 PARK AVENUE NEW YORK NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO, LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| AXA LIFE LTD | ATTN: MS. ANDREA ROETHLISBERGER GENERAL GUISAN-STRASSE 40 8400 WINTERTHUR SWITZERLAND |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P. 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255 |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P. 214 N TRYON STREET, NC1-027-14-01 ATTN: MEREDITH L. REYNOLDS CHARLOTTE NC 28255 |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: BOTTICELLI, L.L.C. 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255 |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: BOTTICELLI, L.L.C. 214 N TRYON STREET, NC1-027-14-01 ATTN: MEREDITH L. REYNOLDS CHARLOTTE NC 28255 |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: MEREDITH L. REYNOLDS CHARLOTTE NC 28255 |
| BANK LEUMI LE ISRAEL B.M. | TRANSFEROR: SEIA, MICHAEL FOREIGN SECURITIES TRADING 35 YEHUDA HALEVI STREET TEL AVIV 61999 ISRAEL |
| BANK OF KAOHSIUNG OFFSHORE BANKING BRNCH | ATTN JC S J CHEN 6F 168 PA AI 2ND ROAD KAOHSIUNG TAIWAN, PROVINCE OF CHINA |
| BOTTICELLI, L.L.C. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC 245 PARK AVENUE NEW YORK NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO, LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE (GUERNSEY) LIMITED | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (GUERNSEY) LIMITED | CRAVATH, SWAIN & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: CREDIT SUISSE ATTN: TERRI LABARBERA ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: CREDIT SUISSE (GUERNSEY) LIMITED ATTN: TERRI LABARBERA ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: AXA LIFE LTD C/O CARVEL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK OF KAOHSIUNG OFFSHORE BANKING BRANCH C/O DEUTSCHE BANK AG, HONG KONG BRANCH |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: JACK TSAI; LEVEL 60 INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST, KOWLOON HONG KONG |
| FOREST CREEK APARTMENTS | TRANSFEROR: FOREST CREEK APARTMENTS ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| FOREST CREEK APARTMENTS | 369 SAN MIGUEL DRIVE SUITE 135 NEWPORT BEACH CA 92660 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANC OF AMERICA SECURITIES LLC ATTN: SIMON ORR 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANC OF AMERICA SECURITIES LLC ATTN: SIMON ORR 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANC OF AMERICA SECURITIES LLC ATTN: SIMON ORR 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LTD | KATTEN MUCHIN ROSENMAN LLP ATTN: MARILYN SELBY OKOSHI 575 MADISON AVENUE NEW YORK NY 10022 |
| MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LTD | C/O THE MIDWAY GROUP ATTN: OMAR QAISER 33 WHITEHALL STREET, FLOOR 22 NEW YORK NY 10004 |
| SEIA, MICHAEL | 19 NEVEH MATZ WEIZMANN INSTITUTE REHOVOT ISRAEL |
| SEIA, MICHAEL | BENZI DANZIGER - C.P.A 36 EINHAKORE ST. RISHON LE ZION 75271 ISRAEL |

Total Number of Records Printed    30

EPIQ BANKRUPTCY SOLUTIONS, LLC