B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,　　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)
　　　　　　　Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Merrill Lynch Credit Products, LLC** | **TPG Credit Opportunities Fund, L.P.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim #: **16062**
Amount of Claim as Filed: **$14,568,878.01**
Amount of Claim Transferred: **$3,609,920.20**
Date Claim Filed: **9/18/09**

Merrill Lynch Credit Products, LLC
c/o Bank of America Merrill Lynch
Bank of America Tower, 3rd Floor
One Bryant Park
New York, NY 10036

Phone: **646-855-7450**
Facsimile: **646-736-5233**

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ [signature]_____　　　　　Date: **12/21/2010**
　　Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: TPG Credit Opportunities Fund, L.P.

TPG Credit Opportunities Fund, L.P., its successors and assigns, with offices located at c/o TPG Credit Management LP, 4600 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), a portion of all right, title and interest in and to the claims of Seller (originally held by Abaxbank S.p.A.) against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $3,609,920.20, docketed as Claim No. 16062 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21ST day of December, 2010.

WITNESS:

(Signature)
Name: JEFF BENASH
Title: ASSOCIATE
(Print name and title of witness)

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
(Signature of authorized corporate officer)
Name: RON TORDK
Title: VICE PRESIDENT
Tel.:

WITNESS:

_____
(Signature)
Name:
Title:
(Print name and title of witness)

TPG CREDIT OPPORTUNITIES FUND, L.P.
By: TPG Credit Opportunities Fund G.P., L.P., its General Partner

By: _____
(Signature of authorized corporate officer)
Name:
Title:
Tel.:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: TPG Credit Opportunities Fund, L.P.

TPG Credit Opportunities Fund, L.P., its successors and assigns, with offices located at c/o TPG Credit Management LP, 4600 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), a portion of all right, title and interest in and to the claims of Seller (originally held by Abaxbank S.p.A.) against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $3,609,920.20, docketed as Claim No. 16062 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21st day of December, 2010.

MERRILL LYNCH CREDIT PRODUCTS, LLC

WITNESS:

_____
(Signature)
Name:
Title:
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)
Name:
Title:
Tel.:

TPG CREDIT OPPORTUNITIES FUND, L.P.
By: TPG Credit Opportunities Fund G.P., L.P., its General Partner

WITNESS:
_____
(Signature) MARK M WHITE
Name:
Title: INVESTMENT COORDINATOR
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)
Name: JULIE K BAAN
Title: VICE PRESIDENT
Tel.: