**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    **08-13555 (JMP)**
                                          :    **(Jointly Administered)**
         Debtors.                         :
                                          :    **Ref. Docket Nos. 13542-13552**
---------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 17, 2010, I caused to be served the:

    a.  "Notice of Adjournment of Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated December 17, 2010 [Docket No. 13542], (the "37th Omni Notice of Adjournment"),

    b.  "Notice of Adjournment of Debtors' Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims) Solely as to Certain Claims," dated December 17, 2010 [Docket No. 13543], (the "64th Omni Notice of Adjournment"),

    c.  "Notice of Adjournment of Debtors' Fifty-Fourth Omnibus Objection (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims," dated December 17, 2010 [Docket No. 13544], (the "54th Omni Notice of Adjournment"),

    d.  "Notice of Adjournment of Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) Solely as to Certain Claims," dated December 17, 2010 [Docket No. 13545], (the "46th Omni Notice of Adjournment"),

    e.  "Notice of Adjournment of Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims," dated December 17, 2010 [Docket No. 13546], (the "49th Omni Notice of Adjournment"),

f.  "Notice of Adjournment of Debtors' Fifty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims," dated December 17, 2010 [Docket No. 13547], (the "58th Omni Notice of Adjournment"),

g.  "Notice of Adjournment of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated December 17, 2010 [Docket No. 13548], (the "41st Omni Notice of Adjournment"),

h.  "Notice of Adjournment of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims," dated December 17, 2010 [Docket No. 13549], (the "42nd Omni Notice of Adjournment"),

i.  "Notice of Adjournment of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims," dated December 17, 2010 [Docket No. 13550], (the "43rd Omni Notice of Adjournment"),

j.  "Notice of Adjournment of Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims," dated December 17, 2010 [Docket No. 13551], (the "55th Omni Notice of Adjournment"), and

k.  "Notice of Adjournment of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated December 17, 2010 [Docket No. 13552], (the "40th Omni Notice of Adjournment"),

by causing true and correct copies of the:

i.  37th Omni Notice of Adjournment, 64th Omni Notice of Adjournment, 54th Omni Notice of Adjournment, 46th Omni Notice of Adjournment, 49th Omni Notice of Adjournment, 58th Omni Notice of Adjournment, 41st Omni Notice of Adjournment, 42nd Omni Notice of Adjournment, 43rd Omni Notice of Adjournment, 55th Omni Notice of Adjournment, and 40th Omni Notice of Adjournment to be delivered by electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.  37th Omni Notice of Adjournment, 64th Omni Notice of Adjournment, 54th Omni Notice of Adjournment, 46th Omni Notice of Adjournment, 49th Omni Notice of Adjournment, 58th Omni Notice of Adjournment, 41st Omni Notice of Adjournment, 42nd Omni Notice of Adjournment, 43rd Omni Notice of Adjournment, 55th Omni Notice of Adjournment, and 40th Omni Notice of Adjournment to be delivered by facsimile to those parties listed on the annexed <u>Exhibit B</u>,

iii.  37th Omni Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

-2-

iv.    64th Omni Notice of Adjournment, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>,

v.    54th Omni Notice of Adjournment, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit E</u>,

vi.    46th Omni Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>,

vii.    49th Omni Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit G</u>,

viii.    58th Omni Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit H</u>,

ix.    41st Omni Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit I</u>,

x.    42nd Omni Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit J</u>,

xi.    43rd Omni Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit K</u>,

xii.    55th Omni Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit L</u>, and

xiii.    40th Omni Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit M</u>.

T:\Clients\LBH\Affidavits\Ntc(s) of Adjournment re 37th, 40th-43rd, 46th, 49th, 54th, 55th, 58th, 64th Omnis_DI 13542-13552_AFF_12-17-10.doc

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
21st day of December, 2010

_____
Notary Public

Eleni Manners

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

-4-

# Exhibit "A"

## Email Addresses

| | |
|---|---|
| aaaronson@dilworthlaw.com | ashaffer@mayerbrown.com |
| aalfonso@willkie.com | ashmead@sewkis.com |
| abraunstein@riemerlaw.com | asnow@ssbb.com |
| acaton@kramerlevin.com | atrehan@mayerbrown.com |
| acker@chapman.com | aunger@sidley.com |
| adam.brezine@hro.com | austin.bankruptcy@publicans.com |
| adarwin@nixonpeabody.com | avenes@whitecase.com |
| adg@adorno.com | azylberberg@whitecase.com |
| Adiamond@DiamondMcCarthy.com | bankr@zuckerman.com |
| aeckstein@blankrome.com | bankruptcy@goodwin.com |
| aentwistle@entwistle-law.com | bankruptcy@morrisoncohen.com |
| afriedman@irell.com | bankruptcymatters@us.nomura.com |
| agbanknewyork@ag.tn.gov | barbra.parlin@hklaw.com |
| aglenn@kasowitz.com | bbisignani@postschell.com |
| agold@herrick.com | bdk@schlamstone.com |
| agolianopoulos@mayerbrown.com | bgraifman@gkblaw.com |
| ahammer@freebornpeters.com | bguiney@pbwt.com |
| aisenberg@saul.com | bhinerfeld@sbtklaw.com |
| akantesaria@oppenheimerfunds.com | bill.freeman@pillsburylaw.com |
| alesia.pinney@infospace.com | bkmail@prommis.com |
| amarder@msek.com | bmanne@tuckerlaw.com |
| AMcMullen@BoultCummings.com | BMiller@mofo.com |
| amenard@tishmanspeyer.com | boneill@kramerlevin.com |
| Andrew.Brozman@cliffordchance.com | bpershkow@profunds.com |
| andrew.lourie@kobrekim.com | Brian.Corey@greentreecreditsolutions.com |
| angelich.george@arentfox.com | brian.pfeiffer@friedfrank.com |
| ann.reynaud@shell.com | bromano@willkie.com |
| anthony_boccanfuso@aporter.com | brosenblum@jonesday.com |
| aoberry@bermanesq.com | broy@rltlawfirm.com |
| aostrow@beckerglynn.com | btrust@mayerbrown.com |
| apo@stevenslee.com | btupi@tuckerlaw.com |
| aquale@sidley.com | bturk@tishmanspeyer.com |
| araboy@cov.com | bwolfe@sheppardmullin.com |
| arahl@reedsmith.com | bzabarauskas@crowell.com |
| arheaume@riemerlaw.com | cahn@clm.com |
| arlbank@pbfcm.com | calbert@reitlerlaw.com |
| arosenblatt@chadbourne.com | canelas@pursuitpartners.com |
| arthur.rosenberg@hklaw.com | carlsons@sullcrom.com |
| arwolf@wlrk.com | carol.weinerlevy@bingham.com |
| aseuffert@lawpost-nyc.com | cbelisle@wfw.com |

cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com

dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com

dtatge@ebglaw.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efile@willaw.com

efleck@milbank.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

eli.mattioli@klgates.com

elizabeth.harris@klgates.com

ellen.halstead@cwt.com

eobrien@sbchlaw.com

eric.johnson@hro.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

fishere@butzel.com

francois.janson@hklaw.com

frank.white@agg.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gary.ticoll@cwt.com

gbray@milbank.com

george.davis@cwt.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@mwe.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

hanh.huynh@cwt.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@morganlewis.com

hbeltzer@mayerbrown.com

heidi@crumbielaw.com

heim.steve@dorsey.com

heiser@chapman.com

helmut.olivier@lehman.com

hirsch.robert@arentfox.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

ian.levy@kobrekim.com

icatto@kirkland.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

jafeltman@wlrk.com

james.mcclammy@dpw.com

James.Sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

Jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

Jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@state.mn.us

jessica.fink@cwt.com

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgarrity@shearman.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@sbtklaw.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jliu@dl.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

john@crumbielaw.com

john.mcnicholas@dlapiper.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

joli@crlpc.com

jorbach@hahnhessen.com

Joseph.Cordaro@usdoj.gov

joseph.scordato@dkib.com

joshua.dorchak@bingham.com

jowen769@yahoo.com

JPintarelli@mofo.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jtimko@allenmatkins.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jwhitman@entwistle-law.com

k4.nomura@aozorabank.co.jp

karen.wagner@dpw.com

KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com

lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com

mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com

peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com

rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com

sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com

timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

# Exhibit "B"

| Name | Fax |
| --- | --- |
| Internal Revenue Service | 212-436-1931 |
| Office of The US Trustee - Andrew D. Velez-Rivera | 212-668-2255 |

# Exhibit "C"

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED | ORRICK HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND 666 FIFTH AVENUE NEW YORK NY 10103 |
| DEBRA FELDER | ORRICK, HERRINGTON & SUTCLIFFE LLP, COLUMBIA CENTER 1152 15TH STREET  N.W. WASHINGTON DC 20005 |
| PARAMOUNT PRO PRINTING CORPORATION | 418 SUMMIT AVE. JERSEY CITY NJ 07306 |
| ROBERT GOSS | 5 SAILWING CLUB DR., HILTON HEAD ISLAND SC 29926 |
| STACK, RONALD A. | 22 SHOREWOOD DRIVE SANDS POINT NY 11050 |

Total Creditor count  5

# Exhibit "D"

| Claim Name | Address Information |
|------------|---------------------|
| PORTER, DUWARN V | 22897 EAST WIND DR. RITCHTON IL 60471 |

**Total Creditor count  1**

# Exhibit "E"

| Claim Name | Address Information |
|---|---|
| JOHN W. NAREL TRUST (LEONARD E. NAREL, | NANCY NAREL AND LINDA NAREL BENEFICIARIES) C/O LEONARD E. NAREL 33391 DOSINIA DRIVE MONARCH BEACH CA 92629 |

**Total Creditor count  1**

# Exhibit "F"

| Claim Name | Address Information |
|---|---|
| A.M. BEST COMPANY, INC. | AMBEST ROAD OLDWICK NJ 08858 |
| ACTIV FINANCIAL SYSTEMS, INC.* | 125 SOUTH WACKER DRIVE, SUITE 2325 CHICAGO IL 60606 |
| ATLANTIC FORMS AND SYSTEMS, INC. | 181 WEST OLD COUNTRY ROAD HICKSVILLE NY 11801 |
| AUDIO INC | 170-172 WEST WESTFIELD AVE ROSELLE PARK NJ 07204 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 754 MINNESOTA AVENUE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| DAV-EL RESERVATIONS SYSTEM, INC. | 200 SECOND STREET CHELSEA MA 02150-1802 |
| QUINN, PATRICIO | OLAZABAL 1382 - CAPITAL FEDERAL OLAZABAL 1382 1428 ARGENTINA |
| ZPR INTERNATIONAL INC. | 1642 NORTH VOLUSIA AVENUE ATTN: MAX ZAVANELLI ORANGE CITY FL 32763 |

**Total Creditor count  9**

# Exhibit "G"

| Claim Name | Address Information |
|---|---|
| BOUEF LIMITED | LEYZA F. BLANCO, ESQ. GRAYROBINSON, P.A. 1221 BRICKELL AVENUE, SUITE 1650 MIAMI FL 33131 |
| LEYZA F. BLANCO | GRAYROBINSON, P.A. 1221 BRICKELL AVENUE  SUITE 1600 MIAMI FL 33131 |

**Total Creditor count  2**

# Exhibit "H"

| Claim Name | Address Information |
|---|---|
| ACOSTA, FRANK L. | 3071 LA BARCA LN LAS VEGAS NV 89122 |
| COOK, CHADWICK N. | DBA CWC REVOCABLE TRUST 1-13-01 3 VISTA ALBERI NEWPORT COAST CA 92657 |
| CROCKETT, CLYDE & DARLEE J. TTEE | CROCKETT CHRTBLE RMDR UNITRUST U/A 6/27/94 FBO CAL WESTERN LAW SCHOOL 7981 PROSPECT PL LA JOLLA CA 92037 |
| GASTON, GARY | 1919 MARSH COVE BILOXI MS 39532 |
| REVELOTIS, DENNIS CHARLES | 66 FULLER POND RD MIDDLETON MA 01949 |
| SALVATORE, JULIANNE | 309 101ST STREET BROOKLYN NY 11209-8203 |
| TELLING, DR. FRED W | 2068 COUNTRY CLUB DRIVE PORT ORANGE FL 32128 |

**Total Creditor count  7**

**Exhibit "I"**

| Claim Name | Address Information |
|---|---|
| ABRAHAM L. ZYLBERBERG | WHITE & CASE LLP, 1125 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| CHAN, LORI | 33-49 75TH STREET JACKSON HEIGHTS NY 11372 |
| GATEX PROPERTIES INC | C/O ANDREW GATY 1800 ST.JAMES PLACE SUITE 300 HOUSTON TX 77056-4109 |
| GH PHIPPS CONSTRUCTION COMPANIES 7061931 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| HAHN-COLBERT, SANDRA | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| JOHN, TAN LYE THIAM | B288A BUKIT BATOK ST. 25 #15-228 SINGAPORE 650288 SINGAPORE |
| KAZUMICHI NORIMATSU | 14-10-306 SUZURANDAI-HIGASHIMACHI 9-CHOME, KITAKU KOBE-CITY HYOGO 651-1112 JAPAN |
| KING, HARRIET CHAN | 395 SOUTH 2ND STREET #1 BROOKLYN NY 11211 |
| LAYTON COMPANIES, INC, THE 5175510 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| MCMAHON, EDITH E & JOSEPH F. MCMAHON | 310 PACIFIC AVENUE WEST CAPE MAY NJ 08204 |
| OMAR-JOHN C. CHAVEZ   WENDY L. MAGER | SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP, 2 RESEARCH WAY PRINCETON NJ 08540 |
| PATRICK D. OH | FRESHFIELDS BRUCKHAUS DERINGER US LLP, 520 MADISON AVENUE NEW YORK NY 10022 |
| QUISMORIO, JAMES | 1738 VIA DEL REY SOUTH PASADENA CA 91030 |
| REID, WAYNE D, II | 433 LANGLEY OAKS DRIVE MARIETTA GA 30067 |
| RODRIGUEZ-COLON, ELIZABETH | URB. DOS PINOS 784 CALLE LINCE SAN JUAN PR 00923 |
| SINCLAIR MEDICAL PLAN SI97400 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| SMEJKAL, FRANK | 1305 BEVERLY STREET HOUSTON TX 77008 |
| STARTEK INC. 8109959 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| UT STATE BAR 8938175 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| UTAH BUSINESS/BENCHMARK INSURANCE CO. 8914701 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |

**Total Creditor count  21**

# Exhibit "J"

| Claim Name | Address Information |
|---|---|
| ABLEMEN & ASSOCIATES LTD | FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE 78 BONHAM ROAD HONG KONG CHINA |
| AGUILERA CAELLES, VICENTE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| AGUILERA CAELLES, VICENTE | AV. DE ROMA, 153-2-2 BARCELONA 08011 SPAIN |
| ALBAREDA COSTA, MARIA JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| ALBAREDA COSTA, MARIA JOSE | C/PARIS 57-61, 2-1 BARCELONA 08029 SPAIN |
| BERTRAN ALCADE, JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| BERTRAN ALCADE, JOSE | C/MIGUEL REVERTER, 7-A SANT JUST DESVERN( BARCELONA 08960 SPAIN |
| BURROW, MICHAEL | HOUSEBOAT MADDALENA 106 CHEYNE WALK LONDON SW10 0DG UNITED KINGDOM |
| CASTANER, ANTONIO REDON | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CASTANER, ANTONIO REDON | AVDA. MADRID, 94 SANT CUGAT DE VALLES BARCELONA 08915 SPAIN |
| CHANG SING CHEUNG &/OR SO WAI LAN | FT E 24/F BLK 1 PARK VIEW GDN 8 PIK TIN STREET SHATIN HONG KONG |
| CHAU KAM MAN & CHIANG WAI MAN VIVIAN | 17A HILLTOP 60 CLOUD VIEW ROAD NORTH POINT HONG KONG |
| CRAIG H. ULMAN & KHANG V. TRAN | HOGAN LOVELLS US LLP, COLUMBIA SQUARE 555 THIRTEENTH STREET  N.W. WASHINGTON DC 20004 |
| DAN SHAKED | SHAKED & POSNER, 255 W. 36TH ST.  8TH FLOOR NEW YORK NY 10018 |
| DE LA ROSA DIAZ, JOSE ANTONIO | CALLE JULIAN SANZ IBANEZ 44 4-C ZARAGOZA 50017 SPAIN |
| EITO EITO, ANGELES | CALLE DOCTOR CERADA 14-16 ESE. 2, 6 ZARAGOZA 50005 SPAIN |
| ELEUTERIO GONZALEZ ALVAREZ | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| ELEUTERIO GONZALEZ ALVAREZ | MARIA MERCEDES GASCH RIUDOR AVDA. PRAT DE LA RIBA, 54 BAJOS GRANOLLERS (BARCELONA) 08401 SPAIN |
| FERNANDEZ TREMPS, ADOLFO & | MARIA VICENTA ORTEGA ORDOVAS CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE,VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| FERNANDEZ TREMPS, ADOLFO & | MARIA VICENTA ORTEGA ORDOVAS CORCEGA 89, ATICO 2 BARCELONA 08029 SPAIN |
| FERNANDEZ, ADOLFO RAMIRO | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| FERNANDEZ, ADOLFO RAMIRO | C/GANDUXER, 96, ENTLO. 1 BARCELONA 08022 SPAIN |
| FERNANDO ALAIX IDOATE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| FERNANDO ALAIX IDOATE | C/FOLGAROLAS, 30, 3-2 BARCELONA 08022 SPAIN |
| FOK YIM SHEUNG, FLORIA | 26 H BLOCK 13 YUET WU VILLA TUEN MUN HONG KONG |
| FORCE MANNER COMPANY LIMITED | 44 WYNDHAM STREET 27/FLOOR, UNIT C&D WYNDHAM PLACE, CENTRAL HONG KONG |
| FOREST HOLDING INC | 60 MARKET SQAURE P.O. BOX 364 BELIZE CITY BELIZE |
| FOREST HOLDING INC | ROGERIA MAURICIA SILVA COSTA RUA D. MARIA DORES PAYZINHO 66, LT 4 BRC CARCAVELOS 2775 PORTUGAL |
| GALLEN RALUY, LIDIA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GALLEN RALUY, LIDIA | C/LA PLANA, 1 URB. LA LLOBERA CABRILS(BARCELONA) 08348 SPAIN |
| GARCIA-MILA PALAUDARIAS, JAIME & ROSA M MATEU SOLE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GARCIA-MILA PALAUDARIAS, JAIME & ROSA M MATEU SOLE | CARRENCA, 29, 6-2 BARCELONA 08017 SPAIN |
| GARCIA-TORRENT MOLINA, RAMON | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GARCIA-TORRENT MOLINA, RAMON | C/GANDUXER, 132-6-2 BARCELONA 08022 SPAIN |
| GINE DAVI, JOSE & MARIA CARIDAD ROGER PLANAS | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GINE DAVI, JOSE & MARIA CARIDAD ROGER | PASEO BONANOVA, 26, 5-2 BARCELONA 08022 SPAIN |

| Claim Name | Address Information |
|---|---|
| PLANAS | PASEO BONANOVA, 26, 5-2 BARCELONA 08022 SPAIN |
| GONG CHENG HSIUNG | 23/F B BLOCK 5 AVON PARK 15 YAT-MING ROAD FANLING, NT HONG KONG |
| GONZALEZ ALVAREZ, ELEUTERIO & | MARIA MERCEDES GASCH RUIDOR CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE,VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ ALVAREZ, ELEUTERIO & | MARIA MERCEDES GASCH RUIDOR AVDA. PRAT DEL A RIBA, 54 BAJOS GRANOLLERS ( BARCELONA 08401 SPAIN |
| GONZALEZ GASCH, ESTEBAN | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, ESTEBAN | JULIA CENTELLES, 14, 4-2 GRANOLLERS 08402 SPAIN |
| GONZALEZ GASCH, HELENA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, HELENA | PRINCEP DE VIANA, 15, 1-2 GRANOLLERS (BARCELONA) 08400 SPAIN |
| GONZALEZ GASCH, MERCEDES | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, MERCEDES | PRAT DE LA RIBA, 54 GRANOLLERS (BARCELONA) 08400 SPAIN |
| GONZALEZ ROQUET, MARIA | CALLE VERONICA 16 4 IZQ. ZARAGOZA 50001 SPAIN |
| GROOTENHUIS, J.B. | ROSTOCKLAAN 14 BUSSUM 1404 AG NETHERLANDS |
| HARTMUT RITTER | BREITE STRASSE 25/26, 38100 BRAUNSCHWIEG 38100 BRAUNSCHWIEG GERMANY |
| HERRERO MORO, MARIA DEL MILAGRO & | PEDRO HERNANDEZ DEL SANTO CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA,VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| HERRERO MORO, MARIA DEL MILAGRO & | PEDRO HERNANDEZ DEL SANTO ALTA DE GIRONELLA, 49, PISO 3 BARCELONA 08017 SPAIN |
| HIJOS RAUBERT, ESTEBAN & MARIA JESUS GAGO MOREDA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| HIJOS RAUBERT, ESTEBAN & MARIA JESUS GAGO MOREDA | PJ DEL CARMEN, 30, CASA D SANT CUGAT DEL VALLES ( BARCELONA 08190 SPAIN |
| HO KAM YUEN | FLAT C, 5/F 28 NASSAU STREET, MEI FOO SUN CHUEN KOWLOON HONG KONG |
| HO, CHU WAI YEE., DR | 8/F HUMPHREY PLAZA, 4 HUMPHREYS AVE TSIM SHA  TSUI KOWLOON HONG KONG |
| IBERAVAL SGR | C/ESTACION, 13 C.I.F. XXXXX0796 VALLADOLID 47004 SPAIN |
| IE SHE HOEN & TAN TJIANG MOY | FLAT C-2, 17/F, BLK C, WILSHIRE TOWER 200 TIN HAU TEMPLE ROAD HONG KONG |
| INTEGRALE CCA. | PLACE SAINT JOCQUES 11 BTE 101 LIEGE 4000 BELGIUM |
| JOOST WILLEMEN | VIJFHUIZENBERG 50, POSTBUS 69 4700 AB  ROOSENDAAL 4700 AB  ROOSENDAAL THE NETHERLANDS |
| JOSE RUIVO DRAGAO, JOAO | VILA DRAGAO ALDEIA CAMPO VILAMOURA QUARTEIRA 8125-417 PORTUGAL |
| JOVE VINTRO, JOSE L | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| JOVE VINTRO, JOSE L | C/BEETHOVEN, 12-5-1 BARCELONA 08021 SPAIN |
| JUANALS GARCIA, JUAN & ANNA BELLVEHI SOLER | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| JUANALS GARCIA, JUAN & ANNA BELLVEHI SOLER | CL JOAQUIN VAYREDA, 22-1 GERONA 17001 SPAIN |
| JUVENTIS INTERNATIONAL LIMITED | LEVEL 13 1 QUEEN'S ROAD CENTRAL HONG KONG |
| KING SANG, LEUNG | FLAT/ROOM C 20/F BLOCK 5 CITY ONE SHATIN TAK KEI STREET SHATIN N.T. HONG KONG |
| KUNTZE-BRAACK, NILS | KLABAUTERMANNWEG 130 HAMBURG D-22457 GERMANY |
| KUNTZE-BRAACK, SILVIA | KLABAUTERMANNWEG 130 HAMBURG D-22457 GERMANY |
| LAFRANCE, HUGHES | 49 RUE JOSEPH GORIN KAIN-TOURNAI 7540 BELGIUM |
| LAFRANCE, MARTINE | 8, RUE DU PAVE DORMONT KAIN-TOURNAI 7540 BELGIUM |
| LAFUENTE BEL, JOSE LUIS | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| LAFUENTE BEL, JOSE LUIS | M. CARMEN CAMINALS ROSELL PSJ. XIPRE, 1-4-2 HOSPITALET DE LLOBREGAT( BARCELONA 08903 SPAIN |
| LAM YING CHOI & YEUNG SO FAN | 12B, BLOCK 1, FLORA GARDEN 7 CHUN FAI ROAD HONG KONG |

| Claim Name | Address Information |
|---|---|
| LICERAS RUIZ, JOSE LUIS | C/MEMORIAL NUNEZ BLANCA NO. 9 GRANADA 18007 SPAIN |
| LIN CHAN, HING | SHUK YI LIU, IVY 3A BLOCK 32 GREENWOOD TERRACE 26-28 SUI WO ROAD FO TAN HONG KONG |
| LIN HSIEN HSIUNG &/LIN LAI CHAO YIN | &/LIN YU TANG &/LIN YU TING NO 58 KWANG MING ROAD TA CHIA TAICHUNG HSIEN 437 TAIWAN TAIWAN, PROVINCE OF CHINA |
| LOPEZ, AIDA MARIA ARNAIZ | CAJA DE CREDITO DE LOS INGNENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| LOPEZ, AIDA MARIA ARNAIZ | C/BAQUE, 6 CERDANYOLA DEL VALLES BARCELONA 08290 SPAIN |
| MARIA CONCEPCION DE AGUIRRE TORRES | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| MARIA CONCEPCION DE AGUIRRE TORRES | C/MANDRI 49, 4-PTA. 11 BARCELONA 08022 SPAIN |
| MATELLANES MARTIN MATEOS, JOSE M. | & MERCEDES DE AZPIAZU GELABERT PGE. DE LES MORERES, 4 CAN BALET PREMIA DE DALT ( BARCELONA 08003 SPAIN |
| MATELLANES MARTIN MATEOS, JOSE M. & | MERCEDES DE AZPIAZU GELABERT CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE,VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| MEEUS LUDOVICUS | COLETTYNENHOF 16 BRUGGE 8000 BELGIUM |
| MEEUS-AELBRECHT, LUDOVICUS | COLETTIJNENHOF 16 BRUGGE 8000 BELGIUM |
| MICHAEL PLFAUMER | GROSSMAN & HAAS, KRONENSTRASSE 24  ZEPPELIN-CARRE 70173 STUTTGART 70173 STUTTGART GERMANY |
| MOK SIU YUK, EMILY | 167 QUEEN'S ROAD EAST 5TH FLOOR WANCHAI HONG KONG |
| MONTSERRAT CABRE RABADA, MARIA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| MONTSERRAT CABRE RABADA, MARIA | ENCARNACION CABRE RABADA C/VILADOMAT, 235-237, 3-1 BARCELONA 08029 SPAIN |
| MR. EDUOARD FREMAULT | AVENUE EDMOND VAN NIEUWENHUYSE 6B8, 1160 BRUSSELS 1160 BRUSSELS BELGIUM BELGUIM |
| NANCY KOURLAND | ROSEN & ASSOCIATES, 747 THIRD AVENUE NEW YORK NY 10017 |
| NG PUI SHAN VINCI | FLAT C 21/F BLOCK 11 CITY GARDEN NORTH POINT HONG KONG |
| ORIOL DE MINGO, MANUEL | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| ORIOL DE MINGO, MANUEL | MERCEDES BITAUBE CORTES BALMES, 415, 7-D BARCELONA 08022 SPAIN |
| PARDO CORDERO, EMILIO | BOITE POSTALE N. 4 BEDOUS 64490 FRANCE |
| PEARL ASSURANCE PLC | AXIAL INVESTMENT MANAGEMENT LIMITED MIDDLE OFFICE SENTINEL HOUSE 16 HARCOURT STREET LONDON W1H 4AD UNITED KINGDOM |
| PEDRAZA LLANOS, JOSE LUIS | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| PEDRAZA LLANOS, JOSE LUIS | C/CAMI DE CAN GANXET, 47-1-2 SANT CUGAT DEL VALLES BARCELONA 08190 SPAIN |
| PEREZ RUIZ DE TORRES, JUAN JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| PEREZ RUIZ DE TORRES, JUAN JOSE | C/LA LUZ, 1 BJS. CASABERMEJA(MALAGA) 29160 SPAIN |
| PLENTYWEALTH INVESTMENT CO. LTD | ROOM 2206 22/F 118 CONNAUGHT ROADWEST HONG KONG HONG KONG |
| POON YUK WAH | G/F, HOUSE B, 11-13 WILTSHIRE ROAD WILTSHIRE PLACE KOWLOON TONG HONG KONG |
| ROBIN E. KELLER & CHRISTOPHER BRYANT | HOGAN LOVELLS US LLP, 875 THIRD AVENUE NEW YORK NY 10022 |
| SANCHEZ-LAFUENTE MARIOL, JUANA MARIA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SANCHEZ-LAFUENTE MARIOL, JUANA MARIA | JOSE ASTO RULL PS. SANT JOAN 165, 4-2 BARCELONA 08037 SPAIN |
| SANGLAS CAMPS, JAVIER | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SANGLAS CAMPS, JAVIER | C/RICARDO VILLA, 7-9, 3-4 BARCELONA 08017 SPAIN |
| SANMARTI AULET, JUAN M. | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SANMARTI AULET, JUAN M. | MARIA ANTONIA BOSCH MALLADA PS. DEL COLLET, 9-11, ESC. C 3-2 CASTELLDEFELS(BARCELONA) 08860 SPAIN |

| Claim Name | Address Information |
|---|---|
| SANZ GARETA, MARIA TERESA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SANZ GARETA, MARIA TERESA | C/DEGA BAHI, 39-2 BARCELONA 08026 SPAIN |
| SCHOWATAN, CHRISTINA | MEDAUTBHAT 1 MUTTERSTADT 67712 GERMANY |
| SCHRETLEN & CO. N.V. | APOLLO HOUSE – APOLLOLAAN 15, 1077AB AMSTERDAM 1077AB AMSTERDAM THE NETHERLANDS |
| SCHRODER, INGRID | BRENTANOSTRASSE 12 BONN D-53113 GERMANY |
| SHRAM, MOSHE AND HANNA SHRAM | LAW OFFICES OF JONATHAN SCHWARTZ 4640 ADMIRALTY WAY SUITE 500 MARINA DEL REY CA 90292 |
| SIEPMANN & CIE GMBH & CO KG | JENISCHSTR. 35 HAMBURG 22609 GERMANY |
| SOLER LINARES, JESUS | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SOLER LINARES, JESUS | C/LA PLANA, 1 URB. LA LLOBERA CABRILS(BARCELONA) 08348 SPAIN |
| STAHL, GABRIELE | MAIUPARKSTRASSE 11 MAINASCHAFF D-63814 GERMANY |
| STEINHARDT, PEDRO | AMENABAR 1572 P2 "A" BUENOS AIRES 1426 ARGENTINA |
| STRADMEIJER, A.E. | GRONINGERSTRAAT 187 DE PUNT 9493 PB NETHERLANDS |
| SUBIRA FARRE, PEDRO | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SUBIRA FARRE, PEDRO | RAMONA SERENTILL LLOVERA C/DOLORS MODOLELL, 7 BIS BAJOS 2 SAN JUST DESVERN ( BARCELONA 08960 SPAIN |
| SUTER, CLAUDIA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| SYNAM LIMITED | WING ON COURT 18TH FLOOR, FLAT C 24 HOMANTIN HILL ROAD KOWLOON HONG KONG |
| TOP ADVANCE LIMITED | 31/F THE CENTER 99 QUEEN'S ROAD CENTRAL HONG KONG |
| TSUI, JOHN &/OR LEE HO YI LINDA | FLAT 4 3/F BLOCK B KING LAI COURT 36-38 COURT FUNG SHING ST NGAU CHI WAN HONG KONG |
| VAN MEURS-BERGSMA, HMA | GRENSLAAN 6 AERDENHOUT 2111 GH NETHERLANDS |
| VILA DESPUJOL, MIGUEL & CARMEN | GRIFOLL DE LA ESPERANZA CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA,VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| VILA DESPUJOL, MIGUEL & CARMEN | GRIFOLL DE LA ESPERANZA PASEO BONANOVA, 12 BARCELONA 08022 SPAIN |
| VILCHEZ MOLEON, ANTONIO | CALLE CASTANEDA NUMERO 4, PISO 3 O C GRANADA 18009 SPAIN |
| VILLANUEVA TORAN, JOSE ENRIQUE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| VILLANUEVA TORAN, JOSE ENRIQUE | AV. MERIDIANA, 24-6-1 BARCELONA 08018 SPAIN |
| WEB-PRO TECHNOLOGY LIMITED | PALM GROVE HOUSE P.O. BOX 438 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| WONG YEE WAN & POON KAI HUNG | FLAT E, 8/F, BLK 1 POK FU LAM GDNS POK FU LAM HONG KONG |
| WOUTERS, DANIELLE | STEENOVENSTRAAT 14 WESTMALLE 2390 BELGIUM |
| WRENTON MANAGEMENT LIMITED | 2ND FLOOR ABBOTT BUILDING P.O. BOX 933 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| YAM CHAK HONG HENRY | FLAT A, 17/F, HIBISCUS COURT WORLD-WIDE GARDENS 7 LUNG PAK ST. SHATIN HONG KONG |
| YU CHUN KWAN | RM 808 8/F BLK H LUK YEUNG SUN CHUEN TSUEN WAN, NEW TERRITORIES HONG KONG |

**Total Creditor count  137**

# Exhibit "K"

| Claim Name | Address Information |
|---|---|
| ABLEMEN & ASSOCIATES LTD | FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE 78 BONHAM ROAD HONG KONG |
| AJF HOLDING B.V. | TER BORCHLAAN 43 GRONINGEN 9728 XA NETHERLANDS |
| AJF HOLDING B.V. | PLAS\|BOSSINADE ADVOCATEN ATTN: MR. S.N.S.M. MAK POSTBUS 1100 GRONINGEN 9701 BC THE NETHERLANDS |
| ANDERSEN, SAMUEL MAGNUS | LONALEITET 157 HAUKELAND 5268 NORWAY |
| ANDREA PINCUS | REED SMITH LLP, 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| AUGUSTO, CHIERICHETTI | VIA DELLA BIELLA, 6 CASTELLANZA (VA) 21053 ITALY |
| BAKKER, P.J. | POSTBUS 741 MAASTRICHT 6200 AS NETHERLANDS |
| BANI, THEOPHIL | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| BIANCO, GRAZIELLA | VIA TANA BASSA, 30 MONTEGROSSO D'ASTI (AT) 14048 ITALY |
| BUGINI, HANS & BARBARA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| CARDENO FORASTERO, JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVELLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CARDENO FORASTERO, JOSE | AVDA. DE CHILE, 38, 6-2 BARCELONA 08028 SPAIN |
| CERDA BARO, AGUSTIN | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CERDA BARO, AGUSTIN | ROSA MUSSONS SALABERT GAVINA 16, INTERIOR CERDANYOLA DEL VALLES BARCELONA 08290 SPAIN |
| CHU, TAI-FANG & SHU MEI LIN | PO BOX 8-95 TAIWAN KAOHSIUNG 807 TAIWAN, PROVINCE OF CHINA |
| CLAUS-PETER KNOELLER | KURPFALZSTRASSE 10, 67133 MAXDORF 67133 MAXDORF GERMANY |
| COCA VANO, FRANCISCO JOSE | C/MANUEL DEL VALLE, 16,5 DCHA MADRID 28043 SPAIN |
| COLLET CABOT, JOAN | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| COLLET CABOT, JOAN | ROSA FISA PLANA MANILA 59, 5-1 BARCELONA 08034 SPAIN |
| CORDONCILLO FONTANET, FRANCISCO J. | & MARIA DEL ROSER MITJAVILA GARCIA CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE,VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CORDONCILLO FONTANET, FRANCISCO J. | & MARIA DEL ROSER MITJAVILA GARCIA SALVADOR ESPRIU, 95, 3-2 BARCELONA 08005 SPAIN |
| DILISSEN, MARLEEN | ENGELSTRAAT 82 SINT-AMANDSBERG 9040 BELGIUM |
| EDIFICACIONES MARSOL, S.A. | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |
| EIGENHEER, HEIDI | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| EITAN LAVIE  SULAMI LAVIE | LAW FIRM, RUBENSTEIN BLDG, 20 LINCOLN ST.  15TH FLOOR TEL-AVIV 67134 ISRAEL |
| ERNSDORFO, KARL | C/O ROTTER RECHTSANWATTE LUISE-ULLRICH-STR. 2 GRUNWALD 82031 GERMANY |
| EUROMIX SICAV, SA | AVENIDA MADRID, 77-10-A LOGROFRO 26006 SPAIN |
| FABER, DOEKE C. | VIRULYPAD 27 LEYDEN 2316 ZS NETHERLANDS |
| FIEBIGER, HEINZ | CH DU ROUSSILLON 6 MEYRIN 1217 SWITZERLAND |
| FISCHLI, RUDOLF & MARIANNE | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| FLACH-MEIER, REGULA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| FRIEDRICH, A.J. | PLAS\|BOSSINADE ADVOCATEN ATTN: MR. S.N.S.M. MAK POSTBUS 1100 GRONINGEN 9701 BC THE NETHERLANDS |
| GLOOR, MAX | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| GOSELE, HEINZ & DORIS | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| HE PING &/OR DING XIAFEN | NO 29 SHAN YANG LU TWO LUNG HUNG HOU DISTRICT SHANGHAI CHINA |
| HEINEMANN, A.A.M. | SEGBROEKLAAN 110 THE HAGUE 2565 DN NETHERLANDS |
| KALT, EDGAR | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| KNUPP, WALTER & EDITH | TECTRON AG FINANCBERATUNG HINGERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| KOK, ERIC | 54 JALAN BUKIT SEGAR 3 TAMAN SEGAR CHEARS KUALA LUMPUR 56100 MALAYSIA |
| LIMTONG MANUEL TAN &/ | OR LIMTONG EUSEBIO EDGARDO TAN SERAFIN BORCES STREET MABOLO CEBU CITY PHILIPPINES |
| LIN WU CHUEH & SHIH SHU TSUN | NO 36 LANE 319 CHIN HUA RD TAIWAN TAICHUNG TAIWAN, PROVINCE OF CHINA |
| MARTINEZ LOPEZ, ENCARNACION | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |

| Claim Name | Address Information |
|---|---|
| MEYER-MEIER, ADRIAN | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| MOHINANI HASSOMAL BULCHAND &/ | OR MOHINANI RENU HARISH FLAT A 15/F WING ON COURT 24 HOMANTIN HILL ROAD KOWLOON HONG KONG |
| MOHINANI, HASSOMAL BULCHAND AND RENU HARISH | 18/F 909 CHEUNG SHA WAN ROAD LAI CHI KOK KOWLOON HONG KONG |
| MOTLLO CARBO, ANTONIO | C/ LOS PENASCALES 46, 6-A MADRID 28028 SPAIN |
| MOTLLO MARTINEZ, ANTONIO | C/ SANTA MARIA MAGDALENA 19 MADRID 28016 SPAIN |
| N.V. DE VEREENIGDE EFFECTEN COMPAGNIE | OOSTBUS 81, 1135 ZJ EDAM THE NETHERLANDS |
| NANCY KOURLAND | ROSEN & ASSOCIATES, 747 THIRD AVENUE NEW YORK NY 10017 |
| NICHOLAS BAKER | SIMPSON THACHER & BARTLETT LLP, 425 LEXINGTON AVENUE NEW YORK NY 10017 |
| NIESZNER, THOMAS & CORNELIA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| REYMEN, EDMOND | K. DE PRETERLEI 42 BORGERHOUT 2140 BELGIUM |
| SCHENKER, RUDOLF & ERIKA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-55-6 SWITZERLAND |
| SCHEURMANN, BEATRIX | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| SCHNOPP, MAX LUDWIG | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| SCHWARZ, MATTHIAS & BRIGITTA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| SPILT, J.C. | VALKEVEENSELAAN 2 A HUIZEN 1272 ND NETHERLANDS |
| STRADMEIJER, A.E. | GRONINGERSTRAAT 187 DE PUNT 9493 PB NETHERLANDS |
| STRAUSS-MUHLEMANN, PETER | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| THAM YIU KWOK | RM 26A AMBER GARDEN 70-72 KENNEDY ROAD HONG KONG |
| VAN DER SPEK, E.J. EN/OF VAN HOF, M.M.G. | BREDEWEG 17 WADDINXVEEN 2742 KT NETHERLANDS |
| VAN OVERBEKE, IGNACE | LOPPENSESTRAAT 39 LOPPEM 8210 BELGIUM |
| VOGLER, KARL & ALICE | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 AARAU 5001 SWITZERLAND |
| VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| WELLINGER, CHRISTOPH | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| WERNLI, BEAT & MARIA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| WILLEMS, SIMONE | KREGLINGERSTRAAT 39 DEURNE (ANTWERPEN) B-2100 BELGIUM |
| WINIGER, ROMAN | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| WONG TAK KEUNG & LAM SAU LING | 8/F, 93D BROADWAY, MEI FOO SUN CHUEN KOWLOON HONG KONG |
| WOO SET WAH & CHUI FUNG MING SANDRA | 11D, LILY COURT 9 LUNG PAK ST WORLD-WIDE GARDENS SHATIN, NT HONG KONG |
| WOODTLY, URSULA & NICOLA MUMENTHALER | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| YIU YUEN ON PAUL | FLAT 7D WING ON COURT 24 HO MAN TIN HILL ROAD KOWLOON HONG KONG |

**Total Creditor count  73**

# Exhibit "L"

| Claim Name | Address Information |
| --- | --- |
| LEYZA F. BLANCO | GRAYROBINSON, P.A. 1221 BRICKELL AVENUE  SUITE 1600 MIAMI FL 33131 |
| LILITH VENTURES, LTD | LEYZA F. BLANCO, ESQ. GRAYROBINSON, P.A. 1221 BRICKELL AVENUE, SUITE 1650 MIAMI FL 33131 |

**Total Creditor count  2**

# Exhibit "M"

| Claim Name | Address Information |
|---|---|
| ALLIANZ GLOBAL INVESTORS FRANCE SA ACTING ON | BEHALF OF THE FUND CEA,KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| AMSTER, GERALDINE D. | 1307 PALISADES DR. PACIFIC PALISADES CA 90272 |
| AMSTER, GILBERT & GERALDINE | 1307 PALISADES DR PACIFIC PALISADES CA 90272 |
| ATHERTON CONSTRUCTION, INC. 0552700 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| BANK OF ESTONIA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, STE 100 NEWPORT BEACH CA 92660 |
| BEST LIFE & HEALTH INSURANCE 56011039 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| BIRASCHI,PAOLA | FLAT 73 BRYANSTON COURT II GEORGE STREET LONDON, GT LON W1H 7HD UNITED KINGDOM |
| BUILDING MANAGEMENT SERVICES 1146295 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | ATTN: JAMES K. OPENSHAW, SENIOR STAFF COUNSEL CALIFORNIA ENERGY RESOURCES SCHEDULING PO BOX 219001 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95821-9001 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | ATTN: RAPHAEL SHANNON, ESQ. MCCARTHY JOHNSON & MILLER LC 595 MARKET STREET, SUITE 2200 SAN FRANCISCO CA 94105 |
| CARROLL DEVILLIER JR. | BREAZEALE, SACHSE & WILSON, L.L.P., 23RD FLOOR  ONE AMERICA PLACE 301 MAIN STREET BATON ROUGE LA 70821-3197 |
| CATHAY UNITED BANK | DAVID W. PARHAM BAKER & MCKENZIE LLP 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201 |
| CHURCH OF SCIENTOLOGY INT. 1481250 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| CHURCH OF SCIENTOLOGY RELIGIOUS TR 1406252 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| CPF BOARD | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| DAVID S. PEGNO | DEWEY PEGNO & KRAMARSKY LLP, 220 E. 42ND STREET NEW YORK NY 10017 |
| DAVID W. PARHAM | 2001 ROSS AVENUE, 2300 TRAMMELL CROW CENTER, DALLAS TX 75201 |
| DE JESUS, NESTOR E | LA VILLA DE TORRIMAR REINA ANA STREET #163 GUAYNABO PR 00969 |
| DE NICOLA, MICHELA | B66 ALBION RIVERSIDE 8 HESTER ROAD LONDON SW11 4AP UNITED KINGDOM |
| DESERET GEN & TRANS CO-OP 1810550 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| DIMEGLIO, ROBERT | 344 E 28TH STREET, SUITE 23H NEW YORK NY 10016 |
| DIXIE AND ANNE LEAVITT FOUNDATION 5184809 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| DOW CORNING CORPORATION | KIRKLAND & ELLIS LLP ATTN: LEONARD KLINGBAUM ATTN: PETER TSAO 601 LEXINGTON AVE NEW YORK NY 10022 |
| EMPIRE STATE CARPENTERS PENSION PLAN | C/O MANNING-NAPIER ADVISORS INC ATTN: KIM BAXTER 290 WOODCLIFF DR FAIRPORT NY 14450 |
| FILBEE, SARAH M | 107 MAZE HILL GREENWICH LONDON SE108XQ UNITED KINGDOM |
| FOCHT, DEBORAH E | AKERMAN SENTERFITT LESLIE A. UTIGER, ESQ. (ATTORNEY ON BEHALF OF BNC MORTGAGE, INC.) 401 E, JACKSON STREET. SUITE 1700 TAMPA FL 33602 |
| FOCHT, DEBORAH E | 530 E LAUREL ROAD NOKOMIS FL 34275 |
| FRANZO, ROSEMARIE | 119 87TH STREET BROOKLYN NY 11209 |
| FRYER, KELLY | 49 MARITIME CLOSE KENT GREENHITHE DA9 9QW UNITED KINGDOM |
| GARADEX INC. | C/O ANDREW GATY 1800 ST.JAMES PLACE SUITE 300 HOUSTON TX 77056 |
| GELB, JAY | 185 SOUNDVIEW DRIVE PORT WASHINGTON NY 11050 |
| GMAM GROUP PENSION TRUST II | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD HOLMES NY 12531 |

| Claim Name | Address Information |
|---|---|
| IRODA, NAGY ES TROCSANYI UGYVEDI | UGOCSA UTCA 4/B BUDAPEST 1126 HUNGARY |
| J SAINSBURY COMMON INVESTMENT FUND | PACIFIC INVESTMENT MANAGEMENT COPMANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| JEN PREMISLER | CLIFFORD CHANCE US LLP, 31 WEST 52ND STREET NEW YORK NY 10019 |
| JOHN M. DALTON | 406 FOREST AVENUE, STATEN ISLAND NY 10301 |
| JOHN P GLEASON | GLEASON & KOATZ, LLP, 122 E. 42ND STREET NEW YORK NY 10168 |
| JOHN ROSE  JR. | CRUMBIE LAW GROUP, 280 TRUMBALL STREET  21ST FLOOR HARTFORD CT 06103 |
| LEV ARI, TAL | FLAT 15 1 PARKHILL ROAD LONDON NW3 2YJ UNITED KINGDOM |
| LYNCH, BRENDAN E. | 604 SCOTCH RD PENNINGTON NJ 08534 |
| MARSILIO, PAUL A. | 25-11 37TH STREET ASTORIA NY 11103 |
| MATTINGLY, LOUISE | 28 FORT GREENE PLACE BROOKLYN NY 11217 |
| MCCARTHY, BRIAN M. | 195 WALNUT LANE MANHASSET NY 11030 |
| MCCARTHY, LAWRENCE E | 4741 GARDEN POINT TRL WELLINGTON FL 33414 |
| MENACHEM M. BENSINGER | MCGRAIL & BESINGER LLP 676A NINTH AVE # 211 NEW YORK NY 10036 |
| MICHAEL A. COHEN | KIRKLAND & ELLIS LLP, 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| MICHAEL H. TORKIN | SHERMAN & STERLING LLP, 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MORZARIA, RAGINI | 7 EDWINA GARDENS REDBRIDGE ESSEX 1G4 5BS UNITED KINGDOM |
| MORZARIA, RAGINI | 7 EDWINA GARDENS REDBRIDGE ESSEX IG4 5BS UNITED KINGDOM |
| OMAR-JOHN C. CHAVEZ  WENDY L. MAGER | SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP, 2 RESEARCH WAY PRINCETON NJ 08540 |
| ONTARIO TEACHERS' PENSION PLAN BOARD | MICHAEL H. TORKIN & TANYA R. SHERIDAN SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PALCHYNSKY, JOHN N. | 32 HILLDALE ROAD PINE BROOK NJ 07058 |
| PATRICK D. OH | FRESHFIELDS BRUCKHAUS DERINGER US LLP, 520 MADISON AVENUE NEW YORK NY 10022 |
| PORTMAN BLDG SOCIETY PENSION&ASSURANCE SCHEME | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RAYNER, RUTH J. | LARCH HOUSE HECKFIELD GREEN HOXNE, EYE SUFFOLK IP21 5AA UNITED KINGDOM |
| RIVKIN, JACK L. | PO BOX 2249 AMAGANSETT NY 11930 |
| ROBERT STOCKDALE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RODRIGUEZ-COLON, ELIZABETH | URB, DOS PINOS 784 CALLE LINCE SAN JUAN PR 00923 |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| SCAVONE, JOSEPH AND THERESA | 229 CENTRAL AVENUE DEER PARK NY 11729 |
| SCAVONE, THERESA, FOR JOSEPH SCAVONE | 229 CENTRAL AVENUE DEER PARK NY 11729-5025 |
| SCELLATO, JAMES | 31 FIELD STREET STATEN ISLAND NY 10314 |
| SEVILLA ARDISANA, JULIO F., | DIGNA ROSA DE SEVILLA, REBECA SEVILLA,SALDIVIA 3447 HAMPRESTON WAY N.W. KENNESAW GA 30144-7442 |
| SHEN, JIANSHENG JENSEN | 8502 HORNWOOD DR. HOUSTON TX 77036 |
| SKOLNICK, WILLIAM | 68 SEACORD RD NEW ROCHELLE NY 10804 |
| SMEJKAL, FRANK | 1305 BEVERLY STREET HOUSTON TX 77008 |
| SUTTON, JULIAN R | 33 PINE GROVE BROOKMANS PARK HERTS AL9 7BP UNITED KINGDOM |
| TAYLOR,CHRISTOPHER C | 23220 PARK ENSENADA CALABASAS CA 91302 |
| TEMEL, TULUG T. | 18A BELSIZE SQUARE LONDON NW3 4HT UNITED KINGDOM |
| TENNANT, COLIN H | 21 PRINCEDALE ROAD LONDON W11 3NW UNITED KINGDOM |
| TIMOTHY T  BROWN | CADWALADAR, WICKERSHAM & TAFT LLP, 700 6TH STREET  N.W. WASHINGTON DC 20001 |
| VENTURA COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY 800 S VICTORIA AVE VENTURA CA 93009-1290 |
| VENTURA, GIORGIO | VIA MELCHIORRE GIOIA 53 MILANO 20124 ITALY |
| VERDE VALLEY MEDICAL CENTER 6120100 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| VEREKER, WILLIAM | 13 DAWSON PLACE LONDON W2 4TH UNITED KINGDOM |
| VINTAH BASIN MEDICAL CENTER 8748701 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, |

| Claim Name | Address Information |
| --- | --- |
| VINTAH BASIN MEDICAL CENTER 8748701 | 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| WESTLB AG | MARC C. ELLENBERG, ESQ. CADWALADER, WICKERSHAM & TAFT 1201 F STREET, N.W. WASHINGTON DC 20004 |
| WHITE & CASE LLP | ATTN: ABRAHAM L. ZYLBERBERG, RICHARD GRAHAM  RADEK PALOWSKI 1125 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| WILKINSON, TIMOTHY B | CORNER COTTAGE PARSONAGE LANE ESSEX LITTLE BADDOW CHELMSFORD CM3 4SU UNITED KINGDOM |
| ZAKIAN, PAUL A. | 129 EAST 82ND STREET APT 10A NEW YORK NY 10028 |
| ZANCO, MARIO | VIA CONCORDIA 10 CUSANO MILANINO 20095 ITALY |

**Total Creditor count  82**