UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
            Debtors.                                               :
                                                                   :    Ref. Docket Nos. 13561, 13574-
                                                                   :    13583, 13585-13589, 13591 &
                                                                   :    13592

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 22, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       /s/ Lauren Rodriguez
                                                       Lauren Rodriguez

Sworn to before me this
23rd day of December, 2010
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |    Chapter 11 Case No.
                                            |
                                            |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,      |
                                            |    (Jointly Administered)
                                            |
            Debtors.                        |
                                            |
_____|

           NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                         BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MTS INCOMING AND TOURISTIC                       MTS INCOMING AND TOURISTIC
             SERVICES S.L.                                    JUDE GORMAN
             ATTN: PEDRO DOMINGUEZ                            C/O LATHAM & WATKINS LLP
             C/ TER 21 3A PLANTA                              885 THIRD AVE
             PALMA DE MALLORCA     07009                      NEW YORK NY 10022
             SPAIN

Please note that your claim # 62962 in the above referenced case and in the amount of
        $4,252,484.00        has been transferred **(unless previously expunged by court order)**

             ILLIQUIDX LTD
             TRANSFEROR: MTS INCOMING AND TOURISTIC SERVICES S.L.
             ATTN: CELESTINO AMORE, MANAGING DIRECTOR
             107-111 FLEET STREET
             LONDON    EC4A 2AB
             UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13561       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/22/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 22, 2010.

# EXHIBIT B

```
TIME: 10:45:13                                          LEHMAN BROTHERS HOLDING INC.
DATE: 12/22/10                                                CREDITOR LISTING                                                   PAGE:    1


Name                                       Address
ACP MASTER, LTD                            TRANSFEROR: YORVIK PARTNERS LLP ATTN: PATRICK VANCE C/O AURELIUS CAPITAL MANAGEMENT, LLP 535 MADISON AVE, 22ND FLOOR
                                           NEW YORK NY 10022
AG SUPER FUND INTERNATIONAL PARTNERS,      TRANSFEROR: SEA PORT GROUP SECURITIES, LLC 245 PARK AVENUE NEW YORK NY 10167
  L.P.
AMCO SERVICE GMBH                          GROSSE ELBSTRASSE 47 22767 HAMBURG    GERMANY
AURELIUS CAPITAL MASTER, LTD               TRANSFEROR: YORVIK PARTNERS LLP ATTN: PATRICK VANCE C/O AURELIUS MANAGEMENT LP 535 MADISON AVE, 22ND FLOOR NEW YORK NY 10022
AURELIUS CONVERGENCE MASTER, LTD           TRANSFEROR: YORVIK PARTNERS LLP ATTN: PATRICK VANCE C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR
                                           NEW YORK NY 10022
BSI SA (AS AGENT ON BEHALF OF ITS          TRANSFEROR: CLARIDEN LEU LTD VIA MAGATTI N.2 LUGANO  CH-6900 SWITZERLAND
  CLIENTS)
CLARIDEN LEU LTD                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CLARIDEN LEU LTD                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
GOLDMAN, SACHS & CO.                       TRANSFEROR: CNP ASSURANCES ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                       TRANSFEROR: WUSTENROT VERSICHERUNGS AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LTD                              TRANSFEROR: MTS INCOMING AND TOURISTIC SERVICES S.L. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 107-111 FLEET STREET
                                           LONDON  EC4A 2AB UNITED KINGDOM
INDUSTRIAL AND COMMERCIAL BANK OF CHINA,   55 FUXINGMENNEI STREET, XICHENG DISTRICT BEIJING  100032 CHINA
  LTD
KAS BANK N.V.                              SPUISTRAAT 172 AMSTERDAM  1012 VT NETHERLANDS
LEHMAN BROTHERS INTERNATIONAL (EUROPE)     ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM
  (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)     PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON  EC4A 4HT UNITED KINGDOM
  (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)     LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
  (IN ADMINISTRATION)
MERRILL LYNCH INTERNATIONAL                TRANSFEROR: INDUSTRIAL AND COMMERCIAL BANK OF CHINA, LTD ATTN: ROBERT DINWIDDIE 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO., LTD. WARWICK COURT, 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH JAPAN SECURITIES CO., LTD.   TRANSFEROR: THE MRC FOUNDATION ATTN: MASAHITO AMANO, MANAGING DIRECTOR MIHONBASHI 1-CHROME BUILDING 1-4-1 NIHONBASHI, CHOU-KU
                                           TOKYO  103-8230 JAPAN
MORGAN STANLEY & CO INTERNATIONAL PLC      MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO INTERNATIONAL PLC      TRANSFEROR: AMCO SERVICE GMBH ATTN: MANAGING CLERK 25, CABOT SQUARE, CANARY WHARF LONDON  E14 4QA    UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC     MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC     TRANSFEROR: AMCO SERVICE GMBH 25 CABOT SQUARE, CANARY WHARF LONDON E14 4QA    UNITED KINGDOM
MTS INCOMING AND TOURISTIC                 JUDE GORMAN C/O LATHAM & WATKINS LLP 885 THIRD AVE NEW YORK NY 10022
MTS INCOMING AND TOURISTIC                 SERVICS S.L. ATTN: PEDRO DOMINGUEZ C/ TER 21 3A PLANTA PALMA DE MALLORCA  07009 SPAIN
SEA PORT GROUP SECURITIES, LLC             TRANSFEROR: VARDE FUND IX, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
TACONIC CAPITAL PARNTERS 1.5 L.P.          TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: TIM ADRIKS C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.          TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: TIM ADNRIKS C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND L.P.              TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: TIM ADRIKS C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND L.P.              TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
THE MRC FOUNDATION                         TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: HIROSHI FUKUSHIMA, ACCOUNTING DEPT MGR
                                           SHINJUKU PARK TOWER 34 F, 3-7-1 NISHI-SHINJUKU SHINJUKU-KU TOKYO  163-1034 JAPAN
THEODOOR GILISSEN GLOBAL CUSTODY N.V.      TRANSFEROR: KAS BANK N.V. ATTN: MARC VAN SCHALKWIJK KEIZERSGRACHT 617 AMSTERDAM  1017 DS THE NETHERLANDS
WUSTENROT VERSICHERUNGS AG                 ATTN: DR. BRIGIT EXENBERGER ALPENSTRASSE 61 SALZBURG  5033 AUSTRIA
WUSTENROT VERSICHERUNGS AG                 FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND HARVEY DYCHIAO 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022
YORVIK PARTNERS LLP                        TRANSFEROR: SPARKASSEN-VERSICHERUNG SACHSEN LEBENSVERSICHERUNG AG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed            35



                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```