UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                                                :

In re                                                                   :         Chapter 11 Case No.
                                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :         08-13555 (JMP)
                                                                            :
                                      Debtors.                 :         (Jointly Administered)
                                                                            :
---------------------------------------------------------------x

**ORDER GRANTING APPLICATION
FOR THE ALLOWANCE OF INTERIM COMPENSATION
FOR THE PERIOD OF JUNE 1, 2009 THROUGH JANUARY 31, 2010
FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED AND OTHER RELIEF**

Upon consideration of the application (the "Interim Application") for allowance of interim compensation for professional services performed and reimbursement of actual and necessary expenses incurred during the period of June 1, 2009 through January 31, 2010 (the "Application Period"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, filed by Richard Sheldon, Queen's Counsel (the "Retained Professional") and listed on Schedule A(1) annexed hereto, and the report of the appointed fee committee in these chapter 11 cases, dated and filed on August 20, 2010 with respect thereto; and after due notice pursuant to the amended order dated February 13, 2009 governing case management and administrative procedures [Docket No. 2387]; and there being no objections to the allowance of the amounts set forth on Schedule (A)(1); and after due consideration and upon all of the proceedings had before the Court, and sufficient cause appearing therefor, it is hereby

        ORDERED:

1. The Interim Application is granted to the extent provided in Schedule A(1).

2. Interim compensation to the Retained Professional for professional services performed during the Application Period is allowed and awarded in the

amount set forth on Schedule A(1) in the column entitled "Fees Awarded" pursuant to section 331 of the Bankruptcy Code.

3. Reimbursement to the Retained Professional for expenses incurred during the Application Period is allowed and awarded in the amount set forth on Schedule A(1) in the column entitled "Expenses Awarded."

4. Pursuant to this order, the Debtors are authorized and directed to pay the "Fees Awarded," the "Expenses Awarded," which amounts are totaled in Schedule A(2) in the columns entitled "Total Fees Awarded" and "Total Expenses Awarded," to the Retained Professional to the extent not previously paid pursuant to the order dated June 25, 2009 governing interim compensation in these cases [Docket No. 4165].

Dated:  New York, New York
        December 23, 2010                          *s/ James M. Peck*
                                           HONORABLE JAMES M. PECK
                                           UNITED STATES BANKRUPTCY JUDGE

## **SCHEDULE A(1)**

**Current Fee Period: June 1, 2009 to January 31, 2010**

| Applicant | Date/ Document No. of Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Richard Sheldon, Queen's Counsel | April 14, 2010<br>8327 | $134,985.04 | $134,985.04 | $19.83 | $19.83 |

Schedule A(1)　　　　　　　　　　　　　　　　Date: December 23, 2010　　　　　　　　　　　　　　　Initials: *JMP*, USBJ

## **SCHEDULE A(2)**

08-13555-mg   Doc 13657   Filed 12/23/10   Entered 12/23/10 14:44:22   Main Document
Pg 5 of 6

**Summary: All Fee Periods (Including This Period)**

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Richard Sheldon, Queen's Counsel | $134,985.04 | $134,985.04 | $19.83 | $19.83 |

Schedule A(2)　　　　　　　　　　　　Date: December 23, 2010　　　　　　　　　　　　Initials: *JMP*, USBJ