# **EXHIBIT A**

**(Ordinary Course Professional Affidavit)**




LH
version dated 15-12-2010

**SWORN AFFIDAVIT AND DISCLOSURE STATEMENT**

On this day, the twenty second day of December two thousand and ten appeared before me—
mr. Leon Willem Johan Hoppenbrouwers, civil-law notary ("notaris") in Amsterdam:————
**Jonkheer Barend Willem Joseph Marie de Roy van Zuidewijn**, born in 's-Hertogenbosch,-
on the twenty-first day of August nineteen hundred and fifty-nine, residing in 1071 NS————
Amsterdam, De Lairessestraat 47, the Netherlands, holder of a Dutch passport with number——
NNH09BB60, valid until the twelfth day of November two thousand and eleven, married.———
**Declarations Jonkheer Barend Willem Joseph Marie de Roy van Zuidewijn:**————
Jonkheer Barend Willem Joseph Marie de Roy van Zuidewijn, aforementioned, expressed that—
he wishes to make the following declarations under oath in accordance with the laws of The—
Netherlands, for which purpose he declared the following:————
"I, the above named deponent do hereby solemnly affirm and declare as under:————

1. I am a lawyer of AKD Prinsen Van Wijmen N.V., located at Orlyplein 10, 1043 DP——— Amsterdam, the Netherlands (the "**Firm**").————
2. Lehman Brothers Holdings Inc. and its affiliated debtors in the chapter 11 cases at the—— United States Bankruptcy Court Southern District of New York, Chapter 11 case number- 08-13555 (JMP), jointly administered, with regard to Lehman Borthers Holdings Inc., et- alia (the "**Chapter 11 Cases**"), as debtors and debtors in possession (together, the—— "**Debtors**"), have requested that the Firm provide legal services to the Debtors, and the- Firm has consented to provide such services.————
3. The Firm may have performed services in the past and may perform services in the—— future, in matters unrelated to these Chapter 11 Cases, for persons that are parties in—— interest in the Debtors' Chapter 11 Cases. As part of its customary practice, the Firm is- retained in cases, proceedings, and transactions involving many different parties, some— of whom may represent or be claimants or employees of the Debtors, or other parties in- interest in these Chapter 11 Cases. The Firm does not perform services for any such—— person in connection with these Chapter 11 Cases. In addition, the Firm does not have— any relationship with any such person, their attorneys, or accountants that would be—— adverse to the Debtors or their estates.————
4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any— other person other than the principals and regular employees of the Firm.————
5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have— been able to ascertain, holds or represents any interest adverse to the Debtors or their- estates.————
6. As at the date hereof the Debtors owe the Firm nothing ($ 0.00) for prepetition services.
7. The Firm is conducting further inquiries regarding its retention by any creditors of the—— Debtors, and upon conclusion of that inquiry, or at any time during the period of its—— employment, if the Firm should discover any facts bearing on the matters described—— herein, the Firm will supplement the information contained in this Affidavit.————

I, Jonkheer Barend Willem Joseph Marie de Roy van Zuidewijn, do hereby verify that the———
contents of my above affidavit are true and correct to my knowledge."————
To meet the requirements under the Dutch Act regarding the form of an oath (*Wet vorm van*—
*de eed*) the appearing person subsequently stated:————

AKD:#3278611v1    Pagina 1 van 2



"Zo waarlijk helpe mij God Almachtig."————————————————————
**End**——————————————————————————————————
The appearing person is known to me, civil-law notary.————————————
This deed was executed in Amsterdam, the Netherlands, on the date first written above.———
After the substance of this deed was stated and explained and after I, civil-law notary, pointed-
out the consequences of the contents of this deed, the appearing person declared to have——
taken note of the contents of this deed after timely being given the opportunity thereto, to——
agree with the contents of this deed and not to require a full reading thereof.———————
Immediately after this deed was read out in a limited form, this deed was signed by the———
appearing person and myself, civil-law notary.————————————————————
(Signatures follow)

ISSUED FOR TRUE COPY



AKD:#3278611v1

Pagina 2 van 2

# **EXHIBIT B**

**(Retention Questionnaire)**

08-13555-mg    Doc 13666    Filed 12/23/10    Entered 12/23/10 15:52:03    Main Document
Pg 4 of 7

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (JMP)
                                                            :
                        Debtors.                            :   (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Candace Arthur
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    AKD Prinsen Van Wijmen N.V.

    Orlyplein 10

    1043 DP Amsterdam

    The Netherlands

2. Date of retention:   21 December 2010

3. Type of services provided (accounting, legal, etc.):

Legal services _____

_____

_____

4. Brief description of services to be provided:

Advising and representing the Debtors with respect to certain equity

linked notes issued by Lehman Brothers Treasury B.V. and guaranteed by

Lehman Brothers Holdings Inc. _____

_____

_____

5. Arrangements for compensation (hourly, contingent, etc.)

Hourly _____

   (a)   Average hourly rate (if applicable):

        N/A _____

   (b)   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

        N/A _____

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   $ N/A _____

   Date claim arose:   N/A _____

   Source of Claim:   N/A _____

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name:  N/A _____

   Status:  N/A _____

   Amount of Claim:  $ N/A _____

2

Date claim arose: N/A_____

Source of claim: N/A_____

_____

_____

_____

8. Stock of the Debtors currently held by the firm:

    Kind of shares: N/A_____

    No. of shares: N/A_____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: N/A to the best of our knowledge_____

    Status: N/A_____

    Kind of shares: N/A_____

    No. of shares: N/A_____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    N/A_____

    _____

    _____

    _____

11. Name of individual completing this form:
    Mr. B.W.J.M. de Roy van Zuidewijn, lawyer AKD Prinsen Van Wijmen N.V.

3