UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                     Debtors.                                      :
                                                                   :    Ref. Docket Nos. 13594-13599,
                                                                   :    13602-13603 & 13604

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 23, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
27th day of December, 2010
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    DEUTSCHE BANK AG, LONDON BRANCH (UK)
           TRANSFEROR: SAF BTP VIE
           ATTN: KAIRI JAMES
           WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
           LONDON      EC2N 2DB
           UNITED KINGDOM

Please note that your claim # 55741-01 in the above referenced case and in the amount of
         $4,486,545.00         has been transferred **(unless previously expunged by court order)**

           AG SUPER FUND INTERNATIONAL PARTNERS, L.P.
           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
           245 PARK AVENUE
           NEW YORK NY 10167

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13594   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/23/2010                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 23, 2010.

# EXHIBIT B

```
TIME: 12:56:13                                    LEHMAN BROTHERS HOLDING INC.
DATE: 12/23/10                                         CREDITOR LISTING                                              PAGE:   1

Name                                        Address
AG SUPER FUND INTERNATIONAL PARTNERS,       TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167
  L.P.
AG SUPER FUND INTERNATIONAL PARTNERS,       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) 245 PARK AVENUE NEW YORK NY 10167
  L.P.
AG SUPER FUND INTERNATIONAL PARTNERS,       TRANSFEROR: JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
  L.P.
AG SUPER FUND INTERNATIONAL PARTNERS,       TRANSFEROR: JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10467
  L.P.
BARCLAYS BANK PLC                           TRANSFEROR: BAYERISCHE HYPO- UND VEREINSBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                           TRANSFEROR: CASSA DI RISPARMIO DI RAVENNA S.P.A. 745 SEVENTH AVENUE NEW YORK NY 10019
BOTTICELLI L.L.C.                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) 245 PARK AVENUE NEW YORK NY 10167
BOTTICELLI, L.L.C.                          TRANSFEROR: JPMORGAN CHASE BANK, N.A. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
BOTTICELLI, LLC                             TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167
DEUTSCHE BANK AG, LONDON BRANCH (UK)        TRANSFEROR: SAF BTP VIE ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401


Total Number of Records Printed     11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC