Mark N. Berman
NIXON PEABODY, LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3168

and

100 Summer Street
Boston, MA 02110
Telephone: (617) 345-6037
Facsimile: (866) 382-5869

*Counsel to Georgetown University*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., : | |
| : | Case No. 08-13555 (JMP) |
| Debtors. : | |
| : | Jointly Administered |
| _____: | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE
9010(b) COMBINED WITH REQUEST FOR ALL COPIES
PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND
PLEADINGS PURSUANT TO BANKRUPTCY RULE 3018(a)**

NOW COMES NIXON PEABODY LLP, located at 437 Madison Avenue, New York,

New York, 10022 and 100 Summer Street, Boston, Massachusetts 02110, and respectfully

requests that this Honorable Court take notice that they act as counsel for Georgetown University

in these jointly administered cases.

Nixon Peabody LLP hereby requests, pursuant to Bankruptcy Rule 9010, that all papers

served or required to be served in this case and in any cases consolidated herewith, be given and

served upon:

1

Mark N. Berman
NIXON PEABODY, LLP 100
Summer Street
Boston, MA 02110
Telephone: (617) 345-6037
Facsimile: (866) 382-5868
mberman@nixonpeabody.com

This request encompasses all notices, copies, and pleadings referred to in Section 1109(b) of title 11, United States Code, or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court or in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, or otherwise which effect or seek to effect the above case.

Neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District

Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated: New York, New York
December 28, 2010

Respectfully Submitted,

By: /s/Mark N. Berman
Mark N. Berman
NIXON PEABODY, LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3168

and

100 Summer Street
Boston, MA 02110
Telephone: (617) 345-6037
Facsimile: (866) 382-5869

*Counsel to Georgetown University*