David H. Lee, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Tel. (212) 940-3000
Fax: (212) 940-3111
E-mail: dlee@nixonpeabody.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                            )    Chapter 11
                                                  )
LEHMAN BROTHERS HOLDINGS, INC., et al.,           )    Case No. 08-13555 (JMP)
                                                  )    Jointly Administered
                    Debtors.                      )
_____)

**AMENDED VERIFIED STATEMENT OF NIXON PEABODY LLP
PURSUANT TO RULE 2019 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure,

Nixon Peabody LLP ("Nixon Peabody") hereby makes the following disclosures:

1. Name and Address of the Creditors
   Represented by Nixon Peabody; Nature and Amount of Claims thereof.

Nixon Peabody has been retained to represent the following creditors in this case and has

filed Notice of Appearance on their behalf:

(a) Deutsche Bank Trust Company Americas as Trustee,
    Indenture Trustee, Supplemental Interest Trust Trustee
    and in other related fiduciary, agency and administrative capacities
    CDO Business Unit
    1761 East St. Andrew Place
    Santa Ana, CA  92705-4934

(b) Deutsche Bank National Trust Company as Trustee,
    Indenture Trustee, Supplemental Interest Trust Trustee
    and in other related fiduciary, agency and administrative capacities
    Structured Finance Services
    1761 East St. Andrew Place
    Santa Ana, CA  92705-4934

11195687.1

(c) Deutsche Bank National Trust Company as Trustee,
Indenture Trustee, Supplemental Interest Trust Trustee
and in other related fiduciary, agency and administrative capacities
Global Transaction Banking
Trust & Securities Services
25 DeForest Avenue
MS: 01-0105
Summit, New Jersey 07901

(d) Deutsche Bank National Trust Company as Trustee,
Indenture Trustee, Supplemental Interest Trust Trustee
and in other related fiduciary, agency and administrative capacities
Global Transaction Banking
Trust & Securities Services
60 Wall Street, 26th Floor
New York, NY 10005

(e) Deutsche Bank Trust Company Americas as Trustee,
Indenture Trustee, Supplemental Interest Trust Trustee
and in other related fiduciary, agency and administrative capacities
Global Debt Services
Trust & Securities Services
60 Wall Street, 27th Floor
New York, NY 10005

(f) County of San Mateo
c/o Michael P. Murphy, County Counsel
400 County Center
Redwood, CA 94063-1662
Facsimile: (650) 363-4034

(g) County of Monterey
Charles J. McKee, Esq.
168 West Alisal Street, 3rd Floor
Salinas, CA 93901
Facsimile: (831) 755-5283

(h) Bryant University
1150 Douglas Pike
Smithfield, RI 02917
Attn: Barry F. Morrison, CPA - Vice President of Business
Affairs/Treasurer
Facsimile: (401) 232-6466

(i) The Metropolitan Transportation Authority
Attn: Pat McCoy

11195687.1

      347 Madison Avenue
      New York, NY 10017
      Telephone: (212) 878-0159

 (j)  Georgetown University
      Attn: Stephanie Tsacoumis
      Vice President and General Counsel
      37th and O Streets, NW
      Washington, DC 20057

 (k)  Wellington Management Company, LLP
      Attn: Robert J. Toner
      Vice President and Counsel
      75 State Street
      Boston, MA 02019

2.  The Debtors were, at the time of the filing of their petition initiating these cases, and continue to be indebted to the creditors identified above.

3.  Nixon Peabody is representing the creditors identified above in these bankruptcy proceedings.

4.  Nixon Peabody does not hold any claims against, or hold any interest in, any of the Debtors.

5.  Nixon Peabody hereby reserves the right to supplement or amend this statement at any time in the future. By making this statement, Nixon Peabody does not submit itself to the jurisdiction of this Court for any purpose other than with respect to this statement.

[Remainder of Page Left Blank Intentionally]

-4-

I, David H. Lee, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: December 28, 2010
New York, New York

                NIXON PEABODY LLP

        By:  */s/David H. Lee*
            David H Lee
            437 Madison Avenue
            New York, NY 10022
            Telephone: (212) 940-3000
            Facsimile:  (212) 940-3111
            e-mail: dlee@nixonpeabody.com

11195687.1