B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

                Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SERENGETI OVERSEAS MM L.P. | SERENGETI OVERSEAS LTD. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

632 Broadway, 12th Floor
New York, NY 10012
Tel: 212-672-2248
Attn: Shaker Choudhury

Court Claim # (if known): 29772 (60% of such claim)
Amount of Claim as Filed: $1,558,941.75
Amount of Claim Transferred: $935,635.05
Date Claim Filed: 9/22/2009
Debtor:  Lehman Brothers Commodity Services Inc.

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

6

641205.1/2731-00051

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**SERENGETI OVERSEAS MM L.P.**
By: Serengeti Asset Management, LP, as the Investment Adviser

By: _____    Date: 12/27/2010
Transferee/Transferee's Agent
Name: Wai-Jen Law
Title: Director
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

7