LAW OFFICES OF JEROME ZAMOS
Jerome Zamos (Cal. State Bar No. 36246)
    Admitted Pro Hac Vice
5228 Campo Road
Woodland Hills, California 91364-1927
Telephone: 818-348-6095
Facsimile:  818-348-6095
email:  zamoslaw @ aol.com

Attorneys for Real Party in Interest
PRUDENCE WALTZ

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>    LEHMAN BROTHERS' HOLDING, INC., a Delaware Corporation<br><br>    Debtor | Case No. 08-13555 JMP<br><br>Chapter 11<br><br>[jointly administered] |

**NOTICE OF RESTORATION OF PENDING STATE COURT ACTION BROUGHT BY PRUDENCE WALTZ TO RECOVER POSSESSION OF THE REAL PROPERTY COMMONLY KNOWN AS 844-846 WEST 57TH STREET, LOS ANGELES, CALIFORNIA TO THE CALIFORNIA COURT'S CIVIL ACTIVE LIST**

NOTICE is hereby given that in response to an Ex Parte Application filed by REAL PARTY IN INTEREST PRUDENCE WALTZ on December 28, 2010 THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES restored action No. BC 374163 to the Court's Civil Active list based upon the order entered in this Court on December 22, 2010 and set the matter for a status conference in Department 47 of the Superior Court of the State of California located at 111 North Hill Street, Los Angeles, California 90012 for 8:30 am Pacific Standard Time on January 11, 2011 in order to set the matter for trial.

Dated:	December 28, 2010

                        LAW OFFICES OF JEROME ZAMOS

                        By:_____
                        Jerome Zamos, Attorneys for
                        Real Party in Interest  PRUDENCE WALTZ
                        5228 Campo Road
                        Woodland Hills, California 91364-1927
                        Telephone: 818-348-7151
                        Facsimile:  818-348-6095
                         email: zamoslaw@aol.com

1