B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>,                    Case No. <u>08-13555 (JMP)</u>

                    (Jointly Administered)

                    Debtors.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>The Royal Bank of Scotland plc</u>                   <u>Aeterno Master Fund, L.P.</u>
Name of Transferee                       Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>67139 (amending claim # 18881)</u>
Amount of Claim: <u>$10,000,000.00</u>
Date Claim Filed: <u>October 25, 2010 (original claim filed September 18, 2009)</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>203-897-2644</u>                    Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

640857.1/2620-00357                    26

By: _____     Date: _12/28/10__
   Transferee/Transferee's Agent