B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u>      Case No. <u>08-13555 (JMP)</u>
                                                                  (Jointly Administered)

                          Debtors.

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>The Royal Bank of Scotland plc</u>            <u>Solomer Fund, LLC</u>
         Name of Transferee                        Name of Transferor

Name and Address where notices to transferee should be sent:

                                               Court Claim # (if known): <u>67142 (amending claim # 18878)</u>
                                               Amount of Claim: <u>$271,481.00</u>
                                               Date Claim Filed: <u>October 25, 2010 (original claim filed September 18, 2009)</u>
                                               Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>203-897-2644</u>                                  Phone: _____
Last Four Digits of Acct #: _____         Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

640767.1/2620-00357                     26

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 12/28/10
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.