B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>    <u>TPG Credit Opportunities Fund, L.P.</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee should be sent:
Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
200 West Street
New York, NY 10282-2198
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn:  Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): <u>8160</u>
Amount of Claim as Filed: <u>$48,421,591.86*</u>
Amount of Claim held by Transferor: $10,282,616.57*
Amount of Claim Transferred: <u>$10,282,616.57*</u>
Date Claim Filed: <u>8/13/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

*Pursuant to (i) an agreement with the Debtor and (ii) the Sixty-Ninth Omnibus Objection, the Amount of Claim as Filed is to be modified and allowed in the amount of $41,371,057.00 ("Allowed Amount"). The portion of the Allowed Amount held by and transferred by the Transferor is $8,785,393.04

Phone: <u>212-934-3921</u>                          Phone: 
Last Four Digits of Acct #:                       Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:

27

583003.7/153-05556

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 12/28/10
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.*

28

583003.7/153-05556