B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Goldman Sachs Lending Partners LLC | TPG Credit Strategies Fund, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
200 West Street
New York, NY 10282-2198
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn:  Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): 8165
Amount of Claim as Filed: $6,221,339.73*
Amount of Claim held by Transferor: $3,281,675.28*
Amount of Claim Transferred: $3,281,675.28*
Date Claim Filed: 8/13/09
Debtor: Lehman Brothers Holdings Inc.

*Pursuant to (i) an agreement with the Debtor and (ii) the Sixty-Ninth Omnibus Objection, the Amount of Claim as Filed is to be modified and allowed in the amount of $4,772,138.00 ("Allowed Amount"). The portion of the Allowed Amount held by and transferred by the Transferor is $1,241,505.43

Phone: 212-934-3921
Last Four Digits of Acct #: ____

Phone: ____
Last Four Digits of Acct. #: ____

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone: ____
Last Four Digits of Acct #: ____

31

640838.2/153-05556

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____     Date: 12/28/10

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.*

32

640838.2/153-05556