B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC                TPG Credit Opportunities Investors, L.P.
            Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 8162
should be sent:                                   Amount of Claim as Filed: $8,458,082.64*
Goldman Sachs Lending Partners LLC                Amount of Claim held by Transferor:
c/o Goldman, Sachs & Co.                          $2,200,429.98*
200 West Street                                   Amount of Claim Transferred: $2,200,429.98*
New York, NY 10282-2198                           Date Claim Filed: 8/13/09
Attn:  Lauren Day                                 Debtor: Lehman Brothers Special Financing Inc.
Email: gsd.link@gs.com
                                                  *Pursuant to (i) an agreement with the Debtor and
With a copy to:                                   (ii) the Sixty-Ninth Omnibus Objection, the
Richards Kibbe & Orbe LLP                         Amount of Claim as Filed is to be modified and
Attn:  Managing Clerk                             allowed in the amount of $6,856,805.00 ("Allowed
One World Financial Center                        Amount"). The portion of the Allowed Amount
New York, NY 10281                                held by and transferred by the Transferor is
                                                  $3,616,874.89

Phone: 212-934-3921                               Phone:
Last Four Digits of Acct #:                       Last Four Digits of Acct. #:


Name and Address where transferee payments
should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:

25

640821.2/153-05556

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: __12/23/10__
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.*