B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
                                                                (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>TPG Credit Strategies Fund, L.P.</u>
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>8162</u>
should be sent:                                   Amount of Claim as Filed: <u>$8,458,082.64*</u>
Goldman Sachs Lending Partners LLC                Amount of Claim held by Transferor:
c/o Goldman, Sachs & Co.                          <u>$4,461,527.88*</u>
200 West Street                                   Amount of Claim Transferred: <u>$4,461,527.88*</u>
New York, NY 10282-2198                           Date Claim Filed: <u>8/13/09</u>
Attn:  Lauren Day                                 Debtor: <u>Lehman Brothers Special Financing Inc.</u>
Email: gsd.link@gs.com

                                                  *Pursuant to (i) an agreement with the Debtor and
With a copy to:                                   (ii) the Sixty-Ninth Omnibus Objection, the
Richards Kibbe & Orbe LLP                          Amount of Claim as Filed is to be modified and
Attn:  Managing Clerk                             allowed in the amount of $6,856,805.00 ("Allowed
One World Financial Center                        Amount"). The portion of the Allowed Amount
New York, NY 10281                                held by and transferred by the Transferor is
                                                  $1,783,846.28

Phone: <u>212-934-3921</u>                        Phone: _____
Last Four Digits of Acct #: _____       Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
Same as above
Phone: _____
Last Four Digits of Acct #: _____

640838.2/153-05556

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: ___12/28/10___
Transferee/Transferee's Agent

*Penalty for making a false statement:   Fine of up to $500,000 or imprisonment for up to 5 years, or both.   18 Y.S.C. §§ 152 & 3571.*

26

640838.2/153-05556