B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC            TPG Credit Strategies Fund, L.P.
Name of Transferee                             Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): 8164
should be sent:                                Amount of Claim as Filed: $6,221,339.73*
Goldman Sachs Lending Partners LLC             Amount of Claim held by Transferor:
c/o Goldman, Sachs & Co.                       $3,281,675.28*
200 West Street                                Amount of Claim Transferred: $3,281,675.28*
New York, NY 10282-2198                        Date Claim Filed: 8/13/09
Attn: Lauren Day                               Debtor: Lehman Brothers Special Financing Inc.
Email: gsd.link@gs.com

                                               *Pursuant to (i) an agreement with the Debtor and
With a copy to:                                (ii) the Sixty-Ninth Omnibus Objection, the
Richards Kibbe & Orbe LLP                      Amount of Claim as Filed is to be modified and
Attn: Managing Clerk                           allowed in the amount of $4,772,138.00 ("Allowed
One World Financial Center                     Amount"). The portion of the Allowed Amount
New York, NY 10281                             held by and transferred by the Transferor is
                                               $1,241,505.43

Phone: 212-934-3921                            Phone:
Last Four Digits of Acct #:                    Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:

33

640838.2/153-05556

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 12/28/10
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.*