B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

                    Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SERENGETI OVERSEAS MM L.P.
Name of Transferee

SERENGETI OVERSEAS LTD.
Name of Transferor

Name and Address where notices to transferee should be sent:

632 Broadway, 12th Floor
New York, NY 10012
Tel: 212-672-2248
Attn: Shaker Choudhury

Phone:_____
Last Four Digits of Acct #: _____

Court Claim # (if known): 54846 (60% of such claim)
Amount of Claim as Filed: $2,534,694.27
Amount of Claim Transferred: $1,520,816.56
Date Claim Filed: 10/28/2009
Debtor: __Lehman Brothers Holdings Inc.____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

8

641169.1/2731-00051

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**SERENGETI OVERSEAS MM L.P.**
By: Serengeti Asset Management, LP, as the Investment Adviser

By: _____     Date: __12/27/2010__
        Transferee/Transferee's Agent

Name: Wei-Yen Lau
Title: Director
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

9