SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:   (212) 848-7179
Douglas P. Bartner
Henry Weisburg
Brian H. Polovoy

*Attorneys for Nomura International plc and Nomura Securities Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** : | **Case No. 08 – 13555 (JMP)** |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------------------------------- x
| | |
|---|---|
| : | |
| **LEHMAN BROTHERS HOLDINGS INC. and** : | |
| **LEHMAN BROTHERS SPECIAL** : | **Adv. Proc. No. 10-03228-jmp** |
| **FINANCING, INC. and OFFICIAL COMMITTEE** : | |
| **OF UNSECURED CREDITORS OF LEHMAN** : | |
| **BROTHERS HOLDINGS INC.,** *et al*. : | |
| **Plaintiffs and** : | |
| **Intervenor,** : | |
| : | |
| -against- : | |
| : | |
| **NOMURA INTERNATIONAL PLC,** : | |
| : | |
| **Defendant.** : | |

------------------------------------------------------------- x
| | |
|---|---|
| : | |
| **LEHMAN BROTHERS HOLDINGS INC. and** : | |
| **LEHMAN BROTHERS SPECIAL** : | **Adv. Proc. No. 10-03229-jmp** |
| **FINANCING, INC. and OFFICIAL COMMITTEE** : | |
| **OF UNSECURED CREDITORS OF LEHMAN** : | |
| **BROTHERS HOLDINGS INC.,** *et al*. : | |
| **Plaintiffs and** : | |
| **Intervenor,** : | |
| : | |
| -against- : | |
| : | |

NYDOCS03/919835.2

**NOMURA SECURITIES CO., LTD.,**     :
                                                                                    :
                                          **Defendant.**   :
-------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                )    ss.:
COUNTY OF NEW YORK   )

Ryan C. Knutson, being duly sworn, deposes and says, under the penalty of perjury:

1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

2. On December 28, 2010, I caused to be served via the manner so indicated, to the parties listed on Exhibit A annexed hereto, true and correct copies of the *Letter in Response to the December 23 Letter from Plaintiffs' Counsel Seeking a Pre-Motion Conference* [Docket No. 13681].

                                                                  /s/ *Ryan C. Knutson*
                                                                  Ryan C. Knutson

SWORN TO AND SUBSCRIBED before me on this 29th day of December, 2010.

  /s/ *Adele Young*
Notary Public, State of New York
No. 01YO6220550
Qualified in New York County
My Commission Expires April 19, 2014

**Exhibit A**

<u>Via Hand Delivery</u>

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
The Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004


<u>Via FedEx</u>

Jayant W. Tambe
Corinne Ball
Aviva Warter Sisitsky
Jones Day
222 East 41st Street
New York, New York 10017

Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

NYDOCS03/919835.2