B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HBK Master Fund L.P.</u>                          <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>8160</u>
should be sent:                                 Amount of Claim as Filed: <u>$48,421,591.86*</u>
HBK Master Fund L.P.                            Amount of Claim held by Transferor:
c/o HBK Services LLC                            <u>$12,597,219.37*</u>
2101 Cedar Springs Road, Suite 700              Amount of Claim Transferred: <u>$12,597,219.37*</u>
Dallas, TX 75201                                Date Claim Filed: <u>8/13/09</u>
Attention: Legal Department                     Debtor: <u>Lehman Brothers Holdings Inc.</u>
FAX: 214-758-1207

                                                *Pursuant to (i) an agreement with the Debtor and
With a copy to:                                 (ii) the Sixty-Ninth Omnibus Objection, the
Hunton & Williams LLP                           Amount of Claim as Filed is to be modified and
Attn:  J.R. Smith, Esq.                         allowed in the amount of $41,371,057.00
Riverfront Plaza, East Tower                    ("Allowed Amount"). The portion of the Allowed
951 East Byrd Street                            Amount held by and transferred by the Transferor
Richmond, Virginia 23219-4074                   is $10,762,972.89.

Phone:                                          Phone:
Last Four Digits of Acct #:                     Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:

641259.1/153-05554

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Jeffrey D. Estes    Date:    12/28/10 ...............................
    Transferee/Transferee's Agent    Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HBK Master Fund L.P.</u>
Name of Transferee

Name and Address where notices to transferee should be sent:
HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201
Attention: Legal Department
FAX: 214-758-1207

With a copy to:
Hunton & Williams LLP
Attn:  J.R. Smith, Esq.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Phone:
Last Four Digits of Acct #:

<u>Goldman Sachs Lending Partners LLC</u>
Name of Transferor

Court Claim # (if known): <u>8161</u>
Amount of Claim as Filed:<u> $48,421,591.86*</u>
Amount of Claim held by Transferor:
<u>$12,597,219.37*</u>
Amount of Claim Transferred:<u> $12,597,219.37*</u>
Date Claim Filed: <u>8/13/09</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

*Pursuant to (i) an agreement with the Debtor and (ii) the Sixty-Ninth Omnibus Objection, the Amount of Claim as Filed is to be modified and allowed in the amount of $41,371,057.00 ("Allowed Amount"). The portion of the Allowed Amount held by and transferred by the Transferor is $10,762,972.89

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:

641259.1/153-05554

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Jeffrey D. Estes    Date: ___12/28/10_____
    Transferee/Transferee's Agent    Authorized Signatory

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.       Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HBK Master Fund L.P.</u>                                    <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                                                       Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>8162</u>
should be sent:                                                  Amount of Claim as Filed:<u> $8,458,082.64*</u>
HBK Master Fund L.P.                                         Amount of Claim held by Transferor:
c/o HBK Services LLC                                         <u>$2,200,429.98*</u>
2101 Cedar Springs Road, Suite 700                      Amount of Claim Transferred: <u>$2,200,429.98*</u>
Dallas, TX 75201                                             Date Claim Filed: <u>8/13/09</u>
Attention: Legal Department                                 Debtor: <u>Lehman Brothers Special Financing Inc.</u>
FAX: 214-758-1207

                                                                *Pursuant to (i) an agreement with the Debtor and
With a copy to:                                              (ii) the Sixty-Ninth Omnibus Objection, the
Hunton & Williams LLP                                        Amount of Claim as Filed is to be modified and
Attn:  J.R. Smith, Esq.                                      allowed in the amount of $6,856,805.00 ("Allowed
Riverfront Plaza, East Tower                                 Amount"). The portion of the Allowed Amount
951 East Byrd Street                                         held by and transferred by the Transferor is
Richmond, Virginia 23219-4074                                $3,616,874.89

Phone:                                                       Phone:
Last Four Digits of Acct #:                                  Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:

641259.1/153-05554

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Jeffrey D. Estes    Date: ...12/28/10...............................
     Transferee/Transferee's Agent    Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HBK Master Fund L.P.</u>
Name of Transferee

<u>Goldman Sachs Lending Partners LLC</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201
Attention: Legal Department
FAX: 214-758-1207

Court Claim # (if known): <u>8163</u>
Amount of Claim as Filed: <u>$8,458,082.64*</u>
Amount of Claim held by Transferor:
<u>$2,200,429.98*</u>
Amount of Claim Transferred: <u>$2,200,429.98*</u>
Date Claim Filed: <u>8/13/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

*Pursuant to (i) an agreement with the Debtor and (ii) the Sixty-Ninth Omnibus Objection, the Amount of Claim as Filed is to be modified and allowed in the amount of $6,856,805.00 ("Allowed Amount"). The portion of the Allowed Amount held by and transferred by the Transferor is $3,616,874.89.

With a copy to:
Hunton & Williams LLP
Attn:  J.R. Smith, Esq.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone: _____
Last Four Digits of Acct #: _____

641259.1/153-05554

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Jeffrey D. Estes    Date: ___12/28/10_____
    Transferee/Transferee's Agent    Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

08-13555-mg   Doc 13727   Filed 12/30/10   Entered 12/30/10 11:49:15   Main Document
Pg 9 of 12

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

<u>HBK Master Fund L.P.</u>                        <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                               Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>8164</u>
should be sent:                                   Amount of Claim as Filed:<u> $6,221,339.73*</u>
HBK Master Fund L.P.                              Amount of Claim held by Transferor:
c/o HBK Services LLC                              <u>$1,618,525.50*</u>
2101 Cedar Springs Road, Suite 700               Amount of Claim Transferred: <u>$1,618,525.50*</u>
Dallas, TX 75201                                  Date Claim Filed: <u>8/13/09</u>
Attention: Legal Department                       Debtor: <u>Lehman Brothers Special Financing Inc.</u>
FAX: 214-758-1207

                                                  *Pursuant to (i) an agreement with the Debtor and
With a copy to:                                   (ii) the Sixty-Ninth Omnibus Objection, the
Hunton & Williams LLP                             Amount of Claim as Filed is to be modified and
Attn:  J.R. Smith, Esq.                           allowed in the amount of $4,772,138.00 ("Allowed
Riverfront Plaza, East Tower                      Amount"). The portion of the Allowed Amount
951 East Byrd Street                              held by and transferred by the Transferor is
Richmond, Virginia 23219-4074                     $2,517,240.33

Phone:                                            Phone:
Last Four Digits of Acct #:                       Last Four Digits of Acct. #:


Name and Address where transferee payments
should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:


641259.1/153-05554

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Jeffrey D. Estes   Date: ___12/28/10_____
Transferee/Transferee's Agent   Authorized Signatory

*Penalty for making a false statement:   Fine of up to $500,000 or imprisonment for up to 5 years, or both.   18 U.S.C. §§ 152 & 3571.*

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HBK Master Fund L.P.                              Goldman Sachs Lending Partners LLC
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 8165
should be sent:                                   Amount of Claim as Filed: $6,221,339.73*
HBK Master Fund L.P.                              Amount of Claim held by Transferor:
c/o HBK Services LLC                              $1,618,525.50*
2101 Cedar Springs Road, Suite 700               Amount of Claim Transferred: $1,618,525.50*
Dallas, TX 75201                                  Date Claim Filed: 8/13/09
Attention: Legal Department                       Debtor: Lehman Brothers Holdings Inc.
FAX: 214-758-1207

                                                  *Pursuant to (i) an agreement with the Debtor and
With a copy to:                                   (ii) the Sixty-Ninth Omnibus Objection, the
Hunton & Williams LLP                             Amount of Claim as Filed is to be modified and
Attn:  J.R. Smith, Esq.                           allowed in the amount of $4,772,138.00 ("Allowed
Riverfront Plaza, East Tower                      Amount"). The portion of the Allowed Amount
951 East Byrd Street                              held by and transferred by the Transferor is
Richmond, Virginia 23219-4074                     $2,517,240.33.

Phone:                                            Phone:
Last Four Digits of Acct #:                       Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:

641259.1/153-05554

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Jeffrey D. Estes    Date: ....12/28/10.................................
        Transferee/Transferee's Agent    Authorized Signatory

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*