B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>HBK Master Fund L.P.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201
Attention: Legal Department
FAX: 214-758-1207

With a copy to:
Hunton & Williams LLP
Attn: J.R. Smith, Esq.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Phone:
Last Four Digits of Acct #:

Court Claim # (if known): <u>8160</u>
Amount of Claim as Filed: <u>$48,421,591.86*</u>
Amount of Claim held by Transferor:
$10,282,616.57*
Amount of Claim Transferred: <u>$10,282,616.57*</u>
Date Claim Filed: <u>8/13/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

*Pursuant to (i) an agreement with the Debtor and (ii) the Sixty-Ninth Omnibus Objection, the Amount of Claim as Filed is to be modified and allowed in the amount of $41,371,057.00 ("Allowed Amount"). The portion of the Allowed Amount held by and transferred by the Transferor is $8,785,393.04

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:

639558.5/153-05554                    19

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Jeffrey D. Estes    Date: ...12/28/10...............
           Authorized Signatory
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201
Attention: Legal Department
FAX: 214-758-1207

With a copy to:
Hunton & Williams LLP
Attn: J.R. Smith, Esq.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Phone:
Last Four Digits of Acct #:

Court Claim # (if known): 8161
Amount of Claim as Filed: $48,421,591.86*
Amount of Claim held by Transferor: $10,282,616.57*
Amount of Claim Transferred: $10,282,616.57*
Date Claim Filed: 8/13/09
Debtor: Lehman Brothers Special Financing Inc.

*Pursuant to (i) an agreement with the Debtor and (ii) the Sixty-Ninth Omnibus Objection, the Amount of Claim as Filed is to be modified and allowed in the amount of $41,371,057.00 ("Allowed Amount"). The portion of the Allowed Amount held by and transferred by the Transferor is $8,785,393.04

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Jeffrey D. Estes         Date: ...12/28/10......................
            Authorized Signatory
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.  Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201
Attention: Legal Department
FAX: 214-758-1207

With a copy to:
Hunton & Williams LLP
Attn: J.R. Smith, Esq.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Phone:
Last Four Digits of Acct #:

Court Claim # (if known): 8162
Amount of Claim as Filed: $8,458,082.64*
Amount of Claim held by Transferor: $1,796,124.78*
Amount of Claim Transferred: $1,796,124.78*
Date Claim Filed: 8/13/09
Debtor: Lehman Brothers Special Financing Inc.

*Pursuant to (i) an agreement with the Debtor and (ii) the Sixty-Ninth Omnibus Objection, the Amount of Claim as Filed is to be modified and allowed in the amount of $6,856,805.00 ("Allowed Amount"). The portion of the Allowed Amount held by and transferred by the Transferor is $1,456,083.83

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Jeffrey D. Estes        Date: 12/28/10
    Transferee/Transferee's Agent   Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

639838.3/153-05554                              26

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201
Attention: Legal Department
FAX: 214-758-1207

With a copy to:
Hunton & Williams LLP
Attn: J.R. Smith, Esq.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:

Court Claim # (if known): 8163
Amount of Claim as Filed: $8,458,082.64*
Amount of Claim held by Transferor: $1,796,124.78*
Amount of Claim Transferred: $1,796,124.78*
Date Claim Filed: 8/13/09
Debtor: Lehman Brothers Holdings Inc.

*Pursuant to (i) an agreement with the Debtor and (ii) the Sixty-Ninth Omnibus Objection, the Amount of Claim as Filed is to be modified and allowed in the amount of $6,856,805.00 ("Allowed Amount"). The portion of the Allowed Amount held by and transferred by the Transferor is $1,456,083.83
Phone:
Last Four Digits of Acct. #:

639558.5/153-05554                 15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Jeffrey D. Estes      Date: 12/28/10
    Transferee/Transferee's Agent  Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201
Attention: Legal Department
FAX: 214-758-1207

With a copy to:
Hunton & Williams LLP
Attn:  J.R. Smith, Esq.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Phone:
Last Four Digits of Acct #:

Court Claim # (if known): 8164
Amount of Claim as Filed: $6,221,339.73*
Amount of Claim held by Transferor: $1,321,138.95*
Amount of Claim Transferred: $1,321,138.95*
Date Claim Filed: 8/13/09
Debtor: Lehman Brothers Special Financing Inc.

*Pursuant to (i) an agreement with the Debtor and (ii) the Sixty-Ninth Omnibus Objection, the Amount of Claim as Filed is to be modified and allowed in the amount of $4,772,138.00 ("Allowed Amount"). The portion of the Allowed Amount held by and transferred by the Transferor is $1,013,392.24

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:

639558.5/153-05554                                25

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Jeffrey D. Estes           Date: ...12/28/10.........................
       Transferee/Transferee's Agent  Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

639838.3/153-05534                          26

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 8165 |
| HBK Master Fund L.P. | Amount of Claim as Filed: $6,221,339.73* |
| c/o HBK Services LLC | Amount of Claim held by Transferor: $1,321,138.95* |
| 2101 Cedar Springs Road, Suite 700 | Amount of Claim Transferred: $1,321,138.95* |
| Dallas, TX 75201 | Date Claim Filed: 8/13/09 |
| Attention: Legal Department | Debtor: Lehman Brothers Holdings Inc. |
| FAX: 214-758-1207 | |
| | *Pursuant to (i) an agreement with the Debtor and (ii) the Sixty-Ninth Omnibus Objection, the Amount of Claim as Filed is to be modified and allowed in the amount of $4,772,138.00 ("Allowed Amount"). The portion of the Allowed Amount held by and transferred by the Transferor is $1,013,392.24 |
| With a copy to: | |
| Hunton & Williams LLP | |
| Attn: J.R. Smith, Esq. | |
| Riverfront Plaza, East Tower | |
| 951 East Byrd Street | |
| Richmond, Virginia 23219-4074 | |
| | |
| Phone: | Phone: |
| Last Four Digits of Acct #: | Last Four Digits of Acct. #: |

Name and Address where transferee payments
should be sent (if different from above):
Same as above
Phone:
Last Four Digits of Acct #:

639558.5/153-05554　　　　　　23

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Jeffrey D. Estes    Date: ...12/28/10...............................
        Authorized Signatory
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*