UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    08-13555 (JMP)
                                    :    (Jointly Administered)
            Debtors.                :
                                    :    Ref. Docket Nos. 13609, 13610 &
                                    :    13641

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 27, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
30th day of December, 2010
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                                |
In re                                           |   Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |   08-13555 (JMP)
                                                |
                                                |   (Jointly Administered)
            Debtors.                            |
                                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  DAVIDE CAMPARI-MILANO S.P.A.
         ATTN: CHIEF FINANCIAL OFFICER
         VIA FRANCO SACCHETTI 20
         20099 SESTO SAN GIOVANNI
         MILAN
         ITALY
```

Please note that your claim # 12382 in the above referenced case and in the amount of
    $9,666,822.06        has been transferred **(unless previously expunged by court order)**

```
         MERRILL LYNCH CREDIT PRODUCTS, LLC
         TRANSFEROR: DAVIDE CAMPARI-MILANO S.P.A.
         ATTN: JEFFREY BENESH AND RON TOROK
         BANK OF AMERICA TOWER- 3RD FLOOR
         ONE BRYANT PARK
         NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13609      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/27/2010                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 27, 2010.

# EXHIBIT B

```
TIME: 10:59:40                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 12/27/10                                         CREDITOR LISTING

Name                                    Address
DAVIDE CAMPARI-MILANO S.P.A.            ATTN: CHIEF FINANCIAL OFFICER VIA FRANCO SACCHETTI 20 20099 SESTO SAN GIOVANNI MILAN   ITALY
FEDERAL FINANCE GESTION                 AS MANAGEMENT COMPANY ON BEHALF OF THE FRENCH FONDS COMMUN DE PLACEMENT GARANRI ACTIONS OCTOBRE 2011 GIDE LOYRETTE NOUEL LLP
                                        ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH ST. 19TH FLOOR NEW YORK NY 10036
FEDERAL FINANCE GESTION                 GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH ST., 19TH FLOOR NEW YORK NY 10036
GOLDMAN SACHS LENDING PARTNERS LLC      RICHARDS KIBBE & ORBE LLP ATTN:MANAGING CLERK ONE WORLD CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: FEDERAL FINANCE GESTION C/O GOLDMAN, SACHS & CO ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
IKB DEUTSCHE INDUSTRIEBANK AG           LONDON BRANCH 80 CANNON STREET LONDON  EC4N 6HL UNITED KINGDOM
IKB DEUTSCHE INDUSTRIEBANK AG, LONDON   IKB DEUTSCHE INDUSTRIEBANK AG ATTN: JAMES SANKEY WILHELM-BOTZKES STRASSE 1 DUSSELDORF  40474 GERMANY
BRANCH
IKB DEUTSCHE INDUSTRIEBANK AG, LONDON   CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
IKB DEUTSCHE INDUSTRIEBANK AG, LONDON   ATTN: KERRY MCGILL 80 CANNON STREET LONDON  EC4N 6HL UNITED KINGDOM
BRANCH
MERRILL LYNCH CREDIT PRODUCTS, LLC      TRANSFEROR: DAVIDE CAMPARI-MILANO S.P.A. ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK
                                        NEW YORK NY 10036
THE ROYAL BANK OF SCOTLAND PLC          RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE FINANCIAL CENTER NEW YORK NY 10281
THE ROYAL BANK OF SCOTLAND PLC          RICHARD KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
THE ROYAL BANK OF SCOTLAND PLC          TRANSFEROR: IKB DEUTSCHE INDUSTRIEBANK AG ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901
THE ROYAL BANK OF SCOTLAND PLC          TRANSFEROR: IKB DEUTSCHE INDUSTRIEBANK AG, LONDON BRANCH ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901

Total Number of Records Printed        14
```

EPIQ BANKRUPTCY SOLUTIONS, LLC