Form 210A (10/06)

# United States Bankruptcy Court

__SOUTHERN__ District Of __NEW YORK__

In re __LEHMAN BROTHERS INC__,    Case No. __08-13555 (JMP)__

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVF Lux Securities Trading S.a.r.l. | Seaspraie Holdings LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

Court Claim # (if known): __67250__
Amount of Claim: __$10,084,912.57__
Date Claim Filed: __12/10/10__

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ David Short__    Date: __December 30, 2010__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| Ch-11 LEHMAN BROTHERS HOLDINGS, INC. | Chapter 11 |
| Debtor | |

**NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that any and all claims of Seaspraie Holdings LLC ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $10,084,912.57 | 67250 |

have been transferred and assigned to CVF Lux Securities Trading S.a.r.l.l ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVF Lux Securities Trading S.a.r.l.
Address: c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

Signature:
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date: 12/29/10

ASSIGNOR: Seaspraie Holdings LLC
Address: c/o Ospraie Management, LLC
320 Park Avenue, 27th Floor
Attn: Daniel Fabien, Director
New York, NY 10022

Signature:
Name: DICK FAGENTAL
Title:
Date: 12/22/10

DOC ID-11081916.2                              16

Claim Question? Call: 646 282 2400   Technical Support Question? Call: 800 794 4430

Guest | Sign In

Lehman Brothers Holdings Inc. (Chapter 11)  
Change Client

Client Home   Claims   Docket   Key Documents

Home » Search Claims

Bookmark this Page

# Search Claims

### Criteria

**Claim Number**: 67250  
**Creditor Name**: Name Starts With  
**Scope**: Claims and schedules

**Schedule Number**:  
**Amount**: Total Claim Value | Equals  

**Debtor**:  
**Claim Date Range**: to

**Order By**: Creditor Name   **Results Per Page**: 50

### Results
Expand All

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|---|
| ⊟ | 67250 | | SEASPRAIE HOLDINGS LLC | 12/10/2010 | $10,084,912.57 | Image |
| | | | C/O OSPRAIE MANAGEMENT, LLC<br>ATTN: DANIEL FABIAN<br>320 PARK AVENUE, 27TH FLOOR<br>NEW YORK, NY 10022 | Claimed Unsecured: | $10,084,912.57 | |
| | | | Debtor: Lehman Brothers Holdings Inc. | Remarks: Amends claim 17513 | | |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS  
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.