UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                     Debtors.                                    :
                                                                 :
                                                                 :    Ref. Docket Nos. 13645-13647,
                                                                 :    13660, 13662-13665 & 13667-13670
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 28, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
30th day of December, 2010
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   TPG CREDIT STRATEGIES FUND, L.P.
      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
      C/O TPG CREDIT MANAGEMENT LP; ATTN: P GLERUM/M WHITE
      4600 WELLS FARGO CENTER
      90 SOUTH SEVENTH STREET
      MINNEAPOLIS MN 55402
```

Please note that your claim # 16062-02 in the above referenced case and in the amount of $7,339,131.91 has been transferred **(unless previously expunged by court order)**

```
      MERRILL LYNCH CREDIT PRODUCTS, LLC
      TRANSFEROR: TPG CREDIT STRATEGIES FUND, L.P.
      C/O BANK OF AMERICA MERRILL LYNCH
      BANK OF AMERICA TOWER, 3RD FL/ONE BRYANT PARK
      NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13645 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2010                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 28, 2010.

# EXHIBIT B

```
TIME: 12:23:56                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 12/28/10                                        CREDITOR LISTING

Name                                              Address
ARECHABALA FERANDEZ, VICTORIA                     C/ ALFONSO RODRIGUEZ SANTA MARIA 14 2O DCHA MADRID  28002 SPAIN
BANCO ESPIRITO SANTO S.A., SUCURSAL EN            TRANSFEROR: ARECHABALA FERANDEZ, VICTORIA FERNANDO RODRIGUEZ C/SERRANO, 88 MADRID  28006 SPAIN
 ESPANA
BANCO ESPIRITO SANTO S.A., SUCURSAL EN            TRANSFEROR: BUENO GIL, LUIS FERNANDO RODRIGUEZ C/SERRANO, 88 MADRID  28006 SPAIN
 ESPANA
BANCO ESPIRITO SANTO S.A., SUCURSAL EN            TRANSFEROR: MORCH THEVENARD, CHRISTINE FERNANDO RODRIGUEZ C/SERRANO, 88 MADRID  28006 SPAIN
 ESPANA
BANCO ESPIRITO SANTO S.A., SUCURSAL EN            TRANSFEROR: POLIGONO INTERIOR, S.L. FERNANDO RODRIGUEZ C/SERRANO 88 MADRID  28006 SPAIN
 ESPANA
BANCO ESPIRITO SANTO S.A., SUCURSAL EN            TRANSFEROR: RUBIO EGURIDE, AURORA FERNANDO RODRIGUEZ C/SERRANO, 88 MADRID  28006 SPAIN
 ESPANA
BANCO ESPIRITO SANTO S.A., SUCURSAL EN            TRANSFEROR: RUBIO RUBIO, NATALIA INMACULADA FERNANDO RODRIGUEZ C/SERRANO, 88 MADRID  28006 SPAIN
 ESPANA
BANCO ESPIRITO SANTO S.A., SUCURSAL EN            TRANSFEROR: RUBIO RUBIO, RAFAEL FERNANDO RODRIGUEZ C/SERRANO, 88 MADRID  28006 SPAIN
 ESPANA
BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA          C/ SERRANO, 88 MADRID  28006 SPAIN
BUENO GIL, LUIS                                   C/ TRAMONTANA 11, 4-C POZUELO DE ALARCON (MADRID)  28223 SPAIN
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FL/ONE BRYANT PARK
                                                   NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS, L.P. C/O BANK OF AMERICA MERRILL LYNCH
                                                   BANK OF AMERICA TOWER, 3RD FLOOR/ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: TPG CREDIT STRATEGIES FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FL/ONE BRYANT PARK
                                                   NEW YORK NY 10036
MORCH THEVENARD, CHRISTINE                        URBANIZACION CLUB SIERRA, EDIFICO POMPLONA NO 7 MARBELLA (MADRID)  29602 SPAIN
POLIGONO INTERIOR, S.L.                           C/ SERRANO 63, ESC 3, 1 O DCHA MADRID  28006 SPAIN
RUBIO EGURIDE, AURORA                             C/ CAMINO SUR 52 LA MORALEJA-ALCOBENDAS-MADRID  28109 SPAIN
RUBIO RUBIO, NATALIA INMACULADA                   AVDA. DE LA VEGA 7, PORTAL 5, 20 DCHA. ALCOBENDAS (MADRID)  28108 SPAIN
RUBIO RUBIO, RAFAEL                               C/ FLAMENCO 19, URBANIZACION CIUDALCAMPO SAN SEBASTIAN DE LOS REYES (MADRID)  28707 SPAIN
TPG CREDIT OPPORTUNITIES FUND, L.P.               TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TPG CREDIT MANAGEMENT LP;ATTN: P GLERUM/M WHITE 4600 WELLS FARGO CENTER
                                                   90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
TPG CREDIT OPPORTUNITIES INVESTORS, L.P.          TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TPG CREDIT MANAGEMENT LP; ATTN: P GLERUM/M WHITE 4600 WELLS FARGO CENTER
                                                   90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
TPG CREDIT STRATEGIES FUND, L.P.                  TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O TPG CREDIT MANAGEMENT LP; ATTN: P GLERUM/M WHITE 4600 WELLS FARGO CENTER
                                                   90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
YORVIK PARTNERS LLP                               TRANSFEROR: BANCO ESPIRITO SANTO S.A., SUCURSAL EN ESPANA ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed         23
```