UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

--------------------------------------------------------x

### VERIFIED STATEMENT OF LINKLATERS LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)

Linklaters LLP ("Linklaters"), as attorneys for the creditors listed on Exhibit A hereto (collectively, the "Entities"), in connection with the above-captioned chapter 11 cases (the "Cases") of Lehman Brothers Holdings Inc., and its debtor affiliates (collectively, the "Debtors"), makes this statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure:

1. Linklaters has been retained by the Entities in connection with the Cases. Those entities that have not been listed on Exhibit A are entities that have not yet determined to appear in the Cases or have appeared in the Cases but not as creditors or equity security holders of the Debtors, and/or have sought general advice from Linklaters in connection with the Cases.

2. Each of the Entities may hold claims against and/or interests in various Debtors arising at various times pursuant to agreements with the Debtors, and/or under statutory and/or common law and/or at equity. The specific nature and amounts of these claims and/or interests have not been finally determined and may be set forth in proofs of claim or interest filed or to be filed against the relevant Debtors' estates.

3. Each of the Entities separately requested that Linklaters represent them in connection with the Cases.

4.  Linklaters may also represent certain of the Entities on matters unrelated to the Cases. These representations include those by Linklaters in the administration of Lehman Brothers International (Europe) and its affiliates in the United Kingdom and other jurisdictions.

5.  The Entities may also hold additional claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Linklaters' representation of such Entities.

6.  Linklaters has provided certain legal services to certain of the Debtors. With respect to these services, Linklaters holds pre-petition claims against such Debtors. Linklaters has not purchased, sold or otherwise transferred any claims against the Debtors.

7.  Linklaters makes this Statement solely for disclosure purposes pursuant to Rule 2019, and nothing herein is, or should be construed as, an admission, acknowledgement, or waiver by the Entities.

8.  By filing this Statement, Linklaters does not submit itself to the jurisdiction of the Bankruptcy Court or any other U.S. court or tribunal, for any purpose other than with respect to this Statement.

9.  Linklaters reserves the right to revise, supplement or amend this Statement at any time in the future.

10.     The undersigned declares under penalty of perjury that the statements made herein are true and accurate, to the best of the undersigned's knowledge, information and belief.

Dated:    New York, New York
          December 30, 2010

>                                           Respectfully submitted,
>                                           **Linklaters LLP**
>
>                                           By:    /s/ Martin Flics
>                                           Martin Flics
>                                           Paul S. Hessler
>                                           1345 Avenue of the Americas, 19th Floor
>                                           New York, NY 10105
>                                           (212) 903-9000
>                                           (212) 903-9100 (fax)
>                                           martin.flics@linklaters.com

3

# EXHIBIT A

The Joint Administrators of the Lehman European Group Administration Companies[1]
Level 23
25 Canada Square
London
E14 5LQ
United Kingdom

The Joint Liquidators of the Lehman European Group Liquidation Companies[2]
Level 23
25 Canada Square
London
E14 5LQ
United Kingdom

Montepio Geral – Associação Mutualista
Caixa Económica
Montepio Geral
Rua Áurea 219-241
1100-062 Lisboa
Portugal

Caixa Económica
Montepio Geral
Rua Áurea 219-241
1100-062 Lisboa
Portugal

Lusitania Vida-Companhia de Seguros, SA
Avenida Eng° Duarte Pacheco
Torre 2-12°
1000 Lisboa
Portugal

---

[1] The Lehman European Group Administration Companies include Lehman Brothers International (Europe) (in administration) and the other Lehman group companies in administration proceedings in the UK to which partners of PricewaterhouseCoopers LLP are appointed as Joint Administrators.

[2] The Lehman European Group Liquidation Companies include the Lehman group companies in liquidation proceedings in the UK to which partners of PricewaterhouseCoopers LLP are appointed as Joint Liquidators.