UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re : Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)

: (Jointly Administered)

Debtors. :

-------------------------------------------------------------------x   Ref. Docket Nos. 13601, 13671,
13672, 13673 & 13674

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 29, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
30th day of December, 2010

/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BARCLAYS BANK PLC
         TRANSFEROR: CASSA DI RISPARMIO DI RAVENNA S.P.A.
         745 SEVENTH AVENUE
         NEW YORK NY 10019
```

Please note that your claim # 51235-03 in the above referenced case and in the amount of
         $5,459,143.34        has been transferred **(unless previously expunged by court order)**

```
         BOTTICELLI, L.L.C.
         TRANSFEROR: BARCLAYS BANK PLC
         245 PARK AVENUE
         NEW YORK NY 10167
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13601      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/29/2010                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 29, 2010.

# EXHIBIT B

```
TIME: 11:58:45                                      LEHMAN BROTHERS HOLDING INC.                                            PAGE:   1
DATE: 12/29/10                                           CREDITOR LISTING

Name                                 Address
BARCLAYS BANK PLC                    TRANSFEROR: CASSA DI RISPARMIO DI RAVENNA S.P.A. 745 SEVENTH AVENUE NEW YORK NY 10019
BOTTICELLI, L.L.C.                   TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167
CVI GVF LUXEMBOURG TWELVE S.A.R.L.   TRANSFEROR: KOMUNINVEST I SVERIGE AB C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM
                                     SURREY KT11 2PD UNITED KINGDOM
ILLIQUIDX LTD                        TRANSFEROR: MTS INCOMING AND TOURISTIC SERVICES S.L. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 107-111 FLEET STREET
                                     LONDON  EC4A 2AB UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.            TRANSFEROR: BANK LEUMI LE ISRAEL B.M. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
KOMUNINVEST I SVERIGE AB             DENNIS J. DREBSKY C/O NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK NY 10022
SILVER POINT CAPITAL FUND, L.P.      DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.      TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, LP/ATTN: ELISSIA GREENBERG TWO GREENWICH PLAZA, FIRST FLOOR
                                     GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, LP/ATTN: ELISSIA GREENBERG TWO GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                           GREENWICH CT 06830
STONEHILL INSTITUTIONAL PARTNERS, LP TRANSFEROR: ILLIQUIDX LTD C/O STONEHILL CAPITAL MANAGEMENT, LLC/ATTN: S NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022

Total Number of Records Printed      11
```