UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                                    :           Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :           08-13555 (JMP)
                                                         :           (Jointly Administered)
                              Debtors.                   :
                                                         :
-------------------------------------------------------------------x           Ref. Docket No. 13676

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On December 29, 2010, I caused to be served the "Notice of Defective Transfer," a sample of
    which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1)
    personalized with the transferee, transferor and claim information for the above-referenced
    docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered
    by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
30th day of December, 2010
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 13676_Aff 12-29-10.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |      Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |      08-13555 (JMP)
                                       |
                                       |      (Jointly Administered)
              Debtors.                 |
                                       |
_____|
```

### NOTICE OF DEFECTIVE TRANSFER

Transferor:     CIF EUROMORTGAGE
                ATTN: LEGAL DEPARTMENT
                CIF EUROMORTGAGE
                26/28 RUE DE MADRID
                PARIS 75008 FRANCE


Additional:




Transferee:     SUCCESSAL GROUP LP
                C/O RICHARDS KIBBE & ORBE LLP
                ATTN: LARRY HALPERIN
                ONE WORLD FINANCIAL CENTER
                NEW YORK NY 10281


**Your transfer    of claim #   34720    is defective for the reason(s) checked below:**

Expunged By Court Order




Docket Number 13676              Date 12/27/10

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 29, 2010.

**EXHIBIT B**

TIME: 11:59:30
DATE: 12/29/10

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| CIF EUROMORTGAGE | ATTN: LEGAL DEPARTMENT CIF EUROMORTGAGE 26/28 RUE DE MADRID PARIS 75008 FRANCE |
| SUCCESSAL GROUP LP | C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC