B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case <u>No. 08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>The Royal Bank of Scotland plc</u>            <u>Global Securities Emerging Markets Relative</u>
Name of Transferee                               <u>Value Master Fund L.P.</u>
                                                 Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>33525</u>
should be sent:                                  Amount of Claim: <u>$3,863,783.82</u>
The Royal Bank of Scotland plc                   Date Claim Filed: <u>9/21/09</u>
600 Washington Blvd.                             Debtor: <u>Lehman Brothers Holdings Inc.</u>
Stamford, CT 06901
Attention: Matthew Rosencrans

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: _____          Phone: _____
Last Four Digits of Acct #: _____  Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

640284.3/2620-00348

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 12/29/10
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

640284.3/2620-00348