08-13555-mg    Doc 13748    Filed 12/30/10    Entered 12/30/10 16:42:31    Main Document
Pg 1 of 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :
                              Debtors.        :    (Jointly Administered)
-----------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | LB Preferred Somerset LLC (Case No. 09-17505) |
|---|---|
| Creditor Name and Address: | Somerset Associates, LLC<br>c/o Jonathan I. Rabinowitz, Esq.<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey 07039 |
| Claim Number (if known): | 66609 |
| Date Claim Filed: | May 13, 2010 |
| Total Amount of Claim Filed: | $7,534,687.10 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | [signature] | Title: | MANAGING MEMBER |
|---|---|---|---|
| Printed Name: | KEVIN J. WILK | Dated: | 10/29/10 |