UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                                 :    Chapter 11 Case No.
                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :    08-13555 (JMP)
                                                      :
                                    Debtors.          :    (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | LB Somerset LLC (Case No. 09-17503) |
| Creditor Name and Address: | Somerset Associates, LLC<br>c/o Jonathan I. Rabinowitz, Esq.<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey  07039 |
| Claim Number (if known): | 66610 |
| Date Claim Filed: | May 13, 2010 |
| Total Amount of Claim Filed: | $7,534,687.10 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: MANAGING MEMBER |
|---|---|
| Printed Name: KEVIN J. WILK | Dated: 10 / 29 / 10 |