**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :    08-13555 (JMP)
                                                   :
                     Debtors.                      :    (Jointly Administered)
                                                   :
--------------------------------------------------------------------x    Ref. Docket No. 12654

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2010, I caused to be served the "Notice of Defective Transfer", a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   */s/ Eleni Kossivas*
                                                   Eleni Kossivas

Sworn to before me this
18th day of November, 2010
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  CREDIT SUISSE (DEUTSCHLAND) AG
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

CREDIT SUISSE (DEUTSCHLAND) AG
ATTN: ALLEN GAGE
1 MADISON AVE
NEW YORK NY 10010

Transferee:

BANK VONTOBEL AG, ZURICH / SWITZERLAND
ATTN: THOMAS SCHWERZMANN
GOTTHARDSTRASSE 43
POSTFACH
ZURICH CH-8022 SWITZERLAND

Your transfer of claim #  55824  is defective for the reason(s) checked below:

Other                          SECURITY ISIN# LISTED NOT FOUND WITHIN CLAIM #55824

Docket Number 12654            Date 11/04/10

/s/ Jenna Noble
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 15, 2010.

# EXHIBIT B

```
TIME: 16:14:40                              LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 11/15/10                                    CREDITOR LISTING

Name                                   Address
BANK VONTOBEL AG, ZURICH / SWITZERLAND ATTN: THOMAS SCHWERZMANN GOTTHARDSTRASSE 43 POSTFACH ZURICH CH-8022 SWITZERLAND
CREDIT SUISSE (DEUTSCHLAND) AG         ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (DEUTSCHLAND) AG         CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK, NY 10019

Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC