**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                :    (Jointly Administered)
                  Debtors.                      :
                                                :
---------------------------------------------------------------x    Ref. Docket No. 12653

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Eleni Kossivas*
                                            Eleni Kossivas

Sworn to before me this
18th day of November, 2010

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                             Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,            08-13555 (JMP)

                                                  (Jointly Administered)

         Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   BREVAN HOWARD MASTER FUND LIMITED
             C/O BREVAN HOWARD ASSET MANAGEMENT LLP
             55 BAKER STREET
             LONDON    W1U 8EW
             UNITED KINGDOM

Please note that your claim # 14674 in the above referenced case and in the amount of
        $21,806,019.00        has been transferred **(unless previously expunged by court order)**

             ELLIOTT ASSOCIATES, L.P.
             TRANSFEROR: BREVAN HOWARD MASTER FUND LIMITED
             ATTN: MICHAEL STEPHAN, ELLIOT GREENBERG, ROBERY RYAN
             712 5TH AVENUE, 35TH FL
             NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12653     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/15/2010                          Vito Genna, Clerk of Court

                                          /s/ Jenna Noble
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 15, 2010.

**EXHIBIT B**

TIME: 16:11:07
DATE: 11/15/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| BREVAN HOWARD MASTER FUND LIMITED ELLIOTT ASSOCIATES, L.P. | C/O BREVAN HOWARD ASSET MANAGEMENT LLP 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM TRANSFEROR: BREVAN HOWARD MASTER FUND LIMITED ATTN: MICHAEL STEPHAN, ELLIOT GREENBERG, ROBERY RYAN 712 5TH AVENUE, 35TH FL NEW YORK NY 10019 |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC