# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004
Attn: Clerk

AND TO: Lehman Brothers Commodity Services Inc. ("Debtor")
Case No. 08-13885

Claim # 25804

***MERCHANTS' GATE OFFSHORE LIMITED PARTNERSHIP***, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

## LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P.

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $2,576,100.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December ___, 2010.

| **MERCHANTS' GATE OFFSHORE LIMITED PARTNERSHIP** | **LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P.** |
|---|---|
| By Merchants' Gate General Partner LLC, | By Longacre Management, LLC, its General Partner |
| Its General Partner | |
| By: _[signature]_<br>Name: Justin White<br>Title: CFO of GP | By: _____<br>Name: Vladimir Jelisavicic<br>Title: Manager |

Evidence of Transfer of Claim LBCS # 25804

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December ___, 2010.

| **MERCHANTS' GATE OFFSHORE LIMITED PARTNERSHIP** | **LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P.** |
|---|---|
| By Merchants' Gate General Partner LLC, | By Longacre Management, LLC, its General Partner |
| Its General Partner | |
| By: _____ | By: _____ |
| Name: | Name: Vladimir Jelisavicic |
| Title: | Title: Manager |