Exhibit B

# EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court ("Bankruptcy Court")
       Southern District of New York
       One Bowling Green
       New York, NY 10004
       Attn:   Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
           Case No. 08-13555

Claim # 25615

***MERCHANTS' GATE OFFSHORE LIMITED PARTNERSHIP***, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P.**

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $2,576,100.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December __, 2010.

| **MERCHANTS' GATE OFFSHORE LIMITED PARTNERSHIP** | **LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P.** |
|---|---|
| By Merchants' Gate General Partner LLC, | By Longacre Management, LLC, its General Partner |
| Its General Partner | |

By: _____
Name: Justin White
Title: CFO of GP

By: _____
Name: Vladimir Jelisavcic
Title: Manager

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December __, 2010.

| **MERCHANTS' GATE OFFSHORE LIMITED PARTNERSHIP** | **LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P.** |
|---|---|
| By Merchants' Gate General Partner LLC, | By Longacre Management, LLC, its General Partner |
| Its General Partner | |
| By: _____ | By: _____ |
| Name: | Name: Vladimir Jelisavicic |
| Title: | Title: Manager |

Evidence of Transfer of Claim LBHI # 25615