Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Counsel for Canyon Capital Advisors LLC,
as Investment Manager to the following funds:
Canyon Balanced Master Fund, Ltd., Canyon
Capital Arbitrage Master Fund, Ltd., Canyon
Value Realization Fund, L.P. and Canyon Value
Realization Fund (Cayman), Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

----------------------------------------------------------

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                          )   s.s.:
COUNTY OF NEW YORK        )

       1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

       2. On December 6, 2010 I caused to be served true and correct copy of the

**RESPONSE AND RESERVATION OF RIGHTS OF CANYON BALANCED MASTER FUND, LTD., CANYON CAPITAL ARBITRAGE MASTER FUND, LTD., CANYON VALUE REALIZATION FUND (CAYMAN), LTD., AND CANYON VALUE**

NY1 7486363v.1

**REALIZATION FUND, L.P., TO THE DEBTORS' SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS**, by email upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Shai Waisman, Esq.(shai.waisman@weil.com) and Penny Reid, Esq. (penny.reid@weil.com); (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com), Dennis O'Donnell, Esq. (dodonnell@milbank.com), and Evan Fleck, Esq. (efleck@milbank.com); and by Federal Express for overnight delivery upon: (iii) Office of the U.S. Trustee, 33 Whitehall Street, 21st Fl., New York, NY 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq. and Tracy Hope Davis, Esq..

                                                                       /s/ Eileen A. McDonnell
                                                                       EILEEN A. MCDONNELL

Sworn to before me this
30th day of December 2010

 /s/ Melanie Nelson
Notary Public, State of New York
    No.01NE6214750
Qualified in New York County
Commission Expires 12/21/13

NY1 7486363v.1