**SIDLEY AUSTIN LLP**
Michael G. Burke
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

and

Joel S. Feldman
Mark B. Blocker
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

*Counsel for Principal Global Investors (Europe)
andPrincipal Global Investors, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

        Debtors.

---------------------------------------------------------------

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                      )   s.s.:
COUNTY OF NEW YORK      )

      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2. On December 9, 2010 I caused to be served true and correct copy of the

**OBJECTION OF PRINCIPAL GLOBAL INVESTORS (EUROPE) AND PRINCIPAL**

NY1 7486384v.1

**GLOBAL INVESTORS, LLC TO DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-390 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF THE DEBTORS UNDER DERIVATIVES TRANSACTIONS WITH SPECIAL PURPOSE VEHICLE COUNTERPARTIES,** by email upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Richard W. Slack, Esq.(Richard.slack@weil.com), Ralph Miller, Esq. (Ralph.miller@weil.com) and Peter Gruenberger, Esq. (peter.gruenberger@weil.com); (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com), Dennis O'Donnell, Esq. (dodonnell@milbank.com), and Evan Fleck, Esq. (efleck@milbank.com); and by Federal Express for overnight delivery upon: (iii) Office of the U.S. Trustee, 33 Whitehall Street, 21st Fl., New York, NY 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq. and Tracy Hope Davis, Esq..

                                                                        /s/ Eileen A. McDonnell_____
                                                                         EILEEN A. MCDONNELL

Sworn to before me this
30th day of December 2010

/s/ Melanie Nelson\_\_\_\_
Notary Public, State of New York
No.01NE6214750
Qualified in New York County
Commission Expires 12/21/13

NY1 7486384v.1