**UNITED STATES BANKRUPTCY COURT**
**Southern District Of New York**

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>          Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:

**UBS AG, STAMFORD BRANCH**

Name and Address where notices to transferee should be sent:

Craig Pearson
Banking Product Services
UBS AG, Stamford Branch
677 Washington Blvd.
Stamford, CT 06901

Name of Transferor:

**BANCAJA FONDOS, S.G.I.I.C., S.A.**

Court Claim # (if known): 28160, 28161, 28162, 28163, 28164, 28165

Amount of Claim: $2,772,294.88, $2,772,294.88, $1,403,713.17, $1,403,713.17, $1,910,539.92 & $1,910,539.92 respectively

Date Claim Filed: September 22, 2009

Phone: Tel: (203) 719-5397

Phone: (+34) 91 590 41 15

Last Four Digits of Acct #:

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**UBS AG, STAMFORD BRANCH**

Stephen Scanapieco
Associate Director
Banking Products
Services, US

By:_____          Date:____12/29/10____
Transferee/Transferee's Agent

By:_____          Date:____12/29/10____
Transferee/Transferee's Agent
Joselin Fernandes
Associate Director
Banking Products
Services, US

107-1000/COURT/2927013.1

**United States Bankruptcy Court**
**Southern District of New York**

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>                Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS 28160, 28161, 28162, 28163, 28164, 28165 were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of those claims, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on

.

| BANCAJA FONDOS, S.G.I.I.C., S.A. | UBS AG, STAMFORD BRANCH |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| BANCAJA FONDOS, S.G.I.I.C., S.A.<br>Calle María de Molina, 39<br>28006-MADRID (SPAIN)<br>Octavio Sanchez Laguna (osanchez@bqa.gbancaja.com)<br>Alvaro Saavedra López (asaavedralo@bqa.gbancaja.com)<br>Miguel A. Recuenco Gomecello<br>mrecuencogom@bqa.gbancaja.com) | Craig Pearson<br>Banking Product Services<br>UBS AG, Stamford Branch<br>677 Washington Blvd.<br>Stamford, CT 06901 |
|  |  |

| ~DEADLINE TO OBJECT TO TRANSFER~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                                    CLERK OF THE COURT

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: BANCAJA FONDOS, S.G.I.I.C., S.A.

BANCAJA FONDOS, S.G.I.I.C., S.A. ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to UBS AG, STAMFORD BRANCH, its successors and assigns, ("BUYER"), all right, title and interest in and to the following claims of SELLER against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Holdings Inc., and their affiliates in the United States Bankruptcy Court, Southern District of New York, Case No. 08-1355, in the listed amounts (collectively, the "Claim")

| Claim No. | Claim Amount |
|-----------|--------------|
| 28160 | $2,772,294.88 |
| 28161 | $2,772,294.88 |
| 28162 | $1,403,713.17 |
| 28163 | $1,403,713.17 |
| 28164 | $1,910,539.92 |
| 28165 | $1,910,539.92 |

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 23rd day of December, 2010.

BANCAJA FONDOS, S.G.I.I.C, S.A.

By:_____
Name: Octavio Sánchez-Laguna
Title: Director General (CEO)

UBS AG, STAMFORD BRANCH
By: UBS Securities LLC, as agent

By:_____
   Name:
   Title:

By:_____
   Name:
   Title:

DOC ID-11037618 6
107-1000/AGR/2883958 1

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: BANCAJA FONDOS, S.G.I.I.C., S.A.

BANCAJA FONDOS, S.G.I.I.C., S.A. ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to UBS AG, STAMFORD BRANCH, its successors and assigns, ("BUYER"), all right, title and interest in and to the following claims of SELLER against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Holdings Inc., and their affiliates in the United States Bankruptcy Court, Southern District of New York, Case No. 08-1355, in the listed amounts (collectively, the "Claim")

| Claim No. | Claim Amount |
|-----------|--------------|
| 28160 | $2,772,294.88 |
| 28161 | $2,772,294.88 |
| 28162 | $1,403,713.17 |
| 28163 | $1,403,713.17 |
| 28164 | $1,910,539.92 |
| 28165 | $1,910,539.92 |

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 23rd day of December, 2010.

BANCAJA FONDOS, S.G.I.I.C., S.A.

By:_____
Name: Octavio Sánchez Laguna
Title: Director General (CEO)

UBS AG, STAMFORD BRANCH
By: UBS Securities LLC, as agent

By:_____
Name:
Title:

By:_____
Name:
Title:    Joselin Fernandes
Associate Director
Banking Products
Services, US

Stephen Scanapiecc
Associate Director
Banking Products
Services, US

DOC ID-11037618 6
107-1000/AGR/2883958 5