LAW OFFICES OF JEROME ZAMOS
Jerome Zamos (Cal. State Bar No. 36246)
    Admitted Pro Hac Vice
5228 Campo Road
Woodland Hills, California 91364-1927
Telephone: 818-348-7151
Facsimile: 818-348-6095
email: zamoslaw@aol.com

Attorneys for Real Party in Interest
PRUDENCE WALTZ

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| In Re: | Case No. 08-13555 JMP |
|---|---|
| LEHMAN BROTHERS' HOLDING, INC., a Delaware Corporation | Chapter 11 |
| Debtor | [jointly administered] |

### NOTICE OF ENTRY OF MINUTE ORDER
### IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
### FOR THE COUNTY OF LOS ANGELES [BC374163]

TO THE UNITED STATES BANKRUPTCY COURT OF THE SOUTHERN DISTRICT OF NEW YORK, all DEBTORS' named in petitions filed in this case and all parties having an interest in the matters related to the claims of PRUDENCE WALTZ in the real property located at and commonly known as 844-846 West 57th Street, Los Angeles, California 90037-3628 which is more fully described as follows:

> The North 113.25 feet of Lot 382 or Burck's Golden Tract, in the City of Los Angeles, County of Los Angeles as per map recorded in Book 10, Page 26 of Maps in the office of the County Records of said County.

NOTICE IS HEREBY GIVEN that on December 28, 2010 the Superior Court of the State of California for the County of Los Angeles entered the minute order, a copy of which is attached hereto, in action BC374163 in response to this Court's order entered on December 22, 2010 as Docket # 13642

Dated: Woodland Hills, California
       December 31, 2010

                         LAW OFFICES OF JEROME ZAMOS

                         By: _____
                         Jerome Zamos, Attorneys for
                         Real Part in Interest PRUDENCE WALTZ
                         5228 Campo Road
                         Woodland Hills, California 91364-1927
                         Telephone: 818-348-7151
                         Facsimile: 818-348-6095
                         email: zamoslaw@aol.com

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 12/28/10 | DEPT. 47 |
| HONORABLE DEBRE K. WEINTRAUB   JUDGE | R. CASTLE   DEPUTY CLERK |
| HONORABLE   JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| #25 |  |
| A. RODRIGUEZ/C.A.   Deputy Sheriff | E. DIWA, CSR #11416   Reporter |

| 8:30 am | BC374163<br>PRUDENCE M WALTZ<br><br>VS<br>BLUE OCEAN MORTGAGE CORPORATION INC ET AL<br>R/F BS116797, 10U10028, 10U1161 | Plaintiff Counsel   JEROME ZAMOS [X]<br><br>Defendant Counsel   GARRETT & TULLY<br>BY: CANDIE Y. CHANG [X] |
|---|---|---|

**NATURE OF PROCEEDINGS:**

PLAINTIFF PRUDENCE WALTZ'S EX PARTE APPLICATION FOR AN ORDER RESTORING CASE TO THE COURT'S CIVIL ACTIVE LIST AND SETTING THE MATTER FOR TRIAL

Matter is called for hearing.

The Court, having read and considered all papers filed and heard argument, rules as follows:

Ex Parte Application is GRANTED IN PART as follows:

Based upon the respresentations of counsel that the stay is lifted, the Court restores this case to the civil active list.

Trial Setting Conference is set for hearing on January 11, 2011, at 8:30 a.m., in Department 47.
At this hearing the Court will also reconsider the motion to try the equitable causes of action first and bifurcate the case.

Defendants to give notice to all parties, including Lehman Brothers Holdings, Inc., bankruptcy counsel in New York, and the Bankruptcy Court Of New York, by e-mail and mail.

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to the within action; my business address is 5228 Campo Road, Woodland Hills, California 91364-1927.

On December 31, 2010 I served the following document(s) described as NOTICE OF ENTRY OF MINUTE ORDER IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES [BC374163] on the interested parties by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid addressed to:

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

Harvey R. Miller, E,sq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esg.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York. New York 10153

Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

[Counsel for AURORA LOAN SERVICES]
GARRETT & TULLEY, P.C.
CANDIE Y. CHANG, Esquire
STEPHANIE S. BANG, Esquire
225 South Lake Avenue
Suite 1400
Pasadena, California 91101-4869

[COUNSEL FOR REAL PARTY LEHMAN BROTHER'S HOLDING, INC.]
Justin D. Balser, Esquire
Donald M. Scotten, Esquire
Bryan M. Leifer, Esquire
AKERMAN SENTERFITT LLP
725 S. Figueroa St., Suite 3800
Los Angeles, CA 90071

MOHAMED FOUZI HAFFER, Esquire
HAFFER & ASSOCIATES
625 Broadway, Suite 825
San Diego, California 92101

BLUE OCEAN MORTGAGE, INC.
c/o MATTHEW P KAY
[its agent for service]
4347 McCONNELL
LOS ANGELES, CA 90066

JANELLE M. BAIRD
P.O. Box 1812
Hawaiian Gardens Ca, 90716

Samantha Hill
1201 N. Orange Grove Ave., #106
West Hollywood, CA 90046

MATTHEW P KAY
4347 McCONNELL
LOS ANGELES, CA 90066

LATOSHIA C. KELLER
4515 Don Ricardo Drive
Los Angeles, California 90008

The Superior Court of The State of California
For the County of Los Angeles
Attention: The Hon. DEBRE K. WEINTRAUB
111 North Hill Street
Los Angeles, California 90012

I am "readily familiar" with the firms practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in set forth in this affidavit.

I am employed in THE LAW OFFICES OF JEROME ZAMOS in Woodland Hills, California at whose direction service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 31, 2010 at Woodland Hills, California.

_____
Judith F. Kaplan