IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 08-13555-MJP |
| LEHMAN BROTHERS HOLDINGS INC. § | |
| DEBTOR § | |
| § | |
| LITTON LOAN SERVICING LP § | CHAPTER 11 |
| CREDITOR § | |
| VS § | |
| LEHMAN BROTHERS HOLDINGS INC. § | |
| RESPONDENT § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Creditor, Litton Loan Servicing LP, as servicer for Lehman Brothers Bank, FSB ("Lehman"), desires to withdraw its Proof of Claim #13 in the amount of $430,032.02 filed on June 4, 2009, as it was inadvertently filed.

Dated: Jan. 3, 2011

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Lawrence J. Buckley
Lawrence J. Buckley
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: bkcyattorneys@bkcylaw.com
Authorized Agent for Litton Loan Servicing LP

## CERTIFICATE OF SERVICE

     I, Lawrence J. Buckley, hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim has been served upon the following parties in interest by pre-paid regular U.S. Mail on or before the 3 day of January 2011:

Debtor's Attorney
Diane Harvey
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Chapter 11 Trustee

,

                                                                             /s/ Lawrence J. Buckley
                                                                             Lawrence J. Buckley

5151-N-5870