UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
-------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION OF KATHRYN SECREST TO DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

PLEASE TAKE NOTICE that the objection to Debtors' Fifty-First Omnibus Objection To Claims (Duplicative of Indenture Trustee Claims) filed by Kathryn Secrest [Dkt. No. 12419] is hereby withdrawn.

Dated: December __, 2010

*Kathryn Secrest*
Kathryn Secrest
4015 S. Via Marina
Apt. B-311
Marina del Ray, CA 90292