B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Permal Stone Lion Fund Ltd.**
Name of Transferee

**Longacre Institutional Opportunity Fund, L.P.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim #: **25804**
Claim Amount when Filed: **$2,576,100.00**
Date Claim Filed: **9/21/09**

**Permal Stone Lion Fund Ltd.**
**c/o Stone Lion Capital Partners**
**461 Fifth Avenue, 14th Floor**
**New York, NY 10017**

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_  Claudia Borg
     Transferee/Transferee's Agent   Authorized Signatory   Date: 1/3/2011

Permal Stone Lion Fund Ltd.
By: Stone Lion Capital Partners L.P.,
    Investment Manager

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court –Southern District of New York District
Attn: Clerk

AND TO: **LEHMAN BROTHERS COMMODITY SERVICES INC.** ("Debtor")
Case No. 08-13885

Claim # 25804

**LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P., ASSIGNEE OF MERCHANTS' GATE OFFSHORE LIMITED PARTNERSHIP** and its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**PERMAL STONE LION FUND LTD.**
c/o Stone Lion Capital Partners
461 Fifth Avenue, 14th Floor
New York, NY 10017
Attn: Claudia Borg

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation in the amount of $2,576,100.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 29, 2010

PERMAL STONE LION FUND LTD
By: Stone Lion Capital Partners L.P.,
Investment Manager
By: _____
Name: Claudia Borg
Title: Authorized Signatory

LONGACRE INSTITUTIONAL
OPPORTUNITY FUND, L.P.
By Longacre Opportunity Management, LLC
its General Partner
By: _____
Name: Vladimir Jelisavcic
Title: Manager