B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Stone Lion Portfolio L.P.** | **Dover Master Fund, L.P.; Dover Master Fund II, L.P.** |
|---|---|
| Name of Transferee | Name(s) of Transferor(s) |

Name and Address where notices to transferee should be sent:

**Stone Lion Portfolio L.P.**
**461 Fifth Avenue, 14th Floor**
**New York, NY 10017**

Phone: _____
Last Four Digits of Acct #: _____

Court Claim #: **25805**
Claim Amount when Filed: **$3,663,900.00**
Date Claim Filed: **9/21/09**

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Claudia Borg_  Claudia Borg  Date: 1/3/2011
    Transferee/Transferee's Agent  General Counsel

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P., Investment Manager
  By: SL Capital Partners LLC, Its: General Partner
    By: Stone Lion Capital LLC, Managing Member

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court –Southern District of New York District
Attn: Clerk

AND TO: **LEHMAN BROTHERS HOLIDINGS INC.** ("Debtor")
Case No. 08-13555

Claim # 25805

**DOVER MASTER FUND, L.P. (12.50%) and DOVER MASTER FUND II, L.P. (87.50%), ASSIGNEE OF MERCHANTS' GATE ONSHORE FUND LP and its successors and assigns** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**STONE LION PORTFOLIO L.P.**
461 Fifth Avenue, 14th Floor
New York, NY 10017
Attn: Claudia Borg

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation in the amount of $3,663,900.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 29, 2010

DOVER MASTER FUND, L.P. (12.50%)
By: Longacre Management, LLC, its General Partner

By: _____
Title: V. JELISAVCIC, MANAGER

DOVER MASTER FUND II, L.P.(87.50%)
By: Longacre Management, LLC, its General Partner

By: _____
Title: V. JELISAVCIC, MANAGER

STONE LION PORTFOLIO L.P.
By: Stone Lion Capital Partners L.P., Investment manager
By: SL Capital Partners LLC, Its: General Partner
By: Stone Lion Capital LLC, Managing member

By: _____
Title: Claudia Borg
General Counsel