UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                             :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                      :
:
-----------------------------------------------------------------x    Ref. Docket Nos. 13683 & 13684

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2010, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
4th day of January, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   WYDER-KILLER, ERNST
              ETZELSTRASSE 16
              WETTINGEN CH-5430 SWITZERLAND


Additional:   WYDER-KILLER, ERNST
              IRA A. REID
              BAKER & MCKENZIE LLP
              1114 AVENUE OF THE AMERICAS
              NEW YORK NY 10036


Transferee:   BARCLAYS BANK PLC
              ATTN: JESSICA FAINMAN
              745 SEVENTH AVENUE
              NEW YORK NY 10019


Your transfer   of claim #   44577   is defective for the reason(s) checked below:

Other                                 CLAIMANT NAME ON TRANSFER DOES NOT MATCH FILED CLAIM


Docket Number 13683          Date 12/28/10


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2010.

**EXHIBIT B**

```
TIME: 10:47:07                                  LEHMAN BROTHERS HOLDING INC.                                      PAGE:   1
DATE: 12/30/10                                       CREDITOR LISTING

Name                        Address
BARCLAYS BANK PLC           ATTN: JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019
WYDER-KILLER, ERNST         ETZELSTRASSE 16 WETTINGEN CH-5430 SWITZERLAND
WYDER-KILLER, ERNST         ERNST WYDER-KILLER C/O LUZERNER KANTONALBANK AG, LEGAL & COMPLIANCE DEPT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
WYDER-KILLER, ERNST         IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036

Total Number of Records Printed       4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC