UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                   :     Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :     08-13555 (JMP)
                                                        :     (Jointly Administered)
                    Debtors.                            :
                                                        :
----------------------------------------------------------------x     Ref. Docket Nos. 13593, 13683-
                                                              13693, 13695-13718 & 13721-13723

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
4th day of January, 2011

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SEA PORT GROUP SECURITIES, LLC
      TRANSFEROR: VARDE FUND IX, LP
      ATTN: JONATHAN SILVERMAN
      360 MADISON AVENUE, 22ND FL
      NEW YORK NY 10017
```

Please note that your claim # 55728-33 in the above referenced case and in the amount of
     $43,519,486.49       has been transferred **(unless previously expunged by court order)**

```
      BOTTICELLI, L.L.C.
      TRANSFEROR: SEA PORT GROUP SECURITIES, LLC
      245 PARK AVENUE
      NEW YORK NY 10167
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13593    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2010                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 30, 2010.

08-13555-mg    Doc 13790    Filed 01/04/11    Entered 01/04/11 18:28:13    Main Document
Pg 4 of 6

```
TIME: 11:08:55                                LEHMAN BROTHERS HOLDING INC.                                PAGE: 1
DATE: 12/30/10                                     CREDITOR LISTING

Name                                          Address
AETERNO MASTER FUND LP                        C/O ING CLARION CAPITAL, LLC ATTN: RAMALINGAM GANESH 230 PARK AVENUE, 12TH FLOOR NEW YORK NY 10169
AETERNO MASTER FUND LP                        MICHAEL H. TORKIN ESQ. SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
AETERNO MASTER FUND, L.P.                     C/O ING CLARION CAPITAL, LLC ATTN: RAMALINGAM GANESH 230 PARK AVENUE, 12TH FLOOR NEW YORK NY 10169
AETERNO MASTER FUND, L.P.                     C/O TORCHLIGHT INVESTORS, LLC (F/K/A ING CLARION CAPITAL, LLC) ATTN: RAMALINGAM GANESH 230 PARK AVENUE, 12TH FLOOR NEW YORK NY 10169
AETERNO MASTER FUND, L.P.                     MICHAEL H. TORKIN ESQ. SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
BOTTICELLI, L.L.C.                            TRANSFEROR: SEA PORT GROUP SECURITIES, LLC 245 PARK AVENUE NEW YORK NY 10167
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: VINTAGE AT CHEHALIS LLC C/O DEUTSCHE BANK SECURITIES INC/ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS LENDING PARTNERS LLC            RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-1298
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-1298
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-1298
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: TPG CREDIT STRATEGIES FUND L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-1298
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: TPG CREDIT STRATEGIES FUND LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-1298
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: TPG CREDIT STRATEGIES FUND, L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-1298
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: VARDE FUND IX, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SERENGETI LYCAON MM L.P.                      TRANSFEROR: SERENGETI OVERSEAS LTD. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY, 632 BROADWAY 12TH FL NEW YORK NY 10012
SERENGETI LYCAON MM L.P.                      TRANSFEROR: SERENGETI OVERSEAS LTD. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OVERSEAS LTD                        RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
SERENGETI OVERSEAS LTD                        C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OVERSEAS LTD.                       TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: W. VIVIAN LAU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OVERSEAS LTD.                       TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                    TRANSFEROR: SERENGETI OVERSEAS LTD C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                    TRANSFEROR: SERENGETI OVERSEAS LTD. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                    TRANSFEROR: SERENGETI OVERSEAS LTD. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10169
SOLOMER FUND, LLC                             C/O ING CLARION CAPITAL, LLC ATTN: RAMALINGAM GANESH 230 PARK AVENUE, 12TH FLOOR NEW YORK NY 10169
SOLOMER FUND, LLC                             C/O TORCHLIGHT INVESTORS, LLC (F/K/A ING CLARION CAPITAL, LLC) ATTN: RAMALINGAM GANESH 230 PARK AVENUE, 12TH FLOOR NEW YORK NY 10169
SOLOMER FUND, LLC                             MICHAEL H. TORKIN ESQ. SOLOMAN J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVE. NEW YORK NY 10022
THE ROYAL BANK OF SCOTLAND, PLC               TRANSFEROR: AETERNO MASTER FUND LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
THE ROYAL BANK OF SCOTLAND, PLC               TRANSFEROR: AETERNO MASTER FUND, L.P. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
THE ROYAL BANK OF SCOTLAND, PLC               TRANSFEROR: SOLOMER FUND, LLC ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
TPG CREDIT OPPORTUNITIES FUND LP              TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402
TPG CREDIT OPPORTUNITIES FUND LP              TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402
TPG CREDIT OPPORTUNITIES FUND LP              TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402
TPG CREDIT OPPORTUNITIES INVESTORS L.P.       TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402
TPG CREDIT OPPORTUNITIES INVESTORS LP         TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402
TPG CREDIT OPPORTUNITIES INVESTORS LP         TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402
TPG CREDIT STRATEGIES FUND LP                 TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402
TPG CREDIT STRATEGIES FUND LP                 TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402
TPG CREDIT STRATEGIES FUND LP                 TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402
TPG CREDIT STRATEGIES FUND, L.P.              TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402
VINTAGE AT CHEHALIS LLC                       369 SAN MIGUEL DRIVE SUITE 135 NEWPORT BEACH CA 92660

Total Number of Records Printed     43

                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:33:35                                                                              PAGE:    1
DATE: 12/30/10                          LEHMAN BROTHERS HOLDING INC.
                                           CREDITOR LISTING

Name                              Address
BARCLAYS BANK PLC                 TRANSFEROR: WYDER-KILLER, ERNST BARCLAYS BANK PLC ATTN: DANIEL CROWLEY & JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH   TRANSFEROR: FEDERAL HOME LOAN BANK OF SEATTLE ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH   TRANSFEROR: STONE LION PORTFOLIO LP ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
FEDERAL HOME LOAN BANK OF SEATTLE GOLDFARB, RICHARD GOLDFARB STOEL RIVES LLP 600 UNIVERSITY STREET, SUITE 3600 SEATTLE WA 98101
FEDERAL HOME LOAN BANK OF SEATTLE RICHARD GOLDFARB STOEL RIVES LLP 600 UNIVERSITY STREET, SUITE 3600 SEATTLE WA 98101
SCOTTWOOD MASTER, LTD             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DOUG STROUP 33 BENEDICT PLACE GREENWICH CT 06830
SERENGETI LYCAON MM L.P.          TRANSFEROR: SERENGETI PARTNERS LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OVERSEAS LTD.           RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
SERENGETI OVERSEAS LTD.           TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.        TRANSFEROR: SERENGETI OVERSEAS LTD. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI PARTNERS LP             RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
SERENGETI PARTNERS LP             TRANSFEROR: LONGACRE MASTER FUND II, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012
WYDER-KILLER, ERNST               IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
WYDER-KILLER, ERNST               ERNST WYDER-KILLER C/O LUZERNER KANTONALBANK AG, LEGAL & COMPLIANCE DEPT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
WYDER-KILLER, ERNST               ETZELSTRASSE 16 WETTINGEN CH-5430 SWITZERLAND

Total Number of Records Printed.    15
```

EPIQ BANKRUPTCY SOLUTIONS, LLC