December 20, 2010

Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: In Re: Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc., Pltfs. vs. Bank of America National Association, et al., Trustee Dfts. and 801 Grand CDO SPC, etc., et al. including Taylor Creek Limited, etc., Issuer Dfts. and AC Capital Partners LTD., et al., Noteholder Dfts.

Case No. 08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of PreTrial, First Amended Complaint, Schedule(s) which we received regarding the above captioned matter.

Taylor Creek Limited is not listed on our records or on the records of the State of NY.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 517770351

FedEx Tracking# 796585818035

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

December 20, 2010



Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: In Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs.
Bank of America National Association, et al. including Blue Point CDO SPC, Dfts.

Case No. 08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of Pretrial Conference, First Amended
Complaint, Schedule which we received regarding the above captioned matter.

Blue Point CDO SPC is not listed on our records or on the records of the State of NY.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 517771657

FedEx Tracking# 794250911233

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

December 20, 2010



Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re:  In re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Trustee Dfts. and 801 Grand CDO SPC, etc., et al. including Barton Springs CDO SPC, etc., Issuer Dfts. and AC Capital Partners Ltd., et al., Noteholder Dfts.

Case No.  08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of Pretrial Conference, First Amended Complaint, Schedule(s) which we received regarding the above captioned matter.

Barton Springs CDO SPC is not listed on our records or on the records of the State of NY.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 517771066

FedEx Tracking# 794250911233

cc: Southern District of New York: US Bankruptcy Court
One Bowling Green,
New York, NY 10004

December 20, 2010


Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: In re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Trustee Dfts. and 801 Grand CDO SPC, etc., et al. including Kings River Limited, etc., Issuer Dfts. and AC Capital Partners Ltd., et al., Noteholder Dfts.

Case No. 08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of Pretrial Conference, First Amended Complaint, Schedule(s) which we received regarding the above captioned matter.

Kings River Limited is not listed on our records or on the records of the State of NY.

Very truly yours,



Christopher Tilton
Service of Process Head

Log# 517770850

FedEx Tracking# 794250911233

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

December 20, 2010


Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Trustee Dfts., 801 Grand CDO SPC, etc., et al. including Tavares Square CDO Limited, Issuer Dfts.

Case No. 08-13555-JMP

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of Pretrial Conference, First Amended Complaint, Schedule(s) which we received regarding the above captioned matter.

Tavares Square CDO Limited is not listed on our records or on the records of the State of NY.

Very truly yours,



Christopher Tilton
Service of Process Head

Log# 517771304

FedEx Tracking# 796585383448

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

December 20, 2010


Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  Lehman Brothers Holdings Inc., et al., Debtors vs. Bank of America National Association, et al., Trustee
Dfts., 801 Grand CDO SPC, etc., et al. including Sunset Park CDO, etc., Issuer Dfts., AC Capital Partners LTD.,
et al., Noteholder Dfts.

Case No.  08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice, First Amended Complaint, Schedule(s)
which we received regarding the above captioned matter.

Sunset Park CDO is not listed on our records or on the records of the State of NY.

Very truly yours,



Christopher Tilton
Service of Process Head

Log# 517770836

FedEx Tracking# 796585383448

cc: Southern District of New York: US Bankruptcy Court
     One Bowling Green,
     New York, NY  10004

December 20, 2010


Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Trustee
Dfts., 801 Grand CDO SPC, etc., et al. including Sunset Park CDO Limited SPC, Issuer Dfts.

Case No.  08-13555-JMP

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of Pretrial Conference, First Amended
Complaint, Schedule(s) which we received regarding the above captioned matter.

Sunset Park CDO Limited SPC is not listed on our records or on the records of the State of NY.

Very truly yours,



Christopher Tilton
Service of Process Head

Log# 517771240

FedEx Tracking# 796585383448

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY  10004

December 20, 2010



Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re:  In Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al. including Vox Place CDO Limited, Dfts.

Case No.  08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of Pretrial Conference, First Amended Complaint, Schedule which we received regarding the above captioned matter.

Vox Place CDO Limited is not listed on our records or on the records of the State of NY.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 517771650

FedEx Tracking# 794250911233

cc:  Southern District of New York: US Bankruptcy Court
     One Bowling Green,
     New York, NY 10004

December 20, 2010

Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: In Re: Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc., Pltfs. vs. Bank of America National Association, et al., Trustee Dfts. and 801 Grand CDO SPC, etc., et al. including Crown City CDO 2005-1 Limited, etc., Issuer Dfts. and AC Capital Partners LTD., et al., Noteholder Dfts.

Case No. 08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of PreTrial, First Amended Complaint, Schedule(s) which we received regarding the above captioned matter.

Crown City CDO 2005-1 Limited is not listed on our records or on the records of the State of NY.

Very truly yours,

Christopher Tilton
Service of Process Head

Log# 517770718

FedEx Tracking# 796585818035

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

December 20, 2010


Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: In Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs.
Bank of America National Association, et al. including Crown City CDO 2005-2 Limited, Dfts.

Case No. 08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of Pretrial Conference, First Amended
Complaint, Schedule which we received regarding the above captioned matter.

Crown City CDO 2005-2 Limited is not listed on our records or on the records of the State of NY.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 517771635

FedEx Tracking# 794250911233

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

December 20, 2010


Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  In re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Bank
of America National Association, et al., Trustee Dfts. and 801 Grand CDO SPC, etc., et al. including Jefferson
Valley CDO SPC, etc., Issuer Dfts. and AC Capital Partners Ltd., et al., Noteholder Dfts.

Case No.  08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of Pretrial Conference, First Amended
Complaint, Schedule(s) which we received regarding the above captioned matter.

Jefferson Valley CDO SPC is not listed on our records or on the records of the State of NY.

Very truly yours,



Christopher Tilton
Service of Process Head

Log# 517771173

FedEx Tracking# 794250911233

cc:  Southern District of New York: US Bankruptcy Court
     One Bowling Green,
     New York, NY  10004

December 20, 2010

Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  In Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs.
Bank of America National Association, et al., Trustee Dfts. and 801 Grand CDO SPC, etc., et al. including Pebble
Creek LCDO 2007-2, Ltd., etc., Issuer Dfts. and AC Capital Partners LTD., et al., Noteholder Dfts.

Case No.  08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of PreTrial, First Amended Complaint,
Schedule(s) which we received regarding the above captioned matter.

Pebble Creek LCDO 2007-2, Ltd. is not listed on our records or on the records of the State of NY.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 517771106

FedEx Tracking# 796585818035

cc: Southern District of New York: US Bankruptcy Court
     One Bowling Green,
     New York, NY  10004

December 20, 2010



Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Holdings Inc., et al., Debtors vs. Bank of America National Association, et al., Trustee Dfts., 801 Grand CDO SPC, etc., et al. including Copper Creek CDO SPC, etc., Issuer Dfts., AC Capital Partners LTD., et al., Noteholder Dfts.

Case No. 08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice, First Amended Complaint, Schedule(s) which we received regarding the above captioned matter.

Copper Creek CDO SPC is not listed on our records or on the records of the State of NY.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 517770046

FedEx Tracking# 796585383448

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

December 20, 2010


Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re:  In Re: Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc., Pltfs. vs. Bank of America National Association, et al., Trustee Dfts. and 801 Grand CDO SPC, etc., et al. including Securitized Product of Restructured Collateral Limited SPC, etc., Issuer Dfts. and AC Capital Partners LTD., et al., Noteholder Dfts.

Case No. 08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of PreTrial, First Amended Complaint, Schedule(s) which we received regarding the above captioned matter.

Securitized Product of Restructured Collateral Limited SPC is not listed on our records or on the records of the State of NY.

Very truly yours,



Christopher Tilton
Service of Process Head

Log# 517770823

FedEx Tracking# 796585818035

cc:  Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

December 20, 2010


Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: In Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs.
Bank of America National Association, et al., Trustee Dfts. and 801 Grand CDO SPC, etc., et al. including
Securitized Product of Restructured Collateral Limited SPC, etc., Issuer Dfts. and AC Capital Partners LTD., et
al., Noteholder Dfts.

Case No. 08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of PreTrial, First Amended Complaint,
Schedule(s) which we received regarding the above captioned matter.

Securitized Product of Restructured Collateral Limited SPC is not listed on our records or on the records of the
State of NY.

Very truly yours,



Christopher Tilton
Service of Process Head

Log# 517770981

FedEx Tracking# 796585818035

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

December 20, 2010


Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  In Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs.
Bank of America National Association, et al., Trustee Dfts. and 801 Grand CDO SPC, etc., et al. including Cherry
Hill CDO SPC , etc., Issuer Dfts. and AC Capital Partners LTD., et al., Noteholder Dfts.

Case No.  08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of PreTrial, First Amended Complaint,
Schedule(s) which we received regarding the above captioned matter.

Cherry Hill CDO SPC is not listed on our records or on the records of the State of NY.

Very truly yours,



Christopher Tilton
Service of Process Head

Log# 517770905

FedEx Tracking# 796585818035

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY  10004

December 20, 2010


Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Holdings Inc., et al., Debtors vs. Bank of America National Association, et al., Trustee Dfts., 801 Grand CDO SPC, etc., et al., Issuer Dfts., AC Capital Partners LTD., et al., Noteholder Dfts.

Case No. 08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice, First Amended Complaint, Schedule(s) which we received regarding the above captioned matter.

801 Grand CDO SPC is not listed on our records or on the records of the State of NY.

Very truly yours,



Christopher Tilton
Service of Process Head

Log# 517770560

FedEx Tracking# 796585383448

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

December 21, 2010


Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Trustee Dfts. and 801 Grand CDO, SPC, etc., et al., Issuer Dfts. and AC Capital Partners Ltd., et al., Noteholder Dfts.

Case No. 08-13555 (JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of Pretrial Conference, First Amended Complaint, Schedule(s) which we received regarding the above captioned matter.

801 Grand CDO, SPC is not listed on our records or on the records of the State of NY.

Very truly yours,



Christopher Tilton
Service of Process Head

Log# 517772288

FedEx Tracking# 794250911233

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

December 20, 2010



Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  In Re: Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc., Pltfs. vs. Bank of
America National Association, et al., Trustee Dfts. and 801 Grand CDO SPC, etc., et al. including Pyxis ABS
CDO 2007-1 LLC, etc., Noteholder Dfts.

Case No.  08-13555-(JMP)

Dear Sir/Madam:

Process in the above referenced case was attempted upon C T Corporation System as the purported agent for
service of process for Pyxis ABS CDO 2007-1 LLC

Pyxis ABS CDO 2007-1 LLC is inactive on the records of the State NY. Our services for this entity have also
been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity.
Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Christopher Tilton
Service of Process Head

Log# 517770196

FedEx Tracking# 796585818035

cc:  Southern District of New York: US Bankruptcy Court
One Bowling Green,
New York, NY  10004

December 20, 2010


Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  In Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs.
Bank of America National Association, et al. including Freedom Park CDO Series 2005-1 Limited, Dfts.

Case No.  08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of Pretrial Conference, First Amended
Complaint, Schedule which we received regarding the above captioned matter.

Freedom Park CDO Series 2005-1 Limited is not listed on our records or on the records of the State of NY.

Very truly yours,



Christopher Tilton
Service of Process Head

Log# 517771662

FedEx Tracking# 794250911233

cc:  Southern District of New York: US Bankruptcy Court
One Bowling Green,
New York, NY  10004

December 20, 2010

Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Holdings Inc., et al., Debtors vs. Bank of America National Association, et al., Trustee Dfts., 801 Grand CDO SPC, etc., et al. including Greystone CDO, etc., Issuer Dfts., AC Capital Partners LTD., et al., Noteholder Dfts.

Case No. 08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice, First Amended Complaint, Schedule(s) which we received regarding the above captioned matter.

Greystone CDO is not listed on our records or on the records of the State of NY.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 517770659

FedEx Tracking# 796585383448

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

December 20, 2010


Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  In Re: Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc., Pltfs. vs. Bank of
America National Association, et al., Trustee Dfts. and 801 Grand CDO SPC, etc., et al. including Greystone
CDO Series 2006-1 LLC, etc., Issuer Dfts. and AC Capital Partners LTD., et al., Noteholder Dfts.

Case No.  08-13555-(JMP)

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of PreTrial, First Amended Complaint,
Schedule(s) which we received regarding the above captioned matter.

Greystone CDO Series 2006-1 LLC is not listed on our records or on the records of the State of NY.

Very truly yours,



Christopher Tilton
Service of Process Head

Log# 517770627

FedEx Tracking# 796585818035

cc: Southern District of New York: US Bankruptcy Court
   One Bowling Green,
   New York, NY  10004

December 20, 2010



Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Trustee
Dfts., 801 Grand CDO SPC, etc., et al. including Fullerton Drive CDO Limited, Issuer Dfts.

Case No. 08-13555-JMP

Dear Sir/Madam:

We are herewith returning the First Amended Summons and Notice of Pretrial Conference, First Amended
Complaint, Schedule(s) which we received regarding the above captioned matter.

Fullerton Drive CDO Limited is not listed on our records or on the records of the State of NY.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 517771187

FedEx Tracking# 796585383448

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004