UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS**

Marilyn Toledo, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age, and work in New York County, New York. On January 4, 2011, I served the within **RESPONSE OF ICCREA BANCA S.p.A. TO DEBTORS' SEVENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)** upon:

Honorable James M. Peck
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
Courtroom 601

Weil, Gotshal & Manges LLP
Attorneys for Debtors
767 Fifth Avenue
New York, NY 10153
Attn: Shai Waisman, Esq.
Penny Reid, Esq.

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Rifkin, Esq. and Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
Attorneys for the Official Committee of
Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

OHS East:160825070.1

08-13555-mg    Doc 13792-1    Filed 01/05/11    Entered 01/05/11 11:55:14    Affidavit
of Service    Pg 2 of 2

by placing a true copy thereof in properly addressed envelope and depositing said envelope in the custody of Federal Express for overnight delivery prior to the latest time designated by Federal Express for overnight delivery within the State of New York.

_____
MARILYN TOLEDO

Sworn to before me this
4th day of January, 2011

_____
Notary Public

TERI JEAN O'HALLORAN
Notary Public, State of New York
No. 01OH6145159
Qualified in Richmond County
Commission Expires May 1, 20__