UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                       :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
          Debtors.                                                 :
                                                                   :
------------------------------------------------------------------x    Ref. Docket Nos. 13162, 13677,
                                                                       13726-13728, 13731, 13733, 13742-
                                                                       13744, 13747, 13753-13754, 13756
                                                                       & 13757

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 4, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Lauren Rodriguez*
                                                  Lauren Rodriguez

Sworn to before me this
5th day of January, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK      OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT
     GRAZ-BRUCK                                                              DLA PIPER WEISS- TESSBACH
     KOLLINGASSE 19                                                          ATTN:  THOMAS RUHM, ESQ. & CHRISTIAN TEMMEL,
     VIENNA     A-1090                                                       SCHOTTENRING 14
     AUSTRIA                                                                 VIENNA A-1010 AUSTRIA
```

Please note that your claim # 58678 in the above referenced case and in the amount of
$0.00      has been transferred **(unless previously expunged by court order)**

```
OSTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT
TRANSFEROR: OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF
VOLKSBANK GRAZ-BRUCK
KOLINGASSE 14-16
VIENNA     A-1090
AUSTRIA
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13162      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/04/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 4, 2011.

**EXHIBIT B**

```
TIME: 17:05:44                                      LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 01/04/11                                           CREDITOR LISTING

Name                                                    Address
ACTA ASSET MANAGEMENT ASA                               TRANSFEROR: ALANDSBANKEN SVERIGE AB (PUBL) KUNGSGATAN 8 STOCKHOLM 111 43 SWEDEN
ALANDSBANKEN SVERIGE AB (PUBL)                          ATTN: OPERATIONS, STUREPLAN 19 STOCKHOLM 107 81 SWEDEN
ALANDSBANKEN SVERIGE AB (PUBL)                          NINA E. ANDERSSON-WILLARD, ESQ. BROWN RUDNICK LLP ONE FINANCIAL CENTER BOSTON MA 02111
AT&T INC. F/K/A SBC COMMUNICATIONS, INC.                FULBRIGHT & JAWORSKI L.L.P. ATTN: DAVID A. ROSENWEIG, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
AT&T INC. F/K/A SBC COMMUNICATIONS, INC.                FULBRIGHT & JAWORSKI L.L.P ATTN: DAVID A. ROSENWEIG, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
AT&T INC. F/K/A SBC COMMUNICATIONS, INC.                ATTN: JAMES W GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921
CVF LUX SECURITIES TRADING S.A.R.L.                     JAMES W GRUDUS, ESQ. GENERAL ATTORNEY ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921
                                                        TRANSFEROR: SEASPRAIE HOLDINGS LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                                        SURREY KT11 2PD UNITED KINGDOM
DOVER MASTER FUND II, L.P.                              TRANSFEROR: MERCHANTS' GATE ONSHORE FUND LP C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR
                                                        NEW YORK NY 10019
DOVER MASTER FUND, L.P.                                 TRANSFEROR: MERCHANTS' GATE ONSHORE FUND LP C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR
                                                        NEW YORK NY 10019
GLOBAL SECURITIES EMERGING MARKETS                      ATTN:LAURIE BINDER, ESQ. C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10017
RELATIVE VALUE MASTER FUND L.P.
GLOBAL SECURITIES EMERGING MARKETS                      GUSTAVO HERNANDEZ GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND L.P. C/O GLOBAL SECURITIES ADVISORS, LLC
RELATIVE VALUE MASTER FUND L.P.                         405 LEXINGTON AVENUE, 41ST FLOOR NEW YORK NY 10174
GLOBAL SECURITIES EMERGING MARKETS                      GUSTAVO HERNANDEZ GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND L.P. C/O GLOBAL SECURITIES ADVISORS, LLC
RELATIVE VALUE MASTER FUND L.P.                         405 LEXINGTON AVENUE, 41ST FLOOR NEW YORK NY 10174
GOLDMAN SACHS LENDING PARTNERS LLC                      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                      MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: AT&T INC. F/K/A SBC COMMUNICATIONS, INC. C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON ST 36TH FL
                                                        JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: NEWTONVILLE PARTNERS L.L.C. C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: NEWTONVILLE PARTNERS L.L.C. C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-1298
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-1298
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: TPG CREDIT STRATEGIES FUND L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-1298
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: TPG CREDIT STRATEGIES FUND LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-1298
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: TPG CREDIT STRATEGIES FUND, L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-1298
HBK MASTER FUND L.P.                                    HUNTON & WILLIAMS LLP ATTN: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219-4074
HBK MASTER FUND L.P.                                    HUNTON & WILLIAMS LLP ATTN: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219-4074
HBK MASTER FUND L.P.                                    HUNTON & WILLIAMS LLP ATTN: J.R. SMITH, ESQ. RIVERRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219-4074
HBK MASTER FUND L.P.                                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700
                                                        DALLAS TX 75201
LONGACRE INSTITUTIONAL OPPORTUNITY FUND,                TRANSFEROR: MERCHANTS' GATE OFFSHORE LIMITED PARTNERSHIP ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
L.P.
MERCHANTS' GATE OFFSHORE LIMITED                        ATTN: CHRISTIAN G. HILDENBRAND, COO C/O MERCHANTS GATE CAPITAL LP 712 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10019
PARTNERSHIP
MERCHANTS' GATE OFFSHORE LIMITED                        C/O MERCHANTS' GATE CAPITAL LP ATTN: CHRISTIAN G. HILDENBRAND 712 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10019
PARTNERSHIP
MERCHANTS' GATE ONSHORE FUND LP                         ATTN: CHRISTIAN G. HILDENBRAND, COO C/O MERCHANTS GATE CAPITAL LP 712 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10019
MERCHANTS' GATE ONSHORE FUND LP                         C/O MERCHANTS' GATE CAPITAL LP ATTN: CHRISTIAN GILLIBRAND 712 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10019
OESTERREICHE                                            DLA PIPER WEISS- TESSBACH ATTN: THOMAS RUHM, ESQ. & CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA A-1010 AUSTRIA
VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF
OF VOLKSBANK
OESTERREICHE                                            DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ & VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF
OF VOLKSBANK
OESTERREICHE                                            GRAZ-BRUCK KOLLINGASSE 19 VIENNA A-1090 AUSTRIA
VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF
OF VOLKSBANK
OSTERREICHISCHE                                         TRANSFEROR: OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK GRAZ-BRUCK KOLINGASSE 14-16 VIENNA A-1090 AUSTRIA
VOLKSBANKEN-AKTIENGESELLSCHAFT
SEASPRAIE HOLDINGS LLC                                  C/O OSPRAIE MANAGEMENT, LLC 320 PARK AVENUE, 27TH FLOOR ATTN: DANIEL FABIAN, DIRECTOR NEW YORK NY 10022
SEASPRAIE HOLDINGS LLC                                  C/O OSPRAIE MANAGEMENT, LLC ATTN: DANIEL FABIAN 320 PARK AVENUE, 27TH FLOOR NEW YORK NY 10022
THE ROYAL BANK OF SCOTLAND, PLC                         RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281

                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:05:44                          LEHMAN BROTHERS HOLDING INC.
DATE: 01/04/11                              CREDITOR LISTING                          PAGE:   2

Name                         Address
THE ROYAL BANK OF SCOTLAND, PLC   TRANSFEROR: GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD
                                  STAMFORD CT 06901

Total Number of Records Printed      42
```

EPIQ BANKRUPTCY SOLUTIONS, LLC