305 Ottawa Lane
Oak Brook, IL 60523
December 15, 2010

United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408
Att: Judge Peck
Courtroom: 601

Judge Peck,

I am writing regarding my claim number 5770 in the Lehman Brothers bankruptcy case. Part of that claim is a priority claim for earned but unpaid commissions. I was laid off on September 9th 2008. A paycheck was issued to me on September 12th for commissions I had generated prior to my dismissal. That check bounced when I tried to deposit it. Employees in my group who had not been laid off received am electronic payment that day and they received those funds for commissions they had generated until that point.

It has been over two years since the bankruptcy and I am hoping to find out when priority claims likes mine will be paid. I generated commissions in September 2008 and was laid off on September 9th. Lehman attempted to pay me for those commissions and two years later I am still waiting for that money.

I have regularly read about the cash position being built up within Lehman now to pay creditors. I am hoping to receive my owed pay soon. There are other parts of my claim that I understand will take time, but this one seems like a no brainer. Can you please help me?

Respectfully,

Michael J. Petrucelli
mpetruce@mindspring.com
m 917-670-2952