

**EXHIBIT C**

Evidence of Transfer

# EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| **EMTN Lehman Brothers Holdings Inc. 2004-5.4.2011** | **XS0189741001** | **Lehman Brothers** | **Lehman Brothers** | **EUR 700,000.00 out of EUR 9,549,000.00** |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 7 and in paragraphs/lines 27 of the Addendum to the Proof of Claim.**

**UBS AG** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Vontobel Europe S.A. Milan Branch**

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

## EXHIBIT B

### Notice Pursuant to Bankruptcy Rule 3001

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only)

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferor:<br>**UBS AG** | Name of Transferee:<br>Vontobel Europe S.A. Milan Branch |
|---|---|
| Notices to Transferor should be sent to:<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com | Court Record Address of the Transferee:<br>(Court use only)<br>Vontobel Europe S.A. Milan Branch<br>Piazza degli Affari, 3<br>20123 Milano - Italy<br>Attn: Mr Ivo Petracca<br>EMAIL ivo.petracca@vontobel.it |
| Name and Current Address of Transferor<br><br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com | Name and Address where transferee payments should be sent (if different from above):<br>Vontobel Europe S.A. Milan Branch<br>Piazza degli Affari, 3<br>20123 Milano - Italy<br>Attn: Mr Ivo Petracca<br>EMAIL ivo.petracca@vontobel.it |
| Amount of Claim Being Transferred:<br><br>EUR 700,000.00 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. : 59233 | |
| Date Claim Filed: October 29, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____   _____   Date: November 30, 2010
Hugo Koller, Director        Jean-Claude Besson, A.D.
UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _November 30, 2010.

**UBS AG**
Transferor

By: _____
    Name: Hugo Koller
    Title: Director

By: _____
    Name: Jean-Claude Besson
    Title: Associate Director

ACKNOWLEDGED BY:

**Vontobel Europe S.A. Milan Branch,**
Transferee

By: _____  Stefano Calvi
    Name:                     Giordano Agazzini
    Title:

6