**United States Bankruptcy Court**
**Southern District of New York**

In re: **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, Debtors

Chapter 11 case number 08-13555 (JMP) (Jointly Administered)

Re: DEBTORS' SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| | |
|---|---|
| **Claimant Name and Address:** | SHOTTON, PAUL NIGEL<br>124 LUKES WOOD ROAD<br>NEW CANAAN<br>CT 06840 |
| **Claim Number:** | 21362 |
| **Date Filed:** | 09/21/2009 |
| **Debtor:** | 08-13555 |
| **Classification and Amount:** | PRIORITY: $10,950.00<br>UNSECURED: $4,755,970.21<br>TOTAL: $4,766,920.21 |

To whom it may concern,

I wish to notify the Bankruptcy Court that **I OPPOSE** the reclassification of my claims as equity interests. My claims against the debtors are in respect of emoluments due to me in respect of services I rendered to them as their employee. The fact that the debtors had originally chosen to pay these sums owed to me in the form of Restricted Stock Units and/or Contingent Stock Awards is irrelevant. The fact is that I provided my services to the debtors in good faith, and they owe me money in the amount of my claim in respect of those services.

All documentation and evidence of my claims has been filed with the Bankruptcy Court on September 21st, 2009. The debtors should reply to my response at my address above, which is identical to that presented in my proof of claim. They may also contact me during office hours at (212) 821 4305. I retain ultimate authority to reconcile, settle or otherwise resolve the claim.

*P. N. Shotton*

Paul N. Shotton