

December 30, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Claims Administration

Re:   Lehman Brothers Holdings Inc.
      Case No. 08-13555 (JMP) (Jointly Administered)
      Claim No. 12036

Dear Sir or Madame,

Enclosed please find one original and one courtesy copy of (1) the Notice of Transfer of Claim Other Than For Security under Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure and (2) the Form of Evidence of Transfer of Claim with respect to the transfer of the above claim from DKR Ibex Holding Fund Ltd. to DKR Capital Partners L.P.

Please do not hesitate to contact the undersigned at 203-324-8405 if you have any questions or need further information.

Sincerely,

Antonio Peguero, Jr.
General Counsel
DKR Capital Partners L.P.

RECEIVED
JAN - 3 2011
U.S. BANKRUPTCY COURT, SDNY

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.        ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DKR Capital Partners L.P. | DKR Ibex Holding Fund Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 DKR Capital Partners LP- Attn: Nan Swan
 1281 East Main St., Stamford CT 06902

Court Claim # (if known): __12036__
Amount of Claim: __$175,939.73__
Date Claim Filed: __09/10/2009__

Phone: 203-324-8480
Last Four Digits of Acct #: _____

Phone: 203-324-8480
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

[RECEIVED stamp: JAN - 3 2011 U.S. BANKRUPTCY COURT, SDNY]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Nan Swan_                          Date: 12/30/2010
  Transferee/Transferee's Agent
Nan Swan, Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Form of Evidence of Transfer of Claim

To:     United States Bankruptcy Court for the
        Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. ("Debtor")
         Case No. 08-13555 (JMP) (Jointly Administered)

Claim No. 12036

DKR IBEX HOLDING FUND LTD. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> DKR CAPITAL PARTNERS L.P.
> 1281 East Main Street
> Stamford, CT 06902
> Attn: Nan Swan
> Phone: 203-324-8480

its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller docketed as Claim No. 12036 against Debtor (the "Claim") in the Bankruptcy Court.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates than an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this 30th day of December, 2010.

DKR IBEX HOLDING FUND LTD.                         DKR CAPITAL PARTNERS L.P.

By: _____                      By: _____
    Nan Swan                                           Nan Swan
    Director                                           Authorized Signatory