UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                              :     Chapter 11
                                                          Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC.,    :     (Jointly Administered)
et al.,
                                                    :
        Debtors.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )ss:
COUNTY OF NEW YORK         )

Marie A. Siena, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

On January 5, 2011, I caused the following document in the above captioned matter to be served as indicated on the parties listed below.

- **RESPONSE OF NORDDEUTSCHE LANDESBANK GIROZENTRALE TO DEBTORS' SEVENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)**

| | |
|---|---|
| Hon. James M. Peck<br>U.S. Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Rm 601<br>New York, NY 10004<br><br>*Via Hand Delivery and Federal Express Overnight Mail* | Attorneys for the Debtors<br>Shai Waisman, Esq.<br>Penny Reid, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Email:  shai.waisman@weil.com<br>            penny.reid@weil.com<br><br>*Via Email and Federal Express Overnight Mail* |

<u>Attorneys for Official Committee of Unsecured Creditors</u>
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Email:   ddunne@milbank.com
         dodonnell@milbank.com
         efleck@milbank.com

*Via Email and Federal Express Overnight Mail*

<u>U.S. Trustee</u>
Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:   Andy Valez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.
Email: paul.schwartzberg@usdoj.gov

*Via Email and Federal Express Overnight Mail*

_____
Marie A. Siena

Sworn to before me this
6th day of January 2011.

_____
Notary Public

**COLIN M. DOUGHERTY**
**Notary Public, State of New York**
**No. 02DO6032451**
**Qualified in New York County**
**Commission Expires November 1, 2013**