**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                        :   **Chapter 11 Case No.**
In re                                                   :   **08-13555 (JMP)**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :   **(Jointly Administered)**
                                                        :
               Debtors.                                 :   **Ref. Docket Nos. 12315, 12316,**
                                                        :   **12317, 12318, 12319, 12320, 12323,**
---------------------------------------------------------------------x   **12324, 12327, 12328, 12331, 12332,**
                                                            **12334, 12335, 12336, 12337, 12338,**
                                                            **12340, 12341 & 12343**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 29, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Eleni Kossivas*
                                        Eleni Kossivas

Sworn to before me this
1st day of November, 2010

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: JPMORGAN CHASE BANK, N.A.
TRANSFEROR: ALPHA BANK A.E.
ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
ONE CHASE MANHATTAN PLAZA - FLOOR 26
NEW YORK NY 10005-1401

Please note that your claim # 56865-01 in the above referenced case and in the amount of
    $1,075,476.00       has been transferred **(unless previously expunged by court order)**

OAKTREE HUNTINGTON INVESTMENT FUND, L.P.
TRANSFEROR: JPMORGAN CHASE BANK, N.A.
C/O OAKTREE CAPITAL MANAGEMENT, L.P
ATTN: JEFF ARNOLD
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12338    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/29/201                         Vito Genna, Clerk of Court

                                        /s/ Jenna Noble
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 29, 201.

**EXHIBIT B**

TIME: 14:37:03
DATE: 10/29/10
PAGE: 1

08-13555-mg   Doc 13817   Filed 01/06/11   Entered 01/06/11 11:57:29   Main Document
Pg 5 of 5

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LCG SELECT OFFSHORE, LTD. C/O GOLDMAN SACHS & CO, ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LCG SELECT OFFSHORE, LTD. C/O GOLDMAN SACHS & CO, ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LCG SELECT, LLC 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LCG SELECT, LLC C/O GOLDMAN SACHS & CO, ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ALPHA BANK A.E. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401 |
| LCG SELECT OFFSHORE, LTD. | RICHARD KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LCG SELECT OFFSHORE, LTD. | LCG SELECT OFFSHORE, LTD C/O LUXOR CAPITAL GROUP, LP 767 FIFTH AVENUE 19TH FLOOR NEW YORK NY 10153 |
| LCG SELECT OFFSHORE, LTD. | LCG SELECT OFFSHORE, LTD. C/O LUXOR CAPITAL GROUP, LP 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153 |
| LCG SELECT OFFSHORE, LTD. | LCG SELECT OFFSHORE, LTD. C/O LUXOR CAPITAL PARTNERS, LP 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153 |
| LCG SELECT OFFSHORE, LTD. | C/O M&C CORPORATE SERVICES 309GT UGLAND HOUSE SOUTH CHURCH STREET GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LCG SELECT OFFSHORE, LTD. | C/O M&C CORPORATE SERVICES 309GT UGLAND HOUSE, SOUTH CHURCH STREET GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LCG SELECT, LLC | 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153 |
| LCG SELECT, LLC | RICHARD KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT LP, ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT LP, ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT LP, ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII(PARALLEL 2), L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII(PARALLEL), L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT LP, ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB (PARALLEL), L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT LP, ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT LP, ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT LP, ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |

Total Number of Records Printed    24