**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. : 
: Ref. Docket Nos. 11817, 11822,
: 12480-12482, 12484-12486, 12500,
----------------------------------------------------------------x 12551, 12553-12555
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS COMMODITY** : 08-13885 (JMP)
**SERVICES INC.,** *et al.*, : (Jointly Administered)
: 
Debtors. : 
: 
----------------------------------------------------------------x Ref. Docket No. 30

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 8, 2010, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
11th day of November, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfer 30, (08-13885), Transfers 11817, 11822, 12480-12482, 12484-12486, 12500, 12551, 12553-12555 (08-13555)_AFF_11-8-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC
      TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD
      745 SEVENTH AVENUE
      NEW YORK NY 10019
```

Please note that your claim # 63111-01 in the above referenced case and in the amount of
    $5,294,123.10         has been transferred (unless previously expunged by court order)

```
      BOTTICELLI, L.L.C.
      TRANSFEROR: BARCLAYS BANK PLC
      C/O ANGELO GORDON & CO, LP
      245 PARK AVENUE, 26TH FLOOR
      NEW YORK NY 10167
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12480     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/08/2010                          Vito Genna, Clerk of Court

                                          /s/ Jenna Noble
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 8, 2010.

**EXHIBIT B**

```
TIME: 15:18:56                                                                                                                                          PAGE:    1
DATE: 11/08/10                                                 LEHMAN BROTHERS HOLDING INC.
                                                                    CREDITOR LISTING

Name                                        Address
AG SUPER FUND INTERNATIONAL PARTNERS, L.P.  TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO, LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
BARCLAYS BANK PLC                           TRANSFEROR: LANDWIRTSCHAFTLICHE RENTENBANK ATTN: RICHARD KEARNEY 5 THE NORTH COLONNADE, CANARY WHARF LONDON E14 4BB UNITED KINGDOM
BARCLAYS BANK PLC                           TRANSFEROR: MONARCH CAPITAL MASTER FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                           TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                           TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BOTTICELLI, L.L.C.                          TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO, LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
CORPORATE ACCOUNT                           C/O ELIOTT COHEN 909 A STREET TACOMA WA 98402
GOLDMAN SACHS LENDING PARTNERS LLC          C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          MANAGING CLERK RICHARDS KIBBE & ORBE, LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC          MANAGING CLERK RICHARDS KIBBE & ORBE, LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
ILLIQUIDX LTD                               TRANSFEROR: LANSFORSAKRING KRONOBERG ATTN: CELESTINO AMORE, MANAGING DIRECTOR 107-111 FLEET STREET LONDON EC4A 2AB UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: CORPORATE ACCOUNT ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
LANDWIRTSCHAFTLICHE RENTENBANK              ATTN: SINA R. HEKMAT C/O HOGAN & HARTSON LLP 875 THIRD AVENUE NEW YORK NY 10022
LANDWIRTSCHAFTLICHE RENTENBANK              C/O HOGAN LOVELLS US LLP ATTN: SINA R. HEKMAT 875 THID AVENUE NEW YORK NY 10022
LOOMIS STREET, L.L.C.                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: ADAM REISS C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
MONARCH CAPITAL MASTER FUND LP              C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022
MONARCH CAPITAL MASTER FUND LP              MICHAEL J KELLY, ESQ. WILLKIE FARR & GALLAGHER LLP 787 7TH AVENUE NEW YORK NY 10019
MONARCH DEBT RECOVERY MASTER FUND LTD       C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD       MICHAEL J. KELLY, ESQ. WILLKIE FARR & GALLAGHER LLP 787 7TH AVENUE NEW YORK NY 10019
MONARCH OPPORTUNITIES MASTER FUND LTD       C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD       MICHAEL J KELLY, ESQ. WILLKIE FARR & GALLAGHER LLP 787 7TH AVENUE NEW YORK NY 10019
ORE HILL HUB FUND LTD.                      TRANSFEROR: ILLIQUIDX LTD C/O ORE HILL PARTNERS LLC, ATTN: C BAUM ESQ 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019

Total Number of Records Printed       22
```