Form 210A (10/06)

# United States Bankruptcy Court

__SOUTHERN__ District Of __NEW YORK__

In re __LEHMAN BROTHERS INC__, Case No. __08-13555 (JMP)__

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVF Lux Master S.a.r.l. | Banca Intesa Infrastrutturee Sviluppo S.p.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): __23823__
Amount of Claim: __$21,904,733.37__
Date Claim Filed: __September 21, 2009__

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ David Short__  Date: __January 6, 2011__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

**NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that the following claim of Banca Intesa Infrastrutturee Sviluppo S.p.A. ("Assignor") has been transferred and assigned to CVF Lux Master S.a.r.l. ("Assignee"):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| | 23823 |

The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVF Lux Master S.a.r.l.
Address:   c/o CarVal Investors UK Limited
           Knowle Hill Park
           Fairmile Lane
           Cobham
           Surrey KT11 2PD
           United Kingdom
BY CARVAL INVESTORS UK LIMITED

Signature: _____
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date:

ASSIGNOR: Banca Intesa Infrastrutturee Sviluppo S.p.A.
          (having subsequently changed its name to Banca
          Infastrutture Innovazione e Sviluppo S.p.A.)
Address:  Attn: Antonino Galata'
          Banca Infrastrutture Innovazione e
          Sviluppo S.p.A.
          Viale dell'Arte, 21
          Rome, 00144
          Italy

Signature: _____
Name: NICOLA GIOVANNI DIVICO
Title: PFRO V - AUTHORISED SIGNATORY
Date: 15 - DECEMBER - 2010

DOC ID-11081178.2                            16

Claim Question? Call: 646 282 2400　　Technical Support Question? Call: 800 794 4430　　　　　　　　　　　　　　　　　Guest  |  Sign In

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home　　Claims　　Docket　　Key Documents

Home » Search Claims　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bookmark this Page

## Search Claims

### Criteria

| Claim Number | Creditor Name | Scope |
|---|---|---|
| 23823 | Name Starts With | Claims and schedules |

| Schedule Number | Amount | |
|---|---|---|
| | Total Claim Value | Equals |

| Debtor | Claim Date Range | |
|---|---|---|
| | to | |

Order By: Creditor Name　　　Results Per Page: 50　　　　　　　　　　　　　　　Reset　Search

### Results
Expand All

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|---|
| | | | **[1]  Page 1 of 1 - 01 total items** | | | |
| ⊟ | 23823 | | BANCA INTESA INFRASTRUTTUREE SVILUPPO SPA | 9/21/2009 | $21,904,733.37 | Image |
| | | | ATTN:ANTONINO GALAT? BANCA INFRASTRUTTURE INNOVAZIONE E SVILUPPO S.P.A. VIA DELL#APPOSARTE, 21 ROME, 144 ITALY | Claimed Unsecured: | $21,904,733.37 | |
| | | | Debtor: Lehman Brothers Holdings Inc. | Remarks: CLAIMED PARTIALLY UNLIQUIDATED | | |
| | | | **[1]  Page 1 of 1 - 01 total items** | | | |

COMPANY INFORMATION AND SERVICES  |  FORMS  |  CORPORATE  |  HOME  |  CONTACT  |  SUBSCRIBE  |  SITE MAP  |  DISCLAIMER  |  TERMS OF USE  |  PRIVACY STATEMENT  |  SAFE HARBOR  |  RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.