| | |
|---|---|
| REED SMITH LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 521-5400<br>Fax: (212) 521-5450<br>Eric A. Schaffer (ES-6415)<br>Michael J. Venditto (MV-6715)<br><br>*Counsel for The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A. and BNY Corporate Trustee Services Limited* | Objections Date:: January 6, 2011 at 4:00 p.m.<br>Hearing Date:    January 13, 2011 at 10:00 a.m. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                                    Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (JMP)**<br>**(Jointly Administered)**<br><br>*Refers to Dkt. No* 13638 |

**CERTFICATE OF SERVICE**

STATE OF NEW YORK    )
                                            )    ss.:
COUNTY OF NEW YORK    )

I, Michael J. Venditto, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen years of age and am a member of the law firm of Reed Smith, LLP, located at 599 Lexington Avenue, New York, NY 10022.

On January 6, 2011, I caused to be served a true and correct copy of the Objection of The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A. and BNY Corporate Trustee Services Limited to Debtors' Motion Pursuant to Section 105(A) of the

Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Entry of an Order Clarifying the Scope of the Procedures for the Settlement of Prepetition Derivative Contracts upon the attached service list by method indicated.

Service on parties on the 2002 Service List was effected by e-mail pursuant to General Order M-242 and the Amended Case Management Order

Dated: New York, New York
January 6, 2011

                                                              Michael J. Venditto

- 3 -

## SERVICE LIST

*VIA ELECTRONIC MAIL and OVERNIGHT MAIL*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn: Jacqueline Marcus, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004,
Attn: Elisabetta G. Gasparini, Esq.
        Andrea B. Schwartz, Esq.
        Tracy Hope Davis, Esq.

Chambers of Honorable James J. Peck
One Bowling Green, Courtroom 601
New York, New York 10004