ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  1177
Telephone:  631/367-7100
631/367-1173 (fax)

Objections Date: January 6, 2011 at 4:00 p.m.
Hearing Date: January 13, 2011 at 10:00 a.m.

Attorneys for Intervening Class Members

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                Debtor. | Case No. 08-13555-JMP<br><br>Chapter 11 |
| LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>                Plaintiff,<br><br>   vs.<br><br>BNY CORPORATE TRUSTEE SERVICES LIMITED,<br><br>                Defendant. | Adversary Proceeding<br>No. 09-01242-JMP |

DECLARATION OF JASON C. DAVIS IN SUPPORT OF LIMITED OBJECTION OF THE
MINIBOND NOTEHOLDERS TO DEBTORS' MOTION PURSUANT TO SECTION 105(A)
OF THE BANKRUPTCY CODE AND GENERAL ORDER M-390 FOR AUTHORIZATION
TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR
AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVES TRANSACTIONS WITH
SPECIAL PURPOSE VEHICLE COUNTERPARTIES

592219_1

I, JASON C. DAVIS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the States of California, New York and this Bankruptcy Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:   *In re Lehman Brothers Holdings Inc.*, *et. al.*, Case No. 08-13555 (JMP), Stipulation and Order Regarding Wong Objection to Derivatives Procedures Orders (S.D.N.Y. Bankr. Ct. Sept. 22, 2009); and

Exhibit B:   *Wong v. HSBC USA, Inc., et al.*, No. 10 Civ. 0017 (WHP), slip op. (S.D.N.Y. Aug. 9, 2010).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this January 6, 2011, at San Francisco, California.

                                                s/ Jason C. Davis
                                                JASON C. DAVIS