ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  1177
Telephone:  631/367-7100
631/367-1173 (fax)

Objections Date: January 6, 2011 at 4:00 p.m.
Hearing Date: January 13, 2011 at 10:00 a.m.

Attorneys for Intervening Class Members

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br>                      Debtor. | Case No. 08-13555-JMP <br><br> Chapter 11 <br><br> *Refers to Docket Nos. 13823 and 13827* |
| LEHMAN BROTHERS SPECIAL FINANCING INC., <br><br>                      Plaintiff, <br><br>    vs. <br><br> BNY CORPORATE TRUSTEE SERVICES LIMITED, <br><br>                      Defendant. | <br><br><br><br> Adversary Proceeding <br> No. 09-01242-JMP |

CERTIFICATE OF SERVICE

592221_1

CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL AND OVERNIGHT MAIL

STATE OF CALIFORNIA          )
                             ss:
COUNTY OF SAN FRANCISCO      )

    I, Jason C. Davis, being duly sworn deposes and says:

    I am not a party to this action, am over eighteen years of age and am member of the law firm of Robbins Geller Rudman & Dowd LLP, located at One Montgomery Street, Suite 1800, San Francisco, CA 94104.

    On January 6, 2011, I caused to be served a true and correct copy of the (1) Limited Objection of the Minibond Noteholders to Debtors' Motion Pursuant to Section 105(A) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties (Dkt. No. 13823); and (2) Declaration of Jason C. Davis in Support of Limited Objection of the Minibond Noteholders to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties (Dkt. No. 13827) upon the attached service list by method indicated.

    Service on parties on the 2002 Service List was effected by e-mail pursuant to General Order M-242 and the Amended Case Management Order.

592221_1

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 6, 2011.

                                                s/ Jason C. Davis
                                                JASON C. DAVIS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: jasond@rgrdlaw.com

HSBC LEHMAN MINIBONDS
Service List - 1/6/2011    (09-0047)
Page 1 of 2

**Counsel for Defendants**

Howard G. Sloane
Patricia Farren
David G. Januszewski
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY  10005-1702
   212/701-3000
   212/269-5420 (Fax)

David M. Schlecker
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY  10022
   212/521-5400
   212/521-5450 (Fax)

Eric A. Schaffer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219
   412/288-3916
   412/288-3063 (Fax)

Ralph I. Miller
Weil, Gotshal & Manges LLP
1300 Eye Street, NW, Suite 900
Washington, DC  20005
   202/682-7000
   202/857-0940 (Fax)

Richard W. Slack
Shai Y. Waisman
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119
   212/310-8000
   212/310-8007 (Fax)

**Counsel for Plaintiffs**

John H. Genovese
Paul J. Battista
Robert F. Elgidely
Genovese Joblove & Battista, P.A.
100 Southeast Seond Street, 44th Floor
Miami, FL  33131
   305/349-2300
   305/349-2310 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

HSBC LEHMAN MINIBONDS

Service List - 1/6/2011    (09-0047)

Page 2 of 2

Darryl J. Alvarado
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Jason C. Davis
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
   415/288-4545
   415/288-4534 (Fax)

**Counsel for Official Committee**

Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413
   212/530-5000
   212/530-5219 (Fax)

**Counsel for U.S. Trustee**

Elisabetta G. Gasparini
Andrea B. Schwartz
Tracy Hope Davis
Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004