UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :    (Jointly Administered)
                 Debtors.                     :
                                              :
------------------------------------------------------------------x    Ref. Docket No. 13279

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 5, 2010, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ *Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
7th day of January, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    08-13555 (JMP)
                                                                 :
         Debtors.                                                :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   WESTERN ASSET US CORE PLUS BOND FUND
              C/O WESTERN ASSET MANAGEMENT COMPANY
              ATTN: LEGAL DEPT W-1308
              385 E. COLORADO BLVD.
              PASADENA, CA 91101


Transferee:   LEGG MASON WESTERN ASSET US CORE PLUS BOND FUND
              C/O WESTERN ASSET MANAGEMENT COMPANY
              ATTN: LEGAL DEPT W-2462
              385 E. COLORADO BLVD.
              PASADENA, CA 91101


**Your claim transfer is defective for the reason(s) checked below:**

TRANSFER FILED ON THE DOCKET FOR CHAPTER 11 CASE NO. 08-13555 (JMP)
CLAIM IS FILED IN CASE NO. 08-01420 (JMP) SIPA

Refer to docket number **13279** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


*/s/ Jenna Noble*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 5, 2011.

**EXHIBIT B**

WESTERN ASSET US CORE PLUS BOND FUND
C/O WESTERN ASSET MANAGEMENT COMPANY
ATTN: LEGAL DEPT W-1308
385 E. COLORADO BLVD.
PASADENA, CA 91101



LEGG MASON WESTERN ASSET US CORE PLUS
BOND FUND
C/O WESTERN ASSET MANAGEMENT COMPANY
ATTN: LEGAL DEPT W-2462
385 E. COLORADO BLVD.
PASADENA, CA 91101