UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :    (Jointly Administered)
                Debtors.                            :
                                                    :
------------------------------------------------------------------x    Ref. Docket Nos. 13735-13737,
                                                         13758 & 13761

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 5, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
7th day of January, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 13735-13737, 13758 & 13761_AFF_01-05-11.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ING ADMINISTRADORA DE FONDO              ING ADMINISTRADORA DE FONDO
         DE PENSIONES Y CESANTIA S.A.             ING BANK N.V.
         CARRERA 7 N. 99-53                       ATTN: M.J.S.J. MULLER
         4TH FLOOR                                LOCATIONCODE: AMP F 04.044
         BOGOTA                                   BIJLMERPLEIN 888
         COLOMBIA                                 AMSTERDAM 1102MG THE NETHERLANDS

Please note that your claim # 60481 in the above referenced case and in the amount of
        $10,235,000.00        has been transferred **(unless previously expunged by court order)**

         BANC OF AMERICA SECURITIES LLC
         TRANSFEROR: ING ADMINISTRADORA DE FONDO
         ATTN: MEREDITH R SMITH
         214 N TYRON STREET
         NCI-027-14-01
         CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13735        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 5, 2011.

# EXHIBIT B

```
TIME: 12:38:37                                                                                                                                              PAGE:   1
DATE: 01/05/11
                                                        LEHMAN BROTHERS HOLDING INC.
                                                              CREDITOR LISTING

Name                                      Address
BANC OF AMERICA SECURITIES LLC            TRANSFEROR: ING ADMINISTRADORA DE FONDO ATTN: MEREDITH R SMITH 214 N TYRON STREET NCI-027-14-01 CHARLOTTE NC 28255
BANCAJA FONDOS, S.G.I.I.C., S.A.          ATTN: ALVARO SAAVEDRA LOPEZ / MIGUEL ANGEL RECUENCO DEPARTMENT DE CONTROL DE RIESGOS CALLE MARIA DE MOLINA, 39 MADRID 28006 SPAIN
BANCAJA FONDOS, S.G.I.I.C., S.A.          CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019
COSCOLLA, MIRIAM BANO                     TRANSFEROR: MAGDALENA PASCUAL, JOSE FRANCISCO C/ SAMUEL ROS, NO 49-1 16 VALENCIA 46023 SPAIN
ING ADMINISTRADORA DE FONDO               CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
ING ADMINISTRADORA DE FONDO               ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102MG THE NETHERLANDS
ING ADMINISTRADORA DE FONDO               DE PENSIONES Y CESANTIA S.A. CARRERA 7 N. 99-53 4TH FLOOR BOGOTA    COLOMBIA
MAGDALENA PASCUAL, JOSE FRANCISCO         DLA PIPER SPAIN S.L. ATTN: MARIA SEGIMON, ESQ. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN
MAGDALENA PASCUAL, JOSE FRANCISCO         DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
MAGDALENA PASCUAL, JOSE FRANCISCO         C/ SAMUEL ROS 49, 1, 16 VALENCIA 46023 SPAIN
MERRILL LYNCH INTERNATIONAL               TRANSFEROR: BANC OF AMERICA SECURITIES LLC ATTN: SIMON ORR 2 KING EDWARD STREET LONDON  EC1A1HQ UNITED KINGDOM
UBS AG, STAMFORD BRANCH                   TRANSFEROR: BANCAJA FONDOS, S.G.I.I.C., S.A. ATTN: CRAIG PEARSON BANKING PRODUCT SERVICES 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                   TRANSFEROR: BANCAJA FONDOS, S.G.I.I.C., S.A. ATTN: CRAIG PEARSON BANKING PRODUCT SERVICES 677 WASHINGTON BLVD STAMFORD CT 06901
USB AG, STAMFORD BRANCH                   TRANSFEROR: BANCAJA FONDOS, S.G.I.I.C., S.A. ATTN: CRAIG PEARSON BANKING PRODUCT SERVICES 677 WASHINGTON BLVD STAMFORD CT 06901


Total Number of Records Printed     14
```

EPIQ BANKRUPTCY SOLUTIONS, LLC