UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 13198, 13775,
                                                                 13776, 13778-13780 & 13783-13788

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 6, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
7th day of January, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   JPMORGAN CHASE BANK, N.A.
      TRANSFEROR: VALIANT PRIVATBANK AG
      ATTN: SUSAN MCNAMARA
      MAIL CODE: NY1-A436
      ONE CHASE MANHATTAN PLAZA - FLOOR 26
      NEW YORK NY 10005
```

Please note that your claim # 38507-01 in the above referenced case and in the amount of $374,858.94 has been transferred **(unless previously expunged by court order)**

```
      THE VARDE FUND X (MASTER), L.P.
      TRANSFEROR: JPMORGAN CHASE BANK, N.A.
      ATTN: EDWINA PJ STEFFER
      8500 NORMANDALE LAKE BOULEVARD SUITE 1500
      MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13198 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/06/2011                       Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 6, 2011.

# EXHIBIT B

```
TIME: 13:59:54                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:  1
DATE: 01/07/11                                         CREDITOR LISTING

Name                                              Address
AVATAR FINANCE PTY LIMITED (ABN 61 009            PO BOX 5038 CHATSWOOD WEST   NSW 1515 AUSTRALIA
 034 315)
BANC OF AMERICA SECURITIES LLC                    TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH R. SMITH 214 N TYSON STREET NCI-027-14-01 CHARLOTTE NC 28255
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: AVATAR FINANCE PTY LIMITED (ABN 61 009 034 315) DEUTSCHE BANK AG, HONG KONG BRANCH; ATTN: JACK TSAI
                                                  60/F INTERNATIONAL COMMERCE CENTRE, 1 AUSTIN ROAD WEST KOWLOON HONG KONG
DOVER MASTER FUND II, L.P.                        TRANSFEROR: MERCHANTS' GATE ONSHORE FUND LP C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR
                                                  NEW YORK NY 10019
DOVER MASTER FUND, L.P.                           TRANSFEROR: MERCHANTS' GATE ONSHORE FUND LP C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR
                                                  NEW YORK NY 10019
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: VALIANT PRIVATBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
LONGACRE INSTITUTIONAL OPPORTUNITY FUND,          TRANSFEROR: MERCHANTS' GATE OFFSHORE LIMITED PARTNERSHIP ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
 L.P.
MERRILL LYNCH INTERNATIONAL                       TRANSFEROR: BANC OF AMERICA SECURITIES LLC ATTN: SIMON ORR 2 KING EDWARD STREET LONDON EC1A1HQ UNITED KINGDOM
MORGAN STANLEY & CO INTERNATIONAL PLC             MANAGING CLERK RICHARD KIBBE & ORBE, L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO INTERNATIONAL PLC             ATTN: MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO INTERNATIONAL PLC             MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINACIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO INTERNATIONAL PLC             MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO INTERNATIONAL PLC             TRANSFEROR: MEDIOLANUM VITA S.P.A. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
OAKTREE HUNTINGTON INVESTMENT FUND, LP            TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP            TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
 (PARALLEL 2), L.P.                               333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
 (PARALLEL 2), L.P.                               333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
 (PARALLEL), L.P.                                 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
 (PARALLEL), L.P.                                 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, L.P.             TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, L.P.             TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB (PARALLEL),           TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
 L.P.                                             333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB (PARALLEL),           TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
 L.P.                                             333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, L.P.                 TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, L.P.                 TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
PERMAL STONE LION FUND LTD.                       TRANSFEROR: LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P. C/O STONE LION CAPITAL PARTNERS 461 FIFTH AVENUE, 14TH FLOOR
                                                  NEW YORK NY 10017
STONE LION PORTFOLIO LP                           TRANSFEROR: DOVER MASTER FUND II, L.P. 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017
STONE LION PORTFOLIO LP                           TRANSFEROR: DOVER MASTER FUND, L.P. 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017
THE VARDE FUND X (MASTER), L.P.                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed          29                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```