WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
:
**In re**                                    :      **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :      **08-13555 (JMP)**
:
                **Debtors.**               :      **(Jointly Administered)**
:
-------------------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Thirty-Seventh

Omnibus Objection to Claims (No Liability Claims) **[Docket No. 11302]**, previously scheduled

for March 3, 2011, will be held on **January 20, 2011 at 10:00 a.m.** **(Prevailing Eastern Time)**

(the "Hearing"), solely as to the claim listed on Exhibit A attached hereto.  A hearing with

respect to the claims not listed on Exhibit A attached hereto will be held on **March 3, 2011 at**

**10:00 a.m.** **(Prevailing Eastern Time)**.  The Hearing will be held before the Honorable James

M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, Room 601.

Dated: January 7, 2011
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## EXHIBIT A

| Claimant Name | Claim Number |
|---|---|
| Anthracite Rated Investments (Jersey) Limited | 12708 |

US_ACTIVE:\43591428\01\58399.0008