767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

January 10, 2011

BY HAND

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: ADR Procedures Order dated 9/17/09 ("Order")**
       **Fourteenth Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the fourteenth) to the Court pursuant to Order ¶13. Debtors will file this report on the docket in advance of the January 13, 2011 omnibus hearing.

In the just-ended 31-day period, Debtors have served five additional ADR Notices, bringing the total number of such notices served to 97 on 122 counterparties. Also in the immediately past reporting period, Debtors achieved settlements in principle with counterparties in two additional ADR matters, one as a result of mediation. Upon closing of these settlements, Debtors will have received an aggregate total of $355,991,214.85 new dollars for the Debtors' estates. Settlements now have been obtained in 43 ADR matters involving 52 counterparties.

The Honorable James M. Peck  
January 10, 2011  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 26 ADR matters that have reached the mediation stage and have been concluded, 24 have been settled in mediation. Only two mediations have terminated without settlement. Ten additional mediations have been scheduled to commence on the following dates: January 10, 13, 18, 20 and 28; February 10, 17 and 24; and March 1 and 16, 2011.

Respectfully Submitted,

*[signature]*

Peter Gruenberger  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Debtors  
and Debtors in Possession

PG:mp

cc:	Jacob Esher, Esq.  
	James Freund, Esq.  
	David Geronemus, Esq.  
	Ralph Mabey, Esq.  
	David Cohen, Esq.  
	(all cc's via E-mail)

US_ACTIVE:\43600681\01\58399.0003