B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **DEUTSCHE BANK AG, LONDON BRANCH** | **BONTEN MEDIA GROUP HOLDINGS, INC. and BONTEN MEDIA GROUP, INC.** |

Name and Address where notices to transferee should be sent:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Rich Vichaidith
Phone: 212-250-5760

Court Claim # (if known): **22097**

Amount of Claim: **$6,450,000.00**

Date Claim Filed: September 21, 2009

Debtor: Lehman Commercial Paper Inc.

Phone: N/A
Last Four Digits of Acct #: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/                                         Date: January 10, 2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Ross Miller
Director

Gavin Colquhoun
Managing Director

## EXHIBIT 1

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

Bonten Media Group Holding, Inc. and Bonten Media Group, Inc. (together, the "Sellers") hereby certify that, for value received, the adequacy and sufficiency of which are hereby acknowledged, Sellers have irrevocably sold, transferred, conveyed, assigned and granted onto Deutsche Bank Securities Inc. (the "Buyer") all of Sellers' right, title and interest in, to and under the claim of Sellers against Lehman Commercial Paper Inc. ("LCPI") in connection with that certain commitment letter, dated as of July 11, 2008, by and among LCPI, Lehman Brother Commercial Bank, Lehman Brothers Inc. and Sellers (the "Claim") including, without limitation (a) Proof of Claim No. 22097, (b) any and all right to receive principal, interest, fees, damages, penalties and other amounts in respect of the Claim, (c) all cash, securities, instruments and other property that may be paid or distributed by any of LCPI and its affiliated debtors and debtors in possession (collectively, the "Debtors") in Case No. 08-13555 (JMP) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in satisfaction of the Claim and (d) all proceeds of any kind of the foregoing, including, without limitation, all cash, securities or other property distributed or payable on account of, or exchanged in return for, any of the foregoing.

Sellers hereby waive notice or hearing requirement as imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure. Sellers acknowledge and understand, and hereby stipulate, that an order of the Bankruptcy Court may be entered without further notice to Sellers transferring to Buyer the Claim, recognizing Buyer as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this __ day of November 2010.

| | |
|---|---|
| Bonten Media Group Holding, Inc.<br>Bonten Media Group, Inc.<br><br>By: _____<br>Name:<br>Title: | Deutsche Bank AG, London Branch<br><br>By: _____  Ross Miller, Director<br>Name:<br>Title:<br><br>By: _____  Anil Das, Director<br>Name:<br>Title: |

EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

Bonten Media Group Holding, Inc. and Bonten Media Group, Inc. (together, the "Sellers") hereby certify that, for value received, the adequacy and sufficiency of which are hereby acknowledged, Sellers have irrevocably sold, transferred, conveyed, assigned and granted onto Deutsche Bank Securities Inc. (the "Buyer") all of Sellers' right, title and interest in, to and under the claim of Sellers against Lehman Commercial Paper Inc. ("LCPI") in connection with that certain commitment letter, dated as of July 11, 2008, by and among LCPI, Lehman Brother Commercial Bank, Lehman Brothers Inc. and Sellers (the "Claim") including, without limitation (a) Proof of Claim No. 22097, (b) any and all right to receive principal, interest, fees, damages, penalties and other amounts in respect of the Claim, (c) all cash, securities, instruments and other property that may be paid or distributed by any of LCPI and its affiliated debtors and debtors in possession (collectively, the "Debtors") in Case No. 08-13555 (JMP) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in satisfaction of the Claim and (d) all proceeds of any kind of the foregoing, including, without limitation, all cash, securities or other property distributed or payable on account of, or exchanged in return for, any of the foregoing.

Sellers hereby waive notice or hearing requirement as imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure. Sellers acknowledge and understand, and hereby stipulate, that an order of the Bankruptcy Court may be entered without further notice to Sellers transferring to Buyer the Claim, recognizing Buyer as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of November 2010.

Bonten Media Group Holding, Inc.
Bonten Media Group, Inc.

By: _____
Name: _____
Title: _____

Deutsche Bank AG, London Branch

By: _____
Name:
Title:

By: _____
Name:
Title: