CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone:  (212) 878-8000
Facsimile:  (212) 878-8375
Andrew P. Brozman (AB-2456)
Sara M. Tapinekis (ST-4382)

Counsel to Crédit Agricole Corporate and Investment Bank

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                            :
                                                 :  Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al*.,        :
                                                 :  Case No. 08-13555 (JMP)
Debtors.                                         :
                                                 :  (Jointly Administered)
-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF CREDIT AGRICOLE CORPORATE AND**
**INVESTMENT BANK'S  OBJECTION TO DEBTORS' MOTION PURSUANT TO**
**SECTION 105(a) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-390 FOR**
**AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION**
**PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVES**
**TRANSACTIONS WITH SPECIAL PURPOSE VEHICLE COUNTERPARTIES**

**PLEASE TAKE NOTICE** that Crédit Agricole Corporate and Investment Bank, *f/k/a* Calyon, by and through its undersigned counsel, withdraws without prejudice its Objection to the Debtors' Motion Pursuant To Section 105(a) Of The Bankruptcy Code And General Order M-390 For Authorization To Implement Alternative Dispute Resolution Procedures For Affirmative Claims Of Debtors Under Derivatives Transactions With Special Purpose Vehicle Counterparties [Dkt. No. 13326].

- 2 -

Dated: New York, New York
January 10, 2011

                    __*/s/ Andrew P. Brozman*_____
                    Andrew P. Brozman
                    Sara M. Tapinekis
                    CLIFFORD CHANCE US LLP
                    31 West 52nd Street
                    New York, NY 10019
                    Tel:  (212) 878-8000
                    Fax:  (212) 878-8375

                    Counsel to Crédit Agricole Corporate and
                    Investment Bank