Colin S. A. Welch
1 Carlton Hill
St. John's Wood
London, England NW8 0JX
United Kingdom

**DELIVERED VIA DHL**

Honorable James M. Peck
One Bowling Green
New York, New York 1004

SUBJECT: Opposition to CLAIM TO BE RECLASSIED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
LEHMAN BROTHERS HOLDINGS INC., et al., Debtors
Chapter 11 Case No. 08-13555 (JMP)
Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claims As Equity Interests)(the "Objection")

Claimant: Colin S. A. Welch, residing at the aforementioned listed address
Claim Number: 13290
Date Filed: 9/16/2009
PRIORITY: $10,950.00
UNSECURED: $1,320,021.75
TOTAL: $1,330,971.75

DESCRIPTION: Unpaid guaranteed compensation and related unpaid income tax liabilities

OPPOSITION TO OBJECTION: As stipulated in the claimant's employment contract with LBHI that has been previously provided to the Court, the claimant was contractually entitled to total compensation inclusive of the amounts outlined above. These monies were guaranteed and provided as deferred compensation at the discretion of LBHI. The claim against the Debtors estate is for non-performance under the terms of the contract for payment of such monies.

ADDRESS OF CLAIMANT:
1 CARLTON HILL
ST. JOHN'S WOOD
LONDON, ENGLAND
NW8 0JX
UNITED KINGDOM

CLAIMANT CONTACT DETAILS:
COLIN S. A. WELCH, at the above and on the following:
Telephone: +44(0)2076246864 or
Mobile: 44(0)7766906239