Sandra Stolk
12492 Masters Ridge Drive
Jacksonville, Florida 32225
(904) 620-8676

January 4, 2011

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

In re: Lehman Brothers Holdings Inc., et al, Debtors.
Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)

Notice of Hearing on Debtors' Seventy-fourth Omnibus Objection to Claims
(To Reclassify Proofs of Claim as Equity Interests)

Claimant: Sandra Stolk
Claim Number: 10262

Dear Sir or Madam:

On September 3, 2009, I filed a Proof of Claim with Epiq Bankruptcy Solutions, the Debtor's court approved claims agent, in the amounts of $2,495.20, arising from the losses from my original investment in shares of Lehman Bros Holdings 6.50% Pfd Series F. Copies of the documentation previously submitted along with my Proof of Claim have been included for your reference.

Please accept this letter as formal notification of my objection to the reclassification of my claim as an equity interest. By definition, preferred stock has properties of both an equity and debt interest, including a higher ranking to common stock, priority in the payment of dividends and sensitivity to interest rates.

My contact information is referenced above. Please direct your response and any questions regarding the reconcilement, settlement or resolution of my claim to my attention.

Sincerely,

*Sandra Stolk*
Sandra Stolk

Cc: Chambers of the Honorable James M. Peck ✓
    Courtroom 601
    One Bowling Green
    New York, New York 10004

Weil, Gotshal and Manges LLP
Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee for the Southern District of New York
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq. Brian Masumoto, Esq.
Linda Riffin, Esq., Tracy Hope Davis, Esq.
33 Whitehall Street
21st Floor
New York, New York 10004

Milbank, Tweed, Hadley and McCloy LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

# PROOF OF CLAIM

**United States Bankruptcy Court/Southern District New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held: Lehman Brothers Holdings Inc. | Case No. of Debtor: 08-13555 |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Sandra M. Stolk
12492 Masters Ridge Drive
Jacksonville, Florida 32225

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: (904) 620-8676    Email Address: hermansandra@bellsout

Name and address where payment should be sent (if different from above):
Same as above

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____    Email Address: _____

1. **Amount of Claim as of Date Case Filed:** $ 2,495.20

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*

   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Investment Holding
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 8720
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $ _____   Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____   Basis for perfection: _____
   Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$ _____

**FOR COURT USE ONLY**

**Date:** 1-3-11

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Sandra M. Stolk*    SANDRA M. STOLK

Owner

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# PORTFOLIO APPRAISAL

**Sandra M. Stolk**
**SEP IRA**
September 15, 2008

4010

| Date | Quantity | Security | Security Symbol | Unit Cost | Total Cost | Price | Market Value | Pct. Assets | Unrealized Gain/Loss | Pct G/L | Annual Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-22-06 | 95 | LEHMAN BROS HLDGS INCPFD F 6.50% | lehprf | 26.36 | 2,503.75 | 0.09 | 8.55 | 0.0 | -2,495.20 | -99.66 | 152.00 | 1,777.8 |

Account Number: ■■■■4010
Account Name: STOLSSEP
Statement Date: 09/01/2008 to 09/30/2008

COLLINS CAPITAL MANAGEMENT INC.

## EQUITIES 63.58%

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/08 | Current Market Value | Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROS HLDGS INC PFD F 6.50% | LEHFQ CASH | 95 | $0.05 | $4.75 | $1,450.65 | ■ | $2,503.75 | ($2,499.00) |