UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (JMP)
                                                              :    (Jointly Administered)
            Debtors.                                          :
                                                              :
---------------------------------------------------------------x    Ref. Docket Nos. 13783-13788,
                                                                   13796-13798, 13800-13805, 13809,
                                                                   13811, 13812 & 13813

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 7, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
10th day of January, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MORGAN STANLEY & CO INTERNATIONAL PLC              MORGAN STANLEY & CO INTERNATIONAL PLC
      TRANSFEROR: MEDIOLANUM VITA S.P.A.                 MANAGING CLERK
      25,CABOT SQUARE                                    RICHARDS KIBBE & ORBE L.L.P.
      CANARY WHARF                                       ONE WORLD FINANCIAL CENTER
      LONDON E14 4QA                                     NEW YORK NY 10281-1003
      UNITED KINGDOM
```

Please note that your claim # 56932-47 in the above referenced case and in the amount of
       $9,394,965.88        has been transferred **(unless previously expunged by court order)**

```
      OCM OPPORTUNITIES FUND VIIB, L.P.
      TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
      C/O OAKTREE CAPITAL MANAGEMENT, L.P.
      ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
      333 SOUTH GRAND AVE, 28TH FLOOR
      LOS ANGELES CA 90071
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13783       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/07/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 7, 2011.

# EXHIBIT B

```
TIME: 10:49:41                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 01/07/11                                                   CREDITOR LISTING

Name                                              Address
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.           VIA SAN CARLO 8/20 MODENA  41100 ITALY
  COOP.
DKR CAPITAL PARTNERS L.P.                         TRANSFEROR: DKR IBEX HOLDING FUND LTD. ATTN: NAN SWAN 1281 EAST MAIN STREET STAMFORD CT 06902
DKR IBEX HOLDING FUND LTD.                        STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038
DKR IBEX HOLDING FUND LTD.                        C/O DKR IBEX MANAGEMENT L.P. ATTN: BARBARA BURGER 1281 EAST MAIN STREET STAMFORD CT 06902
ILLIQUIDX LTD                                     TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 107-111 FLEET STREET
                                                  LONDON EC4A 2AB UNITED KINGDOM
MORGAN STANLEY & CO INTERNATIONAL PLC             MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO INTERNATIONAL PLC             TRANSFEROR: MEDIOLANUM VITA S.P.A. 25 CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO INTERNATIONAL PLC             TRANSFEROR: MEDIOLANUM VITA S.P.A. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA  UNITED KINGDOM
MORGAN STANLEY & CO INTERNATIONAL PLC             TRANSFEROR: MEDIOLANUM VITA S.P.A. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA  UNITED KINGDOM
MORGAN STANLEY & CO INTERNATIONAL PLC             TRANSFEROR: MEDIOLANUM VITA S.P.A. 25,CABOT SQUARE CANARY WHARF LONDON E14 4QA   UNITED KINGDOM
OAKTREE HUNTINGTON INVESTMENT FUND, LP            TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP            TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR
                                                  LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP            TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP            TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
  (PARALLEL 2), L.P.                              333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
  (PARALLEL 2), L.P.                              333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
  (PARALLEL), L.P.                                333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
  (PARALLEL), L.P.                                333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, L.P.             TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, L.P.             TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB (PARALLEL),           TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
  L.P.                                            333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB (PARALLEL),           TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
  L.P.                                            333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, L.P.                 TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, L.P.                 TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                  333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
RAIFFEISEN BANK INTERNATIONAL AG                  TRANSFEROR: RAIFFEISEN ZENTRALBANK OSTERREICH AG ATTN: LEGAL & COMPLIANCE AM STADTPARK 9 VIENNA  A-1030 AUSTRIA
RAIFFEISEN ZENTRALBANK OSTERREICH AG              ATTN: LEGAL & COMPLIANCE AM STADTPARK 9 VIENNA  A-1030 AUSTRIA
RAIFFEISEN ZENTRALBANK OSTERREICH AG              TRANSFEROR: SWISS ASSET & RISK MANAGEMENT AG C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON
STONEHILL INSTITUTIONAL PARTNERS, L.P.            885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, L.P.            TRANSFEROR: SWISS ASSET & RISK MANAGEMENT AG C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN:STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                                  NEW YORK NY 10022
SWISS ASSET & RISK MANAGEMENT AG                  BAHNHOFSTRASSE 4  SCHWYZ  6431 SWITZERLAND
UBS AG                                            BAHNHOFSTR. 45 ZURICH  8001 SWITZERLAND
UBS AG                                            HUGO KOLLER, OQ9C/05GC UBS AG PO BOX ZURICH  8098 SWITZERLAND
VONTOBEL EUROPE S.A. MILAN BRANCH                 TRANSFEROR: UBS AG ATTN: MR. IVO PETRACCA PIAZZA DEGLI AFFARI, 3  MILANO  20123 ITALY

Total Number of Records Printed          33                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```