SUTHERLAND ASBILL & BRENNAN LLP
Mark D. Sherrill (*pro hac vice*)
1275 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-0100

*Counsel for Aviva Italia Holding S.p.A., Aviva S.p.A.,*
*Aviva Vita S.p.A., Aviva Life S.p.A., Aviva Italia S.p.A.,*
*Aviva Assicurazioni S.p.A. and Aviva Previdenza S.p.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LEHMAN BROTHERS HOLDINGS | § | Case No. 08-13555 (JMP) |
| INC., *et al.*, | § | |
| | § | |
| Debtors. | § | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF AVIVA S.p.A., AVIVA ITALIA HOLDING S.p.A., AVIVA VITA S.p.A., AVIVA LIFE S.p.A., AVIVA ITALIA S.p.A., AVIVA ASSICURAZIONI S.p.A. AND AVIVA PREVIDENZA S.p.A. TO DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-390 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVES TRANSACTIONS WITH SPECIAL PURPOSE VEHICLE COUNTERPARTIES**

Aviva S.p.A., Aviva Italia Holding S.p.A., Aviva Vita S.p.A., Aviva Life S.p.A., Aviva Italia S.p.A., Aviva Assicurazioni S.p.A. and Aviva Previdenza S.p.A. (collectively, "Aviva"), by and through their counsel, Sutherland, Asbil & Brennan LLP, hereby withdraw their Limited Objection, dated December 8, 2010 (the "Objection") to the Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors under Derivatives Transaction with Special Purpose Vehicle Counterparties.

Dated:    January 10, 2011
         Washington, D. C.

10936168.1

SUTHERLAND ASBILL & BRENNAN LLP

By: /s/ Mark D. Sherrill

Mark D. Sherrill (*pro hac vice*)
1275 Pennsylvania Avenue, NW
Washington, DC 20004
202.383.0100
Tele:   (202) 383-0100
Fax:    (202) 637-3593

COUNSEL FOR AVIVA ITALIA HOLDING, S.P.A., AVIVA S.P.A.,
AVIVA VITA S.P.A., AVIVA LIFE S.P.A., AVIVA ITALIA S.P.A.,
AVIVA ASSICURAZIONI S.P.A. AND AVIVA PREVIDENZA S.P.A.

10936168.1