UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                          :        Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                   :        08-13555 (JMP)
                                                               :
                    **Debtors.**                               :        (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | 08-13555 (JMP) |
| Creditor Name and Address: | Bonten Media Group Inc.<br>Bonten Media Group Holdings, Inc.<br>675 Third Avenue, Suite 2521<br>New York, NY 10017 |
| Claim Number (if known): | 22096 |
| Date Claim Filed: | 9/21/2009 |
| Total Amount of Claim Filed: | $12,900,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Chief Financial Officer |
|---|---|
| Printed Name: William S. Moody | Dated: 11/11/10 |