IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re<br><br>LEHMAN BROTHERS HOLDINGS INC., ET AL.<br><br>Debtors. | **Chapter 11 Case No.** 08-13555 (JMP)<br><br>(Jointly Administered) |

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Commodity Services Inc. (08-13885) |
| Creditor Name and Address: | Linde Energy Services, Inc.<br>f/k/a BOC Energy Services, Inc.<br>575 Mountain Avenue<br>Murray Hill, NJ 07974 |
| Court Claim Number (if known): | 9284 |
| Date Claim Filed: | 8/24/2009 |
| Total Amount of Claim Filed: | $146,198.40 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title:<br>Vice President, Linde Energy Services, Inc.<br>(f/k/a BOC Energy Services, Inc.) |
| Printed Name:<br>Larry Stalica | Dated:<br>November 22, 2010 |

503147358