UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
In re                                                 :
LEHMAN BROTHERS HOLDING INC.                          :   Chapter 11 Case No. 08-13555
                                                      :
------------------------------------------------------x

### CREDITORS ERWIN & HEIDI KIPFMÜLLER's NOTICE OF ABANDONMENT OF CLAIM AND WITHDRAWAL OF COUNSEL

Creditors Erwin and Heidi KIPFMÜLLER hereby respectfully provide notice to the Debtors that they

**a.** abandon and withdraw Claim #13604 (US$7,150.98) submitted on September 16, 2009 against Debtor LBHI; and

**b.** have released counsel from his duties and responsibilities with respect to said claim.

RESPECTFULLY submitted this __1st__ day of December, 2010.

_____
Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e naber@naberpc.com

| | |
|---|---|
| • Shai Waisman Esq.<br>WEIL GOTSCHAL & MANGES LLP<br>767 Fifth Avenue<br>New York New York 10153<br>*Attorney for Debtor*<br><br>• Erwin & Heidi Kipfmüller<br>Redweiherstrasse 3A<br>90455 Nürnberg<br>*PRO SE LITIGANT* | **CERTIFICATE OF SERVICE**<br><br>This is to certify that the foregoing CREDITOR'S NOTICE OF ABANDONMENT & WITHDRAWAL OF COUNSEL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on ~~DEC 01 2010~~.<br><br>NABER PC<br><br>By _____<br>300 Central Avenue Ste. 320 • Great Falls, MT 59401 |

FILED / RECEIVED

DEC - 6 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC