DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
Arnold Gulkowitz, Esq.
Shaya M. Berger, Esq.

Hearing Date: February 16, 2011 at 10:00 a.m.

Attorneys for Party-In-Interest Edgewood Management LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X
In re                                                        :   Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.                        :   Case No. 08-13555 (JMP)
                                                             :
         Debtors.                                            :   (Jointly Administered)
                                                             :
------------------------------------------------------------ X

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE**, that the hearing on the Motion of Edgewood Management LLC Pursuant To 11 U.S.C. §§105 And 541 For An Order Directing Lehman Brothers Holding Inc. To Release And Return Non-Estate Property has been adjourned and will now take place at the Omnibus Hearing in these bankruptcy cases that will take place on **February 16, 2011 at 10:00 a.m.,** or as soon thereafter as counsel may be heard, before the Honorable James M. Peck at the United States Court House, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Courtroom 601.

DATED: January 11, 2011
       New York, New York

                                           DICKSTEIN SHAPIRO LLP

                                           By: /s/ Shaya M. Berger
                                               Arnold Gulkowitz
                                               Shaya M. Berger
                                               1633 Broadway
                                               New York, New York 10019
                                               Telephone: (212) 277-6500
                                               Facsimile: (212) 277-6501

                                               Attorneys for Party-In-Interest
                                               Edgewood Management LLC

DOCSNY-430870v3