UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.
08-13555 (JMP)

Debtors,

NOTICE OF HEARING ON DEBTORS' SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

**CLAIM TO BE RECLASSIFIED**

**Creditor Name and Address:**
Robert L Zito
4600 N Suncastle Court
Appleton, Wi 54913
(920-830-3097)

**Claim Number: 479 and 5444**
Date Filed 11/3/2008 and refiled 7/10/09
Debtor: 08-13555
Classification and Amount: $10,088.81

**Bankruptcy Court:**
United States Bankruptcy Court
The Southern District of New York

**Basis for Claim:**
Misrepresentation of facts and deceiving the public about its financial condition. Through the use of "Repo 105" transactions

**Repo 105 transactions:**
New York Attorney General Andrew Cuomo describes the process of utilizing "Repo 105" transactions as moving debt off Lehman's balance sheet to make it seem less leveraged. Hiding billions in liabilities. By doing so Lehman disguised that it was obligated to take the debt back, which would have looked as if its leverage ratios were swelling again. Repo 105 transactions, or sale and repurchase agreements, are a form of short term financing that Lehman used to move billions of dollars of debt off its balance sheet temporarily to show it wasn't carrying to much debt. Higher leverage undermines a firm's capacity to absorb financial shock, and scares off lenders/investors. Lehman originally accounted for Repo 105 transactions as borrowing then later utilized new accounting methods to portray them as sales. A simple case/practice of deceptive window dressing.

I DO oppose the reclassification of the above claim listed above under CLAIM TO BE RECLASSIFIED

The claim amount of $10,088.81 should be Entitled to Priority under 11 U.S.C. s 507(a). Contributions to an employee benefit plan-11 U.S.C. s 507(a)(5).

I Robert L Zito possess the ultimate authority to reconcile, settle or resolve this claim on my behalf.(My address and Phone Number are listed above/below)

DATED: December 28, 2010

Robert L Zito
4600 N. Suncastle Ct.
Appleton, Wi. 54913
(920)-830-3097