Mrs. Gloria A. Stainkamp
71 Hudson Park Road
New Rochelle, NY 10805

Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
Southern District
New York, NY 10004

Re: Chapter 11 Case # 08-13555(JMP)

January 3, 2011

Dear Sir,

I wish to respond to the re-classification of my creditor's claim against Lehman Brothers. In good faith I purchased this product on September 5, 2008; on September 15, 2008 they declared bankruptcy. A company of this magnitude should have had knowledge of the state of their affairs. On the information I have gleaned from their law firm, Weil Gotshal, and the broker Wachovia that my claim will be swept away. If by NOT accepting re-classification keeps me in the game, I do not accept the reclassification and would like to attend the meeting on January 20, 2011.

Sincerely,

*Gloria A. Stainkamp*

Gloria A. Stainkamp

Enclos.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
                                                   :
------------------------------------------------------------x

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000052837 BAR(23) MAIL ID *** 000039336255 *** BSIUSE: 117

STAINKAMP, GLORIA A.
71 HUDSON PARK RD
NEW ROCHELLE, NY 10805

*[Handwritten: Bought 9/05/08 (10 days) filed Barbury 9/18/08]*

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.

*[Handwritten: no help]*

### NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED ||
|---|---|
| **Creditor Name and Address:** STAINKAMP, GLORIA A. 71 HUDSON PARK RD NEW ROCHELLE, NY 10805 | **Claim Number:** 6157 |
| | **Date Filed:** 7/22/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 15,879.00 |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.



**WACHOVIA SECURITIES**

CONFIRMATION

DATED 09/02/08

Account Number    3872-0016
YOUR FINANCIAL ADVISOR
MATTHEW J PORTNOY

800-972-2538
800-359-9297

011064 01 AADC 41 TO**ALL FOR AADC 105
GLORIA STAINKAMP
71 HUDSON PARK RD
NEW ROCHELLE, NY 10805



IF YOU WOULD LIKE TO ENROLL IN OUR ACCESS ONLINE SERVICE OR SIGN UP TO RECEIVE THIS
CONFIRMATION ELECTRONICALLY, VISIT US AT WACHOVIA.COM.

| BOUGHT | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|
| LEHMAN BROS HLDG | 1,300.00000 | 10.60000 | 13,780.00 |
| FLOATING RATE PERPETUAL | 100.00000 | 10.49000 | 1,049.00 |
| CALLABLE | 100.00000 | 10.50000 | 1,050.00 |
| | 1,500.00000 | 10.58600 | 15,879.00 |
| | | average price | |

| SYMBOL | LEH PRG | ACCOUNT TYPE | CASH | CHARGE/COMMISSION* | 275.97 |
|---|---|---|---|---|---|
| SECURITY NUMBER | 2440-775 | TRADE DATE | 09/02/08 | | |
| CUSIP | 524908-63-9 | SETTLEMENT DATE | 09/05/08 | NET AMOUNT | $16,154.97 |
| SOLICITED | | | | | |

*INCLUDES $7.50 TRANSACTION FEE

**NET COST FOR INDIVIDUAL LOTS**

| QUANTITY | NET COST |
|---|---|
| 1,300.00000 | $14,012.98 |
| 100.00000 | $1,074.24 |
| 100.00000 | $1,067.75 |

**MARKET** NEW YORK STOCK EXCHANGE
**SECURITY INFORMATION:** MONTHLY PAY.