**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

**ORDER GRANTING MOTION OF THE BANK OF**
**NOVA SCOTIA FOR RELIEF FROM THE AUTOMATIC STAY**
**TO FORECLOSE AGAINST THE TOWN SQUARE MALL**

Upon the motion, dated January 11, 2011 (the "Motion") of the Bank of Nova Scotia, New York Agency (the "*Administrative Agent*") for relief from the automatic stay with respect to the foreclosure of its mortgage on a certain shopping mall in Las Vegas, Nevada (the "*Town Square Mall*"); and a hearing having been held on the Motion before this Court on February 16, 2011; and adequate notice thereof having been given; and upon due deliberation and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that pursuant to sections 362(d)(1) and 362(d)(2) of the title 11 of the United States Code (the "*Bankruptcy Code*"), the automatic stay applicable in each of the above-captioned Debtors' cases pursuant to section 362(a) of the Bankruptcy Code is hereby terminated, to the extent necessary or appropriate, to permit the Administrative Agent to foreclose its mortgage on the Town Square Mall.

Dated: New York, New York
       February __, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

84497253