REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)

*Counsel to The Bank of New York Mellon,*
*The Bank of New York Mellon Trust Company,*
*N.A., and BNY Corporate Trustee Services*
*Limited, in their representative capacities*

**Hearing:  January 13, 2011 at 10:00 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| In re | **Chapter 11** |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | **Case No. 08-13555 (JMP)** |
|  | **(Jointly Administered)** |
| Debtors. |  |
|  | *Refers to Dkt. Nos. 13638, 13822 and 13882* |

**NOTICE OF WITHDRAWAL OF OBJECTION**
**OF THE BANK OF NEW YORK MELLON, THE BANK OF**
**NEW YORK MELLON TRUST COMPANY, N.A. AND BNY CORPORATE**
**TRUSTEE SERVICES LIMITED TO DEBTORS' MOTION PURSUANT**
**TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULE 9019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, FOR ENTRY OF**
**AN ORDER CLARIFYING THE SCOPE OF THE PROCEDURES FOR THE**
**SETTLEMENT OF PREPETITION DERIVATIVE CONTRACTS**

The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and any affiliate thereof, through its Corporate Trust Department, and BNY Corporate Trustee Services Limited, each as trustee, indenture trustee, agent, or in its other representative capacity for the holders of certain notes, certificates, bonds, or other interests issued by certain issuers

pursuant to structures created by the Debtors or their affiliates that have entered into derivative contracts with one or more Debtors, hereby withdraw its Objection [Dkt. No. 13822] to the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Entry of an Order Clarifying the Scope of the Procedures for the Settlement of Prepetition Derivative Contracts [Dkt No. 13638].

Dated: January 11, 2011
      New York, New York        Respectfully Submitted,

By:    */s/ Michael J. Venditto*
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

*Counsel to The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A. and BNY Corporate Trustee Services Limited,*
*in their representative capacities*

TO:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attention:	Jacqueline Marcus

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Attention:	Dennis F. Dunne
	Dennis O'Donnell
	Evan Fleck, Esq.