**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8940 tel

December 21, 2010

William A. Maher/Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Special Financing, Inc., Pltf. vs. Bank of America National Association, et al., Dfts. //
To: 801 Grand CDO SPC

Case No. 08-13555

Dear Sir/Madam:

After checking our records and the records of the State of NY, it has been determined that C T Corporation System is not the registered agent for an entity by the name of 801 Grand CDO SPC.

Accordingly, we are returning the documents received from you.

Very truly yours,



RECEIVED
DEC 2 8 2010
US BANKRUPTCY COURT
S DIST OF NEW YORK

Paula Kash
Sr. Process Specialist

Log# 517771966

FedEx Tracking# 794245809390

cc: Southern District of New York: US Bankruptcy Court
One Bowling Green,
New York, NY 10004