CT
a Wolters Kluwer business

CT      212.894.8940 tel
111 Eighth Avenue
13th Floor
New York, NY 10011

December 21, 2010



William A. Maher/Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Special Financing, Inc., Pltf. vs. Bank of America National Association, et al., Dfts. //
To: Cherry Hill CDO SPC

Case No. 08-13555

Dear Sir/Madam:

After checking our records and the records of the State of NY, it has been determined that C T Corporation System is not the registered agent for an entity by the name of Cherry Hill CDO SPC.

Accordingly, we are returning the documents received from you.

Very truly yours,

Paula Kash
Sr. Process Specialist

Log# 517771843

FedEx Tracking# 794245548826

cc: Southern District of New York: US Bankruptcy Court
    One Bowling Green,
    New York, NY 10004