Dear Sir,

I honestly purchased the product by Standard Chartered Bank which ~~Sebb~~ Sold Lehman Brothers' bond to me. I believe a just court based on previous sent evidence will justify my claim.

Sincerely

陳禮芳

CHAN LAi ethN BETTY

20th Dec, 2010

Copies to

(i) Chambers of Honorable James M. Peck

(ii) Attn: Shai Waisman

(iii) Office of the United States for the Southern District of N.Y.

(iv) Attn: Dennis F. Dunne, Dennis O'Donnell, Esq., & Evan Fleck, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x
                                                    :
**In re**                                           :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :    **08-13555 (JMP)**
                                                    :
                            **Debtors.**            :    (Jointly Administered)
                                                    :
————————————————————————x

LBH OMNI72 12-06-2010 (MERGE2,TXNUM2) 4000002939 BAR(23) MAIL ID *** 000038518489 *** BSIUSE: 111

CHAN LAI CHUN BETTY
FLAT A 6/F
NO. 17 AUSTIN AVE
TST KLN HONG KONG


**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.**

NOTICE OF HEARING ON DEBTORS' SEVENTY-SECOND
OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | | SURVIVING CLAIM |
|---|---|---|
| **Creditor Name and Address:**<br>CHAN LAI CHUN BETTY<br>FLAT A 6/F<br>NO. 17 AUSTIN AVE<br>TST KLN HONG KONG | **Claim Number:** 2940 | 47514 |
| | **Date Filed:** 2/23/2009 | 10/27/2009 |
| | **Debtor:** 08-13555 | 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 0.00 UNLIQUIDATED | UNSECURED: $ 64,232.00 UNLIQUIDATED |

PLEASE TAKE NOTICE that, on December 6, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Second Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim was amended and superseded by the claim listed above under SURVIVING CLAIM. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 5, 2011 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.