UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )ss:
COUNTY OF NEW YORK       )

Marie A. Siena, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

On January 11, 2011, I caused the following documents in the above captioned matter to be served on the parties listed below by Federal Express Overnight Mail.

- **NOTICE OF MOTION OF THE BANK OF NOVA SCOTIA FOR RELIEF FROM THE AUTOMATIC STAY TO FORECLOSE AGAINST THE TOWN SQUARE MALL**

- **MOTION OF THE BANK OF NOVA SCOTIA FOR RELIEF FROM THE AUTOMATIC STAY TO FORECLOSE AGAINST THE TOWN SQUARE MALL**

- **[PROPOSED] ORDER GRANTING MOTION OF THE BANK OF NOVA SCOTIA FOR RELIEF FROM THE AUTOMATIC STAY TO FORECLOSE AGAINST THE TOWN SQUARE MALL**

| | |
|---|---|
| Hon. James M. Peck<br>U.S. Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Rm 601<br>New York, NY 10004 | Attorneys for the Debtors<br>Shai Y. Waisman, Esq.<br>Richard P. Krasnow, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

84497583v1

| | |
|---|---|
| Attorneys for Official Committee of Unsecured Creditors<br>Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | U.S. Trustee<br>Office of the U.S. Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn:  Andy Valez-Rivera, Esq.<br>         Paul Schwartzberg, Esq.<br>         Brian Masumoto, Esq.<br>         Linda Riffkin, Esq. |

Attorneys for Turnberry/Centra Sub, LLC, Turnberry/Centra Office Sub, LLC, Turnberry Retail Holding, L.P., Jacquelyn Soffer and Jeffrey Soffer

| | |
|---|---|
| James S. Carr, Esq.<br>Thomas B. Kinzler, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Marc E. Kasowitz, Esq.<br>David M. Friedman, Esq.<br>Jed I. Bergman, Esq.<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 |

_____
Marie A. Siena

Sworn to before me this
12 day of January 2011.

_____
Notary Public

DOREEN DEVITO
Notary Public. State of New York
No. 01DE5064362
Qualified in Queens County
Commission Expires Aug. 12, 2014

84497583v1