WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------x
:
**In re**                                                    :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :    **08-13555 (JMP)**
:
         Debtors.                                            :    **(Jointly Administered)**
:
--------------------------------------------------------------------------x
:
**In re**                                                    :
:    **Case No.**
**LEHMAN BROTHERS INC.,**                                    :
:    **08-01420 (JMP) (SIPA)**
         Debtor.                                             :
:
--------------------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JANUARY 13, 2011 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.   STATUS CONFERENCE:**

1.   Status Report on Plan Process

**II.   UNCONTESTED MATTERS:**

2.   Debtors' Motion for Entry of an Order Clarifying the Scope of the Procedures for the Settlement of Prepetition Derivative Contracts **[Docket No. 13638]**

   Response Deadline:   January 6, 2011 at 4:00 p.m.

   Responses Received:

   A.   Objection of The Bank of New York Mellon, et al. **[Docket No. 13822]**

   Related Documents:

   B.   Notice of Amended Fifth Supplemental Order **[Docket No. 13882]**

   C.   Notice of Withdrawal of the Objection of The Bank of New York Mellon, et al. **[Docket No. 13890]**

   Status:  The Objection has been withdrawn.  This matter is going forward uncontested.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

**III.   CONTESTED MATTERS:**

3.   Second Motion of Unclaimed Property Recovery Service, Inc. for an Order Authorizing and Directing Immediate Payment Pursuant to this Court's May 25, 2010 Order **[Docket No. 4005]**

   Response Deadline:   January 7, 2011 at 4:00 p.m.

   Responses Received:

   A.   Trustee's Response to the Motion **[Docket No. 4030]**

Related Documents:

    B.    Declaration of Bernard Gelb in Support of the Motion **[Docket No. 4006]**

    C.    Notice of Hearing **[Docket No. 4007]**

    D.    Notice of Proposed Order Granting the Motion **[Docket No. 4008]**

    E.    Paul A. Batista's Reply to Trustee's Response **[Docket No. 4038]**

    F.    Reply Declaration of Bernard Gelb **[Docket No. 4039]**

Status:  This matter is going forward.

## MATTERS TO BE HEARD AT 2:00 P.M.

### IV.    ADVERSARY PROCEEDINGS:

**A.    Lehman Brothers Holdings Inc.**

4.    Michigan State Housing Development Authority v. Lehman Brothers Derivative Products Inc. **[Adv. Case No. 09-01728]**

**Motion of Lehman Brothers Special Financing Inc. for Leave to File an Amended Counterclaim [Docket No. 15]**

Response Deadline:    January 6, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Adversary Complaint **[Docket No. 1]**

    B.    Defendant's Answer to Complaint and Counterclaim **[Docket No. 8]**

    C.    Answer of Michigan State Housing Development Authority to Counterclaim **[Docket No. 10]**

Status: This matter is going forward.

5.    PT Bank Negara Indonesia (Persero) Tbk v. Lehman Brothers Special Financing, Inc., et al. **[Adv. Case No. 09-01480]**

**Pre-Trial Conference**

Related Documents:

    A.    Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

    B.    Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

    C.    Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

    D.    Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

Status: This matter is going forward.

### V. ADJOURNED MATTERS:

**A. Lehman Brothers Holdings Inc.**

6. Debtors' Motion to Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions **[Docket No. 3218]**

    Response Deadline:   April 17, 2009 at 4:00 p.m.

    Responses Received:

        A.    Objection of Official Committee of Unsecured Creditors **[Docket No. 3395]**

    Related Documents:   None.

    Status: This matter has been adjourned to February 16, 2011 at 10:00 a.m.

7. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

    Response Deadline:   February 9, 2011 at 10:00 a.m.

    Responses Received:   None.

    Related Documents:   None.

    Status: This matter has been adjourned to February 16, 2011 at 10:00 a.m.

8. Debtors' Motion for an Order Enforcing the Automatic Stay Against Greenbrier Minerals Holdings, LLC **[Docket No. 9729]**

    Response Deadline:   July 8, 2010 at 5:00 p.m.

Responses Received:

    A.    Objection of Greenbrier Minerals Holdings, LLC **[Docket No. 10093]**

Related Documents:

    B.    Declaration of Jack McCarthy, Sr. in Support of Motion **[Docket No. 9731]**

    C.    Reply of Debtor Lehman Commercial Paper Inc. in Support of Motion **[Docket No. 10131]**

    D.    Statement of Official Committee of Unsecured Creditors in Support of Motion **[Docket No. 10148]**

    E.    Emergency Motion for Continuance and Extension of Time to Respond **[Docket No. 9998]**

Status: This matter has been adjourned to February 16, 2011 at 10:00 a.m.

9. Motion of Edgewood Management LLC for an Order Directing Lehman Brothers Holdings Inc. to Release and Return Non-Estate Property **[Docket No. 13063]**

    Response Deadline:    January 28, 2011 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:    None.

    Status: This matter has been adjourned to February 16, 2011 at 10:00 a.m.

10. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[Docket No. 11513]**

    Response Deadline:    February 9, 2011 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:    None.

    Status: This matter has been adjourned to February 16, 2011 at 10:00 a.m.

   Pg 6 of 11

11. Debtors' Motion for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties **[Docket No. 13009]**

Response Deadline:    December 8, 2010 at 4:00 p.m.

Unresolved Responses:

- A. Objection of Deutsche Bank Trust Company Americas, et al. **[Docket No. 13305]**

- B. Ballyrock ABS CDO 2007-1 Limited's Limited Objections **[Docket No. 13306]**

- C. Objection of U.S. Bank National Association as Trustee **[Docket No. 13307]**

- D. Objection of the Bank of New York Mellon, et al. **[Docket No. 13308]**

- E. Limited Objection of Wellington Management Company, LLP **[Docket No. 13311]**

- F. Joinder of HSBC Bank USA, National Association, as Trustee in Objection of The Bank of New York Mellon, et al. **[Docket No. 13315]**

- G. Joinder of HSBC Bank USA, National Association, as Trustee in Objection of The Bank of New York Mellon, et al. **[Docket No. 13323]**

- H. Limited Objection of Bank of America, National Association Successor by Merger to LaSalle Bank National Association **[Docket No. 13343]**

- I. Objection of Principal Global Investors (Europe), et al. **[Docket No. 13367]**

- J. Limited Objection of The Minibond Noteholders **[Docket No. 13823]**

Related Documents:

- K. Debtors' Omnibus Response **[Docket No. 13886]**

        L.      Declaration of Sara Tapinekis in Support of Credit Agricole Corporate and Investment Bank's Objection **[Docket No. 13327]**

        M.     Declaration of Jason C. Davis in Support of Minibond Noteholders' Limited Objection **[Docket No. 13827]**

Resolved Responses:

        N.      Limited Objection of Aviva S.p.A, et al. **[Docket No. 13300]**

        O.      Objection of Credit Agricole Corporate and Investment Bank **[Docket No. 13326]**

Status: This matter has been adjourned to February 16, 2011 at 10:00 a.m.

12. Motion of Coscan Construction, LLC. for Relief from the Automatic Stay **[Docket No. 7226]**

Response Deadline:   March 16, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to March 23, 2011 at 10:00 a.m.

13. Motion of Cascade Investment, L.L.C. for Leave to Conduct Discovery of (1) the Debtors, and (2) JPMorgan Chase Bank, N.A. **[Docket No. 12120]**

Response Deadline:   February 9, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to February 16, 2011 at 10:00 a.m.

14. Motion of Travis County, Texas to File Proof of Claim After Claims Bar Date **[Docket No. 10829]**

Response Deadline:   March 1, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Notice of Proposed Order **[Docket No. 10842]**

Status: This matter has been adjourned to February 16, 2011 at 10:00 a.m.

15.    Motion to Compel Congregation Machne Chaim to Respond to Rule 2004 Subpoena **[Docket No. 13105]**

    Response Deadline:    December 8, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

        A.    Declaration of Michael J. Firestone in Support of Debtors' Motion **[Docket No. 13106]**

    Status: This matter has been adjourned to February 16, 2011 at 10:00 a.m.

16.    Motion of US Bank National Association as Trustee for the Structured Asset Securities Corporation, Series 2005-GEL2 for Relief from the Automatic Stay **[Case No. 09-10137, Docket No. 11]**

    Response Deadline:    February 9, 2011 at 10:00 a.m.

    Responses Received:  None.

    Related Documents:

        A.    Memorandum of Law in Support of Motion **[Docket No. 12]**

    Status: This matter has been adjourned to February 16, 2011 at 10:00 a.m.

17.    Motion of US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-HE3 for Relief from the Automatic Stay **[Case No. 09-10137, Docket No. 13]**

    Response Deadline:    February 9, 2011 at 10:00 a.m.

    Responses Received:  None.

    Related Documents:

        A.    Memorandum of Law in Support of Motion **[Docket No. 14]**

Status: This matter has been adjourned to February 16, 2011 at 10:00 a.m.

**B.    Lehman Brothers Inc.**

18.   Motion of Newport Global Opportunities Fund L.P. for an Order Pursuant to Bankruptcy Code Section 105(A) Compelling the Trustee To Execute an Affidavit of Lost Securities **[Docket No. 4012]**

Response Deadline:    January 6, 2011 at 4:00 p.m.

Responses Received:

A.    Trustee's Opposition to the Motion **[Docket No. 4023]**

Related Documents:

B.    Motion to Seal **[Docket No. 4027]**

C.    Order Authorizing Motion to Seal **[Docket No. 4028]**

D.    Notice of Adjournment **[Docket No. 4032]**

Status:  This matter has been adjourned to February 16, 2011 at 10:00 a.m.

19.   Motion of Newport Global Opportunities Fund L.P. for Entry of an Order Authorizing Newport to File Under Seal the Motion for an Order Pursuant to Bankruptcy Code Section 105(A) Compelling the Trustee to Execute an Affidavit of Lost Securities and a Certain Exhibit Thereto **[Docket No. 4013]**

Response Deadline:    January 6, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.    Notice of Adjournment **[Docket No. 4033]**

Status: This matter has been adjourned to February 16, 2011 at 10:00 a.m.

**C.    Adversary Proceedings**

20.   Turnberry et al v. Lehman Brothers Holdings Inc., et al. **[Adv. Case No. 09-01062]**

**Pre-Trial Conference**

Related Documents:

A.    Adversary Complaint **[Docket No. 1]**

        B.      Answer of Jacquelyn Soffer, et al. to Counterclaim **[Docket No. 21]**

        C.      Answer and Counterclaim of Lehman Brothers Holdings Inc., et al. to Complaint  **[Docket No. 30]**

        D.      Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 32]**

        E.      Lehman's Opposition to Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 37]**

Status: This matter has been adjourned to April 13, 2011 at 2:00 p.m.

21. Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC
**[Adv. Case No. 10-02821]**

   **Pre-Trial Conference**

   Related Documents:

        A.      Adversary Complaint **[Docket No. 1]**

        B.      Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

        C.      Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

        D.      Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

Status: This matter has been adjourned to April 13, 2011 at 2:00 p.m.

22. Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC
**[Adv. Case No. 10-02823]**

   **Pre-Trial Conference**

   Related Documents:

        A.      Adversary Complaint **[Docket No. 1]**

        B.      Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

        C.      Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

   D. Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

<u>Status</u>: This matter has been adjourned to April 13, 2011 at 2:00 p.m.

Dated: January 12, 2011
   New York, New York

      <u>/s/ Shai Y. Waisman</u>
      Shai Y. Waisman

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Debtors
      and Debtors in Possession

Dated: January 12, 2011
   New York, New York

      <u>/s/ Jeffrey S. Margolin</u>
      James B. Kobak, Jr.
      Jeffrey S. Margolin

      HUGHES HUBBARD & REED LLP
      One Battery Park Plaza
      New York, New York 10004
      Telephone: (212) 837-6000
      Facsimile: (212) 422-4726

      Attorneys for James W. Giddens, Trustee for
      the SIPA Liquidation of Lehman Brothers Inc.