CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Andrew P. Brozman
Sara M. Tapinekis

*Counsel to Crédit Agricole Corporate and Investment Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                              :
                                                                   :  Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                          :
                                                                   :  Case No. 08-13555 (JMP)
Debtors.                                                           :
                                                                   :  (Jointly Administered)
-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Sara M. Tapinekis, hereby certify that on January 10, 2011, I caused to be delivered a true and correct copy of the Notice of Withdrawal of Crédit Agricole Corporate and Investment Bank's Objection to the Debtors' Motion Pursuant To Section 105(a) Of The Bankruptcy Code And General Order M-390 For Authorization To Implement Alternative Dispute Resolution Procedures For Affirmative Claims Of Debtors Under Derivatives Transactions With Special Purpose Vehicle Counterparties by hand to (i) Weil, Gotshal & Manges LLP, Attn: Richard W. Slack, Esq., Ralph I. Miller, Esq. and Peter Gruenberger, Esq., 767 Fifth Avenue, New York, New York 10153; (ii) Milbank, Tweed, Hadley & McCloy LLP, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq., Chase Manhattan Plaza, New York, New York 10005 and by e-mail to the parties set forth on Master Service List as of December 7, 2010; and (iii) The Office of the United States Trustee for the Southern District of New York, Attn: Andy

Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Rifkin, Esq., and Tracy Hope Davis, Esq., 33 Whitehall Street, 21st Floor, New York, New York 10004.

Dated: January 12, 2011
       New York, New York

CLIFFORD CHANCE US LLP

By: */s/ Sara M. Tapinekis*
    Sara M. Tapinekis
    Clifford Chance US LLP
    31 West 52nd Street
    New York, New York 10019
    (212) 878-8000

*Counsel to Crédit Agricole Corporate and Investment Bank*