**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) |  |
|  | ) | Case No. 08-13555 (JMP) |
| Debtors. | ) |  |
|  | ) | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David R. Seligman, P.C., a member in good standing of the bar of the States of Illinois and Florida, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the liquidators of Lehman Brothers Australia Limited in the above-referenced case.

My:   address is Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654
         e-mail address is david.seligman@kirkland.com; telephone number is (312) 862-2463.

I agree to pay the fee of $25 upon the filing of this motion for an order admitting me to practice *pro hac vice*.

Dated: January 12, 2011
         New York, New York           /s/ *David R. Seligman*
                                                    David R. Seligman

## ORDER

**ORDERED,**

that David R. Seligman, P.C., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2011
         New York, New York           _____
                                                    Honorable James M. Peck

K&E 18096268