James H.M. Sprayregen, P.C.
Maria Ginzburg
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

   - and -

David R. Seligman, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Drive
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel for the Liquidators of Lehman Brothers Australia Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that James H.M. Sprayregen, Maria Ginzburg, and David R. Seligman appear in the above-captioned cases on behalf of the Liquidators of Lehman Brothers Australia Limited, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in these cases be delivered to and be served upon them at the following addresses and further request that they be added to the master service list:

K&E 18248592

>KIRKLAND & ELLIS LLP
>601 Lexington Avenue
>New York, New York  10022-4611
>Telephone:     (212) 446-4800
>Facsimile:     (212) 446-4900
>Attn:   James H.M. Sprayregen
>            Maria Ginzburg
>            james.sprayregen@kirkland.com
>            maria.ginzburg@kirkland.com
>
>- and -
>
>KIRKLAND & ELLIS LLP
>300 North LaSalle
>Chicago, Illinois  60654
>Telephone:     (312) 862-2000
>Facsimile:     (312) 862-2200
>Attn:   David R. Seligman
>            david.seligman@kirkland.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

K&E 18248592

Dated: January 12, 2011
       New York, New York

                                              */s/ David R. Seligman*
                                              **KIRKLAND & ELLIS LLP**
                                              James H.M. Sprayregen, P.C.
                                              Maria Ginzburg
                                              601 Lexington Avenue
                                              New York, New York 10022-4611
                                              Telephone:   (212) 446-4800
                                              Facsimile:    (212) 446-4900

                                              - and -

                                              **KIRKLAND & ELLIS LLP**
                                              David R. Seligman, P.C.
                                              300 North LaSalle Street
                                              Chicago, Illinois 60654
                                              Telephone:   (312) 862-2000
                                              Facsimile:    (312) 862-2200

                                              *Counsel for the Liquidators of Lehman Brothers Australia Limited*

K&E 18248592