Phone: +41 71 231 31 31
Fax: +41 71 231 32 32
Internet: www.sgkb.ch

Hyposwiss Privatbank AG
Schützengasse 4
Postfach 3180
9001 St. Gallen

United States Bankruptcy Court /Southern
District of New York
Lehman Brothers Holdings Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150.5076
USA

Date        10.11.2010
Our ref.    Sfca-ja (please mention in your answer)
Direct tel. 071 231 31 16 / Jessica Allen
E-mail      jessica.allen@sgkb.ch
Directfax

**Transfer of Claim**

Dear Sir or Madam,

Due to a position transfer of Lehman Brothers Notes, ISIN XS0322153270 from Credit Suisse
AG to Hyposwiss Privatbank AG, you will receive the necessary documents for the claim
transfer attached.

Please do not hesitate to contact me, if you have any questions.

Yours sincerely

Hyposwiss Privatbank AG

Sabrina Vitalini            Pascal Schmid
Authorised Signature        Member of Management

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Hyposwiss Privatbank AG
_____
Name of Transferee

Name and Address where notices
to transferee should be sent:

Hyposwiss Privatbank AG
Schützengasse 4
8021 Zürich
Switzerland

Phone: 0041 71 231 31 16
Last Four Digits of Acct #: 20.112.528

Name and Address where transferee
payments should be sent (if different
from above):


Phone: _____
Last Four Digits of Acct #: _____

Credit Suisse AG
_____
Name of Transferor

Court Claim # (if known): 55824
Date Claim Filed: 10/29/2009
Amount of Claim: _____
Portion of Claim Transferred (see
Schedule I): see Evidence of Transfer of Claim, Schedule I

Phone: (212)538-9131
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 11/09/2010
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Hyposwiss Privatbank AG**
Schützengasse 4 · 8021 Zürich

## EVIDENCE OF TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Hyposwiss Privatbank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55824**) of **CHF 40'000** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON November 2, 2010.

**Credit Suisse AG**

By: _____
Name: Martina Stettler
Title: Vice President

By: _____
Name: Juliette Diallo
Title: Assistant Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|------|---------------|------------------|--------|---------------------------------------------|
| XS0322153270 | 55824 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 40'000 |



By Courier

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

739396

CH-9001
St. Gallen

11.11.10

A
GR

DIE POST

002.00

