B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **Lehman Brothers Holdings Inc et al Debtors**,    Case No. **08-13555 (JMP)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Reyker Securities plc**
Name of Transferee

**Keydata Investment Services Limited**
Name of Transferor

Name and Address where notices to transferee should be sent: **Reyker Securities plc, 4-6 St. James's Place, London SW1A 1NS, United Kingdom**

Phone: **+44 207 499 9097**
Last Four Digits of Acct #: _____

Court Claim # (if known): **40339**
Amount of Claim: **GBP 3,613,318.00**
Date Claim Filed: **15 October 2009**

Phone: **+44 1189 255 933**
Last Four Digits of Acct. #: **0824**

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____(signature)_____    Date: **8th November 2010**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_____  
Name of Alleged Transferor

Address of Alleged Transferor:

_____  
Name of Transferee

Address of Transferee:

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____  
**CLERK OF THE COURT**




United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o EPIQ Bankruptcy Solutions LLC
FDR Station
PO Box 5076
New York
NY 10150-5076

USA

RECEIVED NOV 10 2010

10150$5076



PLEASE PROCESS THIS TRANSFER OF CLAIM.

**With Compliments**

Authorised & regulated by the Financial Services Authority

**REYKER**

Reyker Securities plc
46 St James's Place
London SW1A 1NS

tel: 020 7499 9097
fax: 020 7491 1384

e-mail: safe@reyker.co.uk
www.reyker.co.uk

Registered (No.1747595)
at the above address

8-11-2010