REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
In re                                                       :          Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :          Case No. 08-13555 (JMP)
                                                            :          (Jointly Administered)
                                          Debtors.          :
                                                            :
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Special Finance Inc. 08-13888 (JMP) |
| **Creditor Name and Address:** | Diamond Finance Public Limited Company Series 2007-2 c/o The Bank of New York Mellon-London Branch Attn: Sanjay Jobanputra - Vice President, Global Corporate Trust One Canada Square London E14 5AL England |
| **Court Claim Number:** | 40716 |
| **Date Claim Filed:** | 10/16/10 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

The above-referenced Creditor hereby gives notice of the withdrawal the above-referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 14 day of December , 2010

Name:     Sanjay Jobanputra
Title:    Authorised Signatory

FILED / RECEIVED

JAN 1 2 2011

**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Holding Inc. 08-13555 (JMP) |
| **Creditor Name and Address:** | Diamond Finance Public Company Limited Series 2007-02 c/o The Bank of New York Mellon-London Branch Attn: Sanjay Jobanputra - Vice President, Global Corporate Trust One Canada Square London E14 5AL England |
| **Court Claim Number:** | 40717 |
| **Date Claim Filed:** | 10/16/09 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

The above-referenced Creditor hereby gives notice of the withdrawal the above-referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 14 day of December, 2010

_____

Name:
Title:   Sanjay Jobanputra
         Authorised Signatory

FILED / RECEIVED

JAN 1 2 2011

EPIQ BANKRUPTCY SOLUTIONS