UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                Debtors.                                       :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 13830, 13832-
                                                                    13836, 13841, 13844-13846 &
                                                                    13876

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 11, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
13th day of January, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 13830, 13832-13836, 13841, 13844-13846 & 13876_AFF_01-11-11.doc

EXHIBIT A

08-13555-mg    Doc 13918    Filed 01/13/11    Entered 01/13/11 12:10:27    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   MIZUHO SECURITIES CO LTD
      ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT
      OTEMACHI FIRST SQUARE
      1-5-1, OTEMACHI
      CHIYODA-KU, TOKYO    100-0004
      JAPAN

MIZUHO SECURITIES CO LTD
STROOCK & STROOCK & LAVAN LLP
ATTENTION: SHERRY MILLMAN ESQ.
180 MAIDEN LANE
NEW YORK NY 10038

Please note that your claim # 44616-16 in the above referenced case and in the amount of
        $197,374.52        has been transferred **(unless previously expunged by court order)**

      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: MIZUHO SECURITIES CO LTD
      DEUTSCHE BANK AG, HONG KONG BRANCH/ATTN: JACK TSAI
      55/F CHEUNG KONG CENTER, 2 QUEEN'S ROAD, CENTRAL
      HONG KONG
      HONG KONG

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13830        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2011                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2011.

**EXHIBIT B**

```
TIME: 10:56:54                                    LEHMAN BROTHERS HOLDING INC.                                                        PAGE:   1
DATE: 01/11/11                                         CREDITOR LISTING

Name                              Address
ACTA ASSET MANAGEMENT ASA         TRANSFEROR: ELFSTROM, KRISTINA BOREHAUGEN 1 STAVANGER    40 06 NORWAY
ACTA ASSET MANAGEMENT ASA         TRANSFEROR: KORNER, PETER BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA         TRANSFEROR: LINDBERG, KJELL BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA         TRANSFEROR: MATTSSON, BO A. BOREHAUGEN 1 STAVANGER  40 06 NORWAY
BANCO SANTANDER, S.A.             O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
BANCO SANTANDER, S.A.             ATTN: JAMES H. BATHON, ESQ., MANAGING DIRECTOR & CHIEF LEGAL OFFICER BANCO SANTANDER, S.A., NEW YORK BRANCH 45 EAST 53RD STREET
                                  NEW YORK NY 10022
BANK JULIUS BAER & CO. LTD.       TRANSFEROR: PICTET & CIE ATTN: PATRIK ROOS & MICHAEL GEMY BAHNOFSTRASSE 36 POSTFACH ZURICH  8070 SWITZERLAND
BARCLAYS BANK PLC                 TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                 TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                 TRANSFEROR: TPG CREDIT STRATEGIES FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH   TRANSFEROR: MIZUHO SECURITIES CO LTD DEUTSCHE BANK AG, HONG KONG BRANCH/ATTN: JACK TSAI
                                  55/F CHEUNG KONG CENTER, 2 QUEEN'S ROAD, CENTRAL HONG KONG  HONG KONG
DZ PRIVATBANK S.A.                TRANSFEROR: UNICREDIT LUXEMBOURG SA ATTN: FRANK HEID 4, RUE THOMAS EDISON STRASSEN  1445 LUXEMBOURG
ELFSTROM, KRISTINA                KAPELLV 19 NACKA  SE-131 46 SWEDEN
ELLIOTT ASSOCIATES, L.P.          TRANSFEROR: BANCO SANTANDER, S.A. ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL NEW YORK NY 10019
KORNER, PETER                     NILS BJELKEGATAN 3A LUND  S-22220 SWEDEN
LINDBERG, KJELL                   VINMELVAGEN 6 ANGELHOLM  26261 SWEDEN
MATTSSON, BO A.                   LANGSKIFTESVAGEN 22 FALSTERBO  SE 23942 SWEDEN
MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: PHARO MACRO FUND, LTD ATTN: CHRISTOPHER MOON 4 WORLD FINANCIAL CENTER NEW YORK NY 10080
MIZUHO SECURITIES CO LTD          ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO  100-0004 JAPAN
MIZUHO SECURITIES CO LTD          STROOCK & STROOCK & LAVAN LLP ATTENTION: SHERRY MILLMAN ESQ. 180 MAIDEN LANE NEW YORK NY 10038
PERRY PARTNERS INTERNATIONAL, INC. TRANSFEROR: BARCLAYS BANK PLC C/O PERRY CAPITAL / ATTN: AARON ZELIG 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
PERRY PARTNERS, L.P.              TRANSFEROR: BARCLAYS BANK PLC C/O PERRY CAPITAL / ATTN: AARON ZELIG 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
PHARO MACRO FUND, LTD             ATTN: JEFF HANLON 1370 AVENUE OF THE AMERICAS SUITE 2603 NEW YORK NY 10019
PHARO MACRO FUND, LTD             KATTEN MUCHIN ROSENMAN LLP ATTN: MARILYN SELBY OKOSHI 575 MADISON AVENUE NEW YORK NY 10022
PICTET & CIE                      60 ROUTE DES ACACIAS GENEVA 73  CH-1211 SWITZERLAND
UNICREDIT LUXEMBOURG SA           ATTN: MR. GIOVANNI DE MICHELE 4 RUE ALPHONSE WEICKER LUXEMBOURG  2099

Total Number of Records Printed        26
```