**SEWARD & KISSEL LLP**
John R. Ashmead, Esq. (JA 4756)
Justin L. Shearer, Esq. (JS 1823)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Caspian Alpha Long Credit Fund, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **Case No. 08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2)

1.     A claim has been filed in this case (Lehman Brothers Holdings Inc., Debtor, Case No. 08-03555 (JMP)).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

2.     TRANSFEROR:

> JPMorgan Chase Bank, N.A.
> NY1-A436
> One Chase Manhattan Plaza
> 26th Floor
> New York, New York 10005
> Attn:  Susan McNamara

3.     PLEASE TAKE NOTICE of the transfer of Transferor's claim, docketed as Claim No. 66523 (the "Claim"), which superseded Claim Nos. 37214 and 27489, to the extent of $1,504,130.18, against Lehman Brothers Holdings Inc. in the above referenced bankruptcy case to:

TRANSFEREE:

    Caspian Alpha Long Credit Fund, L.P.
    c/o Caspian Capital Advisors, LLC
    500 Mamaroneck Road
    Harrison, New York 10528
    Attn:  Richard D. Holahan, Jr.
    Phone:  (914) 798-4278

4.    An Evidence of Transfer of Claim is attached as Exhibit A.  You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address above and to the undersigned at the address below.

5.    I declare under penalty of perjury that the information provided in this notice and in the Evidence of Transfer of Claim is true and correct to the best of my knowledge and belief.

Dated: New York, New York
      January 13, 2011

            SEWARD & KISSEL LLP

            By:  /s/ John R. Ashmead
            John R. Ashmead, Esq. (JA 4756)
            Justin L. Shearer, Esq. (JS 1823)
            One Battery Park Plaza
            New York, New York  10004
            Tel.: (212) 574-1200
            Fax: (212) 480-8421
            Email: ashmead@sewkis.com
                  shearer@sewkis.com

            Attorneys for Caspian Alpha Long
            Credit Fund, L.P.

# EXHIBIT A

**EXHIBIT F(2)**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  JPMORGAN CHASE BANK, N.A.

JPMORGAN CHASE BANK, N.A., a national banking association, having offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned CASPIAN ALPHA LONG CREDIT FUND, L.P., with offices located at 1540 Broadway, New York, NY 10036 United States ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) to the extent of $1,504,130.18 of the claim, docketed as Claim No. 66523 which superseded Claim Nos. 37214 and 27489 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Case").

The Claim was transferred by Saphir Finance P.L.C. to Fondazione Cassa Di Risparmio Di Padova E Rovigo as evidenced at docket No. 8946 and was then transferred to Seller as evidenced at docket No. 9590 in the Case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _____ day of _____, 2010.

WITNESS:

_____
(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)


WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized corporate officer)

Name: Michael Economos
Title: Authorized Signatory
Tel.: 212-683-1997

Caspian Alpha Long Credit Fund, L.P.

By: _____
(Signature of authorized corporate officer)

Name: Charles R. Howe II
Title: Authorized Signatory
Tel.: _____

20

*Fondazione Caspian Purchase Agreement Flip* V2.docx