**SEWARD & KISSEL LLP**
John R. Ashmead, Esq. (JA 4756)
Justin L. Shearer, Esq. (JS 1823)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Mariner LDC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2)

1. A claim has been filed in this case (Lehman Brothers Holdings Inc., Debtor, Case No. 08-03555 (JMP)). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

2. TRANSFEROR:

> JPMorgan Chase Bank, N.A.
> NY1-A436
> One Chase Manhattan Plaza
> 26th Floor
> New York, New York 10005
> Attn: Susan McNamara

3. PLEASE TAKE NOTICE of the transfer of Transferor's claim, docketed as Claim No. 66523 (the "Claim"), which superseded Claim Nos. 37214 and 27489, to the extent of $3,438,015.30, against Lehman Brothers Holdings Inc. in the above referenced bankruptcy case to:

TRANSFEREE:

Mariner LDC
c/o Caspian Capital Advisors, LLC
500 Mamaroneck Road
Harrison, New York 10528
Attn: Richard D. Holahan, Jr.
Phone: (914) 798-4278

4.  An Evidence of Transfer of Claim is attached as <u>Exhibit A</u>. You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address above and to the undersigned at the address below.

5.  I declare under penalty of perjury that the information provided in this notice and in the Evidence of Transfer of Claim is true and correct to the best of my knowledge and belief.

Dated: New York, New York
       January 13, 2011

                                   SEWARD & KISSEL LLP

                                   By: /s/ John R. Ashmead
                                   John R. Ashmead, Esq. (JA 4756)
                                   Justin L. Shearer, Esq. (JS 1823)
                                   One Battery Park Plaza
                                   New York, New York  10004
                                   Tel.: (212) 574-1200
                                   Fax: (212) 480-8421
                                   Email: ashmead@sewkis.com
                                          shearer@sewkis.com

                                   Attorneys for Mariner LDC

SK 99999 0010 1163035

# EXHIBIT A

**EXHIBIT F(3)**

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMORGAN CHASE BANK, N.A.

JPMORGAN CHASE BANK, N.A., a national banking association, having offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned MARINER LDC, with offices located at 1540 Broadway, New York, NY 10036, United States ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) to the extent of $3,438,015.30 of the claim docketed as Claim No. 66523 which superseded Claim Nos. 37214 and 27489 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Case").

The Claim was transferred by Saphir Finance P.L.C. to Fondazione Cassa Di Risparmio Di Padova E Rovigo as evidenced at docket No. 8946 and was then transferred to Seller as evidenced at docket No. 9590 in the Case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ___ day of _____, 2010.

WITNESS:

_____
(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized corporate officer)

Name: Michael Economos
Title: Authorized Signatory
Tel.: 212-623-1777

Mariner LDC

By: _____
(Signature of authorized corporate officer)

Name: Charles R. Howe II
Title: Authorized Signatory
Tel.: _____

23

*Fondazione Caspian Purchase Agreement Flip* V2.docx