HEARING DATE AND TIME: March 3, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: February 14, 2011 at 4:00 p.m. (Eastern Time)

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS EIGHTY-FIRST OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT (214) 746-7700.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
-------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' EIGHTY-FIRST**
**OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)**

      **PLEASE TAKE NOTICE** that on January 13, 2011, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their eighty-first omnibus objection to claims (the

"Debtors' Eighty-First Omnibus Objection to Claims"), and that a hearing (the "Hearing") to

consider the Debtors' Eighty-First Omnibus Objection to Claims will be held before the

Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York,

New York 10004, on **March 3, 2011 at 10:00 a.m. (Eastern Time),** or as soon thereafter as

counsel may be heard.

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors'

Eighty-Derivative Omnibus Objection to Claims must be in writing, shall conform to the Federal

Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed

with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which

can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing

system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-242, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for the Southern District of New

York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Elisabeth Gasparini,

Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **February 14, 2011 at 4:00**

**p.m. (Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' Eighty-First Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Eighty-First Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: January 13, 2011
     New York, New York

                       /s/ Shai Y. Waisman
                       Shai Y. Waisman

                       WEIL, GOTSHAL & MANGES LLP
                       767 Fifth Avenue
                       New York, New York 10153
                       Telephone: (212) 310-8000
                       Facsimile: (212) 310-8007

                       Attorneys for Debtors
                       and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :    08-13555 (JMP)
                                           :
                    Debtors.               :    (Jointly Administered)
-------------------------------------------------------------------x
```

DEBTORS' EIGHTY-FIRST OMNIBUS
OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS EIGHTY-FIRST OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT (214) 746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent:

### **Relief Requested**

1.      The Debtors file this eighty-first omnibus objection to claims (the

"Eighty-First Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim filed in these chapter

11 cases (the "Procedures Order") [Docket No. 6664], seeking disallowance and

expungement of the claims listed on Exhibit A annexed hereto.

2.      The Debtors have examined the proofs of claim identified on

Exhibit A and have determined that the proofs of claim listed under the heading "*Claims*

*to be Disallowed and Expunged*" (collectively, the "Duplicative Claims") are duplicative,

either entirely or in substance, of the corresponding claims identified under the heading

"*Surviving Claims*" (collectively, the "Surviving Claims").  The Debtors seek the

disallowance and expungement from the Court's claims register of the Duplicative

Claims and preservation of the Debtors' right to later object to any Surviving Claim on

any other basis.

3.      This Eighty-First Omnibus Objection to Claims does not affect any

of the Surviving Claims and does not constitute any admission or finding with respect to

any of the Surviving Claims.  Further, the Debtors reserve all their rights to object on any

other basis to any Duplicative Claim as to which the Court does not grant the relief

requested herein.

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28

U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      Commencing on September 15, 2008, and periodically thereafter,

LBHI and certain of its subsidiaries commenced with this Court voluntary cases under

chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been

consolidated for procedural purposes only and are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of

the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for the Southern

District of New York (the "U.S. Trustee") appointed the statutory committee of

unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors'

Committee").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas

as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order,

dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's

appointment of the Examiner.  The Examiner has filed his report pursuant to section

1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

### **The Duplicative Claims Should Be Disallowed and Expunged**

9.      In reviewing the claims filed on the claims register in these cases and maintained by the Court-appointed claims agent, the Debtors have identified the claims on <u>Exhibit A</u> as Duplicative Claims that are either exact duplicates or are in substance duplicates of the corresponding Surviving Claims.  Specifically, the Duplicative Claims were filed by the same claimants against the same Debtors, in most instances for the same dollar amounts, and on account of the same obligations as the corresponding Surviving Claims.

10.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

11.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  Accordingly, courts in the Southern District of New York

routinely disallow and expunge duplicative claims filed by the same creditor against the same debtors. *See, e.g.*, *In re Worldcom, Inc.*, Case No. 02-13533 (AJG), 2005 WL 3875191, at *8 (Bankr. S.D.N.Y. June 3, 2005) (expunging duplicate claim); *In re Best Payphones, Inc.*, Case No. 01-15472, 2002 WL 31767796, at *4, 11 (Bankr. S.D.N.Y. Dec. 11, 2002) (expunging duplicate claim); *In re Drexel Burnham Lambert Group, Inc.*, 148 B.R. 993, 1001-02 (S.D.N.Y. 1992) (dismissing duplicate claim).

12.     The Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally disallowed."). Elimination of redundant claims will also enable the Debtors to maintain a claims register that more accurately reflects the proper claims existing against the Debtors.

13.     Accordingly, to avoid the possibility of a creditor receiving duplicative or multiple recoveries on its claim, the Debtors request that the Court disallow and expunge in their entirety the Duplicative Claims listed on <u>Exhibit A</u>.[1]  The Surviving Claims will remain on the claims register subject to further objections on any other basis.

### Notice

14.     No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this Eighty-First Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

---

[1]  Where a creditor has filed different documentation in support of the Duplicative Claim and the Surviving Claim, the Debtors will treat all documentation filed with the claims as having been filed in support of the Surviving Claim.

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]. The Debtors submit that no other or further notice need be provided.

15.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as is just.

Dated: January 13, 2011
     New York, New York

                    /s/ Shai Y. Waisman
                    Shai Y. Waisman

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 1 **ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED** **ATTN: APRIL CROWTHER** **18-22 GRENVILLE STREET** **JERSEY, JE4 8PX** **UNITED KINGDOM** | 09/18/2009 | | 19710 | $13,404,919.19* | **ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED** **MIFA CORP J2, 22 GREENVILLE STREET** **ST HELIER** **JERSEY, JE4 8PX** **UNITED KINGDOM** | 09/15/2009 | 08-13555 (JMP) | 12709 | $13,404,919.19 |
| 2 **BANK OF VALLETTA P.L.C.** **C/O DAY PITNEY LLP** **ATTN: RONALD S. BEACHER, ESQ.** **7 TIMES SQUARE** **NEW YORK, NY 10036-7311** | 10/30/2009 | 08-13555 (JMP) | 59004 | $12,279,681.00* | **BANK OF VALLETTA P.L.C.** **C/O DAY PITNEY LLP** **ATTN: RONALD S. BEACHER, ESQ.** **7 TIMES SQUARE** **NEW YORK, NY 10036-7311** | 10/30/2009 | 08-13555 (JMP) | 58114 | $12,279,681.00* |
| 3 **BEHEERMIJ L. KAMP BV** **EAGLELAAN 49** **LELYSTAD, 8241 AK** **NETHERLANDS** | 10/30/2009 | | 57413 | $141,000.00 | **BEHEERMIJ L. KAMP BV** **EAGLELAAN 49** **LELYSTAD, 8241 AK** **NETHERLANDS** | 10/30/2009 | 08-13555 (JMP) | 57414 | $141,000.00 |
| 4 **BEMO EUROPE** **49 AVENUE IENA** **PARIS, 75116** **FRANCE** | 10/30/2009 | 08-13555 (JMP) | 57879 | $691,582.50 | **BEMO EUROPE** **49 AVENUE IENA** **PARIS, 75116** **FRANCE** | 10/29/2009 | 08-13555 (JMP) | 56086 | $691,582.50 |
| 5 **BHATTAL, JASJIT S.** **64 CHUNG HOM KOK ROAD** **HONG KONG** | 09/22/2009 | 08-13555 (JMP) | 28293 | $10,950.00 | **BHATTAL, JASJIT S.** **64 CHUNG HOM KOK ROAD** **HONG KONG,** **CHINA** | 09/21/2009 | 08-13555 (JMP) | 24332 | $10,950.00* |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | NAME | CLAIMS TO BE DISALLOWED | | | | NAME | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | 10/26/2010 | 09-10558 (JMP) | 67173 | $849,418.00 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | 11/16/2010 | 09-10558 (JMP) | 67203 | $849,418.00 |
| 7 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | 10/26/2010 | 09-10558 (JMP) | 67174 | $208,180.00 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | 11/16/2010 | 09-10558 (JMP) | 67201 | $208,180.00 |
| 8 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | 10/26/2010 | 09-10558 (JMP) | 67175 | $802,988.00 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | 11/16/2010 | 09-10558 (JMP) | 67205 | $802,988.00 |
| 9 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | 10/26/2010 | 09-10558 (JMP) | 67176 | $684,508.00 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | 11/16/2010 | 09-10558 (JMP) | 67204 | $684,508.00 |
| 10 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | 10/26/2010 | 09-10558 (JMP) | 67177 | $901,898.00 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | 11/16/2010 | 09-10558 (JMP) | 67202 | $901,898.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 BURKE, KENNETH C. ZOAR, DEVENISH ROAD ASCOT BERKSHIRE, SL5 9QP UNITED KINGDOM | 09/21/2009 | | 24953 | $348,921.00 | BURKE, KENNETH C. ZOAR DEVENISH ROAD ASCOT BERKSHIRE, SL5 9QP UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 24957 | $348,921.00 |
| 12 BURKE, KENNETH C. ZOAR, DEVENISH ROAD ASCOT BERKSHIRE, SL5 9QP UNITED KINGDOM | 09/21/2009 | | 24954 | $348,921.00 | BURKE, KENNETH C. ZOAR DEVENISH ROAD ASCOT BERKSHIRE, SL5 9QP UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 24957 | $348,921.00 |
| 13 BURKE, KENNETH C. ZOAR, DEVENISH ROAD ASCOT BERKSHIRE, SL5 9QP UNITED KINGDOM | 09/21/2009 | | 24955 | $348,921.00 | BURKE, KENNETH C. ZOAR DEVENISH ROAD ASCOT BERKSHIRE, SL5 9QP UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 24957 | $348,921.00 |
| 14 BURKE, KENNETH C. ZOAR, DEVENISH RD ASCOT BERKSHIRE, 5L5 9OP UNITED KINGDOM | 09/21/2009 | | 24956 | $348,921.00 | BURKE, KENNETH C. ZOAR DEVENISH ROAD ASCOT BERKSHIRE, SL5 9QP UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 24957 | $348,921.00 |
| 15 CADET, PIERRE ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33340 | $504.00 | CADET, PIERRE ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | 08-13555 (JMP) | 19099 | $504.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | CARRERA ZAYAS, JULIO & SAUCA IBANEZ, CARMEN C/GERARDO CORDON 51. PISO 10 E MADRID, 28017 SPAIN | 11/02/2009 | 08-13555 (JMP) | 61047 | $169,812.00 | ZAYAS, JULIO CARRERA & IBANEZ, CARMEN SAUCA C/ GERARDO CORDON 51. PISO 10 E MADRID, 28017 SPAIN | 10/30/2009 | 08-13555 (JMP) | 59049 | $169,812.00 |
| 17 | CARUALHO TALHADAS, ANIBAL AVENIDA ARRIAGA-73-R/CHAO EDIFICIO MARINA CLUB FUNCHAL, 4000-060 PORTUGAL | 10/27/2009 | 08-13555 (JMP) | 49836 | $283,756.55 | CARVALHO TALHADAS, ANIBAL AVENIDA ARRIAGA 73, ED MARINA CLUB R/C LOYAL 1 FUNCHAL, 9000-060 PORTUGAL | 10/21/2009 | 08-13555 (JMP) | 43156 | $283,756.55 |
| 18 | CARUALHO TALHADAS, ANIBAL AVENIDA ARRIAGA-73-R/CHAO EDIFICIO MARINA CLUB FUNCHAL, 4000-060 PORTUGAL | 10/27/2009 | 08-13555 (JMP) | 49858 | $283,756.55 | CARVALHO TALHADAS, ANIBAL AVENIDA ARRIAGA 73, ED MARINA CLUB R/C LOYAL 1 FUNCHAL, 9000-060 PORTUGAL | 10/21/2009 | 08-13555 (JMP) | 43156 | $283,756.55 |
| 19 | CHECO, MANUEL NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33406 | $1,188.00 | CHECO, MANUEL ATTN:  NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 19015 | $1,188.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 20 | CIGANEK, THOMAS PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33407 | $1,188.00 | CIGANEK, THOMAS ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 19014 | $1,188.00 |
| 21 | CUMNOR CONSTRUCTION LTD PENSION PLAN REF INDEPENDENT TTEE CO LTD 35 FITZWILLIAM ST UPPER DUBLIN, 2 IRELAND | 10/26/2009 | 08-13555 (JMP) | 45851 | $447,000.00 | CUMNOR CONTRUCTION LTD PENSION PLAN REF INDEPENDEDNT TTEE CO LTD 35 FITZWILLIAM ST UPPER DUBLIN 2 DUBLIN 2, IRELAND | 10/21/2009 | 08-13555 (JMP) | 43188 | $447,000.00 |
| 22 | D'AMBROSI, CARLO PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33409 | $396.00 | D'AMBROSI, CARLO ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET NEW YORK, NY 10007 | 09/18/2009 | | 19012 | $396.00 |
| 23 | DANIEL, CYNTHIA ZAMORA 2373 BROADWAY UNIT P8 NEW YORK, NY 10024 | 09/22/2009 | | 32791 | $348,018.17 | ZAMORA, CYNTHIA C. 2373 BROADWAY UNIT P8 NEW YORK, NY 10024 | 09/22/2009 | 08-13555 (JMP) | 32793 | $348,018.17 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 24 | DANIEL, CYNTHIA ZAMORA 2373 BROADWAY UNIT P8 NEW YORK, NY 10024 | 09/22/2009 | 08-13555 (JMP) | 32792 | $348,018.17 | ZAMORA, CYNTHIA C. 2373 BROADWAY UNIT P8 NEW YORK, NY 10024 | 09/22/2009 | 08-13555 (JMP) | 32793 | $348,018.17 |
| 25 | DE CLERCQ ZUBLI, P.J. & RAMJOIE, E. HOGE HAAR 53 SCHILDE, B-2970 BELGIUM | 11/02/2009 | 08-13555 (JMP) | 61237 | $70,905.00 | DE CLERCQ ZUBLI, P.J. & E. RAMJOIE HOGE HAAR 53 SCHILDE, 2970 BELGIUM | 10/27/2009 | 08-13555 (JMP) | 48686 | $70,905.00 |
| 26 | DELVAI, KAREN POSTSTRASSE 22 HE FRANKFURT, 60329 GERMANY | 08/13/2009 | | 8121 | Undetermined | DELVAI, KAREN POSTSTRASSE 22 HE FRANKFURT, 60329 GERMANY | 08/13/2009 | 08-13555 (JMP) | 8119 | $29,847.00 |
| 27 | DOSSIS, S.L. AVDA. DIAGONAL, 601, 5-A BARCELONA, 08028 SPAIN | 10/29/2009 | 08-13555 (JMP) | 54835 | $42,453.00 | DOSSIS, S.L. AVDA. DIAGONAL, 601, 5-A BARCELONA, 08028 SPAIN | 10/23/2009 | 08-13555 (JMP) | 44877 | $42,453.00 |
| 28 | DUXERALM SEIBAHNEN GMBH OBERKRIMML 7 KRIMML, 5743 AUSTRIA | 11/05/2009 | 08-13555 (JMP) | 64767 | $43,191.00 | DUXERALM SEILBAHNEN GMBH OBERKRIMML 7 KRIMML, 5743 AUSTRIA | 11/03/2009 | 08-13555 (JMP) | 64218 | $43,191.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29  E.A. JONHER B.V. FREDERIH HENDRIDSTRAAT 2C VEEN, 4264 SR NETHERLANDS | 10/22/2009 | 08-13555 (JMP) | 44057 | $21,226.50 | JONKER, E.A. FREDERIK HENDRIKSTRAAT 2 C 4264 SR VEEN, NETHERLANDS | 10/16/2009 | 08-13555 (JMP) | 40827 | $21,226.50 |
| 30  EAST BAY MUNICIPAL UTILITY DISTRICT ATTN: GARY BREAUX, DIRECTOR OF FINANCE 375 ELEVENTH STREET, MS 801 OAKLAND, CA 94607 | 09/22/2009 | 08-13888 (JMP) | 32176 | $144,705.25 | EAST BAY MUNICIPAL UTILITY DISTRICT ATTN: GARY BREAUX, DIRECTOR OF FINANCE 375 ELEVENTH STREET, MS 801 OAKLAND, CA 94607 | 09/22/2009 | 08-13555 (JMP) | 26497 | $144,705.25 |
| 31  EINSIDLER, LEE SIDNEY FRANK IMPORTING CO., INC. 20 CEDAR STREET NEW ROCHELLE, NY 10801 | 09/16/2009 | 08-13555 (JMP) | 15502 | Undetermined | EINSIDLER, LEE SIDNEY FRANK IMPORTING CO., INC. 20 CEDAR STREET NEW ROCHELLE, NY 10801 | 09/16/2009 | 08-13555 (JMP) | 15501 | Undetermined |
| 32  EUROSAIL-UK 2007-5NP PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER, FIFTH FLOOR 6 BROAD STREET LONDON, EC2M 7JH UNITED KINGDOM | 10/16/2009 | 08-13888 (JMP) | 40682 | $227,329,411.39 | EUROSAIL UK 2007 5NP PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER, FIFTH FLOOR 6 BROAD STREET PLACE LONDON, EC2M 7JH UNITED KINGDOM | 10/12/2009 | 08-13888 (JMP) | 37332 | $227,329,411.30 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | NAME | CLAIMS TO BE DISALLOWED DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | SURVIVING CLAIMS DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | EUROSAIL-UK 2007-5NP PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER, FIFTH FLOOR 6 BROAD STREET LONDON, EC2M 7JH UNITED KINGDOM | 10/16/2009 | 08-13555 (JMP) | 40683 | $227,329,411.39 | EUROSAIL UK 2007 5NP PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER, FIFTH FLOOR 6 BROAD STREET PLACE LONDON, EC2M 7JH UNITED KINGDOM | 10/12/2009 | 08-13555 (JMP) | 37337 | $227,329,411.30 |
| 34 | FASTRE, FRANCOISE 'T HELLEKE 1 KORTRIJK, 8500 BELGIUM | 11/09/2009 | 08-13555 (JMP) | 65171 | Undetermined | FASTRE, FRANCOISE 'T HELLEKE 1 KORTRIJK, 8500 BELGIUM | 10/28/2009 | 08-13555 (JMP) | 51715 | Undetermined |
| 35 | FERNANDEZ ALONSO, MARISOL VIRGILIO FERNANDEZ DEL REAL C/PALOMAS #12 MARFIL GUANAJUATO, GTO, 36250 MEXICO | 10/28/2009 | 08-13555 (JMP) | 51792 | $31,219.23 | FERNANDEZ ALONSO, MARISOL VIRGILIO FERNANDEZ DEL REAL C/ PALOMAS #12 MARFIL GUANAJUATO, GTO, 36250 MEXICO | 10/27/2009 | 08-13555 (JMP) | 48851 | $31,219.23 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 36 | FERNANDEZ DEL REAL, VIRGILIO MA. DEL CARMEN FERNANDEZ ALONSO C/ PALOMAS #12 MARFIL GUANAJUATO, GTO, 36250 MEXICO | 10/28/2009 | 08-13555 (JMP) | 51791 | $337,465.10 | FERNANDEZ DEL REAL, VIRGILIO MA. DEL CARMEN FERNANDEZ ALONSO C/ PALOMAS NUM 12 MARFIL GUANAJUATO, GTO, 36250 MEXICO | 10/27/2009 | 08-13555 (JMP) | 48849 | $337,465.10 |
| 37 | FERNANDEZ DEL REAL, VIRGILIO & ESTELA CORDERO CABRERA C/PALOMAS #12 MARFIL GUANAJUATO, GTO, 36250 MEXICO | 10/28/2009 | 08-13555 (JMP) | 51790 | $110,010.64 | FERNANDEZ DEL REAL, VIRGILIO ESTELA CORDERO CABRERA C/PALOMAS #12 MARFIL GUANAJUATO, GTO, 36250 MEXICO | 10/27/2009 | 08-13555 (JMP) | 48850 | $110,010.64 |
| 38 | GARTNER, MECHTHILD MARDERWEG 55 DORSTEN, 46282 GERMANY | 10/30/2009 | 08-13555 (JMP) | 57122 | $42,708.00 | GAERTNER, MECHTHILD MARDERWEG 55 DORSTEN, 46282 GERMANY | 10/26/2009 | 08-13555 (JMP) | 46664 | $42,708.00 |
| 39 | GOLDFARB, DAVID 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 09/15/2009 | 08-13555 (JMP) | 13062 | Undetermined | GOLDFARB, DAVID 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 09/15/2009 | 08-13555 (JMP) | 12843 | Undetermined |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 40 | GOLDMAN ASSOCIATES 17305 ST JAMES COURT BOCA RATON, FL 33496 | 09/21/2009 | 08-13555 (JMP) | 26274 | Undetermined | GOLDMAN ASSOCIATES 17305 ST JAMES COURT BOCA RATON, FL 33496 | 09/21/2009 | 08-13555 (JMP) | 26273 | Undetermined |
| 41 | GOLDMAN, MICHAEL 17305 ST JAMES COURT BOCA RATON, FL 33496 | 09/21/2009 | 08-13555 (JMP) | 26270 | Undetermined | GOLDMAN, MICHAEL 17305 ST JAMES COURT BOCA RATON, FL 33496 | 09/21/2009 | 08-13555 (JMP) | 26269 | Undetermined |
| 42 | GOLDSCHEIN, STEVEN 2075 BLANCHE LANE MERRICK, NY 11566-5504 | 09/18/2009 | 08-13555 (JMP) | 16238 | Undetermined | GOLDSCHEIN, STEVEN 2075 BLANCHE LANE MERRICK, NY 11566-5504 | 09/18/2009 | 08-13555 (JMP) | 16237 | Undetermined |
| 43 | GRAY, GLENN N. PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33386 | $396.00 | GRAY, GLENN N ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 19039 | $396.00 |
| 44 | GRIEB, EDWARD 8 BRIARBERRY COURT LAKE GROVE, NY 11755 | 09/15/2009 | 08-13555 (JMP) | 12847 | Undetermined | GRIEB, EDWARD 8 BRIARBERRY COURT LAKE GROVE, NY 11755 | 09/15/2009 | 08-13555 (JMP) | 12666 | Undetermined |
| 45 | HARBER, LANA 33 RIVERSIDE DRIVE APT 12F NEW YORK, NY 10023 | 09/15/2009 | 08-13555 (JMP) | 12671 | Undetermined | HARBER, LANA 33 RIVERSIDE DRIVE APT 12F NEW YORK, NY 10023 | 09/15/2009 | 08-13555 (JMP) | 12856 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 46 | HOROWITZ, RUTH E.<br>975 PARK AVENUE, APT. 16 C<br>NEW YORK, NY 10028 | 09/22/2009 | 08-13555 (JMP) | 32781 | Undetermined | HOROWITZ, RUTH E.<br>975 PARK AVENUE, APT. 16 C<br>NEW YORK, NY 10028 | 09/22/2009 | 08-13555 (JMP) | 32780 | Undetermined |
| 47 | HUEN PO WAH AND LAI CHUN YING WINNIE<br>FLAT E, 24/F, BLOCK 12<br>SCENEWAY GARDEN<br>LAM TIN, KLN,<br>HONG KONG | 11/02/2009 | 08-13555 (JMP) | 60909 | $21,821.73* | HUEN PO WAH & LAI CHUN YING WINNIE<br>FLAT E, 24/F, BLOCK 12,<br>SCENEWAY GARDEN<br>LAM TIN<br>KOWLOON,<br>HONG KONG | 10/30/2009 | 08-13555 (JMP) | 57191 | $21,821.73* |
| 48 | JAMES, NOEL<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | 09/18/2009 | | 33385 | $396.00 | JAMES, NOEL<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 09/18/2009 | | 19033 | $396.00 |
| 49 | KASSON, AMY<br>2 STRAWBERRY LANE<br>WARREN, NJ 07059 | 09/21/2009 | 08-13555 (JMP) | 22697 | Undetermined | KASSON, AMY<br>2 STRAWBERRY LANE<br>WARREN, NJ 07059 | 09/21/2009 | 08-13555 (JMP) | 22698 | Undetermined |
| 50 | KOLKMEIER, BERND<br>ESCHENWEG 2A<br>HAMBUHREN, D-29313<br>GERMANY | 11/03/2009 | 08-13555 (JMP) | 64123 | $35,437.50 | KOLKMEIER, BERND<br>ESCHENWEG 2 A<br>HAMBUHREN, D-29313<br>GERMANY | 10/22/2009 | 08-13555 (JMP) | 44053 | $35,437.50 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 51 | LAI KING CHUEN FLAT A 9/F BLOCK 1 PROVIDENT CENTRE NORTH POINT, HONG KONG | 10/28/2009 | 08-13555 (JMP) | 50483 | $100,000.00* | LAI KING CHUEN FLAT A, 9/F, BLOCK 1, PROVIDENT CENTRE NORTH POINT, HONG KONG | 10/28/2009 | 08-13555 (JMP) | 51807 | $100,000.00* |
| 52 | LEGA RAMOS, LUIS FERNANDO CALLE JULIO CARO BAROJA 42 MADRID, 28050 SPAIN | 11/02/2009 | 08-13555 (JMP) | 64027 | $84,906.00* | LEGA RAMOS, LUIS FERNANDO CL JULIO CARO BAROJA 42 MADRID, 28055 SPAIN | 11/02/2009 | 08-13555 (JMP) | 63713 | $84,906.00* |
| 53 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: PUERTO SWAP FCCC CORP. 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 09/21/2009 | 08-13888 (JMP) | 24915 | $232,719.64 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: PUERTO SWAP FCCC CORP. 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 09/21/2009 | 08-13888 (JMP) | 24917 | $232,719.64 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 54 | LOUIS EID, NADA HODA MACARON NEE LOUIS LOUIS EID ROSE MAY LOUIS LOUIS EID BNP PARIBAS WEALTH MANAGEMENT 10, BVD MALESHERBES PARIS, 75008 FRANCE | 11/02/2009 | 08-13555 (JMP) | 61116 | $290,507.00 | LOUIS EID, NADA & HODA MACARON & ROSE MAY LOUIS BNP PARIBAS WEALTH MANAGEMENT ATTN: DAVID HOWARD 10, BVD MALESHERBES PARIS, 75008 FRANCE | 10/28/2009 | 08-13555 (JMP) | 50551 | $290,507.00 |
| 55 | MARGREITER, HVLDA DANIEL-SWAROVSKI STRASSE 48 ABSAM, A-6067 AUSTRIA | 11/04/2009 | 08-13555 (JMP) | 64606 | $530,739.78 | MARGREITER, HULDA DANIEL-SWARVSKI STRASSE 48 ABSAM, A-6067 AUSTRIA | 10/21/2009 | 08-13555 (JMP) | 42955 | $530,739.78 |
| 56 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: TLP TRADING LLC ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK, NY 10036 | 09/22/2009 | 08-13888 (JMP) | 30805 | $4,039,784.00 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: TLP TRADING LLC ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK, NY 10036 | 09/21/2009 | 08-13888 (JMP) | 20171 | $4,039,784.00* |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 57 | META, ANDRES P. & COYAN, NICOLAS C/O GABRIEL G. MATARASSON MARVAL, O'FARRELL & MAIRAL AV. LEANDRO N. ALEM 928 FLOOR 7 BUENOS AIRES, C1001AAR ARGENTINA | 09/18/2009 | 08-13901 (JMP) | 18546 | Undetermined | META, ANDRES P; COYAN, NICOLAS C/O GABRIEL G MATARASSO MARVAL, O'FARRELL & MAIRAL AV LEANDRO N ALEM 928 FLOOR 7 (C1001AAR) BUENOS AIRES, ARGENTINA | 09/18/2009 | 08-13901 (JMP) | 16000 | Undetermined |
| 58 | MOLLER, MARTIN WEIMARSTRASSE 15 DREIEICH, 63303 GERMANY | 09/24/2009 | | 34744 | $45,790.00 | MOLLER, MARTIN WEIMARSTRASSE 15 DREIEICH, 63303 GERMANY | 02/06/2009 | 08-13555 (JMP) | 2629 | $45,790.00 |
| 59 | NICAISE, MARC & FANNY MEERTS RUE SAINT-VINCENT, 33 NAAST, 7062 BELGIUM | 11/13/2009 | 08-13555 (JMP) | 65523 | $17,658.00* | NICAISE, MARC & MEERTS, FANNY RUE SAINT-VINCENT, 33 NAAST, 7062 BELGIUM | 10/27/2009 | 08-13555 (JMP) | 64065 | $17,658.00 |
| 60 | NIEMAN, ROGER R. 300 EAST 40TH ST NEW YORK, NY 10016 | 08/28/2009 | | 9588 | $69,423.40* | NIEMAN, ROGER R. 300 EAST 40TH ST NEW YORK, NY 10016-2188 | 08/28/2009 | | 9589 | $69,423.40* |
| 61 | NORDNET BANK AB BOX 14077 BROMMA, SE 16714 SWEDEN | 12/23/2010 | 08-13555 (JMP) | 67276 | $29,895.37 | NORDNET BANK AB BOX 14077 BROMMA, SE 16714 SWEDEN | 10/12/2010 | 08-13555 (JMP) | 67128 | $29,895.37 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | |
| 62 | O'DUFFY, GABRIEL 198 LOWER KILMACUD ROAD GOATSTOWN DUBLIN, 14 IRELAND | 10/28/2009 | 08-13555 (JMP) | 64066 | $375,225.00 | O'DUFFY, GABRIEL 198 LOWER KILMACUD ROAD GOATSTOWN DUBLIN, 14 IRELAND | 10/28/2009 | 08-13555 (JMP) | 50250 | $375,225.00 |
| 63 | ONG STEPHEN CHUA & ONG ELIZABETH YUTAN 4TH FLOOR FLAT A, GREENFIELD MANSION #8 KINGSTON STREET CAUSEWAY BAY, HONG KONG | 10/23/2009 | 08-13555 (JMP) | 45210 | Undetermined | ONG, STEPHEN CHUA & ELIZABETH YUTAN 4TH FLOOR FLAT A GREENFIELD MANSION # 8 KINGSTON STREET CAUSEWAY BAY, HONG KONG | 10/20/2009 | 08-13555 (JMP) | 42686 | Undetermined |
| 64 | ONG STEPHEN CHUA & ONG ELIZABETH YUTAN 4TH FLOOR FLAT A, GREENFIELD MANSION #8 KINGSTON STREET CAUSEWAY BAY, HONG KONG | 10/23/2009 | 08-13555 (JMP) | 45211 | Undetermined | ONG STEPHEN CHUA & ELIZABETH YUTAN 4TH FLOOR FLAT A GREENFIELD MANSION # 8 KINGSTON STREET CAUSEWAY BAY, HONG KONG | 10/20/2009 | 08-13555 (JMP) | 42688 | Undetermined |
| 65 | PESANTES, SERGIO ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET-3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 19063 | $792.00 | PESANTES, SERGIO PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBER STREET - 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33347 | $792.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 66 | PIA STRADA, MARIA VIA ANGELO VIGANO 4 CARATE BRIANZA (MI), 20048 ITALY | 02/18/2009 | 08-13555 (JMP) | 2885 | $72,610.00 | STRADA, MARIA PIA VIA ANGELO VIGANO 4 CARATE BRIANZA (MI), MI 20048 ITALY | 02/17/2009 | 08-13555 (JMP) | 2868 | $72,610.00 |
| 67 | PIERRE, HEURTELOU NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FL NEW YORK, NY 10007 | 09/18/2009 | | 33350 | $792.00 | PIERRE, HEURTELOU ATTN:  NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 19060 | $792.00 |
| 68 | PLATZ, JAMES ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 19059 | $396.00 | PLATZ, JAMES PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS ST 3RD FL NEW YORK, NY 10007 | 09/18/2009 | | 33351 | $396.00 |
| 69 | PRYOR, JEFFREY M. ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 19058 | $396.00 | PRYOR, JEFFREY M PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33352 | $396.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 70 PUERTO RICO FIXED INCOME FUND V INC ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN, PR 00918 | 09/15/2009 | 08-13888 (JMP) | 12797 | $202,364.25* | PUERTO RICO FIXED INCOME FUND V INC ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN, PR 00918 | 09/15/2009 | 08-13888 (JMP) | 12792 | $202,364.25* |
| 71 PUERTO RICO FIXED INCOME FUND V INC ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN, PR 00918 | 09/15/2009 | 08-13555 (JMP) | 12798 | $202,321.19* | PUERTO RICO FIXED INCOME FUND V INC ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN, PR 00918 | 09/15/2009 | 08-13555 (JMP) | 12791 | $202,321.19* |
| 72 RABASSA, AUGUSTIN ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 19057 | $396.00 | RABASSA, AUGUSTIN PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33353 | $396.00 |
| 73 RICCIUTO, GERARD ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 19056 | $396.00 | RICCIUTO, GERARD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33354 | $396.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 74 RIVERA, HECTOR J. PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33355 | $1,188.00 | RIVERA, HECTOR J. ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 19055 | $1,188.00 |
| 75 RUSSO, THOMAS PATTON BOGGS LLP 1185 AVENUE OF THE AMERICAS 31ST FLOOR NEW YORK, NY 10036 | 09/15/2009 | 08-13555 (JMP) | 12852 | Undetermined | RUSSO, THOMAS PATTON BOGGS LLP 1185 AVENUE OF THE AMERICAS 31ST FLOOR NEW YORK, NY 10036 | 09/15/2009 | 08-13555 (JMP) | 13060 | Undetermined |
| 76 SALVATORE, JULIANNE 309 101ST STREET BROOKLYN, NY 11209 | 09/08/2009 | 08-13555 (JMP) | 10631 | $160,850.00 | SALVATORE, JULIANNE 309 101ST STREET BROOKLYN, NY 11209 | 09/08/2009 | 08-13555 (JMP) | 10632 | $160,850.00 |
| 77 SARDIS, JEFFREY 130 SAGAMORE DRIVE PLAINVIEW, NY 11803 | 09/22/2009 | | 27409 | $1,200,000.00* | SARDIS, JEFFREY  & LAUREN SARDIS 130 SAGAMORE DRIVE PLAINVIEW, NY 11803 | 09/22/2009 | | 26347 | $1,200,000.00* |
| 78 SCHAFER, KLAUS MOZARTSTRASSE 7 EHRINGSHAUSEN, 35630 GERMANY | 11/04/2009 | 08-13555 (JMP) | 64624 | $23,752.35 | SCHAFER, KLAUS MOZARTSTRASSE 7 EHRINGSHAUSEN, 35630 GERMANY | 11/03/2009 | 08-13555 (JMP) | 64488 | $23,752.35 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 79 | SCHMID, HANSJOUG DINGLINGERSTR 5 BIBERACH, 88400 GERMANY | 10/30/2009 | 08-13555 (JMP) | 57077 | $44,080.50 | SCHMID, HANSJOUG SIMGLIMGERSTR. 5 BIBERACH, 88400 GERMANY | 09/17/2009 | 08-13555 (JMP) | 15200 | $44,080.50 |
| 80 | SCHMITZ, HERMANN GARTENSTR. 36 MOERS, 47441 GERMANY | 08/31/2009 | | 9957 | Undetermined | SCHMITZ, HERMANN GARTENSTR. 36 MOERS, 47441 GERMANY | 01/09/2009 | 08-13555 (JMP) | 1641 | $55,627.00 |
| 81 | SCOTT, IAN C. 24 ORMOND AVENUE MDDSX HAMPTON, TW122RU UNITED KINGDOM | 09/21/2009 | | 25770 | Undetermined | SCOTT, IAN C. 24 ORMOND AVENUE HAMPTON, MDDSX, TW122RU UNITED KINGDOM | 09/21/2009 | | 25769 | Undetermined |
| 82 | SEARS, BRIAN 230 WEST 56TH APT 53C NEW YORK, NY 10019 | 09/21/2009 | 08-13555 (JMP) | 24912 | Undetermined | SEARS, BRIAN 230 WEST 56TH APT 53C NEW YORK, NY 10019 | 09/21/2009 | 08-13555 (JMP) | 24911 | Undetermined |
| 83 | SEARS, BRIAN 230 WEST 56TH APT 53C NEW YORK, NY 10019 | 09/21/2009 | 08-13555 (JMP) | 24913 | Undetermined | SEARS, BRIAN 230 WEST 56TH APT 53C NEW YORK, NY 10019 | 09/21/2009 | 08-13555 (JMP) | 24914 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | NAME | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
| | | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 84 | SENIOR, MARION J<br>106 JAMAICA STREET<br>STEPNEY<br>LONDON, GT LON, E1 3HY<br>UNITED KINGDOM | 09/18/2009 | | 18746 | $44,543.18 | SENIOR, MARION J<br>106 JAMAICA STREET<br>STEPNEY<br>LONDON, EJ 3HY<br>UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 18748 | $44,543.18 |
| 85 | SENIOR, MARION J<br>106 JAMAICA STREET<br>STEPNEY<br>LONDON, E1 3HY<br>UNITED KINGDOM | 09/18/2009 | | 18747 | $44,543.18 | SENIOR, MARION J<br>106 JAMAICA STREET<br>STEPNEY<br>LONDON, EJ 3HY<br>UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 18748 | $44,543.18 |
| 86 | SENIOR, MARION J<br>106 JAMAICA STREET<br>STEPNEY<br>LONDON, E1 3HY<br>UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 18749 | $44,543.18 | SENIOR, MARION J<br>106 JAMAICA STREET<br>STEPNEY<br>LONDON, EJ 3HY<br>UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 18748 | $44,543.18 |
| 87 | SMITH, KRISTINE<br>371 HIGH MEADOW COURT<br>WYCKOFF, NJ 07481 | 09/15/2009 | 08-13555 (JMP) | 12676 | Undetermined | SMITH, KRISTINE<br>371 HIGH MEADOW COURT<br>WYCKOFF, NJ 07481 | 09/15/2009 | 08-13555 (JMP) | 12842 | Undetermined |
| 88 | SMYTH, EDWARD P.<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET<br>3RD FLOOR<br>NEW YORK, NY 10007 | 09/18/2009 | | 33327 | $396.00 | SMYTH, EDWARD P.<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 09/18/2009 | | 19112 | $396.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 89 | STATE OF CALIFORNIA FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/16/2009 | 08-13900 (JMP) | 4099 | $2,439.46 | FRANCHISE TAX BOARD, STATE OF CALIFORNIA, SPECIAL PROCEDURES SECTION P.O. BOX 2952 SACRAMENTO, CA 95812-2952 | 03/13/2009 | 08-13900 (JMP) | 3332 | $2,439.46 |
| 90 | SULLIVAN, CHRISTIAN PAID DETIAL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET-3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33329 | $396.00 | SULLIVAN, CHRISTIAN ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET-3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | 08-13555 (JMP) | 19110 | $396.00 |
| 91 | SWAN KHING GO C/O MEANDER 30 AMSTELVEEN, 1181 WN NETHERLANDS | 10/28/2009 | 08-13555 (JMP) | 54525 | $28,302.00 | KHING GO, SWAN C/O  MEANDER 30 AMSTELVEEN, 1181 WN NETHERLANDS | 10/28/2009 | 08-13555 (JMP) | 54112 | $28,302.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 92 | TAIPEI FUBON COMMERICAL BANK CO., LTD. ATTN: ALEX FU & MORRIS HUANG 5F, NO. 169 JEN-AI ROAD, SECTION 4 TAIPEI, TAIWAN, PROVINCE OF CHINA | 10/29/2009 | 08-13555 (JMP) | 55281 | $26,949,173.00 | TAIPEI FUBON COMMERICAL BANK CO., LTD. ATTN: ALEX FU & MORRIS HUANG 5F, NO. 169 JEN-AI ROAD, SECTION 4 TAIPEI, TAIWAN, PROVINCE OF CHINA | 10/30/2009 | 08-13555 (JMP) | 59169 | $21,894,104.00 |
| | | | | | | TRANSFERRED TO: GOLDMAN, SACHS & CO. TRANSFEROR: TAIPEI FUBON COMMERCIAL BANK CO., LTD. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | $5,055,069.00 |
| 93 | TARSITANO, MARIA CONCETTA VIA MAGNA GRECIA, NO. 8 FAGNANO CASTELLO, 87013 ITALY | 07/10/2009 | 08-13555 (JMP) | 5249 | Undetermined | TARSITANO, MS. MARIA CONCETTA VIA MAGNA GRECIA NO. 8 FAGNANO C. (CONSENZA) ITALY | 07/07/2009 | 08-13555 (JMP) | 5170 | $8,280.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 94 | TAVERAS, ROBIN NYPD PAID DETAILUNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33330 | $396.00 | TAVERAS, ROBIN ATTN: NADINE POPE NYPD PAID DETAILUNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | 08-13555 (JMP) | 19109 | $396.00 |
| 95 | TEJERA, JUAN PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33331 | $396.00 | TEJERA, JUAN ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | 08-13555 (JMP) | 19108 | $396.00 |
| 96 | TIRRE, RYAN C 35 ST. NICHOLAS TERRACE, # 37 NEW YORK, NY 10027 | 09/14/2009 | | 12124 | $12,500.00 | TIRRE, RYAN C. 35 ST. NICHOLAS TERRACE APARTMENT 37 NEW YORK, NY 10027 | 09/14/2009 | 08-13555 (JMP) | 349 | $12,500.00 |
| 97 | TIRRE, RYAN C 35 ST NICHOLAS TERRACE APARTMENT 37 NEW YORK, NY 10027 | 09/14/2009 | 08-13555 (JMP) | 12125 | $12,500.00 | TIRRE, RYAN C. 35 ST. NICHOLAS TERRACE APARTMENT 37 NEW YORK, NY 10027 | 09/14/2009 | 08-13555 (JMP) | 349 | $12,500.00 |
| 98 | TIRRE, RYAN C 35 ST NICHOLAS TERRACE APARTMENT 37 NEW YORK, NY 10027 | 09/14/2009 | 08-13555 (JMP) | 12126 | $12,500.00 | TIRRE, RYAN C. 35 ST. NICHOLAS TERRACE APARTMENT 37 NEW YORK, NY 10027 | 09/14/2009 | 08-13555 (JMP) | 349 | $12,500.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 99 TIRRE, RYAN C<br>35 SAINT NICHOLAS TER<br>APT 37<br>NEW YORK, NY 100272842 | 09/14/2009 | | 12127 | $12,500.00 | TIRRE, RYAN C.<br>35 ST. NICHOLAS TERRACE<br>APARTMENT 37<br>NEW YORK, NY 10027 | 09/14/2009 | 08-13555 (JMP) | 349 | $12,500.00 |
| 100 TIRRE, RYAN C<br>35 ST. NICHOLAS<br>TERRACE<br>APARTMENT 37<br>NEW YORK, NY 10027 | 09/14/2009 | 08-13555 (JMP) | 12128 | $12,500.00 | TIRRE, RYAN C.<br>35 ST. NICHOLAS TERRACE<br>APARTMENT 37<br>NEW YORK, NY 10027 | 09/14/2009 | 08-13555 (JMP) | 349 | $12,500.00 |
| 101 TONUCCI, PAOLO<br>16 ST MARKS CRESCENT<br>LONDON, NW1 7TS<br>UNITED KINGDOM | 09/15/2009 | 08-13555 (JMP) | 12848 | Undetermined | TONUCCI, PAOLO<br>16 ST MARKS CRESCENT<br>LONDON, NW1 7TS<br>UNITED KINGDOM | 09/15/2009 | 08-13555 (JMP) | 12667 | Undetermined |
| 102 TOTENS SPAREBANK<br>POSTBOKS 34<br>LENA, 2851<br>NORWAY | 12/07/2010 | | 67246 | $3,128,429.00 | TOTENS SPAREBANK<br>POSTBOKS 34<br>LENA, 2851<br>NORWAY | 12/07/2010 | | 67247 | $3,128,429.00 |
| 103 TROUT, ROGER<br>C/O KENNETH J.<br>BUECHLER, ESQ.<br>SENDER & WASSERMAN,<br>P.C.<br>1660 LINCOLN STREET,<br>SUITE 2200<br>DENVER, CO 80264 | 09/21/2009 | 09-10560 (JMP) | 24136 | $1,336,938.30 | TROUT, ROGER<br>C/O SENDER &<br>WASSERMAN, P. C.<br>ATTN: KENNETH J.<br>BUECHLER, ESQ.<br>1660 LINCOLN STREET,<br>SUITE 2200<br>DENVER, CO 80264 | 09/21/2009 | 09-10560 (JMP) | 25708 | $1,336,938.30* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 104 UVINO, WENDY M. 50 EAST 89TH STREET APT 22F NEW YORK, NY 10128 | 09/15/2009 | 08-13555 (JMP) | 12672 | Undetermined | UVINO, WENDY M. 50 E 89 ST APT 22F NEW YORK, NY 10128 | 09/15/2009 | 08-13555 (JMP) | 12853 | Undetermined |
| 105 VALENTINE, CHRISTOPHER ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33332 | $396.00 | VALENTINE, CHRISTOPHER ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | 08-13555 (JMP) | 19107 | $396.00 |
| 106 VAN DER MEULEN, W.M. AND N. VAN DER MUELEN-BREEDENBACH BOSKLOANE 4 9255 JH TYTSJERK, NETHERLANDS | 10/26/2009 | 08-13555 (JMP) | 47663 | $36,326.35 | VAN DER MEULEN, W.M. AND N. VAN DER MUELEN- BREEDENBACH BOSKLOANE 4 9255 JH TYTSJERK, NETHERLANDS | 10/26/2009 | 08-13555 (JMP) | 47637 | $36,326.35 |
| 107 VANDERBEEK, JEFFREY C/O WASSERMAN, JURISTA & STOLZ 225 MILLBURN AVE., P.O. BOX 1029 MILLBURN, NJ 07041 | 09/18/2009 | 08-13555 (JMP) | 19714 | $61,133,734.00 | VANDERBEEK, JEFFREY C/O WASSERMAN, JURISTA & STOLZ 225 MILLBURN AVE., P.O. BOX 1029 MILLBURN, NJ 07041 | 09/18/2009 | 08-13555 (JMP) | 16478 | $61,133,734.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 108 | VAZQUEZ JR., JUAN ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33334 | $396.00 | VAZQUEZ JR., JUAN ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | 08-13555 (JMP) | 19105 | $396.00 |
| 109 | VAZQUEZ, ELVIS NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33333 | $396.00 | VAZQUEZ, ELVIS ATTN: NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | 08-13555 (JMP) | 19106 | $396.00 |
| 110 | VINK, S.M.C. WAGENAARSTRAAT 19 NAALDWIJK, 2671 TT NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 61967 | $2,840.20 | VINK, S.M.C. WAGENAARSTRAAT 19 2671 TT NAALDWIJK, NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 61511 | $2,840.20 |
| 111 | VON CZETTRITZ, CAROLINE FREIFRAU BERNHARD-BORST-STRASSE 5 MUNICH, 80637 GERMANY | 11/02/2009 | 08-13555 (JMP) | 62932 | $44,010.00 | VON CZETTRITZ, CAROLINE FREIFRAU BERNHARD-BORST-STRASSE 5 MUNICH, 80637 GERMANY | 10/26/2009 | 08-13555 (JMP) | 46526 | $44,010.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 112 | VON EBEN-WORLEE, DRS. ALBRECHT AND HANNELORE FOHRENBERG 6 SEEVETAL, 21218 GERMANY | 09/30/2009 | 08-13555 (JMP) | 35613 | $284,020.00 | VON EBEN-WORLEE, ALBRECT DR., AND HANNE-LORE FOHRENBERG 6 YEEVEFUL, 21218 | 09/25/2009 | 08-13555 (JMP) | 34978 | $284,020.00 |
| 113 | VUCKOVIC, JOSIP ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | | 33335 | $396.00 | VUCKOVIC, JOSIP ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 09/18/2009 | 08-13555 (JMP) | 19104 | $396.00 |
| 114 | WALLACE FOUNDATION, THE 5 PENN PLAZA 7TH FLOOR NEW YORK, NY 10001 | 09/18/2009 | 08-13555 (JMP) | 16930 | $480,000.00 | WALLACE FOUNDATION, THE 5 PENN PLAZA 7TH FLOOR NEW YORK, NY 10001 | 09/18/2009 | 08-13555 (JMP) | 16899 | $480,000.00 |
| 115 | WALLACE, WILLIAM A. 95 MYSTIC DRIVE OSSINING, NY 10562 | 09/16/2009 | 08-13555 (JMP) | 13736 | $123,329.70 | WALLACE, WILLIAM A. 95 MYSTIC DRIVE OSSINING, NY 10562 | 09/16/2009 | 08-13555 (JMP) | 13737 | $123,329.70 |
| 116 | WEINSTEIN, STEPHEN 3401 OAK CANYON DR. BIRMINGHAM, AL 35243 | 08/17/2009 | 09-10560 (JMP) | 8592 | $10,000.00 | WEINSTEIN, STEVE 3401 OAK CANYON DR. BIRMINGHAM, AL 35243 | 08/17/2009 | 09-10560 (JMP) | 8535 | $10,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 81: EXHIBIT A – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 117 | WEISS, ROGER J AND SUZANNE, AS CO-EXECUTORS OF THE ESTATE OF STEPHEN H WEISS ROGER J WEISS 181 HIGHLAND RD RYE, NY 10580 | 10/01/2009 | | 35917 | $400,000.00* | WEISS, ROGER J AND SUZANNE, AS CO-EXECUTORS OF THE ESTATE OF STEPHEN H WEISS ROGER J WEISS 181 HIGHLAND RD RYE, NY 10580 | 10/01/2009 | | 35916 | $400,000.00* |
| 118 | ZUSY, MARK 17 GRACEWOOD DRIVE MANHASSET, NY 11030 | 09/15/2009 | 08-13555 (JMP) | 12846 | Undetermined | ZUSY, MARK 17 GRACEWOOD DRIVE MANHASSET, NY 11030 | 09/15/2009 | 08-13555 (JMP) | 13063 | $0.00 |
| | | | | TOTAL | $590,701,025.89 | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                     :        **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :        **08-13555 (JMP)**
                                                          :
                                        **Debtors.**      :        **(Jointly Administered)**
-------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' EIGHTY-FIRST**
**OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)**

Upon the eighty-first omnibus objection to claims, dated January 13, 2011 (the

"Eighty-First Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim

[Docket No. 6664], seeking disallowance and expungement of the Duplicative Claims on the

grounds that such claims are duplicative of the corresponding Surviving Claims, either exactly or

in substance, all as more fully described in the Eighty-First Omnibus Objection to Claims; and

due and proper notice of the Eighty-First Omnibus Objection to Claims having been provided to

(i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and

Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Eighty-First

Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the

procedures set forth in the second amended order entered on June 17, 2010 governing case

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Eighty-First Omnibus Objection to Claims.

management and administrative procedures for these cases [Docket No. 9635]; and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the Eighty-First Omnibus Objection to Claims is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Eighty-First Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Eighty-First Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "Duplicative Claims") are disallowed and expunged in their entirety with

prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading

"*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register

subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Duplicative Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in

support of any Duplicative Claims, including, but not limited to, derivative and guarantee

questionnaires and supporting documentation, shall be treated as having been filed in support of

the corresponding Surviving Claims; and is further

ORDERED that nothing in this Order or the disallowance and expungement of the

Duplicative Claims constitutes any admission or finding with respect to any of the Surviving

Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Eighty-First Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim is not appropriately duplicative of the corresponding Duplicative Claim, then the claims agent shall be authorized and directed to immediately reinstate such Duplicative Claim in these chapter 11 cases (the "Reinstated Claim"), and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE