UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                                                                    :    Chapter 11 Case No.
                                                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                                              :
                                                        Debtors.             :    (Jointly Administered)
---------------------------------------------------------------------x

### SUPPLEMENTAL ORDER ON DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)

Upon the twenty-ninth omnibus objection to claims, dated July 19, 2010 (the "Twenty-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowing and expunging the No Blocking Number LPS Claims on the grounds that the Bar Date Order required that such claims include an electronic instruction reference number or a blocking reference number, all as more fully described in the Twenty-Ninth Omnibus Objection to Claims; and due and proper notice of the Twenty-Ninth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and upon consideration of the (i) Response of RBC Capital Markets Corporation to Debtors' Twenty-Ninth Omnibus Objection to Claims [Docket No. 10895], (ii) Objection by the August '86 Trust to the Debtors' Twenty-Ninth Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Twenty-Ninth Omnibus Objection to Claims.

Objection to Claims [Docket. No. 10978], and (iii) Response of Aspecta Assurance International Luxembourg S.A. ("Aspecta") to Debtors' Twenty-Ninth Omnibus Objection to Claims [Docket. No. 11905] and the argument of counsel at the hearing held on October 27, 2010; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Twenty-Ninth Omnibus Objection to Claims is granted, in part, and overruled, in part, as set forth herein; and it is further;

ORDERED that the Twenty-Ninth Omnibus Objection to Claims is granted with respect to the claim listed on Exhibit 1 annexed hereto and that, pursuant to section 502(b) of the Bankruptcy Code, said claim is disallowed and expunged with prejudice; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Twenty-Ninth Omnibus Objection to Claims with respect to the claim listed on Exhibit 2 annexed hereto; and it is further

ORDERED that the Twenty-Ninth Omnibus Objection to Claims is overruled with respect to the claim listed on Exhibit 3 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Twenty-Ninth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto, and (ii) any claim listed on Exhibit A annexed to the Twenty-Ninth Omnibus Objection to Claims that is not listed on Exhibit 1 to the Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (No Blocking Number LPS Claims) [Docket No. 11160];

3

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
January 13, 2011

                                                        *s/ James M. Peck*
                                                        Honorable James M. Peck
                                                        United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 29: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ASPECTA ASSURANCES INTERNATIONAL SA<br>GOLDBELL 1<br>5, RUE EUGENE RUPPERT<br>, L-2453<br>LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17587 | $2,788,048.90 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $2,788,048.90 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

08-13555-mg    Doc 13930    Filed 01/13/11    Entered 01/13/11 15:30:45    Main Document
Pg 6 of 9

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 29: EXHIBIT 2 – NO BLOCKING NUMBER LPS CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AUGUST '86 TRUST, THE<br>C/O POWER CITY LTD.<br>UNIT 12<br>PINEWOOD CLASE, BOGHALL ROAD<br>BRAZ, C. WICKLAW,<br>IRELAND | | | 10/20/2009 | 42708 | $448,110.00 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $448,110.00 | |

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 29: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – OVERRULED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | RBC CAPITAL MARKETS CORPORATION<br>510 MARQUETTE AVE S - M10<br>MINNEAPOLIS, MN 55402 | | | 10/29/2009 | 56598 | $300,000.00 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $300,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts