---

**THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-----------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' EIGHTY-THIRD**
**OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)**

      **PLEASE TAKE NOTICE** that on January 14, 2011, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their eighty-third omnibus objection to claims (the

"Debtors' Eighty-Third Omnibus Objection to Claims"), and that a hearing (the "Hearing") to

1

consider the Debtors' Eighty-Third Omnibus Objection to Claims will be held before the

Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York,

New York 10004, on **March 3, 2011 at 10:00 a.m. (Eastern Time),** or as soon thereafter as

counsel may be heard.

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors'

Eighty-Third Omnibus Objection to Claims must be in writing, shall conform to the Federal

Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed

with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which

can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing

system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for the Southern District of New

York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Elisabeth Gasparini,

Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

2

Evan Fleck, Esq.); so as to be so filed and received by no later than **February 14, 2011 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

        **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' Eighty-Third Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Eighty-Third Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: January 14, 2011
     New York, New York

                /s/ Shai Y. Waisman
                Shai Y. Waisman

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------------x
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :   08-13555 (JMP)
                                               :
                        Debtors.               :   (Jointly Administered)
--------------------------------------------------------------------x
```

### DEBTORS' EIGHTY-THIRD OMNIBUS
### OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

---

**THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent as follows:

### **Relief Requested**

1.      The Debtors file this eighty-third omnibus objection to claims (the

"Eighty-Third Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures

Order") [Docket No. 6664], seeking to reduce, reclassify (in certain instances), modify

the Debtor entity (in certain instances), and allow the claims listed on Exhibit A annexed

hereto.[1]

2.      The Debtors have examined the proofs of claim identified on

Exhibit A and have determined that the proofs of claim listed on Exhibit A (collectively,

the "Settled Derivative Claims") should be reduced, reclassified (in certain instances),

modified (in certain instances), and allowed.  Pursuant to this Court's order approving

procedures for the settlement or assumption and assignment of prepetition derivative

contracts (the "December Order") [Docket No. 2257], claimants and the Debtors have

negotiated settlements of disputes related to derivative claims.  These signed agreements

---

[1] Not all claims listed on Exhibit A require reclassification or modification of the Debtor entity.  Exhibit A, however, sets forth which specific claims will be reclassified as non-priority general unsecured claims pursuant to the parties' agreement as well as against which Debtor the claim shall be allowed.

US_ACTIVE:\43597491\02\58399.0008

include claim amounts and identify the correct Debtor entity against whom the claim is properly asserted.  The proofs of claim being objected to are not consistent with the terms of such settlements.  The Debtors, therefore, request that the Court reduce, reclassify, and/or modify, as appropriate, each such claim to reflect (a) the Debtor listed on Exhibit A under the column heading *"Modified Debtor,"* (b) the amount listed under the column heading *"Modified Amount,"* and (c) the classification listed under the column heading *"Modified Class."*  The Debtors further request that the Court allow each such claim only to the extent of such Modified Amount and Modified Class and only as to the Modified Debtor.

### Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

4.      Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of

3

unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

6.    On December 16, 2008, the Court entered the December Order, which approved and established specific procedures by which the Debtors could settle claims arising from the termination of prepetition derivative contracts.

7.    On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.    On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The Settled Derivative Claims Should Be Reduced, Reclassified, and Allowed**

9.    In their review of the claims filed on the claims register in these cases, the Debtors have identified the claims on Exhibit A as being claims for which the Debtors specifically negotiated an agreement with the claimants for a total claim amount and (in certain instances) a classification and Debtor entity that is not the amount, classification, and/or Debtor that is reflected on such claimants' proof of claim.

10.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the

4

validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009);

*In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS

660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).

11.    Pursuant to the December Order, the Debtors engaged in

negotiations with certain claimants that had filed proofs of claim against the Debtors

asserting obligations based on prepetition derivative contracts.  The Debtors and these

claimants negotiated and agreed to claim amounts and (in certain instances)

classifications and Debtor entities against which the claims are to be asserted that are not

reflected on the proof of claim forms filed by these claimants.  The agreements regarding

the claim amounts, claim classifications, and designation as to appropriate Debtor

counterparty are reflected in written "Termination Agreements" executed by the relevant

Debtor and the holder of the Settled Derivative Claim.

12.    The holders of the Settled Derivative Claims agreed that their

claims are properly asserted against the Debtor counterparty that is reflected on <u>Exhibit A</u>

under the column heading *"Modified Debtor,"* and in the reduced amounts and

classifications that are reflected under the column headings *"Modified Amount"* and

*"Modified Class."*  The Debtors are seeking only to reclassify claims or modify the

Debtor where the claimant's proof of claim is not consistent with such claimant's

Termination Agreement.  Accordingly, in order to properly reflect the Debtors' and

claimants' agreements with respect to the Debtor entity, value, and classification of these

claims, the Debtors request that the Court reduce, reclassify, and/or modify (as

appropriate) each Settled Derivative Claim to reflect (a) the Debtor entity listed on

5

Exhibit A under the column heading *"Modified Debtor,"* (b) the value listed under the column heading *"Modified Amount,"* and (c) the classification under the column heading *"Modified Class."*  The Debtors further request that the Court allow each such Settled Derivative Claim only to the extent of such modified amount and classification listed on Exhibit A under the column headings *"Modified Amount"* and *"Modified Class,"* and only as to the *"Modified Debtor"* set forth therein.

**Notice**

13.    No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this Eighty-Third Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A, and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635].  The Debtors submit that no other or further notice need be provided.

14.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request that the Court grant the

relief requested herein and such other and further relief as is just.

Dated: January 14, 2011
      New York, New York

          /s/ Shai Y. Waisman_____
          Shai Y. Waisman

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession

US_ACTIVE:\43597491\02\58399.0008

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AGILITY GLOBAL FIXED INCOME MASTER FUND L.P. PERELLA WEINBERG PARTNERS - AGILITY GFI 767 FIFTH AVENUE NEW YORK, NY 10153 | 1708 | 01/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $89,153.57 | Lehman Brothers Special Financing Inc. | Unsecured | $80,000.00 |
| 2 | AKANTHOS ARBITRAGE MASTER FUND, LP C/O AKANTHOS CAPITAL MANAGEMENT, LLC 21700 OXNARD STREET, SUITE 1520 ATTENTION: MICHAEL KAO WOODLAND HILLS, CA 91367 | 22211 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,668,535.24* | Lehman Brothers Special Financing Inc. | Unsecured | $4,700,000.00 |
| 3 | AKANTHOS ARBITRAGE MASTER FUND, LP C/O AKANTHOS CAPITAL MANAGEMENT, LLC 21700 OXNARD STREET, SUITE 1520 ATTN: MICHAEL KAO / JOSHUA NIP WOODLAND HILLS, CA 91367 | 22213 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,568,535.24* | Lehman Brothers Holdings Inc. | Unsecured | $4,700,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ALDERSLY, A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION C/O PAMELA S. KAUFMANN, ESQ. HANSON BRIDGETT LLP 425 MARKET STREET, 26TH FLOOR SAN FRANCISCO, CA 94105 | 22627 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $100,510.00 |
| 5 | ALDERSLY, A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION C/O PAMELA S. KAUFMANN, ESQ. HANSON BRIDGETT LLP 425 MARKET STREET, 26TH FLOOR SAN FRANCISCO, CA 94105 | 22628 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $100,510.00 |
| 6 | AVQUAEST CAPITAL MASTER FUND, LTD. 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 65958 | 12/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,037,687.94 | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | AVQUAEST CAPITAL MASTER FUND, LTD. 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 65959 | 12/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,037,687.94 | Lehman Brothers Holdings Inc. | Unsecured | $1,037,687.94 |
| 8 | BANCO ESPIRITO SANTO PEDRO CRUCHINFO DEPARTMENTO FINANCIERO MERCADOS E ESTUDOS LISBOA, 1269-142 PORTUGAL | 17800 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined Undetermined<br><br>$0.00 | Lehman Brothers Holdings Inc. | Unsecured | $5,138,988.00 |
| 9 | BANCO ESPIRITO SANTO DEPARTAMENTO FINANCEIRO MERCADOS E ESTUDOS AV. LIBERDADE 195 LISBOA, 1250-142 PORTUGAL | 17850 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $2,308,954.19*<br><br>$2,308,954.19 | Lehman Brothers Special Financing Inc. | Unsecured | $5,138,988.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANORTE ATTN: IGNACIO SALDANA PAZ AVE. REVOLUCTION #3000, COL. PRIMAVERA MONTERREY, N.L. C.P., 64830 MEXICO | 27811 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $35,482,260.00* | Lehman Brothers Special Financing Inc. | Unsecured | $18,000,000.00 |
| 11 | BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANORTE ATTN: IGNACIO SALDANA PAZ AVE. REVOLUCTION #3000, COL. PRIMAVERA MONTERREY, N.L. C.P., 64830 MEXICO | 27812 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $35,482,260.00* | Lehman Brothers Holdings Inc. | Unsecured | $18,000,000.00 |
| 12 | BARCLAYS BANK PLC TRANSFEROR: FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED 745 SEVENTH AVENUE NEW YORK, NY 10019 | 26907 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $11,700,370.85*<br><br>$11,700,370.85 | Lehman Brothers Holdings Inc. | Unsecured | $9,100,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|-----------|-----------------|-------|--------|-----------------|-------|--------|
| 13 | BARCLAYS BANK PLC TRANSFEROR: FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED ATTN: DANIEL CROWLEY & JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK, NY 10019 | 26908 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $11,700,370.85* $11,700,370.85 | Lehman Brothers Special Financing Inc. | Unsecured | $9,100,000.00 |
| 14 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE MASTER FUND, LTD. C/O MH DAVIDSON & CO 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 4676 | 05/29/2009 | Lehman Brothers Holdings Inc. | Unsecured | $25,735,714.70 | Lehman Brothers Holdings Inc. | Unsecured | $23,500,000.00 |
| 15 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE MASTER FUND, LTD. C/O DAVIDSON KEMPNER CAPITAL MGMT LLC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 4677 | 05/29/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $25,735,714.70 | Lehman Brothers Commodity Services Inc. | Unsecured | $23,500,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | CARLYLE CREDIT PARTNERS MASTER FUND C/O CARLYLE INVESTMENT MANAGEMENT LLC ATTN: MATT STANCZUK 520 MADISON AVENUE, 41ST FLOOR NEW YORK, NY 10019 | 27578 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,398,116.99* | Lehman Brothers Holdings Inc. | Unsecured | $1,338,704.00 |
| 17 | CARLYLE CREDIT PARTNERS MASTER FUND C/O CARLYLE INVESTMENT MANAGEMENT LLC ATTN: MATT STANCZUK 520 MADISON AVENUE, 41ST FLOOR NEW YORK, NY 10019 | 27587 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,398,116.99* | Lehman Brothers Special Financing Inc. | Unsecured | $1,338,704.00 |
| 18 | CARLYLE HIGH YIELD PARTNERS IX, LTD C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093 GT QUEENSGATE HOUSE GEORGETOWN, GRAND CAYMAN, CAYMAN ISLANDS | 27575 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,000,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $4,500,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | CARLYLE HIGH YIELD PARTNERS IX, LTD C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093 GT QUEENSGATE HOUSE GEORGETOWN, GRAND CAYMAN, CAYMAN ISLANDS | 27576 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,000,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $4,500,000.00 |
| 20 | CETUS CAPITAL, LLC ATTN: RICHARD MAYBAUM, MANAGING DIRECTOR 8 SOUND SHORE DRIVE SUITE 303 GREENWICH, CT 06830 | 19811 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,546,458.34 | Lehman Brothers Special Financing Inc. | Unsecured | $1,405,000.00 |
| 21 | CETUS CAPITAL, LLC ATTN: RICHARD MAYBAUM, MANAGING DIRECTOR 8 SOUND SHORE DRIVE SUITE 303 GREENWICH, CT 06830 | 25803 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,546,458.34 | Lehman Brothers Holdings Inc. | Unsecured | $1,405,000.00 |
| 22 | COLUMBIA CORE BOND FUND 100 FEDERAL STREET BOSTON, MA 02111 | 20110 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $12,464.49* | Lehman Brothers Special Financing Inc. | Unsecured | $10,025.97 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | COLUMBIA CORE BOND FUND 100 FEDERAL ST BOSTON, MA 02111 | 20141 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $12,464.49* | Lehman Brothers Holdings Inc. | Unsecured | $10,025.97 |
| 24 | COLUMBIA INCOME FUND 100 FEDERAL STREET BOSTON, MA 02111 | 20103 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $589,233.02* | Lehman Brothers Special Financing Inc. | Unsecured | $311,994.26 |
| 25 | COLUMBIA INCOME FUND 100 FEDERAL STREET BOSTON, MA 02111 | 20104 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $589,233.02* | Lehman Brothers Holdings Inc. | Unsecured | $311,994.26 |
| 26 | COLUMBIA INTERMEDIATE BOND FUND 100 FEDERAL STREET BOSTON, MA 02111 | 20101 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,200,562.92* | Lehman Brothers Special Financing Inc. | Unsecured | $1,114,397.74 |
| 27 | COLUMBIA INTERMEDIATE BOND FUND 100 FEDERAL STREET BOSTON, MA 02111 | 20102 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,200,562.92* | Lehman Brothers Holdings Inc. | Unsecured | $1,114,397.74 |
| 28 | COLUMBIA TOTAL RETURN BOND FUND 100 FEDERAL STREET BOSTON, MA 02111 | 20111 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $24,929.00* | Lehman Brothers Holdings Inc. | Unsecured | $20,051.94 |
| 29 | COLUMBIA TOTAL RETURN BOND FUND 100 FEDERAL ST BOSTON, MA 02111 | 20142 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $24,929.00* | Lehman Brothers Special Financing Inc. | Unsecured | $20,051.94 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30 | COMMONFUND CREDIT OPPORTUNITIES COMPANY ATTN: MANAGING DIRECTOR C/O COMMONFUND OPERATIONS 15 OLD DANBURY ROAD, P.O. BOX 812 WILTON, CT 06897 | 32025 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,492,193.30* | Lehman Brothers Holdings Inc. | Unsecured | $1,360,088.01 |
| 31 | COMMONFUND CREDIT OPPORTUNITIES COMPANY ATTN: MANAGING DIRECTOR C/O COMMONFUND OPERATIONS 15 OLD DANBURY ROAD, P.O. BOX 812 WILTON, CT 06897 | 32026 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,492,193.30* | Lehman Brothers Special Financing Inc. | Unsecured | $1,360,088.01 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 32 | COOPERNEFF MASTER FUND I SEGREGATED PORTFOLIO COMPANY SPC, ACTING FOR & ON BEHALF OF ITS SEGREGATED PORTFOLIO COOPERNEFF MULTI-STRATEGY 5 SEGREGATED PORTFOLIO C/O BNP PARIBAS ATTN: JAMES GOODALL & RICHARD M. SKOLLER NEW YORK, NY 10019-6018 | 66515 | 04/09/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $2,598,644.03* | Lehman Brothers Special Financing Inc. | Unsecured | $2,300,000.00 |
| 33 | COOPERNEFF MASTER FUND I SEGREGATED PORTFOLIO COMPANY SPC, ACTING FOR & ON BEHALF OF ITS SEGREGATED PORTFOLIO COOPERNEFF MULTI-STRATEGY 5 SEGREGATED PORTFOLIO C/O BNP PARIBAS ATTN: JAMES GOODALL & RICHARD M. SKOLLER NEW YORK, NY 10019-6018 | 66516 | 04/09/2010 | Lehman Brothers Holdings Inc. | Unsecured | $2,687,771.70* | Lehman Brothers Holdings Inc. | Unsecured | $2,300,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 34 | CORPORATE BOND PORTFOLIO 100 FEDERAL STREET BOSTON, MA 02111 | 20109 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $12,464.49* | Lehman Brothers Special Financing Inc. | Unsecured | $10,025.97 |
| 35 | CORPORATE BOND PORTFOLIO 100 FEDERAL STREET BOSTON, MA 02111 | 20140 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $12,464.49* | Lehman Brothers Holdings Inc. | Unsecured | $10,025.97 |
| 36 | DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD. C/O CALEDONIAN FUND SERVICES (CAYMAN) LTD. ATTN: DAVID WALKER CALEDONIAN HOUSE, 69DR ROY'S DRIVE PO BOX 1043 GEORGE TOWN, KY1-1102 CAYMAN ISLANDS | 23529 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $677,540.19* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $650,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ASSERTED | | MODIFIED | | |
| 37 | DB GLOBAL MASTERS (CQ CAPITAL) FUNDS LTD. C/O CALEDONIAN FUND SERVICES (CAYMAN) LIMITED ATTN: DAVID WALKER CALEDONIAN HOUSE, 69 DR ROY'S DRIVE PO BOX 1043 GEORGE TOWN, GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 23489 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $677,540.19*  $677,540.19 | Lehman Brothers Holdings Inc. | Unsecured | $650,000.00 |
| 38 | DELL GLOBAL B.V. (SINGAPORE BRANCH) C/O ALSTON & BIRD LLP WILLIAM SUGDEN, ESQ 1201 WEST PEACHTREE STREET ATLANTA, GA 30309 | 12919 | 09/15/2009 | Lehman Brothers Commercial Corporation | Unsecured | $34,098,043.75* | Lehman Brothers Commercial Corporation | Unsecured | $25,400,000.00 |
| 39 | DELL GLOBAL B.V. (SINGAPORE BRANCH) C/O ALSTON & BIRD LLP WILLIAM SUGDEN, ESQ 1201 WEST PEACHTREE STREET ATLANTA, GA 30309 | 12920 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $34,098,043.75* | Lehman Brothers Holdings Inc. | Unsecured | $25,400,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 40 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 16209 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $24,670,995.00* | Lehman Brothers Special Financing Inc. | Unsecured | $23,100,000.00 |
| 41 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 16210 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $24,670,995.00* | Lehman Brothers Holdings Inc. | Unsecured | $23,100,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 42 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: VINTAGE AT CHEHALIS LLC C/O DEUTSCHE BANK SECURITIES INC/ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | 9626 | 08/28/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $524,070.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $360,570.00 |
| 43 | DIVERSIFIED INFLATION STRATEGIES LP C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02019 | 19455 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $10,719.26* | Lehman Brothers Special Financing Inc. | Unsecured | $10,706.04 |
| 44 | DOVER MASTER FUND II, L.P. TRANSFEROR: DIAMOND NOTCH OPPORTUNITIES MASTER FUND LTD C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FL NEW YORK, NY 10019 | 11970 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,897,386.55* | Lehman Brothers Holdings Inc. | Unsecured | $1,660,213.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 45 | DOVER MASTER FUND II, L.P. TRANSFEROR: DIAMOND NOTCH OPPORTUNITIES MASTER FUND LTD C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FL NEW YORK, NY 10019 | 11971 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,897,386.55* | Lehman Brothers Special Financing Inc. | Unsecured | $1,660,213.00 |
| 46 | DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE 16TH FLOOR NEW YORK, NY 10065 | 30669 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $102,045,018.35* | Lehman Brothers Holdings Inc. | Unsecured | $92,688,732.77 |
| 47 | DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE 16TH FLOOR NEW YORK, NY 10065 | 32403 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $102,045,018.35* | Lehman Brothers Special Financing Inc. | Unsecured | $92,688,732.77 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 48 | DRAKE LOW DURATION FUND C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK, NY 10065 | 30663 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $85,677.00* | Lehman Brothers Special Financing Inc. | Unsecured | $77,149.44 |
| 49 | DRAKE LOW DURATION FUND C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK, NY 10065 | 32539 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $85,677.00* | Lehman Brothers Holdings Inc. | Unsecured | $77,149.44 |
| 50 | DRAKE LOW VOLATILITY MASTER FUND, LTD., THE ATTN: STEVEN LUTTRELL 660 MADISON AVE, 16TH FLOOR NEW YORK, NY 10065 | 32454 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,235,002.94* | Lehman Brothers Special Financing Inc. | Unsecured | $1,125,256.42 |
| 51 | DRAKE LOW VOLATILITY MASTER FUND, LTD., THE ATTN: STEVEN LUTTRELL 660 MADISON AVE, 16TH FLOOR NEW YORK, NY 10065 | 32455 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,235,002.94* | Lehman Brothers Holdings Inc. | Unsecured | $1,125,256.42 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 52 | DRAKE OFFSHORE MASTER FUND, LTD, THE ATTN: STEVEN LUTTRELL 660 MADISON AVE, 16TH FLOOR NEW YORK, NY 10065 | 32466 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $19,985,028.88* | Lehman Brothers Special Financing Inc. | Unsecured | $17,719,647.26 |
| 53 | DRAKE OFFSHORE MASTER FUND, LTD. THE ATTN: STEVEN LUTTRELL C/0 DRAKE MANAGEMENT LLC 660 MADISON AVE, 16TH FLOOR NEW YORK, NY 10065 | 30667 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $19,985,028.88* | Lehman Brothers Holdings Inc. | Unsecured | $17,719,647.26 |
| 54 | DRAKE TOTAL RETURN FUND C/O DRAKE MANAGEMENT LLC ATTN : STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK, NY 10065 | 32540 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $128,547.04* | Lehman Brothers Special Financing Inc. | Unsecured | $116,243.99 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 55 | DRAKE TOTAL RETURN FUND, THE C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK, NY 10065 | 32504 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $128,547.04* | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |
| 56 | ECO MASTER FUND LIMITED C/O EOS MANAGEMENT, INC ATTN: JAY APPEL 320 PARK AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 28392 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $201,594.11* | Lehman Brothers Holdings Inc. | Unsecured | $193,570.41 |
| 57 | ECO MASTER FUND LIMITED C/O EOS MANAGEMENT, INC ATTN: JAY APPEL 320 PARK AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 28393 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $1,182,605.89* $203,451.91* $1,386,057.80 | Lehman Brothers Special Financing Inc. | Unsecured | $193,570.41 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 58 | EUROPEAN AERONAUTIC DEFENCE & SPACE CO (EADS) N.V. C/O EADS DEUTSCHLAND GMBH, CE/FI/T, WILLY MESSERSCHMITT STR., OTTOBRUNN, 85521 GERMANY | 15367 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $54,790,554.29* | Lehman Brothers Special Financing Inc. | Unsecured | $45,500,000.00 |
| 59 | FIRSTENERGY SOLUTIONS CORP. ATTN: WHOLESALE CONTRACT ADMINISTRATION MAIL STOP A-WAL-B2 341 WHITE POND DR. AKRON, OH 44320 | 30590 | 09/22/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $2,386,432.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,000,000.00 |
| 60 | FISHERMAN'S LANDING ASSOCIATES, LTD., C/O NDC REALTY INVESTMENTS, INC. 44 15 FIFTH AVENUE ATTENTION:  BILL BALSINGER PITTSBURGH, PA 15213 | 1278 | 12/11/2008 | Lehman Brothers Derivative Products Inc. | Unsecured | $72,060.81 | Lehman Brothers Derivative Products Inc. | Unsecured | $62,952.11 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | | |
| 61 | **GMO EMERGING COUNTRY DEBT, L.P. C/O GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF BOSTON, MA 02110** | **21748** | 09/21/2009 | **Lehman Brothers Special Financing Inc.** | Unsecured | $5,181,270.74 | **Lehman Brothers Special Financing Inc.** | Unsecured | $5,108,437.31 |
| 62 | **GMO EMERGING COUNTRY DEBT, L.P. C/O GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF BOSTON, MA 02110** | **21750** | 09/21/2009 | **Lehman Brothers Holdings Inc.** | Unsecured | $5,181,270.74 | **Lehman Brothers Holdings Inc.** | Unsecured | $5,108,437.31 |
| 63 | **GMO EMERGING COUNTRY LOCAL DEBT INVESTMENT FUND C/O GRANTHAM, MAYO VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF BOSTON, MA 02110** | **21746** | 09/21/2009 | **Lehman Brothers Special Financing Inc.** | Unsecured | $333,014.37 | **Lehman Brothers Special Financing Inc.** | Unsecured | $324,640.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | | |
| 64 | **HAYMAN CAPITAL MASTER FUND LP C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS, TX 75219** | 17287 | 09/18/2009 | **Lehman Brothers Special Financing Inc.** | Unsecured | $7,448,262.42* | **Lehman Brothers Special Financing Inc.** | Unsecured | $3,500,000.00 |
| 65 | **HAYMAN CAPITAL MASTER FUND, L.P. C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS, TX 75219** | 16480 | 09/18/2009 | **Lehman Brothers Holdings Inc.** | Unsecured | $7,448,262.42* | **Lehman Brothers Holdings Inc.** | Unsecured | $3,500,000.00 |
| 66 | **LEHMAN BROTHERS REAL ESTATE MEZZAINE PARTNERS, L.P. 280 PARK AVE 35TH FLOOR WEST NEW YORK, NY 10017** | 29766 | 09/22/2009 | **Lehman Brothers Special Financing Inc.** | Unsecured | $816,750.00 | **Lehman Brothers Special Financing Inc.** | Unsecured | $789,500.00 |
| 67 | **LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS L.P. ATTN: YON CHO & JOHN RANDALL 1271 AVENUE OF THE AMERICAS NEW YORK, NY 10020** | 29765 | 09/22/2009 | **Lehman Brothers Holdings Inc.** | Secured | Undetermined | **Lehman Brothers Holdings Inc.** | Unsecured | $789,500.00 |

*– Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 68 | LIQUIDITY SOLUTIONS, INC. TRANSFEROR: LANDINGS ON MILLENIA BLVD. PARTNERS, LTD., THE ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 5710 | 07/20/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $35,000.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $15,000.00 |
| 69 | LIQUIDITY SOLUTIONS, INC. TRANSFEROR: UNIVERSITY CLUB PARTNERS, LTD ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 5711 | 07/20/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $24,000.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $10,667.00 |
| 70 | OCM OPPORTUNITIES FUND VIIB DELAWARE LP ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES, CA 90071 | 18835 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $43,287,376.33* | Lehman Brothers Special Financing Inc. | Unsecured | $36,796,784.00 |
| 71 | OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES, CA 90071 | 18842 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $43,287,376.33 | Lehman Brothers Holdings Inc. | Unsecured | $36,796,784.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS | AMOUNT | DEBTOR (MODIFIED) | CLASS | AMOUNT |
|---|------|---------|------------|--------------------|-------|--------|--------------------|-------|--------|
| 72 | OIL INVESTMENT CORPORATION LTD C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02109 | 19449 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $288,046.20* | Lehman Brothers Special Financing Inc. | Unsecured | $275,794.67 |
| 73 | OIL INVESTMENTS CORPORATION LTD. C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02109 | 19450 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $287,690.90* | Lehman Brothers Holdings Inc. | Unsecured | $275,794.67 |
| 74 | OWENS & MINOR, INC 9120 LOCKWOOD BOULEVARD MICHAEL W. LOWRY MECHANICSVILLE, VA 23116 | 15318 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,296,479.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,250,000.00 |
| 75 | PACIFIC LIFE & ANNUITY COMPANY 700 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 | 39821 | 10/13/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $15,028,774.00 | Lehman Brothers Special Financing Inc. | Unsecured | $11,600,000.00 |

* – Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 76 | PACIFIC LIFE & ANNUITY COMPANY 700 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 | 40642 | 10/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $15,028,774.00 | Lehman Brothers Holdings Inc. | Unsecured | $11,600,000.00 |
| 77 | REAL ASSETS PORTFOLIO LP C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02019 | 19456 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,846.87* | Lehman Brothers Special Financing Inc. | Unsecured | $5,839.66 |
| 78 | REDFIRE, INC ATTN: PRESIDENT ONE BEACH STREET, SUITE 300 SAN FRANCISCO, CA 94133 | 12176 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $11,390,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $10,800,000.00 |
| 79 | REDFIRE, INC ATTN: PRESIDENT ONE BEACH STREET, SUITE 300 SAN FRANCISCO, CA 94133 | 12383 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $11,390,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $10,800,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 80 | SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD JEFFREY A. SCHAFFER C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY SUITE 810 NEW YORK, NY 10001 | 16260 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $1,293,414.00 |
| 81 | SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY SUITE 810 NEW YORK, NY 10001 | 16262 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,814,959.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,293,414.00 |
| 82 | SPECTRUM INVESTMENT PARTNERS LP ATTN: STEPHEN C. JACOBS, GENERAL COUNSEL & COO C/O SPECTRUM GROUP MGMT LLC 1250 BROADWAY, SUITE 810 NEW YORK, NY 10001 | 16261 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,814,959.00 | Lehman Brothers Special Financing Inc. | Unsecured | $816,292.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 83 | SPECTRUM INVESTMENT PARTNERS LP ATTN: MANAGER 1250 BROADWAY, SUITE 810 NEW YORK, NY 10022 | 16263 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,814,959.00 | Lehman Brothers Holdings Inc. | Unsecured | $816,292.00 |
| 84 | STARK GLOBAL OPPORTUNITIES MASTER FUND LTD C/O STARK GLOBAL OPPORTUNITIES MANAGEMENT LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | 16074 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $853,624.00 | Lehman Brothers Special Financing Inc. | Unsecured | $700,000.00 |
| 85 | STARK GLOBAL OPPORTUNITIES MASTER FUND LTD. C/O STARK GLOBAL OPPORTUNITIES MANAGEMENT LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | 16168 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $853,624.00 | Lehman Brothers Holdings Inc. | Unsecured | $700,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 86 | STARK MASTER FUND LTD C/O STARK OFFSHORE MANAGEMENT, LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | 16170 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $19,789,463.00 | Lehman Brothers Special Financing Inc. | Unsecured | $18,250,000.00 |
| 87 | STARK MASTER FUND LTD. ATTN:MARTHA TSUCHIHASHI C/O STARK OFFSHORE MANAGEMENT, LLC 2600 SOTH LAKE DRIVE ST. FRANCIS, WI 53235 | 18183 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $34,284,779.00 | Lehman Brothers Holdings Inc. | Unsecured | $18,250,000.00 |
| 88 | STICHTING PENSIOENFONDS VOOR HUISARTSEN ATTN: MICHEL SALDEN NEWTONLAAN 71-77 P.O. BOX 85344 3508 AH UTRECHT, NETHERLANDS | 21669 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $3,347,735.14*<br><br>$3,347,735.14 | Lehman Brothers Special Financing Inc. | Unsecured | $3,325,319.07 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 89 | STICHTING PENSIOENFONDS VOOR HUISARTSEN ATTN: MICHEL SALDEN NEWTONLAAN 71-77 P.O. BOX 85344 3508 AH UTRECHT, NETHERLANDS | 21670 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $3,347,735.14*<br><br>$3,347,735.14 | Lehman Brothers Holdings Inc. | Unsecured | $3,317,521.72 |
| 90 | TRANSAMERICA LIFE INSURANCE COMPANY F/K/A TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY ATTN; DEBRA DUBALL 4333 EDGEWOOD ROAD NE, MS 5110 CEDAR RAPIDS, IA 52499-5110 | 31971 | 09/22/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $5,321,599.66 | Lehman Brothers Holdings Inc. | Unsecured | $5,321,599.66 |
| 91 | WELLINGTON MANAGEMENT PORTFOLIOS (LUXEMBOURG) II - COMMODITIES PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02109 | 15859 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $17,540.62* | Lehman Brothers Special Financing Inc. | Unsecured | $17,518.98 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 92 | WELLINGTON TRUST COMPANY, NA MULTIPLE COMMON TRUST FUNDS TRUST - COMMODITIES PORTFOLIO C/O WELLINGTON MGMT COMP, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 15840 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $283,288.57* | Lehman Brothers Special Financing Inc. | Unsecured | $282,939.14 |
| 93 | WELLINGTON TRUST COMPANY, NA MULTIPLE COMMON TRUST FUNDS TRUST - COMMODITIES PORTFOLIO C/O WELLINGTON MGMT COMP, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 15841 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $282,939.14* | Lehman Brothers Holdings Inc. | Unsecured | $282,939.14 |
| | | | | | TOTAL | $865,989,873.31 | | TOTAL | $714,231,298.79 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                                         :
                           **Debtors.**                  :        **(Jointly Administered)**
---------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

Upon the eighty-third omnibus objection to claims, dated January 14, 2011

(the "Eighty-Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc.

and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors

in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim [Docket No. 6664], seeking to reduce, reclassify

(in certain instances), and modify the Debtor entity (in certain instances), and allow the

Settled Derivative Claims on the grounds that the Debtors and claimants have agreed

upon a claim amount and, in certain instances, a classification and Debtor counterparty

that is not currently reflected on claimants' proofs of claim, all as more fully described in

the Eighty-Third Omnibus Objection to Claims; and due and proper notice of the Motion

having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors'

Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) each

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Eighty-Third Omnibus Objection to Claims.

claimant listed on Exhibit A attached to the Eighty-Third Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Eighty-Third Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Eighty-Third Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Eighty-Third Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivative Claim listed on Exhibit 1 annexed hereto is hereby modified and allowed in the amount and classification and against the Debtor that is set forth on Exhibit 1 under the column headings *"Modified Amount,"* *"Modified Class,"* and *"Modified Debtor"*; and it is further

ORDERED that this Order supersedes all previous orders regarding the Settled Derivative Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A to the Eighty-Third Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

3