B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors. Case No. 08-13555 (JMP)

(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Chase Lincoln First Commercial Corporation** | **SMBC Nikko Capital Markets Limited (f/k/a SMBC Capital Markets Limited)** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

JPMorgan Chase & Co.
Mail Code: NY1-A436
One Chase Manhattan Plaza, Floor 26
New York, New York 10005
ATTN: Susan McNamara

Court Claim # (if known): 26235
Amount of Claim $22,602,455.33
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: 1-585-797-1972
Last Four Digits of Acct #: _____

Phone: 1-212-224-4415
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: 1-585-797-1972
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Samantha Hamerman    Samantha E. Hamerman, Authorized Signatory    Date: 1-14-11
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

LBIE - JPM Claim Sale Agreement - Execution Copy

## EVIDENCE OF TRANSFER OF CLAIM

From:
**SMBC Nikko Capital Markets Limited (f/k/a SMBC Capital Markets Limited)**

277 Park Avenue, 5th Floor
New York, NY 10172
Attention: Scott Diamond

(the "Seller")

To:
The Administators
Lehman Brothers International (Europe)

Copy:
**Chase Lincoln First Commercial Corporation**

JPMorgan Chase & Co.
Mail Code: NY1-A436
One Chase Manhattan Plaza, Floor 26
New York, New York 10005
ATTN: Susan McNamara

Date:

Dear Sirs:

**Notice of assignment of dividend from liquidation of Lehman Brothers International (Europe)**

The Seller, as assignee of SMBC Nikko Capital Markets Limited (f/k/a SMBC Capital Markets Limited) ("Original Claimant"), is a person entitled to a dividend or dividends from the estate of Lehman Brothers International (Europe) ("LBIE"), in respect of its claim arising under an ISDA Master Agreement dated as of May 12, 2000 between LBIE and Original Claimant, as described more particularly in the Proof of Debt attached hereto as Exhibit A.

The Seller hereby gives notice to the Administrators of LBIE, pursuant to rule 2.104 of the Insolvency Rules 1986, that the Seller's entitlement to such dividend or dividends (including all interim and final dividends) has been assigned to the Purchaser and requests that the Administrators pay such dividend to the Purchaser accordingly.

Payment is to be made by the Administrators to:

Bank: JPMorgan Chase Bank
ABA #: 021-000-021
Account #: 771065703
Ref: Lehman

Yours faithfully,

By: _____
    Name: Ryo Suzuki
    Title: Director