**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                  :
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
                                                  :    (Jointly Administered)
         Debtors.                                 :
                                                  :    Ref. Docket No. 13904
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 12, 2011, I caused to be served the "Monthly Report of Assets Disposed of Pursuant to the *De Minimis* Asset Sale or Abandonment Procedures," dated January 12, 2011 [Docket No. 13904], by causing true and correct copies of the:

    i. to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. to be delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii. to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Elisabetta G. Gasparini, Andrea B. Schwartz, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
13th day of January, 2011

_____
Notary Public

Pete Caris

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LBH\Affidavits\Mothly Report - De Minimis Asset Sale_DI 13904_AFF_1-12-11.doc

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | asnow@ssbb.com |
| aalfonso@willkie.com | atrehan@mayerbrown.com |
| abraunstein@riemerlaw.com | aunger@sidley.com |
| acaton@kramerlevin.com | austin.bankruptcy@publicans.com |
| acker@chapman.com | avenes@whitecase.com |
| adam.brezine@hro.com | azylberberg@whitecase.com |
| adarwin@nixonpeabody.com | bankr@zuckerman.com |
| adg@adorno.com | bankruptcy@goodwin.com |
| adiamond@diamondmccarthy.com | bankruptcy@morrisoncohen.com |
| aeckstein@blankrome.com | bankruptcymatters@us.nomura.com |
| aentwistle@entwistle-law.com | barbra.parlin@hklaw.com |
| afriedman@irell.com | bbisignani@postschell.com |
| agbanknewyork@ag.tn.gov | bdk@schlamstone.com |
| aglenn@kasowitz.com | bgraifman@gkblaw.com |
| agold@herrick.com | bguiney@pbwt.com |
| ahammer@freebornpeters.com | bhinerfeld@sbtklaw.com |
| aisenberg@saul.com | bill.freeman@pillsburylaw.com |
| akantesaria@oppenheimerfunds.com | bkmail@prommis.com |
| alesia.pinney@infospace.com | bmanne@tuckerlaw.com |
| amarder@msek.com | bmiller@mofo.com |
| amcmullen@boultcummings.com | boneill@kramerlevin.com |
| amenard@tishmanspeyer.com | bpershkow@profunds.com |
| andrew.brozman@cliffordchance.com | brian.corey@greentreecreditsolutions.com |
| andrew.lourie@kobrekim.com | brian.pfeiffer@friedfrank.com |
| angelich.george@arentfox.com | bromano@willkie.com |
| ann.reynaud@shell.com | brosenblum@jonesday.com |
| anthony_boccanfuso@aporter.com | broy@rltlawfirm.com |
| aoberry@bermanesq.com | btrust@mayerbrown.com |
| aostrow@beckerglynn.com | btupi@tuckerlaw.com |
| apo@stevenslee.com | bturk@tishmanspeyer.com |
| aquale@sidley.com | bwolfe@sheppardmullin.com |
| araboy@cov.com | bzabarauskas@crowell.com |
| arahl@reedsmith.com | cahn@clm.com |
| arheaume@riemerlaw.com | calbert@reitlerlaw.com |
| arlbank@pbfcm.com | canelas@pursuitpartners.com |
| arosenblatt@chadbourne.com | carlsons@sullcrom.com |
| arthur.rosenberg@hklaw.com | carol.weinerlevy@bingham.com |
| arwolf@wlrk.com | cbelisle@wfw.com |
| aseuffert@lawpost-nyc.com | cbelmonte@ssbb.com |
| ashaffer@mayerbrown.com | cbrotstein@bm.net |
| ashmead@sewkis.com | cgoldstein@stcwlaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| chammerman@paulweiss.com | dcoffino@cov.com |
| chardman@klestadt.com | dcrapo@gibbonslaw.com |
| charles@filardi-law.com | ddavis@paulweiss.com |
| charles_malloy@aporter.com | ddrebsky@nixonpeabody.com |
| charu.chandrasekhar@wilmerhale.com | ddunne@milbank.com |
| chipford@parkerpoe.com | deggermann@kramerlevin.com |
| chris.donoho@lovells.com | deggert@freebornpeters.com |
| christian.spieler@lehman.com | demetra.liggins@tklaw.com |
| christopher.schueller@bipc.com | deryck.palmer@cwt.com |
| clarkb@sullcrom.com | dfelder@orrick.com |
| clynch@reedsmith.com | dflanigan@polsinelli.com |
| cmontgomery@salans.com | dgrimes@reedsmith.com |
| cohenr@sewkis.com | dhayes@mcguirewoods.com |
| cp@stevenslee.com | dheffer@foley.com |
| cpappas@dilworthlaw.com | diconzam@gtlaw.com |
| craig.goldblatt@wilmerhale.com | dirk.roberts@ots.treas.gov |
| crmomjian@attorneygeneral.gov | djoseph@stradley.com |
| cs@stevenslee.com | dkleiner@velaw.com |
| csalomon@beckerglynn.com | dkozusko@willkie.com |
| cschreiber@winston.com | dladdin@agg.com |
| cshore@whitecase.com | dlemay@chadbourne.com |
| cshulman@sheppardmullin.com | dlipke@vedderprice.com |
| ctatelbaum@adorno.com | dludman@brownconnery.com |
| cwalsh@mayerbrown.com | dmcguire@winston.com |
| cward@polsinelli.com | dmurray@jenner.com |
| cweber@ebg-law.com | dneier@winston.com |
| cweiss@ingramllp.com | dodonnell@milbank.com |
| dallas.bankruptcy@publicans.com | douglas.bacon@lw.com |
| daniel.guyder@allenovery.com | dove.michelle@dorsey.com |
| dave.davis@isgria.com | dowd.mary@arentfox.com |
| david.bennett@tklaw.com | dpiazza@hodgsonruss.com |
| david.crichlow@pillsburylaw.com | dravin@wolffsamson.com |
| david.heller@lw.com | drose@pryorcashman.com |
| davids@blbglaw.com | drosenzweig@fulbright.com |
| davidwheeler@mvalaw.com | drosner@goulstonstorrs.com |
| dbalog@intersil.com | drosner@kasowitz.com |
| dbarber@bsblawyers.com | dshemano@pwkllp.com |
| dbaumstein@whitecase.com | dspelfogel@foley.com |
| dbesikof@loeb.com | dtatge@ebglaw.com |
| dcimo@gjb-law.com | dwdykhouse@pbwt.com |
| dckaufman@hhlaw.com | dwildes@stroock.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| dworkman@bakerlaw.com | gspilsbury@jsslaw.com |
| easmith@venable.com | guzzi@whitecase.com |
| echang@steinlubin.com | hanh.huynh@cwt.com |
| ecohen@russell.com | harrisjm@michigan.gov |
| efile@willaw.com | harveystrickon@paulhastings.com |
| efleck@milbank.com | hbeltzer@mayerbrown.com |
| efriedman@friedumspring.com | hbeltzer@morganlewis.com |
| egeekie@schiffhardin.com | heidi@crumbielaw.com |
| eglas@mccarter.com | heim.steve@dorsey.com |
| ehollander@whitecase.com | heiser@chapman.com |
| ekbergc@lanepowell.com | helmut.olivier@lehman.com |
| eli.mattioli@klgates.com | hirsch.robert@arentfox.com |
| elizabeth.harris@klgates.com | hollace.cohen@troutmansanders.com |
| ellen.halstead@cwt.com | holsen@stroock.com |
| eobrien@sbchlaw.com | howard.hawkins@cwt.com |
| eric.johnson@hro.com | hseife@chadbourne.com |
| eschaffer@reedsmith.com | hsnovikoff@wlrk.com |
| eschwartz@contrariancapital.com | ian.levy@kobrekim.com |
| esmith@dl.com | icatto@kirkland.com |
| ezujkowski@emmetmarvin.com | igoldstein@dl.com |
| ezweig@optonline.net | ilevee@lowenstein.com |
| fbp@ppgms.com | info2@normandyhill.com |
| feldsteinh@sullcrom.com | ira.herman@tklaw.com |
| ffm@bostonbusinesslaw.com | isgreene@hhlaw.com |
| fhyman@mayerbrown.com | israel.dahan@cwt.com |
| fishere@butzel.com | iva.uroic@dechert.com |
| francois.janson@hklaw.com | jacobsonn@sec.gov |
| frank.white@agg.com | jafeltman@wlrk.com |
| fsosnick@shearman.com | james.mcclammy@dpw.com |
| fyates@sonnenschein.com | james.sprayregen@kirkland.com |
| gabriel.delvirginia@verizon.net | jamestecce@quinnemanuel.com |
| gary.ticoll@cwt.com | jar@outtengolden.com |
| gbray@milbank.com | jason.jurgens@cwt.com |
| george.davis@cwt.com | jay.hurst@oag.state.tx.us |
| geraci@thalergertler.com | jay@kleinsolomon.com |
| ggitomer@mkbattorneys.com | jbecker@wilmingtontrust.com |
| giddens@hugheshubbard.com | jbeemer@entwistle-law.com |
| gkaden@goulstonstorrs.com | jbird@polsinelli.com |
| glenn.siegel@dechert.com | jbromley@cgsh.com |
| gmoss@riemerlaw.com | jcarberry@cl-law.com |
| gravert@mwe.com | jchristian@tobinlaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| jdrucker@coleschotz.com | jmelko@gardere.com |
| jdyas@halperinlaw.net | jmerva@fult.com |
| jean-david.barnea@usdoj.gov | jmmurphy@stradley.com |
| jeannette.boot@wilmerhale.com | jmr@msf-law.com |
| jeff.wittig@coair.com | john.mcnicholas@dlapiper.com |
| jeffrey.sabin@bingham.com | john.monaghan@hklaw.com |
| jeldredge@velaw.com | john.rapisardi@cwt.com |
| jen.premisler@cliffordchance.com | john@crumbielaw.com |
| jennifer.demarco@cliffordchance.com | joli@crlpc.com |
| jennifer.gore@shell.com | jorbach@hahnhessen.com |
| jeremy.eiden@state.mn.us | joseph.cordaro@usdoj.gov |
| jessica.fink@cwt.com | joseph.scordato@dkib.com |
| jfalgowski@reedsmith.com | joshua.dorchak@bingham.com |
| jflaxer@golenbock.com | jowen769@yahoo.com |
| jfox@joefoxlaw.com | jpintarelli@mofo.com |
| jfreeberg@wfw.com | jpintarelli@mofo.com |
| jg5786@att.com | jporter@entwistle-law.com |
| jgarrity@shearman.com | jprol@lowenstein.com |
| jgenovese@gjb-law.com | jrabinowitz@rltlawfirm.com |
| jguy@orrick.com | jrsmith@hunton.com |
| jherzog@gklaw.com | jschwartz@hahnhessen.com |
| jhiggins@fdlaw.com | jsheerin@mcguirewoods.com |
| jhorgan@phxa.com | jshickich@riddellwilliams.com |
| jhuggett@margolisedelstein.com | jsmairo@pbnlaw.com |
| jhuh@ffwplaw.com | jstoll@mayerbrown.com |
| jim@atkinslawfirm.com | jtimko@allenmatkins.com |
| jjoyce@dresslerpeters.com | jtimko@shutts.com |
| jjtancredi@daypitney.com | jtougas@mayerbrown.com |
| jjureller@klestadt.com | judy.morse@crowedunlevy.com |
| jkehoe@sbtklaw.com | jwallack@goulstonstorrs.com |
| jlamar@maynardcooper.com | jwang@sipc.org |
| jlawlor@wmd-law.com | jwcohen@daypitney.com |
| jlee@foley.com | jweiss@gibsondunn.com |
| jlevitin@cahill.com | jwest@velaw.com |
| jlipson@crockerkuno.com | jwh@njlawfirm.com |
| jliu@dl.com | jwhitman@entwistle-law.com |
| jlovi@steptoe.com | k4.nomura@aozorabank.co.jp |
| jlscott@reedsmith.com | karen.wagner@dpw.com |
| jmaddock@mcguirewoods.com | kdwbankruptcydepartment@kelleydrye.com |
| jmazermarino@msek.com | keckhardt@hunton.com |
| jmcginley@wilmingtontrust.com | keith.simon@lw.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

ken.coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lmolfetta@mayerbrown.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com


# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhs@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com

sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE T H DAVIS E GASPARINI A SCHWARTZ | 212-668-2255 |