**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------x
                                                                    :
In re:                                                              :         Chapter 11 Case No.
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,              :         08-13555 (JMP)
                                                                    :
                              Debtors.                              :         (Jointly Administered)
                                                                    :
------------------------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Merrill Lynch Capital Services, Inc.** | **CCP Credit Acquisition Holdings, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

  Merrill Lynch Capital Services, Inc.
  1133 Avenue of Americas, 42nd Floor, New York, New York 10036
  Attn : Claire Mongelard
  Phone:  646-556-2442
  Facsimile :   866-475-2315
  Last Four Digits of Acct #: N/A

With a copy to:

  Michael Wilson
  Hunton & Williams LLP
  Riverfront Plaza, East Tower
  951 East Byrd Street
  Richmond, Virginia 23219
  Telephone: (804) 788-8688
  Facsimile: (804) 788-8218
  e-mail: mwilson@hunton.com

Name and Address where transferee payments should be sent (if different from above):  N/A

Court Claim # (if known): 29742

Amount of Claim:  $8,328,814.89 (representing JPY 870,000,000 in loan principal amount and JPY 694,308.33 in accrued interest outstanding as of September 15, 2008) together with all outstanding default interest, fees and expenses as identified in the proof of claim

Amount of Claim to be transferred:  $8,328,814.89 (representing JPY 870,000,000 in loan principal amount and JPY 694,308.33 in accrued interest outstanding as of September 15, 2008) together with all outstanding default interest, fees and expenses as identified in the proof of claim

Date Claim Filed: September 22, 2009

Name and Address of Transferor:

CCP Credit Acquisition Holdings, LLC
375 Park Avenue, 13th Floor,
New York, NY 10152
Attn: Mike Epstein / Dan Boris
Phone:  212-672-4499/212-672-4493
Facsimile :   201-917-2115

**\*\*PLEASE SEE ATTACHED DOCUMENTS\*\***

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                                                                 Date: January 11, 2011
  Name:   Seth Denson
  Title:    Vice President

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

CCP CREDIT ACQUISITION HOLDINGS, LLC, 375 Park Avenue, 13th Floor, New York, NY 10152 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a LMA Trade Confirmation (Claims), with a trade date of July 28, 2010, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to MERRILL LYNCH CAPITAL SERVICES, INC., its successors and assigns, with an address of 1133 Avenue of Americas, 42nd Floor, New York, New York 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. in the filed face amount of $8,328,814.89 (representing JPY 870,000,000 in loan principal amount and JPY 694,308.33 in accrued interest outstanding as of September 15, 2008) together with all outstanding default interest, fees and expenses as identified in the proof of claim form docketed as Claim No. 29742 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, this transfer relates solely to the Claim against Lehman Brothers Holdings Inc. filed by Seller having the claim number set out above and to no other claim of Seller against Lehman Brothers Holdings Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

**IN WITNESS WHEREOF**, dated as of the _____ day of January, 2011.

CCP CREDIT ACQUISITION HOLDINGS, LLC

By: _____
Name: **Susanne V. Clark**
Title: **Authorized Signatory**


MERRILL LYNCH CAPITAL SERVICES, INC.


By: _____
Name:
Title:


46124.030192 EMF_US 32714485v1

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

CCP CREDIT ACQUISITION HOLDINGS, LLC, 375 Park Avenue, 13th Floor, New York, NY 10152 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a LMA Trade Confirmation (Claims), with a trade date of July 28, 2010, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to MERRILL LYNCH CAPITAL SERVICES, INC., its successors and assigns, with an address of 1133 Avenue of Americas, 42nd Floor, New York, New York 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. in the filed face amount of $8,328,814.89 (representing JPY 870,000,000 in loan principal amount and JPY 694,308.33 in accrued interest outstanding as of September 15, 2008) together with all outstanding default interest, fees and expenses as identified in the proof of claim form docketed as Claim No. 29742 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, this transfer relates solely to the Claim against Lehman Brothers Holdings Inc. filed by Seller having the claim number set out above and to no other claim of Seller against Lehman Brothers Holdings Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 11th day of January, 2011.

CCP CREDIT ACQUISITION HOLDINGS, LLC

By:_____

Name:
Title:


MERRILL LYNCH CAPITAL SERVICES, INC.

By:_____
Name:  Seth Denson
Title:  Vice President


46124.030192 EMF_US 32714485v1