UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                   :
:    Ref. Docket No. 13882
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 11, 2011, I caused to be served the "Notice of Amended Fifth Supplemental Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts," dated January 11, 2011 [Docket No. 13882], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c. enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
14th day of January, 2011

/s/ Notary Public                                       /s/ Samuel Garcia

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\LBH\Affidavits\Ntc of Amended 5th Supp Ord for Sttlmnt or Assump & Assignment of Prepetition Derivative Contracts_DI 13882_AFF_1-11-11.doc

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

**Email Addresses**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carlsons@sullcrom.com

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| carol.weinerlevy@bingham.com | dbalog@intersil.com |
| cbelisle@wfw.com | dbarber@bsblawyers.com |
| cbelmonte@ssbb.com | dbaumstein@whitecase.com |
| cbrotstein@bm.net | dbesikof@loeb.com |
| cgoldstein@stcwlaw.com | dcimo@gjb-law.com |
| chammerman@paulweiss.com | dckaufman@hhlaw.com |
| chardman@klestadt.com | dcoffino@cov.com |
| charles@filardi-law.com | dcrapo@gibbonslaw.com |
| charles_malloy@aporter.com | ddavis@paulweiss.com |
| charu.chandrasekhar@wilmerhale.com | ddrebsky@nixonpeabody.com |
| chipford@parkerpoe.com | ddunne@milbank.com |
| chris.donoho@lovells.com | deggermann@kramerlevin.com |
| christian.spieler@lehman.com | deggert@freebornpeters.com |
| christopher.schueller@bipc.com | demetra.liggins@tklaw.com |
| clarkb@sullcrom.com | deryck.palmer@cwt.com |
| clynch@reedsmith.com | dfelder@orrick.com |
| cmontgomery@salans.com | dflanigan@polsinelli.com |
| cohenr@sewkis.com | dgrimes@reedsmith.com |
| cp@stevenslee.com | dhayes@mcguirewoods.com |
| cpappas@dilworthlaw.com | dheffer@foley.com |
| craig.goldblatt@wilmerhale.com | diconzam@gtlaw.com |
| crmomjian@attorneygeneral.gov | dirk.roberts@ots.treas.gov |
| cs@stevenslee.com | djoseph@stradley.com |
| csalomon@beckerglynn.com | dkleiner@velaw.com |
| cschreiber@winston.com | dkozusko@willkie.com |
| cshore@whitecase.com | dladdin@agg.com |
| cshulman@sheppardmullin.com | dlemay@chadbourne.com |
| ctatelbaum@adorno.com | dlipke@vedderprice.com |
| cwalsh@mayerbrown.com | dludman@brownconnery.com |
| cward@polsinelli.com | dmcguire@winston.com |
| cweber@ebg-law.com | dmurray@jenner.com |
| cweiss@ingramllp.com | dneier@winston.com |
| dallas.bankruptcy@publicans.com | dodonnell@milbank.com |
| daniel.guyder@allenovery.com | douglas.bacon@lw.com |
| dave.davis@isgria.com | dove.michelle@dorsey.com |
| david.bennett@tklaw.com | dowd.mary@arentfox.com |
| david.crichlow@pillsburylaw.com | DPiazza@HodgsonRuss.com |
| david.heller@lw.com | dravin@wolffsamson.com |
| davids@blbglaw.com | drose@pryorcashman.com |
| davidwheeler@mvalaw.com | drosenzweig@fulbright.com |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| drosner@goulstonstorrs.com | george.davis@cwt.com |
| drosner@kasowitz.com | geraci@thalergertler.com |
| dshemano@pwkllp.com | ggitomer@mkbattorneys.com |
| dspelfogel@foley.com | giddens@hugheshubbard.com |
| dtatge@ebglaw.com | gkaden@goulstonstorrs.com |
| dwdykhouse@pbwt.com | glenn.siegel@dechert.com |
| dwildes@stroock.com | gmoss@riemerlaw.com |
| dworkman@bakerlaw.com | gravert@mwe.com |
| easmith@venable.com | gspilsbury@jsslaw.com |
| echang@steinlubin.com | guzzi@whitecase.com |
| ecohen@russell.com | hanh.huynh@cwt.com |
| efile@willaw.com | harrisjm@michigan.gov |
| efleck@milbank.com | harveystrickon@paulhastings.com |
| efriedman@friedumspring.com | hbeltzer@morganlewis.com |
| egeekie@schiffhardin.com | hbeltzer@mayerbrown.com |
| eglas@mccarter.com | heidi@crumbielaw.com |
| ehollander@whitecase.com | heim.steve@dorsey.com |
| ekbergc@lanepowell.com | heiser@chapman.com |
| eli.mattioli@klgates.com | helmut.olivier@lehman.com |
| elizabeth.harris@klgates.com | hirsch.robert@arentfox.com |
| ellen.halstead@cwt.com | hollace.cohen@troutmansanders.com |
| eobrien@sbchlaw.com | holsen@stroock.com |
| eric.johnson@hro.com | howard.hawkins@cwt.com |
| eschaffer@reedsmith.com | hseife@chadbourne.com |
| eschwartz@contrariancapital.com | hsnovikoff@wlrk.com |
| esmith@dl.com | ian.levy@kobrekim.com |
| ezujkowski@emmetmarvin.com | icatto@kirkland.com |
| ezweig@optonline.net | igoldstein@dl.com |
| fbp@ppgms.com | ilevee@lowenstein.com |
| feldsteinh@sullcrom.com | info2@normandyhill.com |
| ffm@bostonbusinesslaw.com | ira.herman@tklaw.com |
| fhyman@mayerbrown.com | isgreene@hhlaw.com |
| fishere@butzel.com | israel.dahan@cwt.com |
| francois.janson@hklaw.com | iva.uroic@dechert.com |
| frank.white@agg.com | jacobsonn@sec.gov |
| fsosnick@shearman.com | jafeltman@wlrk.com |
| fyates@sonnenschein.com | james.mcclammy@dpw.com |
| gabriel.delvirginia@verizon.net | James.Sprayregen@kirkland.com |
| gary.ticoll@cwt.com | jamestecce@quinnemanuel.com |
| gbray@milbank.com | jar@outtengolden.com |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john@crumbielaw.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com

Page **4** of **8**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| jwang@sipc.org | lisa.kraidin@allenovery.com |
| jwcohen@daypitney.com | LJKotler@duanemorris.com |
| jweiss@gibsondunn.com | lmarinuzzi@mofo.com |
| jwest@velaw.com | Lmay@coleschotz.com |
| jwh@njlawfirm.com | lmcgowen@orrick.com |
| jwhitman@entwistle-law.com | lml@ppgms.com |
| k4.nomura@aozorabank.co.jp | lnashelsky@mofo.com |
| karen.wagner@dpw.com | loizides@loizides.com |
| KDWBankruptcyDepartment@kelleydrye.com | lromansic@steptoe.com |
| keckhardt@hunton.com | lscarcella@farrellfritz.com |
| keith.simon@lw.com | lschweitzer@cgsh.com |
| Ken.Coleman@allenovery.com | lthompson@whitecase.com |
| ken.higman@hp.com | lubell@hugheshubbard.com |
| kgwynne@reedsmith.com | lwhidden@salans.com |
| kiplok@hugheshubbard.com | mabrams@willkie.com |
| kkelly@ebglaw.com | MAOFILING@CGSH.COM |
| klyman@irell.com | Marc.Chait@standardchartered.com |
| kmayer@mccarter.com | margolin@hugheshubbard.com |
| kobak@hugheshubbard.com | mark.deveno@bingham.com |
| korr@orrick.com | mark.ellenberg@cwt.com |
| KOstad@mofo.com | mark.houle@pillsburylaw.com |
| kovskyd@pepperlaw.com | mark.sherrill@sutherland.com |
| kowens@foley.com | martin.bury@lehman.com |
| kpiper@steptoe.com | martin.davis@ots.treas.gov |
| kressk@pepperlaw.com | Marvin.Clements@ag.tn.gov |
| KReynolds@mklawnyc.com | matthew.klepper@dlapiper.com |
| krosen@lowenstein.com | matthew.morris@lovells.com |
| krubin@ozcap.com | mbenner@tishmanspeyer.com |
| kstahl@whitecase.com | mberman@nixonpeabody.com |
| kuehn@bragarwexler.com | mbienenstock@dl.com |
| kurt.mayr@bgllp.com | mbossi@thompsoncoburn.com |
| lacyr@sullcrom.com | mcademartori@sheppardmullin.com |
| Landon@StreusandLandon.com | mcordone@stradley.com |
| lawallf@pepperlaw.com | mcto@debevoise.com |
| lberkoff@moritthock.com | mdorval@stradley.com |
| Lee.Stremba@troutmansanders.com | meltzere@pepperlaw.com |
| lgranfield@cgsh.com | metkin@lowenstein.com |
| lhandelsman@stroock.com | mfeldman@willkie.com |
| linda.boyle@twtelecom.com | mgordon@briggs.com |
| lisa.ewart@wilmerhale.com | mgreger@allenmatkins.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| mhanchet@mayerbrown.com | nlepore@schnader.com |
| mhopkins@cov.com | notice@bkcylaw.com |
| michael.bonacker@lehman.com | oipress@travelers.com |
| michael.frege@cms-hs.com | omeca.nedd@lovells.com |
| michael.kim@kobrekim.com | paronzon@milbank.com |
| millee12@nationwide.com | patrick.oh@freshfields.com |
| miller@taftlaw.com | patrick.schmitz-morkramer@lehman.com |
| mimi.m.wong@irscounsel.treas.gov | paul.turner@sutherland.com |
| mitchell.ayer@tklaw.com | pbattista@gjb-law.com |
| mjacobs@pryorcashman.com | pbosswick@ssbb.com |
| mjedelman@vedderprice.com | pdublin@akingump.com |
| MJR1@westchestergov.com | peisenberg@lockelord.com |
| mkjaer@winston.com | peter.gilhuly@lw.com |
| mlahaie@akingump.com | peter.macdonald@wilmerhale.com |
| MLandman@lcbf.com | peter.simmons@friedfrank.com |
| mlynch2@travelers.com | peter@bankrupt.com |
| mmendez@hunton.com | pfeldman@oshr.com |
| mmooney@deilylawfirm.com | phayden@mcguirewoods.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com |
| mmurphy@co.sanmateo.ca.us | pnichols@whitecase.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com |
| mpage@kelleydrye.com | psp@njlawfirm.com |
| mpucillo@bermanesq.com | ptrostle@jenner.com |
| mrosenthal@gibsondunn.com | pwirt@ftportfolios.com |
| mruetzel@whitecase.com | pwright@dl.com |
| mschimel@sju.edu | r.stahl@stahlzelloe.com |
| mshiner@tuckerlaw.com | raj.madan@bingham.com |
| msiegel@brownrudnick.com | rajohnson@akingump.com |
| mspeiser@stroock.com | ramona.neal@hp.com |
| mstamer@akingump.com | ranjit.mather@bnymellon.com |
| mvenditto@reedsmith.com | rbeacher@daypitney.com |
| mwarren@mtb.com | rbernard@bakerlaw.com |
| ncoco@mwe.com | rbyman@jenner.com |
| neal.mann@oag.state.ny.us | rchoi@kayescholer.com |
| ned.schodek@shearman.com | rdaversa@orrick.com |
| newyork@sec.gov | relgidely@gjb-law.com |
| nfurman@scottwoodcapital.com | rfleischer@pryorcashman.com |
| Nherman@morganlewis.com | rfrankel@orrick.com |
| nissay_10259-0154@mhmjapan.com | rfriedman@silvermanacampora.com |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| rgmason@wlrk.com | schannej@pepperlaw.com |
| rgraham@whitecase.com | Schepis@pursuitpartners.com |
| rhett.campbell@tklaw.com | schnabel.eric@dorsey.com |
| RHS@mccallaraymer.com | schristianson@buchalter.com |
| richard.lear@hklaw.com | schwartzmatthew@sullcrom.com |
| richard.levy@lw.com | Scott.Gibson@dubaiic.com |
| richard.tisdale@friedfrank.com | scottshelley@quinnemanuel.com |
| ritkin@steptoe.com | scousins@armstrongteasdale.com |
| RJones@BoultCummings.com | sdnyecf@dor.mo.gov |
| RLevin@cravath.com | sehlers@armstrongteasdale.com |
| rmatzat@hahnhessen.com | sfelderstein@ffwplaw.com |
| rnetzer@willkie.com | sfineman@lchb.com |
| rnorton@hunton.com | sfox@mcguirewoods.com |
| robert.bailey@bnymellon.com | sgordon@cahill.com |
| robert.dombroff@bingham.com | sgubner@ebg-law.com |
| robert.henoch@kobrekim.com | shannon.nagle@friedfrank.com |
| robert.malone@dbr.com | sharbeck@sipc.org |
| Robert.yalen@usdoj.gov | shari.leventhal@ny.frb.org |
| robertdakis@quinnemanuel.com | shgross5@yahoo.com |
| Robin.Keller@Lovells.com | shumaker@pursuitpartners.com |
| ronald.silverman@bingham.com | sidorsky@butzel.com |
| rqureshi@reedsmith.com | slerner@ssd.com |
| rreid@sheppardmullin.com | slevine@brownrudnick.com |
| rroupinian@outtengolden.com | SLoden@DiamondMcCarthy.com |
| rrussell@andrewskurth.com | smayerson@ssd.com |
| rterenzi@stcwlaw.com | smillman@stroock.com |
| RTrust@cravath.com | smulligan@bsblawyers.com |
| russj4478@aol.com | snewman@katskykorins.com |
| rwasserman@cftc.gov | sory@fdlaw.com |
| rwyron@orrick.com | spiotto@chapman.com |
| s.minehan@aozorabank.co.jp | splatzer@platzerlaw.com |
| sabin.willett@bingham.com | squigley@lowenstein.com |
| sabramowitz@velaw.com | SRee@lcbf.com |
| sagolden@hhlaw.com | sselbst@herrick.com |
| Sally.Henry@skadden.com | sshimshak@paulweiss.com |
| sandyscafaria@eaton.com | steele@lowenstein.com |
| Sara.Tapinekis@cliffordchance.com | stephen.cowan@dlapiper.com |
| sbernstein@hunton.com | steve.ginther@dor.mo.gov |
| scargill@lowenstein.com | steven.wilamowsky@bingham.com |
| Streusand@StreusandLandon.com | susan.schultz@newedgegroup.com |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com

wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Additional Party**

lmolfetta@mayerbrown.com

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Name | Fax |
|---|---|
| Office of the US Trustee T H Davis E Gasparini A Schwartz | 212-668-2255 |
| Internal Revenue Service | 212-436-1931 |