UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                        Debtors.                            :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 13840, 13842,
                                                                 13843, 13848, 13850-13854, 13858,
                                                                 13869 & 13888

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 12, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
17th day of January, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 13840, 13842, 13843, 13848, 13850-13854, 13858, 13869 & 13888_AFF_01-12-11.doc

# EXHIBIT A

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  JPMORGAN CHASE BANK, N.A.
     TRANSFEROR: SECONDMARKET, INC.
     4 NEW YORK PLAZA, 16TH FLOOR
     NEW YORK NY 10004
```

Please note that your claim # 50055-05 in the above referenced case and in the amount of $4,961,094.09    has been transferred **(unless previously expunged by court order)**

```
     YORK CREDIT OPPORTUNITIES MASTER FUND, L.P.
     TRANSFEROR: JPMORGAN CHASE BANK, N.A.
     ATTN: MARGARET MAURO
     767 FIFTH AVENUE, 17TH FLOOR
     NEW YORK NY 10153
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13840    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2011                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 12, 2011.

**EXHIBIT B**

```
TIME: 19:07:44                                        LEHMAN BROTHERS HOLDING INC.                                                           PAGE:   1
DATE: 01/12/11                                              CREDITOR LISTING

Name                                    Address
ACTA ASSET MANAGEMENT ASA               TRANSFEROR: GRONSTEDT, EVA BOREHAUGEN 1 STAVANGER    40 06 NORWAY
ACTA ASSET MANAGEMENT ASA               TRANSFEROR: RYDELEN, ALF BOREHAUGEN 1 STAVANGER    40 06 NORWAY
ACTA ASSET MANAGEMENT ASA               TRANSFEROR: RYDELEU, CECILIA BOREHAUGEN 1 STAVANGER    40 06 NORWAY
ACTA ASSET MANAGEMENT ASA               TRANSFEROR: SVEUSSON, LENNART BOREHAUGEN 1 STAVANGER    40 06 NORWAY
ACTA ASSET MANAGEMENT ASA               TRANSFEROR: THOMASSON, CHRISTER BOREHAUGEN 1 STAVANGER    40 06 NORWAY
AM MASTER FUND I, LP                    ONE LIBERTY PLAZA - 27TH FLOOR NEW YORK NY 10006
BANCA CARIGE S.P.A.                     LUCA AMELOTTI BANCA CARIGE SPA VIA CASSA DI RISPARMIO 15 OFFICE 903 FINANZA POST TRADING GENOVA    16123 ITALY
BANCA CARIGE S.P.A.                     VIA CASSA DI RISPARMIO 15 GENOVA    16123 ITALY
BANK VONTOBEL AG                        TRANSFEROR: CREDIT SUISSE GOTTHARDSTRASSE 43 POSTFACH ZURICH   CH-8022 SWITZERLAND
BONTEN MEDIA GROUP INC.                 BONTEN MEDIA GROUP HOLDINGS, INC. ATTN: WILLIAM S. MOODY 675 THIRD AVENUE, SUITE 2521 NEW YORK NY 10017
CREDIT SUISSE                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: BONTEN MEDIA GROUP INC. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                        NEW YORK NY 10005
GRONSTEDT, EVA                          SEGLAREG 21 GOTEBORG   SE-41457 SWEDEN
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: SECONDMARKET, INC. 4 NEW YORK PLAZA, 16TH FLOOR NEW YORK NY 10004
LONGACRE OPPORTUNITY FUND, L.P.         TRANSFEROR: AM MASTER FUND I, LP ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
MERRILL LYNCH INTERNATIONAL             TRANSFEROR: BANCA CARIGE S.P.A. ATTN: SIMON ORR 2 KING EDWARD STREET LONDON   EC1AHQ ENGLAND
RYDELEN, ALF                            BLAKLINTSVAGEN 3C HAVERDAL    31042 SWEDEN
RYDELEU, CECILIA                        BLAKLINTSVAGEN 3C HAVERDAL    310 42 SWEDEN
SVEUSSON, LENNART                       MAJORSGATEN 14 UDDEVALLA    45152 SWEDEN
THOMASSON, CHRISTER                     ANGGATAN 1 NASSJO    571 42 SWEDEN
YORK CREDIT OPPORTUNITIES FUND, L.P.    TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES MASTER FUND,  TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
L.P.
YORK EUROPEAN OPPORTUNITIES MASTER FUND, TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
L.P.

Total Number of Records Printed           24

                                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```