UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                  :

In re                                   :          **Chapter 11 Case No.**

                                   :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :          **08-13555 (JMP)**

                                   :          **(Jointly Administered)**

                  **Debtors.**            :

                                   :

-------------------------------------------------------------------x     **Ref. Docket Nos. 13877, 13892 &**
                                                    **13894**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On January 13, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/ Lauren Rodriguez*
                                                Lauren Rodriguez

Sworn to before me this
17th day of January, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |   Chapter 11 Case No.
                                         |
                                         |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                                         |   (Jointly Administered)
                                         |
                 Debtors.                |
                                         |
                                         |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:   ENERGYCO MKTG AND TRDG, LLC N/K/A OPTIM ENERGY MKTG, LLC
           C/O LOWENSTEIN SANDLER PC
           ATTN: S. JASON TEELE
           65 LIVIGSTON AVENUE
           ROSELAND NJ 07068
```

Please note that your claim # 22021 in the above referenced case and in the amount of
         $1,245,435.79        has been transferred **(unless previously expunged by court order)**

```
           DEUTSCHE BANK AG, LONDON BRANCH
           TRANSFEROR: ENERGYCO MKTG AND TRDG, LLC N/K/A OPTIM ENERGY MKTG, LLC
           ATTN: MATTHEW WEINSTEIN
           60 WALL STREET, 3RD FLOOR
           NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13877        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 13, 2011.

# EXHIBIT B

TIME: 17:10:06
DATE: 01/13/11
PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANK VONTOBEL AG | TRANSFEROR: UBS AG GOTTHARDSTRASSE 43 POSTFACH ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG, ZURICH | TRANSFEROR: CREDIT SUISSE GOTTHARDSTRASSE 43 POSTFACH ZURICH CH-8022 SWITZERLAND |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ENERGYCO MKTG AND TRDG, LLC N/K/A OPTIM ENERGY MKTG, LLC ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: REDFIRE, INC ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG,LONDON BRANCH | TRANSFEROR: REDFIRE, INC ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| ENERGYCO MKTG AND TRDG, LLC N/K/A OPTIM ENERGY MKTG, LLC | C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVIGSTON AVENUE ROSELAND NJ 07068 |
| REDFIRE, INC | ATTN: PRESIDENT ONE BEACH STREET, SUITE 300 SAN FRANCISCO CA 94133 |
| UBS AG | BAHNHOFSTR. 45 ZURICH 8001 SWITZERLAND |
| UBS AG | HUGO KOLLER, OQ9C/05GC UBS AG PO BOX ZURICH 8098 SWITZERLAND |

Total Number of Records Printed          11

EPIQ BANKRUPTCY SOLUTIONS, LLC