UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
            Debtors.                                             :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket No. 13908

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 14, 2010, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
17th day of January, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

———————————————————————————————————
In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,              | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                    Debtors.                       |
———————————————————————————————————

## NOTICE OF DEFECTIVE TRANSFER

Transferor:     CREDIT SUISSE (DEUTSCHLAND) AG
                ATTN: ALLEN GAGE
                1 MADISON AVE
                NEW YORK NY 10010


Additional:     CREDIT SUISSE (DEUTSCHLAND) AG
                CRAVATH, SWAINE & MOORE LLP
                ATTN: RICHARD LEVIN
                WORLDWIDE PLAZA
                825 EIGHTH AVENUE
                NEW YORK. NY 10019




Transferee:     HYPOSWISS PRIVATBANK AG
                SCHUTZENGASSE 4
                ZURICH 8021 SWITZERLAND




Your transfer   of claim #   55824   is defective for the reason(s) checked below:

Other                                ISIN IN TRANSFER NOT IN CLAIM #55824




Docket Number 13908              Date 01/12/11


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2011.

**EXHIBIT B**

```
TIME: 13:35:16                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 01/14/11                                         CREDITOR LISTING

Name                              Address
CREDIT SUISSE (DEUTSCHLAND) AG    ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (DEUTSCHLAND) AG    CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK, NY 10019
HYPOSWISS PRIVATBANK AG           SCHUTZENGASSE 4 ZURICH  8021 SWITZERLAND

Total Number of Records Printed      3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC