UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                    Debtors.                                       :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 13855, 13887,
                                                                        13899, 13908, 13911-13914 &
                                                                        13915

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 14, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Lauren Rodriguez
                                                              Lauren Rodriguez

Sworn to before me this
17th day of January, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MERRILL LYNCH INTERNATIONAL
      TRANSFEROR: BANCA CARIGE S.P.A.
      ATTN: SIMON ORR
      2 KING EDWARD STREET
      LONDON    EC1AHQ
      ENGLAND
```

Please note that your claim # 46900-01 in the above referenced case and in the amount of
        $7,087,500.00         has been transferred **(unless previously expunged by court order)**

```
      BANC OF AMERICA SECURITIES LLC
      TRANSFEROR: MERRILL LYNCH INTERNATIONAL
      214 N TRYON STREET, NC1-027-14-01
      ATTN: MEREDITH R. SMITH
      CHARLOTTE NC 28255
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13855     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2011.

**EXHIBIT B**

```
TIME: 12:45:50                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 01/14/11                                   CREDITOR LISTING

Name                              Address
BANC OF AMERICA SECURITIES LLC    TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: MEREDITH R. SMITH CHARLOTTE NC 28255
BANC OF AMERICA SECURITIES LLC    TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH R. SMITH 214 N TYSON STREET NC1-027-14-01 CHARLOTTE NC 28255
BANCA POPOLARE DI RAVENNA SPA     TRANSFEROR: CREDIT SUISSE FILIALE DI CERVIA PIAZZA GARIBALDI 16/17 CERVIA (RAVENNA)  48015 ITALY
CAPITAL BANK - GRAWE GRUPPE AG    ATTN: MICHAEL NINDL BRANDHOFGASSE 22 GRAZ  8010 AUSTRIA
CAPITAL BANK - GRAWE GRUPPE AG    HARVEY DYCHIAO FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022
CAPITAL BANK - GRAWE GRUPPE AG    JEROME RANAWAKE FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022
CITIBANK, N.A. JERSEY BRANCH      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK, N.A. JERSEY BRANCH      ATTN: PHILIP HOOPER P.O. BOX 728, 38 ESPLANADE ST. HELIER JERSEY  JE4 8ZT UNITED KINGDOM
CREDIT SUISSE                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE INTERNATIONAL       TRANSFEROR: CITIBANK, N.A. JERSEY BRANCH ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
ELLIOTT INTERNATIONAL, L.P.       TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR ATTN: MICHAEL STEPHAN NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.       TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL NEW YORK NY 10019
JP MORGAN CHASE, N.A.             TRANSFEROR: CAPITAL BANK - GRAWE GRUPPE AG ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, FLOOR 26 MAILING CODE: NYI-A436 NEW YORK NY 10005
LIVERPOOL LIMITED PARTNERSHIP, THE  TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR ATTN: MICHAEL STEPHAN NEW YORK NY 10019
LIVERPOOL LIMITED PARTNERSHIP, THE  TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL NEW YORK NY 10019
MERRILL LYNCH INTERNATIONAL       TRANSFEROR: BANCA CARIGE S.P.A. ATTN: SIMON ORR 2 KING EDWARD STREET LONDON  EC1AHQ ENGLAND

Total Number of Records Printed    17
```