KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
292 Madison Avenue, 17th Floor
New York, NY 10017
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

*Counsel to GLG Credit Fund*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF GLG**
**CREDIT FUND TO PERMIT IT TO FILE A LATE PROOF OF CLAIM**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of GLG Credit Fund to Permit it File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) [Docket No. 9537] (the "Motion"), which was scheduled for a hearing on January 20, 2011, at 10:00 a.m., **has been adjourned to March 31, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: January 18, 2011
       New York, New York

                                            KLESTADT & WINTERS, LLP
                                            Attorneys for GLG Credit Fund


                                            By: */s/ John E. Jureller, Jr.*
                                                 John E. Jureller, Jr.
                                            292 Madison Avenue, 17th Floor
                                            New York, New York 10017
                                            (212) 972-3000

To:   Shai Y. Waisman, Esq.
      Mark Bernstein, Esq.
      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, NY 10153
      (212) 310-8778
      Attorneys for Debtors

      Dennis F. Dunne, Esq.
      Evan R. Fleck, Esq.
      Dennis C. O'Donnell, Esq.
      Milbank, Tweed, Hadley & McCloy LLP
      1 Chase Manhattan Plaza
      New York, NY 10005
      (212) 530-5000
      Attorneys for Creditors' Committee

# CERTIFICATE OF SERVICE

JOHN E. JURELLER, JR., being duly sworn, hereby certifies as follows:

1.  I am over the age of 18, am not a party to this action, and am a partner in the firm of Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York, 10017.

2.  On the 18th day of January, 2011, I served a copy of Notice of Adjournment, by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon:

Shai Y. Waisman, Esq.
Mark Bernstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attorneys for Debtors

Dennis F. Dunne, Esq.
Evan R. Fleck, Esq.
Dennis C. O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attorneys for Creditors' Committee

*/s/ John E. Jureller, Jr.*
John E. Jureller, Jr.

Dated: January 18, 2011