WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtor. | Chapter 11 Case No.<br>08-13555 (JMP)<br><br>(Jointly Administered) |
| BANK OF AMERICA, N.A.,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Defendant and Counterclaim-Plaintiff. | Adv. Proc. No.<br>08-01753 (JMP) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 19, 2011 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    ADVERSARY PROCEEDING:**

   1.   Bank of America v. Lehman Brothers Special Financing, Inc., et al. **[Adversary Case No. 08-01753]**

        **Status Conference**

Related Documents:

A. Order Granting Lehman Brothers Holdings Inc., et al.'s Motion for Summary Judgment **[Docket No. 98]**

B. Judgment **[Docket No. 99]**

C. Joint Status Report Regarding Further Proceedings **[Docket No. 113]**

Status: This matter is going forward.

Dated: January 18, 2011
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession