B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.           Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>The Royal Bank of Scotland plc</u>                          <u>Royal Bank America</u>
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>67269 (amending Claim</u>
should be sent:                                    <u>45137 filed 10/23/09, amending Claim 30349 filed</u>
The Royal Bank of Scotland plc                    <u>9/22/09)</u>
600 Washington Blvd.                              Amount of Claim:<u>$4,300,000.00</u>
Stamford, CT 06901                                Date Claim Filed:<u>12/20/10</u>
Attention: Matthew Rosencrans                     Debtor: <u>Lehman Brothers Holdings Inc.</u>

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: <u>203-897-2644</u>                              Phone: _____
Last Four Digits of Acct #: _____       Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____

624784.5/2620-00337                          26

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: __1/18/11__
       Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

624784.5/2620-00337      27