WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS**
**OF CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection"), solely as to the claims listed on Exhibit A attached hereto, that was scheduled for January 20, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing. The hearing on Debtor's Objection to claims not listed on Exhibit

A will proceed as scheduled on January 20, 2011 at 10:00 a.m. (Prevailing Eastern Time) before

the Honorable James M. Peck.

Dated: January 18, 2011
      New York, New York

                           /s/ Shai Y. Waisman
                           Shai Y. Waisman

                           WEIL, GOTSHAL & MANGES LLP
                           767 Fifth Avenue
                           New York, New York 10153
                           Telephone: (212) 310-8000
                           Facsimile: (212) 310-8007

                           Attorneys for Debtors
                           and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Ian Anderson | 12809 |
| Neil Banbury | 10586 |
| Michael Beglan | 12356 |
| Michael Benedetto | 12993 |
| David Bizer | 14190 |
| Brian Boyle | 30720 |
| Luke Brennan | 12726 |
| Paul E. Brewer | 21398 |
| Russell Brownback | 3095 |
| Lilliana Buccellati | 12067 |
| Robert Chapman | 13433 |
| Kevin Clifford | 12305 |
| Paul Coles | 18227 |
| Edmund Craston | 17879 |
| Charles Diccianni | 12314 |
| Kathleen C. Duffy | 21911 |
| Robert C. Dyer | 28012 |
| Jonathan Frew | 10759 |
| Mungo Gill | 11095 |
| Sheryl Goldman | 10029 |
| Michael Gran | 23900 |
| Ottmar Hall | 12297 |
| Mads Heideby | 18230 |
| Bruce Hendry | 18226 |
| Richard Holmes | 13976 |
| Tom Hooton | 10891 |
| Andrea T. Jao | 5340 |
| James Law | 12099 |
| Craig Kellard | 12821 |
| Judith Ann Kenney | 13929 |
| Brian Kerrane | 13774, 30028 |
| Henry Klein | 18805 |
| Jeremy Kramer | 18325 |
| Rob Krugel | 13972 |
| Mary E. Langevin | 24675 |
| Samantha Malthouse | 9428 |
| Patrick Marshall | 18233 |
| Marie Mazziotti | 21911 |

| **Claimant Name** | **Claim Number** |
|---|---|
| Peter McKenna | 13822 |
| Ewen Melling | 24511 |
| Robert B. Millard | 21401 |
| Claudia Mocanasu | 12964 |
| Sharon Moragne | 21358 |
| Barbara Muinos | 11043 |
| Gavin Netzel | 12806 |
| Richard Noble | 14197 |
| Rae Parsons | 11227 |
| Andrea Penton | 12044 |
| David Rabenold | 11533 |
| Daryl Rattigan | 18229 |
| Daniel Revell | 11301 |
| Bernadette A. Risi | 12311 |
| Paul Nigel Shotton | 21362 |
| Nick Slape | 28319 |
| Gregg Somma | 24373 |
| John Stein | 3098 |
| Herman Stolk | 10261 |
| Sandra Stolk | 10262 |
| Andrea Sullivan | 13087 |
| Peter E. Sundman | 15092 |
| John K. Sweeney | 21399 |
| Ian Toal | 12811 |
| Jason Tudor | 32235 |
| Susan Walsh | 25241, 25242 |
| Colin S. A. Welch | 13290 |
| Nicole Zeller | 12218 |