WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
**In re**                                                       :   **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                    :   **08-13555 (JMP)**
                                                                :
                              **Debtors.**                      :   **(Jointly Administered)**
                                                                :
                                                                :
----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Seventy-Fifth Omnibus

Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection"), solely

as to the claims listed on Exhibit A attached hereto, that was scheduled for January 20, 2011, at

10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 3, 2011, at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  **The**

**hearing on the Objection as to all other claims set forth therein shall proceed as scheduled**

**on January 20, 2011, at 10:00 a.m. (Prevailing Eastern Time)**.  The Hearing will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the

Hearing.

US_ACTIVE:\43607567\01\58399.0008

Dated:  January 18, 2011
        New York, New York

<div style="margin-left: 40%;">

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

</div>

## Exhibit A

### Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Lucky Asia Trading Limited | 34424 |
| Zito, Robert L. | 479 |

US_ACTIVE:\43607567\01\58399.0008