B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors. Case No. 08-13555 (JMP)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lataj Group LLC | Chase Lincoln First Commercial Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Lataj Group LLC
c/o Richards Kibbe & Orbe
Attn: Larry Halperin
One World Financial Center
New York, New York 10281

Court Claim # (if known): 26235
Amount of Claim: $22,602,455.33_____
Date Claim Filed: September 21, 2009_____
Debtor: Lehman Brothers Holdings Inc.

Phone: 212 530 1800_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

SMBC Nikko JPM Flip to DK TOC 12-28-10 (7).doc

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Richards Kibbe & Orbe LLP_  Date: 1/12/2011
Richards Kibbe & Orbe LLP, as authorized signatory
and not in the capacity as legal counsel to the Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

SMBC Nikko JPM Flip to DK TOC 12-28-10 (5).doc