WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :   08-13555 (JMP)
                                                             :
                    Debtors.                                 :   (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION TO CERTAIN CLAIMS**
**OF INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND LTD**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), **solely with respect to the claims listed on Exhibit A annexed hereto**, that was scheduled for September 1, 2010, at 2:00 p.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to January 20, 2011 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned to March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Investcorp Interlachen Multi-Strategy Master Fund Ltd | 11972 |
| Investcorp Interlachen Multi-Strategy Master Fund Ltd | 11973 |

Dated: January 18, 2011
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ Shai Y. Waisman
　　　　　　　　　　　　　　　　　　　　Shai Y. Waisman
　　　　　　　　　　　　　　　　　　　　Penny P. Reid

　　　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 310-8007

　　　　　　　　　　　　　　　　　　　　Attorneys for Debtors
　　　　　　　　　　　　　　　　　　　　and Debtors in Possession