WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' SIXTY-SEVENTH OMNIBUS OBJECTION**
**TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), **solely with respect to the claims listed on Exhibit A annexed hereto**, that was scheduled for December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned to January 20, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned to March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing on the Objection as to all other claims set forth in the Objection shall proceed as scheduled on January 20, 2011 at 10:00 a.m (Prevailing Eastern Time).  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

US_ACTIVE:\43604751\03\58399.0008

be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: January 18, 2011
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
Penny P. Reid
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Canyon Balanced Master Fund, Ltd. | 17438 |
| Canyon Capital Arbitrage Master Fund, Ltd. | 17884 |
| Canyon Capital Arbitrage Master Fund, Ltd. | 17885 |
| Canyon Value Realization Fund (Cayman), Ltd., The | 17714 |
| Canyon Value Realization Fund (Cayman), Ltd., The | 17886 |
| Canyon Value Realization Fund, L.P. | 17881 |
| Canyon Value Realization Fund, L.P. | 17882 |
| Capstone Volatility Master (Cayman) Limited | 12170 |
| Capstone Volatility Master (Cayman) Limited | 12171 |
| Castlerigg Master Investments Ltd | 27310 |
| China Minsheng Banking Corp., Ltd | 18870 |
| China Minsheng Banking Corp., Ltd | 18871 |
| Citibank, N.A., In Its Capacity As Trustee | 22640 |
| Citibank, N.A., In Its Capacity As Trustee | 22777 |
| Commonwealth Bank of Australia | 14796 |
| Commonwealth Bank of Australia | 14797 |
| Commonwealth Bank of Australia | 14798 |
| Commonwealth Bank of Australia | 14799 |
| CSP II USIS Holdings L.P. | 16198 |
| CSP II USIS Holdings L.P. | 16199 |
| E-Capital Profits Limited | 17556 |
| E-Capital Profits Limited | 17558 |
| Federal Home Loan Bank of DeMoines | 23895 |
| Federal Home Loan Bank of DeMoines | 23896 |
| Halbis USSCredit Alpha Master Fund, Ltd | 12897 |
| ICM Business Trust C/O Ionic Capital Management LLC | 14172 |
| ICM Business Trust, C/O Ionic Capital Management LLC | 14173 |
| Kilroy Realty, L.P. | 12597 |
| Lloyds TSB Bank PLC | 17727 |
| Lloyds TSB Bank PLC | 17728 |
| Lloyds TSB Bank PLC | 17729 |
| Lloyds TSB Bank PLC | 17730 |
| Loeb Arbitrage B Fund LP | 12032 |
| Loeb Arbitrage B Fund LP | 12033 |
| Loeb Arbitrage Fund | 12034 |
| Loeb Arbitrage Fund | 12035 |
| Loeb Offshore B Fund Ltd. | 12028 |
| Loeb Offshore B Fund Ltd. | 12029 |
| Loeb Offshore Fund Ltd. | 12030 |
| Loeb Offshore Fund Ltd. | 12031 |
| Mariner LDC | 23763 |
| Mariner-Tricadia Credit Strategies Master Fund Ltd | 23755 |
| Mariner-Tricadia Credit Strategies Master Fund Ltd | 23756 |
| Merrill Lynch Credit Products, LLC | 17450 |

| **Claimant Name** | **Claim Number** |
|---|---|
| Merrill Lynch Credit Products, LLC | 18011 |
| Mitsui & Co Energy Risk Management Ltd. | 14100 |
| Mitsui & Co Energy Risk Management Ltd. | 14101 |
| National Bank of Canada | 15693 |
| National Bank of Canada | 15848 |
| New South Federal Savings Bank, F.S.B. | 29995 |
| Nexstar Developing Opportunities Master Fund, Ltd | 33279 |
| Owl Creek I, L.P. | 30836 |
| Owl Creek I, L.P. | 30837 |
| Owl Creek II, L.P. | 30834 |
| Owl Creek II, L.P. | 30835 |
| Owl Creek Overseas Fund, Ltd. | 30832 |
| Owl Creek Overseas Fund, Ltd. | 30833 |
| Pentwater Growth Fund Ltd | 14082 |
| Pentwater Growth Fund Ltd | 14083 |
| Pohjola Bank PLC | 21406 |
| Pohjola Bank PLC | 21407 |
| Ross Financial Corporation | 23839 |
| Ross Financial Corporation | 23840 |
| Royal Charter Properties - East, Inc. | 10220 |
| SPCP Group, LLC Transferor: Alliance Laundry Systems LLC As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd | 1299 |
| SPCP Group, LLC Transferor: Alliance Laundry Systems LLC As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd | 1300 |
| Tricadia Distressed And Special Situations Master Fund Ltd | 23751 |
| Tricadia Distressed And Special Situations Master Fund Ltd | 23752 |
| Venoco, Inc. | 4479 |
| Venoco, Inc. | 4480 |