**SEWARD & KISSEL LLP**
John R. Ashmead, Esq. (JA 4756)
Justin L. Shearer, Esq. (JS 1823)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Goldman Sachs Lending Partners, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF NOTICE OF**
**TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2)**

1.  On January 13, 2011, Goldman Sachs Lending Partners, LLC ("Goldman Sachs") filed a Notice of Transfer of Claim Pursuant to Rule 3001(e)(2) (the "Notice") in respect of Claim No. 13034 (the "Claim") in this case (Lehman Brothers Holdings Inc., Debtor, Case No. 08-03555 (JMP)) (Docket No. 13935).

2.  PLEASE TAKE NOTICE that Goldman Sachs hereby withdraws the Notice.

3.  I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dated: New York, New York
      January 18, 2011

                        SEWARD & KISSEL LLP

                        By:  /s/ John R. Ashmead
                        John R. Ashmead, Esq. (JA 4756)
                        Justin L. Shearer, Esq. (JS 1823)
                        One Battery Park Plaza
                        New York, New York  10004
                        Tel.: (212) 574-1200
                        Fax: (212) 480-8421
                        Email: ashmead@sewkis.com
                                shearer@sewkis.com

                        Attorneys for Goldman Sachs
                        Lending Partners, LLC.

SK 26751 0003 1164079