B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holding Inc., et. Al.,      Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence **(SEE EXHIBIT A)** and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Macquarie Bank Limited | Taipei Fubon Commercial Bank Co., Ltd. |
| | Court Claim # (if known): 25155<br>Amount of Claim: USD $12,909,634 (of which USD $10,020,742 arising from a promissory note dated March 8, 2005 is being transferred by Transferor to Transferee)<br>Date Claim Filed: 09/21/09 |

Name and Address where notices to Transferee
should be sent:

Macquarie Bank Limited
c/o Macquarie Holdings (USA) Inc.
125 West 55th Street
New York, NY 10019
USA
Attention: Vincent Basulto
Phone: 212 231 1000

Last Four Digits of Acct #: N/A      Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Same as above.

Last Four Digits of Acct #: 5375

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MICHELE DEL BO
MANAGING DIRECTOR, CTD

By: _____  Date: January 10, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Joel Outlaw
Associate Director
Legal Risk Management

## Exhibit A

**Evidence of Transfer of Claim**

Refer to the attached.

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Taipei Fubon Commercial Bank Co., Ltd. ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto Macquarie Bank Limited ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as Proof of Claim No. 25155, solely to the extent of the claims thereunder in the amount of $10,020,742 arising from a promissory note dated March 8, 2005 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et. al, Case No. 08-13555 (JMP) (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representatives dated the __10__ day of January, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **TAIPEI FUBON COMMERCIAL BANK CO., LTD.** | **MACQUARIE BANK LIMITED** |
| By: _[signature]_<br>Name: Bill Hwang<br>Title: FVP & General Manager | By: _____<br>Name:<br>Title:<br><br>By: _____<br>Name:<br>Title: |

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Taipei Fubon Commercial Bank Co., Ltd. ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto Macquarie Bank Limited ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as Proof of Claim No. 25155, solely to the extent of the claims thereunder in the amount of $10,020,742 arising from a promissory note dated March 8, 2005 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et. al, Case No. 08-13555 (JMP) (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representatives dated the 10th day of January, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| TAIPEI FUBON COMMERCIAL BANK CO., LTD. | MACQUARIE BANK LIMITED |
| By: _____<br>Name:<br>Title: | By: _[signature]_<br>Name: MICHELE DEL RC<br>Title: MANAGING DIRECTOR, CTD<br><br>By: _[signature]_<br>Name: Joel Outlaw<br>Title: Associate Director<br>Legal Risk Management |