WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                      :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    08-13555 (JMP)
:
Debtors.                                 :    (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION**
**TO CERTAIN CLAIMS OF ADVANCED GRAPHIC PRINTING, INC.**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), **solely with respect to the claims listed on Exhibit A annexed hereto**, that was scheduled for December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned to January 20, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned to March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing on the Objection as to all other claims set forth in the Objection shall proceed as scheduled on January 20, 2011 at 10:00 a.m (Prevailing Eastern Time). The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

US_ACTIVE:\43608942\01\58399.0008

be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: January 19, 2011
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
Penny P. Reid
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Advanced Graphic Printing, Inc. | 36802 |