B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc.            ,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nikko Cordial Securities Inc. | SMBC Friend Securities Co., Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
\*\*Nikko Cordial Securities Inc., 3-1
Marunouchi 3-chome, Chiyoda-ku, Tokyo
100-8325 Japan
Attn: Hideyuki Shinike
Phone: 81-3-5644-3111
Last Four Digits of Acct #:

Court Claim # (if known):  45876
Amount of Claim:  $2,271,221.72
Date Claim Filed:  10/26/2009

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
Nikko Cordial Securities Inc., 3-1
Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325 Japan
Attn: Hideyuki Shinike
Phone: 81-3-5644-3111
Last Four Digits of Acct #:

Name and Address where notices to transferee should be sent:
\*\*Ira A. Reid
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. Matsumoto                                     Date: 01/18/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

__Southern__ District Of __New York__

In re __Lehman Brothers Holdings, Inc.__,    Case No. __08-13555 (JMP)__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __45876__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| __SMBC Friend Securities Co., Ltd.__ | __Nikko Cordial Securities Inc.__ |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| Yamatane Bldg., 7-12<br>Nihonbashi-Kabutocho<br>Chuo-ku, Tokyo 103-8221, Japan | Marunouchi 3-chome, Chiyoda-ku<br>Tokyo 100-8325, Japan |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE: Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 45876

SMBC Friend Securities Co., Ltd. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Nikko Cordial Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $2,271,221.72 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@mail.nikko.co.jp, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated January 18, 2011.

Nikko Cordial Securities Inc., as Transferee:

By: _____
Jiyouji Matsumoto
General Manager of the Legal Division

SMBC Friend Securities Co., Ltd., as Transferor

By: _____
Yoshio Tada
Senior General Manager of the
Products Management Department