B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings, Inc.                    ,            Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nikko Cordial Securities Inc. | SMBC Friend Securities Co., Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  **Nikko Cordial Securities Inc., 3-1
   Marunouchi 3-chome, Chiyoda-ku, Tokyo
   100-8325  Japan
   Attn:  Hideyuki Shinike
Phone: 81-3-5644-3111
Last Four Digits of Acct #:

Court Claim # (if known): 45941
Amount of Claim: $946,342.38
Date Claim Filed: 10/26/2009

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
Nikko Cordial Securities Inc., 3-1
Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
 Japan
Attn: Hideyuki Shinike
Phone: 81-3-5644-3111
Last Four Digits of Acct #:

Name and Address where notices to transferee should be sent:
  **Ira A. Reid
   Baker & McKenzie LLP
   1114 Avenue of the Americas
   New York, NY 10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _J. Matsumoto_                    Date: 1/18/2011
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

<u>Southern</u>         District Of  <u>New York</u>

In re <u>Lehman Brothers Holdings, Inc.</u> ,     Case No. <u>08-13555 (JMP)</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>45941</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

<u>SMBC Friend Securities Co., Ltd.</u>
Name of Alleged Transferor

Address of Alleged Transferor:

Yamatane Bldg., 7-12
Nihonbashi-Kabutocho
Chuo-ku, Tokyo 103-8221, Japan

<u>Nikko Cordial Securities Inc.</u>
Name of Transferee

Address of Transferee:

Marunouchi 3-chome, Chiyoda-ku
Tokyo 100-8325, Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York ("Bankruptcy Court")
        New York, New York

RE:    Lehman Brothers Holdings, Inc. ("Debtor")
        Case No. 08-13555 (JMP)

Claim #: 45941

SMBC Friend Securities Co., Ltd. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Nikko Cordial Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $946,342.38 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@mail.nikko.co.jp,, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated January 18, 2011.

Nikko Cordial Securities Inc., as Transferee:

By: _Signature_
       Jiyouji Matsumoto
       General Manager of the Legal Division

SMBC Friend Securities Co., Ltd., as Transferor

By: _Signature_
       Yoshio Tada
       Senior General Manager of the
       Products Management Department

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings, Inc._____,          Case No.  08-13555 (JMP)____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Nikko Cordial Securities Inc._____ | SMBC Friend Securities Co., Ltd._____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   \*\*Nikko Cordial Securities Inc., 3-1
   Marunouchi 3-chome, Chiyoda-ku, Tokyo
   100-8325  Japan
   Attn: Hideyuki Shinike
Phone:  81-3-5644-3111_____
Last Four Digits of Acct #: _____

Court Claim # (if known):  45942_____
Amount of Claim:     $961,853.08_____
Date Claim Filed:     10/26/2009_____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
   Nikko Cordial Securities Inc., 3-1
   Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
   Japan
   Attn: Hideyuki Shinike
Phone:  81-3-5644-3111_____
Last Four Digits of Acct #:_____

Name and Address where notices to transferee should be sent:
   \*\*Ira A. Reid
   Baker & McKenzie LLP
   1114 Avenue of the Americas
   New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  *J. Matsumoto*_____          Date: 01/18/2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern _____ District Of  New York _____

In re  Lehman Brothers Holdings, Inc.  ,        Case No.  08-13555 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 45942 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| SMBC Friend Securities Co., Ltd. | Nikko Cordial Securities Inc. |
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:                    Address of Transferee:

Yamatane Bldg., 7-12                               Marunouchi 3-chome, Chiyoda-ku
Nihonbashi-Kabutocho                               Tokyo 100-8325, Japan
Chuo-ku, Tokyo 103-8221, Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

                                    _____
                                    **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 45942

SMBC Friend Securities Co., Ltd. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Nikko Cordial Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $961,853.08 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@mail.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated January 18, 2011.

Nikko Cordial Securities Inc., as Transferee:

By: _____
    Jiyouji Matsumoto
    General Manager of the Legal Division

SMBC Friend Securities Co., Ltd., as Transferor

By: _____
    Yoshio Tada
    Senior General Manager of the
    Products Management Department

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  Lehman Brothers Holdings, Inc.                    ,          Case No.  08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Nikko Cordial Securities Inc. | SMBC Friend Securities Co., Ltd. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
  \*\*Nikko Cordial Securities Inc., 3-1
    Marunouchi 3-chome, Chiyoda-ku, Tokyo
    100-8325  Japan
  Attn: Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):
Nikko Cordial Securities Inc., 3-1
Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
  Japan
Attn: Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #:

Court Claim # (if known):    45943
Amount of Claim:        $956,754.85
Date Claim Filed:        10/26/2009

Phone:
Last Four Digits of Acct #:

Name and Address where notices to transferee
should be sent:
  \*\*Ira A. Reid
    Baker & McKenzie LLP
    1114 Avenue of the Americas
    New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _Q. Matsumoto_                         Date: _01/17/2011_
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern _____ **District Of** _New York_

In re _Lehman Brothers Holdings, Inc._ ,    Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45943_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| _SMBC Friend Securities Co., Ltd._ | _Nikko Cordial Securities Inc._ |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| Yamatane Bldg., 7-12 | Marunouchi 3-chome, Chiyoda-ku |
| Nihonbashi-Kabutocho | Tokyo 100-8325,  Japan |
| Chuo-ku, Tokyo 103-8221, Japan | |

```
┌──────────────────────────────────────────────────────────────────────┐
│                 ~~DEADLINE TO OBJECT TO TRANSFER~~                     │
└──────────────────────────────────────────────────────────────────────┘
```

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk of the Court
      United States Bankruptcy Court
      Southern District of New York ("Bankruptcy Court")
      New York, New York

RE:   Lehman Brothers Holdings, Inc. ("Debtor")
      Case No. 08-13555 (JMP)

Claim #: 45943

SMBC Friend Securities Co., Ltd. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Nikko Cordial Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $956,754.85 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@mail.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated January 18, 2011.

Nikko Cordial Securities Inc., as Transferee:

By: _____
    Jiyouji Matsumoto
    General Manager of the Legal Division

By: _____
    Yoshio Tada
    Senior General Manager of the
    Products Management Department

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings, Inc. _____ ,    Case No. __08-13555 (JMP)__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| __Nikko Cordial Securities Inc.__ | SMBC Friend Securities Co., Ltd. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
\*\*Nikko Cordial Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo
  100-8325  Japan
Attn:  Hideyuki Shinike
Phone: __81-3-5644-3111_____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):
Nikko Cordial Securities Inc., 3-1
Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
  Japan
Attn: Hideyuki Shinike
Phone: __81-3-5644-3111_____
Last Four Digits of Acct #:_____

Court Claim # (if known): __45944___
Amount of Claim: ___$961,374.82___
Date Claim Filed: ___10/26/2009___

Phone: _____
Last Four Digits of Acct. #: _____
Name and Address where notices to transferee should be sent:

  \*\*Ira A. Reid
   Baker & McKenzie LLP
   1114 Avenue of the Americas
   New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___*Ợ. Matsumoto*_____    Date:__01/18/2011_____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_Southern_ District Of _New York_

In re _Lehman Brothers Holdings, Inc._ ,    Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45944_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_SMBC Friend Securities Co., Ltd._
Name of Alleged Transferor

_Nikko Cordial Securities Inc._
Name of Transferee

Address of Alleged Transferor:

Yamatane Bldg., 7-12
Nihonbashi-Kabutocho
Chuo-ku, Tokyo 103-8221, Japan

Address of Transferee:

Marunouchi 3-chome, Chiyoda-ku
Tokyo 100-8325, Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk of the Court
       United States Bankruptcy Court
       Southern District of New York ("Bankruptcy Court")
       New York, New York

RE:    Lehman Brothers Holdings, Inc. ("Debtor")
       Case No. 08-13555 (JMP)

Claim #: 45944

SMBC Friend Securities Co., Ltd. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Nikko Cordial Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $961,374.82 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinjke_hideyuki@mail.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated January 18, 2011.

Nikko Cordial Securities Inc., as Transferee:

By: _____
Jiyouji Matsumoto
General Manager of the Legal Division


SMBC Friend Securities Co., Ltd., as Transferor

By: _____
Yoshio Tada
Senior General Manager of the
Products Management Department

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings, Inc.          ,          Case No.   08-13555 (JMP)


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


| | |
|---|---|
| Nikko Cordial Securities Inc. | SMBC Friend Securities Co., Ltd. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Nikko Cordial Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo
  100-8325  Japan
  Attn: Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #: 

Court Claim # (if known):   45945
Amount of Claim:   $4,258,540.74
Date Claim Filed:   10/26/2009

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):
Nikko Cordial Securities Inc., 3-1
Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
  Japan
Attn: Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #:

Name and Address where notices to transferee should be sent:

**Ira A. Reid
  Baker & McKenzie LLP
  1114 Avenue of the Americas
  New York, NY  10036


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *D. Matsumoto*                          Date:  01/18/2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

___Southern___  **District Of** __New York__

In re __Lehman Brothers Holdings, Inc.__ ,    Case No. __08-13555 (JMP)__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __45945__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| SMBC Friend Securities Co., Ltd. | Nikko Cordial Securities Inc. |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| Yamatane Bldg., 7-12<br>Nihonbashi-Kabutocho<br>Chuo-ku, Tokyo 103-8221, Japan | Marunouchi 3-chome, Chiyoda-ku<br>Tokyo 100-8325, Japan |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York ("Bankruptcy Court")
        New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
        Case No. 08-13555 (JMP)

Claim #: 45945

SMBC Friend Securities Co., Ltd. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Nikko Cordial Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $4,258,540.74 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@mail.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated January 8, 2011.

Nikko Cordial Securities Inc., as Transferee:

By: _____
    Jiyouji Matsumoto
    General Manager of the Legal Division

SMBC Friend Securities Co., Ltd., as Transferor

By: _____
    Yoshio Tada
    Senior General Manager of the
    Products Management Department

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings, Inc._____,          Case No. __08-13555 (JMP)___


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.


| _Nikko Cordial Securities Inc._ | SMBC Friend Securities Co., Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
  \*\*Nikko Cordial Securities Inc., 3-1
    Marunouchi 3-chome, Chiyoda-ku, Tokyo
    100-8325  Japan
    Attn: Hideyuki Shinike
Phone: __81-3-5644-3111_____
Last Four Digits of Acct #: _____

Court Claim # (if known): ___45946____
Amount of Claim: ___$3,785,369.52___
Date Claim Filed: ___10/26/2009___


Name and Address where transferee payments
should be sent (if different from above):
 Nikko Cordial Securities Inc., 3-1
 Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
 Japan
 Attn: Hideyuki Shinike
Phone: __81-3-5644-3111_____
Last Four Digits of Acct #:_____

Phone: _____
Last Four Digits of Acct. #: _____


Name and Address where notices to transferee
should be sent:
  \*\*Ira A. Reid
    Baker & McKenzie LLP
    1114 Avenue of the Americas
    New York, NY  10036


I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _*Q. Matsumoto*_____          Date:__01/18/2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern _____ District Of __New York_____

In re Lehman Brothers Holdings, Inc. ,     Case No. _08-13555 (JMP)_

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45946_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on _____ (date).

SMBC Friend Securities Co., Ltd.                 Nikko Cordial Securities Inc.
Name of Alleged Transferor                       Name of Transferee

Address of Alleged Transferor:               Address of Transferee:

Yamatane Bldg., 7-12                     Marunouchi 3-chome, Chiyoda-ku
Nihonbashi-Kabutocho                   Tokyo 100-8325,  Japan
Chuo-ku, Tokyo 103-8221, Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

                              **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York ("Bankruptcy Court")
        New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
        Case No. 08-13555 (JMP)

Claim #: 45946

SMBC Friend Securities Co., Ltd. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Nikko Cordial Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $3,785,369.52 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@mail.nikko.co.jp,, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated January 公, 2011.

Nikko Cordial Securities Inc., as Transferee:

By: _Q. Matsumoto_
    Jiyouji Matsumoto
    General Manager of the Legal Division

SMBC Friend Securities Co., Ltd., as Transferor

By: _____
    Yoshio Tada
    Senior General Manager of the
    Products Management Department

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings, Inc.                    ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| Nikko Cordial Securities Inc. | SMBC Friend Securities Co., Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
  **Nikko Cordial Securities Inc., 3-1
    Marunouchi 3-chome, Chiyoda-ku, Tokyo
    100-8325  Japan
    Attn: Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):
  Nikko Cordial Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
  Japan
  Attn: Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #:

Court Claim # (if known):  45947
Amount of Claim:  $821,584.80
Date Claim Filed:  10/26/2009

Phone:
Last Four Digits of Acct. #:

Name and Address where notices to transferee
should be sent:
  **Ira A. Reid
    Baker & McKenzie LLP
    1114 Avenue of the Americas
    New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:  _G. Matsumoto_                    Date:  01/18/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern _____ District Of  New York _____

In re Lehman Brothers Holdings, Inc.  ,          Case No.  08-13555 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 45947 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

SMBC Friend Securities Co., Ltd.                    Nikko Cordial Securities Inc.
Name of Alleged Transferor                          Name of Transferee

Address of Alleged Transferor:                      Address of Transferee:

Yamatane Bldg., 7-12                                Marunouchi 3-chome, Chiyoda-ku
Nihonbashi-Kabutocho                                Tokyo 100-8325, Japan
Chuo-ku, Tokyo 103-8221, Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

                                    _____
                                    CLERK OF THE COURT

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk of the Court
       United States Bankruptcy Court
       Southern District of New York ("Bankruptcy Court")
       New York, New York

RE:    Lehman Brothers Holdings, Inc. ("Debtor")
       Case No. 08-13555 (JMP)

Claim #: 45947

SMBC Friend Securities Co., Ltd. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Nikko Cordial Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $821,584.80 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@mail.nikko.co.jp, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated January 18, 2011.

Nikko Cordial Securities Inc., as Transferee:

By: _____
    Jiyouji Matsumoto
    General Manager of the Legal Division

SMBC Friend Securities Co., Ltd., as Transferor

By: _____
    Yoshio Tada
    Senior General Manager of the
    Products Management Department

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings, Inc._____,          Case No.  08-13555 (JMP)


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


Nikko Cordial Securities Inc.                          SMBC Friend Securities Co., Ltd.
        Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):  45948
should be sent:                                       Amount of Claim:   $1,514,147.81
   **Nikko Cordial Securities Inc., 3-1               Date Claim Filed:     10/26/2009
     Marunouchi 3-chome, Chiyoda-ku, Tokyo
     100-8325  Japan
     Attn: Hideyuki Shinike
Phone:  81-3-5644-3111                                Phone: _____
Last Four Digits of Acct #: _____              Last Four Digits of Acct #: _____

Name and Address where transferee payments            Name and Address where notices to transferee
should be sent (if different from above):             should be sent:
Nikko Cordial Securities Inc., 3-1                        **Ira A. Reid
Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325             Baker & McKenzie LLP
 Japan                                                     1114 Avenue of the Americas
Attn: Hideyuki Shinike                                     New York, NY 10036
Phone:  81-3-5644-3111
Last Four Digits of Acct #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _J. Matsumoto_____          Date:_01/18/2011_____
      Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____ District Of _New York_____

In re _Lehman Brothers Holdings, Inc._ ,       Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45948_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| _SMBC Friend Securities Co., Ltd._ | _Nikko Cordial Securities Inc._ |
| Name of Alleged Transferor | Name of Transferee |

| Address of Alleged Transferor: | Address of Transferee: |
|---|---|
| Yamatane Bldg., 7-12<br>Nihonbashi-Kabutocho<br>Chuo-ku, Tokyo 103-8221, Japan | Marunouchi 3-chome, Chiyoda-ku<br>Tokyo 100-8325, Japan |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

                                          _____
                                          **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York ("Bankruptcy Court")
        New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
        Case No. 08-13555 (JMP)

Claim #: 45948

SMBC Friend Securities Co., Ltd. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Nikko Cordial Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $1,514,147.81 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinjke_hideyuki@mail.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated January __, 2011.

Nikko Cordial Securities Inc., as Transferee:

By: _____
    Jiyouji Matsumoto
    General Manager of the Legal Division


SMBC Friend Securities Co., Ltd., as Transferor

By: _____
    Yoshio Tada
    Senior General Manager of the
    Products Management Department

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc._____,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Nikko Cordial Securities Inc. | SMBC Friend Securities Co., Ltd. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  **Nikko Cordial Securities Inc., 3-1
   Marunouchi 3-chome, Chiyoda-ku, Tokyo
   100-8325  Japan
   Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111_____
Last Four Digits of Acct #: _____

Court Claim # (if known):  45880____
Amount of Claim:      $1,027,609.04____
Date Claim Filed:      10/26/2009____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Nikko Cordial Securities Inc., 3-1
Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
  Japan
Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111_____
Last Four Digits of Acct #:_____

Name and Address where notices to transferee should be sent:
  **Ira A. Reid
   Baker & McKenzie LLP
   1114 Avenue of the Americas
   New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _Q. Matsumoto_____          Date:  01/X/2011_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern _____ District Of __New York_____

In re _Lehman Brothers Holdings, Inc._ ,      Case No. _08-13555 (JMP)_


## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45880_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).


_SMBC Friend Securities Co., Ltd._                    _Nikko Cordial Securities Inc._
Name of Alleged Transferor                              Name of Transferee

Address of Alleged Transferor:                          Address of Transferee:

Yamatane Bldg., 7-12                                        Marunouchi 3-chome, Chiyoda-ku
Nihonbashi-Kabutocho                                       Tokyo 100-8325,  Japan
Chuo-ku, Tokyo  103-8221, Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk of the Court
       United States Bankruptcy Court
       Southern District of New York ("Bankruptcy Court")
       New York, New York

RE:    Lehman Brothers Holdings, Inc. ("Debtor")
       Case No. 08-13555 (JMP)

Claim #: 45880

SMBC Friend Securities Co., Ltd. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Nikko Cordial Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $1,027,609.04 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@mail.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated January 17, 2011.

Nikko Cordial Securities Inc., as Transferee:

By:  _J. Matsumoto_____
     Jiyouji Matsumoto
     General Manager of the Legal Division

SMBC Friend Securities Co., Ltd., as Transferor

By:  _____
     Yoshio Tada
     Senior General Manager of Products
     Management Department

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings, Inc.                , Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Nikko Cordial Securities Inc.
Name of Transferee

SMBC Friend Securities Co., Ltd.
Name of Transferor

Name and Address where notices to transferee should be sent:
**Nikko Cordial Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo
  100-8325  Japan
  Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #:

Court Claim # (if known):  45881
Amount of Claim:  $999,784.44
Date Claim Filed:  10/26/2009

Phone:
Last Four Digits of Acct. #:

Name and Address where notices to transferee should be sent:
**Ira A. Reid
  Baker & McKenzie LLP
  1114 Avenue of the Americas
  New York, NY  10036

Name and Address where transferee payments should be sent (if different from above):
Nikko Cordial Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
  Japan
  Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _J. Matsumoto_                Date: 01/18/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern_____ District Of __New York_____

In re _Lehman Brothers Holdings, Inc.__,     Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45881_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_SMBC Friend Securities Co., Ltd._          _Nikko Cordial Securities Inc._
Name of Alleged Transferor                  Name of Transferee

Address of Alleged Transferor:              Address of Transferee:

Yamatane Bldg., 7-12                        Marunouchi 3-chome, Chiyoda-ku
Nihonbashi-Kabutocho                        Tokyo 100-8325, Japan
Chuo-ku, Tokyo 103-8221, Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                               _____
                                            CLERK OF THE COURT

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York ("Bankruptcy Court")
        New York, New York

RE:    Lehman Brothers Holdings, Inc. ("Debtor")
        Case No. 08-13555 (JMP)

Claim #: 45881

SMBC Friend Securities Co., Ltd. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to Nikko Cordial Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $999,784.44 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to Nikko Cordial Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@mail.nikko.co.jp,, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated January 18, 2011.

Nikko Cordial Securities Inc., as Transferee:

By: _____
     Jiyouji Matsumoto
     General Manager of the Legal Division

SMBC Friend Securities Co., Ltd., as Transferor

By: _____
     Yoshio Tada
     Senior General Manager of the
     Products Management Department