WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re**         :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.    :    **(Jointly Administered)**
:
----------------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 20, 2011 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.    Debtors' Tenth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9093]**

    Response Deadline:    June 17, 2010 at 4:00 p.m.

    Resolved Response:

        A.    Response of L.C. Hoogstraten **[Docket No. 9877]**

    Related Documents:

        B.    Order Granting Debtors' Tenth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 10165]**

Status: This matter is going forward on an uncontested basis solely with respect to the Resolved Response.

2. Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11260]**

Response Deadline:  October 13, 2010 at 4:00 p.m.

Resolved Response:

   A. Response of Darby Financial Products **[Docket No. 11930]**

Adjourned Responses:

   B. Response of Central Puget Sound Transit Authority **[Docket No. 11914]**

   C. Response of Global Thematic Opportunities Fund LLP **[Docket No. 11953]**

   D. Response of IKB International SA **[Docket No. 11929]**

   E. Response of Lincore Limited **[Docket No. 11922]**

   F. Response of MF Global UK Limited **[Docket No. 11904]**

   G. Response of The Morningside Ministries **[Docket No. 11894]**

Related Documents:

   H. Notice of Adjournment of Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 12249**]

   I. Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 12425**]

   J. Notice of Adjournment of Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims [**Docket No. 13981**]

Status: This matter is going forward on an uncontested basis solely with respect to the Resolved Response. All Adjourned Responses have been adjourned to March 3, 2011 at 10:00 a.m.

3. Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) **[Docket No. 11302]**

   Response Deadline:    October 18, 2010 at 4:00 p.m.

   Resolved Response:

   A.   Response of Anthracite Rated Investments (Jersey) Limited

   Related Documents:

   B.   Order Granting Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) **[Docket No. 12409]**.

   C.   Notice of Adjournment of Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[Docket No. 13542]**

   D.   Notice of Hearing on Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims **[Docket No. 13849]**

   Status: This matter is going forward on an uncontested basis solely with respect to the Resolved Response. All Unresolved Responses have been adjourned to March 3, 2011 at 10:00 a.m.

4. Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11608]**

   Response Deadline:    October 27, 2010 at 4:00 p.m.

   Resolved Response:

   A.   Response of Kathryn K. Secrest **[Docket No. 12419]**

   Related Documents:

   B.   Order Granting Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12768]**

   C.   Notice of Adjournment of Hearing of Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims **[Docket No. 12576]**

   D.   Notice of Withdrawal of Objection of Kathryn Secrest to Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 13774]**

Status: This matter is going forward on an uncontested basis solely with respect to the Resolved Response.

5. Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11978]**

Response Deadline:    November 15, 2010 at 4:00 p.m.

Adjourned Responses:

    A.    Response of BG Energy Merchants LLC **[Docket No. 12765]**

    B.    Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, **[Docket No. 12714]**

    C.    Response of Telecom Italia Finance SA **[Docket No. 12951]**

    D.    Response of Tenor Opportunity Master Fund, Ltd. **[Docket No. 12698]**

Related Documents:

    E.    Notice of Adjournment of Debtors' Objection to Certain Claims of EnergyCo Marketing and Trading, LLC n/k/a Optim Energy Marketing LLC [**Docket No. 13076**]

    F.    Notice of Adjournment of Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims [**Docket No. 13077**]

    G.    Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13164**]

    H.    Notice of Adjournment of Debtors' Objection to Certain Claims of EnergyCo Marketing and Trading, LLC n/k/a Optim Energy Marketing LLC [**Docket No. 13571**]

    I.    Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13620**]

Status: This matter is going forward on an uncontested basis solely with respect to EnergyCo Marketing and Trading, LLC (n/k/a Optim Energy Marketing, LLC). All Adjourned Responses have been adjourned to March 3, 2011 at 10:00 a.m.

6. Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12533]**

   Response Deadline: December 6, 2010 at 4:00 p.m.

   Related Documents:

   A. Notice of Adjournment of Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims [**Docket No. 13570**]

   B. Notice of Adjournment of Debtors' Objection to Certain Claims of Aozora Bank Ltd. [**Docket No. 13572**]

   C. Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13616**]

   D. Notice of Adjournment of Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims [**Docket No. 13984**]

   Status: This matter is going forward on an uncontested basis solely with respect to American International Group Inc. Retirement Plan Trust. All claims identified on Exhibit A attached hereto have been adjourned to March 3, 2011 at 10:00 a.m.

7. Debtors' Sixty-Ninth Omnibus Objection to Claims (Settled Derivative Claims) **[Docket No. 13109]**

   Response Deadline: December 30, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

8. Debtors' Seventieth Omnibus Objection to Claims (Settled Derivative Claims) **[Docket No. 13110]**

   Response Deadline: December 30, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

9. Debtors' Seventy-Second Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 13271]**

   Response Deadline:    January 5, 2011 at 4:00 p.m.

   Resolved Response:

       A.    Response of Tamotsu Aoyama **[Docket No. 13807]**

   Adjourned Response:

       B.    Response of Chan Lai Chun Betty **[Docket No. 13898]**

   Related Documents:

       C.    Limited Responses and Reservation of Rights of Olivant Investments Switzerland S.A. [**Docket No. 13606**]

   Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the objection other than the Adjourned Response.  The Adjourned Response has been adjourned to March 3, 2011 at 10:00 a.m.

10. Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 13295]**

    Response Deadline:    January 6, 2011 at 4:00 p.m.

    Related Documents:    None.

    Status: This matter is going forward on an uncontested basis only.  All claims identified on Exhibit B attached hereto have been adjourned to March 3, 2011 at 10:00 a.m.

11. Debtors' Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 13328]**

    Response Deadline:    January 7, 2011 at 4:00 p.m.

    Adjourned Responses:

        A.    Response of Sandra Stolk **[Docket No. 13862]**

        B.    Response of Herman Stolk **[Docket No. 13863]**

        C.    Response of Gloria A. Stainkamp **[Docket No. 13884]**

    D.    Response of Bowaut, Inc. **[Docket No. 13885]**

    E.    Response of Peter Thompson

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the objection other than the Adjourned Responses.  All Adjourned Responses have been adjourned to March 3, 2011 at 10:00 a.m.

12. Debtors' Seventy-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 13329]**

    Response Deadline:    January 7, 2011 at 4:00 p.m.

    Adjourned Responses:

        A.    Response of Robert L. Zito **[Docket No. 13883]**

        B.    Response of Lucky Asia Trading Limited

    Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the objection other than the Adjourned Responses.  All Adjourned Responses have been adjourned to March 3, 2011 at 10:00 a.m.

13. Motion of Lehman Brothers Finance Asia Pte. Ltd. (In Creditors Voluntary Liquidation) for Entry of an Order (I) That Its Derivative and Guarantee Questionnaires be Deemed Timely Filed Proofs of Claim and (II) Permitting a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 11167]**

    Response Deadline:    November 22, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

        A.    Declaration of Chay Fook Yuen in Support of Motion **[Docket No. 11168]**

    Status:  This matter is going forward on an uncontested basis.  A stipulation and order will be submitted to the Court.

## II.   ADJOURNED MATTERS:

14. Debtor's Objection to Proof of Claim filed by David Schwartzman **[Docket No. 5951]**

    Response Deadline:    February 18, 2011 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to March 3, 2011 at 10:00 a.m.

15. First Motion of Mark Glasser to Extend Time for Claim **[Docket No. 6386]**

    Response Deadline:    April 15, 2010 at 4:00 p.m.

    Responses Received:

        A.    Debtors' Objection **[Docket No. 8354]**

    Related Documents:

        B.    Notice of Intention to Offer Testimony in Support filed by Mark Glasser **[Docket No. 9087]**

    Status:  This matter has been adjourned to March 3, 2011 at 10:00 a.m. at the Debtors' request.

16. Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 9537]**

    Response Deadline:    August 20, 2010 at 4:00 p.m.

    Responses Received:

        A.    Debtors' Objection **[Docket No. 10946]**

        B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 10955]**

    Related Documents:

        C.    Affidavit in Support of Notice of Motion and Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 9538]**

        D.    Notice of Adjournment of Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 10566]**

    Status: This matter has been adjourned to March 3, 2011 at 10:00 a.m.

17. Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 9983]**

   Response Deadline:    August 3, 2010 at 4:00 p.m.

   Adjourned Responses:

   A.   Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[Docket No. 10616]**

   Related Documents:

   B.   Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 11161**]

   Status: The Adjourned Response has been adjourned to March 3, 2011 at 10:00 a.m.

18. Debtors' Fifty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 11613**]

   Response Deadline:    October 27, 2010 at 4:00 p.m.

   Adjourned Responses:

   A.   Response of Astrea LLC **[Docket No. 12313]**

   Related Documents:

   B.   Order Granting Debtors' Fifty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 12793**]

   Status: The Adjourned Response has been adjourned to March 3, 2011 at 10:00 a.m.

19. Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 13230]**

   Response Deadline:    January 5, 2011 at 4:00 p.m.

   Responses Received:

   A.   Response of ICCREA Banca S.P.A. **[Docket No. 13792]**

   B.   Response of Norddeutsche Landesbank Giroznentrale [**Docket No. 13794]**

Related Documents:

C. Notice of Adjournment of Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13986**]

Status: This matter has been adjourned to March 3, 2011 at 10:00 a.m.

Dated: January 19, 2011
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Exhibit A

(**Sixty-Seventh** Omnibus Objection to Claims (Valued Derivative Claims) [Docket No. 12533] - Adjourned Objections)

| Claimant Name | Docket Number |
|---|---|
| Response of Canyon Balanced Master Fund, Ltd., Canyon Capital Arbitrage Master Fund, Ltd., Canyon Value Realization Fund (Cayman), Ltd., and Canyon Value Realization Fund, L.P. | 13227 |
| Response of Castlerigg Master Investments Ltd. | 13193 |
| Response of Citibank, N.A. | 13565 |
| Response of Commonwealth Bank of Austrlia | 13242 |
| Response of CSP II Usis Holdings, L.P. | 13078 |
| Response of E-Capital Profits Limited | 13166 |
| Response of Federal Home Loan Bank of Des Moines | 13156 |
| Response of ICM Business Trust | 13226 |
| Response of Kilroy Realty, L.P. | 13059 |
| Response of Lloyds TSB Bank PLC | 13201 |
| Omnibus Response of Loeb Claimants | 13217 |
| Response of Mariner LDC | 13222 |
| Response of Mariner-Tricadia Credit Strategies Master Fund, Ltd. | 13224 |
| Response of Merrill Lynch | 13229 |
| Response of Mitsui & Co. Commodity Risk Management Limited | 13113 |
| Response of National Bank of Canada | 13247 |
| Response of Nexstar Developing Opportunities Master Fund, Ltd. | 13402 |
| Response of Pentwater Growth Fund Ltd. | 13117 |
| Response of Pohjola Bank | 13196 |
| Response of Ross Financial Corporation | 13232 |
| Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, as Successor to Certain Claims of Alliance Laundry Systems LLC | 13218 |
| Response of Tricadia Capital Management, LLC, on behalf of Tricadia Distressed and Special Situations Master Fund, Ltd. | 13223 |
| Response of Venoco, Inc. | 13223 |

Exhibit B

(**Seventy-Third** Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [Docket No. 13295] - Adjourned Objections)

| Claimant Name | Claim Number(s) |
|---|---|
| Ian Anderson | 12809 |
| Neil Banbury | 10586 |
| Michael Beglan | 12356 |
| Michael Benedetto | 12993 |
| David Bizer | 14190 |
| Brian Boyle | 30720 |
| Luke Brennan | 12726 |
| Paul E. Brewer | 21398 |
| Russell Brownback | 3095 |
| Lilliana Buccellati | 12067 |
| Robert Chapman | 13433 |
| Kevin Clifford | 12305 |
| Paul Coles | 18227 |
| Edmund Craston | 17879 |
| Charles Diccianni | 12314 |
| Kathleen C. Duffy | 21911 |
| Robert C. Dyer | 28012 |
| Jonathan Frew | 10759 |
| Mungo Gill | 11095 |
| Sheryl Goldman | 10029 |
| Michael Gran | 23900 |
| Ottmar Hall | 12297 |
| Mads Heideby | 18230 |
| Bruce Hendry | 18226 |
| Richard Holmes | 13976 |
| Tom Hooton | 10891 |
| Andrea T. Jao | 5340 |
| James Law | 12099 |

| Claimant Name | Claim Number(s) |
|---|---|
| Craig Kellard | 12821 |
| Judith Ann Kenney | 13929 |
| Brian Kerrane | 13774, 30028 |
| Henry Klein | 18805 |
| Jeremy Kramer | 18325 |
| Rob Krugel | 13972 |
| Mary E. Langevin | 24675 |
| Samantha Malthouse | 9428 |
| Patrick Marshall | 18233 |
| Marie Mazziotti | 21911 |
| Peter McKenna | 13822 |
| Ewen Melling | 24511 |
| Robert B. Millard | 21401 |
| Claudia Mocanasu | 12964 |
| Sharon Moragne | 21358 |
| Barbara Muinos | 11043 |
| Gavin Netzel | 12806 |
| Richard Noble | 14197 |
| Rae Parsons | 11227 |
| Andrea Penton | 12044 |
| David Rabenold | 11533 |
| Daryl Rattigan | 18229 |
| Daniel Revell | 11301 |
| Bernadette A. Risi | 12311 |
| Paul Nigel Shotton | 21362 |
| Nick Slape | 28319 |
| Gregg Somma | 24373 |
| John Stein | 3098 |
| Herman Stolk | 10261 |
| Sandra Stolk | 10262 |

| Claimant Name | Claim Number(s) |
| --- | --- |
| Andrea Sullivan | 13087 |
| Peter E. Sundman | 15092 |
| John K. Sweeney | 21399 |
| Ian Toal | 12811 |
| Jason Tudor | 32235 |
| Susan Walsh | 25241, 25242 |
| Colin S. A. Welch | 13290 |
| Nicole Zeller | 12218 |