UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                           :

In re                              :        **Chapter 11 Case No.**
                                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                         :        **(Jointly Administered)**

         **Debtors.**                   :
                                           :        **Ref. Docket Nos. 13891 & 13893**
------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK  )

SAMUEL GARCIA, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 11, 2011, I caused to be served:

    a.  the "Notice of Hearing on Debtors' Seventh-Sixth Omnibus Objection to Claims (No Supporting Documentation Claims)," dated January 11, 2011, to which was attached the "Debtors' Seventh-Sixth Omnibus Objection to Claims (No Supporting Documentation Claims)," dated January 11, 2011 [Docket No. 13891], (the "76th Omnibus Objection"),

    b.  the "Notice of Hearing on Debtors' Seventy-Seventh Omnibus Objection to Claims (Amended and Superseded Claims)," dated January 11, 2011, to which was attached the "Debtors' Seventy-Seventh Omnibus Objection to Claims (Amended and Superseded Claims)," dated January 11, 2011 [Docket No. 13893], (the "77th Omnibus Objection"), and

    c.  a customized version of the "Notice of Hearing on Debtors' Seventy-Seventh Omnibus Objection to Claims (Amended and Superseded Claims)," dated January 11, 2011, related to Docket No. 13893, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "77th Omnibus Custom Notice"),

    by causing:

        i.  true and correct copies of the 76th Omnibus Objection and 77th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    ii.    true and correct copies of the 76th Omnibus Objection and 77th Omnibus Objection, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>,

    iii.    true and correct copies of the 76th Omnibus Objection and 77th Omnibus Objection, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004,

    iv.    true and correct copies of the 76th Omnibus Objection, to be enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, and

    v.    the 77th Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Samuel Garcia*
Samuel Garcia

Sworn to before me this
13th day of January, 2011
*/s/ Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                          :
                      Debtors.            :    (Jointly Administered)
                                          :
-------------------------------------------------------------------x

LBH OMNI77 01-11-2011 (MERGE2,TXNUM2) 4000079425 BAR(23) MAIL ID *** 000040839840 *** BSIUSE: 1

GILGANDRA COUNCIL
C/O AMANDA BANTON
PIPER ALDERMAN, LEVEL 23
GOV MACQUARIE TOWER - 1 FARRER PLACE
SIDNEY, NSW, 2000 AUSTRALIA


### THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' SEVENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

| Creditor Name and Address:<br>GILGANDRA COUNCIL<br>C/O AMANDA BANTON<br>PIPER ALDERMAN, LEVEL 23<br>GOV MACQUARIE TOWER - 1 FARRER PLACE<br>SIDNEY, NSW, 2000 AUSTRALIA | | Claim Number | Date Filed | Case Number | Classification and Amount |
|---|---|---|---|---|---|
| | Claim to be Disallowed and Expunged | 32659 | 9/22/2009 | No Case | UNSECURED: $ 468,240.00 |
| | Surviving Claim(s) | 66308 | 2/19/2010 | 08-13888 | UNSECURED: $ 468,240.00 |

PLEASE TAKE NOTICE that, on January 11, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Seventh Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim was amended and superseded by the claim(s) listed above under SURVIVING CLAIM(S).  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on February 10, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

       The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received _only if_ the original response is _actually received_ on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

       A hearing will be held on March 3, 2011 to consider the Objection.  The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

       If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

       You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

       If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

       If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erin Eckols, Esq., at 214-746-7700.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  January 11, 2011
      New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

### Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

charu.chandrasekhar@wilmerhale.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christian.spieler@lehman.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dckaufman@hhlaw.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

dirk.roberts@ots.treas.gov

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dladdin@agg.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

douglas.bacon@lw.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

DPiazza@HodgsonRuss.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com

geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
hbeltzer@morganlewis.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com

jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com

LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lmolfetta@mayerbrown.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

| | |
|---|---|
| mhanchet@mayerbrown.com | nlepore@schnader.com |
| mhopkins@cov.com | notice@bkcylaw.com |
| michael.bonacker@lehman.com | oipress@travelers.com |
| michael.frege@cms-hs.com | omeca.nedd@lovells.com |
| michael.kim@kobrekim.com | paronzon@milbank.com |
| millee12@nationwide.com | patrick.oh@freshfields.com |
| miller@taftlaw.com | patrick.schmitz-morkramer@lehman.com |
| mimi.m.wong@irscounsel.treas.gov | paul.turner@sutherland.com |
| mitchell.ayer@tklaw.com | pbattista@gjb-law.com |
| mjacobs@pryorcashman.com | pbosswick@ssbb.com |
| mjedelman@vedderprice.com | pdublin@akingump.com |
| MJR1@westchestergov.com | peisenberg@lockelord.com |
| mkjaer@winston.com | peter.gilhuly@lw.com |
| mlahaie@akingump.com | peter.macdonald@wilmerhale.com |
| MLandman@lcbf.com | peter.simmons@friedfrank.com |
| mlynch2@travelers.com | peter@bankrupt.com |
| mmendez@hunton.com | pfeldman@oshr.com |
| mmooney@deilylawfirm.com | phayden@mcguirewoods.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com |
| mmurphy@co.sanmateo.ca.us | pnichols@whitecase.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com |
| mpage@kelleydrye.com | psp@njlawfirm.com |
| mpucillo@bermanesq.com | ptrostle@jenner.com |
| mrosenthal@gibsondunn.com | pwirt@ftportfolios.com |
| mruetzel@whitecase.com | pwright@dl.com |
| mschimel@sju.edu | r.stahl@stahlzelloe.com |
| mshiner@tuckerlaw.com | raj.madan@bingham.com |
| msiegel@brownrudnick.com | rajohnson@akingump.com |
| mspeiser@stroock.com | ramona.neal@hp.com |
| mstamer@akingump.com | ranjit.mather@bnymellon.com |
| mvenditto@reedsmith.com | rbeacher@daypitney.com |
| mwarren@mtb.com | rbernard@bakerlaw.com |
| ncoco@mwe.com | rbyman@jenner.com |
| neal.mann@oag.state.ny.us | rchoi@kayescholer.com |
| ned.schodek@shearman.com | rdaversa@orrick.com |
| newyork@sec.gov | relgidely@gjb-law.com |
| nfurman@scottwoodcapital.com | rfleischer@pryorcashman.com |
| Nherman@morganlewis.com | rfrankel@orrick.com |
| nissay_10259-0154@mhmjapan.com | rfriedman@silvermanacampora.com |

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

| | |
|---|---|
| rgmason@wlrk.com | Schepis@pursuitpartners.com |
| rgraham@whitecase.com | schnabel.eric@dorsey.com |
| rhett.campbell@tklaw.com | schristianson@buchalter.com |
| RHS@mccallaraymer.com | schwartzmatthew@sullcrom.com |
| richard.lear@hklaw.com | Scott.Gibson@dubaiic.com |
| richard.levy@lw.com | scottshelley@quinnemanuel.com |
| richard.tisdale@friedfrank.com | scousins@armstrongteasdale.com |
| ritkin@steptoe.com | sdnyecf@dor.mo.gov |
| RJones@BoultCummings.com | sehlers@armstrongteasdale.com |
| RLevin@cravath.com | sfelderstein@ffwplaw.com |
| rmatzat@hahnhessen.com | sfineman@lchb.com |
| rnetzer@willkie.com | sfox@mcguirewoods.com |
| rnorton@hunton.com | sgordon@cahill.com |
| robert.bailey@bnymellon.com | sgubner@ebg-law.com |
| robert.dombroff@bingham.com | shannon.nagle@friedfrank.com |
| robert.henoch@kobrekim.com | sharbeck@sipc.org |
| robert.malone@dbr.com | shari.leventhal@ny.frb.org |
| Robert.yalen@usdoj.gov | shgross5@yahoo.com |
| robertdakis@quinnemanuel.com | shumaker@pursuitpartners.com |
| Robin.Keller@Lovells.com | sidorsky@butzel.com |
| ronald.silverman@bingham.com | slerner@ssd.com |
| rqureshi@reedsmith.com | slevine@brownrudnick.com |
| rreid@sheppardmullin.com | SLoden@DiamondMcCarthy.com |
| rroupinian@outtengolden.com | smayerson@ssd.com |
| rrussell@andrewskurth.com | smillman@stroock.com |
| rterenzi@stcwlaw.com | smulligan@bsblawyers.com |
| RTrust@cravath.com | snewman@katskykorins.com |
| russj4478@aol.com | sory@fdlaw.com |
| rwasserman@cftc.gov | spiotto@chapman.com |
| rwyron@orrick.com | splatzer@platzerlaw.com |
| s.minehan@aozorabank.co.jp | squigley@lowenstein.com |
| sabin.willett@bingham.com | SRee@lcbf.com |
| sabramowitz@velaw.com | sselbst@herrick.com |
| sagolden@hhlaw.com | sshimshak@paulweiss.com |
| Sally.Henry@skadden.com | steele@lowenstein.com |
| sandyscafaria@eaton.com | stephen.cowan@dlapiper.com |
| Sara.Tapinekis@cliffordchance.com | steve.ginther@dor.mo.gov |
| sbernstein@hunton.com | steven.wilamowsky@bingham.com |
| scargill@lowenstein.com | Streusand@StreusandLandon.com |
| schannej@pepperlaw.com | susan.schultz@newedgegroup.com |

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com

wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT C**

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

| Name | Fax |
| --- | --- |
| Office of the US Trustee T H Davis E Gasparini A Schwartz | 212-668-2255 |
| Internal Revenue Service | 212-436-1931 |

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BIEBER, SANDER M. AND LINDA E. ROSENZWEIG | 3217 FARMINGTON DRIVE CHEVY CHASE MD 20815 |
| CASE, JOHN | 153 DOSORIS LANE GLEN COVE NY 11542 |
| COGHLAN, JOHN | 36 VASSAR PLACE ROCKVILLE CENTER NY 11570 |
| DELANEY, MICHAEL AND JAMIE | JTWROS 389 OCEAN DRIVE WEST STAMFORD CT 06902-8222 |
| DRIGHT, EMILY M. | BOWLES & VERNA LLP K.P. DEAN HARPER AND BRIAN D. HORWITZ 2121 N. CALIFORNIA BLVD.; SUITE 875 WALNUT CREEK CA 94596 |
| GALESKI, HERR MANFRED UND GISELA | ANECHOSTR. 74 MUNCHEN 81827 GERMANY |
| GLOWACKI | 56 BUCKSKIN DR. CARBONDALE CO 81623 |
| INDUSTRIAL BANK OF KOREA | INVESTMENT BANKING DEPT. 14F, 50, 2-GA, ULCHI-RO, CHUNG-GU SEOUL KOREA, REPUBLIC OF |
| JAHNKE, DONALD A. & MARGARET A. TTEES FBO | THE JAHNKE FAMILY TRUST DTD 11/19/2003 1725 BENT TREE CIRCLE FORT MYERS FL 33907-8009 |
| JUENEMANN, LARRY & MARLENE | 20074 HOYA CT. LAKEVILLE MN 55044 |
| LANIER, EDWARD L. | 7304 FRANKLIN-MADISON ROAD CARLISLE OH 45005-3286 |
| LEWIS, ETHEL | 7690 SHERI LANE FRANKLIN OH 45005 |
| LEWIS, WILLIE E. | 7690 SHERI LANE FRANKLIN OH 45005-3850 |
| MCDERMOTT WILL & EMERY LLP | C/O CARL LOWRY 227 WEST MONROE #4400 CHICAGO IL 60606 |
| MCGEE III, HUGH E | 5457 HOLLY SPRINGS HOUSTON TX 77056 |
| MCGEE, HUGH | 5457 HOLLY SPRINGS HOUSTON TX 77056 |
| NEED IT NOW COURIER AND FREIGHT | 153 WEST 27TH STREET NEW YORK NY 10001 |
| NORWAY SAVINGS BANK | PO BOX 347 NORWAY ME 04268 |
| OPEN SOLUTIONS INC | ATTN: JULIE A MANNING SHIPMAN & GOODWIN LLP ONE CONSTITUTION PLAZA HARTFORD CT 06103 |
| OPEN SOLUTIONS INC | OPEN SOLUTIONS INC C/O JULIE A MANNING SHIPMAN & GOODWIN LLP ONE CONSTITUTION PLAZA HARTFORD CT 06103 |
| OUTVIEW, LTD. | ATTN: GENERAL COUNSEL 666 FIFTHE AVENUE, 8TH FLOOR NEW YORK NY 10103 |
| PFG AIR, INC. | 15750 TUCKERTON RD HOUSTON TX 77095-5100 |
| PHARIS, PHIL & BARBARA | 309 HARBOR CIRCLE MONTGOMERY TX 77356 |
| RAMIREZ, JOSE ANGEL | 696 SOUTH ASPEN AVENUE BLOOMINGTON CA 92316 |
| SIMON, HONORA | 910 S.MICHIGAN AVE #1310 CHICAGO IL 60605 |
| STATE OF ARKANSAS | JIM WOOD - AUDITOR OF STATE UNCLAIMED PROPERTY DIVISION P.O. BOX 251920 LITTLE ROCK AR 72225-1920 |
| STATE OF NEW JERSEY | DEPT. OF TREASURY - UNCLAIMED PROPERTY P.O. BOX 214 TRENTON NJ 08995-0214 |
| TAN TOH HOCK &/OR LIM BENG GUAIK | 5 LORONG RU PERTAMA 55000 KUALA LUMPUR MALAYSIA |
| TEDJAWIDJAYA, SETYAWATI | JI. MANDALA SELATAN 2 NOMER 23 JAKARTA BARAT 11440 INDONESIA |
| TSANG MAN CHIU | FLAT C, 49/F, TOWER 1, ISLAND RESORT 28 SIU SAN WAN ROAD CHAI WAN HONG KONG |
| TURIN FINANCIAL LTD | 401 B STREET, SUITE 920 SAN DIEGO CA 92101 |
| WALL STREET ON DEMAND, INC. | JAMES TANNER 5718 CENTRAL AVENUE BOULDER CO 80301 |
| WENDY JACOBI REVOCABLE TRUST | JACOBI, WENDI & HAROLD, TTEES 49 NEWBRIDGE ROAD SUDBURY MA 01776 |
| YOUNG | PO BOX 1464 GLENWOOD SPRINGS CO 81601 |

**Total Creditor count  34**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: RBS SECURITIES INC. C/O ANGELO, GORDON & CO., L.P/CLO GROUP/ATTN: MICHAEL NICOLO 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| ALLGEMEINE SPARKASSE OBEROSTERREICH BANKAKTIENGESE | ATTN: DR. ANTON MOISES LEGAL SUPPORT SPARKASSENPLATZ 2 4040 LINZ AUSTRIA |
| ALLGEMEINE SPARKASSE OBEROSTERREICH BANKAKTIENGESE | ALLGEMEINE SPARKASSE OBEROSTERREICH BANKAKTIENGESELLSCHAFT ATTN: DAVID ELKIND, ESQ ROPES & GRAY LLP 1211 AVENUE OF AMERICAS NEW YORK NY 10036 |
| AMERICAN EXPRESS COMPANY | C/O CULLEN K. KUHN BRYAN CAVE LLP 211 NORTH BROADWAY, SUITE 3600 SAINT LOUIS MO 63102 |
| AUGUST '86 TRUST, THE | C/O POWER CITY LTD. UNIT 12 PINEWOOD CLASE, BOGHALL ROAD BRAZ, C. WICKLAW IRELAND |
| AUGUST '86 TRUST, THE | THALER & GERTLER, LLP ATTN: ANDREW M. THALER & KATHERINE A. GERACI 90 MERRICK AVENUE, SUITE 400 EAST MEADOW NY 11554 |
| BANK OF VALLETTA P.L.C. | C/O DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036-7311 |
| BBT FUND, L.P. | C/O BBT GENPAR LP ATTN: WILLIAM O. REIMANN 201 MAIN STREET SUITE 3200 FORT WORTH TX 76102 |
| BBT FUND, L.P. | CAL JACKSON C/IO KELLY, HART & HALLMAN LLP 201 MAIN STREET SUITE 2400 FORT WORTH TX 76102 |
| BLACKBIRD AMERICA, INC | 831 E MOREHEAD ST. SUITE 900 CHARLOTTE NC 28202 |
| BLACKBIRD ASIA PTE LTD | 831 E MOREHEAD ST SUITE 900 CHARLOTTE NC 28202 |
| BLACKBIRD EUROPE LIMITED | 831 E MOREHEAD ST SUITE 900 CHARLOTTE NC 28202 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | BOILERMAKER TRUST C/O ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | BOILERMAKER TRUST C/O ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | BOILERMAKER TRUST C/O ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | BOILERMAKER TRUST C/O ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | BOILERMAKER TRUST C/O ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | BOILERMAKER TRUST C/O ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | BOILERMAKER TRUST C/O ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | BOILERMAKER TRUST C/O ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | BOILERMAKER TRUST C/O ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | BOILERMAKER TRUST C/O ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | BOILERMAKER TRUST C/O ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | BOILERMAKER TRUST C/O ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | BOILERMAKER TRUST C/O ALLAN FREEDMAN, ESQ. 1415 QUEEN ANN ROAD, SUITE 203 TEANECK NJ 07666 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 754 MINNESOTA AVENUE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |

| Claim Name | Address Information |
|---|---|
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOTTICELLI, L.L.C. | TRANSFEROR: RBS SECURITIES INC. C/O ANGELO, GORDON & CO., L.P/CLO GROUP/ATTN: MICHAEL NICOLO 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| CAP FUND, L.P. | C/O CAP GENPAR, L.P. ATTN: WILLIAM O. RIEMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| CAP FUND, L.P. | C/O KELLY HART & HALLMAN LLP ATTN CAL JACKSON 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| CBW LLC | TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CHAVEZ, GERARDO ARMANDO VIDRIO | PASEO SAN RAMUNDO 373 VALLE REAL ZAPOPAN JALISCO 45100 MEXICO |
| CITADEL EQUITY FUND LTD. | 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: HORIZON II INTERNATIONAL LIMITED ATTN: ADAM BENTCH AND HEAD OF STRUCTURED CREDIT 390 GREENWICH STREET, FOURTH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: HORIZON II INTERNATIONAL LIMITED ATTN: ADAM BENTCH AND HEAD OF STRUCTURED CREDIT 390 GREENWICH STREET, FOURTH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CORUS BANK N.A. | ATTN: DAN SEMANEK 3959 N LINCOLN AVE CHICAGO IL 60613 |
| CORUS BANK, N.A. | ATTN: DAN SEMANEK 3959 N LINCOLN AVE CHICAGO IL 60613 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CITADEL EQUITY FUND LTD. ATTN: ASHWINEE SAWH 11 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| CREDITO PRIVATO COMMERCIALE SA | VIA ZURIGO 46 LUGANO 6901 SWITZERLAND |
| CREDITO PRIVATO COMMERCIALE SA | VIA ZURIGO 46 LUGANO 6901 SWITZERLAND |
| CREDITO PRIVATO COMMERCIALE SA | VIA ZURIGO 46 LUGANO 6901 SWITZERLAND |
| CREDITO PRIVATO COMMERCIALE SA | VIA ZURIGO 46 LUGANO 6901 SWITZERLAND |
| CVF LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: SEASPRAIE HOLDINGS LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DAI-ICHI MUTUAL LIFE INSURANCE COMPANY, THE | 13-1, YURAKUCHO 1-CHOUME CHIYODA-KU TOKYO 100-8411 JAPAN |
| DAI-ICHI MUTUAL LIFE INSURANCE COMPANY, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| EDUARDO DAMY MONRAZ/ALEJANDRO DAMY MONRAZ/MARIA TE | MONRAZ DE DAMY 103103 2163 LIMA LOOP LAREDO TX TX 78045 |
| ELECTRABEL NV/SA | ATTN: JULIEN POCHET CHIEF LEGAL OFFICER TRADING & PORTFOLIO MANAGEMENT (ELECTRABEL SA) 8 BOULEVARD DU REGENT BRUSSELS B-1000 BELGIUM |
| ELECTRABEL NV/SA | ATTN: JULIEN POCHET CHIEF LEGAL OFFICER TRADING & PORTFOLIO MANAGEMENT (ELECTRABEL SA) 8 BOULEVARD DU REGENT BRUSSELS B-1000 BELGIUM |
| ELECTRABEL NV/SA | ATTN: JULIEN POCHET CHIEF LEGAL OFFICER TRADING & PORTFOLIO MANAGEMENT (ELECTRABEL SA) 8 BOULEVARD DU REGENT BRUSSELS B-1000 BELGIUM |
| ELECTRABEL NV/SA | ATTN: JULIEN POCHET CHIEF LEGAL OFFICER TRADING & PORTFOLIO MANAGEMENT (ELECTRABEL SA) 8 BOULEVARD DU REGENT BRUSSELS B-1000 BELGIUM |

| Claim Name | Address Information |
|---|---|
| ELECTRABEL NV/SA | TROUTMAN SANDERS LLP ATTN: HOLLACE T. COHEN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE, 7TH FLOOR NEW YORK NY 10174 |
| ELECTRABEL NV/SA | TROUTMAN SANDERS LLP ATTN: HOLLACE T. COHEN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE 7TH FLOOR NEW YORK NY 10174 |
| ELECTRABEL NV/SA | TROUTMAN SANDERS LLP ATTN: HOLLACE T. COHEN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE, 7TH FLOOR NEW YORK NY 10174 |
| ELECTRABEL NV/SA | TROUTMAN SANDERS LLP ATTN: HOLLACE T. COHEN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE, 7TH FLOOR NEW YORK NY 10174 |
| FAN SUI PING | FLAT 610 6/F HUI SING HSE HUI LAI COURT KWUN TONG HONG KONG |
| FETKENHEUER, LOTHAR | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| GILGANDRA COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AUSTRALIA |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AMPEGAGERLING INVESTMENT GMBH ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AMPEGAGERLING INVESTMENT GMBH ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HENNINGS, MAME-LUISE | BEIM ALTEM SCHUTENHOF 26 HAMBURG 22083 GERMANY |
| HENNINGS, MAME-LUISE | KWAG RECHBANWUETE LISE - MEITNER - STRASSE 2 BREMEN 28359 GERMANY |
| HIGHLAND CREDIT STRATEGIES FUND | SCOTT EVERETT HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| HIGHLAND CREDIT STRATEGIES FUND | SCOTT EVERETT HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| HIGHLAND CREDIT STRATEGIES FUND | C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT STRATEGIES FUND | C/O HIGHLAND CAPITAL MANAGEMENT, L.P. 13455 NOEL RD, SUITE 800 DALLAS TX 75240 |
| JOHN HANCOCK LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP PHILIP JANIS, JONATHAN TROSS AND MARK DEVENO, ESQS. ONE STATE STREET HARTFORD CT 06103-3178 |
| JOHN HANCOCK LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: PHILIP JANIS, JONATHAN TROSS, AND MARK DEVENO, ESQ. ONE STATE STREET HARTFORD CT 06103-3178 |
| JOHN HANCOCK LIFE INSURANCE COMPANY | ATTN: MICHAEL MIHALIK, JR JOHN HANCOCK PLACE--197 CLARENDON STREET C-3 BOSTON MA 02116 |
| JOHN HANCOCK LIFE INSURANCE COMPANY | ATTN: MICHAEL MIHALIK JOHN HANCOCK PLACE 197 CLARENDON STREET C-3 BOSTON MA 02116 |
| KLIPPEL, ALMUT | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KUHNAST, FRANK-ROLAND | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| MARIA TERESA DAMY DE LOPEZ/VIVIANA DAMY MONRAZ/ | MARIA TERESA MONRAZ DE DAMY 103103 2163 LIMA LOOP LAREDO TX 78045 |
| MASON CAPITAL MANAGEMENT | ATTN: JOHN GRIZZETTI, CFO 110 EAST 59TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| MASON CAPITAL MANAGEMENT | ATTN: JOHN GRIZZETTI, CFO 110 EAST 59TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| MASON CAPITAL MANAGEMENT | ATTN: JOHN GRIZZETTI, CFO 110 EAST 59TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| MASON CAPITAL MANAGEMENT | ATTN: JOHN GRIZZETTI, CFO 110 EAST 59TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| MASON CAPITAL MANAGEMENT | ATTN: JOHN GRIZZETTI, CFO 110 EAST 59TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| MASON CAPITAL MANAGEMENT | ATTN: JOHN GRIZZETTI, CFO 110 EAST 59TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| MASON CAPITAL MANAGEMENT | ATTN: JOHN GRIZZETTI, CFO 110 EAST 59TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| MASON CAPITAL MANAGEMENT | ATTN: JOHN GRIZZETTI, CFO 110 EAST 59TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| MASON CAPITAL MANAGEMENT | ATTN: JOHN GRIZZETTI, CFO 110 EAST 59TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| MITSUI COMPANY | 14-32 AKASAKA 2CHOME MINATOKU TOKYO 107-0052 JAPAN |
| MOELLER, DIETER + EDITH | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | BANKRUPTCY SECTION P O BOX 5300 ALBANY NY 12205-0300 |
| NICAISE, LEANDRE | RUE DE LA PLACE, 19 NAAST 7062 BELGIUM |
| NICHOLS, MARK | 220 EAST 73RD STREET APT. 9H NEW YORK NY 10021 |

| Claim Name | Address Information |
|---|---|
| OCCIDENTAL ENERGY MARKETING, INC. | C/O MCCARTER & ENGLISH, LLP RENAISSANCE CENTRE ATTN: KATHARINE L. MAYER 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801 |
| ONEX DEBT OPPORTUNITY FUND LTD.-C/O ONEX CREDIT PA | ATTN: STUART R. KOVENSKY-MANAGING MEMBER REDWOOD MASTER FUND, LTD.-C/O REDWOOD CAPITAL MANAGEMENT, LLC ATTN:JONATHAN KOLATCH-MANAGING PRINCIPAL 910 SYLVAN AVENUE ENGLEWOOD CLIFFS NJ 07632 |
| ONEX DEBT OPPORTUNITY FUND, LTD | C/O ONEX CREDIT PARTNERS, LLC 910 SYLVAN AVENUE ENGLEWOOD CLIFFS NJ 07632 |
| REHORST, JOYCE | 2123 FOX CREEK ROAD BERWYN PA 19312 |
| RODRIGUEZ MALAGON, MAYRA NATIVIDAD | C/ BITACORA 20 POZUELO DE ALARCON-MADRID 28223 SPAIN |
| ROYAL BANK AMERICA | ATTN: MCSWIGGEN JAMES ROYAL BANK OF PENNSYLVANIA 732 MONGOMERY AVENUE NARBERTH PA 19072 |
| ROYAL BANK AMERICA | ATTN: MCSWIGGEN JAMES ROYAL BANK OF PENNSYLVANIA 732 MONGOMERY AVENUE NARBERTH PA 19072 |
| RUETTENER, JUERG | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| RUETTENER, JUERG | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| SEMPRA GENERATION | SABINA CLORFEINE SEMPRA ENERGY 101 ASH STREET, SUITE 1100 SAN DIEGO CA 92101 |
| SEMPRA GENERATION | C/O SABINA CLORFEINE SEMPRA ENERGY 101 ASH STREET, SUITE 1100 SAN DIEGO CA 92101 |
| SPCP GROUP, L.L.C. | TRANSFEROR: TIFFANY & CO. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD 660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: TIFFANY & CO. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD 660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SRI FUND, L.P. | C/O SRI GENPAR, L.P. ATTN: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| SRI FUND, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| SUNTRUST BANK | ATTN: CAROLINE BARRY 303 PEACHTREE CENTER AVE., 24TH FLOOR ATLANTA GA 30308 |
| TEMPORIS HOLDINGS LIMITED | C/O CRISTINA RUIZ CASANUEVA, ABOGADO AVD. VALLE DEL GOLF ALOHA SUR 32, 9-A NUEVA ANDALUCIA- MARBELLA E-29660 SPAIN |
| TEMPORIS HOLDINGS LIMITED | C/O CRISTINA RUIZ CASANUEVA, ABOGADO AVD. VALLE DEL GOLF ALOHA SUR 32, 9-A NUEVA ANDALUCIA-MARBELLA/MALAGA E-29660 SPAIN |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: IKB DEUTSCHE INDUSTRIEBANK AG, LONDON BRANCH ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND PLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE FINANCIAL CENTER NEW YORK NY 10281 |
| TODAKA MINING CO., LTD. | 6-7 GOUNOMOTO-MACHI TSUKUMI-OITA JAPAN |
| TOTENS SPAREBANK | POSTBOKS 34 2851 LENA NORWAY |
| TSANG MAN CHIU | FLAT C, 49/F, TOWER 1, ISLAND RESORT 28 SIU SAN WAN ROAD CHAI WAN HONG KONG |
| UNION BANK, N.A., FKA UNION BANK OF CALIFORNIA, N. | C/O: PILLSBURY WINTHROP SHAW PITTMAN LLP ATTN: WILLIAM B. FREEMAN, ESQ AND MARK D. HOULE, ESQ. 725 SOUTH FIGUEROA STREET, SUITE 2800 LOS ANGELES CA 90017 |
| VIEWEG, THOMAS | GOLDREGEN STR. 18 ZEESEN D-15711 GERMANY |
| WEBER, HANS-HERMANN | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| WEBER, HANS-HERMANN | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| WEBER, HANS-HERMANN | C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| WONG, MING YUEN | FLAT 16, 25/F, TOWER 1 THE METROPOLIS RESIDENCE 8 METROPOLIS DRIVE HUNG HOM, KOWLOON HONG KONG |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

**Total Creditor count  132**