**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                          :
In re                                                     :      Chapter 11 Case No.
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,              :      **08-13555 (JMP)**
                                                          :      **(Jointly Administered)**
         **Debtors.**                                     :
                                                          :      **Ref. Docket Nos. 13919, 13925-**
-----------------------------------------------------------------------x              **13927 & 13936**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 13, 2011, I caused to be served:

    a.  the "Notice of Hearing on Debtors' Seventy-Eighth Omnibus Objection to Claims (Duplicative of Trustee / No Liability Claims)," dated January 13, 2011, to which was attached the "Debtors' Seventy-Eighth Omnibus Objection to Claims (Duplicative of Trustee / No Liability Claims)," dated January 13, 2011 [Docket No. 13919], (the "78th Omnibus Objection"),

    b.  the "Notice of Hearing on Debtors' Seventy-Ninth Omnibus Objection to Claims (Misclassified Claims)," dated January 13, 2011, to which was attached the "Debtors' Seventy-Ninth Omnibus Objection to Claims (Misclassified Claims)," dated January 13, 2011 [Docket No. 13925], (the "79th Omnibus Objection"),

    c.  the "Notice of Hearing on Debtors' Eightieth Omnibus Objection to Claims (No Liability Claims)," dated January 13, 2011, to which was attached the "Debtors' Eightieth Omnibus Objection to Claims (No Liability Claims)," dated January 13, 2011 [Docket No. 13926], (the "80th Omnibus Objection"),

    d.  the "Notice of Hearing on Debtors' Eighty-First Omnibus Objection to Claims (Duplicative Claims)," dated January 13, 2011, to which was attached the "Debtors' Eighty-First Omnibus Objection to Claims (Duplicative Claims)," dated January 13, 2011 [Docket No. 13927], (the "81st Omnibus Objection"),

e. the "Notice of Hearing on Debtors' Eighty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated January 13, 2011, to which was attached the "Debtors' Eighty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated January 13, 2011 [Docket No. 13936], (the "82nd Omnibus Objection"),

f. a customized version of the "Notice of Hearing on Debtors' Eighty-First Omnibus Objection to Claims (Duplicative Claims)," dated January 13, 2011, related to Docket No. 13927, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "81st Omnibus Custom Notice"), and

g. a customized version of the "Notice of Hearing on Debtors' Eighty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated January 13, 2011, related to Docket No. 13936, a sample of which is annexed hereto as <u>Exhibit B</u>, (the "82nd Omnibus Custom Notice"),

by causing:

i. true and correct copies of the 78th Omnibus Objection, 79th Omnibus Objection, 80th Omnibus Objection, 81st Omnibus Objection and 82nd Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>,

ii. true and correct copies of the 78th Omnibus Objection, 79th Omnibus Objection, 80th Omnibus Objection and 81st Omnibus Objection, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit D</u>,

iii. true and correct copies of the 78th Omnibus Objection, 79th Omnibus Objection, 80th Omnibus Objection, 81st Omnibus Objection and 82nd Omnibus Objection, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004,

iv. true and correct copies of the 78th Omnibus Objection, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to DLA Piper Nederland N.V., P.F. Hopman, Esq., P.O. Box 75258, 1070 AG Amsterdam, Netherlands,

v. true and correct copies of the 82nd Omnibus Objection, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Internal Revenue Service, Special Procedures Branch, District Director, 290 Broadway, New York, NY 10007,

vi. true and correct copies of the 78th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>,

    vii.   true and correct copies of the 79th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

    viii.   true and correct copies of the 80th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>,

    ix.   the 81st Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>, and

    x.   the 82nd Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

 

_/s/ Pete Caris_
Pete Caris

Sworn to before me this
13th day of January, 2011
_/s/ Eleni Kossivas_
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                          :
                          Debtors.        :    (Jointly Administered)
                                          :
------------------------------------------------------------------x

LBH OMNI81 01-13-2011 (MERGE2,TXNUM2) 4000065138 BAR(23) MAIL ID *** 000041061243 *** BSIUSE: 1

META, ANDRES P. & COYAN, NICOLAS
C/O GABRIEL G. MATARASSON
MARVAL, O'FARRELL & MAIRAL
AV. LEANDRO N. ALEM
928 FLOOR 7
BUENOS AIRES, C1001AAR ARGENTINA

### THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' EIGHTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

| Creditor Name and Address:<br>META, ANDRES P. & COYAN, NICOLAS<br>C/O GABRIEL G. MATARASSON<br>MARVAL, O'FARRELL & MAIRAL<br>AV. LEANDRO N. ALEM<br>928 FLOOR 7<br>BUENOS AIRES, C1001AAR ARGENTINA | | Claim Number | Date Filed | Case Number | Classification and Amount |
|---|---|---|---|---|---|
| | Claim to be Disallowed and Expunged | 18546 | 9/18/2009 | 08-13901 | UNSECURED: $ 0.00 UNLIQUIDATED |
| | Surviving Claim(s) | 16000 | 9/18/2009 | 08-13901 | UNSECURED: $ 0.00 UNLIQUIDATED |

PLEASE TAKE NOTICE that, on January 13, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Eighty-First Omnibus Objection to Claims (Duplicative Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it is duplicative, either entirely or in substance, of your claim filed against the same Debtor and on account of the same obligations as the claim listed above under SURVIVING CLAIM.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on February 14, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Elisabeth Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on March 3, 2011 to consider the Objection.  The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erin Eckols, Esq., at 214-746-7700.**  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  January 13, 2011
        New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Shai Y. Waisman

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
In re                                               :      Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :      08-13555 (JMP)
                                                    :
                          Debtors.                  :      (Jointly Administered)
                                                    :
------------------------------------------------------------------x
LBH OMNI82 01-13-2011 (MERGE2,TXNUM2) 4000078481 BAR(23) MAIL ID *** 000041062270 *** BSIUSE: 1

BIRDUM COMPANY LIMITED
ATTN: NORMA EBANKS
P.O. BOX 674
GRAND CAYMAN, KY1-1107 CAYMAN ISLANDS


**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' EIGHTY-SECOND OMNIBUS
OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

| Creditor Name and Address: | | Claim Number | Date Filed | Case Number | Classification and Amount |
|---|---|---|---|---|---|
| BIRDUM COMPANY LIMITED<br>ATTN: NORMA EBANKS<br>P.O. BOX 674<br>GRAND CAYMAN, KY1-1107 CAYMAN ISLANDS | **Claim to be Disallowed and Expunged** | 31339 | 9/22/2009 | 08-13555 | UNSECURED: $ 50,107.20 |
| | **Surviving Claim(s)** | 21805 | 9/21/2009 | 08-13555 | UNSECURED: $ 314,207,499.10 UNLIQUIDATED |

PLEASE TAKE NOTICE that, on January 13, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Eighty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it is substantively duplicative, in whole or in part, of the corresponding global claim(s) listed above under SURVIVING CLAIM(S).  The global claims are general unsecured claims filed by the Wilmington Trust Company and/or the Bank of New York Mellon, in their capacity as indenture trustees, on behalf of themselves and the holders of certain unsecured notes (the "Notes"). Your claim has been identified as also relating, in whole or in part, to the Notes.  **If the Objection is granted, your claim will be disallowed and expunged to the extent that it asserts claims related to the Notes, regardless of whether your claim asserts entitlement to treatment as a general unsecured, secured, administrative, and/or priority claim.  If your claim wholly relates to the Notes and the Objection is granted, then your claim will be disallowed and expunged in its entirety.  If only a portion of your claim relates to the Notes and the Objection is granted, then only that portion of your claim will be disallowed and expunged.  Any claim or portion of a claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on February 14, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]) upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Elisabeth Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on March 3, 2011 to consider the Objection.  The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erin Eckols, Esq., at 214-746-7700.**  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  January 13, 2011
         New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT C**

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adg@adorno.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brian.corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com

dowd.mary@arentfox.com
dpiazza@hodgsonruss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
hbeltzer@morganlewis.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lmolfetta@mayerbrown.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
maria.ginzburg@kirkland.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com

pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhs@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT D**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE T H DAVIS E GASPARINI A SCHWARTZ | 212-668-2255 |

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| STAAL BEWAARBEDRIJF | LANGE HOUTSTRAAT 8 2511 CW S-GRAVENHAGE PO BOX 327 2501 CH S-GRAVENHAGE NETHERLANDS |
| STAAL BEWAARBEDRIJF BV | LANGE HOUTSTRAAT 8 2511 CW S-GRAVENHAGE PO BOX 327 2501 CH S-GRAVENHAGE NETHERLANDS |
| STAALBANKIERS N.V. | LANGE HOUTSTRAAT 4-8 CW 'S-GRAVENHAGE 2511 NETHERLANDS |
| STAALBANKIERS N.V. | DLA PIPER NEDERLAND N.V. ATTN: P.F. HOPMAN, ESQ. P.O. BOX 75258 AMSTERDAM AG 1070 THE NETHERLANDS |
| STAALBANKIERS N.V. | DLA PIPER NEDERLAND N.V. ATTN: P.F. HOPMAN, ESQ. P.O. BOX 75258 AMSTERDAM AG 1070 |

**Total Creditor count  5**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| 91 BEACON STREET TRUST HERITAGE LLC | C/O THOMAS W. DICKSON TAYLOR ENGLISH DUMA LLP 1600 PARKWOOD CIRCLE, SUITE 400 ATLANTA GA 30339 |
| A.J. REALTY COMPANY HERITAGE LLC | C/O THOMAS W. DICKSON TAYLOR ENGLISH DUMA LLP 1600 PARKWOOD CIRCLE, SUITE 400 ATLANTA GA 30339 |
| BARBARA S. BLACK, LLC AND JAMES W. BLACK, LLC, JOI | C/O THOMAS W. DICKSON TAYLOR ENGLISH DUMA LLP 1600 PARKWOOD CIRCLE, SUTIE 400 ATLANTA GA 30339 |
| BARNETT ASSOCIATES, INC | 61 HILTON AVENUE GARDEN CITY NY 11530 |
| CITY OF OAKLAND AND OAKLAND REDEVELOPMENT AGENCY | ATTN: JOHN A RUSSO, CITY ATTORNEY- SBN 129729 BARBARA J. PARKER, CHIEF ASSIST. CITY ATTY- SBN 069722 SUSAN H. MOSK, DEPUTY CITY ATTORNEY- SBN 148410 ONE FRANK H. OGAWA PLAZA, 6TH FLOOR OAKLAND CA 94612 |
| EXECUTIVE FLITEWAYS, INC. | ATTN: JOHN W. GRILLO ONE CLARK DRIVE RONKONKOMA NY 11779 |
| FORREST S. HIGGINBOTHAM, LLC | C/O THOMAS W. DICKSON TAYLOR ENGLISH DUMA LLP 1600 PARKWOOD CIRCLE, SUTIE 400 ATLANTA GA 30339 |
| GENE YEANDLE, LLC | C/O THOMAS W. DICKSON TAYLOR ENGLISH DUMA LLP 1600 PARKWOOD CIRCLE, STE 400 ATLANTA GA 30339 |
| GREENFIELD'S OTP LLC | 15 PALATINE ROAD CALIFON NJ 07830 |
| HOFFMAN, BLANCHE | 4432 W. GREENLEAF AVE. LINCOLNWOOD IL 60712 |
| JOHN J. TRABOSH TRUST, LLC AND VICTORIA H. TRABOSH | C/O THOMAS W. DICKSON TAYLOR ENGLISH DUMA LLP 1600 PARKWOOD CIRCLE, STE 400 ATLANTA GA 30339 |
| SETH E. WALKER HERITAGE, LLC | C/O THOMAS W. DICKSON TAYLOR ENGLISH DUMA LLP 1600 PARKWOOD CIRCLE, STE 400 ATLANTA GA 30339 |
| SOURAPAS, K. JOAN | 2038 W. CORTLAND STREET CHICAGO IL 60647 |
| STILLWELL FAMILY TRUST LLC, THE | C/O THOMAS W. DICKSON TAYLOR ENGLISH DUMA LLP 1600 PARKWOOD CIRCLE, STE 400 ATLANTA GA 30339 |
| US BANK PORTFOLIO SERVICES | BANKRUPTCY DEPARTMENT 1310 MADRID STREET, SUITE 103 MARSHALL MN 56258 |
| WEBSTAR, LLC | C/O THOMAS W. DICKSON TAYLOR ENGLISH DUMA LLP 1600 PARKWOOD CIRCLE, STE 400 ATLANTA GA 30339 |

**Total Creditor count  16**

**EXHIBIT G**

| Claim Name | Address Information |
| --- | --- |
| A B WYAND | 14 GROVE TERRACE LONDON NW5 1PH UNITED KINGDOM |
| ACCUITY, INC. | 4709 WEST GOLF ROAD SUITE 600 SKOKIE IL 60076 |
| ALIER,MAX | 2119 BRANCROFT PL NW WASHINGTON DC |
| AMERICAN RED CROSS MILLBURN | 389 MILLBURN AVENUE MILLBURN NJ 07041 |
| AMSTER ROTHSTEIN & EBENSTEIN LLP | 90 PARK AVENUE NEW YORK NY 10016 |
| ANOVA BUSINESS CENTER INC | 2900 UNIVERSITY DRIVE CORAL SPRINGS FL 33065 |
| ARCHON SOLICITORS | MARTIN HOUSE 5 MARTIN LANE LONDON EC4R 0DP UNITED KINGDOM |
| BELL NUNNALLY & MARTIN, LLP | 3232 MCKINNEY AVE. SOUTH DALLAS TX 75204 |
| BENNETT, CHARLES L | 1606 SPENCER AVENUE WILMETTE IL 60091 |
| BEZIRK UNTERFRANKEN | BEZIRKSTAGSPRASIDENT HERRN ERWIN DOTZEL SILCHERSTR. 5 97074 WURZBURG GERMANY |
| BILLYBEY FERRY COMPANY, LLC | 115 RIVER ROAD SUITE 120 EDGEWATER NJ 07020 |
| BOWNE INTERNATIONAL LTD | ONE LONDON WALL LONDON EC2Y 5AF UNITED KINGDOM |
| BP ERGO LTD | DGP HOUSE LTD, 3RD FLOOR, 88C OLD PRABHADEVI ROAD, MUMBAI MH 400025 INDIA |
| BREHENEY, MICHAEL J | 3 MISSION WAY BARNEGAT NJ 08005 |
| BRITISH LIBRARY, THE | ACCOUNTS RECEIVABLE BOSTON SPA WETHERBY LS23 7BQ UNITED KINGDOM |
| BROMLEY BY BOW CENTRE | ST. LEONARD'S STREET BROMLEY BY BOW LONDON E3 3BT UNITED KINGDOM |
| CAPITAL CHASE | 97 ELSPETH ROAD LONDON SW11 1DP UNITED KINGDOM |
| COMMONWEALTH OF PENNSYLVANIA TSY DEPT TUITION AC | C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK NY 10281-1010 |
| COMMONWELTH OF PA PUBLICA SCHOOLS RETIREMENT SYSTE | C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK NY 10281-1010 |
| CRIM | PO BOX 195387 SAN JUAN 00919-5387 PUERTO RICO |
| E-FELLOWS.NET | SATTLERSTR. 1 MUNICH 80331 GERMANY |
| GENERAL MOTORS/GMIM-1 | C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK NY 10281-1010 |
| GEORGIA FIREFIGHTERS PENSION FUND | C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK NY 10281-1010 |
| HERNREICH FAMILY LIMITED | P.O. BOX 1888 EDWARDS CO 81632 |
| HERNREICH, REBECCA | P.O. BOX 19000 #304 AVON CO 81620 |
| INFERENTIAL FOCUS, INC | 200 MADISON AVENUE NEW YORK NY 10016 |
| MEYER, PAUL H. | 1990 K STREET NW SUITE 400 WASHINGTON DC 20006 |
| MUSCHEL, LAURIE | 2812 RUSSELL ST. BERKELEY CA 94705 |
| NINEHAM, STEWART K. | THE DELL PURLEY RISE PURLEY, CROYDON SURREY CR8 3AW UNITED KINGDOM |
| PALI INTERNATIONAL | 6 DUKE STREET ST JAMES LONDON SW1 6BN UNITED KINGDOM |
| PFA PENSION ALS | SUNDKROGSGAOE 4 2100 COPENHAGEN DENMARK |
| RBC CEES LIMITED | 19-21 BROAD STREET ST. HELIER JERSEY, CHANNEL ISLANDS JEI 3PB UNITED KINGDOM |
| SCOTT'S FLOWERS | ATTN:PAUL DIAZ 15 W 37TH STREET NEW YORK NY 10018 |
| SCOTT'S FLOWERS INC. | PAUL DIAZ 15 WEST 37TH ST NEW YORK NY 10158 |
| SEI LIBOR PLUS PORTFOLIOS | C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK NY 10281-1010 |
| SERAYDAR, ROSE MRS. | 525 NEPTUNE AVE. APT 22B BROOKLYN NY 11224-4020 |
| SERER SANMARTIN, MARIA PILAR | TR DE GRACIA 48  3-4 BARCELONA 08021 SPAIN |
| SIGNAL KRANKENVERSICHERUNG A. G. | JOSEPH-SCHERET-STN. 3 DORTMUND D-44139 GERMANY |
| STANISLAO, SUZANNE D | 10 RIDGEVIEW TERRACE GOSHEN NY 10924 |
| STICHTING PENSIONFONDS ABP | C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK NY 10281-1010 |
| UT INVESTMENT MGMT CORP. | C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK NY 10281-1010 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

**Total Creditor count  41**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED | ATTN: APRIL CROWTHER 18-22 GRENVILLE STREET JERSEY JE4 8PX UNITED KINGDOM |
| BANK OF VALLETTA P.L.C. | C/O DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036-7311 |
| BEHEERMIJ L. KAMP BV | EAGLELAAN 49 LELYSTAD 8241 AK NETHERLANDS |
| BEMO EUROPE | 49 AVENUE IENA PARIS 75116 FRANCE |
| BHATTAL, JASJIT S. | 64 CHUNG HOM KOK ROAD HONG KONG |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BURKE, KENNETH C. | ZOAR, DEVENISH RD ASCOT BERKSHIRE 5L5 9OP UNITED KINGDOM |
| BURKE, KENNETH C. | ZOAR, DEVENISH ROAD ASCOT BERKSHIRE SL5 9QP UNITED KINGDOM |
| BURKE, KENNETH C. | ZOAR, DEVENISH ROAD ASCOT BERKSHIRE SL5 9QP UNITED KINGDOM |
| BURKE, KENNETH C. | ZOAR, DEVENISH ROAD ASCOT BERKSHIRE SL5 9QP UNITED KINGDOM |
| CADET, PIERRE | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| CARRERA ZAYAS, JULIO & SAUCA IBANEZ, CARMEN | C/GERARDO CORDON 51. PISO 10 E MADRID 28017 SPAIN |
| CARUALHO TALHADAS, ANIBAL | AVENIDA ARRIAGA-73-R/CHAO EDIFICIO MARINA CLUB FUNCHAL 4000-060 PORTUGAL |
| CARUALHO TALHADAS, ANIBAL | AVENIDA ARRIAGA-73-R/CHAO EDIFICIO MARINA CLUB FUNCHAL 4000-060 PORTUGAL |
| CHECO, MANUEL | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| CIGANEK, THOMAS | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| CUMNOR CONSTRUCTION LTD PENSION PLAN | REF INDEPENDENT TTEE CO LTD 35 FITZWILLIAM ST UPPER DUBLIN 2 IRELAND |
| D'AMBROSI, CARLO | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| DANIEL, CYNTHIA ZAMORA | 2373 BROADWAY UNIT P8 NEW YORK NY 10024 |
| DANIEL, CYNTHIA ZAMORA | 2373 BROADWAY UNIT P8 NEW YORK NY 10024 |
| DE CLERCQ ZUBLI, P.J. & RAMJOIE, E. | HOGE HAAR 53 SCHILDE B-2970 BELGIUM |
| DELVAI, KAREN | POSTSTRASSE 22 HE FRANKFURT 60329 GERMANY |
| DOSSIS, S.L. | AVDA. DIAGONAL, 601, 5-A BARCELONA 08028 SPAIN |
| DUXERALM SEIBAHNEN GMBH | OBERKRIMML 7 KRIMML 5743 AUSTRIA |
| E.A. JONHER B.V. | FREDERIH HENDRIDSTRAAT 2C VEEN 4264 SR NETHERLANDS |
| EAST BAY MUNICIPAL UTILITY DISTRICT | ATTN: GARY BREAUX, DIRECTOR OF FINANCE 375 ELEVENTH STREET, MS 801 OAKLAND CA 94607 |
| EINSIDLER, LEE | SIDNEY FRANK IMPORTING CO., INC. 20 CEDAR STREET NEW ROCHELLE NY 10801 |
| EUROSAIL-UK 2007-5NP PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER, FIFTH FLOOR 6 BROAD STREET LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL-UK 2007-5NP PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER, FIFTH FLOOR 6 BROAD STREET LONDON EC2M 7JH UNITED KINGDOM |
| EUROSAIL-UK 2007-5NP PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| EUROSAIL-UK 2007-5NP PLC | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| FASTRE, FRANCOISE | 'T HELLEKE 1 KORTRIJK 8500 BELGIUM |
| FERNANDEZ ALONSO, MARISOL | VIRGILIO FERNANDEZ DEL REAL C/PALOMAS #12 MARFIL GUANAJUATO, GTO 36250 MEXICO |
| FERNANDEZ DEL REAL, VIRGILIO | MA. DEL CARMEN FERNANDEZ ALONSO C/ PALOMAS #12 MARFIL GUANAJUATO, GTO 36250 MEXICO |

| Claim Name | Address Information |
|---|---|
| FERNANDEZ DEL REAL, VIRGILIO & ESTELA CORDERO CABR | C/PALOMAS #12 MARFIL GUANAJUATO, GTO 36250 MEXICO |
| GARTNER, MECHTHILD | MARDERWEG 55 DORSTEN 46282 GERMANY |
| GOLDFARB, DAVID | 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| GOLDMAN ASSOCIATES | 17305 ST JAMES COURT BOCA RATON FL 33496 |
| GOLDMAN, MICHAEL | 17305 ST JAMES COURT BOCA RATON FL 33496 |
| GOLDSCHEIN, STEVEN | 2075 BLANCHE LANE MERRICK NY 11566-5504 |
| GRAY, GLENN N. | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| GRIEB, EDWARD | 8 BRIARBERRY COURT LAKE GROVE NY 11755 |
| HARBER, LANA | 33 RIVERSIDE DRIVE APT 12F NEW YORK NY 10023 |
| HOROWITZ, RUTH E. | 975 PARK AVENUE, APT. 16 C NEW YORK NY 10028 |
| HUEN PO WAH AND LAI CHUN YING WINNIE | FLAT E, 24/F, BLOCK 12 SCENEWAY GARDEN LAM TIN, KLN HONG KONG |
| JAMES, NOEL | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| KASSON, AMY | 2 STRAWBERRY LANE WARREN NJ 07059 |
| KOLKMEIER, BERND | ESCHENWEG 2A HAMBUHREN D-29313 GERMANY |
| LAI KING CHUEN | FLAT A 9/F BLOCK 1 PROVIDENT CENTRE NORTH POINT HONG KONG |
| LEGA RAMOS, LUIS FERNANDO | JORGE RODRIGUEZ PRADO C/ CAPITAN HAYA 23 28020 MADRID SPAIN |
| LEGA RAMOS, LUIS FERNANDO | CALLE JULIO CARO BAROJA 42 MADRID 28050 SPAIN |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: PUERTO SWAP FCCC CORP. 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LOUIS EID, NADA | HODA MACARON NEE LOUIS EID ROSE MAY LOUIS LOUIS EID BNP PARIBAS WEALTH MANAGEMENT 10, BVD MALESHERBES PARIS 75008 FRANCE |
| MARGREITER, HVLDA | DANIEL-SWAROVSKI STRASSE 48 ABSAM A-6067 AUSTRIA |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: TLP TRADING LLC ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER – 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| META, ANDRES P. & COYAN, NICOLAS | C/O GABRIEL G. MATARASSON MARVAL, O'FARRELL & MAIRAL AV. LEANDRO N. ALEM 928 FLOOR 7 BUENOS AIRES C1001AAR ARGENTINA |
| META, ANDRES P. & COYAN, NICOLAS | KAYE SCHOLER LLP ATTN: RICHARD G. SMOLEV, ESQ. 425 PARK AVENUE NEW YORK NY 10022-3598 |
| MOLLER, MARTIN | WEIMARSTRASSE 15 DREIEICH 63303 GERMANY |
| NICAISE, MARC & FANNY MEERTS | RUE SAINT-VINCENT, 33 NAAST 7062 BELGIUM |
| NIEMAN, ROGER R. | 300 EAST 40TH ST NEW YORK NY 10016 |
| NORDNET BANK AB | BOX 14077 BROMMA SE 16714 SWEDEN |
| O'DUFFY, GABRIEL | 198 LOWER KILMACUD ROAD GOATSTOWN DUBLIN 14 IRELAND |
| ONG STEPHEN CHUA & ONG ELIZABETH YUTAN | 4TH FLOOR FLAT A, GREENFIELD MANSION #8 KINGSTON STREET CAUSEWAY BAY HONG KONG |
| ONG STEPHEN CHUA & ONG ELIZABETH YUTAN | 4TH FLOOR FLAT A, GREENFIELD MANSION #8 KINGSTON STREET CAUSEWAY BAY HONG KONG |
| PESANTES, SERGIO | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET– 3RD FLOOR NEW YORK NY 10007 |
| PIA STRADA, MARIA | VIA ANGELO VIGANO 4 CARATE BRIANZA (MI) 20048 ITALY |
| PIERRE, HEURTELOU | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FL NEW YORK NY 10007 |
| PLATZ, JAMES | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET– 3RD FLOOR NEW YORK NY 10007 |
| PRYOR, JEFFREY M. | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET– 3RD FLOOR NEW YORK NY 10007 |
| PUERTO RICO FIXED INCOME FUND V INC | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| PUERTO RICO FIXED INCOME FUND V INC | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |

| Claim Name | Address Information |
|---|---|
| PUERTO RICO FIXED INCOME FUND V INC | ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN PR 00918 |
| PUERTO RICO FIXED INCOME FUND V INC | ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN PR 00918 |
| RABASSA, AUGUSTIN | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| RICCIUTO, GERARD | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| RIVERA, HECTOR J. | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK NY 10007 |
| RUSSO, THOMAS | PATTON BOGGS LLP 1185 AVENUE OF THE AMERICAS 31ST FLOOR NEW YORK NY 10036 |
| SALVATORE, JULIANNE | 309 101ST STREET BROOKLYN NY 11209 |
| SARDIS, JEFFREY | WILLIAM F. DAHILL, ESQ. WOLLMUTH MAHER & DEUTSCH LLP 500 FIFTH AVENUE NEW YORK NY 10110 |
| SARDIS, JEFFREY | LAUREN SARDIS 2023 COURT NORTH DRIVE MELVILLE NY 11747 |
| SARDIS, JEFFREY | 130 SAGAMORE DRIVE PLAINVIEW NY 11803 |
| SCHAFER, KLAUS | MOZARTSTRASSE 7 EHRINGSHAUSEN 35630 GERMANY |
| SCHMID, HANSJOUG | DINGLINGERSTR 5 BIBERACH 88400 GERMANY |
| SCHMITZ, HERMANN | GARTENSTR. 36 MOERS 47441 GERMANY |
| SCOTT, IAN C. | 24 ORMOND AVENUE MDDSX HAMPTON TW122RU UNITED KINGDOM |
| SEARS, BRIAN | 230 WEST 56TH APT 53C NEW YORK NY 10019 |
| SEARS, BRIAN | 230 WEST 56TH APT 53C NEW YORK NY 10019 |
| SENIOR, MARION J | 106 JAMAICA STREET STEPNEY LONDON, GT LON E1 3HY UNITED KINGDOM |
| SENIOR, MARION J | 106 JAMAICA STREET STEPNEY LONDON E1 3HY UNITED KINGDOM |
| SENIOR, MARION J | 106 JAMAICA STREET STEPNEY LONDON E1 3HY UNITED KINGDOM |
| SMITH, KRISTINE | 371 HIGH MEADOW COURT WYCKOFF NJ 07481 |
| SMYTH, EDWARD P. | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| STATE OF CALIFORNIA | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO CA 95812-2952 |
| SULLIVAN, CHRISTIAN | PAID DETIAL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET-3RD FLOOR NEW YORK NY 10007 |
| SWAN KHING GO | C/O MEANDER 30 AMSTELVEEN 1181 WN NETHERLANDS |
| TAIPEI FUBON COMMERICAL BANK CO., LTD. | ATTN: ALEX FU & MORRIS HUANG 5F, NO. 169 JEN-AI ROAD, SECTION 4 TAIPEI TAIWAN, PROVINCE OF CHINA |
| TAIPEI FUBON COMMERICAL BANK CO., LTD. | LCS & PARTNERS ATTN: BRIAN YU 5F., NO 8, SEC. 5, SINYI ROAD TAIPEI 110 TAIWAN, R.O.C. |
| TAIPEI FUBON COMMERICAL BANK CO., LTD. | LOWENSTEIN SANDLER PC ATTN: JEFFREY D. PROL, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| TARSITANO, MARIA CONCETTA | VIA MAGNA GRECIA, NO. 8 FAGNANO CASTELLO 87013 ITALY |
| TAVERAS, ROBIN | NYPD PAID DETAILUNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| TEJERA, JUAN | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET-3RD FLOOR NEW YORK NY 10007 |
| TIRRE, RYAN C | 35 ST. NICHOLAS TERRACE, # 37 NEW YORK NY 10027 |
| TIRRE, RYAN C | 35 ST NICHOLAS TERRACE APARTMENT 37 NEW YORK NY 10027 |
| TIRRE, RYAN C | 35 ST NICHOLAS TERRACE APARTMENT 37 NEW YORK NY 10027 |
| TIRRE, RYAN C | 35 ST. NICHOLAS TERRACE APARTMENT 37 NEW YORK NY 10027 |
| TIRRE, RYAN C | 35 SAINT NICHOLAS TER APT 37 NEW YORK NY 100272842 |
| TONUCCI, PAOLO | 16 ST MARKS CRESCENT LONDON NW1 7TS UNITED KINGDOM |
| TOTENS SPAREBANK | POSTBOKS 34 LENA 2851 NORWAY |
| TROUT, ROGER | C/O KENNETH J. BUECHLER, ESQ. SENDER & WASSERMAN, P.C. 1660 LINCOLN STREET, SUITE 2200 DENVER CO 80264 |

| Claim Name | Address Information |
|---|---|
| UVINO, WENDY M. | 50 EAST 89TH STREET APT 22F NEW YORK NY 10128 |
| VALENTINE, CHRISTOPHER | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| VAN DER MEULEN, W.M. AND N. VAN DER MUELEN-BREEDEN | BOSKLOANE 4 9255 JH TYTSJERK NETHERLANDS |
| VANDERBEEK, JEFFREY | C/O WASSERMAN, JURISTA & STOLZ 225 MILLBURN AVE., P.O. BOX 1029 MILLBURN NJ 07041 |
| VAZQUEZ JR., JUAN | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| VAZQUEZ, ELVIS | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| VINK, S.M.C. | WAGENAARSTRAAT 19 NAALDWIJK 2671 TT NETHERLANDS |
| VON CZETTRITZ, CAROLINE FREIFRAU | BERNHARD-BORST-STRASSE 5 MUNICH 80637 GERMANY |
| VON CZETTRITZ, CAROLINE FREIFRAU | PETER ZABEL TENGSTR. 38 MUNICH 80697 GERMANY |
| VON EBEN-WORLEE, DRS. ALBRECHT AND HANNELORE | FOHRENBERG 6 SEEVETAL 21218 GERMANY |
| VUCKOVIC, JOSIP | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| WALLACE FOUNDATION, THE | 5 PENN PLAZA 7TH FLOOR NEW YORK NY 10001 |
| WALLACE, WILLIAM A. | 95 MYSTIC DRIVE OSSINING NY 10562 |
| WEINSTEIN, STEPHEN | 3401 OAK CANYON DR. BIRMINGHAM AL 35243 |
| WEISS, ROGER J AND SUZANNE, AS CO-EXECUTORS OF THE | SUZANNE WEISS 200 GUARDS RD GREENWICH CT 06831 |
| WEISS, ROGER J AND SUZANNE, AS CO-EXECUTORS OF THE | WILLIAM F DAHILL ESQ WOLLMUTH MAHER & DEUTSCH LLP 500 FIFTH AVENUE NEW YORK NY 10110 |
| WEISS, ROGER J AND SUZANNE, AS CO-EXECUTORS OF THE | H WEISS ROGER J WEISS 181 HIGHLAND RD RYE NY 10580 |
| WEISS, ROGER J AND SUZANNE, AS CO-EXECUTORS OF THE | ROGER J WEISS 181 HIGHLAND RD RYE NY 10580 |
| ZUSY, MARK | 17 GRACEWOOD DRIVE MANHASSET NY 11030 |

**Total Creditor count  132**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| ADAM, DAVID | 9393 SOUTH 33RD ST FRANKLIN WI 53132 |
| ALEXANDER, MARK P. | KATHRYN A ALEXANDER 5317 GREENBRIAR LN MADISON WI 53714 |
| ALVARE, LOUIS J. & ROSEMARY C. | 473 CHANDLEE DR. BERWYN PA 19312 |
| ALWEIS, EDWARD J. & MARY | 7639 TARPON COVE CIRCLE LAKE WORTH FL 33467 |
| AMERICAN NATIONAL GENERAL INSURANCE COMPANY | C/O FREDERICK BLACK/TARA B. ANNWEILER GREER, HERZ & ADAMNS, LLP ONE MOODY PLAZA, 18TH FLOOR GALVESTON TX 77550 |
| AMERICAN NATIONAL LLOYDS INSURANCE COMPANY | C/O FREDERICK BLACK/TARA B. ANNWEILER GREER, HERZ,& ADAMS ONE MOODY PLAZA, 18TH FLOOR GALVESTON TX 77550 |
| ARCOIRIS DEVELOPMENT INC | C/O BNP PARIBAS. TRUST & COMPANY SA. PLACE DE HOLLANDE 2-1211. GENEVA 11. |
| BAKER, JANE E. | 5492 NORTH RED PINE CIRCLE KALAMAZOO MI 49009 |
| BALMER, DOROTHEA A. | 18 FRAME AVENUE MALVERN PA 19355-1521 |
| BANCO SANTANDER INTERNATIONAL AS AGENT | WILLIAM M. GOLDMAN, ESQ. DLA PIPER 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANCO SANTANDER INTERNATIONAL AS AGENT | WILLIAM M. GOLDMAN, ESQ. DLA PIPER 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANCO SANTANDER INTERNATIONAL AS AGENT | ATTN: LEGAL DEPARTMENT 1401 BRICKELL AVE, SUITE 1500 MIAMI FL 33131 |
| BANCO SANTANDER INTERNATIONAL AS AGENT | ATTN:LEGAL DEPARTMENT 1401 BRICKELL AVE, SUITE 1500 MIAMI FL 33131 |
| BANK SARASIN & CO LTD | C/O BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH SWITZERLAND |
| BANK SYZ & CO S.A. | ATTN: BO TITRES - CORPORATE ACTIONS RUE DU RHONE 30 GENEVE CH-1204 SWITZERLAND |
| BARBER, WILLIAM W. AND MARILYN A. | 5900 SW 20TH STREET PLANTATION FL 33317 |
| BEATTIE, JOHN L. | 4 ADMIRALS WALK STUART FL 34996 |
| BECK, THOMAS E AND LEONA W | 28 5TH AVENUE SARATOGA SPRINGS NY 12866-3523 |
| BENSON, GREGORY AND CORNELIA | 12357 CLARETH DRIVE OAK HILL VA 20171 |
| BERMAN, PETER, DR. | C/O GLENN S. GITOMER, ESQUIRE MCCAUSLAND KEEN & BUCKMAN 11 BROADWAY, SUITE 715 NEW YORK NY 10004 |
| BIRDUM COMPANY LIMITED | ATTN: NORMA EBANKS P.O. BOX 674 GRAND CAYMAN KY1-1107 CAYMAN ISLANDS |
| BROWN, EDWARD D AND VERGENE D | REV TRUST DTD 11/16/94 EDWARD D + VERGENE D BROWN TTEES 1514 E CAMPO BECCO DR PHOENIX AZ 85022-2023 |
| BROWN, RICHARD LLOYD | ROLLOVER IRA 5077 LOWELL ST. N.W. WASHINGTON DC 20016 |
| CALHOUN, THOMAS R. IRA | ACCT # 0000451986293021 AMERIPRISE TRUST CO. 38 POST SHADOW ESTATE DR. SPRING TX 77389 |
| CALVERT, JAMES RAYMOND | 130 MEADOW AVENUE MANNINGTON WV 26582 |
| CATERPILLAR PRODUCT SERVICES CORPORATION | JAIME MYERS, CATERPILLAR FINANCIAL SERVICES CORPORATION 2120 WEST END AVE NASHVILLE TN 37203 |
| CATRON, DAREL & JOANN | 3915 SE 26TH ST DES MOINES IA 50320-2658 |
| CAVERLY, ANDREW J | 2896 WHITE PARSH PLACE MACUNGIE PA 18062 |
| CHANG, DAMIAN H. | 5722 COUNTY CLUB PARKWAY SAN JOSE CA 95138 |
| COLEMAN, MARCO | 105 MONARCH CT SAINT AUGUSTINE FL 32095 |
| COLL, ROBERT J, MSGR, CHAR REM UNIT TRUST, W.J. ST | 1066 BUCKINGHAM DR ALLENTOWN PA 18163 |
| COMMINGLED PENSION TRUST FUND | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. & KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| COMMINGLED PENSION TRUST FUND | (LONG CREDIT) OF JPMORGAN CHASE BANK, NA 245 PARK AVENUE NEW YORK NY 10167-0001 |
| COMMINGLED PENSION TRUST FUND | SCOTT E. RICHTER JP MORGAN INVESTMENT MGMT INC C/O LEGAL DEPT FLOOR 4P 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| CONTE, GERALD J. | 8434 W. MERCER WAY MERCER ISLAND WA 98040 |
| CONTINENTAL MANAGEMENT GROUP, LLC | C/O RICHARD D. ZEISLER, ESQ. ZEISLER & ZEISLER, P.C. 558 CLINTON AVENUE BRIDGEPORT CT 06605 |
| COUCK, ROBERT J & BARBARA A, JTTEN | 48114 BELMONT CT MACOMB TWP MI 48044 |

| Claim Name | Address Information |
| --- | --- |
| CRAVER, JEFFREY L. | 401 EDGEWOOD DRIVE SAINT LOUIS MO 63105-2015 |
| CROWE, BRIAN F. | P.O. BOX 550 GENOA NV 89411 |
| CYPRES, KAMI BEIFER | 13045 RIVERS ROAD LOS ANGELES CA 90049 |
| CYPRES, KAMI BEIFER | KAMI BEIFER CYPRES 13045 RIVERS ROAD LOS ANGELES CA 90049 |
| DANEO, EDUARDO LUIS | DANEO, PEDRO IGNACIO 18 DE JULIO 2037 - OF 101 MONTEVIDEO 11200 URUGUAY |
| DAVIS, DAVID LLOYD | 1190 15TH STREET ARCATA CA 95521-5570 |
| DENISON, GORDON C | 2051 ROBB ROAD WALNUT CREEK CA 94596 |
| DEPALMA, MARY J. | 8239 LONGDEN CIR CITRUS HEIGHTS CA 95610-0813 |
| DINSMORE, JAMES PAUL & DORIS JEANNE TTEE | U/A DTD 10-18-1900 DINSMORE FAMILY TRUST 4115 E 8TH STREET CASPER WY 82609 |
| EDELMANN, STEPHEN J. AND JACQUELINE W. | C/O GLENN S. GITOMER, ESQUIRE MCCAUSLAND KEEN & BUCKMAN 11 BROADWAY, SUITE 715 NEW YORK NY 10004 |
| EDOLSON, STEVEN & ELLEN | 2 COUNTRY LANE BROOKVILLE NY 11545 |
| ELIAS, JOAN D., TRUSTEE | 13150 LOG CABIN PTE. FENTON MI 48430 |
| ELIAS, RICHARD | 13150 LOG CABIN PTE FENTON MI 48430 |
| FAHRIG, ROBERT J. | 4122 ROSE BANK DR. HOUSTON TX 77084 |
| FARMERS NEW WORLD LIFE INSURANCE COMPANY | SHELLEY C CHAPMAN ESQ WILLKIE FARR & GALLAGHER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| FARMERS NEW WORLD LIFE INSURANCE COMPANY | ATTN: KATHERINE P. CODY 3003 77TH AVE SE MERCER ISLAND WA 98040 |
| FARRELL, MARARET A. | 12621 NE 7TH ST. BELLEVUE WA 98005 |
| FERNANDEZ, JORGE & VALADES, VIVIANA | JTWROS 3843 LITTLE AVENUE MIAMI FL 33133 |
| FLEISS, SUSAN, IRA | 1315 GEORGINA AVENUE SANTA MONICA CA 90402 |
| FONDO LATINOAMERICANO DE RESERVAS | AVENIDA 82 NO. 12-18 PISO 7 BOGOTA COLOMBIA |
| FORD, MARGARET L. | 83 HARVEST LANE WEST ISLIP NY 11795 |
| FORD, THOMAS | 83 HARVEST LANE WEST ISLIP NY 11795 |
| FRADIN, MARGERY | 89 STATION ROAD GREAT NECK NY 11023-2423 |
| FRANKEL, MARCIA | 8391 JESOLO LN. SARASOTA FL 34238-4739 |
| FRASSO, V. JAMES | 23007 KENT AVE TORRANCE CA 90505 |
| FREEDMAN, WILLIAM D. | 8121 HACKAMORE DRIVE POTOMAC MD 20854-3873 |
| FRITZ, ADAM | 75 CORD LANE LEVITTOWN NY 11756-3934 |
| FULLER, SANDRA | 1335 OLD FOUNTAIN RD LAWRENCEVILLE GA 30043 |
| G. GOFFMAN REVOCABLE TRUST | JAY GOFFMAN-SASMF FOUR TIMES SQUARE NEW YORK NY 10036 |
| G. GOFFMAN REVOCABLE TRUST | 8336 HORSESHOE BAY ROAD BOYNTON BEACH FL 33437 |
| GIFFUNI, MATTHEW | 353 E 83RD ST, #23H NEW YORK NY 10028 |
| GILDE, FREDRIC L. | 240 WEST 75TH STREET APT. #7B NEW YORK NY 10023 |
| GIORDANO, JOSEPH J. | 772 WILLOWBROOK DR. APT 908 NAPLES FL 34108 |
| GOKING, KATHRYN S. | 5023 SUPERIOR AVENUE SHEBOYGAN WI 53083 |
| GONZALES, CARLOS F. | 20545 VACCARO AVE. TORRANCE CA |
| GONZALEZ, FERNANDO J | BOSQUES DE TORONJOS 13 DEPT.701 BOSQUES DE LAS LOMAS DELEGACION CUAJIMALPA MEXICO D.F. 05100 MEXICO |
| GONZALEZ, FERNANDO J | FERNANDO J GONZALEZ 10461 ASHBORO DR COLLIERVILLE TN 38017-3456 |
| GRAFFEO, MARK A. | 200 TURNBERRY CIR. FAYETTEVILLE GA 30215 |
| GRAFFEO, MARK A. | 200 TURNBERRY CIR. FAYETTEVILLE GA 30215 |
| GREENLEAF TRUST | 211 S. ROSE ST KALAMAZOO MI 49007 |
| GREENLEAF TRUST | 211 S. ROSE ST KALAMAZOO MI 49007 |
| GREENWALD, KERRY A. | 5200 TOWN CENTER CIRCLE TOWER 1 SUITE 201 BOCA RATON FL 33486 |
| GRESHAM, JAMES C. | 13034 DOGWOOD BLOSSOM TRAIL HOUSTON TX 77065 |
| GRESHAM, JAMES C. | 13034 DOGWOOD BLOSSOM TRAIL HOUSTON TX 77065 |
| GROSS, BENJAMIN J. | 205 WEST END AVENUE # 50 NEW YORK NY 10023-4804 |

| Claim Name | Address Information |
|---|---|
| GROSS, JEFFREY R. | 205 WEST END AVENUE # 50 NEW YORK NY 10023-4804 |
| GROSS, JEROME | C/F ALEXANDRA GROSS 205 WEST END AVENUE # 50 NEW YORK NY 10023-4804 |
| GUEST, EDWARD S. | CUSTODIAN FOR IRA ROLLOVER 31461 BISHOPS GATE CIRCLE WESTLAKE OH 44145-3764 |
| HAYDEN, ELIZABETH J. | 1531 SAN ANTONE LN LEWISVILLE TX 75077-2855 |
| HENDERSON, GARY | 2550 NORTH COUNTRY CLUB ROAD TUCSON AZ 85716 |
| HESS WILLIAM & MARY C. | 236 INDIAN COVE DR DAWSONVILLE GA 30534 |
| HILL, FRANCIS J., IRA | 9595 RED BIRDLANE ALPHARETTA GA 30022 |
| HOLMES, MARY G. | 6562 BOCA DEL MAR DR. # 326 BOCA RATON FL 33433 |
| HOLTZ, BEVERLY | 6638 FOUNTAIN CIRCLE LAKE WORTH FL 33467 |
| HOPKINS, JOHN M. | 1763 ROYAL OAKS RD N., # F-309 BRADBURY CA 91010 |
| HOSAGE, JOHN | 551 S MAIN RD MOUNTAIN TOP PA 18707 |
| HOWE, DAVID AND MARJORIE | 3 N. EVANSTON AVE ARLINGTON HEIGHTS IL 60004-6615 |
| INGWER, IRWIN, IRA | 7 WESTBOURNE LANE MELVILLE NY 11747 |
| ISLAND MEDICAL GROUP PC RETIREMENT TRUST | FBO IRWIN INGWER 7 WESTBOURNE LANE MELVILLE NY 11747 |
| JACOBS, GARY M. | 79 ATTERBURY BLVD #116 HUDSON OH 44236 |
| JAMESON, H.D. | 415 S DEL SOL LN DIAMOND BAR CA 91765 |
| JARRETT, MARJORIE ELLEN | 2420 SOUTHWOOD TRACE HOOVER AL 35244-8289 |
| JARRETT, MARJORIE ELLEN | 2420 SOUTHWOOD TRACE HOOVER AL 35244-8289 |
| JOHNS, WALTER F. | 7808 HEMLOCK EL PASO TX 79925 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN | 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN | J.P. MORGAN INVESTMENT MANAGEMENT, INC. C/O LEGAL DEPT. FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN INSURANCE TRUST CORE BOND PORTFOLIO, | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN INSURANCE TRUST CORE BOND PORTFOLIO, | A SERIES OF JPMORGAN INSURANCE TRUST 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN INSURANCE TRUST CORE BOND PORTFOLIO, | JP MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT - FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN INVESTMENT FUNDS - GLOBAL BOND FUND (EUR) | FINSBURY DIALS 20 FINSBURY STREET LONDON EC2Y 9AQ UNITED KINGDOM |
| JPMORGAN INVESTMENT FUNDS - GLOBAL BOND FUND (EUR) | J. P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT D. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN INVESTMENT FUNDS - GLOBAL BOND FUND (USD) | FINSBURY DIALS 20 FINSBURY STREET LONDON EC2Y 9AQ UNITED KINGDOM |
| JPMORGAN INVESTMENT FUNDS - GLOBAL BOND FUND (USD) | J. P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT D. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| KAUFMAN, ALEX | 715 WILLOUGHBY WAY ASPEN CO 81611 |
| KIME, RICHARD L. | 4510 SOUTHAMPTON CT TAMPA FL 33618 |
| KING STREET CAPITAL MASTER FUND, LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN:BRIAN S. HERMANN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| KING STREET CAPITAL MASTER FUND, LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN:ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| KING STREET CAPITAL MASTER FUND, LTD. | C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL, L.P. | BRIAN HERMANN/ ANDREW ROSENBERG PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| KING STREET CAPITAL, L.P. | C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| KLEIN, PETER M. & ELLEN M. | 22 SANDALWOOD DR. LIVINGSTON NJ 07039-1409 |
| KRAUSE, JON F. & LOUISE A. | 1468 N. 8TH MANITOWOC WI 54220 |
| LANGLAND, KATIE K. | 262 INCA STREET DENVER CO 80223 |
| LANGLOIS, JONH A. | 2061 W. REDLANDS BLVD CONDO 9A REDLANDS CA 92373-6234 |
| LEIGHT, ROBERT F. IRA | FCC AS CUSTODIAN 51 HOLLY STREET HARTWELL GA 30643-4357 |
| LEWIS, STEVEN J. & DEBORAH L. | 8003 AUTUMN SAGE TRAIL GOLD CANYON AZ 85218 |
| LI, MEI | 3838 LOCKHILL SELMA # 1033 SAN ANTONIO TX 78230 |
| LUDLOW CAPITAL | 16 SOUTH AVE SUITE 216 CRANFORD NJ 07016 |
| LUNT, JAMES H.(TRUSTEE) | TRUST GE BARTOL 05/01/1987 FBO K W LUNT 298 FEDERAL STREET GREENFIELD MA 01301-1932 |
| MACHSON, JOAN G | 122 PALMERS HILL ROAD APT 2211 STAMFORD CT 06902 |
| MARFIN POPULAR BANK PUBLIC CO., LTD. | DIRECTOR, WEALTH MANAGEMENT 39 ARCH. MAKARIOS AVENUS NICOSIA CY-1065 CYPRUS |
| MARFIN POPULAR BANK PUBLIC CO., LTD. | MARFIN POPULAR BANK PUBLIC CO., LTD DIRECTOR, WEALTH MANAGEMENT P.O. BOX 22032 NICOSIA CY-1598 CYPRUS |
| MARIE J DOHERTY, 2003 TRUST | 1590 GUERRERO STREET SAN FRANCISCO CA 94110-4326 |
| MARRA, VINCENT | IRA ACCOUNT 34 DARLINGTON DR WAYNE NJ 07470 |
| MARTIN, G KENNETH & MARILYN | P.O. BOX 338 SHELBYVILLE KY 40066-0338 |
| MASTORIS, PANAGIOTA | 16 CHESTNUT DR. COLTS NECK NJ 07722 |
| MCENTIRE MILLER, IVY | 231 N. NIAGRA ST. BURBANK CA 91505 |
| MCWILLIAMS, DANIEL | 258 STALLION RD LA MESA NM 88044 |
| MERKEL, JAMES L | 151 REBECCA ROAD SUNNYVALE TX 75182 |
| MILANO, MARILYN S & FREDERICK A | 322 HERZEL BLVD WEST BABYLON NY 11704 |
| MILLER, JONATHAN | 116 DELAWARE LANE FRANKLIN LAKES NJ 07417 |
| MOSCA, JAN BROWN | 261 INDIAN BLUFF DR. ARAPAHOE NC 28510 |
| NACHMANOFF, DAN | 1 DARLEY RD GREAT NECK NY 11021 |
| NAGEL FAMILY TRUST | MORDECHAI NAGEL 1368 PRESIDENT STREET BROOKLYN NY 11213 |
| NAGEL, MENACHEM MENDEL | 1368 PRESIDENT STREET BROOKLYN NY 11213 |
| NATURMAN, LOUIS | 59 FISHING TRAIL STAMFORD CT 06903 |
| NEBEL, ROBERT E. & MOMO | 1800 CHURCH STREET BRENHAM TX 77833 |
| NEELY, GREGORY B. & MARTHA | 285 BAGLEY RD. RUSK TX 75785 |
| NELSON, JEAN J. | 128 CLUB COURSE DRIVE HILTON HEAD ISLAND SC 29928 |
| NFS/FMTC ROLLOVER IRA | FBO SHIRLEY F. MCGAHA 2920 KINGS WALK AVE. MARIETTA GA 30062 |
| NOMI, BRIAN | 476 CALLE CONVERSE CAMARILLO CA 93010 |
| OLIVER, DONALD A. | DONALD A. OLIVER REVOCABLE TRUST 24 LONG HILL ROAD BOXFORD MA 01921 |
| OM FINANCIAL LIFE INSURANCE COMPANY | C/O OLD MUTUAL US LIFE 1001 FLEET STREET ATTN: MR. RAJ KRISHNAN, CFA, SENIOR VICE PRESIDENT, CHIEF INVESTMENT OFFICER BALTIMORE MD 21202 |
| OM FINANCIAL LIFE INSURANCE COMPANY | EDWARDS ANGELL PALMER & DODGE LLP 111 HUNTINGTON AVENUE ATTN: JOHN L. WHITLOCK, ESQ. ATTN: AMY A. ZUCCARELLO, ESQ. BOSTON MA 02199 |
| OVERSEAS PROPERTY INVESTMENT CORPORATION I.L. | STADTLE 28 VADUZ 9490 LIECHTENSTEIN |
| PACO INC. | ATTN: RACHEL LANDAU P.O. BOX 546137 SURFSIDE FL 33154-0137 |
| PHATAK, CHINTAMAN DR., IRA CUSTODIAN | 102-10, 66TH RD. FOREST HILLS NY 11375 |
| PHATAK, CHINTAMAN S. & NEELIMA PHATAK | 102-10, 66TH ROAD FOREST HILLS NY 11375 |
| PTC CUST IRA ROLLOVER FBO | KRAUS, ARTHUR D. 117 OCEAN FRONT WALK VENICE CA 90291 |
| QUINN, DEIRDE | IRA ROLLOVER CUSTODIAN 230 SPRINGFIELD AVE SUMMIT NJ 07901 |
| RABINOWITZ, WILLIAM | 261 ACADEMY STREET WILKES BARRE PA 18702 |
| RAMCO S.A. | C/O A. AMOROS 7300 NORTH KENDALL DR, SUITE 521 MIAMI FL 33156 |
| RAPP, LESTER M | 642 NORTH 8TH STREET BATON ROUGE LA 70802 |
| RAYMOND A GINARDI & LYDIA P GINARDI TEN COM | 505 VERANDA WAY UNIT F104 NAPLES FL 34104-6077 |

| Claim Name | Address Information |
|---|---|
| REEVES, JOHN A | 14418 ORCHARD SPRINGS RD LAKE OSWEGO OR |
| REILUX | RINCON 591 APT 801 MONTEVIDEO 11000 URUGUAY |
| RESTELLI, STEPHEN C. | 26 POND ST. BARRE VT 05641 |
| RICHARD LLOYD BROWN REV. TRUST | 5077 LOWELL ST. N.W. WASHINGTON DC 20016 |
| RIFKIN, PHILIP | 1042 NORTH DRIVE MERRICK NY 11566 |
| ROSEN, ANNETTE J. | 2205 WEST WOODBURY LANE GLENDALE WI 53209 |
| ROSEN, ELEANOR | 1 CHANNEL DRIVE UNIT 806 MONMOUTH BEACH NJ 07750 |
| ROSENBERG, ROSABELLE | 157 ALLEN AVE WABAN MA 02468 |
| ROSS, JOHN W. | 1304 WEST 46TH STREET PINE BLUFF AR 71603 |
| ROYAL BANK AMERICA | ATTN: MCSWIGGEN JAMES ROYAL BANK OF PENNSYLVANIA 732 MONGOMERY AVENUE NARBERTH PA 19072 |
| RUST, FREDERICK M. – ROLLOVER IRA – FIDELITY MANAG | 177 HAYNES RD. SUDBURY MA 01776 |
| SAFRA NATIONAL BANK OF NEW YORK AS CUSTODIAN FOR I | 546 FIFTH AVENUE NEW YORK NY 10036 |
| SALDINGER, JOEL & SYLVIA | 2830 GARBER STREET BERKELEY CA 94705-1315 |
| SALZBERG, KENNETH | 107 OLD PETERBOROUGH ROAD TEMPLE NH 03084 |
| SCHRAM, CAROL | 71 CLUBHOUSE DRIVE HINGHAM MA 02043 |
| SEASONS SERIES TRUST ON BEHALF OF ITS | DIVERSIFIED FIXED INCOME PORTFOLIO C/O SUNAMERICA ASSET MANAGEMENT CORP. ATTN: GENERAL COUNSEL HARBORSIDE FINANCIAL CENTER, 3200 PLAZA 5 JERSEY CITY NJ 07311-4992 |
| SEASONS SERIES TRUST ON BEHALF OF ITS | DIVERSIFIED FIXED INCOME PORTFOLIO C/O SUNAMERICA ASSET MANAGEMENT CORP. ATTN: GENERAL COUNSEL HARBORSIDE FINANCIAL CENTER, 3200 PLAZA 5 JERSEY CITY NJ 07311-4992 |
| SEASONS SERIES TRUST ON BEHALF OF ITS | DIVERSIFIED FIXED INCOME PORTFOLIO C/O SUNAMERICA ASSET MANAGEMENT CORP. ATTN: GENERAL COUNSEL HARBORSIDE FINANCIAL CENTER, 3200 PLAZA 5 JERSEY CITY NJ 07311-4992 |
| SEASONS SERIES TRUST ON BEHALF OF ITS | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SEASONS SERIES TRUST ON BEHALF OF ITS | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SEASONS SERIES TRUST ON BEHALF OF ITS | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SEASONS SERIES TRUST ON BEHALF OF ITS ASSET | ALLOCATION: DIVERSIFIED GROWTH PORTFOLIO C/O SUNAMERICA ASSET MANAGEMENT CORP. ATTN: GENERAL COUNSEL HARBORSIDE FINANCIAL CENTER, 3200 PLAZA 5 JERSEY CITY NJ 07311-4992 |
| SEASONS SERIES TRUST ON BEHALF OF ITS ASSET | ALLOCATION: DIVERSIFIED GROWTH PORTFOLIO C/O SUNAMERICA ASSET MANAGEMENT CORP. ATTN: GENERAL COUNSEL HARBORSIDE FINANCIAL CENTER, 3200 PLAZA 5 JERSEY CITY NJ 07311-4992 |
| SEASONS SERIES TRUST ON BEHALF OF ITS ASSET | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SEASONS SERIES TRUST ON BEHALF OF ITS ASSET | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SEASONS SERIES TRUST ON BEHALF OF ITS MULTI- | MANAGED MODERATE GROWTH PORTFOLIO C/O SUNAMERICA ASSET MANAGEMENT CORP. ATTN: GENERAL COUNSEL HARBORSIDE FINANCIAL CENTER, 3200 PLAZA 5 JERSEY CITY NJ 07311-4992 |
| SEASONS SERIES TRUST ON BEHALF OF ITS MULTI- | MANAGED INCOME/EQUITY PORTFOLIO C/O SUNAMERICA ASSET MANAGEMENT CORP. ATTN: GENERAL COUNSEL HARBORSIDE FINANCIAL CENTER, 3200 PLAZA 5 JERSEY CITY NJ 07311-4992 |
| SEASONS SERIES TRUST ON BEHALF OF ITS MULTI- | MANAGED INCOME PORTFOLIO C/O SUNAMERICA ASSET MANAGEMENT CORP. ATTN: GENERAL COUNSEL HARBORSIDE FINANCIAL CENTER, 3200 PLAZA 5 JERSEY CITY NJ 07311-4992 |
| SEASONS SERIES TRUST ON BEHALF OF ITS MULTI- | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| SEASONS SERIES TRUST ON BEHALF OF ITS MULTI- | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SEASONS SERIES TRUST ON BEHALF OF ITS MULTI- | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SEASONS SERIES TRUST ON BEHALF OF ITS MULTI-MANAGE | C/O SUNAMERICA ASSET MANAGEMENT CORP. ATTN: GENERAL COUNSEL HARBORSIDE FINANCIAL CENTER, 3200 PLAZA 5 JERSEY CITY NJ 07311-4992 |
| SEASONS SERIES TRUST ON BEHALF OF ITS MULTI-MANAGE | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SEGAL, HENRY | 462 FLORENCIA PLACE MELVILLE NY 11747-2527 |
| SEGAL, JOSHUA | 175 W 76TH ST APT 14B NEW YORK NY 10023 |
| SHAFIR,CARRIE | 166 E 34TH ST 7H NEW YORK NY 10016 |
| SHAH, DIPAK | 3 HICKORY LANE GREENBROOK NJ 08812 |
| SHAPIRO, MARILYN | 30 GOVERNORS WAY UNIT 548 TOPSHAM ME 04086 |
| SHAUNESSY, TERENCE K. | 504-933 17TH AVE SW CALGARY AB T2T 5R6 |
| SHIRLEY MAHLSTROM REV TR U/A | C/O BRAD ROTHENBERG 6514 PLANTATION PINES BLVD. FORT MYERS FL 33966 |
| SICKELER, AMY E. C. IRA | SUNTRUST INV. SERVICES 11 SOUTH 10TH ST. RICHMOND VA 23219 |
| SMITH, WILLIAM H. | 9595 RED BIRD LANE ALPHARETTA GA 30022 |
| SNYDER, JAMES R | CGM IRA ROLLOVER CUSTODIAN P.O. BOX 1270 CRESTLINE CA 92325 |
| SOONG, SINLI | 11 SUGARWOOD WAY WARREN NJ 07059 |
| SOUTH CAROLINA MEDICAL MALPRACTICE LIABILITY | JOINT UNDERWRITING ASSOCIATION 550 SOUTH MAIN ST., SUITE 600 PO BOX 128 GREENVILLE SC 29601 |
| STEELMON, PEGGY | 1235 N. PARK STREET CARROLLTON GA 30117 |
| STROHMEYER, LEE H & MARYANN P | 709 BARRISTER COURT FRANKLIN LAKES NJ 07417 |
| STURGIS SECURITIES, LLC | 32 EAGLE ISLAND PLACE SHELDON SC 29941 |
| STURGIS, J. RICHARD TTEE | NANCY L. STURGIS TRUST UAD 7/21/99 32 EAGLE ISLAND PLACE SHELDON SC 29941 |
| SUNRISE PARTNERS LIMITED PARTNERSHIP | C/O PAR FOUR INVESTMENT MANAGEMENT LLC ATTN: MICHAEL BAILEY 50 TICE BOULEVARD WOODCLIFF LAKE NJ 07677 |
| TAYS, JUDY D. | 106 WADE ST. ST. JOSEPH TN 38481 |
| THOMAS P. FORD & MARGARET L FORD JT TEN | 83 HARVEST LANE WEST ISLIP NY 11795 |
| THOMAS, STEPHEN SHELTON | 159 VIA MEDICI APTOS CA 95003 |
| TOWRY, WILLIAM | 421 SHARONDALE EL PASO TX 79912 |
| TRIPPE, DOROTHY | 22 CHESTNUT CRES ROCHESTER NY 14624 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D 60 LIVINGSTON AVENUE SAINT PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D 60 LIVINGSTON AVENUE SAINT PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| UNGLES, PATRICIA & WALLACE | 3931 N. 247 W. ANDALE KS 67001 |
| VANGUARD SHORT-TERM INVESTMENT-GRADE FUND | (FKA VANGUARD SHORT-TERM CORPORATE FUND), A SERIES OF VANGUARD FIXED INCOME SECURITIES FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 MAIL STOP V26 VALLEY FORGE PA 19482 |
| VANGUARD VARIABLE INSURANCE FUND-SHORT-TERM INVEST | A SERIES OF VANGUARD VARIABLE INSURANCE FUNDS ATTN: MICHAEL DRAYO P.O. BOX 2600 MAIL STOP V26 VALLEY FORGE PA 19482 |
| VARKAL, JEANNETTE C. | 82 PENDLETON ROAD NEW BRITAIN CT 06053-2106 |
| VARKAL, JEANNETTE C. | 82 PENDLETON ROAD NEW BRITAIN CT 06053-2106 |
| VIEREGG, ROBERT TODD | IRA CONTRIBUTORY 2221 WYNDANCE WAY NORTHBROOK IL 60062 |
| VIGORITO, ANTONIO | 104 ALBERMARLE RD HAMILTON SQ. NJ 08690 |
| VOGEL, HAROLD J. | 5 STRATHMORE TERRACE FAIR LAWN NJ 07410 |

| Claim Name | Address Information |
|---|---|
| WATSON, EVERETT N. JR | 15446 SEASIDE RD CAPE CHARLES VA 23310-4604 |
| WEINSTEIN, JOCELYN | 12 WHITNEY CIRCLE GLEN COVE NY 11542 |
| WEINSTEIN, LOIS | 12 WHITNEY CIRCLE GLEN COVE NY 11542 |
| WELSH, PATRICK | BARBARA L. WELSH JT TEN 243 ALPHANO RD. GREAT MEADOWS NJ 07838 |
| WILKIE, THOMAS R. | 14 LINDY LANE LINCROFT NJ 07738 |
| WILLHOIT, TODD | 19606 PINCY PLACE COURT HOUSTON TX 77094 |
| WINGERT, JEAN | 325 AMY LN IDAHO FALLS ID 83406 |
| WIRTH, JAMES P. | 15260 W. REISKES RD. HAYWARD WI 54843 |
| ZURICH AMERICAN INSURANCE COMPANY | SHELLEY C CHAPMAN ESQ WILLKIE FARR & GALLAGHER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ZURICH AMERICAN INSURANCE COMPANY | ATTN: BARRY PAUL 1400 AMERICAN LANE SCHAUMBURG IL 60196 |
| ZUSSMAN, SANFORD M., D.D.S. | 9883 PONDSIDE COURT CINCINNATI OH 45241-3830 |

**Total Creditor count  240**