**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
:
In re                                                    : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*             : **08-13555 (JMP)**
:
                          **Debtors.**                   : **(Jointly Administered)**
:
------------------------------------------------------------------------x Ref. Docket Nos.  **10759, 10761, 10767, 10768,**
                                                                          **10770, 10773, 10774, 10776,**
                                                                          **10778, 10779, 10784, 10787,**
                                                                          **10791**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

HERB BAER, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 16, 2010, I caused to be served the:

    a.  "Fifth Interim Fee Application of Bingham McCutchen LLP, Special Counsel for the Debtors, for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred," dated August 16, 2010 [Docket No. 10759], (the "Bingham Fee Application"),

    b.  "First Interim Fee Application of Sutherland Asbill & Brennan LLP, as a Section 327(e) Professional, for Allowance of Compensation for Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred During the Period from February 1, 2010 through May 31, 2010," dated August 13, 2010 [Docket No. 10761], (the "Sutherland Fee Application"),

    c.  "Fourth Interim Fee Application of Duff & Phelps LLC, as Financial Advisors to the Examiner, Anton R. Valukas, for Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1, 2010 through May 31, 2010 for Fifth Interim Application Period.," dated August 16, 2010 [Docket No. 10767], (the "Duff Fee Application"),

    d.  "First Interim Fee Application of Dechert LLP, as 327(e) Special Counsel, for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During the Period March 1, 2010 through May 31, 2010," dated August 16, 2010 [Docket No. 10768], (the "Dechert Fee Application"),

e.  "Fifth Application of Bortstein Legal LLC, Special Counsel to the Debtors and Debtors In Possession, for Interim Allowance of Compensation," dated August 16, 2010 [Docket No. 10770], (the "Bortstein Fee Application"),

f.  "Fifth Interim Application of Lazard Freres & Co. LLC, Debtors' Investment Banker for Allowance of Compensation and for the Reimbursement of Actual and Necessary Expense Incurred for the Period from February 1, 2010 through May 31, 2010," dated August 16, 2010 [Docket No. 10773], (the "Lazard Fee Application"),

g.  "Second Interim Application of Kleyr Grasso Associes, Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2010 through May 31, 2010 for the Fifth Interim Period," dated August 16, 2010 [Docket No. 10774], (the "Kleyr Fee Application"),

h.  "Second Application of Gibson, Dunn & Crutcher LLP, as a 327(e) Professional, for Allowance of Interim Compensation for Services  Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from February 1,2010 through May 31, 2010," dated August 16, 2010 [Docket No. 10776], (the "Gibson Fee Application"),

i.  "Fifth Application of McKenna Long & Aldridge LLP for Allowance of Interim Compensation and Reimbursement of Expenses," dated August 16, 2010 [Docket No. 10778], (the "McKenna Fee Application"),

j.  "Fifth Interim Fee Application of the Examiner and Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses," dated August 16, 2010 [Docket No. 10779], (the "Examiner and Jenner Fee Application"),

k.  "Application of Windels Marx Lane & Mittendorf, LLP, for an Interim Award of Compensation and Reimbursement of Expenses for the Period February 1,2010 through May 31, 2010," dated August 12, 2010 [Docket No. 10784], (the "Windels Fee Application"),

l.  "First Interim Application of Kasowitz, Benson, Torres & Friedman LLP, Special Counsel to the Debtors and Debtors in Possession, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2010 through May 31, 2010," dated August 16, 2010 [Docket No. 10787], (the "Kasowitz Fee Application"), and

m.  "Fifth Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2010 through May 31, 2010," dated August 16, 2010 [Docket No. 10791], (the "Weil Fee Application"),

by causing true and correct copies of the:

a. Bingham Fee Application, Sutherland Fee Application, Duff Fee Application, Dechert Fee Application, Bortstein Fee Application, Lazard Fee Application, Kleyr Fee Application, Gibson Fee Application, McKenna Fee Application, Examiner and Jenner Fee Application, Windels Fee Application, Kasowitz Fee Application, and Weil Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

b. Bingham Fee Application , to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

c. Sutherland Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit C,

d. Duff Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit D,

e. Dechert Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit E,

f. Bortstein Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit F,

g. Lazard Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit G,

h. Kleyr Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit H,

i. Gibson Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit I,

j. McKenna Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit J,

k. Examiner and Jenner Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit K,

l. Windels Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit L,

m. Kasowitz Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit M,

n. Weil Fee Application, to be delivered via electronic mail to those parties listed on the annexed Exhibit N,

T:\Clients\LBH\Affidavits\Various Fee Apps_DI 10759,10761,10767,10768,10770,10773,10774,10776,10778,10779,10784,10787,10791_AFF_8-16-10.doc

o.  Bingham Fee Application, Sutherland Fee Application, Duff Fee Application, Dechert Fee
Application, Bortstein Fee Application, Lazard Fee Application, Kleyr Fee Application,
Gibson Fee Application, McKenna Fee Application, Examiner and Jenner Fee Application,
Windels Fee Application, Kasowitz Fee Application, and Weil Fee Application, to be
enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to
those parties listed on the annexed Exhibit O, and

p.  Bingham Fee Application, Sutherland Fee Application, Duff Fee Application, Dechert Fee
Application, Bortstein Fee Application, Lazard Fee Application, Kleyr Fee Application,
Gibson Fee Application, McKenna Fee Application, Examiner and Jenner Fee Application,
Windels Fee Application, Kasowitz Fee Application, and Weil Fee Application, to be
copied to CD and delivered via overnight mail to the United States Bankruptcy Court,
Southern District of New York, Attn: the Honorable James M. Peck, One Bowling Green,
Courtroom 601, New York, NY 10004.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE,
PRESIDENT OR LEGAL DEPARTMENT."

Herb Baer

Sworn to before me this
18th day of August, 2010

Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

-4-

**EXHIBIT A**

## LBH - MSL Email Addresses

| | |
|---|---|
| aaaronson@dilworthlaw.com | ann.reynaud@shell.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abraunstein@riemerlaw.com | aoberry@bermanesq.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adarwin@nixonpeabody.com | araboy@cov.com |
| adg@adorno.com | arahl@reedsmith.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| agolianopoulos@mayerbrown.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | atrehan@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| alesia.pinney@infospace.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| amcmullen@boultcummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| andrew.brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcymatters@us.nomura.com |

**LBH  - MSL Email Addresses**

| | |
|---|---|
| barbra.parlin@hklaw.com | cbelisle@wfw.com |
| bbisignani@postschell.com | cbelmonte@ssbb.com |
| bdk@schlamstone.com | cbrotstein@bm.net |
| bgraifman@gkblaw.com | cgoldstein@stcwlaw.com |
| bguiney@pbwt.com | chammerman@paulweiss.com |
| bhinerfeld@sbtklaw.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bkmail@prommis.com | charu.chandrasekhar@wilmerhale.com |
| bmanne@tuckerlaw.com | chipford@parkerpoe.com |
| bmiller@mofo.com | chris.donoho@lovells.com |
| boneill@kramerlevin.com | christian.spieler@lehman.com |
| bpershkow@profunds.com | christopher.schueller@bipc.com |
| brian.corey@greentreecreditsolutions.com | clarkb@sullcrom.com |
| brian.pfeiffer@friedfrank.com | clynch@reedsmith.com |
| bromano@willkie.com | cmontgomery@salans.com |
| broy@rltlawfirm.com | cohenr@sewkis.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| btupi@tuckerlaw.com | cpappas@dilworthlaw.com |
| bturk@tishmanspeyer.com | craig.goldblatt@wilmerhale.com |
| bwolfe@sheppardmullin.com | crmomjian@attorneygeneral.gov |
| bzabarauskas@crowell.com | cs@stevenslee.com |
| cahn@clm.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carlsons@sullcrom.com | cshore@whitecase.com |
| carol.weinerlevy@bingham.com | cshulman@sheppardmullin.com |

## LBH  - MSL Email Addresses

| | |
|---|---|
| ctatelbaum@adorno.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | dirk.roberts@ots.treas.gov |
| david.heller@lw.com | dkleiner@velaw.com |
| davids@blbglaw.com | dkozusko@willkie.com |
| davidwheeler@mvalaw.com | dladdin@agg.com |
| dbalog@intersil.com | dlemay@chadbourne.com |
| dbarber@bsblawyers.com | dlipke@vedderprice.com |
| dbaumstein@whitecase.com | dludman@brownconnery.com |
| dbesikof@loeb.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmurray@jenner.com |
| dckaufman@hhlaw.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | douglas.bacon@lw.com |
| ddavis@paulweiss.com | dove.michelle@dorsey.com |
| ddrebsky@nixonpeabody.com | dowd.mary@arentfox.com |
| ddunne@milbank.com | dpiazza@hodgsonruss.com |
| deggermann@kramerlevin.com | dravin@wolffsamson.com |
| deggert@freebornpeters.com | drose@pryorcashman.com |

**LBH  - MSL Email Addresses**

| | |
|---|---|
| drosenzweig@fulbright.com | eschwartz@contrariancapital.com |
| drosner@goulstonstorrs.com | esmith@dl.com |
| drosner@kasowitz.com | ezujkowski@emmetmarvin.com |
| dshemano@pwkllp.com | ezweig@optonline.net |
| dspelfogel@foley.com | fbp@ppgms.com |
| dtatge@ebglaw.com | feldsteinh@sullcrom.com |
| dwdykhouse@pbwt.com | ffm@bostonbusinesslaw.com |
| dwildes@stroock.com | fhyman@mayerbrown.com |
| dworkman@bakerlaw.com | fishere@butzel.com |
| easmith@venable.com | francois.janson@hklaw.com |
| echang@steinlubin.com | frank.white@agg.com |
| ecohen@russell.com | fsosnick@shearman.com |
| efile@willaw.com | fyates@sonnenschein.com |
| efleck@milbank.com | gabriel.delvirginia@verizon.net |
| efriedman@friedumspring.com | gary.ticoll@cwt.com |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | george.davis@cwt.com |
| ehollander@whitecase.com | ggraber@hodgsonruss.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| eli.mattioli@klgates.com | gkaden@goulstonstorrs.com |
| elizabeth.harris@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| eobrien@sbchlaw.com | graumane@sullcrom.com |
| eric.johnson@hro.com | gravert@mwe.com |
| eschaffer@reedsmith.com | gspilsbury@jsslaw.com |

## LBH  - MSL Email Addresses

| | |
|---|---|
| guzzi@whitecase.com | james.mcclammy@dpw.com |
| hanh.huynh@cwt.com | james.sprayregen@kirkland.com |
| harrisjm@michigan.gov | jamestecce@quinnemanuel.com |
| harveystrickon@paulhastings.com | jar@outtengolden.com |
| hbeltzer@morganlewis.com | jason.jurgens@cwt.com |
| heim.steve@dorsey.com | jay.hurst@oag.state.tx.us |
| heiser@chapman.com | jay@kleinsolomon.com |
| helmut.olivier@lehman.com | jbecker@wilmingtontrust.com |
| hirsch.robert@arentfox.com | jbeemer@entwistle-law.com |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdrucker@coleschotz.com |
| ian.levy@kobrekim.com | jdyas@halperinlaw.net |
| icatto@kirkland.com | jean-david.barnea@usdoj.gov |
| igoldstein@dl.com | jeannette.boot@wilmerhale.com |
| ilevee@lowenstein.com | jeff.wittig@coair.com |
| info2@normandyhill.com | jeffrey.sabin@bingham.com |
| ira.herman@tklaw.com | jeldredge@velaw.com |
| isgreene@hhlaw.com | jen.premisler@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.demarco@cliffordchance.com |
| iva.uroic@dechert.com | jennifer.gore@shell.com |
| jacobsonn@sec.gov | jeremy.eiden@state.mn.us |
| jafeltman@wlrk.com | jessica.fink@cwt.com |

**LBH  - MSL Email Addresses**

| | |
|---|---|
| jfalgowski@reedsmith.com | jlscott@reedsmith.com |
| jfinerty@pfeiferlaw.com | jmaddock@mcguirewoods.com |
| jflaxer@golenbock.com | jmazermarino@msek.com |
| jfox@joefoxlaw.com | jmcginley@wilmingtontrust.com |
| jfreeberg@wfw.com | jmelko@gardere.com |
| jg5786@att.com | jmerva@fult.com |
| jgarrity@shearman.com | jmr@msf-law.com |
| jgenovese@gjb-law.com | john.mcnicholas@dlapiper.com |
| jguy@orrick.com | john.monaghan@hklaw.com |
| jherzog@gklaw.com | john.rapisardi@cwt.com |
| jhiggins@fdlaw.com | joli@crlpc.com |
| jhorgan@phxa.com | jorbach@hahnhessen.com |
| jhuggett@margolisedelstein.com | joseph.cordaro@usdoj.gov |
| jhuh@ffwplaw.com | joseph.scordato@dkib.com |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |

**LBH  - MSL Email Addresses**

| | |
|---|---|
| jsmairo@pbnlaw.com | korr@orrick.com |
| jstoll@mayerbrown.com | kostad@mofo.com |
| jtimko@allenmatkins.com | kovskyd@pepperlaw.com |
| jtimko@shutts.com | kowens@foley.com |
| jtougas@mayerbrown.com | kpiper@steptoe.com |
| judy.morse@crowedunlevy.com | kressk@pepperlaw.com |
| jwallack@goulstonstorrs.com | kreynolds@mklawnyc.com |
| jwang@sipc.org | kristin.going@dbr.com |
| jweiss@gibsondunn.com | krosen@lowenstein.com |
| jwest@velaw.com | krubin@ozcap.com |
| jwh@njlawfirm.com | kstahl@whitecase.com |
| jwhitman@entwistle-law.com | kurt.mayr@bgllp.com |
| k4.nomura@aozorabank.co.jp | lacyr@sullcrom.com |
| karen.wagner@dpw.com | landon@streusandlandon.com |
| kdwbankruptcydepartment@kelleydrye.com | lawallf@pepperlaw.com |
| keckhardt@hunton.com | lberkoff@moritthock.com |
| keith.simon@lw.com | lee.stremba@troutmansanders.com |
| ken.coleman@allenovery.com | lgranfield@cgsh.com |
| ken.higman@hp.com | lhandelsman@stroock.com |
| kgwynne@reedsmith.com | linda.boyle@twtelecom.com |
| kiplok@hugheshubbard.com | lisa.ewart@wilmerhale.com |
| kkelly@ebglaw.com | lisa.kraidin@allenovery.com |
| klyman@irell.com | ljkotler@duanemorris.com |
| kmayer@mccarter.com | lmarinuzzi@mofo.com |
| kobak@hugheshubbard.com | lmay@coleschotz.com |

## LBH  - MSL Email Addresses

| | |
|---|---|
| lmcgowen@orrick.com | mberman@nixonpeabody.com |
| lml@ppgms.com | mbienenstock@dl.com |
| lnashelsky@mofo.com | mbossi@thompsoncoburn.com |
| loizides@loizides.com | mcademartori@sheppardmullin.com |
| lromansic@steptoe.com | mcordone@stradley.com |
| lscarcella@farrellfritz.com | mcto@debevoise.com |
| lschweitzer@cgsh.com | mdorval@stradley.com |
| lthompson@whitecase.com | meltzere@pepperlaw.com |
| lubell@hugheshubbard.com | metkin@lowenstein.com |
| lwhidden@salans.com | mfeldman@willkie.com |
| lwong@pfeiferlaw.com | mgordon@briggs.com |
| mabrams@willkie.com | mgreger@allenmatkins.com |
| maofiling@cgsh.com | mhopkins@cov.com |
| marc.chait@standardchartered.com | michael.bonacker@lehman.com |
| margolin@hugheshubbard.com | michael.frege@cms-hs.com |
| mark.deveno@bingham.com | michael.kim@kobrekim.com |
| mark.ellenberg@cwt.com | millee12@nationwide.com |
| mark.houle@pillsburylaw.com | miller@taftlaw.com |
| mark.sherrill@sutherland.com | mimi.m.wong@irscounsel.treas.gov |
| martin.bury@lehman.com | mitchell.ayer@tklaw.com |
| martin.davis@ots.treas.gov | mjacobs@pryorcashman.com |
| marvin.clements@ag.tn.gov | mjedelman@vedderprice.com |
| matthew.klepper@dlapiper.com | mjr1@westchestergov.com |
| matthew.morris@lovells.com | mkjaer@winston.com |
| mbenner@tishmanspeyer.com | mlahaie@akingump.com |

**LBH  - MSL Email Addresses**

| | |
|---|---|
| mlandman@lcbf.com | nissay_10259-0154@mhmjapan.com |
| mmendez@hunton.com | nlepore@schnader.com |
| mmooney@deilylawfirm.com | notice@bkcylaw.com |
| mmorreale@us.mufg.jp | oipress@travelers.com |
| mmurphy@co.sanmateo.ca.us | omeca.nedd@lovells.com |
| mneier@ibolaw.com | paronzon@milbank.com |
| monica.lawless@brookfieldproperties.com | patrick.oh@freshfields.com |
| mpage@kelleydrye.com | patrick.schmitz-morkramer@lehman.com |
| mpfeifer@pfeiferlaw.com | paul.turner@sutherland.com |
| mpucillo@bermanesq.com | pbattista@gjb-law.com |
| mrosenthal@gibsondunn.com | pbosswick@ssbb.com |
| mruetzel@whitecase.com | pdublin@akingump.com |
| mschimel@sju.edu | peisenberg@lockelord.com |
| mschonholtz@willkie.com | peter.gilhuly@lw.com |
| mshiner@tuckerlaw.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | pnichols@whitecase.com |
| ned.schodek@shearman.com | ppascuzzi@ffwplaw.com |
| newyork@sec.gov | ppatterson@stradley.com |
| nfurman@scottwoodcapital.com | psp@njlawfirm.com |
| nherman@morganlewis.com | ptrostle@jenner.com |

**LBH  - MSL Email Addresses**

pwirt@ftportfolios.com

pwright@dl.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

rajohnson@akingump.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

rbeacher@daypitney.com

rbernard@bakerlaw.com

rbyman@jenner.com

rchoi@kayescholer.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

rhs@mccallaraymer.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

ritkin@steptoe.com

rjones@boultcummings.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

rnies@wolffsamson.com

rnorton@hunton.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

robin.keller@lovells.com

ronald.silverman@bingham.com

rqureshi@reedsmith.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

rtrust@cravath.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

**LBH  - MSL Email Addresses**

| | |
|---|---|
| sagolden@hhlaw.com | slerner@ssd.com |
| sally.henry@skadden.com | sloden@diamondmccarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| sara.tapinekis@cliffordchance.com | smillman@stroock.com |
| sbernstein@hunton.com | smulligan@bsblawyers.com |
| scargill@lowenstein.com | snewman@katskykorins.com |
| schannej@pepperlaw.com | sory@fdlaw.com |
| schepis@pursuitpartners.com | spiotto@chapman.com |
| schnabel.eric@dorsey.com | splatzer@platzerlaw.com |
| schristianson@buchalter.com | squigley@lowenstein.com |
| scott.gibson@dubaiic.com | sree@lcbf.com |
| scottshelley@quinnemanuel.com | sselbst@herrick.com |
| scousins@armstrongteasdale.com | sshimshak@paulweiss.com |
| sdnyecf@dor.mo.gov | steele@lowenstein.com |
| sehlers@armstrongteasdale.com | stephanie.wickouski@dbr.com |
| sfelderstein@ffwplaw.com | stephen.cowan@dlapiper.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.wilamowsky@bingham.com |
| sgordon@cahill.com | streusand@streusandlandon.com |
| sgubner@ebg-law.com | susan.schultz@newedgegroup.com |
| sharbeck@sipc.org | susheelkirpalani@quinnemanuel.com |
| shari.leventhal@ny.frb.org | swolowitz@mayerbrown.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| shumaker@pursuitpartners.com | tannweiler@greerherz.com |
| sidorsky@butzel.com | tarbit@cftc.gov |

**LBH  - MSL Email Addresses**

| | |
|---|---|
| tbrock@ssbb.com | villa@streusandlandon.com |
| tduffy@andersonkill.com | vmilione@nixonpeabody.com |
| teresa.oxford@invescoaim.com | vrubinstein@loeb.com |
| tgoren@mofo.com | walter.stuart@freshfields.com |
| thomas.califano@dlapiper.com | wanda.goodloe@cbre.com |
| thomas.ogden@dpw.com | wballaine@lcbf.com |
| thomas_noguerola@calpers.ca.gov | wbenzija@halperinlaw.net |
| thomaskent@paulhastings.com | wcurchack@loeb.com |
| timothy.brink@dlapiper.com | wfoster@milbank.com |
| timothy.palmer@bipc.com | wheuer@dl.com |
| tjfreedman@pbnlaw.com | william.m.goldman@dlapiper.com |
| tkarcher@dl.com | wiltenburg@hugheshubbard.com |
| tkiriakos@mayerbrown.com | wisotska@pepperlaw.com |
| tlauria@whitecase.com | woconnor@crowell.com |
| tmacwright@whitecase.com | wsilverm@oshr.com |
| tmayer@kramerlevin.com | wswearingen@llf-law.com |
| tnixon@gklaw.com | wtaylor@mccarter.com |
| toby.r.rosenberg@irscounsel.treas.gov | wzoberman@bermanesq.com |
| tony.davis@bakerbotts.com | yamashiro@sumitomotrust.co.jp |
| tslome@msek.com | |
| ttracy@crockerkuno.com | |
| twatanabe@mofo.com | |
| twheeler@lowenstein.com | |
| ukreppel@whitecase.com | |
| vdagostino@lowenstein.com | |

**EXHIBIT B**

**<u>Additional Email Addresses for Docket No. 10759:</u>**

bmdeal@browngreer.com
cbiros@feinbergrozen.com
Sgreer@bingham.com
Sheri.Dillon@bingham.com

**EXHIBIT C**

**Additional Email Addresses for Docket No. 10761:**

Audrey.Waller@sutherland.com
bmdeal@browngreer.com
cbiros@feinbergrozen.com
jerome.libin@sutherland.com

**EXHIBIT D**

**<u>Additional Email Addresses for Docket No. 10767:</u>**

allen.pfeiffer@duffandphelps.com
bmdeal@browngreer.com
cbiros@feinbergrozen.com

**EXHIBIT E**

**<u>Additional Email Addresses for Docket No. 10768:</u>**

bmdeal@browngreer.com
cbiros@feinbergrozen.com
melissa.brody@dechert.com

**EXHIBIT F**

**<ins>Additional Email Addresses for Docket No. 10770:</ins>**

bmdeal@browngreer.com
cbiros@feinbergrozen.com
lbortstein@bandilaw.com

**EXHIBIT G**

**<u>Additional Email Addresses for Docket No. 10773:</u>**

bmdeal@browngreer.com
bradley.dunn@lazard.com
cbiros@feinbergrozen.com

**EXHIBIT H**

**<u>Additional Email Addresses for Docket No. 10774:</u>**

cbiros@feinbergrozen.com
bmdeal@browngreer.com
Jerome.burel@kckg.com

# EXHIBIT I

**<u>Additional Email Addresses for Docket No. 10776:</u>**

cbiros@feinbergrozen.com
bmdeal@browngreer.com
WMcArdle@gibsondunn.com

**EXHIBIT J**

**<u>Additional Email Addresses for Docket No. 10778:</u>**

aelko@mckennalong.com
bmdeal@browngreer.com
cbiros@feinbergrozen.com

# EXHIBIT K

**<u>Additional Email Addresses for Docket No. 10779</u>**

bmdeal@browngreer.com
cbiros@feinbergrozen.com
DMurray@jenner.com

**EXHIBIT L**

## Additional Email Addresses for Docket No. 10784:

bmdeal@browngreer.com
cbiros@feinbergrozen.com
cdinapoli@windelsmarx.com

**EXHIBIT M**

**<u>Additional Email Addresses for Docket No. 10787:</u>**

bmdeal@browngreer.com
cbiros@feinbergrozen.com
GDunn@kasowitz.com

**EXHIBIT N**

## Additional Email Addresses for Docket No. 10791:

bmdeal@browngreer.com
cbiros@feinbergrozen.com

**EXHIBIT O**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007