**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                              :

In re                                     :        **Chapter 11 Case No.**
                                            :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                            :        **(Jointly Administered)**

            **Debtors.**                :
                                            :        **Ref. Docket Nos. 13945 & 13955**
-----------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 14, 2011, I caused to be served:

    a. the "Notice of Hearing on Debtors' Eighty-Third Omnibus Objection to Claims (Settled Derivative Claims)," dated January 14, 2011, to which was attached the "Debtors' Eighty-Third Omnibus Objection to Claims (Settled Derivative Claims)," dated January 14, 2011 [Docket No. 13945], (the "83rd Omnibus Objection"),

    b. the "Notice of Hearing on Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims)," dated January 14, 2011, to which was attached the "Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims)," dated January 14, 2011 [Docket No. 13955], (the "84th Omnibus Objection"), and

    c. a customized version of the "Notice of Hearing on Debtors' Eighty-Third Omnibus Objection to Claims (Settled Derivative Claims)," dated January 14, 2011, related to Docket No. 13945, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "83rd Omnibus Custom Notice"),

by causing:

        i. true and correct copies of the 83rd Omnibus Objection and 84th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

        ii. true and correct copies of the 83rd Omnibus Objection and 84th Omnibus Objection, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>,

iii.  true and correct copies of the 83rd Omnibus Objection and 84th Omnibus Objection, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004,

i v.  the 83rd Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D, and

v.  true and correct copies of the 84th Omnibus Objection, to be enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to those parties listed on the annexed Exhibit E.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Kossivas

Sworn to before me this
17th day of January, 2011

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                      :
In re                                                 :        Chapter 11 Case No.
                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :        08-13555 (JMP)
                                                      :
                        Debtors.                      :        (Jointly Administered)
                                                      :
------------------------------------------------------------------x

LBH OMNI83 01-14-2011 (MERGE2,TXNUM2) 4000073412 BAR(23) MAIL ID *** 000041065649 *** BSIUSE: 1

CARLYLE HIGH YIELD PARTNERS IX, LTD
C/O MAPLES FINANCE LIMITED
ATTN: THE DIRECTORS
PO BOX 1093 GT
QUEENSGATE HOUSE
SOUTH CHURCH STREET
GEORGETOWN, GRAND CAYMAN,  CAYMAN ISLANDS

## THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

| CLAIM TO BE REDUCED, RECLASSIFIED, MODIFIED, AND ALLOWED | | |
|---|---|---|
| **Creditor Name and Address:**<br>CARLYLE HIGH YIELD PARTNERS IX, LTD<br>C/O MAPLES FINANCE LIMITED<br>ATTN: THE DIRECTORS<br>PO BOX 1093 GT<br>QUEENSGATE HOUSE<br>SOUTH CHURCH STREET<br>GEORGETOWN, GRAND CAYMAN,  CAYMAN ISLANDS | **Claim Number:**    27575<br><br>**Date Filed:**    9/22/2009 | |
| | **ASSERTED DEBTOR, CLASSIFICATION AND AMOUNT** | **MODIFIED DEBTOR, CLASSIFICATION AND AMOUNT** |
| | **Debtor:**    08-13555 | **Debtor:**    08-13555 |
| | **Classification and Amount:**    UNSECURED: $ 6,000,000.00 | **Classification and Amount:**    UNSECURED: $ 4,500,000.00 |

PLEASE TAKE NOTICE that, on January 14, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Eighty-Third Omnibus Objection to Claims (Settled Derivative Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reduce, reclassify (as appropriate), modify the Debtor (as appropriate), and allow your claim listed above under CLAIM TO BE REDUCED, RECLASSIFIED, MODIFIED, AND ALLOWED as said claim does not reflect the amount, and, in some instances, the classification or Debtor entity that was agreed upon with the Debtors.  Accordingly, the Objection requests that the Bankruptcy Court reduce your claim to the amount listed above under MODIFIED AMOUNT, reclassify (as appropriate) to the classification listed above under MODIFIED CLASSIFICATION, modify (as appropriate) the Debtor entity against which the claim is asserted to the Debtor listed above under MODIFIED DEBTOR, and allow such claim only to the extent of such modified amount and classification and only as to the modified Debtor.  **If the Objection is granted, your claim will be reduced, reclassified, and allowed only to the extent of such modified amount and classification and only as against the modified Debtor.**

If you do NOT oppose the reduction, reclassification, or modification of your claim listed above under CLAIM TO BE REDUCED, RECLASSIFIED, MODIFIED, AND ALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reduction, reclassification, or modification of your claim listed above under CLAIM TO BE REDUCED, RECLASSIFIED, MODIFIED, AND ALLOWED, then you MUST file with the Court and serve on the parties listed

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on February 14, 2011 (the "Response Deadline").

        Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be reduced or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

        The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Elisabeth Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

        A hearing will be held on March 3, 2011 to consider the Objection.  The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

        If the Bankruptcy Court does NOT reduce, reclassify, or modify your claim listed above under CLAIM TO BE REDUCED, RECLASSIFIED, MODIFIED, AND ALLOWED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

        You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

        If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

        **If you have any questions about this notice or the Objection, please contact Debtors' counsel, Sarah Decker, Esq., at 214-746-7700.**  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  January 14, 2011
      New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT B**

## *Email Addresses*

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com

avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com

clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com

dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com

esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
hbeltzer@morganlewis.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com

isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com

jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com

jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lmolfetta@mayerbrown.com
lnashelsky@mofo.com

loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
maria.ginzburg@kirkland.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com

mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com

pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com

rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com

squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com

WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT C**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE T H DAVIS E GASPARINI A SCHWARTZ | 212-668-2255 |

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| AGILITY GLOBAL FIXED INCOME MASTER FUND | L.P. PERELLA WEINBERG PARTNERS – AGILITY GFI 767 FIFTH AVENUE NEW YORK NY 10153 |
| AKANTHOS ARBITRAGE MASTER FUND, LP | C/O AKANTHOS CAPITAL MANAGEMENT, LLC 21700 OXNARD STREET, SUITE 1520 ATTENTION: MICHAEL KAO ATTENTION: JOSHUA NIP WOODLAND HILLS CA 91367 |
| AKANTHOS ARBITRAGE MASTER FUND, LP | C/O AKANTHOS CAPITAL MANAGEMENT, LLC 21700 OXNARD STREET, SUITE 1520 ATTN: MICHAEL KAO / JOSHUA NIP WOODLAND HILLS CA 91367 |
| ALDERSLY, A CALIFORNIA NONPROFIT PUBLIC BENEFIT CO | C/O PAMELA S. KAUFMANN, ESQ. HANSON BRIDGETT LLP 425 MARKET STREET, 26TH FLOOR SAN FRANCISCO CA 94105 |
| ALDERSLY, A CALIFORNIA NONPROFIT PUBLIC BENEFIT CO | C/O PAMELA S. KAUFMANN, ESQ. HANSON BRIDGETT LLP 425 MARKET STREET, 26TH FLOOR SAN FRANCISCO CA 94105 |
| AVQUAEST CAPITAL MASTER FUND, LTD. | 699 WALNUT STREET, SUITE 17000 DES MOINES IA 50309 |
| AVQUAEST CAPITAL MASTER FUND, LTD. | 699 WALNUT STREET, SUITE 17000 DES MOINES IA 50309 |
| BANCO ESPIRITO SANTO | DEPARTAMENTO FINANCEIRO MERCADOS E ESTUDOS AV. LIBERDADE 195 LISBOA 1250–142 PORTUGAL |
| BANCO ESPIRITO SANTO | PEDRO CRUCHINFO DEPARTAMENTO FINANCIERO MERCADOS E ESTUDOS LISBOA 1269–142 PORTUGAL |
| BANCO ESPIRITO SANTO | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: N. LYNN HIESTAND 40 BANK STREET CANARY WHARF E14 5DS UNITED KINGDOM |
| BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA | GRUPO FINANCIERO BANORTE ATTN: IGNACIO SALDANA PAZ AVE. REVOLUTION #3000, COL. PRIMAVERA MONTERREY, N.L. C.P. 64830 MEXICO |
| BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA | GRUPO FINANCIERO BANORTE ATTN: IGNACIO SALDANA PAZ AVE. REVOLUTION #3000, COL. PRIMAVERA MONTERREY, N.L. C.P. 64830 MEXICO |
| BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED ATTN: DANIEL CROWLEY & JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: LONGACRE MASTER FUND, LTD. C/O DAVIDSON KEMPNER CAPITAL MGMT LLC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: LONGACRE MASTER FUND, LTD. C/O MH DAVIDSON & CO 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| CARLYLE CREDIT PARTNERS MASTER FUND | C/O CARLYLE INVESTMENT MANAGEMENT LLC ATTN: MATT STANCZUK 520 MADISON AVENUE, 41ST FLOOR NEW YORK NY 10019 |
| CARLYLE CREDIT PARTNERS MASTER FUND | C/O CARLYLE INVESTMENT MANAGEMENT LLC ATTN: MATT STANCZUK 520 MADISON AVENUE, 41ST FLOOR NEW YORK NY 10019 |
| CARLYLE CREDIT PARTNERS MASTER FUND | DEBEVOISE & PLIMPTON LLP ATTN: MICHAEL E. WILES 919 THIRD AVENUE NEW YORK NY 10022 |
| CARLYLE CREDIT PARTNERS MASTER FUND | DEBEVOISE & PLIMPTON LLP ATTN: MICHAEL W. WILES 919 THIRD AVENUE NEW YORK NY 10022 |
| CARLYLE HIGH YIELD PARTNERS IX, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093 GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS |
| CARLYLE HIGH YIELD PARTNERS IX, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093 GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS |
| CARLYLE HIGH YIELD PARTNERS IX, LTD | DEBEVOISE & PLIMPTON LLP ATTN:  MICHAEL  WILES 919 THIRD AVENUE NEW YORK NY 10022 |
| CARLYLE HIGH YIELD PARTNERS IX, LTD | DEBEVOISE & PLIMPTON LLP ATTN:  MICHAEL  WILES 919 THIRD AVENUE NEW YORK NY 10022 |
| CETUS CAPITAL, LLC | ATTN: RICHARD MAYBAUM, MANAGING DIRECTOR 8 SOUND SHORE DRIVE SUITE 303 GREENWICH CT 06830 |
| CETUS CAPITAL, LLC | ATTN: RICHARD MAYBAUM, MANAGING DIRECTOR 8 SOUND SHORE DRIVE SUITE 303 |

| Claim Name | Address Information |
|---|---|
| CETUS CAPITAL, LLC | GREENWICH CT 06830 |
| COLUMBIA CORE BOND FUND | SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COLUMBIA CORE BOND FUND | C/O FREDERIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COLUMBIA CORE BOND FUND | 100 FEDERAL ST BOSTON MA 02111 |
| COLUMBIA CORE BOND FUND | 100 FEDERAL STREET BOSTON MA 02111 |
| COLUMBIA INCOME FUND | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COLUMBIA INCOME FUND | C/O FREDRIC SOSNICK NED S. SCHODECK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COLUMBIA INCOME FUND | 100 FEDERAL STREET BOSTON MA 02111 |
| COLUMBIA INCOME FUND | 100 FEDERAL STREET BOSTON MA 02111 |
| COLUMBIA INTERMEDIATE BOND FUND | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COLUMBIA INTERMEDIATE BOND FUND | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COLUMBIA INTERMEDIATE BOND FUND | 100 FEDERAL STREET BOSTON MA 02111 |
| COLUMBIA INTERMEDIATE BOND FUND | 100 FEDERAL STREET BOSTON MA 02111 |
| COLUMBIA TOTAL RETURN BOND FUND | SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COLUMBIA TOTAL RETURN BOND FUND | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COLUMBIA TOTAL RETURN BOND FUND | 100 FEDERAL ST BOSTON MA 02111 |
| COLUMBIA TOTAL RETURN BOND FUND | 100 FEDERAL STREET BOSTON MA 02111 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY | ATTN: MANAGING DIRECTOR C/O COMMONFUND OPERATIONS 15 OLD DANBURY ROAD, P.O. BOX 812 WILTON CT 06897 |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY | ATTN: MANAGING DIRECTOR C/O COMMONFUND OPERATIONS 15 OLD DANBURY ROAD, P.O. BOX 812 WILTON CT 06897 |
| COOPERNEFF MASTER FUND I SEGREGATED PORTFOLIO COMP | ACTING FOR AND ON BEHALF OF ITS SEGREGATED PORTFOLIO COOPERNEFF MULTI-STRATEGY 5 SEGREGATED PORTFOLIO C/O BNP PARIBAS ATTN: JAMES GOODALL & RICHARD M. SKOLLER 787 SEVENTH AVE NEW YORK NY 10019-6018 |
| COOPERNEFF MASTER FUND I SEGREGATED PORTFOLIO COMP | ACTING FOR AND ON BEHALF OF ITS SEGREGATED PORTFOLIO COOPERNEFF MULTI-STRATEGY 5 SEGREGATED PORTFOLIO C/O BNP PARIBAS ATTN: JAMES GOODALL & RICHARD M. SKOLLER 787 SEVENTH AVE NEW YORK NY 10019-6018 |
| CORPORATE BOND PORTFOLIO | C/O SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CORPORATE BOND PORTFOLIO | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CORPORATE BOND PORTFOLIO | 100 FEDERAL STREET BOSTON MA 02111 |
| CORPORATE BOND PORTFOLIO | 100 FEDERAL STREET BOSTON MA 02111 |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD. | C/O CALEDONIAN FUND SERVICES (CAYMAN) LTD. ATTN: DAVID WALKER CALEDONIAN HOUSE, 69DR ROY'S DRIVE PO BOX 1043 GEORGE TOWN KY1-1102 CAYMAN ISLANDS |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD. | DB GLOBAL MASTERS FUND LTD. C/O DEUTSCHE ASSET MANAGEMENT, ALTERNATIVES LEGAL PRODUCT GROUP ATTN: ANTONIO M. REINA 280 PARK AVE, 6 WEST M/S NYC03-0620 NEW YORK NY 10017 |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DB GLOBAL MASTERS (CQ CAPITAL) FUNDS LTD. | C/O CALEDONIAN FUND SERVICES (CAYMAN) LIMITED ATTN: DAVID WALKER CALEDONIAN HOUSE, 69 DR ROY'S DRIVE PO BOX 1043 GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| DB GLOBAL MASTERS (CQ CAPITAL) FUNDS LTD. | C/O DEUTSCHE ASSET MANAGEMENT, ALTERNATIVES LEGAL PRODUCT GROUP ATTN: ANTONIO M. REINA 280 PARK AVE, 6 WEST M/S NYC03-0620 NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| DB GLOBAL MASTERS (CQ CAPITAL) FUNDS LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO / ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DELL GLOBAL B.V. (SINGAPORE BRANCH) | C/O ALSTON & BIRD LLP WILLIAM SUGDEN, ESQ 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| DELL GLOBAL B.V. (SINGAPORE BRANCH) | C/O ALSTON & BIRD LLP WILLIAM SUGDEN, ESQ 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VINTAGE AT CHEHALIS LLC C/O DEUTSCHE BANK SECURITIES INC/ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: REDFIRE, INC ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG,LONDON BRANCH | TRANSFEROR: REDFIRE, INC ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DIVERSIFIED INFLATION STRATEGIES LP | C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02019 |
| DIVERSIFIED INFLATION STRATEGIES LP | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DOVER MASTER FUND II, L.P. | TRANSFEROR: DIAMOND NOTCH OPPORTUNITIES MASTER FUND LTD C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019 |
| DOVER MASTER FUND II, L.P. | TRANSFEROR: DIAMOND NOTCH OPPORTUNITIES MASTER FUND LTD C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019 |
| DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE | C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE 16TH FLOOR NEW YORK NY 10065 |
| DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE | C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE 16TH FLOOR NEW YORK NY 10065 |
| DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE | THE DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD C/O DRAKE MANAGEMENT LLC ATTENTION: STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE LOW DURATION FUND, THE | C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE LOW DURATION FUND, THE | C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE LOW VOLATILITY MASTER FUND, LTD., THE | ATTN: STEVEN LUTTRELL 660 MADISON AVE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE LOW VOLATILITY MASTER FUND, LTD., THE | ATTN: STEVEN LUTTRELL 660 MADISON AVE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE OFFSHORE MASTER FUND, LTD, THE | ATTN: STEVEN LUTTRELL 660 MADISON AVE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE OFFSHORE MASTER FUND, LTD. THE | ATTN: STEVEN LUTTRELL C/0 DRAKE MANAGEMENT LLC 660 MADISON AVE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE TOTAL RETURN FUND, THE | C/O DRAKE MANAGEMENT LLC ATTN : STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE TOTAL RETURN FUND, THE | C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10065 |
| ECO MASTER FUND LIMITED | C/O EOS MANAGEMENT, INC ATTN: JAY APPEL 320 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| ECO MASTER FUND LIMITED | C/O EOS MANAGEMENT, INC ATTN: JAY APPEL 320 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| EUROPEAN AERONAUTIC DEFENCE & SPACE CO (EADS) N.V. | C/O EADS DEUTSCHLAND GMBH, CF/FT/T, WILLY MESSERSCHMITT STR., OTTOBRUNN 85521 GERMANY |

| Claim Name | Address Information |
| --- | --- |
| FIRSTENERGY SOLUTIONS CORP. | ATTN: WHOLESALE CONTRACT ADMINISTRATION MAIL STOP A-WAL-B2 341 WHITE POND DR. AKRON OH 44320 |
| FISHERMAN'S LANDING ASSOCIATES, LTD., | C/O NDC REALTY INVESTMENTS, INC. 44 15 FIFTH AVENUE ATTENTION:  BILL BALSINGER PITTSBURGH PA 15213 |
| FISHERMAN'S LANDING ASSOCIATES, LTD., | FIRST CAPITAL CORPORATION 1350 OLD FREEPORT ROAD SUITE 3A PITTSBURGH PA 15238 |
| GMO EMERGING COUNTRY DEBT, L.P. | C/O GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY DEBT, L.P. | C/O GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY LOCAL DEBT INVESTMENT FUND | C/O GRANTHAM, MAYO VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF BOSTON MA 02110 |
| HAYMAN CAPITAL MASTER FUND LP | C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| HAYMAN CAPITAL MASTER FUND, L.P. | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| LEHMAN BROTHERS REAL ESTATE MEZZAINE PARTNERS, L.P | 280 PARK AVE 35TH FLOOR WEST NEW YORK NY 10017 |
| LEHMAN BROTHERS REAL ESTATE MEZZAINE PARTNERS, L.P | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS L.P | ATTN: YON CHO & JOHN RANDALL 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS L.P | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: UNIVERSITY CLUB PARTNERS, LTD ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: LANDINGS ON MILLENIA BLVD. PARTNERS, LTD., THE ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE LP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP ATTN: JEFFREY D. SAFERSTIEN 1285 AVE OF THE AMERICAS NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE LP | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OIL INVESTMENT CORPORATION LTD | C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02109 |
| OIL INVESTMENT CORPORATION LTD | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| OIL INVESTMENTS CORPORATION LTD. | C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02109 |
| OIL INVESTMENTS CORPORATION LTD. | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| OWENS & MINOR, INC | H SLAYTON DABNEY JR AND DANIEL G EGAN KING & SPALDING LLP 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OWENS & MINOR, INC | 9120 LOCKWOOD BOULEVARD MICHAEL W. LOWRY MECHANICSVILLE VA 23116 |
| PACIFIC LIFE & ANNUITY COMPANY | 700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PACIFIC LIFE & ANNUITY COMPANY | 700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| REAL ASSETS PORTFOLIO LP | C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02019 |
| REAL ASSETS PORTFOLIO LP | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD | JEFFREY A. SCHAFFER C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY SUITE 810 NEW YORK NY 10001 |

| Claim Name | Address Information |
|---|---|
| SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD | C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN: STEPHEN C. JACOBS, GENERAL COUNSEL & COO C/O SPECTRUM GROUP MGMT LLC 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| SPECTRUM INVESTMENT PARTNERS LP | ATTN: MANAGER 1250 BROADWAY, SUITE 810 NEW YORK NY 10022 |
| STARK GLOBAL OPPORTUNITIES MASTER FUND LTD | C/O STARK GLOBAL OPPORTUNITIES MANAGEMENT LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK GLOBAL OPPORTUNITIES MASTER FUND LTD. | C/O STARK GLOBAL OPPORTUNITIES MANAGEMENT LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK MASTER FUND LTD | C/O STARK OFFSHORE MANAGEMENT, LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK MASTER FUND LTD. | ATTN:MARTHA TSUCHIHASHI C/O STARK OFFSHORE MANAGEMENT, LLC 2600 SOTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STICHTING PENSIOENFONDS VOOR HUISARTSEN | ATTN: MICHEL SALDEN NEWTONLAAN 71-77 P.O. BOX 85344 3508 AH UTRECHT NETHERLANDS |
| STICHTING PENSIOENFONDS VOOR HUISARTSEN | ATTN: MICHEL SALDEN NEWTONLAAN 71-77 P.O. BOX 85344 3508 AH UTRECHT NETHERLANDS |
| STICHTING PENSIOENFONDS VOOR HUISARTSEN | EVAN KOSTER, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| STICHTING PENSIOENFONDS VOOR HUISARTSEN | DAVID COHN, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TRANSAMERICA LIFE INSURANCE COMPANY | F/ K/ A TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY ATTN; DEBRA DUBALL 4333 EDGEWOOD ROAD NE, MS 5110 CEDAR RAPIDS IA 52499-5110 |
| WELLINGTON MANAGEMENT PORTFOLIOS | (LUXEMBOURG) II - COMMODITIES PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02109 |
| WELLINGTON MANAGEMENT PORTFOLIOS | RANAN WELL, ESQ BINGHAM MCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| WELLINGTON TRUST COMPANY, NA | MULTIPLE COMMON TRUST FUNDS TRUST - COMMODITIES PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLC ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02109 |
| WELLINGTON TRUST COMPANY, NA | MULTIPLE COMMON TRUST FUNDS TRUST - COMMODITIES PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLC ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02109 |

**Total Creditor count  128**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| CHINATRUST COMMERCIAL BANK | ATTN: GRACE WU 16F., NO. 3, SUNG SHOU ROAD TAIPEI CITY 110 TAIWAN, PROVINCE OF CHINA |
| CHINATRUST COMMERCIAL BANK | CHINATRUST COMMERCIAL BANK C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| EASTON INVESTMENTS II, A CALIFORNIA L.P. | C/O COSTELL & CORNELIUS LAW CORPORATION ATTN: ALEXANDER IAN CORNELIUS 1299 OCEAN AVENUE, SUITE 400 SANTA MONICA CA 90401 |
| ETON PARK FUND, LP | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LP | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LEHMAN BROTHERS DIVERSIFIED PRIVATE EQUITY FUND 20 | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE ATTN: ASHVIN RAO, DIRECTOR OF THE GENERAL PARTNER 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE CAPITAL PARTNER | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE ATTN: ASHVIN RAO, DIRECTOR OF THE GENERAL PARTNER 10 BROOK ST. LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE FUND | 2003-B, L.P. C/O LEHMAN BROTHERS EUROPEAN MEZZANINE ATTN: ASHVIN RAO, DIRECTOR OF THE GENERAL PARTNER ATTN: KATHLEEN GHIRARDI 10 BROOK ST. LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE FUND 2003-A, L. | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE ATTN: ASHVIN RAO, DIRECTOR OF THE GENERAL PARTNER 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE FUND 2003-A, L. | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE ATTN: ASHVIN RAO, DIRECTOR OF THE GENERAL PARTNER ATTN: KATHLEEN GHIRARDI 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE FUND 2003-B, L. | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE ATTN: ASHVIN RAO, DIRECTOR OF THE GENERAL PARTNER 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE FUND CAPITAL PA | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE ATTN: ASHVIN RAO, DIRECTOR OF THE GENERAL PARTNER 10 BROOK ST. LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE PARTNERS 2003-B | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE ATTN: ASHVIN RAO, DIRECTOR OF THE GENERAL PARTNER ATTN: KATHLEEN GHIRARDI 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE PARTNERS 2003-B | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE ATTN: ASHVIN RAO, DIRECTOR OF THE GENERAL PARTNER 10 BROOK ST. LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE PARTNERS 2003-D | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE ATTN: ASHVIN RAO, DIRECTOR OF THE GENERAL PARTNER ATTN: KATHLEEN GHIRARDI 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| LEHMAN BROTHERS EUROPEAN MEZZANINE PARTNERS 2003-D | C/O LEHMAN BROTHERS EUROPEAN MEZZANINE ATTN: ASHVIN RAO, DIRECTOR OF THE GENERAL PARTNER 10 BROOK STREET LONDON W1S 1BG UNITED KINGDOM |
| MAGNETAR CAPITAL MASTER FUND LTD | STROOCK & STROOCK & LAVAN LLP ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION FUND III,  LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION FUND III,  LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND II LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |

| Claim Name | Address Information |
|---|---|
| MAGNETAR CONSTELLATION MASTER FUND II LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MICROSOFT CORPORATION | ATTN: BENJAMIN ORNDORFF ONE MICROSOFT WAY REDMOND WA 98052-8300 |
| MICROSOFT CORPORATION | JOSEPH E. SHICKICH, JR., ERIN JOYCE LETEY, RIDDELL WILLIAMS P.S. 1001 FOURTH AVENUE, SUITE 4500 SEATTLE WA 98154 |
| OSCART INTERNATIONAL LIMITED | C/O O'MELVENY & MYERS LLP TWO EMBARCADERO CENTER, 28TH FLOOR ATTN: TREVOR N. LAIN SAN FRANCISCO CA 94111 |
| PALMYRA CAPITAL FUND, L.P. | RICHARD A. CHESLEY PAUL, HASTINGS, JANOFSKY & WALKER LLP 191 N. WACKER DR., 30TH FL. CHICAGO IL 60606 |
| PALMYRA CAPITAL INSTITUTIONAL FUND, L.P. | RICHARD A. CHESLEY PAUL, HASTINGS, JANOFSKY & WALKER LLP 191 N. WACKER DRIVE., 30TH FL. CHICAGO IL 60606 |
| PALMYRA CAPITAL OFFSHORE FUND, L.P. | RICHARD A. CHESLEY PAUL, HASTINGS, JANOFSKY & WALKER LLP 191 N. WACKER DR., 30TH FL. CHICAGO IL 60606 |
| SBA COMMUNICATIONS CORPORATION | C/O JOHN J. MONAGHAN, ESQ. HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON MA 02116 |
| SPCP GROUP L.L.C. | TRANSFEROR: RATIA ENERGIE AG AGENT FOR SILVER POINT CAPITAL FUND LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP L.L.C. | RONALD S. BEACHER DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP L.L.C. | HUNTON AND WILLIAMS LLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219-4074 |
| SPCP GROUP L.L.C. | HUNTON AND WILLIAMS LLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD RICHMOND VA 23219-4074 |
| SPCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS, SILVER POINT CAPITAL LP 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | ALLEN AND OVERY ATTN: VICTOR WAINGORT 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | INTER-AMERICAN DEVELOPMENT BANK ATTN: SOREN ELBECH 1300 NEW YORK AVENUE WASHINGTON DC 20577 |
| SYDBANK | LEGAL DEPARTMENT ATTN: HELLE MORTENSEN AND ANNE-BIRGITTE HEILESEN PEBERLYK 4-POSTBOKS 1038 AABENRAA DK-6200 DENMARK |

**Total Creditor count  45**