UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                                                   :   Chapter 11 Case No.
                                                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                                                            :
                                         Debtors.                            :   (Jointly Administered)
-------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the thirty-seventh objection to claims, dated September 13, 2010 (the "Thirty-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowing and expunging the No Liability Claims on the grounds that they assert claims against entities that are not debtors in these jointly administered chapter 11 cases, all as more fully described in the Thirty-Seventh Omnibus Objection to Claims; and due and proper notice of the Thirty-Seventh Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held on January 20, 2011; and the Court having found and determined that the relief sought in the Thirty-Seventh Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Thirty-Seventh Omnibus Objection to Claims

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Thirty-Seventh Omnibus Objection to Claims.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Thirty-Seventh Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claim listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (the "Claim") is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the Claim; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to: (i) any claim listed on Exhibit A annexed to the Thirty-Seventh Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto, and (ii) any claim listed on Exhibit A annexed to the Thirty-Seventh Omnibus Objection to Claims that is not listed on Exhibit 1 to the Order Granting Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) [Docket No. 12409]; and it is further

ORDERED that that this Order is not a substantive determination of whether the holder of the Claim has valid claims against the non-Debtor entities that were named as the "debtor" on the Claim and shall have no res judicata, estoppel, or other effect in any proceeding against such non-Debtor entities; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

2

matters arising from or related to this Order.

Dated: New York, New York
January 20, 2011

      *s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 37: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED<br>MIFA CORP J2, 22 GREENVILLE STREET<br>ST HELIER<br>JERSEY, JE4 8PX1<br>UNITED KINGDOM | | | 09/15/2009 | 12708 | $13,404,919.19 | No Liability Claim |
| | | | | | TOTAL | $13,404,919.19 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1