UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                          Debtors.                 :    (Jointly Administered)
---------------------------------------------------------------------x

## ORDER GRANTING DEBTORS'
## SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
## (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY)

Upon the seventy-fifth omnibus objection to claims, dated December 8, 2010 (the

"Seventy-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "Debtors"), in accordance with Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664], seeking to reclassify Stock Claims as equity

interests, all as more fully described in the Seventy-Fifth Omnibus Objection to Claims; and due

and proper notice of the Seventy-Fifth Omnibus Objection to Claims having been provided to: (i)

each claimant listed on Exhibit A attached thereto; (ii) the U.S. Trustee; (iii) the attorneys for the

Creditors' Committee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue

Service; and (vi) the United States Attorney for the Southern District of New York, and (vii) all

other parties entitled to notice in accordance with the procedures set forth in the second amended

order entered on June 17, 2010 governing case management and administrative procedures for

these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief sought in the Seventy-Fifth Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' Seventy-Fifth Omnibus Objection to Claims.

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties

in interest and that the legal and factual bases set forth in the Seventy-Fifth Omnibus Objection

to Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Seventy-Fifth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to sections 502(b) and 510(b) of the Bankruptcy Code,

the Stock Claims listed on Exhibit 1 annexed hereto are hereby reclassified as equity interests;

and it is further

ORDERED that the Debtors have adjourned to March 3, 2011 (or as may be

further adjourned by the Debtors) the Seventy-Fifth Omnibus Objection to Claims with respect

to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized to

modify the claims register to reflect this order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
       January 20, 2011

                              ___s/ James M. Peck_____
                              UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 1 | ADLER, HERBERT & ESTELLE JTWR 4615 9TH AVENUE, ""APT"" 2B BROOKLYN, NY 11220 | | 08/13/2009 | 8115 | $12,597.51 |
| 2 | ANSIACO SA C/O MRS. MICHELLE NG 11 KEPPEL ROAD, RCL CENTER, #08-00 NEW BRUNSWICK, NJ 089057 SINGAPORE | | 09/16/2009 | 13469 | Undetermined |
| 3 | ARPUTHAM, JAYAKUMAR MRS. USHARANI JAYAKUMAR NO. 16, 6TH CROSS WEST STREET SHENOY NAGAR CHENNAI, 6000 030 INDIA | 08-13555 (JMP) | 09/24/2009 | 34881 | $100,000.00 |
| 4 | ASH, MARY F. 3636 S IRON ST CHICAGO, IL 606091321 | | 09/21/2009 | 25519 | $81,425.07 |
| 5 | ASHLEY, WALTER A 4467 N RIDGE RD MEARS, MI 49436 | | 04/13/2009 | 3942 | Undetermined |
| 6 | AULBERT, MARY R 55 RUE DE PAIX LAKE SAINT LOUIS, MO 63367 | | 09/11/2009 | 11473 | $1,880.03 |
| 7 | BANQUE BARING BROTHERS STURDZA SA 112, RUE DU RHONE PO BOX 3024/1211 GENEVA 3, SWITZERLAND | 08-13555 (JMP) | 05/26/2009 | 4564 | $2,512.50 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 8 | BEMO EUROPE C/O BERNARD HUGO BANQUE-BAMO, EUROPE 49, AVENUE D'IENA PARIS, 75116 FRANCE | | 09/18/2009 | 17610 | $195,150.00 |
| 9 | BEMO SAL C/O SAMIH SAADEH BANQUE BEMO SAL IMMEUBLE ESSELLY 7TH FLOOR RIAD EL SOLH SQ PO BOX 11-7048 BEYROUTH, LEBANON | | 09/15/2009 | 13119 | $2,557,606.24 |
| 10 | BERTACCINI, DAVID 35 STONE HOUSE RD SOMERS, NY 10589 | 08-13555 (JMP) | 04/22/2009 | 3888 | $50,400.00 |
| 11 | BETANCOURT, MARTINE 90 AMSTERDAM AVENUE TEANECK, NJ 07666 | | 09/21/2009 | 23814 | Undetermined |
| 12 | BOTTER,JAMES 2502 GREENVALE CT SANTA ROSA, CA 95401 | 08-13555 (JMP) | 09/15/2009 | 13055 | $103,020.00 |
| 13 | BROWN, RICHARD A., EXECUTOR, ESTATE OF NATHAN BROWN 221 OLD EAGLE SCHOOL ROAD STRAFFORD, PA 19087 | 08-13555 (JMP) | 11/26/2008 | 1118 | Undetermined |
| 14 | CABLES, DENISE D AND PAUL S 3878 SHELDON DR ATLANTA, GA 30342-4210 | | 09/28/2009 | 35332 | $9,896.70 |
| 15 | CANSO CATALINA FUND C/O CANSO FUND MANAGEMENT 100 YORK BLVD., STE 550 RICHMOND HILL, ON L4B 1J8 CANADA | 08-13555 (JMP) | 09/22/2009 | 32397 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 16 | CAROL, CHOW PUI WA, MS.<br>4D VILLAGE GARDENS<br>40 FA PO STREET<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | 09/28/2009 | 35324 | $100,000.00 |
| 17 | CASTELO, CATHERINE A.<br>903 GENTRYS WALK<br>ATLANTA, GA 30341 | 08-13555 (JMP) | 09/23/2008 | 15 | $29,700.00 |
| 18 | CATALANO, JULIE A<br>109 NANCY LANE<br>CHESTER, NY 10918 | | 09/22/2009 | 31388 | Undetermined |
| 19 | CENTRICA INVESTMENT CAPITAL, INC.<br>HSBC PRIVATE BANK INTERNATIONAL<br>ATTN: EMILIO ARGUELLO<br>1441 BRICKELL AVE. 17TH FLOOR<br>MIAMI, FL 33131 | 08-13555 (JMP) | 09/21/2009 | 22590 | $87,100.00 |
| 20 | CHAIFETZ, MARYALICE<br>14 VERDIN DRIVE<br>NEW CITY, NY 10956 | | 09/10/2009 | 11090 | $51,164.00 |
| 21 | CHAISATAVORAVONG, VEERASAK/CHAISATAWORAWONG,<br>SUKONTHA<br>940/315 BANGNA-TRAD ROAD, KM 3<br>BANGKOK, 10260<br>THAILAND | | 09/14/2009 | 12137 | Undetermined |
| 22 | CHIDCHUA SUNTHAROS/UDOM PANOMNETKUL<br>1/20 BANGKOK BANK LANE<br>SUAPA ROAD<br>BANGKOK, 10100<br>THAILAND | | 09/14/2009 | 12136 | Undetermined |
| 23 | CHINNERY, CHRISTINE<br>47 LILLIESHALL ROAD<br>LONDON, GT LON, SW4 0LW<br>UNITED KINGDOM | | 08/20/2009 | 8781 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 24 | CHLADEK, IRMIN<br>NESTROYWEG 14<br>WR. NEUDORF, A-2351<br>AUSTRIA | 08-13555 (JMP) | 09/14/2009 | 11976 | $1,496.00 |
| 25 | CINTRON, YVETTE<br>17026 CARLTON WAY ROAD<br>HUNTERSVILLE, NC 28078 | | 07/31/2009 | 6901 | $86,475.00 |
| 26 | COIRO-TIMMER, ANTONELLA<br>1911 ADAMS AVE<br>WEST ISLIP, NY 11795 | 08-13555 (JMP) | 09/10/2009 | 11282 | $5,000.00* |
| 27 | COMFORT HOLDINGS LTD.<br>EAST BAY STREET<br>P.O. BOX N-7757<br>NASSAU,<br>BAHAMAS | | 09/21/2009 | 24220 | Undetermined |
| 28 | COSTA, JULIA<br>293 ELSMERE PLACE<br>FORT LEE, NJ 07024 | | 08/17/2009 | 8536 | $34,731.67 |
| 29 | COSTIN, PAUL<br>508-15 PLACE DE LA TRIADE<br>POINTE-CLAIRE, QC H9R OA3<br>CANADA | | 07/23/2009 | 6020 | $37,844.33 |
| 30 | DAICHI JAPAN CORPORATION<br>ROOM 212 2/F METRO CENTRE 1<br>32 LAM KING STREET<br>KOWLOON BAY<br>KOWLOON,<br>HONG KONG | | 09/22/2009 | 33216 | $1,500,000.00 |
| 31 | DE GRAMONT, ANTOINE<br>3711 SAN FELIPE ST UNIT 12B<br>HOUSTON, TX 77027-4040 | | 10/27/2009 | 48733 | $5,013.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 32 | DE VISDOMINI, ARTURO<br>FLAT 8 T OBSERVATORY GARDENS<br>LONDON, W8 7HY<br>UNITED KINGDOM | 08-13555 (JMP) | 09/22/2009 | 31751 | Undetermined |
| 33 | DEBOST, MICHEL<br>340 EDGEMEER PL.<br>OBERLIN, OH 44074 | | 09/04/2009 | 10391 | $2,207.00 |
| 34 | DEEPAK, SUREKA<br>RM 1725, 17TH FLOOR<br>STAR HOUSE, 3 SALISBURY ROAD<br>TSIM SHA TSUI<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | 09/21/2009 | 24966 | Undetermined |
| 35 | DELACRUZ-SANTULLI, MARITZEL<br>1203 RIVER ROAD APT 2B<br>EDGEWATER, NJ 07020 | 08-13885 (JMP) | 10/10/2008 | 162 | $5,984.41 |
| 36 | DEUTSCHE BANK S.A.E.<br>ACTING ON BEHALF OF THE CLIENTS LISTED IN THE ATACHED ANNEX.<br>ATTN: BELEN DOPAZO<br>RONDA GENERAL MITRE 72-74<br>BARCELONA, 08017<br>SPAIN | | 10/29/2009 | 56298 | $29,704.50 |
| 37 | DREAM VENTURES (BAHAMAS) LTD<br>EAST BAY STREET<br>PO BOX N-7757<br>NASSAU,<br>BAHAMAS | | 09/11/2009 | 11395 | Undetermined |
| 38 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG<br>3000181002<br>100 SE 2ND STREET, SUITE 2610<br>MIAMI, FL 33131 | | 09/22/2009 | 32591 | $42.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 39 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG 00.402163_0 100 SE 2ND STREET, SUITE 2610 MIAMI, FL 33131 | | 09/22/2009 | 32637 | $4,200.00 |
| 40 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG 200002281 100 SE 2ND STREET, SUITE 2610 MIAMI, FL 33131 | | 09/22/2009 | 32638 | $189.00 |
| 41 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG POLICY # 4905004083 ATTN: A. REUS 100 SE 2ND STREET, SUITE 2610 MIAMI, FL 33131 | 08-13555 (JMP) | 11/02/2009 | 63345 | $33,306.50 |
| 42 | DRRT FBO UBS (BAHAMAS) LTD. PA 100 SE 2ND STREET SUITE 2610 MIAMI, FL 33131 | | 09/22/2009 | 32716 | $966.00 |
| 43 | DRRT FBO UBS (BAHAMAS) LTD. GL 100 SE 2ND STREET, SUITE 2610 MIAMI, FL 33131 | | 09/22/2009 | 32717 | $579.60 |
| 44 | DRRT FBO UBS (BAHAMAS) LTD. BR 100 SE 2ND STREET, SUITE 2610 MIAMI, FL 33131 | | 09/22/2009 | 32718 | $2,100.00 |
| 45 | DRRT FBO UBS (BAHAMAS) LTD. IN 100 SE 2ND STREET, SUITE 2610 MIAMI, FL 33131 | | 09/22/2009 | 32719 | $772.80 |
| 46 | DRRT FBO UBS (BAHAMAS) LTD. MO 100 SE 2ND STREET, SUITE 2610 MIAMI, FL 33131 | | 09/22/2009 | 32720 | $181.44 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 47 | DUNDEE SECURITIES CORPORATION INSTITUTIONAL DEPARTMENT ATTN: PATRICIA MARQUES 1 ADELAIDE STREET EAST SUITE 2700 TORONTO, ON M5C 2VP CANADA | 08-13555 (JMP) | 10/23/2009 | 45278 | $8,550.00 |
| 48 | DUNN, WILLIAM J. 10714 GRAYSON STREET JACKSONVILLE, FL 32220-1868 | 08-13555 (JMP) | 04/16/2009 | 3789 | $3,278.50 |
| 49 | FLYNN, DAVID AND KERRY 26 STONEYBROOK CIRCLE ANDOVER, MA 01810 | 08-13555 (JMP) | 10/10/2008 | 161 | $4,451.98 |
| 50 | FORSTER, CRAIG 36 OVERBROOK DRIVE MILLWOOD, NY 10546 | | 08/06/2009 | 7472 | $11,149.00 |
| 51 | FRIEDMAN, LEONARD AND TERRY JTWROS 17770 DEAUVILLE LANE BOCA RATON, FL 33496-2455 | | 09/10/2009 | 11157 | $3,981.72 |
| 52 | FRIEDMAN, SAMANTHA J. 17770 DEAUVILLE LANE BOCA RATON, FL 33496-2455 | | 09/10/2009 | 11158 | $995.43 |
| 53 | GANDHI, JENNIFER & VINIT 25 COLUMBIA PLACE MERRICK, NY 11566 | | 09/22/2009 | 28670 | $47,799.12 |
| 54 | GIANNICO, CHRISTINE 68-63 108TH STREET APT 4P FOREST HILLS, NY 11375 | 08-13555 (JMP) | 09/22/2009 | 26574 | $3.40 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 55 | GIDWANI, DINESH/JAIRAM MANGHARAM<br>30 LA SALLE ROAD<br>KOWLOON TONG<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | 09/21/2009 | 25365 | $124,226.00 |
| 56 | GIDWANI, MANU<br>14 MARGARITA STREET<br>BACOLOD CITY, NEGROS OCCIDENTAL, 6100<br>PHILIPPINES | | 09/21/2009 | 24256 | $100,000.00 |
| 57 | GREEN, LINDA M.<br>411 N CALLE DE LUMBRE<br>GREEN VALLEY, AZ 85615 | 08-13555 (JMP) | 04/08/2009 | 3720 | $7,140.95 |
| 58 | HAGODATO PIANE LIMITED<br>UBS TRUSTEES (SINGAPORE) LTD, RET 23011<br>5 TEMASEK BOULEVARD, #18-00<br>SUNTEC TOWER FIVE<br>, 038985<br>SINGAPORE | | 09/16/2009 | 14182 | Undetermined |
| 59 | HANCOCK,STEPHEN<br>36 NEWTON ROAD<br>CAMBRIDGE, CAMBS, CB2 8AL<br>UNITED KINGDOM | | 08/19/2009 | 8682 | Undetermined |
| 60 | HARVEY, JAY<br>15 GROVE STREET<br>SAN RAFAEL, CA 94901 | 08-13555 (JMP) | 02/03/2009 | 2535 | $284.70 |
| 61 | HOPEWELL CAPITAL CORPORATION<br>6TH FLOOR<br>1122-4TH STREET SW<br>CALGARY, ALBERTA, T2R 1M1<br>CANADA | | 08/17/2009 | 8453 | $206,378.31 |
| 62 | HOUKEPEN, JAM<br>JANTEN KATEDREEF 17<br>GR GOIRLE, 5051<br>NETHERLANDS | 08-13555 (JMP) | 10/02/2009 | 36084 | $320.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 63 | ICH PROPRIETORY INVESTMENTS LTD<br>30 RAFFLES PLACE #20-02<br>CHEVRON HOUSE<br>, ME 048622<br>SINGAPORE | | 09/18/2009 | 18568 | $84,550.00 |
| 64 | INTRAWITYANUNT, PIMMARA<br>INTRAWITYANUNT, POLAWAT<br>SUPAKARN CONDOMINIUM #17C<br>CHAREONAKORN ROAD, KLONGSAN<br>BANGKOK, 10600<br>THAILAND | | 09/14/2009 | 12493 | Undetermined |
| 65 | JAMES, ALLEN<br>NATIONAL BANK FINANCIAL<br>10180 101 STREET<br>3500 MANULIFE PLACE<br>EDMONTON, AB T5J 3S4<br>CANADA | 08-13555 (JMP) | 05/04/2009 | 4522 | $10,035.63 |
| 66 | JAMESON, IAN M<br>5 HILLIER ROAD<br>LONDON, GT LON, SW116AX<br>UNITED KINGDOM | 08-13555 (JMP) | 09/17/2009 | 15387 | $438.70 |
| 67 | JOSEPH MILLER TRUST<br>ATTORNEY ALFRED PIERCE, TTEE<br>124 BELVIDERE STREET<br>NAZARETH, PA 18064 | 08-13555 (JMP) | 02/05/2009 | 2600 | $98.00 |
| 68 | KANGANIS, HELEN<br>1212 WINDWARD ROAD<br>MILFORD, CT 06460 | 08-13555 (JMP) | 08/20/2009 | 8827 | $7,379.75 |
| 69 | KELLY JR., ALFRED M.<br>7272 ROYCE PLACE<br>BROOKLYN, NY 11234 | | 07/21/2009 | 5827 | Undetermined |
| 70 | KLOPSIS, NICHOLAS<br>18 STUYVESANT ROAD<br>OAKDALE, NY 11769 | 08-13555 (JMP) | 10/07/2009 | 36839 | $7,200.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 71 | KOREY, SETH<br>7543 E TAILSPIN LN<br>SCOTTSDALE, AZ 85255 | 08-13905 (JMP) | 09/21/2009 | 24462 | $59,512.45 |
| 72 | KRUEGER, STEPHEN E<br>5442 TAMARACK CIR<br>MINNETONKA, MN 55345-4258 | 08-13555 (JMP) | 07/20/2009 | 5715 | $8,548.89 |
| 73 | LASALLE, FLORENCE<br>3171 N BRACKENFERN PT<br>BEVERLY HILLS, FL 34465 | 08-13555 (JMP) | 08/14/2009 | 8289 | Undetermined |
| 74 | LASHER, DENISE<br>CGM IRA CUSTODIAN<br>P.O. BOX 1440<br>LUTZ, FL 33548-1440 | 08-13555 (JMP) | 09/10/2009 | 11163 | $7,383.00 |
| 75 | LEE, SANDERS<br>6TH FLOOR<br>1122-4TH STREET SW<br>CALGARY, ALBERTA, T2R 1M1<br>CANADA | 08-13555 (JMP) | 08/17/2009 | 8452 | $916,438.69 |
| 76 | LELKO, JOHN H. & MARGARET D.<br>1034 CROSSBROOK BLVD.<br>GALLOWAY, OH 43119 | 08-13555 (JMP) | 08/06/2009 | 7561 | $10,000.00 |
| 77 | LIGHTEN, WILLIAM E.<br>48 WELLINGTON AVE.<br>NEW ROCHELLE, NY 10804 | 08-13555 (JMP) | 09/22/2009 | 28229 | $20,057,279.00* |
| 78 | LOMBARD INTERNATIONAL ASSURANCE S.A.<br>FAO PAUL CASEY-ACCOUNT P11001<br>AIRPORT CENTER<br>2, ROUTE DE TREVES<br>L-2633 SENNINGERBERG<br>,<br>LUXEMBOURG | 08-13555 (JMP) | 09/08/2009 | 10713 | $17,568.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 79 | LOMBARD INTERNATIONAL ASSURANCE S.A. FAO PAUL CASEY-ACCOUNT P10989 AIRPORT CENTER 2, ROUTE DE TREVES SENNINGERBERG, L-2633 LUXEMBOURG | 08-13555 (JMP) | 09/18/2009 | 18775 | $685,880.58 |
| 80 | LYNCH, MARY A. 501 EAST 79TH ST. NEW YORK, NY 10021 | | 09/21/2009 | 24410 | Undetermined |
| 81 | MAGLOICCA, FRANCES 36 CLEVELAND AVE EAST BRUNSWICK, NJ 08816-4746 | | 09/03/2009 | 10273 | $7,921.78 |
| 82 | MAIONE, CYANNE 262 HOLLYWOOD AVE FAIRFIELD, NJ 07004 | | 09/21/2009 | 22115 | $18,397.80 |
| 83 | MALTHOUSE, SAMANTHA J. 206 PRIESTS LANE ESSEX SHENFIELD, CM158LG UNITED KINGDOM | | 09/23/2009 | 34576 | Undetermined |
| 84 | MARKS, BERNARD 550 S.E. MIZNER BLVD. APT B-311 BOCA RATON, FL 33432 | 08-13555 (JMP) | 09/17/2009 | 15556 | $17,986.26 |
| 85 | MAZARAKIS, JIM 6 IVY BROOK FARM CT COCKEYSVILLE, MD 21030-1743 | | 09/14/2009 | 12306 | $3,254.62 |
| 86 | MCGOVERN, MATTHEW 1114 HUDSON STREET UNIT #7 HOBOKEN, NJ 07030 | | 09/22/2009 | 28551 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 87 | MCNAIR, PATRICIA C.<br>621 VALLEY ROAD<br>2ND FLOOR<br>MONTCLAIR, NJ 07043 | 08-13555 (JMP) | 09/21/2009 | 23599 | $587.65 |
| 88 | MEHTA, MANJU<br>PO BOX 511<br>LA CANADA, CA 91012 | | 07/24/2009 | 6061 | $1,758.51 |
| 89 | MILBERG, LEONARD<br>99 PARK AVE<br>NEW YORK, NY 10016 | | 09/22/2009 | 31540 | $17,000.00 |
| 90 | MILSTEIN, ORI<br>43 TCHERNIHOVSKY STREET<br>TEL-AVIV, 63428<br>ISRAEL | 08-13555 (JMP) | 08/10/2009 | 7946 | $25,982.00 |
| 91 | MOTHERLAND LIMITED<br>C/O DBSCSL<br>11/F, THE CENTER<br>99 QUEEN'S ROAD<br>,<br>HONG KONG | | 09/16/2009 | 14325 | $0.00* |
| 92 | MOUM, FRANCESCA<br>214 LINDEN AVENUE<br>WESTFIELD, NJ 07090 | | 09/22/2009 | 31123 | $1,460.00 |
| 93 | MRINKY, ROMAN<br>3415 NEPTTUNE AVE., APT 2107<br>BROOKLYN, NY 11224 | 08-13555 (JMP) | 10/09/2008 | 129 | $2,630.00 |
| 94 | NANIKRAM, BHARVANI DILIPKUMAR & DILIP, BHARVANI VINAL<br>20-C BUTLER TOWERS, 1-5 BOYCE ROAD<br>JARDINE'S LOOKOUT<br>,<br>HONG KONG | 08-13555 (JMP) | 09/24/2009 | 34771 | $100,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 95 | ORAWAN PATTANAPEERADEJ/ TANAPORN RUKSUJARIT<br>209/1, NAMUANG RD MUANG<br>KHON KAEN, 40000<br>THAILAND | | 09/15/2009 | 12763 | Undetermined |
| 96 | ORAWAN PATTANAPEERADEJ/ TANAPORN RUKSUJARIT<br>209/1, NAMUANG RD MUANG<br>KHON KAEN, 40000<br>THAILAND | | 09/15/2009 | 12764 | Undetermined |
| 97 | ORELLANA, OLGA S MARITAL TR UNDER ORELLANA FAMILY TR<br>541 COMSTOCK AVE<br>LOS ANGELES, CA 90024 | 08-13555 (JMP) | 04/27/2009 | 4232 | Undetermined |
| 98 | ORELLANA, OLGA S TTEE<br>RESIDUARY TR UNDER ORELLANA FAMILY TR<br>541 COMSTOCK AVE<br>LOS ANGELES, CA 90024 | 08-13555 (JMP) | 04/27/2009 | 4233 | Undetermined |
| 99 | OVEJERO, SILVIA AND/OR DAVID DE LAFUENTE<br>RAMBLA GANDHI<br>189 PORTERIA<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | 09/22/2009 | 33112 | $14,746.10 |
| 100 | PAPANASTASOULIS, GEORGE SPYRIDON & CHIARELLA, ROSANNA<br>130 RUE SAUVE<br>ISE BIZARD, QC<br>CANADA | 08-13555 (JMP) | 09/08/2009 | 10753 | $628.46 |
| 101 | PATEL, MADHU M.<br>7204 JACKSON STREET<br>NORTH BERGEN, NJ 07047 | | 07/20/2009 | 5662 | $49,671.23 |
| 102 | PEREYRA, ALEJANDRO AND FERNANDEZ, OLIVIA<br>PEREYRA AS JTWROS-TOD<br>181 CRANDON BOULEVARD #202<br>KEY BISCAYNE, FL 33149 | 08-13555 (JMP) | 09/21/2009 | 22592 | $3,092.85 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 103 | PICERNO, PETRINA M<br>8 HIXON TERRACE<br>HOLMDEL, NJ 07733 | | 09/22/2009 | 33114 | $1,127.23 |
| 104 | PITTAS, MYRIAN E<br>21 READ AVENUE<br>WILMINGTON, DE 19804 | 08-13555 (JMP) | 09/25/2009 | 34949 | Undetermined |
| 105 | PITTAS, MYRIAN E.<br>21 READ AVENUE<br>WILMINGTON, DE 19804 | 08-13555 (JMP) | 09/25/2009 | 34948 | $3,800.00 |
| 106 | POMMERENING PROF. DR. DIETER<br>COLONNADEN 39<br>HAMBURG, 20354<br>GERMANY | | 08/03/2009 | 7210 | $12,750.00 |
| 107 | PRITCHETT, JACK<br>23732 MALIBU RD.<br>MALIBU, CA 90265-4603 | 08-13555 (JMP) | 03/05/2010 | 66366 | $12,415.00 |
| 108 | PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF COLORADO<br>C/O ENTWISTLE & CAPPUCCI LLP<br>ATTN: ANDREW J. ENTWISTLE, JOSHUA K PORTER<br>280 PARK AVENUE, 26 FLOOR WEST<br>NEW YORK, NY 10017 | 08-13555 (JMP) | 09/22/2009 | 29066 | $26,928,232.39 |
| 109 | REIS KUO FONG JOSELYN & REIS JOANNA FRANCISCA<br>NO. 7 MOORSOM DRIVE, JARDINE'S LOOKOUT<br>,<br>HONG KONG | 08-13555 (JMP) | 09/17/2009 | 15533 | $100,000.00 |
| 110 | RILEY, RICHARD F.<br>3528 KELSEY LANE SW<br>ROCHESTER, MN 55902 | 08-13555 (JMP) | 04/16/2009 | 3795 | $5,250.40 |
| 111 | RILEY, RICHARD F. & SUZANNE M.<br>3528 KELSEY LANE SW<br>ROCHESTER, MN 55902 | 08-13555 (JMP) | 04/16/2009 | 3797 | $5,250.40 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 112 | RILEY, SUZANNE M.<br>3528 KELSEY LANE SW<br>ROCHESTER, MN 55902 | 08-13555 (JMP) | 04/16/2009 | 3796 | $9,967.00 |
| 113 | RINCKEL, SAUNDRA D<br>25188 MARION AVENUE, APT. F408<br>PUNTA GORDA, FL 33950 | | 08/10/2009 | 7869 | Undetermined |
| 114 | ROMANO, PETER PAUL<br>140 WOODS OF ARDEN ROAD<br>STATEN ISLAND, NY 10312 | 08-13555 (JMP) | 04/09/2009 | 3726 | $1,098,315.74 |
| 115 | RONG, LIN<br>UNIT NO. 501, GATE 5, BLD 4<br>NO. 16 DONG ZHIMEN BEIXIAOJIE<br>DONGCHENG DISTRICT<br>BEIJING, 100007<br>CHINA | 08-13555 (JMP) | 09/24/2009 | 34719 | $100,000.00 |
| 116 | ROULETT, JOHN P<br>6 CEDAR PL<br>GARDEN CITY, NY 11530-5927 | | 07/20/2009 | 5751 | Undetermined |
| 117 | SACHS, MICHAEL C.<br>360 WEST 28TH ST, # 3B<br>ATTN: MICHAEL C SACHS<br>NEW YORK, NY 10001 | 08-13555 (JMP) | 09/24/2008 | 16 | $1,465.48 |
| 118 | SAGAR, DEEP & SOOD, MEERA<br>ROSINKA, BALCARY GARDENS,<br>BERKHAMSTED<br>HERTFORDSHIRE, HP4 3UU<br>UNITED KINGDOM | 08-13555 (JMP) | 11/03/2008 | 472 | $5,550.00 |
| 119 | SANT'ANGELO, CELESTE M<br>799 PARK AV APT 16A<br>NEW YORK, NY 10021 | | 09/22/2009 | 27714 | $274,392.13 |
| 120 | SARMAST, AIDA<br>752 E. NICHOLS DRIVE<br>LITTLETON, CO 80122-2842 | | 03/04/2010 | 66363 | $48,603.23 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 121 | SARMAST, AIDA Y.<br>752 E NICHOLS DR<br>LITTLETON, CO 80122 | | 09/11/2009 | 11367 | $4,538.00 |
| 122 | SEPHARDIC COMMUNITY CENTER<br>1901 OCEAN PARKWAY<br>BROOKLYN, NY 11223-3056 | | 07/15/2009 | 5392 | $1,000.00* |
| 123 | SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED<br>P.O. BOX 6<br>ST. PETER PORT GUERNSEY<br>, GY1 3AE<br>UNITED KINGDOM | | 06/29/2009 | 5026 | $215,129.64 |
| 124 | SHAFIR, ROBERT S.<br>1930 BROADWAY, APR. 30C<br>NEW YORK, NY 10023-6949 | 08-13555 (JMP) | 09/22/2009 | 28237 | Undetermined |
| 125 | SHIRLEY, WILLIAM L.<br>725 SEMINOLE POINT RD<br>FAIR PLAY, SC 29643-3041 | | 10/05/2009 | 36382 | Undetermined |
| 126 | SHMERKIN, ELONA<br>2827 BROWN STREET<br>APT. 1C<br>BROOKLYN, NY 11235 | | 08/19/2009 | 8742 | $14,000.00 |
| 127 | SIEGEL, NEIL S.<br>266 GERMONDS ROAD<br>WEST NYACK, NY 10994 | | 07/24/2009 | 6091 | $5,210.00 |
| 128 | SOCIETE EUROPEENNE DE BANQUE SA<br>19/21 BOULEVARD DU PRINCE HENRI<br>LUXEMBOURG, L-1724 | 08-13555 (JMP) | 09/21/2009 | 24319 | $5,075.00 |
| 129 | SOJKA, CHRISTIAN<br>ZACHARIAS GUNDIAN STRASSE 10<br>MARZ, 7221<br>AUSTRIA | | 08/28/2009 | 9692 | $1,400.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 130 | SPREEUWENBERG, P.J.<br>SCHRIJVERSDIJK 3<br>BRIELLE, 3231 LL<br>NETHERLANDS | | 10/30/2009 | 57471 | Undetermined |
| 131 | SWAGNER, MARGUERITE M.<br>70 RED OAK TERRACE<br>T-HOUSE<br>OAK RIDGE, NJ 07438-9190 | 08-13555 (JMP) | 09/24/2009 | 34833 | $2,177.88* |
| 132 | TAMAKI, KANEDA<br>SUITE 1913 19/F ASIAN HOUSE<br>1 HENNESSY ROAD<br>WANCHAI,<br>HONG KONG | 08-13555 (JMP) | 09/28/2009 | 35304 | $100,000.00 |
| 133 | TANG, NORAH N<br>100 BEEKMAN ST #14L<br>NEW YORK, NY 100038 | 08-13555 (JMP) | 09/22/2009 | 26338 | $196,389.00 |
| 134 | TANGKARAVAKOON, JATUPHAT & LA-OR<br>94/1 EKAMI 22 WATTANA<br>BANGKOK, 10110<br>THAILAND | | 09/16/2009 | 14183 | Undetermined |
| 135 | TAZAKI, TAKAHIRO<br>7-1-25-203<br>MINAMISUNA<br>KOTOKU, 13 136-0076<br>JAPAN | | 08/31/2009 | 9888 | $169.90 |
| 136 | THAMBIMUTHU, RAJARATNAM<br>4 VAN DYCK AVENUE<br>NEW MALDEN,SURREY, KT3 5NQ<br>UNITED KINGDOM | | 09/23/2009 | 34335 | Undetermined |
| 137 | THAMBIMUTHU, RAJARATNAM<br>4 VAN DYCK AVENUE<br>NEW MALDEN<br>SURREY, KT3 5NQ<br>UNITED KINGDOM | 08-13555 (JMP) | 09/23/2009 | 34413 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 138 | THAMBIMUTHU, RAJARATNAM<br>4 VAN DYCK AVENUE<br>NEW MALDEN, KT3 5NQ<br>UNITED KINGDOM | | 09/23/2009 | 34414 | Undetermined |
| 139 | TIETJEN, MIRELLA A.<br>15-19 209TH STREET<br>BAYSIDE, NY 11360 | 08-13555 (JMP) | 09/03/2009 | 10199 | $476.25 |
| 140 | UNIFIED CREDIT TR UNDER ORELLANA FAMILY TR<br>OLGA S ORELLANT TTEE<br>541 COMSTOCK<br>LOS ANGELES, CA 90024 | 08-13555 (JMP) | 04/27/2009 | 3980 | Undetermined |
| 141 | WADE, RAYMOND<br>507 1/2 OCEAN PARK AVENUE<br>BRADLEY BEACH, NJ 07720 | 08-13555 (JMP) | 08/26/2009 | 9417 | $2,261.90 |
| 142 | WAGOWSKI, HARRY<br>13 AVON LANE<br>NEW CITY, NY 10956 | 08-13555 (JMP) | 04/22/2009 | 3890 | $25,000.00 |
| 143 | WAINWRIGHT, CHRISTINE IRA R/O<br>225 MOUNTAIN AVE<br>PRINCETON, NJ 08540 | | 08/05/2009 | 7360 | $860.08 |
| 144 | WELLTEC INC<br>NO. 7 MOORSOM DRIVE<br>JARDINE'S LOOKOUT<br>,<br>HONG KONG | 08-13555 (JMP) | 09/17/2009 | 15534 | $200,000.00 |
| 145 | WILKINSON, PATRICK M<br>99 TENNYSON DRIVE<br>SHORT HILLS, NJ 07078-1016 | | 09/01/2009 | 10011 | $49,646.48 |
| 146 | WOLFGANG AND SABINE BELL<br>C/O TILP INTERNATIONAL<br>BIRKENWEG 11<br>SACHSELN, CH-6072<br>SWITZERLAND | 08-13555 (JMP) | 09/21/2009 | 26060 | $2,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 147 | WONG, ALEX CHIN PANG<br>NO. 2 PARK ROAD, 19/FL<br>FLAT A, MID-LEVELS<br>,<br>HONG KONG | 08-13555 (JMP) | 09/08/2009 | 10751 | $100,000.00 |
| 148 | WOODSON, ELIZABETH G.<br>106 NORTH STREET<br>RICH CREEK, VA 24147 | 08-13555 (JMP) | 12/11/2008 | 1289 | $0.00 |
| 149 | ZAMORA, BARBARA L<br>TOKYO MIDTOWN RESIDENCES # 1910<br>9-7-2 AKASAKA<br>MINATO-KU, 107-0052<br>JAPAN | | 02/03/2010 | 66232 | $15,020.25 |
| 150 | ZVI TRADING CORP. EMPLOYEES MONEY PURCHASE PENSION TRUST<br>COLLEEN E. MCMANUS<br>MIUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.<br>191 N. WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606 | 08-13555 (JMP) | 05/20/2009 | 4463 | $37,040.97 |
| | | | | TOTAL | $57,373,748.71 |

# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 75: EXHIBIT 2 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 1 | LUCKY ASIA TRADING LIMITED<br>C/O CHIGWELL CHANCE LIMITED<br>FLAT A, 7/F, MILTON MANSION<br>96, NATHAN ROAD<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | 09/23/2009 | 34424 | $100,000.00 |
| 2 | ZITO, ROBERT L.<br>4600 N SUNCASTLE CT.<br>APPLETON, WI 54913 | 08-13555 (JMP) | 11/03/2008 | 479 | $10,088.81 |
| | | | | TOTAL | $110,088.81 |