UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. | Case No. 08-13555 (JMP) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:

           : ss

COUNTY OF NEW YORK:

       Wendy Kane, being duly sworn, deposes and says:

       1.  I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

       2.  On the 20th day of January, 2011, I caused to be served a true and correct copy of the:

> *Response of Capstone Volatility Master (Cayman) Limited to the Debtors' Sixty-Seventh Omnibus Objection to Claims (valued Derivatives Claims)*

via first class mail to the attached service list.

                              /s/ Wendy Kane
                              Wendy Kane

Sworn to before me this
20th day of January, 2011

/s/ Jill Kaylor
Jill Kaylor
Notary Public, State of New York
No. 01KA5040839
Qualified in Queens County
Commission Expires March 20, 2011

## <u>SERVICE LIST</u>

Weil Gotshal & Manges, LLP
Attn: Richard P. Krasnow, Esq.
767 Fifth Avenue
New York, New York  10153

Weil Gotshal & Manges, LLP
Attn: Lori R. Fife, Esq.
767 Fifth Avenue
New York, New York  10153

Weil Gotshal & Manges, LLP
Attn: Shai Y. Waisman, Esq.
767 Fifth Avenue
New York, New York  10153

Weil Gotshal & Manges, LLP
Attn: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York  10153

The U. S. Trustee
Attn: Andy Velez-Rivera, Esq.
33 Whitehall Street
21st Floor  New York, New York  10004

The U. S. Trustee
Attn: Paul Schwartzberg, Esq.
33 Whitehall Street
21st Floor
New York, New York  10004

The U. S. Trustee
Attn: Brian Masumoto, Esq.
33 Whitehall Street
21st Floor
New York, New York  10004

The U. S. Trustee
Attn: Linda Riffkin, Esq.
33 Whitehall Street
21st Floor
New York, New York  10004

The U. S. Trustee
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street
21st Floor
New York, New York  10004

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Dennis F. Dunn, Esq.
1 Chase Manhattan Plaza
New York, New York  10005

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, New York  10005

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Evan R. Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York  10005