UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket Nos. 9590, 13920-13924, 13933, 13934 & 13935 |

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | : | 08-13888 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | Ref. Docket Nos. 182-187 |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 17, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
20th day of January, 2011
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfers\Transfers 9590, 13920-13924, 13933, 13934 & 13935; Adv 08-13888 DI 182-187_AFF_01-17-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                Debtors.                           |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO
             TRANSFEROR: SAPHIR FINANCE PLC SERIES 2007-2
             PALAZZO DEL MONTE DI PIETA
             PIAZZA DUOMO, 15
             PADOVA    35141
             ITALY

Please note that your claim # 66523 in the above referenced case and in the amount of
       $37,636,344.35        has been transferred **(unless previously expunged by court order)**

             JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO
             ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
             ONE CHASE MANHATTAN PLAZA - FLOOR 26
             NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9590    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/17/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 17, 2011.

**EXHIBIT B**

```
TIME: 14:30:07                                     LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 01/17/11                                          CREDITOR LISTING

Name                                    Address
BOTTICELLI, L.L.C.                      TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: MICHAEL L GORDON 245 PARK AVENUE NEW YORK NY 10167
CASPIAN ALPHA LONG CREDIT FUND, L.P.    SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
CASPIAN ALPHA LONG CREDIT FUND, L.P.    TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                        HARRISON NY 10528
CASPIAN CAPITAL PARTNERS LP             SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD EDQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
CASPIAN CAPITAL PARTNERS LP             SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
CASPIAN CAPITAL PARTNERS LP             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                        HARRISON NY 10528
CASPIAN CORPORATE LOAN FUND LLC         SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
CASPIAN CORPORATE LOAN FUND LLC         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                        HARRISON NY 10528
CASPIAN CORPORATE LOAN FUND LLC         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                        HARRISON NY 10528
CASPIAN SELECT CREDIT MASTER FUND, LTD  SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
CASPIAN SELECT CREDIT MASTER FUND, LTD  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                        HARRISON NY 10528
CASPIAN SELECT CREDIT MASTER FUND, LTD. SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
CASPIAN SELECT CREDIT MASTER FUND, LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                        HARRISON NY 10528
CERAMI AND ASSOCIATES INC               404 FIFTH AVENUE NEW YORK NY 10018
DACA 2010L, LP                          TRANSFEROR: CERAMI AND ASSOCIATES INC 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108
FONDAZIONE CASSA DI RISPARMIO DI PADOVA TRANSFEROR: SAPHIR FINANCE PLC SERIES 2007-2 PALAZZO DEL MONTE DI PIETA PIAZZA DUOMO, 15 PADOVA    35141 ITALY
E ROVIGO
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: INTESA SANPAOLO S.P.A. ATTT: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: INTESA SANPAOLO SPA ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS,LLC      TRANSFEROR: INTESA SANPAOLO SPA ATTN:DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282
INTESA SANPAOLO S.P.A.                  INTESA SANPAOLO S.P.A. - TOKYO BRANCH HIBIYA MARINE BUILDING 7TH FLOOR 1-5-1 YURAKUCHO, CHIYODA-KU
                                        ATTN: MATTEO MELAZZINI, EIJI YAMAGUCHI, TOMOYA YAMAMOTO TOKYO 100-0006 JAPAN
INTESA SANPAOLO S.P.A.                  PIAZZA SAN CARLO, 156 TORINO 10121 ITALY
INTESA SANPAOLO SPA                     ATTN: MR. MARIO FIORENZO BONA DOCUMENATION UNIT VIA CERNAIA 8/10 MILAN 20121 ITALY
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                        ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
                                        ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
MARINER LDC                             SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
MARINER LDC                             SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
MARINER LDC                             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                        HARRISON NY 10523
MARINER LDC                             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                        HARRISON NY 10528
SEA PORT GROUP SECURITIES, LLC          TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017

Total Number of Records Printed    29                                                                           EPIQ BANKRUPTCY SOLUTIONS, LLC
```