UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x  Ref. Docket Nos. 35, 13910, 13937-
13944, 13946, 13953, 13954, 13956,
13958-13960

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 18, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Kossivas*
Eleni Kossivas

Sworn to before me this
18th day of January, 2011

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CCP CREDIT ACQUISITION HOLDINGS, LLC
ATTN: SCOTT HOPSON
375 PARK AVENUE
12TH FLOOR
NEW YORK NY 10152

CCP CREDIT ACQUISITION HOLDINGS, LLC
MATTHEW MORRIS
LOVELLS LLP
590 MADISON AVENUE, 7TH FLOOR
NEW YORK NY 10022

Please note that your claim # 29742 in the above referenced case and in the amount of
$8,328,814.89    has been transferred (**unless previously expunged by court order**)

MERRILL LYNCH CAPITAL SERVICES, INC.
TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC
ATTN : CLAIRE MONGELARD
1133 AVENUE OF AMERICAS, 42ND FLOOR
NEW YORK NY 10036

MERRILL LYNCH CAPITAL SERVICES, INC.
MICHAEL WILSON
HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND VA 23219

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13956    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/18/2011    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 18, 2011.

**EXHIBIT B**

```
TIME: 10:46:47                                            LEHMAN BROTHERS HOLDING INC.                                                             PAGE:    1
DATE: 01/18/11                                                  CREDITOR LISTING

Name                                                Address
BARCLAYS BANK PLC                                   TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: QUANTUM PARTNERS LP. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: UBS AG 745 SEVENTH AVENUE NEW YORK NY 10019
BLUECREST CAPITAL INTERNATIONAL MASTER              C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
FUND LIMITED
BLUECREST CAPITAL INTERNATIONAL MASTER              BLUECREST CAPITAL INTERNATIONAL MASTER FUND LIMITED CLIFFORD CHANCE US LLP 31 WEST 52ND STREET
FUND LIMITED                                        ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ NEW YORK NY 10019
BLUECREST EMERGING MARKETS MASTER FUND              CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
LIMITED
BLUECREST EMERGING MARKETS MASTER FUND              C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT (UK) LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
LIMITED
BLUECREST STRATEGIC LIMITED                         CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
BLUECREST STRATEGIC LIMITED                         C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT (UK) LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
BLUECREST STRATEGIC LIMITED                         C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
BLUECREST STRATEGIC LIMITED                         BLUECREST STRATEGIC LIMITED CLIFFORD CHANCE US LLP 31 WEST 52ND STREET ATTN: JENNIFER C. DEMARCO, ESQ, DAVID A. SULLIVAN, ESQ
                                                    NEW YORK NY 10019
BLUEMATRIX MASTER FUND LIMITED                      CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
BLUEMATRIX MASTER FUND LIMITED                      C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
BLUEMATRIX MASTER FUND LIMITED                      C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT UK LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
BLUEMATRIX MASTER FUND LIMITED                      BLUEMATRIX MASTER FUND LIMITED CLIFFORD CHANCE US LLP 31 WEST 52ND STREET ATTN: JENNIFER C. DEMARCO, ESQ, DAVID A. SULLIVAN, ESQ
                                                    NEW YORK NY 10019
BLUETREND MAG LIMITED                               CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
BLUETREND MAG LIMITED                               C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
BLUETREND MASTER FUND LIMITED                       C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
BLUETREND MASTER FUND LIMITED                       BLUETREND MASTER FUND LIMITED CLIFFORD CHANCE US LLP 31 WEST 52ND STREET ATTN; JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ.
                                                    NEW YORK NY 10019
CCP CREDIT ACQUISITION HOLDINGS, LLC                ATTN: SCOTT HOPSON 375 PARK AVENUE 12TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC                MATTHEW MORRIS LOVELLS LLP 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022
CHASE LINCOLN FIRST COMMERCIAL                      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
CORPORATION
CHASE LINCOLN FIRST COMMERCIAL                      TRANSFEROR: SMBC CAPITAL MARKETS LIMITED C/O JP MORGAN CHASE & CO, MAIL CODE NY1-A436 ATTN: SUSAN MCNAMARA
CORPORATION                                         ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
CREDIT SUISSE (DEUTSCHLAND) AG                      ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (DEUTSCHLAND) AG                      CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
JP MORGAN CHASE, N.A.                               TRANSFEROR: CAPITAL BANK - GRAWE GRUPPE AG ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, FLOOR 26 MAILING CODE: NY1-A436
                                                    NEW YORK NY 10005
KEYDATA INVESTMENT SERVICES LIMITED                 6-8 MARKETPLACE READING RG1 2EG UNITED KINGDOM
MERRILL LYNCH CAPITAL SERVICES, INC.                MICHAEL WILSON HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219
MERRILL LYNCH CAPITAL SERVICES, INC.                TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN : CLAIRE MONGELARD 1133 AVENUE OF AMERICAS, 42ND FLOOR NEW YORK NY 10036
QUANTUM PARTNERS LP.                                TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 33RD FLOOR
                                                    NEW YORK NY 10106
REYKER SECURITIES PLC                               TRANSFEROR: KEYDATA INVESTMENT SERVICES LIMITED 46 ST. JAMES'S PLACE LONDON SW1A1NS UNITED KINGDOM
SACAVANO PARTNERS, L.L.C.                           TRANSFEROR: BLUECREST CAPITAL INTERNATIONAL MASTER FUND LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS
                                                    NEW YORK NY 10036-8704
SACAVANO PARTNERS, L.L.C.                           TRANSFEROR: BLUECREST EMERGING MARKETS MASTER FUND LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS
                                                    NEW YORK NY 10036-8704
SACAVANO PARTNERS, L.L.C.                           TRANSFEROR: BLUECREST STRATEGIC LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
SACAVANO PARTNERS, L.L.C.                           TRANSFEROR: BLUEMATRIX MASTER FUND LIMITED C/O ROPES & GRAY, LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
SACAVANO PARTNERS, L.L.C.                           TRANSFEROR: BLUETREND MAG LIMITED C/O ROPES & GRAY, LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
SACAVANO PARTNERS, L.L.C.                           TRANSFEROR: BLUETREND MASTER FUND LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
SMBC CAPITAL MARKETS LIMITED                        MAYER BROWN LLP ATTN RICK HYMAN ESQ 1675 BROADWAY NEW YORK NY 10019-5820
SMBC CAPITAL MARKETS LIMITED                        C/O SMBC CAPITAL MARKETS, INC. ATTN SCOTT DIAMOND, LEGAL 277 PARK AVENUE, 5TH FLOOR NEW YORK NY 10172-0601
UBS AG                                              BAHNHOFSTR. 45 ZURICH 8001 SWITZERLAND
UBS AG                                              HUGO KOLLER, OQ9C/05GC UBS AG PO BOX ZURICH 8098 SWITZERLAND
YORK CREDIT OPPORTUNITES MASTER                     TRANSFEROR: JP MORGAN CHASE, N.A. ATTN: MARGARET MAURO 767 FIFTH AVE, 17TH FLOOR NEW YORK NY 10153
FUND,L.P.

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 10:46:47
DATE: 01/18/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| YORK CREDIT OPPORTUNITIES FUND, L.P. | TRANSFEROR: JP MORGAN CHASE, N.A. ATTN:MARGARET MAURO 767 FIFTH AVE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed    43

EPIQ BANKRUPTCY SOLUTIONS, LLC

CREDIT SUISSE (DEUTSCHLAND) AG
ATTN: SEBA
JUNGHOFSTRASSE 16
60311 FRANKFURT AM MAIN
GERMANY