UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------------x    Ref. Docket Nos. 7917 & 7971

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 19, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     /s/ Lauren Rodriguez
                                                     Lauren Rodriguez

Sworn to before me this
20th day of January, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 7917 & 7971_AFF_01-19-11.doc

**EXHIBIT A**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                                |
In re                                           |   Chapter 11 Case No.
                                                |
                                                |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,          |
                                                |   (Jointly Administered)
                                                |
              Debtors.                          |
                                                |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To:  CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYRENEES        CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYREN
        ATTN: GERARD FERRAN, DIRECTEUR DU CONTENTIEUX          GIDE LOYRETTE NOUEL LLP
        10 AVENUE MAXWELL BP 22306-31023                       ATTN: VANESSA TOLLIS, ESQ.
        TOULOUSE CEDEX                                         120 W. 45TH STREET, 19TH FLOOR
        FRANCE                                                 NEW YORK NY 10036
```

Please note that your claim # 63848 in the above referenced case and in the amount of
$10,111,955.66        has been transferred **(unless previously expunged by court order)**

```
         NATIXIS S.A.                                              NATIXIS S.A.
         TRANSFEROR: CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYRENEES  GENERAL COUNSEL, THOMAS G. SHARPE
         ATTN: .E.E AUBERGER                                       NATIXIS
         30 AVENUE PIERRE MENDES-FRANCE                            9 WEST 57TH STREET
         75013 PARIS                                               NEW YORK NY 10019
         FRANCE
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                                    UNITED STATES BANKRUPTCY COURT
                                    Southern District of New York
                                    One Bowling Green
                                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7917       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/19/2011                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 19, 2011.

**EXHIBIT B**

```
TIME: 12:10:23                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 01/19/11                                                    CREDITOR LISTING

Name                                 Address
CAISSE D'EPARGNE ET DE PREVOYANCE    ATTN: GERARD FERRAN, DIRECTEUR DU CONTENTIEUX 10 AVENUE MAXWELL BP 22306-31023 TOULOUSE CEDEX     FRANCE
  MIDI-PYRENEES
CAISSE D'EPARGNE ET DE PREVOYANCE    GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036
  MIDI-PYRENEES
MERRILL LYNCH INTERNATIONAL          TRANSFEROR: NATIXIS S.A. ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET LONDON    EC1A 1HQ UNITED KINGDOM
NATIXIS S.A.                         GENERAL COUNSEL, THOMAS G. SHARPE NATIXIS 9 WEST 57TH STREET NEW YORK NY 10019
NATIXIS S.A.                         TRANSFEROR: CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYRENEES ATTN: .E.E AUBERGER 30 AVENUE PIERRE MENDES-FRANCE 75013 PARIS    FRANCE

Total Number of Records Printed           5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC