KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
Marc E. Kasowitz
Michael J. Bowe
Albert S. Mishaan

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | **Case No. 08-13555 (JMP)** |
| **Debtors.** | **(Jointly Administered)** |

**MONTHLY FEE STATEMENT OF KASOWITZ, BENSON,**
**TORRES & FRIEDMAN LLP, SPECIAL COUNSEL TO THE DEBTORS**
**AND DEBTORS IN POSSESSION IN THE ABOVE CAPTIONED CASE,**
**FOR THE PERIOD FROM DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010**

Kasowitz, Benson, Torres & Friedman LLP ("KBT&F" or the "Firm"), special counsel to

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively

with their non-debtor affiliates, "Lehman"), hereby submits this monthly fee statement, in

accordance with the Administrative Orders, dated June 24, 1991, April 19, 1994, and November

25, 2009 governing fees and disbursements for professionals in Southern District of New York

bankruptcy cases and the *Third Amended Order Pursuant to Sections 105(a) and 331 of the*

*Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly*

*Compensation and Reimbursement of Expenses of Professionals* [Docket No. 4165] (the "Interim Compensation Order"), for services rendered and expenses for the period from December 1, 2010 through December 31, 2010 (the "Statement Period").

In connection therewith, KBT&F requests that the Debtors pay $18,706.00 (80% of $23,382.50) in fees for professional services rendered and $78.87 (100% of $78.87) for expenses incurred, for a total payment of $18,784.87. The amount of the expenses reflected may not include expenses incurred during the Statement Period, but not yet invoiced.

(Remainder of Page Intentionally Left Blank.)

2

I.    **Itemization of Services Rendered by KBT&F**

| Name of Professional | Year | Total Hours | Rate | Amount |
|---|---|---|---|---|
| **ASSOCIATES** | | | | |
| Gary W. Dunn | 1990 | 25.70 | $450 | 11,565.00 |
| Benjamin S. Goldstein | 2010 | 2.80 | $275 | 770.00 |
| Michelle J. Vladimirsky | 2007 | 30.00 | $360 | 10,800.00 |
| **TOTAL ASSOCIATES** | | 58.50 | | $23,135.00 |
| | | | | |
| **PARALEGALS** | | | | |
| Michael Birnbaum | N/A | .60 | $165 | 99.00 |
| Rashaan Russell | N/A | .90 | $165 | 148.50 |
| **TOTAL PARALEGALS** | | 1.50 | | $ 247.50 |
| **GRAND TOTAL** | | 60.00 | | $23,382.50 |

1.      KBT&F has maintained detailed time records of the time spent in the rendition of professional services for the Debtors during the Statement Period.  Attached hereto as <u>Exhibit A</u> are spreadsheets containing time records and expenses incurred that comply with the Fee Committee's requirements for submitting monthly billing records (the "<u>Billing Spreadsheets</u>").  Attached hereto as <u>Exhibit B</u> and incorporated herein by reference is a true and correct copy of the billing statement prepared for the services rendered to the Debtors by KBT&F (the "<u>Billing Statement</u>").  The Billing Spreadsheet and Billing Statement include, among other things, the date the services or expenses were rendered, the appropriate task code, a contemporaneous narrative description of the services, the amount of time spent for each service and the name of the professional who performed the service.

II.    **Itemization of Services Rendered and Expenses by Category**

2.      KBT&F has divided its time into different task codes, as per the requirement of the Fee Committee.  The following itemization breaks down the services rendered by KBT&F by the task codes indicated and provides an aggregation of actual, necessary expenses by type of expense.

3

| Matter Number/ Task Code | Category | Hours | Total |
|---|---|---|---|
| 09114001 – 0300 | Project Monitoring/Court Calendar & Docket Maintenance | .20 | 33.00 |
| 09114014 – 4100 | 2004 Issues | 38.20 | 15,548.00 |
| 09114019 – 4600 | Firm's Own Billing/Fee Applications | 21.60 | 7,801.50 |
| | TOTAL | 60.00 | $23,382.50 |

Attached hereto as Exhibit C and incorporated herein by reference is a summary of the number of

hours and the amount charged by each professional for each task code.

      3.      During the Statement Period, KBT&F has incurred actual, necessary expenses in the

amount of $78.87 as follows:

| Category | Total |
|---|---|
| Official Records Search | 2.40 |
| Automated Research | 7.86 |
| Document Reproduction | 63.30 |
| Telephone | 4.87 |
| Mailing Charges | .44 |
| TOTAL | $78.87 |

Attached hereto as Exhibit D and incorporated herein by reference is a summary description of the

actual, necessary expenses incurred by task code.

      4.      The total amount of services rendered by KBT&F during the Statement Period is

$23,382.50.  The total amount of expenses incurred by KBT&F during the Statement Period is

$78.87.  Pursuant to the Interim Compensation Order, KBT&F seeks payment of fees of $18,706.00

(80% of $23,382.50) and expenses in the amount of $78.87 (100% of $78.87) for a total amount of $18,784.87.

 5. It is respectfully submitted that the amount requested by KBT&F is fair and reasonable given (i) the complexity of services rendered to the Debtors; (ii) the time expended; (iii) the nature and extent of services rendered; (iv) the value of such services, and (v) the costs of comparable services rendered to clients outside of the bankruptcy context.

 WHEREFORE, KBT&F respectfully requests interim payment of fees in the amount of $18,706.00 and expenses in the amount of $78.87.

Dated: January 20, 2011
  New York, New York

    KASOWITZ, BENSON, TORRES
    & FRIEDMAN LLP


    Marc E. Kasowitz
    Michael J. Bowe
    Albert S. Mishaan
    1633 Broadway
    New York, New York 10019
    (212) 506-1700

    Special Counsel to the Debtors and
    Debtors-in-Possession

5

# EXHIBIT A

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

DECEMBER 2010

| | Timekeeper Detail | | | | | Billing Detail | | | |
|---|---|---|---|---|---|---|---|---|---|
| ROW # | TIMEKEEPER LAST NAME | TIMEKEEPER FIRST NAME | POSITION TITLE | RATE | CLIENT MATTER NUMBER | TASK CODE | DATE OF SERVICE | TIME (HOURS) | ACTIVITY DESCRIPTION | TOTAL FEES FOR EACH TASK |
| 1 | BIRNBAUM | MICHAEL | PARALEGAL | $165 | 09114001 | 0300 | 12/14/2010 | 0.20 | Review docket and organize electronic case file pleadings. | $33.00 |
| 2 | RUSSELL | RASHAAN | PARALEGAL | $165 | 09114014 | 4100 | 12/21/2010 | 0.60 | Image retrieval of Lehman Fee Application onto cds for attorney review. | $99.00 |
| 3 | DUNN | GARY W. | ASSOCIATE | $450 | 09114014 | 4100 | 12/21/2010 | 0.20 | emails w/JSR re status of confidentiality agreement negotiations (.2). | $90.00 |
| 4 | DUNN | GARY W. | ASSOCIATE | $450 | 09114014 | 4100 | 12/15/2010 | 0.40 | T/c w/S. Chen re confidentiality agreement negotiations (.4). | $180.00 |
| 5 | GOLDSTEIN | BENJAMIN S. | ASSOCIATE | $275 | 09114014 | 4100 | 12/31/2010 | 2.80 | Review Greenlight documents. | $770.00 |
| 6 | DUNN | GARY W. | ASSOCIATE | $450 | 09114014 | 4100 | 12/1/2010 | 5.10 | Review email from T. Cho re Greenlight document production (.1); second level review of documents produced by Greenlight Capital (2.5); draft memo re same (2.5). | $2,295.00 |
| 7 | DUNN | GARY W. | ASSOCIATE | $450 | 09114014 | 4100 | 12/2/2010 | 4.90 | email to JSR re Lamco related to confidentiality negotiations with subpoena recipients (.1); second level review of documents produced by Greenlight Capital (2.4); draft memo re same (2.4). | $2,205.00 |
| 8 | DUNN | GARY W. | ASSOCIATE | $450 | 09114014 | 4100 | 12/3/2010 | 5.00 | Second level review of documents produced by Greenlight Capital (1.7); draft memo re same (3.3). | $2,250.00 |
| 9 | DUNN | GARY W. | ASSOCIATE | $450 | 09114014 | 4100 | 12/6/2010 | 5.10 | email to JSR re confidential agreement negotiations (.1); draft email to M. Solinger re negotiations (.2); review email from M. Solinger re same (.1); second level review of Greenlight Capital documents (1.5); draft memo re same (3.2). | $2,295.00 |
| 10 | DUNN | GARY W. | ASSOCIATE | $450 | 09114014 | 4100 | 12/7/2010 | 3.00 | T/c w/M. Solinger re Lamco and confidentiality agreements (.2); voice mail to S. Chen re same (.1); second level review of Greenlight documents (1.4); draft memo re same (1.3). | $1,350.00 |

| # | Last Name | First Name | Role | Rate | Matter | Code | Date | Hours | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | DUNN | GARY W. | ASSOCIATE | $450 | 09114014 | 4100 | 12/9/2010 | 0.20 | Review email from JSR re confidentiality agreement negotiations (.1); draft email to JSR re same (.1). | $90.00 |
| 12 | VLADIMIRSKY | MICHELLE J. | ASSOCIATE | $360 | 09114014 | 4100 | 12/6/2010 | 1.10 | Review 2004 production of greenlight (1.1). | $396.00 |
| 13 | VLADIMIRSKY | MICHELLE J. | ASSOCIATE | $360 | 09114014 | 4100 | 12/2/2010 | 7.70 | Second Review of Greenlight 2004 document production (4.8); review research index and articles re short selling of Lehman shares for background (2.9). | $2,772.00 |
| 14 | VLADIMIRSKY | MICHELLE J. | ASSOCIATE | $360 | 09114014 | 4100 | 12/2/2010 | 2.10 | Second review of greenlight 2004 document production (2.1). | $756.00 |
| 15 | BIRNBAUM | MICHAEL | PARALEGAL | $165 | 09114019 | 4600 | 12/7/2010 | 0.20 | Docket research re fee applications. | $33.00 |
| 16 | BIRNBAUM | MICHAEL | PARALEGAL | $165 | 09114019 | 4600 | 12/10/2010 | 0.10 | Docket research re fee applications. | $16.50 |
| 17 | BIRNBAUM | MICHAEL | PARALEGAL | $165 | 09114019 | 4600 | 12/13/2010 | 0.40 | Research re fee applications and administrative orders. | $66.00 |
| 18 | DUNN | GARY W. | ASSOCIATE | $450 | 09114019 | 4600 | 12/13/2010 | 1.80 | Draft fee application (.8); review billing records (1). | $810.00 |
| 19 | VLADIMIRSKY | MICHELLE J. | ASSOCIATE | $360 | 09114019 | 4600 | 12/1/2010 | 1.20 | Review time records for fee application preparation (1.2). | $432.00 |
| 20 | VLADIMIRSKY | MICHELLE J. | ASSOCIATE | $360 | 09114019 | 4600 | 12/9/2010 | 2.40 | Create shell for Second Interim Fee Application (2.4). | $864.00 |
| 21 | VLADIMIRSKY | MICHELLE J. | ASSOCIATE | $360 | 09114019 | 4600 | 12/30/2010 | 1.00 | Revise Fee Statement and prepare for service (1.0). | $360.00 |
| 22 | VLADIMIRSKY | MICHELLE J. | ASSOCIATE | $360 | 09114019 | 4600 | 12/29/2010 | 4.70 | Review bills in preparation for monthly fee statement (.9); prepare Monthly Fee Statement (1.9); prepare Exhibits and Spreadsheet to accompany Monthly Fee Statement (1.7); review new SDNY rule re filing of fee statements (.2). | $1,692.00 |
| 23 | VLADIMIRSKY | MICHELLE J. | ASSOCIATE | $360 | 09114019 | 4600 | 12/14/2010 | 6.20 | Revise Second Interim Fee Application (2.3); Draft billing descriptions for Interim Fee Application (1.3); Prepare Exhibits for Fee Application (2.6). | $2,232.00 |
| 24 | VLADIMIRSKY | MICHELLE J. | ASSOCIATE | $360 | 09114019 | 4600 | 12/13/2010 | 3.60 | Draft Second Interim Fee Application and accompanying Professional Certificate (3.6). | $1,296.00 |

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

DECEMBER 2010

EXPENSE DETAIL

| ROW # | DATE OF SERVICE | NATURE OF EXPENSE | CLIENT MATTER NUMBER | TASK CODE | TIMEKEEPER LAST NAME | TIMEKEEPER FIRST NAME | ACTIVITY DESCRIPTION | EXPENSE ($) |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/10/2010 | DOCUMENT REPRODUCTION | 09114001 | 0300 | KASOWITZ | MARC E. | DOCUMENT REPRODUCTION | $11.60 |
| 2 | 12/13/2010 | DOCUMENT REPRODUCTION | 09114001 | 0300 | KASOWITZ | MARC E. | DOCUMENT REPRODUCTION | $14.80 |
| 3 | 10/5/2010 | OFFICIAL RECORDS SEARCH | 09114001 | 0300 | BIRNBAUM | MICHAEL | OFFICIAL RECORDS SEARCH - - VENDOR: PACER SERVICE CENTER INV# 100510KB2809 DTD 10/05/10, FOR M. BIMBAUM, COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE PRD 07/01 THRU 09/30 2010 | $2.40 |
| 4 | 10/21/2010 | TELEPHONE | 09114001 | 0300 | RECINE | JENNIFER S. | TELEPHONE - - VENDOR: SOUNDPATH CONFERENCING SERVICES, LLC INV# 21250617001014010 DTD 10/14/10, FOR J. RECINE, CONFERENCE CALL ON 10/06/10 | $1.03 |
| 5 | 11/1/2010 | AUTOMATED RESEARCH | 09114001 | 0300 | BIRNBAUM | MICHAEL | AUTOMATED RESEARCH-LEXIS Date: 11/01/10 Research by: BIRNBAUM, MICHAEL | $7.86 |
| 6 | 12/7/2010 | TELEPHONE | 09114014 | 4100 | KASOWITZ | MARC E. | TELEPHONE - LONG DISTANCE | $0.13 |
| 7 | 12/7/2010 | DOCUMENT REPRODUCTION | 09114014 | 4100 | KASOWITZ | MARC E. | DOCUMENT REPRODUCTION | $0.20 |
| 8 | 12/7/2010 | MAILING CHARGES | 09114014 | 4100 | KASOWITZ | MARC E. | MAILING CHARGES | $0.44 |
| 9 | 12/14/2010 | TELEPHONE | 09114014 | 4100 | KASOWITZ | MARC E. | TELEPHONE - LONG DISTANCE | $0.13 |
| 10 | 12/21/2010 | DOCUMENT REPRODUCTION | 09114014 | 4100 | KASOWITZ | MARC E. | DOCUMENT REPRODUCTION | $36.70 |
| 11 | 10/21/2010 | TELEPHONE | 09114014 | 4100 | RECINE | JENNIFER S. | TELEPHONE - - VENDOR: SOUNDPATH CONFERENCING SERVICES, LLC INV# 21250617001014010 DTD 10/14/10, FOR J. RECINE, CONFERENCE CALL ON 09/17/10 | $3.58 |

**EXHIBIT B**

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
**1633 BROADWAY**
**NEW YORK, NEW YORK 10019-6799**

**Federal I.D. # 13-3720397**

DECEMBER 31, 2010

09114001
Lehman Brothers Holdings Inc.
0300 - Project Monitoring/Court Calendar &Docket Maintenance

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 12/14/10 | MICHAEL BIRNBAUM<br>Review docket and organize electronic case file pleadings. | .20 |
| | TOTAL HOURS | 0.20 |

Lehman Brothers Holdings Inc.                    Dec 31, 2010        PAGE    2
FILE NUMBER: 09114001
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PARALEGAL |  |  |  |
| MICHAEL BIRNBAUM | .20 | 165.00 | 33.00 |

|  |  |
|---|---|
| TOTAL FEES | $33.00 |
| OFFICIAL RECORDS SEARCH | 2.40 |
| AUTOMATED RESEARCH | 7.86 |
| DOCUMENT REPRODUCTION | 26.40 |
| TELEPHONE | 1.03 |
| TOTAL COSTS | $37.69 |
| TOTAL FEES AND COSTS | $70.69 |

Lehman Brothers Holdings Inc.                    Dec 31, 2010        PAGE      3
FILE NUMBER: 09114001
INVOICE NO.: ******


OFFICIAL RECORDS SEARCH

10/05/10  OFFICIAL RECORDS SEARCH - - VENDOR: PACER              2.40
          SERVICE CENTER INV# 100510KB2809 DTD 10/05/10,
          FOR M. BIMBAUM, COPIES OF ONLINE SEARCHED OF
          DOCUMENTS FOR THE PRD 07/01 THRU 09/30 2010

                                          SUBTOTAL:              2.40

AUTOMATED RESEARCH-LEXIS

11/01/10  AUTOMATED RESEARCH-LEXIS                               7.86
          Date: 11/01/10
          Research by: BIRNBAUM, MICHAEL

                                          SUBTOTAL:              7.86

DOCUMENT REPRODUCTION

12/10/10  DOCUMENT REPRODUCTION                                 11.60
12/13/10  DOCUMENT REPRODUCTION                                 14.80

                                          SUBTOTAL:             26.40

TELEPHONE

10/21/10  TELEPHONE - - VENDOR: SOUNDPATH CONFERENCING           1.03
          SERVICES, LLC INV# 2125061700101410 DTD
          10/14/10, FOR J. RECINE, CONFERENCE CALL ON
          10/06/10

                                          SUBTOTAL:              1.03


          TOTAL                                              $37.69

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
**1633 BROADWAY**
**NEW YORK, NEW YORK 10019-6799**

**Federal I.D. # 13-3720397**

DECEMBER 31, 2010

09114014
Lehman Brothers Holdings Inc.
4100 - 2004 Issues

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|------------------------|-------|
| 12/01/10 | GARY W. DUNN<br>Review email from T. Cho re Greenlight document production (.1); second level review of documents produced by Greenlight Capital (2.5); draft memo re same (2.5). | 5.10 |
| 12/02/10 | GARY W. DUNN<br>Email to JSR re Lamco related to confidentiality negotiations with subpoena recipients (.1); second level review of documents produced by Greenlight Capital (2.4); draft memo re same (2.4). | 4.90 |
| 12/02/10 | MICHELLE J. VLADIMIRSKY<br>Second Review of Greenlight 2004 document production (4.8); review research index and articles re short selling of Lehman shares for background (2.9). | 7.70 |
| 12/02/10 | MICHELLE J. VLADIMIRSKY<br>Second review of greenlight 2004 document production (2.1). | 2.10 |
| 12/03/10 | GARY W. DUNN<br>Second level review of documents produced by Greenlight Capital (1.7); draft memo re same (3.3). | 5.00 |
| 12/06/10 | GARY W. DUNN<br>Email to JSR re confidential agreement negotiations (.1); draft email to M. Solinger re negotiations (.2); review email from M. Solinger re same (.1); second level review of Greenlight Capital documents (1.5); draft memo re same (3.2). | 5.10 |

Lehman Brothers Holdings Inc.                    Dec 31, 2010      PAGE    2
FILE NUMBER: 09114014
INVOICE NO.: ******

| Date | Attorney / Description | Hours |
|---|---|---|
| 12/06/10 | MICHELLE J. VLADIMIRSKY<br>Review 2004 production of greenlight (1.1). | 1.10 |
| 12/07/10 | GARY W. DUNN<br>T/c w/M. Solinger re Lamco and confidentiality agreements (.2); voice mail to S. Chen re same (.1); second level review of Greenlight documents (1.4); draft memo re same (1.3). | 3.00 |
| 12/09/10 | GARY W. DUNN<br>Review email from JSR re confidentiality agreement negotiations (.1); draft email to JSR re same (.1). | .20 |
| 12/15/10 | GARY W. DUNN<br>T/c w/S. Chen re confidentiality agreement negotiations (.4). | .40 |
| 12/21/10 | GARY W. DUNN<br>Emails w/JSR re status of confidentiality agreement negotiations (.2). | .20 |
| 12/21/10 | RASHAAN RUSSELL<br>Image retrieval of Lehman Fee Application onto cds for attorney review. | .60 |
| 12/31/10 | BENJAMIN S. GOLDSTEIN<br>Review Greenlight documents. | 2.80 |

                      TOTAL HOURS                             38.20

Lehman Brothers Holdings Inc.                    Dec 31, 2010        PAGE    3
FILE NUMBER: 09114014
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| GARY W. DUNN | 23.90 | 450.00 | 10,755.00 |
| BENJAMIN S. GOLDSTEIN | 2.80 | 275.00 | 770.00 |
| MICHELLE J. VLADIMIRSKY | 10.90 | 360.00 | 3,924.00 |
| PARALEGAL |  |  |  |
| RASHAAN RUSSELL | .60 | 165.00 | 99.00 |

|  |  |
|---|---|
| TOTAL FEES | $15,548.00 |
| DOCUMENT REPRODUCTION | 36.90 |
| TELEPHONE | 3.84 |
| MAILING CHARGES | .44 |
| TOTAL COSTS | $41.18 |
| TOTAL FEES AND COSTS | $15,589.18 |

Lehman Brothers Holdings Inc.                    Dec 31, 2010        PAGE    4
FILE NUMBER: 09114014
INVOICE NO.: *****


DOCUMENT REPRODUCTION

12/07/10 DOCUMENT REPRODUCTION                                       .20
12/21/10 DOCUMENT REPRODUCTION                                     36.70

                                      SUBTOTAL:    36.90

TELEPHONE

10/21/10 TELEPHONE - - VENDOR: SOUNDPATH CONFERENCING                3.58
         SERVICES, LLC INV# 2125061700101410 DTD
         10/14/10, FOR J. RECINE, CONFERENCE CALL ON
         09/17/10

                                      SUBTOTAL:     3.58

TELEPHONE - LONG DISTANCE

12/07/10 TELEPHONE - LONG DISTANCE                                   .13
12/14/10 TELEPHONE - LONG DISTANCE                                   .13

                                      SUBTOTAL:      .26

MAILING CHARGES

12/07/10 MAILING CHARGES                                             .44

                                      SUBTOTAL:      .44


         TOTAL                                    $41.18

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
**1633 BROADWAY**
**NEW YORK, NEW YORK 10019-6799**


**Federal I.D. # 13-3720397**


DECEMBER 31, 2010


09114019
Lehman Brothers Holdings Inc.
4600 - Firm's Own Billing/Fee Applications


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|------------------------|-------|
| 12/01/10 | MICHELLE J. VLADIMIRSKY<br>Review time records for fee application<br>preparation (1.2). | 1.20 |
| 12/07/10 | MICHAEL BIRNBAUM<br>Docket research re fee applications. | .20 |
| 12/09/10 | MICHELLE J. VLADIMIRSKY<br>Create shell for Second Interim Fee Application<br>(2.4). | 2.40 |
| 12/10/10 | MICHAEL BIRNBAUM<br>Docket research re fee applications. | .10 |
| 12/13/10 | GARY W. DUNN<br>Draft fee application (.8); review billing<br>records (1). | 1.80 |
| 12/13/10 | MICHELLE J. VLADIMIRSKY<br>Draft Second Interim Fee Application and<br>accompanying Professional Certificate (3.6). | 3.60 |
| 12/13/10 | MICHAEL BIRNBAUM<br>Research re fee applications and administrative<br>orders. | .40 |
| 12/14/10 | MICHELLE J. VLADIMIRSKY<br>Revise Second Interim Fee Application (2.3);<br>Draft billing descriptions for Interim Fee<br>Application (1.3); Prepare Exhibits for Fee<br>Application (2.6). | 6.20 |

Lehman Brothers Holdings Inc.                        Dec 31, 2010        PAGE      2
FILE NUMBER: 09114019
INVOICE NO.: ******

12/29/10    MICHELLE J. VLADIMIRSKY                                              4.70
            Review bills in preparation for monthly fee
            statement (.9); prepare Monthly Fee Statement
            (1.9); prepare Exhibits and Spreadsheet to
            accompany Monthly Fee Statement (1.7); review
            new SDNY rule re filing of fee statements (.2).

12/30/10    MICHELLE J. VLADIMIRSKY                                              1.00
            Revise Fee Statement and prepare for service
            (1.0).


            TOTAL HOURS                                                         21.60

Lehman Brothers Holdings Inc.                    Dec 31, 2010        PAGE    3
FILE NUMBER: 09114019
INVOICE NO.: ******

|                          | HOURS  | RATE   | AMOUNT    |
|--------------------------|--------|--------|-----------|
| ASSOCIATE                |        |        |           |
| GARY W. DUNN             | 1.80   | 450.00 | 810.00    |
| MICHELLE J. VLADIMIRSKY  | 19.10  | 360.00 | 6,876.00  |
|                          |        |        |           |
| PARALEGAL                |        |        |           |
| MICHAEL BIRNBAUM         | .70    | 165.00 | 115.50    |

TOTAL FEES                                       $7,801.50

TOTAL COSTS                                          $.00

TOTAL FEES AND COSTS                             $7,801.50

**EXHIBIT C**

**Professional and Paralegal Work Performed by Task Code**

| TASK CODE – 0300    MATTER NO. 09114001<br>PROJECT MONITORING/COURT CALENDAR & DOCKET MAINTENANCE | | | | |
|---|---|---|---|---|
| Professional/Paralegal | Year Admitted | Rate | Hours Billed | Total |
| Michael Birnbaum | N/A | $165 | .20 | $33.00 |
| TOTAL | | | .20 | $33.00 |

| TASK CODE – 4100    MATTER NO. 09114014<br>2004 ISSUES | | | | |
|---|---|---|---|---|
| Professional/Paralegal | Year Admitted | Rate | Hours Billed | Total |
| Gary W. Dunn | 1990 | $450 | 23.90 | $10,755.00 |
| Benjamin S. Goldstein | 2010 | $275 | 2.80 | $770.00 |
| Michelle J. Vladimirsky | 2007 | $360 | 10.90 | $3,924.00 |
| Rashaan Russell | N/A | $165 | .60 | $99.00 |
| TOTAL | | | 38.20 | $15,548.00 |

| TASK CODE – 4600    MATTER NO. 09114019<br>FIRM'S OWN BILLING/FEE APPLICATIONS | | | | |
|---|---|---|---|---|
| Professional/Paralegal | Year Admitted | Rate | Hours Billed | Total |
| Gary W. Dunn | 1990 | $450 | 1.80 | 810.00 |
| Michelle J. Vladimirsky | 2007 | $360 | 19.10 | 6,876.00 |
| Michael Birnbaum | N/A | $165 | .70 | 115.50 |
| TOTAL | | | 21.60 | $7,801.50 |

**EXHIBIT D**

**Expenses by Task Code**

| TASK CODE – 0300    MATTER NO. 09114001 PROJECT MONITORING/COURT CALENDAR & DOCKET MAINTENANCE | |
| --- | --- |
| **Expense** | **Total** |
| Official Records Search | 2.40 |
| Automated Research | 7.86 |
| Document Reproduction | 26.40 |
| Telephone | 1.03 |
| TOTAL | $37.69 |

| TASK CODE – 4100    MATTER NO. 09114014 2004 ISSUES | |
| --- | --- |
| **Expense** | **Total** |
| Document Reproduction | 36.90 |
| Telephone | 3.84 |
| Mailing Charges | .44 |
| TOTAL | $ 41.18 |