# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-13555 |
| | § | (JOINTLY ADMINSTERED) |
| LEHMAN BROTHERS HOLDINGS, INC. | § | |
| | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |

## TRAVIS COUNTY'S NOTICE WITHDRAWING
## TRAVIS COUNTY'S PROOF OF CLAIM (CLAIM NO. 67029)

**TO THE HONORABLE JUDGE OF SAID BANKRUPTCY COURT:**

**COMES NOW,** Nelda Wells Spears, Travis County Tax Collector for and on behalf of the following taxing authorities: Travis County, Eanes Independent School District, Water Control and Improvement District Number 10, Travis County Emergency Services District Number 9, and Travis County Hospital District (hereinafter the "Travis County"), by and through her attorney of record and files this Travis County's Notice Withdrawing Travis County's Proof of Claim (claim no. 67029). In support thereof, Travis County would show that the 2007-2008 property taxes associated with billing number 784649 were paid in full January 10, 2011.

**WHEREFORE, PREMISES CONSIDERED**, Travis County respectfully withdraws

Travis County's Proof of Claim (claim no. 67029), filed on August 19, 2010.

**Respectfully submitted,**

**DAVID ESCAMILLA**
**Travis County Attorney**
P.O. Box 1748
Austin, Texas  78767
(512) 854-9513 Telephone
(512) 854-4808 Telecopier

By:    */s/ Karon Y. Wright*
**KARON Y. WRIGHT**
Assistant County Attorney
Texas Bar No. 22044700
karon.wright@co.travis.tx.us

# CERTIFICATE OF SERVICE

I, Karon Y. Wright, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Travis County's Notice Withdrawing Travis County's Proof of Claim (Claim No. 67029)** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy's Clerk's Office on or about the time this document was electronically filed with the Clerk on this **21st** day of **January 2011** and mailed by United States First Class Mail to any party listed below that is not registered.

        /s/ Karon Y. Wright

**DEBTORS' ATTORNEY**
Weil Gotshal & Manges LLP
Attn: Harvey R. Miller
767 Fifth Avenue
New York, New York 10153

**TRUSTEE**
The Office of the United States Trustee
Attn: Andrew D. Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

**COUNSEL FOR COMMITTEE OF UNSECURED CREDITORS**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
Wilmington Trust Company
Attn: James J. McGinley

520 Madison Avenue, 33rd Floor
New York, New York 10022

Metlife
Attn: David Yu
10 Park Avenue, P.O. Box 1902
Morristown, New Jersey 07962-1902

Elliott Management Corp.
Attn: Ed Joel
712 Fifth Avenue
New York, New York 10019

The Bank of NY Mellon
Attn: Gerard Facendola
101 Barclay - 8 W
New York, New York 10286

The Vanguard Group Inc.
Attn: Stewart Hosansky
P.O. Box 2600, V31
Valley Forge, Pennsylvania 19482

Mizuho Corporate Bank, LTD. as Agent
Attn: Noel P. Purcell
1251 Avenue of the Americas
New York, New York 10020-1104

U.S. Bank. N.A.
Attn: Laura L. Moran
Corporate Trust Services
One Federal Street, 3d Floor
Boston, Massachusetts 02110