1 Bowling Grn, Courtroom
NY, NY 10004

United States Bankruptcy Court,

Southern District of New York.   In re: **Lehman Brothers Holdings Inc. et al., Debtors.**

Chapter 11 Case No.08-13555 (JMP) Jointly Administered

Creditor/Claimant Name/Address:

Robert C. Dyer,

2 Mclaren Road South,

Darien, CT 06820.

(917-603-4821, 203-202-2689)



RECEIVED JAN 6 2011 U.S. BANKRUPTCY COURT, SDNY JMP

**Claim # 28012**, Filed 9/22/2009, Debtor 08-13555

| Classification and Amount: | Priority: | $252,069.00 |
|---|---|---|
| | Unsecured: | $10,000.00 |
| | TOTAL: | $262,069.00 |

**Title of objection**: Seventy-Third Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) (the "Objection")

Concise Statement (Why the Claim should Not be reduced or reclassified):

These amounts were cash/commission <u>earned wages</u> by Robert C. Dyer as an employee of Lehman Brothers in 2008, that were diverted by the Firm (Lehman Brothers) on a pre-tax basis from my monthly paycheck into a <u>temporary</u> holding account and held "as cash" until such time as the Firm (Lehman Brothers) decided to enroll funds in the RSU plan at its annual purchase date, typically in November. *Attached* is a screen print of my employee compensation statement from the Lehman Payroll system verifying the diverted wages accumulated through September 2008 ($219,614.87) and held as "cash" and thus not invested in RSU's, plus an estimate of October and November accruals withheld from earned production reported after I retired from Firm, estimated at an additional $40,000, for a total of estimated $260,000. As the Firm filed for Bankruptcy prior to the actual purchase of RSU's or Stock on my behalf, these cash wages should be returned to me as a claim of wages.

If you have any questions regarding my objection, please call or write to address above.

Regards,

*[signature]* 1/5/2011
Robert C. Dyer

Robert_Dyer@ml.com

GetSum

http://salescomp/Summary/SumCalc.asp

## Compensation Statement

Find: GSID ▼  10228186  [Get]  [Get in Excel]
Fiscal year: 2008  ☐ Show as of before EOM

Name: 10228186 - ROBERT DYER
From: 12/1/2007 To: 11/30/08
Future payout trades

Sales Org: 10228186 ROBERT DYER

| Year Total | | 9/2008 | 8/2008 | 7/2008 | 6/2008 | 5/2008 | 4/2008 | 3/2008 | 2/2008 | 1/2008 | 12/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2,261,875.70 | Gross Production | 59,970.13 | 70,100.46 | 418,198.25 | 224,633.34 | 301,852.09 | 111,197.77 | 462,582.28 | 121,132.99 | 269,651.60 | 205,641.61 |
| 885,482.39 | Net Production | 23,817.21 | 31,505.74 | 181,033.66 | 81,691.79 | 124,112.92 | 79,494.70 | 161,180.81 | 46,655.36 | 112,426.08 | 69,572.10 |
| 56,534.12 | Retro Net Production | 0.00 | 0.00 | -46.09 | 56,742.36 | 0.00 | 0.00 | 321.12 | 0.00 | 21.70 | -573.72 |
| 39.15 | Average Rate (%) | 39.72 | 44.94 | 43.28 | 41.80 | 61.63 | 41.12 | 34.91 | 38.52 | 41.70 | 33.55 |
| | Prior Months -Deficit/Overage | 0.00 | 0.00 | 0.00 | -0.01 | 0.01 | 0.00 | 0.00 | -0.01 | 0.00 | 0.00 |
| -73,878.16 | Adj to Net Production | 0.00 | -2,942.83 | -12,711.12 | -3,482.51 | -10,239.97 | -12,915.15 | -11,493.96 | -4,026.32 | -11,642.52 | -4,423.78 |
| 0.00 | Monthly Payout Balance | 23,817.21 | 28,562.91 | 168,276.45 | 50,072.97 | 111,197.77 | 150,007.98 | 42,629.03 | 100,805.25 | 64,574.59 | |
| 0.00 | Draw Amount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 868,138.33 | Total Sales Compensation | 23,817.21 | 28,562.91 | 168,276.45 | 50,072.97 | 128,194.18 | 111,197.77 | 150,007.98 | 42,629.03 | 100,805.25 | 64,574.59 |
| 624,706.25 | Cash Commissions | 0.00 | 31,566.49 | 112,600.34 | 44,042.32 | 89,352.63 | 79,494.70 | 100,239.47 | 39,845.85 | 74,606.14 | 52,958.32 |
| 219,614.87 | Equity Accrual Calculated | 0.00 | -3,003.58 | 55,676.11 | 6,030.65 | 38,841.56 | 31,703.06 | 49,768.51 | 2,783.18 | 26,199.12 | 11,616.27 |
| 844,321.14 | Recorded Total Sales Compensation | 0.00 | 28,562.91 | 168,276.45 | 50,072.97 | 128,194.19 | 111,197.76 | 150,007.98 | 42,629.03 | 100,805.26 | 64,574.59 |
| | -Deficit/Overage | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | 0.01 | 0.00 | 0.00 | -0.01 | 0.00 |

Handwritten annotations:
- ↓ 244
- ↳ does not include 9/08 + 10/08 equity accrual amount — estimate $40K
  How we got to $260.
  i.e. 219,614
       + 40,000
       260,000 K

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :   08-13555 (JMP)
                                                             :
                                    Debtors.                 :   (Jointly Administered)
                                                             :
------------------------------------------------------------x

LBH OMNI73 12-07-2010 (MERGE2,TXNUM2) 4000075490 BAR(23) MAIL ID *** 000038527747 *** BSIUSE: 139

DYER, ROBERT C.
2 MCLAREN ROAD SOUTH
DARIEN, CT 06820

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, BAMBO OBARO, ESQ., AT 650-802-3083.

### NOTICE OF HEARING ON DEBTORS' SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED | | |
|---|---|---|
| **Creditor Name and Address:**<br>DYER, ROBERT C.<br>2 MCLAREN ROAD SOUTH<br>DARIEN, CT 06820 | **Claim Number:** | 28012 |
| | **Date Filed:** | 9/22/2009 |
| | **Debtor:** | 08-13555 |
| | **Classification and Amount:** | **PRIORITY: $ 252,069.00**<br>**UNSECURED: $ 10,000.00**<br>**TOTAL: $ 262,069.00** |

PLEASE TAKE NOTICE that, on December 7, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim As Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as common equity interests in Lehman Brothers Holding Inc. ("LBHI"), as said claim is based on ownership of either Restricted Stock Units ("RSUs") and/ or Contingent Stock Awards ("CSAs") and the ownerships of RSUs or CSAs constitutes an equity interest in LBHI but do not constitute a claim against the Debtors' estates. **If the Objection is granted, your claim will be reclassified as an equity interest.**

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 6, 2010 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.