

Luke Brennan
*37 Central Drive*
*Bronxville, NY 10708*
*January 6, 2011*

Honorable James M. Peck
One Bowling Green
New York, NY 10004
Courtroom 601

Honorable James M. Peck,
As per notice received regarding claims against Lehman Brothers Holdings Inc., et al- the following information is provided as a basis for my objection to the Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim As Equity Interests):

Item (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which response is directed

Response:
United States Bankruptcy Court Southern District of New York
In re: Lehman Brothers Holdings Inc., et al., Debtors
Chapter 11 Case No. 08-13555(JMP)
Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim As Equity Interests)

Item (ii) the name of the claimant and description of the basis for the amount of the claim

Response:
*Luke Brennan*
*Claim number 12726*
Employee compensation received in the form of Restricted Stock Units ("RSU"s)

Item (iii) a concise statement setting forth the reasons why the claim should not be reduced or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection

Response:
The RSU's received was part of a contingent deferred compensation plan. As such employees had no choice but to receive RSU's as opposed to cash compensation. Since the RSU's were technically compensation for services rendered they should not be reclassified as equity interests.

Item (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or the Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection

Response:
All documentation previously supplied

Item (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim

Response:
Luke Brennan
*37 Central Drive*
*Bronxville, NY 10708*

Item (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf

Response:
Luke Brennan
*37 Central Drive*
*Bronxville, NY 10708*
*914.438.7218*

Very Truly Yours,

*Luke Brennan*