1

2  UNITED STATES BANKRUPTCY COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case Nos. 08-13555(JMP)

5

6  - - - - - - - - - - - - - - - - - - - -x

7  In the Matter of:

8

9  LEHMAN BROTHERS HOLDINGS INC., et al.

10

11             Debtors.

12

13  - - - - - - - - - - - - - - - - - - - -x

14              United States Bankruptcy Court

15              One Bowling Green

16              New York, New York

17

18              January 13, 2011

19              2:05 PM

20

21  B E F O R E:

22  HON. JAMES M. PECK

23  U.S. BANKRUPTCY JUDGE

24

25

Page 2

1

2  HEARING re Motion of Lehman Brothers Special Financing Inc. for

3  Leave to File an Amended Counterclaim in Michigan State Housing

4  Development Authority v. Lehman Brothers Derivative Products

5  Inc. [Adv. Case No. 09-01728]

6

7  PRETRIAL CONFERENCE re PT Bank Negara Indonesia (Persero) Tbk

8  v. Lehman Brothers Special Financing, Inc., et al. [Adv. Case

9  No. 09-01480]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Transcribed by:  Lisa Bar-Leib

```
 1
 2   A P P E A R A N C E S :
 3   WEIL, GOTSHAL & MANGES LLP
 4        Attorneys for Debtors and Debtors-in-Possession
 5        767 Fifth Avenue
 6        New York, NY 10153
 7
 8   BY:  EVERT J. CHRISTENSEN, JR., ESQ.
 9
10   MILBANK, TWEED, HADLEY & MCCLOY LLP
11        Attorneys for the Official Committee of Unsecured
12         Creditors
13        One Chase Manhattan Plaza
14        New York, NY 10005
15
16   BY:  GRACE m. GILLIGAN, ESQ.
17
18
19
20
21
22
23
24
25
```

08-13555-mg    Doc 14071    Filed 01/17/11    Entered 01/21/11 11:13:56    Main Document
Pg 4 of 8
LEHMAN BROTHERS HOLDINGS INC., et al.

Page 4

1                    P R O C E E D I N G S

2            THE COURT:  Be seated, please.  Good afternoon.

3            MR. CHRISTENSEN:  Good afternoon, Your Honor.  Evert

4   Christensen from Weil Gotshal & Manges on behalf of the

5   debtors.  Your Honor, we have --

6            THE COURT:  There's somebody behind you.

7            MS. GILLIGAN:  And Grace Gilligan, Milbank Tweed, on

8   behalf of the unsecured creditors' committee.

9            MR. CHRISTENSEN:  Your Honor, we have what appears to

10  be a very brief calendar this afternoon.  There's two matters.

11  And with the Court's indulgence, I'd like to just briefly take

12  matter 5 first which is the PT Bank Negara matter which is down

13  for a pretrial conference.

14           THE COURT:  I was told that was adjourned.

15           MR. CHRISTENSEN:  Yes.  It has been adjourned.  I just

16  wanted to make sure that your chambers was aware.  The parties

17  are in discussions and it's moved to the omnibus in February.

18           So turning then to matter 4, which is the motion of

19  LBSF to amend its counterclaim in the Michigan State Housing

20  adversary proceeding, there have been no objections or

21  responses filed in connection with that.  The debtors would

22  respectfully request leave under Rule 15 incorporated by

23  Bankruptcy Rule 7015 to find an amended counterclaim.  The

24  proceedings are in their very early stages, Your Honor.  It's

25  been stayed for some time to allow the parties to mediate.

08-13555-mg    Doc 14071    Filed 01/17/11    Entered 01/21/11 11:13:56    Main Document
LEHMAN BROTHERS HOLDINGS INC., et al.
Pg 5 of 8

Page 5

1  That terminated on December 28th of 2010 and the debtors

2  promptly filed their motion to amend.  No discovery has taken

3  place so there's no prejudice.  And the debtors have moved as

4  promptly as possible.

5          THE COURT:  I take it there's no question that

6  Michigan State Housing Development Authority has notice of

7  this, has had an opportunity to raise objections and, through

8  their inaction, is effectively consenting.

9          MR. CHRISTENSEN:  That's correct, Your Honor.  They

10 received notification both through the formal service

11 procedures and by e-mail from our firm to theirs.

12         THE COURT:  Have you actually had any contact with

13 them in which they said we've seen your motion and we have no

14 issue with it.  Please go ahead.

15         MR. CHRISTENSEN:  I have not, Your Honor.  I have not

16 had any --

17         THE COURT:  All right.  Your motion is granted as

18 unopposed.

19         MR. CHRISTENSEN:  Thank you.  And I have an order that

20 I can pass up to the Court.

21         THE COURT:  Yes, you may.

22      (Pause)

23         MR. CHRISTENSEN:  So that concludes all the matters on

24 the agenda for the debtors this afternoon, Your Honor.

25         THE COURT:  Okay.  Fine.  I see there are a number of

Page 6

1  people in the courtroom.  I take it they're just interest
2  observers and --
3           MR. CHRISTENSEN:  Nobody has spoken to me --
4           THE COURT:  If nobody has spoken --
5           MR. CHRISTENSEN:  -- since I've been here and said
6  that they have -- are here for --
7           THE COURT:  The gavel's going to come down.  We're
8  adjourned.
9           MR. CHRISTENSEN:  Thank you, Your Honor.
10          THE COURT:  Thank you.
11       (Whereupon these proceedings were concluded at 2:08 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                              Page 7
 1
 2                             I N D E X
 3
 4                           R U L I N G S
 5   DESCRIPTION                                     PAGE     LINE
 6   Motion of LBSF for entry of an order to amend     5       17
 7   its counterclaim in the Michigan State Housing
 8   adversary proceeding
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

C E R T I F I C A T I O N

I, Lisa Bar-Leib, certify that the foregoing transcript is a true and accurate record of the proceedings.

*Lisa Bar-Leib*
Digitally signed by Lisa Bar-Leib
DN: cn=Lisa Bar-Leib, c=US
Reason: I am the author of this document
Date: 2011.01.17 11:52:27 -05'00'

_____

LISA BAR-LEIB

AAERT Certified Electronic Transcriber (CET**D-486)

Veritext

200 Old Country Road

Suite 580

Mineola, NY 11501

Date:   January 15, 2011