To: HONORABLE JAMES M. PECK
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004
COURT ROOM 601



(ι)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------x
In re                                        :    **Chapter 11 Case No.**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :    **08-13555 (JMP)**
                                             :
                  Debtors.                   :    **(Jointly Administered)**
                                             :
--------------------------------------------x

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000110041 BAR(23) MAIL ID *** 000039336419 *** BSIUSE: 281

THOMPSON, PETER
2710 MCDIVITT RD.
MADISON, WI 53713

**NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

(ιι)

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>THOMPSON, PETER<br>2710 MCDIVITT RD.<br>MADISON, WI 53713 | **Claim Number:**  63353 |
| | **Date Filed:**  11/2/2009 |
| | **Debtor:**  08-13555 |
| | **Classification and Amount:**  UNSECURED: $ 500,000.00 |

(ιιι)  LEHMAN BROTHERS HOLDINGS INC., MISSTATED THEIR
FINANCIAL STATEMENTS

(ιυ)  ALREADY ON FILE.

(υ, υι)

Peter Thompson
2710 McDivitt Rd.
Madison, WI 53713
608 345 3347

1/6/2010

To: HONORABLE JAMES M. PECK
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004
COURT ROOM 601

(i)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                         :
                Debtors.                 :    (Jointly Administered)
                                         :
----------------------------------------x

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000110436 BAR(23) MAIL ID *** 000039336418 *** BSIUSE: 280

SEPIRA, PETER THOMPSON
2710 MCDIVITT RD.
MADISON, WI 53713

(ii)

### NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS
### OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>SEPIRA, PETER THOMPSON<br>2710 MCDIVITT RD.<br>MADISON, WI 53713 | **Claim Number:** 63354 |
| | **Date Filed:** 11/2/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 500,000.00 |

(iii) LEHMAN BROTHERS HOLDINGS INC., MISSTATED THEIR
FINANCIAL STATEMENTS

(iv) ALREADY ON FILE.

(v, vi)    **Peter Thompson**
**2710 McDivitt Rd.**
**Madison, WI 53713**
608 345 3347                          1/6/2010