**DAY PITNEY LLP**
One Jefferson Road
Parsippany, New Jersey, 07054-2891
Telephone:    (973) 966-6300
Facsimile:    (973) 966-1015

- and -

7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940
SCOTT A. ZUBER, ESQ. (SZ-9728)
HERBERT K. RYDER, ESQ. (HR-5137)

*Attorneys for SPCP Group, L.L.C.,
as Agent for Silver Point Capital Fund, L.P.
and Silver Point Capital Offshore Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **Case No. :  08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |

**NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR
SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE by Harbinger Capital Partners Master Fund I, Ltd. (the "Initial Claimant"), against Lehman Brothers Holdings Inc. (the "Debtor"), in the amount of $264,000,000.00 (designated as Claim No. 66655), which claim reflects a settlement pursuant to a certain termination and settlement agreement entered into on or about May 10, 2010 by and among the Initial Claimant, Lehman Brothers Special Financing Inc. as obligor and the Debtor as guarantor(as settled, the "Claim"). A portion of the Claim, in the amount of $94,500,000.00, was transferred from the Initial Claimant to the Transferor (named below) on or about July 15, 2010. (*See* Document Number 10219 on the docket.) Assignee (named below) hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of $10,000,000.00 of Assignor's interest in the Claim (the "Transferred Claim"). A copy of the Partial Evidence of Transfer of Claim (the "Evidence of Partial Transfer") is attached hereto as Exhibit "A" and is incorporated herein by reference.

83451409.1

| **Name of Assignee:** | **Name of Transferor:** |
|---|---|
| SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. | JPMorgan Chase Bank, N.A. |

**Names and Addresses where notices to Assignee should be sent:**

Adam J. DePanfilis
Silver Point Capital, LP
660 Steamboat Road
Greenwich, CT 06830

With a copy to:

Day Pitney LLP
7 Times Square
New York, New York  10036
Attn:   Ronald S. Beacher, Esq.
Telephone     (212) 297-5812

**Name and Address where Assignee payments should be sent:**

SPCP Group, L.L.C.
Two Greenwich Plaza
Greenwich, Connecticut 06830
Attn:   Brian A. Jarmain
Telephone:     (203) 542-4032

**Name and Address where notices to Transferor should be sent:**

JPMorgan Chase Bank, N.A.
Mail Code: NY1-A436
One Chase Manhattan Plaza
Floor 26
New York, NY  10005
Attn:  Susan McNamara

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001 (e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Partial Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Claim.

Dated: Parsippany, New Jersey
January 20, 2011

**DAY PITNEY LLP**

By: _____/s/ Scott A. Zuber_____
Scott A. Zuber (SZ-9728)
One Jefferson Road
Parsippany, New Jersey, 07054-2891
Telephone: (973) 966-6300
Facsimile: (973) 966-1015

*Attorneys for SPCP Group, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.*