**DAY PITNEY LLP**
One Jefferson Road
Parsippany, New Jersey, 07054-2891
Telephone:    (973) 966-6300
Facsimile:    (973) 966-1015

- and -

7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940
SCOTT A. ZUBER, ESQ. (SZ-9728)
HERBERT K. RYDER, ESQ. (HR-5137)

*Attorneys for SPCP Group, L.L.C.,*
*as Agent for Silver Point Capital Fund, L.P.*
*and Silver Point Capital Offshore Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. :  08-13555 (JMP)**<br><br>**(Jointly Administered)** |
| In re:<br><br>**LEHMAN BROTHERS SPECIAL FINANCING INC.**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. :  08-13888 (JMP)**<br><br>**(Jointly Administered)** |

**NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR**
**SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE by Harbinger Capital Partners Master Fund I, Ltd. (the "Initial Claimant"), against Lehman Brothers Special Financing Inc. (the "Debtor"), in the amount of $264,000,000.00 (designated as Claim No. 66653), which claim reflects a settlement pursuant to a certain termination and settlement agreement entered into on or about May 10, 2010 by and among the Initial Claimant, the Debtor as obligor and Lehman Brothers Holdings Inc. as guarantor (as settled, the "Claim"). A portion of the Claim, in the

83451410.1

amount of $94,500,000.00, was transferred from the Initial Claimant to the Transferor (named below) on or about July 15, 2010. (*See* Document Number 10219 on the docket.) Assignee (named below) hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of $10,000,000.00 of Assignor's interest in the Claim (the "Transferred Claim").  A copy of the Partial Evidence of Transfer of Claim (the "Evidence of Partial Transfer") is attached hereto as Exhibit "A" and is incorporated herein by reference.

| **Name of Assignee:** | **Name of Transferor:** |
|---|---|
| SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. | JPMorgan Chase Bank, N.A. |
| **Names and Addresses where notices to Assignee should be sent:** | **Name and Address where notices to Transferor should be sent:** |
| Adam J. DePanfilis<br>Silver Point Capital, LP<br>660 Steamboat Road<br>Greenwich, CT 06830 | JPMorgan Chase Bank, N.A.<br>Mail Code: NY1-A436<br>One Chase Manhattan Plaza<br>Floor 26<br>New York, NY  10005<br>Attn:  Susan McNamara |
| With a copy to:<br><br>Day Pitney LLP<br>7 Times Square<br>New York, New York  10036<br>Attn:   Ronald S. Beacher, Esq.<br>Telephone     (212) 297-5812 | |
| **Name and Address where Assignee payments should be sent:** | |
| SPCP Group, L.L.C.<br>Two Greenwich Plaza<br>Greenwich, Connecticut 06830<br>Attn:   Brian A. Jarmain<br>Telephone:     (203) 542-4032 | |

83451410.1                                    2

     The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001 (e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Partial Transfer and its right to object to such transfer within the twenty (20) day period.  The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Claim.

Dated: Parsippany, New Jersey  
       January 20, 2011

**DAY PITNEY LLP**

By:     /s/ Scott A. Zuber  
     Scott A. Zuber (SZ-9728)  
One Jefferson Road  
Parsippany, New Jersey, 07054-2891  
Telephone:   (973) 966-6300  
Facsimile:   (973) 966-1015

*Attorneys for SPCP Group, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.*