# Exhibit A

83451410.1

EXHIBIT B2

PARTIAL EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMORGAN CHASE BANK, N.A.

JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Partial Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SPCP GROUP, LLC as agent for Silver Point Capital Fund, L.P. .and Silver Point Capital Offshore Fund, Ltd., with offices located at 2 Greenwich Plaza, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to a claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC ("LBSF") .in the amount of $10,000,000 (the "Assigned Claim"). The Assigned Claim is a portion of that certain claim originally held by Harbinger Capital Partners Master Fund I, Ltd ("Harbinger") which was settled as set forth in that certain Termination and Settlement Agreement dated as of May 10, 2010 among Harbinger, LBSF and Lehman Brothers Holdings Inc. (the Original Claim"). The Original Claim is evidenced by that certain proof of claim docketed as Claim No. 66653 which amended Claim No. 14213 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred from Harbinger Capital Partners Master Fund I, Ltd to Seller as evidenced at docket No. 10219 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ____ day of _____, 2010.

JPMORGAN CHASE BANK, N.A.

By: _____
(Signature of authorized corporate officer)

Name:  David A. Martinez
Title:  Authorized Signatory
Tel.: _____

11

J:\Stand-By Agreements\Lehman\Harbinger 105mm _ Multiple downstreams\SilverPoint\FINAL DOCS\Lehman Claim(harbinger)_JPM to SilverPoint_td11-16_$10mm.DOC
83437586.1