**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :   08-13555 (JMP)
                                                            :   (Jointly Administered)
              Debtors.                                      :
                                                            :   Ref. Docket Nos. 13910, 13937-
------------------------------------------------------------x   13944, 13946, 13953, 13954, 13956,
                                                            :   13958-13960
In re                                                       :
                                                            :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS COMMODITY                                   :   08-13885 (JMP)
SERVICES INC., et al.,                                      :   (Jointly Administered)
                                                            :
              Debtors.                                      :
                                                            :
------------------------------------------------------------x   Ref. Docket No. 35
```

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 18, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Kossivas*
Eleni Kossivas

Sworn to before me this
20th day of January, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfers\Transfers 35, 13910, 13937-13944, 13946, 13953, 13954, 13956, 13958-13960_AFF_01-18-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BLUECREST STRATEGIC LIMITED
C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT LLP
ATTN: GENERAL COUNSEL
40 GROSVENOR PLACE
LONDON   SW1X 7AW
UNITED KINGDOM

BLUECREST STRATEGIC LIMITED
BLUECREST STRATEGIC LIMITED
CLIFFORD CHANCE US LLP
31 WEST 52ND STREET
ATTN: JENNIFER C. DEMARCO, ESQ, DAVID A. SUL
NEW YORK NY 10019

Please note that your claim # 16508 in the above referenced case and in the amount of
$7,484,268.00         has been transferred (**unless previously expunged by court order**)

SACAMANO PARTNERS, L.L.C.
TRANSFEROR: BLUECREST STRATEGIC LIMITED
C/O ROPES & GRAY LLP
ATTN: ADAM REISS
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 35         in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/18/2011                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 18, 2011.

**EXHIBIT B**

```
TIME: 10:46:47                                           LEHMAN BROTHERS HOLDING INC.                                                         PAGE:   1
DATE: 01/18/11                                                 CREDITOR LISTING

Name                                              Address
BARCLAYS BANK PLC                                 TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: QUANTUM PARTNERS LP. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: UBS AG 745 SEVENTH AVENUE NEW YORK NY 10019
BLUECREST CAPITAL INTERNATIONAL MASTER            C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
 FUND LIMITED
BLUECREST CAPITAL INTERNATIONAL MASTER            BLUECREST CAPITAL INTERNATIONAL MASTER FUND LIMITED CLIFFORD CHANCE US LLP 31 WEST 52ND STREET
 FUND LIMITED                                     ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ NEW YORK NY 10019
BLUECREST EMERGING MARKETS MASTER FUND            CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
 LIMITED
BLUECREST EMERGING MARKETS MASTER FUND            C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT (UK) LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
 LIMITED
BLUECREST STRATEGIC LIMITED                       CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
BLUECREST STRATEGIC LIMITED                       C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT (UK) LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
BLUECREST STRATEGIC LIMITED                       C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
BLUECREST STRATEGIC LIMITED                       BLUECREST STRATEGIC LIMITED CLIFFORD CHANCE US LLP 31 WEST 52ND STREET ATTN; JENNIFER C. DEMARCO, ESQ, DAVID A. SULLIVAN, ESQ
                                                  NEW YORK NY 10019
BLUEMATRIX MASTER FUND LIMITED                    CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
BLUEMATRIX MASTER FUND LIMITED                    C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
BLUEMATRIX MASTER FUND LIMITED                    C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT UK LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
BLUEMATRIX MASTER FUND LIMITED                    BLUEMATRIX MASTER FUND LIMITED CLIFFORD CHANCE US LLP 31 WEST 52ND STREET ATTN: JENNIFER C. DEMARCO, ESQ, DAVID A. SULLIVAN, ESQ
                                                  NEW YORK NY 10019
BLUETREND MAG LIMITED                             CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
BLUETREND MAG LIMITED                             C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
BLUETREND MASTER FUND LIMITED                     C/O LEGAL TEAM, BLUECREST CAPITAL MANAGEMENT LLP ATTN: GENERAL COUNSEL 40 GROSVENOR PLACE LONDON SW1X 7AW UNITED KINGDOM
BLUETREND MASTER FUND LIMITED                     BLUETREND MASTER FUND LIMITED CLIFFORD CHANCE US LLP 31 WEST 52ND STREET ATTN; JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ.
                                                  NEW YORK NY 10019
CCP CREDIT ACQUISITION HOLDINGS, LLC              ATTN: SCOTT HOPSON 375 PARK AVENUE 12TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC              MATTHEW MORRIS LOVELLS LLP 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022
CHASE LINCOLN FIRST COMMERCIAL                    RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
 CORPORATION
CHASE LINCOLN FIRST COMMERCIAL                    TRANSFEROR: SMBC CAPITAL MARKETS LIMITED C/O JP MORGAN CHASE & CO, MAIL CODE NY1-A436 ATTN: SUSAN MCNAMARA
 CORPORATION                                      ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
CREDIT SUISSE (DEUTSCHLAND) AG                    ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (DEUTSCHLAND) AG                    CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
JP MORGAN CHASE, N.A.                             TRANSFEROR: CAPITAL BANK - GRAWE GRUPPE AG ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, FLOOR 26 MAILING CODE: NY1-A436
                                                  NEW YORK NY 10005
KEYDATA INVESTMENT SERVICES LIMITED               6-8 MARKETPLACE READING RG1 2EG UNITED KINGDOM
MERRILL LYNCH CAPITAL SERVICES, INC.              MICHAEL WILSON HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219
MERRILL LYNCH CAPITAL SERVICES, INC.              TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN : CLAIRE MONGELARD 1133 AVENUE OF AMERICAS, 42ND FLOOR NEW YORK NY 10036
QUANTUM PARTNERS LP.                              TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 33RD FLOOR
                                                  NEW YORK NY 10106
REYKER SECURITIES PLC                             TRANSFEROR: KEYDATA INVESTMENT SERVICES LIMITED 46 ST. JAMES'S PLACE LONDON SW1A1NS UNITED KINGDOM
SACAWANO PARTNERS, L.L.C.                         TRANSFEROR: BLUECREST CAPITAL INTERNATIONAL MASTER FUND LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS
                                                  NEW YORK NY 10036-8704
SACAWANO PARTNERS, L.L.C.                         TRANSFEROR: BLUECREST EMERGING MARKETS MASTER FUND LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS
                                                  NEW YORK NY 10036-8704
SACAWANO PARTNERS, L.L.C.                         TRANSFEROR: BLUECREST STRATEGIC LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
SACAWANO PARTNERS, L.L.C.                         TRANSFEROR: BLUEMATRIX MASTER FUND LIMITED C/O ROPES & GRAY, LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
SACAWANO PARTNERS, L.L.C.                         TRANSFEROR: BLUETREND MAG LIMITED C/O ROPES & GRAY, LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
SACAWANO PARTNERS, L.L.C.                         TRANSFEROR: BLUETREND MASTER FUND LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
SMBC CAPITAL MARKETS LIMITED                      MAYER BROWN LLP ATTN RICK HYMAN ESQ 1675 BROADWAY NEW YORK NY 10019-5820
SMBC CAPITAL MARKETS LIMITED                      C/O SMBC CAPITAL MARKETS, INC. ATTN SCOTT DIAMOND, LEGAL 277 PARK AVENUE, 5TH FLOOR NEW YORK NY 10172-0601
UBS AG                                            BAHNHOFSTR. 45 ZURICH 8001 SWITZERLAND
UBS AG                                            HUGO KOLLER, OQ9C/05GC UBS AG PO BOX ZURICH 8098 SWITZERLAND
YORK CREDIT OPPORTUNITIES MASTER                  TRANSFEROR: JP MORGAN CHASE, N.A. ATTN: MARGARET MAURO 767 FIFTH AVE, 17TH FLOOR NEW YORK NY 10153
 FUND,L.P.
                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 10:46:47
DATE: 01/18/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| YORK CREDIT OPPORTUNITIES FUND, L.P. | TRANSFEROR: JP MORGAN CHASE, N.A. ATTN:MARGARET MAURO 767 FIFTH AVE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed        43

EPIQ BANKRUPTCY SOLUTIONS, LLC

CREDIT SUISSE (DEUTSCHLAND) AG
ATTN: SEBA
JUNGHOFSTRASSE 16
60311 FRANKFURT AM MAIN
GERMANY