# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, <u>et al</u>., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Lloyds TSB Bank plc (Geneva Branch), On behalf of Capital Growth SA** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to transferee should be sent: | Name and Current Address of Transferor |
| Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attention:   Alisa Mumola<br>Telephone:   203-862-8211<br>Email: amumola@contrariancapital.com | Lloyds TSB Bank plc (Geneva Branch),<br>On behalf of Capital Growth SA<br>2-4 Rue de Hollande<br>1204 Geneva<br>Switzerland |

**Proof of Claim #: 55501**
**ISIN XS0313103003**
**Amount of Claim Transferred:  US $100,000.00**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____**January 21, 2011**_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:        Clerk, United States Bankruptcy Court, Southern District of New York
AND TO:    CONTRARIAN FUNDS, LLC

**LLOYDS TSB BANK PLC (GENEVA BRANCH), ON BEHALF OF CAPITAL GROWTH SA**, located at 2-4 Rue de Hollande, 1204 Geneva, Switzerland ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **CONTRARIAN FUNDS, LLC**, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("**Buyer**"), all right, title and interest in and to the claim of Seller against **LEHMAN BROTHERS HOLDING INC.** (which arises under a guarantee of Lehman Brothers International (Europe)) given **CLAIM NUMBER 55501** in the partial amount of **USD$100,000.00**, ISIN XS0313103003 (collectively the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555(JMP)(jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20th day of January, 2011.

**LLOYDS TSB BANK PLC (GENEVA BRANCH),
ON BEHALF OF CAPITAL GROWTH SA,**

By: _____
Name: Guillaume Saintrond
Title: Assistant Manager
       Head of Network Mgt & Cust. Facing Serv.

Stéphane Rogovsky
Senior Manager
Head of Securities & Funds Admin.

**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, L.L.C. as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER