United States Bankruptcy Court

Southern District of New York

In re **Lehman Brothers Holdings Inc.,**     Case Nos. 08-13555
                                             Jointly Administered

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Perry Principals LLC**                    **Goldman Sachs Lending Partners LLC**

Name of Transferee                          Name of Transferor

                                            Original Court Claim #: 66437 ($40,330,307 being the
                                            "Total Claim Amount")

                                            Transferred Claim: $10,000,000 of the Total Claim
                                            Amount

Name and Address where notices to Transferee
should be sent:

Aaron Zelig
Perry Principals LLC
c/o Perry Capital
767 Fifth Avenue, 19th Floor
New York, NY 10153
tel: 212.583.4067
fax: 212.583.4099
azelig@perrycap.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**PERRY PRINCIPALS LLC**

By: _____            Date: January 20, 2011
Name: Lance Kravitz
Title: Authorized Signatory

# EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York ("<u>Bankruptcy Court</u>")
Attn:  Clerk

AND TO:  Lehman Brothers Holdings Inc. ("<u>Debtor</u>")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim #s: 66437

**Goldman Sachs Lending Partners LLC,** its successors and assigns ("<u>Seller</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**PERRY PRINCIPALS LLC**
c/o Perry Capital
767 Fifth Avenue, 19th Floor
New York, NY 10153

its successors and assigns ("<u>Buyer</u>"), all right, title and interest in and to $10,000,000.00 (the "<u>Claim</u>") of Seller against Lehman Brothers Holdings Inc., docketed as Claim number 66437 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

KL2 2675053.2

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 20, 2011.

**GOLDMAN SACHS LENDING PARTNERS LLC**        **PERRY PRINCIPALS LLC**

By: _____          By: _____
    Name:                                           Name:
    Title:                                          Title:

    Nancy Y. Kwok
    Authorized Signatory

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 20, 2011.

**GOLDMAN SACHS LENDING PARTNERS LLC**     **PERRY PRINCIPALS LLC**

By:_____     By:_____
    Name:         Name:
    Title:         Title: Lance Kravitz
                                                                       Authorized Signatory

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)   0000000066437 |
| Name of Debtor Against Which Claim is Held:<br>Lehman Brothers Holdings Inc. | Case No. of Debtor: 08-13555 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor; (and name and address where notices should be sent if different from Creditor)**

Creditor:                                          Notices:

Metropolitan Life Insurance Company       Todd Lurie, Esq.
1095 Avenue of the Americas                c/o MetLife
New York, New York 10036                   Investments – Legal Dept.
                                                        P.O. Box 1902
                                                        10 Park Avenue
                                                        Morristown, NJ 07962

Telephone number: 973-355-4000 / 4368     Email Address: tlurie@metlife.ccom

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 26964
(If known)

Filed on: September 22, 2009

**ORIGINAL**

**Name and address where payment should be sent (if different from above)**

Derik Cavignano, AVP
c/o MetLife
Derivatives Accounting and Reporting
18210 Crane Nest Drive
Tampa, FL 33647

Telephone number: 813-983-5835     Email Address: dcavignano@metlife.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed: $40,330,307**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete Item 5.

   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

   X Check this box if all or part of your claim is based on a Derivative Contract.*

   X Check this box if all or part of your claim is based on a Guarantee.*

   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

   X Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Guarantee of Derivatives contracts that are subject to Termination Agreement dated March 24, 2010 among Claimant, Debtor, Lehman Brothers Special Finance Inc. and MetLife Insurance Company of Connecticut.
   (See Instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: ____N/A_____
   3a. Debtor may have scheduled account as: _____N/A_____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other

   Describe: _____

   Value of Property: $_____  Annual Interest Rate ____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____  Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): Not less than US$20,000
7. (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   **Amount entitled to priority:**
   $_____

Date: 3/29/2010

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*[signature]* Todd Lur     Assistant General Counsel

FOR COURT USE ONLY

**FILED / RECEIVED**

**MAR 3 0 2010**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.