# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Allegiance (DC) 1150 18th Street LLC

**Allegiance (DC) 1150 18th Street LLC**, a Delaware limited liability company, having offices located at _____ ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $3,000,001.00, docketed as Claim No. 24595 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 23rd day of December, 2010.

WITNESS:

_____
(Signature)

Name: Craig Eastond
Title: Associate
(Print name and title of witness)

Allegiance (DC) 1150 18th Street LLC,
a Delaware limited liability company

By: Terralucrum I LLC, a Delaware limited
liability company, its sole member

By: Allegiance Land Investors LLC,
its managing member

By: _____
Name: Dean L. Britton
Title: Sole Member


JPMorgan Chase Bank, N.A.

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
Tel.: _____

Allegiance to JPM Assignment of Claim (2).DOC

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Allegiance (DC) 1150 18th Street LLC

**Allegiance (DC) 1150 18th Street LLC**, a Delaware limited liability company, having offices located at 623 Fifth Ave, Floor 20, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $3,000,001.00, docketed as Claim No. 24595 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 23rd day of December, 2010.

WITNESS:

_____
(Signature)

Name:_____
Title:_____
(Print name and title of witness)


WITNESS:
_____
(Signature)
Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

Allegiance (DC) 1150 18th Street LLC,
a Delaware limited liability company

By:  Terralucrum I LLC, a Delaware limited
     liability company, its sole member

     By:  Allegiance Land Investors LLC,
          its managing member

          By:_____
          Name: Dean L. Britton
          Title: Sole Member


JPMorgan Chase Bank, N.A.

By:_____
(Signature of authorized corporate officer)

Name:_____
Title: Michael Economos
Tel.: Authorized Signatory

Allegiance to JPM Assignment of Claim (2).DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Allegiance (DC) 1150 18th Street LLC

**Allegiance (DC) 1150 18th Street LLC**, a Delaware limited liability company, having offices located at _____ ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $3,000,001.00, docketed as Claim No. 24594 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 23rd day of December, 2010.

WITNESS:

_____
(Signature)

Name: Craig Eastmond
Title: Associate
(Print name and title of witness)

**Allegiance (DC) 1150 18th Street LLC,**
a Delaware limited liability company

By: Terralucrum I LLC, a Delaware limited
liability company, its sole member

By: Allegiance Land Investors LLC,
its managing member

By: _____
Name: Dean L. Britton
Title: Sole Member

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

**JPMorgan Chase Bank, N.A.**

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
Tel.: _____

Allegiance to JPM Assignment of Claim (2).DOC

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Allegiance (DC) 1150 18th Street LLC

**Allegiance (DC) 1150 18th Street LLC**, a Delaware limited liability company, having offices located at 623 Fifth Ave, Floor 20, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $3,000,001.00, docketed as Claim No. 24594 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 23rd day of December, 2010.

WITNESS:

_____
(Signature)

Name:_____
Title:_____
(Print name and title of witness)

**Allegiance (DC) 1150 18th Street LLC,**
a Delaware limited liability company

By: Terralucrum I LLC, a Delaware limited
    liability company, its sole member

    By: Allegiance Land Investors LLC,
        its managing member

        By:_____
        Name: Dean L. Britton
        Title: Sole Member

WITNESS:

_/s/ Alexander Wilk_
(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

**JPMorgan Chase Bank, N.A.**

By:_____
(Signature of authorized corporate officer)

Name:_____
Title: Michael Economos
Tel.: Authorized Signatory

Allegiance to JPM Assignment of Claim (2).DOC