Form 210A (10/06)

# United States Bankruptcy Court

_Southern_ District Of _New York_

In re Lehman Brothers Holdings Inc., et al        Case No.    08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Hua An International Balanced Fund        Anthracite Balanced Company (46) Limited

Name of Transferee        Name of Transferor

Name and Address where notices to transferee should be sent:    Zhang Haimo
Hua An Fund Management Co Ltd
2F, New Shanghai International Tower
360 South Pudong Road, Shanghai
200120 P.R. China

Court Claim# (if known): 11013
Amount of Claim:    $42,760,579.09
Date Claim Field:    09/09/2009

Phone: +86 2138 9699 08        Phone: +1 345 914 7525

Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_ _____        Date: 2010.12.30
Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

