UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                          :

In re                                      :          Chapter 11

LEHMAN BROTHERS HOLDINGS,   :          Case No. 08-13555 (JMP)
      INC., et al.,

                                Debtors.    :          (Jointly Administered)

-------------------------------------------------------x

**NOTICE OF RECOMMENDATION OF APPOINTMENT OF
SUCCESSOR INDEPENDENT MEMBER TO FEE COMMITTEE**

To:    Richard A. Gitlin
         31 Mountain Farms Road
         West Hartford, CT 06117

         You are hereby notified that the Fee Committee has recommended your appointment as Successor Independent Member of the Fee Committee in the captioned cases in accordance with the Fee Protocol, approved by Order of the Court dated May 26, 2009.

Dated: New York, New York
          January 24, 2011

                                              LBHI, INC.
                                              FEE COMMITTEE

                                              By   /s/
                                                    John K. Suckow
                                                    Noel Purcell
                                                    Tracy Hope Davis, United States
                                                        Trustee for Region 2

Agreed to and Accepted By:

  /s/
Richard A. Gitlin