UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                      Debtors.                 :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Drawbridge Special Opportunities Fund LP | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    Drawbridge Special Opportunities Fund LP
    c/o Fortress Investment Group LLC
    1345 Ave of the Americas, 46th Floor
    New York, NY 10105
    Attn: Drew McKnight
    E-mail: DMcKnight@fortress.com
    Telephone: 212-479-5323
    Facsimile: 646-224-8716

Court Claim # (if known): 10117
Amount of Claim Transferred: $800,423.92
Amount of Claim: $29,106,324.47
Date Claim Filed: September 2, 2009

Name and Address of Transferor:

Deutsche Bank AG, London
Winchester House
1 Great Winchester Street
London EC2N 2DB
Attn: Philipp Roever
Telephone: +44 20 7547 2400
Facsimile: +44 113 336 2010

Name and Address where transferee payments should be sent (if different from above): N/A

**PLEASE SEE ATTACHED DOCUMENTS**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
By: Drawbridge Special Opportunities GP LLC, its general partner

By: _____  Glenn P. Cummins
                              Chief Financial Officer    Date: January 21, 2011

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Transfer of LBHI Claim # 10117

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 10117 (In Part – See Below) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of a 2.75% or $800,423.92 portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of $29,106,324.47 (the "Claim"). |

It is hereby certified that **Deutsche Bank AG, London Branch** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**Drawbridge Special Opportunities Fund LP**
c/o Fortress Investment Group LLC
1345 Ave of the Americas, 46th Floor
New York, New York 10105

Contact: Christina Menezes
Email: cmenezes@fortress.com
Telephone: (212) 515-7778
Fax: (646) 224-8716

("Buyer") by assignment agreement dated 21 January 2011.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

Transfer of LBHI Claim # 10117

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21 day of January 2011.

| Deutsche Bank AG, London Branch | Drawbridge Special Opportunities Fund LP<br>By: Drawbridge Special Opportunities GP LLC, its general partner |
|---|---|
| Name:<br>Title:<br>Michael Sutton<br>Managing Director | Name: Glenn P. Cummins<br>Title: Chief Financial Officer |