United States Bankruptcy Court Southern District of New York

Debtors: Lehman Brothers Holdings Inc, et al
Chapter 11 Case No. 08-13555 (JMP) Jointly Administered

Objection to Claims To Reclassify Proofs of Claims as Equity Interests

Creditor: JAO, Andrea T
Address: 77Seventh Ave, Apt 10-S, New York NY 10011
Tel: (917) 209-4497
Claim Number: 5340
Date Filed: 7/15/2009
Debtor: 08-13555
Classification and Amount: $107,253.00 unvested restricted stock units

* The claim should not be reduced or reclassified because the above amount was awarded for past services and are thus deferred compensation. The above award had not yet vested, given the five year vesting period for employees of Lehman Brothers.
* In Guiry v. Goldman, Sachs & Co., 2006 N.Y. App. Div. LEXIS 6630 (1st Dept. May 18, 2006), the New York Appellate Division, First Department, held that unvested, contingent rights to restricted stock and options to purchase such stock are "incentive compensation." That is deferred compensation.

*Attached is a list of Lehman Brothers Equity Awards.

* Also consider this prior written notice to participate telephonically in the January 20, 2011 hearing, as I will be unable to appear in person due to work commitments.
* Please send details of the conference call to the above contact details and/or to Andrea.Jao@gmail.com

*[signature]*

COPY FOR   Honorable   James M Peck

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
                  Debtors.                      :    (Jointly Administered)
                                                :
----------------------------------------------------------------x

LBH OMNI73 12-07-2010 (MERGE2,TXNUM2) 4000051964 BAR(23) MAIL ID *** 000038527862 *** BSIUSE: 254
JAO, ANDREA T.
77 SEVENTH AVE.
APT. 10-S
NEW YORK, NY 10011

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, BAMBO OBARO, ESQ., AT 650-802-3083.

### NOTICE OF HEARING ON DEBTORS' SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED | | |
|---|---|---|
| **Creditor Name and Address:**<br>JAO, ANDREA T.<br>77 SEVENTH AVE.<br>APT. 10-S<br>NEW YORK, NY 10011 | **Claim Number:** | 5340 |
| | **Date Filed:** | 7/15/2009 |
| | **Debtor:** | 08-13555 |
| | **Classification and Amount:** | PRIORITY: $ 107,253.00 |

PLEASE TAKE NOTICE that, on December 7, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim As Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as common equity interests in Lehman Brothers Holding Inc. ("LBHI"), as said claim is based on ownership of either Restricted Stock Units ("RSUs") and/ or Contingent Stock Awards ("CSAs") and the ownerships of RSUs or CSAs constitutes an equity interest in LBHI but do not constitute a claim against the Debtors' estates. **If the Objection is granted, your claim will be reclassified as an equity interest.**

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 6, 2010 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

| Grant Date | Description | Grant Price | Grant Value | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered |
|---|---|---|---|---|---|---|---|
| 07/01/2008 | July 2008 RSU | $20.9600 | $5,865 | 11/30/2011 | 279.82 | 3.54 | 0.00 |
| 12/07/2007 | 2007 Firmwide Principal | $47.6000 | $21,994 | 11/30/2012 | 462.05 | 9.52 | 0.00 |
| 12/07/2007 | 2007 Firmwide Discount | $47.6000 | $7,331 | 11/30/2012 | 154.02 | 3.20 | 0.00 |
| 12/08/2006 | 2006 Firmwide Principal | $57.7700 | $31,697 | 11/30/2011 | 548.67 | 16.24 | 0.00 |
| 12/08/2006 | 2006 Firmwide Discount | $57.7700 | $10,566 | 11/30/2011 | 182.89 | 5.40 | 0.00 |
| 11/30/2005 | 2005 Firmwide Principal | $47.2500 | $13,500 | 11/30/2010 | 285.72 | 10.49 | 0.00 |
| 11/30/2005 | 2005 Firmwide Discount | $47.2500 | $4,500 | 11/30/2010 | 95.24 | 3.60 | 0.00 |
| 12/09/2004 | 2004 Firmwide Principal | $32.1750 | $5,100 | 11/30/2009 | 158.50 | 7.12 | 0.00 |
| 12/09/2004 | 2004 Firmwide Discount | $32.1750 | $1,700 | 11/30/2009 | 52.84 | 2.40 | 0.00 |
| 12/10/2003 | 2003 Firmwide Principal | $26.7700 | $3,750 | 11/30/2008 | 140.08 | 7.48 | 0.00 |
| 12/10/2003 | 2003 Firmwide Discount | $26.7700 | $1,250 | 11/30/2008 | 46.70 | 2.55 | 0.00 |
| Total | | | $107,253 | | 2,406.53 | 71.54 | 0.00 |