UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re

LEHMAN BROTHERS HOLDINGS, INC.,
et al.,

                         Debtors.
-----------------------------------------------------------X

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

## ORDER APPROVING FEE COMMITTEE'S RECOMMENDATION OF APPOINTMENT OF SUCCESSOR INDEPENDENT MEMBER

Upon the recommendation of the Fee Committee to appoint Richard A. Gitlin as Successor Independent Member to the Fee Committee; and in accordance with the Fee Protocol, approved by Order of this Court dated May 26, 2009; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Fee Committee's recommendation to appoint Richard A. Gitlin, as Successor Independent Member of the Fee Committee, hereby is approved, and Mr. Gitlin hereby is appointed.

Dated: New York, New York
       January 24, 2011

                                       *s/ James M. Peck*
                                       Honorable James M. Peck
                                       United States Bankruptcy Judge