To:

Chambers of the Honorable James M. Peck

One Bowling Green

Courtroom 601

New York, NY 10004

RECEIVED JAN 10 2011 U.S. BANKRUPTCY COURT, SDNY JMP

United States Bankruptcy Court

Southern District Of New York

In re

Lehman Brothers Holdings Inc., Et Al.,

    Debtors,

LBH OMNI#73 12-07-2010 (MERDEZ, TXNUM2) 40000698833  BAR (23) MAILID ***000037527939***   BSIUSE: 326

CHAPTER 11 Case No. 08-13555 (JMP) (Jointly Administered)

Notice of Hearing on Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claims as Equity Interests)

CLAIM TO BE RECLASSIFIED for:

Marie Mazziotti
461 West 44th St. #2D
New York, NY 10036
Debtor: 08-13555
Classification: Unsecured

Please consider this response an official objection to reclassifying my claim (#21911) as Equity INTERESTS. The claim in question refers to Restricted Stock Units ("RSUs") paid as deferred compensation over a five year period. These "RSUs" were awarded but never issued or exercisable and held in bulk by Lehman Brothers Holdings. Therefore, in my opinion, the "RSUs" should not be considered Equity Interests.

Dated: 1/4/11 JANUARY 4, 2011

Marie Mazziotti
461 West 44th St. #2D
New York, NY 10036    Phone: 917-822-9693

/s/ Marie Mazziotti 1/4/11