UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                          :
:
-------------------------------------------------------------------x    Ref. Docket Nos. 13967, 13969-
13973, 13978 & 13979

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 20, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
24th day of January, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 13967, 13969-13973, 13978 & 13979_AFF_01-20-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
| 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
| (Jointly Administered)
Debtors. |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  RAIFFEISEN CENTROBANK AG
         TEGETTHOFFSTRASSE 1
         VIENNA    1015
         AUSTRIA

Please note that your claim # 56717-04 in the above referenced case and in the amount of
         $3,867,071.48        has been transferred **(unless previously expunged by court order)**

         JPMORGAN CHASE BANK, N.A.
         TRANSFEROR: RAIFFEISEN CENTROBANK AG
         ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
         ONE CHASE MANHATTAN PLAZA - FLOOR 26
         NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13967    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/20/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 20, 2011.

**EXHIBIT B**

```
TIME: 15:16:56                                LEHMAN BROTHERS HOLDING INC.                                                                                              PAGE: 1
DATE: 01/20/11                                     CREDITOR LISTING
```

| Name | Address |
|---|---|
| ACTA ASSET MANAGEMENT ASA | TRANSFEROR: UDDENBERG, EVA BOREHAUGEN 1 STAVANGER 4006 NORWAY |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: SMBC CAPITAL MARKETS LIMITED C/O JP MORGAN CHASE & CO, MAIL CODE NY1-A436 ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: RAIFFEISEN CENTROBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LATAJ GROUP LLC | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: PHARO MACRO FUND, LTD ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| RAIFFEISEN CENTROBANK AG | TEGETTHOFFSTRASSE 1 VIENNA 1015 AUSTRIA |
| REALCLUB HOLDINGS LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O RICHARDS KIBBE & ORBE LLP ATTN:MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ROYAL BANK AMERICA | ATTN: JAMES MCSWIGGEN ROYAL BANK OF PENNSYLVANIA 732 MONTGOMERY AVENUE NARBERTH PA 19072 |
| ROYAL BANK AMERICA | ATTN: MCSWIGGEN JAMES ROYAL BANK OF PENNSYLVANIA 732 MONGOMERY AVENUE NARBERTH PA 19072 |
| THE ROYAL BANK OF SCOTLAND PLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: ROYAL BANK AMERICA ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: ROYAL BANK AMERICA ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| UDDENBERG, EVA | ARENDALA 721 LUND 5-22478 SWEDEN |

Total Number of Records Printed     14

EPIQ BANKRUPTCY SOLUTIONS, LLC