UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
           Debtors.                                              :
                                                                 :    Ref. Docket Nos. 13987, 13991,
                                                                 :    13993, 13996-14000, 14002-14004
-----------------------------------------------------------------x    14006 & 14007
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS COMMODITY                                        :    08-13885 (JMP)
SERVICES INC., *et al.*,                                         :    (Jointly Administered)
           Debtors.                                              :
                                                                 :    Ref. Docket No. 36
                                                                 :
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS SPECIAL FINANCING                                :    08-13888 (JMP)
INC.,                                                            :    (Jointly Administered)
           Debtors.                                              :
                                                                 :    Ref. Docket No. 188
                                                                 :
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN COMMERCIAL PAPER INC.,                                    :    08-13900 (JMP)
                                                                 :    (Jointly Administered)
           Debtors.                                              :
                                                                 :    Ref. Docket No. 32
                                                                 :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

T:\Clients\LBH\Affidavits\Transfers\Transfers 13987, 13991, 13993, 13996-14000, 14002-14004, 14006 & 14007; (08-13885 DI 36) (08-13888
DI 188) (08-13900 DI 32)_AFF_01-21-11.doc

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 21, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                       /s/ *Lauren Rodriguez*
                                                                                                       Lauren Rodriguez

Sworn to before me this
24th day of January, 2011
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

- 2 -

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
| 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
| (Jointly Administered)
Debtors. |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: IRCEM RETRAITE
261, AVENUE DES NATIONS UNIES
ROUBAIX   59100
FRANCE

IRCEM RETRAITE
GIDE LOYRETTE NOUEL LLP
ATTN: VANESSA TOLLIS, ESQ.
120 W. 45TH STREET, 19TH FLOOR
NEW YORK NY 10036 USA

Please note that your claim # 55842 in the above referenced case and in the amount of
$18,030,796.00     has been transferred **(unless previously expunged by court order)**

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: IRCEM RETRAITE
ATTN: SUSAN MCNAMARA
ONE CHASE MANHATTAN PLAZA, FLOOR 26
MAILING CODE NY1-A-436
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13987    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/21/2011                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 21, 2011.

# EXHIBIT B

```
TIME: 12:34:06                              LEHMAN BROTHERS HOLDING INC.                                           PAGE:    1
DATE: 01/21/11                                   CREDITOR LISTING

Name                                         Address
BANCO ESPIRITO SANTO S.A., SUCURSAL EN       TRANSFEROR: SOSGARDEL, S.A. ATTN: FERNANDO RODRIGUEZ C/SERRANO, 88 MADRID 28006 SPAIN
ESPANA
BARCLAYS BANK PLC                            TRANSFEROR: CC ARBITRAGE, LTD. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: EUROPEAN AERONAUTIC DEFENCE & SPACE CO (EADS) N.V. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS CAPITAL INC                         TRANSFEROR: MISYS PLC TIMOTHY BASS, JORMEN VALLECILLO & PAUL ZEDLOVICH 745 SEVENTH AVENUE NEW YORK NY 10019
CC ARBITRAGE, LTD.                           SIDLEY AUSTIN LLP 787 SEVENTH AVENUE ATTN : JAIME SENIOR AND ROBERT SCHEININGER NEW YORK NY 10019
CC ARBITRAGE, LTD.                           SIDLEY AUSTIN LLP ATTN: JAIME SENIOR & ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
CVI GVF LUXEMBOURG FOURTEEN S.A.R.L.         TRANSFEROR: LUMINUS ENERGY PARTNERS MASTER FUND LTD. ATTN: ALAN WEINE 111 W. JACKSON BLVD., 20TH FLOOR CHICAGO IL 60604
                                             TRANSFEROR: VISIONGAIN CHINA ABSOLUTE RETURN MASTER FUND C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM
                                             SURREY KT112PD UNITED KINGDOM
EUROPEAN AERONAUTIC DEFENCE & SPACE CO       C/O EADS DEUTSCHLAND GMBH CF/FT/T, WILLY MESSERSCHMITT STR., OTTOBRUNN 85521 GERMANY
(EADS) N.V.
EUROPEAN AERONAUTIC DEFENCE & SPACE CO       C/O EADS DEUTSCHLAND GMBH, CF/FT/T, WILLY MESSERSCHMITT STR., OTTOBRUNN 85521 GERMANY
(EADS) N.V.
IRCEM RETRAITE                               261, AVENUE DES NATIONS UNIES ROUBAIX 59100 FRANCE
IRCEM RETRAITE                               GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036
JPMORGAN CHASE BANK, N.A.                    TRANSFEROR: IRCEM RETRAITE ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA,FLOOR 26 MAILING CODE NY1-A-436 NEW YORK NY 10005
MARQUARDT, HANS AND HILDEGARD                KORTEN REDDER 3 HAMBURG 22397 GERMANY
MISYS PLC                                    ATTN: THE COMPANY SECRETARY ONE KINGDOM STREET PADDINGTON LONDON W2 6BL UNITED KINGDOM
MISYS PLC                                    MICHAEL E. WILES DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022
NIKKO CORDIAL SECURITIES INC.                BAKER & MCKENZIE LLP ATTN: IRA A. REID 1 AVENUE OF AMERICAS NEW YORK NY 10036
NIKKO CORDIAL SECURITIES INC.                BAKER & MCKENZIE LLP ATTN: IRA A. REID 11 AVENUE OF AMERICAS NEW YORK NY 10036
NIKKO CORDIAL SECURITIES INC.                BAKER & MCKENZIE LLP ATTN: IRA R. REID 1114 AVENUE OF AMERICAS NEW YORK NY 10036
NIKKO CORDIAL SECURITIES INC.                TRANSFEROR: NIKKO CORDIAL SECURITIES INC. ATTN: HIDEYUKI SHINIKE 3-1 MARUNOUCHI, 3-CHROME, CHIYODA-KU TOKYO 100-8325 JAPAN
NIKKO CORDIAL SECURITIES INC.                TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD. ATTN: HIDEYUKI SHINIKE 3-1 MARUNOUCHI, 3-CHROME, CHIYODA-KU TOKYO 100-8325 JAPAN
NIKKO CORDIAL SECURITIES INC.                TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD. ATTN: HIDEYUKI SHINIKE 3-1 MARUNOUCHI, 3-CHROME, CHIYODA-KU TOKYO 100-8325 JAPAN
NIKKO CORDIAL SECURITIES INC.                TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD. ATTN: HIDEYUKI SHINIKE MARUNOUCHI 3-CHROME, CHIYODA-KU
                                             TOKYO 100-8325 JAPAN
NIKKO CORDIAL SECURITIES INC.                TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD. NIKKO CORDIAL SECURITIES INC, 3-1, ATTN: HIDEYUKI AHINIKE MARUNOUCHI 3-CHOME, CHIYOLE-KU
                                             TOYKO 100-8325 JAPAN
NIKKO CORDIAL SECURITIES INC.                TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD. NIKKO CORDIAL SECURITIES INC, 3-1, ATTN: HIDEYUKI SHINIKE MARUNOUCH 3-CHOME,CHIYODA-KU
                                             TOKYO 100-8325 JAPAN
NIKKO CORDIAL SECURITIES INC.                TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD.NIKKO CORDIAL SECURITIES INC., 3-1, ATTN: HIDEYUKI AHINIKE
                                             MARUNOUCHI 3-CHOME, CHIYODA-KU TOYKO 100-8325 JAPAN
NIKKO CORDIAL SECURITIES INC.                TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD. NIKKO CORDIAL SECURITIES INC., 3-1, ATTN:HIDEYUKI SHINIKE MARUNOUCHI 3-CHOME, CHIYODA-KU
                                             TOKYO 100-8325 JAPAN
NOMURA INTERNATIONAL PLC                     TRANSFEROR: MARQUARDT, HANS AND HILDEGARD 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
SMBC FRIEND SECURITIES CO., LTD.             YAMATANE BLDG, 7-12, NIHONBASHI-KABUTOCHO, CHUO-KU TOKYO 103-8221 JAPAN
SOSGARDEL, S.A.                              C/ SERRANO 63, ESC. 3, 1 O DCHA MADRID 28006 SPAIN
VISIONGAIN CHINA ABSOLUTE RETURN MASTER      SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
FUND
YORVIK PARTNERS LLP                          TRANSFEROR: BANCO ESPIRITO SANTO S.A., SUCURSAL EN ESPANA 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed        32
```

EPIQ BANKRUPTCY SOLUTIONS, LLC