B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors</u>.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>CVI GVF Luxembourg Twelve S.a.r.l.</u>        <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): <u>66655 (26.455026455%</u>
should be sent:                                    <u>of such claim) (which amended 14212)</u>
                                                   Amount of Claim as Filed: <u>$94,500,000.00</u>
                                                   Amount of Claim Transferred: <u>$25,000,000.00</u>
                                                   Date Claim Filed: <u>May 20, 2010 (originally filed</u>
                                                   <u>September 16, 2009)</u>
                                                   Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____          Phone: <u>(212)934-3921</u>
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

610637.2/153-05639                    15

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
BY CARVAL INVESTORS UK LIMITED

By: _____        Date: _26ᵗʰ August 2010_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.