UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re Lehman Brothers Holdings Inc., Case No. 08-13555

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:

CVF LUX MASTER S.A.R.L.

Name of Transferor:

UBS AG, STAMFORD BRANCH

Name and Address where notices to transferee should be sent:

CVF Lux Master S.a.r.l.
C/O Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey
KT11 2PD
UK
Attn: Annemarie Jacobsen
Email: Annemarie.jacobsen@carval.com
Tel: 00 44 1932 86 1594
Fax: 00 44 1932 576 012

Court Claim # (if known): 28160, 28161, 28162, 28163, 28164, 28165

Amount of Claim: $2,772,294.88, $2,772,294.88, $1,403,713.17, $1,403,713.17, $1,910,539.92 & $1,910,539.92 respectively

Date Claim Filed: September 22, 2009

Phone:

Last Four Digits of Acct #:

Phone:

Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 30TH DECEMBER 2010
Transferee/Transferee's Agent

DOC ID-11037618.6
107-1000/AGR/2918180.2

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG, STAMFORD BRANCH

    UBS AG, STAMFORD BRANCH ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to UBS AG, STAMFORD BRANCH, its successors and assigns, CVF LUX MASTER S.A.R.L. ("BUYER"), all right, title and interest in and to the following claims of SELLER against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Holdings Inc., and their affiliates in the United States Bankruptcy Court, Southern District of New York, Case No. 08-1355, in the listed amounts (collectively, the "Claim")

| Claim No. | Claim Amount |
|---|---|
| 28160 | $2,772,294.88 |
| 28161 | $2,772,294.88 |
| 28162 | $1,403,713.17 |
| 28163 | $1,403,713.17 |
| 28164 | $1,910,539.92 |
| 28165 | $1,910,539.92 |

    SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

    IN WITNESS WHEREOF, dated as of the 30th day of December, 2010.

CVF LUX MASTER S.A.R.L.
By: CARVAL INVESTORS UK LIMITED, Its Attorney-in-Fact

By: _____
Name: R. WARD
Title: DIRECTOR

UBS AG, STAMFORD BRANCH
By: UBS Securities LLC, as agent

By:_____
    Name:
    Title:

By:_____
    Name:
    Title:

DOC ID-11037618.6
107-1000/AGR/2918180.2

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG, STAMFORD BRANCH

UBS AG, STAMFORD BRANCH ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to, CVF LUX MASTER S.A.R.L., its successors and assigns ("BUYER"), all right, title and interest in and to the following claims of SELLER against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Holdings Inc., and their affiliates in the United States Bankruptcy Court, Southern District of New York, Case No. 08-1355, in the listed amounts (collectively, the "Claim")

| Claim No. | Claim Amount |
|---|---|
| 28160 | $2,772,294.88 |
| 28161 | $2,772,294.88 |
| 28162 | $1,403,713.17 |
| 28163 | $1,403,713.17 |
| 28164 | $1,910,539.92 |
| 28165 | $1,910,539.92 |

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 30 day of December, 2010.

**CVF LUX MASTER S.A.R.L.**
By: CARVAL INVESTORS UK LIMITED, Its Attorney-in-Fact

By: _____
Name:
Title:

**UBS AG, STAMFORD BRANCH**
By: UBS Securities LLC, as agent

By: _____
Name:
Title:

Stephen Scanapieco
Associate Director
Banking Products
Services, US

By: _____
Name: Joselin Fernandes
Title: Associate Director
Banking Products
Services, US

DOC ID-11037618.6
107-1000/AGR/2918180.2