Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,　　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(**Jointly Administered**)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Debeka Krankenversicherungsverein a.G. |

Name and Address where notices to transferee should be sent:

| | |
|---|---|
| Deutsche Bank AG, London Branch<br>Winchester House, 1 Great Winchester Street<br>London EC2N 2DB<br>Tel: +44 20 7547 2400<br>Fax: +44 113 336 2010<br>Attention: Philipp Roever<br>E-mail: philipp.roever@db.com | Court Claim # (if known):  21443<br>Amount of Claim: $14,544,830.33<br>Date Claim Filed: September 21, 2009<br><br>Tel: N/A |
| Last Four Digits of Acct. #:  N/A | Last Four Digits of Acct. #:  N/A |

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 0062
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____　　　　　Date: January 24th, 2011
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transfer of LBHI Claim # **21443**

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 21443

It is hereby certified that **Debeka Krankenversicherungsverein a.G.** ("Seller") has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Seller's claim in the principal amount of US **$14,544,830.33** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) to:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Philipp Roever
E-mail: michael.sutton@db.com / philipp.roever@db.com

its successors and assigns ("Buyer") by assignment agreement dated 16 December 2010.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16th day of December 2010.

| Debeka Krankenversicherungsverein a.G. | Deutsche Bank AG, London Branch |
|---|---|
| Name: Thomas John / K. Carl Frank | Name: Ross Miller, Director / Michael Sutton, Managing Director |
| Title: | Title: |

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
                                               (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                            Name of Transferor

Deutsche Bank AG, London Branch               Debeka Lebensversicherungsverein a.G.

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch               Court Claim # (if known):  21444
Winchester House, 1 Great Winchester Street   Amount of Claim: $29,158,389.35
London EC2N 2DB                               Date Claim Filed: September 21, 2009
Tel: +44 20 7547 2400
Fax: +44 113 336 2010                         Tel: N/A
Attention: Philipp Roever
E-mail: philipp.roever@db.com

Last Four Digits of Acct. #:  N/A             Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 0062
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____           Date: January 24th, 2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transfer of LBHI Claim # 21443

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
       Southern District of New York (the "Bankruptcy Court")
       Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:    In re Lehman Brothers Holdings Inc., et al.,

CASE NO.    Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.    21444

It is hereby certified that **Debeka Lebensversicherungsverein a.G.** ("Seller") has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Seller's claim in the principal amount of US **$29,158,389.35** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) to:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Philipp Roever
E-mail: michael.sutton@db.com / philipp.roever@db.com

its successors and assigns ("Buyer") by assignment agreement dated 16 December 2010.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16th day of December 2010.

| Debeka Lebensversicherungsverein a.G. | Deutsche Bank AG, London Branch |
|---|---|
| Name: Thomas Sehn / Carl Frank | Name: Ross Miller / Michael Sutton |
| Title: | Title: Director / Managing Director |

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,       Case No. 08-13555 (JMP)
                                                                (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Deutsche Hypothekenbank (Actien-Gesellschaft) |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch           Court Claim # (if known): 21895
Winchester House, 1 Great Winchester Street    Amount of Claim: $7,049,012.48
London EC2N 2DB                               Date Claim Filed: September 21, 2009
Tel: +44 20 7547 2400
Fax: +44 113 336 2010                                Tel: N/A
Attention: Philipp Roever
E-mail: philipp.roever@db.com

Last Four Digits of Acct. #: N/A                 Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 0062
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____                                Date: January 24th, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A/B – Transfer of LBHI Claim # **21895**

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 21895

It is hereby certified that **Deutsche Hypothekenbank (Actien-Gesellschaft)**, of Georgsplatz 8, 30159 Hannover, Germany ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Seller's claim in the principal amount of US $7,049,012.48 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) to:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Philipp Roever
E-mail: michael.sutton@db.com / philipp.roever@db.com

its successors and assigns ("Buyer") by assignment agreement dated 21 December 2010.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21 day of December 2010.

| Deutsche Hypothekenbank (Actien-Gesellschaft) | Deutsche Bank AG, London Branch |
|---|---|
| Name: *[signature]* | Name: *[signature]* Anil Das |
| Title: | Title: Ross Miller, Director |

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                             Name of Transferor

Deutsche Bank AG, London Branch                Keshet Debentures Limited

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch                Court Claim # (if known):  50504
Winchester House, 1 Great Winchester Street    Amount of Claim: $81,518,861.00
London EC2N 2DB                                Date Claim Filed: October 28, 2009
Tel: +44 20 7547 2400
Fax: +44 113 336 2010                          Tel: N/A
Attention: Philipp Roever
E-mail:  philipp.roever@db.com

Last Four Digits of Acct. #:  N/A              Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 0062
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____         Date:  January 24th, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER (Guarantor)**

TO:    United States Bankruptcy Court/Southern District of New York

Keshet Debentures Ltd, a company organized under the laws of Israel, with offices located at 7, Jabotinsky st. Ramat-Gan, Israel ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG London, with offices located at Winchester House, 1 Great Winchester St. London EC2N 2DB ("**Buyer**"), all rights, title and interest in and to the claims of Seller against **LEHMAN BROTHERS HOLDINGS INC (and its affiliates)** to the extent of $81,518,861.00, docketed as Claim No. 08-13555 (JMP) (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognising this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ___ day of January, 2011.

**Keshet Debentures Ltd.**

By: _____
(Signature of authorised corporate officer)

Name: ERAN FUCHS, MOTI MAARAVI
Title: Directors
Tel.: 972-3-7538511

WITNESS:

_____
(Signature)

Name: YAEL AHI DROR
Title: Legal Counsel
(Print name and title of witness)

**Deutsche Bank AG London**

By: _____
(Signature of authorised corporate officer)

Name: Michael Sutton / Ross Miller
Title: Managing Director / Director
Tel.: +44 207 547 0062

WITNESS:

_____
(Signature)

Name: Philipp Reeves
Title: VP
(Print name and title of witness)

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Matbeot Olam (World Currencies) Ltd. |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Philipp Roever
E-mail: philipp.roever@db.com

Court Claim # (if known): 50505
Amount of Claim: $25,165,500.00
Date Claim Filed: October 28, 2009

Tel: N/A

Last Four Digits of Acct. #: N/A          Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 0062
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: January 24th, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER (Guarantor)**

TO:   United States Bankruptcy Court/Southern District of New York

Matbeot Olam (world currencies) Limited, a company organized under the laws of Israel, with offices located at 7, Jabotinsky st. Ramat-Gan, Israel ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG London, with offices located at Winchester House, 1 Great Winchester St. London EC2N 2DB ("**Buyer**"), all rights, title and interest in and to the claims of Seller against **LEHMAN BROTHERS HOLDINGS INC (and its affiliates)** to the extent of $25,165,500.00, docketed as Claim No. 08-13555 (JMP) (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognising this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ___ day of January, 2011.

**Matbeot Olam (World Currencies) Ltd.**

By: _____
(Signature of authorised corporate officer)

Name: ERAN FUCHS, RONI BERAH
Title: Directors
Tel.: 972-3-7538511

WITNESS:

_____
(Signature)

Name: YAEL AHI DROR
Title: Legal Counsel
(Print name and title of witness)

**Deutsche Bank AG London**

By: _____
(Signature of authorised corporate officer)

Name: Ross Miller
Title: Director
Tel.: +44 207 547 0062

WITNESS:

_____
(Signature)

Name: Philipp Roevu
Title: VP
(Print name and title of witness)