Valewood Farm House
Bell Vale Lane
Haslemere
Surrey
GU27 3DJ

Hon James M Peck
One Bowling Green
New York
New York 10004
Courtroom 601

20th December 2010

Dear Sir,

**Re Lehman Brothers Holdings Inc et al
United States Bankruptcy Court, Southern District of New York
Chapter 11 case No
08 - 13555 (JMP)
Claim number 15690**

**Objection to claim (to reclassify proofs of claim as equity interests).**

I Christopher A Statham of Valewood Farm House, Bell Vale Lane, Haslemere, Surrey, GU27 3DJ, United Kingdom hereby makes an objection to my claim for $42,941.00 being reclassified as an equity interest.

At the time of the appointment of administrators to Lehman Brothers, deductions had been made from my payroll of $42,941.00 which would have been converted into CSA's at the end of the financial year - 30th November 2008. However this money was never used for this purpose and, in accordance with company policy, was held in an escrow account for the benefit of the employee, namely myself. On this basis I believe my claim is valid and the due money returned.

Yours sincerely,

Christopher A Statham

Telephone  00 44 1428 654209



C A C Statham Monthly RSU Deductions
December 2007 – September 2008

Re: Lehman Brothers Holdings Inc
Unique ID No: 555057590
Chapter 11 Case No: 08-13555(JMP)

|  | $ |
|---|---|
| December 2007 | 7,131.08 |
| January 2008 | 7,738.55 |
| February 2008 | 10,526.97 |
| March 2008 | 3,790.11 |
| April 2008 | 5,149.91 |
| May 2008 | 5,396.37 |
| June 2008 | 11,896.40 |
| July 2008 | 4,765.01 |
| August 2008 | 2,439.97 |
|  | 58,834.37 |
| less: interim payment in July 2008 for RSUs | - 15,893.00 |
| Total Claim | 42,941.37 |