## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| XS0223590612 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 10'000 |