WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

**QUARTERLY REPORT PURSUANT TO ORDER ESTABLISHING**
**PROCEDURES FOR THE DEBTORS TO COMPROMISE AND SETTLE**
**PREPETITION CLAIMS ASSERTED BY THE DEBTORS AGAINST THIRD PARTIES**

Pursuant to the Order Pursuant to Sections 105(a) and Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing the Establishment of Procedures for the Debtors to Compromise and Settle Prepetition Claims Asserted by the Debtors Against Third Parties, entered on January 14, 2010 (the "Order") [Dkt. No. 6656],[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to compromise and settle Prepetition Ordinary Course Claims in accordance with the Settlement Procedures set forth in the Order.

In accordance with the Order, the Debtors hereby file the quarterly report, annexed hereto as Exhibit A, of all Settlements entered into pursuant to the authority granted in

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

the Order for the period from October 1, 2010 to and including December 31, 2010.

Dated:  January 25, 2011
       New York, New York

                               /s/ Shai Y. Waisman
                               Shai Y. Waisman

                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York 10153
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007

                               Attorneys for Debtors
                               and Debtors in Possession

## **Exhibit A**

| Prepetition Ordinary Course Claim Settlements Report | |
|---|---|
| Number of Settlements Entered Into During Previous Quarterly Period (October 2010 – December 2010) | Aggregate Amount of Prepetition Ordinary Course Claims Settled During Previous Quarterly Period (October 2010 – December 2010) |
| 1 | $27,600.00 |