UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                              :

**In re**                             :    **Chapter 11 Case No.**
                              :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :    **08-13555 (JMP)**
                              :    **(Jointly Administered)**

**Debtors.**                     :

                              :    **Ref. Docket No. 14105**

------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 21, 2011, I caused to be served the "Monthly Operating Report June 2010 - Supplemental," dated January 21, 2011 [Docket No. 14105], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.  to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Elisabetta G. Gasparini, Andrea B. Schwartz, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      _____
                                                       Pete Caris

Sworn to before me this
24th day of January, 2011

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | asnow@ssbb.com |
| aalfonso@willkie.com | atrehan@mayerbrown.com |
| abraunstein@riemerlaw.com | aunger@sidley.com |
| acaton@kramerlevin.com | austin.bankruptcy@publicans.com |
| acker@chapman.com | avenes@whitecase.com |
| adam.brezine@hro.com | azylberberg@whitecase.com |
| adarwin@nixonpeabody.com | bankr@zuckerman.com |
| adg@adorno.com | bankruptcy@goodwin.com |
| adiamond@diamondmccarthy.com | bankruptcy@morrisoncohen.com |
| aeckstein@blankrome.com | bankruptcymatters@us.nomura.com |
| aentwistle@entwistle-law.com | barbra.parlin@hklaw.com |
| afriedman@irell.com | bbisignani@postschell.com |
| agbanknewyork@ag.tn.gov | bdk@schlamstone.com |
| aglenn@kasowitz.com | bgraifman@gkblaw.com |
| agold@herrick.com | bguiney@pbwt.com |
| ahammer@freebornpeters.com | bhinerfeld@sbtklaw.com |
| aisenberg@saul.com | bill.freeman@pillsburylaw.com |
| akantesaria@oppenheimerfunds.com | bkmail@prommis.com |
| alesia.pinney@infospace.com | bmanne@tuckerlaw.com |
| amarder@msek.com | bmiller@mofo.com |
| amcmullen@boultcummings.com | boneill@kramerlevin.com |
| amenard@tishmanspeyer.com | bpershkow@profunds.com |
| andrew.brozman@cliffordchance.com | brian.corey@greentreecreditsolutions.com |
| andrew.lourie@kobrekim.com | brian.pfeiffer@friedfrank.com |
| angelich.george@arentfox.com | bromano@willkie.com |
| ann.reynaud@shell.com | brosenblum@jonesday.com |
| anthony_boccanfuso@aporter.com | broy@rltlawfirm.com |
| aoberry@bermanesq.com | btrust@mayerbrown.com |
| aostrow@beckerglynn.com | btupi@tuckerlaw.com |
| apo@stevenslee.com | bturk@tishmanspeyer.com |
| aquale@sidley.com | bwolfe@sheppardmullin.com |
| araboy@cov.com | bzabarauskas@crowell.com |
| arahl@reedsmith.com | cahn@clm.com |
| arheaume@riemerlaw.com | calbert@reitlerlaw.com |
| arlbank@pbfcm.com | canelas@pursuitpartners.com |
| arosenblatt@chadbourne.com | carlsons@sullcrom.com |
| arthur.rosenberg@hklaw.com | carol.weinerlevy@bingham.com |
| arwolf@wlrk.com | cbelisle@wfw.com |
| aseuffert@lawpost-nyc.com | cbelmonte@ssbb.com |
| ashaffer@mayerbrown.com | cbrotstein@bm.net |
| ashmead@sewkis.com | cgoldstein@stcwlaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

charu.chandrasekhar@wilmerhale.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christian.spieler@lehman.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dckaufman@hhlaw.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

dirk.roberts@ots.treas.gov

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dladdin@agg.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

douglas.bacon@lw.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpiazza@hodgsonruss.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

dwdykhouse@pbwt.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| dwildes@stroock.com | gravert@mwe.com |
| dworkman@bakerlaw.com | gspilsbury@jsslaw.com |
| easmith@venable.com | guzzi@whitecase.com |
| echang@steinlubin.com | hanh.huynh@cwt.com |
| ecohen@russell.com | harrisjm@michigan.gov |
| efile@willaw.com | harveystrickon@paulhastings.com |
| efleck@milbank.com | hbeltzer@mayerbrown.com |
| efriedman@friedumspring.com | hbeltzer@morganlewis.com |
| egeekie@schiffhardin.com | heidi@crumbielaw.com |
| eglas@mccarter.com | heim.steve@dorsey.com |
| ehollander@whitecase.com | heiser@chapman.com |
| ekbergc@lanepowell.com | helmut.olivier@lehman.com |
| eli.mattioli@klgates.com | hirsch.robert@arentfox.com |
| elizabeth.harris@klgates.com | hollace.cohen@troutmansanders.com |
| ellen.halstead@cwt.com | holsen@stroock.com |
| eobrien@sbchlaw.com | howard.hawkins@cwt.com |
| eric.johnson@hro.com | hseife@chadbourne.com |
| eschaffer@reedsmith.com | hsnovikoff@wlrk.com |
| eschwartz@contrariancapital.com | ian.levy@kobrekim.com |
| esmith@dl.com | icatto@kirkland.com |
| ezujkowski@emmetmarvin.com | igoldstein@dl.com |
| ezweig@optonline.net | ilevee@lowenstein.com |
| fbp@ppgms.com | info2@normandyhill.com |
| feldsteinh@sullcrom.com | ira.herman@tklaw.com |
| ffm@bostonbusinesslaw.com | isgreene@hhlaw.com |
| fhyman@mayerbrown.com | israel.dahan@cwt.com |
| fishere@butzel.com | iva.uroic@dechert.com |
| francois.janson@hklaw.com | jacobsonn@sec.gov |
| frank.white@agg.com | jafeltman@wlrk.com |
| fsosnick@shearman.com | james.mcclammy@dpw.com |
| fyates@sonnenschein.com | james.sprayregen@kirkland.com |
| gabriel.delvirginia@verizon.net | jamestecce@quinnemanuel.com |
| gary.ticoll@cwt.com | jar@outtengolden.com |
| gbray@milbank.com | jason.jurgens@cwt.com |
| george.davis@cwt.com | jay.hurst@oag.state.tx.us |
| geraci@thalergertler.com | jay@kleinsolomon.com |
| ggitomer@mkbattorneys.com | jbecker@wilmingtontrust.com |
| giddens@hugheshubbard.com | jbeemer@entwistle-law.com |
| gkaden@goulstonstorrs.com | jbird@polsinelli.com |
| glenn.siegel@dechert.com | jbromley@cgsh.com |
| gmoss@riemerlaw.com | jcarberry@cl-law.com |

-3-

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| jchristian@tobinlaw.com | jmcginley@wilmingtontrust.com |
| jdrucker@coleschotz.com | jmelko@gardere.com |
| jdyas@halperinlaw.net | jmerva@fult.com |
| jean-david.barnea@usdoj.gov | jmmurphy@stradley.com |
| jeannette.boot@wilmerhale.com | jmr@msf-law.com |
| jeff.wittig@coair.com | john.mcnicholas@dlapiper.com |
| jeffrey.sabin@bingham.com | john.monaghan@hklaw.com |
| jeldredge@velaw.com | john.rapisardi@cwt.com |
| jen.premisler@cliffordchance.com | john@crumbielaw.com |
| jennifer.demarco@cliffordchance.com | joli@crlpc.com |
| jennifer.gore@shell.com | jorbach@hahnhessen.com |
| jeremy.eiden@state.mn.us | joseph.cordaro@usdoj.gov |
| jessica.fink@cwt.com | joseph.scordato@dkib.com |
| jfalgowski@reedsmith.com | joshua.dorchak@bingham.com |
| jflaxer@golenbock.com | jowen769@yahoo.com |
| jfox@joefoxlaw.com | jpintarelli@mofo.com |
| jfreeberg@wfw.com | jpintarelli@mofo.com |
| jg5786@att.com | jporter@entwistle-law.com |
| jgarrity@shearman.com | jprol@lowenstein.com |
| jgenovese@gjb-law.com | jrabinowitz@rltlawfirm.com |
| jguy@orrick.com | jrsmith@hunton.com |
| jherzog@gklaw.com | jschwartz@hahnhessen.com |
| jhiggins@fdlaw.com | jsheerin@mcguirewoods.com |
| jhorgan@phxa.com | jshickich@riddellwilliams.com |
| jhuggett@margolisedelstein.com | jsmairo@pbnlaw.com |
| jhuh@ffwplaw.com | jstoll@mayerbrown.com |
| jim@atkinslawfirm.com | jtimko@allenmatkins.com |
| jjoyce@dresslerpeters.com | jtimko@shutts.com |
| jjtancredi@daypitney.com | jtougas@mayerbrown.com |
| jjureller@klestadt.com | judy.morse@crowedunlevy.com |
| jkehoe@sbtklaw.com | jwallack@goulstonstorrs.com |
| jlamar@maynardcooper.com | jwang@sipc.org |
| jlawlor@wmd-law.com | jwcohen@daypitney.com |
| jlee@foley.com | jweiss@gibsondunn.com |
| jlevitin@cahill.com | jwest@velaw.com |
| jlipson@crockerkuno.com | jwh@njlawfirm.com |
| jliu@dl.com | jwhitman@entwistle-law.com |
| jlovi@steptoe.com | k4.nomura@aozorabank.co.jp |
| jlscott@reedsmith.com | karen.wagner@dpw.com |
| jmaddock@mcguirewoods.com | kdwbankruptcydepartment@kelleydrye.com |
| jmazermarino@msek.com | keckhardt@hunton.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| keith.simon@lw.com | lschweitzer@cgsh.com |
| ken.coleman@allenovery.com | lthompson@whitecase.com |
| ken.higman@hp.com | lubell@hugheshubbard.com |
| kgwynne@reedsmith.com | lwhidden@salans.com |
| kiplok@hugheshubbard.com | mabrams@willkie.com |
| kkelly@ebglaw.com | maofiling@cgsh.com |
| klyman@irell.com | marc.chait@standardchartered.com |
| kmayer@mccarter.com | margolin@hugheshubbard.com |
| kobak@hugheshubbard.com | maria.ginzburg@kirkland.com |
| korr@orrick.com | mark.deveno@bingham.com |
| kostad@mofo.com | mark.ellenberg@cwt.com |
| kovskyd@pepperlaw.com | mark.houle@pillsburylaw.com |
| kowens@foley.com | mark.sherrill@sutherland.com |
| kpiper@steptoe.com | martin.bury@lehman.com |
| kressk@pepperlaw.com | martin.davis@ots.treas.gov |
| kreynolds@mklawnyc.com | marvin.clements@ag.tn.gov |
| krosen@lowenstein.com | matthew.klepper@dlapiper.com |
| krubin@ozcap.com | matthew.morris@lovells.com |
| kstahl@whitecase.com | mbenner@tishmanspeyer.com |
| kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| kurt.mayr@bgllp.com | mbienenstock@dl.com |
| lacyr@sullcrom.com | mbossi@thompsoncoburn.com |
| landon@streusandlandon.com | mcademartori@sheppardmullin.com |
| lawallf@pepperlaw.com | mcordone@stradley.com |
| lberkoff@moritthock.com | mcto@debevoise.com |
| lee.stremba@troutmansanders.com | mdorval@stradley.com |
| lgranfield@cgsh.com | meltzere@pepperlaw.com |
| lhandelsman@stroock.com | metkin@lowenstein.com |
| linda.boyle@twtelecom.com | mfeldman@willkie.com |
| lisa.ewart@wilmerhale.com | mgordon@briggs.com |
| lisa.kraidin@allenovery.com | mgreger@allenmatkins.com |
| ljkotler@duanemorris.com | mhanchet@mayerbrown.com |
| lmarinuzzi@mofo.com | mhopkins@cov.com |
| lmay@coleschotz.com | michael.bonacker@lehman.com |
| lmcgowen@orrick.com | michael.frege@cms-hs.com |
| lml@ppgms.com | michael.kim@kobrekim.com |
| lmolfetta@mayerbrown.com | millee12@nationwide.com |
| lnashelsky@mofo.com | miller@taftlaw.com |
| loizides@loizides.com | mimi.m.wong@irscounsel.treas.gov |
| lromansic@steptoe.com | mitchell.ayer@tklaw.com |
| lscarcella@farrellfritz.com | mjacobs@pryorcashman.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mmurphy@co.sanmateo.ca.us

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarren@mtb.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

newyork@sec.gov

nfurman@scottwoodcapital.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

omeca.nedd@lovells.com

paronzon@milbank.com

patrick.oh@freshfields.com

patrick.schmitz-morkramer@lehman.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

pnichols@whitecase.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrostle@jenner.com

pwirt@ftportfolios.com

pwright@dl.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

rajohnson@akingump.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

rbeacher@daypitney.com

rbernard@bakerlaw.com

rbyman@jenner.com

rchoi@kayescholer.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

rhs@mccallaraymer.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

ritkin@steptoe.com

rjones@boultcummings.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| rnorton@hunton.com | sgubner@ebg-law.com |
| robert.bailey@bnymellon.com | shannon.nagle@friedfrank.com |
| robert.dombroff@bingham.com | sharbeck@sipc.org |
| robert.henoch@kobrekim.com | shari.leventhal@ny.frb.org |
| robert.malone@dbr.com | shgross5@yahoo.com |
| robert.yalen@usdoj.gov | shumaker@pursuitpartners.com |
| robertdakis@quinnemanuel.com | sidorsky@butzel.com |
| robin.keller@lovells.com | slerner@ssd.com |
| ronald.silverman@bingham.com | slevine@brownrudnick.com |
| rqureshi@reedsmith.com | sloden@diamondmccarthy.com |
| rreid@sheppardmullin.com | smayerson@ssd.com |
| rroupinian@outtengolden.com | smillman@stroock.com |
| rrussell@andrewskurth.com | smulligan@bsblawyers.com |
| rterenzi@stcwlaw.com | snewman@katskykorins.com |
| rtrust@cravath.com | sory@fdlaw.com |
| russj4478@aol.com | spiotto@chapman.com |
| rwasserman@cftc.gov | splatzer@platzerlaw.com |
| rwyron@orrick.com | squigley@lowenstein.com |
| s.minehan@aozorabank.co.jp | sree@lcbf.com |
| sabin.willett@bingham.com | sselbst@herrick.com |
| sabramowitz@velaw.com | sshimshak@paulweiss.com |
| sagolden@hhlaw.com | steele@lowenstein.com |
| sally.henry@skadden.com | stephen.cowan@dlapiper.com |
| sandyscafaria@eaton.com | steve.ginther@dor.mo.gov |
| sara.tapinekis@cliffordchance.com | steven.wilamowsky@bingham.com |
| sbernstein@hunton.com | streusand@streusandlandon.com |
| scargill@lowenstein.com | susan.schultz@newedgegroup.com |
| schannej@pepperlaw.com | susheelkirpalani@quinnemanuel.com |
| schepis@pursuitpartners.com | swolowitz@mayerbrown.com |
| schnabel.eric@dorsey.com | szuch@wiggin.com |
| schristianson@buchalter.com | tannweiler@greerherz.com |
| schwartzmatthew@sullcrom.com | tarbit@cftc.gov |
| scott.gibson@dubaiic.com | tbrock@ssbb.com |
| scottshelley@quinnemanuel.com | tduffy@andersonkill.com |
| scousins@armstrongteasdale.com | teresa.oxford@invescoaim.com |
| sdnyecf@dor.mo.gov | tgoren@mofo.com |
| sehlers@armstrongteasdale.com | thaler@thalergertler.com |
| sfelderstein@ffwplaw.com | thomas.califano@dlapiper.com |
| sfineman@lchb.com | thomas.ogden@dpw.com |
| sfox@mcguirewoods.com | thomas_noguerola@calpers.ca.gov |
| sgordon@cahill.com | thomaskent@paulhastings.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twatanabe@mofo.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

wheuer@dl.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE T H DAVIS E GASPARINI A SCHWARTZ | 212-668-2255 |