# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, <u>et</u> <u>al</u>., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **LYXOR ASSET MANAGEMENT S.A.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to transferee should be sent: | Name and address where notices to transferor should be sent: |
| CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., STE. 425<br>GREENWICH, CT 06830<br>Attention:  Alisa Mumola<br>Telephone:  203-862-8211<br>Email: amumola@contrariancapital.com | LYXOR ASSET MANAGEMENT S.A.<br>AS SUB-MANAGER OF<br>THE LYXOR/ACUITY FUND LIMITED<br>ATTN: EMILIEN SIMOES<br>TOURS SOCIETE GENERALE<br>17 COURS VALMY<br>PARIS - LA DEFENSE CEDEX, 92987<br>FRANCE |

**Proof of Claim #: 19117**
**Total amount of Claim: $2,799,092.92, (per proof of claim not less than $2,762,292.39)**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____    Date: _____January 26, 2010_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

EXHIBIT B

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Contrarian Funds, LLC

**LYXOR/ACUITY FUND LIMITED**, C/o Tours Société Générale – 17 cours Valmy, 92987 Paris – La Défense Cedex - France ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **CONTRARIAN FUNDS, LLC**, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("**Buyer**") all right, title and interest in and to the net claim of Seller against Lehman Brothers International (Europe) and its affiliates (including Seller's claim against **LEHMAN BROTHERS HOLDINGS INC**, arising under a guarantee), given **Claim Number 19117** in the amount of $2,799,092.92(collectively the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and Buyer as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

LYXOR/ACUITY FUND LIMITED

By:
Name: Ghislas Briand
Title: Director

By:
Name:
Title: Tarly Bolla
Director

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C. as manager

By:
Name:
Title: JANICE M. STANTON
MEMBER

- 10 -