# LEHMAN BROTHERS — Interest Accrual On Cash Collateral

| TO: | PULSAR RE, LTD |
|---|---|
|  | 032406PULS |
|  | TONY FOX |
| PHONE: |  |
| FAX: |  |
| EMAIL: |  |
| FROM: | LEHMAN RE LTD. |
|  | JOSEPH MCGLAWN |
| PHONE: | 212-526-9289 |
| FAX: |  |
| EMAIL: | joseph.mcglawn@lehman.com |
| DUE DATE: | 09/01/2008 |

From 08/01/2008 To 08/31/2008 [inclusive]

| Date | CCY | Principal | Interest Calc Amt | Rate | Accrued Int |
|---|---|---|---|---|---|
| 08/01/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.040 | -25,428.95 |
| 08/02/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.040 | -25,428.95 |
| 08/03/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.040 | -25,428.95 |
| 08/04/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.970 | -24,556.39 |
| 08/05/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.970 | -24,556.39 |
| 08/06/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.010 | -25,054.99 |
| 08/07/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.960 | -24,431.73 |
| 08/08/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.010 | -25,054.99 |
| 08/09/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.010 | -25,054.99 |
| 08/10/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.010 | -25,054.99 |
| 08/11/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.990 | -24,805.69 |
| 08/12/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.950 | -24,307.08 |
| 08/13/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.980 | -24,681.04 |
| 08/14/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.090 | -26,052.21 |
| 08/15/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.080 | -25,927.56 |
| 08/16/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.080 | -25,927.56 |
| 08/17/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.080 | -25,927.56 |
| 08/18/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.910 | -23,808.48 |
| 08/19/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.940 | -24,182.43 |
| 08/20/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.980 | -24,681.04 |
| 08/21/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.010 | -25,054.99 |
| 08/22/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.020 | -25,179.65 |
| 08/23/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.020 | -25,179.65 |
| 08/24/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.020 | -25,179.65 |
| 08/25/2008 | USD | 448,746,153.06 | 448,746,153.06 | 2.010 | -25,054.99 |
| 08/26/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.880 | -23,434.52 |
| 08/27/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.980 | -24,681.04 |
| 08/28/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.990 | -24,805.69 |
| 08/29/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.940 | -24,182.43 |
| 08/30/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.940 | -24,182.43 |
| 08/31/2008 | USD | 448,746,153.06 | 448,746,153.06 | 1.940 | -24,182.43 |

Total Interest Due: 771,469.44

Lehman will pay to the following settlement instructions:

| Intermediary | Institution | Beneficiary | Special |
|---|---|---|---|
| FW021001088 | BBDABMHMXXX | 010-155273-501 | /BNF/COLLATERAL |