## Unknown

| | |
|---|---|
| **From:** | Messmore, William [william.messmore@lehman.com] |
| **Sent:** | Wednesday, April 02, 2008 9:03 AM |
| **To:** | Montgomerie, Rick |
| **Cc:** | Vaughan, Charlie; O'Brien, David |
| **Subject:** | RE: Lehman Re Questions |

Hi Rick - see below in caps. This language should also apply to Brit too - let me know if you need anything else

-----Original Message-----
From: Montgomerie, Rick
Sent: 19 March 2008 15:29
To: 'bhoughto@lehman.com'
Cc: Vaughan, Charlie
Subject: Lehman Re Questions

Brett,
We had a meeting with Watkins (owned by Munich Re). The purpose of the meeting was to review the security. They had a security consultant present as well.

The queries that they had are as follows:

Does Lehman legally own the collateral account? What rights do Pulsar have and or any other parts of Lehman Brothers have?
- YES. LEHMAN HAS A FIRST PRIORITY PERFECTED SECURITY INTEREST IN THE COLLATERAL UNDER NEW YORK UCC, AND THAT COLLATERAL IS SEGREGATED AT LEHMAN RE TO SECURE THE OBLIGATIONS OF THE COUNTERPARTY (PULSAR). COLLATERAL IS EARMARKED FOR DISCHARGING OUTSTANDING OBLIGATIONS OF PULSAR TO LEHMAN ACCORDING TO A DETAILED COUNTERPARTY CONTRACT.

How is a claim paid and how does the collateral account get replenished for risks that have a reinstatement and also for risks that have no reinstatement?
- CLAIMS ARE PAID OUT OF LEHMAN RE. THE COLLATERAL POSTING AMOUNT IS CALCULATED ON A DAILY BASIS BASED ON TOTAL CURRENT EXPOSURE OF THE PULSAR / LEHMAN RE VEHICLE (EACH CONTRACT IS AGGREGATED, AND EVALUATED FOR ITS CURRENT EXPOSURE AMOUNT).

Could you confirm that Lehman Re have no sub prime exposures?
- CONFIRMED THAT THERE IS NO SUB-PRIME IN THE PULSAR VEHICLE.

How does the cash collateral and the exposure get recorded in Lehman's accounts?
- LEHMAN BROS INC HAS A DEDICATED COLLATERAL MANAGEMENT TEAM THAT HANDLES THE CASH. EXPOSURES ARE MONITORED BY LEHMAN RE, AND COLLATERAL REQUESTS / PAYMENTS ARE CONVEYED TO PULSAR ON A MONTHLY BASIS. HOWEVER, IN THE CASE OF AN EVENT, OR FOR EXAMPLE, AN INTRA MONTH EXPOSURE CHANGE, LEHMAN RE CAN REQUEST COLLATERAL AT ANY TIME.


**ALSO - IMPORTANT TO NOTE ABOUT THE SUPPORT OF PARENT COMPANY LEHMAN BROS INC:**

LEHMAN BROTHERS INC HAS ENTERED INTO A NET WORTH MAINTENANCE AGREEMENT WITH LEHMAN RE. THIS AGREEMENT COMMITS THE HOLDING COMPANY TO PROVIDE CAPITAL AS NEEDED TO ENSURE THAT LEHMAN RE CONTINUES TO HAVE SUFFICIENT NET WORTH TO COVER THE BERMUDA MONETARY AUTHORITY'S MINIMUM SOLVENCY MARGIN REQUIREMENTS, AND TO PROVIDE LIQUIDITY AS NEEDED TO PAY ITS CLAIMS.

THIS CREDIT SUPPORT IS IN ADDITION TO THE ALREADY STRONG STANDALONE FINANCIAL STRENGTH

OF LEHMAN RE, AS INDICATED BY ITS A+ (STABLE) RATING FROM AM BEST.

Many thanks,
Rick



Rick Montgomerie
MV Re
12 Clifford Street
London W1S 2LL
M: +44 7788 628673
O: +44 20 7514 5427
mvre@magnetar.com
rick.montgomerie@magnetar.com

MV Re is affiliated with Magnetar Capital MV Re is authorised and regulated by the Financial Services Authority
==================================================================================
This message and any attachments are confidential to the sender and the persons to whom they are addressed and may be protected by legal privilege. If you receive this e-mail in error, please contact the originator and delete it immediately. Thank you
-----------------------------------------------

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

3/6/2009