## Unknown

**From:** Messmore, William [william.messmore@lehman.com]
**Sent:** Wednesday, May 21, 2008 8:05 AM
**To:** Montgomerie, Rick
**Cc:** Vaughan, Charlie
**Subject:** RE: MV Re/Pulsar Re/ Lehman Re - Collins Security Committee

Just to confirm - is this both personal and commercial?

Do you have a sample Nat Cat confirm?

-----Original Message-----
From: Montgomerie, Rick [mailto:Rick.Montgomerie@magnetar.com]
Sent: Friday, May 16, 2008 12:56 PM
To: Messmore, William
Cc: Vaughan, Charlie; McBeth, Doug; O'Brien, David
Subject: Re: MV Re/Pulsar Re/ Lehman Re - Collins Security Committee

Will,

Many thanks for this and for meeting Charlie and I earlier in the week. It was also great to meet Doug.

As discussed at the meeting we would be interested in the following:

ILW Trades:

Florida $50m         at levels of between $15bn to $30bn

California Quake $15m   at levels of between $10bn to $30bn

Europe Wind/Flood $15m  at levels of between $7.5bn to $12.5bn

Japan ANP $10m       at levels of between $7.5bn to $12.5bn

These trades are ready now and could incept soon after June 1st.

Capital

We have potential interest in $50m of capital that would would like to assume risk in a vehicle (that could sit behind Lehman).

Lehman Re

As mentioned Watkins syndicate in London which is owned by Munich Re have a security meeting early next week. If there

3/6/2009

any words in addition to below which you could provide, it would be very helpful.

Many thanks for pushing through some of the outstandings.

Best regards,

Rick

Rick Montgomerie
MV Re
12 Clifford Street
London W1S 2LL
M: +44 7788 628673
O: +44 20 7514 5427
mvre@magnetar.com
rick.montgomerie@magnetar.com

MV Re is affiliated with Magnetar Capital MV Re is authorised and regulated by the Financial Services Authority

-----Original Message-----
From: Messmore, William <william.messmore@lehman.com>
To: Montgomerie, Rick
CC: Vaughan, Charlie; McBeth, Doug <dmcbeth@lehman.com>; O'Brien, David <david.obrien@lehman.com>
Sent: Thu May 15 10:30:06 2008
Subject: RE: MV Re/Pulsar Re/ Lehman Re - Collins Security Committee

Hi Rick, to respond to your question -

Collateral relating to the transformer business is included in the "Funds Held" line in the liabilities section of the balance sheet. The related assets backing this obligation are in the "Securities Purchased Under Agreement to Resell" line.

The collateral is invested in a reverse repo position with LCPI that is fully collateralized. Lehman Holdings does not have the legal right to claim Lehman Re's collateral to extinguish Lehman Holdings' own obligations.

Lehman Brothers Holdings Inc has entered into a net worth maintenance agreement with Lehman Re. This agreement commits the holding company to provide capital as needed to ensure that Lehman Re continues to have sufficient net worth to cover the Bermuda Monetary Authority's minimum solvency margin requirements, and to provide liquidity as needed to pay its claims.

This credit support is in addition to the already strong standalone financial strength of Lehman Re, as indicated by its A rating from AM Best.

Thanks

William L. Messmore
LEHMAN BROTHERS
745 Seventh Avenue, 3rd Floor
New York, NY 10019
Desk: 212-526-9660
Fax: 212-520-0415
william.messmore@lehman.com
----------------------------------------

3/6/2009

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------

IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


The information contained in this message and its attachments is intended only for the private and confidential use of the intended recipient(s). If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e- mail is strictly prohibited.
------------------------------------------

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------

IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

3/6/2009