WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| **In re** : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : | **08-13555 (JMP)** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## QUARTERLY REPORT PURSUANT TO ORDER
## PURSUANT TO SECTION 105(a) AND BANKRUPTCY RULES
## 3007 AND 9019(b) APPROVING SETTLEMENT PROCEDURES

Pursuant to the Order Pursuant to Section 105(a) and Bankruptcy Rules 3007 and

9019(b) Approving Settlement Procedures, entered on March 31, 2010 (the "Order"),[1] the Court

granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases (together, the "Debtors") authority to settle certain prepetition claims in accordance

with the procedures set forth in the Order.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file the quarterly report of all settlements entered into during the period October 1, 2010 to and including December 31, 2010 pursuant to the Settlement Procedures set forth in the Order, annexed hereto as <u>Exhibit A</u>.

Dated: January 26, 2011
      New York, New York

                                 /s/ Shai Y. Waisman
                                 Shai Y. Waisman

                                 WEIL, GOTSHAL & MANGES LLP
                                 767 Fifth Avenue
                                 New York, New York 10153
                                 Telephone: (212) 310-8000
                                 Facsimile: (212) 310-8007

                                 Attorneys for Debtors
                                 and Debtors in Possession

## Exhibit A
**(Quarterly Report)**

Claims Settlements for the Period 10/1/2010 to 12/31/2010

| Claimant | Claim # | Type of Claim | Filed Claim Amount | Claim Settlement Amount | Priority of Claim Settlement Amount |
|---|---|---|---|---|---|
| IKB DEUTSCHE INDUSTRIEBANK AG, LONDON BRANCH | 28430 | General Unsecured | $ 6,379,879.31 * | $ 4,597,869.85 | General Unsecured |
| PROSPECT MOUNTAIN FUND LTD. | 21913 | General Unsecured | Unliquidated | $ 907,363.45 | General Unsecured |
| ORE HILL HUB FUND LTD. | 21914 | General Unsecured | Unliquidated | $ 396,362.91 | General Unsecured |
| BONTON MEDIA GROUP INC | 22097 | General Unsecured | Unliquidated | $ 6,450,000.00 | General Unsecured |
| OAKTREE HIGH YIELD PLUS FUND, L.P. | 18833 | General Unsecured | $ 420,778.74 * | $ 297,102.88 | General Unsecured |
| SUMITOMO MITSUI BANKING CORPORATION EUROPE LIMITED | 21512 | General Unsecured | $ 5,625.00 | $ 5,625.00 | General Unsecured |
| GOLDENTREE LOAN OPPORTUNITIES IV, LTD. | 14974 | General Unsecured | $ 2,369.60 | $ 2,369.60 | General Unsecured |
| LAURELIN II BV, C/O GOLDENTREE ASSET MANAGEMENT, LP | 14975 | General Unsecured | $ 23,508.31 | $ 23,399.04 | General Unsecured |
| GOLDEN TREE LOAN OPPORTUNITIES V, LTD | 15036 | General Unsecured | $ 3,026.20 | $ 3,026.20 | General Unsecured |
| GOLDEN TREE LOAN OPPORTUNITIES III, LTD | 15037 | General Unsecured | $ 656.70 | $ 656.70 | General Unsecured |
| LAURELIN B V., C/O GOLDEN TREE ASSET MANAGEMENT, LP | 15038 | General Unsecured | $ 11,416.14 | $ 11,363.08 | General Unsecured |
| GOLDEN TREE CREDIT OPPORTUNITIES FINANCING I, LTD | 15040 | General Unsecured | $ 2,840,292.81 | $ 2,404,827.73 | General Unsecured |
| GOLDEN TREE ASSET MANANGEMENT LUX SARL | 15041 | General Unsecured | $ 10,033,032.92 | $ 6,384,357.59 | General Unsecured |
| GOLDENTREE 2004 TRUST | 15073 | General Unsecured | $ 1,842,175.00 | $ 695,950.00 | General Unsecured |

* plus unliquidated amount