UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                         :  Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :  08-13555 (JMP)
                                                              :  (Jointly Administered)
                        Debtors.                              :
                                                              :
---------------------------------------------------------------x  Ref. Docket Nos. 13991, 14009,
                                                                 14015, 14016, 14018, 14032, 14033,
                                                                 14036 & 14037

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 24, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
26th day of January, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
              Debtors.                             |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ENTE DI PREVIDENZA E ASSISTENZA PLURICATEGORIALE (EPAP)    ENTE DI PREVIDENZA E ASSISTENZA PLURICATEGOR
      VIA VICENZA, 7                                             LOVELLS LLP
      ROME    00185                                              ATTN: MATTHEW P. MORRIS
      ITALY                                                      590 MADISON AVENUE
                                                                 NEW YORK NY 10022
```

Please note that your claim # 58999 in the above referenced case and in the amount of
         $15,753,997.46         has been transferred **(unless previously expunged by court order)**

```
      NOMURA INTERNATIONAL PLC
      TRANSFEROR: ENTE DI PREVIDENZA E ASSISTENZA PLURICATEGORIALE (EPAP)
      25 BANK STREET
      LONDON    E14 5LE
      UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13991      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/24/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 24, 2011.

**EXHIBIT B**

```
TIME: 15:12:43                                       LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 01/24/11                                           CREDITOR LISTING

Name                                          Address
BANCO BANIF, S.A.                             ATTN: MS. CRISTINA PORRES DE MATEO / MS. ELENA DIAZ LATORRE PASEO DE LA CASTELLANA, 53 MADRID 28046 SPAIN
BANCO BANIF, S.A.                             WILLIAM M. GOLDMAN, ESQ., VINCENT J. ROLDAN DLA PIPER LLP (US) 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
BANCO BANIF, S.A.                             MARIA SEGIMON, ESQ. DLA PIPER SPAIN S.L. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN
BARCLAYS BANK PLC                             TRANSFEROR: UGF BANCA S.P.A. 745 SEVENTH AVENUE NEW YORK NY 10019
CENTERBRIDGE CREDIT PARTNERS MASTER,          375 PARK AVENUE 12TH FLOOR NEW YORK NY 10152
 L.P.
CENTERBRIDGE CREDIT PARTNERS MASTER,          LOVELLS LLP ATTN: MATTHEW P. MORRIS, ESQ. 590 MADISON AVE. NEW YORK NY 10022
 L.P.
CENTERBRIDGE CREDIT PARTNERS, L.P.            375 PARK AVENUE 12TH FLOOR NEW YORK NY 10152
CENTERBRIDGE CREDIT PARTNERS, L.P.            LOVELLS LLP ATTN: MATTHEW P. MORRIS, ESQ. 590 MADISON AVENUE NEW YORK NY 10022
CITIGROUP FINANCIAL PRODUCTS INC.             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: SCOTTWOOD MASTER, LTD ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, FOURTH FLOOR NEW YORK NY 10013
ENTE DI PREVIDENZA E ASSISTENZA               LOVELLS LLP ATTN: MATTHEW P. MORRIS 590 MADISON AVENUE NEW YORK NY 10022
 PLURICATEGORIALE (EPAP)
ENTE DI PREVIDENZA E ASSISTENZA               VIA VICENZA, 7 ROME  00185 ITALY
 PLURICATEGORIALE (EPAP)
GOLDMAN SACHS LENDING PARTNERS LLC            RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCAIL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC            RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: OZ SPECIAL MASTER FUND, LTD C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07322
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: TEMPLE UNIVERSITY HEALTH SYSTEM, INC. C/O GOLDMAN SACHS & CO/ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                              JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: TEMPLE UNIVERSITY HEALTH SYSTEM, INC. C/O GOLMAN SACHS & CO/ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                              JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                          TRANSFEROR: BANCO BANIF, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                              NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                              NEW YORK NY 10005
NOMURA INTERNATIONAL PLC                      TRANSFEROR: ENTE DI PREVIDENZA E ASSISTENZA PLURICATEGORIALE (EPAP) 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM
ORE HILL HUB FUND LTD.                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: CAROLYN HERMAN 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD                   TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.                  TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O OCH ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
SCOTTWOOD MASTER, LTD                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DOUG STROUP 33 BENEDICT PLACE GREENWICH CT 06830
UGF BANCA S.P.A.                              PIAZZA DELLA COSTITUZIONE, 2 BOLOGNA  40128 ITALY


Total Number of Records Printed            27


                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```