UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                        :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                     :
:
:
---------------------------------------------------------------x    Ref. Docket Nos. 13992, 14072,
14078, 14079, 14086-14093, 14096-
14103 & 14104

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 25, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
26th day of January, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 13992, 14072, 14078, 14079, 14086-14093, 14096-14103 & 14104_AFF_01-25-11.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TAIPEI FUBON COMMERCIAL BANK CO., LTD
     ATTN: ALEX FUN & MORRIS HUAN
     3F, NO. 138 SECTION 3 MING SHEN E. ROAD
     TAIPEI    10596
     TAIWAN, PROVINCE OF CHINA
```

Please note that your claim # 25155-01 in the above referenced case and in the amount of
         $10,020,742.00        has been transferred **(unless previously expunged by court order)**

```
     MACQUERIE BANK LIMITED
     TRANSFEROR: TAIPEI FUBON COMMERCIAL BANK CO., LTD
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13992       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/25/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 25, 2011.

**EXHIBIT B**

```
TIME: 16:50:06                                         LEHMAN BROTHERS HOLDING INC.                                                                      PAGE:  1
DATE: 01/25/11                                              CREDITOR LISTING

Name                                              Address
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: AHLUND, HANS BOREHAUGEN 1 STAVANGER   40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: BRANDIN, MARGARETA BOREHAUGEN 1 STAVANGER   40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: FRANSSON, PER BOREHAUGEN 1 STAVANGER   40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: GYZANDER, ERIKA BOREHAUGEN 1 STAVANGER   40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: HELMKUIST, LEIF BOREHAUGEN 1 STAVANGER   40 06 NORWAY
AHLJUND, HANS                                     ORAL DESIGN KLIPPAN JARNVAGSGATAN 11 KLIPPAN   S-264 38 SWEDEN
AHLUND, HANS                                      SALTSJOVAGEN 10 ANGELHOLM   S-262 63 SWEDEN
BANCA SARA S.P.A.                                 VIA DELLA CHIUSA, 15 MILANO   20123 ITALY
BARCLAYS BANK PLC                                 TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
BRANDIN, MARGARETA                                LANGSMYGEN 4 NORRKOPING   S-60365 SWEDEN
CFIP MASTER FUND, LTD.                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 71 SOUTH WACKER DRIVE ATTN: BRAD COURI AND SEAN HAAS CHICAGO IL 60606
CONTRARIAN FUNDS, LLC                             TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
FRANSSON, PER                                     PER WICKENBERGSGATAN 4 MALMOE   21754 SWEDEN
GOLDMAN SACHS LENDING PARTNERS LLC                MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: ZAIS MATRIX V-B LP 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: ZAIS MATRIX V-C LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: ZAIS MATRIX VI-A LTD 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: ZAIS MATRIX VI-A L.P. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: ZAIS MATRIX VI-B L.P. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GYZANDER, ERIKA                                   TUVE KYRKVAG 108 GOTEBORG SE 41746 SWEDEN
HELMKUIST, LEIF                                   STALLGRAND 2A TROSA   61930 SWEDEN
JADE TREE I, L.L.C.                               ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956
JADE TREE I, L.L.C.                               ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10150
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK NY 10004
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: BANCA SARA S.P.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: RAIFFEISEN CENTROBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: RAIFFEISEN CENTROBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: CAPITAL GROWTH SA 2-4 RUE DE HOLLANDE GENEVA   1204 SWITZERLAND
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: LLYODS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11   1211 SWITZERLAND
MACQUERIE BANK LIMITED                            TRANSFEROR: TAIPEI FUBON COMMERCIAL BANK CO., LTD
SEMPER CONSTANTIA PRIVATBANK AG                   (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2 WEIN 1010 AUSTRIA
SPCP GROUP, L.L.C.                                DAY PTINEY LLP ATTN: RONALD S BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                                TRANSFEROR: JPMORGAN CHASE BANK, N.A. AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
SPCP GROUP, L.L.C.                                TRANSFEROR: JPMORGAN CHASE BANK, N.A. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
TAIPEI FUBON COMMERCIAL BANK CO., LTD             ATTN: ALEX FUN & MORRIS HUAN 3F, NO. 138 SECTION 3 MING SHEN E. ROAD TAIPEI   10596 TAIWAN, PROVINCE OF CHINA

Total Number of Records Printed         36                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```