B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc., *et al.*,
Debtors

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e), Fed. R. Bankr. P.,
of the transfer, other than for security, of the claim referenced in this evidence and notice.

Bridgewater Associates, LP
Name of Transferee

TfL Pension Fund
Name of Transferor

Name and Address where notices to transferee
should be sent:

Bridgewater Associates, LP
One Glendinning Place
Westport, Connecticut 06880
Attn: Alison Gregory
Fax: (203) 291-7300

Court Claim # (if known): 20779
Amount of Claim: See Schedule 1 - Attached
Date Claim Filed: 09/21/2009
Debtor: Lehman Brothers Commercial Corp.
Partial Claim Transfer: See Schedule 1 - Attached

Phone: (203) 226-3030
Last Four Digits of Acct. #:    N/A

Phone: (44) 20 79184091
Last Four Digits of Acct. #:    N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone:    N/A
Last Four Digits of Acct. #:    N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____    Date: _1/07/11_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
|---|---|
| AND TO: | Lehman Brothers Holdings Inc. |
| CASE NAME: | Lehman Brothers Commercial Corp. |
| CASE NO. | Chapter 11, Case No. 08-13888 (JMP) |
| CLAIM NO. | 20779 |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | Unsecured claim – Terminated Derivative Contract |

It is hereby certified that TfL Pension Fund ("Transferor"), has partially assigned to the extent specified in Schedule 1 hereto its rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Proof of Claim No. 20779 (the "Transferred Claim") to:

Bridgewater Associates, LP
One Glendinning Place
Westport, Connecticut 06880

("Transferee") by assignment agreement.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rule or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claim and recognizing Transferee as the sole owner and holder of the Transferred Claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Transferee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of January, 2011.

TfL Pension Fund

Name: JOHN TIMBRELL   CHRIS MILLER
Title: TRUSTEE           TRUSTEE
       DIRECTOR          DIRECTOR

Bridgewater Associates, LP

Name: Peter La Tronica
Title: Vice President

## **SCHEDULE 1**

PARTIAL TRANSFER OF CLAIM

With respect to Proof of Claim No. 20779, Transferor has assigned and transferred to Transferee the Transferor's interest to $735,245.58 of the claimed Net Deficiency amount of $823,108.59 in Proof of Claim No. 20779 related to the erroneous payment by Transferor's custodian to Lehman Brothers Commercial Corporation.