UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
|                                              | )                              |
| In re:                                       | ) Chapter 11                   |
|                                              | )                              |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*,     | ) Case No. 08-13555 (JMP)      |
|                                              | )                              |
|                                              | )                              |
|                                              | )                              |
| Debtors                                      | ) (Jointly Administered)       |
-------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SPCP Group, L.L.C.
Name of Transferee

UBS AG, Stamford Branch
Name of Transferor

Name and Address where notices to transferee should be sent:

SPCP Group, L.L.C.
c/o Silver Point Capital Fund, L.P.
2 Greenwich Plaza
Greenwich, CT 06830

Primary Contact: Brian Jarmain
Phone: 203-542-4032
Fax:   203-542-4132
Email: bjarmain@silverpointcapital.com

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

**Case No. 08-13885**
Court Claim # (if known): 14959
Amount of Claim: $3,586,924.82
Date Claim Filed: 09/17/2009

NYC:223892.1

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

UBS AG, an *aktiengesellchaft* organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd, its successors and assigns, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("Buyer"), a ratable portion equal to $3,586,924.82 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC., docketed as Claim No. 14959    (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13885

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 27 day of January, 2010.

BUYER:

SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.

By: _____
Name: Jennifer Poccia
Title: Authorized Signatory

By: _____
Name:
Title:

SELLER:

UBS AG Stamford Branch

By: _____
Name: Daniel S. Fromung
Title: Managing Director

By: _____
Name:
Title:

- 18 -