UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                  :

In re                                     :          **Chapter 11 Case No.**

                                         :          **08-13555 (JMP)**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :

                                       :          **(Jointly Administered)**

              Debtors.               :

                                         :

------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF MICHAEL WOODBURY ON BEHALF OF WOODBURY & SANTIAGO, P.A.

STATE OF FLORIDA         )
                               ) ss:
COUNTY OF MIAMI-DADE  )

      Michael Woodbury, being duly sworn, upon his oath, deposes and says:

1.     I am the President of Woodbury & Santiago, P.A. located at 9130 S. Dadeland Blvd., Ph 1A, Miami, Florida 33157 (the "Firm").

2.     On November 2008, Michael Woodbury, on behalf of the Firm, executed an Affidavit and Disclosure Statement (the "Affidavit") in support of the above captioned debtors' and debtors' in possession (the "Debtors") retention of the Firm as ordinary course professionals and submitted that Affidavit and a completed Retention questionnaire (the "Questionnaire") to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Affidavit with the Court.

3.     On or about Mach 23, 2009, Michael Woodbury, on behalf of the Firm, executed a Supplemental Affidavit and Disclosure Statement (the "Supplemental Affidavit") in support of the Debtor's retention of the Firm as ordinary course professionals and submitted that

1

Supplemental Affidavit to the Debtors' bankruptcy counsel, to be filed with the Court in accordance with the procedures set forth in the order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 1394]. The Debtors subsequently filed the Supplemental Affidavit with the Court.

4. This affidavit supplements the Affidavit and Supplemental Affidavit and Disclosure Statement of Michael Woodbury on behalf of Woodbury & Santiago, P.A. by supplementing the response to question 5 of the Questionnaire submitted with the Affidavit, which asks for a description of the Firm's compensation structure. The response is hereby supplemented to reflect average hourly rates of partners of $440/hour and $330/hour for associates as of January 1, 2011 for matters involving hourly fee structure compensation..

By: _____

Subscribed and sworn to before me
this 26th day of January, 2011

_____
Notary Public

ROBERT P SANTIAGO
Notary Public - State of Florida
My Comm. Expires Aug 17, 2014
Commission # EE 18318
Bonded Through National Notary Assn.

2