WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                       :

In re                         :        **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**

              Debtors.      :        **(Jointly Administered)**

------------------------------------------------------------------x

**SEVENTH SUPPLEMENTAL AFFIDAVIT OF HARVEY R. MILLER
ON BEHALF OF WEIL, GOTSHAL & MANGES LLP PURSUANT
TO SECTIONS 327, 328(a), 329 AND 504 OF THE BANKRUPTCY
CODE AND RULES 2014(a) AND 2016(b) OF THE BANKRUPTCY RULES**

STATE OF NEW YORK      )
                                  ) ss:
COUNTY OF NEW YORK    )

        Harvey R. Miller, being duly sworn, deposes and says:

        1.        I am a member of the firm of Weil, Gotshal & Manges LLP ("Weil"). I submit this affidavit to supplement the affidavits I have previously submitted on behalf of Weil, sworn to on October 8, 2008 (the "Original Affidavit") [Docket No. 758], March 4, 2009 (the "Supplemental Affidavit") [Docket No. 2985], August 12, 2009 (the "Second Supplemental Affidavit") [Docket No. 4779], March 30, 2010 (the "Third Supplemental Affidavit) [Docket No. 7904], July 21, 2010 (the "Fourth Supplemental

Affidavit") [Docket No. 10358], September 20, 2010 (the "Fifth Supplemental Affidavit") [Docket No. 11466], and October 26, 2010 (the "Sixth Supplemental Affidavit," and together with the Original Affidavit, the Supplemental Affidavit, the Second Supplemental Affidavit, the Third Supplemental Affidavit, the Fourth Supplemental Affidavit, and the Fifth Supplemental Affidavit, the "Previous Affidavits") [Docket No. 12302] in support of the engagement of Weil by Lehman Brothers Holdings Inc. ("LBHI") and certain of its subsidiaries (collectively, the "Debtors") in connection with the above-captioned cases filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on September 15, 2008 (the "Commencement Date") and thereafter.

        2.     Unless otherwise stated herein, I have personal knowledge of the facts set forth in this affidavit.  To the extent any information disclosed herein requires amendment or modification upon Weil's completion of further review, or as additional party in interest information becomes available to it, a further supplemental affidavit reflecting such amended or modified information will be submitted to the Court.

### Weil's Connections with Parties in Interest in Matters Unrelated to these Chapter 11 Cases

        3.     As previously disclosed, Weil has represented, currently represents, and may represent in the future, various entities or their affiliates in matters unrelated to the pending chapter 11 cases.  Since filing the Sixth Supplemental Affidavit, Weil has become aware of additional parties in interest in these chapter 11 cases with whom Weil has, or may have, connections as described below.  Many of these additions are entities that may be parties in interest in the above captioned chapter 11 case (the

"Potential Parties In Interest") and that Weil has included in its disclosure procedures out of an abundance of caution. Certain of the entities included in this affidavit were previously disclosed under other categories in the Previous Affidavits.

4. The categories of connections are: (i) Potential Parties In Interest, or affiliates thereof, for which Weil has performed services within the last two (2) years and whose engagement remains open ("Current Clients"); (ii) Potential Parties In Interest, or affiliates thereof, for which Weil has performed services in the past two (2) years and with respect to which Weil's engagement has been formally closed ("Former Clients"); (iii) Potential Parties in Interest, or affiliates thereof, for which a Weil engagement has been opened for at least six (6) months but for which no attorney time has been billed ("Potential Clients"); and (iv) Potential Parties in Interest, or affiliates thereof, who have a substantive relationship to a matter for which Weil performed services for a Current or Former Client, or affiliate thereof within the last two years ("Related Entities"). All client connections were diligently reviewed by an attorney working under my supervision. Based on such review, as to each connection Weil does not hold or represent an interest that is adverse to the Debtors' estates.

## Current Clients

5. Weil has performed services within the past two (2) years for the Current Clients, described below, or their affiliates, in matters unrelated to the Debtors:

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Allianz Global Investors France S.A. | Potential Party in Interest | Affiliate of Current Client |
| BBVA (Suiza) SH | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Banco Santander (Suisse) S.A. | Potential Party in Interest | Affiliate of Current Client |
| Clifford Chance U.S. LLP | Potential Party in Interest | Current Client |
| Credit Suisse Credit Strategies Liquidating Trust | Potential Party in Interest | Affiliate of Current Client |
| Credit Suisse Credit Strategies Master Fund, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Credit Suisse (Guernsey) Limited | Potential Party in Interest | Affiliate of Current Client |
| CT Corporation | Potential Party in Interest | Affiliate of Current Client |
| Darby Financial Products | Potential Party in Interest | Affiliate of Current Client |
| Dow Corning Corporation | Potential Party in Interest | Affiliate of Current Client |
| Forrest City Capital Corporation | Potential Party in Interest | May be Affiliate of Current Client |
| GLG Market Neutral Fund | Potential Party in Interest | Affiliate of Current Client |
| GoldenTree Distressed Debt Fund, LP | Potential Party in Interest | Affiliate of Current Client |
| GoldenTree Distressed Debt Master Fund, LP | Potential Party in Interest | Affiliate of Current Client |
| HBK Master Fund LP | Potential Party in Interest | Affiliate of Current Client |
| IKB International S.A. | Potential Party in Interest | Affiliate of Current Client |
| Landesbank Baden-Wurttemberg | Potential Party in Interest | Current Client |
| LEGG Mason Western Asset U.S. Core Plus Bond Fund | Potential Party in Interest | Affiliate of Current Client |
| Monarch Capital Master Fund LP | Potential Party in Interest | Affiliate of Current Client |
| Monarch Debt Recovery Master Fund Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Monarch Opportunities Master Fund Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Natixis Financial Products LLC | Potential Party in Interest | Affiliate of Current Client |
| RBS Securities Inc. | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Silver Point Capital Offshore Master Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Tenor Opportunities Master Fund, Ltd. | Potential Party in Interest | May be Affiliate of Current Client |
| 3M Employee Retirement Income Plan | Claimant | Affiliate of Current Client |
| Herbert and Estelle Adler | Claimant | May be Current Client |
| American International Group Inc. Retirement Plan Trust | Claimant | Affiliate of Current Client |
| American International Group, Inc. | Claimant | Affiliate of Current Client |
| American Red Cross | Claimant | Affiliate of Current Client |
| AXA Belgium | Claimant | Affiliate of Current Client |
| AXA Investment Management Paris | Claimant | Affiliate of Current Client |
| Banco Santander International | Claimant | Affiliate of Current Client |
| Bank of America, National Association | Claimant | Current Client |
| Bank Of America Pension Plan | Claimant | Affiliate of Current Client |
| Barclays Bank PLC | Claimant | Current Client |
| William Berkman | Claimant | May be Current Client |
| BlackRock Advisors, LLC | Claimant | Current Client |
| BlackRock Funds II, Intermediate Bond Portfolio | Claimant | Affiliate of Current Client |
| BNP Paribas | Claimant | Current Client |
| Steven Brill | Claimant | May be Current Client |
| Butterfield Bank | Claimant | Affiliate of Current Client |
| Capstone Volatility Master (Cayman) Limited | Claimant | Affiliate of Current Client |
| Carlyle Credit Partners Master Fund | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Carlyle High Yield Partners IX, Ltd. | Claimant | Affiliate of Current Client |
| Caspian Capital Partners L.P. | Claimant | Affiliate of Current Client |
| Cassie d'Epargne | Claimant | Current Client |
| Caterpillar Products Services Corp. | Claimant | Affiliate of Current Client |
| Chubb & Sons Inc. | Claimant | Current Client |
| Citadel Equity Fund Ltd. | Claimant | Affiliate of Current Client |
| Citigroup 401K Plan | Claimant | Affiliate of Current Client |
| Citigroup Global Markets Inc. | Claimant | Affiliate of Current Client |
| Credit Suisse Candlewood Special Situations Master Fund Limited | Claimant | Affiliate of Current Client |
| Credit Suisse First Boston | Claimant | Affiliate of Current Client |
| Credit Suisse Securities (Europe) Limited | Claimant | Current Client |
| Credit Suisse Syndicated Loan Fund | Claimant | Affiliate of Current Client |
| Cypress Management Master LP | Claimant | May be Affiliate of Current Client |
| Delta Prime European Special Situations Fund | Claimant | May be Affiliate of Current Client |
| Deutsche Bank Trust Company Americas | Claimant | Affiliate of Current Client |
| Deutsche Bank AG, London Branch | Claimant | Current Client |
| D.E. Shaw Valence Portfolios, L.L.C | Claimant | Affiliate of Current Client |
| eBay Inc. | Claimant | Current Client |
| eBay International AG | Claimant | Affiliate of Current Client |
| Electrabel NVISA | Claimant | May be Affiliate of Current Client |
| Eton Park Fund, LP | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
| --- | --- | --- |
| European Aeronautic Defense & Space Co. (EADS) NV | Claimant | Current Client |
| Farmers New World Life Insurance Company | Claimant | Affiliate of Current Client |
| Forex Capital Markets LLC | Claimant | Current Client |
| Fortis Investment Management France | Claimant | May be Affiliate of Current Client |
| Fortis Investment Management Luxembourg S.A. | Claimant | May be Affiliate of Current Client |
| General Motors Corp. | Claimant | Current Client |
| GLG Global Utilities Fund | Claimant | Affiliate of Current Client |
| Goldman, Sachs & Co. | Claimant | Current Client |
| Goldman Sachs Global Alpha Fund Plc | Claimant | Affiliate of Current Client |
| Goldman Sachs Credit Partners | Claimant | Affiliate of Current Client |
| Goldman Sachs Lending Partners LLC | Claimant | Affiliate of Current Client |
| Hayman Capital Master Fund LP | Claimant | May be Affiliate of Current Client |
| Henry Schein Inc. | Claimant | Current Client |
| William and Mary Hess | Claimant | May be Current Clients |
| Highland CDO Opportunity Master Fund LP | Claimant | Affiliate of Current Client |
| Highland Credit Strategies Fund | Claimant | Affiliate of Current Client |
| HSBC Bank (Taiwan) Limited | Claimant | Affiliate of Current Client |
| HSBC Bank (Uruguay) SA | Claimant | Affiliate of Current Client |
| HSBC Financial Products (France) SNC | Claimant | Affiliate of Current Client |
| HSBC Guyerzeller Bank AG | Claimant | Affiliate of Current Client |
| IBM Core Fixed Income Account | Claimant | May be Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| ICICI Bank Limited | Claimant | Current Client |
| IKB Deutsche IndustrieBank AG | Claimant | Current Client |
| IKB International SA | Claimant | Affiliate of Current Client |
| ING Life Insurance and Annuity Company | Claimant | Affiliate of Current Client |
| InvestCorp Interlachen Multi-Strategy Master Fund Ltd. | Claimant | Affiliate of Current Client |
| JPMorgan Chase Bank, N.A | Claimant | Current Client |
| JPMorgan Insurance Trust Core Bond Portfolio | Claimant | Affiliate of Current Client |
| JPMorgan Investment Funds - Global Bond Fund (Eur) | Claimant | Affiliate of Current Client |
| JPMorgan Investment Funds - Global Bond Fund (USD) | Claimant | Affiliate of Current Client |
| K&H Bank ZRT. | Claimant | Affiliate of Current Client |
| Katten Muchin Rosenman LLP | Claimant | Current Client |
| Kaupthing Bank hf. | Claimant | Current Client |
| King Street Capital Master Fund, Ltd. | Claimant | Affiliate of Current Client |
| King Street Capital, L.P. | Claimant | Affiliate of Current Client |
| Legg Mason Partners Strategic Income Fund | Claimant | Affiliate of Current Client |
| LMP Capital & Income Fund Inc. | Claimant | Affiliate of Current Client |
| Lloyds TSB Bank PLC | Claimant | Affiliate of Current Client |
| Macquarie Bank Limited | Claimant | Affiliate of Current Client |
| Magnetar Capital Master Fund Ltd. | Claimant | Affiliate of Current Client |
| Marathon Master Fund Ltd. | Claimant | Affiliate of Current Client |
| Marathon Special Opportunity Master Fund Ltd. | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Mason Capital Management LLC | Claimant | Current Client |
| Merrill Lynch Credit Products LLC | Claimant | Affiliate of Current Client |
| MF Global UK Limited | Claimant | Affiliate of Current Client |
| Microsoft Corporation | Claimant | Current Client |
| Morgan Stanley Bank International Limited | Claimant | Affiliate of Current Client |
| Morgan Stanley Investment Management Inc. | Claimant | Affiliate of Current Client |
| Morgan Stanley Institutional Fund Trust, Municipal Portfolio | Claimant | Affiliate of Current Client |
| ING Life Insurance and Annuity Company | Claimant | Affiliate of Current Client |
| Noonday Offshore, Inc. | Claimant | Affiliate of Current Client |
| Nord LB Covered Finance | Claimant | May be Affiliate of Current Client |
| Norddeutsche Landesbank Girozentrale | Claimant | May be Affiliate of Current Client |
| Oak Hill | Claimant | Affiliate of Current Client |
| Oaktree Opportunities Fund VIII L.P. | Claimant | Affiliate of Current Client |
| Oaktree Huntington Investment Fund, L.P. | Claimant | Affiliate of Current Client |
| Oaktree Capital Management, L.P. | Claimant | Affiliate of Current Client |
| Oaktree Opportunities Fund VIII Delaware, L.P. | Claimant | Affiliate of Current Client |
| OCM Opportunities Fund VIIB Delaware LP | Claimant | Affiliate of Current Client |
| OCH-Ziff Capital Structure Arbitrage | Claimant | Affiliate of Current Client |
| OHA | Claimant | Affiliate of Current Client |
| PayPal Inc. | Claimant | Current Client |
| PayPal Private Ltd. | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Pequot Credit Opportunities Fund, L.P. | Claimant | Affiliate of Current Client |
| Pequot Cosmos Master Fund, LTD. | Claimant | Affiliate of Current Client |
| Pequot Short Credit Master Fund LTD. | Claimant | Affiliate of Current Client |
| Prudential Insurance Company of America | Claimant | Current Client |
| Quantum Partners | Claimant | May be Affiliate of Current Client |
| Ramius Convertible Arbitrage Master Fund Ltd. | Claimant | Affiliate of Current Client |
| RBC CEES Limited | Claimant | Affiliate of Current Client |
| Riverside Management Inc. | Claimant | May be Affiliate of Current Client |
| The Royal Bank Of Scotland Plc | Claimant | Current Client |
| Sankaty Credit Opportunities | Claimant | Affiliate of Current Client |
| Santander Asset Management, S.A. S.G.I.I.C. | Claimant | Affiliate of Current Client |
| SBLI USA Mutual Life Insurance Company, Inc. | Claimant | Current Client |
| Silver Point Capital, LP | Claimant | Current Client |
| Solomer Fund, LLC | Claimant | Current Client |
| SPCP Group, L.L.C. | Claimant | Affiliate of Current Client |
| Standard & Poor's | Claimant | Current Client |
| Standard Chartered Bank (Taiwan) Limited | Claimant | Affiliate of Current Client |
| Stark Global Opportunities Master Fund Ltd. | Claimant | Affiliate of Current Client |
| Stark Master Fund Ltd. | Claimant | Current Client |
| State Street Cayman Trust Co. Ltd. | Claimant | Affiliate of Current Client |
| Telecom Italia Finance SA | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Tenor Opportunity Master Fund | Claimant | Affiliate of Current Client |
| Thomson Reuters Group Limited | Claimant | Affiliate of Current Client |
| TIAA Global Markets, Inc. | Claimant | Affiliate of Current Client |
| Time Warner DC Plans Master Trust | Claimant | Affiliate of Current Client |
| TPG Credit Opportunities Fund LP | Claimant | Affiliate of Current Client |
| TPG Credit Management LP | Claimant | Affiliate of Current Client |
| TPG Credit Opportunities Investors L.P. | Claimant | Affiliate of Current Client |
| TPG Credit Strategies Fund, L.P. | Claimant | Affiliate of Current Client |
| Trust Insurance Exchange | Claimant | Current Client |
| Van Kampen Corporate Bond Fund | Claimant | Affiliate of Current Client |
| The Varde Fund | Claimant | Affiliate of Current Client |
| The Varde Fund IX-A, L.P. | Claimant | Affiliate of Current Client |
| The Varde Fund IX, L.P. | Claimant | Affiliate of Current Client |
| The Varde Fund VIII, L.P. | Claimant | Affiliate of Current Client |
| The Varde Fund X (Master), L.P. | Claimant | Affiliate of Current Client |
| The Varde Fund V-B, L.P. | Claimant | Affiliate of Current Client |
| Varde Investment Partners, L.P. | Claimant | Affiliate of Current Client |
| Varde Investment Partners (Offshore) Master, L.P. | Claimant | Affiliate of Current Client |
| Vinci S.A. | Claimant | Affiliate of Current Client |
| Wellington Trust Company, NA | Claimant | Affiliate of Current Client |
| Washington Mutual Inc. Cash Balance Pension Plan | Claimant | Affiliate of Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Westchester Jewish Community Services | Claimant | May be Affiliate of Current Client |
| York Capital Management, L.P. | Claimant | Affiliate of Current Client |
| Zurich American Insurance Company | Claimant | Affiliate of Current Client |

6.  Weil has not, does not, and will not represent any of the Current Clients or their respective affiliates or subsidiaries in connection with the pending chapter 11 cases or in any other matters adverse to the Debtors.

## Related Entities

7.  Weil has determined that the following entities, or their affiliates, are Related Entities:

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Mariner Investment Group LLC | Potential Party in Interest | Related to Current Client |
| Mitsui & Co. Commodity Risk Management Limited | Potential Party in Interest | May be Related to Current Client |
| Mitsui Company | Potential Party in Interest | May be Related to Current Client |
| AIM Basic Balanced Fund | Claimant | Related to Current Client |
| AIM Core Bond Fund | Claimant | Related to Current Client |
| AIM Income Fund | Claimant | Related to Current Client |
| AIM Short Term Bond Fund | Claimant | Related to Current Client |
| AIM V.I. Diversified Income Fund | Claimant | Related to Current Client |
| AHV Swiss Federal Social Security Fund | Claimant | May be Related to Current Client |
| Banca Intesa Infrastrutturee Sviluppo SpA | Claimant | May be Related to Current Client |
| Boilermaker – Blacksmith National Pension Trust | Claimant | Related to Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| The Chubb Corporation | Claimant | Related to Current Client |
| Columbia Core Bond Fund | Claimant | May be Related to Current Client |
| Columbia Bond Portfolio | Claimant | May be Related to Current Client |
| Columbia Income Fund | Claimant | May be Related to Current Client |
| Columbia Intermediate Bond Fund | Claimant | May be Related to Current Client |
| Columbia Total Return Bond Fund | Claimant | May be Related to Current Client |
| Commonfund Credit Opportunities Co. | Claimant | May be Related to Current Client |
| CTC Master Fund, Ltd. | Claimant | May be Related to Current Client |
| CVI GVF (Lux) Master S.a.r.l. | Claimant | Related to Current Client |
| Dai – Ichi Mutual Life Insurance Co. | Claimant | Related to Former Client |
| Dai Ichi Life Insurance Co. | Claimant | Related to Former Client |
| Dell Global B.V. (Singapore Branch) | Claimant | Related to Current Client |
| First Commercial Bank | Claimant | Related to Former Client |
| Farallon Capital Partners, L.P. | Claimant | Related to Current Client |
| Longacre Master Fund II L.P. | Claimant | Related to Current Client |
| Macy's Inc. Fixed Income | Claimant | May be Related to Current Client |
| Mariner Opportunities Fund L.P. | Claimant | May be Related to Current Client |
| Mariner Ltd. | Claimant | May be Related to Current Client |
| Mariner – Tricadia Credit Strategies Master Fund Ltd. | Claimant | May be Related to Current Client |
| Metropolitan Life Insurance Co. | Claimant | Related to Current Client |
| Molson Coors Master Retirement Trust | Claimant | Related to Current Client |

| Matched Entity | Relationship to the Debtors | Relationship to Weil |
|---|---|---|
| Monumental Life Insurance Co. | Claimant | Related to Former Client |
| Onex Debt Opportunities Fund Ltd. | Claimant | May be Related to Current Client |
| Open Solutions Inc. | Claimant | Related to Current Client |
| Poste Italiane SpA | Claimant | May be Related to Current Client |
| Ron and Carol Shaw | Claimant | May be Related to Current Client |
| Signal Krankenversicherung AG | Claimant | Related to Current Client |
| SunTrust Bank | Claimant | Related to Current Client |
| U.S. Bank National Association Corporate Trust Services | Claimant | Related to Former Client |
| U.S. Bank National Association | Claimant | Related to Former Client |
| Vodafone Group PLC | Claimant | May be Related to Current Client |

8.      To the extent any additional Related Entities become Potential Parties In Interest during the pendency of these chapter 11 cases, Weil will make the appropriate supplemental disclosures to the Court.

**Parker Litigation**

9.      On or about October 21, 2010, an individual named Robert Parker commenced an action (the "Parker Litigation") in the Superior Court of the State of California City and County of San Francisco against, *inter alia*, certain of the Debtors' current and former affiliates (the "Lehman Parties") and Alvarez and Marsal, LLC ("A&M"), the Debtors' restructuring advisors.[1]  Mr. Parker alleges that the Lehman

---

[1] The Parker Litigation is captioned *Parker v. Lehman Brothers Real Estate Associates III, L.P.; Lehman Brothers Private Equity Advisors LLC; Real Estate Private Equity, Inc.; Alvarez & Marsal, LLC; K&L Gates, LLP; Peter Kalis; Edward Sangster; and Does 1 through 20*.

Parties and A&M engaged in conduct that purportedly arose to intentional interference with contract, intentional interference with economic advantage and conspiracy in connection with Lehman's defense of a securities class action lawsuit. As the Lehman Parties' and A&M's interests are aligned, Weil has agreed to jointly represent A&M and the Lehman Parties with respect to the resolution of this matter.

### Uvino Adversary Proceeding

10. On or about December 14, 2010, a former Lehman employee named Wendy M. Uvino commenced an adversary proceeding (the "Uvino Adversary Proceeding") in the United States Bankruptcy Court for the Southern District of New York against LBHI, A&M and Robert Hershan, an employee of A&M (collectively, the "Defendants") [Ad. Pro. No. 10-05428]. Ms. Uvino asserts causes of action for quantum meruit, constructive discharge, and hostile work environment in connection with her postpetition employment with LBHI. As the Defendants' interests are aligned, Weil has agreed to jointly represent the Defendants with respect to the resolution of this matter.

11. Weil does not hold or represent an interest that is adverse to the Debtors' estates, and Weil is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code.

12. The foregoing constitutes the seventh supplemental statement of Weil pursuant to section 327 of the Bankruptcy Code and rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

Dated: January 26, 2011
      New York, New York

    /s/ Harvey R. Miller
    Harvey R. Miller
    Weil Gotshal & Manges LLP

Sworn to and subscribed before me, a notary public for the State of New York, County of New York, this 26 day of January, 2011.

    /s/ Joanne C. Pflaum
    Notary Public

Joanne C. Pflaum
Notary Public, State of New York
No. 4848238
Qualified in Nassau County
Commission Expires on September 30, 2013