B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc.,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

JPMorgan Chase Bank, N.A.
Name of Transferee

Carnegie Bank, as Agent
Name of Transferor

Name and Address where notices to transferee should be sent:
Mail Code: NY1-A436
One Chase Manhattan Plaza – Floor 26
New York, New York 10005
ATTN: Susan McNamara

Court Claim # (if known): 50055
Amount of Claim: $727,214.03 per attached page
Date Claim Filed: 10/27/2009

Phone: 212-552-1038
Last Four Digits of Acct #: _____

Phone: 453 328 80200
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Peter Schoepe
    Transferee/Transferee's Agent
    Authorized Signatory

Date: January 28, 2011

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

As evidenced at docket numbers 7270 and 7275 in this case, Transferor transferred the amounts below under ISIN/CUSIP numbers DK0030072194 and DK0030068242 to Second Market Inc. which then transferred those amounts to Transferee, JPMorgan Chase Bank, N.A. While the DKK amounts were listed correctly in the transfers, the USD amounts that were transferred did not correspond to the USD exchange rate used in Proof of Claim number 50055 and were incorrectly listed as set forth below. This transfer of the difference of $727,214.03 corrects the error so that the USD amounts properly correspond to the amounts listed in Proof of Claim number 50055.

| ISIN DK0030068242 | Original DKK Amount Transferred | Original USD Amount Transferred | Correct USD Amount that should have been transferred | Difference Transferred Herein (correct USD - original USD) |
|---|---|---|---|---|
| Principal | 25,220,000.00 | $4,620,304.00 | $4,785,760.37 | $165,456.37 |
| Interest | 2,881,735.43 | $527,933.93 | $546,839.62 | $18,905.69 |
| | | | Total | $184,362.06 |

| ISIN DK0030072194 | Original DKK Amount Transferred | Original USD Amount Transferred | Correct USD Amount that should have been transferred | Difference Transferred Herein (correct USD - original USD) |
|---|---|---|---|---|
| Principal | 74,260,000.00 | $13,604,432.00 | $14,091,616.38 | $487,184.38 |
| Interest | 8,485,236.48 | $1,554,495.32 | $1,610,162.91 | $55,667.59 |
| | | | Total | $542,851.97 |
| | | | Total Transferred Herein | $727,214.03 |