**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

January 14, 2011

United States Bankruptcy Court - Southern District
One Bowling Green,
New York, NY 10004-1408

Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Financial Products Inc., Pltf. vs. The Bank of New York Mellon Trust Co., National Association, etc., et al. including Liberty Square CDO II, Corp., Dfts.

Case No. 08-13555

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517882077

FedEx Tracking# 796665126436



RECEIVED
JAN 20 2011
U.S. BANKRUPTCY COURT, SDNY

cc: Ralph I. Miller
    Weil, Gotshal & Manges LLP
    767 Fifth Avenue,
    New York, NY 10153