UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                    :

In re                          :       Chapter 11 Case No.
                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (JMP)
                                  :       (Jointly Administered)

            Debtors.         :
                                  :

------------------------------------------------------------------x    Ref. Docket Nos. 7933, 7934,
                                          14085, 14106-14108, 14110, 14111,
                                          14113, 14121 & 14122

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 26, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
28th day of January, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  AGGREGATING TRUST 2, L.L.C.
             C/O ROPES & GRAY LLP
             ONE INTERNATIONAL PLACE
             ATTN: JEFFREY R. KATZ
             BOSTON MA 02110

Please note that your claim # 30306-03 in the above referenced case and in the amount of
        $641,518.00        has been transferred **(unless previously expunged by court order)**

        DEUTSCHE BANK AG, LONDON BRANCH
        TRANSFEROR: AGGREGATING TRUST 2, L.L.C.
        ATTN: KAIRI JAMES
        WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
        LONDON     EC2N 2DB
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7934        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 26, 2011.

# EXHIBIT B

TIME: 15:25:17
DATE: 01/26/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| AGGREGATING TRUST 2, L.L.C. | C/O ROPES & GRAY LLP ONE INTERNATIONAL PLACE ATTN: JEFFREY R. KATZ BOSTON MA 02110 |
| AGGREGATING TRUST 3, L.L.C. | C/O ROPES & GRAY LLP ONE INTERNATIONAL PLACE ATTN: JEFFREY R. KATZ BOSTON MA 02110 |
| ALLEGIANCE (DC) 1150 18TH STREET LLC | C/O PICK & ZABICKI LLP 369 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10017 |
| ANTHRACITE BALANCED COMPANY (46) LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. MARCO, ESQ. & DAVID A. SULLIVAN ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE BALANCED COMPANY (46) LIMITED | C/O HSBC BANK (CAYMAN) LIMITED P.O. BOX 1109, HSBC HOUSE 68 WEST BAY ROAD ATTN: CONNAN HILL, SCOTT AITKEN GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASSA DI RISPARMIO IN BOLOGNA S.P.A. | VIA FARINI 22 BOLOGNA 40124 ITALY |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK, LTD / ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AGGREGATING TRUST 2, L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AGGREGATING TRUST 3, L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ROAD LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFERY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFERY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DIE SPARKASSE BREMEN AG ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O FORTRESS INVESTMENT GROUP LLC / ATTN: DREW MCKNIGHT 1345 AVE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I C/O GOLDMAN, SACHS & CO., ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CASSA DI RISPARMIO IN BOLOGNA S.P.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HUA AN INTERNATIONAL BALANCED FUND | TRANSFEROR: ANTHRACITE BALANCED COMPANY (46) LIMITED HUA AN FUND MANAGEMENT CO LTD / ZHANG HAIMO 2F, NEW SHANGHAI INTERNATIONAL 360 SOUTH PUDONG ROAD SHANGHAI 200120 CHINA |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ALLEGIANCE (DC) 1150 18TH STREET LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| MARINER LDC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528 |
| PERRY PRINCIPALS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O PERRY CAPITAL ATTN: AARON ZELIG 767 FIFTH AVE, 19TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed         25