UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :   Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
:   (Jointly Administered)
Debtors.                                                          :
:
------------------------------------------------------------------x   Ref. Docket Nos. 14123-14126,
14128-14130, 14132, 14134, 14135,
14138-14141, 14143, 14144 &
14146

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 27, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
31st day of January, 2011

/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14123-14126, 14128-14130, 14132, 14134, 14135, 14138-14141, 14143, 14144 & 14146_AFF_01-27-11.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  UBS AG, STAMFORD BRANCH
     TRANSFEROR: BANCAJA FONDOS, S.G.I.I.C., S.A.
     ATTN: CRAIG PEARSON
     BANKING PRODUCT SERVICES
     677 WASHINGTON BLVD
     STAMFORD CT  06901
```

Please note that your claim # 28160 in the above referenced case and in the amount of
$2,772,294.88       has been transferred **(unless previously expunged by court order)**

```
     CVF LUX MASTER S.A.R.L.
     TRANSFEROR: UBS AG, STAMFORD BRANCH
     C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN
     KNOWLE HILL PARK, FAIRMILE LANE
     COBHAM
     SURREY    KT11 2PD
     UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14123    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/27/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 27, 2011.

**EXHIBIT B**

```
TIME: 10:50:10                                    LEHMAN BROTHERS HOLDING INC.                                                PAGE:   1
DATE: 01/27/11                                        CREDITOR LISTING

Name                                              Address
AXA AURORA VIDA SA                                DE SEGUROS Y REASEGUROS CALLE BUENOS AIRES, 12 BILBAO    SPAIN
BANCA CR FIRENZE S.P.A.                           PRESIDIO DI FIRENZE VIALE CARLO MAGNO, 7 FIRENZE 50127 ITALY
BANCA INTERMOBILIARE DI INVESTIMENTI E            ATTN MR. BALLARINA STEFANO - HEAD OF LEGAL AND COMPLIANCE DEPT VIA GRAMSCI 7 TURIN    10121 ITALY
  GESTIONI SPA
BANK VONTOBEL AG                                  TRANSFEROR: CREDIT SUISSE GOTTHARDSTRASSE 43 POSTFACH ZURICH    CH-8022 SWITZERLAND
BARCLAYS BANK PLC                                 TRANSFEROR: AXA AURORA VIDA SA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DAVID AUGHEY, JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CVF LUX MASTER S.A.R.L.                           TRANSFEROR: HAWAI 2 FUND C/O CARVAL INVESTORS UK LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY    KT11 2PD UNITED KINGDOM
CVF LUX MASTER S.A.R.L.                           TRANSFEROR: HAWAI 2 PEA FUND C/O CARVAL INVESTORS UK LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY    KT11 2PD UNITED KINGDOM
CVF LUX MASTER S.A.R.L.                           TRANSFEROR: UBS AG, STAMFORD BRANCH C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM
                                                  SURREY KT11 2PD UNITED KINGDOM
CVF LUX MASTER S.A.R.L.                           TRANSFEROR: USB AG, STAMFORD BRANCH C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM
                                                  SURREY KT11 2PD UNITED KINGDOM
CVI GVF LUXEMBOURG TWELVE S.A.R.L.                TRANSFEROR: BANCA INTERMOBILIARE DI INVESTIMENTI E GESTIONI SPA C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN
                                                  KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM
DEBEKA KRANKENVERSICERUNGSVEREIN A.G.             GORG PARTNERSCHAFT VON RECHTSANWALTEN ATTN: DANIEL VOS SACHSENRING 81 D-50677 KOLN COLOGNE    GERMANY
DEBEKA KRANKENVERSICERUNGSVEREIN A.G.             C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: MR. DANIEL A. LOWENTHAL 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036
DEBEKA LEVENSVERSICHERUNGSVEREIN A.G.             GORG PARTNERSCHAFT VON RECHTSANWALTEN ATTN: DANIEL VOS SACHSENRING 81 D-50677 KOLN COLOGNE    GERMANY
DEBEKA LEVENSVERSICHERUNGSVEREIN A.G.             C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: MR. DANIEL A. LOWENTHAL 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036
DEUTSCHE BANK AG LONDON                           TRANSFEROR: SABRETOOTH MASTER FUND, LP C/O DEUTSCHE BANK SECURITIES INC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG LONDON                           TRANSFEROR: SABRETOOTH MASTER FUND, LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DEBEKA KRANKENVERSICERUNGSVEREIN A.G. ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DEBEKA LEVENSVERSICHERUNGSVEREIN A.G. ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DEUTSCHE HYPOTHEKENBANK (ACTIEN-GESELLSCHAT) ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: KESHET DEBENTURES LIMITED ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MATBEOT OLAM (WORLD CURRENCIES) LTD ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE HYPOTHEKENBANK                           ATTN: MS. KERSTIN KELM GEORGSPLATZ 8 30159 HANOVER    30159 GERMANY
  (ACTIEN-GESELLSCHAT)
GOLDMAN, SACHS & CO.
HAWAI 2 FUND                                      TRANSFEROR: BANCA CR FIRENZE S.P.A. ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282
HAWAI 2 PEA FUND                                  C/O BNP PARIBAS ASSET MANAGEMENT ATTN: BERNARD GAUME AND STEPHANE IFRAH 14 RUE BERGERE PARIS    75009 FRANCE
                                                  C/O BNP PARIBAS ASSET MANAGEMENT ATTN: BERNARD GAUME AND STEPHANE IFRAH 14 RUE BERGERE PARIS    75009 FRANCE
INSTITUTO BANCARIO SAMMARINESE S.P.A.             VIA III SETTEMBRE 99 DOGANA    47891 SAN MARINO
KESHET DEBENTURES LIMITED                         ATTN: ERAN FUCHS, DIRECTOR 7 JABOTINSKI ST. AT EXCELLENCE NESSUAH INVESTMENTS LTD. RAMAT-GAN    ISRAEL
MATBEOT OLAM (WORLD CURRENCIES) LTD               ATTN: ERAN FUCHS, DIRECTOR 7 JABOTINSKI ST. AT EXCELLENCE NESSUAH INVESTMENTS LTD. RAMAT-GAN    ISRAEL
SABRETOOTH MASTER FUND, LP                        TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SABRETOOTH CAPITAL MANAGEMENT, LLC/ ATTN: B BAKER 405 LEXINGTON AVE, 50TH FLOOR
                                                  NEW YORK NY 10174
SABRETOOTH MASTER FUND, LP                        TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SABRETOOTH CAPITAL MANAGEMENT, LLC/ATTN: B BAKER 405 LEXINGTON AVE, 50TH FLOOR
                                                  NEW YORK NY 10174
THE VARDE FUND IX, L.P.                           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A LP                            TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B, L.P.                          TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII, L.P.                         TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTERS), L.P.                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
UBS AG, STAMFORD BRANCH                           TRANSFEROR: BANCAJA FONDOS, S.G.I.I.C., S.A. ATTN: CRAIG PEARSON BANKING PRODUCT SERVICES 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                           TRANSFEROR: BANCAJA FONDOS, S.G.I.I.C., S.A. ATTN: CRAIG PEARSON BANKING PRODUCT SERVICES 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                           TRANSFEROR: BANCAJA FONDOS, S.G.I.I.C., S.A. ATTN: CRAIG PEARSON BANKING PRODUCT SERVICES 677 WASHINGTON BLVD STAMFORD CT 06901

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 10:50:10                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    2
DATE: 01/27/11                                           CREDITOR LISTING

Name                                      Address
VARDE INVESTMENT PARTNERS (OFFSHORE)      TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
YORVIK PARTNERS LLP                       TRANSFEROR: INSTITUTO BANCARIO SAMMARINESE S.P.A. ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed      45
```

EPIQ BANKRUPTCY SOLUTIONS, LLC