UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                           Debtors.                              :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket No. 14140

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 27, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      /s/ Lauren Rodriguez
                                                      Lauren Rodriguez

Sworn to before me this
31st day of January, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 14140_Aff 01-27-11.doc

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    INSTITUTO BANCARIO SAMMARINESE S.P.A.
              VIA III SETTEMBRE 99
              DOGANA SAN MARINO 47891 ITALY

Additional:

Transferee:    YORVIK PARTNERS LLP
              ATTN: LISA KING
              11 IRONMONGER LANE
              LONDON EC2V 8EY UNITED KINGDOM

**Your transfer of claim # 55149 is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number 14140          Date 01/25/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 27, 2011.

# EXHIBIT B

```
TIME: 11:47:29                         LEHMAN BROTHERS HOLDING INC.                              PAGE:  1
DATE: 01/27/11                              CREDITOR LISTING

Name                              Address
INSTITUTO BANCARIO SAMMARINESE S.P.A.    VIA III SETTEMBRE 99 DOGANA SAN MARINO  47891 ITALY
YORVIK PARTNERS LLP                      ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed        2
```