UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                    Debtors.                                       :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 14147, 14148,
                                                                        14152, 14153, 14156-14159 &
                                                                        14160

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 28, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             /s/ Lauren Rodriguez
                                             Lauren Rodriguez

Sworn to before me this
31st day of January, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14147, 14148, 14152, 14153, 14156-14159 & 14160_AFF_01-28-11.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   INTESA SANPAOLO SPA
        ATTN: MR. MARIO FIORENZO BONA
        DOCUMENATION UNIT
        VIA CERNAIA 8/10
        MILAN   20121
        ITALY

Please note that your claim # 11018 in the above referenced case and in the amount of
      $10,182.00     has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS LENDING PARTNERS, LLC
TRANSFEROR: INTESA SANPAOLO SPA
ATTN: DENNIS M LAFFERTY
200 WEST STREET
NEW YORK NY 10282

GOLDMAN SACHS LENDING PARTNERS, LLC
JOHN R ASHMEAD
JUSTIN SHEARER
SEWARD & KISSEL LLP
ONE BATTERY PARK PLAZA
NEW YORK NY 10002

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14147     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2011                       Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2011.

**EXHIBIT B**

```
TIME: 13:20:35                                       LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 01/28/11                                            CREDITOR LISTING

Name                                                 Address
AMI ITO                                              4-1-1005 TANIMACHI 5-CHOME CHUO-KU OSAKA   540-0012 JAPAN
AMI ITO                                              KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO  107-0052 JAPAN
AMI ITO                                              FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO  101-8742 JAPAN
CANYON DISTRESSED OPPORTUNITY MASTER                 TRANSFEROR: HSBC SECURITIES (JAPAN) LIMITED C/O CANYON CAPITAL ADVISORS LLC ATTN: LEGAL DEPARTMENT 2000 AVENUE OF STARS, 11TH FLOOR
FUND, L.P.                                           LOS ANGELES CA 90067
COSMO SECURITIES CO., LTD.                           TRANSFEROR: AMI ITO 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO  101-8742 JAPAN
COSMO SECURITIES CO., LTD.                           TRANSFEROR: KOUSEIFUKUSHIKAI FOUNDATION FUZI-NURSERY SCHOOL 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO  101-8742 JAPAN
COSMO SECURITIES CO., LTD.                           TRANSFEROR: KOUSEIFUKUSHIKAI FOUNDATION FUZIMIRENIAMU 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO  101-8742 JAPAN
COSMO SECURITIES CO., LTD.                           TRANSFEROR: TOMOKO OOWA 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO  101-8742 JAPAN
COSMO SECURITIES CO., LTD.                           TRANSFEROR: YOSHIKA ITO 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO  101-8742 JAPAN
COSMO SECURITIES CO., LTD.                           TRANSFEROR: YUKI ITO 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO  101-8742 JAPAN
GOLDMAN SACHS LENDING PARTNERS, LLC                  JOHN R ASHMEAD JUSTIN SHEARER SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10002
GOLDMAN SACHS LENDING PARTNERS, LLC                  JOHN R ASHMEAD JUSTIN SHEARER SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004
GOLDMAN SACHS LENDING PARTNERS, LLC                  INTESA SANPAOLO SPA ATTN: DENNIS M LAFFERTY 200 WEST STREET NEW YORK NY 10282
HSBC SECURITIES (JAPAN) LIMITED                      TRANSFEROR: SHINSEI SECURITIES CO., LTD. ATTN: TAKASHI NAKAMURA, AKIKO ASAKAWA HSBC BUILDING 11-1, NIHONBASHI 3-CHOME, CHUO-KU
                                                     TOKYO  103-0027 JAPAN
HSBC SECURITIES (JAPAN) LIMITED                      TRANSFEROR: SHINSEI SECURITIES CO., LTD. ATTN: TAKASHI NAKAMURA, AKIKO ASAKAWA HSBC BUILDING, 11-1 NIHONBASHI 3-CHOME, CHUO-KU
                                                     TOKYO  103-0027 JAPAN
HSBC SECURITIES (JAPAN) LIMITED                      TRANSFEROR: SHINSEI SECURITIES CO., LTD. ATTN: TAKASHI NAKAMURA, AKIKO ASAKAWA HSBC BUILDING, 11-1, NIHONBASHI 3-CHOME, CHUO-KU
                                                     TOKYO  103-0027 JAPAN
HSBC SECURITIES (JAPAN) LIMITED                      TRANSFEROR: SHINSEI SECURITIES CO., LTD. HSBC BUILDING, 11-1 NIHONBASHI 3-CHOME, CHUO-KU ATTN: TAKASHI NAKAMURA, AKIKO ASAKAWA
                                                     TOKYO  103-0027 JAPAN
HSBC SECURITIES (JAPAN) LIMITED                      TRANSFEROR: SHINSEI SECURITIES CO., LTD. HSBC BUILDING, 11-1, NIHONBASHI 3-CHOME, CHUO-KU ATTN: TAKASHI NAKAMURA, AKIKO ASAKAWA
                                                     TOKYO  103-0027 JAPAN
ILLIQUIDX LTD                                        TRANSFEROR: KL CAPITAL AB ATTN: CELESTINO AMORE, MANAGING DIRECTOR 107-111 FLEET STREET LONDON  EC4A 2AB UNITED KINGDOM
INTESA SANPAOLO SPA                                  ATTN: MR. MARIO FIORENZO BONA DOCUMENATION UNIT VIA CERNAIA 8/10 MILAN  20121 ITALY
KL CAPITAL AB                                        KUNGSPORTSAVENYEN 32 GOTHENBURG  411 36 SWEDEN
KOUSEIFUKUSHIKAI FOUNDATION FUZI-NURSERY             6-2 YAMANOUCHIMOTOMACHI SUMIYOSHI-KU OSAKA  558-0024 JAPAN
SCHOOL
KOUSEIFUKUSHIKAI FOUNDATION FUZI-NURSERY             KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO  107-0052 JAPAN
SCHOOL
KOUSEIFUKUSHIKAI FOUNDATION FUZI-NURSERY             FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO  101- JAPAN
SCHOOL
KOUSEIFUKUSHIKAI FOUNDATION                          6-2 YAMANOUCHIMOTOMACHI SUMIYOSHI-KU OSAKA  558-0024 JAPAN
FUZIMIRENIAMU
KOUSEIFUKUSHIKAI FOUNDATION                          KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO  107-0052 JAPAN
FUZIMIRENIAMU
KOUSEIFUKUSHIKAI FOUNDATION                          FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO  101-8742 JAPAN
FUZIMIRENIAMU
SHINSEI SECURITIES CO., LTD.                         TRANSFEROR: COSMO SECURITIES CO., LTD. NIHONBASHI MUROMACHI NOMURA BUILDING 4-3 NIHONBASHI-MUROMACHI 2-CHOME, CHUO-KU
                                                     TOKYO  103-0022 JAPAN
SHINSEI SECURITIES CO., LTD.                         TRANSFEROR: COSMO SECURITIES CO., LTD. NIHONBASHI MUROMACHI NOMURA BUILDING 4-3, NIHONBASHI-MUROMACHI 2-CHOME, CHUO-KU
                                                     TOKYO  103-0022 JAPAN
TOMOKO OOWA                                          5-24-901 HONZYOUNISI 2-CHOME KITA-KU OSAKA  531-0073 JAPAN
TOMOKO OOWA                                          KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO  107-0052 JAPAN
TOMOKO OOWA                                          FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO  101-8742 JAPAN
YOSHIKA ITO                                          4-1-1005 TANIMACHI 5-CHOME CHUO-KU OSAKA  540-0012 JAPAN
YOSHIKA ITO                                          KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO  107-0052 JAPAN
YOSHIKA ITO                                          FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO  101-8742 JAPAN
YUKI ITO                                             4-1-1005 TANIMACHI 5-CHOME CHUO-KU OSAKA  540-0012 JAPAN
YUKI ITO                                             KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO  107-0052 JAPAN
YUKI ITO                                             FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO  101-8742 JAPAN

Total Number of Records Printed        38                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```