UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| : | |
| Debtors. : | (Jointly Administered) |

-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Commercial Paper Inc.; Case No. 08-13900 |
| Creditor Name and Address: | Wesco Aircraft Hardware Corp.<br>27727 Avenue Scott<br>Valencia, California 91355 |
| Claim Number (if known): | 15943 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | Contingent |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title:<br>Chief Financial Officer |
| Printed Name:<br>Greg Hann | Dated:<br>January 31, 2011 |

# DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Name of Debtor and Case Number:*
Fill in the name of the debtor in the bankruptcy case, and the bankruptcy case number. A list of the Debtors and their cases numbers is provided below.

| | | | | | |
|---|---|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC | 08-13904 | Lehman Scottish Finance L.P. |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC | 08-13664 | PAMI Statler Arms LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC | 08-13902 | Lehman Brothers Financial Products Inc. |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-17331 | Merit, LLC |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC | 09-17503 | LB Somerset LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation | 09-17505 | LB Preferred Somerset LLC |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC | | |

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**THIS FORM MUST BE SENT TO EPIQ BANKRUPTCY SOLUTIONS LLC, THE DEBTORS' AUTHORIZED CLAIMS AND NOTICING AGENT AT:**

**Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
757 Third Avenue, 3rd Floor
New York, New York 10017**

                           **WESCO AIRCRAFT HARDWARE CORP.,**
                           as Borrower

By: _____
       Name: GREG HANN
       Title: CFO

[RESIGNATION AND ASSIGNMENT AGREEMENT – SECOND LIEN CREDIT AGREEMENT]

**WESCO HOLDINGS, INC.**
as Guarantor

By: _____
Name: GREG HANN
Title: CFO

[RESIGNATION AND ASSIGNMENT AGREEMENT – SECOND LIEN CREDIT AGREEMENT]

Accepted and agreed to as of the date first above written:

WESCO AIRCRAFT HARDWARE CORP.

By: _____
Name: Greg Hann
Title: CFO

[SIGNATURE PAGE TO WESCO FEE LETTER – FIRST LIEN AMENDMENT]

Accepted and agreed to as of the date first above written:

WESCO AIRCRAFT HARDWARE CORP.

By _____
Name: GREG HANN
Title: CFO

[SIGNATURE PAGE TO WESCO FEE LETTER – SECOND LIEN AMENDMENT]

**WESCO AIRCRAFT HARDWARE CORP.,**
as Borrower

By: _____
Name: GREG HANN
Title: CFO

[RESIGNATION AND ASSIGNMENT AGREEMENT – FIRST LIEN CREDIT AGREEMENT]

**WESCO HOLDINGS, INC.**
as Guarantor

By: _____
Name: GREG HANN
Title: CFO

[RESIGNATION AND ASSIGNMENT AGREEMENT – FIRST LIEN CREDIT AGREEMENT]