**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
In re: :
:
Lehman Brothers Holdings, Inc. : Chapter 11
:
    Debtor. : Case No. 08-13555 (JMP)
:
:
------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York    )
                                ) ss.:
County of New York  )

        Laura Guido, being duly sworn, deposes and says:

        1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas, New York, NY 10104.

        2.    On January 28, 2011, I served a true and correct copy of the following documents upon the parties listed on <u>Exhibit A</u> attached hereto by pre-paid first class U.S. Mail:

- Amended Notice of Appearance and Request for Service of All Pleadings and Documents.

                                                   /s/ Laura Guido
                                                 Laura Guido

Sworn to before me on this
<u>31st</u> day of January 2011

/s/ Robin Riley
Notary Public

ROBIN RILEY
Notary Public, State of New York
No. 01RI6127004
Qualified in New York County
Commission Expires May 23, 2013

ny-960921

## Exhibit A

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10104
Attn:   Judge James M. Peck

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:   Andrea B. Schwartz

Epiq Bankruptcy Solutions, LLC Claims Agent
757 Third Avenue, 3rd Floor
New York, NY 10017
Attn:   Herbert Baer

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Shai Waisman, Esq.

ny-960921