UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | ) 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Sansar Capital Holdings, Ltd. | Sansar Capital Master Fund, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| $37,262,768.51 | 29116 |
| Proof of Claim Amount | Proof of Claim Number |

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:   Sansar Capital Holdings, Ltd.
Address:            16 Raffles Quay #40-02A
                         Hong Leong Building
                         Singapore, 048581

26019766_1

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By: SANSAR CAPITAL HOLDINGS, LTD

By: _____    Date: __1/31/11__

Name: Jonathan Lackow
Title:   Counsel for Transferee

26019766_1

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Sansar Capital Master Fund, L.P.

Sansar Capital Master Fund, L.P. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably transferred and assigned to Sansar Capital Holdings, Ltd. ("Transferee"), all right, title and interest in and to the claim of Transferor against Lehman Brothers Holdings Inc. and the relevant portion of any and all proofs of claim (No. 29116) (the "Claim") in the Bankruptcy Court.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing Transferee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 31st day of January, 2011.

SANSAR CAPITAL MASTER FUND, L.P.
By: _____
Name: RICHARD B. ASTORGA
Title: CHIEF OPERATING OFFICER & CFO

Sansar Capital Management, LLC
152 West 57th Street
8th Floor
New York, NY 10019

SANSAR CAPITAL HOLDINGS, LTD.
By: _____
Name:
Title: RICHARD B. ASTORGA
CHIEF OPERATING OFFICER & CFO

Sansar Capital Management, LLC
152 West 57th Street
8th Floor
New York, NY 10019

26019743_1