**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------------x

**BRIDGE ORDER EXTENDING THE EXCLUSIVE PERIODS WITHIN WHICH MERIT, LLC, LB SOMERSET LLC AND LB PREFERRED SOMERSET LLC MAY FILE CHAPTER 11 PLANS AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE**

Upon the motion, dated January 26, 2011 (the "Motion") [Docket No. 14164], of Merit, LLC ("Merit"), LB Somerset LLC, and LB Preferred Somerset LLC (together, the "Somerset Debtors,") and their affiliated debtors in the above-referenced chapter 11 cases as debtors and debtors in possession, pursuant to section 1121(d) of title 11 of the United States Code, for a third extension of the exclusive periods during which only Merit and the Somerset Debtors may file chapter 11 plans (the "Plan Periods") and solicit acceptances thereof (together with the Plan Period, the "Exclusive Periods") through and including June 15, 2011, and August 15, 2011, respectively, all as more fully described in the Motion; and a hearing to consider the Motion having been scheduled for February 16, 2011 which is after the date on which Merit and the Somerset Debtors' Plan Periods expire; and the Court having determined that it is appropriate to enlarge the Exclusive Periods of Merit and the Somerset Debtors until such time as the Court considers and enters an order determining the Motion, it is hereby

2

ORDERED that the Exclusive Periods of Merit and the Somerset Debtors are extended until such time as the Court has entered an order determining the Motion.

Dated: New York, New York
       February 1, 2011

                                                *s/ James M. Peck*
                                               UNITED STATES BANKRUPTCY JUDGE