UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :    (Jointly Administered)
                    Debtors.                        :
                                                    :
-------------------------------------------------------------------x    Ref. Docket Nos. 14162, 14163,
                                                         14171-14177 & 14178

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 31, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
1st day of February, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  LYXOR ASSET MANAGEMENT S.A.                        LYXOR ASSET MANAGEMENT S.A.
     AS SUB-MANAGER OF THE LYXOR/ACUITY FUND LIMITED    MAYER BROWN LLP
     ATTN: EMILIEN SIMOES                               ATT: BRIAN TRUST
     TOURS SOCIETE GENERALE                             1675 BROADWAY
     17 COURS VALMY                                     NEW YORK NY 10019
     PARIS - LA DEFENSE CEDEX     92987
     FRANCE
```

Please note that your claim # 19117 in the above referenced case and in the amount of
         $2,762,292.39        has been transferred **(unless previously expunged by court order)**

```
           CONTRARIAN FUNDS, LLC
           TRANSFEROR: LYXOR ASSET MANAGEMENT S.A.
           ATTN: ALISA MUMOLA
           411 WEST PUTMAN AVE., STE 425
           GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14162       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/31/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 31, 2011.

**EXHIBIT B**

```
TIME: 13:45:14                              LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 01/31/11                                    CREDITOR LISTING

Name                                    Address
BRIDGEWATER ASSOCIATES, LP              TRANSFEROR: TFL PENSION FUND ATTN: ALISON GREGORY ONE GLENDINNING PLACE WESTPORT CT 06880
CONTRARIAN FUNDS, LLC                   TRANSFEROR: LYXOR ASSET MANAGEMENT S.A. ATTN: ALISA MUMOLA 411 WEST PUTMAN AVE., STE 425 GREENWICH CT 06830
CONTRARIAN FUNDS, LLC                   TRANSFEROR: LYXOR ASSET MANAGEMENT S.A. ATTN: ALISA MUMOLA 411 WEST PUTMAN AVE.,STE 425 GREENWICH CT 06830
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: FRANK RUSSELL COMPANY ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
LYXOR ASSET MANAGEMENT S.A.             AS SUB-MANAGER OF THE LYXOR/ACUITY FUND LIMITED ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY
                                        PARIS - LA DEFENSE CEDEX 92987 FRANCE
LYXOR ASSET MANAGEMENT S.A.             AS SUB-MANAGER OF THE LYXOR/GARTMORE GLOBAL QUANTITATIVE LONG-SHORT FUND LIMITED, ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE
                                        17 COURS VALMY PARIS - LA DEFENSE CEDEX  92987 FRANCE
LYXOR ASSET MANAGEMENT S.A.             MAYER BROWN LLP ATT: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019
LYXOR ASSET MANAGEMENT S.A.             BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019
SPCP GROUP, L.L.C.                      ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
SPCP GROUP, L.L.C.                      TRANSFEROR: UBS AG STAMFORD BRANCH C/O SILVER POINT CAPITAL FUND, L.P. ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH CT 06830
SPCP GROUP, L.L.C.                      TRANSFEROR: UBS AG, STAMFORD BRANCH C/O SILVER POINT CAPITAL FUND, L.P. ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH CT 06830
TACONIC CAPITAL PARTNERS 1.5 LP         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND L.P.           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND, L.P.          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TFL PENSION FUND                        ATTN: PETER R. LA TRONICA C/O BRIDGEWATER ASSOCIATES, INC., AS AUTHORIZED AGENT ONE GLENDINNING PLACE WESTPORT CT 06880
TFL PENSION FUND                        ATTN: PETER R. LA TRONICA C/O BRIDGEWATER ASSOCIATES, INC., AS AUTHORI C/O BRIDGEWATER ASSOCIATES, INC., AS AUTHORIZED AGENT
                                        ONE GLENDINNING PLACE WESTPORT CT 06880
TFL PENSION FUND                        WILLIAM C. THUM, ESQ. FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP ONE NEW YORK PLAZA NEW YORK NY 10004
TFL PENSION FUND                        ATTN: WILLIAM C. THUM, ESQ. FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP ONE NEW YORK PLAZA ATTN: WILLIAM C. THUM NEW YORK NY 10004
UBS AG STAMFORD BRANCH                  TRANSFEROR: ENBRIDGE GAS SERVICES INC. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                 TRANSFEROR: ENBRIDGE GAS SERVICES INC. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901

Total Number of Records Printed     20
```

EPIQ BANKRUPTCY SOLUTIONS, LLC