UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :    (Jointly Administered)
                    Debtors.                    :
                                                :
------------------------------------------------------------------x    Ref. Docket Nos. 7590, 7591 &
                                                     7592

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 31, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
1st day of February, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 7590, 7591 & 7592_Aff 01-31-11.doc

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    YORVIK PARTNERS LLP
               TRANSFEROR: RAIFFEISENLANDESBANK OBEROSTERREICH AKTIENGESELLSCHAFT
               ATTN: LISA KING
               11 IRONMONGER LANE
               LONDON EC2V 8EY UNITED KINGDOM

Additional:

Transferee:    OCM OPPORTUNITIES FUND VIII DELAWARE, LP
               C/O OAKTREE CAPITAL MANAGEMENT, LP
               333 SOUTH GRAND AVE., 28TH FLOOR
               LOS ANGELES CA 90071

**Your transfer** of claim #    35510    is defective for the reason(s) checked below:

Other                         DOCKETS 7590-7592 ADD TO MORE THAN THE VALUE OF ISIN LISTED

Docket Number 7590              Date 03/16/10

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 31, 2011.

# EXHIBIT B

08-13555-scc    Doc 14240    Filed 02/01/11    Entered 02/01/11 13:31:06    Main Document
Pg 4 of 5

```
TIME: 13:46:26                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 01/31/11                                   CREDITOR LISTING

Name                                   Address
OAKTREE HUNTINGTON INVESTMENT FUND, LP    C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VII DELAWARE, LP   C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIII DELAWARE, LP  C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071
YORVIK PARTNERS LLP                       TRANSFEROR: RAIFFEISENLANDESBANK OBEROSTERREICH AKTIENGESELLSCHAFT ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed    4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC