CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd

*Conflicts Counsel for the Debtors
 and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
In re                                                         :  Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :  Case No. 08-13555 (JMP)
                                                              :
                                               Debtors.       :  (Jointly Administered)
                                                              :
------------------------------------------------------------- x

**FOURTH SUPPLEMENTAL AFFIDAVIT OF STEVEN J. REISMAN ON BEHALF OF
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP PURSUANT TO RULES 2014(a)
AND 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

I, Steven J. Reisman, pursuant to 28 U.S.C. § 1746, hereby declare under the penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am an attorney duly admitted to practice before this Court. I am a member of the law firm of Curtis, Mallet-Prevost, Colt & Mosle LLP ("Curtis"). Curtis is a multi-national law firm with principal offices located at 101 Park Avenue, New York, New York 10178-0061. Curtis maintains regional offices in: Washington, D.C.; Houston, Texas; Paris, France; London,

England; Frankfurt, Germany; Milan, Italy; Mexico City, Mexico; Muscat, Sultanate of Oman; Istanbul, Turkey; Almaty, Kazakhstan; Astana, Kazakhstan; and Dubai, United Arab Emirates.

2. I submit this affidavit (the "Fourth Supplemental Affidavit") to supplement the affidavits I have previously submitted on behalf of Curtis, sworn to on October 8, 2008 (the "Original Affidavit"), and August 31, 2009 (the "First Supplemental Affidavit"), and April 22, 2010 (the "Second Supplemental Affidavit"), and August 5, 2010 (the "Third Supplemental Affidavit") in support of the engagement of Curtis by the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned Chapter 11 cases (collectively, the "Chapter 11 Cases"), pursuant to Sections 327, 328(a), 329 and 504 of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), and to provide the disclosures required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3. On November 21, 2008, this Court entered an order approving the Application and the Debtors' retention and employment of Curtis as conflicts counsel to the Debtors on a final basis [Docket No. 1659].

4. To the best of my knowledge, after due inquiry, and except as set forth herein, neither I, Curtis, nor any member of, counsel to or associate of Curtis represents any creditor, party in interest or entities other than the Debtors in connection with the Chapter 11 Cases.

5. Unless otherwise stated in this Fourth Supplemental Affidavit, the Original Affidavit, First Supplemental Affidavit, Second Supplemental Affidavit and Third Supplemental Affidavit, I have personal knowledge of the facts set forth herein. Curtis periodically reviews its files during the pendency of the Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. As additional information concerning the Debtors' creditors and relationships that have material connections with the Debtors develops, Curtis will

8614794

file a further supplemental affidavit with the Court. To the best of my knowledge, Curtis has not represented and will not represent any parties other than the Debtors in these cases or in connection with any matters that would be adverse to the Debtors related to these cases in respect of the matters on which Curtis is employed in the Chapter 11 Cases.

## CURTIS' CONNECTIONS WITH CLIENTS IN MATTERS UNRELATED TO THE CHAPTER 11 CASES

6. Curtis has represented, currently represents, and may in the future represent, various entities or their affiliates in matters unrelated to the Chapter 11 Cases. Since filing the Third Supplemental Affidavit, Curtis received an updated list of parties in interest in the Chapter 11 Cases from lead counsel for the Debtors, Weil, Gotshal & Manges LLP. As a result, Curtis has become aware of additional parties in interest in the Chapter 11 Cases with whom Curtis has, or may have, client connections that need to be disclosed. Certain of the client connections included in this Fourth Supplemental Affidavit were previously disclosed under other categories.

7. Curtis has identified the client connections disclosed below. The connections are categorized as follows:

  (a) clients for which Curtis has rendered services in the prior two (2) years and is presently rendering services ("Current Clients");

  (b) clients for which Curtis has rendered services in the prior two (2) years and which engagement was closed within the prior two (2) years ("Former Clients");

  (c) entities that are related to, or may be related to, a current client for which Curtis has rendered services in the prior two (2) years and is presently rendering services; and

  (d) entities that are related to, or may be related to, a former client for which Curtis has rendered services in the prior two (2) years and which engagement was closed within the prior two (2) years.

8. All client connections were diligently reviewed by an attorney working under my supervision.

3

8614794

9. From such review, I determined that, with respect to each client connection between Curtis and such parties, Curtis does not hold or represent an interest that is adverse to the Debtors' estates, and that Curtis is a "disinterested person," as such term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code, for the reasons described below.

**Current Clients – Exhibit 1**

10. Curtis has currently rendered services and may, in the future, render services to the Current Clients set forth on **Exhibit 1** hereto and their respective affiliates in matters unrelated to the Debtors.

11. To the best of my knowledge and information, the annual fees paid to Curtis by any of the Current Clients and their respective affiliates for either of the last two calendar years did not exceed 1% (one percent) of the annual gross revenue of Curtis for such year.

12. Curtis has not, does not and will not represent any of the Current Clients or their respective affiliates in the Chapter 11 Cases or in other matters adverse to the Debtors during the pendency of these Chapter 11 Cases.

**Former Clients – Exhibit 2**

13. Curtis has rendered services to the following Former Clients set forth on **Exhibit 2** hereto, within the prior two (2) years and Curtis' engagement was formally concluded within such period. Curtis may, however, in the future, render services to the Former Clients or their affiliates or subsidiaries in matters unrelated to the Debtors and the Chapter 11 Cases. If any Former Client becomes a Current Client during the pendency of these Chapter 11 Cases, Curtis will make the appropriate supplemental disclosures to the Court.

4

**Entities That Are Related or May Be Related to Current Clients – Exhibit 3**

14.     In addition, the entities set forth on **Exhibit 3** hereto either (i) have a name similar to a client in the client database or (ii) are or may be related to a current client (collectively, the "Potential Clients"). In certain instances, after a diligent effort, Curtis was unable to determine whether the similarity of names was, in fact, a coincidence or whether, and to what extent, the Potential Clients are related to a current client. However, out of an abundance of caution, Curtis has confirmed that, similar to the Current Clients and Former Clients identified above, Curtis does not represent any of the Potential Clients set forth on **Exhibit 3** in matters related to the Chapter 11 Cases.

**Entities That Are Related or May Be Related to Former Clients – Exhibit 4**

15.     Similarly, the entities set forth on **Exhibit 4** hereto either (i) have a name similar to a former client in the client database or (ii) are or may be related to a former client. After a diligent effort, Curtis was unable to determine whether the similarity of names was, in fact, a coincidence or whether, and to what extent, such entity is related to a former client in the client database. However, out of an abundance of caution, Curtis has confirmed that, similar to the Current Clients, Former Clients, and Potential Clients identified above, Curtis does not represent any of the entities set forth on **Exhibit 4** in matters related to the Chapter 11 Cases.

**CURTIS BILLING PRACTICES**

16.     As disclosed in the Original Affidavit, Curtis is not a creditor of the Debtors. Curtis did not receive a retainer from the Debtors prior to the filing of the Chapter 11 Cases.

17.     All compensation for services rendered by Curtis and reimbursement of expenses incurred by Curtis in the Chapter 11 Cases has been subject to the approval of this Court, and Curtis shall continue to seek this Court's approval for the payment of such compensation

8614794

pursuant to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any applicable orders of this Court.

18.    The foregoing constitutes the Fourth Supplemental Affidavit of Curtis pursuant to Section 327 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

19.    I certify that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
February 2, 2011

                                            /s/ Steven J. Reisman
                                            STEVEN J. REISMAN
                                            A Member of the Firm

SWORN TO AND SUBSCRIBED
before me this 2nd day of February, 2011

/s/ James V. Drew
Notary Public

JAMES V. DREW
Notary Public, State of New York
NO. 02-DR6079092
Qualified in Queens County
Commission Expires August 12, 2014

8614794

# INDEX OF EXHIBITS TO THE
# FOURTH SUPPLEMENTAL AFFIDAVIT OF STEVEN J. REISMAN

EXHIBIT 1    CURRENT CLIENTS OF CURTIS

EXHIBIT 2    FORMER CLIENTS OF CURTIS

EXHIBIT 3    ENTITIES THAT ARE RELATED OR MAY BE RELATED TO CURRENT CLIENTS OF CURTIS

EXHIBIT 4    ENTITIES THAT ARE RELATED OR MAY BE RELATED TO FORMER CLIENTS OF CURTIS

# EXHIBIT 1

## CURRENT CLIENTS OF CURTIS[1]

| Name of Entity Searched | Relationship to Debtors | Relationship to Curtis |
|---|---|---|
| ABN AMRO Bank | Potential Party in Interest | Current Client in matters unrelated to Debtors |
| Akin Gump Strauss Hauer & Feld LLP | Professional Retained by Significant Creditor Group, Potential Party in Interest | Current Client in a matter unrelated to Debtors |
| Aktia Bank PLC | Potential Party in Interest | Current Client in a matter unrelated to Debtors |

---

[1] Certain Current Clients have either executed a waiver letter or indicated that they will execute a waiver allowing Curtis to act adversely to their interests on all matters unrelated to the matter(s) on which we are acting for them. Unless otherwise indicated, Curtis does not act for any Current Clients on any matter related to the Debtors.

8614794

# EXHIBIT 2

## FORMER CLIENTS OF CURTIS

| Name of Entity Searched | Relationship to Debtors | Relationship to Curtis |
|---|---|---|
| General Electric Capital Corporation | Potential Party in Interest | Former Client in matters unrelated to Debtors |
| Bank of New York Mellon | Potential Party in Interest | Former Client in a matter unrelated to Debtors |

8614794

# EXHIBIT 3

## ENTITIES THAT ARE RELATED OR MAY BE RELATED TO CURRENT CLIENTS OF CURTIS

| Name of Entity Searched | Relationship to Debtors | Relationship to Curtis |
|---|---|---|
| Moody's Corporation | Potential Party in Interest | Affiliates of a current client in matters unrelated to Debtors |
| Moody's Investors Service | Potential Party in Interest | |
| Cheyne Fund L.P. | Potential Party in Interest | Affiliates of a current client in matters unrelated to Debtors |
| Cheyne Leverage Fund L.P. | Potential Party in Interest | |

8614794

# EXHIBIT 4

## ENTITIES THAT ARE RELATED OR MAY BE RELATED TO FORMER CLIENTS OF CURTIS

| Name of Entity Searched | Relationship to Debtors | Relationship to Curtis |
|---|---|---|
| ING Bank FSB | Potential Party in Interest | Affiliates of a former client in matters unrelated to Debtors |
| ING Financial Markets LLC | Potential Party in Interest | |
| BNP Paribas | Unsecured Creditor, Potential Party in Interest | Affiliates of a former client in matters unrelated to Debtors |
| BNP Paribas Sucursal en Espana P.P. | Potential Party in Interest | |
| Siemens AG | Potential Party in Interest | Affiliate of former client in a matter unrelated to Debtors |
| Raymond James & Associates, Inc. | Potential Party in Interest | Affiliate of former client in a matter unrelated to Debtors |
| Parmalat Participacoes Do Brasil Ltda | Potential Party in Interest | Affiliate of former client in matters unrelated to Debtors |
| Warburg Pincus Equity Partners L.P. | Potential Party in Interest | Affiliate of former client in matters unrelated to Debtors |

8614794