Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

POON SIU PING
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 48055
Amount of Claim: USD 64,232
Date Claim Filed: 27 Oct 2009

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Phone: (852) 97590854
Last Four Digits of Acct. #: 5416

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____  Date: 24 Jan 2011
Transferee/Transferee's Agent

[Seal: STANDARD CHARTERED BANK (HONG KONG) LIMITED WEALTH MANAGEMENT CBHK 渣打銀行(香港)有限公司]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FILED / RECEIVED

JAN 2 8 2011

EPIQ BANKRUPTCY SOLUTIONS, LLC

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,   Case No. _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. \_\_\_\_\_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_____                                          _____
Name of Alleged Transferor                                         Name of Transferee

Address of Alleged Transferor:                                     Address of Transferee:

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                                              _____
                                                                              **CLERK OF THE COURT**