UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                            :   Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :   08-13555 (JMP)
                                                 :
                              Debtors.           :   (Jointly Administered)
-------------------------------------------------------------x

To the Clerk
Please Docket
the attached

FILED
2011 JAN 24 P 2:15
U.S. BANKRUPTCY COURT
S.D. OF N.Y.



Corporate Trust Services
P.O. Box 64111
St. Paul, MN 55164-0111
Fax: (651) 495-8141
Web site: www.usbank.com/corporatetrust

December 10, 2010

Reference Number: ID530250

WILLIAM KUNTZ
PO BOX 1801
NANTUCKET, MA 02554

**Re: U.S. BANCORP ACQUISITION OF BANK OF AMERICA UNIT.**

Dear WILLIAM KUNTZ:

Thank you for your inquiry to U.S. Bank Corporate Trust Services dated December 8th, requesting information about the above referenced issue.

Unfortunately, we are unable to determine what information you are looking for. In order to assist you with your request we require additional information. Please state precisely what you are looking for from us and provide the following:

- CUSIP and certificate number
- Tax ID number of the registered holder
- Copies of the bonds in question

All original documents will be returned via first class mail. If you have additional questions, please contact Bondholder Services at (800) 934-6802 or (651) 495-7026. Our customer service representatives are available Monday through Friday from 8:00 a.m. to 6:00 p.m. Central Time.

Sincerely,

Jeremy Christensen, Customer Service Representative
Bondholder Services