UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (JMP)
                                                           :
                                        Debtors.           :    (Jointly Administered)
-----------------------------------------------------------x

To the Clerk

Please Docket
the ATTACHED



**FIFTH THIRD SECURITIES**

Fifth Third Securities, Inc
38 Fountain Square Plaza • MD 10906G
Cincinnati, OH 45263

December 17, 2010

Mr. William Kuntz III
India St.
P.O. Box 1801
Nantucket Island, MA 02554-1801

Dear Mr. Kuntz:

We are writing in response to recent communications you have had with representatives of Fifth Third Securities, Inc. We understand that you currently do not have a relationship with Fifth Third Securities, Inc. and have inquired about establishing an account in order to purchase 1 share of Lehman Brothers (Symbol LEHMQ.PK) at no cost. Furthermore, we understand you have requested Fifth Third Securities, Inc. to reimburse you for airfare from Boston, MA in order to visit a local branch location in Dayton, Ohio. Finally, we understand that you allege Fifth Third Securities, Inc. has not responded to your inquiries in a timely manner. We thank you for bringing this matter to our attention, and appreciate the opportunity to respond.

Please understand that Fifth Third Securities, Inc. strives to provide professional, prompt, and courteous service to our customers, and we are sorry if we did not meet your expectations in this case. Unfortunately Fifth Third Securities, Inc. will not waive any fees or commissions associated with purchasing 1 share of LEHMQ.PK. Additionally, Fifth Third Securities, Inc. will not reimburse you for any travel expenses.

We have evaluated the potential relationship and have determined it would not be mutually beneficial. Please refrain from contacting us in the future. We suggest contacting a brokerage firm that can better meet your needs.

Sincerely,

Fifth Third Securities, Inc.

*Investments offered through Fifth Third Securities, Inc., Member FINRA/SIPC, are; Not FDIC Insured; are Not deposits or other obligations of the bank, and are not guaranteed by the institution; and are subject to investment risk, including possible loss of principal invested. Insurance products are made available through Fifth Third Insurance Agency, Inc.*

*Fifth Third Securities DOES NOT ACCEPT ORDERS and or INSTRUCTIONS regarding your account by email; and therefore will not be responsible for carrying out such orders and/or instructions. Transactional details do not supersede official trade confirmations and statements.*



PRESORTED
FIRST CLASS

Mr. William Kuntz III
India St.
P.O. Box 1801
Nantucket Island, MA 02554-1801



FIFTH THIRD
SECURITIES
Fifth Third Center
Cincinnati, OH 45263

30001 (2/07)