**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------x

to the Clerk
please Docket
Attached Proof of
Claim



**UNITED STATES**
**POSTAL SERVICE®**

Home | Help |
Sign In

Track & Confirm                FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: EG74 6527 954U S
Guaranteed Delivery Date/Time: **November 5, 2010, 12:00 PM**
Class: **Express Mail®**
Status: **Delivered**

Your item was delivered at 12:03 pm on November 05, 2010 in NEW
YORK, NY 10004 to US BANKRUPTCY COURT . The item was signed
for by M PORTER.

Detailed Results:
- **Delivered, November 05, 2010, 12:03 pm, NEW YORK, NY 10004**
- **Notice Left, November 05, 2010, 11:06 am, NEW YORK, NY 10004**
- **Arrival at Post Office, November 05, 2010, 9:12 am, NEW YORK, NY 10004**
- **Processed through Sort Facility, November 04, 2010, 4:30 pm, WAREHAM, MA 02571**
- **Acceptance, November 04, 2010, 12:29 pm, HYANNIS, MA 02601**

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )

### Proof of Delivery

---

Track & Confirm

Enter Label/Receipt Number.

( Go > )

---

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

EG 746527954 US

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo.   Day | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo.   Day | | ☐ AM ☐ PM | |
| Delivery Date | Time | | Employee Signature |
| Mo.   Day | | ☐ AM ☐ PM | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

**NO DELIVERY**  ☐ Weekend  ☐ Holiday     Mailer Signature

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code
0260 1

Date Accepted
11 / 4 / 10
Mo   Day   Year

Time Accepted
☐ AM  ☐ PM

Flat Rate ☐ or Weight
lbs.   6 ozs.

Day of Delivery
☐ Next  ☐ 2nd  ☐ 2nd Del Day

Scheduled Date of Delivery
Month   Day

Scheduled Time of Delivery
☐ 12 Noon  ☐ 3 PM

Military
☐ 2nd Day  ☐ 3rd Day

Int'l Alpha Country Code

Postage
$ 18 30

Return Receipt Fee
$

COD Fee     Insurance Fee
$           $ 3.00

Total Postage & Fees
$ 18

Acceptance Emp. Initials

FROM: (PLEASE PRINT)   PHONE (   )
Jim Kuntz
Bx 1801
Manchusir, Ma   02554-1801

TO: (PLEASE PRINT)   PHONE (   )
Clerk US Bankruptcy Court
1 Bowling Green
NY   NY

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
1 0 0 0 4 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

✈EMS



UNITED STATES
POSTAL SERVICE®

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 2820 0002 5596 5208**
Status: **Delivered**

Your item was delivered at 7:15 am on August 03, 2010 in
WILMINGTON, DE 19801. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2820 0002 5596 5109**
Status: **Delivered**

Your item was delivered at 12:20 pm on August 02, 2010 in NEW YORK, NY 10153. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE®**

Home | Help |
Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: EG70 7503 465U S
Guaranteed Delivery Date/Time: **November 2, 2010, 12:00 PM**
Class: **Express Mail®**
Status: **Delivered**

Your item was delivered at 11:38 am on November 02, 2010 in NEW
YORK, NY 10004 to US BANKRUPTCY COURT . The item was signed
for by M PORTER.

Detailed Results:

- Delivered, November 02, 2010, 11:38 am, NEW YORK, NY 10004
- Notice Left, November 02, 2010, 11:11 am, NEW YORK, NY 10004
- Arrival at Post Office, November 02, 2010, 6:22 am, NEW YORK, NY 10004
- Processed through Sort Facility, November 02, 2010, 12:48 am, NEW YORK, NY 10199
- Processed through Sort Facility, November 01, 2010, 4:52 pm, WAREHAM, MA 02571
- Acceptance, November 01, 2010, 9:46 am, HYANNIS, MA 02601

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  Go >

### Proof of Delivery

**Track & Confirm**

Enter Label/Receipt Number.

Go >

---

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Customer
Label 11-B, March

**Post Office To Addressee**

EG 70 7503465 US

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.     Day |     | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.     Day |     | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.     Day |     | | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code
02601

Day of Delivery
☐ Next ☐ 2nd ☐ 2nd Del. Day

Postage
$ 18.30

Date Accepted
11/1/10

Scheduled Date of Delivery
Month     Day

Return Receipt Fee
$

Mo.  Day  Year

Scheduled Time of Delivery
☐ Noon ☐ 3 PM

COD Fee
$

Insurance Fee
$

Time Accepted
945    ☐ AM ☐ PM

Military
☐ 2nd Day ☐ 3rd Day

Total Postage & Fees
$ 18.30

Flat Rate ☐ or Weight
lbs.    ozs.

Int'l Alpha Country Code

Acceptance Emp. Initials

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ NO DELIVERY
☐ Weekend ☐ Holiday

Mailer Signature

**FROM:** (PLEASE PRINT)  PHONE (   )

Wm Kunz
PZ 1801
Amherst, MA 025711(?)

622AM
1013 -

**TO:** (PLEASE PRINT)  PHONE (   )

Clerk US Bankruptcy Court
Bowling Green
NY, NY

ZIP + 4 (U.S. ADDRESSES ONLY; DO NOT USE FOR FOREIGN POSTAL CODES.)

1 0 0 0 4 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

*EMS*



**UNITED STATES**
**POSTAL SERVICE**®

Home | Help |
Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0000 5356 2873**
Expected Delivery Date: **November 3, 2010**
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 12:31 pm on November 05, 2010 in NEW YORK, NY 10153.

Detailed Results:
- **Delivered**, November 05, 2010, 12:31 pm, NEW YORK, NY 10153
- **Arrival at Unit**, November 05, 2010, 7:23 am, NEW YORK, NY 10022
- **Acceptance**, November 01, 2010, 9:45 am, HYANNIS, MA 02601

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA




**UNITED STATES**
**POSTAL SERVICE** ®

                                                                Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2820 0003 9949 6866**
Status: **Delivered**

Your item was delivered at 1:11 pm on August 09, 2010 in NEW YORK,
NY 10004. A proof of delivery record may be available through your local
Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)    ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA




**UNITED STATES POSTAL SERVICE ®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2820 0000 8590 8499**
Status: **Delivered**

Your item was delivered at 11:59 am on July 20, 2010 in NEW YORK, NY 10153. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA





## UNITED STATES POSTAL SERVICE®

Track & Confirm    |    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 1410 0001 1357 2838**
Status: **Delivered**

Your item was delivered at 11:40 am on September 09, 2009 in NEW
YORK, NY 10004. A proof of delivery record may be available through
your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ⑦   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Govt Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE®**

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7008 1830 0003 1195 0842**
Status: **Delivered**

Your item was delivered at 11:55 am on December 16, 2008 in NEW
YORK, NY 10004. A proof of delivery record may be available through
your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0000 9282 3607**
Status: **Delivered**

Your item was delivered at 9:01 am on May 04, 2010 in NEW YORK, NY 10004. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )




**UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7008 3230 0002 5176 5483**
Status: **Delivered**

Your item was delivered at 11:41 am on April 07, 2009 in NEW YORK,
NY 10004. A proof of delivery record may be available through your local
Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )





**UNITED STATES POSTAL SERVICE** ®

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0000 9281 9976**
Status: **Delivered**

Your item was delivered at 12:02 pm on May 18, 2010 in NEW YORK, NY 10004. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE**®

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0290 0002 2966 5858
Status: **Delivered**

Your item was delivered at 11:59 am on August 10, 2010 in NEW YORK, NY 10153. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





UNITED STATES
POSTAL SERVICE®

Home | Help |
Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0002 9475 0879**
Status: **Addressee Unknown**

Your item was returned to the sender on May 06, 2010 because the
addressee was not known. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE®**

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0000 9282 0002**
Status: **Delivered**

Your item was delivered at 1:15 pm on May 17, 2010 in NEW YORK, NY 10153. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Govt Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA




**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 1410 0002 0590 5988**
Status: **Delivered**

Your item was delivered at 11:23 am on June 16, 2010 in NEW YORK, NY 10004. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





USPS - Track & Confirm

**UNITED STATES**
**POSTAL SERVICE**®

Home | Help |
Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2820 0003 9949 7931**
Status: **Delivered**

Your item was delivered at 11:18 am on September 03, 2010 in NEW
YORK, NY 10270. A proof of delivery record may be available through
your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE®**

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2820 0003 9949 7887**
Status: **Delivered**

Your item was delivered at 12:26 pm on August 17, 2010 in NEW YORK, NY 10153. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





Home | Help |
Sign In

Track & Confirm            FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 2820 0003 9949 7870**
Status: **Arrival at Unit**

Your item arrived at 8:32 am on August 14, 2010 in NEW YORK, NY
10004. No further information is available for this item. A proof of delivery
record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA




**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 1410 0002 0590 5941**

There is no record of this item.

### Why Are You Receiving This Message?

1. Event information may not be available if your item was mailed recently. Please try again later.

2. The number was entered incorrectly. Be sure to enter all of the letters and numbers as they appear on your mailing label or receipt.

---

**Track & Confirm**

Enter Label/Receipt Number.



( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE**®

Home | Help |
Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 1870 0002 3848 7578**
Expected Delivery Date: **September 30, 2010**
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 12:12 pm on September 30, 2010 in NEW YORK, NY 10153.

Detailed Results:

- **Delivered, September 30, 2010, 12:12 pm, NEW YORK, NY 10153**
- **Arrival at Unit, September 30, 2010, 6:13 am, NEW YORK, NY 10022**
- **Acceptance, September 28, 2010, 4:09 pm, HYANNIS, MA 02601**

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA







**UNITED STATES POSTAL SERVICE**®

Track & Confirm                    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 1870 0002 3848 7585**
Expected Delivery Date: **September 30, 2010**
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 12:47 pm on September 30, 2010 in NEW YORK, NY 10004.

Detailed Results:

- **Delivered, September 30, 2010, 12:47 pm, NEW YORK, NY 10004**
- Acceptance, September 28, 2010, 4:10 pm, HYANNIS, MA 02601

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 1870 0002 3848 3495**
Status: **Delivered**

Your item was delivered at 11:19 am on September 21, 2010 in NEW
YORK, NY 10004. A proof of delivery record may be available through
your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA




**UNITED STATES**
**POSTAL SERVICE**®

Home | Help |
Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 1410 0002 0590 5919**
Status: **Delivered**

Your item was delivered at 1:12 pm on June 07, 2010 in NEW YORK, NY
10004. A proof of delivery record may be available through your local
Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES
POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 1410 0002 0590 5964**
Status: **Delivered**

Your item was delivered at 12:30 pm on June 10, 2010 in NEW YORK,
NY 10004. A proof of delivery record may be available through your local
Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA




UNITED STATES
POSTAL SERVICE®

Home | Help |
Sign In

Track & Confirm        FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7010 0290 0000 9281 8740**
Status: **Delivered**

Your item was delivered at 12:07 pm on June 28, 2010 in NEW YORK,
NY 10004. A proof of delivery record may be available through your local
Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( ? )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0000 5356 2859**
Status: **Delivered**

Your item was delivered at 11:31 am on June 29, 2010 in NEW YORK, NY 10153. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA




**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2820 0000 8590 8505**
Status: **Delivered**

Your item was delivered at 1:26 pm on July 19, 2010 in NEW YORK, NY 10004. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Govt Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES**
**POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0780 0001 8741 7986**
Status: **Delivered**

Your item was delivered at 1:27 pm on July 06, 2010 in NEW YORK, NY
10004. A proof of delivery record may be available through your local
Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)    ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA




**UNITED STATES**
**POSTAL SERVICE**®

Home | Help |
Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EH82 0101 813U S**
Status: **Delivered**

Your item was delivered at 1:06 pm on July 26, 2010 in NEW YORK, NY
10004. The item was signed for by C GREEN.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)   ( Return to USPS.com Home > )

| Track & Confirm |
| --- |
| Enter Label/Receipt Number. |
| |
| ( Go > ) |

## Notification Options

### Proof of Delivery

Verify who signed for your item by email, fax, or mail.   ( Go > )

---

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®   **Post Office To Addressee**

Customer Copy
Label 11-B, March 2004

EH 820101813 US

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | | Time | ☐ AM ☐ PM | Employee Signature |
| --- | --- | --- | --- | --- |
| Mo. | Day | | | |
| Delivery Attempt | | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. | Day | | | |
| **Delivery Date** | | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. | Day | | | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 12932
Day of Delivery: ☐ Next ☐ 2nd ☒ 2nd Del Day
Postage: $ 18.30

Date Accepted: 7 23 10
Mo. Day Year

Scheduled Date of Delivery: 7 26
Month Day
Return Receipt Fee

Time Accepted: 15:35  ☐ AM ☒ PM
Scheduled Time of Delivery: ☐ Noon ☐ 3 PM
COD Fee
Insurance Fee

Flat Rate ☐ or Weight
lbs. 24 ozs.

Military: ☐ 2nd Day ☐ 3rd Day
Int'l Alpha Country Code
Total Postage & Fees $ 18.30
Acceptance Emp. Initials

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

☐ NO DELIVERY  ☐ Weekend  ☐ Holiday    Mailer Signature

**FROM:** (PLEASE PRINT)   PHONE (    )

WM Kuniz
Bx1801
Amhurst, MA 02574 1801

**TO:** (PLEASE PRINT)   PHONE (    )

Clerk
US Bankruptcy Court
1 Bowling Green
ny   ny

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
1 0 0 0 4 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

**EMS**


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EG44 0317 424U S**
Status: **Delivered**

Your item was delivered at 1:14 pm on August 30, 2010 in NEW YORK, NY 10004. The item was signed for by K COLEMAN.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)  ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

---

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

**Post Office To Addressee**

EG 440317424 US

**DELIVERY (POSTAL USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt | Time ☐AM ☐PM | Employee Signature |
| Mo. Day | | |
| Delivery Attempt | Time ☐AM ☐PM | Employee Signature |
| Mo. Day | | |
| Delivery Date | Time ☐AM ☐PM | Employee Signature |
| Mo. Day | | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code
12993

Date Accepted
Mo. 8/28/ Year

Time Accepted
10:17 ☐AM ☐PM

Flat Rate or Weight
lbs. 11oz

Day of Delivery
☐Next ☐2nd ☐2nd Del. Day

Scheduled Date of Delivery
Month 8 30 Day

Scheduled Time of Delivery
☐Noon ☐3 PM

Military
☐2nd Day ☐3rd Day

Int'l Alpha Country Code

Postage
$ 18.30

Return Receipt Fee
$

COD Fee    Insurance Fee

Total Postage & Fees
$ 18.30

Acceptance Emp. Initials
MC

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY**
☐Weekend ☐Holiday    Mailer Signature

FROM: (PLEASE PRINT)  PHONE (
Ann Kunz
Bx 1801
[illegible], MA 02571/1801

TO: (PLEASE PRINT)  PHONE (
CRITIC
US Bankruptcy Court
1 Bowling Green
NY NY

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
1 0 0 0 4 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

EMS


**UNITED STATES POSTAL SERVICE**®

Home | Help |
Sign In

Track & Confirm       FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EG74 6537 364U S**
Guaranteed Delivery Date/Time: **October 8, 2010, 12:00 PM**
Class: **Express Mail**®
Status: **Delivered**

Your item was delivered at 10:13 am on October 08, 2010 in NEW YORK,
NY 10004. Waiver of signature was exercised at time of delivery.

Detailed Results:
- **Delivered, October 08, 2010, 10:13 am, NEW YORK, NY 10004**
- **Arrival at Post Office, October 08, 2010, 9:59 am, NEW YORK, NY 10004**
- **Processed through Sort Facility, October 07, 2010, 4:40 pm, WAREHAM, MA 02571**
- **Acceptance, October 07, 2010, 1:56 pm, HYANNIS, MA 02601**

| Track & Confirm |
| --- |
| Enter Label/Receipt Number. |
| |
| Go > |

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

### Proof of Delivery

Verify who signed for your item by email, fax, or mail.   Go >

---

**EXPRESS MAIL**
**Customer Copy**
Label 11-B, March 2004

UNITED STATES POSTAL SERVICE®   **Post Office To Addressee**

EG 746537364 US

**DELIVERY (POSTAL USE ONLY)**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
| --- | --- | --- |
| 02601 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 18 30 |

| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| --- | --- | --- |
| Mo. 10 Day 7 Year | Month 10 Day 8 | |

| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| --- | --- | --- | --- |
| 2 00 ☐ AM ☑ PM | ☐ Noon ☐ 3 PM | $ | $ |

| | Military | Total Postage & Fees |
| --- | --- | --- |
| Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ 18 30 |
| 8 2 lbs. oz. | Int'l Alpha Country Code | Acceptance Emp. Initials |

FROM: (PLEASE PRINT)   PHONE (   )

Wm Kuntz
Bx 1801
Nantucket, MA 02554-1801

**DELIVERY Attempt** Mo. Day / Time ☐ AM ☐ PM   Employee Signature

**Delivery Attempt** Mo. Day / Time ☐ AM ☐ PM   Employee Signature

**Delivery Date** Mo. Day / Time ☐ AM ☐ PM   Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

**WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.

Federal Agency Acct. No. or
Postal Service Acct. No.

**NO DELIVERY** ☐ Weekend ☐ Holiday

TO: (PLEASE PRINT)   PHONE (   )

Clerk - US Bankruptcy Court
# 1 Bowling Green
NY NY

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

1 0 0 0 4 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

*EMS*


**UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 1870 0002 3848 8438**
Expected Delivery Date: October 9, 2010
Class: First-Class Mail®
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 1:41 pm on October 12, 2010 in NEW YORK, NY 10153.

Detailed Results:

- **Delivered, October 12, 2010, 1:41 pm, NEW YORK, NY 10153**
- **Arrival at Unit, October 11, 2010, 9:11 am, NEW YORK, NY 10022**
- **Acceptance, October 07, 2010, 1:55 pm, HYANNIS, MA 02601**

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

| Track & Confirm |
| --- |
| Enter Label/Receipt Number. |
| |
| ( Go > ) |

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 2820 0003 9949 7979**
Status: **Delivered**

Your item was delivered at 1:12 pm on August 31, 2010 in NEW YORK, NY 10153. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

---

Site Map    Customer Service    Forms    Govt Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA







**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **EH91 3315 396U S**
Guaranteed Delivery Date/Time: **November 16, 2010, 12:00 PM**
Class: **Express Mail**®
Status: **Arrival at Post Office**

Your item arrived at 9:51 am on November 16, 2010 in NEW YORK, NY
10004. The Postal Service expects to deliver the item on Tuesday,
November 16, 2010. Information, if available, is updated periodically
throughout the day. Please check again later.

Detailed Results:

- Arrival at Post Office, November 16, 2010, 9:51 am, NEW YORK, NY 10004
- Processed through Sort Facility, November 15, 2010, 3:17 pm, SHREWSBURY, MA 01546
- Acceptance, November 15, 2010, 12:55 pm, FRAMINGHAM, MA 01701

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. ( Go > )

---

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

**Post Office To Addressee**

EH 913315396 US

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo.     Day | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo.     Day | | ☐ AM ☐ PM | |
| Delivery Date | Time | | Employee Signature |
| Mo.     Day | | ☐ AM ☐ PM | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 01701
Day of Delivery: ☐ Next ☐ 2nd ☐ 2nd Del Day
Postage: $ 18 30

Date Accepted: 11/5/10
Mo. Day Year
Scheduled Date of Delivery
Month ___ Day 11/16
Return Receipt Fee: $

Time Accepted: 1:00 ☐ AM ☑ PM
Scheduled Time of Delivery ☐ Noon ☐ 3 PM
COD Fee: $
Insurance Fee: $

Flat Rate ☐ or Weight
Military ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $ 18 30

lbs.   ozs.   8
Int'l Alpha Country Code
Acceptance Emp Initials

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

**NO DELIVERY**
☐ Weekend ☐ Holiday    Mailer Signature

FROM: (PLEASE PRINT)   PHONE ( )

Kuniz
B+ 1001
Amherst, MA 02559

TO: (PLEASE PRINT)   PHONE ( )

Clerk US Bankruptcy Cou
1 Bowling Green (Green)
NY NY

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

1 0 0 0 4 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811
**EMS**