WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' MOTION PURSUANT
TO SECTIONS 105(A), 362, AND 365 OF THE BANKRUPTCY CODE
FOR AUTHORIZATION TO ASSUME CERTAIN AIRCRAFT LEASE
AGREEMENTS AND TO CONSUMMATE CERTAIN RELATED TRANSACTIONS**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Debtors'

Motion, Pursuant to sections 105(a), 362, and 365 of the Bankruptcy Code, for Authorization to

Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions

[Docket No. 3218] (the "Motion"), which was scheduled for February 16, 2011, at 10:00 a.m.,

**has been adjourned to March 23, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be

heard.  The hearing on the Motion will be held before the Honorable James M. Peck, United

States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: February 3, 2011
      New York, New York

/s/ Alfredo R. Pérez
Alfredo R. Pérez

WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Debtors
and Debtors in Possession