James T. Hawthorne  
5762 Portsmouth Drive  
Montgomery, Alabama 36116

Case No. 08-13555  
Chapter 11

January 24, 2011

The Honorable James M. Peck  
United States Bankruptcy Court  
One Bowling Green  
New York, NY 10004  
Courtroom: 601

Dear Judge James M. Peck:

RE: LEHMAN BROTHERS HOLDINGS INC., et al., DEBTORS

JOINDER OF JAMES T. HAWTHORNE IN THE PRELIMINARY OBJECTION

OF LINDA NEUFELD TO THE PROPOSED DISCLOSURE STATEMENT

OF THE AD HOC GROUP OF LEHMAN BROTHERS CREDITORS

I, James T. Hawthorne, am a Class 5 Creditor of LBHI and I have a Claim Value of approximately $507,480.00. I hereby join in the Preliminary Objection of Linda Neufeld to the Proposed Disclosure Statement of the Ad Hoc Group of Lehman Brothers Creditors - filed on January 13, 2011 (Docket No. 14034) - and in support thereof, I respectfully state as follows:

1. I agree that the treatment of Class 5 in the Ad Hoc Group's Disclosure Statement is unfair and will breach the Contractual obligations of Class 5 to Class 3.

2. I agree that Class 3 should consider a monetary compromise of Goodwill to Class 5 as is also made to Class 3 from the Creditors of Affiliate Debtors.

3. I agree that a review of how my Indenture Trustee/The Bank of New York Mellon is representing me is warranted. I declare that I have not received any correspondence from my Indenture Trustee/BNYM and I have no trust that I am receiving adequate representation.

For all of the reasons stated herein and in the Preliminary Objection of Linda Neufeld I, James T. Hawthorne, respectfully request that the Court consider (a) the fairness and merits of the Preliminary Objection and also (b) grant a review of how my Indenture Trustee/BNYM is representing me and if it is in good faith.

Respectfully,

*James T. Hawthorne*

James T. Hawthorne

## CERTIFICATE OF SERVICE

I, James T. Hawthorne, hereby certify that service of the foregoing "Joinder of James T. Hawthorne in the Preliminary Objection of Linda Neufeld to the Proposed Disclosure Statement of the Ad Hoc Group of Creditors", was made on January 24, 2011 by First Class US Mail, upon the following parties:

(i) Office of the US Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004

Attn: Andy Velez-Rivera, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., Tracy Hope Davis, Esq.

(ii) Milbank Tweed Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005

Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan R. Fleck, Esq.

(iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153

Attn: Shai Y. Waisman, Esq., Lori R. Fife, Esq., Richard P. Krasnow, Esq., Jacqueline Marcus, Esq.

(iv) White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036 - 2787

Attn: J. Christopher Shore, Esq., Gerald Uzzi, Esq.

Date: 24 January 2011

Name: James T. Hawthorne