UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                Case No.: 08-13555 (JMP)
                                                      Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.                          Jointly Administered

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lara O. Glaesman, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Pines Edge Value Investors Ltd., a claimant and party in interest in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Minnesota and, if applicable, the bar of the U.S. District Court for the District of Minnesota.

My office and email addresses, and my telephone and fax numbers are:

Lara O. Glaesman, Esq.
Leonard, Street and Deinard
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-7074
Facsimile: (612) 335-1657
lara.glaesman@leonard.com

RECEIVED
FEB - 2 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Date: January 28, 2011
    Minneapolis, Minnesota                          /s/ Lara O. Glaesman
                                                    Lara O. Glaesman

7387914v1