UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                     Debtors.                                    :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket No. 14180

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 1, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
4th day of February, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   DEXIA EPARGNE PENSION
              J. HAUTIERE-REY
              76, RUE DE LA VICTOIRE
              PARIS 75009 FRANCE

Additional:

Transferee:   ILLIQUIDX LTD
              ATTN: CELESTINO AMORE, MANAGING DIRECTOR
              107-111 FLEET STREET
              LONDON EC4A 2AB UNITED KINGDOM

**Your transfer**   of claim #   41223   is defective for the reason(s) checked below:

Other                                    TRANSFEROR NAME AND ADDRESS DO NOT MATCH FILED CLAIM

Docket Number 14180              Date 01/28/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 1, 2011.

**EXHIBIT B**

```
TIME: 12:07:58                                          LEHMAN BROTHERS HOLDING INC.
DATE: 02/01/11                                               CREDITOR LISTING                                           PAGE:  1

Name                         Address
DEXIA EPARGNE PENSION        J. HAUTIERE-REY 76, RUE DE LA VICTOIRE PARIS   75009 FRANCE
ILLIQUIDX LTD                ATTN: CELESTINO AMORE, MANAGING DIRECTOR 107-111 FLEET STREET LONDON   EC4A 2AB UNITED KINGDOM

Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC