UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                               :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                         :
:
------------------------------------------------------------------x    Ref. Docket Nos. 14179, 14183-
14185 & 14188-14194

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 1, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
4th day of February, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14179, 14183-14185 & 14188-14194_AFF_02-01-11.doc

# EXHIBIT A

```
In re                                          |  Chapter 11 Case No.
                                               |
                                               |  08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,          |
                                               |  (Jointly Administered)
                                               |
              Debtors.                         |
                                               |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  CAJA LABORAL POPULAR COOP. DE CREDITO
         PO J.M. ARIZMENDIARRIETA S/N
         MONDRAGON GIPUZKOA    20500
         SPAIN
```

Please note that your claim # 61053 in the above referenced case and in the amount of
        $37,268,760.77        has been transferred **(unless previously expunged by court order)**

```
         YORVIK PARTNERS LLP
         TRANSFEROR: CAJA LABORAL POPULAR COOP. DE CREDITO
         ATTN: LISA KING
         11 IRONMONGER LANE
         LONDON    EC2V 8EY
         UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14179    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/01/2011                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 1, 2011.

**EXHIBIT B**

```
TIME: 12:07:05                                          LEHMAN BROTHERS HOLDING INC.                                                              PAGE:    1
DATE: 02/01/11                                               CREDITOR LISTING

Name                                        Address
CAJA LABORAL POPULAR COOP. DE CREDITO       PO J.M. ARIZMENDIARRIETA S/N MONDRAGON GIPUZKOA    20500 SPAIN
CARNEGIE BANK A/S                           ATTN: JESPER V. FRANTZEN OVERGADEN NEDEN VANDET 9B COPENHAGEN DK 1414 DENMARK
CRESCENT 1 L.P.                             TRANSFEROR: UBS AG C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRESCENT 1, L.P.                            TRANSFEROR: UBS AG, LONDON BRANCH C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS FUND LTD.                               TRANSFEROR: UBS AG C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS FUND, LTD.                              TRANSFEROR: UBS AG, LONDON BRANCH C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.    TRANSFEROR: UBS AG C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.    TRANSFEROR: UBS AG, LONDON BRANCH C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPS. MASTER FUND II, LTD.     TRANSFEROR: UBS AG C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPS. MASTER FUND, LTD.        TRANSFEROR: UBS AG, LONDON BRANCH C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: CARNEGIE BANK A/S ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
PILAT, HEIDEMARIE                           ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016
PILAT, HEIDEMARIE                           MARKT 86 KIRCHBERG 2880 AUSTRIA
RAIFFEISENBANK NO-SUD ALPIN REG.            ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016
 GEN.M.B.H.
RAIFFEISENBANK NO-SUD ALPIN REG.            TRANSFEROR: PILAT, HEIDEMARIE BAHNSTRABE 3 ASPANG    2870 AUSTRIA
 GEN.M.B.H.
UBS AG                                      ATTN: BERT GUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901
UBS AG                                      BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022
UBS AG, LONDON BRANCH                       TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM
YORVIK PARTNERS LLP                         TRANSFEROR: CAJA LABORAL POPULAR COOP. DE CREDITO ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM


Total Number of Records Printed     19
```