UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                     :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                  :
:    Ref. Docket Nos. 13989, 14128,
:    14200, 14206-14208, 14211-14227,
:    14230, 14235-14237 & 14241-14248
------------------------------------------------------------x
:
In re                                                     :    Chapter 11 Case No.
:
LEHMAN BROTHERS SPECIAL FINANCING                         :    08-13888 (JMP)
INC.,                                                     :    (Jointly Administered)
:
Debtors.                                                  :    Ref. Docket No. 189
:
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 2, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
4th day of January, 2011
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfers\Transfers 13989, 14128, 14200, 14206-14208, 14211-14227, 14230, 14235-14237 & 14241-14248; Adv 08-13888 DI 189_AFF_02-02-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
 | (Jointly Administered)
Debtors. |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ENTE DI PREVIDENZA E ASSISTENZA PLURICATEGORIALE (EPAP)         ENTE DI PREVIDENZA E ASSISTENZA PLURICATEGOR
     VIA VICENZA, 7                                                   LOVELLS LLP
     ROMA    00185                                                    ATTN: MATTHEW P. MORRIS, ESQ.
     ITALY                                                            590 MADISON AVE.
                                                                      NEW YORK NY 10022

Please note that your claim # 58993 in the above referenced case and in the amount of
        $7,287,392.11          has been transferred **(unless previously expunged by court order)**

    NOMURA INTERNATIONAL PLC
    TRANSFEROR: ENTE DI PREVIDENZA E ASSISTENZA PLURICATEGORIALE (EPAP)
    25 BANK STREET
    LONDON     E14 5LE
    UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13989    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/02/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 2, 2011.

**EXHIBIT B**

```
TIME: 19:42:47                                            LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 02/02/11                                                  CREDITOR LISTING

Name                                           Address
ACTA ASSET MANAGEMENT ASA                      TRANSFEROR: ARONSON, EVA BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                      TRANSFEROR: ARONSON, STEFAN BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                      TRANSFEROR: ASA HJULSTAD BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                      TRANSFEROR: AXELSSON, EVA BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                      TRANSFEROR: CLAESSON, ALF BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                      TRANSFEROR: ELMER, INGALILL BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                      TRANSFEROR: GLADER, MAUD BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                      TRANSFEROR: KAVARNMARK, HAKAN BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                      TRANSFEROR: LUNDGREN, INGELA OSVALD BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                      TRANSFEROR: ROGERS, JOHN BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                      TRANSFEROR: SVENSSON, PER BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ARONSON, EVA                                   EKEHOJDSGATAN 15 HALMSTAD 302 34 SWEDEN
ARONSON, STEFAN                                EKEHOJDSG.15 HALMSTAD 302 34 SWEDEN
ASA HJULSTAD                                   ASA HJULSTAD STENSOTEVAGEN 8 STENUNGSUND 444 45 SWEDEN
ASA HJULSTAD                                   SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C, STOCKHOLM SE-106 70 SWEDEN
AXELSSON, EVA                                  MANDOLINGUTAN 40 BORAS 504 72 SWEDEN
BANC OF AMERICA SECURITIES LLC                 TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: MEREDITH R SMITH CHARLOTTE NC 28255
CLAESSON, ALF                                  SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM SE-106 70 SWEDEN
CLAESSON, ALF                                  ALF CLAESSON TRADGARDSVAGEN 3B BASTAD 269 35 SWEDEN
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: NORDMETALL - STIFTUNG ATTN: VICTORIA JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: NORDMETALL E.V. ATTN: VICTORIA JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N2DB UK
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: NORDMETALL E.V. ATTN: VICTORIA JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: NORDMETALL E.V. ATTN: VICTORIA JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N2DB UNITED KINGDOM
DEUTSCHE BRANCH AG, LONDON BRANCH              TRANSFEROR: NORDMETALL E.V. ATTN: VICTORIA JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N2DB UNITED KINGDOM
ELMER, INGALILL                                VASTERGATAN 39 SKANOR 23930 SWEDEN
ENTE DI PREVIDENZA E ASSISTENZA                LOVELLS LLP ATTN: MATTHEW P. MORRIS, ESQ. 590 MADISON AVE. NEW YORK NY 10022
  PLURICATEGORIALE (EPAP)
ENTE DI PREVIDENZA E ASSISTENZA                VIA VICENZA, 7 ROMA 00185 ITALY
  PLURICATEGORIALE (EPAP)
GLADER, MAUD                                   MAUD GLADER NORDENSKIOLDSGATAN 21 B GOTEBORG 413 09 SWEDEN
GLADER, MAUD                                   SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM SE-106 70 SWEDEN
HAPOALIM SECURITIES USA INC.                   TRANSFEROR: TEJAS SECURITIES GROUP, INC. 1 BATTERY PARK PLAZA, 2ND FLOOR NEW YORK NY 10004
HARRINGTON PARTNERS, LP                        SIDLEY AUSTIN LLP ATNN:ELLEN PESCH ONE SOUTH DEARBORN CHICAGO IL 60603
HARRINGTON PARTNERS, LP                        SINDLEY AUSTIN LLP ATTN:ELLEN PESCH ONE SOUTH DEARBORN CHICAGO IL 60603
HARRINGTON PARTNERS, LP                        TRANSFEROR: NEWTON RE LIMITED C/O EBF & ASSOCIATES, L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305
ILLIQUIDX LTD                                  TRANSFEROR: KL CAPITAL AB ATTN: CELESTINO AMORE, MANAGING DIRECTOR 107-111 FLEET STREET LONDON EC4A 2AB UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                      TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
KAVARNMARK, HAKAN                              SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM SE-106 70 SWEDEN
KAVARNMARK, HAKAN                              HAKAN KAVARNMARK VARNANASGATAN 7 MALMO 212 24 SWEDEN
LUNDGREN, INGELA OSVALD                        INGELA OSVALD LUNDGREN DR SVEDBERGS GATA 2 KUNGSBACKA 434 32 SWEDEN
LUNDGREN, INGELA OSVALD                        SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM SE-106 70 SWEDEN
MCN PARTNERS, L.P.                             SIDLEY AUSTIN LLP ATNN:ELLEN PESCH ONE SOUTH DEARBORN CHICAGO IL 60603
MCN PARTNERS, L.P.                             TRANSFEROR: NEWTON RE LIMITED C/O EBF & ASSOCIATES, L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305
MERCED PARTNERS II, LP                         SIDLEY AUSTIN LLP ATNN:ELLEN PESCH ONE SOUTH DEARBORN CHICAGO IL 60603
MERCED PARTNERS II, LP                         TRANSFEROR: NEWTON RE LIMITED C/O EBF & ASSOCIATES, L.P. 60 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305
MERCED PARTNERS II, LP                         TRANSFEROR: NEWTON RE LIMITED C/O EBF & ASSOCIATES, L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305
MERCED PARTNERS LIMITED PARTNERSHIP            SIDLEY AUSTIN LLP ATNN:ELLEN PESCH ONE SOUTH DEARBORN CHICAGO IL 60603
MERCED PARTNERS LIMITED PARTNERSHIP            TRANSFEROR: NEWTON RE LIMITED C/O EBF & ASSOCIATES, L.P. 60 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305
MERCED PARTNERS LIMITED PARTNERSHIP            TRANSFEROR: NEWTON RE LIMITED C/O EBF & ASSOCIATES, L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305
MERRILL LYNCH INTERNATIONAL                    TRANSFEROR: INDUSTRIAL AND COMMERCIAL BANK OF CHINA, LTD ATTN: ROBERT DINWIDDIE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MNC PARTNERS, L.P.                             SIDLEY AUSTIN LLP ATNN:ELLEN PESCH ONE SOUTH DEARBORN CHICAGO IL 6060319
MNC PARTNERS, L.P.                             TRANSFEROR: NEWTON RE LIMITED C/O EBF & ASSOCIATES, L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305
NEWTON RE LIMITED                              CADWALADER, WICKERSHAM & TAFT LLP ATTENTION: MALCOLM WATTMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
NEWTON RE LIMITED                              C/O HSBC BANK (CAYMAN) LIMITED ATTN:- LINDA HADDLETON P.O. BOX 1109 HSBC HOUSE 68 WEST BAY ROAD GRAND CAYMAN KY 1-1102 CAYMAN ISLAND
NOMURA INTERNATIONAL PLC                       TRANSFEROR: ENTE DI PREVIDENZA E ASSISTENZA PLURICATEGORIALE (EPAP) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
NORDMETALL - STIFTUNG                          ATTN: DR. THOMAS KLISCHAN KAPSTADTRING 10 HAMBURG 22297 GERMANY

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 19:42:47                                      LEHMAN BROTHERS HOLDING INC.                                           PAGE:    2
DATE: 02/02/11                                            CREDITOR LISTING

Name                                    Address
NORDMETALL E.V.                         ATTN: DR. THOMAS KLISCHAN KAPSTADTRING 10 HAMBURG  22297 GERMANY
NORDMETALL E.V.                         ATTN: DR. THOMAS KLISCHAN KAPSTADTRING 10 HAMBURG  22297 GERMANY
PERMAL STONE LION FUND, LTD.            TRANSFEROR: HAPOALIM SECURITIES USA INC. C/O STONE LION CAPITAL PARTNERS, L.P. 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017
PHAETON INTERNATIONAL (BVI) LIMITED     C/O MORGENS WATERFALL VINTIADIS & COMPANY, INC. 600 FIFTH AVENUE 27 FLOOR NEW YORK NY 10020
PHOENIX PARTNERS II, LP                 C/O MORGENS WATERFALL VINTIADIS & COMPANY, INC. 600 FIFTH AVENUE 27 FLOOR NEW YORK NY 10020
PHOENIX PARTNERS, LP                    C/O MORGENS WATERFALL VINTIADIS & COMPANY, INC. 600 FIFTH AVENUE 27 FLOOR NEW YORK NY 10020
ROGERS, JOHN                            LILLEVANGSVAGEN 9 TRELLEBORG 231 68 SWEDEN
SANSAR CAPITAL BUILDING,LTD.            TRANSFEROR: SANSAR CAPITAL MASTER FUND L.P. 16 RAFFLES QUAY, #40-02A HONG LEONG BUILDING 04581 SINGAPORE
SANSAR CAPITAL HOLDINGS, LTD.           TRANSFEROR: SANSAR CAPITAL MASTER FUND L.P. 16 RAFFLES QUAY #40-02A HONG LEONG BUILDING 048581 SINGAPORE
SANSAR CAPITAL MASTER FUND L.P.         152 WEST 57TH STREET, 8TH FLOOR NEW YORK NY 10019
STONE LION PORTFILIO L.P.               TRANSFEROR: HAPOALIM SECURITIES USA INC. 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017
STONE LION PORTFOLIO L.P.               TRANSFEROR: HAPOALIM SECURITIES USA INC. 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017
SVENSSON, PER                           PER SVENSSON FLORAGATAN 30 KATRINEHOLM 641 34 SWEDEN
SVENSSON, PER                           SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM SE-106 70 SWEDEN
TEJAS SECURITIES GROUP, INC.            TRANSFEROR: PHAETON INTERNATIONAL (BVI) LIMITED 8226 BEE CAVES ROAD AUSTIN TX 98746
TEJAS SECURITIES GROUP, INC.            TRANSFEROR: PHOENIX PARTNERS II, LP 8226 BEE CAVES ROAD AUSTIN TX 98746
TEJAS SECURITIES GROUP, INC.            TRANSFEROR: PHOENIX PARTNERS, LP 8226 BEE CAVES ROAD AUSTIN TX 98746

Total Number of Records Printed        71
```

EPIQ BANKRUPTCY SOLUTIONS, LLC