UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x   Ref. Docket Nos. 14234, 14238,
14239, 14249-14257 & 14259-14262

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 3, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           */s/ Lauren Rodriguez*
                                           Lauren Rodriguez

Sworn to before me this
7th day of February, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

08-13555-mg    Doc 14333    Filed 02/07/11    Entered 02/07/11 11:28:48    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  AMVALL, ANN-SOFIE                              AMVALL, ANN-SOFIE
     SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C        ANN-SOFIE AMVALL
     STOCKHOLM    SE-106 70                         IVARS VAG 1
     SWEDEN                                         HOLLVIKEN 236 51 SWEDEN
```

Please note that your claim # 59442 in the above referenced case and in the amount of
       $10,370.37       has been transferred **(unless previously expunged by court order)**

```
     ACTA ASSET MANAGEMENT ASA
     TRANSFEROR: AMVALL, ANN-SOFIE
     BOREHAUGEN 1
     STAVANGER    40 06
     NORWAY
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14234    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 3, 2011.

# EXHIBIT B

```
TIME: 11:32:07                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 02/03/11                                                   CREDITOR LISTING

Name                                       Address
ACTA ASSET MANAGEMENT ASA                  TRANSFEROR: AMVALL, ANN-SOFIE BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                  TRANSFEROR: BENGTSSON, PER BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                  TRANSFEROR: BOJECA AB BOREHAUGEN 1 STAVANGER  40 06 NORWAY
AMVALL, ANN-SOFIE                          ANN-SOFIE AMVALL IVARS VAG 1 HOLLVIKEN  236 51 SWEDEN
AMVALL, ANN-SOFIE                          SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM  SE-106 70 SWEDEN
BANC OF AMERICA SECURITIES LLC             TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: MEREDITH R. SMITH CHARLOTTE NC 28255
BENGTSSON, PER                             PER BENGTSSON OXIEVAGEN 8 AKARP  232 54 SWEDEN
BENGTSSON, PER                             SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM  SE-106 70 SWEDEN
BOJECA AB                                  BO ANDERSSON LILLA CENTRAIG 43 C GAVLE  802 55 SWEDEN
BOJECA AB                                  SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM  SE-106 70 SWEDEN
MERRILL LYNCH INTERNATIONAL                TRANSFEROR: ZURICH VIDA,COMPANIA DE SEGUROS Y REASEGUROS,S.A.-SOCIEDAD ATTN: SIMON ORR 2 KING EDWARD STREET
                                           LONDON  EC1A 1HQ UNITED KINGDON
MERRILL LYNCH INTERNATIONAL                TRANSFEROR: ZURICH VIDA,COMPANIA DE SEGUROS Y REASEGUROS,S.A.-SOCIEDAD BANK OF AMERICA MERRILL LYNCH FIN CENTRE 2 KING EDWARD STREET
                                           LONDON  EC1A 1HQ UNITED KINGDON
OAKTREE HUNTINGTON INVESTMENT FUND, LP     TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, LP/ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                           LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII            TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, LP/ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
(PARALLEL 2), LP                           LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII            TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, LP/ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
(PARALLEL), LP                             LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, LP        TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, LP/ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                           LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB (PARALLEL),    TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, LP/ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
LP                                         LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, LP            TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, LP/ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                           LOS ANGELES CA 90071
PHAETON INTERNATIONAL (BVI) LIMITED        C/O MORGENS, WATERFALL, VINTIADIS & COMPANY, INC. 600 FIFTH AVENUE 27 FLOOR NEW YORK NY 10020
PHOENIX PARTNERS II, LP                    C/O MORGENS, WATERFALL, VINTIADIS & COMPANY, INC. 600 FIFTH AVENUE 27 FLOOR NEW YORK NY 10020
PHOENIX PARTNERS, L.P.                     C/O MORGENS, WATERFALL, VINTIADIS & COMPANY, INC. 600 FIFTH AVE., 27 FL. NEW YORK NY 10020
TEJAS SECURITIES GROUP, INC                TRANSFEROR: PHOENIX PARTNERS, L.P. 8226 BEE CAVES ROAD AUSTIN TX 78746
TEJAS SECURITIES GROUP, INC.               TRANSFEROR: PHAETON INTERNATIONAL (BVI) LIMITED 8226 BEE CAVES ROAD AUSTIN TX 78746
TEJAS SECURITIES GROUP, INC.               TRANSFEROR: PHOENIX PARTNERS II, LP 8226 BEE CAVES ROAD AUSTIN TX 78746
YORVIK PARTNERS LLP                        TRANSFEROR: INSTITUTO BANCARIO SAMMARINESE S.P.A. ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
ZURICH VIDA,COMPANIA DE SEGUROS Y          ATTN: JAVIER VALLE VIA AUGUSTA 200 BARCELONA  08021 SPAIN
REASEGUROS,S.A.-SOCIEDAD UNIPERSONAL
ZURICH VIDA,COMPANIA DE SEGUROS Y          SHELLEY C. CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
REASEGUROS,S.A.-SOCIEDAD UNIPERSONAL
ZURICH VIDA,COMPANIA DE SEGUROS Y          MARY LYN DENIRO, ESQ. ZURICH-NY LEGAL 105 EAST 17TH ST. NEW YORK NY 10003
REASEGUROS,S.A.-SOCIEDAD UNIPERSONAL

Total Number of Records Printed        28

                                                                                                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```