UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
            Debtors.                                              :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 13784 & 14306

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 4, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
7th day of February, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                  :    Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :    08-13555 (JMP)
                                                       :
         Debtors.                                      :    (Jointly Administered)
                                                       :
------------------------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)

To:    MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INT'L PLC
       TRANSFEROR: MEDIOLANUM VITA S.P.A.             MANAGING CLERK
       20 BANK STREET                                 RICHARDS KIBBE & ORBE L.L.P.
       CANARY WHARF                                   ONE WORLD FINANCIAL CENTER
       FLOOR 02                                       NEW YORK, NY 10281-1003
       LONDON E14 4AD
       U.K.


Your claim # 56932-60 in the above referenced case and in the amount of $1,312,743.60 has been transferred, (unless previously expunged by court order)


       OAKTREE HUNTINGTON INVESTMENT FUND, LP
       TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
       C/O OAKTREE CAPITAL MANAGEMENT, LP
       333 SOUTH GRAND AVE, 28TH FLOOR
       LOS ANGELES, CA 90071


No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Send a copy of your objection to the transferee.

Refer to docket number *13784* in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


*/s/ Lauren Rodriguez*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 4, 2011

**EXHIBIT B**

```
TIME: 14:52:55                                           LEHMAN BROTHERS HOLDING INC.                                            PAGE: 1
DATE: 02/04/11                                                CREDITOR LISTING

Name                              Address
CHEN JET HOW / LAU WAI YUM        TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LIMITED 60 BAYSHORE ROAD #22-02 SINGAPORE  469982 SINGAPORE
STANDARD CHARTERED BANK (HONG KONG)   21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED

Total Number of Records Printed      2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

08-13555-mg    Doc 14334    Filed 02/07/11    Entered 02/07/11 11:45:59    Main Document
Pg 6 of 6

MORGAN STANLEY & CO INTERNATIONAL PLC
TRANSFEROR: MEDIOLANUM VITA S.P.A.
20 BANK STREET
CANARY WHARF
FLOOR 02
LONDON E14 4AD
U.K.