Howard J. Weg (Cal. State Bar No. 091057)
    Admitted Pro Hac Vice
David B. Shemano (DS 1224)
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Attorneys for Cascade Investment, L.L.C.

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                           :
In re:                                                     :          **Chapter 11 Case**
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,**                         :
*et al.,*                                                  :          **Case No. 08-13555 (JMP)**
                                                           :
                                                           :          **(Jointly Administered)**
                          **Debtors**                      :
-----------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF CASCADE INVESTMENT, L.L.C. FOR LEAVE TO CONDUCT DISCOVERY OF (1) THE DEBTORS, AND (2) JPMORGAN CHASE BANK, N.A. PURSUANT TO  FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

**PLEASE TAKE NOTICE** that the hearing on the motion of Cascade

Investment, L.L.C. ("Cascade") for leave to conduct discovery of (1) the Debtors, and (2)

JPMorgan Chase Bank, N.A. pursuant to Federal Rule of Bankruptcy Procedure 2004

(the "Motion") [Docket No. 12120], which was scheduled for February 16, 2011, at

10:00 a.m., **has been adjourned to March 23, 2011, at 10:00 a.m**.  The hearing on the

Motion will be held before the Honorable James M. Peck, United States Bankruptcy

Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of

New York, One Bowling Green, New York, New York, and such hearing on the Motion

may be further adjourned from time to time without further notice other than an

announcement at the hearing.

Dated:  Los Angeles, California
            February 7, 2011                    PEITZMAN, WEG & KEMPINSKY LLP


                                                By: /s/ David B. Shemano
                                                     David B. Shemano
                                                     10100 Santa Monica Blvd., Ste. 1450
                                                     Los Angeles, CA 90067
                                                     (310) 552-3100

                                                Attorneys for Cascade Investment, L.L.C.

## CERTIFICATE OF SERVICE

Matthew M. Dryer, certifies as follows:

1.      I am a paralegal employed by the law firm of Peitzman, Weg &

Kempinsky LLP, counsel to Cascade Investment, L.L.C. in the above captioned case.

2.      On February 7, 2011, I caused a copy of the:

> Notice Of Adjournment Of Hearing On Motion Of Cascade
> Investment, L.L.C. For Leave To Conduct Discovery Of (1) The
> Debtors, And (2) JPMorgan Chase Bank, N.A. Pursuant To
> Federal Rule Of Bankruptcy Procedure 2004

to be served by First Class Mail upon: (i) the Honorable James M. Peck, One Bowling

Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP,

767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori

R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the

Debtors; (iii) the Office of the United States Trustee for the Southern District of New

York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-

Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); and

(iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New

York 10005, (Attn: Dennis F. Dune, Esq., Dennis O'Donnell, Esq., and Evan Fleck,

Esq.), attorneys for the official committee of unsecured creditors appointed in these

cases.

3.      On February 7, 2011, I caused a copy of the Notice to be served by

electronic mail upon all parties who receive electronic notice of filings in these cases via

the Court's ECF filing system.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 7, 2011

_____/s/ Matthew M. Dryer_____
Matthew M. Dryer