WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
::
**In re**    :    **Chapter 11 Case No.**
::
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
::
Debtors.    :    **(Jointly Administered)**
::
::
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' FORTY-FIRST OMNIBUS**
**OBJECTION TO CLAIMS (LATE-FILED CLAIMS) AS TO CERTAIN CLAIMANTS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Forty-First Omnibus Objection to Claims (Late-Filed Claims) [Dkt. No. 11306] solely with respect to the claim listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claim listed on Exhibit A on any grounds in the future.

US_ACTIVE:\43616409\01\58399.0008

Dated: February 7, 2011
      New York, New York

           /s/ Shai Y. Waisman
           Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Kazumichi Norimatsu | 46347 |