# EXHIBIT C

## FORM OF TRANSFER NOTICE

TO:   LEHMAN BROTHERS COMMERCIAL CORPORATION
AND TO:
      THE UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

BANCA INTERMOBILIARE DI INVESTIMENTI E GESTIONI S.P.A, its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto CVI GVF Luxembourg Twelve S.á.r.l its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim no.20771 in the filed amount of $3,431,855.99 (which was reduced to $2,504,865.10 by agreement with the debtor)
(the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, Case No. [08-13901] (JMP).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10 day of DECEMBER 2010

For and on behalf of
BANCA INTERMOBILIARE DI
INVESTIMENTI E GESTIONI S.P.A.

*Claudio Vanzan*
Head of Financial Market Department
Banca Intermobiliare di Investimenti e Gestioni S.p.A.
Authorised Signature

Signed By Carval Investors UK Ltd For and on behalf of CVI GVF Luxembourg Twelve S.á.r.l

DAVID SHORT
OPERATIONS MANAGER

17