# EXHIBIT F
## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: **Goldman Sachs Lending Partners, LLC**

    **Goldman Sachs Lending Partners, LLC**, limited liability company ("Seller"), with offices at 200 West Street, New York, NY 10282, ATTN: Dennis M. Lafferty, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **CVI GVF (Lux) Master Sarl**, a société á responsabilité limitée incorporated pursuant to the laws of Luxembourg ("Purchaser"), with registered offices at 11-13 Boulevard De la Foire, L-1528, Luxembourg, 50.48% of Seller's right, title and interest in and to the claims of **Intesa Sanpaolo S.p.A.** against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $33,673,833.01 (representing 17,000,000.00 (the "Claim Amount") of the total amount of the Claim (as hereinafter defined)), plus interest and legal charges, docketed as Claim No. 11021 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim Amount as an unconditional sale and Purchaser herein as the valid owner of the Claim Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim Amount to Purchaser.

**IN WITNESS WHEREOF**, dated as of the 9 day of November, 2010.

                                                   **Goldman Sachs Lending Partners, LLC**

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Dennis M. Lafferty
Title: Managing Director
Tel.: +1 212 902 1820

                                                     **CVI GVF (Lux) Master Sarl**

                                                     By: Carval Investors UK Limited

WITNESS:

*A. Jacobsen* (signature)
(Signature)

Name: A. JACOBSEN
Title: OPERATIONS ANALYST
(Print name and title of witness)

By: *[signature]*
(Signature of authorized corporate officer)

Name: DAVID SHORT
Title: OPERATIONS MANAGER
Tel.: +44 1932 861 194

19

# EXHIBIT F

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Goldman Sachs Lending Partners, LLC

Goldman Sachs Lending Partners, LLC, limited liability company ("Seller"), with offices at 200 West Street, New York, NY 10282, ATTN: Dennis M. Lafferty, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CVI GVF (Lux) Master Sarl, a société á responsabilité limitée incorporated pursuant to the laws of Luxembourg ("Purchaser"), with registered offices at 11-13 Boulevard De la Foire, L-1528, Luxembourg, 50.48% of Seller's right, title and interest in and to the claims of Intesa Sanpaolo S.p.A. against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $33,673,833.01 (representing 17,000,000.00 (the "Claim Amount") of the total amount of the Claim (as hereinafter defined)), plus interest and legal charges, docketed as Claim No. 11021 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim Amount as an unconditional sale and Purchaser herein as the valid owner of the Claim Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim Amount to Purchaser.

IN WITNESS WHEREOF, dated as of the __9__ day of November, 2010.

|  |  |
|---|---|
| WITNESS: | Goldman Sachs Lending Partners, LLC ✓ |
| (Signature) Nancy Y. Kwok | By: _____ (Signature of authorized corporate officer) |
| Name: Authorized Signatory | Wendy Myers — Authorized Signatory |
| Title: _____ | Name: |
| (Print name and title of witness) | Title: |
|  | Tel.: |

CVI GVF (Lux) Master Sarl ✓

By: Carval Investors UK Limited

|  |  |
|---|---|
| WITNESS: | By: _____ |
|  | (Signature of authorized corporate officer) |
| (Signature) | Name: |
| Name: _____ | Title: |
| Title: _____ | Tel.: |
| (Print name and title of witness) |  |

19