B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Harvest SS, Ltd.</u>                                                <u>UBS AG London Branch</u>
Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>16022</u>
should be sent:                                                        Amount of Claim as Filed: <u>$3,707,645.53</u>
                                                                                Amount of Claim Transferred: <u>$755,033.32</u>
c/o Strategic Value Partners LLC                             <u>(20.364226134% of amount of claim as filed)</u>
100 West Putnam Avenue                                       Date Claim Filed: <u>9/18/2009</u>
Greenwich, CT 06830, USA                                   Debtor: <u>Lehman Brothers Holdings Inc.</u>
Attn: Marc Sileo

Phone: <u>203-618-3574</u>                                         Phone: <u>+44 (0) 20 7568 5566</u>
Last Four Digits of Acct #: _____                         Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                                     Date: <u>3 February 2011</u>
Transferee, Ronan Guilfoyle, Director of
Cayman Private Manager I, Ltd.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

LD7020424.1/9999-00999