B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u> Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Strategic Value Master Fund, Ltd.</u>
Name of Transferee

<u>UBS AG London Branch</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Strategic Value Partners LLC
100 West Putnam Avenue
Greenwich, CT 06830, USA
Attn:  Marc Sileo

Court Claim # (if known): <u>16022</u>
Amount of Claim as Filed:<u>$3,707,645.53</u>
Amount of Claim Transferred:<u>$2,952,612.21</u>
<u>(79.635773865% of amount of claim as filed)</u>
Date Claim Filed: <u>9/18/2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>203-618-3574</u>
Last Four Digits of Acct #: _____

Phone: <u>+44 (0) 20 7568 5566</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LD7020423.1/9999-00999

JAMES L. VARLEY
AUTHORIZED SIGNATURE

By: _____                    Date:    3-Feb-2011
By:  Strategic Value Partners, LLC, Its Investment Manager
          Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

LD7020423.1/9999-00999