Form 210A/B – Transfer of LBCC   Claim # 20234

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Commercial Corporation (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13901 (JMP) (Jointly administered)

CLAIM NO. 20234 (full transfer)

DEUTSCHE BANK AG, LONDON BRANCH ("Seller") hereby confirms that, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVI GVF (LUX) MASTER S.A.R.L.**
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Attn/Ref: David Short
E-Mail: David.Short@carval.com

("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim filed in the principal amount of US $5,620,725 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16th day of November 2010.

Deutsche Bank AG, London Branch

Name: Michael Sutton
Title: Managing Director

Ross Miller
Director

CVI GVF (Lux) Master S.a.r.l.
BY CARVAL INVESTORS UK LIMITED

Name: DAVID SHORT
Title: OPERATIONS MANAGER

Form 210A/B – Transfer of LBHI Claim # 20232

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 20232 (full transfer)

**DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") hereby confirms that, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVI GVF (LUX) MASTER S.A.R.L.**
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Attn/Ref: David Short
E-Mail: David.Short@carval.com

("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim filed in the principal amount of US $5,620,725 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10th day of November 2010.

Deutsche Bank AG, London Branch
Name: Michael Sutton
Title: Managing Director

Name: Ross Miller
Title: Director

CVI GVF (Lux) Master S.a.r.l.
BY CARVAL INVESTORS UK LIMITED
DAVID SHORT
OPERATIONS MANAGER

Form 210A/B – Transfer of LBI Claim # 20233

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 20233 (full transfer)

**DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") hereby confirms that, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVI GVF (LUX) MASTER S.A.R.L.**
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Attn/Ref: David Short
E-Mail: David.Short@carval.com

("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim filed in the principal amount of US $32,164,346 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10 day of November 2010.

Deutsche Bank AG, London Branch          CVI GVF (Lux) Master S.a.r.l.
                                          BY CARVAL INVESTORS UK LIMITED

Name: Michael Sutton        Ross Miller    Name: DAVID SHORT
Title: Managing Director    Director       Title: OPERATIONS MANAGER

Form 210A/B – Transfer of Claim # 20235

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 20235 (full transfer)

**DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") hereby confirms that, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVI GVF (LUX) MASTER S.A.R.L.**
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Attn/Ref: David Short
E-Mail: David.Short@carval.com

("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim filed in the principal amount of US $30,761,755 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10th day of November 2010.

Deutsche Bank AG, London Branch         CVI GVF (Lux) Master S.a.r.l.
                                         BY CARVAL INVESTORS UK LIMITED

Name: Michael Sutton                     Ross Mille   Name: DAVID SHORT
Title: Managing Director                 Director     Title: OPERATIONS MANAGER

Form 210A/B – Transfer of Lehman Claim # 30067

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 30067 (full transfer)

DEUTSCHE BANK AG, LONDON BRANCH ("Seller") hereby confirms that, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), it has unconditionally and irrevocably sold, transferred and assigned unto:

CVI GVF (LUX) MASTER S.A.R.L.
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Attn/Ref: David Short
E-Mail: David.Short@carval.com

("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim filed in the principal amount of US $30,761,755 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10th day of November 2010.

Deutsche Bank AG, London Branch                CVI GVF (Lux) Master S.a.r.l.
                                               BY CARVAL INVESTORS UK LIMITED

Name: Michael Sutton                           Name: DAVID SHORT
Title: Managing Director                       Title: OPERATIONS MANAGER

Ross Miller
Director

Form 210A/B – Transfer of Claim    Claim # 20236

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO.: Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.: 20236 (full transfer)

**DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") hereby confirms that, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVI GVF (LUX) MASTER S.A.R.L.**
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Attn/Ref: David Short
E-Mail: David.Short@carval.com

("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim filed in the principal amount of **US $21,544,979** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of November 2010.

Deutsche Bank AG, London Branch                  CVI GVF (Lux) Master S.a.r.l.
                                                  BY CARVAL INVESTORS UK LIMITED

Name: Michael Sutton                              Name: DAVID SHORT
Title: Managing Director                          Title: OPERATIONS MANAGER

Ross Miller
Director

Form 210A/B – Transfer of [illegible] Claim # 45923

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 45923 (full transfer)

**DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") hereby confirms that, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVI GVF (LUX) MASTER S.A.R.L.**
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Attn/Ref: David Short
E-Mail: David.Short@carval.com

("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim filed in the principal amount of US $21,876,326.46 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 1st day of November 2010.

Deutsche Bank AG, London Branch

Name: Michael Sutton
Title: Managing Director

CVI GVF (Lux) Master S.a.r.l.
BY CARVAL INVESTORS UK LIMITED

Ross Miller
Director

Name: DAVID SHORT
Title: OPERATIONS MANAGER

Form 210A/B – Transfer of ~~Case~~ Claim #20237

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers ~~Holdings~~ Special Financing Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 20237 (full transfer)

**DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") hereby confirms that, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVI GVF (LUX) MASTER S.A.R.L.**
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Attn/Ref: David Short
E-Mail: David.Short@carval.com

("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim filed in the principal amount of **US $21,544,979** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16th day of November 2010.

| Deutsche Bank AG, London Branch | CVI GVF (Lux) Master S.a.r.l. BY CARVAL INVESTORS UK LIMITED |
|---|---|
| Name: Michael Sutton<br>Title: Managing Director | Ross Miller<br>Director<br>Name: DAVID SHORT<br>Title: OPERATIONS MANAGER |

Form 210A/B – Transfer of Claim    Claim # 45922

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13888 (JMP) (Jointly administered)

CLAIM NO. 45922 (full transfer)

DEUTSCHE BANK AG, LONDON BRANCH ("Seller") hereby confirms that, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), it has unconditionally and irrevocably sold, transferred and assigned unto:

CVI GVF (LUX) MASTER S.A.R.L.
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Attn/Ref: David Short
E-Mail: David.Short@carval.com

("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim filed in the principal amount of US $21,876,326.46 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10th day of November 2010.

Deutsche Bank AG, London Branch

Name: Michael Sutton
Title: Managing Director

Ross Miller
Director

CVI GVF (Lux) Master S.a.r.l.
BY CARVAL INVESTORS UK LIMITED

Name: DAVID SHORT
Title: OPERATIONS MANAGER