Chapter 11

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC.<br><br>Debtor. | Case No. 08-13555<br><br>**WITHDRAWAL BY PUGET SOUND ENERGY, INC. OF PROOFS OF CLAIM NOS. 24962, 32173 AND 32174** |

Proof of Claim No. 32173 (claim amount of $328,669 filed against Debtor Lehman Brothers Holdings Inc. ("LBHI"), along with the related Claim No. 24962, superseded by amendment by Claim 32173) and Proof of Claim No. 32174 (claim amount of $328,669 filed against Debtor Lehman Brothers Commodity Services Inc. ("LBCSI"), filed herein by creditor Puget Sound Energy, Inc. ("PSE"), are hereby withdrawn pursuant to the Termination Agreement dated as of January 24, 2011, by and among PSE, LBHI, and LBCSI.

1 –WITHDRAWAL OF PROOF OF CLAIM

07770-0470/LEGAL20123462.1

**Perkins Coie LLP**
1201 3rd Avenue, Suite 4800
Seattle, WA  98101
Phone: 206.359.8000
Fax:  206.359.9000

DATED: February 7, 2011  **PERKINS COIE LLP**

By: /s/ Alan D. Smith
Alan D. Smith, WSBA No. 24964
ADSmith@perkinscoie.com
1201 Third Ave., 48th Fl.
Seattle, WA 98101
Telephone: 206.359.8410
Facsimile: 206.359.9410

Attorneys for Creditor Puget Sound Energy, Inc.

2 –WITHDRAWAL OF PROOF OF CLAIM

**Perkins Coie LLP**
1201 3rd Avenue, Suite 4800
Seattle, WA 98101
Phone: 206.359.8000
Fax: 206.359.9000

07770-0470/LEGAL20123462.1