Anthony Paduano (AP 8400)
Willard Knox (WK 5567)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile:  (212) 785-9099

ATTORNEYS FOR JASON T. TAYLOR

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :  Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS, INC., et. al.    :  Case No. 08-13555 (JMP)
                                                                 :  (Jointly Administered)
                      Debtors.                                   :
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES, PLEADINGS AND ORDERS

PLEASE TAKE NOTICE that the undersigned and the law firm of Paduano & Weintraub LLP appear as counsel for Jason T. Taylor ("Taylor"), a party-in-interest in the bankruptcy cases of Lehman Brothers Holdings, Inc. and its affiliated debtors (collectively, the "Debtors"), and, pursuant to §1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010, Federal Rules of Bankruptcy Procedure, request that all notices given or require to be given in these cases, and all papers served or require to be served in these cases, be served upon the undersigned at the following address:

Willard Knox
Paduano & Weintraub LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099
Email: wk@pwlawyers.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveys by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned additionally requests that the Debtors and their counsel, all court-appointed committees and their counsel, the United States Trustee, the Clerk of Court, and all parties filing a notice of appearance herein place the foregoing party's name and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to these bankruptcy cases, and shall not constitute a waiver of Taylor's: (1) right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (2) right to trial by jury

2

in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any and all other rights of Taylor, all of which Taylor expressly reserves.

Dated: New York, New York
February 8, 2011

PADUANO & WEINTRAUB LLP

BY: *Will Knox*
Anthony Paduano
Willard Knox
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100 (Phone)
(212) 785-9099 (Fax)

Attorneys for Jason T. Taylor