

ANTIN EPARGNE PENSION

8th February 2011

1 Boulevard Haussmann
75009 Paris
France

Attn:   Bankruptcy Court on the Lehman Case Docket
        The Southern District of New York
        One Bowling Green
        New York
        NY 10004-1408
        USA

Re:     Claim Number 41223

Dear Sirs,

This is to notify you of the changes of our details on 30th April 2010:

From Dexia Epargne Pension to Antin Epargne Pension, at the address:
        76 Rue de la Victoire
        75009 Paris
        France

The attached documents (Procés Verbal de l'Assemblée Générale Mixte and extracts from Le Registre de Commerce – Les Greffes des Tribunaux de Commerce) demonstrate these changes.

The current address of Antin Epargne Pension is:
        1 Boulevard Haussmann
        75009 Paris
        France

Sincerely,

Gilles Sainte-Catherine

ANTIN EPARGNE PENSION
76, rue de la Victoire
75009 PARIS
Tél. +33 (0)1 55 50 15 15 – Fax +33 (0)1 45 26 34 20

Société anonyme au capital de 344 274 375 euros
RCS Paris B 387 983 893
Société régie par le Code des Assurances
Siège social : 1, boulevard Haussmann - 75009 Paris

**ORIGINAL**

DEXIA EPARGNE PENSION
Entreprise régie par le Code des Assurances
S.A. au capital de 193 674 375 €uros
Siège social : 76 Rue de la Victoire
75009 – PARIS
RCS PARIS B 387 983 893

### PROCES-VERBAL DE L'ASSEMBLEE GENERALE MIXTE
### ORDINAIRE ET EXTRAORDINAIRE DU 30 AVRIL 2010

L'an deux mille dix, et le trente avril à neuf heures, les actionnaires de la société Dexia Epargne Pension se sont réunis en Assemblée Générale Mixte Ordinaire et Extraordinaire, dans les locaux du Cabinet CLIFFORD CHANCE situés 9 Place Vendôme – 75001 PARIS, sur convocation faite par le Conseil d'Administration par lettre recommandée avec accusé de réception.

Il a été établi une feuille de présence qui a été émargée par chaque membre de l'Assemblée en entrant en séance, tant en son nom personnel que comme mandataire.

Monsieur Guy ROELANDT préside la séance en sa qualité de Président du Conseil d'Administration.

La société ne comptant plus que deux actionnaires et Monsieur Pascal POUPELLE représentant DEXIA CREDIT LOCAL ayant donné pouvoir à Monsieur Guy ROELANDT, le bureau ne compte pas de scrutateur.

Madame Janine DUCARRE-PETIT, Directeur Juridique, assure le secrétariat de la séance.

Monsieur Jean-Claude PAULY, représentant le Cabinet MAZARS, Commissaire aux Comptes régulièrement convoqué est absent et excusé.

La feuille de présence certifiée sincère et véritable par les membres du bureau permet de constater que les actionnaires présents ou représentés possèdent 12 911 625 actions sur les 12 911 625 composant le capital social soit la totalité des actions ayant droit de vote, et qu'en conséquence, l'Assemblée Générale régulièrement constituée, peut valablement délibérer tant à titre ordinaire qu'à titre extraordinaire.

Le Président dépose sur le bureau de l'Assemblée :
- copies des lettres de convocation adressées aux actionnaires et Commissaire aux Comptes accompagnées des avis de réception ;
- la feuille de présence certifiée exacte par les membres du bureau ;
- le rapport du Conseil d'Administration ;
- le texte des résolutions proposées à l'Assemblée ;
- le projet de nouveaux statuts de la Société.



1/5

Puis le Président déclare que tous les documents et renseignements prévus par la loi et les règlements ont été tenus à la disposition des actionnaires, au siège social, à compter de la convocation de l'Assemblée.

L'Assemblée lui donne acte de cette déclaration et reconnaît la validité de la convocation.

Le Président rappelle ensuite que l'Assemblée est appelée à statuer sur l'ordre du jour suivant :

### Ordre du jour de la compétence de l'Assemblée Générale Ordinaire :

- Prise d'acte de la démission de certains Administrateurs ;
- Quitus aux Administrateurs sortants ;
- Nomination de nouveaux Administrateurs.

### Ordre du jour de la compétence de l'Assemblée Générale Extraordinaire :

- Modification de la dénomination sociale ;
- Modification corrélative de l'article 3 des statuts ;
- Pouvoirs en vue des formalités.

Le Président donne ensuite lecture du rapport du Conseil d'Administration, puis déclare la discussion ouverte.

Personne ne demandant la parole, il met successivement aux voix les résolutions suivantes figurant à l'ordre du jour :

## I- RESOLUTIONS DE LA COMPETENCE DE L'ASSEMBLEE GENERALE ORDINAIRE

### PREMIERE RESOLUTION

L'Assemblée, après avoir pris acte de la démission de Monsieur Jean-François DUPUIS de son mandat d'Administrateur intervenue le 15 janvier 2010, décide de nommer en remplacement de ce dernier Monsieur Renaud DUMORA, demeurant 16 rue Gaston Caillavet – 75015 PARIS.

Monsieur Renaud DUMORA exercera son mandat d'Administrateur à compter de la date de réalisation (le "**Closing**") de l'Acquisition par la société BNP PARIBAS ASSURANCE de l'intégralité des actions composant capital social de la société DEXIA EPARGNE PENSION auprès des sociétés DEXIA INSURANCE BELGIUM et DEXIA CREDIT LOCAL (le "**Projet Déméter**") et sous condition suspensive de la réalisation effective dudit Closing, pour la durée restant à courir de celui de Monsieur Jean-François DUPUIS, soit jusqu'à l'Assemblée Générale Ordinaire annuelle qui se tiendra en 2013.

Monsieur Renaud DUMORA a fait savoir par avance qu'il accepte les fonctions d'administrateur, ayant déclaré par ailleurs qu'il n'exerce aucune fonction ni n'est frappé d'aucune mesure susceptible de lui interdire l'exercice de ce mandat.

**Cette résolution, mise aux voix, est adoptée à l'unanimité.**



### DEUXIEME RESOLUTION

Le Président indique ensuite à l'Assemblée, qu'en raison du Projet Déméter, Monsieur Jos BRUMAGNE et lui-même ont fait connaître leur décision de démissionner de leur mandat d'Administrateur, et en conséquence, pour ce qui le concerne, de ses fonctions de Président du Conseil d'Administration, avec effet à la date de Closing du Projet Déméter et sous condition suspensive de la réalisation effective dudit Closing.

L'Assemblée, après avoir pris connaissance du rapport du Conseil d'Administration, prend acte des démissions de Messieurs Guy ROELANDT et Jos BRUMAGNE de leurs mandats d'Administrateur, et pour ce qui concerne Monsieur Guy ROELANDT, de ses fonctions de Président du Conseil d'Administration, à effet au jour du Closing du Projet Déméter et sous condition suspensive de la réalisation effective dudit Closing, et leur donne quitus entier et sans réserve de l'exécution de leur mandat pour l'exercice écoulé et pour la période courant du 1er janvier 2010 jusqu'à ce jour.

**Cette résolution, mise aux voix, est adoptée à l'unanimité.**

### TROISIEME RESOLUTION

L'Assemblée décide de nommer en qualité d'Administrateur, à effet au jour du Closing du Projet Déméter et sous condition suspensive de la réalisation effective dudit Closing, Monsieur Stanislas CHEVALET, demeurant 17 rue du Commerce – 75017 PARIS, en remplacement de Monsieur Guy ROELANDT pour la durée du mandat de ce dernier restant à courir, soit jusqu'à l'Assemblée Générale Ordinaire annuelle qui se tiendra en 2015.

Monsieur Stanislas CHEVALET a fait savoir par avance qu'il accepte les fonctions d'administrateur, ayant déclaré par ailleurs qu'il n'exerce aucune fonction ni n'est frappé d'aucune mesure susceptible de lui interdire l'exercice de ce mandat.

**Cette résolution, mise aux voix, est adoptée à l'unanimité.**

### QUATRIEME RESOLUTION

L'Assemblée décide de nommer en qualité d'Administrateur, à effet au jour du Closing du Projet Déméter et sous condition suspensive de la réalisation effective dudit Closing, Monsieur Pierre DE PORTIER DE VILLENEUVE, demeurant 5A rue Quinault – 78100 SAINT-GERMAIN-EN-LAYE, en remplacement de Monsieur Jos BRUMAGNE pour la durée du mandat de ce dernier restant à courir, soit jusqu'à l'Assemblée Générale Ordinaire annuelle qui se tiendra en 2015.

Monsieur Pierre DE PORTIER DE VILLENEUVE a fait savoir par avance qu'il accepte les fonctions d'administrateur, ayant déclaré par ailleurs qu'il n'exerce aucune fonction ni n'est frappé d'aucune mesure susceptible de lui interdire l'exercice de ce mandat.

**Cette résolution, mise aux voix, est adoptée à l'unanimité.**



### CINQUIEME RESOLUTION

L'Assemblée décide de nommer en qualité de nouvel Administrateur, à effet au jour du Closing du Projet Déméter et sous condition suspensive de la réalisation effective dudit Closing, Monsieur Roger MAINGUY, demeurant 72 rue Gambetta – 78120 RAMBOUILLET, pour une durée de six années, soit jusqu'à l'Assemblée Générale Ordinaire annuelle qui se tiendra en 2016.

**Cette résolution, mise aux voix, est adoptée à l'unanimité.**

## II- RESOLUTIONS DE LA COMPETENCE DE L'ASSEMBLEE GENERALE EXTRAORDINAIRE

### SIXIEME RESOLUTION

L'Assemblée, délibérant à titre extraordinaire et après avoir entendu la lecture du rapport du Conseil d'Administration, décide d'adopter comme nouvelle dénomination sociale, à compter de la date de Closing du Projet Déméter et sous condition suspensive de la réalisation effective dudit Closing :

« Antin Epargne Pension »

**Cette résolution, mise aux voix, est adoptée à l'unanimité.**

### SEPTIEME RESOLUTION

L'Assemblée, en conséquence de la décision prise sous la résolution qui précède, décide de modifier l'article 3 des statuts de la Société comme suit, à compter de la date de Closing du projet Déméter et sous condition suspensive de la réalisation effective dudit Closing :

« **Article 3 – Dénomination**

La Société a pour dénomination :
« Antin Epargne Pension »
(…) ».

Le reste de l'article est inchangé.

**Cette résolution, mise aux voix, est adoptée à l'unanimité.**

### HUITIEME RESOLUTION

L'Assemblée délègue tous pouvoirs au porteur d'une copie ou d'un extrait des présentes à l'effet d'accomplir toutes formalités de publicité, de dépôt et autres qu'il appartiendra.

**Cette résolution, mise aux voix, est adoptée à l'unanimité.**




4/5

* * *

L'ordre du jour étant épuisé et personne ne demandant plus la parole, la séance est levée.

De tout ce que dessus, il a été dressé le présent procès-verbal qui, après lecture, a été signé par les membres du bureau.

Le Président                                                                                   Le Secrétaire



- Contacts
- Changer un litige
- Reclame

 **infogreffe**    Les Greffes des Tribunaux de Commerce

**ANTIN EPARGNE PENSION**
367 963 896 R.C.S PARIS

Adresse : 1 Boulevard HAUSSMANN 75009 PARIS
Activité (libellé code NAF) : Assurance vie

Trier par : [ Date de l'acte du plus récent au plus ancien ▼ ]

Filtrer sur décision : [                                                    ▼ ]

*Ces informations sont à jour à la date du : 07 février 2011*

Consultation des annonces BODACC

Page : 1 - 2 - 3 - 4 - 5 - 6 - 7 - 8 - 9

| Date | Type | Décisions |
|---|---|---|
| 18/08/2010 | PROCES VERBAL DU CONSEIL D'ADMINISTRATION | AUGMENTATION DE CAPITAL MODIFICATION(S) STATUTAIRE(S) Dépôt numéro 92748 du 21/10/2010 |
| 18/08/2010 | STATUTS A JOUR | Dépôt numéro 92748 du 21/10/2010 |
| 25/06/2010 | PROCES VERBAL D'ASSEMBLEE GENERALE EXTRAORDINAIRE | CONTINUATION D'ACTIVITE MALGRE LA PERTE DE MOITIE DU CAPITAL DECISION D'AUGMENTATION Dépôt numéro 92742 du 21/10/2010 |
| 25/06/2010 | EXTRAIT DU PROCES-VERBAL | DECISION D'AUGMENTATION Dépôt numéro 92742 du 21/10/2010 |
| 25/06/2010 | EXTRAIT DU PROCES-VERBAL | CONTINUATION D'ACTIVITE MALGRE LA PERTE DE MOITIE DU CAPITAL Dépôt numéro 68783 du 06/08/2010 |
| 18/05/2010 | STATUTS A JOUR | Dépôt numéro 68775 du 06/08/2010 |
| 04/05/2010 | EXTRAIT DU PROCES-VERBAL | TRANSFERT DU SIEGE SOCIAL ANCIEN SIEGE : 76 RUE DE LA VICTOIRE 75009 PARIS MODIFICATION(S) STATUTAIRE(S) Dépôt numéro 68775 du 06/08/2010 |
| 30/04/2010 | PROCES VERBAL D'ASSEMBLEES ORDINAIRE ET EXTRAORDINAIRE | DEMISSION D'ADMINISTRATEUR(S) NOMINATION D'ADMINISTRATEUR(S) CHANGEMENT DE DENOMINATION SOCIALE ANCIENNE DENOMINATION : DEXIA EPARGNE PENSION MODIFICATION(S) STATUTAIRE(S) Dépôt numéro 68775 du 06/08/2010 |
| 12/10/2009 | EXTRAIT DU PROCES-VERBAL | CHANGEMENT D'ADMINISTRATEUR(S) Dépôt numéro 97619 du 17/11/2009 |
| 19/06/2009 | EXTRAIT DU PROCES-VERBAL | DEMISSION D'ADMINISTRATEUR(S) Dépôt numéro 56039 du 03/07/2009 |

Page : 1 - 2 - 3 - 4 - 5 - 6 - 7 - 8 - 9