UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re:                                          : Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., et. al.         : Case No. 08-13555 (JMP)
                                                : (Jointly Administered)
            Debtors.                            :
                                                :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

DANIEL ALTABEF, being duly sworn deposes and says:

1.  I am over the age of eighteen and not a party to the above-referenced matter. I am an employee of Paduano & Weintraub, LLP, counsel for Jason T. Taylor, an interested party in the above-referenced matter.

2.  On February 8, 2011, I personally served a true and correct copy of the Notice of Appearance and Request for Service of Notices, Pleadings and Orders; the Notice of Motion of Jason T. Taylor for Determination that the Automatic Stay Does Not Apply or, in the Alternative, for Relief from Automatic Stay; and the Motion of Jason T. Taylor for Determination that the Automatic Stay Does Not Apply or, in the Alternative, for Relief from Automatic Stay upon:

> The Chambers of the Honorable James M. Peck
> One Bowling Green
> New York, New York 10004;
>
> Richard P. Krasnow, Esq., Lori R. Fife, Esq.,
> Shai Y. Waisman, Esq., and
> Jacqueline Marcus, Esq.
> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York
> Attorneys for the Debtors;

Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq.
Brian Masumoto, Esq., Linda Riffkin, Esq. and
Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004
The United States Trustees; and

Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
and Evan R. Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attorneys for the Creditors' Committee

via first class mail.

*Daniel Altabef*

Sworn to before me this
8th day of February 2011

*Notary Public*

WILLARD R KNOX
Notary Public, State of New York
02KN6174955
Qualified in Bronx County
My Commission Expires October 1, 2011