B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>JATRALEC CAPITAL LLC</u><br>Name of Transferee | <u>YORVIK PARTNERS LLP</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>c/o Richards, Kibbe & Orbe<br>Attn: Larry Halperin<br>One World Financial Center<br>New York, NY 10281<br>U.S.A. | Court Claim # (if known): <u>55940</u><br>Amount of Claim: <u>$4,967,001.00</u><br>Date Claim Filed: <u>10/29/09</u><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone:_____<br>Last Four Digits of Acct #: _____ | Phone: _____<br>Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

647026.1/445-01261

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Richards Kibbe + Orbe LLP, as authorized_    Date: _2/7/11_
    Transferee/Transferee's Agent
_Signatory and not in the capacity as legal counsel to the Company_

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.