STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
Harold A. Olsen
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Magnetar Constellation Master Fund III, Ltd*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                             :    Chapter 11
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*          :    Case No. 08-13555 (JMP)
                                                  :
                                 Debtors.         :    (Jointly Administered)
                                                  :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK    )

Mark R. Wojcik, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On February 4, 2011, affiant served true and correct copies of the *Response of Magnetar Constellation Master Fund III, Ltd to Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims)* (Docket No. 14323), filed via the Court's ECF system on such date and via Overnight Mail upon the parties listed on the Service List "A."

3. On February 7, 2011, affiant served true and correct copies of the *Response of Magnetar Constellation Master Fund III, Ltd to Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims)* (Docket No. 14323), via Hand Delivery upon the party listed on Service List "B."

/s/ Mark R. Wojcik
Mark R. Wojcik

Sworn to before me this
9th day of February, 2011

/s/ Jeffrey M. Negron
NOTARY PUBLIC

Jeffrey M. Negron
Notary Public, State of New York
No. 01NE6107707
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 10, 2012

**Service List "A"**

*Via Overnight Mail*
Shai Waisman, Esq.
Penny Reid, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Via Overnight Mail*
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

## Service List "B"

*Via Hand Delivery*
Elisabeth Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004