**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:

    Lehman Brothers Holdings, Inc.                    Case No.: 08-13555 JMP
                                                        Chapter 11

               Debtor

-------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

      I, Jeffrey Lee Costell, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Easton Investments II, a California L.P. (the "Client"), a Creditor in the above referenced case.

      I certify that I am a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

      I have submitted the filing fee of $25.00 with this motion for pro hac vice admission.

Dated: February 9, 2011

| | |
|---|---|
| Santa Monica, California | /s/ Jeffrey Lee Costell |
| | Costell & Cornelius Law Corporation |
| | 1299 Ocean Avenue, Suite 400 |
| | Santa Monica, CA  90401 |
| | E-mail: jlcostell@costell-law.com |
| | Phone: (310) 458-5959 |