B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings, Inc,</u>　　　　　　　　　　　Case No. <u>08-13555</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | CITIGROUP GLOBAL MARKETS INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
　HBK Master Fund L.P.
　c/o HBK Services LLC
　2101 Cedar Springs Road, Suite 700
　Dallas, TX 75201

　With a copy to:
　J.R. Smith, Esq.
　Hunton & Williams LLP
　951 East Byrd Street
　Richmond, Virginia 232319

Court Claim # (if known):<u>67226</u>
　　　　　　　　　(Amending Claim # 20050)

Amount of Claim: <u>$4,500,000.00</u>
Date Claim Filed: <u>12/1/2010</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:  <u>214.758.6107</u>　　　　　　　　　Phone:
Last Four Digits of Acct #:　　　　　　　　Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>　　　　　　　　　Date: <u>1/26/2011</u>
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Citigroup Global Markets Inc.

Citigroup Global Markets Inc., with offices located at 390 Greenwich Street, Fourth Floor New York, New York, 10013 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claim Purchase Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located at 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in, to and under the claim of SELLER against Lehman Brothers Special Financing Inc., a debtor in Case No. 08-13888 pending in the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court"), in the amount of $4,500,000, as described in proof of claim number 67226 (amending original proof of claim number 20050), duly and timely filed for the benefit of SELLER with the Bankruptcy Court in respect thereof (the "Claim").

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional purchase and sale and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 25th day of January, 2011.

**CITIGROUP GLOBAL MARKETS INC.**

By: _[signature]_
Name:
Title:

**HBK MASTER FUND L.P.**
By: HBK Services LLC
Investment Advisor

By: _[signature]_
Name: J. Baker Gentry, Jr.
Title: Authorized Signatory

23

Doc#: US1-669625502

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings, Inc,</u>　　　　　　　　　Case No. <u>08-13555</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | CITIGROUP GLOBAL MARKETS INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
　HBK Master Fund L.P.
　c/o HBK Services LLC
　2101 Cedar Springs Road, Suite 700
　Dallas, TX 75201

　With a copy to:
　　J.R. Smith, Esq.
　　Hunton & Williams LLP
　　951 East Byrd Street
　　Richmond, Virginia 232319

Court Claim # (if known): <u>67227</u>
　　　　　　　　(Amending Claim # 20006)

Amount of Claim: <u>$4,500,000.00</u>
Date Claim Filed: <u>12/1/2010</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u> 214.758.6107 </u>　　　　Phone:
Last Four Digits of Acct #:　　　　Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>　　　　　　　　Date: <u>1/26/2011</u>
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Citigroup Global Markets Inc.

Citigroup Global Markets Inc., with offices located at 390 Greenwich Street, Fourth Floor New York, New York, 10013 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claim Purchase Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located at 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in, to, and under the claim of SELLER against Lehman Brothers Holdings Inc., a debtor in Case No. 08-13555 pending in the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court"), in the amount of $4,500,000, as described in proof of claim number 67227 (amending original proof of claim number 20006), duly and timely filed for the benefit of SELLER with the Bankruptcy Court in respect thereof (the "Claim").

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional purchase and sale and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 25th day of January, 2011.

**CITIGROUP GLOBAL MARKETS INC.**

By: _Rahul Muthuthasan_
Name:
Title:


**HBK MASTER FUND L.P.**  By: HBK Services LLC
Investment Advisor

By: _____
Name: J. Baker Gentry, Jr.
Title: Authorized Signatory

Doc# US1-6696255v2

2