# LAMBDA ASSET MANAGEMENT

address
7 Venetian Lane, Old Fort Bay
Nassau, Bahamas

tel   +1 242 4249227
email  fabio@lambdaam.com

24 January 2011

Clerk's Office
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408



Dear Sir/Madam,

Please find enclosed the two Transfer of Claim Other Than For Security documents for the following bonds:

ISIN XS0331248723

ISIN XS0154706153

Please could you register the transfer of claim for each. The return address for any correspondence should be:

Fabio Allocco
P.O. Box CR56766 Suite 218
Nassau, Bahamas

Yours faithfully,

Fabio Allocco

B210A (Form 210A) (12/09)



# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.

Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Lambda Asset Management Ltd | Nomura International PLC |
|---|---|
| Name of Transferee | Name of Alleged Transferor |

Name and Address where notices to transferee should be sent:

Lambda Asset Management
7 Venetian Lane Old Fort
Nassau New Providence
Bahamas
Attn: Fabio Allocco
Phone: +1-242-424-9227
Email: fabio@lambdaam.com

Court Claim # (if known): 58993
Amount of Claim: USD 7,287,392.11
Amount of Claim Transferred: USD 7,287,392.11
ISIN/CUSIP: XS0331248723

Date Claim Filed: October 30, 2009

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ signed_  Date: 21ST JANUARY 2011
Transferee/Transferee's Agent

Form 210B (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

In re Lehman Brothers Holdings Inc.

Case No. 08-13555



## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 58999 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on January 20, 2011.

| Nomura International PLC | Lambda Asset Management Ltd. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

Nomura International PLC
One Angel Lane
London
United Kingdom
PC: EC4R 3AB
Attn. Karim Abdelkerim
Karim.abdelkerim@nomura.com

Address of Transferee:

Lambda Asset Management
7 Venetian Lane Old Fort
Nassau New Providence
Bahamas
Attn: Fabio Allocco
Phone: +1-242-424-9227
Email: fabio@lambdaam.com

### ~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                                  **CLERK OF THE COURT**

B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Lambda Asset Management Ltd | Nomura International PLC |
|---|---|
| Name of Transferee | Name of Alleged Transferor |

Name and Address where notices to transferee should be sent:

Lambda Asset Management
7 Venetian Lane Old Fort
Nassau New Providence
Bahamas
Attn: Fabio Allocco
Phone: +1-242-424-9227
Email: fabio@lambdaam.com

Court Claim # (if known): 58999
Amount of Claim: USD 15,753,997.46
Amount of Claim Transferred: USD 15,753,997.46
ISIN/CUSIP: XS0154706153

Date Claim Filed: October 30, 2009

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 21st JANUARY 2011
    Transferee/Transferee's Agent

Form 210B (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

**RECEIVED JAN 2 8 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 58999 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on January 20, 2011.

| Nomura International PLC | Lambda Asset Management Ltd. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

Nomura International PLC
One Angel Lane
London
United Kingdom
PC: EC4R 3AB
Attn. Karim Abdelkerim
Karim.abdelkerim@nomura.com

Address of Transferee:

Lambda Asset Management
7 Venetian Lane Old Fort
Nassau New Providence
Bahamas
Attn: Fabio Allocco
Phone: +1-242-424-9227
Email: fabio@lambdaam.com

**~DEADLINE TO OBJECT TO TRANSFER~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                        **CLERK OF THE COURT**