UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                            :
:
-----------------------------------------------------------------x    Ref. Docket No. 8066

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 7, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
10th day of February, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfer 8066_AFF_02-07-11.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANCO ESPANOL DE CREDITO, S.A., ACTING FOR AND ON BEHALF OF       BANCO ESPANOL DE CREDITO, S.A., ACTING FOR A
     BANESTO GARANTIZADO DOBLE RENDIMIENTO, FI                          JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVA
     ATTN: JAVIER LLORENTE HERRERO                                      CLIFFORD CHANCE US LLP
     MESENA, 80. EDIFICIO CPD, SOTANO-1                                 31 WEST 52ND STREET
     MADRID    28033                                                    NEW YORK NY 10019
     SPAIN

Please note that your claim # 26528 in the above referenced case and in the amount of
        $140,845.36        has been transferred **(unless previously expunged by court order)**

        ROYAL BANK OF SCOTLAND PLC, THE
        TRANSFEROR: BANCO ESPANOL DE CREDITO, S.A., ACTING FOR AND ON BEHALF O
        RBS GLOBAL BANKING & MARKETS
        ATTN: ANDREW SCOTLAND & DONAGH HOYLAND
        135 BISHOPSGATE
        LONDON    EC2H 3UR
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8066       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/07/2011                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 7, 2011.

**EXHIBIT B**

```
TIME: 10:56:22                              LEHMAN BROTHERS HOLDING INC.                                                 PAGE:    1
DATE: 02/07/11                                   CREDITOR LISTING

Name                                         Address
BANCO ESPANOL DE CREDITO, S.A., ACTING       BANESTO GARANTIZADO DOBLE RENDIMIENTO, FI ATTN: JAVIER LLORENTE HERRERO MESENA, 80. EDIFICIO CPD, SOTANO-1 MADRID  28033 SPAIN
  FOR AND ON BEHALF OF
BANCO ESPANOL DE CREDITO, S.A., ACTING       JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019
  FOR AND ON BEHALF OF
ROYAL BANK OF SCOTLAND PLC, THE              TRANSFEROR: BANCO ESPANOL DE CREDITO, S.A., ACTING FOR AND ON BEHALF O RBS GLOBAL BANKING & MARKETS
                                             ATTN: ANDREW SCOTLAND & DONAGH HOYLAND 135 BISHOPSGATE LONDON  EC2H 3UR UNITED KINGDOM

Total Number of Records Printed              3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC