WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

**QUARTERLY REPORT PURSUANT TO ORDER PURSUANT TO
SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULE 9019 AUTHORIZING THE ESTABLISHMENT OF PROCEDURES
FOR THE DEBTORS TO COMPROMISE AND SETTLE CLAIMS IN RESPECT
OF THE ORIGINATION OR PURCHASE OF RESIDENTIAL MORTGAGE LOANS**

Pursuant to the Order pursuant to Section 105(a) of the Bankruptcy Code and

Bankruptcy Rule 9019 Authorizing the Establishment of Procedures for the Debtors to

Compromise and Settle Claims in Respect of the Origination or Purchase of Residential

Mortgage Loans, entered on August 5, 2009 (the "Order"),[1] the Court granted Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the

"Debtors") authority to compromise and settle Repurchase and Indemnification Claims held by

the Debtors related to the origination or purchase of Residential Mortgage Loans in accordance

with the procedures set forth in the Order.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in
the Order.

       As required by the Order, the Debtors hereby file the quarterly report, which is attached hereto as Exhibit A, of all transactions entered into under the authority of the Order for the period from November 1, 2010 to and including January 31, 2011.

Dated: February 9, 2011
      New York, New York

                                   /s/ Shai Y. Waisman
                                   Shai Y. Waisman

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for Debtors
                                   and Debtors in Possession

Exhibit A

| Agreements Entered Into by the Debtors to Settle or Compromise Repurchase or Indemnification Claims | |
| --- | --- |
| **Parties** | **Date** |
| Ascent Homes | December 10, 2010 |
| Colony Mortgage | December 15, 2010 |
| Genpact Mortgage | December 28, 2010 |
| Golden Empire | November 4, 2010 |
| Jersey Mortgage Company of New Jersey | January 19, 2011 |
| Mortgage & Equity Funding Corporation | November 23, 1010 |
| Mountain West | December 14, 2010 |
| Nationwide Equities | December 29, 2010 |