**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : |  |

------------------------------------------------------------------------x    **Ref. Docket Nos. 14318, 14330-14332**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                          ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 8, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
10th day of February, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE:  FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE                                  CREDIT SUISSE
     ATTN: ALLEN GAGE                               CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                                  ATTN: RICHARD LEVIN
     NEW YORK NY 10010                              WORLDWIDE PLAZA
                                                    825 EIGHTH AVENUE
                                                    NEW YORK NY 10019

Please note that your claim # 55829-41 in the above referenced case and in the amount of
          $0.00        has been transferred (**unless previously expunged by court order**)

        ST. GALLER KANTONALBANK AG
        TRANSFEROR: CREDIT SUISSE
        ST. LEONHARDSTRASSE 25
        ST. GALLEN     CH-9001
        SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14330      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/07/2011                          Vito Genna, Clerk of Court


                                          /s/ Jenna Noble
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 7, 2011.

**EXHIBIT B**

TIME: 17:05:11
DATE: 02/08/11

PAGE: 1

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

| Name | Address |
| --- | --- |
| CENTROSIM S.P.A. | ATTN: MS. MARINA DJORDJEVIC - COMPLIANCE & LEGAL DEPARTMENT 37 VIA BROLETTO MILAN   20121 ITALY |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| DEKA INTERNATIONAL S.A., ON BEHALF OF: DEKA-KICKGARANT 2006 | 5, RUE DES LABOURS LUXEMBOURG L-1912 GERMANY |
| DEKA INTERNATIONAL S.A., ON BEHALF OF: DEKA-KICKGARANT 2006 | LOVELLS LLP ATTN: MATTHEW P. MORRIS, ESQ. 590 MADISON AVENUE NEW YORK NY 10022 |
| DEKA INTERNATIONAL S.A., ON BEHALF OF: DEKA-WORLDGARANT PLUS 2/2011 | 5, RUE DES LABOURS LUXEMBOURG 1912 LUXEMBOURG |
| DEKA INTERNATIONAL S.A., ON BEHALF OF: DEKA-WORLDGARANT PLUS 2/2011 | HOGAN LOVELLS US LLP ATTN: MATTHEW P. MORRIS, ESQ. 875 THIRD AVENUE NEW YORK NY 10022 |
| DEKABANK DEUTSCHE GIROZENTRALE | TRANSFEROR: DEKA INTERNATIONAL S.A., ON BEHALF OF: DEKA-WORLDGARANT PLUS 2/2011 ATTN: MARCUS ULLRICH MAINZER LANDSTRABE 16 FRANKFURT AM MAIN   60325 GERMANY |
| DEKABANK DEUTSCHE GIROZENTRALE | TRANSFEROR: DEKA INTERNATIONAL SA, ON BEHALF OF: DEKA-KICKGARANT 2006 ATTN: MARCUS ULLRICH MAINZER LANDSTRABE 16 FRANKFURT AM MAIN   60325 GERMANY |
| ERSEL SIM S.P.A. | TRANSFEROR: CENTROSIM S.P.A. ATTN: CESANO GABRIELLA PIAZZA SOLFERINO, 11 TORINO  10121 ITALY |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: CREDIT SUISSE ST. LEONHARDSTRASSE 25 ST. GALLEN  CH-9001 SWITZERLAND |

Total Number of Records Printed   11

EPIQ BANKRUPTCY SOLUTIONS, LLC