UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 14144, 14279,
                                                                       14284, 14286 & 14304

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 9, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
10th day of February, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 14144, 14279, 14284, 14286 & 14304_Aff 02-09-11.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
              Debtors.                      |
```

## NOTICE OF DEFECTIVE TRANSFER

Transferor:     CREDIT SUISSE
                ATTN: ALLEN GAGE
                1 MADISON AVE
                NEW YORK NY 10010


Additional:     CREDIT SUISSE
                CRAVATH, SWAINE & MOORE LLP
                ATTN: RICHARD LEVIN
                WORLDWIDE PLAZA
                825 EIGHTH AVENUE
                NEW YORK NY 10019


Transferee:     BANK VONTOBEL AG, ZURICH / SWITZERLAND
                GOTTHARDSTRASSE 43
                POSTFACH
                ZURICH CH-8022 SWITZERLAND


Your transfer of claim #  55829  is defective for the reason(s) checked below:

Other                                       ISIN NUMBER TO BE TRANSFERRED NOT LISTED ON TRANSFER


Docket Number 14144            Date 01/18/11


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 9, 2011.

**EXHIBIT B**

```
TIME: 16:53:16                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 02/09/11                                         CREDITOR LISTING

Name                                    Address
AU YUK LIN                              ROOM B 33/F BLOCK 9 ROYAL ASCOT FO TAN HK   HONG KONG
BANK VONTOBEL AG, ZURICH / SWITZERLAND  GOTTHARDSTRASSE 43 POSTFACH ZURICH  CH-8022 SWITZERLAND
CHOI LAI WAH                            FLT H 2/F BLK 16 CHEVALIER GARDEN MA ON SHAN, NT   HONG KONG
CREDIT SUISSE                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
STANDARD CHARTERED BANK (HONG KONG) LTD. 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
TSANG MUI KWAI DELLA                    11/F BLOCK D ABERDEEN BAYSHORE APARTMENT 244 ABERDEEN MAIN ROAD ABERDEEN, HK   HONG KONG
WONG MEI KWAN                           RM 1414 TAI ON BLDG SHAUKEIWAN HK   HONG KONG

Total Number of Records Printed       8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC