UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                    :    (Jointly Administered)
            Debtors.                :
                                    :
---------------------------------------------------------------x    Ref. Docket Nos. 7934, 10108-
                                         10110, 14265-14278, 14280-14283,
                                         14285, 14287-14290, 14293-14298,
                                         14300-14303, 14305, 14359 &
                                         14360

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 9, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                    /s/ *Lauren Rodriguez*
                                    Lauren Rodriguez

Sworn to before me this
10th day of February, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 7934, 10108-10110...14305, 14359 & 14360_AFF_02-09-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   AGGREGATING TRUST 1,L.L.C.
              C/O ROPES & GRAY LLP
              ATTN: JEFFERY R. KATZ
              ONE INTERNATIONAL PLACE
              BOSTON MA 02110

Please note that your claim # 30307-05 in the above referenced case and in the amount of
       $1,470,654.33       has been transferred **(unless previously expunged by court order)**

              DEUTSCHE BANK AG, LONDON BRANCH
              TRANSFEROR: AGGREGATING TRUST 1,L.L.C.
              ATTN: KAIRI JAMES
              WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
              LONDON    EC2N 2DB
              UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7934    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/09/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 9, 2011.

**EXHIBIT B**

```
TIME: 16:22:45                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 02/09/11                                         CREDITOR LISTING

Name                                              Address
AGGREGATING TRUST 1,L.L.C.                        C/O ROPES & GRAY LLP ATTN: JEFFERY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
CASPIAN ALPHA LONG CREDIT FUND LP                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN SELECT CREDIT MASTER FUND, LTD.           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528
CHAN KI PUI ALFRED / CHAN MEE JUN                 ROOM 2610 26/F LUNG YUET HOUSE KAM LUNG COURT MA ON SHAN NT   HONG KONG
CHAN WING LIT JAMES / CHAN TONG MIU YUNG          FLAT H 47/F TOWER NORTH CHELSEA COURT 100 YEUNG UK ROAD TSUEN WAN NT   HONG KONG
  MAGGIE
CHAU SAU SHU / YING HUI YONG WILLIAM              FLT B4 2/F HONG YUEN COURT 1-5 TAK SHING STREET YAUMATEI KLN HK   HONG KONG
CHENG SO HAN                                      FLAT J 1/F BLOCK 15 CHARMING GARDEN MONG KOK KLN   HONG KONG
CHIU MAN LING                                     FLAT C&D, 22/F, TOWER 8 TIERRA VERDI 33 TSING KING ROAD, TSING YI NT HONG KONG
CHOW KIN, LUN / NGAN YEE, WAN                     4/F LEE'S MANSION 171 BOUNDARY STREET KOWLOON TONG, KLN   HONG KONG
CITIBANK EUROPE PLC. HUNGARIAN BRANCH             PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
  OFFICE
CITIBANK EUROPE PLC. HUNGARIAN BRANCH             ATTN: PETER SOMOGYI & JENO PINTER SZABADSAG TER 7 BUDAPEST H-1051 HUNGARY
  OFFICE
CITIGROUP GLOBAL MARKETS INC.                     PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: CITIBANK EUROPE PLC. HUNGARIAN BRANCH OFFICE ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS JAPAN INC.               TRANSFEROR: CITIGROUP GLOBAL MARKETS JAPAN INC. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS JAPAN INC.               PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
                                                  ATTN: KENICHI ITO 1-5-1 MARUNOUCHI TOKYO 100-6520 JAPAN
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: AGGREGATING TRUST 1,L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: AGGREGATING TRUST 3, L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
FAN KWOK HUNG                                     ROOM 2108 21/F WANG SUM HOUSE CHEUN WANG ESTATE TSING YI NT   HONG KONG
LAM SIU KEI                                       FLAT B 36/F BLK 5 SKY TOWER 38 SUNG WONG TOI ROAD TO KWA WAN, KLN   HONG KONG
LAU MAN SHEUNG / YUNG CHING CHUEN                 G/F 43 LAKE CRT TUI MIN HOI SAI KUNG, NT   HONG KONG
LEE SUK CHING                                     ROOM 806 8/F BLOCK 5 KWAI SHING WEST ESTATE KWAI CHUNG   HONG KONG
LEUNG MAN KIT                                     RM 604 SHEUNG SUM HSE LUNG HANG EST SHA TIN NT   HONG KONG
LI YEE MAN / FUNG YIU LUN                         FLAT E 4/F HANG TAK BUILDING 1 ELECTRIC STREET WANCHAI HK   HONG KONG
MA HING SUM                                       FLAT B 31/F BLOCK 5 SCENIC VIEW 63 FUNG SHING STREET NGAU CHI WAN, KLN   HONG KONG
MARINER LDC                                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528
MOK WEN KWOK / O LAI CHUN                         FLAT F 8/F FAIRMONT GARDEN 39A CONDUIT ROAD MID-LEVELS, HK   HONG KONG
NG CHEUNG HOI/LAM CHING MEE                       FLAT B 9/F 132 BROADWAY MEI FOO SUN CHUEN LAI CHI KOK KLN   HONG KONG
POON SIU PING                                     FLAT D 17/F BLOCK 5 VILLA ESPLANADA 8 NGA YING CHAU STREET TSING YI, NT   HONG KONG
SHUM KWOK KA & SHUM CHAN YUK YIN ALLA             FLT G 1/F BLK 3 SHERWOOD COURT KINGSWOOD VILLAS TIN SHUI WAI, NT   HONG KONG
SIU MAN WAI                                       FLAT A 18/F BLOCK 2 PACIFIC PALISADES NORTH POINT, HK   HONG KONG
STANDARD CHARTERED BANK (HONG KONG)               21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAN KI PUI ALFRED / CHAN MEE JUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAN WING LIT JAMES / CHAN TONG MIU YUNG MAGGIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAU SAU SHU / YING HUI YONG WILLIAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHENG SO HAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHIU MAN LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHOW KIN, LUN / NGAN YEE, WAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: FAN KWOK HUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LAM SIU KEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LAU MAN SHEUNG / YUNG CHING CHUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LEE SUK CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LEUNG MAN KIT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LI YEE MAN / FUNG YIU LUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: MA HING SUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: MOK WEN KWOK / O LAI CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: NG CHEUNG HOI/LAM CHING MEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: POON SIU PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: SHUM KWOK KA & SHUM CHAN YUK YIN ALLA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: SIU MAN WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: TAM SING TONG / WONG WING SZE VIVIAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: TO KAM FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
```

```
TIME: 16:22:45                                              LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    2
DATE: 02/09/11                                                    CREDITOR LISTING

Name                                              Address
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: TSE PAK KUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: WONG YIP PONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YING HUI YONG WILLIAM / CHAU SAU SHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YIP KA KUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YIP MAN SUM POLLY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YIP MO KIT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
TAM SING TONG / WONG WING SZE VIVIAN              FLAT A 10/F BLOCK 1 CALDECOTT HILL NO. 2 CALDECOTT ROAD CHEUNG SHA WAN, KLN   HONG KONG
TO KAM FONG                                       ROOM 2712 PINE HOUSE KWONG YUEN ESTATE SHATIN, NT   HONG KONG
TSE PAK KUEN                                      FLAT A 3/F CHUNG CHING HOUSE 15 CHUNG CHING STREET SAI YING PUN   HONG KONG
WONG YIP PONG                                     FLAT B 13/F KING BO BUILDING 19 SHING FONG STREET KWAI CHUNG, NT   HONG KONG
YING HUI YONG WILLIAM / CHAU SAU SHU              B4 2/F HONG YUEN COURT 1-5 TAK SHING STREET YAUMATEI KLN HK   HONG KONG
YIP KA KUI                                        FLAT C 17/F FOOK SUI COURT HOLFORD GARDEN TAI WAN NT   HONG KONG
YIP MAN SUM POLLY                                 FLT 1230 11/F 24 HONG LEE ROAD KWUN TONG KLN   HONG KONG
YIP MO KIT                                        ROOM 609 6/F LUNG SHING HOUSE LOWER WONG TAI SIN ESTATE WONG TAI SIN, KLN   HONG KONG
ZHAO SIZHONG / ZHAO XIANG                         TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LIMITED 3703-A EMPEROR PLACE NO.99 NANJING ROAD HELPING DISTRICT TIANJIN 30040 CHINA


Total Number of Records Printed                   67
```

EPIQ BANKRUPTCY SOLUTIONS, LLC