ARNALL GOLDEN GREGORY LLP
171 17th Street N.W.
Suite 2100
Atlanta, Georgia 30363
(404) 873-8500
Darryl S. Laddin (DL-5130)
Frank N. White

Attorneys for the Wholly Owned Subsidiaries
of Verizon Communications Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF THE WHOLLY-OWNED**
**SUBSIDIARIES OF VERIZON COMMUNICATIONS INC. TO DEBTORS'**
**CURE NOTICE**

PLEASE TAKE NOTICE that the wholly-owned subsidiaries of Verizon Communications Inc.[1] (collectively, "Verizon") hereby withdraw with prejudice their Objection To Debtors' Cure Notice filed on September 19, 2008 (Docket Entry No. 118).

Dated:  February 10, 2011          Respectfully submitted,
        New York, New York
                                   ARNALL GOLDEN GREGORY LLP

                                   /s/ Darryl S. Laddin
                                   Darryl S. Laddin (DL-5130)
                                   171 17th Street N.W.
                                   Suite 2100
                                   Atlanta, Georgia  30363
                                   (404) 873-8500

                                   Attorneys for Verizon

---

[1] The wholly-owned subsidiaries of Verizon Communications Inc. include, without limitation, Verizon Services Corp., Verizon Network Integration Corp., Verizon Business Global LLC, Verizon Business Network Services Inc., Verizon Select Services Inc., MCI Communications Services, Inc. f/k/a MCI WorldCom Communications, Inc. and the operating telephone company subsidiaries of Verizon Communications Inc.

2974738v1