EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Seat Pagine Gialle S.P.A.

**Seat Pagine Gialle S.P.A.**, a stock corporation having offices located at Corso Mortara 22, Torino, 10149, Italy ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $11,705,349.72, docketed as Claim No. 10943 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Case") as modified by Order at docket No. 13164 in the Case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 17 day of December, 2010.

WITNESS:

_____
(Signature)

Name: MARCO BEATRICE
Title: LEGAL AFFAIRS
(Print name and title of witness)

Seat Pagine Gialle S.P.A.

By: _____
(Signature of authorized corporate officer)

Name: STEFANO COLLMANN
Title: FINANCE DIRECTOR / ATTORNEY
Tel.: 0039011 4352349

By: _____
(Signature of authorized corporate officer)

Name: ANDREA SERVO
Title: ADMINISTRATION /TAX
Tel.: +39011 435 4308

*101207 draft contartto cessione JPM Seat Pagine LBSF AOC $11MM TD 12-2-10 (2).DOC*

WITNESS:

_____
(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized corporate officer)

Name: David A. Martinez
Title: Authorized Signatory
Tel.: _____

9

101207 draft contartto cessione JPM Seat Pagine LBSF AOC $11MM TD 12-2-10 (2).DOC