767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

February 11, 2010

BY HAND

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: ADR Procedures Order dated 9/17/09 ("Order")**
**Fifteenth Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the fifteenth) to the Court pursuant to Order ¶13. Debtors will file this report on the docket in advance of the February 16, 2011 omnibus hearing.

In the just-ended 31-day period, Debtors have served three additional ADR Notices, bringing the total number of such notices served to 102 on 127 counterparties. Also during (and prior to) the immediately past reporting period, Debtors achieved settlements with counterparties in thirteen additional ADR matters, three as a result of mediation. Upon closing of these settlements, Debtors will have received an aggregate total of $541,022,401.78 new dollars for the Debtors' estates. Settlements have now been obtained in 56 ADR matters involving 68 counterparties.

US_ACTIVE:\43629734\01\58399.0003

The Honorable James M. Peck
February 11, 2010
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 29 ADR matters that have reached the mediation stage and have been concluded, 27 have been settled in mediation. Only two mediations have terminated without settlement. Nine additional mediations have been scheduled to commence on the following dates: February 17 and 24; and March 1, 7, 11, 15, 16, 17 and 25, 2011.

Respectfully Submitted,

*[signature: Peter Gruenberger]*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:   Jacob Esher, Esq.
      James Freund, Esq.
      David Geronemus, Esq.
      Ralph Mabey, Esq.
      David Cohen, Esq.
      (all cc's via E-mail)