BOA                Fax 6468550114        Feb 10 2011 07:18pm  P001/001

# United States Bankruptcy Court

## Southern District of New York

In re **Lehman Brothers Holdings Inc.**,    Case Nos. 08-13555
                                            Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Merrill Lynch Credit Products, LLC            United Overseas Bank Limited
_____              _____
        Name of Transferee                              Name of Transferor

                                              Court Claim # 1569

                                              Claim Amount: $4,572,174.74

Name and Address where notices to Transferee
should be sent:

Merrill Lynch Credit Products, LLC
Bank of America Tower - 3rd Floor
One Bryant Park
New York, New York 10036
Attn: Jeffrey Benesh and Ron Torok
Tel: 646-855-7450
Email: jeffrey.benesh@baml.com / ron.torok@baml.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____        Date: 1/27/2011
Name: Ron Torok
Title: Vice President

EXECUTION

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**United Overseas Bank Limited** (f/k/a Overseas Union Bank Limited), located at 80 Raffles Place, UOB Plaza, Singapore 048624 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Merrill Lynch Credit Products, LLC**, its successors and assigns, with offices at Bank of America Tower – 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: **12858**, which amends such previously filed claim number **1569**) in the amount of **$4,572,174.74** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 25th day of January, 2011.

UNITED OVERSEAS BANK LIMITED

By: _____
Name: ONG SEA ENG
Title: SENIOR EXECUTIVE VICE-PRESIDENT


MERRILL LYNCH CREDIT PRODUCTS, LLC


By: _____
Name:
Title:

EXECUTION

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

United Overseas Bank Limited (f/k/a Overseas Union Bank Limited), located at 80 Raffles Place, UOB Plaza, Singapore 048624 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, its successors and assigns, with offices at Bank of America Tower – 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No. 12858, which amends such previously filed claim number 1569) in the amount of $4,572,174.74 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 25th day of January, 2011.

UNITED OVERSEAS BANK LIMITED

By: _____
Name: ONG SEA ENG
Title: SENIOR EXECUTIVE VICE-PRESIDENT


MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name: RON TOROK
Title: VICE PRESIDENT

B 10 (Official Form 10) (10/05)

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

**PROOF OF CLAIM**

| Name of Debtor: Lehman Brothers Holdings Inc. | Case Number: 08-13555 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
United Overseas Bank Limited

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and address where notices should be sent:**
As specified in Schedule A.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: +65 6539 3910

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim, dated:_____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☑ Other  Termination of derivative transactions.
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #:___
  Unpaid compensation for services performed
  From _____ to _____
  (date)    (date)

**2. Date debt was incurred:** 09/23/2008

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 4,572,174.74

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority  $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate     ☐ Other_____
☐ Motor Vehicle

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 4,572,174.74 (determined pursuant to Section 562 (a)(2))    4,572,174.74
(unsecured)    (secured)    (priority)    (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments ... making this proof of claim.

**7. Supporting Documents:** *Attach copie... rders, invoices, itemize... statements of running accounts, contracts, c... perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the d... inous, attach a summary.

**8. Date-Stamped Copy:** To receive an a... elf-addressed envelope and copy of this proof of claim.

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000001569

THIS SPACE IS FOR COURT USE ONLY

FILED / RECEIVED

JAN - 5 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

[signature] Ong Sea Eng, Senior EVP

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

[signature] Ng Kwan Meng, Managing Director