Print page | Close

# FedEx.

## Detailed Results

| Tracking no.: 427903790260 | Select time format: 12H |

### Delivered
Signed for by: K.CAPPIELLO

**Shipment Dates**
Ship date   Oct 13, 2010
Delivery date   Oct 14, 2010 9:00 AM

**Destination**
NEW YORK CITY, NY
Signature Proof of Delivery

### Shipment Options
Hold at FedEx Location
Hold at FedEx Location service is not available for this shipment.

### Shipment Facts

| Service type | Priority Overnight | Reference | 071863-0000002-16608 |

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 14, 2010 9:00 AM | Delivered | NEW YORK CITY, NY | |

 

Front-Office Integration Version 5.23.1.1

?Help

## Shipping History:

Shipments: Active    Show: All Dates

[ << ] [ < ] [ > ] [ >> ]

### Page 10

| OrderNumber | SendersName | FutureShipDate | RecipientsName | TrackingNumber | Company |
|---|---|---|---|---|---|
| 88101320108726668 | Nickolas Karavolas | 10/13/2010 | Vito Genna, Clerk of the Court | 427903790260 | U.S. Bankruptcy Court |
| 88101320109106633 | Nickolas Karavolas | 10/13/2010 | Billie S. Flaherty | 427903790259 | Chemtura Corporation |
| 8810132010010119366 | Nickolas Karavolas | 10/13/2010 | Ashleigh Blaylock | 427903790248 | Kirkland & Ellis LLP |
| 8810132011123874 | Nickolas Karavolas | 10/13/2010 | Fredric Sosnick, Esq. | 427903790237 | Shearman & Sterling LLP |
| 8810132012139502 | Nickolas Karavolas | 10/13/2010 | Susan D. Golden, Esq. | 427903790225 | Office of the US Trustee - SDNY |
| 881013201013142169 | Nickolas Karavolas | 10/13/2010 | Philip C. Dublin, Esq. | 427903790215 | Akin Gump Strauss Heuer & Feld LLP |
| 8810142010412234419 | Nickolas Karavolas | 10/14/2010 | Vito Genna, Clerk of the Court | 427903790649 | U.S. Bankruptcy Court - SDNY |
| ███████████ | ███████████ | ███████████ | ███████████ | ███████████ | ███████████ |
| 88102020102553740 | Nickolas Karavolas | 10/20/2010 | Vito Genna, Clerk of the Court | 427903791406 | Bankruptcy Court - SDNY |
| 8810202010944453182 | Nickolas Karavolas | 10/20/2010 | Michael Foster, Esq. | 427903791325 | Tronox Incorporated |

There are 13 pages.

Click on any column to sort data by that column. Click again to sort in reverse order.

[ Home ]  [ Logout ]

This site is protected by copyright and trademark laws under U.S. and International law.
All rights reserved. © 1995-2005 Federal Express Corporation.