**Hearing Date: February 16, 2011 at 10:00 a.m.**

Dennis F. Dunne
Evan R. Fleck
Dennis C. O'Donnell
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
                        Debtors.                             :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
LCPI'S OBJECTION TO FIDELITY NATIONAL TITLE INSURANCE
COMPANY'S MOTION TO COMPEL COMPLIANCE WITH
REQUIREMENTS OF TITLE INSURANCE POLICIES INSURING DEEDS
OF TRUST HELD BY THE BANKRUPTCY ESTATE OF DEBTOR
LEHMAN COMMERCIAL PAPER INC. PURSUANT TO
SECTIONS 105, 362, 365 AND 1107 OF THE BANKRUPTCY CODE**

The Official Committee of Unsecured Creditors (the "Committee") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11 debtors and debtors in possession (collectively, the "Debtors") hereby joins (the "Joinder") in Lehman Commercial Paper, Inc.'s ("LCPI") objection, filed on February 9, 2011 (the "Objection") [Docket No. 14398], to the motion (the "Motion") [Docket No. 11513] of the Fidelity National title Insurance Company ("Fidelity")[1] to compel compliance with

---

[1]    Capitalized terms not otherwise defined or noted herein shall have the meanings ascribed to them in the Objection.

the requirements with the Policies insuring deeds of trust held by LCPI's estates, and in support thereof, respectfully states as follows:

## JOINDER

1.   The Committee joins in the Debtors' opposition to the relief sought in the Motion for each of the reasons set forth in the Objection, including, without limitation on the grounds that: (i) by all accounts LCPI has cooperated with Fidelity in producing documentation related to the Projects as required in the Policies; and (ii) LCPI has assured its continued cooperation with respect to the Policies and Fidelity's related requests.

WHEREFORE, the Committee respectfully requests that the Court (i) deny the Motion; (ii) grant the relief requested in the Objection; and (iii) grant the Committee such other relief as is just.

Dated:  New York, New York
          February 14, 2011

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

By:   /s/ Dennis F. Dunne
      Dennis F. Dunne
      Evan R. Fleck
      Dennis C. O'Donnell
      1 Chase Manhattan Plaza
      New York, New York 10005
      Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.