UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                             :   Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :   08-13555 (JMP)
:   (Jointly Administered)
        Debtors.                                :
:
:   Ref. Docket Nos. 14180, 14364-
---------------------------------------------------------------x   14366, 14371, 14373-14375 &
    14378

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 10, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                              */s/ Lauren Rodriguez*
                                                                                              Lauren Rodriguez

Sworn to before me this
14th day of February, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:   ANTIN EPARGNE PENSION
           1 BOULEVARD HAUSSMANN
           PARIS     75009
           FRANCE

Please note that your claim # 41223 in the above referenced case and in the amount of
       $9,322,350.00       has been transferred **(unless previously expunged by court order)**

           ILLIQUIDX LTD
           TRANSFEROR: ANTIN EPARGNE PENSION
           ATTN: CELESTINO AMORE, MANAGING DIRECTOR
           107-111 FLEET STREET
           LONDON     EC4A 2AB
           UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14180     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/10/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 10, 2011.

**EXHIBIT B**

```
TIME: 11:53:38                                                       PAGE:   1
DATE: 02/10/11
                          LEHMAN BROTHERS HOLDING INC.
                               CREDITOR LISTING

Name                                 Address
ANTIN EPARGNE PENSION                1 BOULEVARD HAUSSMANN PARIS 75009 FRANCE
BANCO ESPIRITO SANTO DE INVESTIMENTO SA   SKADDEN, ARPS, SLATE, MEAGHER & FLOM ATTN: N. LYNN HIESTAND 40 BANK STREET CANARY WHARF   E14 5DS UK
BANCO ESPIRITO SANTO DE INVESTIMENTO SA   ATTN: PATRICIA GOLDSCHMIDT EDIFICIA QUARTZO RUA ALEXANDRE HERCULANO LISBOA   1269-161 PORTUGAL
BARCLAYS BANK PLC                    TRANSFEROR: BAYERISCHE HYPO- UND VEREINSBANK AG 745 SEVENTH AVENUE ATTN: DAN CROWLEY NEW YORK NY 10019
CREDIT SUISSE INTERNATIONAL          ONE CABOT SQUARE LONDON   E14 4QJ UNITED KINGDOM
CREDIT SUISSE INTERNATIONAL          TRANSFEROR: CITIBANK, N.A. JERSEY BRANCH ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
CVI GVF (LUX) MASTER S.A.R.L.        TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                     SURREY   KT11 2PD UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.             TRANSFEROR: BANCO ESPIRITO SANTO DE INVESTIMENTO SA ATTN: MICHAEL STEPHAN 712 5TH AVENUE, 35TH FL NEW YORK NY 10019
HARVEST SS, LTD.                     TRANSFEROR: UBS AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO 100 WEST PUTNAM AVENUE GREENWICH CT 06830
ILLIQUIDX LTD                        TRANSFEROR: ANTIN EPARGNE PENSION ATTN: CELESTINO AMORE, MANAGING DIRECTOR 107-111 FLEET STREET LONDON   EC4A 2AB UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.            TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA; MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
NOMURA INTERNATIONAL PLC             TRANSFEROR: UBS AG ATTN: RIO POHAN ONE ANGEL LANE LONDON   EC4R 3AB UNITED KINGDOM
SILVER POINT CAPITAL FUND, L.P.      DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.      TRANSFEROR: BARCLAYS BANK PLC C/O SILVER POINT CAPITAL, LP ATTN: ELISSA GREENBERG TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 068
SILVER POINT CAPITAL OFFSHORE MASTER DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER TRANSFEROR: BARCLAYS BANK PLC C/O SILVER POINT CAPITAL, LP ATTN: ELISSIA GREENBERG TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, L.P.                          GREENWICH CT 06830
STRATEGIC VALUE MASTER FUND, LTD.    TRANSFEROR: UBS AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO 100 WEST PUTNAM AVENUE GREENWICH CT 06830
UBS AG                               BAHNHOFSTR. 45 ZURICH 8001 SWITZERLAND
UBS AG                               ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH   8098 SWITZERLAND
UBS AG, LONDON BRANCH                TRANSFEROR: SPARKASSE ERWITTE-ANROECHTE ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON   EC2M 2PP UNITED KINGDOM

Total Number of Records Printed    20
```