UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :    (Jointly Administered)
                    Debtors.                        :
                                                    :
-------------------------------------------------------------------x    Ref. Docket Nos. 14340, 14342,
                                                         14343, 14345, 14348, 14350-14356,
                                                         14361-14363, 14367-14369, 14381-
                                                         14386, 14390, 14391, 14393, 14396,
                                                         14397 & 14399-14404

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 11, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             /s/ *Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
14th day of February, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14340, 14342, 14343...14397 & 14399-14404_AFF_02-11-11.doc

**EXHIBIT A**

```
_____
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                      |
                                      |   (Jointly Administered)
         Debtors.                     |
                                      |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BACKMAN, ARNE
         ADILSVAGEN 15
         DJURSHOLM    18254
         SWEDEN
```

Please note that your claim # 42457 in the above referenced case and in the amount of
       $44,383.00       has been transferred **(unless previously expunged by court order)**

```
         ACTA ASSET MANAGEMENT ASA
         TRANSFEROR: BACKMAN, ARNE
         BOREHAUGEN 1
         STAVANGER    40 06
         NORWAY
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14340     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 11, 2011.

# EXHIBIT B

08-13555-mg    Doc 14464    Filed 02/14/11    Entered 02/14/11 12:37:50    Main Document
Pg 4 of 6

```
TIME: 11:26:36                              LEHMAN BROTHERS HOLDING INC.                                          PAGE:  1
DATE: 02/11/11                                   CREDITOR LISTING

Name                                              Address
AB MOORE, L.P.                                    TRANSFEROR: BARCLAYS BANK PLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLOOR
                                                  NEW YORK NY 10020
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: BACKMAN, ARNE BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: BONDESSON, BIRGITTA BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: BRATT, GUNILLA BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: ELMER, BOO BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: GUNNARSON, BERNT BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: GUSTAFSSON, INGEMAR BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: INDICUM AB BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: KUNGL AUTOMOBIL KLUBBENS VASTRA BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: SKANDIABANKEN FKR BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: TOSS, BARBRO BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                         TRANSFEROR: WENNERBECK, INGEGERD BOREHAUGEN 1 STAVANGER 40 06 NORWAY
ALPHA BANK A.E.                                   FINANCIAL MARKETS - PLANNING & TRADING DIVISION 40, STADIOU STREET ATHENS   102 52 GREECE
BACKMAN, ARNE                                     ADILSVAGEN 15 DJURSHOLM 18254 SWEDEN
BANC OF AMERICA SECURITIES LLC                    TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: MEREDITH R. SMITH CHARLOTTE NC 28255
BANCA INTERMOBILIARE DI INVESTIMENTI E            ATTN: MR. BALLARINI STEFANO - HEAD OF LEGAL & COMPLIANCE DEPT VIA GRAMSCI 7 TURIN 10121 ITALY
  GESTIONI SPA
BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA          C/ SERRANO, 88. MADRID 28006 SPAIN
BARCLAYS BANK PLC                                 TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD ATTN: DANIEL CROWLEY & JESSICA FAINMAN 745 SEVENTH AVENUE
                                                  NEW YORK NY 10019
BLACKROCK FINANCIAL MANAGEMENT INC. ET            PETER VAUGHAN, ESQ. BLACKROCK FINANCIAL MANAGEMENT, INC. ET AL. 40 EAST 52ND STREET NEW YORK NY 10022
  AL
BLACKROCK FINANCIAL MANAGEMENT INC. ET            J GREGORY MILMOE ESQ & ANDREW THAU ESQ. SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036
  AL
BONDESSON, BIRGITTA                               SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM SE-106 70 SWEDEN
BRATT, GUNILLA                                    SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM SE-106 70 SWEDEN
CAPITAL BANK GRAWE GRUPPE                         BRANDHOFGASSE 22 GRAZ A-8010 AUSTRIA
CITIGROUP GLOBAL MARKETS INC.                     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: ALPHA BANK A.E. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC                      TRANSFEROR: HORIZON II INTERNATIONAL LIMITED ATTN: ADAM BENTCH AND HEAD OF STRUCTURED CREDIT 390 GREENWICH STREET, FOURTH FLOOR
                                                  NEW YORK NY 10013
CVI GVF (LUX) MASTER S.A.R.L.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED/ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                                  SURREY KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CARVAL INVESTORS UK LIMITED/ATTN: DAVID SHORT
                                                  KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC 11-13 BOULEVARD DE LA FOIRE LUXEMBOURG L-1528 LUXEMBOURG
CVI GVF LUXEMBOURG TWELVE S.A.R.L.                TRANSFEROR: BANCA INTERMOBILIARE DI INVESTIMENTI E GESTIONI SPA C/O CARVAL INVESTORS UK LIMITED
                                                  KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM
D.E. SHAW CLAIMS SPV, L.L.C.                      CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MALONEY, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
D.E. SHAW CLAIMS SPV, L.L.C.                      TRANSFEROR: D.E. SHAW VALENCE PORTFOLIOS, L.L.C. ATTN: THOMAS J. MALONEY, ESQ. GENERAL COUNSEL 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036
D.E. SHAW VALENCE PORTFOLIOS, L.L.C.              ATTN: GENERAL COUNSEL 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036
D.E. SHAW VALENCE PORTFOLIOS, L.L.C.              CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MOLONEY, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HSH NORDBANK AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: US AGBANK, FCB ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: HSH NORDBANK AG ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
ELLIOTT INTERNATIONAL LP                          TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 715 FIFTH AVE 35TH FL
                                                  NEW YORK NY 10019
ELMER, BOO                                        VASTERGATAN 39 SKANOR 23930 SWEDEN
GOLDMAN SACHS LENDING PARTNERS LLC                RICHARD KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: LCG SELECT OFFSHORE, LTD. C/O GOLDMAN SACHS & CO, ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: LCG SELECT OFFSHORE, LTD. C/O GOLMAN SACHS & CO, ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198

                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:26:36                                            LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    2
DATE: 02/11/11                                                 CREDITOR LISTING

Name                                                 Address
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: LCG SELECT, LLC C/O GOLDMAN SACHS & CO, ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE, LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: LUXOR CAPITAL PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS, LLC                  JOHN R ASHMEAD JUSTIN SHEARER SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: INTESA SANPAOLO SPA ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282
GUNNARSON, BERNT                                     VARVAGEN. 2 ANGELHOLM S-262 63 SWEDEN
GUSTAFSSON, INGEMAR                                  SUNNANV. 2P LUND 22226 SWEDEN
HBK MASTER FUND L.P.                                 HUNTON & WILLIAMS LLP ATTN: J.R. SMITH ESQ. 951 EAST BYRD ST RICHMOND VA 23219
HBK MASTER FUND L.P.                                 HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ. 951 EAST BYRD ST RICHMOND VA 23219
HBK MASTER FUND L.P.                                 HUNTON & WILLIAMS LLP J.R. SMITH ESQ. 951 EAST BYRD ST RICHMOND VA 23219
HBK MASTER FUND L.P.                                 TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
INDICUM AB                                           NORDEA BANK AB EQUITIES SUPPORT REGERINGSGATAN 59 STOCKHOLM SE-105 SWEDEN
INDICUM AB                                           FORETAGSVAGEN 3 OXIE 23837 SWEDEN
JATRALEC CAPITAL LLC                                 TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS, KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
KNIGHTHEAD MASTER FUND, L.P.                         TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 5TH AVE, 29TH FLOOR NEW YORK NY 10022
KUNGL AUTOMOBIL KLUBBENS VASTRA                      SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM SE-106 70 SWEDEN
LMA SPC FOR AND ON BEHALF OF THE MAP 84              TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT LLC ATTN: LAURA TORRADO 623 5TH AVE, 29TH FLOOR NEW YORK NY 10022
  SEGREGATED PORTFOLIO
LONGACRE OPPORTUNITY FUND, L.P.                      TRANSFEROR: AM MASTER FUND I, LP ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
MERRILL LYNCH INTERNATIONAL                          TRANSFEROR: BLACKROCK FINANCIAL MANAGEMENT INC. ET AL ATTN: SIMON ORR 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC               C/O RICHARDS, KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC               TRANSFEROR: AKTIA BANK PLC 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC               TRANSFEROR: SVENSKA LITTERATURSALLSKAPET I FINLAND 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
PERRY PRINCIPALS, L.L.C.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PERRY CAPITAL / ATTN: AARON ZELIG 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
SERENGETI OPPORTUNITIES PARTNERS, LP                 TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                           TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SKANDIABANKEN FKR                                    SVEAV 4U STOCKHOLM S-106 55 SWEDEN
THE LIVERPOOL LIMITED PARTNERSHIP                    TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE 35TH FLOOR NEW YORK NY 10019
TOSS, BARBRO                                         SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM SE-106 70 SWEDEN
WENNERBECK, INGEGERD                                 SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM SE-106 70 SWEDEN
YORVIK PARTNERS LLP                                  TRANSFEROR: BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                                  TRANSFEROR: CAPITAL BANK GRAWE GRUPPE ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed                      78
```

EPIQ BANKRUPTCY SOLUTIONS, LLC