UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                          :
:
------------------------------------------------------------------x    Ref. Docket No. 14367

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 11, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
14th day of February, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 14367_Aff 02-11-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: HSH NORDBANK AG
             ATTN: MICHAEL SUTTON
             WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
             LONDON EC2N 2DB UNITED KINGDOM

Additional:

Transferee:  CVI GVF (LUX) MASTER S.A.R.L.
             C/O CARVAL INVESTORS UK LIMITED/ATTN: DAVID SHORT
             KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
             SURREY KT11 2PD UNITED KINGDOM

Your transfer of claim #  20235  is defective for the reason(s) checked below:

Expunged By Court Order

Docket Number 14367              Date 02/08/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 11, 2011.

EXHIBIT B

```
TIME: 11:28:03                              LEHMAN BROTHERS HOLDING INC.
DATE: 02/11/11                                   CREDITOR LISTING                                       PAGE:  1

Name                           Address
CVI GVF (LUX) MASTER S.A.R.L.  C/O CARVAL INVESTORS UK LIMITED/ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY   KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: HSH NORDBANK AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM


Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC