# Exhibit "D"

08-13555-mg   Doc 14466-5   Filed 02/14/11   Entered 02/14/11 13:00:12   Exhibit D to
Response and Declaration   Pg 2 of 8
Page 1 of 3

## CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 10/21/2009 at 5:40 PM Central. Please print this page as proof of your filing.

**Easton Investments II, a California L.P.**
**c/o Costell & Cornelius Law Corporation**
**1299 Ocean Avenue, Suite 400**
**Santa Monica, CA 90401 UNITED STATES**

| | |
|---|---|
| Name of Debtor | Lehman Brothers Special Financing Inc. (08-13888) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Brothers Special Financing, Inc. is the Counterpary and Lehman Brothers Holdings, Inc., is the Credit Support Provider |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: Yes |

| Item | Amount due to Debtor | Amount due from Debtor |
|---|---|---|
| Transaction Valuations | $0.00 | $101,000.00 |
| Unpaid Amounts | $0.00 | $0.00 |
| Collateral | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Other costs | $0.00 | $23,250.00 |
| **DERIVATIVE CLAIM AMOUNT** | | $124,250.00 |

Provide the derivative claim amount by supplying each line item included in the calculation thereof.

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

| Documents |
|---|
| SchedOfDocsPOC LBSF ver1.pdf |
| Rate Cap Agreement4-06.pdf |

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

Attached - Please See Schedule of Documents

| Documents |
|---|
| SchedOfDocsPOC LBSF ver1.pdf |
| Rate Cap Agreement4-06.pdf |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery date of the termination notice.

08-13555-mg    Doc 14466-5    Filed 02/14/11    Entered 02/14/11 13:00:12    Exhibit D to
Page 2 of 3
Response and Declaration    Pg 3 of 8

**Documents**

| |
|---|
| FedexReceiptConfirm10-20-081.pdf |
| FreddieConsentCapTerminVillage1.pdf |
| LBSFNoticeTerm10-17-08VillageApts1.pdf |
| NorthMarqConsentCapTerm10-15-081.pdf |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery date of the termination notice.

Attached - Please See Schedule of Documents

**Documents**

| |
|---|
| FedexReceiptConfirm10-20-081.pdf |
| FreddieConsentCapTerminVillage1.pdf |
| LBSFNoticeTerm10-17-08VillageApts1.pdf |
| NorthMarqConsentCapTerm10-15-081.pdf |

Valuation Statement: Please provide a copy of the valuation statement. Please identify any collateral that has been posted by any party in connection with the transactions and any claims of set-off against other transactions reflected in the claim.

**Documents**

| |
|---|
| Easton Village Apts. Cap Price Quotes 10.17.2008-Termsheet.pdf |
| InvoiceSFGLCnsltgLBSFCap10-17-08.pdf |
| Invoice RLC Legal Fees LBSF Cap 10-17-081.pdf |
| InvoiceKutakRockLegalFeesLBSFCap10-17-081.pdf |
| Easton Village Apts. Cap Price Quotes 10.17.20081.pdf |
| LBSFStmtDamagesVillage10-17-081.pdf |

Valuation Statement: Please provide a copy of the valuation statement. Please identify any collateral that has been posted by any party in connection with the transactions and any claims of set-off against other transactions reflected in the claim.

Attached - Please See Schedule of Documents

**Documents**

| |
|---|
| Easton Village Apts. Cap Price Quotes 10.17.2008-Termsheet.pdf |
| InvoiceSFGLCnsltgLBSFCap10-17-08.pdf |
| Invoice RLC Legal Fees LBSF Cap 10-17-081.pdf |
| InvoiceKutakRockLegalFeesLBSFCap10-17-081.pdf |
| Easton Village Apts. Cap Price Quotes 10.17.20081.pdf |
| LBSFStmtDamagesVillage10-17-081.pdf |

Individual Trade Level Detail: Please provide with respect to each transaction (i) the valuation date (to the extent not included in your valuation statement) and value and (ii) details for the purpose of identifying and reconciling each transaction (e.g. including, as applicable, trade id, electronic trade reference id, trade type, product, trade date, reference obligation or reference entity, factor and original contract notional amount, quantity/unit of measure, currency, price or strike price, buy/sell, call or put, cap or floor, effective date, and maturity date. (For the avoidance of doubt, you are not required to submit each and every one of the foregoing)). Please provide this information in Microsoft Excel format.

Included in 4.c., above, Valuation Statement

ISDA Master Agreements Specifying Market Quotation Methodology: If not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: Yes
Included in 4.c., above, Valuation Statement

ISDA Master Agreements Specifying Loss Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

ISDA Master Agreements Specifying Close-Out Amount Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

ISDA Master Agreements Specifying Any Other Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

Non-ISDA Master Agreements: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

Replacement Transactions: If you replaced a terminated transaction with a transaction with the same economic terms as the terminated transaction, provide documentation evidencing such replacement transaction and the quotation(s) used, including specifying any cash (or other consideration) paid or received by or to any person to replace the transactions, the name of each entity that effectuated a replacement and when any such transactions were effected.

Selected: No

If claim includes other costs, please include a schedule that lists each such cost by vendor and indicates the service provided and amount paid.

Included in Valuation Statement and Proof of Claim

Unpaid Amounts: Please specify any unpaid amounts and interest accrued thereon included in calculation of any amounts due with respect to the transactions.

**Documents**

Easton POC (LBSF).pdf

Unpaid Amounts: Please specify any unpaid amounts and interest accrued thereon included in calculation of any amounts due with respect to the transactions.

124,250 See Proof of Claim Attached

**Documents**

Easton POC (LBSF).pdf

eastoninvestments | signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT



## DERIVATIVE CLAIM SUMMARY

**Easton Investments II, a California L.P.**
**c/o Costell & Cornelius Law Corporation**
**1299 Ocean Avenue, Suite 400**
**Santa Monica, CA 90401 UNITED STATES**

| | |
|---|---|
| Name of Debtor | Lehman Brothers Special Financing Inc. (08-13888) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Brothers Special Financing, Inc. is the Counterpary and Lehman Brothers Holdings, Inc., is the Credit Support Provider |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: Yes |

Provide the derivative claim amount by supplying each line item included in the calculation thereof.

| Item | Amount due to Debtor | Amount due from Debtor |
|---|---|---|
| Transaction Valuations | $0.00 | $101,000.00 |
| Unpaid Amounts | $0.00 | $0.00 |
| Collateral | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Other costs | $0.00 | $23,250.00 |
| DERIVATIVE CLAIM AMOUNT | | $124,250.00 |

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to

Lehman Brothers Holdings | Supplemental Questionnaire
08-13555-mg   Doc 14466-5   Filed 02/14/11   Entered 02/14/11 13:00:12   Exhibit D to
Response and Declaration   Pg 6 of 8
Page 2 of 4

the claim.

| Documents |
| --- |
| SchedOfDocsPOC LBSF ver1.pdf |
| Rate Cap Agreement4-06.pdf |

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

Attached - Please See Schedule of Documents

| Documents |
| --- |
| SchedOfDocsPOC LBSF ver1.pdf |
| Rate Cap Agreement4-06.pdf |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery date of the termination notice.

| Documents |
| --- |
| FedexReceiptConfirm10-20-081.pdf |
| FreddieConsentCapTerminVillage1.pdf |
| LBSFNoticeTerm10-17-08VillageApts1.pdf |
| NorthMarqConsentCapTerm10-15-081.pdf |

Termination Notice: Please provide a copy of the termination notice, including evidence supporting delivery date of the termination notice.

Attached - Please See Schedule of Documents

| Documents |
| --- |
| FedexReceiptConfirm10-20-081.pdf |
| FreddieConsentCapTerminVillage1.pdf |
| LBSFNoticeTerm10-17-08VillageApts1.pdf |
| NorthMarqConsentCapTerm10-15-081.pdf |

Valuation Statement: Please provide a copy of the valuation statement. Please identify any collateral that has been posted by any party in connection with the transactions and any claims of set-off against other transactions reflected in the claim.

| Documents |
| --- |
| Easton Village Apts. Cap Price Quotes 10.17.2008-Termsheet.pdf |
| InvoiceSFGLCnsltgLBSFCap10-17-08.pdf |
| Invoice RLC Legal Fees LBSF Cap 10-17-081.pdf |
| InvoiceKutakRockLegalFeesLBSFCap10-17-081.pdf |
| Easton Village Apts. Cap Price Quotes 10.17.20081.pdf |
| LBSFStmtDamagesVillage10-17-081.pdf |

Valuation Statement: Please provide a copy of the valuation statement. Please identify any collateral that has been posted by any party in connection with the transactions and any claims of set-off against other transactions reflected in the claim.

Attached - Please See Schedule of Documents

| Documents |
| --- |
| Easton Village Apts. Cap Price Quotes 10.17.2008-Termsheet.pdf |
| InvoiceSFGLCnsltgLBSFCap10-17-08.pdf |
| Invoice RLC Legal Fees LBSF Cap 10-17-081.pdf |
| InvoiceKutakRockLegalFeesLBSFCap10-17-081.pdf |
| Easton Village Apts. Cap Price Quotes 10.17.20081.pdf |
| LBSFStmtDamagesVillage10-17-081.pdf |

| | |
|---|---|
| Individual Trade Level Detail: Please provide with respect to each transaction (i) the valuation date (to the extent not included in your valuation statement) and value and (ii) details for the purpose of identifying and reconciling each transaction (e.g. including, as applicable, trade id, electronic trade reference id, trade type, product, trade date, reference obligation or reference entity, factor and original contract notional amount, quantity/unit of measure, currency, price or strike price, buy/sell, call or put, cap or floor, effective date, and maturity date. (For the avoidance of doubt, you are not required to submit each and every one of the foregoing)). Please provide this information in Microsoft Excel format. | Included in 4.c., above, Valuation Statement |
| ISDA Master Agreements Specifying Market Quotation Methodology: If not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions. | Selected: Yes Included in 4.c., above, Valuation Statement |
| ISDA Master Agreements Specifying Loss Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions. | Selected: No |
| ISDA Master Agreements Specifying Close-Out Amount Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions. | Selected: No |
| ISDA Master Agreements Specifying Any Other Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions. | Selected: No |
| Non-ISDA Master Agreements: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions. | Selected: No |
| Replacement Transactions: If you replaced a terminated transaction with a transaction with the same economic terms as the terminated transaction, provide documentation evidencing such replacement transaction and the quotation(s) used, including specifying any cash (or other consideration) paid or received by or to any person to replace the transactions, the name of each entity that effectuated a replacement and when any such transactions were effected. | Selected: No |
| If claim includes other costs, please include a schedule that lists each such cost by vendor and indicates the service provided and amount paid. | Included in Valuation Statement and Proof of Claim |
| Unpaid Amounts: Please specify any unpaid amounts and interest accrued thereon included in calculation of any amounts due with respect to the transactions. | |

**Documents**
Easton POC (LBSF).pdf

| | |
|---|---|
| Unpaid Amounts: Please specify any unpaid amounts and interest accrued thereon included in calculation of any amounts due with respect to the transactions. | 124,250 See Proof of Claim Attached |

Lehman Brothers Holdings | Supplemental Questionnaire

08-13555-mg   Doc 14466-5   Filed 02/14/11   Entered 02/14/11 13:00:12   Exhibit D to
Response and Declaration   Pg 8 of 8   Page 4 of 4

**Documents**
Easton POC (LBSF).pdf

☐ BY CHECKING THIS BOX, I AM ELECTRONICALLY SIGNING THIS DOCUMENT. I INTEND THIS
ELECTRONIC SIGNATURE TO CARRY THE SAME FORCE AND EFFECT AS MY PHYSICAL SIGNATURE. THE
FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

**SUBMIT**

©Epiq Systems, Inc.