# Exhibit "E"

## Alex I. Cornelius

**To:**     Koyama, Satoko
**Cc:**     Reed, Bret H. Jr
**Subject:** RE: Easton Investments II re:

Satoko, thank you for your email. We have reviewed our claim and while there may be some flexibility as to the fees, the underlying replacement of the facility is sound and it was what it actually cost my client. Can you explain to me or give me any background on why the claims is being discounted down to about 30%. Please let me know so I can discuss it with my client. Thank you. Alex

## Alexandre Ian Cornelius
Costell & Cornelius Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401
Ph: (310) 458-5959
Fax: (310) 458-7959

The information in this e-mail is legally privileged and confidential information intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination, or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please notify the sender and delete this e-mail from your system.

-----Original Message-----
**From:** Koyama, Satoko [mailto:satoko.koyama@lamcollc.com]
**Sent:** Tuesday, December 28, 2010 2:15 PM
**To:** Alex I. Cornelius
**Cc:** Reed, Bret H. Jr
**Subject:** Easton Investments II re:

Mr. Cornelius,

I am an in-house counsel at Lehman, helping the estate to settle various transactions. Bret Reed told me today that you would be contacting us for Easton Investments II. As I indicated to Bret in early December, Lehman is willing to allow your client's claim at ($30,000), payable by Lehman Brothers Special Financing Inc.

Please let us know your client's response at your earliest convenience.

We look forward to hearing from you.

Kind regards,


Satoko S. Koyama
Vice President - Derivatives Legal
LAMCO LLC
*Legacy Asset Management Company*
*a subsidiary of Lehman Brothers Holdings Inc.*

1271 Avenue of the Americas


1/4/2011

New York, NY 10020
tel: (646) 285-9712
email: satoko.koyama@lamcollc.com

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

## Alex I. Cornelius

**From:**  Koyama, Satoko [satoko.koyama@lamcollc.com]
**Sent:**  Tuesday, January 04, 2011 3:23 PM
**To:**  Alex I. Cornelius
**Cc:**  Reed, Bret H. Jr; Kapoor, Manish
**Subject:**  RE: Easton Investments II re:

Hi Alex,

Thank you for getting back to me. I am available to discuss tomorrow anytime between 12:00 p.m. (EST) – 4:30 p.m. (EST).
Please let me know what time you would like to discuss.

Thanks,


Satoko S. Koyama
Vice President - Derivatives Legal
LAMCO LLC
*Legacy Asset Management Company*
*a subsidiary of Lehman Brothers Holdings Inc.*

1271 Avenue of the Americas
New York, NY 10020
tel: (646) 285-9712
email: satoko.koyama@lamcollc.com


**From:** Alex I. Cornelius [mailto:AICornelius@Costell-law.com]
**Sent:** Tuesday, January 04, 2011 6:18 PM
**To:** Koyama, Satoko
**Cc:** Reed, Bret H. Jr
**Subject:** RE: Easton Investments II re:

Satoko, thank you for your email. We have reviewed our claim and while there may be some flexibility as to the fees, the underlying replacement of the facility is sound and it was what it actually cost my client. Can you explain to me or give me any background on why the claims is being discounted down to about 30%. Please let me know so I can discuss it with my client. Thank you. Alex

## Alexandre Ian Cornelius
Costell & Cornelius Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401
Ph: (310) 458-5959
Fax: (310) 458-7959

The information in this e-mail is legally privileged and confidential information intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination, or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please notify the sender and delete this e-mail from your system.


1/4/2011

-----Original Message-----
**From:** Koyama, Satoko [mailto:satoko.koyama@lamcollc.com]
**Sent:** Tuesday, December 28, 2010 2:15 PM
**To:** Alex I. Cornelius
**Cc:** Reed, Bret H. Jr
**Subject:** Easton Investments II re:

Mr. Cornelius,

I am an in-house counsel at Lehman, helping the estate to settle various transactions. Bret Reed told me today that you would be contacting us for Easton Investments II. As I indicated to Bret in early December, Lehman is willing to allow your client's claim at ($30,000), payable by Lehman Brothers Special Financing Inc.

Please let us know your client's response at your earliest convenience.

We look forward to hearing from you.

Kind regards,


Satoko S. Koyama
Vice President - Derivatives Legal
LAMCO LLC
*Legacy Asset Management Company*
*a subsidiary of Lehman Brothers Holdings Inc.*

1271 Avenue of the Americas
New York, NY 10020
tel: (646) 285-9712
email: satoko.koyama@lamcollc.com


Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.