# Exhibit "F"

## Alex I. Cornelius

**From:** Alex I. Cornelius
**Sent:** Wednesday, January 05, 2011 12:41 PM
**To:** 'Koyama, Satoko'
**Cc:** Bret H. Reed, Jr.
**Subject:** RE: Summary of settlement negotiations on five LBDP & LBSF filed claims: KDF Hermosa, Fairfield North Texas, Hamilton Anaheim, Northwoods-Cathedral City & KSC Affordable Housing

Friday at 1:00 pst time is fine, if you need it earlier let me know. Thanks Alex

**Alexandre Ian Cornelius**
Costell & Cornelius Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401
Ph: (310) 458-5959
Fax: (310) 458-7959

The information in this e-mail is legally privileged and confidential information intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination, or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please notify the sender and delete this e-mail from your system.

-----Original Message-----
**From:** Koyama, Satoko [mailto:satoko.koyama@lamcollc.com]
**Sent:** Wednesday, January 05, 2011 12:36 PM
**To:** Alex I. Cornelius
**Cc:** Bret H. Reed, Jr.
**Subject:** RE: Summary of settlement negotiations on five LBDP & LBSF filed claims: KDF Hermosa, Fairfield North Texas, Hamilton Anaheim, Northwoods-Cathedral City & KSC Affordable Housing

I need more time to review the documents. I just received them 10 minutes ago. Can we reschedule a call? Please let me know your availability for Friday.

Thanks,

Satoko

**From:** Alex I. Cornelius [mailto:AICornelius@Costell-law.com]
**Sent:** Wednesday, January 05, 2011 3:34 PM
**To:** Bret H. Reed, Jr.; Koyama, Satoko
**Subject:** RE: Summary of settlement negotiations on five LBDP & LBSF filed claims: KDF Hermosa, Fairfield North Texas, Hamilton Anaheim, Northwoods-Cathedral City & KSC Affordable Housing

Satoko, this is the same situation on the Easton claim as Mr. Reed was involved in obtaining the replacement cap from Swap Financial. It seems that you may want to review our documentation prior to having a conference call. I believe that Mr. Reed also has the same information for our claim related to the bids and the responses and I would request that he send it as well. In fact, some of the responses from replacement cap providers noted in the file "Easton Village Aprt. Cap Price Quotes 10.17.20081.pdf. From that document you can see that PNC and Bank of America passed. As to the other

2/10/2011

documents supporting our claim, they are attached to this email and I would suggest that prior to us having a conference call that you be given an opportunity to review these documents. However, I am still available at 1:00 if you would like to talk today. Thanks and let me know. Alex

-----Original Message-----
**From:** Bret H. Reed, Jr. [mailto:bhrjr@reedlawcorp.com]
**Sent:** Wednesday, January 05, 2011 12:16 PM
**To:** 'Koyama, Satoko'
**Subject:** RE: Summary of settlement negotiations on five LBDP & LBSF filed claims: KDF Hermosa, Fairfield North Texas, Hamilton Anaheim, Northwoods-Cathedral City & KSC Affordable Housing

Yes, I'll have all this assembled for each claim (separately) and send it to you – either later today or at the latest tomorrow morning.

In the meantime, attached per your earlier request are the lists of Fannie Mae and Freddie Mac designated approved eligible cap bidders to which their borrowers were limited in obtaining interest rate caps as required by each of the bond financings where Fannie / Freddie (respectively) were credit enhancing and providing liquidity support for the bonds: the Fannie approved list as of 8/28/08, the Freddie approved list as of 10/9/08 (provided by Freddie's outside counsel, Josh Meyer at Kutak Rock) and the supplemental Freddie approved list as of 1-8-09 (provided by Bryan Dickson, the Affordable Housing Policy and Products Director at Freddie Mac itself).

The commentary included in the cover e-mail transmittals by both Josh Meyer and Jim Moore as to the practical implications of being on the Freddie approved list had equal application to the Fannie Mae approved cap providers at that time: not only did the bidders (to be 'viably eligible') have to have been approved as creditworthy. They also had to have (1) previously negotiated cap agreement provisions required by Fannie and Fannie (as LBDP and LBSF had done as a condition to bidding on the caps that were later terminated early due to the BK); (2) a trading book of SIFMA hedges in play so they could turn around and hedge their cap risks; and (3) current interest in increasing their market share of cap business bidding on these replacement caps in the heat of the market turmoil of late 2008. These factors really limited the market to only a portion of the players on the then-approved lists.

These realities directly impacted the MQ process we followed such that in many instances otherwise approved Fannie / Freddie eligible cap providers declined to bid on the replacement caps. As you will see (upon your review of the documentation I will be sending you summarizing, for each claimant, the solicitation for MQ quotes and the actual responses from this limited number of eligible cap bidders) many such bidders simply declined to bid at the time we went out into the market to establish MQ as required by the Early Termination provisions of the Lehman cap agreements. Nevertheless, in each case we adhered to every detail of the MQ process specified in the body of the Lehman cap agreements which governed the parties' responsibilities in the event of an Early Termination.

Thank you for your continuing cooperation, Satoko. I'll be back to you shortly.

Bret

--
Bret H. Reed, Jr., Esq.
BRET H. REED, JR., A LAW CORPORATION

2737 East Coast Highway
Corona Del Mar, CA 92625
Telephone: (949) 955-9150
Facsimile: (949) 566-0090
E-mail: bhrjr@reedlawcorp.com

**CONFIDENTIALITY NOTICE TO RECIPIENT**: The information contained in this e-mail message and in any attachments thereto may contain confidential information covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. It is intended only for the use of the recipient (s) named above. If you received this e-mail in error, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. Please notify the sender immediately of the error by return e-mail and please delete this message from your system. If all pages are not received, please call (949) 955-9150. Thank you.

**From:** Koyama, Satoko [mailto:satoko.koyama@lamcollc.com]
**Sent:** Wednesday, January 05, 2011 6:19 AM
**To:** Bret H. Reed, Jr.
**Subject:** RE: Summary of settlement negotiations on five LBDP & LBSF filed claims

Bret,

A Happy New Year.

When you have a chance, could you send me the list of the dealers that you solicited quotes, the solicitation summaries (setting forth the terms of individual rate caps) and the actual responses from the dealers? I need to receive these information to confirm that your clients followed the process correctly.

I look forward to receiving the information.

Kind regards,


Satoko S. Koyama
Vice President - Derivatives Legal
LAMCO LLC
*Legacy Asset Management Company*
*a subsidiary of Lehman Brothers Holdings Inc.*

1271 Avenue of the Americas
New York, NY 10020
tel: (646) 285-9712
email: satoko.koyama@lamcollc.com


**From:** Bret H. Reed, Jr. [mailto:bhrjr@reedlawcorp.com]
**Sent:** Tuesday, December 28, 2010 5:46 PM
**To:** Koyama, Satoko
**Subject:** Summary of settlement negotiations on five LBDP & LBSF filed claims

Satoko:

Thank you for making yourself available today to explore common ground on the possible

consensual agreement to quantify proposed 'allowed' claims for the five claims set forth below. As we agreed, a separate e-mail message will be sent to you (probably next week) providing specific on each claimant's counterproposal, together with copies of the bids generated during the Market Quotation process and a list of the then-Fannie Mar / Freddie Mac eligible interest rate cap bidders solicited during the MQ process following the early termination of the Lehman rate caps due to its Chapter 11 filings in September / October 2008. There are several ways you may look at the counters, one way being that 100% of my firm's attorney's fees are being deducted and eliminated from each of the claims. Briefly recapped for your convenience:

1. Claimant: KDF Hermosa, L.P.:

   Claim No.                          18699
   Filed claim amount:                $49,625
   Proposed allowed claim amount      $35,000 (30% discount to par)
   Claimant's counterproposal         **$39,700 (20% discount to par)**

2. Claimant: Fairfield North Texas Associates, L.P.:

   Claim No.                          18900
   Filed claim amount:                $41,960
   Proposed allowed claim amount      $21,000 (50% discount to par)
   Claimant's counterproposal         **$33,550 (20% discount to par)**

3. Claimant: Hamilton Anaheim Associates, L.P.:

   Claim No.                          18902
   Filed claim amount:                $34,860
   Proposed allowed claim amount      $19,000 (45% discount to par)
   Claimant's counterproposal         **$27,750 (20% discount to par)**

4. Claimant: Northwoods-Cathedral City, L.P.:

   Claim No.                          16069
   Filed claim amount:                $55,334
   Proposed allowed claim amount      $15,000 (73% discount to par)
   Claimant's counterproposal         **$44,250 (20% discount to par)**

5. Claimant: KSC Affordable Housing Investment Fund, LLC:

   Claim No.                          18705
   Filed claim amount:                $52,250
   Proposed allowed claim amount      $12,000 (77% discount to par)
   Claimant's counterproposal         **$41,750 (20% discount to par)**

As we discussed, the most significant challenge to settlement presented by Lehman's proposed

2/10/2011

claim amounts is the significant increasing jumps in the percentage of discount to par as you move through the list (from 30% to 45% to 50% and then to mid-70%). This is contrary to the fact that the Market Quotation process followed on each of these claims was (with the sole exception of KSC Affordable Housing) exactly the same in methodology, timeframe / market conditions and bidding procedures. As I reiterated to you today, the MQ process to quantify the claims followed the identical Fannie Mae / Freddie Mac mandated guidelines that were in effect and followed by LBDP and LBSF when they won the trades on the rate caps originally. Accordingly, all of the claims are uniformly quantified, and accordingly are proposed to be compromised by identical discount factors (20% off par). There is simply no basis in the facts for differentiating between them on the claims' proven value based on the identical completed MQ process.

As we discussed, I will be sending you at your request the list of bidders and copies of the MQ bids (or indications of a 'pass' / no bid) actually submitted in late 2008 (and in KSC's case, August 2009).

For your part, you were kindly to forward to me the BK judge's ruling that all claimants who had not completed the MQ process by the end of calendar 2008 would thereafter be deemed to have waived their right to seek monetary damages as provided by the rate cap agreements through the early termination process.

Thank you Satoko. Have a Happy New Year, and I'll speak with you next week.

Bret
---
Bret H. Reed, Jr., Esq.
BRET H. REED, JR., A LAW CORPORATION
2737 East Coast Highway
Corona Del Mar, CA 92625
Telephone: (949) 955-9150
Facsimile: (949) 566-0090
E-mail: bhrjr@reedlawcorp.com

**CONFIDENTIALITY NOTICE TO RECIPIENT**: The information contained in this e-mail message and in any attachments thereto may contain confidential information covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. It is intended only for the use of the recipient (s) named above. If you received this e-mail in error, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. Please notify the sender immediately of the error by return e-mail and please delete this message from your system. If all pages are not received, please call (949) 955-9150. Thank you.

**From:** Koyama, Satoko [mailto:satoko.koyama@lamcollc.com]
**Sent:** Tuesday, December 28, 2010 8:18 AM
**To:** bhrjr@pacbell.net
**Cc:** Reed, Bret H. Jr
**Subject:** RE: I need to cancel today's call.

Sounds good. I will call you at 12:00 (PST) / 15:00 (EST). Thanks.

**From:** bhrjr@pacbell.net [mailto:bhrjr@pacbell.net]
**Sent:** Tuesday, December 28, 2010 11:13 AM
**To:** Koyama, Satoko
**Cc:** Reed, Bret H. Jr
**Subject:** Re: I need to cancel today's call.

12 noon / 3:00 Eastern today would work for me - speak with you then. Thanks Satoko.

Sent from my Verizon Wireless BlackBerry

---

**From:** "Koyama, Satoko" <satoko.koyama@lamcollc.com>
**Date:** Tue, 28 Dec 2010 05:52:26 -0800
**To:** Bret H. Reed, Jr.<bhrjr@reedlawcorp.com>
**Subject:** RE: I need to cancel today's call.

Bret,

I was able to come in this morning. I can call you at 11:00 a.m. (PST) / 2:00 p.m. (EST). Does that work for you? My schedule for this afternoon is fairly open, so if the suggested time does not work for you, please let me know when I should call you.

Thanks.


Satoko S. Koyama
Vice President - Derivatives Legal
LAMCO LLC
*Legacy Asset Management Company*
*a subsidiary of Lehman Brothers Holdings Inc.*

1271 Avenue of the Americas
New York, NY 10020
tel: (646) 285-9712
email: satoko.koyama@lamcollc.com


---

**From:** Bret H. Reed, Jr. [mailto:bhrjr@reedlawcorp.com]
**Sent:** Monday, December 27, 2010 11:59 AM
**To:** Koyama, Satoko
**Subject:** RE: I need to cancel today's call.

Satoko:

Yes, I understand you've really been slammed with a big storm on the East Coast. I am in all day today and tomorrow, then traveling the rest of the week (to SF Bay area and Napa Valley, not NY). If you are able to give me a call some time tomorrow, that would be fine. Otherwise, we could talk mobile (my cell number is (949) 735-5600). I have the settlement offer figures on each deal with me, so I can present them to you whenever it is convenient for you. Let me know, thanks.

Stay safe and warm.

Bret

---

Bret H. Reed, Jr., Esq.
BRET H. REED, JR., A LAW CORPORATION
2737 East Coast Highway
Corona Del Mar, CA 92625
Telephone: (949) 955-9150
Facsimile: (949) 566-0090
E-mail: bhrjr@reedlawcorp.com

CONFIDENTIALITY NOTICE TO RECIPIENT: The information contained in this e-mail message and in any attachments thereto may contain confidential information covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. It is intended only for the use of the recipient (s) named above. If you received this e-mail in error, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. Please notify the sender immediately of the error by return e-mail and please delete this message from your system. If all pages are not received, please call (949) 955-9150. Thank you.

-----Original Message-----
From: Koyama, Satoko [mailto:satoko.koyama@lamcollc.com]
Sent: Monday, December 27, 2010 4:46 AM
To: bhrjr@reedlawcorp.com
Subject: I need to cancel today's call.


Because of the storm, I cannot go to the office today. Please let me know your availability the rest of this week.


Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.


Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you

have received this email in error, please notify the sender immediately and delete all copies from your system.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.