SHAFFERMAN & FELDMAN LLP
286 Madison Avenue, Suite 502
New York, New York 10017
Telephone: (212) 509-1802
Facsimile: (212) 509-1831
Joel Shafferman, Esq.

Attorneys for Easton Investments, II

COSTELL & CORNELIUS LAW CORPORATION
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401
Telephone: (310) 458-5959
Facsimile: (310) 458-7959
Jeffrey Lee Costell, Esq.

| | |
|---|---|
| Attorneys for Easton Investments II<br>Pro Hac Vice Pending | **Hearing Date and Time**<br>**March 3, 2011 @ 10:00 am** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | **08-13555 (JMP)** |
| | **(Jointly Administered)** |
| Debtors. | |

-------------------------------------------------------------

## CERTIFICATE OF SERVICE BY HAND DELIVERY

I,   Joel M. Shafferman, certifies that:

1.   I am not a party to the action, am over 18 years of age and reside in New York, New York.

2.   On February 14, 2011 I caused Easton Investments II, a California L.P.'s Response to Debtors' Omnibus Objection to Claims to be served by hand delivery to the parties on the attached service list:

1

**SERVICE LIST**

Shai Waisman, Esq.
Penny Reid, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Elizabeth Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis O'Donnell, Esq.
Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005