DICKSTEIN SHAPIRO LLP  
New York, New York 10019  
Telephone: (212) 277-6500  
Facsimile: (212) 277-6501  
Arnold Gulkowitz, Esq.  
Shaya M. Berger, Esq.  

Hearing Date: March 23, 2011 at 10:00 A.M.

Attorneys for Party-In-Interest Edgewood Management LLC

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------------- X  
In re                                              :  Chapter 11  
                                                   :  
LEHMAN BROTHERS HOLDINGS INC., et al.              :  Case No. 08-13555 (JMP)  
                                                   :  
               Debtors.                            :  (Jointly Administered)  
                                                   :  
---------------------------------------------------------------- X  

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE**, that the hearing on the Motion of Edgewood Management LLC Pursuant To 11 U.S.C. §§105 And 541 For An Order Directing Lehman Brothers Holding Inc. To Release And Return Non-Estate Property has been adjourned and will now take place at the Omnibus Hearing in these bankruptcy cases that will take place on **March 23, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable James M. Peck at the United States Court House, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Courtroom 601.

DATED: February 14, 2011  
        New York, New York

DICKSTEIN SHAPIRO LLP

By: /s/ Shaya M. Berger  
    Arnold Gulkowitz  
    Shaya M. Berger  
    1633 Broadway  
    New York, New York 10019  
    Telephone: (212) 277-6500  
    Facsimile: (212) 277-6501  

Attorneys for Party-In-Interest  
Edgewood Management LLC

DOCSNY-430870v3