B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.  Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Morgan Stanley Senior Funding, Inc.</u><br>Name of Transferee | <u>Jackson National Life Insurance Company</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>Morgan Stanley Senior Funding, Inc.<br>1585 Broadway, 2nd Floor<br>New York, New York 10036<br>Telephone No.: (212) 761-1054<br>nydocs@morganstanley.com<br><br>With a copy to:<br>Richards Kibbe & Orbe LLP<br>Attn: Managing Clerk<br>One World Financial Center<br>New York, NY 10281 | Court Claim # (if known): <u>19466</u><br>Amount of Claim: <u>$17,206,203.00</u><br>Date Claim Filed: <u>9/18/09</u><br>Debtor: <u>Lehman Brothers Special Financing, Inc.</u> |
| Phone: _____<br>Last Four Digits of Acct #: _____ | Phone: _____<br>Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

647562.1/892-04131

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____*John Ragusa*____    Date: ____February 11, 2011____

Name of Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

647562.1/892-04131