**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|                                                          |     |                                         |
|----------------------------------------------------------|-----|-----------------------------------------|
|                                                          | )   |                                         |
| In re:                                                   | )   | Chapter 11                              |
|                                                          | )   |                                         |
| Lehman Brothers Holdings Inc., et al.                    | )   | Case No. 08-13555 (JMP)                 |
|                                                          | )   |                                         |
|                                   Debtors.               | )   | Jointly Administered                    |
|                                                          | )   |                                         |

_____    Proof of Claim No.: **15365**
Date Proof of Claim Filed:
**September 17, 2009**
Amount of Claim Transferred: **$23,558,000.00**

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

**TO:      TRANSFEROR:      BARCLAYS BANK PLC**

Barclays Bank PLC
1 Churchill Place
London, E14 5HP
England

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **15365** against
Lehman Brothers Holdings Inc. in the amount of **$23,558,000.00**as evidenced by the attached Evidence of
Transfer of Claim to:

**TRANSFEREE:      ORE HILL HUB FUND LTD.**

Ore Hill Hub Fund Ltd.
c/o Ore Hill Partners LLC
650 Fifth Avenue
New York, NY 10019
Attn:  Kate Sinopoli
T: (212) 389-2630
E-mail: ksinopoli@orehill.com

No action is required if you do not object to the transfer of the claim as described above.  **IF YOU**
**OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE**
**DATE OF THIS NOTICE, YOU MUST:**

−    FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
−    SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
−    IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
−    IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED
     FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## SCHEDULE 2-2

## FORM OF TRANSFER NOTICE

## EVIDENCE OF TRANSFER OF CLAIM TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Barclays Bank PLC (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to Ore Hill Hub Fund Ltd. (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "**Debtor**"), the debtor and debtor-in-possession in chapter 11 reorganization case entitled, In re Lehman Brothers Holdings, Inc., et al, Chapter 11, Case No. 08-13555 (JMP) (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of USD $23,558,000.00 representing an undivided pro rata 51.77582% interest (the "**Claim**") and the relevant portion of any and all proofs of claim (No. 0000015365) filed by European Aeronautic Defence and Space Company EADS NV with the Bankruptcy Court in respect of the foregoing Claim a copy of which filed proofs of claim are attached.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10th day of FEBRUARY 2011.

BARCLAYS BANK PLC

ORE HILL HUB FUND LTD.

By:    ORE HILL PARTNERS LLC
       Its Investment Advisor

By: _____
     Name: Daniel Crowley
     Title: Managing Director

By: _____
     Name:
     Title:

BARCLAYS/ORE HILL: ASSIGNMENT AGREEMENT
RELATING TO LBSF AND LBHI CLAIMS

### SCHEDULE 2-2

### FORM OF TRANSFER NOTICE

### EVIDENCE OF TRANSFER OF CLAIM TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Barclays Bank PLC (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to Ore Hill Hub Fund Ltd. (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings, Inc., et al, Chapter 11, Case No. 08-13555 (JMP) (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of USD $23,558,000.00 representing an undivided pro rata 51.77582% interest (the "**Claim**") and the relevant portion of any and all proofs of claim (No. 0000015365) filed by European Aeronautic Defence and Space Company EADS NV with the Bankruptcy Court in respect of the foregoing Claim a copy of which filed proofs of claim are attached.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10th day of FEBRUARY 2011.

BARCLAYS BANK PLC                    ORE HILL HUB FUND LTD.

                                     By:    ORE HILL PARTNERS LLC
                                            Its Investment Advisor

By: _____         By: _____
    Name:                               Name: CLAUDE A. BAUM, ESQ.
    Title:                              Title: GENERAL COUNSEL
                                               ORE HILL PARTNERS LLC