**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF NINETY-FOURTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, AT (214) 746-7700.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | :     Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | :     08-13555 (JMP) |
| | : |
| Debtors. | :     (Jointly Administered) |

---------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' NINETY-FOURTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

**PLEASE TAKE NOTICE** that on February 14, 2011, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their ninety-fourth omnibus objection to

claims (the "Debtors' Ninety-Fourth Omnibus Objection to Claims"), and that a hearing (the

"Hearing") to consider the Debtors' Ninety-Fourth Omnibus Objection to Claims will be held

before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004, on **March 31, 2011 at 10:00 a.m. (Eastern Time)**, or as soon

thereafter as counsel may be heard.

    **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors'

Ninety-Fourth Omnibus Objection to Claims must be in writing, shall conform to the Federal

Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed

with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which

can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing

system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for the Southern District of New

York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis,

Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the

official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley &

McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne,

Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later

than **March 16, 2011 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Ninety-Fourth Omnibus Objection to Claims or any claim set

forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy

Court an order substantially in the form of the proposed order annexed to the Debtors' Ninety-

Fourth Omnibus Objection to Claims, which order may be entered with no further notice or

opportunity to be heard offered to any party.

Dated: February 14, 2011
     New York, New York

                /s/ Shai Y. Waisman
                Shai Y. Waisman

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

**HEARING DATE AND TIME: March 31, 2011 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE: March 16, 2011 at 4:00 p.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                  :    Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :    08-13555 (JMP)
                                                       :
                                    Debtors.           :    (Jointly Administered)
-------------------------------------------------------------------x

**DEBTORS' NINETY-FOURTH OMNIBUS OBJECTION**
**TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE
CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING
THIS NOTICE OF NINETY-FOURTH OMNIBUS OBJECTION TO
CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE
IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE
OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED
THERETO TO DETERMINE WHETHER THIS OBJECTION
AFFECTS YOUR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, JOHN O'CONNOR, AT (214) 746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

**Relief Requested**

1.       The Debtors file this ninety-fourth omnibus objection to claims (the "Ninety-Fourth Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking disallowance and expungement of the claims listed on Exhibit A annexed hereto.

2.       The Debtors have examined the proofs of claim identified on Exhibit A and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Duplicative of Indenture Trustee Claims") are substantively duplicative, in whole or in part, of the corresponding global claims identified under the heading "*Surviving Claims*" (the "Indenture Trustee Claims"). The Indenture Trustee Claims are proofs of claim asserting general unsecured claims filed by (i) the Wilmington Trust Company ("Wilmington Trust"), in its capacity as indenture trustee, on behalf of itself and the holders of certain notes (the "Senior Notes") issued pursuant to the Wilmington Indenture (as defined below) and (ii) the Bank of New York Mellon (the "Bank of New York"), in its capacity as indenture trustee, on behalf of

itself and the holders of certain notes issued pursuant to the Bank of New York Indenture (as defined below).  To the extent that the Duplicative of Indenture Trustee Claims relate to the Senior Notes and/or those certain notes issued under the Bank of New York Indenture, the Debtors seek the disallowance and expungement from the Court's claims register of the Duplicative of Indenture Trustee Claims and preservation of the Debtors' right to later object to the Indenture Trustee Claims on any basis.

3.      This Ninety-Fourth Omnibus Objection to Claims does not affect the Indenture Trustee Claims and does not constitute any admission or finding with respect to the Indenture Trustee Claims.  Further, the Debtors reserve all their rights to object on any basis to any Duplicative of Indenture Trustee Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.     On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.     On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.     On July 2, 2009, the Court entered its Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form (the "Bar Date Order") [Docket No. 4271].  The Bar Date Order specifically provides for the indenture trustees of certain securities, such as Wilmington Trust and Bank of New York, to file a global proof of claim on behalf of the individual holders of those securities.  (*See* Bar Date Order at 3-4.)

9.     On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

### The Indenture Trustee Claims

10.     LBHI (formerly known as Shearson Lehman Brothers Holdings Inc.) and Wilmington Trust, as successor trustee to Citibank, N.A., entered into an

indenture on September 1, 1987 (the "Wilmington Indenture").  The terms of the

Wilmington Indenture authorize the indenture trustee to file a proof of claim on behalf of

all holders of securities issued under the Wilmington Indenture.  (*See* Wilmington

Indenture attached to Claim No. 10082 as Ex. F.)

       11.     On September 2, 2009, Wilmington Trust filed a proof of claim

(Claim No. 10082) on behalf of itself and the holders of the Senior Notes issued under

the Wilmington Indenture.

       12.     LBHI and Bank of New York, as successor trustee to Chemical

Bank, entered into an indenture on February 1, 1996 (the "Bank of New York

Indenture").  The terms of the Bank of New York Indenture authorize the indenture

trustee to file a proof of claim on behalf of all holders of securities issued under the Bank

of New York Indenture.  (*See* Bank of New York Indenture attached to Claim No. 22122

as Ex. A.)

       13.     On September 21, 2009, Bank of New York filed proofs of claim

(Claim Nos. 21797, 21798, 21799, 21800, 21801, 21802, 21803, 21805, 22122, and

22123) on behalf of itself and the holders of the securities issued under the Bank of New

York Indenture.

**The Duplicative of Indenture Trustee Claims Should Be Disallowed and Expunged**

       14.     In their review of the claims filed on the claims register in these

cases and maintained by the Court-appointed claims agent, the Debtors have identified

the Duplicative of Indenture Trustee Claims on Exhibit A as substantively duplicative of

the Indenture Trustee Claims.  Each Duplicative of Indenture Trustee Claim was filed by

an individual claimant/noteholder and asserts a general unsecured, secured,

administrative expense, and/or priority claim relating, in whole or in part, to the notes issued under the Wilmington Indenture and/or under the Bank of New York Indenture. The Indenture Trustee Claims are general unsecured claims filed by Wilmington Trust and/or the Bank of New York, as indenture trustees, on behalf of the individual claimants/noteholders on account of the notes issued under the Wilmington Indenture and/or the Bank of New York Indenture. Thus, each Duplicative of Indenture Trustee Claim seeks to recover, in whole or in part, for the same alleged obligation and on behalf of the same individuals as the respective Indenture Trustee Claims.

15.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

16.     Courts in the Southern District of New York routinely disallow and expunge duplicative claims filed against the same debtor. *See, e.g.*, *In re Worldcom, Inc.*, Case No. 02-13533 (AJG), 2005 WL 3875191, at *8 (Bankr. S.D.N.Y. June 3, 2005) (expunging duplicate claim); *In re Best Payphones, Inc.*, Case No. 01-15472, 2002 WL 31767796, at *4, 11 (Bankr. S.D.N.Y. Dec. 11, 2002) (expunging duplicate claim); *In re Drexel Burnham Lambert Group, Inc.*, 148 B.R. 993, 1001-02 (S.D.N.Y. 1992) (dismissing duplicate claim).

17.     The Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally disallowed.").  Elimination of redundant claims will also enable the Debtors to maintain a claims register that more accurately reflects the proper claims existing against the Debtors.

18.     The Duplicative of Indenture Trustee Claims should be disallowed as substantively duplicative, in whole or in part, of the Indenture Trustee Claims. Wilmington Trust and/or the Bank of New York were the proper parties to file claims on behalf of the individual claimants/noteholders.  The terms of the Wilmington Indenture and the Bank of New York Indenture provide for the respective trustee filing a proof of claim on behalf of all holders of securities issued under the Wilmington Indenture and the Bank of New York Indenture.  (*See* Wilmington Indenture § 504; Bank of New York Indenture § 504.)  Moreover, the Bar Date Order specifically states that any holder of a security listed on the Master List of Securities, which includes the Senior Notes, need not file a proof of claim "due to the fact that the indenture trustee for such securities will file a global proof of claim on behalf of all holders of securities issued thereunder; []Wilmington Trust Company, US Bank National Association, and the indenture trustee for each of the other securities included on the Master List of Securities, each will file a global proof(s) of claim on behalf of all holders of securities for which it is identified as Indenture Trustee on the Master List of Securities[]. . . ."  (*See* Bar Date Order at 3-4.) Finally, the Bankruptcy Rules provide that "[a]n indenture trustee may file a claim on

behalf of all known or unknown holders of securities issued pursuant to the trust instrument under which it is the trustee." *See* Fed. R. Bank. P. 3003(c)(5).

19.    Accordingly, to avoid the possibility of a creditor receiving duplicative or multiple recoveries on its claim, the Debtors request that the Court disallow and expunge the Duplicative of Indenture Trustee Claims listed on <u>Exhibit A</u> to the extent set forth therein.  The Indenture Trustee Claims will remain on the claims register subject to further objections on any basis.

### Notice

20.    No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this Ninety-Fourth Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on <u>Exhibit A</u>; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635].  The Debtors submit that no other or further notice need be provided.

21.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request that the Court grant the

relief requested herein and such other and further relief as is just.

Dated:  February 14, 2011
         New York, New York

                                    /s/ Shai Y. Waisman
                                    Shai Y. Waisman

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

# EXHIBIT A

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | AMERICAN NATIONAL INSURANCE COMPANY C/O FREDERICK BLACK & TARA B ANNWEILER GREER, HERZ & ADAMNS, LLP ONE MOODY PLAZA, 18TH FLOOR GALVESTON, TX 77550 | 09/22/2009 | 08-13555 (JMP) | 31991[1] | $15,653,468.22 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 2 | BANK OF UTICA ATTN: MARIE BORD, SVP 222 GENESEE ST. UTICA, NY 13502 | 01/28/2009 | 08-13555 (JMP) | 2116 | $14,966,636.18 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

---

[1] Claim 31991 is being expunged solely with respect to its asserted claim of $13,000,000 for the securities with CUSIP Nos. 524908BF6, 52517PSZ5 and 52517PVV0.  The portion of Claim 31991 that is asserting a claim of $2,653,468.22 for a purported guarantee of an ISDA Master Agreement dated May 30, 2006 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 31991 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 3 | BEACHY, JOANNE 6251 ROSEWOOD MISSION, KS 66205 | 07/06/2009 | 08-13555 (JMP) | 5151 | $50,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 4 | BENEDICT, SAMUEL MICHAEL CARLIN, WEALTH MANAGEMENT, LLC 7098 E. COCHISE ROAD, SUITE 222 SCOTTSDALE, AZ 85253 | 04/27/2009 | 08-13555 (JMP) | 3983 | $50,000.00 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY ST, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21797 | $1,264,375,000.00* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 5 | BENSON, CORNELIA AND GREGORY 12357 CLARETH DRIVE OAK HILL, VA 20171 | 09/22/2009 | 08-13555 (JMP) | 32009 | $200,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 6 | BERKWITZ, GLORIA K 2944 W RASCHER AVENUE CHICAGO, IL 60625 | 09/08/2009 | | 10854 | $4,622.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 7 | BLOCK, DAVID L. 1750 GREENFIELD DRIVE RENO, NV 89509 | 09/17/2009 | 08-13555 (JMP) | 14746 | $928,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 8 | BOXMAN, RONALD AND JUDITH 59 KNOLLWOOD DRIVE MAYS LANDING, NJ 08330-3617 | 07/22/2009 | | 5926[2] | $7,500.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22123 | $416,013,746.69 | Duplicative of Indenture Trustee Claim |

---

[2] Claim 5926 is being expunged solely with respect to its asserted claim of $5,000 for the securities with CUSIP No. 52520E200. The portion of Claim 5926 that is asserting a claim of $2,500 for securities with CUSIP No. 5220B206 was previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) dated November 10, 2010 [Docket No. 12768].

* - Indicates claim contains unliquidated and/or undetermined amounts         Page 4 of 61

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 9 | BRAUNWARTH, CAROL 16769 BAYWOOD TERRACE EDEN PRAIRIE, MN 55346 | 09/14/2009 | | 12270 | $10,000.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |
| 10 | BROZGAL, EDITH J. APT 4-D 531 S. TERRACE DRIVE ALTOONA, PA 16602 | 08/12/2009 | | 8063 | $2,000.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |
| 11 | CARLSON, JOHN R. & JANE L. 6832 STONEWOOD CT. EDEN PRAIRIE, MN 55346 | 09/14/2009 | | 12269 | $10,300.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 12 CARNE, ROBERT E. TRUSTEE IRA FIR BENEFIT OF ROBERT CARNE 11105 VALLEY LIGHTS DRIVE EL CAJON, CA 92020 | 08/10/2009 | 08-13555 (JMP) | 7844 | $53,238.96 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21805 | $314,207,499.10* | Duplicative of Indenture Trustee Claim |
| 13 CATERPILLAR INSURANCE COMPANY JAIME MYERS, CATERPILLAR FINANCIAL SERVICES CORPORATION 2120 WEST END AVE NASHVILLE, TN 37203 | 05/26/2009 | 08-13555 (JMP) | 4576 | $1,119,391.21 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 14 | CITY OF FREMONT (CALIFORNIA) ATTN JOAN BORGER, ASSISTANT CITY ATTY 3300 CAPITOL AVENUE, BLDG. A FREMONT, CA 94538 | 12/04/2008 | 08-13555 (JMP) | 1203³ | $4,004,535.26* | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 15 | COCKING, JOHN 11923 GALENTINE POINT CYPRESS, TX 77429 | 07/20/2009 | | 5623⁴ | $28,072.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |

---

³ Claim 1203 is being expunged solely with respect to its asserted claim of $2,005,753.13 for the securities with CUSIP Nos. 52517PR60 and 524908CM0. The portion of Claim 1203 that is asserting a claim of $1,998,782.13 for securities with CUSIP No. 52517JJN6 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 1203 in the future.

⁴ Claim 5623 is being expunged solely with respect to its asserted claim of $14,036 for the securities with CUSIP No. 52520B206. The portion of Claim 5623 that is asserting a claim of $14,036 for any securities other than those securities with CUSIP No. 52520B206 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 5623 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 16 | CORCORAN, ISABEL M. 233 TIMBERRIDGE DRIVE SPRINGFIELD, IL 62702-6601 | 08/07/2009 | 08-13555 (JMP) | 7705 | $3,766.00 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21805 | $314,207,499.10* | Duplicative of Indenture Trustee Claim |
| 17 | DANIELS, THEODORE & FRANCINE 11152 BOCA WOODS LANE BOCA RATON, FL 33428 | 07/22/2009 | 08-13555 (JMP) | 5898[5] | $40,000.00 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21805 | $314,207,499.10* | Duplicative of Indenture Trustee Claim |

[5] Claim 5898 is being expunged solely with respect to its asserted claim of $5,000 for the securities with CUSIP No. 52520Y209.  The portion of Claim 5898 that is asserting a claim totaling $35,000 for securities with CUSIP Nos. 5252M0AT4, 52519FBZ3, and 52517P2S9 was previously expunged pursuant to the Order Granting Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) dated November 10, 2010 [Docket No. 12768].

* - Indicates claim contains unliquidated and/or undetermined amounts                                      Page 8 of 61

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 18 | DAVID MARCUS PROFIT SHARING PLAN 400 GARDEN CITY PLAZA GARDEN CITY, NY 11530 | 09/17/2009 | 08-13555 (JMP) | 15159 | $104,800.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 19 | DESOUZA, DONNA 4400 BRITLEY LANE HARRISBURG, NC 28075 | 08/28/2009 | 08-13555 (JMP) | 9654 | $10,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 20 DILIEGGHIO, ROLANDO & ELIZABETH 3630 N. INDIANHEAD RD. HERNANDO, FL 34442 | 07/27/2009 | | 6300 | $30,000.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |
| 21 EVANS, DAVID E. 222 CORINTH DR. BAY SAINT LOUIS, MS 39520 | 04/27/2009 | 08-13555 (JMP) | 3990 | $100,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 22 | EVEN-ZOHAR, REBECCA & EVEN-ZOHAR, YEHUDA 81 IRVING PLACE / 9D NEW YORK, NY 10003 | 09/18/2009 | | 17618[6] | Undetermined | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21803 | $233,469,683.43* | Duplicative of Indenture Trustee Claim |
| 23 | FRANKENBERG, HANK 16 HORSESHOE LANE ROLLING HILLS ESTATES, CA 90274 | 08/13/2009 | 08-13555 (JMP) | 8201 | $54,908.94 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22123 | $416,013,746.69 | Duplicative of Indenture Trustee Claim |

---

[6] Claim 17618 is being expunged solely with respect to its asserted claim for the securities with CUSIP No. 52520X208. The portion of Claim 17618 that is asserting a claim for any securities other than those securities with CUSIP No. 52520X208 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 17618 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 24 | GOURD, WILLIAM C 480 OLD POST ROAD BEDFORD, NY 10506 | 09/14/2009 | 08-13555 (JMP) | 12104[7] | $2,843,783.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 25 | GREENE, EUGENE 40 E. 94TH STREET, APT. 31B NEW YORK, NY 10128 | 07/06/2009 | 08-13555 (JMP) | 5148 | $50,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

---

[7] Claim 12104 is being expunged solely with respect to its asserted claim totaling $511,000 for the securities with CUSIP Nos. 5252M0FA0, 524908PH7, 52517PWT4, 52517PC66, 52517PL66, and 5252M0BX4. The portion of Claim 12104 that is purporting to assert a claim totaling $2,332,783 for claims related to wages, restricted stock and lost wages/lost business is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 12104 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 26 | HELBURN, JOHN S. 96030 BLACKROCK HAMMOCK DR. YULEE, FL 32097 | 08/10/2009 | 08-13555 (JMP) | 7855 | $49,810.00 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21805 | $314,207,499.10* | Duplicative of Indenture Trustee Claim |
| 27 | HLH PARTNERSHIP 22 ASHWOOD IRVINE, CA 92604 | 09/03/2009 | 08-13555 (JMP) | 10311 | $26,087.10 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21805 | $314,207,499.10* | Duplicative of Indenture Trustee Claim |
| 28 | HOKURIKU BANK, LTD, THE 2-10 NIHONBASHI-MUROMACHI 3-CHOME CHUO-KU TOKYO, 103-0022 JAPAN | 08/20/2009 | 08-13555 (JMP) | 8837 | $13,057,092.36 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 29 HORNIGOLD, ANGUS LLOYD PO BOX 12950 CENTRAHIL PORT ELIZABETH, 6000 SOUTH AFRICA | 07/24/2009 | 08-13555 (JMP) | 6075[8] | $19,000.00 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21800 | $1,933,352,666.67* | Duplicative of Indenture Trustee Claim |
| 30 ISRAEL DISCOUNT BANK LTD C/O YUVAL SHALHEVETH, ADVOCATE 31 HILLEL ST PO BOX 69 JERUSALEM, 91000 ISRAEL | 10/28/2009 | 08-13555 (JMP) | 50470[9] | $34,293,501.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

[8] Claim 6075 is being expunged solely with respect to its asserted claim of $10,000 for the securities with CUSIP No. 524908BR36.  The portion of Claim 6075 that is asserting a claim totaling $9,000 for securities with CUSIP Nos. 52519FDG3 and 52519FCQ2 was previously expunged pursuant to Debtors' Fifty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims).

[9] Claim 50470 is being expunged solely with respect to its asserted claim of $27,454,492 for the securities with CUSIP Nos. 52517PR78, 52517P2K6, 52517PE23, 52517PK83 and 52517PL33.  The portion of Claim 50470 that is asserting a claim of $6,839,008 for securities with CUSIP No. XS0224346592 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 50470 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 31 | JANE A. MAKER TRUST JANET MAKER, GEORGE MAKER TTEES 925 MALCOLM AVE LOS ANGELES, CA 90024 | 08/17/2009 | 08-13555 (JMP) | 8423 | $300,159.42 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 32 | JEREMY EDWARD CYPRES 1989 TRUST 13045 RIVERS RD. LOS ANGELES, CA 90049 | 09/21/2009 | 08-13555 (JMP) | 25607 | $60,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 33 | JOHNSON, WILLIAM & PATRICIA 4266 EAST GLORIA DR. HERNANDO, FL 34442 | 07/30/2009 | 08-13555 (JMP) | 6769[10] | $12,875.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 34 | JUDITH N. DAVIS REVOCABLE TRUST 160 EAST 72ND STREET NEW YORK, NY 10021 | 11/24/2008 | 08-13555 (JMP) | 906[11] | $804,100.68 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

[10] Claim 6769 is being expunged solely with respect to its asserted claim of $6,000 for the securities with CUSIP No. 52519FBH3.  The portion of Claim 6769 that is asserting a claim of $6,875 for securities with CUSIP No. 52519Y209 was previously expunged pursuant to Debtors' Twenty-Seventh Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims).

[11] Claim 906 is being expunged solely with respect to its asserted claim of $252,045.13 for the securities with CUSIP No. 5252M0BX4.  The portion of Claim 906 that is asserting a claim of $552,055.55 for any securities other than those securities with CUSIP No. 5252M0BX4 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 906 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | KENWORTHY, MARY MATT FOUR LOANTOWN ROAD REDDING, CT 06896 | 09/14/2009 | 08-13555 (JMP) | 12103[12] | $2,350,967.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 36 | KERN, SANDRA 5333 ADAMS ROAD DELRAY BEACH, FL 33484 | 08/13/2009 | | 8218 | $23,003.00 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21803 | $233,469,683.43* | Duplicative of Indenture Trustee Claim |

[12] Claim 12103 is being expunged solely with respect to its asserted claim of $20,000 for the securities with CUSIP No. 52517PM24. The portion of Claim 12103 that is purporting to assert a claim totaling $2,330,967 for wages, restricted stock, lost wages/lost business is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 12103 in the future.

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 37 | KLEINMAN, GEORGE P.O. BOX 8700 INCLINE VILLAGE, NV 89452 | 07/23/2009 | | 6015 | $107,272.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 38 | KRAUS, CLIFFORD & SUSANNE K. PO BOX 72 ELEPHANT BUTTE, NM 87935 | 09/14/2009 | | 12271 | $14,300.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | | |
| 39 | **KRESSE, KENNETH L. 11267 ARDENCROFT DR S JACKSONVILLE, FL 32246** | 05/26/2009 | 08-13555 (JMP) | 4558 | $20,000.00 | **WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544** | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | **Duplicative of Indenture Trustee Claim** |
| 40 | **LEVINE, BEATRICE, LUTINS, MARILYN & CROYLE JEAN 454 ASH STREET CENTRAL CITY, PA 15926-1318** | 09/03/2009 | 08-13555 (JMP) | 10305 | $4,582.50 | **WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544** | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | **Duplicative of Indenture Trustee Claim** |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| 41 LIBERTY MUTUAL FIRE INSURANCE COMPANY ATTN: ROBERT BLAUVELT 175 BERKELEY STREET BOSTON, MA 02116 | 09/18/2009 | 08-13555 (JMP) | 15932[13] | $14,114,322.18 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 42 LUND, ERIK 100 FULTON STREET BOSTON, MA 02109 | 09/16/2009 | 08-13555 (JMP) | 13957 | $600,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

---

[13] Claim 15932 is being expunged solely with respect to its asserted claim of $3,000,000 for the securities with CUSIP No. 52517P5X5.  The portion of Claim 15932 that is asserting a claim of $2,482.34 for securities with CUSIP No. US5249081002, of $9,611,839.84 for "Lehman Brothers Real Estate Mezzanine Partners, L.P." and of $1,500,000 for "Lehman Brothers Real Estate Mezzanine Partners II, L.P." is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 15932 in the future.

**\* - Indicates claim contains unliquidated and/or undetermined amounts**

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 43 MALIN, RUTH 5401 BAHIA LANE LA JOLLA, CA 92037 | 08/06/2009 | | 7560 | $42,785.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |
| 44 MARCUS, JANET 400 GARDEN CITY PLAZA GARDEN CITY, NY 11530 | 09/17/2009 | 08-13555 (JMP) | 15155 | $247,955.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 45 | MARK KAUFMAN TRUST 47 7TH AVENUE BROOKLYN, NY 11217 | 09/22/2009 | 08-13555 (JMP) | 32317 | $450,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 46 | MARKOVITZ, ANNE 600 GRANT ST., 3 5454 PITTSBURGH, PA 15219 | 08/14/2009 | 08-13555 (JMP) | 8335 | $22,345.25 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 47 | MARKOVITZ, BERNARD 600 GRANT ST., # 5454 PITTSBURGH, PA 15219 | 08/14/2009 | 08-13555 (JMP) | 8334 | $10,000.00 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |
| 48 | MAYHORN, ROBERT 126 STOLLINGS AVE LOGAN, WV 25601 | 09/08/2009 | | 10856 | $50,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

*\* - Indicates claim contains unliquidated and/or undetermined amounts*                                    *Page 23 of 61*

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 49 | MISON, ROBERT J. 7920 TRINITY CIRCLE UNIT 4SW TINLEY PARK, IL 60487 | 08/03/2009 | 08-13555 (JMP) | 7221[14] | $27,065.70 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21805 | $314,207,499.10* | Duplicative of Indenture Trustee Claim |
| 50 | MORRIS-BROGAN, LINDA 12434 CARRIAGE HILL DR. HOUSTON, TX 77077-2908 | 09/21/2009 | | 25535[15] | $46,190.00 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21803 | $233,469,683.43* | Duplicative of Indenture Trustee Claim |

---

[14] Claim 7221 is being expunged solely with respect to its asserted claim of $12,503.35 for the securities with CUSIP No. 52519Y209. The portion of Claim 7221 that is asserting a claim of $14,562.35 for any securities other than those securities with CUSIP No. 52519Y209 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 7221 in the future.

[15] Claim 25535 is being expunged solely with respect to its asserted claims for direct recovery with respect to the securities with CUSIP No. 52520X208. The portion of Claim 25535 that is asserting a claim for direct recovery with respect to the securities with CUSIP No. 52520W317 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 25535 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 51 | PALONE, MICHAEL F. HAMILTON LANE ONE PRESIDENTIAL BLVD, 4TH FLOOR BALA CYNWYD, PA 19004 | 08/21/2009 | | 8983 | $99,894.31 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |
| 52 | PEERLESS INSURANCE COMPANY ATTN: ROBERT BLAUVELT, VICE PRESIDENT FIXED INCOME LIBERTY MUTUAL GROUP 175 BERKELEY STREET BOSTON, MA 02116 | 09/18/2009 | 08-13555 (JMP) | 15948[16] | $5,250,714.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

---

[16] Claim 15948 is being expunged solely with respect to its asserted claim of $4,500,000 for the securities with CUSIP No. 52517P5X5. The portion of Claim 15948 that is asserting a claim of $714 for securities with CUSIP No. 524908100 and of $4,500,000 for "Lehman Brothers Real Estate Mezzanine Partners II, L.P." is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 15948 in the future.

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 53 | PIKE, STEVEN P & CYNTHIA B JTWROS 2725 BRENTWOOD DR FREMONT, NE 68025 | 01/15/2009 | 08-13555 (JMP) | 1738 | $400,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 54 | PROFILI FAMILY PARTNERSHIP, L.P. C/O RONALD L. PROFILI 33 OLD COACH ROAD NAPA, CA 94558 | 09/22/2009 | 08-13555 (JMP) | 31555 | $500,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 55 | REHORST, JOYCE L. C/O GLENN S. GITOMER, ESQUIRE MCCAUSLAND KEEN & BUCKMAN 11 BROADWAY, SUITE 715 NEW YORK, NY 10004 | 11/17/2010 | 08-13555 (JMP) | 67218 | $150,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 56 | SALWAY, WILLIAM L. 5147 HARPERS FARM RD COLUMBIA, MD 21044 | 07/27/2009 | | 6367 | $12,047.74 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21803 | $233,469,683.43* | Duplicative of Indenture Trustee Claim |
| 57 | SCHNEIDER, MARVIN 2200 NORTH CENTRAL RD. APT 3R FORT LEE, NJ 07024 | 08/20/2009 | | 8774 | $6,222.00 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21803 | $233,469,683.43* | Duplicative of Indenture Trustee Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 58  STATLER, PATRICIA CORCORAN 233 TIMBERRIDGE DRIVE SPRINGFIELD, IL 62702-6601 | 08/07/2009 | 08-13555 (JMP) | 7704 | $1,612.00 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21805 | $314,207,499.10* | Duplicative of Indenture Trustee Claim |
| 59  STEPHENS, CHERYL L 1344 OVERLOOK DR WEIRTON, WV 26062 | 08/03/2009 | 08-13905 (JMP) | 7063 | $1,224.50 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21803 | $233,469,683.43* | Duplicative of Indenture Trustee Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 60 | VANWAGONER, HARRIET 5880 MIDNIGHT PASS RD. APT 904 SARASOTA, FL 34242 | 07/27/2009 | | 6210[17] | $65,048.76 | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22122 | $311,742,937.05 | Duplicative of Indenture Trustee Claim |
| 61 | WARREN, CAROLYN J. IRA 3680 W. HWY 635 SCIENCE HILL, KY 42553-9030 | 08/13/2009 | | 8184 | $100,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

---

[17] Claim 6210 is being expunged solely with respect to its asserted claim of $10,000 for the securities with CUSIP No. 52520B206.  The portion of Claim 6210 that is asserting a claim totaling $55,048.76 for securities with CUSIP Nos. 5353M0C54, 52517P7L9, and 5252M0CB1 was previously expunged pursuant to the Order Granting Debtors' Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) dated November 21, 2010 [Docket No. 11506].

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 62 | WEINSTEIN, KENNETH J. PENSION TRUST 12 WHITNEY CIRCLE GLEN COVE, NY 11542 | 08/17/2009 | 08-13555 (JMP) | 8545[18] | $331,520.25 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| 63 | WOLFORD, K 14516 YUKON AVE HAWTHORNE, CA 90250 | 07/31/2009 | | 6914[19] | $44,279.22 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21805 | $314,207,499.10* | Duplicative of Indenture Trustee Claim |

[18] Claim 8545 is being expunged solely with respect to its asserted claim of $231,520.25 for the securities with CUSIP Nos. 5252M0CZ8, 52522L566 and 52520W325. The portion of Claim 8545 that is asserting a claim of $100,000 for securities with CUSIPs Nos. other than 5252M0CZ8, 52522L566 and 52520W325 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 8545 in the future.

[19] Claim 6914 is being expunged solely with respect to its asserted claim of $17,170.22 for the securities with CUSIP No. 52519Y209. The portion of Claim 6914 that is asserting a claim of $27,109 for securities with CUSIPs Nos. other than 52519Y209 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 6914 in the future.

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 74 | FRANK RUSSELL COMPANY C/O ELIOTT COHEN RUSSELL INVESTMENTS 1301 2ND AVE, 18TH FL SEATTLE, WA 98101<br><br>TRANSFERRED TO: OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES, CA 90071 | 10/25/2010 | 08-13555 (JMP) | 67146[20] | $128,936,723.11<br><br><br><br><br><br><br><br>$387,117.01 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |

---

[20] Claim 67416 is being expunged solely with respect to its asserted claim totaling $128,936,732.11 for the securities with CUSIP Nos. 52517P5C1 and 52517PG39. The portion of Claim 67416 that is asserting a claim totaling $106,989,173.04 for securities with CUSIP Nos. 52525KAB8 and 52525MJF6 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 67416 in the future.

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: ANATOLY BUSHLER & KRISTIN BINIEK ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO, CA 94111 | 10/25/2010 | 08-13555 (JMP) | 67146 | $38,265,037.94 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: ANATOLY BUSHLER & KRISTIN BINIEK ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO, CA 94111 | 10/25/2010 | 08-13555 (JMP) | 67146 | $4,227,245.48 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: NOONDAY OFFSHORE, INC. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: ANATOLY BUSHLER & KRISTIN BINIEK ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO, CA 94111 | 10/25/2010 | 08-13555 (JMP) | 67146 | $2,807,140.74 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: FARALLON CAPITAL OFFSHORE INVESTORS III, INC. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: ANATOLY BUSHLER & KRISTIN BINIEK ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO, CA 94111 | 10/25/2010 | 08-13555 (JMP) | 67146 | $21,755,356.26 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: ANATOLY BUSHLER & KRISTIN BINIEK ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO, CA 94111 | 10/25/2010 | 08-13555 (JMP) | 67146 | $2,452,937.82 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: FARALLON CAPITAL PARTNERS, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: ANATOLY BUSHLER & KRISTIN BINIEK ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO, CA 94111 | 10/25/2010 | 08-13555 (JMP) | 67146 | $31,245,082.48 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: ANATOLY BUSHLER & KRISTIN BINIEK ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO, CA 94111 | 10/25/2010 | 08-13555 (JMP) | 67146 | $29,308,940.44 | | | | | | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: TACONIC CAPITAL PARTNERS 1.5 L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP/ATTN: ROBIN ROTHSTEIN 450 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10022 | 10/25/2010 | 08-13555 (JMP) | 67146 | $14,887,112.58 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: TACONIC OPPORTUNITY FUND L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10022 | 10/25/2010 | 08-13555 (JMP) | 67146 | $109,172,158.93 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES, CA 90071 | 10/25/2010 | 08-13555 (JMP) | 67146 | $69,928,917.83 | | | | | | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| **TRANSFERRED TO: OAKTREE HUNTINGTON INVESTMENT FUND, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES, CA 90071** | 10/25/2010 | 08-13555 (JMP) | 67146 | $21,934,753.59 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES, CA 90071 | 10/25/2010 | 08-13555 (JMP) | 67146 | $43,749,271.94 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 65 | GOLDMAN SACHS & CO TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | 09/18/2009 | 08-13555 (JMP) | 17319[21] | $310,010,000 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| | TRANSFERRED TO: DAVIDSON KEMPNER INSTITUTIONAL PARTNERS LP TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O DAVIDSON KEMPNER ADVISERS INC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | | | | $19,625,000 | | | | | | |

---

[21] Claim 17319 is being expunged solely with respect to its asserted claim of $250,000,000 for the securities with CUSIP No. 5252M0DT0.  The portion of Claim 17319 that is asserting a claim totaling $ 535,000,000 for securities with CUSIP Nos. 52525MKA5, 52525MKT4 and 52525MKV9 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 17319 in the future.

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| TRANSFERRED TO: DAVIDSON KEMPNER INSTITUTIONAL PARTNERS LP TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O DAVIDSON KEMPNER ADVISERS INC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 09/18/2009 | 08-13555 (JMP) | 17319 | $6,425,000.00 | | | | | | |
| TRANSFERRED TO: DAVIDSON KEMPNER INTERNATIONAL LTD TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O DAVIDSON KEMPNER INTERNATIONAL ADVISORS, L.L.C. 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | | | | $14,473,000.00 | | | | | | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| TRANSFERRED TO: DAVIDSON KEMPNER INTERNATIONAL LTD TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O DAVIDSON KEMPNER INTERNATIONAL ADVISORS LLC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 09/18/2009 | 08-13555 (JMP) | 17319 | $2,615,000.00 | | | | | | |
| TRANSFERRED TO: DAVIDSON KEMPNER PARTNERS TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O MHD MANAGEMENT CO. 65 EAST 55TH ST, 19TH FLOOR NEW YORK, NY 10022 | | | | $5,796,000.00 | | | | | | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: DAVIDSON KEMPNER PARTNERS TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O MHD MANAGEMENT CO 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 09/18/2009 | 08-13555 (JMP) | 17319 | $935,000.00 | | | | | | |
| TRANSFERRED TO: ETON PARK FUND LP TRANSFEROR: GOLDMAN SACHS & CO ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022 | | | | $10,500,000.00 | | | | | | |
| TRANSFERRED TO: ETON PARK FUND LP TRANSFEROR: GOLDMAN SACHS & CO ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022 | | | | $24,500,000.00 | | | | | | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: ETON PARK MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS & CO ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 09/18/2009 | 08-13555 (JMP) | 17319 | $19,500,000.00 | | | | | | |
| TRANSFERRED TO: ETON PARK MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS & CO ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022 | | | | $45,500,000.00 | | | | | | |
| TRANSFERRED TO: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C. ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | | | | $300,000.00 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C. ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | 09/18/2009 | 08-13555 (JMP) | 17319 | $700,000.00 | | | | | | |
| TRANSFERRED TO: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | | | | $412,000.00 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C. ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | 09/18/2009 | 08-13555 (JMP) | 17319 | $962,000.00 | | | | | | |
| TRANSFERRED TO: FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C. ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | | | | $4,950,000.00 | | | | | | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| TRANSFERRED TO: FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | 09/18/2009 | 08-13555 (JMP) | 17319 | $11,550,000.00 | | | | | | |
| TRANSFERRED TO: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C. ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | | | | $3,188,000.00 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C. ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | 09/18/2009 | 08-13555 (JMP) | 17319 | $7,438,000.00 | | | | | | |
| TRANSFERRED TO: FARALLON CAPITAL OFFSHORE INVESTORS III, INC TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | | | | $3,225,000.00 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: FARALLON CAPITAL OFFSHORE INVESTORS III,INC TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | 09/18/2009 | 08-13555 (JMP) | 17319 | $7,525,000.00 | | | | | | |
| TRANSFERRED TO: FARALLON CAPITAL PARTNERS, L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS., L.L.C. ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | | | | $2,588,000.00 | | | | | | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: FARALLON CAPITAL PARTNERS, L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | 09/18/2009 | 08-13555 (JMP) | 17319 | $6,038,000.00 | | | | | | |
| TRANSFERRED TO: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. TRANSFEROR: GOLDMAN SACHS & CO ATTN: FERGAL CASSIDY 505 FIFTH AVENUE, 23RD FLOOR NEW YORK, NY 10017 | | | | $4,400,000.00 | | | | | | |
| TRANSFERRED TO: FIR TREE VALUE MASTER FUND, L.P. TRANSFEROR: GOLDMAN SACHS & CO ATTN: FERGAL CASSIDY 505 FIFTH AVENUE, 23RD FLOOR NEW YORK, NY 10017 | | | | $20,600,000.00 | | | | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: M.H. DAVIDSON & CO TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O M.H. DAVIDSON & CO GP LLC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 09/18/2009 | 08-13555 (JMP) | 17319 | $25,000.00 | | | | | | |
| TRANSFERRED TO: M.H. DAVIDSON & CO. TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O M.H. DAVIDSON & CO GP, LLC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | | | | $106,000.00 | | | | | | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| TRANSFERRED TO: NOONDAY OFFSHORE, INC. TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON CAPITAL MANAGEMENT, LLC. ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | 09/18/2009 | 08-13555 (JMP) | 17319 | $337,000.00 | | | | | | |
| TRANSFERRED TO: NOONDAY OFFSHORE, INC. TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON CAPITAL MANAGEMENT, LLC. ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO, CA 94111 | | | | $787,000.00 | | | | | | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: SPCP GROUP, L.L.C. TRANSFEROR: GOLDMAN SACHS & CO AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 09/18/2009 | 08-13555 (JMP) | 17319 | $30,000,000.00 | | | | | | |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS & CO ATTN: ADAM J DEPANFILIS C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD GREENWICH, CT 06830 | | | | $20,000,000.00 | | | | | | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| TRANSFERRED TO: TACONIC CAPITAL PARTNERS 1.5 L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 09/18/2009 | 08-13555 (JMP) | 17319 | $31,750,000.00 | | | | | | |
| TRANSFERRED TO: TACONIC CAPITAL PARTNERS 1.5. L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK, NY 10022 | | | | $16,250,000.00 | | | | | | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| TRANSFERRED TO: TACONIC MARKET DISLOCATION FUND II L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 09/18/2009 | 08-13555 (JMP) | 17319 | $4,056,500.00 | | | | | | |
| TRANSFERRED TO: TACONIC MARKET DISLOCATION FUND II L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK, NY 10022 | | | | $2,433,900.00 | | | | | | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| TRANSFERRED TO: TACONIC MARKET DISLOCATION MASTER FUND II L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 09/18/2009 | 08-13555 (JMP) | 17319 | $943,500.00 | | | | | | |
| TRANSFERRED TO: TACONIC MARKET DISLOCATION MASTER FUND II L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE 9TH FLOOR NEW YORK, NY 10022 | | | | $556,100.00 | | | | | | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 94: EXHIBIT A – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **REASON** |
| **TRANSFERRED TO: TACONIC OPPORTUNITY FUND L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10022** | 09/18/2009 | 08-13555 (JMP) | 17319 | $48,750,000.00 | | | | | | |
| **TRANSFERRED TO: TACONIC OPPORTUNITY FUND L.P. TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10022** | | | | $95,250,000.00 | | | | | | |
| | | | **TOTAL** | $1,418,098,793.89 | | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                  :        **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :        **08-13555 (JMP)**
                                                       :
                          **Debtors.**                 :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' NINETY-FOURTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

Upon the ninety-fourth omnibus objection to claims, dated February 14, 2011 (the "Ninety-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Duplicative of Indenture Trustee Claims on the grounds that such claims are substantively duplicative of the corresponding Indenture Trustee Claims, all as more fully described in the Ninety-Fourth Omnibus Objection to Claims; and due and proper notice of the Ninety-Fourth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Ninety-Fourth Omnibus Objection to Claims.

attached to the Ninety-Fourth Omnibus Objection to Claims; and (vii) all other parties

entitled to notice in accordance with the procedures set forth in the second amended order

entered on June 17, 2010, governing case management and administrative procedures for

these cases [Docket No. 9635]; and it appearing that no other or further notice need be

provided; and the Court having found and determined that the relief sought in the Ninety-

Fourth Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the

Ninety-Fourth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Ninety-Fourth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed

and Expunged*" (collectively, the "Duplicative of Indenture Trustee Claims") are

disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the

heading "*Surviving Claims*" (collectively, the "Indenture Trustee Claims") will remain on

the claims register subject to the Debtors' rights to further object as set forth herein; and

it is further

ORDERED that nothing in this Order or disallowance and expungement

of the Duplicative of Indenture Trustee Claims constitutes any admission or finding with

respect to the Indenture Trustee Claims, and the Debtors' rights to object to the Indenture

Trustee Claims on any basis is preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Ninety-Fourth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) the Indenture Trustee Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE