HEARING DATE AND TIME:  March 31, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE:  March 16, 2011 at 4:00 p.m. (Eastern Time)

---

**THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF ONE HUNDREDTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :    08-13555 (JMP)
                                           :
                      Debtors.             :    (Jointly Administered)
----------------------------------------------------------------x
```

**NOTICE OF HEARING ON DEBTORS' ONE HUNDREDTH
OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)**

**PLEASE TAKE NOTICE** that on February 14, 2011, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their one hundredth omnibus objection

to claims (the "Debtors' One Hundredth Omnibus Objection to Claims"), and that a hearing (the

1

"Hearing") to consider the Debtors' One Hundredth Omnibus Objection to Claims will be held

before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004, on **March 31, 2011 at 10:00 a.m. (Eastern Time),** or as soon

thereafter as counsel may be heard.

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundredth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules

of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with

the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on

(i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York

10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth

Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.); (iii)

the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta

Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of

unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase

Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell,

2

Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than **March 16, 2011 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and served with respect to the Debtors' One Hundredth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' One Hundredth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: February 14, 2011
      New York, New York

                      /s/ Shai Y. Waisman
                      Shai Y. Waisman

                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      Attorneys for Debtors
                      and Debtors in Possession

US_ACTIVE:\43617726\01\58399.0008

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                        :    Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,       :    08-13555 (JMP)
                                             :
                        Debtors.             :    (Jointly Administered)
-------------------------------------------------------------------x
```

**DEBTORS' ONE HUNDREDTH OMNIBUS**
**OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)**

---

**THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF ONE HUNDREDTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent as follows:

**Relief Requested**

1.      The Debtors file this one hundredth omnibus objection to claims (the "One Hundredth Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking to reduce, reclassify (in certain instances), modify the Debtor entity (in certain instances), and allow the claims listed on Exhibit A annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit A and have determined that the proofs of claim listed on Exhibit A (collectively, the "Settled Derivative Claims") should be reduced, reclassified (in certain instances), modified (in certain instances), and allowed.  Pursuant to this Court's order approving procedures for the settlement or assumption and assignment of prepetition derivative contracts (the "December Order") [Docket No. 2257], claimants and the Debtors have negotiated settlements of disputes related to derivative claims.  These signed agreements

---

[1] Not all claims listed on Exhibit A require reclassification or modification of the Debtor entity.  Exhibit A, however, sets forth which specific claims will be reclassified as non-priority general unsecured claims pursuant to the parties' agreement as well as against which Debtor the claim shall be allowed.

2

include claim amounts and identify the correct Debtor entity against whom the claim is properly asserted.  The proofs of claim being objected to are not consistent with the terms of such settlements.  The Debtors, therefore, request that the Court reduce, reclassify, and/or modify, as appropriate, each such claim to reflect (a) the Debtor listed on Exhibit A under the column heading *"Modified Debtor,"* (b) the amount listed under the column heading *"Modified Amount,"* and (c) the classification listed under the column heading *"Modified Class."*  The Debtors further request that the Court allow each such claim only to the extent of such Modified Amount and Modified Class and only as to the Modified Debtor.

## Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.      Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of

unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

6.      On December 16, 2008, the Court entered the December Order, which approved and established specific procedures by which the Debtors could settle claims arising from the termination of prepetition derivative contracts.

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The Settled Derivative Claims Should Be Reduced, Reclassified, and Allowed**

9.      In their review of the claims filed on the claims register in these cases, the Debtors have identified the claims on Exhibit A as being claims for which the Debtors specifically negotiated an agreement with the claimants for a total claim amount and (in certain instances) a classification and Debtor entity that is not the amount, classification, and/or Debtor that is reflected on such claimants' proof of claim.

10.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the

validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009);

*In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS

660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).

          11.     Pursuant to the December Order, the Debtors engaged in

negotiations with certain claimants that had filed proofs of claim against the Debtors

asserting obligations based on prepetition derivative contracts.  The Debtors and these

claimants negotiated and agreed to claim amounts and (in certain instances)

classifications and Debtor entities against which the claims are to be asserted that are not

reflected on the proof of claim forms filed by these claimants.  The agreements regarding

the claim amounts, claim classifications, and designation as to appropriate Debtor

counterparty are reflected in written "Termination Agreements" executed by the relevant

Debtor and the holder of the Settled Derivative Claim.

          12.     The holders of the Settled Derivative Claims agreed that their

claims are properly asserted against the Debtor counterparty that is reflected on <u>Exhibit A</u>

under the column heading *"Modified Debtor,"* and in the reduced amounts and

classifications that are reflected under the column headings *"Modified Amount"* and

*"Modified Class."*  The Debtors are seeking only to reclassify claims or modify the

Debtor where the claimant's proof of claim is not consistent with such claimant's

Termination Agreement.  Accordingly, in order to properly reflect the Debtors' and

claimants' agreements with respect to the Debtor entity, value, and classification of these

claims, the Debtors request that the Court reduce, reclassify, and/or modify (as

appropriate) each Settled Derivative Claim to reflect (a) the Debtor entity listed on

5

Exhibit A under the column heading *"Modified Debtor,"* (b) the value listed under the column heading *"Modified Amount,"* and (c) the classification under the column heading *"Modified Class."* The Debtors further request that the Court allow each such Settled Derivative Claim only to the extent of such modified amount and classification listed on Exhibit A under the column headings *"Modified Amount"* and *"Modified Class,"* and only as to the *"Modified Debtor"* set forth therein.

### Notice

13.     No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this One Hundredth Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A, and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]. The Debtors submit that no other or further notice need be provided.

14.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

US_ACTIVE:\43617726\01\58399.0008

WHEREFORE the Debtors respectfully request that the Court grant the

relief requested herein and such other and further relief as is just.

Dated: February 14, 2011
      New York, New York

                  /s/ Shai Y. Waisman
                  Shai Y. Waisman

                  WEIL, GOTSHAL & MANGES LLP
                  767 Fifth Avenue
                  New York, New York 10153
                  Telephone: (212) 310-8000
                  Facsimile: (212) 310-8007

                  Attorneys for Debtors
                  and Debtors in Possession

US_ACTIVE:\43617726\01\58399.0008

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ALLEGIANCE (DC) 1150 18TH STREET LLC C/O PICK & ZABICKI LLP 369 LEXINGTON AVENUE, 12TH FLOOR NEW YORK, NY 10017 | 24594 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $11,325,442.00 | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 |
| | TRANSFERRED TO: JPMORGAN CHASE BANK, N.A. TRANSFEROR: ALLEGIANCE (DC) 1150 18TH STREET LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK, NY 10005 | | | | | $3,000,001.00 | Lehman Brothers Special Financing Inc. | Unsecured | $3,000,001.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 2 | ALLEGIANCE (DC) 1150 18TH STREET LLC C/O PICK & ZABICKI LLP 369 LEXINGTON AVENUE, 12TH FLOOR NEW YORK, NY 10017 | 24595 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $11,325,442.00 | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |
| | TRANSFERRED TO: JPMORGAN CHASE BANK, N.A. TRANSFEROR: ALLEGIANCE (DC) 1150 18TH STREET LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK, NY 10005 | | | | | $3,000,001.00 | Lehman Brothers Holdings Inc. | Unsecured | $3,000,001.00 |
| 3 | ALPHA BANK A.E. ATTN: PANTELIS SGARDELIS FINANCIAL MARKETS - GROUP PLANNING DIVISION 40 STADIOU STR. ATHENS, GR-10252 GREECE | 20731 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,607,243.44* | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ALPHA BANK A.E. ATTN: PANTELIS SGARDELIS FINANCIAL MARKETS - GROUP PLANNING DIVISION 40 STADIOU STR. ATHENS, GR-10252 GREECE | 20732 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,607,243.44* | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 |
| 5 | AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN TRUST C/O AIG INVESTMENTS ATTN: CISSIE ABRAHAM, VP & ASSISTANT GENERAL COUNSEL 399 PARK AVENUE, 4TH FLOOR NEW YORK, NY 10022 | 34195 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $12,496,044.00* | Lehman Brothers Holdings Inc. | Unsecured | $6,126,900.14 |
| 6 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 20213 | 09/21/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $614,221.98 | Lehman Brothers Derivative Products Inc. | Unsecured | $542,025.43 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 20220 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $552,266.45 | Lehman Brothers Special Financing Inc. | Unsecured | $510,340.41 |
| 8 | ASBL FONDS DE PENSION ET DE PREVOYANCE DE LA S.A IBM BELGIUM C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33022 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $434,507.34 | Lehman Brothers Special Financing Inc. | Unsecured | $433,632.56 |
| 9 | BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA, 41100 ITALY | 7908 | 08/10/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,627,703.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,577,966.54 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA COOPERATIVA ATTN: UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA, 41100 ITALY | 7905 | 08/10/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,627,703.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,577,966.54 |
| 11 | BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA COOPERATIVA ATTN: UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA, 41100 ITALY | 7906 | 08/10/2009 | Lehman Brothers Commercial Corporation | Unsecured | $586,089.00 | Lehman Brothers Commercial Corporation | Unsecured | $452,486.00 |
| 12 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. TRANSFEROR: BOSQUE POWER COMPANY, LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FARIMILE LANE, COBHAM SURREY, KT11 2PD UNITED KINGDOM | 66139 | 01/20/2010 | Lehman Brothers Holdings Inc. | Unsecured | $52,669,390.90* | Lehman Brothers Holdings Inc. | Unsecured | $47,385,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. TRANSFEROR: BOSQUE POWER COMPANY, LLC 11-13 BOULEVARD DE LA FOIRE L 1528 LUXEMBOURG | 66140 | 01/20/2010 | Lehman Brothers Commodity Services Inc. | Unsecured | $52,669,390.90* | Lehman Brothers Commodity Services Inc. | Unsecured | $47,385,000.00 |
| 14 | CEBFT RUSSELL LONG DURATION FIXED INCOME FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 30861 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $143,927.12 $158,071.51 $301,998.63 | Lehman Brothers Special Financing Inc. | Unsecured | $154,313.91 |
| 15 | CIVIL AVIATION AUTHORITY PENSION SCHEME C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33004 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $401,291.49* $4,608,146.32* $5,009,437.81 | Lehman Brothers Special Financing Inc. | Unsecured | $4,596,736.20 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|------|---------|------------|----------|-------|--------|----------|-------|--------|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 16 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OFI INSTITUTIONAL CORE FIXED INCOME FUND, LLC, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29337 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $26,788.00 | Lehman Brothers Special Financing Inc. | Unsecured | $19,829.20 |
| 17 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER COMMODITY STRATEGY TOTAL RETURN FUND, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29331 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $816,562.00 | Lehman Brothers Special Financing Inc. | Unsecured | $692,902.00 |
| 18 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER COMMODITY STRATEGY TOTAL RETURN FUND, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29332 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $814,044.00 | Lehman Brothers Holdings Inc. | Unsecured | $692,902.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER LIMITED-TERM GOVT FUND ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29327 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $993,554.00 | Lehman Brothers Special Financing Inc. | Unsecured | $795,346.00 |
| 20 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER LIMITED-TERM GOVT FUND ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29328 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $990,490.00 | Lehman Brothers Holdings Inc. | Unsecured | $795,346.00 |
| 21 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER US GOVT TRUST ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29329 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $849,389.00 | Lehman Brothers Special Financing Inc. | Unsecured | $707,074.00 |
| 22 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER US GOVT TRUST ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29330 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $846,769.00 | Lehman Brothers Holdings Inc. | Unsecured | $707,074.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTIONAL COMMODITIES STRATEGY FUND I, LLC (F/K/A OFI INSTITUTIONAL REAL ASSET FUND, LLC) ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29341 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,199.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,260.00 |
| 24 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTIONAL COMMODITIES STRATEGY FUND I, LLC (F/K/A OFI INSTITUTIONAL REAL ASSET FUND, LLC) ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29342 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,199.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,260.00 |
| 25 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTIONAL CORE FIXED INCOME FUND, LLC ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29338 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $26,788.00 | Lehman Brothers Holdings Inc. | Unsecured | $19,829.20 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8132 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $5,675,660.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $5,270,000.00 |
| 27 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8133 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $4,645,320.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $4,320,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8134 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $17,240,880.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $16,030,000.00 |
| 29 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8135 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $21,022,880.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $19,550,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8136 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $8,771,880.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $8,150,000.00 |
| 31 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8137 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $15,025,010.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $13,970,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|------|---------|------------|--------|----------------|--------|--------|----------------|--------|
| 32 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8138 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $995,410.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $925,000.00 |
| 33 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8140 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,645,320.00 | Lehman Brothers Holdings Inc. | Unsecured | $4,320,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 34 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8141 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,675,660.00 | Lehman Brothers Holdings Inc. | Unsecured | $5,270,000.00 |
| 35 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8143 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $17,240,880.00 | Lehman Brothers Holdings Inc. | Unsecured | $16,030,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 36 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8144 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $21,022,880.00 | Lehman Brothers Holdings Inc. | Unsecured | $19,550,000.00 |
| 37 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8145 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,771,880.00 | Lehman Brothers Holdings Inc. | Unsecured | $8,150,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 38 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8146 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $15,025,010.00 | Lehman Brothers Holdings Inc. | Unsecured | $13,970,000.00 |
| 39 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8147 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $995,410.00 | Lehman Brothers Holdings Inc. | Unsecured | $925,000.00 |
| 40 | DEL MAR TERRACE APARTMENT 7007 INDIAN SCHOOL ROAD PHOENIX, AZ 85033 | 7791 | 08/10/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $100,000.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $52,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 41 | DEUTSCHE BANK AG, LONDON BRANCH WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 27016 | 09/22/2009 | Lehman Brothers Commercial Corporation | Unsecured | $10,785,837.59* | Lehman Brothers Commercial Corporation | Unsecured | $9,750,000.00 |
| 42 | DEUTSCHE BANK AG, LONDON BRANCH WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ ALEXANDER DRAEMER 1 GREAT WINCHESTER STREET LONDON, EC2M 3XD UNITED KINGDOM | 27017 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $10,785,837.59* | Lehman Brothers Holdings Inc. | Unsecured | $9,750,000.00 |
| 43 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON, EC2N 2DB UNITED KINGDOM | 7369 | 08/05/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $14,697,630.04 | Lehman Brothers Special Financing Inc. | Unsecured | $12,700,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 44 DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON, EC2N 2DB UNITED KINGDOM | 7370 | 08/05/2009 | Lehman Brothers Holdings Inc. | Unsecured | $14,697,630.04 | Lehman Brothers Holdings Inc. | Unsecured | $12,700,000.00 |
| 45 EATON VANCE CDO IX, LTD C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18241 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,130,866.43 | Lehman Brothers Holdings Inc. | Unsecured | $6,046,510.24 |
| 46 EATON VANCE CDO IX, LTD. C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18243 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,130,866.43 | Lehman Brothers Special Financing Inc. | Unsecured | $6,046,510.24 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 47 | EATON VANCE CORP C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18260 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $231,347.38 | Lehman Brothers Special Financing Inc. | Unsecured | $177,830.71 |
| 48 | EATON VANCE CORP C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18261 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $231,347.38 | Lehman Brothers Holdings Inc. | Unsecured | $177,830.71 |
| 49 | EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18262 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $405,070.11 | Lehman Brothers Special Financing Inc. | Unsecured | $349,921.49 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 50 | EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18263 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $405,070.11 | Lehman Brothers Holdings Inc. | Unsecured | $349,921.49 |
| 51 | EMERGING MARKETS LOCAL INCOME PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18264 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $350,342.97 | Lehman Brothers Special Financing Inc. | Unsecured | $326,655.11 |
| 52 | EMERGING MARKETS LOCAL INCOME PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18265 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $350,342.97 | Lehman Brothers Holdings Inc. | Unsecured | $326,655.11 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|----------------|--------|------------------|-------|--------|
| 53 | GLOBAL MACRO PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18245 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $263,049.72 | Lehman Brothers Holdings Inc. | Unsecured | $36,191.85 |
| 54 | GLOBAL MACRO PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18246 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $263,049.72 | Lehman Brothers Special Financing Inc. | Unsecured | $36,191.85 |
| 55 | HYDRO ONE PENSION PLAN C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33021 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $687,312.21 $164,305.28<br><br>$851,617.49 | Lehman Brothers Special Financing Inc. | Unsecured | $160,165.22 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 56 | INDIANAPOLIS LIFE INSURANCE COMPANY N/K/A AVIVA LIFE AND ANNUITY CO. C/O AVIVA INVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 65960 | 12/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,382,547.95 | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 |
| 57 | ING FIXED INCOME ABSOLUTE RETURN MASTER LTD C/O ING INVESTMENT MANAGEMENT CO ATTN: GERALD LINS ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 16501 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,233,343.15* | Lehman Brothers Holdings Inc. | Unsecured | $1,068,275.50 |
| 58 | ING FIXED INCOME ABSOLUTE RETURN MASTER LTD C/0 ING INVESTMENT MANAGEMENT CO ATTN: GERALD LINS ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 16502 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,233,343.15* | Lehman Brothers Special Financing Inc. | Unsecured | $1,069,386.76 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 59 | ING PROPRIETARY ALPHA FUND, THE LLC C/O ING INVESTMENT MANAGEMENT CO. ATTN: GERALD LINS, GENERAL COUNSEL/ ARMAND APONTE, VICE PRESIDENT AND COUNSEL 230 PARK AVE NEW YORK, NY 100169 | 66606 | 05/11/2010 | Lehman Brothers Holdings Inc. | Unsecured | $1,562,038.16* | Lehman Brothers Holdings Inc. | Unsecured | $666,406.78 |
| 60 | ING PROPRIETARY ALPHA FUND, THE LLC C/O ING INVESTMENT MANAGEMENT CO. ATTN: GERALD LINS, GENERAL COUNSEL/ ARMAND APONTE, VICE PRESIDENT AND COUNSEL 230 PARK AVE NEW YORK, NY 100169 | 66607 | 05/11/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $1,562,038.16* | Lehman Brothers Special Financing Inc. | Unsecured | $667,100.00 |
| 61 | INTERNATIONAL INCOME PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18266 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $194,444.49 | Lehman Brothers Special Financing Inc. | Unsecured | $183,084.16 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 62 | INTERNATIONAL INCOME PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18267 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $194,444.49 | Lehman Brothers Holdings Inc. | Unsecured | $183,084.16 |
| 63 | KAISER FOUNDATION HOSPITALS INC C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33023 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $209,104.01 | Lehman Brothers Special Financing Inc. | Unsecured | $208,822.80 |
| 64 | KAMUNTING STREET MASTER FUND LTD ATTN: GEORGE MARINOPOULOS 140 EAST 45TH STREET, 15TH FLOOR NEW YORK, NY 10017 | 25709 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $139,536.07* | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |
| 65 | KAMUNTING STREET MASTER FUND LTD 300 ATLANTIC ST STE 701 STAMFORD, CT 06901-3520 | 25710 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $139,536.07* | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | | MODIFIED | | |
| 66 | LUMINANT ENERGY COMPANY LLC C/O WHOLESALE CONTRACT ADMINISTRATION 500 N. AKARD STREET, LP-13 DALLAS, TX 75201 | 10228 | 09/03/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $150,663,525.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $58,500,000.00 |
| 67 | LUMINANT ENERGY COMPANY LLC HUNTON & WILLIAMS LLP ATTN: JARRETT HALE & JESSE MOORE 1445 ROSS AVE STE 3700 DALLAS, TX 75202-2799 | 30074 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $150,663,525.00 | Lehman Brothers Holdings Inc. | Unsecured | $58,500,000.00 |
| 68 | LUTHERAN SOCIAL MINISTRIES OF NEW JERSEY RE: DERIVATIVE MASTER ACCOUNT # 060205LSMN 6 TERRI LANE, SUITE 300 BURLINGTON, NJ 08016 | 25059 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $95,518.24 | Lehman Brothers Special Financing Inc. | Unsecured | $16,590.24 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 69 | NEKTAR ASSET MANAGEMENT AB FOR THE NEKTAR FUND ATTN MANAGING DIRECTOR NORMALMSTORG 14 PO BOX 7030 SE - 103 86 STOCKHOLM, SE-103 86 SWEDEN | 26250 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $5,390,759.04*<br><br>$5,390,759.04 | Lehman Brothers Special Financing Inc. | Unsecured | $4,300,000.00 |
| 70 | NEKTAR ASSET MANAGEMENT AB FOR THE NEKTAR FUND ATTN MANAGING DIRECTOR NORMALMSTORG 14 PO BOX 7030 SE - 103 86 STOCKHOLM, SE-103 86 SWEDEN | 26251 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,390,759.04* | Lehman Brothers Holdings Inc. | Unsecured | $4,300,000.00 |
| 71 | NRG POWER MARKETING LLC 211 CARNEGIE CENTER PRINCETON, NJ 08540 | 33210 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,316,951.53 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,729,863.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 72 O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMITED, WALKERS SPV LIMITED, WALKERS HOUSE, 87 MARY STREET GEORGE TOWN, KY1-9002 CAYMAN ISLANDS | 33186 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,800,569.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,387,147.00 |
| 73 O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMITED, C/O WALKERS SPV LIMITED, WALKERS HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 32102 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $1,800,569.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,387,147.00 |
| 74 PACIFIC GAS & ELECTRIC CORPORATION POST RETIREMENT MEDICAL TRUST C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33003 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $169,687.22 | Lehman Brothers Special Financing Inc. | Unsecured | $169,574.38 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 75 | RAILWAYS PENSION TRUSTEE COMPANY LIMITED AS TRUSTEE OF THE RAILWAYS PENSION SCHEMES BROAD STREET HOUSE, SIXTH FLOOR 55 OLD BROAD STREET LONDON, EC2M 1LJ UNITED KINGDOM | 16268 | 09/18/2009 | Lehman Brothers Commercial Corporation | Unsecured | $257,528.24 | Lehman Brothers Commercial Corporation | Unsecured | $116,949.20 |
| 76 | RESERVOIR MASTER FUND LP C/O RMF GP, LLC ATTN: STEPHEN CHO 650 MADISON AVENUE, 24TH FLOOR NEW YORK, NY 10022 | 28404 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $872,174.85* | Lehman Brothers Holdings Inc. | Unsecured | $828,565.00 |
| 77 | RESERVOIR MASTER FUND LP C/O RMF GP, LLC ATTN: STEPHEN CHO 650 MADISON AVENUE, 24TH FLOOR NEW YORK, NY 10022 | 28405 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $1,400,555.15* $874,125.60* $2,274,680.75 | Lehman Brothers Special Financing Inc. | Unsecured | $828,565.00 |
| 78 | REYNOLDS AMERICAN INC. DEFINED BENEFIT MASTER TRUST C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33002 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $421,786.34 $4,519,290.73 $4,941,077.07 | Lehman Brothers Special Financing Inc. | Unsecured | $4,515,299.31 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 79 | RGF RUSSELL GLOBAL EQUITY FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33050 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $702,299.80 $688,130.25 $1,390,430.05 | Lehman Brothers Special Financing Inc. | Unsecured | $685,672.00 |
| 80 | RIC EMERGING MARKETS C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33020 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $34,866.65 | Lehman Brothers Special Financing Inc. | Unsecured | $34,819.76 |
| 81 | RIC II PLC THE GLOBAL BOND (EURO HEDGED) FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 30859 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $24,480.64 | Lehman Brothers Holdings Inc. | Unsecured | $22,348.80 |
| 82 | RIC II PLC THE GLOBAL BOND (EURO HEDGED) FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33041 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $514,267.36 $22,355.64 $536,623.00 | Lehman Brothers Special Financing Inc. | Unsecured | $22,348.80 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ASSERTED | | MODIFIED | | |
| 83 | RIC III PLC THE ACTIVE CURRENCY FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33019 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $64,546.56 $271,389.70 $335,936.26 | Lehman Brothers Special Financing Inc. | Unsecured | $269,847.01 |
| 84 | RIC PLC THE US BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33043 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $8,743,220.27 $80,589.87 $8,823,810.14 | Lehman Brothers Special Financing Inc. | Unsecured | $21,152.40 |
| 85 | RIC RUSELL SHORT DURATION BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 30862 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $114,561.81 $85,628.06 $200,189.87 | Lehman Brothers Special Financing Inc. | Unsecured | $6,558.26 |
| 86 | RIC RUSSELL STRATEGIC BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 30863 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $13,387,287.35 $2,635,922.85 $16,023,210.20 | Lehman Brothers Special Financing Inc. | Unsecured | $2,240,213.05 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 87 | RIC RUSSELL STRATEGIC BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33054 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,394,286.18 | Lehman Brothers Holdings Inc. | Unsecured | $2,240,213.05 |
| 88 | RIFL LLC RUSSELL INTERNATIONAL EQUITY FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33018 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $278,000.45 $79,737.01 $357,737.46 | Lehman Brothers Special Financing Inc. | Unsecured | $79,234.53 |
| 89 | RUSSELL GLOBAL EQUITY C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33017 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $457,854.19 $419,406.45 $877,260.64 | Lehman Brothers Special Financing Inc. | Unsecured | $418,101.31 |
| 90 | SAN REMO APARTMENTS, L.P. ATTN: ROBERTO C. RUIZ 3777 EAST BROADWAY BOULEVARD, SUITE 200 TUCSON, AZ 85716 | 10649 | 09/08/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $191,186.49 | Lehman Brothers Derivative Products Inc. | Unsecured | $161,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | | ASSERTED | | MODIFIED | | |
| 91 | SCHILLER PARK CLO LTD. C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: LISA J. FORBES ONE O'HARE CENTRE, 9TH FLOOR 6250 NORTH RIVER ROAD ROSEMONT, IL 60018 | 19157 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $2,508,255.00* | Lehman Brothers Holdings Inc. | Unsecured | $2,451,440.00 |
| 92 | SCHILLER PARK CLO LTD. C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: LISA J. FORBES ONE O'HARE CENTRE, 9TH FLOOR 6250 NORTH RIVER ROAD ROSEMONT, IL 60018 | 19158 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | $2,508,255.00* | Lehman Brothers Special Financing Inc. | Unsecured | $2,451,440.00 |
| 93 | SHROPSHIRE COUNTY PENSION FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33016 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $62,270.35 $641,968.51<br><br>$704,238.86 | Lehman Brothers Special Financing Inc. | Unsecured | $639,917.50 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 94 | SIEMENS AG ATTN: HANS-PETER RUPPRECHT CORPORATE TREASURER MUNICH, 80312 GERMANY | 11420 | 09/11/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $12,194,013.31 | Lehman Brothers Special Financing Inc. | Unsecured | $12,426,036.06 |
| 95 | SIEMENS AG ATTN: HANS-PETER RUPPRECHT CORPORATE TREASURER MUNICH, 80312 GERMANY | 11421 | 09/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | $12,150,006.06 | Lehman Brothers Holdings Inc. | Unsecured | $12,426,036.06 |
| 96 | SORIN MASTER FUND, LTD 400 ATLANTIC STREET, 12TH FLOOR STAMFORD, CT 06901 | 42249 | 10/20/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,509,860.71 | Lehman Brothers Holdings Inc. | Unsecured | $3,548,678.00 |
| 97 | SORIN MASTER FUND, LTD. 400 ATLANTIC STREET, 12TH FLOOR STAMFORD, CT 06901 | 42248 | 10/20/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,509,860.71 | Lehman Brothers Special Financing Inc. | Unsecured | $3,548,678.00 |
| 98 | STICHTING BEDRIJFSTAKPENSIOENFONDS ZORGVERZEKERAARS C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33015 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $105,607.51 $396,852.98<br><br>$502,460.49 | Lehman Brothers Special Financing Inc. | Unsecured | $395,413.19 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 99 | SUN LIFE ASSURANCE COMPANY OF CANADA (US) ONE SUN LIFE EXECUTIVE PARK SC1306 WELLESLEY HILLS, MA 02481 | 67015 | 08/12/2010 | Lehman Brothers OTC Derivatives Inc. | Secured Unsecured Subtotal | $7,900,000.00 $1,536,086.47 $9,436,086.47 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,536,086.47 |
| 100 | THE ROYAL BANK OF SCOTLAND, PLC TRANSFEROR: GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD, CT 06901 | 33525 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $3,863,783.82* | Lehman Brothers Holdings Inc. | Unsecured | $3,767,000.00 |
| 101 | THE ROYAL BANK OF SCOTLAND, PLC TRANSFEROR: GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD, CT 06901 | 33527 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $1,200,000.00* $2,663,783.82* $3,863,783.82 | Lehman Brothers Special Financing Inc. | Unsecured | $3,767,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 102 | TYKHE FUND LTD ATTN: MICHAEL COLLINS ARGONAUT HOUSE 5 PARK ROAD HAMILTON, HM 09 BERMUDA | 19954 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,221,736.00 | Lehman Brothers Special Financing Inc. | Unsecured | $4,000,000.00 |
| 103 | TYKHE FUND LTD ATTN: MICHAEL COLLINS, DIRECTOR ARGONAUT HOUSE 5 PARK ROAD HAMILTON, HM 09 BERMUDA | 19955 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,221,736.00 | Lehman Brothers Holdings Inc. | Unsecured | $4,000,000.00 |
| 104 | UNUM LIFE INSURANCE COMPANY OF AMERICA (INCORPORATED) UNUM GROUP, LAW DEPT. 7S 1 FOUNTAIN SQUARE CHATTANOOGA, TN 37402 | 15140 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $176,128.00 | Lehman Brothers Special Financing Inc. | Unsecured | $176,128.00 |
| 105 | UNUM LIFE INSURANCE COMPANY OF AMERICA (INCORPORATED) UNUM GROUP, LAW DEPT. 7S 1 FOUNTAIN SQUARE CHATTANOOGA, TN 37402 | 15142 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $176,128.00 | Lehman Brothers Special Financing Inc. | Unsecured | $176,128.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 106 | WESTERN ASSET US CORE BOND FUND C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W-1471 385 EAST COLORADO BLVD. PASADENA, CA 91101 | 21053 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $218,896.67 $967.22 $219,863.89 | Lehman Brothers Special Financing Inc. | Unsecured | $967.22 |
| 107 | WESTERN ASSET US CORE BOND FUND C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT W-1471 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21212 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $218,896.67 $967.22 $219,863.89 | Lehman Brothers Holdings Inc. | Unsecured | $967.22 |
| 108 | WYOMING RETIREMENT FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33014 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $68,643.26 | Lehman Brothers Special Financing Inc. | Unsecured | $68,577.00 |
| 109 | XEROX PENSIONS LIMITED C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33013 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,836.82 | Lehman Brothers Special Financing Inc. | Unsecured | $3,827.32 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | | MODIFIED | | |
| 110 | YORK ASIAN OPPORTUNITIES MASTER FUND, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17660 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,863,764.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,576,295.56 |
| 111 | YORK CAPITAL MANAGEMENT, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17664 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $436,021.00* | Lehman Brothers Special Financing Inc. | Unsecured | $388,677.59 |
| 112 | YORK CREDIT OPPORTUNITIES FUND, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17657 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,048,474.00* | Lehman Brothers Special Financing Inc. | Unsecured | $3,961,508.20 |
| 113 | YORK CREDIT OPPORTUNITIES FUND, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17659 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,048,474.00* | Lehman Brothers Holdings Inc. | Unsecured | $3,961,508.20 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.   CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 100: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| | | | | | ASSERTED | | | MODIFIED | |
| 114 | YORK GLOBAL VALUE PARTNERS, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17662 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $677,077.00* | Lehman Brothers Special Financing Inc. | Unsecured | $551,476.16 |
| 115 | YORK INVESTMENT LIMITED C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17670 | 09/19/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,206,488.00* | Lehman Brothers Special Financing Inc. | Unsecured | $970,070.61 |
| 116 | YORK SELECT UNIT TRUST C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17668 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,228,190.00* | Lehman Brothers Special Financing Inc. | Unsecured | $999,382.05 |
| 117 | YORK SELECT, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17666 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,037,623.00* | Lehman Brothers Special Financing Inc. | Unsecured | $844,891.36 |
| | | | | | TOTAL | $839,539,262.23 | | TOTAL | $532,057,075.18 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                          :          **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :          **08-13555 (JMP)**
                                               :
                              **Debtors.**     :          **(Jointly Administered)**
--------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDREDTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

Upon the one hundredth omnibus objection to claims, dated February 14, 2011 (the "One Hundredth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to reduce, reclassify (in certain instances), and modify the Debtor entity (in certain instances), and allow the Settled Derivative Claims on the grounds that the Debtors and claimants have agreed upon a claim amount and, in certain instances, a classification and Debtor counterparty that is not currently reflected on claimants' proofs of claim, all as more fully described in the One Hundredth Omnibus Objection to Claims; and due and proper notice of the One Hundredth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundredth Omnibus Objection to Claims.

Southern District of New York; (vi) each claimant listed on <u>Exhibit A</u> attached to the One

Hundredth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17,

2010 governing case management and administrative procedures for these cases [Docket

No. 9635]; and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the One Hundredth Omnibus

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all

parties in interest and that the legal and factual bases set forth in the One Hundredth

Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefore, it is

        ORDERED that the relief requested in the One Hundredth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

        ORDERED that each Settled Derivative Claim listed on <u>Exhibit 1</u> annexed

hereto is hereby modified and allowed in the amount and classification and against the

Debtor that is set forth on <u>Exhibit 1</u> under the column headings *"Modified Amount,"*

*"Modified Class,"* and *"Modified Debtor"*; and it is further

        ORDERED that this Order supersedes all previous orders regarding the

Settled Derivative Claims listed on <u>Exhibit 1</u> annexed hereto; and it is further

        ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on <u>Exhibit A</u> to the One

Hundredth Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed

hereto; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2011
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43617750\01\58399.0008