**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED FIRST OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED FIRST**
**OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)**

　　　　**PLEASE TAKE NOTICE** that on February 14, 2011, Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), filed their one hundred first omnibus

objection to claims (the "Debtors' One Hundred First Omnibus Objection to Claims"), and that a

hearing (the "Hearing") to consider the Debtors' One Hundred First Omnibus Objection to

1

Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **March 31, 2011 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One Hundred First Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than **March 16, 2011 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' One Hundred First Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' One Hundred First Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: February 14, 2011
    New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

3

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                         :
                          Debtors.       :    (Jointly Administered)
-------------------------------------------------------------------x
```

**DEBTORS' ONE HUNDRED FIRST OMNIBUS**
**OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE
CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING
THIS ONE HUNDRED FIRST OMNIBUS OBJECTION TO CLAIMS
SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR
NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS
OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO
TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR
CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

          Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent as follows:

### **Relief Requested**

          1.      The Debtors file this one hundred first omnibus objection to claims

(the "One Hundred First  Omnibus Objection to Claims"), pursuant to section 502(b) of

title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure, and this Court's order approving procedures for the

filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"Procedures Order") [Docket No. 6664], seeking to disallow and expunge the claims

listed on Exhibit A annexed hereto.

          2.      The Debtors have examined the proofs of claim identified on

Exhibit A and have determined that the proofs of claim listed on Exhibit A (collectively,

the "Settled Derivative Claims") should be disallowed and expunged as contrary to the

settlements that the parties have entered into.  Pursuant to this Court's order approving

procedures for the settlement or assumption and assignment of prepetition derivative

contracts (the "December Order") [Docket No. 2257], claimants and the Debtors have

negotiated settlements of disputes related to derivative claims.  These signed agreements

provide for resolution of the derivative claims either with a payment to the Debtors or

with no amounts being due between the parties.  The proofs of claim being objected to

are not consistent with such settlements as they seek to recover amounts from the Debtors

US_ACTIVE:\43623372\01\58399.0008

based on the prepetition derivative contracts.  The Debtors, therefore, request that the

Court disallow and expunge the Settled Derivative Claims.

### Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to

28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

4.      Commencing on September 15, 2008, and periodically thereafter,

LBHI and certain of its subsidiaries commenced with this Court voluntary cases under

title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated

for procedural purposes only and are being jointly administered pursuant to Bankruptcy

Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their

properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.

5.      On September 17, 2008, the United States Trustee for the Southern

District of New York (the "U.S. Trustee") appointed the statutory committee of

unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors'

Committee").

6.      On December 16, 2008, the Court entered the December Order,

which approved and established specific procedures by which the Debtors could settle

claims arising from the termination of prepetition derivative contracts.

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas

as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order,

dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's

3

appointment of the Examiner.  The Examiner has filed his report pursuant to section

1106(b) of the Bankruptcy Code [Docket No. 7531].

        8.      On January 14, 2010, the Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more

than 500 claims at a time, on various grounds, including those set forth in Bankruptcy

Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**<u>The Settled Derivative Claims Should Be Disallowed and Expunged</u>**

        9.      In their review of the claims filed on the claims register in these

cases, the Debtors have identified the claims on <u>Exhibit A</u> as being claims for which the

Debtors specifically negotiated an agreement with the claimants for either a payment to

the Debtors or for zero dollars.  The Settled Derivative Claims are not consistent with the

signed agreements, which provide that the Debtors have no liability under the relevant

derivative contracts.

        10.     A filed proof of claim is "deemed allowed, unless a party in

interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the

claim's essential allegations is asserted, the claimant has the burden to demonstrate the

validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009);

*In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS

660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).

        11.     Pursuant to the December Order, the Debtors engaged in

negotiations with certain claimants that had filed proofs of claim against the Debtors

asserting obligations based on prepetition derivative contracts.  The Debtors and these

4

claimants negotiated and agreed that these derivative claims would be resolved by either
(i) no amounts being due between the parties or (ii) the claimants making a payment to
the Debtors.  The agreements are reflected in written "Termination Agreements" or
similar documents executed by the relevant Debtor and the holder of the Settled
Derivative Claim.  In order to properly reflect the Debtors' and claimants' agreements,
the Debtors request that the Court disallow and expunge in their entirety the Settled
Derivative Claims listed on <u>Exhibit A</u>.

### <u>Notice</u>

12.    No trustee has been appointed in these chapter 11 cases.  The
Debtors have served notice of this One Hundred First Omnibus Objection to Claims on
(i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities
and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States
Attorney for the Southern District of New York; (vi) each claimant listed on <u>Exhibit A</u>;
and (vii) all other parties entitled to notice in accordance with the procedures set forth in
the second amended order entered on June 17, 2010, governing case management and
administrative procedures for these cases [Docket No. 9635].  The Debtors submit that no
other or further notice need be provided.

13.    No previous request for the relief sought herein has been made by
the Debtors to this or any other Court.

5

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: February 14, 2011
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

6

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 101: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ABERDEEN HIGH GRADE BOND FUND C/O PIONEER INSTITUTIONAL ASSET MANAGEMENT, INC ATTN: MAGGIE BEGLEY 60 STATE STREET BOSTON, MA 02109 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15326 | $165,610.17* | Settled Derivative Claim |
| 2 | ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43918 | $1,371,463.00 | Settled Derivative Claim |
| 3 | ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43951 | $1,371,463.00 | Settled Derivative Claim |
| 4 | ASSOCIATED BANK, NATIONAL ASSOCIATION C/O AMANDA M. GIBBS REINHART BOERNER VAN DEUREN S.C 1000 NORTH WATER STREET SUITE 1700 MILWAUKEE, WI 53202 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18587 | $77,177.96 | Settled Derivative Claim |
| 5 | BERYL FINANCE LIMITED SERIES 2007-19 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/16/2009 | 40696 | Undetermined | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 101: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | BERYL FINANCE LIMITED SERIES 2007-19 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40697 | Undetermined | Settled Derivative Claim |
| 7 | BERYL FINANCE LIMITED SERIES 2008-17 C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ATTN: SANJAY JOBANPUTRA ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17474 | Undetermined | Settled Derivative Claim |
| 8 | BERYL FINANCE LIMITED SERIES 2008-17 C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ATTN: SANJAY JOBANPUTRA ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17489 | Undetermined | Settled Derivative Claim |
| 9 | BOARD OF EDUCATION OF THE CITY OF CHICAGO 125 SOUTH CLARK STREET, 13TH FLOOR CHICAGO, IL 60603 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28701 | Undetermined | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 101: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | BOARD OF EDUCATION OF THE CITY OF CHICAGO<br>125 SOUTH CLARK STREET, 13TH FLOOR<br>CHICAGO, IL 60603 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28702 | Undetermined | Settled Derivative Claim |
| 11 | EBAY INTERNATIONAL AG<br>EBAY INC.; ATTN: TREASURER<br>2145 HAMILTON AVENUE<br>SAN JOSE, CA 95125 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/23/2008 | 1470 | $26,972.65 | Settled Derivative Claim |
| 12 | EBAY INTERNATIONAL AG<br>EBAY INC.; ATTN: TREASURER<br>2145 HAMILTON AVENUE<br>SAN JOSE, CA 95125 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/23/2008 | 1471 | $687,652.16 | Settled Derivative Claim |
| 13 | ESPRIT INTERNATIONAL LIMITED<br>HSBC HOUSE<br>ATTN: THE DIRECTORS<br>68 WEST BAY ROAD<br>GEORGETOWN, GRAND CAYMAN, KY1-1102<br>CAYMAN ISLANDS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27828 | Undetermined | Settled Derivative Claim |
| 14 | GULF STREAM - COMPASS CLO 2002-1, LTD.<br>C/O GULF STREAM ASSET MANAGEMENT LLC<br>ATTN: BARRY K. LOVE<br>THE ROTUNDA BUILDING, SUITE 475<br>4201 CONGRESS STREET<br>CHARLOTTE, NC 28209 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19155 | Undetermined | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 101: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 15 | GULF STREAM - COMPASS CLO 2002-1, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/18/2009 | 19156 | Undetermined | **Settled Derivative Claim** |
| 16 | GULF STREAM - COMPASS CLO 2003-1, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/18/2009 | 19153 | Undetermined | **Settled Derivative Claim** |
| 17 | GULF STREAM - COMPASS CLO 2003-1, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 19154 | Undetermined | **Settled Derivative Claim** |
| 18 | GULF STREAM - COMPASS CLO 2004-1, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC, ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/18/2009 | 19151 | $1,796,711.00* | **Settled Derivative Claim** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 101: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | GULF STREAM - COMPASS CLO 2004-1, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 19152 | $1,796,711.00* | **Settled Derivative Claim** |
| 20 | GULF STREAM - COMPASS CLO 2005-1, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC, ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/18/2009 | 19149 | $2,411,637.00* | **Settled Derivative Claim** |
| 21 | GULF STREAM - COMPASS CLO 2005-1, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC, ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 19150 | $2,411,637.00* | **Settled Derivative Claim** |
| 22 | GULF STREAM - COMPASS CLO 2005-II, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC, ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/18/2009 | 19147 | Undetermined | **Settled Derivative Claim** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 101: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | GULF STREAM - COMPASS CLO 2005-II, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC, ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19148 | Undetermined | Settled Derivative Claim |
| 24 | LUTHER HOME, INC., THE C/O AMANDA M. GIBBS, ESQ. REINHART BOERNER VAN DEUREN S.C. 1000 NORTH WATER STREET, SUITE 1700 MILWAUKEE, WI 53202 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18623 | Undetermined | Settled Derivative Claim |
| 25 | LUTHERAN HOME, INC., THE C/O AMANDA M. GIBBS, ESQ REINHART BOERNER VAN DEUREN S.C. 1000 NORTH WATER STREET, SUITE 1700 MILWAUKEE, WI 53202 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18283 | Undetermined | Settled Derivative Claim |
| 26 | MITSUBISHI CORPORATION ATTN MR KOICHIRO TAKAGI 3-1, MARUNOUCHI 2-CHOME, CHIYODA-KU TOKYO, 100-8086 JAPAN | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/21/2009 | 26239 | Undetermined | Settled Derivative Claim |
| 27 | NJ HOUSING AND MORTGAGE FINANCE AGENCY ATTN: TODD J. EVANS. DIRECTOR OF CAPITAL MARKETS 637 SOUTH CLINTON AVENUE TRENTON, NJ 08611 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23864 | Undetermined | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 101: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | NJ HOUSING AND MORTGAGE FINANCE AGENCY ATTN: TODD J. EVANS. DIRECTOR OF CAPITAL MARKETS 637 SOUTH CLINTON AVENUE TRENTON, NJ 08611 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23865 | Undetermined | Settled Derivative Claim |
| 29 | NJ HOUSING AND MORTGAGE FINANCE AGENCY ATTN: TODD J. EVANS. DIRECTOR OF CAPITAL MARKETS 637 SOUTH CLINTON AVENUE TRENTON, NJ 08611 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23866 | Undetermined | Settled Derivative Claim |
| 30 | OESTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT KOLINGASSE 19 VIENNA, 1090 AUSTRIA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27285 | $9,722,588.69 | Settled Derivative Claim |
| 31 | OESTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT KOLINGASSE 19 VIENNA, 1090 AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27286 | $9,722,588.69 | Settled Derivative Claim |
| 32 | PAYPAL PRIVATE LTD. EBAY INC; ATTN: TREASURER 2145 HAMILTON AVENUE SAN JOSE, CA 95125 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/23/2008 | 1467 | $466,864.00 | Settled Derivative Claim |
| 33 | PAYPAL PRIVATE LTD. EBAY INC; ATTN: TREASURER 2145 HAMILTON AVENUE SAN JOSE, CA 95125 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/23/2008 | 1468 | $488,983.00 | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 101: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | PAYPAL PRIVATE LTD. EBAY INC; ATTN: TREASURER 2145 HAMILTON AVENUE SAN JOSE, CA 95125 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/23/2008 | 1469 | $393,372.00 | Settled Derivative Claim |
| 35 | PEARL FINANCE PLC - SERIES 2003-1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17974 | Undetermined | Settled Derivative Claim |
| 36 | PEARL FINANCE PLC - SERIES 2003-1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17975 | Undetermined | Settled Derivative Claim |
| 37 | SARASOTA COUNTY PUBLIC HOSPITAL DIST. C/O WILLIAM WOELTJEN 1700 SOUTH TAMIAMI TRAIL SARASOTA, FL 34239 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14812 | Undetermined | Settled Derivative Claim |
| 38 | SARASOTA COUNTY PUBLIC HOSPITAL DIST. C/O WILLIAM WOELTJEN 1700 SOUTH TAMIAMI TRAIL SARASOTA, FL 34239 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14813 | Undetermined | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 101: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | SIEMENS CAPITAL COMPANY LLC ATTN: JONATHAN FALK, ESQ. 170 WOOD AVENUE SOUTH ISELIN, NJ 08830 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 06/12/2009 | 4858 | $97,124.97 | **Settled Derivative Claim** |
| 40 | SIEMENS CAPITAL COMPANY LLC ATTN: JONATHAN FALK, ESQ. 170 WOOD AVENUE SOUTH ISELIN, NJ 08830 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 06/11/2009 | 4875 | $97,124.97 | **Settled Derivative Claim** |
| 41 | SLOVENSKA SPORITELNA A.S. C/O ERSTE GROUP BANK AG ATTN: MAG, JOHANNA BIEGLER GRABEN 21 1010 VIENNA, AUSTRIA | 08-13901 (JMP) | **Lehman Brothers Commercial Corporation** | 09/16/2009 | 14199 | $3,482,814.00* | **Settled Derivative Claim** |
| 42 | SPORITELNA, SLOVENSKA GRABEN 21 ATTN: MAG. JOHANNA BIEGLER VIENNA, 1010 AUSTRIA | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/16/2009 | 14235 | $3,482,814.00* | **Settled Derivative Claim** |
| 43 | ST JOSEPHS/CANDLER HEALTH SYSTEM, INC ATTN: VICE PRESIDENT AND CHIEF FINANCIAL OFFICER 5353 REYNOLDS SAVANNAH, GA 31405 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 32444 | Undetermined | **Settled Derivative Claim** |
| 44 | TEXAS COUNCIL OF COMMUNITY MH MR CENTERS TEXAS COUNCIL OF COMMUNITY MENTAL HEALTH WESTPARK BUILDING 3, SITE. 240- 8140 N. MOPAC EXPY AUSTIN, TX 78759 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/19/2009 | 19626 | Undetermined | **Settled Derivative Claim** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 101: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 30943 | $32,359.19* | **Settled Derivative Claim** |
| 46 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 30945 | $32,359.19* | **Settled Derivative Claim** |
| 47 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 32861 | Undetermined | **Settled Derivative Claim** |
| 48 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 32862 | Undetermined | **Settled Derivative Claim** |
| 49 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 32888 | $34,337.49* | **Settled Derivative Claim** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 101: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 50 | WELLS FARGO BANK, NA AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-SCI C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24857 | Undetermined | Settled Derivative Claim |
| 51 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE FOR THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH CERTS,  SERIES 2007-SCI C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24765 | Undetermined | Settled Derivative Claim |
| | | | | | TOTAL | $40,170,365.13 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED FIRST OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

Upon the one hundred first omnibus objection to claims, dated

February 14, 2011 (the "One Hundred First Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases,

as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section

502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for

the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking

disallowance and expungement of the Settled Derivative Claims on the grounds that the

Debtors and claimants have agreed that the Settled Derivative Claims seek recovery of

monies for which the Debtors are not liable, all as more fully described in the One

Hundred First Omnibus Objection to Claims; and due and proper notice of the Debtors'

Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the

attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District

of New York; (vi) each claimant listed on Exhibit A attached to the One Hundred First

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred First Omnibus Objection to Claims.

Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance

with the procedures set forth in the second amended order entered on June 17, 2010,

governing case management and administrative procedures for these cases [Docket No.

9635]; and it appearing that no other or further notice need be provided; and the Court

having found and determined that the relief sought in the One Hundred First Omnibus

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all

parties in interest and that the legal and factual bases set forth in the One Hundred First

Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred First Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

Settled Derivative Claim listed on Exhibit 1 annexed hereto are disallowed and expunged

in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the

Settled Derivative Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the

One Hundred First Omnibus Objection to Claims that does not appear on Exhibit 1

annexed hereto; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2011
          New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43623387\02\58399.0008