MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for the City of New York
  and its Agencies
100 Church Street, Room 5-199
New York, New York 10007
(212) 788-1172
jowolf@law.nyc.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE,** that pursuant to section 1109(b) of Title 11 of the United States Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and in accordance with the Second Amended Order Implementing Certain Notice and Case Management Procedures, dated June 17, 2010, the City of New York and its Agencies hereby appear in the above-captioned case by their counsel, Joshua M. Wolf, Assistant Corporation Counsel in the offices of MICHAEL A. CARDOZO, Corporation Counsel of the City of New York.

    **PLEASE TAKE FURTHER NOTICE,** that pursuant to Bankruptcy Rules 2002 and 3017, and in accordance with the Second Amended Order Implementing Certain Notice and Case Management Procedures, the City of New York and its Agencies hereby request service of all papers filed or to be filed in the above-captioned case, including but not limited to notices, pleadings, motions, schedules, attachments and exhibits to motions, applications, petitions,

objections, responses, answering and reply papers, orders, reports, disclosure statements and plans of reorganization and any amendments thereto, or any other document potentially affecting the liens, rights, claims, or interests of the City of New York and/or any of its Agencies, by delivering true copies of such papers to counsel of record at:

Joshua M. Wolf
Assistant Corporation Counsel
New York City Law Department
100 Church Street, Room 5-199
New York, New York 10007
Telephone: (212) 788-1172
Facsimile: (212) 788-0937
Electronic mail: jowolf@law.nyc.gov

Dated: New York, New York
      February 14, 2011

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for the City of New York
  and its Agencies
100 Church Street, Room 5-199
New York, New York 10007
Tel: (212) 788-1172
Fax: (212) 788-0937
jowolf@law.nyc.gov

By:    /s/ Joshua M. Wolf
           Joshua M. Wolf
           Assistant Corporation Counsel