## CERTIFICATE OF SERVICE

I, Joshua M. Wolf, an attorney duly admitted to practice before the courts of the State of New York, do hereby certify that on February 14, 2010, I served true copies of the foregoing Notice of Appearance and Request for Service of Papers by depositing the same in an official depository under the exclusive care and custody of the United States Postal Service, enclosed in a prepaid wrapper, properly addressed to the following counsel of record:

UNITED STATES BANKRUPTCY COURT
The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, New York 10004

WEIL GOTSHAL & MANGES LLP
Attn: Shai Y. Waisman, Esq., Richard P. Krasnow, Esq.,
   Lori R. Fife, Esq., Diane Harvey, Esq., Ralph I. Miller, Esq.
   Harvey R. Miller, Esq., Robert J. Lemons, Esq.,
   and Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

THE OFFICE OF THE UNITED STATES TRUSTEE
Attn: Andrea B. Schwartz, Esq., Andrew D. Velez-
   Rivera, Esq., Paul Schwartzberg, Esq.,
   Brian Masumoto, Esq., Linda Riffkin, Esq., and
   Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

JONES DAY
Attn: Arthur J. Margulies, Esq., William J. Hine, Esq.,
   and Benjamin Rosenblum, Esq.
222 East 41st Street
New York, New York 10017

BINGHAM MCCUTCHEN LLP
Attn: Joshua Dorchak, Esq.
399 Park Avenue
New York, New York 10022

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Attn: Paul B. O'Neill, Esq.,
   and Thomas T. Janover, Esq.
1177 Avenue of the Americas
New York, New York 10036

CURTIS, MALLET-PREVOST, COLT &
   MOSLE LLP
Attn: Jerrold Lyle Bregman, Esq., Steven J.
   Reisman, Esq., and Lynn P. Harrison, III, Esq.
101 Park Avenue
New York, New York 10178

KASOWITZ, BENSON, TORRES
   & FRIEDMAN, LLP
Attn: Robert M. Novick, Esq.
1633 Broadway, 21st Floor
New York, New York 10019

MILBANK, TWEED, HADLEY & MCCLOY LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
   and Evan R. Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

QUINN EMANUEL URQUHART
   & SULLIVAN LLP
Attn: Robert K. Dakis, Esq.
51 Madison Avenue, 22nd Floor
New York, New York 10010

QUINN EMANUEL URQUHART OLIVER
   & HEDGES LLP
Attn: Eric D. Winston, Esq.
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017


Dated: New York, New York
       February 14, 2011

By:   /s/ Joshua M. Wolf
      Joshua M. Wolf

2