# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.          Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Northumbrian Management, L.L.C. | Macquarie Bank Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Northumbrian Management, L.L.C.
PO Box 8284
New York NY 10150
investments@northumbrianmanagement.net

with a copy to:

Thomas T. Janover
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-715-9186
Fax: 212-715-8000
Email: TJanover@KRAMERLEVIN.com

Last Four Digits of Acct. #: _____

Court Claim # (if known): 18866

Amount of Claim: $7,948,980.96

Date Claim Filed: September 18, 2009

Phone:
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Northumbrian Management, L.L.C

By: _____          Date: February 11, 2011
Name: Thomas T. Janover
Title: Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

452-418/COURT/2974743.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>        Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 18866 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on      .

| Macquarie Bank Limited | Northumbrian Management, L.L.C. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Macquarie Bank Limited<br>c/o Macquarie Capital (USA) Inc.<br>125 West 55th Street<br>New York, NY 10019<br>Attn: Executive Director – FICC – Legal Risk Management Division<br>Telephone: 212-231-1000<br>Fascimile: 212-231-2177<br>Email: ficc.notices@macquarie.com | Northumbrian Management, L.L.C.<br>PO Box 8284<br>New York NY 10150<br>investments@northumbrianmanagement.net<br><br>with a copy to:<br><br>Thomas T. Janover<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel: 212-715-9186<br>Fax: 212-715-8000<br>Email: TJanover@KRAMERLEVIN.com |

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        _____
                                                                    CLERK OF THE COURT

452-418/COURT/2974743.1

### EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

MACQUARIE BANK LIMITED ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to NORTHUMBRIAN MANAGEMENT, L.L.C. ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $7,948,980.96, docketed as Claim No. 18866 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 11th day of February, 2011.

**MACQUARIE BANK LIMITED**

By: _____
Name: MARC THATCHER
Title: DIVISION DIRECTOR

By: _____
Name: Joel Outlaw
Title: Associate Director
Legal Risk Management

**NORTHUMBRIAN MANAGEMENT, L.L.C.**

By: _____
Name: Thomas T. Janover
Title: Authorized Signatory

12

NY1 7470201v.2