Mark D. Sherrill (*pro hac vice*)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 383-0100

*Counsel for ProFund Advisors LLC*

| | |
|---|---|
| In re: § § § **LEHMAN BROTHERS HOLDINGS,** § **INC., et al.,** § § **Debtors.** § § | **Chapter 11** Jointly Administered under Case No. 08-13555 (JMP) |

# REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that the following individual requests the removal of her name from all service lists (the "Service Lists") in the above-captioned bankruptcy cases (collectively, the "Bankruptcy Case"):

Amy Doberman, Esq.
ProFund Advisors LLC
7501 Wisconsin Ave., Ste. 1000
Bethesda, MD  20814
adoberman@profunds.com

PLEASE TAKE FURTHER NOTICE that nothing contained herein shall constitute a request for removal from the Service Lists by the undersigned attorney or law firm, which continue to represent ProFund Advisors LLC in the Bankruptcy Case.

Dated:  February 15, 2011
Washington, DC

SUTHERLAND ASBILL & BRENNAN LLP

By:   /s/ Mark Sherrill
1275 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 383-0100
Fax:  (202) 637-3593

*Counsel for ProFund Advisors LLC*

9061769.1