Hearing Date and Time: February 16, 2011 at 10:00 a.m.
Objection Date and Time: December 8, 2010 at 4:00 p.m.

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Facsimile: (312) 701-2361
James E. Spiotto (admitted pro hac vice)
Ann E. Acker (admitted pro hac vice)
Franklin H. Top, III (admitted pro hac vice)

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | CHAPTER 11 CASE NO. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUCCESSION OF U.S. BANK TO THE OBJECTION OF BANK OF AMERICA NATIONAL ASSOCIATION AS TRUSTEE TO THE DEBTORS' MOTION PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND GENERAL ORDER M-390 FOR AUTHORIZATION TO IMPLEMENT ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR AFFIRMATIVE CLAIMS OF DEBTORS UNDER DERIVATIVE CONTRACTS WITH SPECIAL PURPOSE COUNTERPARTIES**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

SuccessionStatement.doc

NOW COMES U.S. Bank National Association, by and through its counsel, Chapman and Cutler LLP, to advise this Court that U.S. Bank National Association has succeeded the interests of Bank of America National Association as Trustee to the following Trusts: LB-UBS Commercial Mortgage Trust 2007-C3; LB-UBS Commercial Mortgage Trust 2007-C6; and LB-UBS Commercial Mortgage Trust 2008-C1.  These Trusts were the subject of the Objection filed by Bank of America National Association to the Motion Pursuant To Section 105(a) of The Bankruptcy Code And General Order M-390 For Authorization To Implement Alternative Dispute Resolution Procedures For Affirmative Claims of Debtors Under Derivative Contracts With Special Purpose Counterparties.  This Objection will now be handled by U.S. Bank National Association by its counsel, Chapman and Cutler LLP.

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION, not
  individually but as Trustee

/s/ Ann Acker

By: _____
One of Its Attorneys

James E. Spiotto
Ann Acker
Franklin H. Top, III
Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois  60603
(312) 845-3000