**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
: 
In re: :
:
Lehman Brothers Holdings, Inc., *et al*. : Chapter 11
:
        Debtors. : Case No. 08-13555 (JMP)
:
: (Jointly Administered)
-------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York )
        ) ss.:
County of New York )

   Laura Guido, being duly sworn, deposes and says:

   1. I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas,

New York, NY 10104.

   2. On February 14, 2011, I served a true and correct copy of the following

document upon the parties listed on <u>Exhibit A</u> attached hereto by hand delivery and/or electronic mail, as

indicated:

- RESPONSE TO THE DEBTORS' EIGHTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS) [Docket No. 14470], *together with electronic filing receipt*.

                /s/ Laura Guido
                Laura Guido

Sworn to before me on this
<u>15th</u> day of February 2011

/s/ Jeanettte C. Harris
Notary Public

JEANETTE C. HARRIS
Notary Public, State of New York
No. 01HA4947008
Qualified in Orange County
Certificate Filed in New York County
Commission Expires March 27, 2011

ny-963256

## Exhibit A

**By Hand Delivery**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
Courtroom 601
New York, New York 10004
Chambers of the Honorable James M. Peck

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Elisabeth Gasparini, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andrea Schwartz, Esq.

**By Hand Delivery and Electronic Mail**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Shai Waisman, Esq.
Email: shai.waisman@weil.com

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Penny Reid, Esq.
Email: penny.reid@weil.com

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
Email: ddunne@milbank.com

ny-963256

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:  Dennis O'Donnell, Esq.
Email: dodonnell@milbank.com

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:  Evan Fleck, Esq.
Email: efleck@milbank.com

ny-963256