WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |

| | | |
|---|---|---|
| **In re** | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | **08-01420 (JMP) (SIPA)** |
| Debtor. | : | |

**NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS
SCHEDULED FOR HEARING ON FEBRUARY 16, 2011 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.   UNCONTESTED MATTERS:

1. Motion of the Bank of Nova Scotia for Relief from the Automatic Stay **[Docket No. 13889]**

   Response Deadline:   February 9, 2011 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status: A stipulation and agreed order will be submitted to the Court.

2. Debtors' Motion for Authorization and Approval of a Settlement and Compromise Among Lehman Brothers Holdings Inc., Lehman Commercial Paper Inc. and Swedbank AB, New York Branch **[Docket No. 14165]**

   Response Deadline:   February 11, 2011 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:

      A.   Declaration of Jeffrey Fitts in Support of Debtors' Motion **[Docket No. 14455]**

   Status: This matter is going forward.

3. Motion of Debtor Lehman Commercial Paper Inc. for an Order Approving a Settlement Agreement Among the Debtor, Greenbriar Minerals Holdings, LLC and Certain of its Affiliates, Midland Trail Resources, LLC and Dolphin Mining, LLC **[Docket No. 14291]**

   Response Deadline:   February 9, 2011 at 4:00 p.m.

   Responses Received:   None.

Related Documents:

    A.    Declaration of Eric Salzman in Support of Motion of Debtor **[Docket No. 14292]**

Status: This matter is going forward.

## II.    CONTESTED MATTERS:

4.    Debtors' Motion for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties **[Docket No. 13009]**

    Response Deadline:   December 8, 2010 at 4:00 p.m.

    Unresolved Responses:

        A.    Objection of Deutsche Bank Trust Company Americas, et al. **[Docket No. 13305]**

        B.    Ballyrock ABS CDO 2007-1 Limited's Limited Objection **[Docket No. 13306]**

        C.    Objection of U.S. Bank National Association as Trustee **[Docket No. 13307]**

        D.    Objection of the Bank of New York Mellon, et al. **[Docket No. 13308]**

        E.    Limited Objection of Wellington Management Company, LLP **[Docket No. 13311]**

        F.    Joinder of HSBC Bank USA, National Association, as Trustee in Objection of The Bank of New York Mellon, et al. **[Docket No. 13315]**

        G.    Joinder of HSBC Bank USA, National Association, as Trustee in Objection of The Bank of New York Mellon, et al. **[Docket No. 13323]**

        H.    Limited Objection of Bank of America, National Association Successor by Merger to LaSalle Bank National Association **[Docket No. 13343]**

        I.    Objection of Principal Global Investors (Europe), et al. **[Docket No. 13367]**

        J.        Limited Objection of The Minibond Noteholders **[Docket No. 13823]**

Related Documents:

        K.        Notice of Second Revised Order **[Docket No. 14517]**

        L.        Debtors' Omnibus Response **[Docket No. 13886]**

        M.        Declaration of Sara Tapinekis in Support of Credit Agricole Corporate and Investment Bank's Objection **[Docket No. 13327]**

        N.        Declaration of Jason C. Davis in Support of Minibond Noteholders' Limited Objection **[Docket No. 13827]**

        O.        Notice of Succession of U.S. Bank to the Objection of Bank of America National Association as Trustee **[Docket No. 14508]**

Resolved Responses:

        P.        Limited Objection of Aviva S.p.A, et al. **[Docket No. 13300]**

        Q.        Objection of Credit Agricole Corporate and Investment Bank **[Docket No. 13326]**

Status: This matter is going forward.

## MATTERS TO BE HEARD AT 2:00 P.M.

### III.    ADVERSARY PROCEEDINGS:

Lehman Brothers Holdings Inc. v. United States of America [Adv. Case No. 10-03211]

5.    Motion of Lehman Brothers Holdings Inc. for a Letter of Request for International Judicial Assistance **[Docket No. 29]**

    Response Deadline:    February 11, 2011 at 4:00 p.m.

    Responses Received:

        A.        Objection of Lehman Brothers International (Europe) (In Administration) **[Docket No. 32]**

    Related Documents:

        B.        Reply of Lehman Brothers Holdings Inc. **[Docket No. 38]**

  C. Declaration of Paul S. Hessler in Support of Objection of Lehman Brothers International (Europe) (In Administration) **[Docket No. 33]**

  D. Witness Statement of Antony John Rush In Support Objection of Lehman Brothers International (Europe) (In Administration) **[Docket No. 34]**

  E. Witness Statement of Roderick George Tippen In Support of Objection of Lehman Brothers International (Europe) (In Administration)  **[Docket No. 35]**

  F. Joinder of the Official Committee of Unsecured Creditors in Lehman Brothers Holding Inc.'s Reply **[Docket No. 39]**

Status: This matter is going forward.

6. Motion of United States of America to Approve Letter of Request for International Judicial Assistance **[Docket No. 31]**

Response Deadline: February 14, 2011 at 4:00 p.m.

Responses Received:

  A. Objection of Lehman Brothers International (Europe) (In Administration) **[Docket No. 32]**

  B. Objection of Lehman Brothers Holdings Inc. **[Docket No. 35]**

  C. Joinder of the Official Committee of Unsecured Creditors in Lehman Brothers Holdings Inc.'s Objection **[Docket No. 39]**

Related Documents:

  G. Reply of United States of America in Further Support of its Motion for Issuance of a Letter of Request **[Docket No. 41]**

  D. Declaration of Paul S. Hessler in Support of Objection of Lehman Brothers International (Europe) (In Administration) **[Docket No. 33]**

  E. Witness Statement of Antony John Rush In Support Objection of Lehman Brothers International (Europe) (In Administration) **[Docket No. 34]**

   F.  Witness Statement of Roderick George Tippen In Support Objection of Lehman Brothers International (Europe) (In Administration) **[Docket No. 35]**

   H.  Declaration of James Nicholas Boeving in Support of Reply of United States of America **[Docket No. 42]**

 Status: This matter is going forward.

Lehman Brothers Special Financing Inc. v. The Bank of New York Mellon Corporation, et al. [Adv. Case No. 10-03545]

7. Motion of the Dante Noteholders to Intervene **[Docket No. 9]**

 Response Deadline: February 9, 2011 at 4:00 p.m.

 Responses Received:

   A.  Plaintiff Lehman Brothers Special Financing Inc.'s Opposition to Motions to Intervene **[Docket No. 13]**

 Related Documents:

   B.  Declaration of Robert H. Hershan in Support of Plaintiff's Opposition **[Docket No. 14]**

   C.  Reply of the Dante Noteholders **[Docket No. 17]**

 Status: This matter is going forward.

8. Motion of the Liquidators of Lehman Brothers Australia Limited Seeking to Intervene in the Adversary Proceeding Relating to Certain Swap Transactions **[Docket No. 11]**

 Response Deadline: February 9, 2011 at 4:00 p.m.

 Responses Received:

   A.  Plaintiff Lehman Brothers Special Financing Inc.'s Opposition to Motions to Intervene **[Docket No. 13]**

 Related Documents:

   B.  Declaration of Robert H. Hershan in Support of Plaintiff's Opposition **[Docket No. 14]**

        C.      Reply of the Liquidators of Lehman Brothers Australia Limited **[Docket No. 16]**

Status: This matter is going forward.

## IV. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.

9. Debtors' Motion for an Order Enforcing the Automatic Stay Against Greenbrier Minerals Holdings, LLC **[Docket No. 9729]**

    Response Deadline:    July 8, 2010 at 5:00 p.m.

    Responses Received:

        A.    Objection of Greenbrier Minerals Holdings, LLC **[Docket No. 10093]**

    Related Documents:

        B.    Declaration of Jack McCarthy, Sr. in Support of Motion **[Docket No. 9731]**

        C.    Reply of Debtor Lehman Commercial Paper Inc. in Support of Motion **[Docket No. 10131]**

        D.    Statement of Official Committee of Unsecured Creditors in Support of Motion **[Docket No. 10148]**

        E.    Emergency Motion for Continuance and Extension of Time to Respond **[Docket No. 9998]**

    Status: This matter has been adjourned to March 23, 2011 at 10:00 a.m.

10. Motion of Edgewood Management LLC for an Order Directing Lehman Brothers Holdings Inc. to Release and Return Non-Estate Property **[Docket No. 13063]**

    Response Deadline:    March 16, 2011 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status: This matter has been adjourned to March 23, 2011 at 10:00 a.m.

11. Debtors' Motion to Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions **[Docket No. 3218]**

   Response Deadline:    April 17, 2009 at 4:00 p.m.

   Responses Received:

   A.    Objection of Official Committee of Unsecured Creditors **[Docket No. 3395]**

   Related Documents:    None.

   Status: This matter has been adjourned to March 23, 2011 at 10:00 a.m.

12. Motion of Cascade Investment, L.L.C. for Leave to Conduct Discovery of (1) the Debtors, and (2) JPMorgan Chase Bank, N.A. **[Docket No. 12120]**

   Response Deadline:    March 16, 2011 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter has been adjourned to March 23, 2011 at 10:00 a.m.

13. Motion to Compel Congregation Machne Chaim to Respond to Rule 2004 Subpoena **[Docket No. 13105]**

   Response Deadline:    December 8, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A.    Declaration of Michael J. Firestone in Support of Debtors' Motion **[Docket No. 13106]**

   Status: This matter has been adjourned to March 23, 2011 at 10:00 a.m.

14. Motion of US Bank National Association as Trustee for the Structured Asset Securities Corporation, Series 2005-GEL2 for Relief from the Automatic Stay **[Case No. 09-10137, Docket No. 11]**

   Response Deadline:    February 9, 2011 at 10:00 a.m.

Responses Received: None.

Related Documents:

    A.    Memorandum of Law in Support of Motion **[Docket No. 12]**

Status: This matter has been adjourned to March 23, 2011 at 10:00 a.m.

15. Motion of US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-HE3 for Relief from the Automatic Stay **[Case No. 09-10137, Docket No. 13]**

Response Deadline: February 9, 2011 at 10:00 a.m.

Responses Received: None.

Related Documents:

    A.    Memorandum of Law in Support of Motion **[Docket No. 14]**

Status: This matter has been adjourned to March 23, 2011 at 10:00 a.m.

16. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

Response Deadline: April 6, 2011 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to April 13, 2011 at 10:00 a.m.

17. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[Docket No. 11513]**

Response Deadline: February 9, 2011 at 4:00 p.m.

Responses Received

    A.    Debtors' Objection **[Docket No. 14398]**

    B.    Joinder of Official Committee of Unsecured Creditors to LCPI'S Objection **[Docket No. 14462]**

Related Documents:

    C.    Affidavit of Michael E. Busch, Esq. in Support of Motion **[Docket No. 11514]**

    D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection **[Docket No. 14454]**

Status: This matter has been adjourned to March 23, 2011 at 10:00 a.m.

**B.   Adversary Proceedings**

PT Bank Negara Indonesia (Persero) Tbk v. Lehman Brothers Special Financing, Inc., et al. [Adv. Case No. 09-01480]

18.    Pre-Trial Conference

Related Documents:

    A.    Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

    B.    Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

    C.    Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

    D.    Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

Status: This matter has been adjourned to March 23, 2011 at 2:00 p.m.

Wendy M. Uvino v. Lehman Brothers Holdings Inc., et. al. [Adv. Case No. 10-05428]

19.    Defendants' Motion to Dismiss Adversary Complaint **[Docket No. 4]**

Response Deadline:   March 11, 2011 at 4:00 p.m.

Responses Received:   None.

Related Documents:

    A.    Declaration of Lawrence J. Baer in Support of Defendants' Motion **[Docket No. 5]**

Status: This matter has been adjourned to April 13, 2011 at 2:00 p.m.

**V.   WITHDRAWN MATTERS:**

**A.   Lehman Brothers Holdings Inc.**

20. Motion of Travis County, Texas to File Proof of Claim After Claims Bar Date **[Docket No. 10829]**

    Response Deadline:   March 1, 2011 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.   Notice of Proposed Order **[Docket No. 10842]**

    B.   Notice of Withdrawal of Travis County's Motion for Late Filing and Allowance of Proof of Claim **[Docket No. 14050]**

    Status: This matter has been withdrawn.

**B.   Lehman Brothers Inc.**

21. Motion of Newport Global Opportunities Fund L.P. for an Order Pursuant to Bankruptcy Code Section 105(a) Compelling the Trustee To Execute an Affidavit of Lost Securities **[Docket No. 4012]**

    Response Deadline:   January 6, 2011 at 4:00 p.m.

    Responses Received:

    A.   Trustee's Opposition to Motion **[Docket No. 4023]**

    Related Documents:

    B.   Notice of Withdrawal of Newport Global Opportunities Fund L.P.'s Motion **[Docket No. 4074]**

    Status: This matter has been withdrawn.

22. Motion of Newport Global Opportunities Fund L.P. for Entry of an Order Authorizing Newport to File Under Seal the Motion for an Order Pursuant to Bankruptcy Code Section 105(a) Compelling the Trustee to Execute an Affidavit of Lost Securities and a Certain Exhibit Thereto **[Docket No. 4013]**

    Response Deadline:   January 6, 2011 at 4:00 p.m.

    Responses Received:  None.

Related Documents:   None.

Status: This matter has been withdrawn.

23. Motion of MainStay High Yield Opportunities Fund for an Order Pursuant to Sections 362, 541 and 105 of the Bankruptcy Code for Relief from the Automatic Stay to Remove Lehman Brothers Inc. as Agent and Granting Related Relief **[Docket No. 3614]**

Response Deadline:    October 8, 2010 at 4:00 p.m.

Responses Received:

    A.    SIPC's Memorandum of Law in Opposition to the Motion **[Docket No. 3787]**

    B.    Trustee's Opposition to the Motion **[Docket No. 3788]**

    C.    Newport Funds' Reservation of Rights [**Docket No. 3960**]

Related Documents:

    D.    Declaration of Maureen A. Cronin in Support of the Motion **[Docket No. 3615]**

    E.    Mainstay's Memorandum of Law in Support of the Motion **[Docket No. 3616]**

    F.    Mainstay's Reply to Oppositions **[Docket No. 3824]**

    G.    Declaration of Shmuel Vasser in Support of Motion **[Docket No. 3825]**

    H.  Joint Stipulation of Undisputed Facts [**Docket No. 3965**]

<u>Status</u>: The parties have executed a Stipulation and Order withdrawing the Motion and it will be presented to the Court.

Dated: February 15, 2011
   New York, New York

              <u>/s/ Shai Y. Waisman</u>
              Shai Y. Waisman

              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone: (212) 310-8000
              Facsimile: (212) 310-8007

              Attorneys for Debtors
              and Debtors in Possession

Dated: February 15, 2011
   New York, New York

              <u>/s/ Jeffrey S. Margolin</u>
              James B. Kobak, Jr.
              Jeffrey S. Margolin

              HUGHES HUBBARD & REED LLP
              One Battery Park Plaza
              New York, New York 10004
              Telephone: (212) 837-6000
              Facsimile: (212) 422-4726

              Attorneys for James W. Giddens, Trustee for
              the SIPA Liquidation of Lehman Brothers Inc.