UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: Lehman Brothers Holdings, Inc. et al.

                Debtor

-----------------------------------------------------------x

                Plaintiff

        v.

                Defendant

-----------------------------------------------------------x

Case No.: 08-13555
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mark Pfeiffer, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Greenbriar Mineral Holdings, LLC, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 2/16/11
New York, New York

*Mailing Address:*

Buchanan Ingersoll & Rooney PC
50 S. 16th St., Ste. 3200
Philadelphia, PA 19102
*E-mail address:* mark.pfeiffer@bipc.co
*Telephone number:* (215) 665-3921