UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: Lehman Brothers Holdings, Inc. et al.

Debtor

Case No.: 08-13555

Chapter 11

---------------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of  Mark Pfeiffer , to be admitted, ***pro hac vice***, to represent  Greenbriar Mineral Holdings, LLC , (the "Client") a  creditor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Pennsylvania  and, if applicable, the bar of the U.S. District Court for the  Eastern  District of  Pennsylvania , it is hereby

**ORDERED**, that  Mark Pfeiffer , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____

UNITED STATES BANKRUPTCY JUDGE