UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                     Case No. 08-13555 (JMP)

                             Debtors.
----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF MARK PFEIFFER

UPON the motion of Mark Pfeiffer dated February 16, 2011, for admission *pro hac vice*

in this bankruptcy proceeding; it is hereby

**ORDERED**, that Mark Pfeiffer is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of

New York, subject to payment of the filing fee.


Dated: New York, New York
       February 16, 2011

                              _s/ James M. Peck_____
                              UNITED STATES BANKRUPTCY JUDGE