**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

February 01, 2011

Adam M. Bialik
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  In Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Dfts. // To: Delaware Investment Advisors Inc.

Case No. 08-13555

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Delaware Investment Advisors Inc..

Accordingly, we are returning the documents received from you.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517966540

FedEx Tracking# 796715916608

cc:  United States Bankruptcy Court, Southern District
     One Bowling Green,
     New York, NY  10004-1408



FEB - 4 2011