Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                         Name of Transferor

Deutsche Bank AG, London                   Caspian Capital Partners, L.P.

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London                   Court Claim # (if known): 66523
60 Wall Street                             Amount of Claim: $10,958,671.90
3rd Floor                                  Date Claim Filed: April 9, 2010
New York, NY 10005
Attention: Rich Vichaidith                 Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #: N/A            Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 16 February 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ross Miller
Director

Michael Sutton
Managing Director

## EXHIBIT F

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

    Caspian Capital Partners, L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $10,958,671.90, docketed as Claim No. 66523 which superseded Claim Nos. 37214 and 27489 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Case").

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

    IN WITNESS WHEREOF, dated as of the __16__ day of __February__, 2011.

Caspian Capital Partners, L.P.
By: Mariner Investment Group, LLC, as Investment Advisor

By: _____
(Signature of authorized corporate officer)

Name: Richard Holahan
Title: Authorized Signatory
Tel.: 212.806-7532

Deutsche Bank AG, London

By: _____    By: _____
(Signature of authorized corporate officer)    (Signature of authorized corporate officer)

Name: _____    Name: _____
Title: _____    Title: _____
Tel.: Ross Miller, Director    Tel.: Michael Sutton, Managing Director

Lehman (Fondazione) Caspian to DB Assignment v3.doc

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,        Case No. 08-13555 (JMP)
                                                    (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                               Name of Transferor

Deutsche Bank AG, London                         Caspian Capital Partners, L.P.

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London                         Court Claim # (if known): 66524
60 Wall Street                                   Amount of Claim: $10,649,998.65
3rd Floor                                        Date Claim Filed: April 9, 2010
New York, NY 10005
Attention: Rich Vichaidith                       Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #: N/A                  Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: 16 February 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ross Miller
Director

Michael Sutton
Managing Director

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Caspian Capital Partners, L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $10,649,998.65, docketed as Claim No. 66524 which superseded Claim Nos. 40723 and 29731 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered) ("Case").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, dated as of the 16 day of February, 2011.

Caspian Capital Partners, L.P.
By: Mariner Investment Group, LLC, as Investment Advisor

By: _____
(Signature of authorized corporate officer)

Name: Richard Holahan
Title: Authorized Signatory
Tel.: 212-826-7539

Deutsche Bank AG, London

By: _____          By: _____
(Signature of authorized corporate officer)    (Signature of authorized corporate officer)

Name: _____                Name: _____
Title: _____                Title: _____
Tel.: Ross Miller                     Tel.: Michael
      Director                              Managing

Lehman (Fondazione) Caspian to DB Assignment v3.doc

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London

Name of Transferor

Caspian Select Credit Master Fund, Ltd.

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Rich Vichaidith
Phone: 212-250-5760
Fax:    212-797-8770

Court Claim # (if known): 66523
Amount of Claim: $19,752,056.22
Date Claim Filed: April 9, 2010

Phone: N/A

Last Four Digits of Acct #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/                                    Date: 16 February 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ross Miller
Director

Michael Sutton
Managing Director

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Caspian Select Credit Master Fund, Ltd. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $19,752,056.22, docketed as Claim No. 66523 which superseded Claim Nos. 37214 and 27489 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Case").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, dated as of the 16 day of February, 2011.

Caspian Select Credit Master Fund, Ltd.
By: Mariner Investment Group, LLC, as Investment Advisor

By: _____
(Signature of authorized corporate officer)

Name: Richard Holahan
Title: Authorized Signatory
Tel.: 212-826-7539

Deutsche Bank AG, London

By: _____   By: _____
(Signature of authorized corporate officer)   (Signature of authorized corporate officer)

Name: _____   Name: _____
Title: _____   Title: _____
Tel.: Ross Miller   Tel.: Michael Sutton
     Director          Managing Director

25

Lehman (Fondazione) Caspian to DB Assignment v3.doc

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                              Name of Transferor

Deutsche Bank AG, London                        Caspian Select Credit Master Fund, Ltd.

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London                        Court Claim # (if known): 66524
60 Wall Street                                  Amount of Claim: $19,195,699.45
3rd Floor                                       Date Claim Filed: April 9, 2010
New York, NY 10005
Attention: Rich Vichaidith                      Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #: N/A                 Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]                              Date: 16 February 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ross Miller          Michael Sutton
Director             Managing Director

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Caspian Select Credit Master Fund, Ltd. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $19,195,699.45, docketed as Claim No. 66524 which superseded Claim Nos. 40723 and 29731 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered) ("Case").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, dated as of the 16 day of February, 2011.

Caspian Select Credit Master Fund, Ltd.
By: Mariner Investment Group, LLC, as Investment Advisor

By: _____
(Signature of authorized corporate officer)

Name: Richard Holahan
Title: Authorized Signatory
Tel.: 212-826-7539

Deutsche Bank AG, London

By: _____   By: _____
(Signature of authorized corporate officer)   (Signature of authorized corporate officer)

Name: _____   Name: _____
Title: Ross Miller                         Title: Michael Sutton
Tel.: Director                             Tel.: Managing Director

Lehman (Fondazione) Caspian to DB Assignment v3.doc

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee　　　　　　　　　　　　Name of Transferor

Deutsche Bank AG, London　　　　　　　　　Mariner LDC

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London　　　　　　　　　Court Claim # (if known): 66523
60 Wall Street　　　　　　　　　　　　　　　Amount of Claim: $3,438,015.30
3rd Floor　　　　　　　　　　　　　　　　Date Claim Filed: April 9, 2010
New York, NY 10005
Attention: Rich Vichaidith　　　　　　　　　Phone: N/A
Phone: 212-250-5760
Fax:　212-797-8770

Last Four Digits of Acct #:　N/A　　　　　　Last Four Digits of Acct. #:　N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/　　　　　　　　　　　　　　　　　　Date: 16 February 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ross Miller
Director

Michael Sutton
Managing Director

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Mariner LDC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $3,438,015.30, docketed as Claim No. 66523 which superseded Claim Nos. 37214 and 27489 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Case").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, dated as of the 16 day of February, 2011.

Mariner LDC
By: Mariner Investment Group, LLC, as Investment Advisor

By: _____
(Signature of authorized corporate officer)

Name: Richard Holahan
Title: Authorized Signatory
Tel.: 212-826-7539

Deutsche Bank AG, London

By: _____        By: _____
(Signature of authorized corporate officer)        (Signature of authorized corporate officer)

Name: _____        Name: _____
Title: Ross Miller                                  Title: Michael Sutton
Tel.: Director                                      Tel.: Managing Director

Lehman (Fondazione) Caspian to DB Assignment v3.doc

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                      Name of Transferor

Deutsche Bank AG, London                Mariner LDC

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London                Court Claim # (if known): 66524
60 Wall Street                          Amount of Claim: $3,341,176.62
3rd Floor                               Date Claim Filed: April 9, 2010
New York, NY 10005
Attention: Rich Vichaidith              Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #: N/A         Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____           Date: 16 February 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

  Mariner LDC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Deutsche Bank AG, London** ("Purchaser"), all right, title and interest in and to the claims of Seller against **LEHMAN BROTHERS SPECIAL FINANCING INC.** (and its affiliates) in the amount of $3,341,176.62, docketed as Claim No. 66524 which superseded Claim Nos. 40723 and 29731 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered) ("Case").

  Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

  IN WITNESS WHEREOF, dated as of the 16 day of February, 2011.

Mariner LDC
By: Mariner Investment Group, LLC, as Investment Advisor

By: _____
(Signature of authorized corporate officer)

Name: Richard Holahan
Title: Authorized Signatory
Tel.: 212-826-7539

Deutsche Bank AG, London

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: Ross Miller
Tel.: Director

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: Michael Sutton
Tel.: Managing Director

Lehman (Fondazione) Caspian to DB Assignment v3.doc

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London | Caspian Alpha Long Credit Fund, L.P. |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London　　　　　　　　　　Court Claim # (if known): 66523
60 Wall Street　　　　　　　　　　　　　　　　Amount of Claim: $1,504,130.18
3rd Floor　　　　　　　　　　　　　　　　　　　Date Claim Filed: April 9, 2010
New York, NY 10005
Attention: Rich Vichaidith　　　　　　　　　　Phone: N/A
Phone: 212-250-5760
Fax:　212-797-8770

Last Four Digits of Acct #:　N/A　　　　　　　Last Four Digits of Acct. #:　N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____　　　　　　　Date: 16 February 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ross Miller
Director

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:   Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Caspian Alpha Long Credit Fund, L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,504,130.18, docketed as Claim No. 66523 which superseded Claim Nos. 37214 and 27489 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Case").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, dated as of the 16 day of February, 2011.

Caspian Alpha Long Credit Fund, L.P.
By: Mariner Investment Group, LLC, as Investment Advisor

By: _____
(Signature of authorized corporate officer)

Name: Richard Holahan
Title: Authorized Signatory
Tel.: 212 826 7539

Deutsche Bank AG, London

By: _____         By: _____
(Signature of authorized corporate officer)     (Signature of authorized corporate officer)

Name: _____                         Name: _____
Title: Ross Miller                              Title: _____
Tel.: Director                                  Tel.: Michael Sutton
                                                      Managing Director

29

Lehman (Fondazione) Caspian to DB Assignment v3.doc

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

Deutsche Bank AG, London                    Caspian Alpha Long Credit Fund, L.P.

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London                    Court Claim # (if known): 66524
60 Wall Street                              Amount of Claim: $1,461,763.30
3rd Floor                                   Date Claim Filed: April 9, 2010
New York, NY 10005
Attention: Rich Vichaidith                  Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #: N/A             Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____           Date: 16 February 2011
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ross Miller
Director

Michael Sutton
Managing Director

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

   Caspian Alpha Long Credit Fund, L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $1,461,763.30, docketed as Claim No. 66524 which superseded Claim Nos. 40723 and 29731 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered) ("Case").

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

   IN WITNESS WHEREOF, dated as of the 16 day of February, 2011.

Caspian Alpha Long Credit Fund, L.P.
By: Mariner Investment Group, LLC, as Investment Advisor

By: _____
(Signature of authorized corporate officer)

Name: Richard Holahan
Title: Authorized Signatory
Tel.: 212-896-7539

Deutsche Bank AG, London

By: _____       By: _____
(Signature of authorized corporate officer)   (Signature of authorized corporate officer)

Name: _____     Name: _____
Title: Ross Miller             Title: Michael Sutton
Tel.: Director              Tel.: Managing Director

Lehman (Fondazione) Caspian to DB Assignment v3.doc

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                         Name of Transferor

Deutsche Bank AG, London                   Caspian Corporate Loan Fund, LLC

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London                   Court Claim # (if known): 66523
60 Wall Street                             Amount of Claim: $1,983,470.75
3rd Floor                                  Date Claim Filed: April 9, 2010
New York, NY 10005
Attention: Rich Vichaidith                 Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #: N/A            Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 16 February 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ross Miller
Director

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Caspian Corporate Loan Fund, LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,983,470.75, docketed as Claim No. 66523 which superseded Claim Nos. 37214 and 27489 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Case").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, dated as of the 16 day of FEBRUARY, 2011.

Caspian Corporate Loan Fund, LLC
By: Mariner Investment Group, LLC, as Investment Advisor

By:_____
(Signature of authorized corporate officer)

Name: Richard Holahan
Title: Authorized Signatory
Tel.: 212-826-7539

Deutsche Bank AG, London

By:_____    By:_____
(Signature of authorized corporate officer)    (Signature of authorized corporate officer)

Name:_____    Name:_____
Title:_____    Title:_____
Tel.: Ross Miller    Tel.: Michael Sutton
      Director               Managing Director

Lehman (Fondazione) Caspian to DB Assignment v3.doc

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London

Name of Transferor

Caspian Corporate Loan Fund, LLC

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Rich Vichaidith
Phone: 212-250-5760
Fax:    212-797-8770

Court Claim # (if known): 66524
Amount of Claim: $1,927,602.27
Date Claim Filed: April 9, 2010

Phone: N/A

Last Four Digits of Acct #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 16 February 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ross Miller
Director

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:   Lehman Brothers Holdings Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Caspian Corporate Loan Fund, LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $1,927,602.27, docketed as Claim No. 66524 which superseded Claim Nos. 40723 and 29731 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered) ("Case").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, dated as of the 16 day of February, 2011.

Caspian Corporate Loan Fund, LLC
By: Mariner Investment Group, LLC, as Investment Advisor

By: _____
(Signature of authorized corporate officer)

Name: Richard Holahan
Title: Authorized Signatory
Tel.: 212-826-7539

Deutsche Bank AG, London

By: _____          By: _____
(Signature of authorized corporate officer)   (Signature of authorized corporate officer)

Name: _____          Name: _____
Title: Russ Miller                          Title: 
Tel.: Director                              Tel.: Managing Director

Lehman (Fondazione) Caspian to DB Assignment v3.doc