**Windels Marx Lane & Mittendorf, LLP**
FINAL: 2011 STANDARD BILLING RATES



| Effective Date | | 1/1/2009 | 1/1/2010 | **1/1/2011** |
|---|---|---|---|---|
| **Partners** | Atty # | 2009 | 2010 | 2011 |
| Arbeeny | 252 | $415 | $440 | $460 |
| Alpert | 1281 | $0 | $475 | $475 |
| Beimfohr, EG | 54 | $0 | $0 | $0 |
| Beimfohr, DA | 1058 | $450 | $480 | $480 |
| Bier | 1276 | $0 | $550 | $550 |
| Bronster | 1226 | $500 | $525 | $550 |
| Cagney | 563 | $460 | $480 | $480 |
| Calogero | 1288 | $0 | $485 | $485 |
| Clain | 1162 | $495 | $520 | $540 |
| Craig | 1289 | $0 | $450 | $420 |
| Crooker | 1283 | $0 | $400 | $475 |
| Coscia | 336 | $590 | $620 | $650 |
| Damato | 1163 | $495 | $520 | $550 |
| Destito | 1001 | $465 | $485 | $510 |
| Driscoll | 1231 | $525 | $545 | $565 |
| Fisher | 1009 | $370 | $390 | $410 |
| Gagliano | 1101 | $495 | $495 | $515 |
| Gilbert | 137 | $530 | $550 | $570 |
| Glanz | 1144 | $495 | $495 | $515 |
| Holden | 973 | $370 | $410 | $445 |
| Kicenuik | 1136 | $420 | $450 | $450 |
| Lakind | 113 | $440 | $460 | $480 |
| Landzberg | 985 | $490 | $510 | $525 |
| Liebling | 230 | $420 | $450 | $470 |
| Luddy | 612 | $515 | $535 | $560 |
| Lyttle | 393 | $540 | $565 | $565 |
| McNamara | 1195 | $395 | $415 | $430 |
| Mercurio | 448 | $540 | $570 | $590 |
| Moriarty | 444 | $495 | $515 | $530 |
| Murphy | 196 | $570 | $590 | $610 |
| Nisselson | 1164 | $585 | $615 | $635 |
| Nolan | 206 | $540 | $560 | $580 |
| O'Neill | 1003 | $430 | $450 | $470 |
| O'Neill NY (8) | 1003 | $430 | $525 | $545 |
| Orlin | 9 | $570 | $425 | $440 |
| Piirimae(1) | 1060 | $420 | $440 | $460 |
| Piirimae NY(8) | 1060 | $495 | $495 | $515 |
| Quinn | 247 | $440 | $460 | $480 |
| Rossi | 151 | $525 | $540 | $560 |
| Samuels | 1004 | $410 | $425 | $440 |
| Schwartz | 1005 | $450 | $470 | $480 |
| Schwabacher | 1165 | $495 | $515 | $535 |
| Shea | 208 | $525 | $530 | $535 |
| Simon | 1166 | $515 | $550 | $570 |
| Simpson | 101 | $790 | $820 | $850 |
| Slama | 434 | $440 | $460 | $480 |
| Stevinson | 251 | $340 | $360 | $380 |
| Swerdlow | 1006 | $395 | $415 | $430 |
| Thomas | 466 | $700 | $750 | $775 |
| Walsh, G. | 1135 | $465 | $490 | $490 |
| Weidner | 1007 | $465 | $485 | $485 |

| Effective Date | | | 1/1/2009 | 1/1/2010 | **1/1/2011** |
|---|---|---|---|---|---|
| **Associates** | Atty # | Yr. | 2009 | 2010 | 2011 |
| Cullen | 1253 | 81 | $0 | $400 | $420 |
| Butler | 1285 | 85 | $0 | $375 | $375 |
| Pastore | 1273 | 85 | $0 | $370 | $390 |
| Wilk | 1233 | 85 | $350 | $370 | $390 |
| Mehno | 1214 | 87 | $320 | $345 | $360 |
| Resnikoff | 1224 | 91 | $390 | $475 | $490 |
| Casas | 1016 | 92 | $340 | $360 | $380 |
| Alkin | 197 | 93 | $320 | $345 | $360 |
| Mizrahi | 1080 | 93 | $365 | $380 | $395 |
| Weiss | 1286 | 93 | $0 | $325 | $325 |
| Konecke | 1290 | 95 | $0 | $310 | $310 |
| Kerr | 1215 | 95 | $395 | $395 | $395 |
| Spano | 1223 | 95 | $270 | $290 | $310 |
| Calabrese | 1106 | 98/99 | $360 | $380 | $395 |
| Cook Jr. | 1137 | 98/99 | $410 | $430 | $450 |
| Vandever | 752 | 98 | $370 | $400 | $420 |
| Abt | 1228 | 99 | $350 | $390 | $410 |
| Bitar | 1132 | 99 | $315 | $335 | $350 |
| Calella | 1082 | 99 | $370 | $390 | $410 |
| Dean | 1085 | 99 | $360 | $380 | $395 |
| Gottilla | 1078 | 99 | $310 | $325 | $345 |
| Krechman | 1225 | 99 | $350 | $390 | $410 |
| Matthews | 1093 | 99 | $360 | $400 | $425 |
| McAuliffe | 1279 | 99 | $0 | $475 | $495 |
| Brenna | 1160 | 99 | $310 | $325 | $340 |
| Fellerman | 1105 | 00 | $350 | $370 | $390 |
| Finch | 1174 | 00 | $350 | $370 | $390 |
| Lafond | 1244 | 00 | $350 | $370 | $390 |
| Zoffinger | 823 | 00 | $350 | $370 | $390 |
| Bell | 1246 | 01 | $350 | $370 | $390 |
| Foote(NY) (1) | 1103 | 01 | $350 | $360 | $380 |
| Foote(NJ) (8) | 1103 | 01 | $295 | $320 | $340 |
| Galacio | 1095 | 01 | $295 | $320 | $340 |
| Longo | 1127 | 01 | $375 | $400 | $420 |
| Etheridge | 1047 | 02 | $315 | $335 | $360 |
| Kaplan | 1213 | 02 | $280 | $295 | $300 |
| Margiano | 1051 | 02 | $315 | $335 | $350 |
| Mascarich | 1291 | 02 | $0 | $300 | $300 |
| Salva | 1264 | 02 | $0 | $380 | $400 |
| Kreutter | 1245 | 03 | $315 | $335 | $350 |
| Hoffman | 1258 | 03 | $0 | $335 | $350 |
| Mooers | 1254 | 03 | $0 | $335 | $350 |
| Noorlander | 1280 | 03 | $0 | $310 | $330 |
| Zavalkoff-Babej | 1263 | 03 | $0 | $350 | $375 |
| Fiechter | 1239 | 04 | $300 | $325 | $340 |
| Ho | 1275 | 05 | $0 | $315 | $330 |
| Miranda | 1266 | 05 | $0 | $315 | $330 |
| Morrissey | 1183 | 05 | $295 | $315 | $330 |
| Krauss | 1220 | 05 | $270 | $290 | $310 |
| Schwartz, Laurie | 1282 | 05 | $0 | $300 | $315 |
| Buchbinder | 1119 | 06 | $280 | $300 | $320 |
| Capozzoli | 1287 | 06 | $0 | $250 | $250 |
| Brandenburg | 1232 | 07 | $280 | $300 | $320 |
| Deyhle | 1208 | 07 | $235 | $260 | $280 |
| Sorbera | 1122 | 07 | $230 | $260 | $280 |
| Caruso | 1221 | 07 | $230 | $260 | $280 |
| Le Veaux | 1250 | 07 | $240 | $240 | $300 |
| Tracy | 1242 | 07 | $280 | $300 | $320 |
| Linton | 1272 | 08 | $0 | $250 | $270 |
| Lotzof | 1216 | 09 | $0 | $250 | $270 |
| Puckhaber | 1186 | 09 | $220 | $235 | $260 |

| Effective Date | | | 1/1/2009 | 1/1/2010 | **1/1/2011** |
|---|---|---|---|---|---|
| **Counsel** | Atty # | Yr. | 2009 | 2010 | 2011 |
| Babitt | 1277 | 51 | $0 | $615 | $615 |
| Walsh, J. | 450 | 55 | $525 | $550 | $550 |
| Jensen | 19 | 58 | $395 | $415 | $415 |
| Kriz | 180 | 60 | $520 | $545 | $560 |
| Duemler (FL RE) | 65 | 57 | $395 | $415 | $415 |
| Duemler (NY) | 65 | 57 | $520 | $545 | $545 |
| Barken | 1167 | 67 | $550 | $570 | $585 |
| Barr | 1172 | 85 | $460 | $480 | $495 |
| Brauner | 1168 | 67 | $495 | $515 | $530 |
| Motiuk | 1084 | 69 | $445 | $470 | $485 |
| Greenhalgh | 1209 | 74 | $420 | $445 | $465 |
| Hamilton | 1281 | 75 | $0 | $600 | $600 |
| Bruenner | 116 | 76 | $495 | $520 | $535 |
| Banahan | 335 | 79 | $495 | $495 | $515 |
| Bindler | 260 | 80 | $425 | $440 | $450 |
| Stein | 600 | 80 | $450 | $460 | $475 |
| Silfen | 1169 | 82 | $450 | $470 | $485 |
| Pocchiari | 109 | 84 | $450 | $450 | $470 |
| Liberman | 1205 | 85 | $350 | $370 | $385 |
| Chin | 1171 | 87 | $435 | $460 | $475 |
| Tattoni | 1014 | 87 | $320 | $345 | $360 |
| LaBarbiera | 945 | 88 | $360 | $380 | $395 |
| Cohn | 1247 | 90 | $330 | $330 | $350 |
| Daus | 1262 | 92 | $0 | $500 | $515 |
| Iocco | 1170 | 92 | $420 | $445 | $465 |
| Drangula | 243 | 93 | $295 | $295 | $295 |
| Griffin | 1173 | 93 | $460 | $510 | $540 |
| Honecker | 649 | 93 | $370 | $395 | $395 |

| | | 2009 | 2010 | 2011 |
|---|---|---|---|---|
| **CT Counsel** | | | | |
| Benanti | 1235 | $425 | $440 | $450 |
| De Genaro | 1236 | $375 | $395 | $420 |
| Arone | 1237 | $350 | $370 | $390 |
| Klein | 1238 | $350 | $370 | $390 |

| **CT Paralegals** | | | | |
|---|---|---|---|---|
| Ricker | 1240 | $150 | $160 | $170 |
| Lee-Dubon | 1241 | $150 | $160 | $170 |

| Effective Date | | 1/1/2009 | 1/1/2010 | **1/1/2011** |
|---|---|---|---|---|
| **Legal Assistants** | Atty # | 2009 | 2010 | 2011 |
| Alvarez, K. | 7087 | $110 | $125 | $135 |
| Calcaterra | 1176 | $210 | $225 | $235 |
| Coleman | 7165 | $0 | $0 | $250 |
| Cote | 1123 | $235 | $245 | $250 |
| Coyle | 129 | $210 | $230 | $240 |
| Cupples | 1227 | $150 | $165 | $225 |
| Croslow | 1270 | $0 | $175 | $185 |
| Dubiago | 991 | $170 | $180 | $190 |
| Durga | 7002 | $170 | $180 | $190 |
| Goldsmith | 1156 | $195 | $210 | $225 |
| Howes | 7152 | $0 | $210 | $220 |
| Hudson | 376 | $175 | $190 | $195 |
| Jensen, L. | 7013 | $110 | $125 | $135 |
| Madison | 7155 | $0 | $185 | $250 |
| Manfra | 7097 | $190 | $205 | $215 |
| May | 1179 | $160 | $180 | $190 |
| McBride | 551 | $190 | $200 | $210 |
| Mencio | 848 | $160 | $170 | $180 |
| Meyers | 7164 | $0 | $0 | $150 |
| Morales | 7158 | $0 | $150 | $160 |
| Mulligan | 7144 | $0 | $150 | $250 |
| Murawska | 7116 | $140 | $150 | $160 |
| Navatto | 7153 | $0 | $210 | $220 |
| Nobles | 652 | $165 | $180 | $190 |
| Segarra | 7112 | $130 | $140 | $150 |
| Simon, M. | 1248 | $140 | $150 | $160 |
| Simpson, T. | 7156 | $0 | $150 | $160 |
| Solomon | 6663 | $225 | $225 | $235 |
| Stauber | 1200 | $200 | $220 | $230 |
| Tsoumas - Bey | 1182 | $130 | $140 | $150 |
| Vroom | 7005 | $110 | $120 | $130 |
| Wiener | 8714 | $170 | $180 | $190 |
| Winkler | 1251 | $165 | $175 | $185 |
| Rodriquez | 7162 | $0 | $0 | $150 |
| Sanchez, Gina | 7161 | $0 | $150 | $160 |

| | | 2009 | 2010 | 2011 |
|---|---|---|---|---|
| **Law Clerk/Summer Associates** | | | | |
| Pires | 1267 | $0 | $150 | $160 |
| Truver | 1268 | $0 | $185 | $190 |