Form 210A (10/06)

# United States Bankruptcy Court

SOUTHERN District Of NEW YORK

In re Lehman Brothers Holdings Inc et al., Debtors; Case No. 08-1355 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cristina Garcia | MYA INVESTMENTS SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: BPI
Av. Liberdade 180 A 8.
1250-146 Lisboa. PORTUGAL
goncalo.teixeira.mota@bpi.pt
Phone: 00351213519900
Last Four Digits of Acct #: _____

Court Claim # (if known): 59095
Amount of Claim: USD 74.457,59
Date Claim Filed: OCT-30-2009

Phone: 0035020076651
Last Four Digits of Acct. #: 6881
8332

Name and Address where transferee payments should be sent (if different from above):

IBAN: PT50002700206335501020794
SWIFT: BPIP PT PL

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 30-12-2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____, Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. \_\_\_\_\_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_____

Name of Alleged Transferor                          Name of Transferee

Address of Alleged Transferor:                      Address of Transferee:

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                      _____
                                                    **CLERK OF THE COURT**


Remitente:
Gonzalo nota
BPI
Av. Liberdade 180, A8
Lisboa 1250-146, Portugal

United States Bankruptcy Court / Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

FILED RECEIVED
FEB 10 2011



RC661731328PT
RESTAURADORES-L
04-1152785
2011-07-31 12:20:26  €5,70
1250 LISBOA

AR CN 07  AR CN 07  AR