B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

          Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**York Global Finance BDH, LLC**
Name of Transferee

**Merrill Lynch Credit Products, LLC**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim #: **30074 (41.026% of claim)**
Amount of Claim as Settled: **$58,500,000.00**
Amount of Claim Transferred: **$24,000,000.00**
Date Claim Filed: **9/22/09**

**York Global Finance BDH, LLC**
c/o York Capital Management, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153
**Attn: Lauren Searing**

Phone: **212-710-6549**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Adam Semler_                                    Date: 2/17/11
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

MERRILL LYNCH CREDIT PRODUCTS, LLC, located at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to York Global Finance BDH, LLC, its successors and assigns, with offices at c/o York Capital Management, 767 5th Ave, New York, NY 10153 ("Buyer"), a 41.025641% pro rata portion in and to all rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No.: 30074) in the amount of $150,663,525.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Please note that, on January 6, 2011, Luminant Energy Company LLC ("Original Creditor") entered into a settlement agreement with the Debtor, in order to allow the Claim in the amount of $58,500,000.00 (the "Allowed Claim Amount"). Accordingly, this transfer is for $24,000,000.00 out of the Allowed Claim Amount.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 14 day of February, 2011.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name: RON TOROK
Title: VICE PRESIDENT

YORK GLOBAL FINANCE BDH, LLC

By: _____
Name: Adam J. Semler
Title: COO

18