UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

------------------------------------------------------------------x     **Ref. Docket Nos. 14279, 14284,
14286, 14304, 14405-14408 &
14413-14426**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 14, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
17th day of February, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                          |
In re                                     |   Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |   08-13555 (JMP)
                                          |
                                          |   (Jointly Administered)
                    Debtors.              |
                                          |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  AU YUK LIN
          ROOM B 33/F BLOCK 9
          ROYAL ASCOT
          FO TAN
          HK
          HONG KONG
```

Please note that your claim # 38584 in the above referenced case and in the amount of
$64,232.00       has been transferred **(unless previously expunged by court order)**

```
          STANDARD CHARTERED BANK (HONG KONG) LTD.
          TRANSFEROR: AU YUK LIN
          21/F STANDARD CHARTERED TOWER
          388, KWUN TONG ROAD
          HONG KONG
          HONG KONG
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14279    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/14/2011                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 14, 2011.

# EXHIBIT B

TIME: 14:52:12
DATE: 02/14/11

PAGE:    1

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

| Name | Address |
|---|---|
| ACTA ASSET MANAGEMENT ASA | TRANSFEROR: EFG BANK AB (PUBL) KUNGSGATAN 8 STOCKHOLM 111 43 SWEDEN |
| AU YUK LIN | ROOM B 33/F BLOCK 9 ROYAL ASCOT FO TAN HK HONG KONG |
| CHOI LAI WAH | FLT H 2/F BLK 16 CHEVALIER GARDEN MA ON SHAN, NT HONG KONG |
| CONECTIV ENERGY SUPPLY, INC. | C/O CARL FOGLER P.O. BOX 6066 NEWARK DE 19714-6066 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06831 |
| CREDIT SUISSE (UK) LIMITED | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (UK) LIMITED | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CRESCENT I, LP | TRANSFEROR: TEJAS SECURITIES GROUP, INC C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRESCENT I, LP | TRANSFEROR: TEJAS SECURITIES GROUP, INC. C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRS FUND LTD. | TRANSFEROR: TEJAS SECURITIES GROUP, INC C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRS FUND LTD. | TRANSFEROR: TEJAS SECURITIES GROUP, INC. C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LP | TRANSFEROR: TEJAS SECURITIES GROUP, INC. C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: TEJAS SECURITIES GROUP, INC C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: TEJAS SECURITIES GROUP, INC. C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: TEJAS SECURITIES GROUP, INC. C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: TEJAS SECURITIES GROUP, INC. C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| EFG BANK AB (PUBL) | P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN |
| GUY BUTLER LIMITED | TRANSFEROR: CREDIT SUISSE (UK) LIMITED 2 BROADGATE LONDON EC2M 7UR UNITED KINGDOM |
| LAMBDA ASSET MANAGEMENT | TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: FABIO ALOCCO 7 VENETIAN LANE OLD FORT NASSAU NEW PROVIDENCE BAHAMAS |
| LAMBDA ASSET MANAGEMENT LTD | TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: FABIO ALOCCO 7 VENETIAN LANE OLD FORT NASSAU NEW PROVIDENCE BAHAMAS |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CONECTIV ENERGY SUPPLY, INC. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | CAPITAL GROWTH SA 2-4 RUE DE HOLLANDE GENEVA 1204 SWITZERLAND |
| LLOYDS TSB BANK PLC GENEVA BRANCH | LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11 1211 SWITZERLAND |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P. | TRANSFEROR: OWENS & MINOR, INC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FL NEW YORK NY 10019 |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: ENTE DI PREVIDENZA E ASSISTENZA PLURICATEGORIALE (EPAP) 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| OWENS & MINOR, INC | 9120 LOCKWOOD BOULEVARD MICHAEL W. LOWRY MECHANICSVILLE VA 23116 |
| OWENS & MINOR, INC | H SLAXTON DABNEY JR AND DANIEL G EGAN KING & SPALDING LLP 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: AU YUK LIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHOI LAI WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TSANG MUI KWAI DELLA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG MEI KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| TEJAS SECURITIES GROUP, INC | TRANSFEROR: PHOENIX PARTNERS, L.P. 8226 BEE CAVES ROAD AUSTIN TX 78746 |
| TEJAS SECURITIES GROUP, INC. | TRANSFEROR: PHAETON INTERNATIONAL (BVI) LIMITED 8226 BEE CAVES ROAD AUSTIN TX 78746 |
| TEJAS SECURITIES GROUP, INC. | TRANSFEROR: PHOENIX PARTNERS II, LP 8226 BEE CAVES ROAD AUSTIN TX 78746 |
| TSANG MUI KWAI DELLA | 11/F BLOCK D ABERDEEN BAYSHORE APARTMENT 244 ABERDEEN MAIN ROAD ABERDEEN, HK HONG KONG |
| WONG MEI KWAN | RM 1414 TAI ON BLDG SHAUKEIWAN HK HONG KONG |

Total Number of Records Printed    36

EPIQ BANKRUPTCY SOLUTIONS, LLC