UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re                                                           :        Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :        08-13555 (JMP)
                                                                :        (Jointly Administered)
                                     Debtors.                   :
                                                                :
----------------------------------------------------------------x        Ref. Docket Nos. 7356, 14434,
                                                                         14437, 14439, 14444, 14445, 14447-
                                                                         14449 & 14451

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On February 15, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
17th day of February, 2011

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |     Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |     08-13555 (JMP)
                                       |
                                       |     (Jointly Administered)
                 Debtors.              |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DRAKE LOW VOLATILITY MASTER FUND, LTD., THE          DRAKE LOW VOLATILITY MASTER FUND, LTD., THE
     ATTN: STEVEN LUTTRELL                                THE DRAKE LOW VOLATILITY MASTER FUND, LTD
     C/O DRAKE CAPITAL MANAGEMENT LLC                     ATTN: STEVEN LUTTRELL
     660 MADISON AVENUE                                   C/O DRAKE MANAGEMENT LLC
     NEW YORK NY 10065                                    660 MADISON AVENUE, 16TH FLOOR
                                                          NEW YORK NY 10065

Please note that your claim # 30533 in the above referenced case and in the amount of
     $302,836.94      has been transferred **(unless previously expunged by court order)**

        DEUTSCHE BANK AG, LONDON BRANCH
        TRANSFEROR: DRAKE LOW VOLATILITY MASTER FUND, LTD., THE
        ATTN: PHILIPP ROEVER
        WINCHESTER HOUSE, 1 GREAT WINCHESTER ROAD
        LONDON    EC2N 2DB

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7356       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/15/2011                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 15, 2011.

# EXHIBIT B

TIME: 11:52:55
DATE: 02/15/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BARCLAYS BANK PLC | ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166 |
| BARCLAYS BANK PLC | LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: QUANTUM PARTNERS LP. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DRAKE LOW VOLATILITY MASTER FUND, LTD., THE ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ROAD LONDON EC2N 2DB |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DRAKE OFFSHORE MASTER FUND, LTD., THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DRAKE LOW VOLATILITY MASTER FUND, LTD., THE | ATTN: STEVEN LUTTRELL C/O DRAKE CAPITAL MANAGEMENT LLC 660 MADISON AVENUE NEW YORK NY 10065 |
| DRAKE LOW VOLATILITY MASTER FUND, LTD., THE | THE DRAKE LOW VOLATILITY MASTER FUND, LTD ATTN: STEVEN LUTTRELL C/O DRAKE MANAGEMENT LLC 660 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE OFFSHORE MASTER FUND, LTD., THE | ATTN: STEVEN LUTTRELL C/O DRAKE MANAGEMENT LLC 660 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE OFFSHORE MASTER FUND, LTD., THE | THE DRAKE OFFSHORE MASTER FUND, LTD C/O DRAKE MANAGEMENT LLC ATTENTION STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10065 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SEAT PAGINE GIALLE S.P.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| PINES EDGE VALUE INVESTORS LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O PINE RIVER CAPITAL MANAGEMENT L.P. 601 CARLSON PARKWAY, SUITE 330 MINNETONKA MN 55305 |
| SEAT PAGINE GIALLE S.P.A. | ROYAL LONDON HOUSE ATTN: MICHAEL J. BARRON ATTN: DICKSON MINTO W.S. 22-25 FINSBURY SQUARE LONDON EC2A 1DX UNITED KINGDOM |
| SEAT PAGINE GIALLE S.P.A. | ATTN: STEFANO COLLMANN CORSO MORTARA 22 TORINO 10149 ITALY |
| SEAT PAGINE GIALLE S.P.A. | MICHAEL J. BARRON DICKSON MINTO W.S. ROYAL LONDON HOUSE 22-25 FINSBURY SQUARE LONDON EC2A 1DX UNITED KINGDOM |
| SEAT PAGINE GIALLE S.P.A. | SHELLEY CHAPMAN WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL MASTER FUND, LTD. | TRANSFEROR: YORVIK PARTNERS LLP C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVE, 30TH FLOOR NEW YORK NY 10022 |
| YORVIK PARTNERS LLP | TRANSFEROR: CAJA LABORAL POPULAR COOP. DE CREDITO ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed     21

EPIQ BANKRUPTCY SOLUTIONS, LLC