**Hearing Date: March 23, 2011 at 10:00 a.m.**
**Objection Deadline: March 16, 2011 at 4:00 p.m.**

Anthony Paduano (AP 8400)
Willard Knox (WK 5567)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

ATTORNEYS FOR PHILLIP WALSH

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
In re:                                                     :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., et. al.                    :    Case No. 08-13555 (JMP)
:    (Jointly Administered)
Debtors.                       :
:
-------------------------------------------------------------x

**NOTICE OF MOTION OF PHILLIP WALSH FOR DETERMINATION**
**THAT THE AUTOMATIC STAY DOES NOT APPLY OR,**
**IN THE ALTERNATIVE, FOR RELIEF FROM AUTOMATIC STAY**

**PLEASE TAKE NOTICE**, that Phillip Walsh ("Walsh") has filed a Motion pursuant to Section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for a determination that the automatic stay does not apply to Walsh's assertion of certain counterclaims against Lehman Brothers Holdings, Inc. ("LBHI") or, in the alternative, for relief from the automatic stay to assert his counterclaims (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held in connection with the Motion (the "Hearing") on **March 23, 2011 at 10:00 a.m. EST** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE THAT** responses or objections, if any, to the Motion and the relief requested therein must be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court, set forth the basis for the objection and the specific grounds therefor, and be filed with the Bankruptcy Court electronically in accordance with General Order M-242, as amended by General Order M-269, by registered users of the Court's electronic case filing system (the User's manual for the Electronic case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), with a hard copy delivered directly to Chambers and served in accordance with General Order M-242 or by first-class mail upon each of the following: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the above-captioned debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda

Riffkin, and Tracy Hope Davis); (iv) Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases; (v) Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, (Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.); (vi) the attorneys for any other official committee(s) that may be appointed in the above-captioned cases; and (vii) counsel for Walsh, Paduano & Weintraub LLP, Attention: Willard Knox, Esq., 1251 Avenue of the Americas, Ninth Floor, New York, New York 10020, so as to be received on or before **4:00 p.m. (prevailing Eastern time) on March 16, 2011**, or such shorter time as the Bankruptcy Court may hereafter order (the "Objection Deadline") and of which you may receive subsequent notice. Only those objections which have been timely filed and served by the Objection Deadline in accordance with the procedures herein may be considered by the Court at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written objection to the relief requested in the Motion in accordance with this Notice and the Court's Order Implementing Certain Notice and Case Management Procedures (D.I. 285), dated September 22, 2008, the Bankruptcy Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the Motion may be obtained at no charge at http://www.lehman-docket.com_ or for a fee via PACER at http://www.nysb.uscourts.gov.

Dated: New York, New York
February 17, 2011

PADUANO & WEINTRAUB LLP

BY: *Will Knox*
Anthony Paduano
Willard Knox
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100 (Phone)
(212) 785-9099 (Fax)

Attorneys for Phillip Walsh

4