UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                          :        Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :        08-13555 (JMP)
                                               :        (Jointly Administered)
                    Debtors.                   :
                                               :        Ref. Docket Nos. 14318, 14456-
                                               :        14461, 14468, 14469 & 14473-
                                               :        14484

---------------------------------------------------------------x
                                               :
In re                                          :        Chapter 11 Case No.
                                               :
LEHMAN BROTHERS SPECIAL FINANCING              :        08-13888 (JMP)
INC.,                                          :        (Jointly Administered)
                                               :
                    Debtors.                   :        Ref. Docket Nos. 192 & 193
                                               :

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 16, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.    All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
17th day of February, 2011
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14318, 14456-14461, 14468, 14469 & 14473-14484; Adv 08-13888 DI 192 & 193_AFF_02-16-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
  In re                             |      Chapter 11 Case No.
                                    |
  LEHMAN BROTHERS HOLDINGS INC., et al.,  |      08-13555 (JMP)
                                    |
                                    |      (Jointly Administered)
              Debtors.             |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
      To:   BARCLAYS BANK PLC
            TRANSFEROR: EUROPEAN AERONAUTIC DEFENCE & SPACE CO (EADS) N.V.
            1 CHURCHILL PLACE
            LONDON    E14 5HP
            UNITED KINGDOM
```

Please note that your claim # 15367-01 in the above referenced case and in the amount of $23,558,000.00    has been transferred **(unless previously expunged by court order)**

```
      ORE HILL HUB FUND LTD.
      TRANSFEROR: BARCLAYS BANK PLC
      C/O ORE HILL PARTNERS LLC
      ATTN: KATE SINOPOLI
      650 FIFTH AVE
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 192    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2011                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 16, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CENTROSIM S.P.A.
     ATTN: MS. MARINA DJORDJEVIC - COMPLIANCE & LEGAL DEPARTMENT
     37 VIA BROLETTO
     MILAN    20121
     ITALY

Please note that your claim # 56618-02 in the above referenced case and in the amount of
      $72,891.08        has been transferred **(unless previously expunged by court order)**

     ERSEL SIM SPA
     TRANSFEROR: CENTROSIM S.P.A.
     PIAZZA SOLFERINO, 11
     TORINO    10121
     ITALY

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14318      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 16, 2011.

# EXHIBIT B

PAGE: 1

TIME: 14:34:36
DATE: 02/16/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANCO DE FINANZAS E INVERSIONES S.A. | TRANSFEROR: MR. JORDI PIERA FARRE AV. DIAGONAL, 668-670 BARCELLONA 08034 SPAIN |
| BANK INSINGER DE BEAUFORT NV (ITALIA) | VIA DEI DUE MACELLI, 48 ROMA 00187 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: CC ARBITRAGE, LTD. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: EUROPEAN AERONAUTIC DEFENCE & SPACE CO (EADS) N.V. 1 CHURCHILL PLACE LONDON E14 5HP UNITED KINGDOM |
| CENTROSIM S.P.A. | ATTN: MS. MARINA DJORDJEVIC - COMPLIANCE & LEGAL DEPARTMENT 37 VIA BROLETTO MILAN 20121 ITALY |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: LAMBDA ASSET MANAGEMENT ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: LAMBDA ASSET MANAGEMENT LTD ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL NEW YORK NY 10019 |
| ERSEL SIM SPA | TRANSFEROR: CENTROSIM S.P.A. PIAZZA SOLFERINO, 11 TORINO 10121 ITALY |
| ILLIQUIX LTD | TRANSFEROR: BANK INSINGER DE BEAUFORT NV (ITALIA) ATTN: CELESTINO AMORE,MANAGING DIRECTOR 107-111 FLEET STREET LONDON EC4A2AB UNITED KINGDOM |
| ILLIQUIX LTD | TRANSFEROR: IRCEM RETRAITE ATTN: SUSAN MCNAVARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA,FLOOR 26 MAILING CODE NY1-A-436 NEW YORK NY 10005 |
| ILLIQUIX LTD | TRANSFEROR: BANK INSINGER DE BEAUFORT NV (ITALIA) ATTN: CELESTINO AMORE,MANAGING DIRECTOR 107-111 FLEET STREET LONDON EC4A2AB UNITED KINGDOM |
| JACKSON NATIONAL LIFE INSURANCE COMPANY | ATTN: CHAD MYERS 1 CORPORATE WAY LANSING MI 48951 |
| JACKSON NATIONAL LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANCA SARA S.P.A. ATTN: SUSAN MCNAVARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ILLIQUIX LTD ATTN: SUSAN MCNAVARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: IRCEM RETRAITE ATTN: SUSAN MCNAVARA ONE CHASE MANHATTAN PLAZA,FLOOR 26 MAILING CODE NY1-A-436 NEW YORK NY 10005 |
| LAMBDA ASSET MANAGEMENT LTD | TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: FABIO ALLOCCO 7 VENETIAN LANE OLD FORT NASSAU NEW PROVIDENCE BAHAMAS |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: FABIO ALLOCCO 7 VENETIAN LANE OLD FORT NASSAU OLD FORT NASSAU NEW PROVIDENCE BAHAMAS |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: UNITED OVERSEAS BANK LIMITED ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: UNITED OVERSEAS BANK LIMITED (UOB) ATTN: JEFFERY BENESH AND RON TOROK BANK OF AMERICAS-3RD FLOOR ONE BRYAN PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANCO DE FINANZAS E INVERSIONES S.A. ATTN:JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A1HQ UNITED KINGDOM |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ORE HILL HUB FUND LTD. | TRANSFEROR: JACKSON NATIONAL LIFE INSURANCE COMPANY 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| ORE HILL HUB FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O ORE HILL PARTNERS LLC ATTN: KATE SINOPOLI 650 FIFTH AVENUE NEW YORK NY 10019 |
| PWT CREDIT OPPORTUNITIES FUND LTD | TRANSFEROR: BARCLAYS BANK PLC C/O ORE HILL PARTNERS LLC ATTN: KATE SINOPOLI 650 FIFTH AVENUE NEW YORK NY 10019 |
| PWT CREDIT OPPORTUNITIES FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O ORE HILL PARTNERS LLC ATTN: KATE SINOPOLI 650 FIFTH AVENUE NEW YORK NY 10019 |
| REDWOOD MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O ORE HILL PARTNERS LLC ATTN: KATE SINOPOLI 650 FIFTH AVENUE NEW YORK NY 10019 |
| REDWOOD MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: JONATHAN KOLATCH AND RUBEN KLIKSBERG 910 SYLVAN AVENUE ENGLEWOOD CLIFFS NJ 07632 |
| STONE LION PORTFOLIO LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: JONATHAN KOLATCH AND RUBEN KLIKSBERG 910 SYLVAN AVENUE ENGLEWOOD CLIFFS NJ 07632 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| THE LIVERPOOL LIMITED PARTNERSHIP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN:MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019 |
| UNITED OVERSEAS BANK LIMITED | C/O WONG PARTNERSHIP ONE GEORGE STREET #20-01 049145 SINGAPORE WITOLD BALABAN, ESQ. LATHAM & WATKINS LLP 885 THIRD AVENUE NEW YORK NY 10022 |
| UNITED OVERSEAS BANK LIMITED | C/O WONG PARTNERSHIP LLP ATTN: CHUA SUI TONG / CHERYL FU ONE GEORGE STREET, #20-01 049145 SINGAPORE |
| UNITED OVERSEAS BANK LIMITED (UOB) | |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 14:34:36
DATE: 02/16/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| UNITED OVERSEAS BANK LIMITED (UOB) | LATHAM & WATKINS CARLOS ALVAREZ 885 THIRD AVE 3RD FLOOR NEW YORK NY 10022 |

Total Number of Records Printed    46

EPIQ BANKRUPTCY SOLUTIONS, LLC