**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | **:** | |

------------------------------------------------------------x

**AMENDMENT TO THE SIXTH INTERIM APPLICATION OF HOULIHAN LOKEY**
**HOWARD & ZUKIN CAPITAL, INC., INVESTMENT BANKER TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED**
**FROM JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Houlihan Lokey Howard & Zukin Capital, Inc. ("Houlihan Lokey"), as investment banker to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc., et al., the debtors and debtors-in-possession in the above captioned chapter 11 cases, and together with their non-debtor affiliates, hereby submits this amendment to supersede the prior hours and detail of its financial restructuring professionals as provided in its filed sixth interim fee application (the "Application") (Doc. No. 13489), for the allowance of interim compensation for professional services rendered from June 1, 2010 through and including September 30, 2010. Following a letter received by Houlihan Lokey from the Office of the United States Trustee for the Southern District of New York and a subsequent telephonic conversation regarding the contemporaneous hourly time records submitted in the Application,

Houlihan Lokey reviewed its hourly detail and has supplemented and amended the detail provided.[1]

Executed on February 17, 2011

HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC.
Investment Banker to the Official Committee of Unsecured Creditors


P. Eric Siegert
Managing Director


245 Park Avenue, 20th Floor
New York, New York  10167
Telephone:      (212) 497-4100
Facsimile:      (212) 661-1070

---

[1] Due to the volume of the time and expense records, and consistent with the Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation And Reimbursement Of Expenses of Professionals, dated June 25, 2009, these materials are not being filed with the Court, but copies thereof have been delivered to (i) the Court; (ii) the U.S. Trustee; (iii) the Debtors; (iv) counsel for the Debtors; and (v) the members of the Fee Committee.