UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                           :      Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :      08-13555 (JMP)
                                                                :      (Jointly Administered)
                         Debtors.                               :
                                                                :
------------------------------------------------------------------x      Ref. Docket Nos. 14193, 14497,
                                                                         14501 & 14509

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 17, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ Lauren Rodriguez
                                                Lauren Rodriguez

Sworn to before me this
18th day of February, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14193, 14497, 14501 & 14509_AFF_02-17-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  UBS AG, LONDON BRANCH
     TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A.
     ATTN: SHARON CANHAM
     ONE FINSBURY AVENUE
     LONDON    EC2M 2PP
     UNITED KINGDOM
```

Please note that your claim # 64062-06 in the above referenced case and in the amount of
         $286,070.33         has been transferred **(unless previously expunged by court order)**

```
     CYRUS SELECT OPPS. MASTER FUND, LTD.
     TRANSFEROR: UBS AG, LONDON BRANCH
     C/O CYRUS CAPITAL PARTNERS, L.P.
     399 PARK AVENUE, 39TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14193      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/17/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 17, 2011.

**EXHIBIT B**

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CYRUS SELECT OPPS. MASTER FUND, LTD. | TRANSFEROR: UBS AG, LONDON BRANCH C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| INTERCONTINENTAL OLYMPIC CLOVER CREEK, LLC | C/O OLYMPIC INVESTORS LLC 2801 ALASKAN WAY, SUITE 200 SEATTLE WA 98121 |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 5T HAVE., 29TH FLOOR NEW YORK NY 10022 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: INTERCONTINENTAL OLYMPIC CLOVER CREEK, LLC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| UBS AG, LONDON BRANCH | TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |

Total Number of Records Printed  9