UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                        :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                     :
:
------------------------------------------------------------x    Ref. Docket No. 14486

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 14, 2011, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motion, Pursuant to Section 1121(d) of the Bankruptcy Code, Requesting Third Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans of Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC," dated February 14, 2011 [Docket No. 14486], by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

/s/ Panagiota Manatakis

Sworn to before me this
16th day of February, 2011

/s/ Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\LBH\Affidavits\Cert of No Obj_DI 14486_AFF_2-14-11.doc

**EXHIBIT A**

| Name | Fax |
|---|---|
| OFFICE OF THE US TRUSTEE T H DAVIS E GASPARINI A SCHWARTZ | 212-668-2255 |
| Milbank; Dennis Dunne, Evan Fleck, Dennis ODonnell | 212-530-5219 |