UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
          Debtors.                                               :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket No. 14455

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 11, 2011, I caused to be served the "Declaration of Jeffrey Fitts in Support of Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Authorization and Approval of a Settlement and Compromise Among Lehman Brothers Holdings Inc., Lehman Commercial Paper Inc. and Swedbank AB, New York Branch," dated February 11, 2011 [Docket No. 14455], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
14th day of February, 2011

_____
Notary Public

                                                                    Samuel Garcia

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Declaration of Jeffrey Fitts in Support of Settlement Motion_DI 14455_AFF_2-11-11.doc

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

### Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
adoberman@profunds.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com

arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbara.scanlon@ozcap.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carlsons@sullcrom.com

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

(continued)

| | |
|---|---|
| carol.weinerlevy@bingham.com | davidwheeler@mvalaw.com |
| cbelisle@wfw.com | dbalog@intersil.com |
| cbelmonte@ssbb.com | dbarber@bslawyers.com |
| cbrotstein@bm.net | dbaumstein@whitecase.com |
| cgoldstein@stcwlaw.com | dbesikof@loeb.com |
| chammerman@paulweiss.com | dcimo@gjb-law.com |
| chardman@klestadt.com | dckaufman@hhlaw.com |
| charles@filardi-law.com | dcoffino@cov.com |
| charles_malloy@aporter.com | dcrapo@gibbonslaw.com |
| charu.chandrasekhar@wilmerhale.com | ddavis@paulweiss.com |
| chipford@parkerpoe.com | ddrebsky@nixonpeabody.com |
| chris.donoho@lovells.com | ddunne@milbank.com |
| christopher.schueller@bipc.com | deggermann@kramerlevin.com |
| clarkb@sullcrom.com | deggert@freebornpeters.com |
| clynch@reedsmith.com | demetra.liggins@tklaw.com |
| cmontgomery@salans.com | deryck.palmer@cwt.com |
| cohenr@sewkis.com | dfelder@orrick.com |
| cp@stevenslee.com | dflanigan@polsinelli.com |
| cpappas@dilworthlaw.com | dgrimes@reedsmith.com |
| craig.goldblatt@wilmerhale.com | dhayes@mcguirewoods.com |
| crmomjian@attorneygeneral.gov | dheffer@foley.com |
| cs@stevenslee.com | diconzam@gtlaw.com |
| csalomon@beckerglynn.com | dirk.roberts@ots.treas.gov |
| cschreiber@winston.com | djoseph@stradley.com |
| cshore@whitecase.com | dkleiner@velaw.com |
| cshulman@sheppardmullin.com | dkozusko@willkie.com |
| ctatelbaum@adorno.com | dladdin@agg.com |
| cwalsh@mayerbrown.com | dlemay@chadbourne.com |
| cward@polsinelli.com | dlipke@vedderprice.com |
| cweber@ebg-law.com | dludman@brownconnery.com |
| cweiss@ingramllp.com | dmcguire@winston.com |
| dallas.bankruptcy@publicans.com | dmurray@jenner.com |
| daniel.guyder@allenovery.com | dneier@winston.com |
| dave.davis@isgria.com | dodonnell@milbank.com |
| david.bennett@tklaw.com | dove.michelle@dorsey.com |
| david.crichlow@pillsburylaw.com | dowd.mary@arentfox.com |
| david.heller@lw.com | DPiazza@HodgsonRuss.com |
| david.seligman@kirkland.com | draelson@fisherbrothers.com |
| davids@blbglaw.com | |

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

(continued)

| | |
|---|---|
| dravin@wolffsamson.com | fyates@sonnenschein.com |
| drose@pryorcashman.com | gabriel.delvirginia@verizon.net |
| drosenzweig@fulbright.com | gbray@milbank.com |
| drosner@goulstonstorrs.com | george.davis@cwt.com |
| drosner@kasowitz.com | geraci@thalergertler.com |
| dshemano@pwkllp.com | ggitomer@mkbattorneys.com |
| dspelfogel@foley.com | giddens@hugheshubbard.com |
| dtatge@ebglaw.com | gkaden@goulstonstorrs.com |
| dwdykhouse@pbwt.com | glenn.siegel@dechert.com |
| dwildes@stroock.com | gmoss@riemerlaw.com |
| dworkman@bakerlaw.com | gravert@mwe.com |
| easmith@venable.com | gspilsbury@jsslaw.com |
| echang@steinlubin.com | guzzi@whitecase.com |
| ecohen@russell.com | harrisjm@michigan.gov |
| efile@willaw.com | harveystrickon@paulhastings.com |
| efleck@milbank.com | hbeltzer@mayerbrown.com |
| efriedman@friedumspring.com | heidi@crumbielaw.com |
| egeekie@schiffhardin.com | heim.steve@dorsey.com |
| eglas@mccarter.com | heiser@chapman.com |
| ehollander@whitecase.com | hirsch.robert@arentfox.com |
| ekbergc@lanepowell.com | hollace.cohen@troutmansanders.com |
| eli.mattioli@klgates.com | holsen@stroock.com |
| ellen.halstead@cwt.com | howard.hawkins@cwt.com |
| eobrien@sbchlaw.com | hseife@chadbourne.com |
| eric.johnson@hro.com | hsnovikoff@wlrk.com |
| eschaffer@reedsmith.com | icatto@kirkland.com |
| eschwartz@contrariancapital.com | igoldstein@dl.com |
| esmith@dl.com | ilevee@lowenstein.com |
| ezujkowski@emmetmarvin.com | info2@normandyhill.com |
| ezweig@optonline.net | ira.herman@tklaw.com |
| fbp@ppgms.com | isgreene@hhlaw.com |
| feldsteinh@sullcrom.com | israel.dahan@cwt.com |
| ffm@bostonbusinesslaw.com | iva.uroic@dechert.com |
| fhyman@mayerbrown.com | jaclyn.genchi@kayescholer.com |
| fishere@butzel.com | jacobsonn@sec.gov |
| francois.janson@hklaw.com | jafeltman@wlrk.com |
| frank.white@agg.com | james.mcclammy@dpw.com |
| fsosnick@shearman.com | james.sprayregen@kirkland.com |

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

(continued)

| | |
|---|---|
| jamestecce@quinnemanuel.com | jjtancredi@daypitney.com |
| jar@outtengolden.com | jjureller@klestadt.com |
| jason.jurgens@cwt.com | jkehoe@sbtklaw.com |
| jay.hurst@oag.state.tx.us | jlamar@maynardcooper.com |
| jay@kleinsolomon.com | jlawlor@wmd-law.com |
| Jbecker@wilmingtontrust.com | jlee@foley.com |
| jbeemer@entwistle-law.com | jlevitin@cahill.com |
| jbird@polsinelli.com | jlipson@crockerkuno.com |
| jbromley@cgsh.com | jliu@dl.com |
| jcarberry@cl-law.com | jlovi@steptoe.com |
| jchristian@tobinlaw.com | jlscott@reedsmith.com |
| Jdrucker@coleschotz.com | jmaddock@mcguirewoods.com |
| jdyas@halperinlaw.net | jmazermarino@msek.com |
| jean-david.barnea@usdoj.gov | jmcginley@wilmingtontrust.com |
| jeannette.boot@wilmerhale.com | jmelko@gardere.com |
| jeff.wittig@coair.com | jmerva@fult.com |
| jeffrey.sabin@bingham.com | jmmurphy@stradley.com |
| jeldredge@velaw.com | jmr@msf-law.com |
| jen.premisler@cliffordchance.com | john.monaghan@hklaw.com |
| jennifer.demarco@cliffordchance.com | john.rapisardi@cwt.com |
| jennifer.gore@shell.com | john@crumbielaw.com |
| jeremy.eiden@state.mn.us | joli@crlpc.com |
| jessica.fink@cwt.com | jorbach@hahnhessen.com |
| jfalgowski@reedsmith.com | Joseph.Cordaro@usdoj.gov |
| jflaxer@golenbock.com | joshua.dorchak@bingham.com |
| jfox@joefoxlaw.com | jowen769@yahoo.com |
| jfreeberg@wfw.com | JPintarelli@mofo.com |
| jg5786@att.com | jpintarelli@mofo.com |
| jgarrity@shearman.com | jporter@entwistle-law.com |
| jgenovese@gjb-law.com | jprol@lowenstein.com |
| jguy@orrick.com | jrabinowitz@rltlawfirm.com |
| jherzog@gklaw.com | jrsmith@hunton.com |
| jhiggins@fdlaw.com | jschwartz@hahnhessen.com |
| jhorgan@phxa.com | jsheerin@mcguirewoods.com |
| jhuggett@margolisedelstein.com | jshickich@riddellwilliams.com |
| jhuh@ffwplaw.com | jsmairo@pbnlaw.com |
| jim@atkinslawfirm.com | jstoll@mayerbrown.com |
| jjoyce@dresslerpeters.com | jtimko@allenmatkins.com |

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

(continued)

jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com

lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lmolfetta@mayerbrown.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

(continued)

| | |
|---|---|
| meltzere@pepperlaw.com | ncoco@mwe.com |
| metkin@lowenstein.com | neal.mann@oag.state.ny.us |
| mfeldman@willkie.com | ned.schodek@shearman.com |
| mgordon@briggs.com | newyork@sec.gov |
| mgreger@allenmatkins.com | nfurman@scottwoodcapital.com |
| mhanchet@mayerbrown.com | Nherman@morganlewis.com |
| mhopkins@cov.com | nissay_10259-0154@mhmjapan.com |
| michael.frege@cms-hs.com | nlepore@schnader.com |
| michael.kim@kobrekim.com | notice@bkcylaw.com |
| millee12@nationwide.com | oipress@travelers.com |
| miller@taftlaw.com | omeca.nedd@lovells.com |
| mimi.m.wong@irscounsel.treas.gov | paronzon@milbank.com |
| mitchell.ayer@tklaw.com | patrick.oh@freshfields.com |
| mjacobs@pryorcashman.com | paul.turner@sutherland.com |
| mjedelman@vedderprice.com | pbattista@gjb-law.com |
| MJR1@westchestergov.com | pbosswick@ssbb.com |
| mkjaer@winston.com | pdublin@akingump.com |
| mlahaie@akingump.com | peisenberg@lockelord.com |
| MLandman@lcbf.com | peter.gilhuly@lw.com |
| mlynch2@travelers.com | peter.macdonald@wilmerhale.com |
| mmendez@hunton.com | peter.simmons@friedfrank.com |
| mmooney@deilylawfirm.com | peter@bankrupt.com |
| mmorreale@us.mufg.jp | pfeldman@oshr.com |
| mmurphy@co.sanmateo.ca.us | phayden@mcguirewoods.com |
| mneier@ibolaw.com | pmaxcy@sonnenschein.com |
| monica.lawless@brookfieldproperties.com | pnichols@whitecase.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com |
| mprimoff@kayescholer.com | ppatterson@stradley.com |
| mpucillo@bermanesq.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrostle@jenner.com |
| mruetzel@whitecase.com | pwright@dl.com |
| mschimel@sju.edu | r.stahl@stahlzelloe.com |
| mshiner@tuckerlaw.com | raj.madan@bingham.com |
| msiegel@brownrudnick.com | rajohnson@akingump.com |
| mspeiser@stroock.com | ramona.neal@hp.com |
| mstamer@akingump.com | ranjit.mather@bnymellon.com |
| mvenditto@reedsmith.com | rbeacher@pryorcashman.com |
| mwarren@mtb.com | rbernard@bakerlaw.com |

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

(continued)

| | |
|---|---|
| rbyman@jenner.com | sabramowitz@velaw.com |
| rdaversa@orrick.com | sagolden@hhlaw.com |
| relgidely@gjb-law.com | Sally.Henry@skadden.com |
| rfleischer@pryorcashman.com | sandyscafaria@eaton.com |
| rfrankel@orrick.com | Sara.Tapinekis@cliffordchance.com |
| rfriedman@silvermanacampora.com | sbernstein@hunton.com |
| rgmason@wlrk.com | scargill@lowenstein.com |
| rgraham@whitecase.com | schannej@pepperlaw.com |
| rhett.campbell@tklaw.com | Schepis@pursuitpartners.com |
| RHS@mccallaraymer.com | schnabel.eric@dorsey.com |
| richard.lear@hklaw.com | schristianson@buchalter.com |
| richard.levy@lw.com | schwartzmatthew@sullcrom.com |
| richard.tisdale@friedfrank.com | Scott.Gibson@dubaiic.com |
| ritkin@steptoe.com | scottshelley@quinnemanuel.com |
| RJones@BoultCummings.com | scousins@armstrongteasdale.com |
| RLevin@cravath.com | sdg@yoss.com |
| rmatzat@hahnhessen.com | sdnyecf@dor.mo.gov |
| rnetzer@willkie.com | sehlers@armstrongteasdale.com |
| rnorton@hunton.com | sfelderstein@ffwplaw.com |
| robert.bailey@bnymellon.com | sfineman@lchb.com |
| robert.dombroff@bingham.com | sfox@mcguirewoods.com |
| robert.henoch@kobrekim.com | sgordon@cahill.com |
| robert.malone@dbr.com | sgubner@ebg-law.com |
| Robert.yalen@usdoj.gov | shannon.nagle@friedfrank.com |
| robertdakis@quinnemanuel.com | sharbeck@sipc.org |
| Robin.Keller@Lovells.com | shari.leventhal@ny.frb.org |
| ronald.silverman@bingham.com | shgross5@yahoo.com |
| rqureshi@reedsmith.com | sidorsky@butzel.com |
| rreid@sheppardmullin.com | slerner@ssd.com |
| rroupinian@outtengolden.com | slevine@brownrudnick.com |
| rrussell@andrewskurth.com | SLoden@DiamondMcCarthy.com |
| rterenzi@stcwlaw.com | smayerson@ssd.com |
| RTrust@cravath.com | smillman@stroock.com |
| russj4478@aol.com | smulligan@bsblawyers.com |
| rwasserman@cftc.gov | snewman@katskykorins.com |
| rwyron@orrick.com | sory@fdlaw.com |
| s.minehan@aozorabank.co.jp | spiotto@chapman.com |
| sabin.willett@bingham.com | splatzer@platzerlaw.com |

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

(continued)

| | |
|---|---|
| squigley@lowenstein.com | tmayer@kramerlevin.com |
| SRee@lcbf.com | tnixon@gklaw.com |
| sselbst@herrick.com | toby.r.rosenberg@irscounsel.treas.gov |
| sshimshak@paulweiss.com | tony.davis@bakerbotts.com |
| steele@lowenstein.com | tslome@msek.com |
| stephen.cowan@dlapiper.com | ttracy@crockerkuno.com |
| steve.ginther@dor.mo.gov | twheeler@lowenstein.com |
| steven.troyer@commerzbank.com | ukreppel@whitecase.com |
| steven.wilamowsky@bingham.com | vdagostino@lowenstein.com |
| Streusand@StreusandLandon.com | Villa@StreusandLandon.com |
| susan.schultz@newedgegroup.com | vmilione@nixonpeabody.com |
| susheelkirpalani@quinnemanuel.com | vrubinstein@loeb.com |
| swolowitz@mayerbrown.com | walter.stuart@freshfields.com |
| szuch@wiggin.com | wanda.goodloe@cbre.com |
| tannweiler@greerherz.com | WBallaine@lcbf.com |
| tarbit@cftc.gov | wbenzija@halperinlaw.net |
| tbrock@ssbb.com | wcurchack@loeb.com |
| tduffy@andersonkill.com | wfoster@milbank.com |
| teresa.oxford@invescoaim.com | william.m.goldman@dlapiper.com |
| TGoren@mofo.com | wiltenburg@hugheshubbard.com |
| thaler@thalergertler.com | wisotska@pepperlaw.com |
| thomas.califano@dlapiper.com | wk@pwlawyers.com |
| thomas.ogden@dpw.com | woconnor@crowell.com |
| Thomas_Noguerola@calpers.ca.gov | wrightth@sullcrom.com |
| timothy.brink@dlapiper.com | wsilverm@oshr.com |
| timothy.palmer@bipc.com | wswearingen@llf-law.com |
| tjfreedman@pbnlaw.com | wtaylor@mccarter.com |
| tkarcher@dl.com | wzoberman@bermanesq.com |
| tkiriakos@mayerbrown.com | yamashiro@sumitomotrust.co.jp |
| tlauria@whitecase.com | YUwatoko@mofo.com |
| tmacwright@whitecase.com | |

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

| Name | Fax |
|---|---|
| Office of the US Trustee T H Davis E Gasparini A Schwartz | 212-668-2255 |
| Internal Revenue Service | 212-436-1931 |
| **Additional Parties** | |
| DLA Piper William M Goldman | 212-884-8589 |
| Spruce CCS Ltd c/o Maples Finance | 345-945-7100 |

# EXHIBIT C

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

Office of the US Trustee
Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Spruce CCS, Ltd.
C/O Maples Finance Limited
Po Box 1093, Cricket Square
George Town, Grand Cayman  KY1 1102
Cayman Islands

GSEF Al Nawras (Cayman) Limited
C/O Scott Gibson, Legal Counsel Global Equities
DIFC Building 2, 4th Floor
Sheikh Zayed Road, P.O. Box 72888
Dubai
United Arab Emirates