WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                       :    08-13555 (JMP)
                                                                   :
                    Debtors.                                       :    (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION**
**TO PROOF OF CLAIM FILED BY DAVID SCHWARTZMAN [CLAIM NO. 22675]**

Pursuant to the *Notice of Withdrawal of Proof of Claim No. 22675*, dated February 17, 2011 [Docket No. 14565], the proof of claim filed by David Schwartzman [Claim No. 22675] was withdrawn, with prejudice.

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession, hereby withdraw, without prejudice, the *Debtors' Objection to Proof of Claim Filed By David Schwartzman [Claim No. 22675]*, dated November 25, 2009 [Docket No. 5951].

Dated:  February 18, 2011
        New York, New York

                                        /s/ Shai Y. Waisman
                                        Shai Y. Waisman

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession