UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                                       :       Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :       08-13555 (JMP)
:       (Jointly Administered)
Debtors.                                  :
:
---------------------------------------------------------------x       Ref. Docket Nos. 14504, 14505,
14520-14523, 14527, 14528, 14531,
14532, 14534, 14536, 14537, 14539
& 14540

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                                              ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 18, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
21st day of February, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14504, 14505, 14520-14523, 14527, 14528, 14531, 14532, 14534, 14536, 14537, 14539 & 14540_AFF_02-18-11.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  MACQUARIE BANK LIMITED
         ATTN: EXECUTIVE DIRECTOR, LEGAL RISK MANAGEMENT
         TREASURY AND COMMODITIES GROUP
         NO. 1 MARTIN PLACE
         SYDNEY    NSW2000
         AUSTRALIA

Please note that your claim # 18858 in the above referenced case and in the amount of $8,739,136.19 allowed at $7,948,980.96 has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| NORTHUMBRIAN MANAGEMENT,L.L.C.<br>TRANSFEROR: MACQUARIE BANK LIMITED<br>PO BOX 8284<br>NEW YORK NY 10150 | NORTHUMBRIAN MANAGEMENT,L.L.C.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: THOMAS T. JANOVER<br>1177 AVENUE OF AMERICAS<br>NEW YORK NY 10036 |

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14504 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/18/2011                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 18, 2011.

**EXHIBIT B**

```
TIME: 11:29:47                                   LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 02/18/11                                        CREDITOR LISTING

Name                                     Address
BARCLAYS BANK PLC                        TRANSFEROR: VENOR CAPITAL MASTER FUND LTD. 745 SEVENTH AVENUE NEW YORK NY 10019
CASPIAN ALPHA LONG CREDIT FUND, L.P.     TRANSFEROR: SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
CASPIAN ALPHA LONG CREDIT FUND, L.P.     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                         HARRISON NY 10528
CASPIAN CAPITAL PARTNERS LP              TRANSFEROR: SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD EDQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
CASPIAN CAPITAL PARTNERS LP              TRANSFEROR: SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
CASPIAN CAPITAL PARTNERS LP              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                         HARRISON NY 10528
CASPIAN CORPORATE LOAN FUND LLC          TRANSFEROR: SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
CASPIAN CORPORATE LOAN FUND LLC          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                         HARRISON NY 10528
CASPIAN CORPORATE LOAN FUND LLC          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                         HARRISON NY 10528
CASPIAN SELECT CREDIT MASTER FUND, LTD   TRANSFEROR: SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
CASPIAN SELECT CREDIT MASTER FUND, LTD   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                         HARRISON NY 10528
CASPIAN SELECT CREDIT MASTER FUND, LTD.  TRANSFEROR: SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004
CASPIAN SELECT CREDIT MASTER FUND, LTD.  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                         HARRISON NY 10528
CENTROSIM S.P.A.                         ATTN: MS. MARINA DJORDJEVIC - COMPLIANCE & LEGAL DEPARTMENT 37 VIA BROLETTO MILAN  20121 ITALY
CREDIT SUISSE                            ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                            CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                         TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: GIL GOLAN 11 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
CREDIT SUISSE AG                         TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
CREDIT SUISSE INTERNATIONAL              ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE INTERNATIONAL              CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON                 TRANSFEROR: CREDIT SUISSE ATTN: GIL GOLAN ELEVEN MADISON AVE., 5TH FL NEW YORK NY 10010
DEUTSCHE BANK AG, LONDON                 TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND, L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                 TRANSFEROR: CASPIAN CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                 TRANSFEROR: CASPIAN CORPORATE LOAN FUND LLC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                 TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                 TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
GARCIA, CRISTINA                         TRANSFEROR: MARINER LDC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
GARCIA, MARTA                            TRANSFEROR: MYA INVESTMENTS SA C/O BPI AV. LIBERDADE 180 A 8.  LISBOA  1250-146 PORTUGAL
INTESA SANPAOLO S.P.A.                   TRANSFEROR: MYA INVESTMENTS SA C/O BPI AV. LIBERDADE 180 A 8.  LISBOA  1250-146 PORTUGAL
                                         TRANSFEROR: CENTROSIM S.P.A. ATTN: LUIGI FIORI CARONES, LEGAL DEPARTMENT VIA VERDI 8 MILANO   20121 ITALY
JPMORGAN CHASE BANK, N.A.                TRANSFEROR: SORIN MASTER FUND, LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                TRANSFEROR: SORIN MASTER FUND, LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
LUMINANT ENERGY COMPANY LLC              C/O WHOLESALE CONTRACT ADMINISTRATION 500 N. AKARD STREET, LP-13 DALLAS TX 75201
LUMINANT ENERGY COMPANY LLC              HUNTON & WILLIAMS LLP ATTN: JARRETT HALE & JESSE MOORE 1445 ROSS AVE STE 3700 DALLAS TX 75202-2799
MACQUARIE BANK LIMITED                   ATTN: EXECUTIVE DIRECTOR, LEGAL RISK MANAGEMENT TREASURY AND COMMODITIES GROUP NO. 1 MARTIN PLACE SYDNEY  NSW2000 AUSTRALIA
MARINER LDC                              SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK NEW YORK NY 10004
MARINER LDC                              SEWARD & KISSEL LLP ATTN: JOHN R ASHMEAD ESQ/JUSTIN L SHEARER ESQ ONE BATTERY PARK NEW YORK NY 10004
MARINER LDC                              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                         HARRISON NY 10523
MARINER LDC                              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ADVISORS, LLC ATTN: RICHARD D HOLAHAN JR 500 MAMARONECK ROAD
                                         HARRISON NY 10528
MERRILL LYNCH CREDIT PRODUCTS, LLC       TRANSFEROR: LUMINANT ENERGY COMPANY LLC ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                         NEW YORK NY 10036
MYA INVESTMENTS SA                       60 MARKET SQUARE PO BOX 364 BELIZE CITY BZ   BELIZE
MYA INVESTMENTS SA                       FIDUCIARY DIRECTORS (BVI) LIMITED PORTLAND HOUSE GALCIS ROAD PO BOX 475 GIBRALTAR    GIBRALTA
NORTHUMBRIAN MANAGEMENT,L.L.C.           KRAMER LEVIN NAFTALIS & FRANKEL LLP ATTN: THOMAS T. JANOVER 1177 AVENUE OF AMERICAS NEW YORK NY 10036
NORTHUMBRIAN MANAGEMENT,L.L.C.           TRANSFEROR: MACQUARIE BANK LIMITED PO BOX 8284 NEW YORK NY 10150
NORTHUMBRIAN MANAGMENT,L.L.C.            KRAMER LEVIN NAFTALIS & FRANKEL LLP ATTN: THOMAS T. JANOVER 1177 AVENUE OF AMERICAS NEW YORK NY 10150
SORIN MASTER FUND, LTD                   TRANSFEROR: MACQUARIE BANK LIMITED PO BOX 8284 NEW YORK NY 10150
                                         400 ATLANTIC STREET, 12TH FLOOR STAMFORD CT 06901

                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:29:47                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:    2
DATE: 02/18/11                                    CREDITOR LISTING

Name                          Address
SORIN MASTER FUND, LTD.       400 ATLANTIC STREET, 12TH FLOOR STAMFORD CT 06901
UBS AG                        TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
VENOR CAPITAL MASTER FUND LTD. TRANSFEROR: DEUTSCHE BANK SECURITIES, INC. C/O VENOR CAPITAL MANAGEMENT LP SEVEN TIMES SQUARE, SUITE 3505 NEW YORK NY 10036


Total Number of Records Printed      50
```

EPIQ BANKRUPTCY SOLUTIONS, LLC