**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS,** | : | Case No. 08-13555 (JMP) |
| **INC.**, *et al.* | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       ) ss.:
COUNTY OF NEW YORK  )

Joseph Monzione, being duly sworn, deposes, and says:

1. I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

2. On February 18, 2011, I caused to be served copies of the **Response of Eton Park Fund, L.P. to Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims)** on the persons set forth on the attached service list.

3. I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent by hand delivery.

4. On February 22, 2011, I caused to be served a true copy of the aforementioned document, by hand delivery, on Elisabeth Gasparini and Andrea Schwartz, c/o Office of the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
22nd day of February, 2011

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2014

## SERVICE LIST

**By Hand Delivery**

Shai Waisman
Penny Reid
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne
Dennis O'Donnell
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005