**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

February 04, 2011

William A. Maher
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Holdings Inc, Pltfs. vs. Bank of America National Association, et al., Dfts. // To: Delaware Investment Advisors, Inc.

Case No. 08-13555

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Delaware Investment Advisors Inc..

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517965452

FedEx Tracking# 796728797694

FEB - 9 2011

cc: United States Bankruptcy Court Southern District
One Bowling Green,
New York, NY 10004-1408