UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                :
In re                                           :     Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :     08-13555 (JMP)
                                                :
         Debtors.                               :     (Jointly Administered)
                                                :
                                                :
----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF MOTION OF
### COSCAN CONSTRUCTION, LLC FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Coscan Construction, LLC is withdrawing with prejudice its motion for relief from the automatic stay [Docket No. 7226].

**Dated: February 22, 2011.**
    **New York, New York.**

                                Respectfully Submitted,

                                **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                Attorneys for Coscan Construction, LLC
                                National City Building
                                200 East Broward Blvd., Suite 1110
                                Ft. Lauderdale, Florida 33301
                                Telephone: (954) 453-8000
                                Facsimile : (954) 453-8010
                                E-mail: bhouston@gjb-law.com

                                By:  /s/ Robert F. Elgidely
                                     Robert F. Elgidely, Esq.
                                     Florida Bar No. 111856
                                     New York Bar No. 2954618
                                     Bart A. Houston, Esq.
                                     Florida Bar No.  623636

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Withdrawal was served to all registered users through the CM/ECF System or by U.S. Mail to all other parties on the attached service list on the 22nd of February, 2011.

By: /s/ Robert F. Elgidely
Robert F. Elgidely, Esq.
Florida Bar No. 111856
New York Bar No. 2954618

Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtor