DATE:        02 FEBRUARY 2011

TO   :       UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT
             OF NEW YORK

RE   :       LEHMAN BROTHERS HOLDINGS INC., ET AL., KNOWN AS THE
             DEBTORS
             CHAPTER 11 CASE NO 08-13555
             NOTICE OF HEARING ON DEBTORS' EIGHT-FIRST OMNIBUS
             OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

CLAIMANT: ONG STEPHEN CHUA & ONG ELIZABETH YUTAN

DESCRIPTION: EUR600,000 PERPETUAL LEHMAN UK IV 5.75% CALL DATE 25
             APRIL 2012 (ISIN NO XS0282978666)
             EUR50,000 PERPETUAL LEHMAN BROS II 5.125% CALL DATE
             21 SEPTEMBER 2009 (ISIN NO XS0229269856)

THE CLAIM SHOULD NOT BE DISALLOWED, EXPUNGED, REDUCED OR
RECLASSIFIED AS THESE ARE OBLIGATIONS TO BONDHOLDERS BY THE
DEBTORS.

CONTACT DETAILS:
NAME: ONG STEPHEN CHUA & ONG ELIZABET YUTAN
ADDRESS: 4TH FLOOR FLAT A GREENFIELD MANSION #8 KINGSTON STREET
CAUSEWAY BAY HONG KONG
TEL NO: +852 61844295

SINCERELY YOURS,



ONG STEPHEN CHUA&ONG ELIZABETH YUTAN

RECEIVED
FEB - 9 2011
U.S. BANKRUPTCY COURT, SDNY
JMP