James H.M. Sprayregen, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

   - and -

David R. Seligman, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Drive
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel for the Liquidators of Lehman Brothers Australia Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that Maria Ginzburg hereby withdraws as counsel for the Liquidators of Lehman Brothers Australia Limited in the above-captioned cases and requests that her name be removed from the Court's mailing matrix and service list for these cases. The previous contact information for Maria Ginzburg was as follows:

> KIRKLAND & ELLIS LLP
> 601 Lexington Avenue
> New York, New York 10022-4611
> Telephone:  (212) 446-4800
> Facsimile:  (212) 446-4900
> Attn:  Maria Ginzburg
>        maria.ginzburg@kirkland.com

PLEASE TAKE FURTHER NOTICE that this Notice is with respect to Maria Ginzburg only, and is not intended to affect service requested by the current counsel for the Liquidators of

K&E 18457609

Lehman Brothers Australia Limited, or their continued listing in the mailing matrix and service list for these cases.

Dated:  February 22, 2011
       New York, New York

                                          */s/ David R. Seligman*
**KIRKLAND & ELLIS LLP**
James H.M. Sprayregen, P.C.
601 Lexington Avenue
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

- and -

**KIRKLAND & ELLIS LLP**
David R. Seligman, P.C.
300 North LaSalle Street
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel for the Liquidators of Lehman Brothers Australia Limited*

2