**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                    :

In re                           :       **Chapter 11 Case No.**
                                      :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :       **08-13555 (JMP)**
                                      :       **(Jointly Administered)**

        **Debtors.**                  :
                                      :

------------------------------------------------------------------------x   **Ref. Docket No. 14487**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

SAMUEL GARCIA, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On February 14, 2011, I caused to be served the "Notice of Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), for an Extension of Deadline for Service of Avoidance Actions to June 30, 2011," dated February 14, 2011, to which was attached the "Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), for an Extension of Deadline for Service of Avoidance Actions to June 30, 2011," dated February 14, 2011 [Docket No. 14487], by causing true and correct copies to be:

    i.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.   delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>,

    iii.  enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv.  enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Samuel Garcia

Sworn to before me this
15th day of February, 2011

Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

-2-

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

### Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
adoberman@profunds.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbara.scanlon@ozcap.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com

dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com

guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

| | |
|---|---|
| jeff.wittig@coair.com | john.monaghan@hklaw.com |
| jeffrey.sabin@bingham.com | john.rapisardi@cwt.com |
| jeldredge@velaw.com | john@crumbielaw.com |
| jen.premisler@cliffordchance.com | joli@crlpc.com |
| jennifer.demarco@cliffordchance.com | jorbach@hahnhessen.com |
| jennifer.gore@shell.com | Joseph.Cordaro@usdoj.gov |
| jeremy.eiden@state.mn.us | joshua.dorchak@bingham.com |
| jessica.fink@cwt.com | jowen769@yahoo.com |
| jfalgowski@reedsmith.com | JPintarelli@mofo.com |
| jflaxer@golenbock.com | jpintarelli@mofo.com |
| jfox@joefoxlaw.com | jporter@entwistle-law.com |
| jfreeberg@wfw.com | jprol@lowenstein.com |
| jg5786@att.com | jrabinowitz@rltlawfirm.com |
| jgarrity@shearman.com | jrsmith@hunton.com |
| jgenovese@gjb-law.com | jschwartz@hahnhessen.com |
| jguy@orrick.com | jsheerin@mcguirewoods.com |
| jherzog@gklaw.com | jshickich@riddellwilliams.com |
| jhiggins@fdlaw.com | jsmairo@pbnlaw.com |
| jhorgan@phxa.com | jstoll@mayerbrown.com |
| jhuggett@margolisedelstein.com | jtimko@allenmatkins.com |
| jhuh@ffwplaw.com | jtimko@shutts.com |
| jim@atkinslawfirm.com | jtougas@mayerbrown.com |
| jjoyce@dresslerpeters.com | judy.morse@crowedunlevy.com |
| jjtancredi@daypitney.com | jwallack@goulstonstorrs.com |
| jjureller@klestadt.com | jwang@sipc.org |
| jkehoe@sbtklaw.com | jwcohen@daypitney.com |
| jlamar@maynardcooper.com | jweiss@gibsondunn.com |
| jlawlor@wmd-law.com | jwest@velaw.com |
| jlee@foley.com | jwh@njlawfirm.com |
| jlevitin@cahill.com | jwhitman@entwistle-law.com |
| jlipson@crockerkuno.com | k4.nomura@aozorabank.co.jp |
| jliu@dl.com | karen.wagner@dpw.com |
| jlovi@steptoe.com | KDWBankruptcyDepartment@kelleydrye.com |
| jlscott@reedsmith.com | keith.simon@lw.com |
| jmaddock@mcguirewoods.com | Ken.Coleman@allenovery.com |
| jmazermarino@msek.com | ken.higman@hp.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com |
| jmerva@fult.com | kkelly@ebglaw.com |
| jmmurphy@stradley.com | klyman@irell.com |
| jmr@msf-law.com | kmayer@mccarter.com |

## LEHMAN BROTHERS HOLDINGS INC.

### SERVICE LIST

kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lmolfetta@mayerbrown.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com

mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com

pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbernard@bakerlaw.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdg@yoss.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com

spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com

# LEHMAN BROTHERS HOLDINGS INC.

### SERVICE LIST

vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

### Additional Parties

adarwin@nixonpeabody.com
chammerman@paulweiss.com
ddavis@paulweiss.com
ddunne@milbank.com
dlee@nixonpeabody.com
dthacker@paulweiss.com
ericwinston@quinnemanuel.com
eschaffer@reedsmith.com
heiser@chapman.com
jfeldman@sidley.com
jvanroy@zeklaw.com
krudd@zeklaw.com
lacyr@sullcrom.com
mblocker@sidley.com
mcordone@stradley.com
mdorval@stradley.com

mgburke@sidley.com
michael.johnson@alston.com
mvenditto@reedsmith.com
ppatterson@stradley.com
robertdakis@quinnemanuel.com
rpedone@nixonpeabody.com
sbonnet@sidley.com
scruickshank@sidley.com
sshimshak@paulweiss.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

| Name | Fax |
| --- | --- |
| Office of the US Trustee T H Davis E Gasparini A Schwartz | 212-668-2255 |
| Internal Revenue Service | 212-436-1931 |

**EXHIBIT C**

| Claim Name | Address Information |
| --- | --- |
| 801 GRAND CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| 801 GRAND CDO SERIES 2006-2 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| 801 GRAND CDO SPC,FAO THE SERIES 2006-1 | C/O MAPLES FINANCE LIMITED PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| 801 GRAND CDO SPC,FAO THE SERIES 2006-2 | C/O MAPLES FINANCE LIMITED PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| AC CAPITAL PARTNERS LTD. | 19/20 CITY QUAY DUBLIN 2 IRELAND |
| ACA FINANCIAL GUARANTY CORPORATION | 600 FIFTH AVE. 2ND FL. NEW YORK NY 10020 |
| ALSTON & BIRD LLP | ATTN: MICHAEL JOHNSON (COUNSEL TO BANK OF AMERICA, N.A.) 90 PARK AVENUE NEW YORK NY 10016 |
| ALSTON & BIRD LLP | ATTN: JOHN C. WEITNAUER (COUNSEL TO BANK OF AMERICA, N.A.) ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| ALSTON HUNT FLOYD & ING | 1001 BISHOP STREET 18TH FLOOR, ASB TOWER HONOLULU HI 96813 |
| ALTA CDO LLC, FOR SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| ALTA CDO LLC, FOR SERIES 2007-2 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| ALTA CDO SPC, F/A/O THE SERIES 2007-1 | SEG. PORTF MAPLE FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| ALTA CDO SPC, F/A/O THE SERIES 2007-2 | SEG. PORTF. MAPLE FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| AMANDA D. DARWIN | RICHARD C. PEDONE NIXON PEABODY, LLP COUNSEL FOR DEUTSCHE BANK TRUST COMPANY AMERICAS 100 SUMMER STREET BOSTON MA 02110 |
| ASTERI GROUP LTD. | 200 PARK AVE. S., STE. 1511 NEW YORK NY 10003 |
| BABSON CAPITAL MANAGEMENT | 1500 MAIN STREET SPRINGFIELD MA 01115-5189 |
| BANCO CREDITO DEL PERU | 410 PARK AVENUE NEW YORK NY 10022-4407 |
| BANK OF CHINA | 410 MADISON AVE. NEW YORK NY 10017 |
| BARCLAYS BANK PLC | 200 PARK AVE. NEW YORK NY 10003 |
| BARTON SPRINGS CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BARTON SPRINGS CDO SERIES 2005-2 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BARTON SPRINGS CDO SPC, F/A/O THE SERIES | 2005-2 SEG. PORTF, MAPLE FINANCE LTD. PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BARTON SPRINGS CDO SPC, FAO THE SERIES | 2005-1 SEG. PORTF, MAPLE FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET,GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BASIS CAPITAL PTY LIMITED | PO BOX 2003 GEORGE TOWN CAYMAN ISLANDS GRAND CAYMAN KY1-9002 BRITISH WEST INDIES |
| BASIS YIELD ALPHA CAPITAL | WALKER HOUSE 87 MARY STREETGEORGE TOWN CAYMAN ISLANDS GRAND CAYMAN KY1-9002 BRITISH WEST INDIES |
| BEAR STEARNS ASSET MANAGEMENT | 383 MADISON AVE. 29TH FL. NEW YORK NY 10179 |
| BENEFICIAL LIFE INSURANCE CO. | C/O J. DAVID PEARCE 150 SOCIAL HALL AVE. P.O. BOX 45654 SALT LAKE CITY UT 84145-0654 |
| BLACKROCK, INC. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| BLUE CROSS BLUE SHIELD | 225 NORTH MICHIGAN AVE. CHICAGO IL 60601 |
| BLUE POINT CDO SERIES 2005-1 LLC | C/O J. DAVID PEARCE 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BLUE POINT CDO SERIES 2005-2 LLC | C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BLUE POINT CDO SPC, F/A/O THE SERIES | 2005-1 SEG PORTF-ISSUER, MAPLES FIN LTD. QUEENSGATE HOUSE, PO BOX 1093 GT SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BLUE POINT CDO SPC, F/A/O THE SERIES | 2005-2 SEG.PORTF-ISSUER, MAPLES FIN LTD. QUEENSGATE HOUSE, PO BOX 1093 GT SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CALYON NEW YORK | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CANADIAN IMPERIAL BANK OF COMMERCE | 199 BAY STREET, COMMERCE COURT WEST, TORONTO ON M5L 1A2 CANADA |
| CENTRAL REINSURANCE CORP. | 12F 53 NANKING EAST ROAD, SECTION 2, TAIPEI  104 TAIWAN |

| Claim Name | Address Information |
|---|---|
| CHAPMAN AND CUTLER LLP | CRAIG PRICE, ESQ. (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CHAPMAN AND CUTLER LLP | JAMES E. SPIOTTO, ESQ., ANN E. ACKER, ESQ. FRANKLIN H. TOP, III, ESQ., JAMES HEISNER, ESQ. (COUNSEL TO U.S. BANK NATIONAL ASSOCAITION) CHICAGO IL 60603 |
| CHERRY HILL CDO LLC FOR SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| CHERRY HILL CDO LLC FOR SERIES 2007-2 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| CHERRY HILL CDO SPC, F/A/O THE SERIES | 2007-1 SEG PORTF-ISSUER, MAPLES FIN LTD. PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHERRY HILL CDO SPC, F/A/O THE SERIES | 2007-2 SEG PORTF-ISSUER, MAPLES FIN LTD. PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHEYNE CAPITAL MANAGEMENT (UK) LLP | STORNOWAY HOUSE 13 CLEVELAND ROW LONDON SW1A 1DH UNITED KINGDOM |
| CITIGROUP ALTERNATIVE INVESTMENTS LLC | C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |
| COPPER CREEK CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| COPPER CREEK CDO SPC, F/A/O SERIES | 2007-1 SEG PORTF, MAPLES FIN LTD. PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CROWN CITY CDO 2005-1 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLAND |
| CROWN CITY CDO 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CROWN CITY CDO 2005-2 LIMITED | C/O MAPLES FINANCE LIMITED PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CROWN CITY CDO 2005-2 LLC | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CSFB ALTERNATIVE CAPITAL I | 11 MADISON AVE. NEW YORK NY 10010-3629 |
| CSFB CDO-CITI | 11 MADISON AVE. NEW YORK NY 10010-3629 |
| DAVID H. LEE | NIXON PEABODY, LLP COUNSEL FOR DEUTSCHE BANK TRUST COMPANY AMERICAS 437 MADISON AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET 27TH FLOOR NEW YORK NY 10005 |
| DEXIA | PLACE ROGIER 11B BRUSSELS 1210 BELGIUM |
| EDISON INTERNATIONAL | C/O VIVKI KAISER 2244 WALNUT GROVE AVENUE ROSEMEAD CA 91770 |
| ELLIOT ASSOCIATES, L.P. | 712 5TH AVE. NEW YORK NY 10019 |
| EQUITY GROUP, INC. | 800 THIRD AVE. 39TH FLOOR NEW YORK NY 10022 |
| ETHIAS SA | RUE DES CROISIERS 24 LIEGE 4000 BELGIUM |
| FAR GLORY LIFE INSURANCE CO., LTD. | 200 KEELUNG ROAD 18F SEC 1 TAIPEI 11042 TAIWAN |
| FAXTOR SECURITIES BV | STRAWINSKYLAAN 377 1077 XX AMSTERDAM NETHERLANDS |
| FREEDOM PARK CDO SERIES 2005-1 LIMITED | C/O MAPLES FINANCE LIMITED PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| FREEDOM PARK CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| FULLERTON DRIVE CDO LIMITED | C/O MAPLES FINANCE LIMITED PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| FULLERTON DRIVE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 9 EAST LOOKERMAN ST., SUITE 1B DOVER DE 19901 |
| GARADEX INC. | 1840 -1245 RUE SHERBROOKE O MONTREAL QC H3G 1G2 CANADA |
| GARLAND INVESTMENT MANAGEMENT INC. | C/O BRUCE GARLAND 920 COUNTRY CLUB DRIVE SUITE 2B MORAGA CA 94556-1954 |
| GATEX PROPERTIES INC. | 1245 QUEST RUE SHERBROOKE ST. W. STE. 1640 MONTREAL QC CANADA |
| GOLDMAN SACHS US MORTGAGES SAI FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT GROUP 4900 SEARS TOWER CHICAGO IL 60606 |
| GORDON RAUSSER | (DEFINED BENEFIT PENSION PLAN) 222 NORTH LASALLE STREET SUITE 210 CHICAGO IL 60601 |
| GORDON RAUSSER | 222 NORTH LASALLE STREETSUITE 210 CHICAGO IL 60601 |
| GORDON RAUSSER (IRA) | 222 NORTH LASALLE STREETSUITE 210 CHICAGO IL 60601 |
| GREYSTONE CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| GREYSTONE CDO SERIES 2006-2 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| GREYSTONE CDO SPC, FAO THE SERIES | SEGR PORTF, MAPLES FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH |

| Claim Name | Address Information |
| --- | --- |
| 2006-1 | STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO SPC, FAO THE SERIES 2006-2 | SEGR PORTF, MAPLES FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| IKB DEUTSCHE INDUSTRIEBANK | WILHELM-B TZKES-STRAÄE 1 40474 D SSELDORF P.O. BOX 10 11 18 Ú 40002 DUSSELDORF GERMANY |
| INTERNATIONAL BANK OF TAIPEI | 36 NAN KING EAST ROAD SECTION 3 TAIPEI 10411 TAIWAN |
| IRON FINANCIAL | 630 DUNDEE RD SUITE 200 NORTHBROOK IL 60062 |
| JA HOKKAIDO SHINREN | 245 PARK AVE. NEW YORK NY 10167-0104 |
| JEFFERSON VALLEY CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| JEFFERSON VALLEY CDO SPC-FAO THE SERIES | 2006-1 SEGR PORTF MAPLES FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| JOHN C. WEITNAUER, ESQ. | ALSTON & BIRD LLP ONE ATLANTIC CENTER 1201 WEST PEACHTREE COUNSEL FOR BANK OF AMERICA NATIONAL ASSOCIATION ATLANTA GA 30309-3424 |
| KINGS RIVER LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLAND |
| KINGS RIVER LLC | 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| KOREA'S NATIONAL AGRICULTURAL | COOPERATIVE FEDERATION 75 CHUNGJONGRO 1-GA JUNG-GU SEOUL KOREA |
| KOREA'S NATIONAL AGRICULTURAL | COOPERATIVE FEDERATION 9F IMKWANG B/D, 267 MIKEUN-DONG SEODAEMUN-GU SEOUL KOREA |
| KUO HUA LIFE INSURANCE, LTD. | 3F 42 CHUNG SHAN NORTH ROAD SECTION 2 TAIPEI TAIWAN |
| LAKEVIEW CDO LLC SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO LLC, FOR THE ACCOUNT OF THE | SERIES 2007-2 SEGREGATED PORTFOLIO C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO LLC, FOR THE ACCOUNT OF THE | SERIES 2007-3 SEGREGATED PORTFOLIO C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-1 | SEGR PORTF, C/O MAPLES FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-2 | SEGR PORTF, C/O MAPLES FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-3 | SEGR PORTF, C/O MAPLES FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| MAGNETAR CAPITAL | 1603 ORRINGTON AVE. 13TH FLOOR EVANSTON IL 60201 |
| MBIA CAPITAL MANAGEMENT CORPORATION | 113 KING ST. ARMONK NY 10504 |
| MICHAEL E. JOHNSON, ESQ. | COUNSEL FOR BANK OF AMERICA NATIONAL ASSOCIATION ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10016 |
| MKP CAPITAL MANAGEMENT LLC | C/O NATIONAL CORPORATE RESEARCH, LTD 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| MODERN WOODMEN | 1701 1ST AVE. ROCK ISLAND IL 61201 |
| MONEYGRAM USA | 1550 UTICA AVE. SOUTH ST. LOUIS PARK MN 55416 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | 277 EAST TOWN STREET COLUMBUS OH 43215-4642 |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) HERRENGASSE 1-3, A-1010 VIENNA AUSTRIA |
| PANTERA VIVE CDO F/A/O THE SERIES | 2007-1 C/O MAPLES FINANCE LTD, PO BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PANTERA VIVE CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | STEPHEN J. SHIMSHAK, ESQ. DOUGLAS DAVIS ESQ. & CLAUDIA HAMMERMAN ESQ. (COUNSEL TO CITIBANK, N.A.) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PB CAPITAL CORPORATION | C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |
| PEBBLE CREEK LCDO 2007-2, LLC | DEUTSCHE INTL CORPORATE SERVICES (DELAWARE), 1011 CENTRE RD., SUITE 200 WILMINGTON DE 19805 |
| PEBBLE CREEK LCDO 2007-2, LTD., | C/O DEUTSCHE BANK (CAYMAN) LTD. P.O. BOX 1984 GT GRAND CAYMAN KY-1104 CAYMAN ISLANDS |
| PENN'S LANDING CDO LLC | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |

| Claim Name | Address Information |
|---|---|
| PENN'S LANDING CDO SPC, F/A/O THE SERIES | 2007-1 SEGREGATED PORTFOLIO MAPLES FIN LTD, PO BOX 1093GT QUEENSGATE HOUSE, S CHURCH ST GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| PHOENIX 2001-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PHOENIX 2002-1 LIMITED | C/O M&C CORPORATE SERVICES LTD. P.O. BOX 309 GT, UGLAND HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| PHOENIX 2002-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| PHOENIX 2002-2 LIMITED | QUEENSGATE HOUSE, PO BOX 1093 GT SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| PRINCETON ADVISORY GROUP, INC. | C/O MUNISH SOOD 700 ALEXANDER PARK SUITE 201 PRINCETON NJ 08540 |
| PRINCIPAL GLOBAL INVESTORS | LEVEL 4 10 GRESHAM STREET LONDON EC2V 7JD UNITED KINGDOM |
| PRINCIPAL GLOBAL INVESTORS, | (EUROPE) LIMITED LEVEL 4 10 GRESHAM STREET LONDON EC2V 7JD UNITED KINGDOM |
| PYXIS ABS CDO 2007-1 LLC | C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PYXIS ABS CDO 2007-1 LTD. | C/O MAPLES FINANCE LIMITED QUEENSGATE HOUSE, PO BOX 1093 GT SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| QUARTZ FINANCE PLC | AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| RAACLC TRUST, SERIES 2003-A | C/O DEUTSCHE BANK TRUST COMPANY AMERICAS, 60 WALL STREET 27TH FLOOR NEW YORK NY 10015 |
| RABOBANK GROUP | CROESELAAN 18 31 30 216 00 00 UTRECHT P8 10022 NETHERLANDS |
| RABOBANK INTERNATIONAL | 10 EXCHANGE PLACE 16TH FL. JERSEY CITY NJ 07302 |
| RABOBANK INTERNATIONAL NEW YORK BRANCH | 245 PARK AVE. NEW YORK NY 10167-3700 |
| REED SMITH LLP | ATTN: MICHAEL J. VENDITTO COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LIMITED 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO THE BANK OF NEW YORK MELLON & BNY CORPORATE TRUSTEE SERVICES LTD.) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2005-19-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2005-21-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL.-MAIN STAT EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-1-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL.-MAIN STAT EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2007-4-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL- MAIN STAT-EX-MA-FED BOSTON MA 02110 |
| RGA LLC | C/O BCRA CO 221 BOLIVAR STREET SUITE 101 JEFFERSON CITY MO 65101 |
| ROBINSON B. LACY | (COUNSEL TO BARCLAYS BANK PLC) SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004-2498 |
| ROTHSCHILD ASSET MANAGEMENT INC. | 1251 AVE. OF THE AMERICAS 44TH FLOOR NEW YORK NY 10020 |
| RUBY FINANCE PLC, F/A/O THE SERIES | 2006-4 AIB INTERNATIONAL CENTRE INTL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, F/A/O THE SERIES | 2007-1 AIB INTERNATIONAL CENTRE INTL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, FOR THE ACCOUNT OF THE | SERIES 2005-1 AIB INTERNATIONAL CENTRE INTL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| SECURITIZED PRODUCT OF REST COLL LTD SPC | FAO SERIES 2007-1 TABXSPOKE 07-1 40-100 SEGR PORTF-ISSER, MAPLES FINANCE LTD BOX 1093GT QUEENSGATE HOUSE, S CHURCH ST GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SECURITIZED PRODUCT OF RESTR COLL LTD | F/A/O THE SERIES 2007-1 FEDERATION A-2 SEGR PORTF-ISSUE, MAPLES FINANCE LTD BOX 1093GT, QUEENSGATE HOUSE-S CHURCH ST GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SECURITIZED PRODUCT OF RESTR. COLLAT LTD | F/A/O THE SERIES 2007-1 FEDERATION A-1 SEG PORTF-ISSUER, MAPLES FINANCE LTD. BOX 1093GT-QUEENSGATE HOUSE, S CHURCH ST GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| SENECA CAPITAL MANAGEMENT LLC | 909 MONTGOMERY STREET SAN FRANCISCO CA 94133-4618 |
| SENTINEL MANAGEMENT GROUP INC. | C/O ERIC A BLOOM 650 DUNDEE ROAD SUITE 460 NORTHBROOK IL 60062 |
| SERIES 2007-1 TABXSPOKE | (07-1 40-100) LLC C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| SHIELD SECURITIES | SHIELD HOUSE 27A KINGSMEAD FARMBOROUGH HAMPSHIRE GU14 7SJ UNITED KINGDOM |
| SHIN KONG INSURANCE CO. LTD. | 5-12 F NO. 13 CHIENKUO N RD. SEC 2 TAIPEI 104 TAIWAN |
| SHIN KONG LIFE INSURANCE CO., LTD. | SHIN KONG LIFE TOWER 66 CHUNG-HSIAO WEST ROAD SECTION 1 TAIPEI TAIWAN |
| SHINHAN BANK | FINANCIAL ENGINEERING CENTER 120 BUNJI TAUPYEONG-RO 2-GA, JUNG-GU SEOUL 100-724 KOREA |
| SIDLEY AUSTIN LLP | MICHAEL G. BURKE, ESQ. (COUNSEL TO PRINCIPAL GLOBAL INVESTORS, EUROPE LIMITED; PRINCIPAL GLOBAL INVESTORS DELPHI FINANCIAL GROUP) 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SIDLEY AUSTIN LLP | MARK B. BLOCKER, ESQ. JOEL S FELDMAN, ESQ SIMONE R BONNET, ESQ (COUNSEL TO DELPHI FINANCIAL) ONE SOUTH DEARBORN CHICAGO IL 60603 |
| SIDLEY AUSTIN LLP | ONE SOUTH DEARBORN MARK B. BLOCKER, ESQ., JOEL S. FELDMAN, ESQ. & SIMONE R. BONNET, ESQ. (COUNSEL TO PRINCIPAL GLOBAL INVESTORS,(EUROPE) LIMITED; PRINCIPAL GLOBAL INVESTORS) CHICAGO IL 60603 |
| SOCIETE GENERALE | 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOLAR V CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SOLAR V CDO SPC, F/A/O THE SERIES 2007-1 | SEGR PORTF, MAPLES FINANCE LTD PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| SOUTHERN MISSOURI BANCORP, INC. | C/O DONALD R CRADELL 531 VINE STREET PO BOX 520 POPLAR BLUFF MO 63902 |
| STONE TOWER | 152 WEST 57TH STREET NEW YORK NY 10019-3386 |
| STOWE CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| STOWE CDO SERIES | 2006-1 LLC C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| STOWE CDO SPC, F/A/O THE SERIES 2006-1 | SEGR PORTF, STOWE CDO SPC ACCOUNT OF THE PORTF - MAPLES FIN LTD. BOX 1093GT, QUEENSGATE HOUSE S CHURCH ST GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| STOWE CDO SPC, FOR THE | ACCOUNT OF THE SERIES 2008-2A C/O MAPLES FINANCE LIMITED P.O. BOX 1093 BOUNDRY HALL, CRICKET SQUARE GRAND CAYMAN KYI-1102 CAYMAN ISLANDS |
| STRADLEY RONON STEVENS & YOUNG, LLP | PAUL A PATTERSON; MICHAEL CORDONE; MARK DORVAL (COUNSEL TO DELAWARE INVESTEMENT ADV ET AL) 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103 |
| SUNSET PARK CDO LIMITED SPC, F/A/O THE | SERIES 2005-5 SEGR PORTF SUNSET PARK CDO LTD. - MAPLES FIN LTD BOX 1093GT, QUEENSGATE HOUSE S CHURCH ST GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SUNSET PARK CDO SERIES | 2005-5 LLC C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| SUNSET PARK CDO SERIES | 2005-6 LLC C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| SUNSET PARK CDO SERIES 2005-6 LTD | C/O MAPLES FINANCE LIMITED PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| SUSQUAHANA BANK | C/O WILLIAM T BELDEN, PRESIDENT 9 E. MAIN STREET LITITZ PA 17543 |
| SWISS LIFE LTD. | GENERAL-GUISAN-QUAI 40P.O. BOX 8022 ZURICH SWITZERLAND |
| TAIWAN LIFE | 17 HSU CHANG STREET, 18TH FLOOR TAIPEI TAIWAN |
| TAVARES SQUARE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| TAVARES SQUARE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 9 EAST LOOKERMAN ST., SUITE 1B DOVER DE 19901 |
| TAYLOR CREEK LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLAND |
| TAYLOR CREEK LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| THE BANK OF FUKUOKA, LTD. | ONE LIBERTY PLAZA 165 BROADWAY 47TH FL. NEW YORK NY 10006 |
| THE DAEGU BANK, LTD. | 118 SUSEONG-DONG 2-GA SUSEONG-GU DAEGU 706-712 SOUTH KOREA |
| THE OCEANIC HEDGE FUND | 1 ALBERMARLE STREET LONDON W1S4HA LONDON UNITED KINGDOM |
| TOM DEPPING | MAIN STREET BANK P.O. BOX 5799 KINGWOOD TX 77325 |
| TRAVELERS EXPRESS COMPANY INC. | 1550 UTICA AVE. SOUTH MINNEAPOLIS MN 55416 |

| Claim Name | Address Information |
|---|---|
| TRUST CO. OF THE WEST INC. | 865 FIGUEROA STREET, STE 1800, LOS ANGELES CA 90017 |
| U.S. BANK NATIONAL ASSOCIATION | 1 FEDERAL ST. 3RD FLOOR MAIN STATION EX-MA-FED BOSTON MA 02110 |
| U.S. BANK TRUST NATIONAL ASSOCIATION | 100 WALL STREET NEW YORK NY 10005 |
| UNION INVESTMENT GROUP | WIESENHŠTTENSTR. 10 FRANKFURT D-60329 GERMANY |
| UNIQA ALTERNATIVE INVESTMENTS | UNTERE DONAUSTRASSE 21 VIENNA 1020 AUSTRIA |
| VANDERBILT CAPITAL ADVISORS | 200 PARK AVE. 20TH FLOOR NEW YORK NY 10166 |
| VERITAS CAPITAL | 590 MADISON AVE. 41ST FLOOR NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| VOX PLACE CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS RD. COLUMBIA MD 21045 |
| WELLS FARGO, NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS RD. COLUMBIA MD 21045 |
| ZAIS GROUP, LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| ZAIS INVESTMENT GRADE LTD. | GENISIS BLDG. 4TH FL, PO BOX 2199 GRAND CAYMAN CAYMAN ISLANDS |
| ZEICHNER ELLMAN & KRAUSE LLP | JANTRA VAN ROY, ESQ., KENNETH C. RUDD (COUNSEL TO RABOBANK GROUP AND RABOBANK INTERNATIONAL NY BRANCH) 575 LEXINGTON AVENUE NEW YORK NY 10022 |

**Total Creditor count  189**

| Claim Name | Address Information |
|---|---|
| ACCESS GROUP INC SERIES 2005-A | C/O ACCESS GROUP, INC. 5500 BRANDYWINE PARKWAY P.O. BOX 7430 ATTN: VICE PRESIDENT OF PORTFOLIO MANAGEMENT WILMINGTON DE 19803 |
| ACCESS GROUP INC SERIES 2005-A | C/O U.S. BANK, NATIONAL ASSOCIATION 425 WALNUT STREET, 6TH FLOOR MIL CN-OH-W6CT ATTN: CORPORATE TRUST SERVICES STUDENT LOAN GROUP CINCINNATI OH 45202 |
| ACCESS GROUP INC SERIES 2005-B | C/O DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET MS NYC60-2606 NEW YORK NY 10005 |
| ACCESS GROUP INC SERIES 2005-B | C/O ACCESS GROUP, INC. 5500 BRANDYWINE PARKWAY P.O. BOX 7430 ATTN: VICE PRESIDENT OF PORTFOLIO MANAGEMENT WILMINGTON DE 19803 |
| ADAGIO III CLO PLC | 19-20 CITY QUAY DUBLIN 2 IRELAND |
| AIRLIE CDO I, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE CDO I, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO I (AVIV LCDO 2006-3), CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO I (AVIV LCDO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO II | (PEBBLE CREEK 2007-1) CORP 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1) LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ALAN BURDEN, DEPUTY HEAD OF LEGAL LITIGATION | COUNSEL FOR HSBC BANK PLC & HSBC HOLDINGS PLC 8 CANADA SQUARE LONDON E14 5HQ ENGLAND |
| ALLIANCEBERNSTEIN L.P F/K/A ALLIANCE CAPITAL | MANAGEMENT L.P. ATTN: GENERAL COUNSEL OR CORPORATE EXEC. THE CORPORATION TRUST COMPANY 1209 ORANGE STREET 1209 ORANGE STREET WILMINGTON DE 19801 |
| ANA-DATA CONSULTING INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 112 THIRD STREET STAMFORD CT 06905-0420 |
| ARNOLD & PORTER LLP | ATTN: MICHAEL J. CANNING & ROSA J. EVERGREEN (COUNSEL TO WILLIAMS LEA INC.) 399 PARK AVENUE NEW YORK NY 10022-4690 |
| AVIV LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AXA ASSURANCES I.A.R.D. MUTUELLE | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 26, RUE DROUOT 75009, PARIS FRANCE |
| AXA ASSURANCES VIE MUTUELLE | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 26, RUE DROUOT 75009, PARIS FRANCE |
| AXA COURTAGE ASSURANCE MUTUELLE | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 26, RUE DROUOT 75009, PARIS FRANCE |
| AXA FINANCIAL, INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| AXA INVESTMENT MANAGERS PARIS S.A. | COUER D FENSE TOUR B – LA D FENSE 4 100 ESPLANADE DU G N RAL DE GAULLE 92400 COURBEVOIE FRANCE |
| AXA, S.A. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 25, AVENUE MATIGNON 75009, PARIS FRANCE |
| BALBOA CDO I, CORP. | C/O THE CORPORATION TRUST COMPANY ATTN: PRESIDENT RE: BALBOA CDO I, LTD. CORPORATE TRUST CENTER, 1209 ORANGE STREET ATTN: GENERAL COUNSEL OR CORPORATE |

| Claim Name | Address Information |
|---|---|
| BALBOA CDO I, CORP. | EXEC WILMINGTON DE 19801 |
| BALBOA CDO I, LTD. | C/O QSPV LTD. ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BANK OF AMERICA NATIONAL ASSOCIATION | 100 NORTH TRYON STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC CHARLOTTE NC 28255 |
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO | LASALLE BANK NATIONAL ASSOCIATION ATTN: GENERAL COUNSEL OR CORPORATE EXEC. 100 NORTH TRYON STREET CHARLOTTE NC 28255 |
| BANK OF NEW YORK | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE ONE WALL STREET NEW YORK NY 10286 |
| BANK OF NEW YORK MELLON NATIONAL ASSOCIATION | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE ONE WALL STREET NEW YORK NY 10286 |
| BELLE HAVEN ABS CDO 2005-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BELLE HAVEN ABS CDO 2005-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BELLE HAVEN ABS CDO 2006-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BELLE HAVEN ABS CDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005- 11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY |

| Claim Name | Address Information |
|------------|---------------------|
| BERYL FINANCE LTD. | STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BLUEBAY EUROPEAN CREDIT OPPORTUNITY FUND | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| BNY CORPORATE TRUSTEE SERVICES LIMITED | ONE CANADA SQUARE ATTN: GENERAL COUNSEL OR CORPORATE EXEC LONDON, E14 5AL UNITED KINGDOM |
| BNY CORPORATE TRUSTEE SERVICES LTD. | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BOIES, SCHILLER & FLEXNER LLP | ATTN: MOTTY SHULMAN & ROBIN HENRY (COUNSEL TO BNP PARIBAS, LONDON BRANCH) 333 MAIN STREET ARMONK NY 10504 |
| CAHILL GORDON & REINDEL | ATTN: PATRICIA FARREN & DAVID G. JANUSZEWSKI; JOEL H. LEVITIN & HORARD G. SLOANE COUNSEL TO HSBC USA INC. 80 PINE STREET NEW YORK NY 10005 |
| CHADBOURNE & PARKE LLP | ATTN: DAVID LEMAY & CHRISTY RIVERA 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |

| Claim Name | Address Information |
|---|---|
| CIENA COMMUNICATIONS INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 5445 DTC PARKWAY ENGLEWOOD CO 80111 |
| CONFLUENT V LIMITED | 19-20 CITY QUAY DUBLIN 2 IRELAND |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | ATTN: LEGAL DEPARTMENT OR CORP. EXECUTIVE 60 WALL STREET FRONT 1 NEW YORK NY 10005-2836 |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2005-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| EARTH THEBAULT INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 249 POMEROY ROAD PARSIPPANY NJ 07054 |
| EMORTGAGE LOGIC LLC | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 8317 WHITLEY ROAD FORT WORTH TX 76148 |
| ESP FUNDING I (DELAWARE) CORP. | ATTN: DONALD PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| ESP FUNDING I, LTD. | ATTN: MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-4, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-4, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-5, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-5, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2007-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2007-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| FIRST AMERICAN RESIDENTIAL | VALUE VIEW LLC LORRIE NEWBY 1 CORELOGIC DRIVE WESTLAKE TX 76262 |
| FIRST FRANKLIN MORTGAGE | LOAN TRUST 2006-FF8 C/O DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 EAST SAINT ANDREW PLACE SANTA ANA CA 92705 |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | CORPORATION SERVICE COMPANY ATTN: GENERAL COUNSEL OR CORPORATE EXEC. 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| GAZPROMBANK MORTGAGE FUNDING 2 S.A. | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE 1, ALLEE SCHEFFER PO BOX 8 LUXEMBOURG L-2520 LUXEMBOURG |
| GAZPROMBANK MORTGAGE FUNDING 2. S.A. | C/O TMF MANAGEMENT (UK) LIMITED FOURTH FLOOR, ATLAS HOUSE 1 KING STREET LONDON EC2V 8AU UNITED KINGDOM |
| GEMSTONE CDO VI CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GEMSTONE CDO VI LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GENOVESE JOBLOVE & BATTISTA, P.A. | ATTN: ROBERT ELGIDELY, JOHN H. GENOVESE, PAUL BATTISTA & DAVID CIMO CO-COUNSEL TO KA KIN WONG, SIU LUI CHING, CHUN IP, JIN LIU, YIN YING LEUNG, LAI MEI CHAN, AND SING HEUNG BANK OF AMERICA TOWER 100 S.E. 2ND STREET, SUITE 4400 MIAMI FL 33131 |
| GEORGESON INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 199 WATER STREET FLOOR 26 NEW YORK NY 10038-3560 |
| GMAC MORTGAGE CORPORATION | CORPORATION SERVICE COMPANY ATTN: GENERAL COUNSEL OR CORPORATE EXEC. 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| GREYSTONE 2006-3 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GREYSTONE CDO SERIES 2008-4 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF | THE SERIES 2006-3 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HALIFAX EES TRUSTEES LTD. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 6TH FLOOR P.O. BOX 1310 CROYDON, SURREY, CR9 1BG UNITED KINGDOM |
| HANOVER MOVING CO. INC. | C/O RICHARD H. WENDER WENDER LAW GROUP, PLLC ONE PENN PLAZA SUITE 2527 SUITE 2527 NEW YORK NY 10119 |
| HYPOTHECA CAPITAL LLC | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 52 VANDERBUILT AVENUE SUITE 403 NEW YORK NY 10017-3874 |
| IMPAC CMB TRUST SERIES 2005-3 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-3 | C/O WELLS FARGO BANK, N.A. SIXTH AND MARQUETTE ATTN: CORPORATE TRUST SERVICES IMH ASSETS CORP., SERIES 2005-3 MINNEAPOLIS MN 55479-0113 |
| IMPAC CMB TRUST SERIES 2005-4 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-4 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2005-5 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-5 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2005-8 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-8 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2006-3 | C/O IMPAC SECURED ASSETS CORP. 1401 DOVE STREET ATTN: GENERAL COUNSEL NEWPORT |

| Claim Name | Address Information |
|---|---|
| IMPAC CMB TRUST SERIES 2006-3 | BEACH CA 92660 |
| IMPAC CMB TRUST SERIES 2006-3 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC SECURED ASSETS TRUST 2007-3 | C/O IMPAC SECURED ASSETS CORP. 1401 DOVE STREET ATTN: GENERAL COUNSEL NEWPORT BEACH CA 92660 |
| IMPAC SECURED ASSETS TRUST 2007-3 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| INTERFACE CABLE ASSEMBLIES | & SERVICES CORP. ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 42-19 23RD AVENUE LONG ISLAND CITY NY 11105 |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LAKEVIEW 2007-4 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDP SPC FOR THE ACCOUNT OF | THE SERIES 2007-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY PROPERTY LIMITED PARTNERSHIP | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 500 CHESTERFIELD PARKWAY MALVERN PA 19355 |
| LIBERTY SQUARE CDO I, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO I, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY SQUARE CDO II, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO II, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-5 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| MACGREGOR GROUP INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 44 WALL STREET NEW YORK NY 10005-2401 |
| MADISON AVENUE STRUCTURED | FINANCE CDO I, CORP. ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| MADISON AVENUE STRUCTURED FINANCE CDO I, LTD. | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE P.O. BOX 1093 GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MAPLES AND CALDER | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MATIGNON DERIVATIVES LOANS | 25-26 WINDSOR PLACE LOWER PEMBROKE STREET DUBLIN 2 IRELAND |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE, DENNIS O'DONNELL & EVAN FLECK COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| NEBRASKA INVESTMENT FINANCE AUTHORITY | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE 200 COMMERCE COURT 1230 O STREET LINCOLN NE 68508 |

| Claim Name | Address Information |
|---|---|
| NORTHROP GRUNMAN CORPORATION | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 32 AVENUE OF THE AMERICAS NEW YORK NY 10013-2473 |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2004-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2005-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2006-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2008-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| OPEN SOLUTIONS | C/O JULIE A. MANNING SHIPMAN & GOODWIN LLP ONE CONSTITUTION PLAZA HARTFORD CT 06103 |
| PALM BEACH CENTRE 1 LLC | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 15 MAIDEN LANE SUITE 1300 NEW YORK NY 10038 |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEBBLE CREEK LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-3, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2007-3, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RACE POINT IV CLO, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, MARY STREET, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| RACERS 2005-10 | C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-10 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| RADIANZ AMERICAS INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 620 8TH AVENUE 46TH FLOOR NEW YORK NY 10018 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, MICHAEL J. VENDITTO COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LIMITED 599 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| REED SMITH LLP | ATTN: MICHAEL J. VENDITTO, ESQ (COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOC.) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL VENDITTO (COUNSEL TO THE BANK OF NEW YORK MELLON) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: DAVID M. SCHLECKER COUNSEL TO THE BANK OF NEW YORK MELLON 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER COUNSEL FOR THE BANK OF NEW YORK MELLON 435 SIXTH AVENUE PITTSBURGH PA 15219 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO BANK OF NEW YORK MELLON & BNY CORPORATE TRUSTEE SERVICES LTD.) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOC.) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2002-26 TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06- 1-I TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-II TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-III TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-I TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-II TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-III TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-20AT TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| ROBBINS GELLER RUDMAN & DOWD LLP | ATTN: SAMUEL H. RUDMAN, DAVID ROSENFELD, ROBERT ROTHMAN & MARK MILLKEY COUNSEL TO: KA KIN WONG, SIU LUI CHING, CHUN IP, JIN LIU, YIN YING LEUNG, LAI MEI CHAN, AND SING HEUNG 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| ROBBINS GELLER RUDMAN & DOWD LLP | ATTN: PATRICK COUGHLIN, DAVID WALTON, PATRICK DANIELS, RAY MANDLEKAR & NATHAN BEAR & DARRYL ALVARADO COUNSEL TO KA KIN WONG, SIU LUI CHING; CHUN IP, JIN LIU, YIN LEUNG, LAI MEI CHAN & SING HEUNG 655 WEST BROADWAY, SUITE 1900 SAN DIEGO CA 92101 |
| ROBBINS GELLER RUDMAN & DOWD LLP | ATTN: SPENCER A. BURKHOLZ COUNSEL FOR KA KIN WONG, SIU LUI CHING 655 WEST BROADWAY, SUITE 1900 SAN DIEGO CA 92101 |
| ROBBINS GELLER RUDMAN & DOWD LLP | ATTN: LUKE O. BROOKS COUNSEL FOR KA KIN WONG, SIU LUI CHING POST MONTGOMERY CENTER ONE MONTGOMERY STREET, SUITE 1800 SAN FRANCISCO CA 94104 |
| ROBBINS GELLER RUDMAN & DOWD LLP | ATTN: JASON C. DAVIS COUNSEL TO KA KIN WONG, SIU LUI CHING, CHUN IP, JIN LIU, YIN YING LEUNG, LAI MEI CHAN, AND SING HEUNG 100 PINE STREET, SUITE 2600 SAN FRANCISCO CA 94111 |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2006-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE PLC | SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2007-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PUBLIC LIMITED CO, AS ISSUER OF THE S | C/O THE BANK OF NEW YORK ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PULIC LIMITED CO, AS ISSUER OF THE SE | C/O AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-13 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STEWART LENDER SERVICES | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 1980 POST OAK BLVD SUITE 900 HOUSTON TX 77056 |
| STOWE CDO LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| STOWE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| TEXAS TOWER LTD. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 600 TRAVIS ST. HOUSTON TX 77002-3014 |
| THE BANK OF NEW YORK MELLON CORPORATION | 1 WALL STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON TRUST | CO.NATIONAL ASSOCIATION ATTN: GLOBAL CORPORATE TRUST-CDO GROUP 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURGH PA 15259 |
| THE BANK OF NEW YORK MELLON TRUST | CO.NATIONAL ASSOCIATION ATTN: GENERAL COUNSEL OR CORPORATE EXEC. 601 TRAVIS STREET, 16TH FLOOR HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 525 WILLIAM PENN PLACE, 7TH FLOOR ATTN: GLOBAL CORPORATE TRUST, CDO GROUP ATTN: GENERAL COUNSEL OR CORPORATE EXEC PITTSBURGH PA 15259 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 601 TRAVIS STREET, 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC HOUSTON TX 77002 |
| TIAA STRUCTURED FINANCE CDO I, LLC | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 1209 ORANGE STREET WILMINGTON DE 19801 |
| TIAA STRUCTURED FINANCE CDO I, LTD. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| TIMESTEN PERFORMANCE SOFTWARE | NOW ORACLE CORPORATION 500 ORACLE PARKWAY REDWOOD CITY CA 94065 |
| TRADEWINDS II CDO SERIES 2006-1 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| TRADEWINDS II CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2006-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 1 FEDERAL STREET 3RD FLOOR MAIL STATION EX-MA-FED BOSTON MA 02110 |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC BOSTON MA 02110 |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| WELLS FARGO BANK NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD ATTN: GENERAL COUNSEL OR CORPORATE EXEC COLUMBIA MD 21045 |
| WELLS FARGO NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WHITE & CASE LLP | ATTN: DWIGHT A. HEALY (COUNSEL TO INTERPLEADER DEFENDANT BNP PARIBAS, LONDON BRANCH) 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE MARLIN CDO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| WHITE MARLIN CDO 2007-1, LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| WILLIAMS LEA INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 1 DAG HAMMARSKJOLD PLAZA 8TH FLOOR NEW YORK NY 10017 |
| YOSS LLP | ATTN: FERNANDO MENDENEZ (COUNSEL TO GMAC MORTGAGE) 2525 PONCE DE LEON BLVD SUITE 400 MIAMI FL 33134 |

| Claim Name | Address Information |
|---|---|
| YOSS LLP | CHARLES TELEBAUM (COUNSEL TO GMAC MORTGAGE) 350 EAST LAS OLAS BLVD, SUITE 1700 FORT LAUDERDALE FL 33301 |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-18 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

**Total Creditor count  274**