# EXHIBIT A

**(Ordinary Course Professional Affidavit)**

{00893021 / 1}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                        :
In re                                                   :        Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :        08-13555 (JMP)
                                                        :
                    Debtors.                            :        (Jointly Administered)
                                                        :
                                                        :
------------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF BEN M. OCHOA, ESQ.
### ON BEHALF OF ROTHGERBER, JOHNSON & LYONS LLP

STATE OF COLORADO         )
                          ) ss:
COUNTY OF DENVER          )

Ben M. Ochoa, being duly sworn, upon his oath, deposes and says:

1. I am a Partner of Rothgerber Johnson & Lyons LLP, located at 1200 17th Street, Suite 3000, Denver, CO 80202 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to CO Lot 161 C-R Mountain Village, LLC in connection with defense of a declaratory judgment/quiet title lawsuit captioned *St. Sophia Partners, LLLP v. TetraTech, Inc., et al.*, San Miguel County District Court, Case No. 10CV33, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is

{00893021 / 1}

retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
Ben M. Ochoa
Partner
Rothgerber Johnson & Lyons LLP

Subscribed and sworn to before me
this 17th day of February, 2011

_____
Notary Public



My Commission Expires 11/25/2014

[1] If necessary.

{00893021 / 1}    2

# EXHIBIT B

**(Retention Questionnaire)**

{00893021 / 1}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :
                        Debtors.                             :    (Jointly Administered)
                                                             :
                                                             :
-------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Rothgerber Johnson & Lyons LLP, 1200 17th Street, Suite 3000, Denver, CO 80202

2. Date of retention:   March 1, 2010 – As of such date the Firm was retained and performing the legal services described herein as a De Minimis Ordinary Course Professional.

{00893021 / 1}

3. Type of services provided (accounting, legal, etc.):

   Legal services

4. Brief description of services to be provided:

   Legal services to Lehman Brothers Holdings, Inc., related entity CO Lot 161 C-R Mountain Village, LLC in connection with defense of a declaratory judgment/quiet title lawsuit captioned *St. Sophia Partners, LLP v. TetraTech, Inc., et al.,* San Miguel County. This matter is active and ongoing.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

   $395.00

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   $0

   Date claim arose:  N/A

   Source of Claim:   N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: _____

{00893021 / 1}                              4

        Amount of Claim:  $_____

        Date claim arose:  _____

        Source of claim:  _____

        _____

        _____

        _____

8.     Stock of the Debtors currently held by the firm:

        Kind of shares:  None_____

        No. of shares:  _____

9.     Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

        Name:  None_____

        Status:  _____

        _____

        Kind of shares:  _____

        No. of shares:  _____

10.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

        None_____

        _____

        _____

        _____

11.    Name of individual completing this form:

        Ben M. Ochoa, Esq._____