## EVIDENCE OF TRANSFER OF CLAIM

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DOVER MASTER FUND II, L.P.                         AMERICAN INTERNATIONAL GROUP, INC
_____                       RETIREMENT PLAN MASTER TRUST by
       Name of Transferee                          PINEBRIDGE INVESTMENTS LLC (successor to
                                                   AIG Global Investment Corp.) solely in its capacity
                                                   as Agent and Investment Advisor
                                                   _____
                                                           Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): 34195
should be sent:                                    Amount of Claim: $12,496,044.00
                                                   Date Claim Filed: September 21, 2009
c/o Longacre Management, LLC                       Debtor: Lehman Brothers Holdings Inc.
810 Seventh Avenue, 33rd Floor
New York, NY 10019
Attention: Bradley Max

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: (212) 259-4318                              Phone: (646) 857-8160
Last Four Digits of Acct #: _____                 Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

648737.4 2082-00052

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: __2-23-11__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, AMERICAN INTERNATIONAL GROUP, INC RETIREMENT PLAN MASTER TRUST by PINEBRIDGE INVESTMENTS LLC (successor to AIG Global Investment Corp.) solely in its capacity as Agent and Investment Advisor ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to DOVER MASTER FUND II, L.P. ("Buyer") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (including Proof of Claim No. 34195) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim, recognizing Buyer as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Buyer.

[Signatures follow on next page]

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 18, 2011.

AMERICAN INTERNATIONAL GROUP, INC RETIREMENT PLAN MASTER TRUST by PINEBRIDGE INVESTMENTS LLC (successor to AIG Global Investment Corp.) solely in its capacity as Agent and Investment Advisor, as Seller

By: _____
Name: _____
Title: _____

DOVER MASTER FUND II, L.P., as Buyer

By: _____
Name: Vladimir Jelisavcic
Title: MANAGER