**Form 210A (10/06)**

# United States Bankruptcy Court

__SOUTHERN__   District Of ___NEW YORK___

In re ____LEHMAN BROTHERS  INC____ ,   Case No. __08-13555 (JMP)__

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

_____CVF Lux Master S.a.r.l._____   _____HAWAII FUND_____
Name of Transferee   Name of Transferor

Name and Address where notices to transferee
should be sent: c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): ___66243___
Amount of Claim: ___$11,113,058.10___
Date Claim Filed: ___February 3, 2010___

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____/s/ David Short_____   Date:___February 23, 2011___
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**EXHIBIT E**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that that any and all claims of Hawai Fund ("Assignor") that are scheduled by the debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following :

| Proof of Claim<br>Amount | Proof of Claim<br>No. |
|---|---|
| $11,113,058.10 | 66243 |

have been transferred and assigned to CVF Lux Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE:CVF Lux Master S.a.r.l.

Address:    c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom
BY CARVAL INVESTORS UK LIMITE

Signature: _____
Name:      DAVID SHORT
Title:      OPERATIONS MANAGER
Date:

ASSIGNOR:   Hawai Fund

Address:    c/o BNP Paribas Asset Management
Attn: Bernard Gaume and Stephane Ifrah

14 rue Bergere 75009 Paris France

Signature: _____
Name:      A. GUiLLON
Title:      AHouey in Fact
Date:      17 Dec 2010.

Jean-Charls DUDEK
Portfolio Manager

DOC ID-11081916.2

**epiq** SYSTEMS  debtorMatrix

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home      Claims      Docket      Key Documents

Home» Search Claims

Bookmark this Page

# Search Claims

### Criteria

**Claim Number**
66243

**Creditor Name**
Name Starts With

**Scope**
Claims and schedules

**Schedule Number**

**Amount**
Total Claim Value        Equals

**Debtor**

**Claim Date Range**
to

Order By:  Creditor Name          Results Per Page:  50          Reset    Search

### Results
Expand All

| | Claim # | Schedule # Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| **[1]** | | **Page 1 of 1 - 01 total items** | | | |
| ⊟ | 66243 | HAWAI FUND | 2/3/2010 | $11,113,058.10 | Image |
| | | C/O BNP PARIBAS ASSET MANAGEMENT | Claimed Unsecured: | $11,113,058.10 | |
| | | ATTN: BERNARD GAUME AND STEPHANE IFRAH | | | |
| | | 14 RUE BERGERE | | | |
| | | PARIS, 75009 | | | |
| | | FRANCE | | | |
| | | Debtor:  Lehman Brothers Holdings Inc. | Remarks:  Amends claim 36794 *CLAIMED CONTINGENT, PARTIALLY UNLIQUIDATED* | | |
| **[1]** | | **Page 1 of 1 - 01 total items** | | | |

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.