WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                    :

**In re**                                :        **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**

                 Debtors.            :        **(Jointly Administered)**

----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' FIFTEENTH OMNIBUS OBJECTION**
**TO CLAIMS (FOREIGN CURRENCY CLAIMS) AS TO CERTAIN CLAIMANTS**

        **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Fifteenth Omnibus Objection to Claims (Foreign Currency Claims) [Dkt. No. 9099] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claim listed on Exhibit A on any grounds in the future.

Dated: February 23, 2011
       New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Bowman Gilfillan Inc | 17761 |
| Floe Ejendomme APS | 8023 |
| Gil Puig, Maria Desamparados | 9016 |
| Rosekrans, John | 27265 |