WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
------------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF DEBTORS' SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS) AS TO CERTAIN CLAIMANTS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claims as Equity Interests) [Dkt. No. 13328] solely with respect to the claim listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claim listed on Exhibit A on any grounds in the future.

Dated: February 23, 2011
       New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claim For Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| D.E. Shaw Valence Portfolios, L.L.C. | 21878 |