# NOTICE OF CLAIMS PURCHASE AGREEMENT

**Sunset Partners**, a(n) _____New Jersey_____ (State of Incorporation), _____LLC_____ (Entity Type), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **Restoration Holdings, Ltd.**, a, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$740,000** (proof of claim amount, defined as the "Claim") against **Lehman Brothers Holdings, Inc., et al.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **Southern District of New York**, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number **08-13555** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the 8th_____ day of _February_____, 2011.

WITNESS _____
(Signature)

_____
(Print Name and Title of Witness)

_____Sunset Partners_____
(Company Name)

_____
(Signature of Corporate Officer)

_____Richard Fels_____
(Print Name and Title of Corporate Officer)

**Restoration Holdings, Ltd.**

WITNESS _____
(Signature)

_____
(Signature, Investment Firm)

# Exhibit "A"