Form 210A (10/06)

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC, Case No. 08 - 13555 (JMP) JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank PLC<br>Name of Transferee | Cassa Depositi e Prestiti S.p.A.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 18219<br>Amount of Claim: $133,495,991.35<br>Date Claim Filed: September 18, 2009 |
| Barclays Bank PLC<br>5 The North Colonnade<br>London E144BB<br>United Kingdom<br>Attention of: Scott Barnett, Lloyd Brown<br>E-mail: scott.barnett@barcap.com<br>         lloyd.brown@barcap.com | |
| Phone:<br>Last Four Digits of Acct #: | Phone:<br>Last Four Digits of Acct. #: |

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Bank accounts details of Transferee

      USD
      BARCUS33
      A/C 050035428
      For favour of BARCGB33

      GBP
      BARCGB22
      A/C 200000 50654140
      For Favour of BARCGB33

      EUR
      BARCGB22

GBP
BARCGB22
A/C 200000 50654140
For Favour of BARCGB33

EUR
BARCGB22
A/C 203253 44295577
For Favour of BARCGB33

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: : _____     Date: 9 November 2010
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both. 18 U.S C. §1152 & 3571.

VII

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Cassa Depositi e Prestiti S.p.A. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Barclay Bank PLC ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 18219 ) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 9th day of November 2010.

Cassa Depositi e Prestiti S.p.A.

By: _____
Name: Matteo Del Fante
Title:  General Director


Barclays Bank PLC

By: _____
Name: Matthew Smith
Title:  Authorised Signatory



(LBH) Search Claims

Page 1 of 2

Guest | Sign In

Claim Question? Call: 646.282.2400

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home | Claims | Docket | Key Documents

Home>Search Claims

Bookmark this Page

## Search Claims

**Criteria**

Claim Number: 18219

Schedule Number:

Debtor:

Creditor Name
Name Starts With:

Amount
Total Claim Value:

Claim Date Range: to

Scope
Claims and schedules

Equals

Results Per Page: 50

Order By: Creditor Name

**Results**
Expand All

[1] Page 1 of 1 - 01 total items

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|---|
| | 18219 | | CASSA DEPOSITI E PRESTITI S.P.A. | 9/18/2008 | $133,495,991.35 | Image |

http://chapter11.epiqsystems.com/LBH/claim/SearchClaims.aspx?rc=1

27/10/2010

(LBH) Search Claims

Page 2 of 2

| | ATTN: DIREZIONE FINANZA AND AREA LEGALE E AFFARI SOCIETARI<br>VIA GOITO 4<br>ROME, 00185<br>ITALY | Claimed Unsecured: | $133,495,991.35 |
| --- | --- | --- | --- |
| | Debtor: Lehman Brothers Holdings Inc. | Remarks: | CLAIMED PARTIALLY UNLIQUIDATED |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

27/10/2010

http://chapter11.epiqsystems.com/LBH/claim/SearchClaims.aspx?rc=1