Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,            Case No. 08-13555 (JMP)
                                                        (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **CVI GVF (Lux) Master S.a.r.l.** | Deutsche Bank AG, London |

Name and Address where notices to transferee should be sent:

**CVI GVF (Lux) Master S.a.r.l.**
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Attn. David Short
Telephone:   +44 1932 861194
Facsimile:   +44 1932 576 012

Court Claim # (if known):   14416
Total Amount of Claim: $120,803,467.49
Date Claim Filed: September 16, 2009
Transferred Portion: 33.34% or $40,267,822.50

Tel: N/A

Last Four Digits of Acct. #:  N/A             Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):
N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**CVI GVF (Lux) Master S.a.r.l.**
    BY CARVAL INVESTORS UK LIMITED
By: _____                Date: 24/1/11
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.