Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

**CVI GVF (Lux) Master S.a.r.l.**

Name and Address where notices to transferee should be sent:

**CVI GVF (Lux) Master S.a.r.l.**
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Attn. David Short
Telephone:    +44 1932 861194
Facsimile:    +44 1932 576 012

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):
N/A

Name of Transferor

Deutsche Bank AG, London

Court Claim # (if known):  10117
Total Amount of Claim: $29,106,324.47
Date Claim Filed: September 2, 2009
Transferred Portion: 33.34% or $9,704,048.58

Tel: N/A

Last Four Digits of Acct. #:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**CVI GVF (Lux) Master S.a.r.l.**
BY CARVAL INVESTORS UK LIMITED
By: _____                         Date: 21 January 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.