WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' SEVENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS**
**(AMENDED AND SUPERSEDED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Seventy-Seventh Omnibus Objection to Claims (Amended and Superseded Claims), solely as to the claims listed on Exhibit A attached hereto, that was scheduled for March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 31, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 25, 2011
      New York, New York

           /s/ Shai Y. Waisman
           Shai Y. Waisman

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone:  (212) 310-8000
           Facsimile:   (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Lothar Fetkenheuer | 12481 |
| Hans-Hermann Weber | 24986, 24988, 24989 |
| Almut Klippel | 13618 |
| Frank-Roland Kuehnast | 24497 |
| Dieter & Edith Moeller | 57825 |
| Juerg Ruettener | 24992, 24993 |