WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                              :
In re                                         : **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  : **08-13555 (JMP)**
                                              :
                    Debtors.                  : **(Jointly Administered)**
                                              :
                                              :
-----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS (LATE FILED CLAIMS) AS TO CERTAIN CLAIMANTS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Fortieth Omnibus Objection to Claims (Late Filed Claims) [Dkt. No. 11305] solely with respect to the claims listed on Exhibit A annexed hereto.  The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: February 25, 2011
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Bank of Estonia | 42196 |
| Bank of Estonia | 42197 |
| California Winery Workers Pension Plan Trust Fund | 44972 |
| Dow Corning Corporation | 43840 |
| Dow Corning Corporation | 43964 |
| Ontario Teachers' Pension Plan Board | 65647 |