UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re                                         :        **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**
                                              :
                            **Debtors.**      :        **(Jointly Administered)**
-------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION OF THE JOHN NAREL TRUST TO DEBTORS' FIFTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

PLEASE TAKE NOTICE that the objection to Debtors' Fifty-Fourth

Omnibus Objection To Claims (Duplicative of Indenture Trustee Claims) filed by the

John Narel Trust [Dkt. No. 12417] is hereby withdrawn.


Dated: February 18, 2011


_____
Leonard Narel, for the John Narel Trust
33391 Dosinia Drive
Monarch Beach, CA 92629