WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                              :   Chapter 11 Case No.
                                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   08-13555 (JMP)
                                                                      :
                              Debtors.                        :   (Jointly Administered)
                                                                      :
                                                                      :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' SEVENTY-FIRST OMNIBUS OBJECTION**
**TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), **solely with respect to the claims listed on Exhibit A attached hereto**, that was scheduled for January 20, 2011, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned to March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned to March 31, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43634824\04\58399.0008

Dated: February 25, 2011

      New York, New York

                   /s/ Shai Y. Waisman
                   Shai Y. Waisman
                   Penny P. Reid
                   WEIL, GOTSHAL & MANGES LLP
                   767 Fifth Avenue
                   New York, New York 10153
                   Telephone: (212) 310-8000
                   Facsimile: (212) 310-8007
                   Attorneys for Debtors
                   and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| ASA California Tax Advantaged Fund L.P. | 23545 |
| ASA California Tax Advantaged Fund L.P. | 23546 |
| ASA Tax Advantaged Relative Value Fund L.P. | 23547 |
| ASA Tax Advantaged Relative Value Fund L.P. | 23548 |
| ASA Taxable Relative Value Fund Ltd. | 23550 |
| ASA Taxable Relative Value Fund Ltd. | 23550 |
| Iccrea Banca SPA | 17171 |
| Iccrea Banca SPA | 17172 |
| Norddeutsche Landesbank Girozentrale | 15757 |
| Norddeutsche Landesbank Girozentrale | 15758 |
| Teva Pharmaceutical Industries | 28222 |
| Teva Pharmaceutical Industries | 28223 |