**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

------------------------------------------------------------------------x    **Ref. Docket Nos. 14632 & 14633**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK    )

SAMUEL GARCIA, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 23, 2011, I caused to be served the:

    a.  "Notice of Withdrawal of Debtors' Fifteenth Omnibus Objection to Claims (Foreign Currency Claims) as to Certain Claimants," dated February 23, 2011 [Docket No. 14632], (the "15th Omni Notice of Withdrawal"), and

    b.  "Notice of Withdrawal of Debtors' Seventy-Fourth Omnibus Objection to Claims (to Reclassify Proofs of Claims as Equity Interests) as to Certain Claimants," dated February 23, 2011 [Docket No. 14633], (the "74th Omni Notice of Withdrawal"),

    by causing true and correct copies of the:

        i.   15th Omni Notice of Withdrawal and 74th Omni Notice of Withdrawal, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

        ii.  15th Omni Notice of Withdrawal and 74th Omni Notice of Withdrawal, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>,

        iii. 15th Omni Notice of Withdrawal, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

        iv.  74th Omni Notice of Withdrawal, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, and

v.    15th Omni Notice of Withdrawal and 74th Omni Notice of Withdrawal, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Samuel Garcia

Sworn to before me this
24th day of February, 2011

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221098
COMM. EXP. APRIL 26, 2014

-2-

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

### Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com

ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbara.scanlon@ozcap.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com

dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

| | |
|---|---|
| dworkman@bakerlaw.com | harrisjm@michigan.gov |
| easmith@venable.com | harveystrickon@paulhastings.com |
| echang@steinlubin.com | hbeltzer@mayerbrown.com |
| ecohen@russell.com | heidi@crumbielaw.com |
| efile@willaw.com | heim.steve@dorsey.com |
| efleck@milbank.com | heiser@chapman.com |
| efriedman@friedumspring.com | hirsch.robert@arentfox.com |
| egeekie@schiffhardin.com | hollace.cohen@troutmansanders.com |
| eglas@mccarter.com | holsen@stroock.com |
| ehollander@whitecase.com | howard.hawkins@cwt.com |
| ekbergc@lanepowell.com | hseife@chadbourne.com |
| eli.mattioli@klgates.com | hsnovikoff@wlrk.com |
| ellen.halstead@cwt.com | icatto@kirkland.com |
| eobrien@sbchlaw.com | igoldstein@dl.com |
| eric.johnson@hro.com | ilevee@lowenstein.com |
| eschaffer@reedsmith.com | info2@normandyhill.com |
| eschwartz@contrariancapital.com | ira.herman@tklaw.com |
| esmith@dl.com | isgreene@hhlaw.com |
| ezujkowski@emmetmarvin.com | israel.dahan@cwt.com |
| ezweig@optonline.net | iva.uroic@dechert.com |
| fbp@ppgms.com | jaclyn.genchi@kayescholer.com |
| feldsteinh@sullcrom.com | jacobsonn@sec.gov |
| ffm@bostonbusinesslaw.com | jafeltman@wlrk.com |
| fhyman@mayerbrown.com | james.mcclammy@dpw.com |
| fishere@butzel.com | james.sprayregen@kirkland.com |
| francois.janson@hklaw.com | jamestecce@quinnemanuel.com |
| frank.white@agg.com | jamie.nelson@dubaiic.com |
| fsosnick@shearman.com | jar@outtengolden.com |
| fyates@sonnenschein.com | jason.jurgens@cwt.com |
| gabriel.delvirginia@verizon.net | jay.hurst@oag.state.tx.us |
| gbray@milbank.com | jay@kleinsolomon.com |
| george.davis@cwt.com | Jbecker@wilmingtontrust.com |
| geraci@thalergertler.com | jbeemer@entwistle-law.com |
| ggitomer@mkbattorneys.com | jbird@polsinelli.com |
| giddens@hugheshubbard.com | jbromley@cgsh.com |
| gkaden@goulstonstorrs.com | jcarberry@cl-law.com |
| glenn.siegel@dechert.com | jchristian@tobinlaw.com |
| gmoss@riemerlaw.com | Jdrucker@coleschotz.com |
| gravert@mwe.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| guzzi@whitecase.com | jeannette.boot@wilmerhale.com |

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com

john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

| | |
|---|---|
| klyman@irell.com | mark.deveno@bingham.com |
| kmayer@mccarter.com | mark.ellenberg@cwt.com |
| kobak@hugheshubbard.com | mark.houle@pillsburylaw.com |
| korr@orrick.com | mark.sherrill@sutherland.com |
| KOstad@mofo.com | martin.davis@ots.treas.gov |
| kovskyd@pepperlaw.com | Marvin.Clements@ag.tn.gov |
| kowens@foley.com | matthew.klepper@dlapiper.com |
| kpiper@steptoe.com | matthew.morris@lovells.com |
| kressk@pepperlaw.com | mbenner@tishmanspeyer.com |
| KReynolds@mklawnyc.com | mberman@nixonpeabody.com |
| krosen@lowenstein.com | mbienenstock@dl.com |
| kuehn@bragarwexler.com | mbossi@thompsoncoburn.com |
| kurt.mayr@bgllp.com | mcademartori@sheppardmullin.com |
| lacyr@sullcrom.com | mcordone@stradley.com |
| Landon@StreusandLandon.com | mcto@debevoise.com |
| lawallf@pepperlaw.com | mdorval@stradley.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| Lee.Stremba@troutmansanders.com | metkin@lowenstein.com |
| lgranfield@cgsh.com | mfeldman@willkie.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| linda.boyle@twtelecom.com | mgreger@allenmatkins.com |
| lisa.ewart@wilmerhale.com | mhanchet@mayerbrown.com |
| lisa.kraidin@allenovery.com | mhopkins@cov.com |
| LJKotler@duanemorris.com | michael.frege@cms-hs.com |
| lmarinuzzi@mofo.com | michael.kim@kobrekim.com |
| Lmay@coleschotz.com | millee12@nationwide.com |
| lmcgowen@orrick.com | miller@taftlaw.com |
| lml@ppgms.com | mimi.m.wong@irscounsel.treas.gov |
| lmolfetta@mayerbrown.com | mitchell.ayer@tklaw.com |
| lnashelsky@mofo.com | mjacobs@pryorcashman.com |
| loizides@loizides.com | mjedelman@vedderprice.com |
| lromansic@steptoe.com | MJR1@westchestergov.com |
| lscarcella@farrellfritz.com | mkjaer@winston.com |
| lschweitzer@cgsh.com | mlahaie@akingump.com |
| lthompson@whitecase.com | MLandman@lcbf.com |
| lubell@hugheshubbard.com | mlynch2@travelers.com |
| lwhidden@salans.com | mmendez@hunton.com |
| mabrams@willkie.com | mmooney@deilylawfirm.com |
| MAOFILING@CGSH.COM | mmorreale@us.mufg.jp |
| Marc.Chait@standardchartered.com | mmurphy@co.sanmateo.ca.us |
| margolin@hugheshubbard.com | mneier@ibolaw.com |

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com

psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbernard@bakerlaw.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

| | |
|---|---|
| rterenzi@stcwlaw.com | sory@fdlaw.com |
| RTrust@cravath.com | spiotto@chapman.com |
| russj4478@aol.com | splatzer@platzerlaw.com |
| rwasserman@cftc.gov | squigley@lowenstein.com |
| rwyron@orrick.com | SRee@lcbf.com |
| s.minehan@aozorabank.co.jp | sselbst@herrick.com |
| sabin.willett@bingham.com | sshimshak@paulweiss.com |
| sabramowitz@velaw.com | steele@lowenstein.com |
| sagolden@hhlaw.com | stephen.cowan@dlapiper.com |
| Sally.Henry@skadden.com | steve.ginther@dor.mo.gov |
| sandyscafaria@eaton.com | steven.troyer@commerzbank.com |
| Sara.Tapinekis@cliffordchance.com | steven.wilamowsky@bingham.com |
| sbernstein@hunton.com | Streusand@StreusandLandon.com |
| scargill@lowenstein.com | susan.schultz@newedgegroup.com |
| schannej@pepperlaw.com | susheelkirpalani@quinnemanuel.com |
| Schepis@pursuitpartners.com | swolowitz@mayerbrown.com |
| schnabel.eric@dorsey.com | szuch@wiggin.com |
| schristianson@buchalter.com | tannweiler@greerherz.com |
| schwartzmatthew@sullcrom.com | tarbit@cftc.gov |
| scottshelley@quinnemanuel.com | tbrock@ssbb.com |
| scousins@armstrongteasdale.com | tduffy@andersonkill.com |
| sdg@yoss.com | teresa.oxford@invescoaim.com |
| sdnyecf@dor.mo.gov | TGoren@mofo.com |
| sehlers@armstrongteasdale.com | thaler@thalergertler.com |
| sfelderstein@ffwplaw.com | thomas.califano@dlapiper.com |
| sfineman@lchb.com | thomas.ogden@dpw.com |
| sfox@mcguirewoods.com | Thomas_Noguerola@calpers.ca.gov |
| sgordon@cahill.com | timothy.brink@dlapiper.com |
| sgubner@ebg-law.com | timothy.palmer@bipc.com |
| shannon.nagle@friedfrank.com | tjfreedman@pbnlaw.com |
| sharbeck@sipc.org | tkarcher@dl.com |
| shari.leventhal@ny.frb.org | tkiriakos@mayerbrown.com |
| shgross5@yahoo.com | tlauria@whitecase.com |
| sidorsky@butzel.com | tmacwright@whitecase.com |
| slerner@ssd.com | tmayer@kramerlevin.com |
| slevine@brownrudnick.com | tnixon@gklaw.com |
| SLoden@DiamondMcCarthy.com | toby.r.rosenberg@irscounsel.treas.gov |
| smayerson@ssd.com | tony.davis@bakerbotts.com |
| smillman@stroock.com | tslome@msek.com |
| smulligan@bsblawyers.com | ttracy@crockerkuno.com |
| snewman@katskykorins.com | twheeler@lowenstein.com |

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

| Name | Fax |
| --- | --- |
| Office of the US Trustee T H Davis E Gasparini A Schwartz | 212-668-2255 |
| Internal Revenue Service | 212-436-1931 |

**EXHIBIT C**

# LEHMAN BROTHERS HOLDINGS INC.

### SERVICE LIST

BOWMAN GILFILLAN INC
PO BOX 785812
SANDTON, 2146
SOUTH AFRICA

FLOE EJENDOMME APS
MOSEGARDSVEJ 35
DK-7000 FREDERICIA
DENMARK

ADVOKATFIRMAET VIUFF & BILDE
JORGENSEN
DANMARKSGADE 18
DK-7000 FREDERICIA
DENMARK

GIL PUIG, MARIA DESAMPARADOS
C/ CONDE OLOCAU 1 - 11
VALENCIA, 46003
ESPAÑA

ROSEKRANS, JOHN
C/O JOHN P. CHRISTIAN
TOBIN & TOBIN
500 SANSOME STREET, SUITE 800
SAN FRANCISCO, CA 94111

**EXHIBIT D**

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

D.E. SHAW VALENCE PORTFOLIOS, L.L.C
ATTN: BRANDON BAER
120 WEST 45TH STREET, 39TH FLOOR
NEW YORK, NY 10036

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006
ATTN.: THOMAS J. MOLONEY, ESQ.