Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Commercial Paper Inc. (Case No. 08-13900) |
|---|---|
| Creditor Name and Address: | D.E. Shaw Laminar International, Inc.<br>120 West 45th Street, 39th Floor, New York, NY 10036 |
| Claim Number (if known): | 0000021841 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Contingent |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: AUTHORIZED SIGNATOR |
|---|---|
| Printed Name: PATRICK KENNEY | Dated: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                          :    Chapter 11 Case No.
                                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                                    :
                        Debtors.                                    :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
|---|---|
| Creditor Name and Address: | D.E. Shaw Laminar International, Inc. 120 West 45th Street, 39th Floor, New York, NY 10036 |
| Claim Number (if known): | 0000021837 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | At least $440,518.19 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *Patrick Kenny* | Title: AUTHORIZED SIGNATORY |
|---|---|
| Printed Name: PATRICK KENNEY | Dated: |