UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                 :

**In re**                              :       **Chapter 11 Case No.**
                                 :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :       **08-13555 (JMP)**
                                 :       **(Jointly Administered)**

                    **Debtors.**        :
                                 :

------------------------------------------------------------------x    **Ref. Docket Nos. 14564, 14566,**
                                         **14575 & 14576**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 22, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           */s/ Lauren Rodriguez*
                                           Lauren Rodriguez

Sworn to before me this
28th day of February, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CITIBANK AS                                          CITIBANK AS
     ATTN: TOLGA TUZUNER & ALI TOLGA ERENDAC               PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     TEKFEN TOWER, ESKI BUYUKDERE CADDESI NO. 209          ATTN: DOUGLAS R. DAVIS
     LEVENT                                                1285 AVENUE OF THE AMERICAS
     ISTANBUL    34394                                     NEW YORK NY 10019-6064
     TURKEY

Please note that your claim # 55401-01 in the above referenced case and in the amount of
      $15,098,323.40       has been transferred **(unless previously expunged by court order)**

CITIGROUP GLOBAL MARKETS INC.                            CITIGROUP GLOBAL MARKETS INC.
TRANSFEROR: CITIBANK AS                                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: MARC HEIMOWITZ                                     ATTN: DOUGLAS R. DAVIS
390 GREENWICH STREET, 4TH FLOOR                          1285 AVENUE OF THE AMERICAS
NEW YORK NY 10013                                        NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14564      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 22, 2011.

# EXHIBIT B

TIME: 11:38:53
DATE: 02/22/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| AGGREGATING TRUST 1, LLC | ROPES & GRAY LLP ATTN: JEFFREY R. KATZ 800 BOYLSTON ST BOSTON MA 02199 |
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | ROPES & GRAY LLP ATTN: JEFFREY R. KATZ 800 BOYLSTON ST BOSTON MA 02199 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 2, LLC | ROPES & GRAY LLP ATTN: JEFFREY R. KATZ 800 BOYLSTON ST BOSTON MA 02199 |
| AGGREGATING TRUST 2, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 3, LLC | ROPES & GRAY LLP ATTN: JEFFREY R. KATZ 800 BOYLSTON ST BOSTON MA 02199 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | ROPES & GRAY LLP ATTN: JEFFREY R. KATZ 800 BOYLSTON ST BOSTON MA 02199 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 5, LLC | ROPES & GRAY LLP ATTN: JEFFREY R. KATZ 800 BOYLSTON ST BOSTON MA 02199 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | ROPES & GRAY LLP ATTN: JEFFREY R. KATZ 800 BOYLSTON ST BOSTON MA 02199 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 7, LLC | ROPES & GRAY LLP ATTN: JEFFREY R. KATZ 800 BOYLSTON ST BOSTON MA 02199 |
| AGGREGATING TRUST 7, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | ROPES & GRAY LLP ATTN: JEFFREY R. KATZ 800 BOYLSTON ST BOSTON MA 02199 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | ROPES & GRAY LLP ATTN: JEFFREY R. KATZ 800 BOYLSTON ST BOSTON MA 02199 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BAUPOST GROUP SECURITIES, LLC | ROPES & GRAY LLP ATTN: JEFFREY R. KATZ 800 BOYLSTON ST BOSTON MA 02199 |
| BAUPOST GROUP SECURITIES, LLC | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP ATTN: D. ROSS MARTIN ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| BES VIDA COMPANHIA SEGUROS S.A. | JOAO BORALHO AV COLUMBANO BORDALO PINHEIRO LISBOA 1070-061 PORTUGAL |
| BES VIDA COMPANHIA SEGUROS S.A. | ANDREW THAU N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| CITIBANK AS | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK AS | ATTN: TOLGA TUZUNER & ALI TOLGA ERENDAC TEKFEN TOWER, ESKI BUYUKDERE CADDESI NO. 209 LEVENT ISTANBUL, 34394 TURKEY |
| CITIBANK AS | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: BES VIDA COMPANHIA SEGUROS S.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: CITIBANK AS ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: AGGREGATING TRUST 1, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AGGREGATING TRUST 10, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AGGREGATING TRUST 2, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AGGREGATING TRUST 3, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AGGREGATING TRUST 4, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AGGREGATING TRUST 5, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AGGREGATING TRUST 6, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AGGREGATING TRUST 7, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AGGREGATING TRUST 8, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AGGREGATING TRUST 9, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BAUPOST GROUP SECURITIES, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LATAJ GROUP LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

Total Number of Records Printed        42

EPIQ BANKRUPTCY SOLUTIONS, LLC