UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x Ref. Docket Nos. 14218 & 14473

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 23, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
28th day of February, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14218 & 14473_AFF_02-23-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   NORDMETALL - STIFTUNG
      ATTN: DR. THOMAS KLISCHAN
      KAPSTADTRING 10
      HAMBURG     22297
      GERMANY
```

Please note that your claim # 45176 in the above referenced case and in the amount of $3,537,750.00    has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: NORDMETALL - STIFTUNG
      ATTN: VICTORIA JAMES
      WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
      LONDON     EC2N2DB
      UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14218    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 23, 2011.

**EXHIBIT B**

```
TIME: 15:28:28
DATE: 02/23/11                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
                                                       CREDITOR LISTING

Name                                 Address
BANK INSINGER DE BEAUFORT NV (ITALIA) VIA DEI DUE MACELLI, 48 ROMA  00187 ITALY
DEUTSCHE BANK AG, LONDON BRANCH      TRANSFEROR: NORDMETALL - STIFTUNG ATTN: VICTORIA JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON  EC2N2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH      TRANSFEROR: NORDMETALL-STIFTUNG ATTN: VICTORIA JAMES WINCHESTER HOUSE,1 GREAT WINCHESTER STREET LONDON  EC2N2DB UNITED KINGDOM
ILLIQUIDX LTD.                       TRANSFEROR: BANK INSINGER DE BEAUFORT NV (ITALIA) ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET
                                     LONDON  EC4Y 1EL UNITED KINGDOM
NORDMETALL - STIFTUNG                ATTN: DR. THOMAS KLISCHAN KAPSTADTRING 10 HAMBURG  22297 GERMANY
NORDMETALL-STIFTUNG                  ATTN: DR. THOMAS KLISCHAN KAPSTADTRING 10 HAMBURG  22297 GERMANY

Total Number of Records Printed     6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC