UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             :     Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :     08-13555 (JMP)
                                                                  :     (Jointly Administered)
           Debtors.                                               :
                                                                  :
------------------------------------------------------------------x     Ref. Docket Nos. 14593, 14594
                                                                        & 14605

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 24, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ Eleni Kossivas
                                                Eleni Kossivas

Sworn to before me this
28th day of February, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14593, 14594 & 14605_AFF_02-24-11.doc

# EXHIBIT A

08-13555-mg    Doc 14705    Filed 02/28/11    Entered 02/28/11 17:46:27    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                      |    Chapter 11 Case No.
                                           |
                                           |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |    (Jointly Administered)
                                           |
         Debtors.                          |
                                           |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:    BARCLAYS BANK PLC
               TRANSFEROR: GOLDMAN, SACHS & CO.
               745 SEVENTH AVENUE
               NEW YORK NY 10019

Please note that your claim # 58797-01 in the above referenced case and in the amount of
       $349,674.80         has been transferred **(unless previously expunged by court order)**

               AG SUPER FUND INTERNATIONAL PARTNERS, L.P.
               TRANSFEROR: BARCLAYS BANK PLC
               C/O ANGELO GORDON & CO., LP
               245 PARK AVENUE, 26TH FLOOR
               NEW YORK NY 10167

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14593       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2011                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 24, 2011.

**EXHIBIT B**

```
TIME: 14:12:55                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 02/24/11                                         CREDITOR LISTING

Name                                          Address
AG SUPER FUND INTERNATIONAL PARTNERS,         TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO., LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
  L.P.
BARCLAYS BANK PLC                             TRANSFEROR: GOLDMAN, SACHS & CO. 745 SEVENTH AVENUE NEW YORK NY 10019
BOTTICELLI, L.L.C.                            TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO., LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
CANDLEWOOD SPECIAL SITUATIONS MASTER          (F/K/A CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER FUND LTD) ATTN: GARRETT WHEELER 777 3RD AVE, SUITE 19B NEW YORK NY 10017
  FUND LIMITED
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND LIMITED C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN
                                              60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN
                                              60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD       C/O DRAWBRIDGE GLOBAL MACRO ADVISORS LLC ATTN: GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS 47TH FLOOR NEW YORK NY 10105
DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD       C/O DRAWBRIDGE GLOBAL MACRO ADVISORS LLC ATTN: GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105

Total Number of Records Printed     8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC