UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 14605, 14618,
                                                                       14620-14622, 14627-14629, 14631
                                                                       & 14636

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 25, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
28th day of February, 2011
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LIMITED
777 3RD AVE, SUITE 19B
NEW YORK NY 10017

CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, L
CRAVATH SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019

Please note that your claim # 22840 in the above referenced case and in the amount of
$148,629.84   allowed at $148,629.84    has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LIMITED
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: MATTHEW WEINSTEIN
60 WALL STREET, 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14605    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/25/2011                    Vito Genna, Clerk of Court

/s/ Panagiota Manatakis
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 25, 2011.

**EXHIBIT B**

```
TIME: 13:05:10                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 02/25/11                                               CREDITOR LISTING

Name                                         Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: ILLIQUIDX LTD. 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND LP
AMERICAN INTERNATIONAL GROUP INC              C/O AIG INVESTMENTS ATTN: CISSIE ABRAHAM, VP & ASSISTANT GENERAL COUNSEL 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022
 RETIREMENT PLAN TRUST
AMERICAN INTERNATIONAL GROUP INC              AIG RETIREMENT PLAN INVESTMENT OFFICER PINEBRIDGE INVESTMENTS ATTN: DEANNE NEZAS 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022
 RETIREMENT PLAN TRUST
AMERICAN INTERNATIONAL GROUP INC              PAUL SHALHOUB, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVE NEW YORK NY 10019
 RETIREMENT PLAN TRUST
CAJA DE CREDITO DE LOS INGENIEROS, SCC        TRANSFEROR: CASTANER, ANTONIO REDON ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC        TRANSFEROR: VILLANUEVA TORAN, JOSE ENRIQUE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN
CANDLEWOOD SPECIAL SITUATIONS MASTER          (F/K/A) CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER FUND LTD) ATTN: GARRETT WHEELER 777  3RD AVE, SUITE 19B NEW YORK NY 10017
 FUND LIMITED
CANDLEWOOD SPECIAL SITUATIONS MASTER          777 3RD AVE, SUITE 19B NEW YORK NY 10017
 FUND, LIMITED
CANDLEWOOD SPECIAL SITUATIONS MASTER          CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
 FUND, LIMITED
CASTANER, ANTONIO REDON                       CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN
CASTANER, ANTONIO REDON                       AVDA. MADRID, 94 SANT CUGAT DE VALLES BARCELONA  08915 SPAIN
CVF LUX MASTER S.A.R.L.                       TRANSFEROR: HAWAII FUND C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY  KT112PD UNITED KINGDOM
CVF LUX MASTER S.A.R.L.                       TRANSFEROR: HAWAII PEA FUND C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY  KT112PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND LIMITED C/O DEUTSCHE BANK SECURITIES INC. 60 WALL STREET, 3RD FLOOR
                                              NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LIMITED C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN
                                              60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: SWISS RE GLOBAL MARKETS LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                              LONDON  EC2N 2DB UNITED KINGDOM
DOVER MASTER FUND II, L.P.                    RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
DOVER MASTER FUND II, L.P.                    TRANSFEROR: AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN TRUST C/O LONGACRE MANAGEMENT, LLC; ATTN: BRADLEY MAX
                                              810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
HAIN CAPITAL HOLDINGS, LTD                    TRANSFEROR: WHITWORTH UNIVERSITY ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAWAII FUND                                   C/O BNP PARIBAS ASSET MANAGEMENT ATTN: BERNARD GAUME AND STEPHANE IFRAH 14 RUE BERGERE PARIS  75009 FRANCE
HAWAII PEA FUND                               C/O BNP PARIBAS ASSET MANAGEMENT ATTN: BERNARD GAUME AND STEPHANE IFRAH 14 RUE BERGERE PARIS  75009 FRANCE
ILLIQUIDX LTD.                                TRANSFEROR: BANK INSINGER DE BEAUFORT NV (ITALIA) ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET
                                              LONDON  EC4Y 1EL UNITED KINGDOM
PAULSON CREDIT OPPORTUNITIES MASTER LTD.      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 1251 AVENUE OF AMERICAS, 50TH FLOOR NEW YORK NY 10020
VILLANUEVA TORAN, JOSE ENRIQUE                CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN
VILLANUEVA TORAN, JOSE ENRIQUE                AV. MERIDIANA, 24-6-1 BARCELONA  08018 SPAIN
WHITWORTH UNIVERSITY                          BRIAN BENZEL, PH.D. VICE PRESIDENT FOR FINANCE AND ADMINISTRATION MCEACHRAN HALL 300 WEST HAWTHORNE ROAD SPOKANE WA 99251

Total Number of Records Printed                26
```