# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Invesco Municipal Fund
**Name of Transferee**

Morgan Stanley Institutional Fund Trust Municipal Portfolio
**Name of Transferor**

**Name and address where notices to transferee should be sent:**

Invesco, Ltd.
c/o Paul A. Patterson, Esq.
Julie M. Murphy, Esq.
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
ppatterson@stradley.com
jmmurphy@stradley.com
Phone: (215) 564-8000

Stephen R. Rimes
Benita Dryden
Assistant General Counsel
Invesco Management Group, Inc.
11 Greenway Plaza, Suite 2500
Houston, TX 77046
Stephen.Rimes@invesco.com
benita.dryden@invesco.com
Phone: (713) 214-5435

Court Claim #: 27092, 65392
Amount of Claim: $2,587,500.00
Date Claim Filed: 9/22/09, 11/11/09
Contact Person:
    Ed Hearn, Vice President
    One Tower Bridge
    100 Front St., 7th Fl
    W. Conshohocken, PA 19428-2881

Phone: (610) 260-7348

B # 1306115 v.1

On or about June 1, 2010, Invesco, Ltd. acquired the retail fund business of Morgan Stanley. As part of this acquisition, Invesco, Ltd. created trusts and series portfolios thereof to receive the assets and liabilities of the series portfolios being acquired. Accordingly, claim no. 65392 filed in the above-captioned case, which was held by Morgan Stanley Institutional Fund Trust, Municipal Portfolio, is now held by Invesco Municipal Fund.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 02-23-11
Transferee
Stephen R. Rimes
Assistant General Counsel
Invesco Management Group, Inc.
11 Greenway Plaza, Suite 2500
Houston, TX  77046
Stephen.Rimes@invesco.com
Phone: (713) 214-5435