UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Invesco Van Kampen Equity and Income Fund
**Name of Transferee**

Van Kampen Equity and Income Fund
**Name of Transferor**

**Name and address where notices to transferee should be sent:**

Invesco, Ltd.
c/o Paul A. Patterson, Esq.
Julie M. Murphy, Esq.
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
ppatterson@stradley.com
jmmurphy@stradley.com
Phone: (215) 564-8000

Stephen R. Rimes
Benita Dryden
Assistant General Counsel
Invesco Management Group, Inc.
11 Greenway Plaza, Suite 2500
Houston, TX 77046
Stephen.Rimes@invesco.com
benita.dryden@invesco.com
Phone: (713) 214-5435

Court Claim #: 27104
Amount of Claim: $810,393.00
Date Claim Filed: September 22, 2009
Contact Person:
    Ed Hearn, Vice President
    One Tower Bridge
    100 Front St., 7th Fl
    W. Conshohocken, PA 19428-2881

Phone: (610) 260-7348

B # 1306537 v.1

On or about June 1, 2010, Invesco, Ltd. acquired the retail fund business of Morgan Stanley. As part of this acquisition, Invesco, Ltd. created trusts and series portfolios thereof to receive the assets and liabilities of the series portfolios being acquired. Accordingly, claim no. 27104 filed in the above-captioned case, which was held by Van Kampen Equity and Income Fund, is now held by Invesco Van Kampen Equity and Income Fund.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: 02/23/11
Transferee
Stephen R. Rimes
Assistant General Counsel
Invesco Management Group, Inc.
11 Greenway Plaza, Suite 2500
Houston, TX 77046
Stephen.Rimes@invesco.com
Phone: (713) 214-5435

B # 1306537 v.1