B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TSO LLC</u>                                        <u>Yorvik Partners LLP</u>
      Name of Transferee                              Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): <u>22261</u>
should be sent:                                     Amount of Claim: <u>$477,802.18</u>
                                                    Date Claim Filed: <u>9/21/2009</u>
TSO LLC                                             Debtor: <u>Lehman Brothers OTC Derivatives Inc.</u>
c/o Ashurst LLP
Patricia Seddon
7 Times Square, 42nd Floor
New York, NY 10036

With a copy to:
Richards Kibbe & Orbe LLP
Attn:  Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____        Phone: _____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Patricia Seddon (under POA)_    Date: _2/25/2011_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.