**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
In re:                                      :     Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :     08-13555 (JMP)
                                            :
            Debtors.                        :     (Jointly Administered)
                                            :
                                            :     Ref. Docket No. 14634
---------------------------------------------------------------x
In re:                                      :
                                            :     Case No.
                                            :
LEHMAN BROTHERS INC.                        :     08-01420 (JMP) (SIPA)
                                            :
            Debtor.                         :
                                            :
---------------------------------------------------------------x     Ref. Docket No. 4109

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 23, 2011, I caused to be served the "Joint Notice of Presentment of Stipulation and Agreed Order with Respect to Access Amendment to Transition Services Agreements," dated February 23, 2011 [Docket No. 14634 in Case No. 08-13555 and Docket No. 4109 in Case No. 08-01420], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c. enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Samuel Garcia*
Samuel Garcia

Sworn to before me this
24th day of February, 2011
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Joint NOP of Stip & Agreed Ord with Respect to Access Amndmnt to Transition Services Agmnts_DI 14634_AFF_2-23-11.doc

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Email Addresses | |
|---|---|
| aaaronson@dilworthlaw.com | ashmead@sewkis.com |
| aalfonso@willkie.com | asnow@ssbb.com |
| abraunstein@riemerlaw.com | atrehan@mayerbrown.com |
| acaton@kramerlevin.com | aunger@sidley.com |
| acker@chapman.com | austin.bankruptcy@publicans.com |
| adam.brezine@hro.com | avenes@whitecase.com |
| adarwin@nixonpeabody.com | azylberberg@whitecase.com |
| Adiamond@DiamondMcCarthy.com | bankr@zuckerman.com |
| aeckstein@blankrome.com | bankruptcy@goodwin.com |
| aentwistle@entwistle-law.com | bankruptcy@morrisoncohen.com |
| afriedman@irell.com | bankruptcymatters@us.nomura.com |
| agbanknewyork@ag.tn.gov | barbara.scanlon@ozcap.com |
| aglenn@kasowitz.com | barbra.parlin@hklaw.com |
| agold@herrick.com | bbisignani@postschell.com |
| ahammer@freebornpeters.com | bdk@schlamstone.com |
| aisenberg@saul.com | bgraifman@gkblaw.com |
| akantesaria@oppenheimerfunds.com | bguiney@pbwt.com |
| alesia.pinney@infospace.com | bill.freeman@pillsburylaw.com |
| alum@ftportfolios.com | bkmail@prommis.com |
| amarder@msek.com | bmanne@tuckerlaw.com |
| AMcMullen@BoultCummings.com | BMiller@mofo.com |
| amenard@tishmanspeyer.com | boneill@kramerlevin.com |
| Andrew.Brozman@cliffordchance.com | Brian.Corey@greentreecreditsolutions.com |
| andrew.lourie@kobrekim.com | bromano@willkie.com |
| angelich.george@arentfox.com | brosenblum@jonesday.com |
| ann.reynaud@shell.com | broy@rltlawfirm.com |
| anthony_boccanfuso@aporter.com | btrust@mayerbrown.com |
| aoberry@bermanesq.com | btupi@tuckerlaw.com |
| aostrow@beckerglynn.com | bturk@tishmanspeyer.com |
| apo@stevenslee.com | bwolfe@sheppardmullin.com |
| aquale@sidley.com | bzabarauskas@crowell.com |
| araboy@cov.com | cahn@clm.com |
| arahl@reedsmith.com | calbert@reitlerlaw.com |
| arheaume@riemerlaw.com | canelas@pursuitpartners.com |
| arlbank@pbfcm.com | carlsons@sullcrom.com |
| arosenblatt@chadbourne.com | carol.weinerlevy@bingham.com |
| arthur.rosenberg@hklaw.com | cbelisle@wfw.com |
| arwolf@wlrk.com | cbelmonte@ssbb.com |
| aseuffert@lawpost-nyc.com | cbrotstein@bm.net |
| ashaffer@mayerbrown.com | cgoldstein@stcwlaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| chammerman@paulweiss.com | dcoffino@cov.com |
| chardman@klestadt.com | dcrapo@gibbonslaw.com |
| charles@filardi-law.com | ddavis@paulweiss.com |
| charles_malloy@aporter.com | ddrebsky@nixonpeabody.com |
| charu.chandrasekhar@wilmerhale.com | ddunne@milbank.com |
| chipford@parkerpoe.com | deggermann@kramerlevin.com |
| chris.donoho@lovells.com | deggert@freebornpeters.com |
| christopher.schueller@bipc.com | demetra.liggins@tklaw.com |
| clarkb@sullcrom.com | deryck.palmer@cwt.com |
| clynch@reedsmith.com | dfelder@orrick.com |
| cmontgomery@salans.com | dflanigan@polsinelli.com |
| cohenr@sewkis.com | dgrimes@reedsmith.com |
| cp@stevenslee.com | dhayes@mcguirewoods.com |
| cpappas@dilworthlaw.com | dheffer@foley.com |
| craig.goldblatt@wilmerhale.com | diconzam@gtlaw.com |
| crmomjian@attorneygeneral.gov | dirk.roberts@ots.treas.gov |
| cs@stevenslee.com | djoseph@stradley.com |
| csalomon@beckerglynn.com | dkleiner@velaw.com |
| cschreiber@winston.com | dkozusko@willkie.com |
| cshore@whitecase.com | dladdin@agg.com |
| cshulman@sheppardmullin.com | dlemay@chadbourne.com |
| ctatelbaum@adorno.com | dlipke@vedderprice.com |
| cwalsh@mayerbrown.com | dludman@brownconnery.com |
| cward@polsinelli.com | dmcguire@winston.com |
| cweber@ebg-law.com | dmurray@jenner.com |
| cweiss@ingramllp.com | dneier@winston.com |
| dallas.bankruptcy@publicans.com | dodonnell@milbank.com |
| daniel.guyder@allenovery.com | dove.michelle@dorsey.com |
| dave.davis@isgria.com | dowd.mary@arentfox.com |
| david.bennett@tklaw.com | DPiazza@HodgsonRuss.com |
| david.crichlow@pillsburylaw.com | draelson@fisherbrothers.com |
| david.heller@lw.com | dravin@wolffsamson.com |
| david.seligman@kirkland.com | drose@pryorcashman.com |
| davids@blbglaw.com | drosenzweig@fulbright.com |
| davidwheeler@mvalaw.com | drosner@goulstonstorrs.com |
| dbalog@intersil.com | drosner@kasowitz.com |
| dbarber@bsblawyers.com | dshemano@pwkllp.com |
| dbaumstein@whitecase.com | dspelfogel@foley.com |
| dbesikof@loeb.com | dtatge@ebglaw.com |
| dcimo@gjb-law.com | dwdykhouse@pbwt.com |
| dckaufman@hhlaw.com | dwildes@stroock.com |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| dworkman@bakerlaw.com | harrisjm@michigan.gov |
| easmith@venable.com | harveystrickon@paulhastings.com |
| echang@steinlubin.com | hbeltzer@mayerbrown.com |
| ecohen@russell.com | heidi@crumbielaw.com |
| efile@willaw.com | heim.steve@dorsey.com |
| efleck@milbank.com | heiser@chapman.com |
| efriedman@friedumspring.com | hirsch.robert@arentfox.com |
| egeekie@schiffhardin.com | hollace.cohen@troutmansanders.com |
| eglas@mccarter.com | holsen@stroock.com |
| ehollander@whitecase.com | howard.hawkins@cwt.com |
| ekbergc@lanepowell.com | hseife@chadbourne.com |
| eli.mattioli@klgates.com | hsnovikoff@wlrk.com |
| ellen.halstead@cwt.com | icatto@kirkland.com |
| eobrien@sbchlaw.com | igoldstein@dl.com |
| eric.johnson@hro.com | ilevee@lowenstein.com |
| eschaffer@reedsmith.com | info2@normandyhill.com |
| eschwartz@contrariancapital.com | ira.herman@tklaw.com |
| esmith@dl.com | isgreene@hhlaw.com |
| ezujkowski@emmetmarvin.com | israel.dahan@cwt.com |
| ezweig@optonline.net | iva.uroic@dechert.com |
| fbp@ppgms.com | jaclyn.genchi@kayescholer.com |
| feldsteinh@sullcrom.com | jacobsonn@sec.gov |
| ffm@bostonbusinesslaw.com | jafeltman@wlrk.com |
| fhyman@mayerbrown.com | james.mcclammy@dpw.com |
| fishere@butzel.com | james.sprayregen@kirkland.com |
| francois.janson@hklaw.com | jamestecce@quinnemanuel.com |
| frank.white@agg.com | jamie.nelson@dubaiic.com |
| fsosnick@shearman.com | jar@outtengolden.com |
| fyates@sonnenschein.com | jason.jurgens@cwt.com |
| gabriel.delvirginia@verizon.net | jay.hurst@oag.state.tx.us |
| gbray@milbank.com | jay@kleinsolomon.com |
| george.davis@cwt.com | Jbecker@wilmingtontrust.com |
| geraci@thalergertler.com | jbeemer@entwistle-law.com |
| ggitomer@mkbattorneys.com | jbird@polsinelli.com |
| giddens@hugheshubbard.com | jbromley@cgsh.com |
| gkaden@goulstonstorrs.com | jcarberry@cl-law.com |
| glenn.siegel@dechert.com | jchristian@tobinlaw.com |
| gmoss@riemerlaw.com | Jdrucker@coleschotz.com |
| gravert@mwe.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| guzzi@whitecase.com | jeannette.boot@wilmerhale.com |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com

john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| klyman@irell.com | mark.deveno@bingham.com |
| kmayer@mccarter.com | mark.ellenberg@cwt.com |
| kobak@hugheshubbard.com | mark.houle@pillsburylaw.com |
| korr@orrick.com | mark.sherrill@sutherland.com |
| KOstad@mofo.com | martin.davis@ots.treas.gov |
| kovskyd@pepperlaw.com | Marvin.Clements@ag.tn.gov |
| kowens@foley.com | matthew.klepper@dlapiper.com |
| kpiper@steptoe.com | matthew.morris@lovells.com |
| kressk@pepperlaw.com | mbenner@tishmanspeyer.com |
| KReynolds@mklawnyc.com | mberman@nixonpeabody.com |
| krosen@lowenstein.com | mbienenstock@dl.com |
| kuehn@bragarwexler.com | mbossi@thompsoncoburn.com |
| kurt.mayr@bgllp.com | mcademartori@sheppardmullin.com |
| lacyr@sullcrom.com | mcordone@stradley.com |
| Landon@StreusandLandon.com | mcto@debevoise.com |
| lawallf@pepperlaw.com | mdorval@stradley.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| Lee.Stremba@troutmansanders.com | metkin@lowenstein.com |
| lgranfield@cgsh.com | mfeldman@willkie.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| linda.boyle@twtelecom.com | mgreger@allenmatkins.com |
| lisa.ewart@wilmerhale.com | mhanchet@mayerbrown.com |
| lisa.kraidin@allenovery.com | mhopkins@cov.com |
| LJKotler@duanemorris.com | michael.frege@cms-hs.com |
| lmarinuzzi@mofo.com | michael.kim@kobrekim.com |
| Lmay@coleschotz.com | millee12@nationwide.com |
| lmcgowen@orrick.com | miller@taftlaw.com |
| lml@ppgms.com | mimi.m.wong@irscounsel.treas.gov |
| lmolfetta@mayerbrown.com | mitchell.ayer@tklaw.com |
| lnashelsky@mofo.com | mjacobs@pryorcashman.com |
| loizides@loizides.com | mjedelman@vedderprice.com |
| lromansic@steptoe.com | MJR1@westchestergov.com |
| lscarcella@farrellfritz.com | mkjaer@winston.com |
| lschweitzer@cgsh.com | mlahaie@akingump.com |
| lthompson@whitecase.com | MLandman@lcbf.com |
| lubell@hugheshubbard.com | mlynch2@travelers.com |
| lwhidden@salans.com | mmendez@hunton.com |
| mabrams@willkie.com | mmooney@deilylawfirm.com |
| MAOFILING@CGSH.COM | mmorreale@us.mufg.jp |
| Marc.Chait@standardchartered.com | mmurphy@co.sanmateo.ca.us |
| margolin@hugheshubbard.com | mneier@ibolaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com

psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbernard@bakerlaw.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| rterenzi@stcwlaw.com | sory@fdlaw.com |
| RTrust@cravath.com | spiotto@chapman.com |
| russj4478@aol.com | splatzer@platzerlaw.com |
| rwasserman@cftc.gov | squigley@lowenstein.com |
| rwyron@orrick.com | SRee@lcbf.com |
| s.minehan@aozorabank.co.jp | sselbst@herrick.com |
| sabin.willett@bingham.com | sshimshak@paulweiss.com |
| sabramowitz@velaw.com | steele@lowenstein.com |
| sagolden@hhlaw.com | stephen.cowan@dlapiper.com |
| Sally.Henry@skadden.com | steve.ginther@dor.mo.gov |
| sandyscafaria@eaton.com | steven.troyer@commerzbank.com |
| Sara.Tapinekis@cliffordchance.com | steven.wilamowsky@bingham.com |
| sbernstein@hunton.com | Streusand@StreusandLandon.com |
| scargill@lowenstein.com | susan.schultz@newedgegroup.com |
| schannej@pepperlaw.com | susheelkirpalani@quinnemanuel.com |
| Schepis@pursuitpartners.com | swolowitz@mayerbrown.com |
| schnabel.eric@dorsey.com | szuch@wiggin.com |
| schristianson@buchalter.com | tannweiler@greerherz.com |
| schwartzmatthew@sullcrom.com | tarbit@cftc.gov |
| scottshelley@quinnemanuel.com | tbrock@ssbb.com |
| scousins@armstrongteasdale.com | tduffy@andersonkill.com |
| sdg@yoss.com | teresa.oxford@invescoaim.com |
| sdnyecf@dor.mo.gov | TGoren@mofo.com |
| sehlers@armstrongteasdale.com | thaler@thalergertler.com |
| sfelderstein@ffwplaw.com | thomas.califano@dlapiper.com |
| sfineman@lchb.com | thomas.ogden@dpw.com |
| sfox@mcguirewoods.com | Thomas_Noguerola@calpers.ca.gov |
| sgordon@cahill.com | timothy.brink@dlapiper.com |
| sgubner@ebg-law.com | timothy.palmer@bipc.com |
| shannon.nagle@friedfrank.com | tjfreedman@pbnlaw.com |
| sharbeck@sipc.org | tkarcher@dl.com |
| shari.leventhal@ny.frb.org | tkiriakos@mayerbrown.com |
| shgross5@yahoo.com | tlauria@whitecase.com |
| sidorsky@butzel.com | tmacwright@whitecase.com |
| slerner@ssd.com | tmayer@kramerlevin.com |
| slevine@brownrudnick.com | tnixon@gklaw.com |
| SLoden@DiamondMcCarthy.com | toby.r.rosenberg@irscounsel.treas.gov |
| smayerson@ssd.com | tony.davis@bakerbotts.com |
| smillman@stroock.com | tslome@msek.com |
| smulligan@bsblawyers.com | ttracy@crockerkuno.com |
| snewman@katskykorins.com | twheeler@lowenstein.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

| Name | Fax |
|---|---|
| Office of the US Trustee T H Davis E Gasparini A Schwartz | 212-668-2255 |
| Internal Revenue Service | 212-436-1931 |