**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                                 :

In re                                            :      Chapter 11 Case No.
                                           :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :      **08-13555 (JMP)**
                                           :      **(Jointly Administered)**
            Debtors.                      :
                                           :
----------------------------------------------------------------x    Ref. Docket Nos. 14625 & 14626

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 23, 2011, I caused to be served the:

   a. "Notice of Sixty-Seventh Supplemental List of Ordinary Course Professionals," dated February 23, 2011 [Docket No.14625], (the "67th Supplemental OCP List"), and

   b. "Affidavit and Disclosure Statement of Ben M. Ochoa, Esq. on Behalf of Rothgerber, Johnson & Lyons LLP," dated February 17, 2011 [Docket No.14626], (the "Ochoa Affidavit"),

   by causing true and correct copies of the:

   i. 67th Supplemental OCP List and Ochoa Affidavit, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004,

   ii. 67th Supplemental OCP List and Ochoa Affidavit, to be delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   iii. Ochoa Affidavit, to be delivered via electronic mail to: pcoates@rothgerber.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Samuel Garcia*
Samuel Garcia

Sworn to before me this
24th day of February, 2011
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\67th Supplemental OCP List; Ochoa Affidavit_DI 14625 & 14626_AFF_2-23-11.doc

**EXHIBIT A**

# Exhibit A

**Counsel to the Official Committee of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com