UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al*  : 08-13555 (JMP)
                                                     :
                                                     : (Jointly Administered)
                    Debtors.                   :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM MAILING MATRIX

PLEASE TAKE NOTICE that Eric E. Johnson hereby withdraws his appearance in the above-referenced case on behalf of National CineMedia, LLC, and requests to be removed from all service lists and from the CM/ECF notice list for this case. All future correspondence, papers and pleadings that affect National CineMedia, LLC's rights should be sent directly to National CineMedia, LLC, c/o R. Eugene Hardy, Esq., 9110 East Nichols Avenue, Suite 200, Centennial, Colorado 80112-3405.

Dated this 2nd day of March, 2011.

          HOLME ROBERTS & OWEN LLP

          By: */s/ Eric E. Johnson*
               Eric E. Johnson, (CO #19364)
               (*Pro Hac Vice* Admission)
               1700 Lincoln Street, Suite 4100
               Denver, Colorado 80203-4541
               Telephone:   (303) 861-7000
               Facsimile:   (303) 866-0200
               E-Mail: eric.johnson@hro.com
               *Attorneys for National CineMedia, LLC*

#1468595 v1 den