WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x
                                                         :
**In re**                                                :          **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*             :          **08-13555 (JMP)**
                                                         :
                                    **Debtors.**         :          **(Jointly Administered)**
                                                         :
--------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MARCH 3, 2011 AT 11:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
                       Alexander Hamilton U.S. Custom House, before the Honorable, James
                       M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling
                       Green, New York, NY 10004-1408

**I.     UNCONTESTED CLAIMS MATTERS:**

1.     Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture
       Trustee Claims) **[Docket No. 11594]**

       Response Deadline:   October 27, 2010 at 4:00 p.m.

       Resolved Response:

              A.     Response of Bouef Limited **[Docket No. 12321]**

       Related Documents:

              B.     Order Signed Granting Debtors' Forty-Ninth Omnibus Objection to
                     Claims (Duplicative of Indenture Trustee Claims) **[Docket No.
                     12893]**

<u>Status</u>: This matter is going forward on an uncontested basis solely with respect to the Resolved Response.

2.  Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11611]**

    <u>Response Deadline</u>:    October 27, 2010 at 4:00 p.m.

    <u>Resolved Response</u>:

    A.    Response of John Narel Trust **[Docket No. 12417]**

    <u>Related Documents</u>:

    B.    Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12832]**

    C.    Notice of Withdrawal of Objection of John Narel Trust **[Docket No. 14673]**

    <u>Status</u>:  This matter is going forward uncontested solely with respect to the Resolved Response.

3.  Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11612]**

    <u>Response Deadline</u>:    October 27, 2010 at 4:00 p.m.

    <u>Resolved Response</u>:

    A.    Lilith Ventures, Ltd.'s Response  **[Docket No. 12325]**

    <u>Related Documents</u>:

    B.    Order Granting Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 12676]**

    <u>Status</u>:  This matter is going forward on an uncontested basis solely with respect to the Resolved Response.

4.  Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11978]**

    <u>Response Deadline</u>:        November 15, 2010 at 4:00 p.m.

Adjourned Responses:

    A.    Response of BG Energy Merchants LLC **[Docket No. 12765]**

    B.    Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, **[Docket No. 12714]**

    C.    Response of Telecom Italia Finance SA **[Docket No. 12951]**

    D.    Response of Tenor Opportunity Master Fund, Ltd. **[Docket No. 12698]**

Related Documents:

    E.    Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13164**]

    F.    Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13620**]

Status:  This matter is going forward on an uncontested basis solely with respect to the claims of Ferrero S.P.A. and Ferrero Trading Lux SA.  All Adjourned Responses have been adjourned to March 31, 2011 at 10:00 a.m.

5.    Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12533]**

Response Deadline:    December 6, 2010 at 4:00 p.m.

Adjourned Responses:    See Exhibit A.

Related Documents:

    A.    Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13616**]

Status: This matter is going forward on an uncontested basis solely with respect to Ore Hill Credit Hub Fund Ltd.  All responses identified on Exhibit A attached hereto have been adjourned to March 31, 2011 at 10:00 a.m., with the exception of Capstone Value Realization Fund which has been adjourned to April 28, 2011 at 10:00 a.m.

6.    Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 13295]**

Response Deadline:    January 6, 2011 at 4:00 p.m.

Responses Received:    See Exhibit B.

Adjourned Responses: See Exhibit C.

Related Documents:

    A.    Order Granting Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**Docket No. 14025**]

Status:  This matter is going forward on an uncontested basis with respect to all claims identified on Exhibit B. All claims identified on Exhibit C have been adjourned to March 31, 2011 at 10:00 a.m.

7.    Debtors' Seventy-Sixth Omnibus Objection to Claims (No Supporting Documentation Claims) [**Docket No. 13891**]

Response Deadline:    February 10, 2011 at 4:00 p.m.

Resolved Response:

    A.    Response of Tsang Man Chiu [**Docket No. ____**]

Related Documents:    None.

Status:  This matter is going forward on an uncontested basis.

8.    Debtors' Seventy-Seventh Omnibus Objection to Claims (Amended and Superseded Claims) [**Docket No. 13893**]

Response Deadline:    February 10, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Lothar Fetkenheuer [**Docket No. 14602**]

    B.    Response of Hans-Hermann Weber [**Docket No. 14603**]

    C.    Response of Almut Klippel [**Docket No. 14606**]

    D.    Response of Frank-Roland Kuehnast [**Docket No. 14598**]

    E.    Response of Dieter & Edith Moeller [**Docket No. 14604**]

F.      Responses of Juerg Ruettener **[Docket No. 14599 & 14600]**

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the objection other than the Adjourned Responses and claims for which the objection has been otherwise resolved.  All Adjourned Responses have been adjourned to March 31, 2011 at 10:00 a.m.

9.      Debtors' Seventy-Eighth Omnibus Objection to Claims (Duplicative of Trustee / No Liability Claims) [**Docket No. 13919**]

Response Deadline:      February 14, 2011 at 4:00 p.m.

Responses Received:     None.

Related Documents:      None.

Status:  This matter is going forward on an uncontested basis.

10.     Debtors' Seventy-Ninth Omnibus Objection to Claims (Misclassified Claims) [**Docket No. 13925**]

Response Deadline:      February 14, 2011 at 4:00 p.m.

Responses Received:     None.

Related Documents:      None.

Status:  This matter is going forward on an uncontested basis.

11.     Debtors' Eightieth Omnibus Objection to Claims (No Liability Claims) [**Docket No. 13926**]

Response Deadline:      February 14, 2011 at 4:00 p.m.

Responses Received:     None.

Related Documents:      None.

Status:  This matter is going forward on an uncontested basis.

12.     Debtors' Eighty-First Omnibus Objection to Claims (Duplicative Claims) [**Docket No. 13927**]

Response Deadline:      February 14, 2011 at 4:00 p.m.

Adjourned Responses:

       A.     Response of East Bay Municipal Utility District **[Docket No. 14624]**

       B.     Response of Ong Stephen Chua & Ong Elizabeth Yutan **[Docket No. 14607]**

Related Documents:   None.

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the objection other than the Adjourned Responses and claims for which the objection has been otherwise resolved.  All Adjourned Responses have been adjourned to March 31, 2011 at 10:00 a.m.

13.    Debtors' Eighty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 13936]**

Response Deadline:   February 14, 2011 at 4:00 p.m.

Adjourned Responses:

       A.     Response of Stephen Restelli **[Docket No. 14608]**

       B.     Response of William Smith & Francis Hill **[Docket No. 14623]**

Related Documents:   None.

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the objection other than the Adjourned Responses and claims for which the objection has been otherwise resolved.  All Adjourned Responses have been adjourned to March 31, 2011 at 10:00 a.m.

14.    Debtors' Eighty-Third Omnibus Objection to Claims (Settled Derivative Claims) **[Docket No. 13945**]

Response Deadline:   February 14, 2011 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status:  This matter is going forward on an uncontested basis.

15.    Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 13955]**

Response Deadline:    February 14, 2011 at 4:00 p.m.

Adjourned Responses:

A.    Response of Chinatrust Commercial Bank. **[Docket No. 14470]**

B.    Response of Easton Investments II, A California L.P. **[Docket No. 14466]**

C.    Response of Magnetar Capital Master Fund Ltd **[Docket No. 14319]**

D.    Response of Magnetar Constellation Master Fund II LTD **[Docket No. 14321]**

E.    Response of Magnetar Constellation Master Fund III LTD **[Docket No. 14323]**

F.    Response of SPCP Group L.L.C. Transferor: Ratia Energie AG **[Docket No. 14436]**

G.    Response of SPCP Group L.L.C. Transferor: Inter-American Development Bank ("IADB") **[Docket No. 14435]**

H.    Response of Eton Park Fund, L.P. **[Docket No. 14587]**

I.    Response of Eton Park Master Fund, Ltd. **[Docket No. 14589]**

Related Documents: None.

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the objection other than the Adjourned Responses and the objection to the claim of SBA Communications.  All Adjourned Responses and the objection to the claim of SBA Communications have been adjourned to March 31, 2011 at 10:00 a.m.

## II.    CONTESTED MATTERS:

16.    Debtors' Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims) **[Docket No. 12530]**

Response Deadline:    December 6, 2010 at 4:00 p.m.

Unresolved Response:

A.    Response of DuWarn Porter **[Docket No. _____]**

Related Documents:

B.    Order Granting Debtors' Sixty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims) **[Docket No. 13617]**

Status:  This matter is going forward contested solely with respect to the Unresolved Response.

## III.    **ADJOURNED MATTERS**:

17.    Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 8006]**

Response Deadline:       May 3, 2010 at 4:00 p.m.

Adjourned Responses:

A.    Response of Paul Berlage **[Docket No. 8876]**

B.    Response of Gisela Schultz **[Docket No. 8877]**

C.    Response of Bernd & Renate Werneyer **[Docket No. 8893]**

Related Documents:

D.    Order Granting the Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9275]**

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

18.    Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 8007]**

Response Deadline:       May 3, 2010 at 4:00 p.m.

Adjourned Responses:

A.    Response of Gisela Schultz **[Docket No. 8877]**

B.    Responses of Juergen Terstegen **[Docket Nos. 8878 and 8879]**

C.    Responses of Sabine Naito **[Docket Nos. 8881 and 8882]**

D.    Response of Irmgard Wiecorek **[Docket No. 8883]**

E.    Response of Uwe Schaper **[Docket No. 8885]**

F.    Response of Korinna Schwerdt **[Docket No. 8886]**

G.      Response of Juergen Klein **[Docket No. 8887]**

H.      Responses of Mieczyslaw Wolski **[Docket Nos. 8890, 8891 and 8892]**

I.      Response of Bernd & Renate Werneyer **[Docket No. 8893]**

J.      Response of Manuel Freude **[Docket No. 8895]**

K.      Response of Dietmar Reinartz **[Docket No. 8896]**

L.      Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

M.      Response of Andrea Lobbe-Hermans **[Docket No. 8898]**

N.      Response of Wilfried Uttendorf **[Docket No. 8899]**

O.      Response of Gerd Meyer **[Docket No. 8900]**

P.      Response of Jean & Kerstin Ruetze **[Docket No. 8901 and 8902]**

Q.      Response of Marvin Schwerdtfeger **[Docket No. 8904]**

R.      Response of Martin Kuemmel **[Docket No. 8905]**

S.      Response of Marlies Wagner **[Docket No. 8906]**

T.      Response of Walter & Siegrid Mosch **[Docket No. 8907]**

U.      Response of Gertrud Styra **[Docket No. 8908]**

V.      Response of Bernhard Koenner **[Docket No. 8909]**

W.      Response of Uwe Schoenwaelder **[Docket No. 8910]**

X.      Response of Friz & Marga Fickenscher **[Docket No. 8911]**

Y.      Response of Hanspeter Wittig **[Docket No. 8912]**

Z.      Response of Peter Huen **[Docket No. 8913]**

AA.     Response of Hans-Dieter Olsberg **[Docket No. 8914]**

BB.     Response of Eva Schwabmueller **[Docket No. 8915]**

<u>Related Documents</u>:

CC.    Order Signed Granting Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9234]**

DD.    Notice of Adjournment of Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) Solely as to Certain Responses **[Docket No. 13045]**

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

19.    Debtors' Eighteenth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 9656]**

Response Deadline:        July 20, 2010 at 4:00 p.m.

Adjourned Responses:

A.    Response of Howard Terry and The Terry Foundation **[Docket No.  10324]**

Related Documents:

B.    Order Granting Debtors' Eighteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11509]**

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

20.    Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 9983]**

Response Deadline:    August 3, 2010 at 4:00 p.m.

Adjourned Responses:

A.    Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[Docket No. 10616]**

Related Documents:

B.    Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11161**]

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

21.    Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[Docket No. 10286]**

Response Deadline:    August 19, 2010 at 4:00 p.m.

Related Documents:

    A.    Order Signed Granting Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[Docket No. 11155]**

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

22.    Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11260]**

Response Deadline:    October 13, 2010 at 4:00 p.m.

Adjourned Responses:

    A.    Response of MF Global UK Limited **[Docket No. 11904]**

    B.    Response of Central Puget Sound Transit Authority **[Docket No. 11914]**

    C.    Response of Global Thematic Opportunities Fund LLP **[Docket No. 11953]**

    D.    Response of IKB International SA **[Docket No. 11929]**

    E.    Response of Lincore Limited **[Docket No. 11922]**

    F.    Response of The Morningside Ministries **[Docket No. 11894]**

Related Documents:

    G.    Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 12425**]

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

23.    Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) **[Docket No. 11302]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Documents:

    A.    Order Granting Debtors' Thirty-Seventh Omnibus Objection to Claims (No Liability Claims) **[Docket No. 12409]**.

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

24.    Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 11305]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Documents:

    A.    Amended Order Signed Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 12675]**

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

25.    Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 11306]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Documents:

    A.    Order Signed Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 12413]**

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

26.    Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11307]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Documents:

    A.    Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 12407]**

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

27.    Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11308]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Documents:

    A.    Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 12424]**

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

28.    Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) **[Docket No. 11584]**

Response Deadline:    October 27, 2010 at 4:00 p.m.

Adjourned Responses:

    A.    ACTIV Financial Systems, Inc. **[Docket No. 12306]**

    B.    Atlantic Forms and Systems Inc. **[Docket No. 12179]**

    C.    Audio Incorporated **[Docket No. 12543]**

    D.    A. M. Best Company **[Docket No. 12362]**

    E.    Boilermaker Trust Claims **[Docket Nos. 12431, 12434, 12440, 12441 and 12442]**

    F.    Dav-El Reservations System, Inc. **[Docket No. 12308]**

    G.    Patricio Quinn **[Docket No. N/A]**

    H.    ZPR International, Inc. **[Docket No. 12397]**

Related Documents:

    I.    Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) **[Docket No. 12892]**

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

29.    Debtors' Fifty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11613]**

Response Deadline:    October 27, 2010 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Astrea LLC **[Docket No. 12313]**

Related Documents:

        B.      Order Granting Debtors' Fifty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 12793**]

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

30.     Debtors' Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) [**Docket No. 11942**]

Response Deadline:    November 15, 2010 at 4:00 p.m.

Adjourned Responses:

        A.      Chadwick Cook dba CWC Revocable Trust 1-13-01 [**Docket No. 12404**]

        B.      Clyde & Darlee J. Crockett [**Docket No. 12658**]

        C.      Dennis Revelotis [**Docket No. 12418**]

        D.      Julianne Salvatore [**Docket No. 12815**]

        E.      Dr. Fred W. Telling [**Docket No. 13185**]

Related Documents:

        F.      Order Granting Debtors' Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) [**Docket No. 13287**]

        G.      Notice of Adjournment of Hearing of Debtors' Fifty-Eighth Omnibus Objection to Claims (No Supporting Documentation Claims) Solely as to Certain Claims [**Docket No. 13547**]

Status: This matter has been adjourned to March 31, 2011 at 10:00 a.m.

31.     Debtors' Seventieth Omnibus Objection to Claims (Settled Derivative Claims) [**Docket No. 13110**]

Response Deadline:    December 30, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to March 31, 2011 at 10:00 a.m.

32.    Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 13230]**

Response Deadline:    January 5, 2011 at 4:00 p.m.

Adjourned Responses:

      A.    Response of ICCREA Banca S.P.A. **[Docket No. 13792]**

      B.    Response of Norddeutsche Landesbank Giroznentrale [**Docket No. 13794**]

Related Documents:    None.

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

33.    Debtors' Seventy-Second Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 13271]**

Response Deadline:    January 5, 2011 at 4:00 p.m.

Unresolved Response:

      A.    Response of Chan Lai Chun Betty **[Docket No. 13898]**

Related Documents:

      B.    Order Granting Debtors' Seventy-Second Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 14027]**

      C.    Limited Responses and Reservation of Rights of Olivant Investments Switzerland S.A. [**Docket No. 13606**]

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

34.    Debtors' Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 13328]**

Response Deadline:    January 7, 2011 at 4:00 p.m.

Adjourned Responses:

      A.    Response of Sandra Stolk **[Docket No. 13862]**

      B.    Response of Herman Stolk **[Docket No. 13863]**

      C.    Response of Gloria A. Stainkamp **[Docket No. 13884]**

      D.      Response of Bowaut, Inc. **[Docket No. 13885]**

      E.      Response of Peter Thompson **[Docket No. _____]**

<u>Status</u>:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

35.    Debtors' Seventy-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 13329]**

<u>Response Deadline</u>:    January 7, 2011 at 4:00 p.m.

<u>Adjourned Responses</u>:

      A.      Response of Robert L. Zito **[Docket No. 13883]**

      B.      Response of Lucky Asia Trading Limited **[Docket No. _____]**

<u>Status</u>:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

36.    Cathay United Bank's Motion to Have Claim No. 35181 Deemed Timely Filed **[Docket No. 12037]**

<u>Response Deadline</u>:    March 24, 2011 at 4:00 p.m.

<u>Related Documents</u>:    None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

37.    Nagy es Trocsanyi Ugyvedi Iroda's Motion Requesting an Enlargement of Time **[Docket No. 12242]**

<u>Response Deadline</u>:    March 24, 2011 at 4:00 p.m.

<u>Related Documents</u>:    None.

<u>Related Documents</u>:

      A.      Notice of Adjournment **[Docket No. 13543]**

<u>Status</u>:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

38.    Symphony Asset Management LLC's Motions to Deem Proof of Claim Timely Filed **[Docket No. 12074, 12301, 12304 and 12305]**

Response Deadline:    March 24, 2011 at 4:00 p.m.

Related Documents:    None.

Related Documents:    None.

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

39.    Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 9537]**

Response Deadline:    August 20, 2010 at 4:00 p.m.

Responses Received:

  A.    Debtors' Objection **[Docket No. 10946]**

  B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 10955]**

Related Documents:

  C.    Affidavit in Support of Notice of Motion and Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 9538]**

  D.    Notice of Adjournment of Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 10566]**

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

40.    Motion of Pearl Assurance Limited to Deem Proofs of Claim to be Timely Filed **[Docket No. 12072]**

Response Deadline:    March 24, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:

  A.    Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11307]**

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

41.    Cross-Motion for Entry of an Order Permitting Late Filing of Claims **[Docket No. 12007]**

Response Deadline:    March 24, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11307]**

Status:  This matter has been adjourned to March 31, 2011 at 10:00 a.m.

42.    First Motion of Mark Glasser to Extend Time for Claim **[Docket No. 6386]**

Response Deadline:    April 15, 2010 at 4:00 p.m.

Responses Received:

    A.    Debtors' Objection **[Docket No. 8354]**

Related Documents:

    B.    Notice of Intention to Offer Testimony in Support filed by Mark Glasser **[Docket No. 9087]**

Status:  This matter has been adjourned to April 28, 2011 at 10:00 a.m.

## IV.    <u>WITHDRAWN MATTERS</u>:

43.    Debtor's Objection to Proof of Claim filed by David Schwartzman **[Docket No. 5951]**

Response Deadline:    February 18, 2011 at 4:00 p.m.

Responses Received:  None.

<u>Related Documents</u>:

       A.      Notices of Withdrawal **[Docket Nos. 14563, 14565 & 14588]**

<u>Status</u>:  This matter has been withdrawn.

Dated:  March 2, 2011
       New York, New York

                   /s/ Shai Y. Waisman            
                   Shai Y. Waisman

                   WEIL, GOTSHAL & MANGES LLP
                   767 Fifth Avenue
                   New York, New York 10153
                   Telephone:  (212) 310-8000
                   Facsimile:   (212) 310-8007

                   Attorneys for Debtors
                   and Debtors in Possession

<u>Exhibit A</u>

(**<u>Sixty-Seventh</u>** Omnibus Objection to Claims (Valued Derivative
Claims) [Docket No. 12533] - Adjourned Objections)

| Claimant Name | Docket Number |
|---|---|
| Response of Canyon Balanced Master Fund, Ltd., Canyon Capital Arbitrage Master Fund, Ltd., Canyon Value Realization Fund (Cayman), Ltd., and Canyon Value Realization Fund, L.P. | 13227 |
| Response of Castlerigg Master Investments Ltd. | 13193 |
| Response of Citibank, N.A. | 13565 |
| Response of Commonwealth Bank of Austrlia | 13242 |
| Response of CSP II Usis Holdings, L.P. | 13078 |
| Response of E-Capital Profits Limited | 13166 |
| Response of Federal Home Loan Bank of Des Moines | 13156 |
| Response of ICM Business Trust | 13226 |
| Response of Kilroy Realty, L.P. | 13059 |
| Response of Lloyds TSB Bank PLC | 13201 |
| Omnibus Response of Loeb Claimants | 13217 |
| Response of Mariner LDC | 13222 |
| Response of Mariner-Tricadia Credit Strategies Master Fund, Ltd. | 13224 |
| Response of Merrill Lynch | 13229 |
| Response of Mitsui & Co. Commodity Risk Management Limited | 13113 |
| Response of National Bank of Canada | 13247 |
| Response of Nexstar Developing Opportunities Master Fund, Ltd. | 13402 |
| Response of Pentwater Growth Fund Ltd. | 13117 |
| Response of Pohjola Bank | 13196 |
| Response of Ross Financial Corporation | 13232 |
| Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, as Successor to Certain Claims of Alliance Laundry Systems LLC | 13218 |
| Response of Tricadia Capital Management, LLC, on behalf of Tricadia Distressed and Special Situations Master Fund, Ltd. | 13223 |
| Response of Venoco, Inc. | 13223 |
| National Bank of Canada | 13247 |

<u>Exhibit B</u>

(**<u>Seventy-Third</u>** Omnibus Objection to Claims (To Reclassify Proofs of Claim
as Equity Interests) [Docket No. 13295] – Objections Going Forward)

| Claimant Name | Claim Number(s) |
|---|---|
| Neil Banbury | 10586 |
| David Bizer | 14190 |
| Brian Boyle | 3010 |
| Paul E. Brewer | 21398 |
| Russell Brownback | 3095 |
| Robert Chapman | 13433 |
| Paul Coles | 18227 |
| Jonathan Frew | 10759 |
| Mungo Gill | 11095 |
| Mads Heideby | 18230 |
| Bruce Hendry | 18226 |
| Richard Holmes | 13976 |
| Tom Hooton | 10891 |
| Henry Klein | 18805 |
| Jeremy Kramer | 18325 |
| Rob Krugel | 13972 |
| Patrick Marshall | 18233 |
| Peter McKenna | 13822 |
| Ewen Melling | 24511 |
| Robert B. Millard | 21401 |
| Rae Parsons | 11227 |
| Daryl Rattigan | 18229 |
| Daniel Revell | 11301 |
| Nick Slape | 28319 |
| John Stein | 3098 |
| John K. Sweeney | 21399 |
| Jason Tudor | 32235 |

Exhibit C

(**Seventy-Third** Omnibus Objection to Claims (To Reclassify Proofs of Claim
as Equity Interests) [Docket No. 13295] - Adjourned Objections)

| Claimant Name | Claim Number(s) |
|---|---|
| Andrew Allard | 11044 |
| Ian Anderson | 12809 |
| Edmund Craston | 17879 |
| Charles Diccianni | 12314 |
| Kathleen C. Duffy | 21911 |
| Robert C. Dyer | 28012 |
| Sheryl Goldman | 10029 |
| Michael Gran | 23900 |
| Andrea T. Jao | 5340 |
| Craig Kellard | 12821 |
| Judith Ann Kenney | 13929 |
| Mary E. Langevin | 24675 |
| Samantha Malthouse | 9428 |
| Barbara Muinos | 11043 |
| Gavin Netzel | 12806 |
| Andrea Penton | 12044 |
| Paul Nigel Shotton | 21362 |
| Gregg Somma | 24373 |
| Christopher A. Statham | 15690 |
| Andrea Sullivan | 13087 |
| Ian Toal | 12811 |
| Richard Noble | 14197 |
| Colin S. A. Welch | 13290 |