UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :        **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                      :        **08-13555 (JMP)**
                                                                  :        **(Jointly Administered)**
                            **Debtors.**                          :
                                                                  :
------------------------------------------------------------------x        **Ref. Docket Nos. 14651, 14655-
                                                                           14657**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 28, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/ Lauren Rodriguez*
                                                Lauren Rodriguez

Sworn to before me this
2nd day of March, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                |
In re                           |   Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                |
                                |   (Jointly Administered)
                Debtors.        |
                                |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  CASSA DEPOSITI E PRESTITI S.P.A.
          ATTN: DIREZIONE FINANZA AND AREA LEGALE E AFFARI SOCIETARI
          VIA GOITO 4
          ROME    00185
          ITALY
```

Please note that your claim # 18219 in the above referenced case and in the amount of
   $133,495,991.35        has been transferred **(unless previously expunged by court order)**

```
          BARCLAYS BANK PLC
          TRANSFEROR: CASSA DEPOSITI E PRESTITI S.P.A.
          ATTN: LLOYD BROWN
          5 THE NORTH COLONNADE
          LONDON    E144BB
          UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14651    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/28/2011                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 28, 2011.
```

# EXHIBIT B

```
TIME: 11:22:11                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:    1
DATE: 02/28/11                                        CREDITOR LISTING

Name                               Address
BARCLAYS BANK PLC                  TRANSFEROR: CASSA DEPOSITI E PRESTITI S.P.A. ATTN: LLOYD BROWN 5 THE NORTH COLONNADE LONDON   E144B8 UNITED KINGDOM
BARCLAYS BANK PLC                  TRANSFEROR: EUROBANK EFG PRIVATE BANK LUXEMBOURG S.A. 745  SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                  TRANSFEROR: MONARCH MASTER FUNDING LTD 745 SEVENTH AVENUE NEW YORK NY 10019
CASSA DEPOSITI E PRESTITI S.P.A.   ATTN: DIREZIONE FINANZA AND AREA LEGALE E AFFARI SOCIETARI VIA GOITO 4 ROME   00185 ITALY
CVI GVF LUXEMBOURG TWELVE S.A.R.L. TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY   KT112PD UNITED KINGDOM
EUROBANK EFG PRIVATE BANK LUXEMBOURG ATTN: LENA LASCARI & DIMOS ARHODIDIS 5, RUE JEAN MONNET T LUXEMBOURG   L-2180 LUXEMBOURG
S.A.
MONARCH MASTER FUNDING LTD         TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR
                                   NEW YORK NY 10022

Total Number of Records Printed             7

                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```