UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                                       :

In re                               :        Chapter 11 Case No.
                                       :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                     :        (Jointly Administered)

                  Debtors.           :
                                       :

----------------------------------------------------------------------x        Ref. Docket No. 14637

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 1, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               */s/ Lauren Rodriguez*
                                               Lauren Rodriguez

Sworn to before me this
2nd day of March, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    SUNSET PARTNERS
               227 SUNSET AVE
               RIDGEWOOD NJ 07450-2420


Additional:




Transferee:    RESTORATION HOLDINGS LTD
               ATTN: CLAIMS PROCESSING (BANKRUPTCY)
               325 GREENWICH AVE, 3RD FLOOR
               GREENWICH CT 06830


**Your transfer   of claim #   67314   is defective for the reason(s) checked below:**

Other                                 ISIN data for partial transfer not included




Docket Number 14637           Date 02/24/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 1, 2011.

**EXHIBIT B**

TIME: 20:24:03
DATE: 03/01/11

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| RESTORATION HOLDINGS LTD | ATTN: CLAIMS PROCESSING (BANKRUPTCY) 325 GREENWICH AVE, 3RD FLOOR GREENWICH CT 06830 |
| SUNSET PARTNERS | 227 SUNSET AVE RIDGEWOOD NJ 07450-2420 |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC