UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
      :
In re      :   Chapter 11 Case No.
      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
      :   (Jointly Administered)
    Debtors.  :
      :   Ref. Docket Nos. 14658, 14659,
      :   14661-14666
      :
----------------------------------------------------------------x
      :
In re      :   Chapter 11 Case No.
      :
LEHMAN BROTHERS SPECIAL FINANCING  :   08-13888 (JMP)
INC.,      :   (Jointly Administered)
      :
    Debtors.  :   Ref. Docket No. 194
      :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
      ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 1, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
2nd day of March, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
           Debtors.                             |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   MARSH & MCLENNAN COMPANIES, INC. U.S. RETIREMENT PLAN - HIGH YIELD
          C/O PUTNAM INVESTMENTS
          ATTENTION: STEPHEN GIANELLI
          ONE POST OFFICE SQUARE
          BOSTON MA 02109

Please note that your claim # 66901 in the above referenced case and in the amount of
    $547,451.87         has been transferred **(unless previously expunged by court order)**

          MARSH & MCLENNAN COMPANIES, INC. U.S. RETIREMENT PLAN-LONG DURATION
          FIXED INCOME; TRANSFEROR: MARSH & MCLENNAN COMPANIES, INC. U.S.
          RETIREMENT PLAN - HIGH YIELD
          C/O PUTNAM INVESTMENTS, ATTN: STEPHEN GIANELLI
          ONE POST OFFICE SQUARE
          BOSTON MA 02109

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 194         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 1, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:    DEUTSCHE BANK AG, LONDON BRANCH
       TRANSFEROR: CO-OPERATIVE BANK P.L.C., THE
       ATTN: MICHAEL SUTTON / PHILIPP ROEVER
       WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
       LONDON     EC2N 2DB
       UNITED KINGDOM
```

Please note that your claim # 14416-01 in the above referenced case and in the amount of
         $40,267,822.50         has been transferred **(unless previously expunged by court order)**

```
       CVI GVF (LUX) MASTER S.A.R.L.
       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
       C/O CARVAL INVESTORS UK LTD.
       ATTN: DAVID SHORT
       KNOWLE HILL PARK, FAIRMILE LANE
       COBHMAM
       SURREY     KT112PD
       ENGLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14658     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2011                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 1, 2011.

**EXHIBIT B**

```
TIME: 20:13:35                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 03/01/11                                              CREDITOR LISTING

Name                                          Address
BARCLAYS BANK PLC                             TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: UBS AG 745 SEVENTH AVENUE NEW YORK NY 10019
CVI GVF (LUX) MASTER S.A.R.L                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD. ATTN:DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM
                                              SURREY  KT112PD ENGLAND
CVI GVF (LUX) MASTER S.A.R.L.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHMAM
                                              SURREY  KT112PD ENGLAND
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: CO-OPERATIVE BANK P.L.C., THE ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                              LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: DIE SPARKASSE BREMEN AG ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                              LONDON  EC2N 2DB UNITED KINGDOM
J.P. MORGAN SECURITIES LTD                    125 LONDON WALL LONDON   EC2Y 5AJ UNITED KINGDOM
MARSH & MCLENNAN COMPANIES, INC. U.S.         C/O PUTNAM INVESTMENTS ATTENTION: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109
RETIREMENT PLAN - HIGH YIELD
MARSH & MCLENNAN COMPANIES, INC. U.S.         FIXED INCOME; TRANSFEROR: MARSH & MCLENNAN COMPANIES, INC. U.S. RETIREMENT PLAN - HIGH YIELD
RETIREMENT PLAN-LONG DURATION                 C/O PUTNAM INVESTMENTS, ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109
MARSH & MCLENNAN COMPANIES, INC. U.S.         FIXED INCOME; TRANSFEROR: MARSH & MCLENNAN COMPANIES, INC. U.S. RETIREMENT PLAN-HIGH YIELD
RETIREMENT PLAN-LONG DURATION                 C/O PUTNAM INVESTMENTS, ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109
OCM OPPORTUNITIES FUND VIIB (PARALLEL),       TRANSFEROR: J.P. MORGAN SECURITIES LTD C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
L.P.                                          LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, L.P.             TRANSFEROR: J.P. MORGAN SECURITIES LTD C/O OAKTREE CAPITAL MANAGEMENT, LP, ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                              LOS ANGELES CA 90071
UNIPENSION INVEST F.M.B.                      TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10020
UNIPENSION INVEST F.M.B.A.                    TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10020

Total Number of Records Printed              14
```

EPIQ BANKRUPTCY SOLUTIONS, LLC