**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
:
In re                                                              :     Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :     08-13555 (JMP)
                                                                   :     (Jointly Administered)
                     **Debtors.**                              :
                                                                   :
-------------------------------------------------------------------x     Ref. Docket Nos. 14689-14691,
                                                                               14693-14696, 14700, 14702-14704

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 2, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
3rd day of March, 2011

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

```
In re                                              |  Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |  08-13555 (JMP)
                                                   |
                                                   |  (Jointly Administered)
                  Debtors.                         |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  DIAMONDBACK MASTER FUND, LTD.                    DIAMONDBACK MASTER FUND, LTD.
          C/O DIAMONDBACK ADVISORS CT, LLC                 SIDLEY AUSTIN LLP
          ATTN: J.R. LEDERER                               ATTN: LEE ATTANASIO, ALEX ROVIRA
          ONE LANDMARK SQ.                                 787 SEVENTH AVENUE
          STAMFORD CT 06901                                NEW YORK NY 10019
```

Please note that your claim # 23521 in the above referenced case and in the amount of
    $4,253,903.66    has been transferred **(unless previously expunged by court order)**

```
          WOODERSON PARTNERS, L.L.C.
          TRANSFEROR: DIAMONDBACK MASTER FUND, LTD.
          C/O ROPES & GRAY LLP
          ATTN: ADAM REISS
          1211 AVENUE OF THE AMERICAS
          NEW YORK NY 10036-8704
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14689    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/02/2011                             Vito Genna, Clerk of Court

                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 2, 2011.

**EXHIBIT B**

```
TIME: 20:59:12                                      LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 03/02/11                                          CREDITOR LISTING

Name                                         Address
DIAMONDBACK FIXED INCOME MASTER FUND         DIAMONDBACK CAPITAL MANAGEMENT, LLC ATTN: J.R. LEDERER 1 LANDMARK SQUARE, 15TH FLOOR STAMFORD CT 06901
  LTD.
DIAMONDBACK FIXED INCOME MASTER FUND         ATTN: J.R. LEDERER ONE LANDMARK SQUARE STAMFORD CT 06901
  LTD.
DIAMONDBACK FIXED INCOME MASTER FUND         ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
  LTD.
DIAMONDBACK MASTER FUND LTD                  SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
DIAMONDBACK MASTER FUND LTD                  SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
DIAMONDBACK MASTER FUND LTD                  C/O DIAMONDBACK ADVISORS CT, LLC ATTN: J.R. LEDERER ONE LANDMARK SQUARE STAMFORD CT 06901
DIAMONDBACK MASTER FUND, LTD.                ATTN: J.R. LEDERER ONE LANDMARK SQUARE STAMFORD CT 06901
DIAMONDBACK MASTER FUND, LTD.                SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO, ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
DIAMONDBACK MASTER FUND, LTD.                SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
DIAMONDBACK MASTER FUND, LTD.                SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVE NEW YORK NY 10019
DIAMONDBACK MASTER FUND, LTD.                C/O DIAMONDBACK ADVISORS CT, LLC ATTN: J.R. LEDERER ONE LANDMARK SQ. STAMFORD CT 06901
FIR TREE CAPITAL OPPORTUNITY MASTER          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
  FUND, L.P.
FIR TREE VALUE MASTER FUND, L.P.             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
JATRALEC CAPITAL LLC                         TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
JPMORGAN CHASE BANK, N.A.                    TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
MACQUARIE BANK LIMITED                       ATTN: EXECUTIVE DIRECTOR, LEGAL RISK MANAGEMENT TREASURY AND COMMODITIES GROUP NO. 1 MARTIN PLACE SYDNEY NSW2000 AUSTRALIA
VARDE INVESTMENT PARTNERS, L.P.              TRANSFEROR: MACQUARIE BANK LIMITED ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.              TRANSFEROR: MACQUARIE BANK LIMITED ATTN:EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VR-LIW GMBH                                  GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE 1A HAMM 59069 GERMANY
WOODERSON PARTNERS, L.L.C.                   TRANSFEROR: DIAMONDBACK MASTER FUND, LTD. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
WOODERSON PARTNERS, L.L.C.                   TRANSFEROR: DIAMONDBACK FIXED INCOME MASTER FUND LTD. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS
                                             NEW YORK NY 10036-8704
WOODERSON PARTNERS, L.L.C.                   TRANSFEROR: DIAMONDBACK MASTER FUND LTD C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
WOODERSON PARTNERS, L.L.C.                   TRANSFEROR: DIAMONDBACK MASTER FUND, LTD. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
YORVIK PARTNERS LLP                          TRANSFEROR: VR-LIW GMBH 11 IRONMONGER LANE LONDON EC2V8EY UNITED KINGDOM


Total Number of Records Printed          24
```

EPIQ BANKRUPTCY SOLUTIONS, LLC