**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
---------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

Upon the eighty-third omnibus objection to claims, dated January 14, 2011

(the "Eighty-Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc.

and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors

in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim [Docket No. 6664], seeking to reduce, reclassify

(in certain instances), and modify the Debtor entity (in certain instances), and allow the

Settled Derivative Claims on the grounds that the Debtors and claimants have agreed

upon a claim amount and, in certain instances, a classification and Debtor counterparty

that is not currently reflected on claimants' proofs of claim, all as more fully described in

the Eighty-Third Omnibus Objection to Claims; and due and proper notice of the Motion

having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors'

Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) each

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Eighty-Third Omnibus Objection to Claims.

claimant listed on Exhibit A attached to the Eighty-Third Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and a hearing on the Eighty-Third Omnibus Objection to Claims having been held on March 3, 2011; and the Court having found and determined that the relief sought in the Eighty-Third Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Eighty-Third Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Eighty-Third Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivative Claim listed on Exhibit 1 annexed hereto is hereby modified and allowed in the amount and classification and against the Debtor that is set forth on Exhibit 1 under the column headings *"Modified Amount,"* *"Modified Class,"* and *"Modified Debtor"*; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Eighty-Third Omnibus Objection to Claims with respect to the claim listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order supersedes all previous orders regarding the Settled Derivative Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on <u>Exhibit A</u> to the Eighty-

Third Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto;

and it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: New York, New York
      March 3, 2011

                                _____*s/ James M. Peck*_____
                                Honorable James M. Peck
                                United States Bankruptcy Judge

# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AGILITY GLOBAL FIXED INCOME MASTER FUND L.P. PERELLA WEINBERG PARTNERS - AGILITY GFI 767 FIFTH AVENUE NEW YORK, NY 10153 | 1708 | 01/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $89,153.57 | Lehman Brothers Special Financing Inc. | Unsecured | $80,000.00 |
| 2 | AKANTHOS ARBITRAGE MASTER FUND, LP C/O AKANTHOS CAPITAL MANAGEMENT, LLC 21700 OXNARD STREET, SUITE 1520 ATTENTION: MICHAEL KAO WOODLAND HILLS, CA 91367 | 22211 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,668,535.24* | Lehman Brothers Special Financing Inc. | Unsecured | $4,700,000.00 |
| 3 | AKANTHOS ARBITRAGE MASTER FUND, LP C/O AKANTHOS CAPITAL MANAGEMENT, LLC 21700 OXNARD STREET, SUITE 1520 ATTN: MICHAEL KAO / JOSHUA NIP WOODLAND HILLS, CA 91367 | 22213 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,568,535.24* | Lehman Brothers Holdings Inc. | Unsecured | $4,700,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ALDERSLY, A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION C/O PAMELA S. KAUFMANN, ESQ. HANSON BRIDGETT LLP 425 MARKET STREET, 26TH FLOOR SAN FRANCISCO, CA 94105 | 22627 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $100,510.00 |
| 5 | ALDERSLY, A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION C/O PAMELA S. KAUFMANN, ESQ. HANSON BRIDGETT LLP 425 MARKET STREET, 26TH FLOOR SAN FRANCISCO, CA 94105 | 22628 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $100,510.00 |
| 6 | AVQUAEST CAPITAL MASTER FUND, LTD. 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 65958 | 12/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,037,687.94 | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 7 | AVQUAEST CAPITAL MASTER FUND, LTD. 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 65959 | 12/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,037,687.94 | Lehman Brothers Holdings Inc. | Unsecured | $1,037,687.94 |
| 8 | BANCO ESPIRITO SANTO PEDRO CRUCHINFO DEPARTMENTO FINANCIERO MERCADOS E ESTUDOS LISBOA, 1269-142 PORTUGAL | 17800 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined Undetermined $0.00 | Lehman Brothers Holdings Inc. | Unsecured | $5,138,988.00 |
| 9 | BANCO ESPIRITO SANTO DEPARTAMENTO FINANCEIRO MERCADOS E ESTUDOS AV. LIBERDADE 195 LISBOA, 1250-142 PORTUGAL | 17850 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $2,308,954.19* $2,308,954.19 | Lehman Brothers Special Financing Inc. | Unsecured | $5,138,988.00 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANORTE ATTN: IGNACIO SALDANA PAZ AVE. REVOLUCTION #3000, COL. PRIMAVERA MONTERREY, N.L. C.P., 64830 MEXICO | 27811 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $35,482,260.00* | Lehman Brothers Special Financing Inc. | Unsecured | $18,000,000.00 |
| 11 | BANCO MERCANTIL DEL NORTE SA, INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANORTE ATTN: IGNACIO SALDANA PAZ AVE. REVOLUCTION #3000, COL. PRIMAVERA MONTERREY, N.L. C.P., 64830 MEXICO | 27812 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $35,482,260.00* | Lehman Brothers Holdings Inc. | Unsecured | $18,000,000.00 |
| 12 | BARCLAYS BANK PLC TRANSFEROR: FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED 745 SEVENTH AVENUE NEW YORK, NY 10019 | 26907 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $11,700,370.85*<br><br>$11,700,370.85 | Lehman Brothers Holdings Inc. | Unsecured | $9,100,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | BARCLAYS BANK PLC TRANSFEROR: FPCM INFLATION-LINKED OPPORTUNITIES FUND LIMITED ATTN: DANIEL CROWLEY & JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK, NY 10019 | 26908 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $11,700,370.85*<br><br>$11,700,370.85 | Lehman Brothers Special Financing Inc. | Unsecured | $9,100,000.00 |
| 14 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE MASTER FUND, LTD. C/O MH DAVIDSON & CO 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 4676 | 05/29/2009 | Lehman Brothers Holdings Inc. | Unsecured | $25,735,714.70 | Lehman Brothers Holdings Inc. | Unsecured | $23,500,000.00 |
| 15 | BLUE ANGEL CLAIMS LLC TRANSFEROR: LONGACRE MASTER FUND, LTD. C/O DAVIDSON KEMPNER CAPITAL MGMT LLC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 4677 | 05/29/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $25,735,714.70 | Lehman Brothers Commodity Services Inc. | Unsecured | $23,500,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | CARLYLE CREDIT PARTNERS MASTER FUND C/O CARLYLE INVESTMENT MANAGEMENT LLC ATTN: MATT STANCZUK 520 MADISON AVENUE, 41ST FLOOR NEW YORK, NY 10019 | 27578 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,398,116.99* | Lehman Brothers Holdings Inc. | Unsecured | $1,338,704.00 |
| 17 | CARLYLE CREDIT PARTNERS MASTER FUND C/O CARLYLE INVESTMENT MANAGEMENT LLC ATTN: MATT STANCZUK 520 MADISON AVENUE, 41ST FLOOR NEW YORK, NY 10019 | 27587 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,398,116.99* | Lehman Brothers Special Financing Inc. | Unsecured | $1,338,704.00 |
| 18 | CARLYLE HIGH YIELD PARTNERS IX, LTD C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093 GT QUEENSGATE HOUSE GEORGETOWN, GRAND CAYMAN, CAYMAN ISLANDS | 27575 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,000,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $4,500,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | CARLYLE HIGH YIELD PARTNERS IX, LTD C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093 GT QUEENSGATE HOUSE GEORGETOWN, GRAND CAYMAN, CAYMAN ISLANDS | 27576 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,000,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $4,500,000.00 |
| 20 | CETUS CAPITAL, LLC ATTN: RICHARD MAYBAUM, MANAGING DIRECTOR 8 SOUND SHORE DRIVE SUITE 303 GREENWICH, CT 06830 | 19811 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,546,458.34 | Lehman Brothers Special Financing Inc. | Unsecured | $1,405,000.00 |
| 21 | CETUS CAPITAL, LLC ATTN: RICHARD MAYBAUM, MANAGING DIRECTOR 8 SOUND SHORE DRIVE SUITE 303 GREENWICH, CT 06830 | 25803 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,546,458.34 | Lehman Brothers Holdings Inc. | Unsecured | $1,405,000.00 |
| 22 | COLUMBIA CORE BOND FUND 100 FEDERAL STREET BOSTON, MA 02111 | 20110 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $12,464.49* | Lehman Brothers Special Financing Inc. | Unsecured | $10,025.97 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | COLUMBIA CORE BOND FUND 100 FEDERAL ST BOSTON, MA 02111 | 20141 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $12,464.49* | Lehman Brothers Holdings Inc. | Unsecured | $10,025.97 |
| 24 | COLUMBIA INCOME FUND 100 FEDERAL STREET BOSTON, MA 02111 | 20103 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $589,233.02* | Lehman Brothers Special Financing Inc. | Unsecured | $311,994.26 |
| 25 | COLUMBIA INCOME FUND 100 FEDERAL STREET BOSTON, MA 02111 | 20104 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $589,233.02* | Lehman Brothers Holdings Inc. | Unsecured | $311,994.26 |
| 26 | COLUMBIA INTERMEDIATE BOND FUND 100 FEDERAL STREET BOSTON, MA 02111 | 20101 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,200,562.92* | Lehman Brothers Special Financing Inc. | Unsecured | $1,114,397.74 |
| 27 | COLUMBIA INTERMEDIATE BOND FUND 100 FEDERAL STREET BOSTON, MA 02111 | 20102 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,200,562.92* | Lehman Brothers Holdings Inc. | Unsecured | $1,114,397.74 |
| 28 | COLUMBIA TOTAL RETURN BOND FUND 100 FEDERAL STREET BOSTON, MA 02111 | 20111 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $24,929.00* | Lehman Brothers Holdings Inc. | Unsecured | $20,051.94 |
| 29 | COLUMBIA TOTAL RETURN BOND FUND 100 FEDERAL ST BOSTON, MA 02111 | 20142 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $24,929.00* | Lehman Brothers Special Financing Inc. | Unsecured | $20,051.94 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30 | COMMONFUND CREDIT OPPORTUNITIES COMPANY ATTN: MANAGING DIRECTOR C/O COMMONFUND OPERATIONS 15 OLD DANBURY ROAD, P.O. BOX 812 WILTON, CT 06897 | 32025 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,492,193.30* | Lehman Brothers Holdings Inc. | Unsecured | $1,360,088.01 |
| 31 | COMMONFUND CREDIT OPPORTUNITIES COMPANY ATTN: MANAGING DIRECTOR C/O COMMONFUND OPERATIONS 15 OLD DANBURY ROAD, P.O. BOX 812 WILTON, CT 06897 | 32026 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,492,193.30* | Lehman Brothers Special Financing Inc. | Unsecured | $1,360,088.01 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 32 | COOPERNEFF MASTER FUND I SEGREGATED PORTFOLIO COMPANY SPC, ACTING FOR & ON BEHALF OF ITS SEGREGATED PORTFOLIO COOPERNEFF MULTI-STRATEGY 5 SEGREGATED PORTFOLIO C/O BNP PARIBAS ATTN: JAMES GOODALL & RICHARD M. SKOLLER NEW YORK, NY 10019-6018 | 66515 | 04/09/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $2,598,644.03* | Lehman Brothers Special Financing Inc. | Unsecured | $2,300,000.00 |
| 33 | COOPERNEFF MASTER FUND I SEGREGATED PORTFOLIO COMPANY SPC, ACTING FOR & ON BEHALF OF ITS SEGREGATED PORTFOLIO COOPERNEFF MULTI-STRATEGY 5 SEGREGATED PORTFOLIO C/O BNP PARIBAS ATTN: JAMES GOODALL & RICHARD M. SKOLLER NEW YORK, NY 10019-6018 | 66516 | 04/09/2010 | Lehman Brothers Holdings Inc. | Unsecured | $2,687,771.70* | Lehman Brothers Holdings Inc. | Unsecured | $2,300,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 34 | CORPORATE BOND PORTFOLIO 100 FEDERAL STREET BOSTON, MA 02111 | 20109 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $12,464.49* | Lehman Brothers Special Financing Inc. | Unsecured | $10,025.97 |
| 35 | CORPORATE BOND PORTFOLIO 100 FEDERAL STREET BOSTON, MA 02111 | 20140 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $12,464.49* | Lehman Brothers Holdings Inc. | Unsecured | $10,025.97 |
| 36 | DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD. C/O CALEDONIAN FUND SERVICES (CAYMAN) LTD. ATTN: DAVID WALKER CALEDONIAN HOUSE, 69DR ROY'S DRIVE PO BOX 1043 GEORGE TOWN, KY1-1102 CAYMAN ISLANDS | 23529 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $677,540.19* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $650,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 37 | DB GLOBAL MASTERS (CQ CAPITAL) FUNDS LTD. C/O CALEDONIAN FUND SERVICES (CAYMAN) LIMITED ATTN: DAVID WALKER CALEDONIAN HOUSE, 69 DR ROY'S DRIVE PO BOX 1043 GEORGE TOWN, GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 23489 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured — Subtotal | Undetermined $677,540.19* — $677,540.19 | Lehman Brothers Holdings Inc. | Unsecured | $650,000.00 |
| 38 | DELL GLOBAL B.V. (SINGAPORE BRANCH) C/O ALSTON & BIRD LLP WILLIAM SUGDEN, ESQ 1201 WEST PEACHTREE STREET ATLANTA, GA 30309 | 12919 | 09/15/2009 | Lehman Brothers Commercial Corporation | Unsecured | $34,098,043.75* | Lehman Brothers Commercial Corporation | Unsecured | $25,400,000.00 |
| 39 | DELL GLOBAL B.V. (SINGAPORE BRANCH) C/O ALSTON & BIRD LLP WILLIAM SUGDEN, ESQ 1201 WEST PEACHTREE STREET ATLANTA, GA 30309 | 12920 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $34,098,043.75* | Lehman Brothers Holdings Inc. | Unsecured | $25,400,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 40 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 16209 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $24,670,995.00* | Lehman Brothers Special Financing Inc. | Unsecured | $23,100,000.00 |
| 41 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 16210 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $24,670,995.00* | Lehman Brothers Holdings Inc. | Unsecured | $23,100,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 42 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: VINTAGE AT CHEHALIS LLC C/O DEUTSCHE BANK SECURITIES INC/ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | 9626 | 08/28/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $524,070.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $360,570.00 |
| 43 | DIVERSIFIED INFLATION STRATEGIES LP C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02019 | 19455 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $10,719.26* | Lehman Brothers Special Financing Inc. | Unsecured | $10,706.04 |
| 44 | DOVER MASTER FUND II, L.P. TRANSFEROR: DIAMOND NOTCH OPPORTUNITIES MASTER FUND LTD C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FL NEW YORK, NY 10019 | 11970 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,897,386.55* | Lehman Brothers Holdings Inc. | Unsecured | $1,660,213.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 45 | DOVER MASTER FUND II, L.P. TRANSFEROR: DIAMOND NOTCH OPPORTUNITIES MASTER FUND LTD C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FL NEW YORK, NY 10019 | 11971 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,897,386.55* | Lehman Brothers Special Financing Inc. | Unsecured | $1,660,213.00 |
| 46 | DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE 16TH FLOOR NEW YORK, NY 10065 | 30669 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $102,045,018.35* | Lehman Brothers Holdings Inc. | Unsecured | $92,688,732.77 |
| 47 | DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE 16TH FLOOR NEW YORK, NY 10065 | 32403 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $102,045,018.35* | Lehman Brothers Special Financing Inc. | Unsecured | $92,688,732.77 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | | MODIFIED | | |
| 48 | DRAKE LOW DURATION FUND C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK, NY 10065 | 30663 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $85,677.00* | Lehman Brothers Special Financing Inc. | Unsecured | $77,149.44 |
| 49 | DRAKE LOW DURATION FUND C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK, NY 10065 | 32539 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $85,677.00* | Lehman Brothers Holdings Inc. | Unsecured | $77,149.44 |
| 50 | DRAKE LOW VOLATILITY MASTER FUND, LTD., THE ATTN: STEVEN LUTTRELL 660 MADISON AVE, 16TH FLOOR NEW YORK, NY 10065 | 32454 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,235,002.94* | Lehman Brothers Special Financing Inc. | Unsecured | $1,125,256.42 |
| 51 | DRAKE LOW VOLATILITY MASTER FUND, LTD., THE ATTN: STEVEN LUTTRELL 660 MADISON AVE, 16TH FLOOR NEW YORK, NY 10065 | 32455 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,235,002.94* | Lehman Brothers Holdings Inc. | Unsecured | $1,125,256.42 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 52 | DRAKE OFFSHORE MASTER FUND, LTD, THE ATTN: STEVEN LUTTRELL 660 MADISON AVE, 16TH FLOOR NEW YORK, NY 10065 | 32466 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $19,985,028.88* | Lehman Brothers Special Financing Inc. | Unsecured | $17,719,647.26 |
| 53 | DRAKE OFFSHORE MASTER FUND, LTD. THE ATTN: STEVEN LUTTRELL C/0 DRAKE MANAGEMENT LLC 660 MADISON AVE, 16TH FLOOR NEW YORK, NY 10065 | 30667 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $19,985,028.88* | Lehman Brothers Holdings Inc. | Unsecured | $17,719,647.26 |
| 54 | DRAKE TOTAL RETURN FUND C/O DRAKE MANAGEMENT LLC ATTN : STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK, NY 10065 | 32540 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $128,547.04* | Lehman Brothers Special Financing Inc. | Unsecured | $116,243.99 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 55 | DRAKE TOTAL RETURN FUND, THE C/O DRAKE MANAGEMENT LLC ATTN: STEVEN LUTTRELL 660 MADISON AVENUE, 16TH FLOOR NEW YORK, NY 10065 | 32504 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $128,547.04* | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |
| 56 | ECO MASTER FUND LIMITED C/O EOS MANAGEMENT, INC ATTN: JAY APPEL 320 PARK AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 28392 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $201,594.11* | Lehman Brothers Holdings Inc. | Unsecured | $193,570.41 |
| 57 | ECO MASTER FUND LIMITED C/O EOS MANAGEMENT, INC ATTN: JAY APPEL 320 PARK AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 28393 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $1,182,605.89* $203,451.91*<br><br>$1,386,057.80 | Lehman Brothers Special Financing Inc. | Unsecured | $193,570.41 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 58 | EUROPEAN AERONAUTIC DEFENCE & SPACE CO (EADS) N.V. C/O EADS DEUTSCHLAND GMBH, CF/FI/T, WILLY MESSERSCHMITT STR., OTTOBRUNN, 85521 GERMANY | 15367 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $54,790,554.29* | Lehman Brothers Special Financing Inc. | Unsecured | $45,500,000.00 |
| 59 | FIRSTENERGY SOLUTIONS CORP. ATTN: WHOLESALE CONTRACT ADMINISTRATION MAIL STOP A-WAL-B2 341 WHITE POND DR. AKRON, OH 44320 | 30590 | 09/22/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $2,386,432.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,000,000.00 |
| 60 | FISHERMAN'S LANDING ASSOCIATES, LTD., C/O NDC REALTY INVESTMENTS, INC. 44 15 FIFTH AVENUE ATTENTION:  BILL BALSINGER PITTSBURGH, PA 15213 | 1278 | 12/11/2008 | Lehman Brothers Derivative Products Inc. | Unsecured | $72,060.81 | Lehman Brothers Derivative Products Inc. | Unsecured | $62,952.11 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 61 | GMO EMERGING COUNTRY DEBT, L.P. C/O GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF BOSTON, MA 02110 | 21748 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,181,270.74 | Lehman Brothers Special Financing Inc. | Unsecured | $5,108,437.31 |
| 62 | GMO EMERGING COUNTRY DEBT, L.P. C/O GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF BOSTON, MA 02110 | 21750 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,181,270.74 | Lehman Brothers Holdings Inc. | Unsecured | $5,108,437.31 |
| 63 | GMO EMERGING COUNTRY LOCAL DEBT INVESTMENT FUND C/O GRANTHAM, MAYO VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF BOSTON, MA 02110 | 21746 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $333,014.37 | Lehman Brothers Special Financing Inc. | Unsecured | $324,640.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 64 | HAYMAN CAPITAL MASTER FUND LP C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS, TX 75219 | 17287 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $7,448,262.42* | Lehman Brothers Special Financing Inc. | Unsecured | $3,500,000.00 |
| 65 | HAYMAN CAPITAL MASTER FUND, L.P. C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS, TX 75219 | 16480 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,448,262.42* | Lehman Brothers Holdings Inc. | Unsecured | $3,500,000.00 |
| 66 | LEHMAN BROTHERS REAL ESTATE MEZZAINE PARTNERS, L.P. 280 PARK AVE 35TH FLOOR WEST NEW YORK, NY 10017 | 29766 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $816,750.00 | Lehman Brothers Special Financing Inc. | Unsecured | $789,500.00 |
| 67 | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS L.P. ATTN: YON CHO & JOHN RANDALL 1271 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | 29765 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $789,500.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 68 | LIQUIDITY SOLUTIONS, INC. TRANSFEROR: LANDINGS ON MILLENIA BLVD. PARTNERS, LTD., THE ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 5710 | 07/20/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $35,000.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $15,000.00 |
| 69 | LIQUIDITY SOLUTIONS, INC. TRANSFEROR: UNIVERSITY CLUB PARTNERS, LTD ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 5711 | 07/20/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $24,000.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $10,667.00 |
| 70 | OCM OPPORTUNITIES FUND VIIB DELAWARE LP ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES, CA 90071 | 18835 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $43,287,376.33* | Lehman Brothers Special Financing Inc. | Unsecured | $36,796,784.00 |
| 71 | OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES, CA 90071 | 18842 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $43,287,376.33 | Lehman Brothers Holdings Inc. | Unsecured | $36,796,784.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 72 | OIL INVESTMENT CORPORATION LTD C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02109 | 19449 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $288,046.20* | Lehman Brothers Special Financing Inc. | Unsecured | $275,794.67 |
| 73 | OIL INVESTMENTS CORPORATION LTD. C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02109 | 19450 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $287,690.90* | Lehman Brothers Holdings Inc. | Unsecured | $275,794.67 |
| 74 | OWENS & MINOR, INC 9120 LOCKWOOD BOULEVARD MICHAEL W. LOWRY MECHANICSVILLE, VA 23116 | 15318 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,296,479.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,250,000.00 |
| 75 | PACIFIC LIFE & ANNUITY COMPANY 700 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 | 39821 | 10/13/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $15,028,774.00 | Lehman Brothers Special Financing Inc. | Unsecured | $11,600,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 76 | PACIFIC LIFE & ANNUITY COMPANY 700 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 | 40642 | 10/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $15,028,774.00 | Lehman Brothers Holdings Inc. | Unsecured | $11,600,000.00 |
| 77 | REAL ASSETS PORTFOLIO LP C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02019 | 19456 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,846.87* | Lehman Brothers Special Financing Inc. | Unsecured | $5,839.66 |
| 78 | REDFIRE, INC ATTN: PRESIDENT ONE BEACH STREET, SUITE 300 SAN FRANCISCO, CA 94133 | 12176 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $11,390,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $10,800,000.00 |
| 79 | REDFIRE, INC ATTN: PRESIDENT ONE BEACH STREET, SUITE 300 SAN FRANCISCO, CA 94133 | 12383 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $11,390,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $10,800,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 80 | SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD JEFFREY A. SCHAFFER C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY SUITE 810 NEW YORK, NY 10001 | 16260 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $1,293,414.00 |
| 81 | SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD C/O SPECTRUM GROUP MANAGEMENT LLC 1250 BROADWAY SUITE 810 NEW YORK, NY 10001 | 16262 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,814,959.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,293,414.00 |
| 82 | SPECTRUM INVESTMENT PARTNERS LP ATTN: STEPHEN C. JACOBS, GENERAL COUNSEL & COO C/O SPECTRUM GROUP MGMT LLC 1250 BROADWAY, SUITE 810 NEW YORK, NY 10001 | 16261 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,814,959.00 | Lehman Brothers Special Financing Inc. | Unsecured | $816,292.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 83 | SPECTRUM INVESTMENT PARTNERS LP ATTN: MANAGER 1250 BROADWAY, SUITE 810 NEW YORK, NY 10022 | 16263 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,814,959.00 | Lehman Brothers Holdings Inc. | Unsecured | $816,292.00 |
| 84 | STARK GLOBAL OPPORTUNITIES MASTER FUND LTD C/O STARK GLOBAL OPPORTUNITIES MANAGEMENT LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | 16074 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $853,624.00 | Lehman Brothers Special Financing Inc. | Unsecured | $700,000.00 |
| 85 | STARK GLOBAL OPPORTUNITIES MASTER FUND LTD. C/O STARK GLOBAL OPPORTUNITIES MANAGEMENT LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | 16168 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $853,624.00 | Lehman Brothers Holdings Inc. | Unsecured | $700,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 86 | STARK MASTER FUND LTD C/O STARK OFFSHORE MANAGEMENT, LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | 16170 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $19,789,463.00 | Lehman Brothers Special Financing Inc. | Unsecured | $18,250,000.00 |
| 87 | STICHTING PENSIOENFONDS VOOR HUISARTSEN ATTN: MICHEL SALDEN NEWTONLAAN 71-77 P.O. BOX 85344 3508 AH UTRECHT, NETHERLANDS | 21669 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $3,347,735.14* $3,347,735.14 | Lehman Brothers Special Financing Inc. | Unsecured | $3,325,319.07 |
| 88 | STICHTING PENSIOENFONDS VOOR HUISARTSEN ATTN: MICHEL SALDEN NEWTONLAAN 71-77 P.O. BOX 85344 3508 AH UTRECHT, NETHERLANDS | 21670 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $3,347,735.14* $3,347,735.14 | Lehman Brothers Holdings Inc. | Unsecured | $3,317,521.72 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 89 | TRANSAMERICA LIFE INSURANCE COMPANY F/K/A TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY ATTN; DEBRA DUBALL 4333 EDGEWOOD ROAD NE, MS 5110 CEDAR RAPIDS, IA 52499-5110 | 31971 | 09/22/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $5,321,599.66 | Lehman Brothers Holdings Inc. | Unsecured | $5,321,599.66 |
| 90 | WELLINGTON MANAGEMENT PORTFOLIOS (LUXEMBOURG) II - COMMODITIES PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02109 | 15859 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $17,540.62* | Lehman Brothers Special Financing Inc. | Unsecured | $17,518.98 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 83: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 91 | WELLINGTON TRUST COMPANY, NA MULTIPLE COMMON TRUST FUNDS TRUST - COMMODITIES PORTFOLIO C/O WELLINGTON MGMT COMP, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 15840 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $283,288.57* | Lehman Brothers Special Financing Inc. | Unsecured | $282,939.14 |
| 92 | WELLINGTON TRUST COMPANY, NA MULTIPLE COMMON TRUST FUNDS TRUST - COMMODITIES PORTFOLIO C/O WELLINGTON MGMT COMP, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 15841 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $282,939.14* | Lehman Brothers Holdings Inc. | Unsecured | $282,939.14 |
| | | | | | TOTAL | $831,705,094.31 | | TOTAL | $695,981,298.79 |

# Exhibit 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 83: EXHIBIT 2 – SETTLED DERIVATIVE CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | STARK MASTER FUND LTD. ATTN:MARTHA TSUCHIHASHI C/O STARK OFFSHORE MANAGEMENT, LLC 2600 SOTH LAKE DRIVE ST. FRANCIS, WI 53235 | 18183 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $34,284,779.00 | Lehman Brothers Holdings Inc. | Unsecured | $18,250,000.00 |
| | | | | | TOTAL | $34,284,779.00 | | TOTAL | $18,250,000.00 |