UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                  :    Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :    08-13555 (JMP)
                                                       :
                           Debtors.                    :    (Jointly Administered)
-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)

Upon the seventy-sixth omnibus objection to claims, dated January 11, 2011 (the "Seventy-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the No Supporting Documentation Claims on the grounds that such claims fail to comply with the Bar Date Order's specific direction that claims include supporting documentation or an explanation as to why such documentation is unavailable, and, therefore, do not constitute valid *prima facie* claims, all as more fully described in the Seventy-Sixth Omnibus Objection to Claims; and due and proper notice of the Seventy-Sixth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Seventy-Sixth

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Seventy-Sixth Omnibus Objection to Claims.

Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Seventy-Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Seventy-Sixth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Seventy-Sixth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Supporting Documentation Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Seventy-Sixth Omnibus Objection to Claims with respect to the claims listed on Exhibit 2 annexed hereto, and it is further

ORDERED that this Order supersedes all previous orders regarding the No Supporting Documentation Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Seventy-Sixth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       March 3, 2011

                                      *s/ James M. Peck*
                                      Honorable James M. Peck
                                      United States Bankruptcy Judge

# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 76: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

|   | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | COGHLAN, JOHN<br>36 VASSAR PLACE<br>ROCKVILLE CENTER, NY 11570 | 08-13555 (JMP) | 09/22/2009 | 30345 | Undetermined | No Supporting Documentation Claim |
| 2 | DELANEY, MICHAEL AND JAMIE JTWROS<br>389 OCEAN DRIVE WEST<br>STAMFORD, CT 06902-8222 | 08-13555 (JMP) | 08/21/2009 | 8964 | $454,827.10 | No Supporting Documentation Claim |
| 3 | DRIGHT, EMILY M.<br>BOWLES & VERNA LLP<br>K.P. DEAN HARPER AND BRIAN D. HORWITZ<br>2121 N. CALIFORNIA BLVD.; SUITE 875<br>WALNUT CREEK, CA 94596 | 09-10137 (JMP) | 09/22/2009 | 31895 | $601,800.00 | No Supporting Documentation Claim |
| 4 | GALESKI, HERR MANFRED UND GISELA<br>ANECHOSTR. 74<br>MUNCHEN, 81827<br>GERMANY | 08-13555 (JMP) | 08/31/2009 | 9937 | Undetermined | No Supporting Documentation Claim |
| 5 | GLOWACKI<br>56 BUCKSKIN DR.<br>CARBONDALE, CO 81623 | 09-10560 (JMP) | 09/17/2009 | 14784 | $23,100.00 | No Supporting Documentation Claim |
| 6 | INDUSTRIAL BANK OF KOREA<br>INVESTMENT BANKING DEPT.<br>14F, 50, 2-GA, ULCHI-RO, CHUNG-GU<br>SEOUL,<br>KOREA, REPUBLIC OF | 08-13555 (JMP) | 01/22/2009 | 1861 | $5,052,105.98 | No Supporting Documentation Claim |
| 7 | JAHNKE, DONALD A. & MARGARET A. TTEES FBO<br>THE JAHNKE FAMILY TRUST<br>DTD 11/19/2003<br>1725 BENT TREE CIRCLE<br>FORT MYERS, FL 33907-8009 |  | 08/10/2009 | 7882 | $5,000.00 | No Supporting Documentation Claim |
| 8 | JUENEMANN, LARRY & MARLENE<br>20074 HOYA CT.<br>LAKEVILLE, MN 55044 | 08-13555 (JMP) | 08/03/2009 | 7186 | $50,000.00 | No Supporting Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 76: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 9 | LANIER, EDWARD L.<br>7304 FRANKLIN-MADISON ROAD<br>CARLISLE, OH 45005-3286 | 08-13555 (JMP) | 07/24/2009 | 6054 | $10,000.00 | No Supporting Documentation Claim |
| 10 | LEWIS, ETHEL<br>7690 SHERI LANE<br>FRANKLIN, OH 45005 | 08-13555 (JMP) | 07/27/2009 | 6411 | $3,000.00 | No Supporting Documentation Claim |
| 11 | LEWIS, WILLIE E.<br>7690 SHERI LANE<br>FRANKLIN, OH 45005-3850 | 08-13555 (JMP) | 07/27/2009 | 6434 | $3,000.00 | No Supporting Documentation Claim |
| 12 | MCDERMOTT WILL & EMERY LLP<br>C/O CARL LOWRY<br>227 WEST MONROE #4400<br>CHICAGO, IL 60606 | | 02/03/2009 | 2393 | $82,521.70 | No Supporting Documentation Claim |
| 13 | MCDERMOTT WILL & EMERY LLP<br>C/O CARL LOWRY<br>227 WEST MONROE #4400<br>CHICAGO, IL 60606 | 08-13555 (JMP) | 02/03/2009 | 2395 | $36,702.70 | No Supporting Documentation Claim |
| 14 | NEED IT NOW COURIER AND FREIGHT<br>153 WEST 27TH STREET<br>NEW YORK, NY 10001 | | 09/18/2009 | 18300 | $2,592.50 | No Supporting Documentation Claim |
| 15 | NORWAY SAVINGS BANK<br>PO BOX 347<br>NORWAY, ME 04268 | 08-13555 (JMP) | 09/14/2009 | 12266 | $2,000,000.00 | No Supporting Documentation Claim |
| 16 | OPEN SOLUTIONS INC<br>ATTN: JULIE A MANNING<br>SHIPMAN & GOODWIN LLP<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103 | 08-13555 (JMP) | 09/22/2009 | 33123 | $1,325,025.70 | No Supporting Documentation Claim |
| 17 | PFG AIR, INC.<br>15750 TUCKERTON RD<br>HOUSTON, TX 77095-5100 | | 08/31/2009 | 9936 | $27,373.48 | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 76: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 18 | PHARIS, PHIL & BARBARA<br>309 HARBOR CIRCLE<br>MONTGOMERY, TX 77356 | | 07/31/2009 | 6860 | $32,199.00 | No Supporting Documentation Claim |
| 19 | RAMIREZ, JOSE ANGEL<br>696 SOUTH ASPEN AVENUE<br>BLOOMINGTON, CA 92316 | | 09/14/2009 | 11986 | $50,000.00 | No Supporting Documentation Claim |
| 20 | SIMON, HONORA<br>910 S.MICHIGAN AVE #1310<br>CHICAGO, IL 60605 | | 07/23/2009 | 6011 | $10,000.00 | No Supporting Documentation Claim |
| 21 | STATE OF ARKANSAS<br>JIM WOOD - AUDITOR OF STATE<br>UNCLAIMED PROPERTY DIVISION<br>P.O. BOX 251920<br>LITTLE ROCK, AR 72225-1920 | | 08/10/2009 | 7759 | Undetermined | No Supporting Documentation Claim |
| 22 | STATE OF NEW JERSEY<br>DEPT. OF TREASURY - UNCLAIMED PROPERTY<br>P.O. BOX 214<br>TRENTON, NJ 08995-0214 | | 08/27/2009 | 9516 | Undetermined | No Supporting Documentation Claim |
| 23 | TEDJAWIDJAYA, SETYAWATI<br>Jl. MANDALA SELATAN 2 NOMER 23<br>JAKARTA BARAT, 11440<br>INDONESIA | 08-13555 (JMP) | 07/02/2009 | 5079 | $100,000.00 | No Supporting Documentation Claim |
| 24 | TURIN FINANCIAL LTD<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | 08/17/2009 | 8396 | $100,000.00 | No Supporting Documentation Claim |
| 25 | WALL STREET ON DEMAND, INC.<br>JAMES TANNER<br>5718 CENTRAL AVENUE<br>BOULDER, CO 80301 | 08-13555 (JMP) | 10/06/2008 | 105 | $130,000.00 | No Supporting Documentation Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 76: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

|    | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|----|------|-------------|------------|---------|---------------------|----------------------------------|
| 26 | WENDY JACOBI REVOCABLE TRUST<br>JACOBI, WENDI & HAROLD, TTEES<br>49 NEWBRIDGE ROAD<br>SUDBURY, MA 01776 |  | 09/22/2009 | 28340 | $525,000.00 | **No Supporting Documentation Claim** |
|    |      |             |            | **TOTAL** | **$10,624248.16** |                                  |

# Exhibit 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 76: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | BIEBER, SANDER M. AND LINDA E. ROSENZWEIG<br>3217 FARMINGTON DRIVE<br>CHEVY CHASE, MD 20815 | 08-13555 (JMP) | 09/17/2009 | 15385 | Undetermined | No Supporting Documentation Claim |
| 2 | CASE, JOHN<br>153 DOSORIS LANE<br>GLEN COVE, NY 11542 | 08-13555 (JMP) | 09/18/2009 | 16248 | Undetermined | No Supporting Documentation Claim |
| 3 | CASE, JOHN<br>153 DOSORIS LANE<br>GLEN COVE, NY 11542 | 08-13555 (JMP) | 09/18/2009 | 16249 | Undetermined | No Supporting Documentation Claim |
| 4 | MCGEE III, HUGH E<br>5457 HOLLY SPRINGS<br>HOUSTON, TX 77056 | | 09/22/2009 | 31078 | $229,349.90 | No Supporting Documentation Claim |
| 5 | MCGEE, HUGH<br>5457 HOLLY SPRINGS<br>HOUSTON, TX 77056 | 08-13555 (JMP) | 09/22/2009 | 31079 | $133,484.00 | No Supporting Documentation Claim |
| 6 | OUTVIEW, LTD.<br>ATTN: GENERAL COUNSEL<br>666 FIFTHE AVENUE, 8TH FLOOR<br>NEW YORK, NY 10103 | 08-13555 (JMP) | 09/21/2009 | 24487 | $79,897.60 | No Supporting Documentation Claim |
| 7 | TAN TOH HOCK &/OR LIM BENG GUAIK<br>5 LORONG RU PERTAMA<br>55000 KUALA LUMPUR,<br>MALAYSIA | 08-13555 (JMP) | 10/23/2009 | 44696 | $400,000.00* | No Supporting Documentation Claim |
| 8 | TSANG MAN CHIU<br>FLAT C, 49/F, TOWER 1, ISLAND RESORT<br>28 SIU SAN WAN ROAD<br>CHAI WAN,<br>HONG KONG | 08-13555 (JMP) | 02/02/2009 | 2506 | Undetermined | No Supporting Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 76: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 9 | YOUNG<br>PO BOX 1464<br>GLENWOOD SPRINGS, CO 81601 | 09-10560 (JMP) | 08/17/2009 | 8421 | $40,000.00 | No Supporting Documentation Claim |
| | | | | TOTAL | $882,731.50 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts