**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         : 08-13555 (JMP)
                                                     :
                          Debtors.                   : (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)

Upon the seventy-ninth omnibus objection to claims, dated January 13, 2011 (the "Seventy-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking reclassification of the Misclassified Claims to reflect their proper classification as general unsecured non-priority claims, all as more fully described in the Seventy-Ninth Omnibus Objection to Claims; and due and proper notice of the Seventy-Ninth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached to the Seventy-Ninth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Seventy-Ninth Omnibus Objection to Claims.

set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Seventy-Ninth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Seventy-Ninth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

       ORDERED that the relief requested in the Seventy-Ninth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

       ORDERED that each Misclassified Claim listed on <u>Exhibit 1</u> annexed hereto is hereby reclassified as a general unsecured non-priority claim as indicated on <u>Exhibit 1</u>; and it is further

       ORDERED that the Debtors' Court-appointed claims agent is authorized and directed to reclassify the Misclassified Claims pursuant to this Order; and it is further

       ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> to the Seventy-Ninth Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto and (ii) the Misclassified Claims; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
March 3, 2011

                                               *s/ James M. Peck*
                                               Honorable James M. Peck
                                               United States Bankruptcy Judge

# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 79: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 91 BEACON STREET TRUST HERITAGE LLC<br>C/O THOMAS W. DICKSON<br>TAYLOR ENGLISH DUMA LLP<br>1600 PARKWOOD CIRCLE, SUITE 400<br>ATLANTA, GA 30339 | 32287 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Unsecured<br>Subtotal | $2,391.18<br>$25,647.20<br>$28,038.38 | Unsecured | $28,038.38 |
| 2 | A.J. REALTY COMPANY HERITAGE LLC<br>C/O THOMAS W. DICKSON<br>TAYLOR ENGLISH DUMA LLP<br>1600 PARKWOOD CIRCLE, SUITE 400<br>ATLANTA, GA 30339 | 32288 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Unsecured<br>Subtotal | $5,180.88<br>$55,568.95<br>$60,749.83 | Unsecured | $60,749.83 |
| 3 | BARBARA S. BLACK, LLC AND JAMES W. BLACK, LLC, JOINTLY<br>C/O THOMAS W. DICKSON<br>TAYLOR ENGLISH DUMA LLP<br>1600 PARKWOOD CIRCLE, SUTIE 400<br>ATLANTA, GA 30339 | 32289 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Unsecured<br>Subtotal | $4,630.91<br>$49,670.10<br>$54,301.01 | Unsecured | $54,301.01 |
| 4 | BARNETT ASSOCIATES, INC<br>61 HILTON AVENUE<br>GARDEN CITY, NY 11530 | 5685 | 07/20/2009 | Lehman No Case Asserted/All Cases Asserted | Administrative | $30,000.00 | Unsecured | $30,000.00 |
| 5 | CITY OF OAKLAND AND OAKLAND REDEVELOPMENT AGENCY<br>ATTN: JOHN A RUSSO, CITY ATTORNEY- SBN 129729<br>BARBARA J. PARKER, CHIEF ASSIST. CITY ATTY- SBN 069722<br>SUSAN H. MOSK, DEPUTY CITY ATTORNEY- SBN 148410<br>ONE FRANK H. OGAWA PLAZA, 6TH FLOOR<br>OAKLAND, CA 94612 | 18674 | 09/18/2009 | Lehman No Case Asserted/All Cases Asserted | Administrative<br>Priority<br>Subtotal | $6,702,000.00*<br>$6,702,000.00*<br>$13,404,000.00 | Unsecured | $13,404,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

Page 1 of 3

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 79: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | EXECUTIVE FLITEWAYS, INC.<br>ATTN: JOHN W. GRILLO<br>ONE CLARK DRIVE<br>RONKONKOMA, NY 11779 | 10665 | 09/08/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Unsecured<br><br>Subtotal | $585.14<br>$77.62<br><br>$662.76 | Unsecured | $662.76 |
| 7 | EXECUTIVE FLITEWAYS, INC.<br>ATTN: JOHN W. GRILLO<br>ONE CLARK DRIVE<br>RONKONKOMA, NY 11779 | 10666 | 09/08/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Unsecured<br><br>Subtotal | $33,089.41<br>$4,732.24<br><br>$37,821.65 | Unsecured | $37,821.65 |
| 8 | FORREST S. HIGGINBOTHAM, LLC<br>C/O THOMAS W. DICKSON<br>TAYLOR ENGLISH DUMA LLP<br>1600 PARKWOOD CIRCLE, SUTIE 400<br>ATLANTA, GA 30339 | 32290 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Unsecured<br><br>Subtotal | $5,179.55<br>$55,554.66<br><br>$60,734.21 | Unsecured | $60,734.21 |
| 9 | GENE YEANDLE, LLC<br>C/O THOMAS W. DICKSON<br>TAYLOR ENGLISH DUMA LLP<br>1600 PARKWOOD CIRCLE, STE 400<br>ATLANTA, GA 30339 | 32612 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Unsecured<br><br>Subtotal | $3,746.17<br>$40,180.62<br><br>$43,926.79 | Unsecured | $43,926.79 |
| 10 | GREENFIELD'S OTP LLC<br>15 PALATINE ROAD<br>CALIFON, NJ 07830 | 6550 | 07/28/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Unsecured<br><br>Subtotal | $800,000.00<br>$100,000.00<br><br>$900,000.00 | Unsecured | $900,000.00 |
| 11 | HOFFMAN, BLANCHE<br>4432 W. GREENLEAF AVE.<br>LINCOLNWOOD, IL 60712 | 6396 | 07/27/2009 | Lehman No Case Asserted/All Cases Asserted | Administrative | $7,615.00 | Unsecured | $7,615.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

### IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 79: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | JOHN J. TRABOSH TRUST, LLC AND VICTORIA H. TRABOSH TRUST, LLC, JOINTLY C/O THOMAS W. DICKSON TAYLOR ENGLISH DUMA LLP 1600 PARKWOOD CIRCLE, STE 400 ATLANTA, GA 30339 | 32613 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative Unsecured Subtotal | $1,713.67 $18,380.49 $20,094.16 | Unsecured | $20,094.16 |
| 13 | SETH E. WALKER HERITAGE, LLC C/O THOMAS W. DICKSON TAYLOR ENGLISH DUMA LLP 1600 PARKWOOD CIRCLE, STE 400 ATLANTA, GA 30339 | 32614 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative Unsecured Subtotal | $8,696.04 $93,271.79 $101,967.83 | Unsecured | $101,967.83 |
| 14 | SOURAPAS, K. JOAN 2038 W. CORTLAND STREET CHICAGO, IL 60647 | 7140 | 08/03/2009 | Lehman No Case Asserted/All Cases Asserted | Administrative | $8,530.09 | Unsecured | $8,530.09 |
| 15 | STILLWELL FAMILY TRUST LLC, THE C/O THOMAS W. DICKSON TAYLOR ENGLISH DUMA LLP 1600 PARKWOOD CIRCLE, STE 400 ATLANTA, GA 30339 | 32615 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative Unsecured Subtotal | $2,072.35 $22,227.57 $24,299.92 | Unsecured | $24,299.92 |
| 16 | US BANK PORTFOLIO SERVICES BANKRUPTCY DEPARTMENT 1310 MADRID STREET, SUITE 103 MARSHALL, MN 56258 | 8696 | 08/19/2009 | Lehman Brothers Holdings Inc. | Administrative | $8,119.19 | Unsecured | $8,119.19 |
| 17 | WEBSTAR, LLC C/O THOMAS W. DICKSON TAYLOR ENGLISH DUMA LLP 1600 PARKWOOD CIRCLE, STE 400 ATLANTA, GA 30339 | 32616 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative Unsecured Subtotal | $4,383.82 $47,019.89 $51,403.71 | Unsecured | $51,403.71 |
| | | | | | TOTAL | $14,842,264.53 | TOTAL | $14,842,264.53 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit