UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                                          :    Chapter 11 Case No.
                                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                                 :
                                         Debtors.                      :    (Jointly Administered)
------------------------------------------------------------------x

### THIRD SUPPLEMENTAL ORDER GRANTING DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the sixty-third omnibus objection to claims, dated October 13, 2010 (the "Sixty-Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] , seeking to reduce, reclassify (in certain instances), clarify (in certain instances), and allow the Valued Derivative Claims on the basis that the amounts listed on the proofs of claim are greater than the fair, accurate, and reasonable values determined by the Debtors after a review of the claimant's supporting documentation and the Debtors' books and records; that the classifications (in certain instances) are improperly identified as secured, administrative expenses or priority claims on claimants' proofs of claim; and that the Debtor against

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixty-Third Omnibus Objection to Claims.

whom the claim is asserted, in certain instances, has been determined by the Debtors to be in need of clarification after a review of the claimants' supporting documentation; all as more fully described in the Sixty-Third Omnibus Objection to Claims; and due and proper notice of the Sixty-Third Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on <u>Exhibit A</u> attached to the Sixty-Third Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9653]; and it appearing that no other or further notice need be provided; and upon the resolution of Proof of Claim number 15915 filed by Ferrero S.P.A., and Proof of Claim numbers 15912 and 15917 filed by Ferrero Trading Lux SA, and all three claims having been objected to in Debtors' Sixty-Third Omnibus Objection to Claims; and a hearing having been held on March 3, 2011; and the Court having found and determined that the relief sought in the Sixty-Third Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Sixty-Third Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

    ORDERED that the relief requested in the Sixty-Third Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Valued Derivative Claim listed on Exhibit 1 annexed hereto is hereby modified and allowed in the amount set forth on Exhibit 1 under the column heading "Modified Claim Amount", and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A to the Sixty-Third Omnibus Objection to Claims that does not appear on Exhibit 1, annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       March 3, 2011

                                       *s/ James M. Peck*
                                       Honorable James M. Peck
                                       United States Bankruptcy Judge

# Exhibit 1

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 63: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FERRERO S.P.A. F/K/A/ P FERRERO & C. S.P.A. ATTN: DINO CORGNATI C/O DIREZIONE FINANZA PIAZZALE FERRERO, 1 ALBA, 12051 ITALY | 15915 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,532,052.00 | Lehman Brothers Special Financing Inc. | Unsecured | $4,521,240.72 |
| 2 | FERRERO TRADING LUX SA ATTN: TREASURY DEPT. ATTN: FILIPPO FERRUA MAGLIANI, DIRECTOR 6E ROUTE DE TREVES SENNINGERBERG, L-2633 LUXEMBOURG | 15912 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $728,916.00 | Lehman Brothers Special Financing Inc. | Unsecured | $717,255.04 |
| 3 | FERRERO TRADING LUX SA ATTN: TREASURY DEPT. ATTN: FILIPPO FERRUA MAGLIANI, DIRECTOR 6E ROUTE DE TREVES SENNINGERBERG, L-2633 LUXEMBOURG | 15917 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $745,619.00 | Lehman Brothers Holdings Inc. | Unsecured | $735,626.59 |
| | | | | | TOTAL | $6,006,587.00 | | TOTAL | $5,974,122.35 |

\* - Indicates claim contains unliquidated and/or undetermined amounts