UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :    08-13555 (JMP)
                                                        :
            Debtors.                           :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' EIGHTIETH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the eightieth objection to claims, dated January 13, 2011 (the "Eightieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims on the grounds that they assert claims against entities that are not debtors in these jointly administered chapter 11 cases, all as more fully described in the Eightieth Omnibus Objection to Claims; and due and proper notice of the Eightieth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the Eightieth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Eightieth Omnibus Objection to Claims.

governing case management and administrative procedures for these cases [Docket No. 9635];

and a hearing on the Eightieth Omnibus Objection to Claims having been held on March 3, 2011;

and the Court having found and determined that the relief sought in the Eightieth Omnibus

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties

in interest and that the legal and factual bases set forth in the Eightieth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Eightieth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on <u>Exhibit 1</u> annexed hereto (collectively, the "<u>No Liability Claims</u>") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Claims listed on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on <u>Exhibit A</u> annexed to the Eightieth

Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
       March 3, 2011

                                                     *s/ James M. Peck*
                                                 Honorable James M. Peck
                                                 United States Bankruptcy Judge

# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 80: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | A B WYAND<br>14 GROVE TERRACE<br>LONDON, NW5 1PH<br>UNITED KINGDOM | | 09/10/2009 | 11344 | $58,750.00 | No Liability Claim |
| 2 | ACCUITY, INC.<br>4709 WEST GOLF ROAD<br>SUITE 600<br>SKOKIE, IL 60076 | | 09/19/2009 | 19583 | $42,000.00 | No Liability Claim |
| 3 | ALIER, MAX<br>2119 BRANCROFT PL NW<br>WASHINGTON, DC | | 09/18/2009 | 16047 | $12,500.00 | No Liability Claim |
| 4 | AMERICAN RED CROSS MILLBURN<br>389 MILLBURN AVENUE<br>MILLBURN, NJ 07041 | | 07/20/2009 | 5603 | $160.00 | No Liability Claim |
| 5 | AMSTER ROTHSTEIN & EBENSTEIN LLP<br>90 PARK AVENUE<br>NEW YORK, NY 10016 | | 09/16/2009 | 14404 | $9,367.00 | No Liability Claim |
| 6 | ANOVA BUSINESS CENTER INC<br>2900 UNIVERSITY DRIVE<br>CORAL SPRINGS, FL 33065 | | 09/15/2009 | 12740 | $711.57 | No Liability Claim |
| 7 | ARCHON SOLICITORS<br>MARTIN HOUSE<br>5 MARTIN LANE<br>LONDON, EC4R 0DP<br>UNITED KINGDOM | | 08/27/2009 | 9497 | Undetermined | No Liability Claim |
| 8 | BELL NUNNALLY & MARTIN, LLP<br>3232 MCKINNEY AVE. SOUTH<br>DALLAS, TX 75204 | | 07/16/2009 | 5405 | $2,527.96 | No Liability Claim |
| 9 | BENNETT, CHARLES L<br>1606 SPENCER AVENUE<br>WILMETTE, IL 60091 | | 09/18/2009 | 18956 | $310.00 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 80: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 10 | BEZIRK UNTERFRANKEN BEZIRKSTAGSPRASIDENT HERRN ERWIN DOTZEL SILCHERSTR. 5 97074 WURZBURG, GERMANY | | 08/05/2009 | 7398 | $14,527,443.20* | No Liability Claim |
| 11 | BILLYBEY FERRY COMPANY, LLC 115 RIVER ROAD SUITE 120 EDGEWATER, NJ 07020 | | 08/03/2009 | 7171 | $3,965.25 | No Liability Claim |
| 12 | BOWNE INTERNATIONAL LTD ONE LONDON WALL LONDON, EC2Y 5AF UNITED KINGDOM | | 09/21/2009 | 33515 | $34,647.30 | No Liability Claim |
| 13 | BP ERGO LTD DGP HOUSE LTD, 3RD FLOOR, 88C OLD PRABHADEVI ROAD, MUMBAI, MH 400025 INDIA | | 09/03/2009 | 10171 | Undetermined | No Liability Claim |
| 14 | BREHENEY, MICHAEL J 3 MISSION WAY BARNEGAT, NJ 08005 | | 07/15/2009 | 5386 | $4,526.00 | No Liability Claim |
| 15 | BRITISH LIBRARY, THE ACCOUNTS RECEIVABLE BOSTON SPA WETHERBY, LS23 7BQ UNITED KINGDOM | | 07/20/2009 | 5766 | $1,081.00 | No Liability Claim |
| 16 | BROMLEY BY BOW CENTRE ST. LEONARD'S STREET BROMLEY BY BOW LONDON, E3 3BT UNITED KINGDOM | | 07/23/2009 | 6018 | $8,940.00 | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 80: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 17 | CAPITAL CHASE<br>97 ELSPETH ROAD<br>LONDON, SW11 1DP<br>UNITED KINGDOM | | 09/18/2009 | 19186 | $60,000.00 | No Liability Claim |
| 18 | COMMONWEALTH OF PENNSYLVANIA TSY DEPT  TUITION AC PROGRAM<br>C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10281-1010 | | 09/22/2009 | 31834 | $195.93 | No Liability Claim |
| 19 | COMMONWELTH OF PA PUBLICA SCHOOLS RETIREMENT SYSTEM<br>C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10281-1010 | | 09/22/2009 | 31833 | $979.66 | No Liability Claim |
| 20 | CRIM<br>PO BOX 195387<br>SAN JUAN, 00919-5387<br>PUERTO RICO | | 07/27/2009 | 6780 | $225,243.61 | No Liability Claim |
| 21 | E-FELLOWS.NET<br>SATTLERSTR. 1<br>MUNICH, 80331<br>GERMANY | | 08/19/2009 | 8741 | $8,400.00 | No Liability Claim |
| 22 | GENERAL MOTORS/GMIM-1<br>C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10281-1010 | | 09/22/2009 | 31824 | $587.80 | No Liability Claim |

## OMNIBUS OBJECTION 80: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 23 | GEORGIA FIREFIGHTERS PENSION FUND<br>C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10281-1010 | | 09/22/2009 | 31822 | $195.93 | No Liability Claim |
| 24 | HERNREICH FAMILY LIMITED<br>P.O. BOX 1888<br>EDWARDS, CO 81632 | | 09/09/2009 | 11006 | $1,000,000.00 | No Liability Claim |
| 25 | HERNREICH, REBECCA<br>P.O. BOX 19000 #304<br>AVON, CO 81620 | | 09/09/2009 | 11005 | $250,000.00 | No Liability Claim |
| 26 | INFERENTIAL FOCUS, INC<br>200 MADISON AVENUE<br>NEW YORK, NY 10016 | | 07/21/2009 | 5838 | $300,000.00 | No Liability Claim |
| 27 | MEYER, PAUL H.<br>1990 K STREET NW<br>SUITE 400<br>WASHINGTON, DC 20006 | | 09/22/2009 | 33241 | $152,998.33 | No Liability Claim |
| 28 | MUSCHEL, LAURIE<br>2812 RUSSELL ST.<br>BERKELEY, CA 94705 | | 09/18/2009 | 19190 | $122,000.00 | No Liability Claim |
| 29 | NINEHAM, STEWART K.<br>THE DELL<br>PURLEY RISE<br>PURLEY, CROYDON<br>SURREY, CR8 3AW<br>UNITED KINGDOM | 08-13555 (JMP) | 03/17/2009 | 3376 | $303,000.00 | No Liability Claim |
| 30 | PALI INTERNATIONAL<br>6 DUKE STREET<br>ST JAMES<br>LONDON, SW1 6BN<br>UNITED KINGDOM | | 09/19/2009 | 19635 | $34,158.10 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 80: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 31 | PFA PENSION ALS<br>SUNDKROGSGAOE 4<br>2100 COPENHAGEN<br>DENMARK, | | 09/21/2009 | 25104 | $36,826,736.15 | No Liability Claim |
| 32 | RBC CEES LIMITED<br>19-21 BROAD STREET<br>ST. HELIER<br>JERSEY, CHANNEL ISLANDS<br>, JEI 3PB<br>UNITED KINGDOM | | 06/29/2009 | 5016 | $1,849,303.26 | No Liability Claim |
| 33 | SCOTT'S FLOWERS<br>ATTN:PAUL DIAZ<br>15 W 37TH STREET<br>NEW YORK, NY 10018 | | 07/16/2009 | 5415 | $4,495.39 | No Liability Claim |
| 34 | SCOTT'S FLOWERS<br>ATTN: PAUL DIAZ<br>15 W 37TH STREET<br>NEW YORK, NY 10018 | | 07/16/2009 | 5416 | $7,052.74 | No Liability Claim |
| 35 | SCOTT'S FLOWERS INC.<br>PAUL DIAZ<br>15 WEST 37TH ST<br>NEW YORK, NY 10158 | | 07/16/2009 | 5414 | $1,313.52 | No Liability Claim |
| 36 | SEI LIBOR PLUS PORTFOLIOS<br>C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10281-1010 | | 09/22/2009 | 31820 | $587.80 | No Liability Claim |
| 37 | SERAYDAR, ROSE MRS.<br>525 NEPTUNE AVE. APT 22B<br>BROOKLYN, NY 11224-4020 | 08-13555 (JMP) | 02/20/2009 | 2926 | Undetermined | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 80: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 38 | SERER SANMARTIN, MARIA PILAR<br>TR DE GRACIA 48  3-4<br>BARCELONA, 08021<br>SPAIN | | 03/02/2009 | 3144 | Undetermined | No Liability Claim |
| 39 | SIGNAL KRANKENVERSICHERUNG A. G.<br>JOSEPH-SCHERET-STN. 3<br>DORTMUND, D-44139<br>GERMANY | | 06/23/2009 | 4968 | Undetermined | No Liability Claim |
| 40 | STANISLAO, SUZANNE D<br>10 RIDGEVIEW TERRACE<br>GOSHEN, NY 10924 | | 07/31/2009 | 6892 | $1,023.15 | No Liability Claim |
| 41 | STICHTING PENSIONFONDS ABP<br>C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10281-1010 | | 09/22/2009 | 31819 | $881.70 | No Liability Claim |
| 42 | UT INVESTMENT MGMT CORP.<br>C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10281-1010 | | 09/22/2009 | 31817 | $195.93 | No Liability Claim |
| | | | | TOTAL | $55,856,278.28 | |