UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
            Debtors.                                        :
                                                            :    Ref. Docket Nos. 14710-14721,
                                                            :    14723-14729
                                                            :
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS OTC DERIVATIVES INC.,                       :    08-13893 (JMP)
                                                            :    (Jointly Administered)
                                                            :
            Debtors.                                        :    Ref. Docket No. 12
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 3, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
4th day of March, 2011
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: DIAMONDBACK MASTER FUND, LTD.
C/O DIAMONDBACK ADVISORS CT, LLC
ATTN: J.R. LEDERER
ONE LANDMARK SQ.
STAMFORD CT 06901

DIAMONDBACK MASTER FUND, LTD.
SIDLEY AUSTIN LLP
ATTN: MICHAEL G. BURKE, ESQ.
787 SEVENTH AVE
NEW YORK NY 10019

Please note that your claim # 23526 in the above referenced case and in the amount of $4,253,903.66 has been transferred **(unless previously expunged by court order)**

WOODERSON PARNTERS, L.L.C.
TRANSFEROR: DIAMONDBACK MASTER FUND, LTD.
C/O ROPES & GRAY LLP
ATTN: ADAM REISS
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/03/2011                          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 3, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                               |
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
              Debtors.                          |
                                               |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   VAN KAMPEN EQUITY AND INCOME FUND                    VAN KAMPEN EQUITY AND INCOME FUND
      C/O VAN KAMPEN ASSET MANAGEMENT                      STRADLEY RONON STEVENS & YOUNG, LLP
      ATTN: EDWARD HEARN                                   ATTN: PAUL A PATTERSON ESQ / JULIE M MURPHY
      ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100       2600 ONE COMMERCE SQUARE
      WEST CONSHOHOCKEN PA 19428-288                       PHILADELPHIA PA 19103-7098
```

Please note that your claim # 27104 in the above referenced case and in the amount of
         $810,393.00       has been transferred **(unless previously expunged by court order)**

```
      INVESCO VAN KAMPEN EQUITY AND INCOME FUND            INVESCO VAN KAMPEN EQUITY AND INCOME FUND
      TRANSFEROR: VAN KAMPEN EQUITY AND INCOME FUND        INVESCO MANAGEMENT GROUP, INC.
      C/O INVESCO, LTD; STRADLEY RONON STEVENS & YOUNG, LLP ASSISTANT GENERAL COUNSEL
      PAUL A. PATTERSON, ESQ. & JULIE M. MURPHY, ESQ.       ATTN: STEPHEN R RIMES & BENITA DRYDEN
      2600 ONE COMMERCE SQUARE                              11 GREENWAY PLAZA, SUITE 2500
      PHILADELPHIA PA 19103                                 HOUSTON TX 77046
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14710     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/03/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 3, 2011.

**EXHIBIT B**

```
TIME: 10:45:47                                                    LEHMAN BROTHERS HOLDING INC.                                                                  PAGE:   1
DATE: 03/03/11                                                          CREDITOR LISTING

Name                                      Address
BANC OF AMERICA SECURITIES LLC            TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH R SMITH 214 N TYRON STREET, NC1-027-14-01 CHARLOTTE NC 28255
BANC OF AMERICA SECURITIES LLC            TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH R. SMITH 214 N TYRON STREET, NC1-027-14-01 CHARLOTTE NC 28255
                                          SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
BANCO ESPANOL DE CREDITO, S.A.            TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF BANESTO GARANTIZADO MULTIOPORTUNIDAD 4X4 II, FI
                                          ATTN: ASESORIA JURIDICA DE TESORERIA/JAVIER LLORENTE HERRERO AVENIDA GRAN VIA HORTALEZA NO. 3 MADRID 28033 SPAIN
BANCO ESPANOL DE CREDITO, S.A.            TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF BANESTO GARANTIZADO OCCASION, FI
                                          ATTN: ASESORIA JURIDICA DE TESORERIA/JAVIER LLORENTE HERRERO AVENIDA GRAN VIA HORTALEZA NO. 3 MADRID 28033 SPAIN
BANCO ESPANOL DE CREDITO, S.A.            TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF B C/O SIDELY AUSTIN LLP ATTN: ROBERT SCHEININGER
                                          787 SEVENTH AVENUE NEW YORK NY 10019
BANCO ESPANOL DE CREDITO, S.A.            TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF B C/O SIDLEY AUSTIN LLP ATTN: 787 SEVENTH AVENUE
                                          ATTN: ROBERT SCHEININGER NEW YORK NY 10019
BARCLAYS BANK PLC                         TRANSFEROR: UGF BANCA S.P.A. 745 SEVENTH AVENUE NEW YORK NY 10019
FIR TREE CAPITAL OPPORTUNITY MASTER FUND  TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE 23RD FL NEW YORK NY 10017
L.P.
FIR TREE CAPITAL OPPORTUNITY MASTER       TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE 23RD FL NEW YORK NY 10017
FUND, L.P.
FIR TREE CAPITAL OPPORTUNITY MASTER       TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE 23RD FL NEW YORK NY 10017
FUND, L.P.
FIR TREE VALUE MASTER FUND, L.P.          TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE 23RD FL NEW YORK NY 10017
FIR TREE VALUE MASTER FUND, L.P.          TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE 23RD FL NEW YORK NY 10017
INVESCO VAN KAMPEN EQUITY AND INCOME      INVESCO MANAGEMENT GROUP, INC. ASSISTANT GENERAL COUNSEL ATTN: STEPHEN R RIMES & BENITA DRYDEN 11 GREENWAY PLAZA, SUITE 2500
FUND                                      HOUSTON TX 77046
INVESCO VAN KAMPEN EQUITY AND INCOME      INVESCO MANAGEMENT GROUP, INC. ASSISTANT GENERAL COUNSEL ATTN: STEPHEN R RIMES, BENITA DRYDEN 11 GREENWAY PLAZA, SUITE 2500
FUND                                      HOUSTON TX 77046
INVESCO VAN KAMPEN EQUITY AND INCOME      TRANSFEROR: VAN KAMPEN EQUITY AND INCOME FUND C/O INVESCO, LTD; STRADLEY RONON STEVENS & YOUNG, LLP
FUND                                      PAUL A. PATTERSON, ESQ. & JULIE M. MURPHY, ESQ. 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103
INVESCO VAN KAMPEN INTERNATIONAL GROWTH   INVESCO MANAGEMENT GROUP, INC. ASSISTANT GENERAL COUNSEL ATTN: STEPHEN R RIMES, BENITA DRYDEN 11 GREENWAY PLAZA, SUITE 2500
FUND                                      HOUSTON TX 77046
INVESCO VAN KAMPEN INTERNATIONAL GROWTH   TRANSFEROR: VAN KAMPEN INTERNATIONAL GROWTH FUND C/O INVESCO, LTD; STRADLEY RONON STEVENS & YOUNG, LLP
FUND                                      PAUL A. PATTERSON, ESQ. & JULIE M. MURPHY, ESQ. 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103
TSO LLC                                   RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
TSO LLC                                   TRANSFEROR: YORVIK PARNTERS LLP C/O ASHURST LLP ATTN: PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
TSO LLC                                   TRANSFEROR: YORVIK PARTNERS LLP C/O ASHURST LLP ATTN: PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
VAN KAMPEN EQUITY AND INCOME FUND         INVESCO LEGAL DEPARTMENT ATTN: BENITA DRYDEN / STEVEN RIMES 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046
VAN KAMPEN EQUITY AND INCOME FUND         INVESCO LEGAL DEPARTMENT ATTN: BENITA DRYDEN / STEVEN RIMES, LLP ATTN: PAUL A PATTERSON ESQ / JULIE M MURPHY ESQ 2600 ONE COMMERCE SQUARE
                                          STRADLEY RONON STEVENS & YOUNG, LLP ATTN: PAUL A PATTERSON ESQ / JULIE M MURPHY ESQ 2600 ONE COMMERCE SQUARE
                                          PHILADELPHIA PA 19103-7098
VAN KAMPEN EQUITY AND INCOME FUND         C/O VAN KAMPEN ASSET MANAGEMENT ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-288
VAN KAMPEN INTERNATIONAL GROWTH FUND      INVESCO LEGAL DEPARTMENT ATTN: BENITA DRYDEN / STEVEN RIMES 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046
VAN KAMPEN INTERNATIONAL GROWTH FUND      STRADLEY RONON STEVENS & YOUNG, LLP ATTN: PAUL A PATTERSON ESQ / JULIE M MURPHY ESQ 2600 ONE COMMERCE SQUARE
                                          PHILADELPHIA PA 19103-7098
VAN KAMPEN INTERNATIONAL GROWTH FUND      C/O VAN KAMPEN ASSET MANAGEMENT ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881
YORVIK PARNTERS LLP                       TRANSFEROR: BANCO ESPANOL DE CREDITO, S.A. 11 LONGMONGER LANE LONDON EC2V8EY UNITED KINGDOM
YORVIK PARTNERS LLP                       TRANSFEROR: BANCO ESPANOL DE CREDITO, S.A. 11 IRONMONGER LLP LONDON EC2V8EY UNITED KINGDOM
YORVIK PARTNERS LLP                       TRANSFEROR: BANCO ESPANOL DE CREDITO, S.A. 11 IRONMONGER LLP LONDON EC2V8EY UNITED KINGDOM
YORVIK PARTNERS LLP                       TRANSFEROR: BANCO ESPANOL DE CREDITO, S.A. 11 LONGMONGER LANE LONDON EC2V8EY UNITED KINGDOM

Total Number of Records Printed     31                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```

DIAMOND MASTER FUND, LTD
C/O DIAMONDBACK ADVISORS CT, LLC
ATTN: J.R. LEDERER
ONE LANDMARK SQ.
STAMFORD, CT 06901


DIAMONDBACK MASTER FUND, LTD.
SIDLEY AUSTIN LLP
ATTN: MICHAEL G. BURKE, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019


WOODERSON PARTNERS, L.L.C.
TRANSFEROR: DIAMONDBACK MASTER FUND, LTD.
C/O ROPES & GRAY LLP
ATTN: ADAM REISS
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704