## LBHI Notice of Assignment

TO:   United States Bankruptcy Court for the
      Southern District of New York ("**Bankruptcy Court**")

TO:   Lehman Brothers Holdings Inc. ("**Debtor**")
      Chapter 11
      Case No. 08-13555 (JMP)

      Attn: Lehman Brothers Holdings Claims Processing Center
      c/o Epiq Bankruptcy Solutions, LLC
      FDR Station
      P.O. Box 5076
      New York NY 10150-5076
      United States of America

Date: 3 March, 2011

Claim #: 46947

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("**Seller**"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **CVF LUX MASTER S.Á.R.L**
> c/o Carval Investors UK Ltd.
> Knowle Hill Park
> Fairmile Lane
> Cobham
> Surrey KT11 2PD
> United Kingdom
> Attn:   Annemarie Jacobsen
> Tel:    +44 1932 861 594
> Fax:    +44 1932 576 012
> Email:  Annemarie.Jacobsen@carval.com

its successors and assigns ("**Buyer**"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation in the outstanding principal amount and to the extent of US$2,000,000.00 plus interest accrued in relation thereto in the amount of US$41,398.89 (the "**Claim**") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 3 March, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:

Christopher Wong          Maria Chang
Vice President            Director