WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
                Debtors.                  :   (Jointly Administered)
                                          :
                                          :
-----------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF
DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO
CLAIMS (MISCLASSIFIED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims), <u>solely as to the claims listed on Exhibit A attached hereto</u>, that was scheduled for March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 31, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any objections or responses, solely as to the claims listed below, has been extended to **March 23, 2011 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: March 4, 2011
      New York, New York

                                 /s/ Shai Y. Waisman
                                 Shai Y. Waisman

                                 WEIL, GOTSHAL & MANGES LLP
                                 767 Fifth Avenue
                                 New York, New York 10153
                                 Telephone: (212) 310-8000
                                 Facsimile: (212) 310-8007

                                 Attorneys for Debtors
                                 and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number(s) |
|---|---|
| ING Belgium S.A./N.V. | 10349 and 10350 |
| US Bank National Association | 19877, 20474, 20484, and 23459 |
| John Deere Pension Trust | 25018 |

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    : **08-13555 (JMP)**
:
Debtors.                             : **(Jointly Administered)**
:
:
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF
### DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO
### CLAIMS (MISCLASSIFIED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims), solely as to the claims listed on Exhibit A attached hereto, that was scheduled for March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 31, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any objections or responses, solely as to the claims listed below, has been extended to **March 23, 2011 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: March 4, 2011
      New York, New York

          /s/ Shai Y. Waisman
          Shai Y. Waisman

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession

## **Exhibit A**

## **Adjourned Claims:**

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| ING Belgium S.A./N.V. | 10349 and 10350 |
| US Bank National Association | 19877, 20474, 20484, and 23459 |
| John Deere Pension Trust | 25018 |

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO**
**CLAIMS (MISCLASSIFIED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims), solely as to the claims listed on Exhibit A attached hereto, that was scheduled for March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 31, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any objections or responses, solely as to the claims listed below, has been extended to **March 23, 2011 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: March 4, 2011
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

2

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number(s) |
|---|---|
| ING Belgium S.A./N.V. | 10349 and 10350 |
| US Bank National Association | 19877, 20474, 20484, and 23459 |
| John Deere Pension Trust | 25018 |

3