**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                              :
In re                                                         :        **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                   :        **08-13555 (JMP)**
                                                              :        **(Jointly Administered)**
            **Debtors.**                                      :
                                                              :
-------------------------------------------------------------------------x        **Ref. Docket No. 14742**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 2, 2011, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), for an Extension of Deadline for Service of Avoidance Actions to June 30, 2011," dated March 2, 2011 [Docket No. 14742], by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed <u>Exhibit A</u>.

                                                      */s/ Eleni Kossivas*
                                                      Eleni Kossivas

Sworn to before me this
3rd day of March, 2011
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

| Name | Fax |
| --- | --- |
| MILBANK DENNIS DUNNE EVAN FLECK DENNIS ODONNELL | 212-530-5219 |
| US TRUSTEE T H DAVIS E GASPARINI A SCHWARTZ | 212-668-2255 |
| MILBANK GREGORY BRAY PAUL ARONZO | 213-629-5063 |