EXECUTION VERSION

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u>

                                       Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HBK Master Fund L.P.</u>
Name of Transferee

<u>Goldman Sachs Lending Partners LLC</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX  75201
Attention: Legal Department
FAX: 214-758-1207

Court Claim # (if known): <u>67124 (amending Claim number 14291) (20.689655172% of such claim)</u>
Amount of Claim as Filed: <u>$14,500,000.00</u>
Amount of Claim Transferred: <u>$3,000,000.00</u>
Date Claim Filed: October 5, 2010
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:_____
Last Four Digits of Acct #: _____

Phone: <u>(212) 934-3921</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

16

EXECUTION VERSION

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _MARCH_____, _2011_____
        Transferee/Transferee's Agent    J. Baker Gentry, Jr.
                                          Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

17

EXECUTION VERSION

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                                    Case No. 08-13555 (JMP)

                                                                                (Jointly Administered)

                                    Debtors.


### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HBK Master Fund L.P.                              Goldman Sachs Lending Partners LLC
         Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 67123 (amending Claim
should be sent:                                      number 14293) (20.689655172% of such claim)
                                                     Amount of Claim as Filed: $14,500,000.00
HBK Master Fund L.P.                                 Amount of Claim Transferred: $3,000,000.00
c/o HBK Services LLC                                 Date Claim Filed: October 5, 2010
2101 Cedar Springs Road, Suite 700                   Debtor:    Lehman Brothers Holdings
Dallas, TX  75201                                    Inc.
Attention: Legal Department
FAX: 214-758-1207


Phone:_____              Phone:  (212) 934-3921
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

19

644333.5/9999-08888

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____

Transferee/Transferee's Agent    J. Baker Gentry, Jr.
Authorized Sig...

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

20