B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al. ,                                    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Deutsche Bank AG, London |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

  With a copy to:
    J.R. Smith, Esq.
    Hunton & Williams LLP
    951 East Byrd Street
    Richmond, Virginia 232319

Court Claim # (if known):66523 which superseded Claims Nos. 37214 and 27489

Amount of Claim: $37,636,344.35
Date Claim Filed: April 9, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone: 214.758.6107
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith                                                             Date: March 4, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT F

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMORGAN CHASE BANK, N.A.

**Deutsche Bank AG, London** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.** ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of **$37,636,344.35**, docketed as Claim No. 66523 which superseded Claim Nos. 37214 and 27489 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Case").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, dated as of the 16 day of February, 2011.

**Deutsche Bank AG, London**

By: _____          By: _____
(Signature of authorized corporate officer)    (Signature of authorized corporate officer)

Name: _____          Name: _____
Title: Rose Miller          Title: Michael Sutton
Tel.: Director          Tel.: Managing Director

**HBK Master Fund L.P.**
By: HBK Services LLC
    Investment Advisor

By: _____
(Signature of authorized corporate officer)

Name: Jeffrey D. Estes
Title: Authorized Signatory
Tel.: 214-758-6132

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al. ,                              Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Deutsche Bank AG, London |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201

With a copy to:
J.R. Smith, Esq.
Hunton & Williams LLP
951 East Byrd Street
Richmond, Virginia 232319

Court Claim # (if known):66524 which superseded Claims Nos. 40723 and 29731

Amount of Claim:  $36,576,240.29
Date Claim Filed:  April 9, 2010
Debtor:  Lehman Brothers Special Financing Inc.

Phone:  214.758.6107
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith                                                                 Date: March 4, 2011
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:   Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

**Deutsche Bank AG, London** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.** ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $36,576,240.29, docketed as Claim No. 66524 which superseded Claim Nos. 40723 and 29731 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered) ("Case").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, dated as of the 16 day of February, 2011.

**Deutsche Bank AG, London**

By: _____
(Signature of authorized corporate officer)

Name: Ross Miller
Title: Director
Tel.: _____

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: Michael Sutton
Tel.: Managing Director

**HBK Master Fund L.P.**
By: HBK Services LLC
    Investment Advisor

By: _____
(Signature of authorized corporate officer)

Name: Jeffrey D. Estes
Title: Authorized Signatory
Tel.: 214-758-6132