**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

RECEIVED FEB 23 2011 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Caja de Credito de los Ingenieros, SCC**
Name of Transferee

**Lidia Gallen Raluy**
Name of Transferor

Name and address where notices to transferee should be sent:
Caja de Credito de los Ingenieros, SCC
Attn: Joan Cavallé
Via Laietana, 39
Barcelona, Spain 08003

Court Claim # (if known): 64906

Total amount of Claim: $70,875

Date Claim Filed: November 5, 2009

Phone: +34 93 268 2929

Phone: +34 93 750 81 42

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____         Date, January 11, 2011
Transferee/Transferee's Agent
Caja de Credito de los Ingenieros SCC/Authorized Signatory
Name: Joan Cavalle
Title: Chief Executive Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The Debtors

Lidia Gallen Raluy, having a mailing address at La Plana, 1 Urb. La Llobera, Cabrils, Barcelona, Spain 08348 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the Agreement for the Acquisition of Financial Instruments dated December 1, 2010, does hereby certify that she has unconditionally and irrevocably sold and transferred to Caja de Credito de los Ingenieros, SCC, its successors and assigns, with office at Via Laietana, 39, Barcelona, Spain 08003 ("Buyer"), all right, title and interest in and to the net claim of Seller against Lehman Brothers Treasury Co. B.V. (in administration) and its affiliates (including Seller's claim against Lehman Brothers Holding Inc. arising under a guaranty) in the amount of $70,875 docketed as Claim No. 64906 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the Agreement for the Acquisition of Financial Instruments as an unconditional transfer and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated the 11th day of January 2011.

By: _____
Name: Lidia Gallen Raluy

Caja de Credito de los Ingenieros, SCC
By: _____
Name: Joan Cavallé
Title: Chief Executive Officer