UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., | ) Case No. 08-13555 (JMP) |
| et al., | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

RECEIVED FEB 2 3 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Caja de Credito de los Ingenieros, SCC**

Name of Transferee

Name and address where notices to transferee should be sent:
Caja de Credito de los Ingenieros, SCC
Attn: Joan Cavallé
Via Laietana, 39
Barcelona, Spain 08003

Phone: +34 93 268 2929

**Francisco J. Cordoncillo Fontanet**
**Maria del Roser Mitjavila Garcia**

Name of Transferor

Court Claim # (if known): 64229

Total amount of Claim: $28,942.94
Date Claim Filed: November 3, 2009

Phone: +34 93 221 91 38

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date January 11, 2011
      Transferee/Transferee's Agent
      Caja de Credito de los Ingenieros, SCC /Authorized Signatory
      Name: Joan Cavallé
      Title: Chief Executive Officer

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The Debtors

Francisco J. Cordoncillo Fontanet and Maria del Roser Mitjavila Garcia, having a mailing address at Salvador Espriu, 95, 3-2, Barcelona, Spain 08005 ("Sellers"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the Agreement for the Acquisition of Financial Instruments dated October 29, 2010, do hereby certify that they have unconditionally and irrevocably sold and transferred to Caja de Credito de los Ingenieros, SCC, its successors and assigns, with office at Via Laietana, 39, Barcelona, Spain 08003 ("Buyer"), all right, title and interest in and to the net claim of Sellers against Lehman Brothers UK Capital Funding LP (in administration) and its affiliates (including Sellers' claim against Lehman Brothers Holding Inc. arising under a guaranty) in the amount of $28,942.94 docketed as Claim No. 64229 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Sellers hereby waive any notice or hearing requirements imposed by Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, and stipulate that an order may be entered recognizing the Agreement for the Acquisition of Financial Instruments as an unconditional transfer and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated the 11th day of January 2011.

By: _____
Name: Francisco J. Cordoncillo Fontanet

By: _____
Name: Maria del Roser Mitjavila Garcia

Caja de Credito de los Ingenieros, SCC

By: _____
Name: Joan Cavallé
Title: Chief Executive Officer