UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                     :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                       Debtors.                                  :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 14709, 14722,
                                                                      14739, 14751-14759

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 4, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
7th day of March, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14709, 14722, 14739, 14751-14759_AFF_03-04-11.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                     |
In re                                |   Chapter 11 Case No.
                                     |
                                     |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,|
                                     |   (Jointly Administered)
                                     |
         Debtors.                    |
                                     |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MORGAN STANLEY INSTITUTIONAL FUND TRUST, MUNICIPAL PORTFOLIO      MORGAN STANLEY INSTITUTIONAL FUND TRUST, MUN
      C/O MORGAN STANLEY INVESTMENT MANAGEMENT, INC.                    STRADLEY RONON STEVENS & YOUNG, LLP
      ATTN: EDWARD HEARN                                                ATTN: PAUL A PATTERSON ESQ / JULIE M MURPHY
      ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100                    2600 ONE COMMERCE SQUARE
      WEST CONSHOHOCKEN PA 19428-2881                                   PHILADELPHIA PA 19103-7098
```

Please note that your claim # 65392 in the above referenced case and in the amount of
$2,587,500.00       has been transferred **(unless previously expunged by court order)**

```
      INVESCO MUNICIPAL FUND                                            INVESCO MUNICIPAL FUND
      TRANSFEROR: MORGAN STANLEY INSTITUTIONAL FUND TRUST, MUNICIPAL PORTFOL   STEPHEN R. HINES, BENITA DRYDEN
      C/O PAUL A. PATTERSON, ESQ, JULIE M. MURPHY, ESQ.                 ASSISTANT GENERAL COUNSEL
      STRADLEY RONON STEVENS & YOUNG, LLP                               INVESCO MANAGEMENT GROUP, INC.
      2600 ONE COMMERCE SQUARE                                          11 GREENWAY PLAZA, SUITE 2500
      PHILADELPHIA PA 19103                                             HOUSTON TX 77046
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14709       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/04/2011                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 4, 2011.

**EXHIBIT B**

```
TIME: 10:48:41                                           LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 03/04/11                                               CREDITOR LISTING

Name                                       Address
BARCLAYS BANK PLC                          TRANSFEROR: THE VARDE FUND IX LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: THE VARDE FUND IX-A LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: THE VARDE FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: THE VARDE FUND V-B LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: THE VARDE FUND VII-B, LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: THE VARDE FUND VIII LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: THE VARDE FUND X (MASTER) LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: VARDE INVESTMENT PARTNERS, LP 745 SEVENTH AVENUE NEW YORK NY 10019
FONDIARIA-SAI S.P.A.                       C/O MORRISON & FOERSTER LLP ATTENTION: JOHN A. PINTARELLI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-0050
INVESCO MUNICIPAL FUND                     STEPHEN R. HINES, BENITA DRYDEN ASSISTANT GENERAL COUNSEL INVESCO MANAGEMENT GROUP, INC. 11 GREENWAY PLAZA, SUITE 2500
                                           HOUSTON TX 77046
INVESCO MUNICIPAL FUND                     TRANSFEROR: MORGAN STANLEY INSTITUTIONAL FUND TRUST, MUNICIPAL PORTFOL C/O PAUL A. PATTERSON, ESQ, JULIE M. MURPHY, ESQ.
                                           STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103
MORGAN STANLEY INSTITUTIONAL FUND TRUST,   INVESCO LEGAL DEPARTMENT ATTN: BENITA DRYDEN / STEVEN RIMES 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046
 MUNICIPAL PORTFOLIO
MORGAN STANLEY INSTITUTIONAL FUND TRUST,   STRADLEY RONON STEVENS & YOUNG, LLP ATTN: PAUL A PATTERSON ESQ / JULIE M MURPHY ESQ 2600 ONE COMMERCE SQUARE
 MUNICIPAL PORTFOLIO                       PHILADELPHIA PA 19103-7098
MORGAN STANLEY INSTITUTIONAL FUND TRUST,   C/O MORGAN STANLEY INVESTMENT MANAGEMENT, INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100
 MUNICIPAL PORTFOLIO                       WEST CONSHOHOCKEN PA 19428-2881
SEA PORT GROUP SECURITIES, LLC             TRANSFEROR: FONDIARIA-SAI S.P.A. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEAP PORT GROUP SECURITIES, LLC            TRANSFEROR: ZNU NV ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
THE VARDE FUND IX LP                       C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
THE VARDE FUND IX-A LP                     C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
THE VARDE FUND LP                          C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
THE VARDE FUND V-B LP                      C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
THE VARDE FUND VII-B, LP                   C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
THE VARDE FUND VIII LP                     C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
THE VARDE FUND X (MASTER) LP               C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE INVESTMENT PARTNERS (OFFSHORE)       C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
 MASTER LP
VARDE INVESTMENT PARTNERS, LP              C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
ZNU NV                                     VLUCHTENBURGSTRAAT 7 AARTSELAAR B-2630 BELGIUM


Total Number of Records Printed           27


                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```