[Hapoalim as Seller]

## AGREEMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1.   For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Hapoalim B.M.** ("Seller"), acting on behalf of one or more of its customers (the "Customer"), hereby unconditionally and irrevocably sells, transfers and assigns to [name of the Purchaser:] Sun Set Partners (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the principal amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 55854 filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller or its Customer relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's or Customer's right, title and interest in, to and under the transfer agreements, if any, under which Seller, Customer or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.   Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller's Customer is the beneficial owner of the Purchased Securities relating to the Purchased Claim and specified in Schedule 1 attached hereto; (d) Seller or its Customer owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (e) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of **PARTIAL** Transfer of Claim; (f) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (g) neither Seller nor its Customer has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.   Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) in the form attached as Exhibit A hereto, including this Agreement and Evidence of **PARTIAL** Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

Doc#: US1:5895542v1                                                    1

[Hapoalim as Seller]

4.  All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of PARTIAL Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.  Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method, or via another settlement method agreeable to both Purchaser and Seller), as Purchaser may designate in writing to Seller. This Agreement and Evidence of PARTIAL Transfer of Claim supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.  Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Partial Transfer of Claim, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.  Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 7 day of JAN, 2011.

Seller:

BANK HAPOALIM B.M.

By: _____
Name: A. Orozco
Title: SVP / Ops Mgr.

By: _____
Name: Maist wainstein
Title: SVP

Address:

18851 NE 29th Ave
Aventura, FL 33180
USA

Purchaser [print full legal name]:

SUNSET PARTNERS

By: _____
Name: Richard Metels
Title: General member.

By: _____
Name:
Title:

Address:

_____
_____
_____

Doc#: US1:5895542v1

2

Schedule 2

## Transferred Claims

**Purchased Claim**

Bank Hapoalim B.M. transfers to Sunset Partners $ _____ of $ _____ (the outstanding amount of the Proof of Claim as of _____)—(date of agreement).

**Lehman Programs Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Interest | Euroclear Blocking Number |
|---|---|---|---|---|---|---|---|---|
| LEH BROS TSY 4.8% 3/18/15 | XS0346466781 | LEHMAN BROTHERS TSY BV | | 140M | N/A | 3/18/15 | N/A | 6049850 |
| LEH BROS TSY 4.8% 3/18/15 | XS0346466781 | LEHMAN BROTHERS TSY BV | | 300M | N/A | 3/18/15 | N/A | 6049850 |
| LEH BROS TSY 3% 3/18/11 | XS0346461634 | LEHMAN BROTHERS TSY BV | | 300M | N/A | 3/18/11 | N/A | 6049778 |

**Purchaser**

Sunset Partners
(print full legal name)

By: _Richard Fels_ (signature)
Name: Richard Fels
Title: General Member

Address:
Sunset Partners
227 Sunset Avenue
Ridgewood, NJ 07450

Wire Instructions:
Bank of New York ABA # 021000018
A/C Pershing LLC
A/C # 8900512385
FBO: Sunset Partners
Account # 40E-001553
DTC # 443

Schedule 1

Transferred Claims

Purchased Claim

$ _____ of $ _____ (the outstanding amount of the Proof of Claim as of [date of agreement]).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Interest (as of [ ]) |
|---|---|---|---|---|---|---|---|

| Description of Security | ISIN | Issuer | Units | Coupon | Maturity | Accrued Interest | Euroclear Blocking Numb |
|---|---|---|---|---|---|---|---|
| LEH BROS TSY 0 3/4/23 | XS0347872128 | LEHMAN BROTHERS TSY BV | 200,000.00 | N/A | 03/03/23 | N/A | 6049853 |
| LEH BROS TSY 0 02/15/23 | XS0340592681 | LEHMAN BROTHERS TSY BV | 300,000.00 | N/A | 02/15/23 | N/A | 6049773 |
| LEHMAN BROS TSY 4.8 03/18/15 | XS0346466781 | LEHMAN BROTHERS TSY BV | 140,000.00 | N/A | 03/18/15 | N/A | 6049850 |
| LEHMAN BROS TSY 4.8 03/18/15 | XS0346466781 | LEHMAN BROTHERS TSY BV | 300,000.00 | N/A | 03/18/15 | N/A | 6049850 |
| LEHMAN BROS TSY 3 03/18/11 | XS0346461634 | LEHMAN BROTHERS TSY BV | 300,000.00 | N/A | 03/18/11 | N/A | 6049778 |

UNDER SEPARATE COVER
ENCLOSED

United States Bankruptcy Court

Southern District of New York

In re:   Lehman Brothers Holdings, Inc., et al
         Case Number 08-13555
         Entity Name Lehman Brothers Holdings, Inc., et al
         Entity Case Number 08-13555

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>**Sunset Partners** | Name of Transferor<br>**Bank Hapoalim B.M.** |
| Name and Address where notices to transferee should be sent:<br><br>**Sunset Partners**<br>**227 Sunset Ave**<br>**Ridgewood, NJ 07450-2420**<br><br>Phone: 212-791-5434<br>Last Four Digits of Account #: | Court Record Address of Transferor<br>(Court Use Only) |
| Name and Address where transferee payments should be sent (if different from above)<br><br>Phone: *Same as Above*<br>Last Four Digits of Account #: | Name and Current Address of Transferor<br>**Bank Hapoalim B.M.**<br>**18851 NE 29th Ave**<br>**Aventura, FL 33180**<br><br>Claim Amount: **$740,000.00**<br>Phone:<br>Last Four Digits of Account #:<br>Court Claim # (if known): **55854**<br>Date Claim Filed: **10/29/2009** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Richard Fels_____                                               Date: 02/01/2011

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                        _____
                                                                                           CLERK OF THE COURT

XS0346466781 Corp DES                                                         Corp  DES

STRUCTURED NOTE DESCRIPTION Page 1/ 2
LEHMAN BROS TSY   LEH 4.8 03/18/15         D E F A U L T E D

| ISSUER INFORMATION | IDENTIFIERS | 1) Additional Sec Info |
|---|---|---|
| Name LEHMAN BROTHERS TSY BV | Tradebook | 2) STN Description |
| Type Finance-Invest Bnkr/Brkr | BB number    EH2214490 | 3) Call Schedule |
| Market of Issue Euro MTN | ISIN    XS0346466781 | 4) Multi Cpn Display |
| SECURITY INFORMATION | RATINGS | 5) ALLQ |
| Country NL    Currency USD | Moody's    NA | 6) Corporate Actions |
| Collateral Type Company Guarnt | S&P    NA | 7) Cds Spreads/RED Info |
| Calc Typ( 130)** IN DEFAULT ** | Fitch    NA | 8) Ratings |
| Maturity   3/18/2015 Series EMTN | DBRS    NA | 9) Custom Notes |
| CALLABLE  CALL  3/18/11@ 100.00 | ISSUE SIZE | 10) Identifiers |
| Coupon    4.8    Defaulted | Amt Issued/Outstanding | 11) Fees/Restrictions |
| S/A       ISMA-30/360 | USD    26,370.00 (M)/ | 12) Sec. Specific News |
| Announcement Dt  2/ 5/08 | USD    26,370.00 (M) | 13) Involved Parties |
| Int. Accrual Dt  3/18/08 | Min Piece/Increment | 14) Issuer Information |
| 1st Settle Date  3/18/08 |   80,000.00/ 10,000.00 | 15) Pricing Sources |
| 1st Coupon Date  9/18/08 | Par Amount   10,000.00 | 16) Related Securities |
| Iss Pr  100.0000 | BOOK RUNNER/EXCHANGE | |
| | LEH | |
| NO PROSPECTUS | NOT LISTED | 66) Send as Attachment |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900        Singapore 65 6212 1000      U.S. 1 212 318 2000       Copyright 2010 Bloomberg Finance L.P.
                                                                                  SN 193758 G791-654-3 07-Jan-2011 14:09:47

XS0346461634 Corp DES                                                              Corp DES

**STRUCTURED NOTE DESCRIPTION** No Calculations
LEHMAN BROS TSY   LEH 0 03/18/11        N O T   P R I C E D

| ISSUER INFORMATION | IDENTIFIERS | 1) Additional Sec Info |
|---|---|---|
| Name LEHMAN BROTHERS TSY BV | Tradebook | 2) STN Description |
| Type Finance-Invest Bnkr/Brkr | BB number   EI0087243 | 3) ALLQ |
| Market of Issue Euro MTN | ISIN   XS0346461634 | 4) Corporate Actions |
| SECURITY INFORMATION | RATINGS | 5) Cds Spreads/RED Info |
| Country NL    Currency USD | Moody's    NA | 6) Ratings |
| Collateral Type Notes | S&P    NA | 7) Custom Notes |
| Calc Typ( 99)*NO CALCULATIONS* | Fitch    NA | 8) Identifiers |
| Maturity 3/18/2011 Series BSKT | DBRS    NA | 9) Prospectus |
| NORMAL | ISSUE SIZE | 10) Sec. Specific News |
| Coupon    0    Zero Coupon | Amt Issued/Outstanding | 11) Involved Parties |
| N/A    ISMA-30/360 | USD    9,000.00 (M)/ | 12) Underlying Info |
| Announcement Dt  2/ 5/08 | USD    9,000.00 (M) | 13) Issuer Information |
| Int. Accrual Dt | Min Piece/Increment | 14) Pricing Sources |
| 1st Settle Date  3/18/08 | 80,000.00/ 10,000.00 | 15) Related Securities |
| 1st Coupon Date | Par Amount  10,000.00 | |
| Iss Pr  100.0000 | BOOK RUNNER/EXCHANGE | |
| | LEH | |
| HAVE PROSPECTUS | NOT LISTED | 66) Send as Attachment |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000     U.S. 1 212 318 2000       Copyright 2010 Bloomberg Finance L.P.
                                                                              SN 193758 G791-654-3 07-Jan-2011 15:26:16