UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x  Ref. Docket Nos. 8137, 14766,
14768-14770, 14774, 14775, 14777,
14778

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 7, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
8th day of March, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 8137, 14766, 14768-14770, 14774, 14775, 14777, 14778_AFF_03-07-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                           |
In re                                      |   Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |   08-13555 (JMP)
                                           |
                                           |   (Jointly Administered)
              Debtors.                     |
                                           |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BLACK RIVER MUNICIPAL FUND LTD
C/O BLACK RIVER ASSET MANAGEMENT, LLC
ATTN: MARK RABOGLIATTI
12700 WHITEWATER DRIVE
MINNETONKA MN 55343

BLACK RIVER MUNICIPAL FUND LTD
FAEGRE & BENSON LLP
ATTN: IRINA PALCHUK
2200 WELLS FARGO CENTER
90 SOUTH 7TH ST
MINNEAPOLIS MN 55402

Please note that your claim # 26161 in the above referenced case and in the amount of
$1,552,982.00       has been transferred **(unless previously expunged by court order)**

CVI GVF (LUX) MASTER S.A.R.L.
TRANSFEROR: BLACK RIVER MUNICIPAL FUND LTD
C/O CARVAL INVESTORS UK LTD
ATTN: ANNMARIE JACOBSEN
KNOWLE HILL PARK
FAIRMILE LANE, COBHAM
SURREY    KT11 2PD
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8137    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/07/2011                          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 7, 2011.

**EXHIBIT B**

```
TIME: 10:41:39                                      LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 03/07/11                                           CREDITOR LISTING

Name                                        Address
BLACK RIVER MUNICIPAL FUND LTD              FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH ST MINNEAPOLIS MN 55402
BLACK RIVER MUNICIPAL FUND LTD              C/O BLACK RIVER ASSET MANAGEMENT, LLC ATTN: MARK RABOGLIATTI 12700 WHITEWATER DRIVE MINNETONKA MN 55343
CAJA DE CREDITO DE LOS INGENIEROS, SCC      TRANSFEROR: MARIA CONCEPCION DE AGUIRRE TORRES ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC      TRANSFEROR: SANGLAS CAMPS, JAVIER ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC      TRANSFEROR: SANZ GARETA, MARIA TERESA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BACELONA  08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC      TRANSFEROR: SOLER LINARES, JESUS ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN
CRESCENT I, LP                              TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS FUND, LTD                               TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O CYRIS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CVI GVF (LUX) MASTER S.A.R.L.               TRANSFEROR: BLACK RIVER MUNICIPAL FUND LTD C/O CARVAL INVESTORS UK LTD ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE, COBHAM
                                            SURREY  KT11 2PD UNITED KINGDOM
CYRUS OPPORTUNITES MASTER FUND II, LTD      TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPP. FUND MASTER FUND, LTD     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
ILLIQUIDX LTD                               TRANSFEROR: MEGA GLOBAL ASSET MANAGEMENT CO. LTD. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 800 FLEET STREET
                                            LONDON  EC4YEL UNITED KINGDOM
MARIA CONCEPCION DE AGUIRRE TORRES          CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA  08022 SPAIN
MARIA CONCEPCION DE AGUIRRE TORRES          C/MANDRI 49, 4-PTA. 11 BARCELONA  08022 SPAIN
MEGA GLOBAL ASSET MANAGEMENT CO. LTD.       UNITS 2201-07, 22/F, COSCO TOWER QUEEN'S ROAD CENTRAL NOS. 181-3 HONG KONG
SANGLAS CAMPS, JAVIER                       CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA  08003 SPAIN
SANGLAS CAMPS, JAVIER                       C/RICARDO VILLA, 7-9, 3-4 BARCELONA  08017 SPAIN
SANZ GARETA, MARIA TERESA                   CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA  08003 SPAIN
SANZ GARETA, MARIA TERESA                   C/DEGA BAHI, 39-2 BARCELONA  08026 SPAIN
SEA PORT GROUP SECURITIES, LLC              TRANSFEROR: FONDIARIA-SAI S.P.A. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SOLER LINARES, JESUS                        CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA  08003 SPAIN
SOLER LINARES, JESUS                        C/LA PLANA, 1 URB. LA LLOBERA CABRILS(BARCELONA)  08348 SPAIN

Total Number of Records Printed             22
```