IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jeremy S. Williams, a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia and having been admitted to practice in the United District Court and United States Bankruptcy Court for: (i) the Eastern District of Virginia; (ii) the Western District of Virginia; and (iii) the District of Columbia, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Merrill Lynch Capital Services, Inc. and Merrill Lynch Portfolio Management, Inc., each a creditor and party in interest in the above-captioned case.

Mailing Address: 1111 East Main Street, Suite 800, Richmond, Virginia 23219
E-mail Address: jeremy.williams@kutakrock.com
Telephone Number: 804-644-1700

I agree to pay $25.00 upon the filing of this Motion.

Dated: March 8, 2011

                                                */s/ Jeremy S. Williams*
                                                Jeremy S. Williams (JSW 2424)
                                                Kutak Rock LLP
                                                1111 East Main Street, Suite 800
                                                Richmond, Virginia 23219
                                                Telephone: (804) 644-1700
                                                Facsimile: (804) 783-6192

4811-3397-7352.2

## ORDER

**ORDERED,**

that Jeremy S. Williams, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____    _____
       New York, New York    UNITED STATES BANKRUPTCY JUDGE