IN THE UNITED STATES BANKRUPTCY
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*., | Case No. 08-13555 (JMP) Jointly Administered |
| Debtor. | |

NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002(g), 9007 and 9010, the undersigned appears for and on behalf of **LibertyView Capital Management, LLC; LibertyView Credit Opportunities Fund; LibertyView Credit Select Fund, L.P.; LibertyView Funds, L.P.; LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P.; LibertyView Global Risk Arbitrage Fund, L.P.; and LibertyView Special Opportunities Fund, L.P. (collectively, "LibertyView"),** creditors and parties-in-interest in the above-captioned chapter 11 cases, and requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases and in all adversary proceedings in these cases, be given to and served upon the following, and each of the following be added to the creditor matrix and any special or limited service lists used in this case:

Erin S. Levin, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10022
E-mail: elevin@lowenstein.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of LibertyView's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any

22312/5
03/07/2011 16923256.1

other rights, claims, actions, setoffs, or recoupment to which LibertyView is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by LibertyView to the jurisdiction of the Bankruptcy Court.

Further, if any limited service lists are used in these proceedings, counsel listed above request inclusion thereon.

Dated: March 7, 2011                                    **LOWENSTEIN SANDLER PC**

By: /s/ *Erin S. Levin*
Erin S. Levin, Esq. (EL 1598)
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

*Counsel for LibertyView Capital Management, LLC,*
*LibertyView Credit Opportunities Fund,*
*LibertyView Credit Select Fund, L.P.,*
*LibertyView Funds, L.P.,*
*LibertyView Arbitrage Fund, L.P.,*
*LibertyView Focus Fund, L.P.,*
*LibertyView Global Risk Arbitrage Fund, L.P., and*
*LibertyView Special Opportunities Fund, L.P.*