WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
|                                          | :  |                                      |
|------------------------------------------|----|--------------------------------------|
| **In re**                                | :  | **Chapter 11 Case No.**              |
|                                          | :  |                                      |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | :  | **08-13555 (JMP)**               |
|                                          | :  |                                      |
|                         **Debtors.**     | :  | **(Jointly Administered)**           |
|                                          | :  |                                      |
|                                          | :  |                                      |
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(NO SUPPORTING DOCUMENTATION CLAIMS) AS TO CERTAIN CLAIMANTS**

                **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, "Debtors") are withdrawing without prejudice their Fifty-Eighth Omnibus

Objection to Claims (No Liability Claims) [Dkt. No. 11942] solely with respect to the claims

listed on Exhibit A annexed hereto.  The Debtors reserve their rights to object to the claims listed

on Exhibit A on any grounds in the future.

Dated:  March 8, 2011
        New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

**Claims for Which Objection Is Withdrawn Without Prejudice:**

| Claimant Name | Claim Number |
|---|---|
| Frank L. Acosta | 6812 |
| Chadwick Cook dba CWC Revocable Trust 1-13-01 | 2015 |
| Clyde & Darlee J. Crockett | 7925 |
| Gary Gaston | 3977 |
| Dennis Revelotis | 2511 |
| Julianne Salvatore | 10630 |
| Dr. Fred W. Telling | 3962 |