IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

### **AMENDED MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Peter J. Barrett, a member in good standing of the bar of the Commonwealth of Virginia and the bar of the U.S. District Court for the Eastern District of Virginia, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Merrill Lynch Capital Services, Inc. and Merrill Lynch Portfolio Management, Inc., each a creditor and party in interest in the above-captioned case.

    Mailing Address:     1111 East Main Street, Suite 800, Richmond, Virginia 23219
    E-mail Address:      peter.barrett@kutakrock.com
    Telephone Number:  804-644-1700

I agree to pay $25.00 upon the filing of this Motion.

Dated: March 8, 2011                  */s/ Peter J. Barrett*
                                                  Peter J. Barrett (PJB 9807)
                                                  Virginia Bar No. 46179
                                                  Kutak Rock LLP
                                                  1111 East Main Street, Suite 800
                                                  Richmond, Virginia 23219
                                                  Telephone: (804) 644-1700
                                                  Facsimile: (804) 783-6192

4835-1588-3272.2

**ORDER**

**ORDERED,**

that Peter J. Barrett, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____                    _____
       New York, New York                                       UNITED STATES BANKRUPTCY JUDGE

4835-1588-3272.2