IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 8th day of March 2011, a true copy of the *Motion for Admission to Practice pro hac vice (for Peter J. Barrett)* (DN14855), *Motion for Admission to Practice pro hac vice (for Jeremy S. Williams)* (DN14856) *Notice of Motion (and Motion) of Merrill Lynch Portfolio Management, Inc. and Merrill Lynch Capital Services, Inc. for Entry of an Order Pursuant to 11 U.S.C. § 362(d) and Fed. R. Bankr. P. 4001 Granting Relief from the Automatic Stay to Effect Disposition of Collateral* (DN14857) and *Amended Motion for Admission to Practice pro hac vice (for Peter J. Barrett)* (DN14864) were served via first class mail on the parties listetd below and were served via the Court's ECF system on the 2002 parties as defined in the Case Management Order.

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004

Weil Gotshal & Manges LLP
Attn: Shai Y. Waisman, Richard P. Krasnow
767 Fifth Avenue
New York, New York 10153

Office of the U.S. Trustee for the S.D. of New York
Attn: Andy Velez-Rivera, Paul Schwartzbert,

Brian Masumoto and Linda Riffkin
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank Tweed Hadley & McCloy LLP
Attn: Dennis F. Dunne, Evan Fleck, Dennis O'Donnel
1 Chase Manhattan Plaza
New York, New York 10005

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, New York 10007

4838-7148-2888.1

**MERRILL LYNCH PORTFOLIO MANAGEMENT, INC. AND MERRILL LYNCH CAPITAL SERVICES, INC.**

By: /s/Peter J. Barrett
**KUTAK ROCK LLP**
Peter J. Barrett (PJB 9807)
Virginia Bar No. 46179
1111 East Main Street, Suite 800
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192

4838-7148-2888.1