**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

Lehman Brothers Holdings Inc., <u>et al</u>.

           Debtors.

_____

) Chapter 11
)
) Case No. 08-13555 (JMP)
)
) Jointly Administered
)

Proof of Claim No.: **40708**
Date Proof of Claim Filed: **September 21, 2009**
Amended: **October 16, 2009**
Amount of Claim Transferred: **$2,598,284.44**

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

**TO:**    **TRANSFEROR:**    **SAPHIR FINANCE PLC**

                        Saphir Finance PLC
                        AIB International Centre
                        Dublin 1
                        Ireland
                        Attention: the directors
                        Fax: +353 1 874 3050

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **40708** against Lehman Brothers Holdings Inc. in the amount of **$2,598,284.44** as evidenced by the attached Evidence of Transfer of Claim to:

       **TRANSFEREE:**    **ORE HILL HUB FUND LTD.**

                        Ore Hill Hub Fund Ltd
                        c/o Ore Hill Partners LLC
                        650 Fifth Avenue
                        New York, NY 10019
                        Attn:  Kate Sinopoli
                        T: (212) 389-2630
                        E-mail: ksinopoli@orehill.com

No action is required if you do not object to the transfer of the claim as described above.  **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Saphir Finance plc** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Ore Hill Hub Fund Ltd.** ("Purchaser") an undivided interest in all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), which is jointly administered under Lehman Brothers Holdings Inc. in Case No. 08-13555 (JMP) (the "Proceedings"), and the relevant portion of any and all proofs of claim, in each case as evidenced by Proof of Claim No. 40708 (the "Claim"), filed with the Bankruptcy Court in respect of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law with respect to such transfer. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

Purchaser's address is as follows:

> Ore Hill Partners LLC
> 650 Fifth Ave, Floor 9
> New York, NY 10019
> Attn: Kate Sinopoli
> T: (212) 389-2630
> E-mail: ksinopoli@orehill.com

For avoidance of doubt this Evidence of Transfer of Claim does not relate to any claim other than that evidenced by the above-mentioned Proof of Claim.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 9th day of March, 2011.

SAPHIR FINANCE PLC

By: *Simone D'Avollo*
Name: SIMONE D'AVOLLO
Title: AUTHORISED SIGNATORY
Signed in London for and on behalf of Seller by its duly authorized attorney


ORE HILL HUB FUND LTD.

By: Ore Hill Partners LLC
Its Investment Advisor

By: _____
Name:
Title:
Signed in New York, NY for and on behalf of Purchaser by its duly authorized attorney

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 9th day of March, 2011.

SAPHIR FINANCE PLC

By: _____
Name:
Title:
Signed in London for and on behalf of Seller by its duly authorized attorney

ORE HILL HUB FUND LTD.

By: Ore Hill Partners LLC
Its Investment Advisor

By: _____
Name:  CLAUDE A. BAUM, ESQ.
Title:  GENERAL COUNSEL
        ORE HILL PARTNERS LLC
Signed in New York, NY for and on behalf of Purchaser by its duly authorized attorney