UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (JMP)
                                                           :    (Jointly Administered)
                    Debtors.                               :
                                                           :
-----------------------------------------------------------x    Ref. Docket Nos. 14797, 14804-
                                                                14810

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 8, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
9th day of March, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14797, 14804-14810_AFF_03-08-11.doc

# EXHIBIT A

08-13555-mg    Doc 14901    Filed 03/09/11    Entered 03/09/11 21:11:46    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To: NOMURA INTERNATIONAL PLC
        TRANSFEROR: UBS AG
        ATTN: RIO POHAN
        ONE ANGEL LANE
        LONDON    EC4R 3AB
        UNITED KINGDOM

Please note that your claim # 59233-21 in the above referenced case and in the amount of
         $0.00        has been transferred **(unless previously expunged by court order)**

        CVI GVF (LUX) MASTER S.A.R.L.
        TRANSFEROR: NOMURA INTERNATIONAL PLC
        C/O CARVAL INVESTORS UK LIMITED
        KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
        SURREY    KT11 2PD
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14797    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/08/2011                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 8, 2011.

# EXHIBIT B

```
TIME: 12:17:54                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 03/08/11                                               CREDITOR LISTING

Name                                    Address
CVI GVF (LUX) MASTER S.A.R.L.           TRANSFEROR: NOMURA INTERNATIONAL PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                        SURREY  KT11 2PD UNITED KINGDOM
NOMURA INTERNATIONAL PLC                TRANSFEROR: UBS AG ATTN: RIO POHAN ONE ANGEL LANE LONDON  EC4R 3AB UNITED KINGDOM
SEA PORT GROUP SECURITIES, LLC          TRANSFEROR: ZNU NV ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
VARDE FUND IX LP, THE                   TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                 TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE FUND LP, THE                      TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                 TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)    TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
  MASTER, LP
VARDE INVESTMENT PARTNERS, LP           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed       10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC