B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  Lehman Brothers Holdings Inc.  ,    Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Benetton Group S.P.A. | Benetton International S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Benetton Group S.P.A.
Via Villa Minelle 1, 31050 Ponzano Veneto
Treviso, Italy
Attention: Moreno Pasin

Court Claim # (if known):  15791
Amount of Claim:  $4,146,000.00
Date Claim Filed:  Claim # 15791 filed 9/17/2009 as amended by Claim # 67328 filed 2/8/2011

Phone: 0039-0422519860
Last Four Digits of Acct #: _____

Phone: 00352-26737673
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
 same as above

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/__ Transferee/Transferee's Agent    Date: 9 MARCH 2011

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.