

# Aargauische Kantonalbank

5001 Aarau  
Bahnhofplatz 1  
Telefon 062 835 77 77  
www.akb.ch  
MWSt-Nr. 100 203

Datum: 22 February 2011  
Kontaktperson: Stefan Buser  
Geht ohne Brief an:  

Direktwahl: +41 62 835 76 26

United States Bancruptcy Court  
for the Southern District of New York  
Attention: Clerk of the Court  
One Bowling Green  
New York, New York 10004  
USA

**Mitteilung**

☐ gemäss telefonischer Besprechung  
☐ zur Kenntnisnahme  
☐ zur Stellungnahme  
☐ bitte unterschreiben/visieren  
☐ bitte anrufen  
☐ bitte zurücksenden  
☐ bitte erledigen  
☐ mit Dank zurück  
☒ For your records  
☒ Please confirm receipt

**Claim Transfer Agreement Lehman Program Securities**

Dear Sir or Madam

Enclosed you will find a Claim Tranfer Form (Partial Transfer Only).

Could you please confirm receipt of this form?

Yours Sincerely

Stefan Buser

Aargauische Kantonalbank  
Bahnhofplatz 1  
5000 Aarau  
Switzerland



## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Roni and Beatrice Hunziker** | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br>**Aargauische Kantonalbank**<br>**Bahnhofplatz 1**<br>**5000 Aarau, Switzerland**<br>**+41 62 835 76 26**<br>**Attn: Mr Stefan Buser**<br>stefan.buser@akb.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>**UBS AG**<br>**Bahnhofstrasse 45**<br>**8001 Zurich, Switzerland**<br>**Attn: Mr. Hugo Koller**<br>**+41 44 235 37 36 - hugo.koller@ubs.com** |
| Amount of Claim Being Transferred:<br><br>**10 units** | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _[signature]_  Date: Aarau, 16.2.11
Roni und Beatrice Hunziker
Tannerstrasse 36
CH - 5000 Aarau

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates **solely** to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Cert.Plus Lehman Bros. Treasury BV 2006-24.4.2009 SMI | XS0250113841 | Lehman Bros Treasury BV | Lehman Bro Holding Inc | 10 units out of 231 units |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 9 and in paragraphs/lines 3 of the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Roni & Beatrice Hunziker**
Tannerstrasse 36
CH-5000 Aarau

Telephone: +41 62 835 76 26
Attention: Stefan Buser

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 11, 2011.

**UBS AG**
Transferor

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director

ACKNOWLEDGED BY:

**Roni and Beatrice Hunziker**
Transferee

By: _____
Name: Roni and Beatrice Hunziker