# CENTROSIM s.p.a.
### Società di Intermediazione Mobiliare
### delle Banche Popolari Italiane

To:  **UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004-1408
U.S.A.

Copy to:  **ERSEL SIM SpA**
Piazza Solferino, 11
10121 Torino (TO)
Italy



Milan, February 17, 2011

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP) JOINTLY ADMINISTERED

PARTIAL TRANSFER OF CLAIM  **# 56618-01**

INTERNAL CONTROL NUMBER  **14318**

With reference to the evidence and notice of the transfer of claim dated 02/07/2011 (a copy hereby attached), please note that the **claim #56618-01** in the above referenced case is in the amount of **US$ 72,891.08** and not US$ 72,783.58.

According to the EPIQ System register, the correct amount of US$ 72,891.08 has been transferred to ERSEL SIM (the Transferee ).

Therefore, unless otherwise indicated by you, we will consider the transfer of the amount of US$ 72,891.08 successfully registered in the name of the Transferee.

For any further queries please contact ms Marina Djordjevic, Compliance & Legal Department, Centrosim SpA, Via Broletto 37, Milan, Italy or by phone n. +39 02 72261 283.

Kind Regards.

By:
Mr Carlo Capotorti
General Manager
**CENTROSIM S.p.A.**
(Transferor)

## GRUPPO ICBPI

Spire Djordjevic

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CENTROSIM S.P.A.
ATTN: MS. MARINA DJORDJEVIC - COMPLIANCE & LEGAL DEPARTMENT
37 VIA BROLETTO
MILAN    20121
ITALY

095836  14.FEB.2011

Please note that your claim # 56618-01 in the above referenced case and in the amount of
        $72,783.58        has been transferred (unless previously expunged by court order)

ERSEL SIM S.P.A.
TRANSFEROR: CENTROSIM S.P.A.
ATTN:CESANO GABRIELLA
PIAZZA SOLFERINO, 11
TORINO    10121
ITALY

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14318    in your objection.
If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 02/07/2011                    Vito Genna, Clerk of Court

                                    /s/ Jenna Noble
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 7, 2011.

(LBH) Search Claims                                                                                          Page 1 of 1

