CHRIS STOVIC  Pro Se
435 Greeves St.
Kane, PA 16735
1-814-837-7046
      Creditor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRIC OF NEW YORK

------------------------------------------------x
In re:                                          :
                                                :     Chapter 11
LEHMAN BROTHERS HOLDING INC., et al.            :
                                                :     Case No. 08-13555(JMP)
                                                :
                    Debtor                      :     (Jointly Administered)
                                                :
------------------------------------------------x

RECEIVED MAR - 9 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

## MOTION TO OBJECT

### "THE AMMENDED CHAPTER 11 PLAN and DISCLOSURE STATEMENT"

1  The PLAN and the DISCLOSURE STATEMENT violate Constitutional protected rights to property of individual.

2  We did not invest or convey our "domestic support funds" for enrichment of LBHI.

3  "The Domestic Support funds" were invested to pay the monthly accrued bills;

The "Domestic Support funds" are secured and maintain priority status.

4  The Docket of 7-29-2010 states, "The Debtor had advised the Wilmington Trust that in light of notice procedures used ... the debtor reviewed of all claims only in excess of $100,000. they did not believe additional language.... is necessary."

5  The Debtor in Possession was selling notes for less than $100,000. and now believes that securities of less than $100,000. 00 are meaningless or not important. The debtor should have indicated that the securities will be sold at $100,000.00, as many other companies do and state so.

6  The LBHI embark on selling securities for less then $100,000.00 dollars when in fact they knew in advance that they did not intend to deal with the small investor.

7   The Debtor maintained their investment grad "A" securities up to the day Debtor filed for bankruptcy; This in itself is entrapment of small investors by deceit, fraud.

8   If the securities were sold in lots of $100,000 we would have not bought the notes, nor that we had $100,000. to invest, nor that we would have invested in lower rated investment grade notes.

9   "The action of the trustee filing claim as unsecured while the claim was secure, violates Article 9, Sec. 901 for it adversely affects the interest of the holder of securities of any series."

10  In Re: "NOTICE of HOLDERS of SENIOR NOTES OF LEHMAN BROTHERS HOLDING Inc. ", The Wilmington Trust State, "according to the Disclosure Statement... are expected to recover 21.4% of the allowed amount of their claim. If the requisite percentage of class claimant does not vote, does not accept the Amended Plan, the estimated recovery percentage for class 3 claims will be reduced to 17%." This is completing a deal under the "power of a gun."

11  I did not authorize the Wilmington Trust nor anyone else to represent us by re-classifying the claim from secure to unsecured.

12  The Chapter 11 proceedings violate the "utilitarian theory that greater good is to be done for greater number of people," instead it is done for greater good for "one person - corporation."

13  We will not ignore the confiscation of our "domestic support funds" that have altered our lives by deceit. Delaying payment of the draft at maturity is justice delayed. Justice delayed is justice denied.

14  We expect full payment for our "domestic support funds."

March 6, 2011

Respectfully,

*Chris Stovic*

Chris Stovic