UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X        Chapter 11
In re:                                                          :
                                                                :        Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :
                                                                :
                    Debtors.                                    :
                                                                :
--------------------------------------------------------------- X

## NOTICE OF CLAIMANT NAME CHANGE

PLEASE TAKE NOTICE THAT **GoldenTree High Yield Master Fund, LTD**, holder of a portion of claim number(s) 58883 and 55829, has changed its name to **GoldenTree Master Fund, LTD**, effective immediately. Please note the new claimant name and update all service lists.

Date: March 9, 2011                                By: _____[signature]_____
                                                   Name: John F. DeMartino
                                                   Title: Operations Director