UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X        Chapter 11
In re:                                                       :
                                                             :        Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :
                                                             :
                    Debtors.                                 :
                                                             :
------------------------------------------------------------ X

## NOTICE OF CLAIMANT NAME CHANGE

PLEASE TAKE NOTICE THAT **GoldenTree High Yield Master Fund II, LTD**, holder of a portion of claim number(s) 55829, has changed its name to **GoldenTree Master Fund II, LTD**, effective immediately. Please note the new claimant name and update all service lists.

Date: March 9, 2011                                 By: _____
                                                    Name: John F. DeMartino
                                                    Title: Operations Director