UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                            :
In re                                       :       Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :       08-13555 (JMP)
                                            :       (Jointly Administered)
                       Debtors.             :
                                            :
----------------------------------------------------------------x       Ref. Docket Nos. 14822, 14826-
                                                    14833, 14845, 14846, 14849, 14850

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 9, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
10th day of March, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To: GOLDMAN SACHS LENDING PARTNERS LLC              GOLDMAN SACHS LENDING PARTNERS LLC
        C/O GOLDMAN, SACHS & CO.                        RICHARDS KIBBE & ORBE LLP
        ATTN: LAUREN DAY                                ATTN: MANAGING CLERK
        200 WEST STREET                                 ONE WORLD FINANCIAL CENTER
        NEW YORK NY 10282-2198                          NEW YORK NY 10281
```

Please note that your claim # 67124 in the above referenced case and in the amount of
   $3,000,000.00        has been transferred **(unless previously expunged by court order)**

```
        HBK MASTER FUND L.P.
        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
        C/O HBK SERVICES LLC
        ATTN: LEGAL DEPARTMENT
        2101 CEDAR SPRINGS ROAD, SUITE 700
        DALLAS TX 75201
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14822     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/09/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 9, 2011.

**EXHIBIT B**

```
TIME: 14:08:56                              LEHMAN BROTHERS HOLDING INC.                                          PAGE: 1
DATE: 03/09/11                                   CREDITOR LISTING

Name                                           Address
AG SUPER FUND INTERNATIONAL PARTNERS, LP       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
BANK HAPOALIM B.M.                             ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                             PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BOTTICELLI, L.L.C.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
CITIGROUP GLOBAL MARKETS INC.                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                  DOUGLAS DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                  TRANSFEROR: BDF LIMITED ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
                                               TRANSFEROR: VFMC - EMERGENCY SERVICES SUPER SCHEME ATTN: JACK TSAI, C/O DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER
                                               2 QUEENS ROAD CENTRAL HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: VFMC - TRANSPORT ACCIDENT COMMISSION ATTN: JACK TSAI, C/O DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER
                                               2 QUEENS ROAD CENTRAL HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: VFMC - VIC. WORKCOVER AUTHORITY SUBPORT. ATTN: JACK TSAI, C/O DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER
                                               2 QUEENS ROAD CENTRAL HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: VFMC-TRANSPORT ACCIDENT COMMISSION CORE ATTN: JACK TSAI, C/O DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER
                                               2 QUEENS ROAD CENTRAL HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH                ATTN: ROSS MILLER WINCHESTER HOUSE, 1 GREAT WINCHESTER HOUSE LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                ATTN: ROSS MILLER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS LLC             RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC             C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
HBK MASTER FUND L.P.                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700
                                               DALLAS TX 75201
HBK MASTER FUND L.P.                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS, SUITE 700
                                               DALLAS TX 75201
HIGHTIP CAPITAL LLC                            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O RICHARDS KIBBE & ORBE; ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                               NEW YORK NY 10281
RESTORATION HOLDINGS LTD                       TRANSFEROR: SUNSET PARTNERS ATTN: CLAIMS PROCESSING (BANKRUPTCY) 325 GREENWICH AVE - 3RD FLOOR GREENWICH CT 06830
SUNSET PARTNERS                                TRANSFEROR: BANK HAPOALIM B.M. 227 SUNSET AVE RIDGEWOOD NJ 07450-2420

Total Number of Records Printed    21
```

EPIQ BANKRUPTCY SOLUTIONS, LLC