**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
Benjamin Odell

*Special Counsel to Official Committee Of Unsecured
Creditors Of Lehman Brothers Holdings Inc., et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC., <u>et</u> <u>al.</u>,** | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

------------------------------------------------------------------------x

## APPLICATION FOR ADMISSION PRO HAC VICE OF BENJAMIN ODELL

Benjamin Odell, a member in good standing of the bar of the State of California, requests admission pro hac vice, before the Honorable James M. Peck, as special counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. in the above-referenced chapter 11 proceeding for all purposes, including any adversary proceedings filed in relation to the Debtors.

Quinn Emanuel Urquhart & Sullivan, LLP has an office in this district at 51 Madison Avenue, 22nd Floor, New York, NY 10010. My address is:

        Benjamin Odell
        Quinn Emanuel Urquhart & Sullivan, LLP
        865 S. Figueroa Street, 10th Floor
        Los Angeles, California 90017
        Telephone number: (213) 443-3000
        Email address: benodell@quinnemanuel.com

The $25.00 filing fee has been submitted to the court with this motion for pro hac vice admission.

Dated: March 11, 2011                /s/ Benjamin Odell
Los Angeles, CA                      Benjamin Odell
                                      Quinn Emanuel Urquhart & Sullivan, LLP
                                      865 S. Figueroa Street, 10th Floor
                                      Los Angeles, California 90017
                                      Telephone: (213) 443-3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                                    :        Chapter 11
                                                                          :        Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,                                    :        Jointly Administered
                                                                          :
                                                    Debtors.              :
------------------------------------------------------------------------x

Upon the Application for Admission Pro Hac Vice of Benjamin Odell Pursuant to Local Rule 2090-1(b), filed July 13, 2009 (the "Application"); due and sufficient notice of the Application having been served upon the Office of the United States Trustee; and the Court, having received no opposition or objection to the Application, and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Application is granted in its entirety; and,

IT IS FURTHER ORDERED that Benjamin Odell is admitted, pro hac vice, to appear and practice before this Court as Special Counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. in the above-referenced chapter 11 proceeding for all purposes, including any adversary proceedings filed in relation to the Debtors.

Dated: March__, 2011
New York, New York                                         _____
                                                            United States Bankruptcy Judge