Honorable James M. Peck

One Bowling Green, Courtroom 601

New York NY 10004



United States Bankruptcy Court Southern District of New York

Debtors: Lehman Brothers Holdings Inc, et al

Chapter 11 Case No. 08-13555 (JMP) Jointly Administered

Seventy-Third Omnibus Objection

to Claims To Reclassify Proofs of Claims as Equity Interests

Creditor: JAO, Andrea T

Address: 77Seventh Ave, Apt 10-S, New York NY 10011

Tel: (917) 209-4497

Claim Number: 5340

Date Filed: 7/15/2009

Debtor: 08-13555

Classification and Amount: $107,253.00 unvested restricted stock units

* I received notice that the hearing was adjourned to March 3, 2011.

* Please advise as to how I should proceed given that I just received jury summons, with my duty to begin on February 28, 2011. I will try to attend on March 3, but it is highly unlikely.

* If available, please send details of the conference call to the above contact details and/or to Andrea.Jao@gmail.com

* Please see enclosures.

Andrea T. Jao on February 10, 2011

# Supreme Court of the State of New York
## County of New York

YOU ARE SUMMONED TO SERVE AS JUROR IN NEW YORK SUPREME COURT AT 8:45 AM
ON MONDAY    FEBRUARY 28TH, 2011 *** N O T E *** CALL 1 866 721-5879 THE
NIGHT BEFORE FOR UPDATED REPORTING INSTRUCTIONS. C O U R T   L O C A T I O N:
111 CENTRE STREET ROOM  362
ENTER ON LAFAYETTE OR CENTRE ST

10/18/10   POSTPONED 1X

MARIAANDREA T JAO
77 7TH AVE APT 10S
NEW YORK NY 10011

(A)

Norman Goodman
County Clerk, New York County

*Answer questions on reverse side, sign and bring this summons with you.*
☐ Please check here if your name or address has been changed.
**PLEASE INDICATE CHANGE ON BACK OF SUMMONS**

*Willful disobedience of this summons is a criminal contempt of court and is punishable by a fine of $1,000 or imprisonment not exceeding 30 days, or both.*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :   08-13555 (JMP)
                                                               :
                        Debtors.                               :   (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF DEBTORS' SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIMS

PLEASE TAKE NOTICE that the hearing on Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection"), solely as to the claims listed on Exhibit A attached hereto, that was scheduled for January 20, 2011, at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to March 3, 2011, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing. The hearing on Debtor's Objection to claims not listed on Exhibit

US_ACTIVE:\43607672\02\99990.1603

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Ian Anderson | 12809 |
| Neil Banbury | 10586 |
| Michael Beglan | 12356 |
| Michael Benedetto | 12993 |
| David Bizer | 14190 |
| Brian Boyle | 30720 |
| Luke Brennan | 12726 |
| Paul E. Brewer | 21398 |
| Russell Brownback | 3095 |
| Lilliana Buccellati | 12067 |
| Robert Chapman | 13433 |
| Kevin Clifford | 12305 |
| Paul Coles | 18227 |
| Edmund Craston | 17879 |
| Charles Diccianni | 12314 |
| Kathleen C. Duffy | 21911 |
| Robert C. Dyer | 28012 |
| Jonathan Frew | 10759 |
| Mungo Gill | 11095 |
| Sheryl Goldman | 10029 |
| Michael Gran | 23900 |
| Ottmar Hall | 12297 |
| Mads Heideby | 18230 |
| Bruce Hendry | 18226 |
| Richard Holmes | 13976 |
| Tom Hooton | 10891 |
| Andrea T. Jao | 5340 |
| James Law | 12099 |
| Craig Kellard | 12821 |
| Judith Ann Kenney | 13929 |
| Brian Kerrane | 13774, 30028 |
| Henry Klein | 18805 |
| Jeremy Kramer | 18325 |
| Rob Krugel | 13972 |
| Mary E. Langevin | 24675 |
| Samantha Malthouse | 9428 |
| Patrick Marshall | 18233 |
| Marie Mazziotti | 21911 |

US_ACTIVE:\43607672\02\99910.1603