Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,       Case No. 08-13555 (JMP)
     (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Swedbank AB, New York Branch |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Rich Vichaidith
Phone: 212-250-5760
Fax:   212-797-8770

Court Claim # (if known): 67080
Amount of Claim: $325,000,000.00
Date Claim Filed: September 20, 2010

Phone: N/A

Last Four Digits of Acct #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Michael Sutton_     Date: 3/11/11
Transferee/Transferee's Agent  MICHAEL SUTTON
MANAGING DIRECTOR

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ROSS MILLER
DIRECTOR

**EXHIBIT B**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   United States Bankruptcy Court for the
      Southern District of New York ("Bankruptcy Court")
      Attn:   Clerk

AND TO:   Lehman Commercial Paper Inc. ("Debtor")
          In re Lehman Brothers Holdings Inc., et al., Case Number 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 67080

**SWEDBANK AB, NEW YORK BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Rich Vichaidith
Email: Richard.vichaidith@db.com
Phone: 212-250-5760

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 67080 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 11, 2011.

**SWEDBANK AB (publ) NEW YORK BRANCH**

By: _____
Name:   John Matthews
Title:     General Manager

By: _____
Name:   DONALD WEISS
Title:    VICE PRESIDENT

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
                                                (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                              Name of Transferor

Deutsche Bank AG, London Branch                 Swedbank AB, New York Branch

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch                 Court Claim # (if known): 67079
60 Wall Street                                  Amount of Claim: $325,000,000.00
3rd Floor                                       Date Claim Filed: September 20, 2010
New York, NY 10005
Attention: Rich Vichaidith                      Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #: N/A                 Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/_____           Date: __3/11/11_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ROSS MILLER            MICHAEL SUTTON
DIRECTOR               MANAGING DIRECTOR

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:   Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
In re Lehman Brothers Holdings Inc., et al., Case Number 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 67079

**SWEDBANK AB, NEW YORK BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Rich Vichaidith
Email: Richard.vichaidith@db.com
Phone: 212-250-5760

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 67079 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 11, 2011.

**SWEDBANK AB (publ) NEW YORK BRANCH**

By: _____
Name: John Matthews
Title: General Manager

By: _____
Name: DONALD WEISS
Title: VICE PRESIDENT