DATE:        22 FEBRUARY 2011

TO      :      UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT
              OF NEW YORK

RE      :      LEHMAN BROTHERS HOLDINGS INC., ET AL., KNOWN AS THE
              DEBTORS
              CHAPTER 11 CASE NO 08-13555
              NOTICE OF HEARING ON DEBTORS' EIGHT-FIRST OMNIBUS
              OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

CLAIMANT: ONG STEPHEN CHUA & ONG ELIZABETH YUTAN
CLAIM NO:  42686

DESCRIPTION: EUR600,000 PERPETUAL LEHMAN UK IV 5.75% CALL DATE 25
              APRIL 2012 (ISIN NO XS0282978666)
              EUR50,000 PERPETUAL LEHMAN BROS II 5.125% CALL DATE
              21 SEPTEMBER 2009 (ISIN NO XS0229269856)

THE CLAIM SHOULD NOT BE DISALLOWED, EXPUNGED, REDUCED OR
RECLASSIFIED AS THESE ARE OBLIGATIONS TO BONDHOLDERS BY THE
DEBTORS.


CONTACT DETAILS:
NAME: ONG STEPHEN CHUA & ONG ELIZABET YUTAN
ADDRESS: 4TH FLOOR FLAT A GREENFIELD MANSION #8 KINGSTON STREET
CAUSEWAY BAY HONG KONG
TEL NO: +852 61844295


SINCERELY YOURS,

ONG STEPHEN CHUA&ONG ELIZABETH YUTAN



RECEIVED
FEB 2 3 2011
U.S. BANKRUPTCY COURT, SDNY
JMP