**UBS**

UBS AG
Badenerstrasse 547 / D
P.O.Box, CH-8098 Zurich
Tel.

Corporate Events
OMN7 Default Management

Jean-Claude Besson
OQ9C / O5GC-JWJ
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

# Message

January 11, 2011

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of          Attention: Clerk of the Court

you are receiving     Notice of Partial Transfer of Claim pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2) or (4): Original hard copy of Evidence of Partial Transfer of Claim + Schedule I released by Credit Suisse, Zurich on February 10, 2011.

- ☐ for your information
- ☒ for your records
- ☐ as agreed
- ☐ please complete

- ☐ returned with thanks
- ☐ please comment
- ☐ please sign
- ☐ please forward to

- ☐ please return
- ☒ please confirm receipt
- ☒ please process

Remarks
2) CHF 40'000.00 Lehman Bros Treasury BV 2006-13.4.2011 CH 2488815 / XS0248620899
Claimant / Transferor: Credit Suisse, Zurich
Initial Proof of Claim Number: 55829

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director

RECEIVED
MAR - 1 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG ("Transferor") unconditionally and irrevocably transferred to UBS AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**), **CHF 40'000 (forty thousand Swiss Franks)** related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON February 10, 2011.

**CREDIT SUISSE AG**

By: _____
Name: Martina Stettler
Title: Vice President

By: _____
Name: Juliette Diallo
Title: Assistant Vice President

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Currency and nominal amount |
|---|---|---|---|---|
| XS0248620899 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 40'000.00 |

# UBS

**BY REGISTERED MAIL**
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

UBS AG
Badenerstrasse 547 / D
P.O. Box, CH-8098 Zurich
Tel.

Corporate Events
OMN7 Default Management

Jean-Claude Besson
OQ9C / O5GC-JWJ
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

# Message

February 22, 2011

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

you are receiving    Notice of Partial Transfer of Claim pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2) or (4): Original hard copy of Evidence of Partial Transfer of Claim + Schedule I released by Credit Suisse, Zurich on February 10, 2011.

☐ for your information      ☐ returned with thanks      ☐ please return
☒ for your records          ☐ please comment             ☒ please confirm receipt
☐ as agreed                 ☐ please sign                ☒ please process
☐ please complete           ☐ please forward to

Remarks
2) CHF 40'000.00 Lehman Bros Treasury BV 2006-13.4.2011 CH 2488815 / XS0248620899
Claimant / Transferor: Credit Suisse, Zurich
Initial Proof of Claim Number: 55829

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director