Peter Sättler
on behalf of

Max Fabian Sättler
Bondenwald 30 a
22453 Hamburg

Hamburg, 16 February 2011

to
(1) The chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004 Courtroom 601
(2) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waismann /Mark Bernstein Esq.)
(3) Trustee for the Southern District of New York, 33 Whitehall Street, 21.th Floor, New York,10004 (Att: Tracey Hope Davis, Elisabetha Gasparini, Andrea Schwartz, Esq.)
(4) Milbank, Teed, Hadley & McCloy LLP, 1 Chase Manhatten Plaza, New York, New York,10005 (Attn: Dennis Dunne, Dennis O' Donnell, Evan Feck, all Esq.)

Re.: Letter 14 Feb. 2011 from Shai Waismann regarding Lehman Brothers Holding Inc.

Dear Madams /Sirs,

I am more than astonished about the above mentioned letter claiming that the claim number of my 15 years old son has not got a Blocking Number. I sent all the information via registered mail to the States Bankruptcy Court in time! (see copy attached)

In order to prevent my son from additional losses here – once again – the necessary information:
(1) United States Bankruptcy Court for the Southern District of New York, Debtor Lehmann Broth. Holding, Chapter 11, Case No. 08-13555(JMP), Objection to "Claim to be Disallowed & Expunged"
(2) Claimant: Max Fabian Saettler for 4270,80 $ resulting from Lehmann Bros. Treasury Co. B.V. EO-FLR Basket LKD MTN 2007(2017), ISIN XS0272783530, WKN (A0G0PN);
(3) I gave all the requested and available information to the named address including the blocking number CA 25086 and Account Nr. 64003, Clearstream Bank
(4) see copies attached
(5) same adress
(6) Peter Saettler, Bondenwald 30 a, 22453 Hamburg, Germany,
   a. Telephone: +49 40 50 70 71 08 or +49 40 46 34 12
   b. Mobile: + 49 15 15 89 45 753
   c. Email: peter.saettler@dlh.de

I really hope that the letter re "Claim to be Disallowed & Expunged" was resulting from a failure on your side. Otherwise I really do not know what kind of information might be missing!
**If this information is not satisfying to keep on the claim lease give me an information preferable via email.**

Thank you in advance.

With best regards

Peter Sättler

P.S.: I really do not understand why this letter has to be given to 4 parties and why it is not processed via web or email???????

.d States Bankruptcy Court/Southern District of New York
.man Brothers Holdings Claims Processing Center
o Epiq Bankruptcy Solutions, LLC
.'DR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Max Fabricue Söttler
BONDENWALD 30a
22453 Hamburg / Germany
Telephone number: +494046341²
Email Address: Max.Saettler@GMX.DE

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Peter Saettler, BONDENWALD 30a, 22453 Hamburg Germany
Telephone number: +4940 463412
Email Address: Peter.Saettler@DL4.DE

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __4270,80__ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): __XS0272783530__ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: __CA 25086__ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
__64003 Clearstream Bank__ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date: 2009 October

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                          : Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       : 08-13555 (JMP)
                                               :
                         Debtors.              : (Jointly Administered)
                                               :
---------------------------------------------------------------x

LBH OMNI 92 02-14-2011 (MERGE2,TXNUM2) 4000103036 BAR(23) MAIL ID *** 000041722071 *** BSIUSE: 39

SAUTTLER, MAX FABIAU
BONDENWALD 30A
HAMBURG, 22453 GERMANY

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' NINETY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>SAUTTLER, MAX FABIAU<br>BONDENWALD 30A<br>HAMBURG, 22453 GERMANY | **Claim Number:** 57040<br>**Date Filed:** 10/30/2009<br>**Debtor:** 08-13555<br>**Classification and Amount:** UNSECURED: $ 4,270.80 |

PLEASE TAKE NOTICE that, on February 14, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it does not include an electronic instruction reference number or a blocking reference number as required by the Bar Date Order. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on March 16, 2011 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Postbank Köln · Postfach 22 44 22 · 51155 Köln
522//0000086/11//12103-09.09/ 0,55EUR



Herr
Max Fabian Sättler
z.Hd. Peter Sättler
Bondenwald 30a
22453 Hamburg

| | |
|---|---|
| **Depotnummer** | **329909567** |
| Kundennummer | 2804284040 |
| | Max Fabian Sättler |
| Belegnummer | 50144139 |
| Datum | 11.09.2009 |

Bei Rückfragen rund um die Uhr: 0180 - 30 40 700*
* 9 Cent / Minute aus dem Festnetz der Dt. Telekom;
gegebenenfalls abweichende Mobilfunktarife.
Bitte halten Sie für Rückfragen Ihre Anlage-
kontonummer und PIN bereit.

## Anmeldung von Ansprüchen (Proof-of-Claim)

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| EUR 3.000,00 | LEHMAN BROS TREASURY CO. B.V.<br>EO-FLR BASKET LKD MTN 2007(17) | XS0272783530 | (A0G0PN) |

Sehr geehrte Depotkundin, sehr geehrter Depotkunde,

gemäß Ihrem Auftrag erhalten Sie Ihre Blocking-Number und die dazugehörige Account-Number bei Clearstream.

| | |
|---|---|
| Blocking-Number<br>(Punkt 3) | CA25086 |
| Account-Number<br>(Punkt 4) | 64003<br>Clearstream Bank |

Ihre Fragen beantworten wir gern.

Mit freundlichen Grüßen

POSTBANK

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben.