WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Irwin H. Warren
Randi W. Singer

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE**
**AND RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
**FOR AUTHORIZATION TO ESTABLISH AND IMPLEMENT PROCEDURES**
<u>**IN CONNECTION WITH DISCOVERY RELATED TO PLAN CONFIRMATION**</u>

NOTICE IS HEREBY GIVEN that the hearing, scheduled for March 23, 2011, to consider the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Rule 7026 of the Federal Rules of Bankruptcy Procedure for Authorization to Establish and Implement Procedures in Connection with Discovery Related to Plan Confirmation, dated March 8, 2011 [Docket No. 14867] (the "<u>Motion</u>") **has been adjourned to April 13, 2010 at 10:00 a.m. (New York Time)**, or as soon thereafter as counsel may be heard to afford parties in interest the opportunity to more fully consider the Motion and proceed in accordance with this notice. The hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

NOTICE HEREBY IS FURTHER GIVEN that parties in interest may submit proposed revisions, amendments or other comments as to the proposed procedures and order to Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Irwin H. Warren, Esq. and Randi W. Singer, Esq., attorneys for the Debtors, so as to be received no later than **March 23, 2011 at 4:00 p.m. (New York Time)**. The Debtors will consider all submissions and, if appropriate, may adopt proposed revisions and, if so, will serve an amended Motion on or before March 31, 2011.

NOTICE HEREBY IS FURTHER GIVEN that objections, if any, to the Motion or amended Motion must be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name(s) of the objecting party, the legal and factual basis for the objection, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Irwin H. Warren, Esq. and Randi W. Singer, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., and Andrea B. Schwartz, Esq., and (iv)

Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Evan Fleck, Esq., and Dennis O'Donnell, Esq., attorneys for the Official Committee of Unsecured Creditors; so as to be so filed and received by no later than **April 1, 2011 at 4:00 p.m. (New York Time)**.

Dated: March 11, 2011
      New York, New York

/s/ Randi W. Singer
Irwin H. Warren
Randi W. Singer

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession