**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
|  | **x** |  |
| **In re** | **:** | **Chapter 11** |
|  | **:** |  |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | **:** | **Case No. 08-13555 (JMP)** |
|  | **:** |  |
| **Debtors.** | **:** | **(Jointly Administered)** |
|  | **x** |  |

---

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF BRADY C. WILLIAMSON

UPON the motion of Brady C. Williamson dated March 11, 2011, for admission *pro hac*

*vice* in this bankruptcy proceeding, it is hereby

**ORDERED,** that Brady C. Williamson. is admitted to practice, *pro hac vice* in the

above-referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern

District of New York, subject to payment of the filing fee.

Dated: New York, New York
         March _____, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

5956361_1