**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF KATHERINE STADLER

UPON the motion of Katherine Stadler dated March 11, 2011, for admission *pro hac vice* in this bankruptcy proceeding, it is hereby

**ORDERED,** that Katherine Stadler is admitted to practice, *pro hac vice* in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       March ____, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

5956350_1