GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

Timothy F. Nixon
Carla O. Andres (*Pro Hac Vice*, pending)

*Proposed Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

### APPLICATION FOR ADMISSION OF CARLA O. ANDRES *PRO HAC VICE*

1. I, Carla O. Andres, a member in good standing of the bar of the State of Wisconsin, the United States District Courts for the Eastern and Western Districts of Wisconsin and the United States Court of Appeals for the Seventh Circuit, request permission, *pro hac vice*, before the Honorable James M. Peck, United States Bankruptcy Judge, to represent the Fee Committee, in the above-referenced proceeding.

2. I am an attorney with the law firm of Godfrey & Kahn, S.C., in its Green Bay office, at 333 Main Street, Suite 600, Green Bay, Wisconsin. My telephone number is: (920) 432-9300.

3. I am familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules of this Court.

4. I agree to pay the $25.00 fee upon my admission *pro hac vice*.

Dated: Green Bay, Wisconsin
March 11, 2011.

By:     /s/ *Carla O. Andres*
Carla O. Andres (CA-3129)

GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 287-3500
Facsimile: (414) 273-5198
E-mail: candres@gklaw.com

5956165_1