UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.*, | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF CARLA O. ANDRES

UPON the motion of Carla O. Andres dated March 11, 2011, for admission *pro hac vice* in this bankruptcy proceeding, it is hereby

**ORDERED,** that Carla O. Andres is admitted to practice, *pro hac vice* in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
March ____, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

5956241_1