GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

Timothy F. Nixon
Eric J. Wilson (*Pro Hac Vice*, pending)

*Proposed Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

### APPLICATION FOR ADMISSION OF ERIC J. WILSON *PRO HAC VICE*

1. I, Eric J. Wilson, a member in good standing of the bar of the State of Wisconsin and the United States District Courts for the Eastern and Western Districts of Wisconsin, request permission, *pro hac vice*, before the Honorable James M. Peck, United States Bankruptcy Judge, to represent the Fee Committee, in the above-referenced proceeding.

2. I am an attorney with the law firm of Godfrey & Kahn, S.C., in its Madison office, at One East Main Street, Suite 500, Madison, Wisconsin. My telephone number is: (608) 257-3911.

2

3. I am familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules of this Court.

4. I agree to pay the $25.00 fee upon my admission *pro hac vice*.

Dated: Madison, Wisconsin
March 11, 2011.

By: /s/ *Eric J. Wilson*
Eric J. Wilson (EW 1047241)

GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 287-3500
Facsimile: (414) 273-5198
E-mail: ewilson@gklaw.com

5953310_1