**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : | **Case No. 08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | x | |

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ERIC J. WILSON

UPON the motion of Eric J. Wilson dated March 11, 2011, for admission *pro hac vice* in this bankruptcy proceeding, it is hereby

**ORDERED,** that Eric J. Wilson is admitted to practice, *pro hac vice* in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
March ____, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

5953319_1