**United States Bankruptcy Court**
**Southern District of New York**

In re: Lehman Brothers Holdings, Inc. et al.    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Japan Loans Opportunities B.V. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Japan Loans Opportunities B.V.
Jan van Goyenkade 8
1075HP, Amsterdam
The Netherlands
Attn: Dawn Chuma

Court Claim # (if known): 14795
Amount of Claim: $71,444,505.27
Date Claim Filed: September 17, 2009
Phone:
Last Four Digits of Acct. #: _____

Last Four Digits of Acct. #: _____1547____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Japan Loans Opportunities B.V.

By: /s/ Chuma    Date: 14 March 2011
Name: Dawn Chuma
Title: Director A

By: /s/    Date: March 14, 2011
Name: Roelof Langelaar
Title: Director B

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-3475/COURT/3004984.1

United States Bankruptcy Court
Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.          Case No. 08-13555 (JMP) (Jointly Administered)

TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 14795 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on          .

| Deutsche Bank AG, London Branch | Japan Loans Opportunities B.V. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Deutsche Bank AG, London Branch<br>c/o Deutsch Bank Securities Inc.<br>60 Wall Street<br>New York, NY 10005<br>Attn: Matthew Weinstein<br>Email: matthew.weinstein@db.com | Japan Loans Opportunities B.V.<br>Jan van Goyenkade 8<br>1075HP, Amsterdam<br>The Netherlands<br>Attn: Dawn Chuma |

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

                                              _____
                                              CLERK OF THE COURT

032-3475/COURT/300494.1

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern
District of New York ("Bankruptcy Court")

TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Deutsche Bank AG, London Branch** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the **Japan Loans Opportunities B.V.** (the "Assignee"), pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, all right, title and interest in and to the allowed claims of Assignor against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $71,444,505.27 (which includes principal amount of $71,384,918.69 plus outstanding accrued interest in the amount of $59,586.58) and docketed **Claim No. 14795** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9th day of March, 2011

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **DEUTSCHE BANK AG, LONDON BRANCH** | **JAPAN LOANS OPPORTUNITIES B.V.** |
| By: _Christopher Wong_<br>Name: Christopher Wong<br>Title: Director | By: _____<br>Name:<br>Title: Director A |
| By: _Maria Chang_<br>Name: Maria Chang<br>Title: Director | By: _____<br>Name: Roelof Langelaar<br>Title: Director B |

032-3475/CERTS/2992332.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern
District of New York ("Bankruptcy Court")

TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Deutsche Bank AG, London Branch** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the **Japan Loans Opportunities B.V.** (the "Assignee"), pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, all right, title and interest in and to the allowed claims of Assignor against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $71,444,505.27 (which includes principal amount of $71,384,918.69 plus outstanding accrued interest in the amount of $59,586.58) and docketed **Claim No. 14795** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 4th day of March, 2011

**ASSIGNOR:**

DEUTSCHE BANK AG, LONDON BRANCH

By:_____
Name:
Title:

By:_____
Name:
Title:

**ASSIGNEE:**

JAPAN LOANS OPPORTUNITIES B.V.

By: _/s/ Onuma_
Name: DAWN Chumia
Title: Director A

By:_____
Name: Roelof Langelaar
Title: Director B

032-3475/CERTS/2992332.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern
District of New York ("Bankruptcy Court")

TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Deutsche Bank AG, London Branch** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the **Japan Loans Opportunities B.V.** (the "Assignee"), pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, all right, title and interest in and to the allowed claims of Assignor against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $71,444,505.27 (which includes principal amount of $71,384,918.69 plus outstanding accrued interest in the amount of $59,586.58) and docketed Claim No. 14795 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9th day of March, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **DEUTSCHE BANK AG, LONDON BRANCH** | **JAPAN LOANS OPPORTUNITIES B.V.** |
| By:_____ | By:_____ |
| Name: | Name: |
| Title: | Title: Director A |
| By:_____ | By:_____ |
| Name: | Name: Roelof Langelaar |
| Title: | Title: Director B |

032-3475/CERTS/2992332.1