Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,                Case No. 08-13555 (JMP)
                                                            (**Jointly Administered**)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

Deutsche Bank AG, London Branch             Aspecta Assurance International Luxembourg S.A.

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch             Court Claim # (if known):  17592
Winchester House, 1 Great Winchester Street Amount of Claim: $6,817,440.00
London EC2N 2DB                             Date Claim Filed: September 18, 2009
Tel: +44 20 7547 2400
Fax: +44 113 336 2010                       Tel: N/A
Attention: Philipp Roever
E-mail:  philipp.roever@db.com

Last Four Digits of Acct. #:  N/A           Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 0062
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____                Date:    March    9    , 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*FULL Transfer of LBHI Claim # 17592*
*PROGRAM SECURITY*

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:             United States Bankruptcy Court for the
                Southern District of New York (the "Bankruptcy Court")
                Attn: Clerk

AND TO:         Lehman Brothers Holdings, Inc. (the "Debtor")

CASE NAME:      In re Lehman Brothers Holdings Inc., *et al.,*

CASE NO.        Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO.       17592 (full transfer)


1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Aspecta Assurance International Luxembourg S.A.**, of Goldbell 1, 5, rue Eugène Ruppert, L-2453 Luxembourg ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Deutsche Bank AG, London Branch, of Winchester House, 1 Great Winchester Street, London EC2N 2DB, U.K. (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof and on the further terms set forth in (and incorporated by reference in) a transaction confirmation between Seller and Purchaser dated October 8, 2010 (the "Sale Agreement"), (a) Seller's right, title and interest in and to such portion of Proof of Claim Number 17592 filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto.

2.      Seller hereby represents and warrants to Purchaser, in addition to the representations provided in the Sale Agreement, that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

DB Ref: 5537

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 10th day of February 2011.

ASPECTA ASSURANCE INTERNATIONAL
LUXEMBOURG S.A.

By: _____
Name: Olivier SCHMIDT-BERTEAU
Title: Managing Director
Goldbell 1
5, rue Eugène Ruppert
L-2453 Luxembourg

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name: Ross Miller
Title: Director / Anil Das Director
Winchester House
1, Great Winchester Street
London EC2N 2DB
U.K.
Attn: Philipp Roever

Schedule 1

Transferred Claims

Purchased Portion

100% of the claim that is referenced in the Proof of Claim and relating to the Purchased Security described below.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|
| 10yr Target 6 Note (100% Capital Protected Notes linked to a Basket of Shares issued under the equity-linked Euro Medium Term Note program | XS0346081481 | Lehman Brothers Bankhaus AG | Lehman Brothers Holdings Inc. | USD 6,817,440.00 (EUR 4,800,000.00) | 7 March 2018 |

**DB Ref: 5537**

Schedule 2

Copy of Proof of Claim 17592

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>LEHMAN BROTHERS HOLDINGS INC | Case No. of Debtor<br>08-13555 |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000017592

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor. (and name and address where notices should be sent if different from Creditor)

ASPECTA ASSURANCES INTERNATIONAL SA
GOLDBELL 1
5, RUE EUGENE RUPPERT
L - 2453 LUXEMBOURG

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
(If known)

Filed on: _____

Telephone number: +352 26 498 255      Email Address: sleroy@aspecta.lu

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case

Telephone number: _____      Email Address: _____

---

**1.   Amount of Claim as of Date Case Filed:** $ 6,817,440.00 (EUR 4,800,000.00)

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*

**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

**2.   Basis for Claim:** EMTN Issued and guaranteed by Lehman (XS0346081481)
(See instruction #2 on reverse side.)

**3.**   Last four digits of any number by which creditor identifies debtor: 1481
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4.**   Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property $_____      Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____      Basis for perfection: _____

**Amount of Secured Claim: $_____      Amount Unsecured: $_____**

**6.**   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

**7.   Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8.   Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| Date:<br>11/09/09 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any |
|---|---|

**5.   Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

**FOR COURT USE ONLY**

**FILED / RECEIVED**

SEP 18 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM.

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L. P. | 08-13664 | PAMI Statler Arms LLC |

If your claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

If the documents are not available, please explain:

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Programs Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available on http://www.lehman-docket.com as of July 27, 2009.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C § 101 et seq.), and any applicable orders of the bankruptcy court.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------  x
In re:                                                          :  **Chapter 11**
                                                                :
**LEHMAN BROTHERS HOLDING INC.**                                :  **Case No. 08-13555**
                                                                :
                                 Debtor.                        :
-------------------------------------------------------------  x

## ATTACHMENT TO PROOF OF CLAIM

1.    ASPECTA Assurance International Luxembourg S.A. ("ASPECTA"), is a
Luxembourg life insurance company established and having its registered office at 5, rue Eugène
Ruppert, L-2453 Luxembourg, Grand-Duchy of Luxembourg.

2.    In its capacity as an insurance company under Luxembourg laws, ASPECTA has
invested part of the insurance premiums which it has received from certain of its clients in notes
called "Capital Protected Target Notes 2008-7.3.18 (EXP.28.2.18) Variable Rate on a Basket of
Shs" (ISIN XS0346081481) issued by Lehman Brothers Bankhaus AG, a German entity. *See*
Exhibit A hereto. Pursuant to Luxembourg law, the sums paid by such clients as premiums to an
insurance company become property of the insurance company, and the investments made by the
insurance company with such monies are made in the insurance company's own name and for its
own account.   Policyholder(s) / beneficiary(ies) only has(ve) an insurance claim against the
insurance company.

3.    With respect to the notes which are referenced to above, Lehman Brothers
Holdings Inc. has given a guaranteed repayment. *See* Exhibit B hereto. The total amount of
claim relating to the investment in the notes referred to above amounts to $ 6,817,440.00 (EUR

4,800,000.00). Accordingly, Aspecta hereby pursues its claim against Lehman Brothers Holdings Inc. pursuant to its guarantee.

4.    Aspecta has also filed a claim against Lehman Brothers Bankhaus AG in the bankruptcy proceedings against such entity, in Germany, for repayment of the notes referred to above. *See* Exhibit C hereto.

## Reservation of Rights

5.    Aspecta reserves the right to supplement, amend and/or revise this proof of claim as necessary and appropriate.

Dated: *11/09* , 2009                    By: *Mercy Pieure*
                                                    *CEO*

**ING** 

ASPECTA
Assurance International Luxembourg SA
Fund Administration
Goldbell1
5, rue Eugène Ruppert
L-2453 Luxembourg


Luxembourg, le 25/03/2009


Concerne: attestation de position en titres LEHMAN BROTHERS


Par la présente, nous attestons qu'au 25/03/2009 vous déteniez en nos livres pour le compte
ASPECTA Assurance International SA


| QUANTITE | DENOMINATION | CODE ISIN |
|---|---|---|
| 92 000 | LEHMAN BROTHERS TREASUR 7% 2005-35 17MAY | XS0218304458 |
| 150 000 | LEHMAN BROTHERS TRE 4.625% 2007-19 14MAR | XS0287044969 |
| 4 800 000 | LEHMAN BROTHERS 10Y TARGET 6 NOTE 100% | XS0346081481 |
| 2 850 000 | LEHMAN BROTHERS BANKHAUS (10Y ALPHA SEL) | XS0350719380 |
| 3 900 000 | LEHMAN 7Y CAP.PROT. SPA NOTE (METAL SEC) | XS0358400108 |


Philippe HALTER
Corporate & Institutionnal Banking

Virginie GIUNTA
Corporate & Institutionnal Banking

ING Luxembourg, Société Anonyme          R.C.S. Luxembourg B.6041          T +352 44 99 11 F +352 44 99 12 31
52, route d'Esch L-2965 Luxembourg       TVA LU 11082217  Code Swift CELLLULL          www.ing.lu



## LEHMAN BROTHERS

# Structured Equity Solutions

Private Banks Sales
Tel: +44 207 103 3888
Gerald Dupuis - Adrian Steinherr - Alexandre Pou Cuturi - Bastien
Fitoussi - Christophe Spanier - Stefan Hascoet - Othmane Kabbaj

Lehman Brothers International (Europe)
25 Bank Street
London E14 5LE
United Kingdom

# 10yr Target 6 Note
## 100% Capital Protected Notes linked to a Basket of Shares

Final Terms and Conditions as of 18 December 2007

**This document is indicative and for information purposes only and contains, subject to further review and amendment, a description of certain terms and conditions of a transaction(s) that Lehman Brothers may consider arranging, structuring and/or executing. This document does not and is not intended to constitute a comprehensive disclosure of all risk factors or other significant investment aspects of any particular transaction.**

*Prospective purchasers of the Notes should ensure that they understand the nature of the Notes and the extent of their exposure to risk and that they consider the suitability of the Notes as an investment in the light of their own circumstances, financial condition and taxation. The attention of prospective investors is drawn to the summary risk factors described at Annex A to this document and to the section of the Base Prospectus headed "Risk Factors".*

*The performance of the Basket (as defined below) may affect the nature and value of the investment return on the Notes. Although the notes are 100% Capital guaranteed at maturity, the amount paid under any coupon will depend on the performance of the Basket, except for the first 4 coupons which are guaranteed. Prospective investors should be aware that past performance is not an indication of future performance.*

*Prospective purchasers of the Notes should conduct their own investigations, including taking independent tax, investment and regulatory advice and, in deciding whether or not to purchase Notes, form their own views of the merits of an investment related to the Basket based upon such investigations and advice and not in reliance on any information given in these indicative terms.*

| | |
|---|---|
| **Issuer** | Lehman Brothers Bankhaus AG (A1, A+, AA-) |
| **Guarantor** | Lehman Brothers Holdings Inc. (A1, A+, AA-) |
| **Arranger/Dealer** | Lehman Brothers International (Europe) |
| **Issue Type** | Equity-Linked Euro Medium Term Note in **NOTIONAL** |
| **Trade Date** | 20 December 2007 |
| **Issue Date** | **29 February 2008** |
| **Maturity Date** | 7 March 2018 |
| **Strike Fixing Date** | 29 February 2008 or if such date is not a Scheduled Trading Day, the next following Scheduled Trading Day. |
| **Valuation Date** | 28 February 2018 or if such date is not a Scheduled Trading Day, the next following Scheduled Trading Day. |

LEHMAN BROTHERS



# Structured Equity Solutions

| | |
|---|---|
| **Issue Size** | **EUR 4,800,000** |
| **Specified Denomination (SD)** | EUR 50,000 |
| **Issue Price** | **100% * SD** |
| **Settlement Currency** | EUR |
| **Underlying** | A basket of 20 Shares (each a "Share$_i$" where i = 1 to 20 and all Shares together are referred to as the "**Basket**") as set out in Annex 1. |
| **Initial Price (Share$_{i,0}$)** | The price of Share$_i$ on the Exchange at the Valuation Time on the Strike Fixing Date as set out in Annex 1 for each Share in the Basket. |
| **Final Redemption Amount (FRA)** | Unless the Notes were previously redeemed or cancelled, the Issuer shall pay to the holders of the Notes on the Maturity Date an amount per Note in the Settlement Currency equal to 100% of the Specified Denomination plus the Sum of Annual Recorded Coupon Amounts (RC) |

**Sum of Annual Recorded Coupon Amounts (RC)**

$$RC = Max\left(0, \sum_{t=1}^{10}\left(CPA_t\right)\right)$$

**Coupon Amounts (CPA$_t$)**

The Issuer shall pay to the holders of the Notes **at maturity** an amount per Note in the Settlement Currency as determined by the Calculation Agent at the Valuation Time on the relevant Observation Date$_i$ in accordance with the following formula:

- For Coupon Amount t=1, 2, 3 and 4,  $CPA_t = SD \times 6\%$

- For Coupon Amount t=5

$$CPA_t = SD \times Max\left(0, \frac{1}{n}\sum_{i=1}^{n}\left(Perf_{i,t} - 1\right)\right)$$

- For Coupon Amount t=6 to t=10:

$$CPA_t = SD \times Max\left(100\% \times CPA_{t-1}, \frac{1}{n}\sum_{i=1}^{n}\left(Perf_{i,t} - 1\right)\right)$$

Where:

**Perf$_{i,t}$** in respect of each Share **i and an Observation Date** means a percentage rate as determined by the Calculation Agent on the relevant Observation Date$_t$ in accordance with the applicable formula below:

**Either (A) if**

$$\frac{Share_{i,t}}{Share_{i,0}} \geq Barrier \qquad Then \qquad Perf_{i,t} = Lockin$$

LEHMAN BROTHERS

# Structured Equity Solutions



Or **(B)** if

$$\frac{Share_{i,t}}{Share_{i,0}} < Barrier \qquad Then \qquad Perf_{i,t} = \frac{Share_{i,t}}{Share_{i,0}}$$

**Barrier** means 100%

**Lockin** means 106%

**Share**$_{i,t}$ means the price of Share$_i$ on the relevant Exchange at the Valuation Time on the relevant Observation Date$_t$ as determined by the Calculation Agent

n means 20

| | |
|---|---|
| **Observation Date**$_t$ | Each of 27 February 2009, 28 February 2010, 28 February 2011, 29 February 2012, 28 February 2013, 28 February 2014, 27 February 2015, 29 February 2016, 28 February 2017 and the Valuation Date or if any such day is not a Scheduled Trading Day, the following day which is a Scheduled Trading Day |
| **Exchange** | As set out in Annex 1 for each Share in the Basket. |
| **Related Exchange** | As set out in Annex 1 for each Share in the Basket. |
| **Valuation Time** | (i) in relation to any Share$_i$ comprised in the Basket in respect of which the Exchange is specified in the Annex as the Milan Stock Exchange, the Prezzo di Riferimento of the Share$_i$ as quoted by the Exchange after the close of trading on the relevant Observation Date$_t$, |
| | (ii) in relation to any other Share i comprised in the Basket, the price per Share as quoted by the relevant Exchange as of the Valuation Time on the relevant Observation Date$_t$, |
| | In each case, as determined by the Calculation Agent |
| **Scheduled Trading Day** | Any day on which each Exchange and each Related Exchange are scheduled to be open for trading for their respective regular trading sessions. |
| **Minimum Purchase** | 5 Note(s) |
| **Minimum Trading Size** | 1 Note |
| **Calculation Agent** | Lehman Brothers International (Europe) |
| **Business Day Convention** | All payment dates are subject to adjustment in accordance with Modified Following Business Day Convention. |
| **Market Disruption and Extraordinary Events** | Detailed provisions specifying the adjustments to be made to the terms and conditions of the Notes upon the occurrence of a market disruption event, potential adjustment event, hedging disruption, merger event, tender offer, nationalization, insolvency, delisting and/or such other similar adjustment or extraordinary event shall be contained in the Related Documentation. All purchases of Notes are deemed to be subject to the terms thereof. |

LEHMAN BROTHERS

# Structured Equity Solutions



| | |
|---|---|
| **Clearing** | Euroclear, Clearstream |
| **Listing** | Not Applicable |
| **Governing Law** | English (the Guarantee is governed by New York law). |
| **Selling Restrictions** | As per the Related Documentation. |

European Prospectus Directive Selling Restriction: The securities (the "Securities") described in this term sheet have not been approved by any competent authority for the purposes of making a non-exempt public offer in any EEA member state which has implemented Directive 2003/71/EC (the "Prospectus Directive") and as such, until such time as a prospectus has been published, must only be offered within such states in circumstances which do not require the publication of a prospectus pursuant to Article 3 of the Prospectus Directive. These circumstances include amongst others:

1) Offers to Qualified Investors (as defined in the Prospectus Directive); or

2) Offers of Securities where the minimum consideration per investor for each separate offer is at least Euro 50,000.

You are strongly advised to seek appropriate legal advice before attempting to make any offer. By investing in the Securities you represent to Lehman Brothers that you do not intend to make an offer which will breach the Prospectus Directive, or cause Lehman Brothers or the Issuer to be in breach of the Prospectus Directive.

US Selling Restriction: The Securities have not been nor will be registered under the U.S. Securities Act of 1933 (as amended) and may not be offered or sold within the United States or to, or for the account or benefit of, U.S. persons except as permitted by Regulation S or Rule 144A under such Securities Act.

General Selling Restriction: Each purchaser of the Securities must observe all applicable laws and regulations in any jurisdiction in which it may offer, sell, or deliver the Securities and it may not, directly or indirectly, offer, sell, resell, reoffer or deliver any Securities except under circumstances that will result, to the best of its knowledge and belief, in compliance with all applicable laws and regulations.

| | |
|---|---|
| **Form** | The Securities will be represented by a temporary global Note in bearer form which is exchangeable for interests in a permanent global Note in bearer form. |
| **Related Documentation** | This term sheet must be read in conjunction with the Issuer's US$100,000,000,000 Euro Medium-Term Note Program Base Prospectus dated 24 July 2007 (as supplemented as at the Issue Date) as well as the corresponding drawdown document for this specific issue of Notes. |
| **Secondary Market Making** | Under normal market conditions, Lehman Brothers International (Europe) (LBIE) will make a secondary market in the Notes with a bid-ask spread no larger than 1% and daily liquidity. |

The issuer has the right to charge an early redemption fee of 3.0% (the "**Maximum Early Redemption Fee**") for redemptions with effect from the Issue Date. This early redemption fee will be regularly reduced on a monthly basis at month end by a factor of 1/36 of the Maximum Early Redemption Fee of 3.0% (subject to a minimum fee of 0).

LEHMAN BROTHERS



# Structured Equity Solutions

| **Indicative Prices** | Under normal market conditions, indicative prices of the Notes for information purposes only with a bid-ask spread of no larger than 1% will be published by Lehman brothers International (Europe) on Reuters LBPB and Bloomberg LBPB. Indicative Price does not constitute a firm price which is capable of acceptance and may differ from any price quoted by Lehman Brothers International (Europe) or by any other third party when making a secondary market in the Notes. |
|---|---|

**Security Identifiers**

| WKN/Telekurs | ISIN | Common Code | Valoren | Settlement Currency FX Rate | Series Number | GID |
|---|---|---|---|---|---|---|
| [•] | XS0346081481 | [•] | [•] | [•] | [•] | [•] |

**Disclaimer:**

This term sheet is indicative only if so specified, in which case this term sheet will be subject to change without notice and no assurance is given that any transaction on the terms indicated can or will be arranged or agreed. Information other than economic terms (including market data and statistical information) has been obtained from various sources we consider reliable but we do not represent that it is complete or accurate and it should not be relied upon as such. Any analysis presented herein that indicates a range of outcomes that may result from changes in market parameters is not comprehensive, is not intended to suggest that any outcome is more likely than another and may have been derived using Lehman Brothers proprietary models, historic data and subjective interpretation. This term sheet does not constitute an offer or an agreement, or a solicitation of an offer or an agreement, to enter into any transaction. This term sheet must be read in conjunction with the prospectus, offering circular or other offer document relating to the transaction referred to herein (the "Related Documentation"). This term sheet supersedes any prior versions hereof and, if this term sheet is indicative, will be deemed to be superseded by any subsequent versions hereof and, with respect to any transaction described therein, by the Related Documentation. Transactions of the sort described herein contain complex financial characteristics and risk factors. Before entering into any transaction, you should consider the suitability of the transaction in light of your particular circumstances and independently review (with your professional advisers as necessary) the: (i) specific financial risks as well as the legal, regulatory, credit, tax and accounting consequences of entering into such transaction; and (ii) any information, warnings, risk disclosures and other matters disclosed in the Related Documentation. In entering into the transaction, the counterparty is deemed to represent to Lehman Brothers that it has obtained such professional advice as it deemed necessary and that it entered into the transaction for legitimate commercial and business reasons.

The Securities mentioned in this term sheet will not be registered under the U.S. Securities Act of 1933, as amended (the "Act"), and will not be offered or sold in the United States or for the account or benefit of "U.S. persons" within the meaning of Regulation S under the Act, except pursuant to an exemption from, or in a transaction not subject to, the registration requirements of the Act. Accordingly, this term sheet is being provided only to persons who are: (i) "qualified institutional buyers" within the meaning of Rule 144A under the Act; or (ii) not "U.S. persons" within the meaning of Regulation S under the Act. By accepting the delivery of this term sheet, the recipient warrants and acknowledges that it falls within the category of persons under (i) or (ii). No representation can be made as to the availability of the exemption provided by Rule 144A under the Act for re-sales of the Securities mentioned in this term sheet.

Lehman Brothers do not act as an adviser or fiduciary to its counterparties except where written agreement expressly provides otherwise. This term sheet is for your sole information and should not be distributed to private clients or any third parties without Lehman Brothers' prior written approval. Lehman Brothers International (Europe), its affiliates world-wide, and their respective officers, directors, partners and employees, including persons involved in the preparation or issuance of this term sheet, may from time to time: (i) in the capacity of principal or agent, buy, sell and/or hold any securities mentioned in this term sheet; (ii) act as market-makers or advisors, brokers or commercial and/or investment bankers in relation to any such securities or any transaction related thereto, including any related derivatives transaction; or (iii) act or have acted as manager, co-manager, initial purchaser, placement agent or underwriter of a public or private offering of any such securities.

References herein to "Lehman Brothers" shall include Lehman Brothers International (Europe) and its affiliates. Lehman Brothers International (Europe) and Lehman Brothers Europe Limited are authorised and regulated by the Financial Services Authority. © 2007 Lehman Brothers. All rights reserved.

## LEHMAN BROTHERS

# Structured Equity Solutions



**Annex 1**

**Underlying – Basket of Shares**

| i | Share$_i$ | Bloomberg Code | Exchange | Related Exchange | Share$_{i,0}$ |
|---|---|---|---|---|---|
| 1 | AEGON | AGN NA | Euronext Amsterdam Stock Market N.V. | AEX-Optiebeurs | |
| 2 | ArcelorMittal | MTP FP | Euronext Paris | MONEP | |
| 3 | BASF | BAS GR | Xetra | Eurex | |
| 4 | BNP Paribas | BNP FP | Euronext Paris | MONEP | |
| 5 | Credit Agricole | ACA FP | Euronext Paris | MONEP | |
| 6 | Daimler | DAI GR | Xetra | Eurex | |
| 7 | Deutsche Telekom | DTE GY | Xetra | Eurex | |
| 8 | Enel S.p.A. | ENEL IM | Milan Stock Exchange | IDEM | |
| 9 | Eni S.p.A. | ENI IM | Milan Stock Exchange | IDEM | |
| 10 | Fortis | FORA NA | Euronext Amsterdam Stock Market N.V. | AEX-Optiebeurs | |
| 11 | France Telecom SA | FTE FP | Euronext Paris | MONEP | |
| 12 | ING GROEP NV-CVA | INGA NA | Euronext Amsterdam Stock Market N.V. | AEX-Optiebeurs | |
| 13 | Intesa Sanpaolo | ISP IM | Milan Stock Exchange | IDEM | |
| 14 | LVMH | MC FP | Euronext Paris | MONEP | |
| 15 | RWE AG | RWE GY | Xetra | Eurex | |
| 16 | Sanofi-Aventis | SAN FP | Euronext Paris | MONEP | |
| 17 | Schneider Electric SA | SU FP | Euronext Paris | MONEP | |
| 18 | TOTAL SA | FP FP | Euronext Paris | MONEP | |
| 19 | UniCredito Italiano SpA | UC IM | Milan Stock Exchange | IDEM | |
| 20 | Unilever NV | UNA NA | Euronext Amsterdam Stock Market N.V. | AEX-Optiebeurs | |

LEHMAN BROTHERS

# Structured Equity Solutions



Annex A

## RISK FACTORS

Prospective investors of these securities (the "Securities") should carefully consider the following information in conjunction with other information contained in this termsheet (the "Termsheet") and the Related Documentation before purchasing the Securities. The attention of prospective investors is drawn to the section of the Base Prospectus, headed "Risk Factors".

The Termsheet however cannot disclose all of the risks and other significant aspects of the Securities and investment decisions should not be made solely on the basis of these risk factors since the information contained herein cannot serve as a substitute for independent individual advice which is tailored to the requirements, investment objectives, experience, knowledge and circumstances of a prospective investor.

Each prospective investor of the Securities should consider carefully whether the Securities are suitable for it in the light of its circumstances and financial position and in view of the complexity and risks inherent in the Securities. Prospective investors of the Securities should be experienced with respect to derivatives, particularly options and options transactions. Furthermore, prospective investors of the Securities should understand the risks of transactions involving the Securities and should reach an investment decision only after careful consideration of the suitability of the Securities in light of their particular financial circumstances and after consultation with their own legal, tax, accountancy and other professional advisers. No person should deal in the Securities unless that person understands fully the nature of the relevant transaction. Such transaction is suitable only for, and should be made only by, an investor who has no need for liquidity and understands and can afford the financial and other risks of this transaction.

In these Risk Factors any reference to:

(a)   "Redemption Amount" refers to the Final Redemption Amount where the Securities comprise Notes and the Certificate Redemption Amount where the Securities comprise Certificates;

(b)   "Redemption Date" refers to the Maturity Date where the Securities comprise Notes and the Redemption Date where the Securities comprise Certificates; and

(c)   "Shares" refers to Shares or a Basket of Shares as the case may be.

*Factors affecting the Shares and the Redemption Amount under the Securities*

Prospective investors of the Securities should be familiar with investments in the global capital market and with derivatives and the Shares generally. The value of the Securities can be volatile. Changes in the price or market level of the Shares and/or changes in the circumstances of the company of which the Shares comprise (the "Company") may result in sudden and large fluctuations in the value of the Securities. The value of the Shares may vary over time and may increase or decrease by reference to a variety of factors, which may include, but are not limited to, corporate actions and macro economic factors.

The Sum of Annual Recorded Coupon Amounts is variable and dependant upon certain factors which include the price of each Shares on an Observation Date (or such other date as may be specified in the Termsheet for the calculation of the Redemption Amount). Prospective investors of Securities should understand that in certain circumstances the Coupon Payment Amount may even be nil.

*Issue Price*

The Issue Price in respect of the Securities may not be an accurate reflection of the market value of such Securities as at the Issue Date. The price at which the Securities may be sold in secondary market transactions may be lower than the Issue Price. In particular, the Issue Price in respect of the Securities may take into account, amongst other things, the distribution fee payable to any appointed distributor of the Securities with respect to the offer and sale of the Securities.

*Secondary market and liquidity for the Securities*

There can be no assurance as to how the Securities will trade in the secondary market, whether there will be a secondary market or, if a secondary market exists, whether such market will be sustainable or liquid or illiquid.

Where it is specified that an application has been made for admission of the Securities to a stock exchange, no assurance can be given that the Securities will in fact be listed or traded or, if the Securities are so listed or traded, that such listing or trading will be maintained and whether there will be a secondary market for any Securities so listed or traded. If the Securities are not

LEHMAN BROTHERS



# Structured Equity Solutions

listed or traded on any stock exchange, pricing information for such Securities may be more difficult to obtain, and the liquidity and market prices of such Securities may be adversely affected.

The liquidity of the Securities may also be affected by restrictions, if any, on offers and sales of the Securities in some jurisdictions. In any case, due to the relative complexity and lower liquidity of the Securities if compared to more conventional financial instruments such as shares, comparatively larger spreads between bid and ask quotes should be expected.

*Early Redemption of the Securities as a result of changes in taxation*

In the event that the Issuer or the Guarantor would be obliged to increase the amounts payable in respect of any Securities due to any withholding or deduction for or on account of, any present or future taxes, duties, assessments or governmental charges of whatever nature imposed, levied, collected, withheld or assessed by or on behalf of The Netherlands or the USA, as the case may be, or any political subdivision thereof or any authority therein or thereof having power to tax, the Issuer may redeem all outstanding Securities in accordance with the Terms and Conditions.

*Capital Protection*

Any investment in the Notes should be viewed as a medium to long term "hold until maturity" investment.  The value of the Notes may go up or down during their lifetime and consequently if you are seeking to sell your Notes prior to maturity date you must realize that in such situation there is no capital protection and you run the risk of losing part or all of the value of your initial investments. Additionally, if the Notes are redeemed prior to the Maturity Date for any reason, the amount payable in respect of a Note may be less than the Issue Price of the Securities or the amount the investor has paid for the Securities and may even be nil.

*Potential conflicts of interest*

The Issuer, the Guarantor, the Dealer, the Calculation Agent and/or their respective subsidiaries may, from time to time, engage in purchase, sale or other transactions involving the Shares or related derivatives for their proprietary accounts and/or for accounts under their management and/or for clients. Such transactions may have a positive or negative effect on the price of the Shares and consequently on the value of the Securities. In addition, the Issuer, the Guarantor, the Dealer, the Calculation Agent and/or their respective subsidiaries may, from time to time, act in other capacities with regard to the Securities (such as in an agency capacity and/or as the calculation agent) and may issue or participate in the issue of other competing financial instruments in respect of the Shares or similar shares in similar sectors or markets and the introduction of such competing financial instruments may affect the value of the Securities. The Issuer, the Guarantor, the Dealer, the Calculation Agent and/or their respective subsidiaries may also (i) act as underwriter or financial adviser in connection with future offerings of shares or other securities of the Company, any of its subsidiaries or affiliates and/or (ii) act in a commercial banking capacity for such companies in relation to any other related securities. Such activities could present certain conflicts of interest with the interest of Noteholders and may affect the value of the Securities. The Issuer, the Guarantor, the Dealer, the Calculation Agent and/or their respective subsidiaries owe no duty or responsibility to any Noteholder (or any other party) to avoid such conflicts.

In connection with the offering of the Securities, the Issuer, the Guarantor, the Dealer, the Calculation Agent and/or their respective subsidiaries may enter into one or more hedging transactions with respect to the Shares or related derivatives. In connection with such hedging or with respect to proprietary or other trading activities by the Issuer, the Guarantor, the Dealer, the Calculation Agent and/or their respective subsidiaries, the Issuer, the Guarantor, the Dealer, the Calculation Agent and/or their respective subsidiaries may enter into transactions in relation to the Shares or related derivatives which may affect the market price, liquidity or value of the Securities and which could be deemed to be adverse to the interests of the relevant Noteholders.

Such transactions could present certain conflicts of interest with the interest of Noteholders and may affect the value of the Securities. The Issuer, the Guarantor, the Dealer, the Calculation Agent and/or their respective subsidiaries owe no duty or responsibility to any Noteholder (or any other party) to avoid such conflicts.

*Investing in the Securities is not the same as investing in the Shares*

Prospective investors should be aware that the market value of the Securities may not have a direct relationship with the prevailing price of the Shares, in that changes in the prevailing price of the Shares will not necessarily result in a comparable change in the market value of the Securities.

*Risk-excluding or risk-limiting transactions*

Prospective investors may not rely upon being able to enter into transactions, which may exclude or limit loss exposure to the Securities during the term of the Securities. The possibility of entering into risk-excluding or risk-limiting transactions depends

LEHMAN BROTHERS



# Structured Equity Solutions

in particular on market conditions and the relevant underlying circumstances. Noteholders may be able to enter into such transactions only at an unfavourable market price resulting in an additional loss for such Noteholders.

Prospective investors intending to purchase Securities to hedge the market risk associated with investing in the Shares should be aware of the difficulties associated therewith. For example, the value of the Securities may not exactly correlate with the value of the Shares.

*Determinations by the Calculation Agent*

The Calculation Agent has certain discretions to determine whether certain events have occurred. Prospective investors should be aware that any determination made by the Calculation Agent may have an adverse effect on the value of the Securities. For example, the Calculation Agent may determine that a Market Disruption Event has occurred or exists at a relevant time which may affect the determination of the price of the Shares on a relevant Scheduled Trading Day and/or may delay settlement in respect of the Securities. Any such discretion exercised by, or any calculation made by, the Calculation Agent (in the absence of manifest error) shall be binding.

*Adjustments*

The Calculation Agent may adjust the terms of the Securities in the case of a Hedging Disruption, Potential Adjustment Event, Merger Event, Tender Offer, Nationalisation, Insolvency or Delisting. Such adjustment may have an adverse impact on the value of the Securities. Any such discretion exercised by, or any calculation made by the Calculation Agent (in the absence of manifest error) shall be binding.

*Early Redemption under the provision of the Related Documentation*

In the event of an early redemption for taxation reasons or in an event of default (as described in the Terms and Conditions of the Securities) or as a result of a Hedging Disruption, Merger Event, Tender Offer Event, Nationalisation, Insolvency or Delisting as determined by the Calculation Agent, the Issuer may cancel the Securities and, if permitted by applicable law, pay the Noteholder in accordance with the relevant provisions of the Terms and Conditions of the Securities. The amount payable will be calculated by reference to the fair market value of the Securities as determined by the Calculation Agent in its sole and absolute discretion and may be reduced by an amount referable to the cost to the Issuer of unwinding any related hedging arrangements as determined by the Calculation Agent. Investors of Securities should understand that any such amount paid in accordance with these provisions may be less than the Issue Price of the Securities or the amount the investor has paid for the Securities and may even be nil.

*Creditworthiness of the Issuer and Guarantor*

Any person who purchases the Securities is relying upon the creditworthiness of the Issuer and the Guarantor and has no rights against any other person. The Securities constitute general, unsecured, unsubordinated, contractual obligations of the Issuer and of no other person. The Securities rank pari passu among themselves.

*Because the Global Securities are held by or on behalf of Euroclear and Clearstream, Luxembourg, investors will have to rely on their procedures for transfer, payment and communication with the Issuer.*

The Securities will be represented by one or more Global Notes. Such Global Notes will be deposited with a common depositary for Euroclear and Clearstream, Luxembourg. Except in the circumstances described in the relevant Global Note, investors will not be entitled to receive definitive Notes. Euroclear and Clearstream, Luxembourg will maintain records of the beneficial interests in the Global Notes. While the Notes are represented by one or more Global Notes, investors will be able to trade their beneficial interests only through Euroclear and Clearstream, Luxembourg.

While the Securities are represented by one or more Global Notes, the Issuer will discharge its payment obligations under the Securities by making payments to the common depositary for Euroclear and Clearstream, Luxembourg for distribution to their account holders. A holder of a beneficial interest in a Global Note must rely on the procedures of Euroclear and Clearstream, Luxembourg to receive payments under the Securities. The Issuer has no responsibility or liability for the records relating to, or payments made in respect of, beneficial interests in the Global Notes.

Holders of beneficial interests in the Global Notes will not have a direct right to vote in respect of the relevant Global Notes. Instead, such holders will be permitted to act only to the extent that they are enabled by Euroclear and Clearstream, Luxembourg to appoint appropriate proxies. Similarly, holders of beneficial interests in the Global Notes will not have a direct right under the Global Notes to take enforcement action against the Issuer in the event of a default under the Global Notes but will have to rely upon their rights under the deed of covenant dated 24 July 2007 (as amended, supplemented or replaced from time to time), executed by Lehman Brothers Holdings Inc. ("LBHI"), Lehman Brothers Treasury Co. B.V. ("LBTCBV") and Lehman Brothers Bankhaus AG ("LBB").

LEHMAN BROTHERS



# Structured Equity Solutions

*Transparency Directive*

Directive 2004/109/EC of the European Parliament and of the Council of 15 December 2004 on the harmonisation of transparency requirements in relation to information about issuers whose securities are admitted to trading on an EEA Regulated Market and amending Directive 2001/34/EC (the "**Transparency Directive**") entered into force on 20 January 2005. It requires member states to take measures necessary to comply with the Transparency Directive by 20 January 2007. If, as a result of the Transparency Directive or any legislation implementing the Transparency Directive, LBHI could be required to publish financial information either more regularly than it otherwise would be required to or according to accounting principles which are materially different from the accounting principles which it would otherwise use to prepare its published financial information, LBHI may seek an alternative admission to listing, trading and/or quotation for the Securities either on the EuroMTF or by such other listing authority, stock exchange and/or quotation system inside or outside the European Union as it may (with the approval of the Lehman Brothers International (Europe) (the "**Dealer**")) decide.

*No Security*

The obligations of the Issuer are not secured. Investors in the Securities do not have or receive any rights in respect of any underlying assets and have no right to call for any quantity of any underlying assets (or futures contract in relation thereto) to be delivered to them. The Issuer is not obliged by the terms of the Securities to hold any underlying assets.

*Trading Volume*

As the Securities are directly linked to the Shares, where the volatility of the Shares increases, the trading value of the Securities is expected to increase; if the volatility decreases, the trading value of the Securities is expected to decrease.

Additionally, as the time remaining to the expiration of the Securities decreases, the trading value of the Securities is expected to decrease.

Prospective investors should be aware that changes in the value of the Shares and the different economic, financial or other factors that affect the Shares and the industry in which the Company operates its business may have a direct effect on the value of the Securities. An investment in the Securities linked to the Shares may entail significant risks not associated with investments in conventional debt securities.

*Dividends*

Prospective investors should also note that, unless specifically provided, dividends paid to holders of the Shares will not be paid to the Issuer or to the Noteholders. In these circumstances, the return on the Securities will thus not reflect any dividends which would be paid to investors that have made a direct investment in the Shares. Consequently, the return on the Securities may be less than the return from a direct investment in the Shares.

**Instrument Details**

# Lehman Bankhaus ––– Capital Protected Target Notes 2008–7.3.18 (EXP.28.2.18) Variable Rate on a Basket of Shs

| | |
|---|---|
| **Issuer** | GK219471 **Lehman Brothers Bankhaus AG** |
| **Domicile** | Germany |
| **Sector** | Banks & other credit institutions |

**Basic Data**

| | |
|---|---|
| **TK Valor Number** | 3768497 |
| **ISIN** | XS0346081481 |
| **CFI Code** | DTVXFB (Assigned by another NNA) |
| **Instrument Type** | Hybrid, structured instruments |
| **Product Name** | 10yr Target 6 Note 100 % Capital Protected Note linked to a Basket of Shares |
| **Short Name** | Basket/Leh 18 ELN |
| **Security Prefix** | Capital Protected Target Notes |
| **Security Suffix** | 2008–7.3.18 (EXP.28.2.18) Variable Rate on a Basket of Shs |
| **Instrument Form** | Bearer form |
| **Delivery Mode** | Clearstream Bk Lux: Not deliverable, global cert.<br>Euroclear Bank: Not deliverable, global cert. |
| **Instrument Unit** | Nominal (par value/face value) |
| **Original Issuer** | GK219471 Lehman Bankhaus Frankfurt |
| **Currency / Principal** | EUR |
| **Maturity Date** | 07.03.2018 |
| **Redemption Amount** | 100 % |
| **Interest Type** | Variable |
| **Payment Frequency** | every 10 years |
| **Income Type** | Periodical payment |
| **Dated Date** | 29.02.2008 |
| **First Interest Payment** | 01.03.2018 |
| **First Payment per Year** | 07.03. |
| **Day Count Convention** | 30E/360 (ICMA) |
| **Business Day Convention** | Not known |
| **Payment Period Adjustment** | Not known |
| **Denominations** | EUR 10000 |
| **Callable by Issuer** | Yes |
| **Callable for tax reasons only** | Yes |
| **Security Number Type** | No processing |
| **Without Physical Coupon** | Yes |

**Instrument Classification**

| | |
|---|---|
| Type of security | Hybrids, structured instruments |
| Borrower category | Bond issued by banks & financial instit. |
| Telekurs jurisdiction | Eurobonds |
| Market affiliation | Euro Medium Term Note (EMTN) |
| Price category | Instrument listed on standard market |
| Classification of financial instruments | Debt Instruments, Medium–term notes, Variable, Not available / unknown, Fixed maturity, Bearer |
| EU Interest income tax category | Unknown |

**EU Interest Income Taxation**    (not permissioned)

**Tax / Reporting**

| | | Applicability | Object | Application | Amounts |
|---|---|---|---|---|---|
| **Country: United Kingdom** | | | | | |
| Current Taxes | Capital gains tax | Potentially liable/ applicable | | ---- | Tax resident: |
| **Country: Switzerland** | | | | | |
| Current Taxes N/P | | | | | |
| Reporting / Regulation | SNB | N/P | | | |
| | SNB | N/P | | | |
| | SNB | N/P | | | |
| **Country: Liechtenstein** | | | | | |
| Current Taxes N/P | | | | | |

**Latest Company Ratings**

| Scheme | Name | Date | Rating | Rating Trend |
|---|---|---|---|---|
| MDYISTCP | MOODY'S commercial paper short term | 10.12.2008 | WR | |
| SPSICRFC | S&P Issuer Credit Rating Foreign CCY ST | 15.09.2008 | D | Not on watchlist |
| SPLICRFC | S&P Issuer Credit Rating Foreign CCY LT | 15.09.2008 | D | Not on watchlist |
| SPLICRLC | S&P Issuer Credit Rating Local CCY LT | 15.09.2008 | D | Not on watchlist |
| SPSICRLC | S&P Issuer Credit Rating Local CCY ST | 15.09.2008 | D | Not on watchlist |

Rating History

**Listings**

| Code | Exchange | CCY | Listing Name | Trader Symbol | SEDOL | Listing Status | Notation Type |
|---|---|---|---|---|---|---|---|
| 2613 | Lehman Br EU | EUR | BASKET/LEH 18 ELN | | | No Listing (Quoted) | Percentage price |
| 186 | Xtrakter | EUR | BASKET/LEH 18 ELN | | | No Listing (Quoted) | Percentage price |

**NSINs**

| | | | |
|---|---|---|---|
| **CH** | 3768497 | Active | 05.02.2008 |
| **XS** | 034608148 | Active | 05.02.2008 |
| **U\*** | D5958N171 | Active | 06.02.2008 |
| **ISIN** | XS0346081481 | Active | 05.02.2008 |

**MiFID Classification**    (not permissioned)

| Country | Class. Schema | Classification | Valid From | Valid Until |
|---|---|---|---|---|

**Managers / Agents**

| Institution | Role |
|---|---|
| LBI Europe | Calculation/Fixing agent |
| LBI Europe | Lead manager |

**Depository / Clearing**

| Name | System | Mode / Details | Main CSD/ESES | Custody Type | Unit / Denomination |
|---|---|---|---|---|---|
| Clearstream Bk Lux | CEDCOM(Luxembourg+Euro) | Not deliverable, global cert. | | | |
| Euroclear Bank | EUCLID(Belgium+Euro) | Not deliverable, global cert. | | | |

**Issue Conditions**

| | |
|---|---|
| **TK Valor Number** | 3768497 |
| **ISIN** | XS0346081481 |
| **Short Name** | Basket/Leh 18 ELN |
| **Original Issuer** | Lehman Bankhaus Frankfurt |
| **Issue Status** | Issued |
| **Original Denominations** | EUR 10000 |
| **Denominations** | EUR 10000 |
| **Issue Price** | 100 % |
| **Payment on Subscription** | No |
| **Payment Type** | Fully paid–up |
| **Payment Date** | 29.02.2008 |
| **Dated Date** | 29.02.2008 |
| **Restrictions** | EEA 'European Economic Area' United States |

## Interest / Dividend Conditions

| | |
|---|---|
| **Conditions Set Number 1** | |
| **Interest / Dividend Period** | 29.02.2008 –– 28.02.2018 |
| **Interest Type** | Variable |
| **Fixing Frequency** | every 10 years |
| **Distribution Frequency** | every 10 years |
| **Day Count Convention** | 30E/360 (ICMA) |
| **Underlying Name** | Variable Rate |
| **Underlying Description** | Coupon will be calculated according to a special formula. For further details kindly refer to the Term-Sheet. |
| **Underlying Type** | Basket cash |
| **Underlying Function** | Addition |

| Underlying Instrument(s) | Instrument ID | Weight | Instrument Name | Exchange / Fixing |
|---|---|---|---|---|
| | CH2545785 | 1 | Aegon Shs | Euronext Ams (38) Currency: EUR |
| | CH3529315 | 1 | ArcelorMittal Reg New Reg.Shs ex–Arcelor | |
| | CH323600 | 1 | BASF Akt. | Xetra (44) Currency: EUR |
| | CH123397 | 1 | BNP Paribas Act. | Euronext Par (25) Currency: EUR |
| | CH1336531 | 1 | Credit Agricole Act. | Euronext Par (25) Currency: EUR |
| | CH945657 | 1 | Daimler N Namen–Akt. | Xetra (44) Currency: EUR |
| | CH1026592 | 1 | Deutsche Telekom N Namen–Akt. | Frankfurt SE (13) Currency: EUR |
| | CH1250633 | 1 | Enel Az. | Italien MCI (46) Currency: EUR |
| | CH1252314 | 1 | Eni Az. | Italien |

| | | | |
|---|---|---|---|
| | | | MCI (46)<br>Currency:<br>EUR |
| CH1313410 | 1 | Fortis Act | Euronext<br>Ams (38)<br>Currency:<br>EUR |
| CH720128 | 1 | France Telecom Act. | Euronext<br>Par (25)<br>Currency:<br>EUR |
| CH1256533 | 1 | ING Groep Cert. of Shs | Euronext<br>Ams (38)<br>Currency:<br>EUR |
| CH575913 | 1 | Intesa Sanpaolo Az. | Italien<br>MCI (46)<br>Currency:<br>EUR |
| CH507170 | 1 | Lvmh Act. | Euronext<br>Par (25)<br>Currency:<br>EUR |
| CH1158883 | 1 | RWE –A– Akt.–A– | Frankfurt<br>SE (13)<br>Currency:<br>EUR |
| CH699381 | 1 | Sanofi–Aventis act. | Euronext<br>Par (25)<br>Currency:<br>EUR |
| CH509120 | 1 | Schneider Electric Act. | Euronext<br>Par (25)<br>Currency:<br>EUR |
| CH524773 | 1 | Total Act. | Euronext<br>Par (25)<br>Currency:<br>EUR |
| CH569105 | 1 | Unicredit Az. | Italien<br>MCI (46)<br>Currency:<br>EUR |

| CH2560592 | 1 | Unilever Shs | Euronext Ams (38) Currency: EUR |

**Fraction settlement**    Fractions settled in cash

## Early Redemption / Extension Conditions

Repayment Due To Taxation

| | |
|---|---|
| **Entitled Person** | Issuer |
| **Payments** | Total |
| **Notice Period** | ––– 30 Day |

**Repayments**

| Call Period | Call Frequency | Repayment Price | Inc. / Dec. Value | Inc. / Dec. Frequency |
|---|---|---|---|---|
| 29.02.2008 –– | At any time | 100 % | | |

## Early Redemption Schedule

| Period / Date | Reason | Entitled Person | Notice Period | Redemption Amount |
|---|---|---|---|---|
| 29.02.2008 –– 07.03.2018 | Taxation | Issuer | – 30 Day | 100 % |

## Final Redemption

| | |
|---|---|
| **Redemption Date** | 07.03.2018 |
| **Redemption Amount** | 100 % |
| **Settlement Style** | Cash |
| | More Information |

## All CA (excl. Dividends / Listing Events)

| | | |
|---|---|---|
| 01.05.2009 | **Company amalgamation/ takeover** | |
| | Offer | |
| | Purchase offer | |
| | Effective Date  01.05.2009 | |

Data Version: T20 Run (12. Aug 2009, VDMMAPS.V009224.T20T,svwpvdb04)

**Instrument Details**

Instrument Summary   Custom Page   Instrument Classification   Listings   Markets   Identification Directory
MiFID Classification   Managers / Agents   Depository / Clearing   All CA (excl. Dividends / Listing Events)
All Corporate Actions   Issue Conditions   Early Redemption / Extension Conditions   Early Redemption Schedule
Final Redemption   Interest / Dividend Conditions   Ratings   Rating History   EU Tax   Tax / Reporting   Documents
Country Details

# Lehman Bankhaus --- Capital Protected Target Notes 2008-7.3.18 (EXP.28.2.18) Variable Rate on a Basket of Shs

PDF      Export

**Issuer**    GK219471 **Lehman Brothers Bankhaus AG**  (Instruments)
**Domicile**  Germany
**Sector**    Banks & other credit institutions

## Basic Data

| | |
|---|---|
| **TK Valor Number** | 3768497 |
| **ISIN** | XS0346081481 |
| **CFI Code** | DTVXFB (Assigned by another NNA) |
| **Instrument Type** | Hybrid, structured instruments |
| **Product Name** | 10yr Target 6 Note 100 % Capital Protected Note linked to a Basket of Shares |
| **Short Name** | Basket/Leh 18 ELN |
| **Security Prefix** | Capital Protected Target Notes |
| **Security Suffix** | 2008-7.3.18 (EXP.28.2.18) Variable Rate on a Basket of Shs |
| **Instrument Form** | Bearer form |
| **Delivery Mode** | Clearstream Bk Lux: Not deliverable, global cert. Euroclear Bank: Not deliverable, global cert. |
| **Instrument Unit** | Nominal (par value/face value) |
| **Original Issuer** | GK219471 Lehman Bankhaus Frankfurt |
| **Currency / Principal** | EUR |
| **Maturity Date** | 07.03.2018 |
| **Redemption Amount** | 100 % |
| **Interest Type** | Variable |
| **Payment Frequency** | every 10 years |
| **Income Type** | Periodical payment |
| **Dated Date** | 29.02.2008 |
| **First Interest Payment** | 01.03.2018 |
| **First Payment per Year** | 07.03. |
| **Day Count Convention** | 30E/360 (ICMA) |
| **Business Day Convention** | Not known |
| **Payment Period Adjustment** | Not known |
| **Denominations** | EUR 10000 |
| **Callable by Issuer** | Yes |
| **Callable for tax reasons only** | Yes |
| **Security Number Type** | No processing |
| **Without Physical Coupon** | Yes |

## Instrument Classification

Instrument Details

| | |
|---|---|
| Type of security | Hybrids, structured instruments |
| Borrower category | Bond issued by banks & financial instit. |
| Telekurs jurisdiction | Eurobonds |
| Market affiliation | Euro Medium Term Note (EMTN) |
| Price category | Instrument listed on standard market |
| Classification of financial instruments | Debt Instruments, Medium-term notes, Variable, Not available / unknown, Fixed maturity, Bearer |
| EU Interest income tax category | Unknown |

## EU Interest Income Taxation   (not permissioned)                                      ⬏

## Tax / Reporting                                                                         ⬏

| | | Applicability | Object | Application | Amounts |
|---|---|---|---|---|---|
| **Country: United Kingdom** | | | | | |
| Current Taxes | Capital gains tax | Potentially liable/ applicable | | --- | Tax resident: |
| **Country: Switzerland** | | | | | |
| Current Taxes N/P | | | | | |
| Reporting / Regulation | SNB | N/P | | | |
| | SNB | N/P | | | |
| | SNB | N/P | | | |
| **Country: Liechtenstein** | | | | | |
| Current Taxes N/P | | | | | |

## Latest Company Ratings                                                                  ⬏

| Scheme | Name | Date | Rating | Rating Trend |
|---|---|---|---|---|
| MDYISTCP | MOODY'S commercial paper short term | 10.12.2008 | WR | |
| SPSICRFC | S&P Issuer Credit Rating Foreign CCY ST | 15.09.2008 | D | Not on watchlist |
| SPLICRFC | S&P Issuer Credit Rating Foreign CCY LT | 15.09.2008 | D | Not on watchlist |
| SPLICRLC | S&P Issuer Credit Rating Local CCY LT | 15.09.2008 | D | Not on watchlist |
| SPSICRLC | S&P Issuer Credit Rating Local CCY ST | 15.09.2008 | D | Not on watchlist |
| Rating History | | | | |

## Listings                                                                                ⬏

| Code | Exchange | CCY | Listing Name | Trader Symbol | SEDOL | Listing Status | Notation Type |
|---|---|---|---|---|---|---|---|
| 186 | ICMA | EUR | BASKET/LEH 18 ELN | | | No Listing (Quoted) | Percentage price |
| 2613 | Lehman Br EU | EUR | BASKET/LEH 18 ELN | | | No Listing (Quoted) | Percentage price |

## NSINs                                                                                   ⬏

| | | | |
|---|---|---|---|
| CH | 3768497 | Active | 05.02.2008 |
| XS | 034608148 | Active | 05.02.2008 |
| U* | D5958N171 | Active | 06.02.2008 |
| ISIN | XS0346081481 | Active | 05.02.2008 |

## MiFID Classification   (not permissioned)                                              ⬏

Country Class. Schema Classification Valid From Valid Until

## Managers / Agents                                                                       ⬏

Instrument Details

| Institution | Role |
|---|---|
| LBI Europe | Calculation/Fixing agent |
| LBI Europe | Lead manager |

## Depository / Clearing

| Name | System | Mode / Details | Main CSD/ESES | Custody Type | Unit / Denomination |
|---|---|---|---|---|---|
| Clearstream Bk Lux | CEDCOM (Luxembourg+Euro) | Not deliverable, global cert. | | | |
| Euroclear Bank | EUCLID(Belgium+Euro) | Not deliverable, global cert. | | | |

## Issue Conditions

| | |
|---|---|
| TK Valor Number | 3768497 |
| ISIN | XS0346081481 |
| Short Name | Basket/Leh 18 ELN |
| Original Issuer | Lehman Bankhaus Frankfurt |
| Issue Status | Issued |
| Original Denominations | EUR 10000 |
| Denominations | EUR 10000 |
| Issue Price | 100 % |
| Payment on Subscription | No |
| Payment Type | Fully paid-up |
| Payment Date | 29.02.2008 |
| Dated Date | 29.02.2008 |
| Restrictions | EEA 'European Economic Area' United States |

## Interest / Dividend Conditions

**Conditions Set Number 1**

| | |
|---|---|
| Interest / Dividend Period | 29.02.2008 -- 28.02.2018 |
| Interest Type | Variable |
| Fixing Frequency | every 10 years |
| Distribution Frequency | every 10 years |
| Day Count Convention | 30E/360 (ICMA) |
| Underlying Name | Variable Rate |
| Underlying Description | Coupon will be calculated according to a special formula. For further details kindly refer to the Term-Sheet. |
| Underlying Type | Basket cash |
| Underlying Function | Addition |

| Underlying Instrument(s) | Instrument ID | Weight | Instrument Name | Exchange / Fixing |
|---|---|---|---|---|
| | CH2545785 | 1 | Aegon Shs | Euronext Ams (38) Currency: EUR |
| | CH3529315 | 1 | ArcelorMittal Reg New Reg.Shs ex-Arcelor | |
| | CH323600 | 1 | BASF Akt. | Xetra (44) Currency: EUR |
| | CH123397 | 1 | BNP Paribas Act. | Euronext Par (25) |

Instrument Details                                           Page 4 of 5

|  |  |  |  |
|---|---|---|---|
|  |  |  | Currency: EUR |
| CH1336531 | 1 | Credit Agricole Act. | Euronext Par (25) Currency: EUR |
| CH945657 | 1 | Daimler N Namen-Akt. | Xetra (44) Currency: EUR |
| CH1026592 | 1 | Deutsche Telekom N Namen-Akt. | Frankfurt SE (13) Currency: EUR |
| CH1250633 | 1 | Enel Az. | Italien MCI (46) Currency: EUR |
| CH1252314 | 1 | Eni Az. | Italien MCI (46) Currency: EUR |
| CH1313410 | 1 | Fortis Act | Euronext Ams (38) Currency: EUR |
| CH720128 | 1 | France Telecom Act. | Euronext Par (25) Currency: EUR |
| CH1256533 | 1 | ING Groep Cert. of Shs | Euronext Ams (38) Currency: EUR |
| CH575913 | 1 | Intesa Sanpaolo Az. | Italien MCI (46) Currency: EUR |
| CH507170 | 1 | Lvmh Act. | Euronext Par (25) Currency: EUR |
| CH1158883 | 1 | RWE -A- Akt.-A- | Frankfurt SE (13) Currency: EUR |
| CH699381 | 1 | Sanofi-Aventis act. | Euronext Par (25) Currency: EUR |
| CH509120 | 1 | Schneider Electric Act. | Euronext Par (25) Currency: EUR |
| CH524773 | 1 | Total Act. | Euronext Par (25) Currency: EUR |
| CH569105 | 1 | Unicredit Az. | Italien MCI (46) Currency: EUR |
| CH2560592 | 1 | Unilever Shs | Euronext Ams (38) Currency: EUR |

Fraction settlement   Fractions settled in cash

## Early Redemption / Extension Conditions

Repayment Due To Taxation
**Entitled Person**  Issuer
**Payments**  Total

Instrument Details                                                                    Page 5 of 5

**Notice Period** --- 30 Day
**Repayments**   Call Period    Call Frequency    Repayment Price    Inc. / Dec. Value    Inc. / Dec. Frequency
                 29.02.2008 --  At any time       100 %

## Early Redemption Schedule                                                              ⬆

**Period / Date**            **Reason**    **Entitled Person**    **Notice Period**    **Redemption Amount**
29.02.2008 -- 07.03.2018    Taxation      Issuer                 - 30 Day             100 %

## Final Redemption                                                                       ⬆

**Redemption Date**    07.03.2018
**Redemption Amount**  100 %
**Settlement Style**   Cash
                       More Information

## All CA (excl. Dividends / Listing Events)                                              ⬆

01.05.2009    **Company amalgamation/ takeover**
              Offer
                 Purchase offer
                 Effective Date  01.05.2009

Data Version: T20 Run (20. Jul 2009, VDMMAPS.V009201.T20T,svzpvdb03)

# Submission Confirmation

Thank you for completing your submission.

Your submission details are shown below along with your confirmation number. Please print off a copy of this page or note down your confirmation number for future reference.

If you wish to change your claim or contact details please click on the 'unlock my submission' button below. You will then be returned to the home page and be able to access your submission and make further changes.

| Print Confirmation | Unlock my Submission | Exit System |

**Legal Entity Name:** Aspecta Assurance International (Luxembourg) S.A.
**Confirmation Date:** 07/04/2009 17:55:57
**Confirmation Reference:** C400DBEE-C871-478C-B3C0-C4949ED04C38

## Primary Contact Details

| | | |
|---|---|---|
| Regulatory Role Reference | V614459622 | |
| Contact Title | Mr | Building Number/Name | - |
| Contact First Name | Stéphane | Street | 5, rue Eugène Ruppert |
| Contact Surname | Le Roy | Town/City | Luxembourg |
| Telephone Number | +352 264 98 255 | County/State | Luxembourg |
| Position/Authority | Head of Fund Administration | Post Code/ZIP | 2453 |
| Email Address | sleroy@aspecta.lu | Country | Luxembourg |

## Securities Financing

### Repo/Reverse Repo Agreements

| Date of Agreement (DD MMM YYYY) | Type of Agreement | Is it closed out? | USD Amount due (from)/to LBIE |
|---|---|---|---|
| | | | 0 |
| | | | 0 |
| | | | 0 |

2 von 5

## Prime Broker

**Stock Borrow/Lending Agreements**

| Date of Agreement (DD MMM YYYY) | Type of Agreement | Is it closed out? | USD Amount due (from)/to LBIE |
|---|---|---|---|
| | | | 0 |
| | | | 0 |

**Total claim due (from)/to LBIE** — USD 0

Please enter any additional comments/information:

## OTC Derivatives

**ISDA Master Agreements**

| Date of Agreement (DD MMM YYYY) | Is it closed out? | USD Amount due (from)/to LBIE |
|---|---|---|
| | | 0 |
| | | 0 |

**Long Form Confirmations**

| Number of Confirmations | Are they closed out? | USD Amount due (from)/to LBIE |
|---|---|---|
| 0 | | 0 |

**Total claim due (from)/to LBIE** — USD 0

Please enter any additional comments/information:

**Cash Balances** | USD
--- | ---
Cash due (from) LBIE (other than client money) |
Loans payable to LBIE | 0
Net cash | 0

**Securities** | USD
--- | ---
Long security close out value (including rehypothecated assets) | 0
Short security close out value (borrowed securities) | 0
Net security close out value | 0

**CFD** | USD
--- | ---
Long CFD close out value | 0
Short CFD close out value | 0
Net CFD close out value | 0

**Total claim due (from)/to LBIE** | USD
--- | ---
 | 0

**Comments**

## Unsettled DVP/RVP Transactions

**DVP** | USD
--- | ---
Value of securities due (from) LBIE | 0
Cash due to LBIE | 0
Net due (from)/to LBIE | 0

**RVP** | USD
--- | ---
Cash due (from) LBIE | 0
Value of securities due to LBIE | 0

https://dtm.pwc.com/LBIECreditors/SubmissionConfirmatio

07.04.2009

4 von 5

Net due (from)/to LBIE

| | USD |
|---|---|
| | 0 |

**Total claim due (from)/to LBIE**

| | USD |
|---|---|
| | 0 |

**Comments**

## Exposures on Exchange Traded Derivatives Across all Accounts

**Closed Out / Known Claims**

| | USD |
|---|---|
| Net liquidating value excluding collateral due (from) LBIE (client accounts which are not subject to FSA client money protection/segregation) | 0 |
| Collateral value due to LBIE | 0 |
| **Total claim due (from)/to LBIE** | 0 |

**Comments**

## Other Balances

| **Description** | USD |
|---|---|
| Notes held: XS0346081481 face value €4,800,000 | -6,810,926 |

https://dm.pwc.com/LBIECreditors/SubmissionConfirmatio

07.04.2009

5 von 5

Notes held: XS0287044969 face value €150,000                                    -212,841

Notes held: XS0218304458   face value €92,000                                   -130,543

Notes held: ISIN XS0331506369    face value   €1,963,000                        -2,785,385

Total claim due (from)/to LIBE                                                  -9,939,695

https://dm.pwc.com/LBIECreditors/SubmissionConfirmatio

https://dm.pwc.com/LBIECreditors/SubmissionConfirmation.asp

## Submission Confirmation

Thank you for completing your submission.

Your submission details are shown below along with your confirmation number. Please print off a copy of this page or r down your confirmation number for future reference.

If you wish to change your claim or contact details please click on the 'unlock my submission' button below. You will th returned to the home page and be able to access your submission and make further changes.

Print Confirmation | Unlock my Submission | Exit System |

**Legal Entity Name:** Aspecta Assurance International (Luxembourg) S.A.
**Confirmation Date:** 07/04/2009 17:55:57
**Confirmation Reference:** C400DBEE-C871-478C-B3C0-C4949ED04C38

### Primary Contact Details

| | | | |
|---|---|---|---|
| Regulatory Role Reference | V61459622 | Building Number/Name | - |
| Contact Title | Mr | Street | 5, rue Eugène Ruppert |
| Contact First Name | Stéphane | Town/City | Luxembourg |
| Contact Surname | Le Roy | County/State | Luxembourg |
| Telephone Number | +352 264 98 255 | Post Code/ZIP | 2453 |
| Position/Authority | Head of Fund Administration | Country | Luxembourg |
| Email Address | sleroy@aspecta.lu | | |

### Securities Financing

**Repo/Reverse Repo Agreements**                                                                                  **USD**

| Date of Agreement (DD MMM YYYY) | Type of Agreement | Is it closed out? | Amount due (from)/to l |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Stock Borrow/Lending Agreements**                                                                              **USD**

| Date of Agreement (DD MMM YYYY) | Type of Agreement | Is it closed out? | Amount due (from)/to l |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | **USD** |
|---|---|
| Total claim due (from)/to LBIE | |

Please enter any additional comments/information:

### OTC Derivatives

ISDA Master Agreements                                                                                              USD

| Date of Agreement (DD MMM YYYY) | Is it closed out? | Amount due (from)/to LBIE |
|---|---|---|
| | | 0 |
| | | 0 |
| | | 0 |

**Long Form Confirmations**                                             **USD**

| Number of Confirmations | Are they closed out? | Amount due (from)/to LBIE |
|---|---|---|
| 0 | | 0 |

                                                          **USD**

**Total claim due (from)/to LBIE**                                          0

**Please enter any additional comments/information:**

# Prime Broker

**Cash Balances**                                                  **USD**

| | USD |
|---|---|
| Cash due (from) LBIE (other than client money) | 0 |
| Loans payable to LBIE | 0 |
| Net cash | 0 |

**Securities**   **USD**

| | USD |
|---|---|
| Long security close out value (including rehypothecated assets) | 0 |
| Short security close out value (borrowed securities) | 0 |
| Net security close out value | 0 |

**CFD**   **USD**

| | USD |
|---|---|
| Long CFD close out value | 0 |
| Short CFD close out value | 0 |
| Net CFD close out value | 0 |

  **USD**

**Total claim due (from)/to LBIE**   0

**Comments**

# Unsettled DVP/RVP Transactions

**DVP**   **USD**

| | USD |
|---|---|
| Value of securities due (from) LBIE | 0 |
| Cash due to LBIE | 0 |
| Net due (from)/to LBIE | 0 |

**RVP**   **USD**

| | USD |
|---|---|
| Cash due (from) LBIE | 0 |
| Value of securities due to LBIE | 0 |

https://dm.pwc.com/LBIECreditors/SubmissionConfirmation.asp

| Net due (from)/to LBIE | 0 |
|---|---|

| | USD |
|---|---|
| Total claim due (from)/to LBIE | 0 |

**Comments**

## Exposures on Exchange Traded Derivatives Across all Accounts

| Closed Out / Known Claims | USD |
|---|---|
| Net liquidating value excluding collateral due (from) LBIE | 0 |
| (client accounts which are not subject to FSA client money protection/segregation) | |
| Collateral value due to LBIE | 0 |

| | USD |
|---|---|
| Total claim due (from)/to LBIE | 0 |

**Comments**

## Other Balances

**Description**

Notes held: XS0346081481 face value €4.800.000

→ Bauthaus AG

Notes held: XS0287044969 face value €150.000

→ Inc Pohol enhlis

Notes held: XS0218304458   face value €92.000

→ Dutch enhlip

Notes held: ISIN XS0331506369    face value   €1.963.000

→ Dutch enhlip

**Total claim due (from)/to LIBE**

Lehman Brothers International (Europe) in Administration    PRICEWATERHOUSECOPERS
Creditor Claim System

**Login**          **Legal Entity Name:** Aspecta Assurance                    Home | News | User Guide | Logout
**ID:** GPXT4GSF   International (Luxembourg) S.A.

https://dm.pwc.com/LBIECreditors/SubmissionConfirmation.asp

## Submission Confirmation

Thank you for completing your submission.

Your submission details are shown below along with your confirmation number. Please print off a copy of this page or r
down your confirmation number for future reference.

If you wish to change your claim or contact details please click on the 'unlock my submission' button below. You will th
returned to the home page and be able to access your submission and make further changes.

Print Confirmation | Unlock my Submission | Exit System |

**Legal Entity Name:**        Aspecta Assurance International (Luxembourg) S.A.
**Confirmation Date:**        07/04/2009 17:53:13
**Confirmation Reference:**   C400DBEE-C871-478C-B3C0-C4949ED04C38

### Primary Contact Details

| | | | |
|---|---|---|---|
| Regulatory Role Reference | V61459622 | Building Number/Name | - |
| Contact Title | Mr | Street | 5, rue Eugène Ruppert |
| Contact First Name | Stéphane | Town/City | Luxembourg |
| Contact Surname | Le Roy | County/State | Luxembourg |
| Telephone Number | +352 264 98 255 | Post Code/ZIP | 2453 |
| Position/Authority | Head of Fund Administration | Country | Luxembourg |
| Email Address | sleroy@aspecta.lu | | |

### Securities Financing

**Repo/Reverse Repo Agreements**                                                                 USD

| Date of Agreement (DD MMM YYYY) | Type of Agreement | Is it closed out? | Amount due (from)/to L |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Stock Borrow/Lending Agreements**                                                              USD

| Date of Agreement (DD MMM YYYY) | Type of Agreement | Is it closed out? | Amount due (from)/to L |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

USD

Total claim due (from)/to LBIE

Please enter any additional comments/information:

### OTC Derivatives

ISDA Master Agreements                                                                           USD

https://dm.pwc.com/LBIECreditors/SubmissionConfirmation.asp

| Date of Agreement (DD MMM YYYY) | Is it closed out? | Amount due (from)/to LBIE |
|---|---|---|
| | | 0 |
| | | 0 |
| | | 0 |

| Long Form Confirmations | | USD |
|---|---|---|
| Number of Confirmations | Are they closed out? | Amount due (from)/to LBIE |
| 0 | | 0 |

| | USD |
|---|---|
| Total claim due (from)/to LBIE | 0 |

**Please enter any additional comments/information:**

# Prime Broker

| Cash Balances | USD |
|---|---|
| Cash due (from) LBIE (other than client money) | 0 |
| Loans payable to LBIE | 0 |
| Net cash | 0 |

| Securities | USD |
|---|---|
| Long security close out value (including rehypothecated assets) | 0 |
| Short security close out value (borrowed securities) | 0 |
| Net security close out value | 0 |

| CFD | USD |
|---|---|
| Long CFD close out value | 0 |
| Short CFD close out value | 0 |
| Net CFD close out value | 0 |

| | USD |
|---|---|
| Total claim due (from)/to LBIE | 0 |

**Comments**

# Unsettled DVP/RVP Transactions

| DVP | USD |
|---|---|
| Value of securities due (from) LBIE | 0 |
| Cash due to LBIE | 0 |
| Net due (from)/to LBIE | 0 |

| RVP | USD |
|---|---|
| Cash due (from) LBIE | 0 |
| Value of securities due to LBIE | 0 |

https://dm.pwc.com/LBIECreditors/SubmissionConfirmation.asp

| Net due (from)/to LBIE | | 0 |
|---|---|---|
| | | **USD** |
| **Total claim due (from)/to LBIE** | | 0 |

**Comments**

## Exposures on Exchange Traded Derivatives Across all Accounts

| **Closed Out / Known Claims** | | **USD** |
|---|---|---|
| Net liquidating value excluding collateral due (from) LBIE | | 0 |
| (client accounts which are not subject to FSA client money protection/segregation) | | |
| Collateral value due to LBIE | | 0 |
| | | **USD** |
| **Total claim due (from)/to LBIE** | | 0 |

**Comments**

## Other Balances

**Description**

Notes held: XS0346081481 face value €4.800.000

Notes held: XS0287044969 face value €150.000

Notes held: XS0218304458   face value €92.000

Notes held: ISIN XS0331506369      face value   €1.963.000

**Total claim due (from)/to LIBE**

Lehman Brothers International (Europe) in Administration    PRICEWATERHOUSECOOPERS
Creditor Claim System

**Login**         **Legal Entity Name:** Aspecta Assurance
**ID:** GPXT4GSF    International (Luxembourg) S.A.

Home | News | User Guide | Logout

