UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

Please take notice that a claim (the "Claim") has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Fed. R. Bankr. P. 3001(e)(2) of the transfer, other than for security, of the claim referenced in this notice and evidence of transfer.

Basswood Opportunity Partners, L.P.
Name of Transferee

Whitewood Financial Partners, L.P.
Name of Transferor

Name and Address where notices to transferee should be sent:

Basswood Opportunity Partners, LP
c/o Basswood Partners, L.L.C.
645 Madison Avenue, 10th Floor
New York, NY 10022
Attn: Marc Samit

Court Claim #s: 28511, 28512
Amount of Claims: $67,843.00 (each)
Date Claim Filed: 9/22/2009

Phone: 212-521-9500
Email: marc@basswoodpartners.com
Last Four Digits of Acct #: 6171

Phone: 212-521-9500
Email: marc@basswoodpartners.com
Last Four Digits of Acct. #: 6171

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By: /s/ Matthew Lindenbaum
Name: Matthew Lindenbaum
Title: Managing Member

Date: 3-1-11

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

