UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
                                          :        (Jointly Administered)
                    Debtors.              :
                                          :
-------------------------------------------------------------------x        Ref. Docket No. 14852

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 10, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
14th day of March, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)

                                               | (Jointly Administered)

                    Debtors.                   |

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    FORTIS BANK HONG KONG BRANCH
               TRANSFEROR: BEST DECADE HOLDINGS LIMITED
               18/F, THREE EXCHANGE SQUARE
               8 CONNAUGHT PLACE CENTRAL
               HONG KONG


Additional:    FORTIS BANK HONG KONG BRANCH
               FORTIS BANK SA
               ATTN: PHILIP STEEGMANS
               WARANDEBERG 3
               BRUSSELS B-1000 BELGIUM


Transferee:    BNP PARIBAS HONG KONG BRANCH
               59-63/F, TWO INTERNATIONAL FINANCE CENTRE
               8 FINANCE STREET, CENTRAL
               HONG KONG


**Your transfer    of claim #   64191    is defective for the reason(s) checked below:**

Expunged By Court Order




Docket Number 14852              Date 03/08/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 10, 2011.

**EXHIBIT B**

TIME: 11:53:42
DATE: 03/10/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| BNP PARIBAS HONG KONG BRANCH | 59-63/F, TWO INTERNATIONAL FINANCE CENTRE 8 FINANCE STREET, CENTRAL HONG KONG |
| BNP PARIBAS HONG KONG BRANCH | C/O BNP PARIBAS; ATTN MR. ERIC DE ROMANCE CIB COVERAGE & TERRITORIES CREDIT MANAGEMENT 37 PLACE DU MARCHE' SAINT HONORE' - ACI CHD04AI PARIS    FRANCE |
| FORTIS BANK HONG KONG BRANCH | TRANSFEROR: BEST DECADE HOLDINGS LIMITED 18/F, THREE EXCHANGE SQUARE 8 CONNAUGHT PLACE CENTRAL HONG KONG |
| FORTIS BANK HONG KONG BRANCH | FORTIS BANK SA ATTN: PHILIP STEEGMANS WARANDBERG 3 BRUSSELS B-1000 BELGIUM |

Total Number of Records Printed     4

EPIQ BANKRUPTCY SOLUTIONS, LLC