Ronald S. Beacher
Richard Levy, Jr.
PRYOR CASHMAN LLP
Seven Times Square
New York, NY 10036-6569
(212) 421-4100

*Attorneys for SPCP Group, LLC, as agent for*
*Silver Point Capital Fund, LP and Silver Point*
*Capital Offshore Fund, Ltd.*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                         :
                                                               :          Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,         :          Case No. 08-13555 (JMP)
et al.,                                                        :          (Jointly Administered)
                                                               :
                                  Debtors.            :
-------------------------------------------------------------x


### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ) ss.:
COUNTY OF NEW YORK  )

    David L. Stevens, being duly sworn, deposes and says:

    1.    I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Pryor Cashman LLP, having offices at 7 Times Square, New York, New

York, 10036-6569.

    2.    On March 14, 2011, affiant served true and correct copies of the below listed

document, filed via the Court's ECF system on such date and via FedEx Overnight Delivery

upon the parties listed on the attached Service List.

- Response Of SPCP Group, LLC, As Agent For Silver Point Capital
  Fund, LP And Silver Point Capital Offshore Fund, Ltd., As Successor
  To Certain Claims Of Tiffany & Co. To Debtors' Ninety-Fifth
  Omnibus Objection To Claims (Valued Derivative Claims) (Re: Claim
  Nos. 20292 And 20319) [Dkt. No. 14983]

By: _____
David L. Stevens

Sworn to before me this
14th day of March., 2011

_____
Notary Public

RISA HAAS
Notary Public, State Of New York
No. 01HA4752904
Qualified In Kings County
Commission Expires May 31, 2011

## SERVICE LIST:

Shai Waisman, Esq.
Penny Reid, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Elisabeth Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004