> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                         :
                    Debtors.             :    (Jointly Administered)
------------------------------------------------------------------x
```

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

   **PLEASE TAKE NOTICE** that on March 14, 2011, Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed their one hundred fifth omnibus objection to claims (the "Debtors' One Hundred Fifth Omnibus Objection to Claims"), and that a hearing (the "Hearing") to consider the Debtors' One Hundred Fifth Omnibus Objection to Claims will be

held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of

the United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004, on **April 28, 2011 at 10:00 a.m. (Eastern Time)**, or as soon

thereafter as counsel may be heard.

    **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundred Fifth Omnibus Objection to Claims must be in writing, shall conform to the Federal

Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed

with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which

can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing

system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **April 13, 2011 at 4:00 p.m.**

**(Eastern Time)** (the "Response Deadline").

2

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' One Hundred Fifth Omnibus Objection to Claims or any

claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' One Hundred Fifth Omnibus Objection to Claims, which order may be entered with no

further notice or opportunity to be heard offered to any party.

Dated:  March 14, 2011
　　　　New York, New York

　　　　　　　　　　　　　　　　/s/ Shai Y. Waisman
　　　　　　　　　　　　　　　　Shai Y. Waisman

　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　　　　　　　　　Facsimile: (212) 310-8007

　　　　　　　　　　　　　　　　Attorneys for Debtors
　　　　　　　　　　　　　　　　and Debtors in Possession

US_ACTIVE:\43647491\02\58399.0008

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                       :        Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :        08-13555 (JMP)
                                            :
                    Debtors.                :        (Jointly Administered)
-------------------------------------------------------------------x
```

**DEBTORS' ONE HUNDRED FIFTH OMNIBUS**
**OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS ONE HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent as follows:

**<u>Relief Requested</u>**

1.      The Debtors file this one hundred fifth omnibus objection to claims

(the "One Hundred Fifth Omnibus Objection to Claims"), pursuant to section 502(b) of

title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure, and this Court's order approving procedures for the

filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"Procedures Order") [Docket No. 6664], seeking to disallow and expunge the claims

listed on Exhibit A annexed hereto.

2.      The Debtors have examined the proofs of claim identified on

Exhibit A and have determined that the proofs of claim listed on Exhibit A (collectively,

the "Settled Derivative Claims") should be disallowed and expunged as contrary to the

settlements that the parties have entered into.  Pursuant to this Court's order approving

procedures for the settlement or assumption and assignment of prepetition derivative

contracts (the "December Order") [Docket No. 2257], claimants and the Debtors have

negotiated settlements of disputes related to derivative claims.  These signed agreements

provide for resolution of the derivative claims with a payment to the Debtors, with no

amounts being due between the parties, or with the counterparty being granted an allowed

derivative claim against one or more Debtor counterparties for a release of all of the

2

derivative claims the claimant has asserted against any other Debtors related thereto.  The proofs of claim being objected to are not consistent with such settlements as they seek to recover amounts from the Debtors based on the prepetition derivative contracts.  The Debtors, therefore, request that the Court disallow and expunge the Settled Derivative Claims.

## **Jurisdiction**

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## **Background**

4.      Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

6.      On December 16, 2008, the Court entered the December Order, which approved and established specific procedures by which the Debtors could settle claims arising from the termination of prepetition derivative contracts.

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

### The Settled Derivative Claims Should Be Disallowed and Expunged

9.      In their review of the claims filed on the claims register in these cases, the Debtors have identified the claims on Exhibit A as being claims for which the Debtors specifically negotiated an agreement with the claimants for a payment to the Debtors, for zero dollars, or for an allowed derivative claim against one or more Debtors in exchange for a release of all other related derivative claims.  The Settled Derivative Claims are not consistent with the signed agreements, which provide that the applicable Debtors have no liability under the relevant derivative contracts.

10.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS

660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).

11.    Pursuant to the December Order, the Debtors engaged in

negotiations with certain claimants that had filed proofs of claim against the Debtors

asserting obligations based on prepetition derivative contracts.  The Debtors and these

claimants negotiated and agreed that these derivative claims would be resolved by (i) no

amounts being due between the parties, (ii) the claimants making a payment to the

Debtors, or (iii) the claimant having an allowed claim against one or more Debtor

counterparties in exchange for a release of all other Debtors against which it has asserted

derivative claims related thereto.  The agreements are reflected in written "Termination

Agreements" or similar documents executed by the relevant Debtor and the holder of the

Settled Derivative Claim.  In order to properly reflect the Debtors' and claimants'

agreements, the Debtors request that the Court disallow and expunge in their entirety the

Settled Derivative Claims listed on Exhibit A.

### Notice

12.    No trustee has been appointed in these chapter 11 cases.  The

Debtors have served notice of this One Hundred Fifth Omnibus Objection to Claims on

(i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities

and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A;

and (vii) all other parties entitled to notice in accordance with the procedures set forth in

the second amended order entered on June 17, 2010, governing case management and

5

administrative procedures for these cases [Docket No. 9635].  The Debtors submit that no

other or further notice need be provided.

13.     No previous request for the relief sought herein has been made by

the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting

the relief requested herein and such other and further relief as is just.

Dated: March 14, 2011
       New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

6

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 105: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP OLAN AND 3M SAVINGS PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-701 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20858 | $655,917.11 | Settled Derivative Claim |
| 2 | 3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN AND 3M SAVINGS PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-701 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21021 | $655,917.11 | Settled Derivative Claim |
| 3 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/21/2009 | 20212 | $6,000.00 | Settled Derivative Claim |
| 4 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/21/2009 | 20214 | $108,392.11 | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 105: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/21/2009 | 20215 | $69,000.00 | Settled Derivative Claim |
| 6 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20216 | Undetermined | Settled Derivative Claim |
| 7 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20217 | Undetermined | Settled Derivative Claim |
| 8 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20218 | $222,738.96 | Settled Derivative Claim |
| 9 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20219 | $222,738.96 | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 105: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20222 | Undetermined | Settled Derivative Claim |
| 11 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR, EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL 9200 EAST PANORAMA CIRCLE, SUITE 400 ENGLEWOOD, CO 80112 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20223 | Undetermined | Settled Derivative Claim |
| 12 | ASCENSION HEALTH RETIREMENT TRUST-CORE FULL ACCOUNT C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1207 385 E. COLORADO BLVD. PASADENA, CA 91105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20887 | $850,306.56 | Settled Derivative Claim |
| 13 | BREWSTER, MICHAEL J. 269 WEST LAKE BLVD MAHOPAC, NY 10541 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 34233 | $355,073.06 | Settled Derivative Claim |
| 14 | BUTTERFIELD BANK C/O DANIEL MCCLEARY 65 FRONT ST HAMILTON HM 12, BERMUDA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13899 | $1,611,333.79 | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 105: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | CNH PENSION TR-CORE PLUS FIXED INCOME C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1419 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 20917 | $451,901.58 | Settled Derivative Claim |
| 16 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER INTERNATIONAL VALUE FUND, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 29335 | $85,326.00 | Settled Derivative Claim |
| 17 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER INTERNATIONAL VALUE FUND, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 29336 | $85,156.00 | Settled Derivative Claim |
| 18 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER QUEST INTERNATIONAL VALUE FUND, INC., ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 29333 | $302,531.00 | Settled Derivative Claim |
| 19 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER QUEST INTERNATIONAL VALUE FUND, INC., ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 29334 | $301,929.00 | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 105: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF BRIGHT START COLLEGE SAVINGS TRUST (IL 529) PRINCIPAL PROTECTION INCOME PORTFOLIO ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29343 | $765.00 | Settled Derivative Claim |
| 21 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF BRIGHT START COLLEGE SAVINGS TRUST (IL 529) PRINCIPAL PROTECTION INCOME PORTFOLIO ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29344 | $765.00 | Settled Derivative Claim |
| 22 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTIONAL SHORT DURATION FIXED INCOME FUND, LLC ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29345 | $271.00 | Settled Derivative Claim |
| 23 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTIONAL SHORT DURATION FIXED INCOME FUND, LLC ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29346 | $271.00 | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 105: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OPPENHEIMERFUNDS, INC. ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29349 | $75,775.00 | Settled Derivative Claim |
| 25 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. TRANSFEROR: BANCA INTERMOBILIARE DI INVESTIMENTI E GESTIONI SPA C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT11 2PD UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20770 | $3,431,855.99 | Settled Derivative Claim |
| 26 | GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1771 385 E. COLORADO BLVD PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20956 | $116,077.07 | Settled Derivative Claim |
| 27 | GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1771 385 E. COLORADO BLVD PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20974 | $116,077.07 | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 105: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | HONG LEONG BANK BERHAD C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14075 | $7,531,734.52* | Settled Derivative Claim |
| 29 | HURLEY SACRAMENTO L.P. LISA WEIL, ESQ. COX, CASTLE & NICHOLSON LLP 555 CALIFORNIA STREET, 10TH FLOOR SAN FRANCISCO, CA 94104 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/12/2008 | 593 | $388,568.75 | Settled Derivative Claim |
| 30 | INTERCONTINENTAL OLYMPIC CLOVER CREEK, LLC C/O OLYMPIC INVESTORS LLC 2801 ALASKAN WAY, SUITE 200 SEATTLE, WA 98121 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/14/2009 | 3775 | $67,438.03 | Settled Derivative Claim |
| 31 | ISO NEW ENGLAND INC. ONE SULLIVAN ROAD HOLYOKE, MA 01040 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/21/2009 | 22747 | $1,664.79* | Settled Derivative Claim |
| 32 | JACKSON BOND, L.P. C/O AMBLING PROPERTY INVESTMENTS ATTN: GREG WRIGHT 7000 CENTRAL PARKWAY, SUITE 1100 ATLANTA, GA 30328 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22126 | $21,183.14 | Settled Derivative Claim |
| 33 | LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE, INC. ATTN: FINANCE DIRECTOR 315 SOUTH FLAGLER DRIVE WEST PALM BEACH, FL 33401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31095 | $50,000.00 | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 105: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | NRG POWER MARKETING LLC CONTRACT ADMINISTRATION 211 CARNEGIE CENTER PRINCETON, NJ 08540 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 33209 | $2,316,951.53 | Settled Derivative Claim |
| 35 | OPPENHEIMER MASTER INTERNATIONAL VALUE FUND LLC ATTN: AMEE KANTESARIA 6803 SOUTH TUCSON WAY CENTENNIAL, CO 80112 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30727 | $95,797.34* | Settled Derivative Claim |
| 36 | OPPENHEIMER MASTER INTERNATIONAL VALUE FUND LLC ATTN: AMEE KANTESARIA TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK, NY 10281 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30728 | $95,797.34* | Settled Derivative Claim |
| 37 | OREGON PUBLIC EMPLOYEES RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-984 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20880 | $11,450,293.77 | Settled Derivative Claim |
| 38 | OREGON PUBLIC EMPLOYEES RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1082 385 E. COLORADO BLVD PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21037 | $11,450,293.77 | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 105: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | PLAINFIELD DIRECT INC. C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 33469 | $3,413,620.00* | **Settled Derivative Claim** |
| 40 | RESOLUTE ANETH, LLC JAMES M. PICCONE, PRESIDENT 1675 BROADWAY, SUITE 1950 DENVER, CO 80202 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 02/18/2009 | 2882 | $915,542.00 | **Settled Derivative Claim** |
| 41 | RIC PLC THE  U.S. BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 30851 | $4,275.07 | **Settled Derivative Claim** |
| 42 | ROSSLYN SERIES, LLC C/O LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 28936 | Undetermined | **Settled Derivative Claim** |
| 43 | ROSSLYN SERIES, LLC C/O LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 28937 | Undetermined | **Settled Derivative Claim** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 105: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 44 | SOUTHHAVEN PARTNERS I LP C/O AMBLING PROPERTY INVESTMENTS ATTN:  GREG WRIGHT 7000 CENTRAL PARKWAY SUITE 1100 ATLANTA, GA 30328 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22120 | $68,989.36 | Settled Derivative Claim |
| 45 | TFL PENSION FUND ATTN: PETER R. LA TRONICA C/O BRIDGEWATER ASSOCIATES, INC., AS AUTHORIZED AGENT ONE GLENDINNING PLACE WESTPORT, CT 06880 <br><br>TRANSFERRED TO: BRIDGEWATER ASSOCIATES, LP TRANSFEROR: TFL PENSION FUND ATTN: ALISON GREGORY ONE GLENDINNING PLACE WESTPORT, CT 06880 | 08-13901 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20778 | $87,863.01 <br><br><br> $735,245.58 | Settled Derivative Claim |
| 46 | THE ROYAL BANK OF SCOTLAND PLC TRANSFEROR: ROYAL BANK AMERICA ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD, CT 06901 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21870 | Undetermined | Settled Derivative Claim |
| 47 | THE ROYAL BANK OF SCOTLAND PLC TRANSFEROR: ROYAL BANK AMERICA ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD, CT 06901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40358 | Undetermined | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 105: EXHIBIT A – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 48 | VAN KAMPEN CORPORATE BOND FUND C/O VAN KAMPEN ASSET MANAGEMENT ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN, PA 19428-288 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27116 | $34,416.00* | Settled Derivative Claim |
| 49 | VITOL INC C/O K&L GATES LLP ATTN: ERIC T. MOSER 599 LEXINGTON AVE NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15012 | $64,766.93 | Settled Derivative Claim |
| 50 | WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD. ATTN: ARLENE R. ALVES C/O SEWARD & KISSEL LLP ONE BATTERY PLAZA NEW YORK, NY 10004-1485 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 33264 | $1,808,000.00* | Settled Derivative Claim |
| | | | | | TOTAL | $50,328,559.30 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                   :        **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
                                                        :
                              **Debtors.**              :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

Upon the one hundred fifth omnibus objection to claims, dated March 14, 2011 (the "One Hundred Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Settled Derivative Claims on the grounds that the Debtors and claimants have agreed that the Settled Derivative Claims seek recovery of monies for which the applicable Debtors are not liable, all as more fully described in the One Hundred Fifth Omnibus Objection to Claims; and due and proper notice of the One Hundred Fifth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached to the One

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Fifth Omnibus Objection to Claims.

Hundred Fifth Omnibus Objection to Claims; and (vii) all other parties entitled to notice

in accordance with the procedures set forth in the second amended order entered on June

17, 2010, governing case management and administrative procedures for these cases

[Docket No. 9635]; and it appearing that no other or further notice need be provided; and

the Court having found and determined that the relief sought in the One Hundred Fifth

Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the One

Hundred Fifth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Fifth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

Settled Derivative Claims listed on Exhibit 1 annexed hereto are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the

Settled Derivative Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the

One Hundred Fifth Omnibus Objection to Claims that does not appear on Exhibit 1

annexed hereto; and it is further

US_ACTIVE:\43647493\02\58399.0008

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2011
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43647493\02\58399.0008