---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF DEBTORS' ONE HUNDRED SIXTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
--------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED SIXTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

**PLEASE TAKE NOTICE** that on March 14, 2011, Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed their one hundred sixth omnibus objection to claims (the "Debtors' One Hundred Sixth Omnibus Objection to Claims"), and that a hearing

(the "Hearing") to consider the Debtors' One Hundred Sixth Omnibus Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **April 28, 2011 at 10:00 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One Hundred Sixth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than **April 13, 2011 at 4:00 p.m.**

**(Eastern Time)** (the "Response Deadline").

      **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' One Hundred Sixth Omnibus Objection to Claims or any

claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' One Hundred Sixth Omnibus Objection to Claims, which order may be entered with no

further notice or opportunity to be heard offered to any party.

Dated:  March 14, 2011
      New York, New York

                      /s/ Shai Y. Waisman
                      Shai Y. Waisman

                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      Attorneys for Debtors
                      and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------------x

**DEBTORS' ONE HUNDRED SIXTH OMNIBUS**
**OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

<div style="border:1px solid">

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS ONE HUNDRED SIXTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

</div>

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent:

### **Relief Requested**

1.      The Debtors file this one hundred sixth omnibus objection to

claims (the "One Hundred Sixth Omnibus Objection to Claims"), pursuant to section

502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order

approving procedures for the filing of omnibus objections to proofs of claim filed in these

chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking the disallowance

and expungement of the claims listed on Exhibit A annexed hereto.

2.      The Debtors have examined the proofs of claim identified on

Exhibit A and have determined that the proofs of claim listed under the heading "*Claims

to be Disallowed and Expunged*" (collectively, the "Amended and Superseded Claims")

have been amended and superseded by at least one subsequently filed, corresponding

claim identified under the heading "*Surviving Claims*" (collectively, the "Surviving

Claims").  The Debtors seek the disallowance and expungement from the Court's claims

register of the Amended and Superseded Claims and preservation of the Debtors' right to

later object to any Surviving Claim on any basis.

3.      This One Hundred Sixth Omnibus Objection to Claims does not

affect any of the Surviving Claims and does not constitute any admission or finding with

respect to any of the Surviving Claims.  Further, the Debtors reserve all their rights to

object on any basis to any Amended and Superseded Claim as to which the Court does

not grant the relief requested herein.

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28

U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      Commencing on September 15, 2008, and periodically thereafter,

LBHI and certain of its subsidiaries commenced with this Court voluntary cases under

chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been

consolidated for procedural purposes only and are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of

the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for Region 2

(the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to

section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas

as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order,

dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's

appointment of the Examiner.  The Examiner has filed his report pursuant to section

1106(b) of the Bankruptcy Code [Docket No. 7531].

8.    On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**<u>The Amended and Superseded Claims Should Be Disallowed and Expunged</u>**

9.    In reviewing the claims filed on the claims register in these cases and maintained by the Court-appointed claims agent, the Debtors have determined that each Amended and Superseded Claim on <u>Exhibit A</u> has been amended and superseded by the corresponding Surviving Claim that was subsequently filed by or on behalf of the same creditor.

10.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

11.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  Claims that are amended and superseded by subsequent claims filed by the same creditor are routinely disallowed and expunged.  *See, e.g.*, *In re Enron Corp.*, Case No. 01 B 16034 (AJG), 2005 WL 3874285, at *1 n.1 (Bankr. S.D.N.Y. Oct.

5, 2005) (noting that "[i]n as much as the Initial Claim was amended and superceded by the Amended Claim, it was disallowed and expunged . . . ."); *In re Best Payphones, Inc.*, Case No. 01-15472, 2002 WL 31767796, at *4, 11 (Bankr. S.D.N.Y. Dec. 11, 2002) (expunging amended, duplicative claim).

12.     The Debtors cannot be required to pay on the same claim more than once. *See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally disallowed."). Elimination of redundant claims will also enable the Debtors to maintain a claims register that more accurately reflects the proper claims existing against the Debtors.

13.     Accordingly, to avoid the possibility of multiple recoveries by the same creditor, the Debtors request that the Court disallow and expunge in their entirety the Amended and Superseded Claims listed on <u>Exhibit A</u>.[1] The Surviving Claims will remain on the claims register subject to further objections on any basis.

### **Notice**

14.     No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this One Hundred Sixth Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on <u>Exhibit A</u> annexed hereto; and (vii) all other parties entitled to notice in accordance with the

---

[1]   Where a creditor has filed different documentation in support of the Amended and Superseded Claim and the Surviving Claim, the Debtors will treat all documentation filed with the claims as having been filed in support of the Surviving Claim.

procedures set forth in the second amended order entered on June 17, 2010, governing

case management and administrative procedures for these cases [Docket No. 9635].  The

Debtors submit that no other or further notice need be provided.

   15. No previous request for the relief sought herein has been made by

the Debtors to this or any other Court.

   WHEREFORE the Debtors respectfully request that the Court grant the

relief requested herein and such other and further relief as is just.

Dated: March 14, 2011
  New York, New York

       /s/ Shai Y. Waisman
       Shai Y. Waisman

       WEIL, GOTSHAL & MANGES LLP
       767 Fifth Avenue
       New York, New York 10153
       Telephone: (212) 310-8000
       Facsimile: (212) 310-8007

       Attorneys for Debtors
       and Debtors in Possession

# EXHIBIT A

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | 1407 BROADWAY REAL ESTATE LLC C/O THE LIGHTSTONE GROUP ATTN: JOSEPH TEICHMAN 1985 CEDAR BRIDGE AVE, SUITE 1 LAKEWOOD, NJ 08701 | 08/20/2010 | 08-13900 (JMP) | 67030 | $2,471,814.73* | 1407 BROADWAY REAL ESTATE, LLC C/O THE LIGHTSTONE GROUP ATTN: JOSPEH TOLCHMAN 1986 CEDAR BRIDGE AVE, SUITE 1 LAKEWOOD, NJ 08701 | 12/17/2010 | 08-13900 (JMP) | 67259 | Undetermined |
| 2 | 1407 BROADWAY REAL ESTATE LLC C/O THE LIGHTSTONE GROUP ATTN: JOSEPH TEICHMAN 1985 CEDAR BRIDGE AVE, SUITE 1 LAKEWOOD, NJ 08701 | 08/20/2010 | 08-13555 (JMP) | 67032 | $2,471,814.73* | 1407 BROADWAY REAL ESTATE, LLC C/O THE LIGHTSTONE GROUP ATTN: JOSEPH TELCHMAN 1985 CEDAR BRIDGE AVE, SUITE 1 LAKEWOOD, NJ 08701 | 12/14/2010 | 08-13555 (JMP) | 67253 | Undetermined |
| 3 | AMERICAN HOME ASSURANCE COMPANY JAPAN BRANCH AIG TOWER 20F ATTN: YASUO GOTO, INVESTMENT AND FINANCIAL RISK CONTROL OFFICE 1-2-4 KINSHI SUMIDA-KU TOKYO, 130-8562 JAPAN | 09/18/2009 | 08-13555 (JMP) | 18773 | $1,307,392.00* | AMERICAN HOME ASSURANCE COMPANY JAPAN BRANCH AIG TOWER 20F ATTN: YASUO GOTO 1-2-4 KINSHI SUMIDA-KU, TOKYO, 130-8562 JAPAN | 10/30/2009 | 08-13555 (JMP) | 59019 | $3,831,785.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | BANCO ITAU BBA S.A. - NASSAU BRANCH WEST BAY STREET - PO BOX N-7788 NASSAU - COMMONWEALTH OF THE BAHAMAS C/O MUNDOSTAR S.A. PLAZA INDEPENDENCIA 831, SUITES 707 AND 708 MONTEVIDEO, URUGUAY | 09/21/2009 | 08-13888 (JMP) | 22103 | $2,482,948.39* | BANCO ITAU BBA S.A.- NASSAU BRANCH WEST BAY STREET P.O. BOX N-7788 NASSAU, BAHAMAS | 02/15/2011 | 08-13888 (JMP) | 67339 | $2,482,948.39 |
| 5 | BANCO ITAU BBA S.A. - NASSAU BRANCH WEST BAY STREET - PO BOX N-7788 NASSAU - COMMONWEALTH OF THE BAHAMAS C/O MUNDOSTAR S.A. PLAZA INDEPENDENCIA 831, SUITES 707 AND 708 MONTEVIDEO, URUGUAY | 09/21/2009 | 08-13555 (JMP) | 22104 | $2,482,948.39* | BANCO ITAU BBA S.A. - NASSAU BRANCH WEST BAY STREET P.O. BOX N-7788 NASSAU, BAHAMAS | 02/15/2011 | 08-13555 (JMP) | 67338 | $2,482,948.39 |
| 6 | BANK OF AMERICA, N.A. C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK, NY 10022 | 09/21/2009 | 08-13900 (JMP) | 20150 | Undetermined | BANK OF AMERICA, N.A. C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK, NY 10022 | 02/15/2011 | 08-13900 (JMP) | 67340 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | BENETTON INTERNATIONAL SA ATTN: ALESSANDRO LUCCHETTA 1, PLACE D'ARMES LUXEMBOURG, L-1136 LUXEMBOURG | 09/17/2009 | 08-13901 (JMP) | 15792 | $1,491,180.44* | BENETTON INTERNATIONAL SA ATTN: ALESSANDRO LUCCHETTA 1, PLACE D'ARMES, L-1136 , L-1136 LUXEMBOURG | 02/08/2011 | 08-13901 (JMP) | 67327 | $4,146,000.00 |
| 8 | BENETTON INTERNATIONAL SA ATTN: ALESSANDRO LUCCHETTA 1, PLACE D/ARMES LUXEMBOURG, L-1136 LUXEMBOURG | 09/17/2009 | 08-13555 (JMP) | 15791 | $1,491,180.44* | BENETTON INTERNATIONAL SA ATTN: ALESSANDRO LUCCHETTA 1 PLACE D'ARMES , L-1136 LUXEMBOURG | 02/08/2011 | 08-13555 (JMP) | 67328 | $4,146,000.00 |
| 9 | BNP PARIBAS ATTN: KATHRYN QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK, NY 10019-6018 | 10/25/2010 | 08-13555 (JMP) | 67143 | $888,452,893.11* | BNP PARIBAS ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK, NY 10019-6018 | 02/25/2011 | 08-13555 (JMP) | 67346 | $882,732,829.89* |
| 10 | BNP PARIBAS ATTN: JAMES GOODALL AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK, NY 10019-6018 | 04/09/2010 | 08-13555 (JMP) | 66520 | $902,781,076.68* | BNP PARIBAS ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK, NY 10019-6018 | 02/25/2011 | 08-13555 (JMP) | 67346 | $882,732,829.89* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 11 | BOHM, ACHIM SAARLANDSTR. 25 BOCHUM, 44866 GERMANY | 08/24/2009 | 08-13555 (JMP) | 9140 | $7,000.00 | BOHM, ACHIM SAARLANDSTR. 25 BOCHUM, 44866 GERMANY | 10/13/2009 | 08-13555 (JMP) | 37414 | **Undetermined** |
| 12 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | 08/31/2009 | 08-13555 (JMP) | 9812 | $909,516.00 | BOILERMAKER-BLACKSMITH NATL PENSION TR 756 MINNESOTA AVE KANSAS CITY, KS 66101 | 11/16/2010 | 09-10558 (JMP) | 67211 | $909,516.00 |
| 13 | BUORA, CARLO VIA LANZONE, 2 MILANO, 20123 ITALY | 10/19/2009 | 08-13555 (JMP) | 41521 | $2,221,908.00 | BUORA, CARLO ATTN: DAVID DYKHOUSE C/O PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/29/2009 | 08-13555 (JMP) | 56774 | $2,222,064.00* |
| 14 | CALZADA REBOLLEDO, ROSA MARIA CLAUDIA ELENA SHARPE CALZADA BEETHOVEN 111 COL LEON MODERNO LEON GUANJUATO, 37480 MEXICO | 01/26/2009 | 08-13555 (JMP) | 1954 | $105,000.00 | CALZADA REBOLLEDO, ROSA MARIA & SHARPE CALZADA, CLAUDIA ELENA BEETHOVEN 111 COL LEON MODERNO LEON GUANJUATO, 37480 MEXICO | 10/29/2009 | 08-13555 (JMP) | 56936 | $105,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 15 CAMARENA PADILLA, EDUARDO / MA.DE LA LUZ CAMARENA PADILLA 220 ANTONIO ALZATE FRACC HIDALGO LEON GUANAJUATO, 37220 MEXICO | 03/24/2009 | 08-13555 (JMP) | 3490 | $294,000.00 | CAMARENA PADILLA, EDUARDO & MARIA DE LA LUZ 220 ANTONIO ALZATE FRACC HIDALGO LEON GUANAJUATO, 37220 MEXICO | 10/29/2009 | 08-13555 (JMP) | 56943 | $294,000.00 |
| 16 CAMARENA PADILLA, SOCORRO / MA DE LA LUZ CAMARENA PADILLA BLVD CAMPESTRE 1102 COL VALLE DEL CAMPESTRE LEON GTO, 37150 MEXICO | 03/24/2009 | 08-13555 (JMP) | 3488 | $241,000.00 | CAMARENA PADILLA, SOCORRO & MA DE LA LUZ BLVD CAMPESTRE 1102 COL VALLE DEL CAMPESTRE LEON GTO, 37150 MEXICO | 10/29/2009 | 08-13555 (JMP) | 56942 | $241,000.00 |
| 17 CHU LAI CHING & TSANG OI YAN RM 808 8/F PAKPOLEE COMM CTR 1A SAI YEUNG CHOI ST MONGKOK KLN, HONG KONG | 11/23/2009 | 08-13555 (JMP) | 65670 | $64,181.56* | CHU, LAI CHING & TSANG, OI YAN RM 808 PAKPOLEE COMM CENTRE 1A SAI YEUNG CHOI STREET MONGKOK, HONG KONG | 10/26/2009 | 08-13555 (JMP) | 47362 | $64,181.56* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 18 | COLIN, JACQUELINE CLOS A.CROMMELYNCK, 43 AUDERGHEM, 1160 BELGIUM | 07/27/2009 | | 6449 | $23,556.39 | COLIN, JACQUELINE CLOS A.CROMMELYNCK, 43 AUDERGHEM, 1160 BELGIUM | 10/30/2009 | 08-13555 (JMP) | 59044 | $23,422.08 |
| 19 | COLIN, JACQUELINE CLOS A.CROMMELYNCK, 43 AUDERGHEM, 1160 BELGIUM | 02/20/2009 | 08-13555 (JMP) | 2929 | $21,107.80 | COLIN, JACQUELINE CLOS A.CROMMELYNCK, 43 AUDERGHEM, 1160 BELGIUM | 10/30/2009 | 08-13555 (JMP) | 59044 | $23,422.08 |
| 20 | COVARRUBIAS, FRANCISCO OROZCO CIRCUNVALACION NTE #129 COL NORTE AGUASCALIENTES AGS, 20020 MEXICO | 08/26/2009 | | 9467 | Undetermined | OROZCO COVARRUBIAS, FRANCISCO CIRCUNVALACION NTE #129 COL NORTE AGUASCALIENTES AGS, 20020 MEXICO | 10/28/2009 | 08-13555 (JMP) | 51092 | $200,000.00 |
| 21 | CRC CREDIT FUND FKA CRC GLOBAL STRUCTURED CREDIT FUND, LTD ATTN: RICHARD ROBB CHRISTOFFERSON, ROBB & COMPANY, LLC 720 FIFTH AVENUE, 14TH FLOOR NEW YORK, NY 10019 | 09/09/2009 | 08-13555 (JMP) | 10929 | $150,496,788.00* | CRC CREDIT FUND LTD C/O CHRISTOFFERSON, ROBB & COMPANY, LLC ATTN: RICHARD ROBB 720 FIFTH AVENUE, 14TH FLOOR NEW YORK, NY 10019 | 12/20/2010 | 08-13555 (JMP) | 67271 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 22 CREDITO PRIVATO COMMERCIALE SA VIA ZURIGO 46 LUGANO, 6901 SWITZERLAND | 09/23/2009 | 08-13555 (JMP) | 34703 | $73,400.00 | CREDITO PRIVATO COMMERCIALE SA VIA ZURIGO 46 LUGANO, 6901 SWITZERLAND | 10/22/2009 | 08-13555 (JMP) | 44212 | $71,180.00 |
| 23 CREDITO PRIVATO COMMERCIALE SA VIA ZURIGO 46 LUGANO, 6901 SWITZERLAND | 09/23/2009 | 08-13555 (JMP) | 34702 | $205,520.00 | CREDITO PRIVATO COMMERCIALE SA VIA ZURIGO 46 LUGANO, 6901 SWITZERLAND | 10/22/2009 | 08-13555 (JMP) | 44208 | $199,304.00 |
| 24 CREDITO PRIVATO COMMERCIALE SA VIA ZURIGO 46 LUGANO, 6901 SWITZERLAND | 09/21/2009 | 08-13555 (JMP) | 24224 | $88,080.00 | CREDITO PRIVATO COMMERCIALE SA VIA ZURIGO 46 LUGANO, 6901 SWITZERLAND | 10/22/2009 | 08-13555 (JMP) | 44209 | $85,416.00 |
| 25 DAMY GOMEZ, EDUARDO E. & MARIA T. MONRAZ DE DAMY AND OTHERS 827 UNION PACIFIC BLVD. PMB712103 LAREDO, TX 78045 | 02/06/2009 | 08-13555 (JMP) | 2603 | $100,000.00 | DAMY GOMEZ, EDUARDO E AND OTHERS 103103 2163 LIMA LOOP LAREDO LAREDO, TX 78045 | 10/28/2009 | 08-13555 (JMP) | 51134 | $100,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 26 | DE LA LUZ CAMAREN PADILLA, MARIA /ROSA EVELIA CAMARENA PADILLA 308 MONTANA JARDINES DEL MORAL LEON GUANAJUATO, 37160 MEXICO | 03/24/2009 | 08-13555 (JMP) | 3491 | $727,000.00 | CAMARENA PADILLA, MA DE LA LUZ & ROSA EVELIA 380 MONTANA, JARDINES DEL MORAL LEON GUANAJUATO, 37160 MEXICO | 10/29/2009 | 08-13555 (JMP) | 56945 | $727,000.00 |
| 27 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | 09/22/2009 | 08-13888 (JMP) | 27978 | $72,686,017.00* | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | 01/25/2011 | 08-13888 (JMP) | 67312 | $54,500,000.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 28  DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | 09/22/2009 | 08-13555 (JMP) | 27977 | $72,686,017.00* | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | 01/25/2011 | 08-13555 (JMP) | 67311 | $54,500,000.00* |
| 29  DRAKE OFFSHORE MASTER FUND, LTD., THE ATTN: STEVEN LUTTRELL, C/O DRAKE MANAGEMENT LLC 660 MADISON AVENUE, 16TH FLOOR NEW YORK, NY 10065 | 06/23/2009 | 08-13555 (JMP) | 4978 | $19,983,951.88 | DRAKE OFFSHORE MASTER FUND, LTD. THE ATTN: STEVEN LUTTRELL C/0 DRAKE MANAGEMENT LLC 660 MADISON AVE, 16TH FLOOR NEW YORK, NY 10065 | 09/22/2009 | 08-13555 (JMP) | 30667 | $19,985,028.88* |
| 30  E. SUN COMMERCIAL BANK, LTD. OFFSHORE BANKING BRANCH 5F, NO. 117 SEC 3. MINSHENG E. RD TAIPEI, TAIWAN, PROVINCE OF CHINA | 09/14/2009 | 08-13555 (JMP) | 12619 | $10,140,283.33 | E. SUN COMMERCIAL BANK, LTD., OFFSHORE BANKING BRANCH 5F, NO. 117, SEC. 3 MINSHENG E. RD. TAIPEI, TAIWAN, PROVINCE OF CHINA | 09/18/2009 | 08-13555 (JMP) | 19414 | $10,140,283.33 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 31 | EGBERINK, MARTIN UILENBURG 32 DEN BOSCH, 5211 EV NETHERLANDS | 10/30/2009 | 08-13555 (JMP) | 60032 | $70,755.00 | MEGBERINK WILENBURG 32 S HERTOGENBOSCH, 5211 EV NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 63096 | **Undetermined** |
| 32 | EMF-UK 2008-1 PLC C/O WILMINGTON TRUST SP SERVICES LONDON LIMITED FIFTH FLOOOR 6 BROAD STREET PLACE LONDON, EC2M 7JH UNITED KINGDOM | 09/22/2009 | 08-13888 (JMP) | 28795 | $12,455,552.96* | EMF-UK 2008-1 PLC C/O WILMINGTON TRUST SP SERVICES LONDON LIMITED FIFTH FLOOOR 6 BROAD STREET PLACE LONDON, EC2M 7JH UNITED KINGDOM | 01/25/2011 | 08-13888 (JMP) | 67307 | $101,741,682.61 |
| 33 | EMF-UK 2008-1 PLC C/O WILMINGTON TRUST SP SERVICES LONDON LIMITED FIFTH FLOOOR 6 BROAD STREET PLACE LONDON, EC2M 7JH UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28796 | $12,455,552.96* | EMF-UK 2008-1 PLC C/O WILMINGTON TRUST SP SERVICES LONDON LIMITED FIFTH FLOOOR 6 BROAD STREET PLACE LONDON, EC2M 7JH UNITED KINGDOM | 01/25/2011 | 08-13555 (JMP) | 67310 | $101,741,682.61 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 34 | EUROSAIL PRIME UK 2007 A PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET PLACE LONDON, EC2M 7JH UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28816 | $97,279,501.08* | EUROSAIL PRIME-UK 2007-A PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET PLACE LONDON, EC2M 7JH UNITED KINGDOM | 01/25/2011 | 08-13555 (JMP) | 67309 | $144,846,195.47 |
| 35 | EUROSAIL PRIME UK 2007 A PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET PLACE LONDON, EC2M 7JH UNITED KINGDOM | 09/22/2009 | 08-13888 (JMP) | 28815 | $97,279,501.08* | EUROSAIL PRIME-UK 2007-A PLC C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET PLACE LONDON, EC2M 7JH UNITED KINGDOM | 01/25/2011 | 08-13888 (JMP) | 67308 | $144,846,195.47 |
| 36 | FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS PELIKANSTRASSE 37 PO BOX 1376 ZURICH, 8021 SWITZERLAND | 10/30/2009 | 08-13555 (JMP) | 58692 | Undetermined | FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS PELIKANSTRASSE 37 PO BOX 1376 ZURICH, 8021 SWITZERLAND | 02/08/2011 | 08-13555 (JMP) | 67326 | $17,560,542.47* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 37 | FLEXOR MULTI-MANAGER FUND, LTD., THE ONE MONTAGUE PLACE 1ST FLOOR, EAST BAY STREET PO BOX N-4906 NASSAU, BAHAMAS | 09/04/2009 | 08-13555 (JMP) | 10364 | $650,000.00 | FLEXOR MULTI-MANAGER FUND, LTD., THE ONE MONTAGUE PLACE 1ST FLOOR, EAST BAY STREET PO BOX N-4906 NASSAU, BAHAMAS | 10/05/2009 | 08-13555 (JMP) | 36288 | $650,000.00 |
| 38 | GEIST, HARALD KARLSTR. 3 HAMBURG, 22085 GERMANY | 09/23/2009 | 08-13555 (JMP) | 34645 | $71,719.85 | GEIST, HARALD KARLSTR. 3 HAMBURG, 22085 GERMANY | 10/09/2009 | 08-13555 (JMP) | 37316 | $71,005.00 |
| 39 | GEMINIS SECURITIES LIMITED - A/C CLIENTS ROOM 1503, CHEUNG KONG CENTER 2ND QUEEN'S ROAD CENTRAL HONG KONG, CHINA | 11/25/2008 | 08-13555 (JMP) | 1113 | Undetermined | GEMINIS SECURITIES LIMITED - A/C CLIENT 1503 CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL HONG KONG | 10/14/2009 | 08-13555 (JMP) | 40270 | $80,645.00 |
| 40 | GIL PUIG, MARIA DESAMPARADOS C/ CONDE OLOCAU 1 - 11 VALENCIA, 46003 SPAIN | 08/17/2009 | 08-13555 (JMP) | 9016 | Undetermined | PUIG, AMPARO GIL C/CONDE OLOCAU 1-11 VALENCIA, 46003 SPAIN | 10/30/2009 | 08-13555 (JMP) | 57855 | $14,151.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 41 | GJERMSTAD, GURIFORID STALFJORA 32F OSLO, 0975 NORWAY | 09/28/2009 | 08-13555 (JMP) | 35054 | $11,663.70 | GJERMSTAD, GURID JORID STALFJERA 32F OSLO, 0975 NORWAY | 11/02/2009 | 08-13555 (JMP) | 61365 | $11,663.70 |
| 42 | GOMEZ, EDUARDO E. DAMY & MARIA T. MONRAZ DE DAMY AND OTHERS 827 UNION PACIFIC BLVD. PMB712103 LAREDO, TX 78045 | 02/06/2009 | 08-13555 (JMP) | 2602 | $100,000.00 | DAMY GOMEZ, EDUARDO E AND OTHERS 103103 2163 LIMA LOOP LAREDO LAREDO, TX 78045 | 10/28/2009 | 08-13555 (JMP) | 51134 | $100,000.00 |
| 43 | GREAT BAY CONDOMINIUM OWNERS ASSOCIATION, INC. C/O DICKSTEIN SHAPIRO LLP SAM J. ALBERTS 1825 EYE STREET, NW WASHINGTON, DC 20006-5403 | 09/22/2009 | 08-13555 (JMP) | 31955 | $2,000,000.00* | GREAT BAY CONDOMINIUM OWNERS ASSOCIATION, INC. C/O DICKSTEIN SHAPIRO LLP SAM J. ALBERTS 1825 EYE STREET, NW WASHINGTON, DC 20006-5403 | 11/02/2009 | 08-13555 (JMP) | 62855 | $2,000,000.00* |
| 44 | HARDERS, RICHARD NEUTORSTRASSE 111 EMDEN, 26721 GERMANY | 10/30/2009 | 08-13555 (JMP) | 59223 | $33,426.64 | HARDERS, RICHARD NEUTO. STR. 111 EMDEN, 26721 GERMANY | 11/02/2009 | 08-13555 (JMP) | 61004 | $58,480.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 45 HART,LESLIE A. 9 KENSINGTON ROAD MADISON, NJ 07940 | 09/11/2009 | 08-13555 (JMP) | 11462 | Undetermined | HART, LESLIE A. 9 KENSINGTON ROAD MADISON, NJ 07940 | 09/11/2009 | 08-13555 (JMP) | 11463 | $27,338.00 |
| 46 HART,LESLIE A. 9 KENSINGTON ROAD MADISON, NJ 07940 | 09/11/2009 | 08-13555 (JMP) | 11461 | Undetermined | HART, LESLIE A. 9 KENSINGTON ROAD MADISON, NJ 07940 | 09/11/2009 | 08-13555 (JMP) | 11463 | $27,338.00 |
| 47 HAYKIN, DANIEL S. 16234 E PRENTICE PL CENTENNIAL, CO 80015-4174 | 08/21/2009 | | 8940 | $20,769.23 | HAYKIN, DANIEL S. 16234 E PRENTICE PL CENTENNIAL, CO 80015-4174 | 02/16/2011 | 08-13555 (JMP) | 67341 | $20,769.23 |
| 48 HONG, LI PING & CHUN, LAM FUK PETER C PAN & CO SOLICITORS OFFICE C1, 14/F GAYLORD COMMERCIAL BUILDING NOS. 114-118 LOCKHART ROAD HONG KONG | 06/16/2009 | 08-13555 (JMP) | 4901 | Undetermined | LI PING, HONG FLAT A 45/F TOWER 2 GRAND WATERFRONT 38 SAN MA TAU STREET TO KWA WAN, KLN, HONG KONG | 10/13/2009 | 08-13555 (JMP) | 37927 | $128,464.00* |
| | | | | | LAM FUK CHUN FLAT A 45/F BLOCK 2 GRAND WATERFRONT 38 SAN MA TAU STREET KOWLOON CITY, KLN, HONG KONG | 10/13/2009 | 08-13555 (JMP) | 39308 | $128,464.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 49 HUANG FU MEI AND LIN YU CHIN CHEN TAH SPECIAL METAL CO. NO. 134 SEC 1 KWANG FU ROAD SAN CHUNG CITY, TAIPEI, TAIWAN, PROVINCE OF CHINA | 12/29/2008 | 08-13555 (JMP) | 1488 | Undetermined | MEI, HUANG FU/LIN YU CHIN C/O CHEN TAH SPECIAL METAL CO NO 134 SEC 1 KWANG FU RD SAN CHUNG CITY TAIPEI, TAIWAN, PROVINCE OF CHINA | 10/06/2009 | 08-13555 (JMP) | 36669 | $172,672.66* |
| 50 HULSMAUN, REINHARD AND ELISABETH ROSENSTRASSE 13A EBENHAUSEN, D-82067 GERMANY | 10/19/2009 | 08-13555 (JMP) | 41546 | Undetermined | HUELSMANN, REINHARD AND ELISABETH ROSENSTR. 13A EBENHAUSEN, D-82067 GERMANY | 10/15/2009 | 08-13555 (JMP) | 40429 | $7,075.00 |
| 51 JANUS SYSTEMS S A INTL TECNOPARK OF PANAMA BLDG 218, APTDO 10701, EL DORADO CITY OF KNOWLEDGE, PANAMA | 09/21/2009 | 08-13555 (JMP) | 24550 | $150,000.00 | JANUS SYSTEMS S A INTL TECNOPARK OF PANAMA BLDG 218, APT 10701 EL DORADO CITY OF KNOWLEDGE, PANAMA | 10/29/2009 | 08-13555 (JMP) | 55211 | $150,000.00 |
| 52 JUICE ENERGY, INC. ATTN: D. BRADLEY CLEMENTS, ESQ. LONDON AND MEAD 1225 19TH STREET, N.W., SUITE 320 WASHINGTON, DC 20036 | 09/22/2009 | 08-13885 (JMP) | 28516 | $26,000,000.00* | JUICE ENERGY, INC. D. BRADLEY CLEMENTS, ESQ. LONDON AND MEAD 1225 19TH STREET, N.W., SUITE 320 WASHINGTON, DC 20036 | 02/28/2011 | 08-13885 (JMP) | 67348 | $3,850,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 53 JUICE ENERGY, INC. ATTN: D. BRADLEY CLEMENTS, ESQ. LONDON AND MEAD 1225 19TH STREET, N.W., SUITE 320 WASHINGTON, DC 20036 | 09/22/2009 | 08-13555 (JMP) | 28514 | $26,000,000.00* | JUICE ENERGY, INC. D. BRADLEY CLEMENTS, ESQ. LONDON AND MEAD 1225 19TH STREET, N.W., WASHINGTON, DC 20036 | 02/28/2011 | 08-13555 (JMP) | 67347 | $3,850,000.00 |
| 54 KABLER, JOCHEN SCHWENBURGSTRASSE 15 KARLSRAHE, 76135 GERMANY | 10/20/2009 | 08-13555 (JMP) | 42738 | $32,351.45 | KABLER, JOCHEN SCHAUENBURGSTRASSE 15 KARLSRUHE, 76135 GERMANY | 10/30/2009 | 08-13555 (JMP) | 59224 | $27,379.64 |
| 55 KLINDWORTH, MICHAEL BARENHAST 2A D-30916 ISERNHAGEN, 30916 GERMANY | 09/18/2009 | 08-13555 (JMP) | 17831 | $12,735.96 | KLINDWORTH, MICHAEL BARENHAST 12A ISERNHAGEN, 30916 GERMANY | 10/21/2009 | 08-13555 (JMP) | 43467 | $12,735.00 |
| 56 LAU YAN MI, STEPHEN & LAU, SAW YEAN 251 OHIO STREET, # 104 PASADENA, CA 91106 | 10/29/2009 | 08-13555 (JMP) | 54985 | $70,000.00* | LAU, YAN MI STEPHEN & SAW YEAN 251 OHIO STREET #104 PASADENA, CA 91106 | 10/30/2009 | 08-13555 (JMP) | 57736 | $70,000.00* |
| 57 MARTHINSEN, SVEIN FALLANVEIEN 30B OSLO, NO-0495 NORWAY | 10/02/2009 | 08-13555 (JMP) | 36124 | $6,997.84 | MARTHINSEN, SVEIN REIDAR FALLANVEIEN 30B NO-0495 OSLO, NORWAY | 10/27/2009 | 08-13555 (JMP) | 47633 | $7,516.20 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 58 MOHNLE, SIMON OBERRINGINGEN 18 BISSINGEN, 86657 GERMANY | 09/22/2009 | 08-13555 (JMP) | 31295 | $14,175.00 | SIMON, MOHNLE OBERRINGINGEN 18 BISSINGEN, 86657 GERMANY | 10/09/2009 | 08-13555 (JMP) | 37209 | $14,175.00 |
| 59 MRS. ANNA SCHELLER STUIFENSTR. 1 D-73092 HEININGEN, 73092 GERMANY | 09/18/2009 | 08-13555 (JMP) | 17832 | $7,356.89 | SCHELLER, ANNA STUIFENSTRASSE 1 HEININGEN, D-73092 GERMANY | 10/26/2009 | 08-13555 (JMP) | 46643 | $7,075.50 |
| 60 GOLDMAN, SACHS & CO. TRANSFEROR: NATIONAL AGRICULTURAL COOPERATIVE FEDERATION 30 HUDSON STREET, 36TH FLOOR ATTN: A. CADITZ JERSEY CITY, NJ 07302 | 08/19/2009 | 08-13555 (JMP) | 8674 | $10,157,083.33 | GOLDMAN, SACHS & CO. TRANSFEROR: NATIONAL AGRICULTURAL COOPERATIVE FEDERATION 30 HUDSON STREET, 36TH FLOOR ATTN: A. CADITZ JERSEY CITY, NJ 07302 | 09/14/2009 | 08-13555 (JMP) | 12414 | $10,157,083.00 |
| 61 NIKKEISHA, INC SEIJIRO HAYAKAWA, FINANCIAL DEPT. 7-13-20 GINZA, CYUO-KU TOKYO, 104-8176 JAPAN | 06/30/2009 | 08-13555 (JMP) | 5051 | Undetermined | NIKKEISHA, INC 7-13-20 GINZA CYUO-KU TOKYO, 104-8176 JAPAN | 10/28/2009 | 08-13555 (JMP) | 51197 | $959,370.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 62 | NOWACKA, HILDEGARD FALKENBURGER RING 12 HAMBURG, 22147 GERMANY | 08/17/2009 | 08-13555 (JMP) | 8587 | $20,000.00 | NOWACKA, HILDEGARD FALKENBURGER RING 12 HAMBURG, 22147 GERMANY | 11/02/2009 | 08-13555 (JMP) | 61282 | Undetermined |
| 63 | NY STATE DEPT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 11/22/2010 | 08-13555 (JMP) | 67225 | $99,396.42* | NY STATE DEPT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/31/2011 | 08-13555 (JMP) | 67313 | $102,377.79 |
| 64 | ONTARIO TEACHERS' PENSION PLAN BOARD ATTN: JEFF DAVIS 5650 YONGE ST SUITE 500 TORONTO, ON M2M 4H5 | 09/22/2009 | 08-13888 (JMP) | 27468 | $60,868,893.50* | ONTARIO TEACHERS' PENSION PLAN BOARD ATTN: JEFF DAVIS 5650 YONGE STREET SUITE 500 TORONTO, ON M2M 4H5 CANADA | 02/14/2011 | 08-13888 (JMP) | 67337 | $48,931,169.51 |
| 65 | ONTARIO TEACHERS' PENSION PLAN BOARD ATTN: JEFF DAVIS 5650 YONGE ST SUITE 500 TORONTO, ON M2M 4H5 | 09/22/2009 | 08-13555 (JMP) | 27469 | $61,603,690.50* | ONTARIO TEACHERS' PENSION PLAN BOARD ATTN: JEFF DAVIS 5650 YONGE STREET SUITE 500 TORONTO, ON M2M 4H5 CANADA | 02/14/2011 | 08-13555 (JMP) | 67336 | $48,931,169.51 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 66 | PAAGMAN, J.B. BOSWEG 177 OISTERWIJK, 5062 SH NETHERLANDS | 10/13/2009 | 08-13555 (JMP) | 38407 | $14,151.00 | PAAGMAN, J.B. M.G.P./VDWIJDEN BOSWEG 177 OISTERWIJK, 5062SH NETHERLANDS | 10/16/2009 | 08-13555 (JMP) | 40755 | $14,151.00 |
| 67 | PAAGMAN, J.B. BOSWEG 177 OISTERWIJK, 5062 SH NETHERLANDS | 10/13/2009 | 08-13555 (JMP) | 38406 | $14,151.00 | PAAGMAN, J.B. M.G.P./VANDER WIJDEN BOSWEG 177 OISTERWIJK, 5062SH NETHERLANDS | 10/16/2009 | 08-13555 (JMP) | 40756 | $14,151.00 |
| 68 | PARMA INVESTMENT S.A. 25 DE MAYO 444 PISO 2 MONTEVIDEO, URUGUAY | 10/27/2009 | 08-13555 (JMP) | 49522 | $200,000.00 | PARMA INVESTMENT SA 25 DE MAYO, 444-2 P MONTEVIDEO, URUGUAY | 10/29/2009 | 08-13555 (JMP) | 55067 | $200,000.00 |
| 69 | RBC CAPITAL MARKETS CORPORATION 510 MARQUETTE AVE S - M10 MINNEAPOLIS, MN 55402 | 10/29/2009 | | 56598 | $300,000.00 | RBC CAPITAL MARKETS CORPORATION ATTN: RICHARD CHASE ONE LIBERTY PLAZA 165 BROADWAY, 5TH FLOOR NEW YORK, NY 10006 | 08/25/2010 | 08-13555 (JMP) | 67040 | $300,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 70 ROSEKRANS, JOHN C/O JOHN P. CHRISTIAN TOBIN & TOBIN 500 SANSOME STREET, SUITE 800 SAN FRANCISCO, CA 94111 | 09/22/2009 | | 27265 | Undetermined | ROSEKRANS, JOHN C/O JOHN P. CHRISTIAN TOBIN & TOBIN 500 SANSOME STREET, SUITE 800 SAN FRANCISCO, CA 94111 | 06/23/2010 | | 66885 | $950,894.35 |
| 71 SCHINASI, ROLANDO C/O NORDEA BANK S.A. LUX P.O. B: 562 ATTN: H.B. PEDCISEN LUXEMLOUZY, L-2015 | 09/02/2009 | 08-13555 (JMP) | 10092 | Undetermined | SCHINASI, ROLANDO C/O NORDEA BANK S.A. LU P.O. B: 562 ATTN: H.B. PEDERSEN LUXEMBOURG, L-2015 | 09/10/2009 | 08-13555 (JMP) | 11257 | $44,991.00 |
| 72 SCHLEIFF, DIETRICH AM SAUERBACH 6 BALLENSTEDT, 06493 GERMANY | 10/01/2009 | 08-13555 (JMP) | 35960 | Undetermined | SCHLEIFF, DIETRICH AM SAUERBACH 6 06493 BALLENSTEDT, GERMANY | 10/07/2009 | 08-13555 (JMP) | 36915 | $4,272.92 |
| 73 SCHOENEICH, LYDIA-FRANZISHA HOLTWEG 66 JTZEHOE, 25524 GERMANY | 10/20/2009 | 08-13555 (JMP) | 42736 | $28,545.39 | SCHOENEICH, LYDIA-FRANZISKA HOLTWEG 66 ITZEHOE, 25524 GERMANY | 10/30/2009 | 08-13555 (JMP) | 59218 | $24,158.50 |
| 74 SCHWIENBACKER, MARC VORSTATTSTR. 4 STEINDORF, 82297 GERMANY | 09/18/2009 | 08-13555 (JMP) | 17839 | $14,088.47 | SCHWIENBACHER, MARC VORSTATTSTR. 4 STEINDORF, 82297 GERMANY | 10/13/2009 | 08-13555 (JMP) | 37678 | $28,392.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 75 | SINGH, PETER C/O TEJAS SECURITIES GROUP, INC. ATTN: NINA LEHRMAN 8226 BEE CAVES RD. AUSTIN, TX 78746 | 10/30/2009 | 08-13555 (JMP) | 59353 | $260,000.00 | LEHRMAN, NINA TEJAS SECURITIES GROUP, INC. F/B/O PETER SINGH 8226 BEE CAVES RD AUSTIN, TX 78746 | 11/04/2009 | 08-13555 (JMP) | 64600 | $260,000.00 |
| 76 | TODAKA MINING CO., LTD. 6-7 GOUNOMOTO-MACHI TSUKUMI-OITA, JAPAN | 06/21/2010 | 08-13555 (JMP) | 66875 | $8,337,965.54 | TODAKA MINING CO., LTD. 6-7 GONOMOTO-MACHI TSUKUMI CITY OITA PREF, JAPAN | 12/16/2010 | 08-13555 (JMP) | 67255 | $8,337,965.54 |
| 77 | UNICREDIT BANK AG ATTN: MR. WIDO GANZ, MCD1TP ARABELLASTRASSE 12 MUNICH, D-81925 GERMANY | 02/16/2011 | 08-13555 (JMP) | 67342 | $27,019,188.46* | UNICREDIT BANK AG ATTN: MR. WIDO GANZ, MCD1TP ARABELLASTRASSE 12 MUNICH, D-81925 GERMANY | 03/02/2011 | 08-13555 (JMP) | 67349 | $27,019,188.46* |
| 78 | UNICREDIT BANK AG ATTN: WIDO GANZ, MCD1TP ARABELLASTRASSE 12 MUNICH, D-81925 GERMANY | 02/18/2010 | 08-13555 (JMP) | 66287 | $28,281,363.00* | UNICREDIT BANK AG ATTN: MR. WIDO GANZ, MCD1TP ARABELLASTRASSE 12 MUNICH, D-81925 GERMANY | 03/02/2011 | 08-13555 (JMP) | 67349 | $27,019,188.46* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 79 | UNION ELECTRIC COMPANY, AMEREN ENERGY MARKETING COMPANY, AND AMEREN ENERGY GENERATING COMPANY C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS ONE METROPOLITAN SQUARE, SUITE 2600 ST LOUIS, MO 63102 | 09/22/2009 | 08-13885 (JMP) | 32100 | $184,632.00 | AMEREN ENERGY MARKETING COMPANY C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS 7700 FORSYTH BLVD., SUITE 1800 ST. LOUIS, MO 63105 | 02/11/2011 | 08-13885 (JMP) | 67330 | $2,379,442.75 |
| | | | | | | AMEREN ENERGY GENERATING COMPANY C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS 7700 FORSYTH BLVD., SUITE 1800 ST. LOUIS, MO 63105 | 02/11/2011 | 08-13885 (JMP) | 67335 | $499,298.38 |
| | | | | | | UNION ELECTRIC COMPANY C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS 7700 FORSYTH BLVD., SUITE 12800 ST. LOUIS, MO 63105 | 02/11/2011 | 08-13885 (JMP) | 67331 | $0.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 80 | UNION ELECTRIC COMPANY, AMEREN ENERGY MARKETING COMPANY, AND AMEREN ENERGY GENERATING COMPANY C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS ONE METROPOLITAN SQUARE, SUITE 2600 ST LOUIS, MO 63102 | 09/22/2009 | 08-13555 (JMP) | 32083 | $184,632.00 | AMEREN ENERGY MARKETING COMPANY C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS 7700 FORSYTH BLVD., SUITE 1800 ST. LOUIS, MO 63105 | 02/11/2011 | 08-13555 (JMP) | 67332 | $2,379,442.75 |
| | | | | | | AMEREN ENERGY GENERATING COMPANY C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS 7700 FORSYTH BLVD., SUITE 1800 ST. LOUIS, MO 63105 | 02/11/2011 | 08-13555 (JMP) | 67333 | $499,298.38 |
| | | | | | | UNION ELECTRIC COMPANY C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS 7700 FORSYTH BLVD., SUITE 1800 ST. LOUIS, MO 63106 | 02/11/2011 | 08-13555 (JMP) | 67334 | $0.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 81 | UNITED COCONUT PLANTERS BANK UCPB BUILDING, 7907 MAKATI AVENUE MAKATI CITY, 1200 PHILIPPINES | 09/16/2009 | 08-13555 (JMP) | 13474 | $10,433,098.52 | HERMES LTD TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FLOOR NEW YORK, NY 10022 | 11/02/2009 | 08-13555 (JMP) | 63441 | $1,000,000.00* |
| | | | | | | TRANSFERRED TO: GOLDENTREE MASTER FUND II LTD TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FLOOR NEW YORK, NY 10022 | | | | $1,000,000.00* |
| | | | | | | TRANSFERRED TO: GOLDENTREE MASTER FUND LTD TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FLOOR NEW YORK, NY 10022 | | | | $3,000,000.00* |
| | | | | | | GOLDENTREE MASTER FUND LTD TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FLOOR NEW YORK, NY 10022 | 11/02/2009 | 08-13555 (JMP) | 63442 | $5,000,000.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 82 | UNITED COCONUT PLANTERS BANK UCPB BUILDING, 7907 MAKATI AVENUE MAKATI CITY, 1200 PHILIPPINES | 04/20/2009 | 08-13555 (JMP) | 3825 | $10,433,098.52 | HERMES LTD TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FLOOR NEW YORK, NY 10022 | 11/02/2009 | 08-13555 (JMP) | 63441 | $1,000,000.00* |
| | | | | | | TRANSFERRED TO: GOLDENTREE MASTER FUND II LTD TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FLOOR NEW YORK, NY 10022 | | | | $1,000,000.00* |
| | | | | | | TRANSFERRED TO: GOLDENTREE MASTER FUND LTD TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FLOOR NEW YORK, NY 10022 | | | | $3,000,000.00* |
| | | | | | | ABELINE, A/S BOX 104 BILLINGSTAD, 1376 NORWAY | 11/02/2009 | 08-13555 (JMP) | 63422 | $51,187.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 83 WELLINGTON TRUST COMPANY, NA MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II - EMERGING MARKETS DEBT PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 09/17/2009 | 08-13555 (JMP) | 15835 | $316.40* | WELLINGTON TRUST COMP, NA MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II - US EQUITY INDEX PLUS I PORTFOLIO C/O WELLINGTON MANAGEMENT COMP, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 02/04/2011 | 08-13555 (JMP) | 67321 | $1,571.99 |
| 84 WELLINGTON TRUST COMPANY, NA MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II - EMERGING MARKETS DEBT PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 09/17/2009 | 08-13888 (JMP) | 15834 | $316.79* | WELLINGTON TRUST COMP, NA MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II - US EQUITY INDEX PLUS I PORTFOLIO C/O WELLINGTON MANAGEMENT COMP, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 02/04/2011 | 08-13888 (JMP) | 67319 | $1,571.99 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 85 | WELLINGTON TRUST COMPANY, NA MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II - US EQUITY INDEX PLUS I PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 09/17/2009 | 08-13555 (JMP) | 15833 | $6,282.77* | WELLINGTON TRUST COMP, NA MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II - US EQUITY INDEX PLUS I PORTFOLIO C/O WELLINGTON MANAGEMENT COMP, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 02/04/2011 | 08-13555 (JMP) | 67317 | $31,215.09 |
| 86 | WELLINGTON TRUST COMPANY, NA MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II - US EQUITY INDEX PLUS I PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 09/17/2009 | 08-13888 (JMP) | 15832 | $6,290.53* | WELLINGTON TRUST COMP, NA MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II - US EQUITY INDEX PLUS I PORTFOLIO C/O WELLINGTON MANAGEMENT COMP, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 02/04/2011 | 08-13888 (JMP) | 67320 | $31,215.09 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 87 WELLINGTON TRUST COMPANY, NA MULTIPLE COMMON TRUST FUNDS TRUST - OPPORTUNISTIC FIXED PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 09/17/2009 | 08-13555 (JMP) | 15839 | $10,540.54* | | WELLINGTON TRUST COMP, NA MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II - US EQUITY INDEX PLUS I PORTFOLIO C/O WELLINGTON MANAGEMENT COMP, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 02/04/2011 | 08-13555 (JMP) | 67325 | $52,369.21 |
| 88 WELLINGTON TRUST COMPANY, NA MULTIPLE COMMON TRUST FUNDS TRUST - OPPORTUNISTIC FIXED PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 09/17/2009 | 08-13888 (JMP) | 15838 | $10,553.56* | | WELLINGTON TRUST COMP, NA MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II - US EQUITY INDEX PLUS I PORTFOLIO C/O WELLINGTON MANAGEMENT COMP, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 02/04/2011 | 08-13888 (JMP) | 67322 | $52,369.21 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 106: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 89 | ZIPPELIUS, HERMANN & ELISABETH HAMBACH BIRKENSTR 6 DITTELBRUNN, 97456 GERMANY | 10/13/2009 | 08-13555 (JMP) | 37765 | Undetermined | ZIPPELIUS, HERMANN & ELISABETH HAMBACH BIRKENSTR. 6 DITTELBRUNN, 97456 GERMANY | 10/30/2009 | | 59286 | $51,902.80 |

TOTAL    $2,629,717,913.75

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                          :        **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
                                               :
                    **Debtors.**               :        **(Jointly Administered)**
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED SIXTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

Upon the one hundred sixth omnibus objection to claims, dated March 14,

2011 (the "One Hundred Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b)

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for

the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking

disallowance and expungement of the Amended and Superseded Claims on the basis that

such claims have been amended and superseded by the corresponding Surviving Claims,

all as more fully described in the One Hundred Sixth Omnibus Objection to Claims; and

due and proper notice of the One Hundred Sixth Omnibus Objection to Claims having

been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii)

the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the

United States Attorney for the Southern District of New York; (vi) the claimants listed on

Exhibit A attached to the One Hundred Sixth Omnibus Objection to Claims; and (vii) all

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Sixth Omnibus Objection to Claims.

other parties entitled to notice in accordance with the procedures set forth in the second

amended order entered on June 17, 2010, governing case management and administrative

procedures for these cases [Docket No. 9635]; and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief

sought in the One Hundred Sixth Omnibus Objection to Claims is in the best interests of

the Debtors, their estates, creditors, and all parties in interest and that the legal and factual

bases set forth in the One Hundred Sixth Omnibus Objection to Claims establish just

cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the One Hundred Sixth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed

and Expunged*" (collectively, the "Amended and Superseded Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the

heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the

claims register subject to the Debtors' right to further object as set forth herein; and it is

further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Amended and Superseded Claims listed on Exhibit 1 annexed hereto;

and it is further

ORDERED that all information included on and all documentation filed in support of any Amended and Superseded Claim, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of and included in the corresponding Surviving Claim; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Amended and Superseded Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved, provided, however, that notwithstanding anything herein to the contrary, the Debtors may not object to a Surviving Claim that is listed on Exhibit 1 annexed hereto to the extent that it has been allowed by order of the Court or allowed pursuant to a signed settlement or termination agreement authorized by the Court; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the One Hundred Sixth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim did not appropriately amend and supersede the corresponding Amended and Superseded Claim, then the claims agent shall be authorized and directed to immediately reinstate such Amended and Superseded Claim in these chapter 11 cases

(the "Reinstated Claim") and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that notwithstanding any other provision of this Order, a Surviving Claim and all documentation previously filed in support of the Surviving Claim, including, but not limited to, amended derivative and guarantee questionnaires and supporting documentation, shall be deemed timely filed to the extent it appropriately amended and superseded, directly or indirectly, a claim that had been timely filed; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE