B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>

Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Stone Lion Portfolio L.P.** | **Deutsche Bank AG, London Branch** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Stone Lion Portfolio L.P.**
**c/o Stone Lion Capital Partners, L.P.**
**461 Fifth Avenue, 14th Floor**
**New York, NY 10017**
**Attn: Claudia Borg**

Phone: **212-843-1225**
Last Four Digits of Acct #: _____

Court Claim #: **67080 (2.76923077% of claim)**
Claim Amount as Filed: **$325,000,000.00**
Amount Transferred: **$9,000,000.00**
Date Claim Filed: **9/20/10**

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Claudia Borg_        **Claudia Borg**  Date: 3/11/11
    Transferee/Transferee's Agent    ~~General Counsel~~

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Stone Lion Portfolio L.P.
 Stone Lion Capital Partners L.P., Investment Manager
  By: SL Capital Partners LLC, Its: General Partner
   By: Stone Lion Capital LLC, Managing Member

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Commercial Paper Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 67080

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Stone Lion Portfolio L.P.**
461 5th Ave, 14th Floor
New York, NY 10017
Attn: Claudia Borg
Phone: 212-843-1225
Email: cborg@stonelioncapital.com

its successors and assigns ("Buyer"), a 2.76923077% pro rata share in and to all right, title and interest in and to Proof of Claim Number 67080, solely to the extent of $9,000,000.00 (the "Assigned Claim") out of the aggregate $325,000,000.00 claim against Lehman Commercial Paper Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated March 11, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name: Ross Miller
Title: Director

By: _____
Name: Michael Sutton
Title: Managing Director

**Stone Lion Portfolio L.P.**
By: Stone Lion Capital Partners L.P., Investment Manager
   By: SL Capital Partners LLC, Its: General Partner
      By Stone Lion Capital LLC, Managing Member

By: _____
Name:
Title:

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Commercial Paper Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 67080

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Stone Lion Portfolio L.P.
461 5th Ave, 14th Floor
New York, NY 10017
Attn: Claudia Borg
Phone: 212-843-1225
Email: cborg@stonelioncapital.com

its successors and assigns ("Buyer"), a 2.76923077% pro rata share in and to all right, title and interest in and to Proof of Claim Number 67080, solely to the extent of $9,000,000.00 (the "Assigned Claim") out of the aggregate $325,000,000.00 claim against Lehman Commercial Paper Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated March __11__, 2011.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
Name:                                  Name:
Title:                                 Title:

**Stone Lion Portfolio L.P.**
By: Stone Lion Capital Partners L.P., Investment Manager
  By: SL Capital Partners LLC, Its: General Partner
    By: Stone Lion Capital LLC, Managing Member

By: _____[signature]_____
Name: Claudia Borg
Title: General Counsel