UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 14825, 14834-
                                                                 14838, 14840-14842, 14853, 14859,
                                                                 14860, 14862, 14863

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 10, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
14th day of March, 2011

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14825, 14834-14838, 14840-14842, 14853, 14859, 14860, 14862, 14863_AFF_03-10-11.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ZURICH INVESTMENT MANAGEMENT LIMITED
5 BLUE STREET
NORTH SYDNEY, NSW
AUSTRALIA

ZURICH INVESTMENT MANAGEMENT LIMITED
JP MORGAN NOMINEES AUSTRALIA LIMITED
LOCKED BAG 7
ROYAL EXCHANGE, NSW 1225 AUSTRALIA

Please note that your claim # 56186 in the above referenced case and in the amount of $6,076,807.00 has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: ZURICH INVESTMENT MANAGEMENT LIMITED
C/O DEUTSCHE BANK AG, HONG KONG BRANCH
ATTN: JACK TSAI
60/F INTERNATIONAL COMMERCE CENTRE
1 AUSTIN ROAD WEST
KOWLOON
HONG KONG

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14825 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/10/2011                                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 10, 2011.

**EXHIBIT B**

```
TIME: 11:44:32                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 03/10/11                                              CREDITOR LISTING

Name                                                    Address
BNP PARIBAS GESTION CB-CDS                              C/O BNP PARIBAS ASSET MANAGEMENT ATTN: BERNARD GAUME AND ALAIN KRIEF 14 RUE BERGERE PARIS   75009 FRANCE
CAJA DE CREDITO DE LOS INGENIEROS, SCC                  TRANSFEROR: CORDONCILLO FONTANET, FRANCISCO J. & MARIA DEL ROSER MITJA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC                  TRANSFEROR: FERNANDEZ, ADOLFO RAMIRO ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC                  TRANSFEROR: GALLEN RALUY, LIDIA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC                  TRANSFEROR: GARCIA-MILA PALAUDARIAS, JAIME & ROSA M MATEU SOLE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC                  TRANSFEROR: JUANALS GARCIA, JUAN & ANNA BELLVEHI SOLER ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC                  TRANSFEROR: LAFUENTE BEL, JOSE LUIS ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC                  TRANSFEROR: MATELLANES MARTIN MATEOS, JOSE M. & MERCEDES DE AZPIAZU GE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC                  TRANSFEROR: ORIOL DE MINGO, MANUEL ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC                  TRANSFEROR: SANCHEZ-LAFUENTE MARIOL, JUANA MARIA, JOSE ASTO RULL ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
CHESTER SQUARE, L.L.C.                                  TRANSFEROR: VILA DESPUJOL, MIGUEL & CARMEN GRIFOLL DE LA ESPERANZA ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
CORDONCILLO FONTANET, FRANCISCO J. &                    CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
MARIA DEL ROSER MITJAVILA GARCIA
CORDONCILLO FONTANET, FRANCISCO J. &                    SALVADOR ESPRIU, 95, 3-2 BARCELONA   08005 SPAIN
MARIA DEL ROSER MITJAVILA GARCIA
CVI GVF (LUX) MASTER S.A.R.L.                           TRANSFEROR: BNP PARIBAS GESTION CB-CDS C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                                        SURREY KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: TOBAM (FORMERLY LEHMAN BROTHERS ASSET MANAGEMENT FRANCE) ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR
                                                        NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: ZURICH INVESTMENT MANAGEMENT LIMITED C/O DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI
                                                        60/F INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON   HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: ZURICH INVESTMENTS MANAGEMENT LTD (ABN 56063278400) C/O DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI
                                                        60/F INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON   HONG KONG
FERNANDEZ, ADOLFO RAMIRO                                CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
FERNANDEZ, ADOLFO RAMIRO                                C/GANDUXER, 96, ENTLO. 1 BARCELONA   08022 SPAIN
GALLEN RALUY, LIDIA                                     CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
GALLEN RALUY, LIDIA                                     C/LA PLANA, 1 URB. LA LLOBERA CABRILS(BARCELONA)   08348 SPAIN
GARCIA-MILA PALAUDARIAS, JAIME & ROSA M                 CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
MATEU SOLE
GARCIA-MILA PALAUDARIAS, JAIME & ROSA M                 CARRENCA, 29, 6-2 BARCELONA   08017 SPAIN
MATEU SOLE
JUANALS GARCIA, JUAN & ANNA BELLVEHI                    CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
SOLER
JUANALS GARCIA, JUAN & ANNA BELLVEHI                    CL JOAQUIN VAYREDA, 22-1 GERONA   17001 SPAIN
SOLER
LAFUENTE BEL, JOSE LUIS                                 CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA   08003 SPAIN
LAFUENTE BEL, JOSE LUIS                                 M. CARMEN CAMINALS ROSELL PSJ. XIPRE, 1-4-2 HOSPITALET DE LLOBREGAT(BARCELONA)   08903 SPAIN
MATELLANES MARTIN MATEOS, JOSE M. &                     CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
MERCEDES DE AZPIAZU GELABERT
MATELLANES MARTIN MATEOS, JOSE M. &                     PGE. DE LES MORERES, 4 CAN BALET PREMIA DE DALT (BARCELONA)   08003 SPAIN
MERCEDES DE AZPIAZU GELABERT
ORIOL DE MINGO, MANUEL                                  CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
ORIOL DE MINGO, MANUEL                                  MERCEDES BITAUBE CORTES BALMES, 415, 7-D BARCELONA   08022 SPAIN
SANCHEZ-LAFUENTE MARIOL, JUANA MARIA                    CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA   08003 SPAIN
SANCHEZ-LAFUENTE MARIOL, JUANA MARIA                    JOSE ASTO RULL PS. SANT JOAN 165, 4-2 BARCELONA   08037 SPAIN
STYLOS CAPITAL MANAGEMENT                               A/C STYLOS ASIA MASTER FD LTD 1700 E PUTNAM AVE OLD GREENWICH CT 06870
TOBAM (FORMERLY LEHMAN BROTHERS ASSET                   20, RUE QUENTIN BAUCHART PARIS VLLLE   75008 FRANCE
MANAGEMENT FRANCE)
VILA DESPUJOL, MIGUEL & CARMEN GRIFOLL                  CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA   08003 SPAIN
DE LA ESPERANZA
VILA DESPUJOL, MIGUEL & CARMEN GRIFOLL                  PASEO BONANOVA, 12 BARCELONA   08022 SPAIN
DE LA ESPERANZA
ZURICH INVESTMENT MANAGEMENT LIMITED                    5 BLUE STREET NORTH SYDNEY, NSW AUSTRALIA
ZURICH INVESTMENT MANAGEMENT LIMITED                    JP MORGAN NOMINEES AUSTRALIA LIMITED LOCKED BAG 7 ROYAL EXCHANGE, NSW 1225 AUSTRALIA
ZURICH INVESTMENTS MANAGEMENT LTD (ABN                  AS RE OF ZURICH INVESTMENT ENHANCED CASH SCHEME (ARSN 089653949) LEVEL 7, 5 BLUE STREET NORTH SYDNEY   2060 AUSTRALIA
56063278400)
```

```
TIME: 11:44:32                          LEHMAN BROTHERS HOLDING INC.
DATE: 03/10/11                              CREDITOR LISTING                                      PAGE: 2

Name                                    Address
ZURICH INVESTMENTS MANAGEMENT LTD (ABN  C/O JP MORGAN NOMINEES AUSTRALIA LIMITED LOCKED BAG 7 ROYAL EXCHANGE NSW  1225 AUSTRALIA
56063278400)

Total Number of Records Printed     42
```

EPIQ BANKRUPTCY SOLUTIONS, LLC