UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                   :

In re                                                  :       Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :       08-13555 (JMP)
                                                 :       (Jointly Administered)
                  Debtors.                :
                                                 :
------------------------------------------------------------------x       Ref. Docket No. 14866

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 11, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                         */s/ Lauren Rodriguez*
                                                                         Lauren Rodriguez

Sworn to before me this
14th day of March, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 14866_Aff 03-11-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   APPALOOSA INVESTMENT L.P.1
              TRANSFEROR: GOLDMAN, SACHS & CO.
              ATTN: KEN MAIMAN
              51 JFK PARKWAY, STE 250B
              SHORT HILLS NJ 07078


Additional:   APPALOOSA INVESTMENT L.P.1
              DAVID HOYT
              ANDREWS KURTH LLP
              450 LEXINGTON AVE
              NEW YORK NY 10017




Transferee:   BARCLAYS BANK PLC
              745 SEVENTH AVENUE
              NEW YORK NY 10019



**Your transfer   of claim #   58881   is defective for the reason(s) checked below:**

Other                                    NAME ON TRANSFER NOTICE DOES NOT MATCH CURRENT CLAIM OWNER




Docket Number 14866            Date 03/08/11


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 11, 2011.

**EXHIBIT B**

```
TIME: 18:04:43                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 03/11/11                                   CREDITOR LISTING

Name                         Address
APPALOOSA INVESTMENT L.P.1   TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
APPALOOSA INVESTMENT L.P.1   DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVE NEW YORK NY 10017
BARCLAYS BANK PLC            745 SEVENTH AVENUE NEW YORK NY 10019

Total Number of Records Printed     3
```