HEARING DATE AND TIME: April 28, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: April 13, 2011 at 4:00 p.m. (Eastern Time)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF DEBTORS' ONE HUNDRED NINTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, MICHAEL A. ROLLIN, AT (303) 893-6100.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------x
In re                                        :   Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.        :   08-13555 (JMP)
                                             :
                      Debtors.               :   (Jointly Administered)
-------------------------------------------------------------------x
```

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED NINTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION)

**PLEASE TAKE NOTICE** that on March 14, 2011, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their one hundred ninth omnibus objection to

claims (the "Debtors' One Hundred Ninth Omnibus Objection to Claims"), and that a hearing

(the "Hearing") to consider the Debtors' One Hundred and Ninth Omnibus Objection to Claims

will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, on April 28, 2011, at 10:00 a.m. (**Eastern**

**Time**), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses to the Debtors' One

Hundred Ninth Omnibus Objection to Claims must be in writing, shall conform to the Federal

Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed

with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which

can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing

system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal &

Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.) and

Reilly Pozner LLP, 1900 16th Street, Suite 1700, Denver, Colorado 80202 (Attn: Michael

Rollin, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta G.

Gasparini, Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of

unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1

Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis

O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than **April**

**13, 2011 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

        **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' One Hundred Ninth Omnibus Objection to Claims or any

claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' One Hundred Ninth Omnibus Objection to Claims, which order may be entered with no

further notice or opportunity to be heard offered to any party.

Dated: March 14, 2011
      New York, New York

                        /s/ Shai Y. Waisman
                        Shai Y. Waisman
                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        /s/ Michael A. Rollin
                        Michael A. Rollin
                        REILLY POZNER LLP
                        1900 16th Street, Suite 1700
                        Denver, Colorado 80202
                        Telephone: (303) 893-6100
                        Facsimile: (303) 893-6110

                        Attorneys for Debtors
                        and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                   :    **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*             :    **08-13555 (JMP)**
                                                        :
                                   Debtors.             :    **(Jointly Administered)**
-------------------------------------------------------------------x

**DEBTORS' ONE HUNDRED NINTH OMNIBUS**
**OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED
PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF DEBTORS' ONE
HUNDRED NINTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE
OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE
LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED
THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR
CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, MICHAEL A. ROLLIN, AT (303) 893-6100.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

### Preliminary Statement

1.     The Debtors file this one hundred ninth omnibus objection to claims (the "One Hundred Ninth Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's Order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking to disallow and expunge the claims listed on Exhibit A annexed hereto.

2.     The claims subject to this objection generally assert claims for damages sustained by claimants due to defects in residential mortgage loans acquired by the claimants from a Debtor. Evaluation of these types of claims is extremely document intensive and requires a detailed review of among other things, documentation identifying each of the subject loans and the alleged defect, the relevant agreements pursuant to which each loan was sold by a Debtor, and calculations of the damages sustained by the claimants.  The claims subject to this One Hundred Ninth Omnibus Objection to Claims do not include documentation that enables the Debtors to evaluate the claims.  The Debtors have contacted each of the claimants and requested specific information.  To date, the claimants have not provided sufficient information or documentation that support their claims, thus Debtors are not able to assess the validity of their claims.

2

3.      The Debtors have examined the proofs of claim identified on Exhibit A (collectively, the "Insufficient Documentation Claims") and have determined that the Insufficient Documentation Claims violate this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were submitted without sufficient supporting documentation or an explanation as to why such documentation was unavailable.  Therefore, the Insufficient Documentation Claims do not constitute valid *prima facie* claims, and the Debtors request they be disallowed and expunged in their entirety.

4.      The Debtors reserve all their rights to object on any other basis to any of the Insufficient Documentation Claims as to which the Court does not grant the relief requested herein.

### Jurisdiction

5.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

6.      Commencing on September 15, 2008 and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

8.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

9.      On July 2, 2009, this Court entered the Bar Date Order, which requires, among other things, that "each Proof of Claim must: . . . (vi) include supporting documentation or an explanation as to why documentation is not available . . . ."  (Bar Date Ord. at 6.) Furthermore, the Bar Date Order provides that "any holder of a claim against the Debtors who is required, but fails to file a proof of such claim in accordance with the Bar Date Order on or before the Bar Date . . . specifying the applicable Debtor and other requirements set forth herein, shall forever be barred, estopped, and enjoined from asserting such claim against the Debtors (or filing a Proof of Claim with respect thereto) . . . ."  (Id. at 9-10.)  A copy of the Bar Date Order was made publicly available at http://www.lehman-docket.com.

10.     Claimants received notice of the Bar Date Order via mail and as posted on the docket.  (See Notice of Deadlines for Filing Proofs of Claim (the "Bar Date Notice").) In the Bar Date Notice, which was also published in The New York Times (International Edition), The Wall Street Journal (International Edition), and The Financial Times, claimants were specifically instructed that, "[i]f you file a Proof of Claim, your filed Proof of Claim must: . . . (vi) include supporting documentation or an explanation as to why documentation is not available . . . ."  (Bar Date Notice at 4.)  The Bar Date Notice also prominently stated in bold-face type that "any creditor who fails to file a Proof of Claim in accordance with the Bar Date Order on or before the Bar Date . . . specifying the applicable Debtor and other requirements set

4

forth in the Bar Date Order, for any claim such creditor holds or wishes to assert against the

Debtors, will be forever barred, estopped, and enjoined from asserting such claim (and from

filing a Proof of Claim with respect to such claim) . . . ."  (Id. at 6.)

11.    On January 14, 2010, the Court entered the Procedures Order, which

authorizes the Debtors, among other things, to file omnibus objections to no more than 500

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

### The Insufficient Documentation Claims Should Be Disallowed and Expunged

12.    In reviewing the claims filed on the claims register in these cases and

maintained by the Court-appointed claims agent, the Debtors have identified the claims on

Exhibit A as claims that should be disallowed and expunged on the basis that they do not

include sufficient documentation supporting the existence of a debt or an explanation as to

why such documentation is unavailable and, therefore, do not constitute valid *prima facie*

claims.

13.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  See

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20,

2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

14.    The Bar Date Order specifically requires that "each Proof of Claim must:

. . . (vi) include supporting documentation or an explanation as to why documentation is not

available . . . ."  (Bar Date Ord. at 6 (emphasis added).)  This requirement for proofs of claim is

5

not a unique one.  Indeed, this Court and others in the Southern District of New York have entered similar orders requiring that proofs of claim include supporting documentation or an explanation as to why documentation is unavailable.  (See Oct. 20, 2009 Ord. [Dkt. No. 316] at 6, *In re Finlay Enterprises, Inc.*, No. 09-14873 (JMP) (Peck, J.); see also Oct. 14, 2009 Ord. at 2-3, *In re AGT Crunch Acquisition LLC, et al.*, No. 09-12889 (REG) (Gerber, J.).)

15.    Claimants were specifically provided notice of these requirements in the Bar Date Notice, which included instructions on how to complete their proof of claim forms and a warning that failure to comply with those instructions would result in their claims being barred. (See Bar Date Notice at 4, 6.)  Nevertheless, these claimants filed the Insufficient Documentation Claims and failed to attach documentation supporting the validity of their claims or an explanation as to why such documentation is unavailable.

16.    For a proof of claim to be legally sufficient, it must:  (a) "be in writing;" (b) "make a demand upon the debtor's estate;" (c) "express the intent to hold the debtor liable for the debt;" (d) "be properly filed;" and (e) "be based upon facts [that] would allow, as a matter of equity . . . the document [to be] accepted as a proof of claim."  *First Nat'l Bank of Fayetteville, Ark. v. Circle J. Dairy, Inc. (In re Circle J Dairy, Inc.)*, 112 B.R. 297, 299-300 (Bankr. W.D. Ark. 1990).  The burden of persuasion is on the holders of the Insufficient Documentation Claims to establish a valid claim against the Debtors, and they have not, and cannot, meet that burden.  *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 174 (3d Cir. 1992).  If a claim fails to comply with each of the foregoing requirements, it is not entitled to prima facie validity under Bankruptcy Rule 3001.  *Ashford v. Consolidated Pioneer Mortgage (In re Consolidated Pioneer Mortgage)*, 178 B.R. 222, 226 (9th Cir. BAP 1995), aff'd, 91 F.3d 151 (9th Cir. 1996).

17.    The Insufficient Documentation Claims contain insufficient factual

6

support on which this Court could reasonably rely to accept the proof of claim as *prima facie*

valid.  Furthermore, by comparing the information contained on the Insufficient Documentation

Claims with the Debtors' schedules (including using combinations of the creditor's name and

address, common abbreviations, and d/b/a and f/k/a information), the Debtors have confirmed

that the Debtors' schedules do not reflect claims or amounts for claimants holding Insufficient

Documentation Claims.  Because the Insufficient Documentation Claims are not sufficiently

substantiated, no *prima facie* validity attaches to such claims.

<u>**The Insufficient Documentation Claims**</u>

18.      The Insufficient Documentation Claims allegedly arise from the

Debtors' participation in the secondary residential mortgage market and securitization of pools

of residential mortgage loans. The gravamen of those claims is that certain mortgage loans

were defective in some respect, for example, they did not satisfy underwriting guidelines, were

procured as a result of borrower misrepresentations, or were in default because of non-

payment by borrowers, and that Debtors are obligated to indemnify such claimants for losses

resulting from such mortgage loans.

19.      Determining the validity of these claims requires, at a minimum: (i) the

identification of each of the subject loans, (ii) an analysis of the alleged defect for each loan,

(iii) a review of the relevant agreement pursuant to which each loan was sold by a Debtor and

a determination whether the alleged defect is actionable under the applicable agreement or

other law, (iv) the identification and quantification of the harm that resulted from the alleged

defect and (v) a review of the efforts of a claimant has made to mitigate its damages.  The

requirements of Bankruptcy Rule 3001(c) and the Bar Date Order to provide supporting

documentation is particularly important in connection with residential mortgage loan-related

claims, as the evaluation of such claims necessarily involves scrutiny of the loan files,
underwriting guidelines, and other records bearing on the validity of the claim. Even
assuming that the alleged loan defects exist in certain loans, the Debtors may not be liable for
damages incurred by the claimants because with respect to many of the transactions referenced
in the Insufficient Documentation Claims, Debtors made only limited representations and
warranties. Consequently, in order to determine the extent of Debtors' liability arising from a
particular transaction, the claimants must at least supply Debtors sufficient loan-level
information to identify the party that made the representations and warranties upon which the
related claims are based.

20.    Notwithstanding these claimants' broad assertions that the Debtors are
liable for their damages resulting from selling or securitizing certain defective mortgage loans,
their proofs of claim contain little if any information and/or documentation indicating that they
have performed analyses sufficient to reach such a conclusion or to give the Debtors any
opportunity to do so themselves.

21.    The Debtors have, on more than one occasion, contacted each of the
claimants that filed the Insufficient Documentation Claims at the address included on the proof
of claim and requested specific information that is necessary to begin to evaluate the validity of
such claims. See *Declaration of Keri Reed in Support of Debtors' One Hundred Ninth Omnibus
Objections to Claims (Insufficient Documentation)*. Despite Debtor's requests for information
supporting the Insufficient Documentation Claims, to date, none of the claimants have provided
sufficient information to the Debtors to enable the Debtors to determine the validity of their
claims.

22.    Because the Insufficient Documentation Claims fail to comply with the

Bar Date Order's specific direction that claims include supporting documentation or an explanation as to why such documentation is unavailable, and they do not provide enough information to permit Debtors to determine the validity of the claims, the Insufficient Documentation Claims do not constitute valid *prima facie* claim. Therefore, Debtors request that the Court disallow and expunge in their entirety the Insufficient Documentation Claims listed on Exhibit A.

### Notice

23.      No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this Motion on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) attorneys for all claimants listed on Exhibit A; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]. The Lehman Parties submit that no other or further notice need be provided.

24.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: March 14, 2011
        New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

/s/ Michael A. Rollin
Michael A. Rollin
REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Attorneys for Debtors
and Debtors in Possession

Exhibit A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICAETS SERIES 2002-BC4 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14557 | Undetermined | **INSUFFICIENT DOCUMENTATION CLAIM** |
| 2 | AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2001-BC6 MARTIN FEIG- VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TTEE 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14562 | Undetermined | **INSUFFICIENT DOCUMENTATION CLAIM** |
| 3 | AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-BC1 MARTIN FEIG- VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TTEE 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14563 | Undetermined | **INSUFFICIENT DOCUMENTATION CLAIM** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-BC3 MARTIN FEIG- VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TTEE 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14564 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 5 | AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICAETS SERIES 2002-BC2 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14560 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 6 | AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICAETS SERIES 2002-BC2 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14561 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICAETS SERIES 2002-BC7 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14430 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 8 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICAETS SERIES 2002-BC7 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14431 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 9 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC4 THE BANK OF NEW YORK MELLO, AS TRUSTEE ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14432 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC3 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14541 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 11 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC1 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14542 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 12 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-BC6 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14545 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-BC5 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14546 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 14 | AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-BC5 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14547 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 15 | CITIBANK, N.A. IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, PO BOX 9729 PORTLAND, ME 04104-5029 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 22717 | $831.12* | INSUFFICIENT DOCUMENTATION CLAIM |
| 16 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, PO BOX 9729 PORTLAND, ME 04104-5029 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22604 | $3,386,836,805.18* | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, PO BOX 9729 PORTLAND, ME 04104-5029 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 22605 | $5,041,254,233.95* | **INSUFFICIENT DOCUMENTATION CLAIM** |
| 18 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, PO BOX 9729 PORTLAND, ME 04104-5029 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 22606 | $999,992,176.77* | **INSUFFICIENT DOCUMENTATION CLAIM** |
| 19 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR 100 MIDDLE STREET, PO BOX 9729 PORTLAND, ME 04104-5029 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 22639 | $927,988,327.14* | **INSUFFICIENT DOCUMENTATION CLAIM** |
| 20 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, PO BOX 9729 PORTLAND, ME 04104-5029 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/21/2009 | 22718[1] | $600,488,171.72* | **INSUFFICIENT DOCUMENTATION CLAIM** |

[1] Claim 22718 is being objected to solely with respect to its asserted claim totaling $599,537,210.54.  The portion of Claim 22718 that is asserting a claim totaling $950,961.18 for debts arising from mortgage loans numbered 124433269, 124448416, 124273236, 124432873, 124425463, and 124434101 is not being objected to pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 22718 in the future.

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, PO BOX 9729 PORTLAND, ME 04104-5029 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 22719 | $5,041,254,233.95* | INSUFFICIENT DOCUMENTATION CLAIM |
| 22 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, PO BOX 9729 PORTLAND, ME 04104-5029 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 22720 | $6,648.95* | INSUFFICIENT DOCUMENTATION CLAIM |
| 23 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, PO BOX 9729 PORTLAND, ME 04104-5029 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 22721 | $999,992,176.77* | INSUFFICIENT DOCUMENTATION CLAIM |
| 24 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR 100 MIDDLE STREET, PO BOX 9729 PORTLAND, ME 04104-5029 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22761[2] | $600,488,171.72* | INSUFFICIENT DOCUMENTATION CLAIM |

---

[2] Claim 22761 is being objected to solely with respect to its asserted claim totaling $599,537,210.54.  The portion of Claim 22761 that is asserting a claim totaling $950,961.18 for debts arising from mortgage loans numbered 124433269, 124448416, 124273236, 124432873, 124425463, and 124434101 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 22761 in the future.

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, P.O. BOX 9729 PORTLAND, ME 04104-5029 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 22774 | $3,386,836,805.18* | INSUFFICIENT DOCUMENTATION CLAIM |
| 26 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, P.O. BOX 9729 PORTLAND, ME 04104-5029 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 22775 | $927,988,327.14* | INSUFFICIENT DOCUMENTATION CLAIM |
| 27 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, P.O. BOX 9729 PORTLAND, ME 04104-5029 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 22776 | $19,966.77* | INSUFFICIENT DOCUMENTATION CLAIM |
| 28 | HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PAA-THROUGH CERTIFICATES SERIES 2006-7 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28771 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 29 | HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-7 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28534 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 30 | HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-4 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28535 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 31 | HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORP MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-RF1 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28533 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-5 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28767 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 33 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-6 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28768 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 34 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-18 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28759 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 35 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28760 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 36 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-1 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28761 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 37 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERT SERIES 200322A CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28762 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 38 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-7 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28763 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 39 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-14 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28764 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 40 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERT SERIES 2004-SCI CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDEN 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28765 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET SEC CORP MRT LOAN TRUST MRT PASS THROUGH CERT SERIES 2007-RF2 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28766 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 42 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-4 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28769 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 43 | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-21 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28774 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 44 | HSBC BANK USA, NATIONAL ASSOCIATION AS TTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2006-7 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28537 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 45 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-5 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30523 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 46 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30525 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 47 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN SERIES 2004-7 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/22/2009 | 28536 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 48 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-9 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 28538 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 49 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN SERIES 2005-21 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 28539 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 50 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-12 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28770 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 51 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-5 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 50TH STREET, 14TH FLOOR NEW YORK, NY 10016 UNITED KINGDOM | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28772 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 52 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-9 CTLA STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 28773 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 53 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-18 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30059 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 54 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-1 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30060 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 55 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30061 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 56 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-7 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30062 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 57 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-14 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30063 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 58 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-7 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30519 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 59 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-4 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30522 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 60 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-7 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30526 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 61 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-12 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30527 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 62 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-4 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30528 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 63 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-5 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30529 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 64 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-SC1 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30520 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 65 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORP. MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-RF2 ATTN: FERNANDO ACEBEDO CTLA- STRUCTURED FINANCE NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30521 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 66 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-RF1 ATTN: FERNANDO ACEBEDO CTLA- STRUCTURED FINANCE NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30524 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 67 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TTEE FOR STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-22A CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 1TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30064 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | SARM NET INTEREST MARGIN NOTES SERIES 2005-5 MARTIN FEIG - VICE PRESIDENT THE BANK OF NEW YORK MELLON AS SWAP CONTRACT ADMINISTRATOR FIR CREDITOR NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14551 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 69 | THE BANK OF NEW YORK MELLON, AS ADMINISTRATOR MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-3 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14598 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 70 | THE BANK OF NEW YORK MELLON, AS ADMINISTRATOR SERIES 2003-BC2 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14599 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 71 | THE BANK OF NEW YORK MELLON, AS ADMINISTRATOR SASCO NET INTEREST MARGIN TRUST 2003-BC3 MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 25878 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 72 | THE BANK OF NEW YORK MELLON, AS ADMINISTRATOR SERIES 2003-AM1 CLASS B ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 25911 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 73 | THE BANK OF NEW YORK MELLON, AS ADMINISTRATOR SERIES 2003-AM1 CLASS A ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 25912 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 74 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-4H ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14425 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 75 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2002-25A ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14426 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 76 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2002-25A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14427 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 77 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-4H ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14428 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 78 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE LOAN TRUST 2002-9,MORTGAGE BACKED NOTES, SERIES 2002-9 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14429 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 79 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SER 2004-3AC ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14505 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 80 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2002-14A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14506 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 81 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2002-14A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14507 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 82 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2002-16A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14508 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 83 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2002-16A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14509 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 84 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14510 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 85 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-2, ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14512 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 86 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2000-5 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14515 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 87 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2000-5 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14516 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 88 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2001-15A ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14517 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 89 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2001-15A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14518 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 90 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14519 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 91 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-17 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14520 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 92 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-40A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14521 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 93 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-40A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14523 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 94 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2002-11A ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14525 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 95 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-17 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14527 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 96 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-BC1 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14529 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 97 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-24A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14530 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 98 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2003-24A ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14531 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 99 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-27 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14532 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 100 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-31A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14535 | Undetermined | **INSUFFICIENT DOCUMENTATION CLAIM** |
| 101 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-31A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14536 | Undetermined | **INSUFFICIENT DOCUMENTATION CLAIM** |
| 102 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-9A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14537 | Undetermined | **INSUFFICIENT DOCUMENTATION CLAIM** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 103 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-AM1 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14538 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 104 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-AM1 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14539 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 105 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14548 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 106 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14549 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 107 | THE BANK OF NEW YORK MELLON, AS TRUSTEE SASCO NET INTEREST MARGIN NOTES SERIES 2005-10, CLASS A, CLASS B & CLASS S ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14552 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 108 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-8 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14559 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 109 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-8A ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14565 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 110 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-15 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14566 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 111 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-15 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST BOSTON, MA 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14567 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 112 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES SERIES,2004-3AC ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14570 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 113 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-18A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14571 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 114 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2002-18A ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14572 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 115 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2002-21A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14573 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 116 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2002-21A ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14574 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 117 | THE BANK OF NEW YORK MELLON, AS TRUSTEE SERIES 2003-BC3 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14576 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 118 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION SERIES 2003-BC3 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14577 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 119 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-16 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14580 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 120 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-16 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14581 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 121 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1998-11 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14582 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 122 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-BC2 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14583 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 123 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1998-11 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14584 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 124 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-BC2 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14585 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 125 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1998-8 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14586 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 126 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1998-8 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14591 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 127 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-3 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14595 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 128 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-3 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14596 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 129 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-8A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14597 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 130 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-1A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14600 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 131 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-6 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14601 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 132 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-6 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14602 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 133 | THE BANK OF NEW YORK MELLON, AS TRUSTEE SERIES 2003-BC1 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14604 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 134 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-1A ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14605 | Undetermined | **INSUFFICIENT DOCUMENTATION CLAIM** |
| 135 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-3 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14609 | Undetermined | **INSUFFICIENT DOCUMENTATION CLAIM** |
| 136 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2002-23XS ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14610 | Undetermined | **INSUFFICIENT DOCUMENTATION CLAIM** |
| 137 | THE BANK OF NEW YORK MELLON, AS TRUSTEE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-2 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/21/2009 | 25877 | Undetermined | **INSUFFICIENT DOCUMENTATION CLAIM** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 138 | THE BANK OF NEW YORK MELLON, AS TRUSTEE MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-13 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 25908 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 139 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-2 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25909 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 140 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-13 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25910 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 141 | THE BANK OF NEW YORK MELLON, AS TTEE FOR CREDITOR MORTGAGE PASS-THROUGH CERTIFICAETS SERIES 2002-27A ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14424 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 142 | THE BANK OF NEW YORK MELLON, AS TTEE FOR CREDITOR MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2001-8A ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14526 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 143 | THE BANK OF NEW YORK MELLON, AS TTEE FOR CREDITOR MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-16 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14588 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 144 | THE BANK OF NEW YORK MELLON, AS TTEE FOR CREDITOR MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2001-9 ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14590 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 145 | THE BANK OF NEW YORK MELLON, AS TTEE FOR CREDITOR MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2002-37A ATTN: MARTIN FEIG - VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14603 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 146 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2002-27A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14423 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 147 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-19 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14511 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 148 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14513 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 149 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-19 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14514 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 150 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14522 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 151 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2001-8A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14524 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 152 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2002-11A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14528 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 153 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-2A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14533 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 154 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-2A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14534 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 155 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/17/2009 | 14568 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 156 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14569 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 157 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-16 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14589 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 158 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 1999-SP1 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10020 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/17/2009 | 14592 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 159 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 1999-SP1 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14593 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 160 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2001-9 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14594 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 161 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-37A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14608 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 162 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 19860 | $3,947,097.34* | INSUFFICIENT DOCUMENTATION CLAIM |
| 163 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 19861 | $3,262,191.34* | INSUFFICIENT DOCUMENTATION CLAIM |
| 164 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 19862 | $8,382,332.63* | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 165 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN ITS CAPACITY AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-3 WELLS FARGO BANK, NATIONAL ASSOCIATION C/O MARY SOHLBERG, MAC N9311-161 MINNEAPOLIS, MN 55479 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 32164 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 166 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN ITS CAPACITY AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-3 WELLS FARGO BANK, NATIONAL ASSOCIATION C/O MARY SOHLBERG, MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32165 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 167 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN ITS CAPACITY AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-04 WELLS FARGO BANK, NATIONAL ASSOCIATION C/O MARY SOHLBERG, MAC N9311-161 MINNEAPOLIS, MN 55479 | 09-10558 (JMP) | **Structured Asset Securities Corporation** | 09/22/2009 | 32166 | Undetermined | **INSUFFICIENT DOCUMENTATION CLAIM** |
| 168 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN ITS CAPACITY AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-4 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 32167 | Undetermined | **INSUFFICIENT DOCUMENTATION CLAIM** |
| 169 | WILMINGTON TRUST COMPANY, AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, P.O. BOX 9729 PORTLAND, ME 04104-5029 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 22773 | $4,162,459,848.67* | **INSUFFICIENT DOCUMENTATION CLAIM** |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 109: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 170 | WILMINGTON TRUST COMPANY, IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERSTEIN SHUR SWAYER & NELSON 100 MIDDLE STREET, P.O. BOX 9729 PORTLAND, ME 04104-5029 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 22766 | $4,162,459,848.67* | INSUFFICIENT DOCUMENTATION CLAIM |
| | | | | | TOTAL | $30,253,658,195.01 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------------x
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :    08-13555 (JMP)
                                                  :
                        Debtors.                  :    (Jointly Administered)
--------------------------------------------------------------------x
```

## ORDER GRANTING DEBTORS' ONE HUNDRED NINTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

Upon the one hundred ninth omnibus objection to claims, dated March 14, 2011 (the "One Hundred Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), to disallow and expunge the Insufficient Documentation Claims on the grounds that such claims failed to comply with the Bar Date Order's specific direction that claims include supporting documentation or an explanation as to why such documentation is unavailable, and, therefore, do not constitute valid *prima facie* claims, all as more fully described in the One Hundred Ninth Omnibus Objection to Claims; and due and proper notice of the One Hundred Ninth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the One Hundred Ninth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Ninth Omnibus Objection to Claims

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Ninth Omnibus Objection to Claims.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefore, it is

ORDERED that the relief requested in the One Hundred Ninth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

Insufficient Documentation Claims are disallowed and expunged with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the

Insufficient Documentation Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE