Howard J. Weg (Cal. State Bar No. 091057)
   Admitted Pro Hac Vice
David B. Shemano (DS 1224)
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Attorneys for Cascade Investment, L.L.C.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : : : | Case No. 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors | : | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF CASCADE INVESTMENT, L.L.C. FOR LEAVE TO CONDUCT DISCOVERY OF (1) THE DEBTORS, AND (2) JPMORGAN CHASE BANK, N.A. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

**PLEASE TAKE NOTICE** that the hearing on the motion of Cascade Investment, L.L.C. ("Cascade") for leave to conduct discovery of (1) the Debtors, and (2) JPMorgan Chase Bank, N.A. pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion") [Docket No. 12120], which was scheduled for March 23, 2011, at 10:00 a.m., **has been adjourned to April 13, 2011, at 10:00 a.m**. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, and such hearing on the Motion may be

further adjourned from time to time without further notice other than an announcement at

the hearing.

Dated: Los Angeles, California
       March 14, 2011                          PEITZMAN, WEG & KEMPINSKY LLP


                                               By: /s/ David B. Shemano
                                                   David B. Shemano
                                                   10100 Santa Monica Blvd., Ste. 1450
                                                   Los Angeles, CA 90067
                                                   (310) 552-3100

                                               Attorneys for Cascade Investment, L.L.C.

## CERTIFICATE OF SERVICE

Matthew M. Dryer, certifies as follows:

1. I am a paralegal employed by the law firm of Peitzman, Weg & Kempinsky LLP, counsel to Cascade Investment, L.L.C. in the above captioned case.

2. On March 14, 2011, I caused a copy of the:

Notice Of Adjournment Of Hearing On Motion Of Cascade Investment, L.L.C. For Leave To Conduct Discovery Of (1) The Debtors, And (2) JPMorgan Chase Bank, N.A. Pursuant To Federal Rule Of Bankruptcy Procedure 2004

to be served by First Class Mail upon: (i) the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dune, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the official committee of unsecured creditors appointed in these cases.

3. On March 14, 2011, I caused a copy of the Notice to be served by electronic mail upon all parties who receive electronic notice of filings in these cases via the Court's ECF filing system.

4

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 14, 2011

                                                        /s/ Matthew M. Dryer
                                                        Matthew M. Dryer