UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
In re                                                      :
LEHMAN BROTHERS HOLDING INC.        :    Chapter 11 Case No. 08-13555
:
-----------------------------------------------------------x

### CREDITOR WALTRAUT LEHMANN's NOTICE OF ABANDONMENT OF CLAIM
### WITHDRAWAL OF COUNSEL

Creditor Waltraut Lehmann hereby respectfully provide notice to the Debtors that she

a. abandons and withdraws Claim #12435 (US$14,464.62) submitted on September 14, 2009 against Debtor LBHI; and

b. has released counsel from his duties and responsibilities with respect to said claim.

RESPECTFULLY submitted this __8th__ day of March, 2011

_____
Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e naber@naberpc.com

• Shai Waisman Esq.
WEIL GOTSCHAL & MANGES LLP
767 Fifth Avenue
New York New York 10153
*Attorney for Debtor*

• Waltraut Lehmann
Schonacher Strasse 26
13469 Berlin/Germany
*CREDITOR*

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing CREDITOR'S NOTICE OF ABANDONMENT & WITHDRAWAL OF COUNSEL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on ___MAR 0 8 2011___.

NABER PC

By _____
300 Central Avenue Ste. 320 • Great Falls, MT 59401