WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**MONTHLY REPORT OF ASSETS DISPOSED OF PURSUANT**
**TO THE *DE MINIMIS* ASSET SALE OR ABANDONMENT PROCEDURES**

Pursuant to the Amended Order Pursuant to Sections 105, 363, and 554(a) of the Bankruptcy Code Establishing Procedures for *De Minimis* Asset Sales and Abandonments entered by the United States Bankruptcy Court for the Southern District of New York on March 31, 2010 [Docket No. 7958] (the "Sale and Abandonment Order"), the above-captioned debtors and debtors in possession have disposed of the assets described on Exhibit A (sales) and Exhibit B (abandonments) attached hereto following notice, where required by the Sale and Abandonment Order, to the Interested Parties[1] and the expiration of the applicable Notice Period without objection by an Interested Party.

Dated: March 15, 2011
      New York, New York

                                                 /s/ Shai Y. Waisman
                                                 Shai Y. Waisman
                                                 WEIL, GOTSHAL & MANGES LLP
                                                 767 Fifth Avenue
                                                 New York, New York 10153
                                                 Telephone:  (212) 310-8000
                                                 Facsimile:  (212) 310-8007

                                                 Attorneys for Debtors
                                                 and Debtors in Possession

---

[1] Capitalized terms that are used but not defined herein shall have the meanings ascribed to them in the Sale and Abandonment Order.

## Exhibit A
(Schedule of Assets Disposed of Pursuant to the *De Minimis* Sale Procedures)

| Description of the Asset | REO Property | Location of the Asset | Purchaser | Relationship Between Purchaser and the Debtors | Lien or Encumbrance Holders | Terms and Conditions of the Noticed *De Minimis* Sale |
|---|---|---|---|---|---|---|
| Residential Real Property | Yes | 1628 Madison Lane SE, Conyers, GA | Donald Young | None | None | $350,000 |

US_ACTIVE:\43654682\01\58399.0003

## **Exhibit B**

(Schedule of Assets Disposed of Pursuant to the *De Minimis* Abandonment Procedures)

| Description of the Asset | Reason for the Abandonment | Party to Whom the Asset was Abandoned |
|---|---|---|
| None | | |