**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                          :
In re                                     :      **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :      **08-13555 (JMP)**
                                          :      **(Jointly Administered)**
         Debtors.                         :
                                          :      **Ref. Docket No. 14950**
-----------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 11, 2011, I caused to be served:

    a.  the "Notice of Hearing on Debtors' One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims)," dated March 11, 2011, to which was attached the "Debtors' One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims)," dated March 11, 2011 [Docket No. 14950], (the "102nd Omnibus Objection"), and

    b.  a customized version of the "Notice of Hearing on Debtors' One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims)," dated March 11, 2011, related to Docket No. 14950, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "102nd Omnibus Custom Notice"),

    by causing:

    i.   true and correct copies of the 102nd Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    ii.  true and correct copies of the 102nd Omnibus Objection, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>,

    iii. a true and correct copy of the 102nd Omnibus Objection, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004, and

iv. the 102nd Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
11th day of March, 2011
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                            :
In re                                       :      Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :      08-13555 (JMP)
                                            :
                        Debtors.            :      (Jointly Administered)
                                            :
------------------------------------------------------------------x

LBH OMNI102 03-11-2011 (MERGE2,TXNUM2) 4000102497 BAR(23) MAIL ID *** 0000043197767 *** BSIUSE: 1

OLLIVIER, JORGE GASTON & REPETTO, NORA BEATRIZ & OLLIVIER, BARBARA
JUANA MANSO 740 PISO 19 DTO 04
BUENOS AIRES, 1107 ARGENTINA


**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED SECOND
OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:** | **Claim Number:**　　　**56695** |
| OLLIVIER, JORGE GASTON & REPETTO, | |
| NORA BEATRIZ & OLLIVIER, BARBARA | **Date Filed:**　　　**10/29/2009** |
| JUANA MANSO 740 PISO 19 DTO 04 | |
| BUENOS AIRES, 1107 ARGENTINA | **Debtor:**　　　**08-13555** |
| | **Classification and Amount:**　　**UNDETERMINED** |

PLEASE TAKE NOTICE that, on March 11, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it is not denominated in lawful currency of the United States.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on April 13, 2011 (the "Response Deadline").

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on April 28, 2011 to consider the Objection.  The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erin Eckols, Esq., at 214-746-7700.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  March 11, 2011
         New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com

bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpiazza@hodgsonruss.com

draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@strooock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us

jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com

lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lmolfetta@mayerbrown.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com

r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbernard@bakerlaw.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhs@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| sara.tapinekis@cliffordchance.com | tduffy@andersonkill.com |
| sbernstein@hunton.com | teresa.oxford@invescoaim.com |
| scargill@lowenstein.com | tgoren@mofo.com |
| schannej@pepperlaw.com | thaler@thalergertler.com |
| schepis@pursuitpartners.com | thomas.califano@dlapiper.com |
| schnabel.eric@dorsey.com | thomas.ogden@dpw.com |
| schristianson@buchalter.com | thomas_noguerola@calpers.ca.gov |
| schwartzmatthew@sullcrom.com | timothy.brink@dlapiper.com |
| scottshelley@quinnemanuel.com | timothy.palmer@bipc.com |
| scousins@armstrongteasdale.com | tjfreedman@pbnlaw.com |
| sdg@yoss.com | tkarcher@dl.com |
| sdnyecf@dor.mo.gov | tkiriakos@mayerbrown.com |
| sehlers@armstrongteasdale.com | tlauria@whitecase.com |
| sfelderstein@ffwplaw.com | tmacwright@whitecase.com |
| sfineman@lchb.com | tmayer@kramerlevin.com |
| sfox@mcguirewoods.com | tnixon@gklaw.com |
| sgordon@cahill.com | toby.r.rosenberg@irscounsel.treas.gov |
| sgubner@ebg-law.com | tony.davis@bakerbotts.com |
| shannon.nagle@friedfrank.com | tslome@msek.com |
| sharbeck@sipc.org | ttracy@crockerkuno.com |
| shari.leventhal@ny.frb.org | tweeler@lowenstein.com |
| shgross5@yahoo.com | ukreppel@whitecase.com |
| sidorsky@butzel.com | vdagostino@lowenstein.com |
| slerner@ssd.com | villa@streusandlandon.com |
| slevine@brownrudnick.com | vmilione@nixonpeabody.com |
| sloden@diamondmccarthy.com | vrubinstein@loeb.com |
| smayerson@ssd.com | walter.stuart@freshfields.com |
| smillman@stroock.com | wanda.goodloe@cbre.com |
| smulligan@bsblawyers.com | wballaine@lcbf.com |
| snewman@katskykorins.com | wbenzija@halperinlaw.net |
| sory@fdlaw.com | wcurchack@loeb.com |
| spiotto@chapman.com | wfoster@milbank.com |
| splatzer@platzerlaw.com | william.m.goldman@dlapiper.com |
| squigley@lowenstein.com | wiltenburg@hugheshubbard.com |
| sree@lcbf.com | wisotska@pepperlaw.com |
| sselbst@herrick.com | wk@pwlawyers.com |
| sshimshak@paulweiss.com | woconnor@crowell.com |
| steele@lowenstein.com | wrightth@sullcrom.com |
| stephen.cowan@dlapiper.com | wsilverm@oshr.com |
| steve.ginther@dor.mo.gov | wswearingen@llf-law.com |
| steven.troyer@commerzbank.com | wtaylor@mccarter.com |
| steven.wilamowsky@bingham.com | wzoberman@bermanesq.com |
| streusand@streusandlandon.com | yamashiro@sumitomotrust.co.jp |
| susan.schultz@newedgegroup.com | yuwatoko@mofo.com |
| susheelkirpalani@quinnemanuel.com | |
| swolowitz@mayerbrown.com | |
| szuch@wiggin.com | |
| tannweiler@greerherz.com | |
| tarbit@cftc.gov | |
| tbrock@ssbb.com | |

**EXHIBIT C**

| Name | Fax |
|------|-----|
| INTERNAL REVENUE SERVICE | (212) 436-1931 |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| A.M. DEN DULK | WASSENNAARSEWEG 124 DEN HAAG 2596 EA NETHERLANDS |
| AGNESKOG, LENNART | NEGLINGEVAGEN 57 SALTSJOBADEN 13334 SWEDEN |
| AREND, RUDOLF | KARDWINKEL 66 MUNSDER 48163 GERMANY |
| B.M. CASPERS | SCHEEPSTIMM STR 6 AMSTERDAM 1019 WX NETHERLANDS |
| BANCO ITAU EUROPA LUXEMBOURG S.A | 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG L-2227 LUXEMBOURG |
| BANCO ITAU EUROPA LUXEMBOURG S.A | 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG L-2227 LUXEMBOURG |
| BANCO PASTOR, S.A. | ONE BISCAYNE TOWER 2 SOUTH BISCAYNE BOULEVARD SUITE 1620 MIAMI FL 33131 |
| BEISEMANN, DIRK | 71 AV. SAINT ROMAN MC-98000 MONACO |
| BERNER KANTONALBANK AG | LEGAL DEPARTMENT BUNDESPLATZ 8 BERNE 3011 SWITZERLAND |
| BERNER KANTONALBANK AG | LEGAL DEPARTMENT BUNDESPLATZ 8 BERNE 3011 SWITZERLAND |
| BOLTE, NORBERT | ROBERT KOCH STR. 11 RONNENBERG D-30952 GERMANY |
| BORDERES, ANIBAL AND ROSA MARIA USSHER | SILVIO RUGGIERI 2876-7B BUENOS AIRES 1425 ARGENTINA |
| BRUCK, WINFRIED AND CORDULA BRUCK-BERGER | WITTENBERGER STR. 3 KOBLENZ 56075 GERMANY |
| BRUCKNER, JURGEN | ALTE WEINSTR. 5 BAD HOMBURG D-61352 GERMANY |
| BUCCI, SILVIA | VIA SAPONE N. 14 MANTOVA 46100 ITALY |
| BUNKE, RONALD A.F. | BISCHOFSGRUNER WEG 79 BERLIN 12247 GERMANY |
| BUTTI, ANDRE | TORLENSTRASSE 36 UERIKON 8713 SWITZERLAND |
| BUTTI, RUTH | TORLENSTRASSE 36 UERIKON 8713 SWITZERLAND |
| CANNON ASSET MANAGEMENT | CANNON ASSET MANAGEMENT LIMITED AS TRUSTEES OF THE RICLAN TRUST PO BOX 393, KINGSWAY HOUSE HAVILLAND STREET ST PETER PORT GY1 3FN GUERNSEY |
| CANNON ASSET MANAGEMENT | CANNON ASSET MANAGEMENT LIMITED AS TRUSTEES OF THE RICLAN TRUST PO BOX 393, KINGSWAY HOUSE HAVILLAND STREET ST PETER PORT GY1 3FN GUERNSEY |
| CANNON ASSET MANAGEMENT | LENKOS C. NOMINEE COMPANY LTD. 16 NEW STREET ST. PETER PORT G41 3FN UNITED KINGDOM |
| CANNON ASSET MANAGEMENT | LENKOS C. NOMINEE COMPANY LTD. 16 NEW STREET ST. PETER PORT G41 3FN UNITED KINGDOM |
| CHANG TSANN RONG ERNEST & LIU AI LIN | FLAT A, 27/F TOWER 5 68 BEL-AIR PEAK AVENUE, BEL-AIR ON THE PEAK CYBER PORT HONG KONG |
| CREDIT SUISSE (LUXEMBOURG) S.A. ZWEIGNIEDERLASSUNG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (LUXEMBOURG) S.A. ZWEIGNIEDERLASSUNG | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CRS FUND, LTD. | ATTN: DAVID A. MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CTK PRIVATSTIFTUNG | LEONHARD ROMIG & MAXIMILIAN KLETTER KOHLMARKT 8-10 WIEN 1010 AUSTRIA |
| CUESTA HERNANDEZ, RAMON | CALLA AUTONOMIA N 16-5 DRCHA. BILBAO 48012 SPAIN |
| CUTURELLO, SUNG-SUK KANG | 1060, WEBGASSE 1/16 VIENNA AUSTRIA |
| DAVENSCHOT, H. | BROEDERSDIJK 54 RIJSSEN 7462 LD NETHERLANDS |
| DE WIT-VAN DEN HEUREL, L. | EMIEL FLEERACKERSSTRAAT 8 TURNHOUT 2300 BELGIUM |
| DEBOY, ROLAND | BERGSTR. 3 GROSSOSTHEIM D-63762 GERMANY |
| DEL CARMEN MASSONI PI, MARIA | MONTSERRAT, 9 1R MOLINS DE REI BARCELONA 08750 SPAIN |
| DEL ROSARIO BEOBIDE, MARIA | ALAMEDA SAN MAMES #4 1ERO BILBAO 48970 SPAIN |
| DEL ROSARIO BEOBIDE, MARIA | ATTN: PEDRO LEIZAOLA BANCO SABADELL MIAMI ONE BISCAYNE TOWER 2 SOUTH BISCAYNE BLVD SUITE 3301 MIAMI FL 33131 |
| DEMPEL, LINA | WERRENGASSE 16 BLAUSTEIN 89134 GERMANY |
| DIETZ, RENATE | ALTENFELDSWEG 5 GLESSEN 35394 GERMANY |
| DOHROW, OLIVER | DR.-WURZBURGER-STR. 8 BAYREUTH 95445 GERMANY |
| DONATH, CHRISTINE UND LUTZ-ALBRECHT | WINGENDORFER STR. 3 OBERSCHONA 09600 GERMANY |
| DOUGALL, ADRIAN AND ANGELA PAGE | AV. SANTA MARIA 6365, TIGRE BUENOS AIRES 1648 ARGENTINA |
| DR. VOSPERNIK, AUGUSTIN | JORGASSE 17 VIENNA A-1130 AUSTRIA |
| EDMUNDO LANDER, JESUS | AVE. CIRCUNVALACION DEL SOL CONJUNTO RESIDENCIA LA PANCHITA QTA #1 URB. STA. |

| Claim Name | Address Information |
|---|---|
| EDMUNDO LANDER, JESUS | PAULA CARACAS 1061 VENEZUELA |
| EDMUNDO LANDER, JESUS | PEDRO LEIZAOLA BANCO SABADELL MIAMI ONE BISCAYNE TOWER 2 SOUTH BISCAYNE BLVD SUITE 3301 MIAMI FL 33131 |
| ENGEL, CARL CHRISTOPH (20.1.2005) | C/O CLAUDIA M. MELCHERSMANN-ENGEL ERNST-ROTTGER-STR. 10 34134 KASSEL GERMANY |
| ERNSTING, J.M. | ESDOORNLAAN 24 OUDORP 1829 HG NETHERLANDS |
| EZQUERRA SAMANIEGO, AURELIANO | SAN FRANCISCO DE ASIS 1180 DPTO. 622 LAS CONDES SANTIAGO CHILE |
| EZQUERRA SAMANIEGO, AURELIANO | ATTN: CECILIA MIRANDA BANCO SABADELL MIAMI ONE BISCAYNE TOWER-SUITE 3301 2 SOUTH BISCAYNE BOULEVARD MIAMI FL 33131 |
| FERSCHNER, ANDREAS | NEUBAUGURTEL 33/16 VIENNA 1150 AUSTRIA |
| FINGER, LISA | SMUGGLELSTEIG 191 MAASHOLM D24404 GERMANY |
| FINGER, LISA | HOUTHOFF BURUMA NV PO BOX 755505 AMSTERDAM 1070 AM NEDERLAND |
| FORTKORD, HEINRICH & UTE | AM PANSBACH 21 LEOPOLDSHOHE D-33818 GERMANY |
| FUCHS, REGINA | MARKSTR. 15 FILSEN 56341 GERMANY |
| FUNKE, RUTH | WERTHER STR. 17A BOCHOLT 46395 GERMANY |
| GANDYR INVESTMENTS LTD | 85 MEDINAT HAYEHUDIM ST. P.O. BOX 4136 HERZLIYA PITUACH 46140 ISRAEL |
| GARCIA-PUENTE RUIZ, MARIA CASILDA | CL JOSE ORTEGA Y GASSET 34 MADRID 28006 ESPA¥A |
| GERBER, NIKOLAUS | JM ALMET 95 SAARBRUECKEN D-66119 GERMANY |
| GEROA PENTSIOAK EPSV | PASEO DE LUGARITZ 27 BAJO SAN SEBASTIAN 20018 SPAIN |
| GEROA PENTSIOAK, EPSV | PASEO DE LUGARITZ, 27 BAJO SAN SEBASTIAN 20018 SPAIN |
| GERSTENBERGER, SIEGFRIED | ALEXANDERSFELD 31C OLDENBURG 26127 GERMANY |
| GHIRINGHELLI, ANDREA | ALTE LANSTRASSE 109 ZOLLIKON CH-8702 SWITZERLAND |
| GIBBY, L.E. | 9 CAERNARVON GARDENS PLYMOUTH DEVON PL2 2RY UNITED KINGDOM |
| GIBBY, PHYLLIS | 9 CAERNARVON GARDENS PLYMOUTH DEVON PL2 2RY UNITED KINGDOM |
| GIHL, ALEXANDRA | WAGNERSTRASSE 59 HAMBURG 22081 GERMANY |
| GOLDEN ORIENT LTD | 3F-2 NO. 61 CHUNG KUANG ROAD TSO-IN DIST KAOHSIUNG TAIWAN, PROVINCE OF CHINA |
| GOLDFINGER ALTERNATIVE STRATEGIES LTD | P O BOX 964 ROAD TOWN, TORTOLA VIRGIN ISLANDS (BRITISH) |
| GORT, RUDOLF | C/O CHG DR. ZORN & PARTNER AG OSTSTR. 7 FRAUENFELD CH-8500 SWITZERLAND |
| GORT, RUDOLF JUN. | C/O CHG DR. ZORN & PARTNER AG OSTSTR. 7 FRAUENFELD CH-8500 SWITZERLAND |
| GOVERS, J.J. DR | REMBRANDTLAAN 17/I BILTHOVEN BG NL-3723 NETHERLANDS |
| GREIFE, BERIT | STEINWARTSTR. 14 DUSSELDORF 40223 GERMANY |
| GROSSMANN, JURGEN | LOVELLS LLP DR. DANIEL WEISS ALSTERTOR 21 HAMBURG 20095 GERMANY |
| GROSSMANN, JURGEN | ELBCHAUSSEE 189 HAMBURG 22605 GERMANY |
| GUVENC, EROL DR. & INGEBORG | CHRISTINA BRUMMENDORF BRUHL 64-66 LEIPZIG 04109 GERMANY |
| GUVENC, EROL DR. & INGEBORG | KAPELLENWEG 9C WINDORF 94575 GERMANY |
| HABERMANN, FRIEDRICH & GABRIELE | KLEINE ZEILE 43 HERRNBAUMGARTEN 2171 AUSTRIA |
| HAFNER, INGO | MUHLBORNGASSE 2 WIESBADEN 65199 GERMANY |
| HAREMANN, ELKE | GOETHE STR. 5 WISMER 23970 GERMANY |
| HELBIG, ILONA | HAUPTSTRASSE 37 RUPPACH-GOLDHAUSEN 56412 GERMANY |
| HERRERA, FRANCISCO LUQUE | CL MARE DE DEUE DEL PORT 257 SA-1 BARCELONA 08038 SPAIN |
| HERRMANN-KRAUS, MARIA | FINKENWEG 5 BURGKUNSTADT 96224 GERMANY |
| HERWEG, PETER | FR-EBERT-STR. 34 SCHONEFELD 12529 GERMANY |
| HEUS, G.H.A. | BURGEMEESTER VAN DER KLOKKENLAAN 55 WAALWIJK 5141 EG NETHERLANDS |
| HOLSINK-VLOEDBELD, A.G.M. | BORNSESTRAAT 378 A ALMELO 7601 PE NETHERLANDS |
| HONINGER, HENRIK & SIBYLLE | ERLENWEG 12 PIRNA D01796 GERMANY |
| HUBER, ANDREAS | TAMARISKENG 102/RH83 WIEN A-1220 AUSTRIA |
| HUTH, DAGMAR | FRIEDEMSTR. 26 BAD KROZINGEN 79189 GERMANY |
| IGNACIO FERNANDEZ, LUIS & SUAREZ, MARTA RUBIO | C/O A&G MADRID ATTN: EULALIA IGLESIAS JOAQUIN COSTA 26 MADRID 28002 SPAIN |
| IGNACIO FERNANDEZ, LUIS & SUAREZ, MARTA RUBIO | GREENBERG TRAURIG LLP ATTN: MARIA DICONZA 200 PARK AVENUE NEW YORK NY 10166 |

| Claim Name | Address Information |
|---|---|
| IWANSKI, MARIA SOPHIA & BERTHOLD | HAUPTSTR. 44 HANROTH 56316 GERMANY |
| J.M. DE MOL VAN OTTERLOO | NIEUWEWEG 42 EEMNES 3755 AD NETHERLANDS |
| JAHNKE, UWE | EDONDORFER WEG 7 ALTENMEDINGEN 29575 GERMANY |
| JAKOUBEK, TOBIAS | ODENWALDRING 80 ROSSDORF D-64380 GERMANY |
| JANICKE, WILLI | MARIENFELDER ALLEE 87 BERLIN 12277 GERMANY |
| JS CRESVALE CAPITAL LIMITED | 23/F, AIE CENTRE, 40-44 BONHAM STRAND SHEUNG WAN HONG KONG |
| JURJENDO BEHEER BV | RIJARIUMLAAN 8 DRIEBERGEN 3972 GJ NETHERLANDS |
| KAMMERGRUBER, KLAUS | SALINWEG 21 STEPHANSKIRCHEN 83071 GERMANY |
| KAUFHOLD, DIETER | MUHLGRABEN 13 HEILBAD HEILIGENSTADT 37308 GERMANY |
| KHUBCHANDANI, BHAGWAN R. | 17/F, TERN CENTRE, TOWER 1, #237 QUEEN'S ROAD CENTRAL HONG KONG |
| KINZLER, HANNELORE | FAHIGASSE 25 FRANKFURT 60311 GERMANY |
| KINZLER, HANNELORE | FAHIGASSE 25 FRANKFURT 60311 GERMANY |
| KLEIN, BERD AND HEDWIG | AM SELDER 10 KEMPEN D-47906 GERMANY |
| KLINGE, JUERGEN | KAAKWEG 8A GOETTINGEN D37077 GERMANY |
| KOHRS, HELLA | DAGEFORDE 2 BERGEN D-29303 GERMANY |
| KOTEWALL, ROBERT GEORGE | 9TH FLOOR, AIE BUILDING 33 CONNAUGHT ROAD CENTRAL HONG KONG |
| KUIT, K.F. | MOLENSTRAAT 42 LIENDEN 4033 AV NETHERLANDS |
| KUPPERS, OLIVER | ROTLINTSTR. 22A 60316 FFM GERMANY |
| LAARTZ, GUENTER | LINDENWEG 13 WALDECK D-34513 GERMANY |
| LANGHEW, RENATE | LESSINGSTR.35 NEUMUENSTER 24536 GERMANY |
| LANS, CARINA | MARINAV. 37C HOLLVIKEN 23641 SWEDEN |
| LEENSTRA, W.H. E/O  H.P. LEENSTRA-BAZUIN | VAN DER DUYN VAN MASSDAMSTRAAT 20 VEENENDAAL 3904 HB NETHERLANDS |
| LIEBHARD, OLIVER | MEISENSTRASSE 7 WINTERTHUR 8400 SWITZERLAND |
| LIN, CHING JEN | 7F-5, NO.155 TAI YUAN RD. DATONG DISTRICT TAIPEI CITY 103 TAIWAN, PROVINCE OF CHINA |
| LOOMAN, A.B. | PLATTENBERG 45 MAARN 3951 AP NETHERLANDS |
| LUDEMANN, GERTRUD HELENE | C/LUIS MITJANS 25, PORTAL-B, BAJO-B MADRID 28007 SPAIN |
| LUXICAV OBBLIGATO NARIO | 19-21 BD PRINCE HENRI L-1724 LUXEMBOURG |
| LUXICAV PLUS FLEX 35 | 19/21 BD DU PRINCE HENRI L-1724 LUXEMBOURG |
| LUXICAV PLUS FLEX 50 | 19/21 BD DU PRINCE HENRY L-1724 LUXEMBOURG |
| MAB DONKERS | HOOFDSTRAAT 1 SCHIMMERT 6333 BE NETHERLANDS |
| MADER, STEFAN | OSTERSEESTRABE 50A GROBENZELL 82194 GERMANY |
| MAGNOLIA CONSULTING SL | C/. MARGARITA BLANCA 18 PUEBLO LOPEZ 29640 FUENQIROLA MALAGA SPAIN |
| MAGNUSSON, BJORN HANS BERTIL | GUNBRITT ELIZABETH MAGNUSSON C/. MARGARITA BLANCA 18 PUEBLO LOPEZ 29640 FUENGIROLA MALAGA SPAIN |
| MANIA PAZ CANDEL GRIFOL | PANIEVE LIDON 3 7 A CASTELLON 12003 SPAIN |
| MARBARTHY HOLDING BV | BORNSESTRAAT 378 A ALMELO 7601 PE NETHERLANDS |
| MARIAN INC | C/O ANGELA RAMOS 701 BRICKELL AVE - 10TH FLOOR MIAMI FL 33131 |
| MARTA DE LA HIJA SENTIS | C/UNIO-, 3-CASA SANT JUST DESVERN BARCELONA 08960 SPAIN |
| MARX, ELFRIEDE | DOKTOR-HILD-GASSE 2-8/2/6 PURKERSDORF A-3002 AUSTRIA |
| MERTINKE, SABINE | PESTALOZZISTR. 6 WETTENBERG 35435 GERMANY |
| MESSINESIS, GERTRUD | JAGDHAUS WIESENTAL 3 MORFELDEN D-64546 |
| MICHEL, GERALD | SCHULSTRASSE 35 NOCHERN 56357 GERMANY |
| MILNICKEL, CHRISTIANE | JAHNRING 22 BAD HARZBURG D-38667 GERMANY |
| MOENGEMOELLER, G | FICHTESTRASSE 23 HAMM D-59071 GERMANY |
| MOESICK, NICOLE | DUINVIOOLTJESSTRAAT 21 B3 KNOKKE BE 8300 BELGIUM |
| MOHR, INGRID | SPULERSTR. 12 GREVEN 48268 GERMANY |
| MONDT, JOLIE CHRISTINE | OELBERG WEG 9 NIEDERKASSEL D-53859 GERMANY |
| MOOLHUIZEN, C. | LEIDSEGRACHT 7 AMSTERDAM 1017 NA NETHERLANDS |

| Claim Name | Address Information |
| --- | --- |
| MR. A. KASPERS HOLDING B.V. | DE GENESTETLAAN 16 SOEST 3768 GJ NETHERLANDS |
| MURCIA, JAIME H. | ATTN: MAURICIO QUINTERO BANCO SABADELL MIAMI ONE BISCAYNE TOWER – SUITE 3301 2 SOUTH BISCAYNE BLVD. MIAMI FL 33131 |
| MURCIA, JAIME H. | 5770 LA LUNETA AVE. MIAMI FL 33155 |
| MUSCAT DEVELOPMENT INC., PANAMA | C/O ARNIKAWEG 15 PRINCIPALITY OF LIECHTENSTEIN VADUZ FL-9490 |
| NORDEA BANK, S.A. | ON BEHALF OF ROYAL SKANDIA LIFE ASS. LTD. P.O. BOX 562 LUXEMBOURG L-2015 LUXEMBOURG |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | DLA PIPER WEISS-TESSBACH ATTN: THOMAS RUHM, ESQ. CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA A-1010 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | DLA PIPER WEISS-TESSBACH ATTN: THOMAS RUHM, ESQ. CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA A-1010 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | DLA PIPER WEISS-TESSBACH ATTN: THOMAS RUHM, ESQ. CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA A-1010 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA A-1090 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA A-1090 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA A-1090 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| OHNESORGE, GABRIELE | JLSENBURGER STR. 26 WOLFENBUTTEL 38302 GERMANY |
| OLAYA GONZALEZ, FRANK | CALLE BLASCO DE GARAY 46 PRIMERO 5 MADRID 28015 SPAIN |
| OLAYA GONZALEZ, FRANK | ATTN: PEDRO LEIZAOLA BANCO SABADELL MIAMI ONE BISCAYNE TOWER 2 SOUTH BISCAYNE BLVD SUITE 3301 MIAMI FL 33131 |
| OLLIVIER, JORGE GASTON & REPETTO, NORA BEATRIZ & O | JUANA MANSO 740 PISO 19 DTO 04 BUENOS AIRES 1107 ARGENTINA |
| ONG STEPHEN CHUA & ELIZABETH YUTAN | 4TH FLOOR FLAT A GREENFIELD MANSION # 8 KINGSTON STREET CAUSEWAY BAY HONG KONG |
| PALHARES, PAULO TORRES | BRUNNENGASSE 11 GROSS-UMSTADT D-64823 GERMANY |
| PANG SIEW MAN & LI KAREN KWAI HAR | BLOCK 31, 3/F BAGUIO VILLA 555 VICTORIA ROAD POKFULAM HONG KONG |
| PAROCHIE, MARIA | BURG. DE RAADTSINGEL 45 DORDRECHT 3311 JG NETHERLANDS |
| PAUL VAN KEMPEN GYNAECO BV | HERTENLAAN 7 WAGENINGEN 6705 CA NETHERLANDS |
| PELZER, JOCHEN & TANJA | NIEWERDER ESCH 15 RHEDE 46414 GERMANY |
| POLCHEV, HANS J | ROBERT KOCH STR 12 MONHEIM 40789 GERMANY |
| POLLA, NICOLO | JUDENPFAJ 26 COLOGNE 50996 GERMANY |
| POTHOVEN, M.W. | TURFMARKT 90 GOUDA 2801 HC NETHERLANDS |
| PRINS, J.H.A.A. | 'S-GRAVENWEG 367 CAPELLE A/D YSSEL 2905 LC NETHERLANDS |
| RAMMER, FRIEDRICH & MARTHA | A-2020 HOLLABRUNN HAUPT PLATZ 8 AUSTRIA |
| REYKER SECURITIES PLC | TRANSFEROR: KEYDATA INVESTMENT SERVICES LIMITED 46 ST. JAMES'S PLACE LONDON SW1A1NS UNITED KINGDOM |
| RIECKMANN, BEREND | SONNENBLUMENSTRAÄE 35 EMDEN 26725 GERMANY |
| ROHDE, JENS & KIRSTEN | HAUPTSTR. 34 C RATEKAU 23626 GERMANY |
| ROHR, LOTHAR AND HELENE | STEIGERSHAUSCHEN 7 SOLINGEN 42657 GERMANY |
| ROMINGER, MARKUS | VIA MAISTRA 245 PONTRESINA CH-7504 SWITZERLAND |
| ROTTGER, INGRID KARIN | SEIDENSTRASSE 109 TONISVORST D47918 GERMANY |
| SCHARF, BURKHARD, DR. | ELLHORNSTRASSE 21 BREMEN D-28195 GERMANY |
| SCHEPERS, PSAM | POSTBUS 436 OLDENZAAL 7570 AK NETHERLANDS |

| Claim Name | Address Information |
|---|---|
| SCHINDLER, GERHARD | GEORG-STEINHART-STR. 14 HALLBERGMOOS 85339 GERMANY |
| SCHLICHTING, KARL-HEINZ | KURVENECK 11 HAMBURG 22335 GERMANY |
| SCHLICHTING, KARL-HEINZ | KURVENECK 11 HAMBURG 22335 GERMANY |
| SCHMIDT, MANFRED | BRESDOFER BLUMENWIESE 3 12683 BERLIN GERMANY |
| SCHNEIDER, HELMUT & IRENE | EDUARD-VERHULSDONK-STR. 6 NEUWIRD D-56564 GERMANY |
| SCHUBERT, MARGIT | KIRCHGASSE 19 LEINATAL 99894 GERMANY |
| SEELIGER, ERIC | AM WISCHBERG 12 STOLLBERG 09366 GERMANY |
| SHARMA, ASHOK KUMAR AND KUMARI LATA BACHAN SINGH | NO. 40, JALAN EKSEKUTIF, U1/6 GLENMARIE COURT SHAH ALAM 40150 MALAYSIA |
| SORLIE, TERJE | FRAMVEIEN 3B OSLO 1177 NORWAY |
| SOUTH CHINA INSURANCE CO, LTD | 5F, NO.560 CHUNGHSIAO E. RD SEC 4 TAIPEI 110 TAIWAN, PROVINCE OF CHINA |
| STICHTING LMB | HUIS TER LUCHT 20 EB MAASLAND 3155 NETHERLANDS |
| STICHTING LMB | HUISTER LUCHT 20 MAASLAND 3155 EB NETHERLANDS |
| STICHTING TURING FOUNDATION | HERENGRACHT 514 AMSTERDAM 1017 CC NETHERLANDS |
| STILLE, HEINRICH | EGGERS WEG 10 BERGEN D29303 GERMANY |
| STREITLER, HEIDE ROSWITHA | OBERE HARTE 24 DORNGIRN 6850 AUSTRIA |
| STROCZAN, KATHERINE | KEPLERSTR. 28 FRANKFURT 60318 GERMANY |
| STUURMAN STORAGE B.V. | RODE KLAVER 2 KRIMPEN A/D YSSEL 2923 GH NETHERLANDS |
| SUTTERLUTI, LOTHAR | ALTE KIRCHSTRASSE 24 ALTACH A-6844 AUSTRIA |
| SWISS LIFE LUXEMBOURG SA | 25, ROUTE D'ARLON STROSSEN L-8009 LUXEMBOURG |
| SZPEKMAN, CESAR MIGUEL AND MARCOS ROLANDO | MIZRAHI SAN MARTIN 890 1 FLOOR TUCUMAN 4000 ARGENTINA |
| SZURDOK, SZILARD | DORFSTREET 19A GEROLDSWIL 8954 SWITZERLAND |
| TAMINIAU, C.J.R.M. | BEEKSTRAAT 36B NUENEN (CA) 5673 NA NETHERLANDS |
| TEH EDDIE EWE GUAN | 18 EWE BOON ROAD #09-06 PALM SPRING SINGAPORE 259326 SINGAPORE |
| TELLO, JOSE MIGUEL MARCO | PASEO ROSALES, 34, LOCAL 4 ZARAGOZA 50008 SPAIN |
| TELLO, JOSE MIGUEL MARCO | PASEO ROSALES, 34, LOCAL 4 ZARAGOZA 50008 SPAIN |
| THERO BEHEER BV | ATTN: MR.E. DE JONGH TYSJESDYK 39 RHOON 3161 CV NETHERLANDS |
| THUMMEL, PETER & SYLVIE | BRUDERHOLZSTRASSE 17 BINNINGEN 4102 SWITZERLAND |
| TIRRENO INTL | C/O SKYBOX 1900 NW 97TH AVE SUITE 051-512561 MIAMI FL 33172 |
| TRABER, HOLGER | HORNER WEG 228 HAMBURG 22111 GERMANY |
| TRESCENTS, JOSEP ROCA | CALLE MOLI DEL MIG NUMERO 10 MATARO BARCELONA 08304 SPAIN |
| TRESCENTS, JOSEP ROCA | ANNA TRIAS-HENEIN BANCO SABADELL MIAMI ONE BISCAYNE TOWER 2 SOUTH BISCAYNE BLVD SUITE 3301 MIAMI FL 33131 |
| U SHING KEUNG | FLAT 4A, 26 MAGAZINE GAP ROAD THE PEAK HONG KONG |
| VAN LEEUWEN, DIRK | 75 BIS RUE DES ENTREPRENEURS PARIS 75015 FRANCE |
| VAN WEES, M.J.M. | ZWANEBLOEMWEG 89 KUDELSTAART 1433 WE NETHERLANDS |
| VARGAS ASTIZ, PEDRO | C/ MUCUBAJI CON C/ YARE QTA MAITE ELENA NO. 165 MACARACUAY ZONA J CARACAS EDO MIRANDA VENEZUELA |
| VARGAS ASTIZ, PEDRO | ATTN: PEDRO LEIZAOLA BANCO SABADELL MIAMI ONE BISCAYNE TOWER 2 SOUTH BISCAYNE BLVD SUITE 3301 MIAMI FL 33131 |
| VICENTE RIERA VALERO | PARQUE LIDON 3 7 "0" A CASTELLON 12003 SPAIN |
| VON BORSTEL, STEFAN | TAUNNSSTR 20 BERLIN D-12161 GERMANY |
| W.P. SPRENGER HOLDING B.V. | H. BOSMANSLAAN 16 ROTTERDAM 3055 WG NETHERLANDS |
| WANG LUP KUEN JOSEPH | APARTMENT 3219, CONVENTION PLAZA APARTMENT 1 HARBOUR ROAD WANCHAI NORTH HONG KONG |
| WEBER, PETER | WASSERBURGER 1-3/14/16 1090 VIENNA AUSTRIA |
| WENSING, F.H. | GEN. VAN HEUTSZLAAN 73 APELDOORN 7316 CW NETHERLANDS |
| WOLDIGER, NACHMAN | 31, YAIR STR. RAMAT-GAN ISRAEL |
| WONG LUP KUEN JOSEPH | APARTMENT 3219, CONVENTION PLAZA APARTMENT 1 HARBOUR ROAD WANCHAI NORTH HONG |

| Claim Name | Address Information |
|---|---|
| WONG LUP KUEN JOSEPH | KONG |
| WRYTETIME LIMITED | WRYTETIME LIMITED PO BOX 393 KINGS WAY HOUSE HAVILLAND STREET ST PETER PORT GY1 3FN GUERNSEY |
| WRYTETIME LIMITED | WRYTETIME LIMITED PO BOX 393 KINGSWAY HOUSE HAVILLAND STREET ST PETER PORT GY1 3FN GUERNSEY |
| WRYTETIME LIMITED | LENKOS C. NOMINEE COMPANY LTD. 16 NEW STREET ST. PETER PORT G41 3FN UNITED KINGDOM |
| WRYTETIME LIMITED | LENKOS C. NOMINEE COMPANY LTD. 16 NEW STREET ST. PETER PORT G41 3FN UNITED KINGDOM |
| ZEHLEIN, HANNE | DROSSELWEG 21 FEUCHT 90537 GERMANY |
| ZLOBECK, HANNES LANS | MARINAV. 37C HOLLVIKEN 23641 SWEDEN |
| ZLOBECK, SOFIA LANS | MARINAV. 37C HOLLVIKEN 23641 SWEDEN |
| ZOCHLING-SCHRACK, MAG TANJA, MRS. | LAROCHEGASSE 23 WIEN 1130 AUSTRIA |
| ZORTEA, RAINER | SCHWARZBACHWEG 3 THURINGEN A-6712 AUSTRIA |

**Total Creditor count  224**