Dennis F. Dunne
Dennis O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                            :
In re:                                                      :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                                            :
            Debtors.                                      :    (Jointly Administered)
                                                            :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        ) SS.:
COUNTY OF NEW YORK  )

  CHARMAINE M. THOMAS, being duly sworn, deposes and says:

  I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

  On the 14th of March, 2011, I caused a copy of the following document:

TWENTY-FIRST NOTICE OF ADJOURNMENT OF HEARING
WITH RESPECT TO RECONSIDERATION OF COURT'S
SEPTEMBER 17, 2008 INTERIM ORDER (I) AUTHORIZING
DEBTOR TO OBTAIN POSTPETITION FINANCING
PURSUANT TO SECTIONS 363 AND 364 OF BANKRUPTCY
CODE AND (II) GRANTING LIENS AND SUPERPRIORITY
CLAIMS TO POSTPETITION LENDERS PURSUANT TO
SECTION 364 OF BANKRUPTCY CODE,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, and to be served upon the parties listed on Exhibit C attached hereto by United States Postal Service for delivery by first class mail.

      /s/ Charmaine M. Thomas
      CHARMAINE M. THOMAS

SWORN TO AND SUBSCRIBED before me this 16th day of March, 2011

/s/ Jason Hsu
Jason Hsu
Notary Public, State of New York
No. 01HS6212317
Qualified in New York County
Commission Expires Oct. 13, 2013

# Exhibit A

jacqueline.marcus@weil.com; harvey.miller@weil.com; lori.fife@weil.com; richard.krasnow@weil.com; shai.waisman@weil.com; aaaronson@dilworthlaw.com; aalfonso@willkie.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adam.brezine@hro.com; adarwin@nixonpeabody.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; alesia.pinney@infospace.com; alum@ftportfolios.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; aostrow@beckerglynn.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bdk@schlamstone.com; bgraifman@gkblaw.com; bguiney@pbwt.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; Brian.Corey@greentreecreditsolutions.com; bromano@willkie.com; brosenblum@jonesday.com; broy@rltlawfirm.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com; calbert@reitlerlaw.com; canelas@pursuitpartners.com; carlsons@sullcrom.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; chardman@klestadt.com; charles@filardi-law.com; charles_malloy@aporter.com; charu.chandrasekhar@wilmerhale.com; chipford@parkerpoe.com; chris.donoho@lovells.com; christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cwalsh@mayerbrown.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; david.seligman@kirkland.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com; dckaufman@hhlaw.com; dcoffino@cov.com;

dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com;
deggermann@kramerlevin.com; deggert@freebornpeters.com;
demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com;
dflanigan@polsinelli.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com;
dheffer@foley.com; diconzam@gtlaw.com; dirk.roberts@ots.treas.gov;
djoseph@stradley.com; dkleiner@velaw.com; dkozusko@willkie.com;
dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com;
dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com;
dneier@winston.com; dove.michelle@dorsey.com; dowd.mary@arentfox.com;
DPiazza@HodgsonRuss.com; draelson@fisherbrothers.com; dravin@wolffsamson.com;
drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com;
drosner@kasowitz.com; dshemano@pwkllp.com; dspelfogel@foley.com;
dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com;
dworkman@bakerlaw.com; easmith@venable.com; echang@steinlubin.com;
ecohen@russell.com; efile@willaw.com; efriedman@friedumspring.com;
egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com;
ekbergc@lanepowell.com; elevin@lowenstein.com; eli.mattioli@klgates.com;
ellen.halstead@cwt.com; eobrien@sbchlaw.com; eschaffer@reedsmith.com;
eschwartz@contrariancapital.com; esmith@dl.com; ezujkowski@emmetmarvin.com;
ezweig@optonline.net; fbp@ppgms.com; feldsteinh@sullcrom.com;
ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com;
francois.janson@hklaw.com; frank.white@agg.com; fsosnick@shearman.com;
fyates@sonnenschein.com; gabriel.delvirginia@verizon.net; george.davis@cwt.com;
geraci@thalergertler.com; ggitomer@mkbattorneys.com; giddens@hugheshubbard.com;
gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com;
gravert@mwe.com; gspilsbury@jsslaw.com; guzzi@whitecase.com;
harrisjm@michigan.gov; harveystrickon@paulhastings.com;
hbeltzer@mayerbrown.com; heidi@crumbielaw.com; heim.steve@dorsey.com;
heiser@chapman.com; hirsch.robert@arentfox.com;
hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com;
hseife@chadbourne.com; hsnovikoff@wlrk.com; icatto@kirkland.com;
igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com;
ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com;
iva.uroic@dechert.com; jaclyn.genchi@kayescholer.com; jacobsonn@sec.gov;
jafeltman@wlrk.com; james.mcclammy@dpw.com; james.sprayregen@kirkland.com;
jamestecce@quinnemanuel.com; jamie.nelson@dubaiic.com; jar@outtengolden.com;
jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com;
Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com;
jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com;
Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jean-david.barnea@usdoj.gov;
jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffrey.sabin@bingham.com;
jeldredge@velaw.com; jen.premisler@cliffordchance.com;
jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;
jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com;
jflaxer@golenbock.com; jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com;
jgarrity@shearman.com; jgenovese@gjb-law.com; jguy@orrick.com;

2

jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com;
jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jim@atkinslawfirm.com;
jjoyce@dresslerpeters.com; jjtancredi@daypitney.com; jjureller@klestadt.com;
jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com;
jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com;
jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com;
jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com;
jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com;
john.monaghan@hklaw.com; john.rapisardi@cwt.com; john@crumbielaw.com;
joli@crlpc.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov;
joshua.dorchak@bingham.com; jowen769@yahoo.com; jowolf@law.nyc.gov;
joy.mathias@dubaiic.com; JPintarelli@mofo.com; jpintarelli@mofo.com;
jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com;
jrsmith@hunton.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com;
jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jstoll@mayerbrown.com;
jtimko@allenmatkins.com; jtimko@shutts.com; jtougas@mayerbrown.com;
judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org;
jwcohen@daypitney.com; jweiss@gibsondunn.com; jwest@velaw.com;
jwh@njlawfirm.com; jwhitman@entwistle-law.com; k4.nomura@aozorabank.co.jp;
karen.wagner@dpw.com; KDWBankruptcyDepartment@kelleydrye.com;
keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com;
kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com;
klyman@irell.com; kmayer@mccarter.com; kobak@hugheshubbard.com;
korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kowens@foley.com;
kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com;
krosen@lowenstein.com; kuehn@bragarwexler.com; kurt.mayr@bgllp.com;
lacyr@sullcrom.com; Landon@StreusandLandon.com; lawallf@pepperlaw.com;
lberkoff@moritthock.com; Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com;
lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com;
lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lmarinuzzi@mofo.com;
Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com;
lmolfetta@mayerbrown.com; lnashelsky@mofo.com; loizides@loizides.com;
lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com;
lthompson@whitecase.com; lubell@hugheshubbard.com; lwhidden@salans.com;
mabrams@willkie.com; MAOFILING@CGSH.COM;
Marc.Chait@standardchartered.com; margolin@hugheshubbard.com;
mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com;
mark.sherrill@sutherland.com; martin.davis@ots.treas.gov;
Marvin.Clements@ag.tn.gov; matthew.klepper@dlapiper.com;
matthew.morris@lovells.com; mbenner@tishmanspeyer.com;
mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com;
mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com;
mdorval@stradley.com; meltzere@pepperlaw.com; metkin@lowenstein.com;
mfeldman@willkie.com; mgordon@briggs.com; mgreger@allenmatkins.com;
mhanchet@mayerbrown.com; mhopkins@cov.com; michael.frege@cms-hs.com;
michael.kim@kobrekim.com; millee12@nationwide.com; miller@taftlaw.com;

3

mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com;
MJR1@westchestergov.com; mkjaer@winston.com; mlahaie@akingump.com;
MLandman@lcbf.com; mlynch2@travelers.com; mmendez@hunton.com;
mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us;
mneier@ibolaw.com; monica.lawless@brookfieldproperties.com;
mpage@kelleydrye.com; mprimoff@kayescholer.com; mpucillo@bermanesq.com;
mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu;
mshiner@tuckerlaw.com; msiegel@brownrudnick.com; mspeiser@stroock.com;
mstamer@akingump.com; mvenditto@reedsmith.com; mwarren@mtb.com;
ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com;
newyork@sec.gov; nfurman@scottwoodcapital.com; Nherman@morganlewis.com;
nissay_10259-0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com;
oipress@travelers.com; omeca.nedd@lovells.com; patrick.oh@freshfields.com;
paul.turner@sutherland.com; pbattista@gjb-law.com; pbosswick@ssbb.com;
pdublin@akingump.com; peisenberg@lockelord.com; peter.gilhuly@lw.com;
peter.macdonald@wilmerhale.com; peter.simmons@friedfrank.com;
peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com;
pmaxcy@sonnenschein.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com;
psp@njlawfirm.com; ptrostle@jenner.com; pwright@dl.com; r.stahl@stahlzelloe.com;
raj.madan@bingham.com; rajohnson@akingump.com; ramona.neal@hp.com;
ranjit.mather@bnymellon.com; rbeacher@pryorcashman.com; rbernard@bakerlaw.com;
rbyman@jenner.com; rdaversa@orrick.com; relgidely@gjb-law.com;
rfleischer@pryorcashman.com; rfrankel@orrick.com;
rfriedman@silvermanacampora.com; rgmason@wlrk.com; rgraham@whitecase.com;
rgraham@whitecase.com; rhett.campbell@tklaw.com; RHS@mccallaraymer.com;
richard.lear@hklaw.com; richard.levy@lw.com; richard.tisdale@friedfrank.com;
ritkin@steptoe.com; RJones@BoultCummings.com; RLevin@cravath.com;
rmatzat@hahnhessen.com; rnetzer@willkie.com; rnorton@hunton.com;
robert.bailey@bnymellon.com; robert.dombroff@bingham.com;
robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov;
robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com;
ronald.silverman@bingham.com; rqureshi@reedsmith.com; rreid@sheppardmullin.com;
rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com;
RTrust@cravath.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com;
s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;
sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com;
Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; scargill@lowenstein.com;
schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com;
schristianson@buchalter.com; schwartzmatthew@sullcrom.com;
scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdg@yoss.com;
sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com;
sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-
law.com; shai.waisman@weil.com; shannon.nagle@friedfrank.com; sharbeck@sipc.org;
shari.leventhal@ny.frb.org; shgross5@yahoo.com; sidorsky@butzel.com;
slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com;

4

smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com;
snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com;
splatzer@platzerlaw.com; squigley@lowenstein.com; SRee@lcbf.com;
sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com;
stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov;
steven.troyer@commerzbank.com; steven.wilamowsky@bingham.com;
Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com;
susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com;
szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com;
tduffy@andersonkill.com; teresa.oxford@invescoaim.com; TGoren@mofo.com;
thaler@thalergertler.com; thomas.califano@dlapiper.com; thomas.ogden@dpw.com;
Thomas_Noguerola@calpers.ca.gov; timothy.brink@dlapiper.com;
timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com;
tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com;
tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov;
tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com;
twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com;
Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com;
walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com;
wbenzija@halperinlaw.net; wcurchack@loeb.com; william.m.goldman@dlapiper.com;
wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wk@pwlawyers.com;
woconnor@crowell.com; wrightth@sullcrom.com; wsilverm@oshr.com;
wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com;
yamashiro@sumitomotrust.co.jp; YUwatoko@mofo.com;
'robertdakis@quinnemanuel.com'; 'lynne.gugenheim@cna.com';
Karla.Lammers@cna.com'

5

## **Exhibit B**

INTERNAL REVENUE SERVICE
Fax No.: (212) 436-1931


Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.: (212) 668-2255

**Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori R. Fife, Esq.
　　　Harvey R. Miller, Esq..

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
　　　Paul Schwartzberg, Esq.
　　　Brian Masumoto, Esq.
　　　Linda Riffkin, Esq.
　　　Tracy Hope Davis, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York, NY 10006
Attn: Lindsee P. Granfield, Esq.
　　　Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
　　　Hydee R. Feldstein, Esq.
.