YOSS LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree St. N.E.
Atlanta, GA 30309
Telephone: (404) 347-8300
Facsimile: (404) 921-9110

Steven D. Ginsburg

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
Debtors.                                                       :    (Jointly Administered)
---------------------------------------------------------------x

## NOTICE TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel respectfully requests to be removed from the Court's electronic notification, mailing matrix and all service lists in the above-styled matter, including the electronic matrix in this case.

**Dated this 16th of March, 2011.**

                                    YOSS LLC

                                    /s/ Steven D. Ginsburg
                                    Steven D. Ginsburg
                                    Florida Bar No.: 218723
                                    sdg@yoss.com
                                    Two Midtown Plaza, Suite 1500
                                    1349 West Peachtree St. N.E.
                                    Atlanta, GA 30309
                                    Telephone: (404) 347-8300
                                    Facsimile: (404) 921-9110

                                    *Attorneys for GMAC*

{210339.0098/N0882260_1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2011, a true and correct copy of the foregoing was served electronically through the court's EM/ECF system on all parties requesting electronic service.

/s/ Steven D. Ginsburg
Steven D. Ginsburg

{210339.0098/N0882260_1}