## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF SUFFOLK    )

MELISSA SCHNETTLER, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides at Coram, New York.

That on the 16th day of March, 2011 deponent served the annexed ***Objection of Inverell Shire Council to Debtor's Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims)*** upon the following at the address set forth below:

Weil, Gotshal & Manges, LLP
Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee for the Southern District of New York
Attn: Elisabeth Gasparini, Esq. and Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Melissa Schnettler
MELISSA SCHNETTLER

Sworn to before me this
16th day of March, 2011


/s/ Maryam Parvaneh
   NOTARY PUBLIC
No. 02PA6208296
Qualified in Nassau County
Commission Expires June 29, 2013