# EXHIBIT 2

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

LINC Housing Corporation
Karen Maeshima, CPA, Controller
110 Pine Ave., Suite 500
Long Beach, CA 90802

Invoice No.   560397
Account No.   024332 - 0002
Billing Atty.  L. Harrison
Date          July 7, 2009

Bankruptcy

## INVOICE SUMMARY

CURRENT INVOICE SUMMARY:

| | |
|---|---|
| Disbursements and Costs Advanced | $ 58.30 |
| **Fees and Costs Due This Invoice** | **$ 58.30** |

### Wire Instructions

Union Bank of California
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), or (DC) following an individual's name denotes paralegal, law clerk or document clerk.

EXHIBIT 2, PAGE 41

**TAXPAYERS ACCOUNT**
NO 95-3519027

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

LINC Housing Corporation
Karen Maeshima, CPA, Controller
110 Pine Ave., Suite 500
Long Beach, CA  90802

Invoice No.   560397
Account No.   024332 - 0002
Billing Atty.  L. Harrison
Date   July 7, 2009

Bankruptcy

## REMITTANCE COPY

### *** PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE ***

CURRENT INVOICE SUMMARY:
  Disbursements and Costs Advanced                                 $        58.30
**Fees and Costs Due This Invoice**                                $        **58.30**

### Wire Instructions

Union Bank of California
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC),or (DC) following an individual's name denotes paralegal, law clerk or document clerk.

EXHIBIT  2 , PAGE  42

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

LINC Housing Corporation
Karen Maeshima, CPA, Controller
110 Pine Ave., Suite 500
Long Beach, CA 90802

Invoice No.  560397
Account No.  024332 - 0002
Billing Atty.  L. Harrison
Date  July 7, 2009
Page  1

RE: Bankruptcy

SERVICES RENDERED THROUGH JUNE 30, 2009

DISBURSEMENTS AND COSTS ADVANCED

| | |
|---|---|
| Duplication | 23.94 |
| Express Mail | 34.36 |

Total Disbursements    $58.30

| | | |
|---|---|---|
| Total Current Costs | | $58.30 |
| Previous Balance Due | 437.50 | |
| Payments and Adjustments | (437.50) | |
| Prior Balance Due | | 0.00 |

Total Balance Due    $58.30

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC),or (DC) following an individual's name denotes paralegal, law clerk or document clerk.

EXHIBIT 2, PAGE 43

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

LINC Housing Corporation
Bankruptcy
024332-0002

July 7, 2009
Invoice No. 560397
Page No. 2

## ACCOUNTS RECEIVABLE

| 0 - 30 DAYS | 31- 60 DAYS | 61 - 90 DAYS | 91 - 180 DAYS | OVER 180 |
|---|---|---|---|---|
| $58.30 | $0.00 | $0.00 | $0.00 | $0.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC),or (DC) following an individual's name denotes paralegal, law clerk or document clerk.

EXHIBIT 2, PAGE 44

| | |
|---|---|
| **TAXPAYERS ACCOUNT**<br>NO 95-3519027 | **RUTAN & TUCKER, LLP**<br>ATTORNEYS AT LAW<br>A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS<br><br>611 ANTON BOULEVARD SUITE 1400<br>POST OFFICE BOX 1950<br>COSTA MESA, CALIFORNIA 92628-1950<br>(714) 641-5100 |

| | |
|---|---|
| LINC Housing Corporation<br>Karen Maeshima, CPA, Controller<br>110 Pine Ave., Suite 500<br>Long Beach, CA  90802 | Invoice No.   554668<br>Account No.   024332 - 0002<br>Billing Atty.   L. Harrison<br>Date   April 20, 2009 |

Bankruptcy

## INVOICE SUMMARY

CURRENT INVOICE SUMMARY:
   Professional Fees                                                                                 $        437.50
**Fees and Costs Due This Invoice**                                                      $        437.50

### Wire Instructions

Union Bank of California
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC),or (DC) following an individual's name denotes paralegal, law clerk or document clerk.

EXHIBIT 2, PAGE 45

| | | |
|---|---|---|
| **TAXPAYERS ACCOUNT**<br>NO 95-3519027 | **RUTAN & TUCKER, LLP**<br>ATTORNEYS AT LAW | |

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

| | |
|---|---|
| LINC Housing Corporation<br>Karen Maeshima, CPA, Controller<br>110 Pine Ave., Suite 500<br>Long Beach, CA 90802 | Invoice No.  554668<br>Account No.  024332 - 0002<br>Billing Atty.  L. Harrison<br>Date  April 20, 2009 |

Bankruptcy

## REMITTANCE COPY

*** PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE ***

CURRENT INVOICE SUMMARY:
    Professional Fees      $      437.50
**Fees and Costs Due This Invoice**      $      437.50

### Wire Instructions

Union Bank of California
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC),or (DC) following an individual's name denotes paralegal, law clerk or document clerk.

EXHIBIT 2, PAGE 46

| | |
|---|---|
| TAXPAYERS ACCOUNT<br>NO 95-3519027 | **RUTAN & TUCKER, LLP**<br>ATTORNEYS AT LAW<br>A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS<br><br>611 ANTON BOULEVARD SUITE 1400<br>POST OFFICE BOX 1950<br>COSTA MESA, CALIFORNIA 92628-1950<br>(714) 641-5100 |

| | |
|---|---|
| LINC Housing Corporation<br>Karen Maeshima, CPA, Controller<br>110 Pine Ave., Suite 500<br>Long Beach, CA 90802 | Invoice No.  554668<br>Account No.  024332 - 0002<br>Billing Atty.  L. Harrison<br>Date  April 20, 2009<br>Page  1 |

RE: Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2009

| 01/27/09 | Penelope Parmes<br>Prepare proof of claim; email to Ms. Maeshima re calculations of amounts due. | 0.70 | |
|---|---|---|---|
| | Total Hours | 0.70 | |
| | Total Professional Services | | $437.50 |

| | |
|---|---|
| Total Current Fees | $437.50 |
| Prior Balance Due | 0.00 |
| Total Balance Due | $437.50 |

## ACCOUNTS RECEIVABLE

| 0 - 30 DAYS | 31- 60 DAYS | 61 - 90 DAYS | 91 - 180 DAYS | OVER 180 |
|---|---|---|---|---|
| $437.50 | $0.00 | $0.00 | $0.00 | $0.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC),or (DC) following an individual's name denotes paralegal, law clerk or document clerk.

EXHIBIT 2, PAGE 47