B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Merrill Lynch Credit Products, LLC** | **Polygon Global Opportunities Master Fund** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Merrill Lynch Credit Products, LLC
c/o Bank of America Merrill Lynch
Attention: Ante Jakic / Jeff Benesh / Ron Torok
Bank of America Tower – 3rd Floor
One Bryant Park, New York, New York 10036
Facsimile: (804) 264-1108

Court Claim # (if known): 13565
Amount of Claim: $70,935,607.00
Date Claim Filed: _____
Debtor: Lehman Brothers Holdings Inc.

Phone: (646) 855-7450
Last Four Digits of Acct #: _____

Phone: (212) 359-7355
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ JS    Date: 3/16/2011
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.