Hearing Date and Time: March 31, 2011 at 10:00 a.m. (prevailing Eastern Time)

HOGAN LOVELLS US LLP
Christopher R. Donoho, III
875 Third Avenue
New York, New York 10022
212-918-3000

*Attorneys for Deka Investment GmbH*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

In re:                                                :

LEHMAN BROTHERS HOLDING INC., et. al.,                : Chapter 11

                                                      :

                        Debtors.                      : Case No. 08-13555 (jmp)

                                                      :

                                                      : (Jointly Administered)

------------------------------------------------------------------------X

# RESPONSE OF DEKA INVESTMENT GMBH
# TO DEBTORS' NINETIETH OMNIBUS CLAIMS
# OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Deka FundMaster Investmentgesellschaft mbH, now known as Deka Investment GmbH ("Deka"), by and through its undersigned counsel, hereby files its response (the "Response") to the Debtors' Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection") [Docket No. 14453] and respectfully represents as follows:[1]

## BACKGROUND

1. On September 15, 2008, Lehman Brothers Holdings Inc. ("LBHI") filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the

---

[1] On August 13, 2010, Deka FundMaster Investmentgesellschaft mbH, the original filer of the Claims (as defined below) subject to the Objection, merged with Deka Investment GmbH. Deka Investment GmbH's address is Mainzer Landstraße 16, Postfach 11 05 23, 60325 Frankfurt, Germany.

"Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2. Also on September 15, 2008, Lehman Brothers Holdings plc ("LBH plc"), a private limited liability company incorporated in England and Wales, was placed into insolvency proceedings in the United Kingdom.

3. Prior to the commencement of these cases, Lehman Brothers UK Capital Funding III LP ("UK Capital Funding"), issued certain Fixed/Floating Rate Enhanced Capital Advantaged Preferred Securities (the "Securities"). The Securities were issued pursuant to a prospectus dated February 20, 2006 (the "Prospectus").

4. LBH plc guaranteed all obligations of UK Capital Funding to the holders of the Securities by a deed of guarantee dated February 22, 2006 (the "LBH Guarantee").

5. LBHI, as the ultimate corporate parent and controlling entity for both UK Capital Funding and LBH plc, guaranteed all obligations of LBH plc pursuant to a Board Guarantee of the Executive Committee of the Board of Directors of LBHI, dated June 9, 2005 (the "Board Guarantee"), through which LBHI "fully guarantee[d] the payment of all liabilities, obligations, and commitments of the subsidiaries set forth on Schedule A," which schedule identified LBH plc, among other subsidiaries.

6. On July 2, 2009, the Bankruptcy Court entered an order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271]. The Bar Date Order created a separate claims process for filing claims against LBHI for holders of certain "programs securities" issued by affiliates of LBHI outside of the United States and establishing November 2, 2009 as the bar date for these claims (collectively, the "LPS Claims Process"). As part of the LPS Claims Process, on July 27, 2009,

LBHI issued a Notice of Deadlines for Filing Proofs of Claim Based on Lehman Programs Securities (the " (the "LPS Claims Notice").

7. The LPS Claims Notice directed creditors to LBHI's website, where a list of securities subject to the LPS Claims Process was posted. The Securities were on that list and, as of the date of this Response, remain on that list.

8. The LPS Claims Notice instructed that "You MUST file a Securities Programs Proof of Claim [the LPS Claims Process claims form] to share in LBHI's estate if you have a claim based on a Lehman Programs Security."

9. Deka had numerous clients who held securities subject to the LPS Claims Process. Two of those clients held the Securities, FundMaster RRVRent-Fonds and FundMaster RRVRent-Fonds / Gesamtkapitalanlagen ROLAND RS (collectively, "FundMaster"). Therefore, Deka complied with the expressly directed provisions and timely filed two LPS Claims Process proofs of claim for FundMaster, with each claim for $427,320.00 and bearing proofs of claim number 58964 and 62854, respectively (the "Claims").

## RESPONSE

10. The Objection to the Claims should be overruled on the basis that LBHI is liable as a guarantor, and concedes as much in the list of securities subject to the LPS Claims Process, attached hereto in relevant part as Exhibit "A".

11. The Debtors assert that they have no liability for the Securities, as they were neither issued nor guaranteed by LBHI. Objection ¶13. This is in direct contravention of the Board Guarantee of all the obligations of LBH plc, which LBHI acknowledged in its schedule of liabilities filed with the Bankruptcy Court.

12. The obligations of LBH plc that LBHI guaranteed include LBH plc's obligations as the guarantor of the Securities. Therefore, the holders of the Securities have a claim against LBHI as the ultimate guarantor of the Securities and as the beneficiaries of LBHI's guarantee of LBH plc. The Debtors' Objection fails as it provides no evidentiary support for LBHI's assertion that it has no liability for the Securities.

13. Moreover, The LPS Claims Notice <u>required</u> that Deka file the Claims against LBHI for the Securities in the LPS Claims Process. In reliance on that list, Deka filed the claims and endured the cost of U.S. counsel in so doing. The Securities have not been, as of the date hereof, removed by LBHI from list of securities subject to the LPS Claims Process maintained on the Debtors' website. This is presumably no accident, as amending the schedule would be easy enough to do. That said, if the Objection is an attempt by the Debtors to remove the Securities from the LPS Claims Process, Deka respectfully asks the Court's leave to amend the Claims to provide the evidentiary support that Deka would have provided but for the Securities inclusion in the LPS Claims Process, which precluded such inclusion.

14. Deka reserves all of its rights, claims and defenses, including without limitation the right to discovery in connection with the Debtors' Objection.

WHEREFORE, Deka respectfully requests that the Court (i) overrule the Objection and allow Claims 58964 and 62854 as set forth herein**,** (ii) in the alternative, allow Deka to amend the Claims to set them forth in greater detail than currently permitted by the restrictions imposed by the LPS Claims Process, and (iii) grant such other and further relief as this Court deems just and proper under the circumstances.

Dated: March 16, 2011
New York, New York

**HOGAN LOVELLS US LLP**

/s/ Christopher R. Donoho, III
Christopher R. Donoho, III
875 Third Avenue
New York, NY 10022
(212) 909-0630 Telephone
(212) 918-3100 Facsimile

*Attorneys for Deka Investment GmbH*

## **EXHIBIT A**

| SERIES NUMBER | ISIN | ISSUER | DESCRIPTION | MATURITY DATE | CURRENCY |
|---|---|---|---|---|---|
| | XS0292212270 | ANTHRACITE RTD INV LTD | | | USD |
| | DE0007490724* | CAPITAL RAISING GMBH | | 4/6/2009 | EUR |
| | CH0024724582 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | BANK GUARANTY | 3/20/2010 | USD |
| | CH0026079142 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | 7/25/2008 | EUR |
| | LU0308577047 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | 6/29/2008 | CHF |
| | LU0353378812 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | | |
| | LU0355730549 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | | |
| | LU0358991387 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | | |
| | LU0360097215 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | | |
| | LU0360147176 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | | |
| | LU0366122074 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | | |
| | LU0366125416 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | | |
| | LU0366126141 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | | |
| | LU0370517566 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | 7/9/2008 | EUR |
| | LU0370518531 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | 7/9/2008 | EUR |
| | LU0378183643 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | 8/21/2008 | EUR |
| | LU0386088198 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | | |
| | LU0388238924 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | | |
| | LU0388579327 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | | |
| | XS0299011980 | LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A | | | |
| | IE0003479346 | LEHMAN BROTHERS ALPHA FUND PLC - GLOBAL VALUE FUND | | | |
| | DE000A0KQYR7 | LEHMAN BROTHERS BANKHAUS AG | | | |
| | DE000A0MGTT0 | LEHMAN BROTHERS BANKHAUS AG | | | |
| | DE000A0MGTU8 | LEHMAN BROTHERS BANKHAUS AG | | | |
| | DE000A0MJH02 | LEHMAN BROTHERS BANKHAUS AG | | | |
| | DE000A0MJHZ6 | LEHMAN BROTHERS BANKHAUS AG | | | |
| MTN2411 | XS0205801789 | LEHMAN BROTHERS BANKHAUS AG | HYPO ALPE ADRIA | 11/11/2008 | EUR |
| | XS0210716170 | LEHMAN BROTHERS BANKHAUS AG | | | |
| | XS0211795231 | LEHMAN BROTHERS BANKHAUS AG | | | |
| | XS0212035215 | LEHMAN BROTHERS BANKHAUS AG | | | |
| | XS0212035561 | LEHMAN BROTHERS BANKHAUS AG | | | |
| | XS0212035645 | LEHMAN BROTHERS BANKHAUS AG | | | |
| | XS0212358906 | LEHMAN BROTHERS BANKHAUS AG | | | |
| MTN3040A | XS0227325288 | LEHMAN BROTHERS BANKHAUS AG | HIGH YIELD SYNTHETIC CDO CREDIT LINKED NOTE | 6/20/2011 | ILS |
| | XS0229090534 | LEHMAN BROTHERS BANKHAUS AG | | | |
| | XS0229864144 | LEHMAN BROTHERS BANKHAUS AG | | | |
| MTN3842A | XS0246469471 | LEHMAN BROTHERS BANKHAUS AG | USD FX BASKET KNOCK IN FORWARD RATE | 3/6/2010 | USD |
| MTN4657 | XS0260339345 | LEHMAN BROTHERS BANKHAUS AG | | 9/20/2011 | USD |
| MTN4740 | XS0262486391 | LEHMAN BROTHERS BANKHAUS AG | 10YR FIXED RATE NOTE | 6/28/2016 | EUR |
| MTN5318 | XS0271941337 | LEHMAN BROTHERS BANKHAUS AG | EMTN COUPN 95% 10Y SWAP CURVE PAID ANNUALLY | 10/24/2016 | EUR |
| MTN5395 | XS0274026409 | LEHMAN BROTHERS BANKHAUS AG | EMTN 96.85% 10YR SWAP CURVE ANNUAL | 11/10/2016 | EUR |
| MTN6043A | XS0285486568 | LEHMAN BROTHERS BANKHAUS AG | 6YR AREVO STRATEGY NOTE | 2/8/2013 | EUR |
| | XS0301952130 | LEHMAN BROTHERS BANKHAUS AG | | | |
| MTN8729 | XS0326086633 | LEHMAN BROTHERS BANKHAUS AG | 10YR CAP PROTECT CPPI NOTE | 10/31/2017 | EUR |
| MTN9947 | XS0346081481 | LEHMAN BROTHERS BANKHAUS AG | 10YR TARGET 6 NOTE | 3/7/2018 | EUR |
| MN10117 | XS0350719380 | LEHMAN BROTHERS BANKHAUS AG | 10YR MTN | 4/6/2018 | EUR |
| MN10527 | XS0358400108 | LEHMAN BROTHERS BANKHAUS AG | 7 YEAR ELN CAPITAL PROTECTED NOTE | 5/6/2015 | USD |
| | ANN521333404 | LEHMAN BROTHERS FINANCE S.A | | 12/16/2008 | |
| | ANN521335979 | LEHMAN BROTHERS FINANCE S.A | | | |
| | ANN521336399 | LEHMAN BROTHERS FINANCE S.A | | | |
| | ANN521336472 | LEHMAN BROTHERS FINANCE S.A | | | |
| | ANN5213N2138 | LEHMAN BROTHERS FINANCE S.A | | | |
| | ANN5214R6506 | LEHMAN BROTHERS FINANCE S.A | | 9/21/2009 | USD |
| | CH0015586842 | LEHMAN BROTHERS FINANCE S.A | BANK GUARANTY | 4/20/2009 | EUR |
| | CH0021004319 | LEHMAN BROTHERS FINANCE S.A | | 2/24/2019 | |
| | CH0022133257 | LEHMAN BROTHERS FINANCE S.A | | 12/23/2009 | |
| | CH0025953040 | LEHMAN BROTHERS FINANCE S.A | | 9/24/2012 | |
| | CH0027120804 | LEHMAN BROTHERS FINANCE S.A | | 3/2/2010 | CHF |
| | KYG6679T1638 | LEHMAN BROTHERS FINANCE S.A | | 1/26/2015 | |
| | XS0207361865 | LEHMAN BROTHERS FINANCE S.A | CERTIFICATE PLUS ON NASDAQ 100 INDEX | 12/23/2009 | USD |
| | XS0293708342 | LEHMAN BROTHERS FINANCE S.A | | 3/30/2010 | USD |
| | XS0293710082 | LEHMAN BROTHERS FINANCE S.A | | 3/30/2010 | USD |
| | ANN5214R5938 | LEHMAN BROTHERS HOLDINGS INC | | | |
| MTN4410 | CA524908PR55 | LEHMAN BROTHERS HOLDINGS INC | 5 YEAR CAD FIXED BOND | 6/1/2011 | CAD |
| MTN4917 | CA524908TV22 | LEHMAN BROTHERS HOLDINGS INC | 4.85% SEP-13 MAPLE BOND | 9/3/2013 | CAD |
| MTN6703 | CA524908VR81 | LEHMAN BROTHERS HOLDINGS INC | 2YR FRN | 2/5/2009 | CAD |
| MTN5000 | CH0026915527 | LEHMAN BROTHERS HOLDINGS INC | 3YR CHF FRN | 9/28/2009 | CHF |
| MTN5011 | CH0026985082 | LEHMAN BROTHERS HOLDINGS INC | CHF 200M 2.5% OCT'10 | 10/13/2010 | CHF |
| EB10 | JP584117A3C0 | LEHMAN BROTHERS HOLDINGS INC | JAPANESE SAMURAI YEN BOND | 12/19/2008 | JPY |
| EB15 | JP584117A5A9 | LEHMAN BROTHERS HOLDINGS INC | JPY SAMURAI BOND | 10/26/2010 | JPY |
| EB19 | JP584117A762 | LEHMAN BROTHERS HOLDINGS INC | 5YR FIXED RATE SAMURAI | 6/5/2012 | JPY |
| EB21 | JP584117B760 | LEHMAN BROTHERS HOLDINGS INC | 10YR FIXED RATE SAMURAI | 6/5/2017 | JPY |
| EB20A | JP584117C768 | LEHMAN BROTHERS HOLDINGS INC | 5YR FLOATING RATE SAMURAI | 6/5/2012 | JPY |
| | XS0066391359 | LEHMAN BROTHERS HOLDINGS INC | | | |
| MTN0340 | XS0073472606 | LEHMAN BROTHERS HOLDINGS INC | Fixed Rate Note | 3/24/2009 | JPY |
| | XS0078905228 | LEHMAN BROTHERS HOLDINGS INC | COMPANY GUARANTY | 7/30/2004 | USD |
| | XS0078877528 | LEHMAN BROTHERS HOLDINGS INC | COMPANY GUARANTY | 8/4/2008 | ITL |
| | XS0081083403 | LEHMAN BROTHERS HOLDINGS INC | Zero Coupon Bond due October 16, 2009 Series 437 | 10/16/2009 | ITL |
| MTN0451EURMTFX | XS0082350587 | LEHMAN BROTHERS HOLDINGS INC | 30 YEAR ZERO COUPON NOTE | 12/6/2027 | EUR |
| | XS0107687567 | LEHMAN BROTHERS HOLDINGS INC | COMPANY GUARANTY | 6/30/2018 | EUR |
| MTN1159 | XS0128857413 | LEHMAN BROTHERS HOLDINGS INC | 10 YEAR FIXED RATE SYNDICATE NOTE | 5/10/2011 | EUR |
| MTN1328 | XS0138439616 | LEHMAN BROTHERS HOLDINGS INC | FLOATING RATE NOTE | 11/2/2011 | EUR |
| MTN1519 | XS0151868444 | LEHMAN BROTHERS HOLDINGS INC | 7 YEAR LOW COUPON BOND | 7/17/2009 | EUR |
| MTN1718 | XS0167792026 | LEHMAN BROTHERS HOLDINGS INC | 6 YEAR ZERO COUPON NOTE | 6/23/2009 | EUR |
| MTN1834 | XS0178222179 | LEHMAN BROTHERS HOLDINGS INC | US INFLATION LINKED BOND | 11/13/2009 | USD |
| MTN1840 | XS0179304869 | LEHMAN BROTHERS HOLDINGS INC | 5 YEAR FLOATING RATE NOTE | 11/3/2008 | EUR |
| MTN1887A | XS0181712364 | LEHMAN BROTHERS HOLDINGS INC | FIXED RATE MEDIUM TERM NOTE | 12/16/2011 | JPY |
| MTN1937 | XS0183944643 | LEHMAN BROTHERS HOLDINGS INC | 4.75% NOTE | 1/16/2014 | EUR |
| MTN1961 | XS0185590139 | LEHMAN BROTHERS HOLDINGS INC | 30 YEAR NON-CALL 5 YEAR FIXED RATE NOTE | 2/9/2034 | JPY |
| MTN2058 | XS0189741001 | LEHMAN BROTHERS HOLDINGS INC | 7 YEAR FLOATING RATE NOTES | 4/5/2011 | EUR |

\* The security with ISIN DE0007490724 was erroneously included on the Lehman Programs Securities list. Neither Capital Raising Gmbh, the issuer of such security,
nor Lehman Brothers Holdings Inc. are aware of any obligation of Lehman Brothers Holdings Inc. or any of its affiliated debtors in chapter 11 cases with respect to such security.

| SERIES NUMBER | ISIN | ISSUER | DESCRIPTION | MATURITY DATE | CURRENCY |
|---|---|---|---|---|---|
| | XS0385774921 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| | XS0385775498 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| MN11145 | XS0385822753 | LEHMAN BROTHERS TREASURY CO. BV | LB 2 YEAR USD INDEX BONUS FIXED COUPON NOTE | 9/10/2010 | USD |
| MN11143 | XS0385823306 | LEHMAN BROTHERS TREASURY CO. BV | LB 2 YEAR HKD INDEX BONUS FIXED COUPON NOTE | 9/9/2010 | HKD |
| MN11144 | XS0385823488 | LEHMAN BROTHERS TREASURY CO. BV | LB 2 YEAR HKD INDEX BONUS FIXED COUPON NOTE | 9/9/2010 | HKD |
| | XS0386289929 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| MN11151 | XS0386290778 | LEHMAN BROTHERS TREASURY CO. BV | LB 2 YEAR HKD INDEX BONUS FIXED COUPON NOTE | 9/9/2010 | HKD |
| MN11154 | XS0386331127 | LEHMAN BROTHERS TREASURY CO. BV | AUTOCALLABLE MEMORY COUPON NOTES | 3/12/2012 | USD |
| | XS0386429442 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| | XS0386434103 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| | XS0386650658 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| MN11158 | XS0386674088 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR TWD QUANTO NOTE LINKED TO KOREA INDEX | 9/8/2010 | USD |
| MN11152 | XS0386716269 | LEHMAN BROTHERS TREASURY CO. BV | 50 DAYS HSBC HOLDING LEHMAN BROTHERS HOLDINGS PLC EQUITY | 10/31/2008 | HKD |
| | XS0386716343 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| | XS0386716426 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| MN11163 | XS0386716699 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR USD NOTE LINKED TO HONG KONG INDEX | 9/13/2010 | USD |
| MN11149 | XS0386736028 | LEHMAN BROTHERS TREASURY CO. BV | ASIAN NOTE ON SPGTAQD INDEX | | |
| MTN4616C | XS0387045163 | LEHMAN BROTHERS TREASURY CO. BV | CERTI PLUS DJ EURO STOXX | 7/14/2009 | EUR |
| | XS0229269856 | LEHMAN BROTHERS UK CAPITAL FUNDING II | FIXED RATE GUARANTEED NON-VOTING NON-CUMULATIVE PERPETUAL PREFERRED SECURITIES | 10/12/2009 | EUR |
| | XS0243852562 | LEHMAN BROTHERS UK CAPITAL FUNDING III | COMPANY GUARANTY | | EUR |
| EB13 | XS0215349357 | LEHMAN BROTHERS UK CAPITAL FUNDING IV | COMPANY GUARANTY | 6/19/2008 | EUR |
| | XS0282978666 | LEHMAN BROTHERS UK CAPITAL FUNDING IV | COMPANY GUARANTY | | EUR |
| | XS0301813522 | LEHMAN BROTHERS UK CAPITAL FUNDING V | FIXED RATE ENHANCED CAPITAL ADVANTAGED PREFERRED SECURITIES | | USD |
| | XS0272251108 | NB PRIVATE EQUITY | | | |
| | IE00B0T0GR92 | NEUBERGER BERMAN US REAL ESTATE | | | USD |
| | XS0127739943 | QUARTZ FINANCE LTD | COMPANY GUARANTY | | EUR |
| | XS0248605072 | SIGMA FINANCE CORP | COMPANY GUARANTY | 11/3/2008 | EUR |
| | IE0032365896 | | | | |
| | XS0169028700 | | | 3/14/2011 | |
| | XS033515113 | | | | |
| | XS034074016 | | | | |
| | ANN521332331 | | | 12/28/2007 | |
| | ANN521333248 | | | | |
| | ANN521333321 | | | | |
| | ANN521336134 | | | | |
| | ANN521336217 | | | | |
| | ANN521336621 | | | 9/8/2010 | |
| | ANN521338452 | | | | |
| | ANN5213N1486 | | | | |
| | ANN5213N2625 | | | 11/24/2008 | |
| | ANN5214A2934 | | | | |
| | ANN5214A3841 | | | | |
| | ANN5214A4005 | | | | |
| | ANN5214A5747 | | | | |
| | ANN5214A8063 | | | | |
| | ANN5214R2216 | | | 12/5/2008 | |
| | ANN5214R2703 | | | | |
| | ANN5214R3123 | | | | |
| | ANN5214R3206 | | | 12/8/2008 | |
| | ANN5214R4600 | | | | |
| | ANN5214R6019 | | | 12/8/2008 | |
| | ANN5214R6357 | | | | |
| | ANN5214R6431 | | | | |
| | ANN5214R6761 | | | | |
| | ANN5214R6845 | | | | |
| | ANN5214R6928 | | | | |
| | ANN5214R7181 | | | | |
| | ANN5214R7751 | | | | |
| | ANN5214R7918 | | | | |
| | ANN5214R8338 | | | | |
| | ANN5214R8411 | | | | |
| | ANN5214R8585 | | | | |
| | ANN5214R8668 | | | | |
| | ANN5214R8742 | | | | |
| | ANN5214T1364 | | | | |
| | ANN5214T1851 | | | | |
| | ANN5214T2016 | | | | |
| | ANN5214T2198 | | | | |
| | ANN5214T2503 | | | | |
| | ANN5214T2685 | | | | |
| | ANN5214T2768 | | | | |
| | ANN5214T2842 | | | | |
| | ANN5214T3592 | | | | |
| | ANN5214T3675 | | | | |
| | ANN5214T3832 | | | | |
| | ANN5214T3915 | | | | |
| | ANN5214T4582 | | | | |
| | ANN5214T5571 | | | | |
| | ANN5214T6157 | | | | |
| | ANN5214T6496 | | | | |
| | ANN5214T7221 | | | | |
| | ANN5214T7304 | | | | |
| | ANN5214T7486 | | | | |
| | ANN5214T7551 | | | | |
| | ANN5214T7635 | | | | |
| | ANN5214T8393 | | | | |
| | ANN5214T8476 | | | | |
| | ANN5215P1904 | | | | |
| | ANN5215P2084 | | | | |
| | ANN52520D129 | | | 8/14/2008 | |
| | XS0205085456 | | | | |
| | XS0210101750 | | LEHMAN BROTHERS HOLDINGS LEH 5 | 01/26/2010 | |