Hearing Date: March 31, 2011 at 10:00 a.m.
Objection Deadline: March 16, 2011 at 4:00 p.m.

Aaron R. Cahn
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Attorneys for Punjab National Bank (International) Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x
                                       :
**In Re**                              :   **Chapter 11**
                                       :
**LEHMAN BROTHERS HOLDINGS, INC.,**    :
**et. al.,**                           :   **Case No. 08-13555 (JMP)**
                                       :   **(Jointly Administered)**
         **Debtors.**                  :
                                       :
                                       :
                                       :
_____x

# CERTIFICATE OF SERVICE

I am over the age of eighteen years, am not party to this proceeding and am employed as an Assistant Managing Clerk with the law firm of Carter Ledyard & Milburn LLP. I hereby certify that on the 16th day of March, 2011, I caused true and correct copies of the Response of Punjab National Bank (International) Limited to Debtors' Ninety-Second Omnibus Objections to Claims to be served by hand upon the following:

Office of the United States Trustee
Att: Tracy Hope Davis, Elisabetta Gasparini
and Andrea B. Schwartz
33 Whitehall Street, 21st Floor
New York, New York 10004

1218831.1
6755893.1

Weil Gotshal & Manges LLP
Att: Shai Waisman and Mark Bernstein
767 Fifth Avenue
New York, New York 10153

Milbank Tweed, Hadley & McCloy LLP
Att: Dennis F. Dunne, Dennis O'Connell and Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

_____
Antonio Malaspina

1218831.1
6755893.1