

# SC LOWY
## FINANCIAL SERVICES

SC LOWY PRIMARY INVESTMENTS, LTD.
c/o SC Lowy Asset Management (HK) Ltd.
1403, 14/F, Nine Queen's Road Central, Hong Kong
Tel: +852 3405 1300  |  Fax: +852 3405 1400
www.sclowy.com

VIA COURIER

March 8, 2011

US Bankruptcy Court
Southern District of NY
One Bowling Green
New York, NY 10004-1408



> RECEIVED
> MAR - 9 2011
> U.S. BANKRUPTCY COURT
> SO. DIST. OF NEW YORK

**Re:    Lehman Brothers Holdings Inc., et al, Debtors, Case No. 08-13555**

To the US Bankruptcy Court:

Pursuant to (a) the Transfer of Claim Agreement dated March 8, 2011, SC Lowy Financial (HK) Limited ("Transferor") and SC Lowy Primary Investments, Ltd. ("Transferee"), Transferor transferred certain claims to Transferee.

Please find attached a copy of Form 210A relating to a Transfer of Claim Other than for Security in relation to each Transfer of Claim Agreement. Please mark your records accordingly to reflect such transfer and please have these forms posted on the docket of LBHI.

If you should have any questions, please feel free to contact the Transferee at:

Tel:  +852 3405 1300
Fax: +852 3405 1400 and +65 6393 8555
E-mail: steve.lyons@sclowy.com and SCLOps@lacrosseglobal.com
Address:  c/o SC Lowy Asset Management (HK) Ltd., Suite 1403, 14/F, Nine Queen's Road, Central, Hong Kong, attn: Steve Lyons

Regards,

SC Lowy Primary Investments, Ltd.

By: _____
Name:  Steve Lyons
Title:  Authorized Signatory

B210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re      Lehman Brothers Holdings Inc, et al, Debtors

Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SC LOWY PRIMARY INVESTMENTS, LTD.**

Name of Transferee

Name and Address where notices to transferee
Should be sent

**SC LOWY FINANCIAL (HK) LTD.**

Name of Transferor

RECEIVED
MAR - 9 2011
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

**Court Claim # (if known)**: that portion of
Omnibus Claim 62783 represented by
ISIN XS0279730435 and XS0354225954 listed in
the schedule attached to Omnibus Claim 62783

SC Lowy Primary Investments, Ltd.
c/o SC Lowy Asset Management (HK) Ltd.
Suite 1403, 14/F
Nine Queen's Road
Central, Hong Kong
Attention: Steve Lyons

Amount of Claim: US$3,000,000.00 (the
Amount that portion of Omnibus

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

B210A (Form 210A)(12/09)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:                                                             Date:  8 March 2011

SC LOWY FINANCIAL (HK) LTD.

    Transferor

By:                                                             Date:  8 March 2011

SC LOWY PRIMARY INVESTMENTS, LTD.

    Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.