WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
**In re**                                                  :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
:
Debtors.                              :    (Jointly Administered)
:
:
---------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL CONGREGATION**
**MACHNE CHAIM TO RESPOND TO RULE 2004 SUBPOENA**

**PLEASE TAKE NOTICE** that Lehman Brothers Special Financing Inc.'s

Motion to Compel Congregation Machne Chaim to Respond to Rule 2004 Subpoena [Docket

No. 13105] is hereby withdrawn without prejudice.

Dated: March 16, 2011
       New York, New York

/s/ Richard W. Slack
Richard W. Slack

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession