MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax  (212) 262-1910
Brian Trust
Jeffrey G. Tougas
Christine A. Walsh

*Attorneys for SOGECAP*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on March 16, 2011, I caused copies of the Response of Sogecap to Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) (the "Response") to be served by United Parcel Service Next Day Air Upon: (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Elisabeth Gasparini, Esq., and Andrea B. Schwartz, Esq.), (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq., and Mark Bernstein, Esq.), and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., and Dennis O'Donnell, Esq.).

700031572

2

I further certify that on March 16, 2011, upon electronic filing of the Response, electronic mail filing notifications of the Response were caused to be sent to all attorneys of record registered to receive electronic filing notices in this case via this Court's ECF filing system.

I further certify that on March 16, 2011, I caused copies of the Response to be served by electronic mail upon (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq., and Mark Bernstein, Esq.), and (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.).

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:  New York, New York
        March 16, 2011

                                                    /s/ James Hennessey
                                                    James Hennessey