WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                       :    Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :    08-13555 (JMP)
                                                            :
                        Debtors.                            :    (Jointly Administered)
                                                            :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**HEARING ON MOTIONS OF JASON T. TAYLOR AND PHILIP**
**WALSH FOR A DETERMINATION THAT THE AUTOMATIC STAY DOES**
**NOT APPLY OR, ALTERNATIVELY, FOR RELIEF FROM AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that the hearings on the relief requested in the motions of Jason T. Taylor [Docket No. 14377] and Philip Walsh [Docket No. 14571] for determinations that the automatic stay does not apply or, alternatively, for relief from automatic stay (the "Motions"), which were scheduled for March 23, 2010, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned at the request of the movents to April 13, 2011 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motions will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motions may be

further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file objections or other responsive pleadings to the Motions has been extended to **April 6, 2011 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated:  March 16, 2011
         New York, New York

                                                /s/ Shai Y. Waisman
                                                Shai Y. Waisman

                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                Attorneys for Debtors
                                                and Debtors in Possession