UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re                                                           :        Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :        08-13555 (JMP)
                                                                :        (Jointly Administered)
                           Debtors.                             :
                                                                :
----------------------------------------------------------------x        Ref. Docket Nos. 14798, 14800,
                                                                         14802, 14813, 14816, 14822, 14824,
                                                                         14865, 14869, 14870, 14872-14890,
                                                                         14895, 14899

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 11, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
16th day of March, 2011

/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14798, 14800, 14802, 14813, 14816, 14822, 14824, 14865, 14869, 14870, 14872-14890, 14895, 14899_AFF_03-11-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
                                      |
In re                                 |     Chapter 11 Case No.
                                      |
                                      |     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,|
                                      |     (Jointly Administered)
                                      |
                  Debtors.            |
                                      |
```
---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   DEUTSCHE BANK AG, LONDON BRANCH
              TRANSFEROR: BANK OF KAOHSIUNG OFFSHORE BANKING BRNCH
              C/O DEUTSCHE BANK AG, HONG KONG BRANCH
              ATTN: JACK TSAI; LEVEL 60 INTERNATIONAL COMMERCE CENTRE
              1 AUSTIN ROAD WEST, KOWLOON
              HONG KONG
              HONG KONG

Please note that your claim # 46947-01 in the above referenced case and in the amount of
        $2,041,398.89        has been transferred **(unless previously expunged by court order)**

              CVF LUX MASTER S.A.R.L
              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
              C/O CARVAL INVESTORS UK LTD.
              ATTN: ANNEMARIE JACOBSEN
              KNOWLE HILL PARK, FAIRMILE LANE
              COBHAM
              SURREY    KT112PD
              UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER  14798      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/11/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 11, 2011.

EXHIBIT B

TIME: 18:04:06
DATE: 03/11/11                                                                                                           PAGE:   1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | ATTN: UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA  41100 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA COOPERATIVA | ATTN: UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA  41100 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA COOPERATIVA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SEB AG 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: CARDENO FORASTERO, JOSE ATTN: JOAN CAVALLE VIA LAIETANA, 39  BARCELONA  08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: COLLET CABOT, JOAN & ROSA FISA PLANA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: HERRERO MORO, MARIA DEL MILAGRO & PEDRO HERNANDEZ DEL SANTO ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN |
| CARDENO FORASTERO, JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39  BARCELONA  08003 SPAIN |
| CARDENO FORASTERO, JOSE | AVDA. DE CHILE, 38, 6-2 BARCELONA  08028 SPAIN |
| COLLET CABOT, JOAN | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN |
| COLLET CABOT, JOAN | ROSA FISA PLANA MANILA 59, 5-1 BARCELONA 08034 SPAIN |
| CVF LUX MASTER S.A.R.L | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD. ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY  KT112PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND, L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CASPIAN CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CASPIAN CORPORATE LOAN FUND LLC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: MARINER LDC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK OF KAOHSIUNG OFFSHORE BANKING BRNCH C/O DEUTSCHE BANK AG, HONG KONG BRANCH  HONG KONG ATTN: JACK TSAI; LEVEL 60 INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST, KOWLOON HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEBEKA KRANKENVERSICERUNGSVEREIN A.G. ATTN: PHILIPP ROEVER/MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS LENDING PARTNERS LLC | MICHAEL FRIEDMAN, ESQ. RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI S.P.A. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | HUNTON & WILLIAMS LLP J.R. SMITH, ESQ. 951 EAST BYRD ST RICHMOND VA 23219 |
| HBK MASTER FUND L.P. | HUNTON & WILLIAMS LLP J.R. SMITH, ESQ. 951 EAST BYRD ST RICHMOND VA 23219 |
| HBK MASTER FUND L.P. | HUNTON & WILLIAMS LLP J.R. SMITH, ESQ. 951 EAST BYRD STREET RICHMOND VA 23219 |
| HBK MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HERRERO MORO, MARIA DEL MILAGRO & PEDRO HERNANDEZ DEL SANTO | ALTA DE GIRONELLA, 49, PISO 3 BARCELONA  08017 SPAIN |
| HERRERO MORO, MARIA DEL MILAGRO & PEDRO HERNANDEZ DEL SANTO | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA  08003 SPAIN |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARD KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: BANCA DI SAN MARINO S.P.A. 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: BANCA IMI SPA 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 18:04:06
DATE: 03/11/11
PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB (PARALLEL), L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB (PARALLEL), L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| ORE HILL HUB FUND LTD. | TRANSFEROR: SAPHIR FINANCE PLC - SERIES 2007-4 ATTN: KATE SINOPOLI 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND PLC, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SAPHIR FINANCE PLC - SERIES 2007-4 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2007-4 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON  E14  5AL ENGLAND |
| SAPHIR FINANCE PLC - SERIES 2007-4 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON  E14  5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2007-4 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 222 NEW YORK NY 10022 |
| SEB AG | ATTN: KARL-HEINZ BRIESE BEN GURION RING 174 FRANKFURT AM MAIN  60437 GERMANY |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed          59

EPIQ BANKRUPTCY SOLUTIONS, LLC