Zierenberg/Germany, March 3 rd, 2011

Creditor
Weigelt, Marco
34289 Zierenberg/Germany
Tel. 00495606-3139

RECEIVED
MAR 1 0 2011
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

To the
United States Bankruptey Court
Southern District of New York
One Bowling Green, New York, New York 10004
in re
Lehman Brothers Holdings INC et al, Debtors
Chapter 11, Case No. 08/3555(JMP) (Jointly Administered)

My response to the Ojection:
I oppose the objection of the debtors, i.e. I oppose the
disallowance, expungement, reduction or reclassification
of my claim.
I am a young person (aged 26) and need the money badly
for my professional career and my family.
My claim cousists in a bond with the value of 4,254.00
US dollars (four thousandtwohundredfiftyfour) and an interest
rate of 5,12500%.

Yours truly  *Marco Weigelt*
( Marco Weigelt )

enclosed: Receipt of the bond purchase

MARCO WEIGELT
POTSDAMER STR 9
34289 ZIERENBERG
TEL 05606/3139

 RAIFFEISENBANK EG

BURGSTRASSE 28-30

34466 WOLFHAGEN

RAIFFEISENBANK EG
BURGSTRASSE 28-30, 34466 WOLFHAGEN

692/001/0001464/06//12103-10.05/0,55EUR



| | |
|---|---|
| Bank-Nr. | 01-54000550 |
| GP-Nr. | 0001826166 |
| Depot-Nr. | 0011826166 |
| Depotvermerk | |
| Filiale | 018 |
| Auftrags-Nr. | 0001157 |
| Auftragsdatum | 06.10.2005 |
| erstellt am | 06.10.2005 |
| Ausführungsplatz/-art | |
| Präsenzhandel FRANKFURT var.not. | |

Herrn
Marco Weigelt
Potsdamer Str.9
34289 Zierenberg

85  0083

# WERTPAPIER-K A U F
## Abrechnung

Kenn-Nr    ISIN
A0GE0H XS0229269856
5,12500% LEHMAN BROS UK CAP.EO-NTS 05(09/UND.)    21SEPT
kündbar ab 21.09.2009 LAUFZEIT UNBEFRISTET

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Kurswert | EUR | 3.081,00- |
| Nennwert/Stück | EUR | 3.000,000 | | Zinsen für 20 Tag(e) | | 8,42- |
| Kurs/Preis | EUR | 102,70 | | Provision | | 30,00- |
| Handelsdatum | | 06.10.2005 | | Courtage 0,750 %. | | 2,25- |
| Zinsdatum | | 10.10.2005 | | Boersenspesen | | 3,00- |

Endbetrag    EUR    3.124,67-

Verrechnung über Konto  0031826166  Wert  11.10.2005

Depotart: Depot B (Kundenbestände)
Verw.art: WR CLEARSTREAM BANKING
         AUSLAND (GLOBALURKUNDE)
Dep-Schl: 2 1092 91 00 00

Umsatzsteuerfreie Finanzdienstleistung; Steuer-Nr. 002622020275

Die Wertpapiere und den Gegenwert werden wir entsprechend der Abrechnung am Valutatag buchen.
Bitte prüfen Sie diese Abrechnung auf ihre Richtigkeit und Vollständigkeit. Etwaige Einwendungen
gegen diese Abrechnung müssen unverzüglich nach Zugang bei der Bank erhoben werden.
Kapitalerträge sind einkommensteuerpflichtig. Diese Mitteilung wird nicht unterschrieben.