**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| Lehman Brothers Holdings Inc., <u>et al.</u> | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

_____

Proof of Claim No.: **10363**
Date Proof of Claim Filed: **September 4, 2009**
Amount of Claim Transferred: **$1,516,854.57**

<u>NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY</u>
<u>PURSUANT TO FRBP RULE 3001(e)(2)</u>

**TO:     TRANSFEROR:     YORVIK PARTNERS LLP**

Yorvik Partners LLP
11 Ironmonger Lane
London EC2V 8EY

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **10363** against
Lehman Brothers Holdings Inc. in the amount of **$1,516,854.57** as evidenced by the attached Evidence of
Transfer of Claim to:

**TRANSFEREE:     CORRE OPPORTUNITIES FUND, LP**

Corre Opportunities Fund, LP
c/o Corre Partners Management, LLC
1370 Avenue of the Americas, 29th Floor
New York, New York  10019
Attn:  Eric Soderlund
T  646.863.7151
E  eric@correpartners.com

No action is required if you do not object to the transfer of the claim as described above. **IF YOU**
**OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE**
**DATE OF THIS NOTICE, YOU MUST:**

–    FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
–    SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
–    IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
–    IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED
FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Yorvik Partners LLP ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Corre  Opportunities Fund, LP ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim No. 10363 filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15 day of March 2011.

YORVIK PARTNERS LLP

By: _____
Name:
Title:

CORRE OPPORTUNITIES FUND, LP

By: _____
Name: Eric Soderlund
Title: Managing Partner