UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 14902-14909, 14911-14913, 14917-14934, 14937 |

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS COMMERCIAL CORPORATION, | 08-13901 (JMP) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 9 |

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | 08-13888 (JMP) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 197 |

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 14, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim

information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Lauren Rodriguez</u>
Lauren Rodriguez

Sworn to before me this
17th day of March, 2011
<u>/s/ Eleni Kossivas</u>
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14902-14909, 14911-14913, 14917-14934, 14937; (08-13901 DI 9) (08-13888 DI 197)_AFF_03-14-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BENETTON INTERNATIONAL SA
     ATTN: ALESSANDRO LUCCHETTA
     1, PLACE D'ARMES
        L-1136
     LUXEMBOURG
```

Please note that your claim # 15792 in the above referenced case and in the amount of
       $1,491,180.44         has been transferred **(unless previously expunged by court order)**

```
     BENETTON GROUP S.P.A.
     TRANSFEROR: BENETTON INTERNATIONAL SA
     ATTN: MORANO PASIN
     VIA VILLA MINELLE 1, 31050 PONZANO VENETO
     TREVISO
     ITALY
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/14/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 14, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>              Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  SAPHIR FINANCE PLC - SERIES 2007-4                                  SAPHIR FINANCE PLC - SERIES 2007-4
         C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE       REED SMITH LLP
         ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST  ATTN: MICHAEL J. VENDITTO, ESQ.
         ONE CANADA SQUARE                                                  599 LEXINGTON AVENUE
         LONDON    E14 5AL                                                 NEW YORK NY 10022
         ENGLAND

Please note that your claim # 67300 in the above referenced case and in the amount of
      $2,598,284.44      has been transferred **(unless previously expunged by court order)**

         ORE HILL HUB FUND LTD.
         TRANSFEROR: SAPHIR FINANCE PLC - SERIES 2007-4
         ATTN: KATIE SINOPOLI
         650 FIFTH AVENUE, 9TH FLOOR
         NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 197      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/14/2011                                  Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 14, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,       |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
              Debtors.                       |
_____|

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A.        SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT C
      69 ROUTE D'ESCH                                                SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT C
      LUXEMBOURG    L-1470                                           69 ROUTE D'ESCH
      LUXEMBOURG                                                     LUXEMBOURG L-1470 LUXEMBOURG

Please note that your claim # 50861-01 in the above referenced case and in the amount of
     $3,770,761.43        has been transferred **(unless previously expunged by court order)**

         JP MORGAN CHASE BANK, N.A.
         TRANSFEROR: SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A.
         ATTN: SUSAN MCNAMARA
         MAIL CODE: NY1-A436
         ONE CHASE MANHATTAN PLAZA - FLOOR 26
         NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14902        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/14/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 14, 2011.

**EXHIBIT B**

```
TIME: 11:13:53                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 03/14/11                                                   CREDITOR LISTING

Name                                      Address
BENETTON GROUP S.P.A.                     TRANSFEROR: BENETTON INTERNATIONAL SA ATTN: MORENO PASIN VIA VILLA MINELLA 1, 31050 PONZANO VENETO TREVISO    ITALY
BENETTON GROUP S.P.A.                     TRANSFEROR: BENETTON INTERNATIONAL SA ATTN: MORANO PASIN VIA VILLA MINELLA 1 3 050 PONZANO VENETO TREVISO    ITALY
BENETTON GROUP S.P.A.                     TRANSFEROR: BENETTON INTERNATIONAL SA ATTN: MORANO PASIN VIA VILLA MINELLA 1 3 050 PONZANO VENETO TREVISO    ITALY
BENETTON INTERNATIONAL SA                 TRANSFEROR: BENETTON INTERNATIONAL SA ATTN: MORANO PASIN VIA VILLA MINELLA 1, 31050 PONZANO VENETO TREVISO   ITALY
BENETTON INTERNATIONAL SA                 ATTN: ALESSANDRO LUCCHETTA 1 PLACE D'ARMES L-1136 LUXEMBOURG
CITIBANK SINGAPORE LIMITED                ATTN: ALESSANDRO LUCCHETTA 1, PLACE D'ARMES L-1136 LUXEMBOURG
CITIBANK SINGAPORE LIMITED                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK NY 10019-6064
CLAL FINANCE BATUCHA INVESTMENT           ATTN: KH SUBRANANIAM 40A ORCHARD ROAD, 4TH FLOOR MACDONALD HOUSE, NRI BUSINESS CENTRE 238838 SINGAPORE
MANAGEMENT LTD                            RUBINSTEIN HOUSE, 24TH FL 37 MENAHEM BEGIN ROAD TEL AVIV 65220 ISRAEL
GOLDMAN SACHS & CO                        RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS & CO                        TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO                        TRANSFEROR: RESERVE YIELD PLUS FUND OF THE RESERVE SHORT-TERM INVESTMENT TRUST, THE 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                       C/O RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
HUNZIKER, RONI AND BEATRICE               TRANSFEROR: KING CAPITAL LTD. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
JATRALEC CAPITAL LLC                      TRANSFEROR: UBS AG AARGAUISCHE KANTONALBANK - MR STEFAN BUSER BAHNHOFPLATZ 1 5000 AARAU    SWITZERLAND
JP MORGAN CHASE BANK, N.A.                TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
JP MORGAN CHASE BANK, N.A.                TRANSFEROR: SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                          ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JP MORGAN CHASE BANK, N.A.                TRANSFEROR: SWISSCANTO (LU) SICAV II ADVISORY COMPANY HOLDING S.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                          ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
MORGAN STANLEY & CO INTERNATIONAL PLC     MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC    TRANSFEROR: AMCO SERVICE GMBH 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC    C/O RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC    MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC    TRANSFEROR: AMCO SERVICE GMBH 25 CABOT SQUARE, CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC    TRANSFEROR: BANCA POPOLARE DI SPOLETO S.P.A. 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
OAKTREE HUNTINGTON INVESTMENT FUND, L.P.  TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
                                          333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, L.P.  TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                          333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE HUNTINGTON INVESTMENT FUND, LP    TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO
                                          333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII           TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO
(PARALLEL 2), L.P.                        333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII           TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
(PARALLEL 2), L.P.                        333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII           TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
(PARALLEL 2), L.P.                        333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, L.P.     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO
                                          333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, L.P.     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                          333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII, L.P.     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
                                          333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIIB (PARALLEL), TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO
L.P.                                      333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB (PARALLEL),   TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
L.P.                                      333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
```

```
TIME: 11:13:53                                           LEHMAN BROTHERS HOLDING INC.                                              PAGE:  2
DATE: 03/14/11                                                 CREDITOR LISTING

Name                                            Address
OCM OPPORTUNITIES FUND VIIB (PARALLEL),         TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO
L.P.                                            333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, L.P.               TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO
                                                333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, L.P.               TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD
                                                333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, L.P.               TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: WILLIAM SANTANGELO
                                                333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
ORE HILL HUB FUND LTD.                          TRANSFEROR: SAPHIR FINANCE PLC - SERIES 2007-4 ATTN: KATIE SINOPOLI 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
ROYAL BANK OF CANADA (CHANNEL ISLANDS)          TRANSFEROR: CITIBANK SINGAPORE LIMITED ATTN: CORPORATE ACTIONS 19-21 BROAD STREET ST HELIER JERSEY JE1 8PB CHANNEL ISLANDS
LIMITED
SAPHIR FINANCE PLC - SERIES 2007-4              REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022
SAPHIR FINANCE PLC - SERIES 2007-4              C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE
                                                LONDON E14 5AL ENGLAND
SAPHIR FINANCE PLC - SERIES 2007-4              C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE
                                                LONDON E14 5AL UNITED KINGDOM
SAPHIR FINANCE PLC - SERIES 2007-4              MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 222 NEW YORK NY 10022
SWISSCANTO (LU) PORTFOLIO FUNDS                 SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A. 69 ROUTE D'ESCH LUXEMBOURG L-1470 LUXEMBOURG
MANAGEMENT COMPANY S.A.
SWISSCANTO (LU) PORTFOLIO FUNDS                 ANTHONY BOCCANFUSO ARNOLD & PORTER LLP 399 PARK AVE, 34TH FL NEW YORK NY 10022
MANAGEMENT COMPANY S.A.
SWISSCANTO (LU) SICAV II ADVISORY               69, ROUTE D'ESCH LUXEMBOURG L-1470 LUXEMBOURG
COMPANY HOLDING S.A.
SWISSCANTO (LU) SICAV II ADVISORY               ANTHONY BOCCANFUSO ARNOLD & PORTER LLP 399 PARK AVE, 34TH FL NEW YORK NY 10022
COMPANY HOLDING S.A.
TACONIC CAPITAL PARTNERS 1.5 L.P.               TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.               TRANSFEROR: GOLDMAN SACHS & CO. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND L.P.                   TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND L.P.                   TRANSFEROR: GOLDMAN SACHS & CO. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVE, 8TH FLOOR NEW YORK NY 10022
UBS AG                                          BAHNHOFSTR. 45 ZURICH 8001 SWITZERLAND
UBS AG                                          ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
YORVIK PARTNERS LLP                             TRANSFEROR: CIAL FINANCE BATUCHA INVESTMENT MANAGEMENT LTD 11 IRONMONGER LANE LONDON EC2V8EY UNITED KINGDOM

Total Number of Records Printed         59
```

EPIQ BANKRUPTCY SOLUTIONS, LLC