UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                              :

In re                                                        :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                                       :        (Jointly Administered)
               Debtors.                          :
                                                       :
---------------------------------------------------------------x        Ref. Docket Nos. 14943, 14944,
                                                                        14947-14949, 14951, 14953, 14955,
                                                                         14961-14964, 14985 & 14986

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 15, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                     */s/ Eleni Kossivas*
                                                                       Eleni Kossivas

Sworn to before me this
16th day of March, 2011

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14943, 14944, 14947-14949, 14951, 14953, 14955, 14961-14964, 14985 & 14986_AFF_03-15-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ACE TEMPEST REINSURANCE, LTD
     C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD AND WESTERN ASSET COMPANY
     ATTN: LEGAL DEPT. W-6535
     385 E. COLORADO BLVD.
     PASADENA CA 91101
```

Please note that your claim # 58914 in the above referenced case and in the amount of
　　　$1,214,353.10　　　has been transferred **(unless previously expunged by court order)**

```
CITIGROUP GLOBAL MARKETS INC.                    CITIGROUP GLOBAL MARKETS INC.
TRANSFEROR: ACE TEMPEST REINSURANCE, LTD         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: MARC HEIMOWITZ                             ATTN: DOUGLAS R. DAVIS
390 GREENWICH STREET, 4TH FLOOR                  1285 AVENUE OF THE AMERICAS
NEW YORK NY 10013                                NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　　　　　　　Southern District of New York
　　　　　　　　　　　　　　One Bowling Green
　　　　　　　　　　　　　　New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14947　　　　in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/15/2011　　　　　　　　　　　　　　Vito Genna, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　/s/ Lauren Rodriguez
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 15, 2011.

**EXHIBIT B**

TIME: 11:13:06
DATE: 03/15/11
PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ACE TEMPEST REINSURANCE, LTD | C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD AND WESTERN ASSET COMPANY ATTN: LEGAL DEPT. W-6535 385 E. COLORADO BLVD. PASADENA CA 91101 |
| BASSWOOD OPPORTUNITY PARTNERS, L.P. | TRANSFEROR: JET I LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| BASSWOOD OPPORTUNITY PARTNERS, L.P. | TRANSFEROR: WHITEWOOD FINANCIAL PARTNERS LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| BIRKS PLACE, LLC | TRANSFEROR: TIKEHAU CAPITAL ADVISORS SAS C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: ACE TEMPEST REINSURANCE, LTD ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: LEGG MASON AUSTRALIAN CREDIT TRUST ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: LEGG MASON CASH PLUS TRUST ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CREDIT SUISSE | TRANSFEROR: METLIFE DOMESTIC TRUST ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| DEUTSCHE BANK AG, LONDON BRANCH | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| GOLDENTREE ENTRUST MASTER FUND SPC | TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| GOLDENTREE MASTER FUND, LTD | TRANSFEROR: GOLDENTREE MASTER FUND, LTD ATTN: JOHN DEMARTINO 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10020 |
| GOLDENTREE MASTER FUND, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRISTOPHER J. DUNN 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10020 |
| JET I LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| LEGG MASON AUSTRALIAN CREDIT TRUST | C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| LEGG MASON CASH PLUS TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD AND WESTERN ASSET COMPANY ATTN: LEGAL DEPT. W-6511 385 E. COLORADO BLVD. PASADENA CA 91101 |
| METLIFE DOMESTIC TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD AND WESTERN ASSET COMPANY ATTN: LEGAL DEPT. W-6514 385 E. COLORADO BLVD. PASADENA CA 91101 |
| OZ SPECIAL MASTER FUND, LTD | C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD AND WESTERN ASSET COMPANY ATTN: LEGAL DEPT. W-6525 385 E. COLORADO BLVD. PASADENA CA 91101 |
| SWEDBANK AB, NEW YORK BRANCH | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| SWEDBANK AB, NEW YORK BRANCH | ATTN: JOHN MATTHEWS ONE PENN PLAZA, 15TH FLOOR NEW YORK NY 10019 |
| TIKEHAU CAPITAL ADVISORS SAS | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| TIKEHAU CAPITAL ADVISORS SAS | ATTN: BENOIT FLOUTIER 5, RUE ROYALE PARIS 75008 FRANCE |
| UBS AG | SIDLEY AUSTIN LLP LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WHITEWOOD FINANCIAL PARTNERS LP | TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| WHITEWOOD FINANCIAL PARTNERS LP | C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed    27

EPIQ BANKRUPTCY SOLUTIONS, LLC