

United States Bankruptcy Court
Southern District of New York
Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

Weil, Gotshal & Manges LLP
Attn: Shai Y. Waisman, Esq. and Mark Bernstein, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
for the Southern District of New York
Attn: Elisabeth Gasparini, Esq. and Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Holten, March 5, 2011

**Debtors Lehman Brothers Holdings Inc. *et al.*,
Chapter 11 Case No. 08-13555 (JMP)**

Ref: Eighty-Ninth Omnibus Objection to Claims (No liability claims)
Claim Number: 54693
Creditor/Claimant Name and Address:
Hijmans, R.A.
Canadastraat 11
Holten, 7451 ZJ
Netherlands

Dear Sirs,

March 2 I received your notice. I oppose this objection. Let me clarify my position.

April 13, 2005 I purchased through Fortisbank in the Netherlands the following Perpetual Preferred Securities

Lehman Brothers UK  ISIN nr. XS0215349357 LEHMAN BROTHERS UK CAPITAL FDG LP EO-FLR NOTES 2005(10/UND), valued at 73.585,20 USD

Issued by Lehman Brothers UK Capital Funding LP having the benefit of a subordinated guarantee of Lehman Brothers Holdings PLC.

In October 2008, I contacted the Attorneys for Debtors of Lehman Brothers in the Netherlands, Houfhoff and Buruma attorneys. They informed me to contact PricewaterhouseCoopers LLP in London, United Kingdom.

March 3, 2009 I received a reply by email from PricewaterhouseCoopers LLP in which they stated that:

*Whilst you may previously have dealt with a contact based in London, the Counterparty is an entity over which the Administrators have not been appointed as administrators and therefore we currently have no authority to release potentially confidential or sensitive information. I can confirm that PricewaterhouseCoopers LLP have not been appointed as administrators of Lehman Brothers UK Capital Funding LP. Please note that PricewaterhouseCoopers LLP can only provide information on companies that it has been appointed the Administrator of.*

*Lehman Brothers UK Capital Funding LP is a limited partnership of which two of the three partners are Lehman Brothers entities wholly owned by Lehman Brothers Holding Inc (LBHI).*

At the same time my new bank, Rabobank, invited me to fill out a Proof of Claim. October 20, 2009 my claim, amongst others, was sent by Rabobank to Lehman Brothers Holdings Claims, Processing Center in New York. On December 02, 2009 I received an acknowledgement of receipt of proof of claim.

The objection I have is on the following grounds.
In the offering circular for these Perpetual Preferred Securities, issued in 2005, it is stated that the issuer of the Securities Lehman Brothers UK Capital Funding LP has the benefit of a subordinated guarantee of Lehman Brothers Holdings PLC.
As stated in the reply of PricewaterhouseCoopers LLP, Lehman Brothers UK Capital Funding LP is a limited partnership of which two of the three partners are Lehman Brothers entities wholly owned by Lehman Brothers Holding Inc (LBHI). Making Lehman Brothers Holding Inc (LBHI) a liable party.
PricewaterhouseCoopers LLP, being the appointed administrators in the UK advised to file the claim with LBHI.

According to Debtors' Ninetieth Omnibus, Objection To Claims (no liability claims) 08-13555 [Dkt. No. 14453] filed February 11, 2011, is stated that:

*Lehman Brothers UK Capital Funding L.P., Lehman Brothers UK Capital Funding II L.P., and Lehman Brothers UK Capital Funding III L.P. are limited partnerships registered in England and Wales that issued certain preferred securities (the "Preferred Securities")1 guaranteed by LBH plc. None of these entities are Debtors in these chapter 11 cases. Certain holders of the Preferred Securities, however, filed the No Liability Claims seeking to recover losses related thereto from the Debtors.*

*The Debtors have identified the claims on Exhibit A as claims for which the Debtors have no liability because they seek to recover for Preferred Securities that were neither issued nor guaranteed by the Debtors*

Apart from the fact that no mention is made of claim nr. 54963 in this Exhibit A, I object to this line of thinking as PricewaterhouseCoopers LLP clearly stated in their reply that Lehman Brothers Holding Inc (LBHI) is 100% owner of two of the three partners making up Lehman Brothers UK Capital Funding LP.

I also found a document filed at the UNITED STATES SECURITIES AND EXCHANGE COMMISSION WASHINGTON, DC 20549 (attached) in which is stated that Lehman Brothers UK Capital Funding LP, a U.K. limited partnership (the *"Issuer"*), entered into an agreement to issue on March 30,2005 €225,000,000 Fixed Rate to CMS-Linked Guaranteed Non-voting Non-cumulative Perpetual Preferred Securities (the *"Preferred Securities"*), each with a liquidation preference of €1,000, comprising limited partnership interests in the Issuer. The general partner of the Issuer is a wholly-owned subsidiary of Lehman Brothers Holdings Inc. (the *"Company"*). Lehman Brothers Holdings plc, a U.K. corporation and wholly-owned subsidiary of the Company (the *"Guarantor"*), has provided a subordinated guarantee of all payments (other than on liquidation) that are due and payable by the Issuer in respect of the Preferred Securities.

Signed LEHMAN BROTHERS HOLDINGS INC. Date: April 4,2005

By: /s/ James J. Kilerlane III, Vice-President

For your information no other claims have been filed either in the Netherlands, United Kingdom or United States, LBHI being the only debtor a claim has been filed against.

Awaiting your reply,

Yours truly
Ronald A. Hijmans
Canadastraat 11
Holten, 7451ZJ
Netherlands
Tel. +31 548 363910
Email f2hhijmans.fam@hetnet.nl

Attached documents:
Receipt of purchase of the Lehman notes
Copy of Proof of Claim
Copy of the email of PricewaterhouseCoopers LLP, March 3,2009
Print out of internet published file I-09466 form 8-K of the US SEC April 4,2005

**FORTIS BANK** 

FORTIS BANK (NEDERLAND) N.V.
GEVESTIGD TE ROTTERDAM
KVK ROTTERDAM NR 30064791
BTW-NR NL.00.70.87.433.B.01
OSDORPPLEIN 881-882
1068 TD  AMSTERDAM
TELNR 0900-8172 (ca € 0,10/min)

R440/K1173/C1767074778

MW HIJMANS-SCHADDELEE C M
EN/OF DHR HYMANS R A
CANADASTRAAT 11
7451 ZJ  HOLTEN

Rekeningoverzicht
**TELESPAAR-REKENING**

| Rekeningnummer | Volgnr | Bladnr | (uit) |
|---|---|---|---|
| 64.21.92.960 | 9 | 1 | 1 |

IBAN   NL36 FTSB 0642 1929 60
BIC    FTSBNL2R

| Datum vorig afschrift | Datum afschrift |
|---|---|
| 08-04-05 | 15-04-05 |

| Vorig saldo | Nieuw saldo |
|---|---|
| € 63.979,60 | € 61.783,71 |

| Totaal bedrag afgeboekt | Totaal bedrag bijgeboekt |
|---|---|
| € 52.886,36 | € 50.690,47 |

Rentepercentage
2,3000



| Boek-datum | Omschrijving | Mutatie-code | Mutatiebedrag |
|---|---|---|---|
| 13-04 | 80.95.09.172<br>EFFECTEN VERKOOP<br>MEMLING CDO COMBO NOTES 04/12<br>EUR 45000,0000<br>KOERS 104,500000<br>TRANS.: 8499672 NOTA: 4096554 | EFF+ | 47.516,67 |
| 13-04 | 80.95.09.172<br>EFFECTEN VERKOOP<br>MEMLING CDO COMBO NOTES 04/12<br>EUR 3000,0000<br>KOERS 104,300000<br>TRANS.: 8499855 NOTA: 4096556 | EFF+ | 3.173,80 |
| 13-04 | 80.95.09.172<br>EFFECTEN KOOP<br>LEHMAN BROTHERS      05/--/PP<br>EUR 52000,0000<br>KOERS 100,700000<br>TRANS.: 8500083 NOTA: 4096574 | EFF- | 52.886,36 |

C3/0020942   Uw actuele saldo, bij- en afschrijvingen opvragen en overboeken via de Saldo&Transactielijn: 0900-8171 ca. €0,10/min

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000054693 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

R.A. Hijmans
Canadastraat 11
7451 ZJ Holten
The Netherlands

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

**Filed on:** _____

Telephone number: 0031548363910  Email Address: f2hhijmans.fam@hetnet.nl

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:                 Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 73,585.20** (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0215349357** (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:** 9514870. (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** 28332
(Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 28 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date.<br>09-22-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>*[signature]* R AHIJMANS |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

-----Original message-----
From: Operations Team [mailto:operationsteam@lehman.com]
Sent: Friday 20 March 2009 15:17
To: f2hhijmans.fam@hetnet.nl
Subject: Your Lehman Brothers Query: Ref 11688

Re Query number 11688 - Lehman Brothers UK Capital Funding LP

Dear Ronald Hijmans

I write in response to your email dated 30th October 2008 in respect of a Lehman UK perpetual bond (XS0215349357), held with Lehman Brothers UK Capital Funding LP.

Anthony Victor Lomas, Steven Anthony Pearson, Dan Yoram Schwarzmann, Michael John Andrew Jervis and/or Derek Anthony Howell (as applicable) each a partner at PricewaterhouseCoopers LLP have been appointed as administrators (the "Administrators") over the following companies (as at 14th January 2008):

Lehman Brothers Limited
Lehman Brothers Holdings PLC
LB UK Re Holdings Limited
Lehman Brothers International (Europe)
Storm Funding Limited
Mable Commercial Funding Limited
Lehman Brothers Europe Limited
Lehman Brothers UK Holdings Ltd
LB UK Financing Ltd
LB SF No. 1
Cherry Tree Mortgages Limited
Lehman Brothers Lease and Financing (No 1) Limited
Zestdew Limited
Monaco NPL (No 1) Limited
Lehman Commercial Mortgage Conduit Limited
LB RE Financing No. 3 Limited
Lehman Brothers (PTG) Limited
Eldon Street Holdings Limited
LB Holdings Intermediate 2 Limited

Whilst you may previously have dealt with a contact based in London, the Counterparty is an entity over which the Administrators have not been appointed as administrators and therefore we currently have no authority to release potentially confidential or sensitive information. I can confirm that PricewaterhouseCoopers LLP have not been appointed as administrators of Lehman Brothers UK Capital Funding LP. Please note that PricewaterhouseCoopers LLP can only provide information on companies that it has been appointed the Administrator of Lehman Brothers UK Capital Funding LP is a limited partnership of which two of the three partners are Lehman Brothers entities wholly owned by Lehman Brothers Holding Inc (LBHI).

Lehman Brothers Holding Inc has filed for bankruptcy protection in the US. Bryan Marsal of Alvarez & Marsal has joined Lehman Brothers Holdings Inc (LBHI) as Chief Restructuring Officer, with responsibility for the oversight of the Chapter 11 process. To access information regarding the estate and its disposition, please visit www.lehmanbrothersestate.com. Alternatively please contact them at chap11info@lehman.com for further information.
Kind Regards,

Custodian Operations Team

For the Administrators for and on behalf of the Administration Companies (as their agents and without personal liability)

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

WASHINGTON, DC 20549

# FORM 8-K

CURRENT REPORT PURSUANT

TO SECTION 13 OR 15(d) OF THE

SECURITIES EXCHANGE ACT OF 1934

Date of report (Date of earliest event reported)    March 29, 2005

# Lehman Brothers Holdings Inc.

(Exact Name of Registrant as Specified in Its Charter)

Delaware

(State or Other Jurisdiction of Incorporation)

| 1-9466 | 13-3216325 |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |
| 745 Seventh Avenue<br>New York, New York | 10019 |
| (Address of Principal Executive Offices) | (Zip Code) |

(212) 526-7000

(Registrant's Telephone Number, Including Area Code)

Not Applicable

(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

---

Item 3.02.  Unregistered Sales of Equity Securities.

On <u>March 29, 2005</u>, Lehman Brothers UK Capital Funding LP, a U.K. limited partnership (the *"Issuer"*), entered into an agreement to issue on <u>March 30, 2005</u> €225,000,000 Fixed Rate to CMS-Linked Guaranteed Non-voting Non-cumulative Perpetual Preferred Securities (the *"Preferred Securities"*), each with a liquidation preference of €1,000, comprising limited partnership interests in the Issuer. The general partner of the Issuer is a wholly-owned subsidiary of Lehman Brothers Holdings Inc. (the *"Company"*). Lehman Brothers Holdings plc, a U.K. corporation and wholly-owned subsidiary of the Company (the *"Guarantor"*), has provided a subordinated guarantee of all payments (other than on liquidation) that are due and payable by the Issuer in respect of the Preferred Securities. The Preferred Securities and the guarantee were issued and sold pursuant to Regulation S under the Securities Act of 1933, as amended, and were not offered or sold within the United States or to, or for the account or benefit of, U.S. persons.

<u>Terms of the Preferred Securities</u>

Holders of the Preferred Securities will be entitled to receive non-cumulative preferential cash distributions. Distributions will be payable annually in arrears on March 30 in each year. Until <u>March 30, 2007</u>, distributions will accrue on the Preferred Securities at a rate of 6.625% per annum. For each subsequent annual distribution period, distributions will accrue on the Preferred Securities at a rate equal to the prevailing Reference Rate plus 0.10%, subject to a maximum rate of 8.00% per annum. With respect to a relevant distribution period, *"Reference Rate"* means the 10 year mid-swap rate versus 6 month EURIBOR which appears on the relevant screen page on Reuters or, if it does not so appear, the arithmetic mean of the bid and offered rates for the annual fixed-rate payment obligation of a fixed-for-floating euro interest rate swap transaction with a 10-year maturity where the floating-rate payment obligation is six-month EURIBOR. The Issuer will also pay such additional amounts as may be necessary in order that the net payment received by each holder in respect of the Preferred Securities, after any U.K. withholding taxes, will equal the amount that would have been received in the absence of any such withholding, subject to customary exceptions. Notwithstanding the foregoing, the holders will not be entitled to receive any distributions if the general partner of the Issuer has published a No Payment Notice, in which case there will be no payment due under the Preferred Securities. The general partner has full discretion to publish the No Payment Notice with respect to any distribution at any time and for any reason.

The Preferred Securities will be redeemable, at the Issuer's option, at their liquidation preference on the distribution payment date falling on <u>March 30, 2010</u> or any distribution payment date thereafter. The Preferred Securities may also be redeemed if certain tax events occur or if the Preferred Securities do not qualify as regulatory capital upon either <u>the Company</u> or the Guarantor becoming subject to supervision by a relevant

2

authority, pursuant to relevant regulations. Any redemption of the Preferred Securities is subject to the consent of the relevant regulatory authority.

<u>Trigger Event and Substituted Preferred Stock</u>

If a Trigger Event occurs and is continuing, then, provided that any relevant regulatory authority has not objected, the general partner of the Issuer shall take all reasonable steps to cause the substitution of the Preferred Securities for depositary shares representing preferred stock of <u>the Company</u>. A *"Trigger Event"* will occur (i) if the Company is placed into bankruptcy, reorganization, conservatorship or receivership, (ii) if following any time when <u>the Company</u> becomes subject to regulation relating to capital adequacy of financial institutions, <u>the Company</u> has capital adequacy levels that are less than the minimum capital adequacy levels imposed by the relevant regulatory authority or (iii) if, following any time when <u>the Company</u> becomes subject to such regulation, the relevant regulatory authority, in its sole discretion, informs <u>the Company</u> that it will not meet its minimum capital requirement in the near term.

The preferred stock of the Company that would be issued in substitution for the Preferred Securities upon a Trigger Event would be fully-paid non-cumulative preferred stock bearing a right to dividends calculated in the same manner as the Preferred Securities, having no voting rights (except as required by law) and being subject to optional redemption in the same manner as the Preferred Securities.

Item 3.03. Material Modifications to Rights of Security Holders.

The Company has undertaken that, in the event that any distribution on the Preferred Securities is not paid in full, it will not:

(a)       declare or pay any dividend on its shares of common stock; or

(b)       repurchase or redeem any of its non-cumulative preferred stock or common stock at its option,

until such time as distributions on the Preferred Securities have been paid in full for one year.

3

SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this Report to be signed on its behalf by the undersigned hereunto duly authorized.

LEHMAN BROTHERS HOLDINGS INC.

Date: April 4, 2005

By: /s/ *James J. Killerlane III*
James J. Killerlane III
Vice President