HOGAN LOVELLS US LLP
Christopher R. Donoho, III
875 Third Avenue
New York, New York 10022
212-918-3000
*Attorneys for Deka Investment GmbH*
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDING INC., et. al.,                    Chapter 11
                                                          Case No. 08-13555 (jmp)
                                    Debtors.              (Jointly Administered)

----------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                              ) ss
COUNTY OF NEW YORK            )

David Spinley, being duly sworn, deposes and says:

That I am over the age of eighteen years, am not a party to this action and reside in Brooklyn, New York.

That on the 17th day of March 2011, I served the Response of Deka Investment GmbH to Debtors' Ninetieth Omnibus Claims Objection to Claims (No Liability Claims) via USPS First Class Mail addressed to the recipients attached as Schedule A.

/s/ David Spinley

DAVID SPINLEY

Sworn to before me this
17th day of March, 2011
/s/Erika Orellana

Notary Public, State of New York
No. 01OR6110119
Qualified in Westchester County
Commission Expires May 24, 2012

\\\NY - 716960/000300 - 2312816 v1

**SCHEDULE A**

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Office of the United States Trustee
Attn: Elisabeth Gasparini, Esq. and Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Weil Gotshal & Manges LLP
Attn: Shai Y. Waisman, Esq. and Mark Bernstein, Esq.
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq. and Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, New York 10005