Robert F. Elgidely, Esq. (RE-0512)
John H. Genovese, Esq.
W. Barry Blum, Esq.
GENOVESE, JOBLOVE & BATTISTA, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
(305) 349-2300 (tel.)
(305) 349-2310 (fax)

Co-Counsel for the Minibond Noteholders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                  :    Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,                  :    Case No. 08-13555-JMP
                                                        :
                        Debtors.                        :
-------------------------------------------------------------x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that KA KIN WONG, SIU LUI CHING, TIM CHOY FUNG, LIN TEI TSE, SAU KING TSE, LAI KUEN CHAN, FUK SHING WONG, SIU KWAN WONG, YEE MING SHEN, and YUEN FUN TANG, derivatively on behalf of a trust administered by HSBC Bank USA, N.A. and on behalf of themselves as well as all others similarly situated (collectively, the "Minibond Noteholders"), hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158 and Rule 8001 of the Federal Rules of Bankruptcy Procedure, from the following Order of the Bankruptcy Court entered on March 3, 2011:

1. Alternative Dispute Resolution Procedures Order For Affirmative Claims Of The Debtors Under Derivatives Transactions With Special Purpose Vehicle Counterparties [Dkt. No. 14789].

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

| | |
|---|---|
| Genovese, Joblove & Battista, P.A.<br>*Co-Counsel to the Minibond Noteholders*<br>100 S.E. 2nd Street, Suite 4400<br>Miami, FL 33131<br>Telephone: (305) 349-2300<br>Telecopier: (305) 349-2310<br>Robert F. Elgidely, Esq.<br>John H. Genovese, Esq.<br>W. Barry Blum, Esq. | Weil Gotshal & Manges LLP<br>*Attorneys for the Debtors*<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Telecopier: (212) 310-8007<br>Ralph I. Miller, Esq.<br>Richard W. Slack, Esq.<br>Peter Gruenberger, Esq.<br>Scarlett Collings, Esq. |
| Robbins Geller Rudman & Dowd LLP<br>*Co-Counsel to the Minibond Noteholders*<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Telecopier:   (619) 231-7423<br>Spencer A. Burkholz, Esq.<br>Patrick W. Daniels, Esq.<br>Christina A. Royce, Esq. | Milbank, Tweed, Hadley & Mccloy LLP<br>*Attorneys for the Creditors' Committee*<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Telephone: (212) 530-5000<br>Telecopier: (212) 530-5219<br>Dennis F. Dunne, Esq. |
| Robbins Geller Rudman & Dowd LLP<br>*Co-Counsel to the Minibond Noteholders*<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: (631) 367-7100<br>Telecopier: (631) 367-1173<br>Samuel H. Rudman, Esq.<br>David A. Rosenfeld, Esq. | Sidley LLP<br>*Attorneys for Principal Global Investors (Europe) and Principal Global Investors, LLC*<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Telecopier:(212) 839-5599<br>Michael G. Burke, Esq. |
| Robbins Geller Rudman & Dowd LLP<br>*Co-Counsel to the Minibond Noteholders*<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 288-4545<br>Telecopier: (415) 288-4534<br>Luke O. Brooks, Esq.<br>Jason C. Davis, Esq. | Clifford Chance US LLP<br>*Attorneys for Credit Agricole Corporate and Investment Bank*<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 878-8000<br>Telecopier: (212) 878-8375<br>Andrew P. Brozman, Esq.<br>Sara M. Tapinekis, Esq. |

<div style="columns:2">

Pryor Cashman LLP
*Attorneys for HSBC Bank USA, N.A.*
7 Times Square
New York, NY 10036
Telephone: (212) 326-0421
Telecopier: (212) 798-6355
Tina M. Moss, Esq.

Orrick, Herrington & Sutcliffe LLP
*Attorneys for Ballyrock ABS CDO 2007-1, Ltd.*
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Telecopier: (212) 506-5151
Steven J. Fink, Esq.
Thomas C. Mitchell, Esq.

Reed Smith LLP
*Attorneys for The Bank of New York*
 *Mellon, The Bank of New York Mellon*
 *Trust Company, N.A. and BNY Corporate*
*Trustee Services Limited*
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Telecopier: (212) 521-5450
Eric A. Schaffer, Esq.
Michael J. Venditto, Esq.

Sutherland Asbill & Brennan LLP
*Attorneys for Aviva S.p.A., Aviva Italia*
 *Holding S.p.A., Aviva Vita S.p.A., Aviva*
*Life S.p.A., Aviva Italia S.p.A., Aviva*
*Assicurazioni S.p.A. and Aviva Previdenza S.p.A.*
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 383-0100
Telecopier: (202) 637-3593
Mark D. Sherrill, Esq.

Nixon Peabody LLP
*Attorneys for Wellington Management*
 *Company, LLP*
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Telecopier: (212) 940-3111
Mark N. Berman, Esq.

Nixon Peabody LLP
*Attorneys for Deutsche Bank Trust*
 *Company Americas and Deutsche Bank*
 *National Trust Company*
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Telecopier: (212) 940-3111
Christopher M. Desiderio, Esq.
David H. Lee, Esq.

Chadbourne & Parke LLP
*Attorneys for HSBC Bank USA, N.A.*
 *as Trustee*
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Telecopier: (212) 541-5369
David M. LeMay, Esq.
Christy L. Rivera, Esq.

Alston & Bird, LLP
*Attorneys for Bank of America, N.A.*
 *Successor by Merger to Lasalle Bank, N.A.*
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Telecopier: (212) 210-9444
Michael Johnson, Esq.

</div>

Chapman and Cutler LLP
*Attorneys for U.S. Bank, N.A. as Trustee*
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3000
Telecopier: (312) 701-2361
James E. Spiotto, Esq.
Ann E. Acker, Esq.
Franklin H. Top, III, Esq.

Dated: March 17, 2011
       Miami, Florida

                Respectfully submitted,

                GENOVESE, JOBLOVE & BATTISTA, P.A.

                By: /s/ Robert F. Elgidely
                     Robert F. Elgidely, Esq. (RE-0512)
                     John H. Genovese, Esq.
                     W. Barry Blum, Esq.
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310

- and –

ROBBINS GELLER RUDMAN & DOWD LLP
SPENCER A. BURKHOLZ
PATRICK W. DANIELS
CHRISTINA A. ROYCE
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Telecopier:  (619) 231-7423

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, New York 11747
Telephone: (631) 367-7100
Telecopier: (631) 367-1173

ROBBINS GELLER RUDMAN & DOWD LLP
LUKE O. BROOKS
JASON C. DAVIS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 288-4545
Telecopier: (415) 288-4534

*Attorneys for the Minibond Noteholders*

5