Santiago de Chile, March 10th, 2011

The Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004
USA

Dear Sir:

In replay to the request of Lehmann Brothers Holdings Inc. claiming the disallowance of my right to participate in the bankruptcy, I disagree with the objection and in order to meet the requirements I am sending the requested information:

(i). -   UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK,

   CLAIM NUMBER: 36736

   DEBTOR: 08-13555

(ii). -  HALEBY, HENRY MANZANO

   AMOUNT OF CLAIM: 100.000. - EUROS - ISIN # XS0229269856

(iii). - ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM BY EPIQ SYSTEMS.

   I DESAGREE WHITH THE OBJECTION DUE TO THE FACT THAT LEHMANN BROTHERS UK CAPITAL FUNDING II LP AS ISSUER AND LEHMANN BROTHERS HOLDINGS PLC AS GUARANTOR AND LEHMANN BROTHERS INTERNATIONAL AS LEAD MANAGER AND LEHMANN BROTHERS HOLDINGS INC. WERE ALL RELATED INSTITUTIONS. THAT IS WHY I BELIVE THAT ALL OF THEM ARE LIABLE AND I SHOULD BE INCLUDED IN THE BANKRUPTCY PROCESS.

(iv). -  COPY OF SECURITIE PROGRAMS PROOF OF CLAIM.

   STATEMENT ISSUED BY MERRILL LYNCH ON JANUARY 2010 WHERE APPEARS THE POSITION OF "EUR LEHMAN BROS CAP 5.125% PERPETUAL" (PAGE 9)

(v). -   ADDRESS FOR REPLY: AVDA. EL SALTO 4001, PISO 12, HUECHURABA, SANTIAGO DE CHILE

(vi). -  HALEBY, HENRY MANZANO: AVDA. EL SALTO 4001, PISO 12, HUECHURABA, SANTIAGO DE CHILE, TELEPHONE NUMBER: +5622484999

Please consider my objection in the bankruptcy process,

Best regards

Haleby, Henry Manzano

RECEIVED
MAR 14 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM





MAILID *** 0004898216 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000084136 ****

HALEBY, HENRY MANZANO
CURICO 18
OFICINA 501
SANTIAGO, CHILE

December 02, 2009

### ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | HALEBY, HENRY MANZANO |
| Date Received: | 10/06/2009 |
| Claim Number: | 36736 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| | |
|---|---|
| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

HENRY MANZANO HALEBY
CURICO 18, OFICINA 501
SANTIAGO, CHILE

Telephone number: 562 248 4999   Email Address: hmanzanoh@gmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____   Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 100,000** (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0229269856** (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**6023524** (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 93999**
(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date. _____ Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



# FINAL TERMS

### Lehman Brothers UK Capital Funding II L.P. (the "Issuer")

### €50,000,000

### Fixed Rate Guaranteed Non-Voting Non-Cumulative Perpetual Preferred Securities (the "Preferred Securities")

### having the benefit of a subordinated guarantee of

### Lehman Brothers Holdings plc (the "Guarantor")

### (to be consolidated and form a single series with the €200,000,000 Fixed Rate Guaranteed Non-Voting Non-Cumulative Perpetual Preferred Securities, which were issued on 21st September, 2005)

Terms used herein shall be deemed to be defined as such for the purposes of the Description of the Preferred Securities set forth in the Prospectus dated 30th August, 2005 (the **Prospectus**) which constitutes a base prospectus for the purposes of the Prospectus Directive (Directive 2003/71/EC) (the **Prospectus Directive**). This document constitutes the Final Terms of the Preferred Securities described herein for the purposes of Article 5.4 of the Prospectus Directive and must be read in conjunction with the Prospectus. Full information on the Issuer and the offer of the Preferred Securities is only available on the basis of the combination of these Final Terms and the Prospectus. The Prospectus is available for viewing at 25 Bank Street, London E14 5LE and copies may be obtained from 25 Bank Street, London E14 5LE.

| | |
|---|---|
| **Closing Date:** | 27th October, 2005 |
| **Liquidation Preference:** | €1,000 |
| **Distribution Rate:** | 5.125 per cent. per annum payable annually in arrear |
| **Distribution Payment Dates:** | 21st September in each year, with the first Distribution Payment Date being on 21st September, 2006. Distributions in respect of the first Distribution Period will accrue from 21st September, 2005, being the date of issue of the Issuer's €200,000,000 Fixed Rate Guaranteed Non-Voting Non-Cumulative Perpetual Preferred Securities, which were issued on 21st September, 2005 (the **Existing Preferred Securities**). |
| **Aggregate Nominal Amount of the Preferred Securities:** | |
| (i)   Series: | €250,000,000 |
| (ii)  Tranche: | €50,000,000 |
| | On issue, the Preferred Securities will be consolidated and form a single series with the **Existing Preferred Securities**. On issue, the Preferred Securities will be evidenced by a temporary global certificate which will be exchanged for a permanent global certificate on 6th December, 2005 (40 days after the Closing Date). |

| | |
|---|---|
| **Issue Price of Tranche:** | 101.25 per cent. of the Aggregate Nominal Amount of the Tranche plus 36 days' accrued Distribution from 21st September, 2005 at the rate of 5.125 per cent. per annum. |
| **First Call Date of Subordinated Notes:** | 21st September 2009 |
| **Net Proceeds:** | €50,252,739.73 |
| **Managers:** | **Lead Manager**<br>Lehman Brothers International (Europe)<br><br>There are no other Managers for this Tranche. |
| **ISIN:** | The Preferred Securities will be fungible for trading purposes upon 6th December, 2005 being the date falling 40 days after the Closing Date. Until such date, the Preferred Securities will have a temporary ISIN (XS0233128916) and following such date, the Preferred Securities will have the same ISIN as the Existing Preferred Securities (XS0229269856). |
| **Common Code:** | The Preferred Securities will be fungible for trading purposes upon 6th December, 2005 being the date falling 40 days after the Closing Date. Until such date, the Preferred Securities will have a temporary Common Code (023312891) and following such date, the Preferred Securities will have the same Common Code as the Existing Preferred Securities (022926985). |
| **Ratings:** | The Preferred Securities are expected to be assigned on issue the following ratings:<br>Moody's Investors Service Limited: A3<br>Fitch IBCA: A |
| **Other terms:** | The Lead Manager will receive a combined selling, management and underwriting commission of €12.50 per Preferred Security. |

The above pricing gives a yield of 5.125 per cent. per annum. Such yield is applicable as of the date of these Final Terms and may fluctuate in the future. For the avoidance of doubt, upon issuance of any Eligible Investments (or further Eligible Investments) as defined in the terms of the Preferred Securities in the Prospectus, the interest rate applicable to the Eligible Investments (or further Eligible Investments) will be the fixed rate per annum determined by the then prevailing market conditions for instruments of similar risk and 30-year maturity. This does not effect the Distribution Rate on the Preferred Securities.

The date of these Final Terms is 26th October, 2005.

**LISTING AND ADMISSION TO TRADING APPLICATION**

These Final Terms comprise the final terms required to list and have admitted to trading the issue by Lehman Brothers UK Capital Funding II L.P. of the Preferred Securities described herein.

**RESPONSIBILITY**

Each of the LB GP No. 1 Ltd (the **General Partner**), acting on behalf of the Issuer, and the Guarantor accepts responsibility for the information contained in these Final Terms.

Signed by LB GP No. 1 Ltd
as General Partner,
acting on behalf of the Issuer:

Signed on behalf of the Guarantor:

By: ............................................
*Duly authorised*

By: ............................................
*Duly authorised*

15616-01223 ICM:2108442.3



MR HENRY MANZANO HALEBY,
MR HENRY MANZANO ZAHR AND
MRS ADRIANA ZAHR CHAMPY JTWROS
CURICO 18 OFICINA 501
SANTIAGO
CHILE

Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 1 de 9

¿Preguntas?
*Por favor comuníquese con su Asesor Financiero:*
*Tel: 562-370-7000*
*1015*

### Valor neto de la cartera al 29 Ene 2010:

| | |
|---|---:|
| Fondos en efectivo y equivalentes | 30,337 |
| Posiciones en la cartera | 386 |
| Pasivos | 0 |
| **Valor neto de la cartera en USD** | *30,723* |

### Indice de contenido

Extractos..................................................................................3
Posiciones ..............................................................................6
Actividad ................................................................................7

*Presentado por:  MERRILL LYNCH CHILE S.A.*
*Merrill Lynch no opera como una entidad bancaria en todas las jurisdicciones. Algunos servicios y productos no están disponibles en todas las jurisdicciones.*
*Sus transacciones con el Grupo de Banca Privada Internacional se conducen por medio de las cuentas siguientes:*
*Merrill Lynch, Pierce, Fenner & Smith Incorporated - 166-13C62; 916-166PT*

 **Merrill Lynch**

Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 2 de 9

Esta página debe quedar en blanco.



Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 3 de 9

## Resumen de valoración en Dólares de EE. UU.

| *Fondos en efectivo y equivalentes* | Valor periodo anterior | Valor este periodo | Cambio porcentual |
|---|---|---|---|
| Efectivo y fondos monetarios CMA | 30,336 | 30,337 | |
| Otros fondos del mercado monetario | 0 | 0 | |
| Depósitos a la vista | 0 | 0 | |
| Depósitos a plazo fijo | 0 | 0 | |
| Total | 30,336 | 30,337 | |
| *Posiciones en la cartera* | | | |
| Renta fija | 2,433 | 386 | |
| Acciones | 0 | 0 | |
| Instrumentos de inversión colectiva | 0 | 0 | |
| Otros | 0 | 0 | |
| Total | 2,433 | 386 | |
| *Pasivos* | | | |
| Saldo en débito | 0 | 0 | |
| Valor de mercado corto | 0 | 0 | |
| Préstamos a la vista | 0 | 0 | |
| Préstamos a plazo fijo | 0 | 0 | |
| Total | 0 | 0 | |
| **Valor neto de la cartera en USD** | **32,769** | **30,723** | **-6.24%** |

## Resumen de ingresos

| | Valor este periodo |
|---|---|
| Dividendos | 0 |
| Intereses | 1 |
| Total en USD | 1 |

## Resumen de la actividad del efectivo

| | Valor este periodo |
|---|---|
| Adiciones | 1 |
| Subtracciones | 0 |
| Cambio neto en efectivo en USD | 1 |

## Resumen de asignaciones de divisas

| | Valor en divisa de referencia |
|---|---|
| Dólares de EE. UU. | 30,337 |
| Euro | 386 |
| Total en USD | 30,723 |



**Merrill Lynch**

Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 4 de 9

### Resumen de ingresos

| *Derivados de efectivo y equivalentes* | Dividendos este período | Dividendos del año a la fecha | Intereses este período | Intereses del año a la fecha |
|---|---|---|---|---|
| Dólares de EE. UU. | — | — | 1.08 | 1.08 |
| Total en USD | 0.00 | | 1.08 | |
| **Ingresos totales en USD** | **0.00** | | **1.08** | |

### Resumen de pérdidas y ganancias (Excluye valores que no reflejen costos de adquisición o precios de mercado)

| | Realizados este período | Realizados del año a la fecha | No realizados este período |
|---|---|---|---|
| Euro | — | — | -296,677.00 |

### Asignaciónes de divisas

| *Activos* | Fondos en efectivo y equivalentes | Renta fija | Acciones | Instrumentos de inversión colectiva | Otros | Total | Porcentaje de activos [1] | Valor en divisa de referencia |
|---|---|---|---|---|---|---|---|---|
| Dólares de EE. UU. | 30,337 | — | — | — | — | 30,337 | 98% | 30,337 |
| Euro | — | 278 | — | — | — | 278 | 1% | 386 |
| **Total en USD** | **30,337** | **386** | | | | | **100%** | **30,723** |

*Tasas de cambio al 29 Ene 10*

| De | A | Valor | | De | A | Valor |
|---|---|---|---|---|---|---|
| Euro | Dólares de EE. UU. | ▓▓▓▓▓▓ | | Dólares de EE. UU. | Euro | ▓▓▓▓▓▓ |



Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 5 de 9

Asignación de activos'



| | | |
|---|---|---|
| ■ Acciones | 0% |
| ▩ Renta fija | 1% |
| ▩ Fondos en efectivo y equivalentes | 98% |
| ▫ Otros | 0% |

 **Merrill Lynch**

Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 6 de 9

## Posiciones

| *Efectivo y fondos monetarios CMA* | MLPF&S Número de cuenta | Descripción | Saldo inicial en divisa de compraventa | Tasa de interés | Saldo al cierre en divisa de compraventa | Valor en divisa de referencia |
|---|---|---|---|---|---|---|
| Dólares de EE. UU. | 166-13C62 | Cash | 0.40 | | 0.48 | |
| Dólares de EE. UU. | 166-13C62 | Units of CMA Dollar Asset Port | 373.00 | 0.04%[3] | 373.00 | 373 |
| | | Total ML Bank Deposit Program[2] | 29,963.00 | | 29,964.00 | 29,964 |
| Dólares de EE. UU.[2] | 166-13C62 | ML Bank Deposit Program - FIA | 29,963.00 | 0.05%[3] | 29,964.00 | |
| **Total en USD** | | | | | | 30,337 |

**Total fondos en efectivo & equivalentes en USD**
  Crédito                                                                                                   30,337

| *Renta fija* | Fecha de adquisición | Cantidad | Base de costo total | Valor actual de mercado | Ganancia/pérdida no realizada | Intereses devengados | Ingresos anuales estimados | Valor de mercado actual en divisa de referencia |
|---|---|---|---|---|---|---|---|---|
| **Euro** | | | | | | | | |
| EUR Lehman Bros Cap 5.125% Perpetual | 13 Nov 06 | 100,000 | 96,937 | 259 | -96,678 | | | 360 |
| EUR Lehman Bros UK C 5.750% Perpetual | 12 Ene 07 | 200,000 | 200,018 | 19 | -199,999 | | | 26 |
| **Total** | | | | 278 *EUR* | | | | **USD 386** |

**Total inversiones en renta fija en USD**                                                                    386

Todos los valores y otros activos, excepto donde se indice en el pie de página, se mantienen en una cuenta con Merrill Lynch, Pierce, Fenner & Smith Incorporated, y están protegidos por la SIPC (sujetos a las limitaciones impuestas por la SIPC) salvo se indique lo contrario. Por favor, véase la última página de este estado de cuenta para las excepciones y otras notas importantes. Para obtener información sobre la SIPC, incluido el Folleto de la SIPC, comuníquese con la SIPC a través de www.sipc.org o llamando al (202) 371-8300.



Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 7 de 9

## Actividad

*Ingresos*

| Cantidad | | Descripción | Cantidad en divisa de compraventa | Valor de mercado actual en divisa de referencia |
|---|---|---|---:|---:|
| Dólares de EE. UU. | | | | |
| 29 Ene 10 | Bank Interest | ML Bank Deposit Program | 1.00 | 1.00 |
| | | Bank Deposit Interest | .08 | .08 |
| **Total en USD** | | | | **1.08** |

**Total de adiciones al efectivo en USD**      **1.08**



Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 8 de 9

*Información de CMA*
La Cuenta CMA 166-13C62 tenia un poder adquisitvo de $0 y capacidad de endeudamiento de $30,337 al final de este periodo.

*Notas a pie de pagina*
1  La suma de estos porcentajes quiza no den 100%, ya que no se indican los decimales.

2  Este programa no esta bajo el amparo de la SIPC.

3  Rendimiento promedio - 01 Ene 2010 a 29 Ene 2010

Para transacciones con Merrill Lynch International Bank Limited, Singapore: La valuación del DCP (Dual Currency Product - Producto Bimonetario) presupone que el producto se mantendrá hasta su vencimiento. De ser así, se incluye el Monto principal, los intereses y la Prima a la fecha a una tasa de rendimiento mínima garantizada. Remítase a la Confirmación del DCP donde se establecen los términos principales del DCP, incluidos los intereses y Primas. Si se liquida un DCP antes de su fecha de vencimiento, se descontará un porcentaje considerable de intereses y/o del Monto principal.

Todas las valoraciones de este periodo fueron calculadas usando la tasa que aparece. El "valor periodo anterior" en página 3 de este estado de cuenta fue calculado con las tasas de cambio de divisa del mes pasado.

Los inversores en ciertos productos de inversión vinculados a capital generadores de renta adquiridos a través de una oficina situada en el Reino Unido recibirán información adicional cada 6 mese sobre su valor a la fecha de vencimiento a través de su oficina en el Reino Unido.

El resumen de pérdidas y ganancias que aparece en una página anterior no incluye información para valores por lo cual no tenemos precios actuales o costos de adquisicion.

Por favor, indique a su Jefe de Relaciones cualquier discrepancia en las transacciones con valores o en las inversiones realizadas, o cualquier cambio en su dirección. Tambien puede enviar su correspondencia - incluyendo sus reclamaciones - a la siguiente dirección o puede ponerse en contacto con la oficina llamando al número de teléfono que aparece en la primera página de esta información.

Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) es un corredor-intermediario registrado y una subsidiaria de propiedad absoluta de Bank of America Corporation.

Santiago, Chile
Sanchez Fontecilla 310 Piso 10
Las Condes Santiago Chile

Merrill Lynch, Pierce, Fenner & Smith Inc.
Member, Securities Investors Protection
Corporation (SIPC)



Estado de Cuenta, Enero 2010
Cuenta principal: 166-13C62
Página 9 de 9

### INFORMACION IMPORTANTE, RESPECTO A SU CUENTA DE VALORES EN MLPF&S

1. MLPF&S recibe una comisión de las instituciones participantes de hasta el 2% por año de los saldos diarios promedio en el programa ISA®. En el programa de depósitos de ML Bank, esta comisión es de hasta el 0,50% y la abonan nuestros bancos afiliados.
2. MLPF&S negocia por cuenta propia, como negociante en partidas menores de 100 acciones, inversionista en bloque y/o negociante de arbitrajes. A realizar cualquier transacción relativa a su cuenta, MLPF&S puede una posición alcista o bajista en el mismo valor, y su posición puede estar total o parcialmente asegurada.
3. Este extracto de cuenta, con los datos que en él constan, se tendrá por definitivo si no se objetare en diez (10) días. A fin de proteger sus derechos según la Ley de Protección al Inversionista de Valores, es importante que informe inmediatamente acerca de cualquier inexactitud en su extracto de cuenta a Merrill Lynch Client Services, al 800MERRILL (800-637-7455). Las comunicaciones verbales deben volverse a confirmar por escrito.
4. MLPF&S no es un banco y, a menos que se indique lo contrario, los TÍTULOS OFRECIDOS POR MLPF&S NO ESTÁN ASEGURADOS POR LA CORPORACIÓN FEDERAL DE SEGURO DE DEPÓSITOS (FEDERAL DEPOSIT INSURANCE CORPORATION), NO ESTÁN GARANTIZADOS POR NINGÚN BANCO Y PUEDEN PERDER VALOR.
5. MLPF&S puede utilizar el saldo crédito de cierre de usted en sus propios negocios, con sujeción a las limitaciones impuestas por el CFR, 17, Sección 240 15c3-3 de la Ley de Bolsas de 1934. Usted tiene el derecho absoluto de recibir, en el giro normal de los negocios, cualquier saldo crédito libre y cualesquiera valores totalmente pagados a los cuales tenga derecho, con sujeción a cualesquiera compromisos pendientes, en cualquiera de sus cuentas. Usted tiene el derecho de recibir los valores adquiridos a través del servicio de Margin Lending$^{SM}$, al pagar totalmente cualquier deuda.
6. Si este extracto corresponde a una cuenta con el servicio Margin Lending$^{SM}$, es un extracto combinado de su cuenta de margen y una cuenta especial de orden para usted, según de la Regulación T, emitida por la Junta de Directores de Federal Reserve System. Los datos permanentes sobre la cuenta independiente, se encuentran a su disposición para ser comprobados a petición suya de acuerdo con lo exigido por la Regulación T.
7. Usted debe conservar este extracto de cuenta, para utilizarlo junto con el próximo, para calcular los intereses cargados por el servicio Margin Lending$^{SM}$, si los hubiere, por el período abarcado por este extracto. El período de cobro de intereses será paralelo al del extracto, con la excepción de que los intereses por el último día del período del extracto, se trasladarán al mes siguiente y aparecerán en el extracto correspondiente a éste.
8. El Informe financiero de MLPF&S está a su disposición, para ser comprobado personalmente en sus oficinas, y se le enviará por correo una copia del mismo, si lo solicita por escrito.
9. El valor en el mercado de un título en cartera se calcula multiplicando la cantidad en cartera por el valor en el mercado, si se conoce. Los títulos de renta fija se negocian principalmente en ventanilla y se valoran al precio de la oferta más reciente o según el equivalente de rendimiento. Las emisiones menos negociadas pueden valorarse utilizando un rendimiento basado en un sistema matricial y pueden no reflejar un precio real en el mercado, sino una aproximación matemática, deducida por computadora. Aunque MLPF&S se esfuerza por proporcionar precios correctos, en algunos casos los precios pueden no reflejar exactamente el valor cual los títulos podrían venderse.
10. Los intereses devengados en relación con el servicio Margin Lending$^{SM}$, son exigibles y pagaderos el día laborable anterior a la fecha de cierre del extracto. Su asesor financiero puede informarle sobre la suma exacta. Si el interés no se paga en su totalidad al hacerse exigible, la suma pendiente de pago se cargará a su cuenta y se agregará al capital adeudado por usted, sobre el cual se cobrarán intereses.
11. Se han hecho todos los esfuerzos posibles para brindar datos exactos sobre costos y fechas de adquisición para los valores en sus cuentas con Merrill Lynch, Pierce, Fenner & Smith Inc. Se ruega, sin embargo, tener en cuenta que algunos datos han sido derivados de fuentes que consideramos fidedignas pero ello no se puede garantizar. Además, los datos de costos y las fechas de adquisición de valores no adquiridos en su cuenta se entran a mano a partir de datos que Vd. suministrará a su asesor financiero. Las cifras de costos se ajustan para tener en cuenta cambios de capital, que incluyen rendimiento identificable de capital. Le rogamos revise la exactitud de esta información ya que no podemos asumir responsabilidad alguna por datos omitidos o declarados erróneamente.
12. Precios, que no sean por transacciones efectuadas, y que son usados para determinar la valorización de la cartera se obtienen generalmente de fuentes que consideramos fidedignas. Si bien nos esforzamos por proveer precios exactos no siempre reflejan el valor en que se pueden comprar o vender los valores u obligaciones. Los activos que no están denominados en su moneda de base se valúan usando la tasa de cambio vigente el último día de este período.

### SIMBOLOS Y ABREVIATURAS
que pueden aparecer en su extracto MLPF&S

No se puede fijar el precio de estos activos ya que no existe un valor de mercado, una fuente de precios verificable en forma independiente o el título no se comercializa.

| | | | |
|---|---|---|---|
| COL | Valor utilizado como garantía | ☐ | Intereses comunicados a la Administración de Rentas Internas (IRS) por MLPF&S, por mandato de la ley de los EE.UU. |
| DED | Escritura que verifica los derechos de propiedad | * | Dividendos comunicados a la Administración de Rentas Internas (IRS) por MLPF&S, por mandato de la ley de los EE.UU. |
| DEF | Emisor que no puede efectuar el pago en tiempo | ** | Merrill Lynch considera importante a esta compañía.. |
| FRC | Parte fraccionaria de un título completo | : | Transacciones informadas a la Administración de Rentas Internas (IRS). |
| LIQ | Activos en liquidación | N/A | Valor no disponible, a efectos de la elaboración de este extracto. |
| LON | Préstamo contra una cuenta de retiro | NPC | Derechos sobre activos que no se encuentran registrados a nombre nuestro ni de nuestros represen tantes fiduciarios, y de los cuales ni nosotros ni dichos representantes somos tenedores, y de los que son tenedores ustedes o que se encuentran registrados a su nombre en los registros del emisor o del agente de este. Merrill Lynch, Pierce, Fenner & Smith Inc. no controla dichos activos financieros ni actúa como depositario de los mismos. |
| LP | Sociedad de personas de carácter limitado | | |
| NOT | Notarial, no tiene un agente de transferencia | | |
| NTR | Título intransferible | | |
| PP | Colocación privada: no registrado con la SEC | N/N | Títulos no negociables. |
| PRN | Este activo es un pagaré | N/N N/O | Títulos no negociables en cartera, registrados a su nombre. |
| WOR | El título no tiene valor | N/O | En cartera registrada a su nombre. |
| | | NOCC | Options Clearing Corporation. |
| | | RD | Los bonos pueden convertirse de al Portador a nominativos y viceversa, en forma gratuita. |
| | | RG | Bonos nominativos, tanto respecto al capital como a los intereses. |

CMA® Y CASH MANAGEMENT ACCOUNT® SON MARCAS REGISTRADAS DE MERRILL LYNCH & CO., INC.

El presente contrato está redactado tanto en inglés como en español. En el supuesto de que existiera cualquier ambigüedad o discrepancia en la interpretación del contrato, la versión inglesa prevalecerá en todo caso.

#1166 #1A13C62 #2166 #31015 #44 #5C #600 #7