Dres. Horst and Elisabeth Meurer

97082 Würzburg, 2011-03-09
Leutfresserweg 29
Germany
Former address in 2009:
Auf dem Vogelsang 17
35274 Kirchhain
Germany

In re
LEHMAN BROTHERS HOLDINGS INC., et al.
Debtors
Claim Number:              9969
Date Filed:                8/31/2009
Debtor:                    08-13555
Classification and Amount: UNSECURED: $ 219,711.68

Dear Sirs,

as we see by our documents, we bought our shares XS 0229269856 from Lehman Brothers UK Cap. Fdg.II L.P. (see appendix 1) and this was guaranteed by the company (see appendix 2).
So we do oppose the disallowance of our claim.

Best regards

*Horst Meurel*       *Elisabeth Meurer*
Horst und Elisabeth Meurer

RECEIVED
MAR 14 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

**Sparkasse**
Marburg-Biedenkopf

35009 Marburg · Postfach 2109
Telefon 06421 206-0
Telefax 06421 206101

**Wertpapierabrechnung zu Order Nr. 17716077 vom 29.09.2005, KAUF**

00000

Depot-Nr.:          5310 0805515046

Eheleute
Dr. Horst und Dr. Dr. Elisabeth
Meurer
Auf dem Vogelsang 17

35274 Kirchhain

*Appendix 1*

Abrechnung:          29.09.2005
Handelstag:          29.09.2005
Ausf.-Art:           Festpreisgeschäft
Auftragserteilung:   Telefonisch

Sehr geehrte Frau, sehr geehrter Herr Dr. Meurer,

Ihren Auftrag haben wir gemäß unseren Sonderbedingungen für das Wertpapiergeschäft wie folgt ausgeführt:

| Kenn-Nr./ISIN | Zinssatz | Bezeichnung | | | |
|---|---|---|---|---|---|
| A0GE0H XS0229269856 | 5,125 % | Lehman Bros UK Cap.Fdg II L.P. EO-Notes 2005(09/Und.) | | | |
| | | Zinstermin | 21.SEPT | Nächster Zinsschein | 21.09.2006 |

| Nominal | | Abrechnungskurs | | EUR |
|---|---|---|---|---|
| EUR | 155.000,00 | 103,05 % | | |
| 5,125 % | Kurswert Zinsen für  13 Tage | | | 159.727,50- 282,93- |
| | | | **Endbetrag EUR** | 160.010,43- |

Lastschrift auf Konto 1056320675 Valuta 04.10.2005

Die Wertpapiere werden dem Depot 5310 0805515046 per 29.09.2005 gutgeschrieben.
Ausführungsdatum/-uhrzeit: 29.09.2005, 16:23
Stückzinsen sind ZAST-anrechnungsfähig. Für steuerliche Zwecke aufbewahren.
Depotart: B , Verwahrart: Wertpapierrechnung
Lagerland: CBL - Globalurkunden
Die Auftragserteilung erfolgte durch: Meurer , Horst
Schuldnerkündigung ohne Einschränkung zu jedem Zinstermin möglich.

Mit freundlichen Grüßen

Sparkasse Marburg-Biedenkopf

Lehman Programs Securities
as of July 17, 2009

| | ISIN | ISSUER | DESCRIPTION | MATURITY DATE | CURRENCY |
|---|---|---|---|---|---|
| | XS0388650658 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR TWD QUANTO NOTE LINKED TO KOREA INDEX | 9/8/2010 | USD |
| 1158 | XS0388674088 | LEHMAN BROTHERS TREASURY CO. BV | 50 DAYS HSBC HOLDING LEHMAN BROTHERS HOLDINGS PLC EQUITY | 10/31/2008 | HKD |
| 1152 | XS0386716269 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| | XS0386716343 | LEHMAN BROTHERS TREASURY CO. BV | | 9/13/2010 | USD |
| | XS0386716426 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR USD NOTE LINKED TO HONG KONG INDEX | | |
| 1163 | XS0386716699 | LEHMAN BROTHERS TREASURY CO. BV | ASIAN NOTE ON SPGTAQD INDEX | 7/14/2009 | EUR |
| 1149 | XS0386736028 | LEHMAN BROTHERS TREASURY CO. BV | CERTI PLUS DJ EURO STOXX | 6/19/2008 | EUR |
| 4616C | XS0387045163 | LEHMAN BROTHERS UK CAPITAL FUND | COMPANY GUARANTY | | EUR |
| 3 | XS0215349357 | LEHMAN BROTHERS UK CAPITAL FUND | COMPANY GUARANTY | | USD |
| | XS0282978666 | LEHMAN BROTHERS UK CAPITAL FUND | COMPANY GUARANTY | | EUR |
| | XS0301813522 | LEHMAN BROTHERS UK CAPITAL FUND | COMPANY GUARANTY | 10/12/2009 | EUR |
| | XS0243852552 | LEHMAN BROTHERS UK CAPITAL FUND III LP | COMPANY GUARANTY | | |
| | XS0229269856 | LEHMAN BROTHERS UK CAPITAL II FUND | | | |
| | XS0272251108 | NB PRIVATE EQUITY | | | |
| | IE00B0T0GR92 | NEUBERGER BERMAN US REAL ESTATE | LEHMAN ALPHA-US REAL EST(INV)USD | | |
| | XS0127739943 | QUARTZ FINANCE LTD | | 12/28/2007 | |
| | XS0248805072 | SIGMA FINANCE CORP | | | |
| | ANN521332331 | | | | |
| | ANN521333248 | | | | |
| | ANN521333321 | | | | |
| | ANN521336134 | | | 9/8/2010 | |
| | ANN521336217 | | | | |
| | ANN521336621 | | | | |
| | ANN521336452 | | | 11/24/2008 | |
| | ANN5213N1488 | | | | |
| | ANN5213N2625 | | | | |
| | ANN5214A2934 | | | | |
| | ANN5214A3841 | | | | |
| | ANN5214A4005 | | | | |
| | ANN5214A5747 | | | 12/5/2008 | |
| | ANN5214A8053 | | | | |
| | ANN5214R2216 | | | | |
| | ANN5214R2703 | | | 12/8/2008 | |
| | ANN5214R3123 | | | | |
| | ANN5214R3208 | | | 12/8/2008 | |
| | ANN5214R4600 | | | | |
| | ANN5214R6019 | | | | |
| | ANN5214R6357 | | | | |
| | ANN5214R6431 | | | | |
| | ANN5214R6761 | | | | |
| | ANN5214R6845 | | | | |
| | ANN5214R6928 | | | | |
| | ANN5214R7181 | | | | |
| | ANN5214R7751 | | | | |
| | ANN5214R7918 | | | | |
| | ANN5214R8338 | | | | |
| | ANN5214R8411 | | | | |
| | ANN5214R8585 | | | | |
| | ANN5214R8668 | | | | |
| | ANN5214R8742 | | | | |
| | ANN5214T1364 | | | | |
| | ANN5214T1851 | | | | |
| | ANN5214T2016 | | | | |
| | ANN5214T2198 | | | | |
| | ANN5214T2503 | | | | |
| | ANN5214T2685 | | | | |
| | ANN5214T2788 | | | | |
| | ANN5214T2842 | | | | |
| | ANN5214T3592 | | | | |
| | ANN5214T3675 | | | | |
| | ANN5214T3832 | | | | |
| | ANN5214T3915 | | | | |
| | ANN5214T4582 | | | | |
| | ANN5214T5571 | | | | |
| | ANN5214T6157 | | | | |
| | ANN5214T6496 | | | | |
| | ANN5214T7221 | | | | |
| | ANN5214T7304 | | | | |
| | ANN5214T7488 | | | | |
| | ANN5214T7551 | | | | |
| | ANN5214T7635 | | | | |
| | ANN5214T8393 | | | | |
| | ANN5214T8478 | | | | |
| | ANN5215P1904 | | | | |
| | ANN5215P2084 | | | | |
| | ANN52520D129 | | | | |
| | CH0027120762 | | LEHMAN BRO - USA VALUE- ADV | | |
| | IE0032365896 | | | | |
| | XS0169028700 | | | | |
| | XS0173165167 | | | | |
| | XS0205085458 | | | | |
| | XS0210101750 | | | | |
| | XS0215349357 | | | | |
| | XS0217438448 | | | | |
| | XS0229269856 | | | | |
| 4390 | XS0254946287 | | | | |
| | XS0269070836 | | | | |
| | XS0272861278 | | | | |
| | XS0274985828 | | | | |
| | XS0275105319 | | | | |