BAKER & MCKENZIE LLP
2001 Ross Avenue
2300 Trammell Crow Center
Dallas, Texas 75201
Telephone: (214) 978 3000
Facsimile: (214) 978 3099
David W. Parham (admission *pro hac* pending)
David.Parham@bakermckenzie.com

Attorneys for Cathay United Bank

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                        :   Case No. 08-13555 (JMP)
**In re**                                                               :
                                                                        :   Chapter 11
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                        :
                                                                        :   **(Jointly Administered)**
                                              **Debtors.**              :
------------------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, David W. Parham, an attorney, hereby certifies that a true and correct copy of the Affidavit of Po-Hsiung, Li in Support of Cathay United Bank's Response in Opposition to Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) as to Claim No. 35181 and Motion to Have Claim No. 35181 Deemed Timely Filed was served via First-Class U.S. Mail on the 17th day of March, 2011, upon the parties set forth on the annexed Service List.

/s/ David W. Parham
David W. Parham

DALDMS/693725.1

## SERVICE LIST

Chambers of the Honorable James M. Peck
One Bowling Green,
New York, New York  10004
Courtroom 601

Weil Gotshall & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn.:  Shai Waisman, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn.:  Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Attn.:  Dennis F. Dunne, Esq.
        Dennis O' Donnell, Esq.
        Evan Fleck, Esq.