Honorable James M. Peck
One Bowling Green, New York
Courtroom 601

NEW YORK 10004
UNITED STATES OF AMERICA

Brussels, 7 March 2011

> Reference: Chapter 11 Lehman Brothers Holdings Inc
>
> Claim number: 52123
>
> Date filed: 10/28/2009
>
> Debtor: 08-13555 (JMP)
>
> Creditor Name & Address: DU MORTIER –HOUYET, CHRISTIAN (MR & MRS)
>
> AVENUE WINTERBERG, 17
>
> RIXENSART, 1130 BELGIUM
>
> Classification & Amount of claim: Unsecured USD 19,811.40

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding (ISIN XS0215349357). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Yours sincerely,

Name + signature

*[signatures of D. Mortier Chr. and Mme Christian Du Mortier]*