SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-8190
Michael H. Torkin
Solomon J. Noh

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                  :

**In re:**                                    :         **Chapter 11**

**LEHMAN BROTHERS HOLDINGS INC., et al.,**    :         Case No. 08 – 13555 (JMP)

                  Debtors.              :         **(Jointly Administered)**

---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                                       )    ss.:
COUNTY OF NEW YORK      )

Stacey L. Corr, being duly sworn, deposes and says, under the penalty of perjury:

       1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

       2. On March 16, 2011, I caused to be served via hand delivery, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the *Joinder of Fortis*

*Investment Management Belgium NV/SA in the Response of the Royal Bank of Scotland plc to Debtors' Eighty-Eighth and Ninetieth Omnibus Objection to Claims (No Liability Claims)*.

   3. On March 18, 2011, I caused to be served via first class mail, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the *Supplemental Verified Statement of Shearman & Sterling LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019*.

            /s/ Stacey L. Corr
            Stacey L. Corr

SWORN TO AND SUBSCRIBED before me on this 18th day of March, 2011.

            /s/ Alfredo C. Flores
            Alfredo C. Flores
            Notary Public, State of New York
            No. 01FL4961880
            Qualified in Westchester County
            Certificate Filed in New York County
            Commission Expires 2/5/2014

## **Exhibit A**

Weil Gotshal & Manges LLP
Attn:   Shai Waisman, Esq. and Mark Bernstein, Esq.
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
Southern District of New York
Attn:   Elizabeth Gasparini, Esq. and Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004