Buenos Aires, March 10th 2011

United States Bankrupcy Court
Southern District of New York

DEBTORS: LEHMAN BROTHERS HOLDINGS INC. et al.

CHAPTER 11 Case N° 08-13555 (JMP) (Jointly Administered)

DEBTORS' NINETIETH OMNIBUS OBJECTION TO CLAIMS (No Liability Claims)

CLAIMANT: SPEYER, Juan Enrique
Claim Number 37376
Classification and Amount : Unsecured $ 56,700.00

The basis for the amount claimed arises from the regular statements provided to me by the custodian bank ABN AMRO BANK (Switzerland) AG. in ratification of Depository Euroclear Bank under reference/blocking number 6013883, indicating a value of EUR 40,000.00 equivalent at the time of the filing of my Proof of Claim to $ 56,700.00.

My claim should not be DISALLOWED & EXPUNGED due to the fact that I purchased the bonds originally on 03.14.2005 through BANQUE MEES PIERSON BGL S.A. of Geneva, Switzerland where I was an account-holder. Said bank confirmed the purchase on 03.24.2005. (See fax exchanges enclosed)
During June 2007 my holdings with BANQUE MEES PIERSON BGL SA, at the time known as FORTIS BANQUE (SUISSE) S.A. were tranfered to ABN-AMRO BANK (SWITZERLAND) AG. including EUR 40,000.00 of bonds identified as "LEHMAN BROTHERS UK CAP.FUND", valor number 000002097479 in whose custody said bonds are held through EUROCLEAR BANK. Further details such as the bonds' ISIN number, EUROCLEAR BANK ELECTRONIC INSTRUCTION REFERENCE NUMBER and ABN-AMROS' EUROCLEAR BANK ACCOUNT NUMBER are provided in my Proof of Claim.

As the Claimant I am the only person that may reconcile, settle or otherwise resolve this claim and I may be reached at the following address:

JUAN ENRIQUE SPEYER
11 de Septiembre 1888 –Piso 11°
Ciudad Autónoma de Buenos Aires, 1428
Argentina
Phone (5411) 5169-3201
Email: john.speyer@bunge.com

Yours sincerely
JUAN E. SPEYER



RECEIVED MAR 1 4 2011 U.S. BANKRUPTCY COURT, SDNY JMP

Buenos Aires, March 14, 2005

Miss Melanie Leboeuf
B.M.G. S.A.          fax (4122) 322-0663

Dear Miss Leboeuf,

## KTS 6854

      Please purchase EUR 40,000 of bonds "Lehman Brothers UK Capital Funding", coupon at 6 5/8%, maturity 2049 only if not-taxable. Await your confirmation in due course.

Kind regards,

[signature]

Buenos Aires, March 23, 2005

Miss Melanie Leboeuf
Banque Mees Pierson BGL  S.A.          fax (4122) 322-0663

Dear Miss Leboeuf,

### KTS 6854

of bonds?.    Did you receive my message of 14-3-05 requesting the purchase

Kind regards,

## FAX MESSAGE

| | | | |
|---|---|---|---|
| A | M. S. | Date | 24.03.2005 |
| De | Melanie Leboeuf | Tél | |
| | | Pages | 1 |
| Concerne | KTS 6854 | | |

Dear Sir,

I acknowledge receipt of your fax dated 23rd March.

As I was out of the office for several days, my collegues received your first fax requesting the purchase of the bonds.

I confirm you that it is not « US-taxable » as it is in Euro and not « Ecofin-taxable (new European Union regulations on savings income taxation) ».

We did buy it at 99.60%

I stay at your entire disposal for any queries you might have.

Best regards,

Melanie Leboeuf