Honorable James M. Peck
One Bowling Green, New York
Courtroom 601

NEW YORK 10004
UNITED STATES OF AMERICA

Brussels, 7 March 2011

Reference:

Claim number: 51908

Debtor: 08-13555

Creditor Name & Address: PRIEMS - BRESSER, ALTBERTPLEIN 16 BUS 72

B-8300 KNOKKE HEIST

Classification & Amount of claim: USD 141,500.00

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding (ISIN XS0215349357). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Yours sincerely,

*A Bresser*

PRIEMS – BRESSER

ALBERTPLEIN 16 BUS 72

B-8300 KNOKKE HEIST

Priems-Bresser
albertplein 16 bus 72
B-8300 Knokke-Heist.



RECEIVED
MAR 11 2011
U.S. BANKRUPTCY COURT, SDNY
JMP