Honorable James M. Peck
One Bowling Green, New York
Courtroom 601

NEW YORK 10004
UNITED STATES OF AMERICA

Brussels, 7 March 2011

Reference:

Claim number: 51906

Debtor: 08-13555

Creditor Name & Address:

Liestekri BM

Sevenhanslei 47

B-2950 Kapellen

Classification & Amount of claim: unsecured : $ 35,377.50

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding (ISIN XS...0215349357..............). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Yours sincerely,

Name + address + signature

De Wacgeneere August
Seven hansla, 47
B 2950 Kapellen



RECEIVED
MAR 10 2011
U.S. BANKRUPTCY COURT, SDNY
JMP