

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

March 16, 2011

Debra L. Felder
(202) 339-8567
dfelder@orrick.com

**VIA OVERNIGHT MAIL**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

**Re:    Withdrawal of Claim Number 12709 Filed Against Lehman Brothers Holdings, Inc., Case No. 08-13555**

Dear Epiq Bankruptcy Solutions, LLC:

On September 15, 2009, Anthracite Rated Investments (Jersey) Limited (the "Claimant") filed Claim No. 12709 (the "Claim") against Lehman Brothers Holdings, Inc. (the "Debtor"). The Claimant now seeks to withdraw the Claim and has authorized this law firm to make the request on its behalf. Accordingly, please withdraw the Claim and make the appropriate update to the Debtor's claims registry.

I have enclosed a copy of this letter to be date-stamped and returned to me in the enclosed self-addressed stamped envelope.

Please contact me with any questions or if you require anything further in connection with this matter.

Very truly yours,

*Debra L. Felder*

Debra L. Felder

cc: Hazel Miller
    Anna Thomander

FILED / RECEIVED
MAR 18 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

OHS EAST:160847553.1