Form 210A (10/06)

# United States Bankruptcy Court

___SOUTHERN___ District Of ___NEW YORK___

In re LEHMAN BROTHERS HOLDINGS INC    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVF Lux Securities Trading S.a.r.l. | Tang Capital Partners, LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

Court Claim # (if known): 33448
Amount of Claim: $24,459,904.64
Date Claim Filed: September 21, 2009

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ David Short_____    Date: ___March 18, 2011___
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT　　　　　　　　　EXHIBIT D
SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings, Inc.　　　　　　Case No. 08-13555 (JPM)

　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　Debtor

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Tang Capital Partners, LP ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Claim Amount | Claim No |
|---|---|
| $24,459,904.64 | 33448 |

have been transferred and assigned to CVF Lux Securities Trading Sarl. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVF Lux Securities Trading Sarl.　　　　ASSIGNOR: Tang Capital Partners, LP
Address:　c/o CarVal Investors UK Limited　　　　　Address:　Seward & Kissel LLP
　　　　　Knowle Hill Park　　　　　　　　　　　　　　　　　　Attn: Justin L. Shearer, Esq.
　　　　　Fairmile Lane　　　　　　　　　　　　　　　　　　　　One Battery Park Plaza
　　　　　Cobham　　　　　　　　　　　　　　　　　　　　　　　New York, NY 1004
　　　　　Surrey KT11 2PD
　　　　　United Kingdom
　　　　　BY CARVAL INVESTORS UK LIMITED
Signature: _____　　　　　　　Signature: /s/ Kevin Tang
Name:　　DAVID SHORT　　　　　　　　　　　　　　　Name:　KEVIN TANG
Title:　　OPERATIONS MANAGER　　　　　　　　　　Title:　MANAGER OF TANG CAPITAL MANAGEMENT, LLC, GENERAL PARTNER
Date:　　　　　　　　　　　　　　　　　　　　　　　　Date:　MARCH 16, 2011

DOC ID-11081916.2

(LBH) Search Claims — Page 1 of 1

Claim Question? Call: 646 282 2400    Technical Support Question? Call: 800 794 4430

Guest | Sign In

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home   Claims   Docket   Key Documents

Home » Search Claims

Bookmark this Page

## Search Claims

### Criteria

| Claim Number | Creditor Name | Scope |
|---|---|---|
| 33448 | Name Starts With | Claims and schedules |

| Schedule Number | Amount | |
|---|---|---|
| | Total Claim Value | Equals |

| Debtor | Claim Date Range |
|---|---|
| | to |

Order By: Creditor Name    Results Per Page: 50

Reset   Search

### Results
Expand All

[1] Page 1 of 1 - 01 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 33448 | | TANG CAPITAL PARTNERS, LP | 9/21/2009 | $24,459,904.64 | Image |
| | | C/O SEWARD & KISSEL LLP<br>ATTN : JUSTIN L. SHEARER, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | Claimed Secured: | $24,459,904.64 | |
| | | Debtor: Lehman Brothers Holdings Inc. | Remarks: CLAIMED PARTIALLY UNLIQUIDATED | | |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.