Alex D. Vukailovic
Diplomkaufmann

60431 Frankfurt/Main
Höhenblick 52a
Tel.:  069-53 35 87
       069-52 66 46
Fax:  069-53 98 96
E-Mail: vukailovic@aol.com

Chambers of the Hon. James Peck
One Bowling Green
New York, N.Y. 10004, Courtroom 601

Weil, Gotshal & Manges LLP
767 5th Avenue
New York, N.Y. 10153, Attn. S. Waisman

March 2nd 2011

Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, N.Y. 10004, Attn.: E. Gasparini

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, N.Y. 10005, Attn D. Dunne

Ladies and Gentlemen

Re: LEHMAN BROTHERS HOLDINGS INC. et al.
    Hearing on March 31st on Debtors Objection
    Claim Number 41609, Date Filed 10.19.09
    Debtor 08-13555,  Amount $ 20.000,00

I do oppose the disallowance, expungement, reduction or the reclassification of my claim as above. My claim was presented to EPIQ on Oct. 9th 2009 and confirmed by EPIQ on Oct. 19th 2009 as Claim 41609.

All the necessary documents for proof of my claim have been submitted to the EPIQ.

I oppose the Objections of the deptor to the Bankruptcy Court on grounds that the LEHMAN BROTHERS HOLDINGS INC. is responsible for all transaction of all of their subsidiary companies. After reading the book TOO BIG TO FAIL I feel confirmed that my request is justified.

I look forward to the decision of the U.S. Bankruptcy Court after the Hearings on March 31st.

Sincerely yours



RECEIVED
MAR 10 2011
U.S. BANKRUPTCY COURT, SDNY
JMP