UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 14974-14979,
                                                                       14981, 14987, 14988, 14995-14999,
                                                                       15001, 15002, 15011

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 16, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
18th day of March, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 14974-14979, 14981, 14987, 14988, 14995-14999, 15001, 15002, 15011_AFF_03-16-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                              | Chapter 11 Case No.
                                                                    | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,                              |
                                                                    | (Jointly Administered)
                Debtors.                                            |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: COMMONWEALTH BANK OF AUSTRALIA
         DEUTCHE BANK AG, HONK KONG BRANCH
         55/F CHEUNG KONG CENTER
         2 QUEEN'S ROAD CENTRAL
         ATTN: HENG CHEAM AND MARIA CHANG
         HONG KONG
         HONG KONG
```

Please note that your claim # 14795 in the above referenced case and in the amount of
         $71,444,505.27         has been transferred **(unless previously expunged by court order)**

```
         JAPAN LOANS OPPORTUNITIES B.V.
         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
         ATTN: DAWN CHUMA
         JAN VAN GOYENKADE 8
         AMSTERDAM    1075HP
         THE NETHERLANDS
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 14974       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/16/2011                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 16, 2011.

**EXHIBIT B**

```
TIME: 13:05:54                              LEHMAN BROTHERS HOLDING INC.                              PAGE:    1
DATE: 03/16/11                                   CREDITOR LISTING

Name                                            Address
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.         C/O ANCHORAGE ADVISORS, L.L.C. 610 BROADWAY, 6TH FLOOR ATTENTION: KATHRYN PRUESS NEW YORK NY 10012
APPALOOSA INVESTMENT L.P. 1                     ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
APPALOOSA INVESTMENT L.P. 1                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 51 JFK PARKWAY, SUITE 250B ATTN: KEN MAIMAN SHORT HILLS NJ 07078
APPALOOSA INVESTMENT L.P. 1                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
ASPECTA ASSURANCES INTERNATIONAL SA             GOLDBELL 1 5, RUE EUGENE RUPPERT L-2453 LUXEMBOURG
AUSTERITY GROUP LLC                             TRANSFEROR: BARCLAYS BANK PLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
BARCLAYS BANK PLC                               TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN:DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                   TRANSFEROR: LAMBDA ASSET MANAGEMENT ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: LAMBDA ASSET MANAGEMENT LTD ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                LONDON EC2NEDB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: ASPECTA ASSURANCES INTERNATIONAL SA ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                LONDON EC2N2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: ASPECTA ASSURANCES INTERNATIONAL SA ATTN:PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                LONDON EC2N2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: COMMONWEALTH BANK OF AUSTRALIA DEUTCHE BANK AG, HONK KONG BRANCH 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL
                                                ATTN: HENG CHEAM AND MARIA CHANG HONG KONG HONG KONG
DOLOSTONE L.L.C.                                TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DOLOSTONE L.L.C.                                ROBERT G. LEONARD BINGHAM MCCUTCHEN LLP 339 PARK AVENUE NEW YORK NY 10022-4689
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 7954 NEW YORK NY 10150
GOLDMAN SACHS LENDING PARTNERS LLC              RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: APPALOOSA INVESTMENT L.P. 1 C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: APPALOOSA INVESTMENT L.P. 1 C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: APPALOOSA INVESTMENT L.P. 1 C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
                                                JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: PALOMINO FUND LIMITED C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: PALOMINO FUND LIMITED C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: THOROUGHBRED FUND L.P. C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: THOROUGHBRED MASTER LTD. C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
JAPAN LOANS OPPORTUNITIES B.V.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DAWN CHUMA JAN VAN GOYENKADE 8 AMSTERDAM 1075HP THE NETHERLANDS
MERRILL LYNCH INTERNATIONAL                     TRANSFEROR: EFG BANK AG ATTN: JAMES RUSSELL WARWICK COURT, 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE, FENNER & SMITH           TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: SETH DENSON 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
 INCORPORATED
OCM OPPORTUNITIES FUND VIIB (PARALLEL),         JEFF ARNOLD
 L.P.
OCM OPPORTUNITIES FUND VIIB (PARALLEL),         TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
 L.P.                                           333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB (PARALLEL),         TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
 L.P.                                           333 SOUTH GRAND AVENUE, 28TH FLOOR COPY: JEFF ARNOLD LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, L.P.               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
                                                333 SOUTH GRAND AVENUE, 28TH FLOOR COPY: JEFF ARNOLD LOS ANGELES CA 90017
PALOMINO FUND LIMITED                           ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
PALOMINO FUND LIMITED                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O APPALOOSA INVESTMENT L.P. I ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                                SHORT HILLS NJ 07078
PERMAL STONE LION FUND, LTD.                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STONE LION CAPITAL PARTNERS, LP ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FL
                                                NEW YORK NY 10017
STONE LION PORTFOLIO LP                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STONE LION CAPITAL PARTNERS LP ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FL
                                                NEW YORK NY 10017
THOROUGHBRED FUND L.P.                          ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THOROUGHBRED FUND L.P.                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O APPALOOSA INVESTMENT L.P. I ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                                SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD.                        ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THOROUGHBRED MASTER LTD.                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O APPALOOSA INVESTMENT L.P. I ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                                SHORT HILLS NJ 07078

Total Number of Records Printed     40

                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```