Trademark Electronic Search System (TESS)
08-13555-mg Doc 15192-1 Filed 03/18/11 Entered 03/18/11 16:38:40 Exhibit A Pg 1 of 2
United States Patent and Trademark Office Registration Record for TA    Pg 1 of 1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 17 04:05:45 EDT 2011*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ___ OR [Jump] to record: ___ **Record 1 out of 2**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | TAARS |
| **Goods and Services** | IC 035. US 101 102. G & S: tax consultation services. FIRST USE: 19910225. FIRST USE IN COMMERCE: 19910318<br><br>IC 036. US 102. G & S: financial services, namely analysis of errors in federal and state taxes. FIRST USE: 19910225. FIRST USE IN COMMERCE: 19910318 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74526391 |
| **Filing Date** | May 19, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 28, 1995 |
| **Registration Number** | 1895293 |
| **Registration Date** | May 23, 1995 |
| **Owner** | (REGISTRANT) Milbank, Tweed, Hadley & McCloy composed of PAUL S. ARONZON, JOHN COOLEY BAITY, W. ROGERS BENSON JR., RICHARD P. BERNARD, CHARLES G. BERRY, JONATHAN G BLATTMACHR, KEVIN C. BLAUCH, STEPHEN J BLAUNER, SQUIRE N. BOZORTH, RICHARD S. BRACH and numerous others, all U.S. citizens PARTNERSHIP NEW YORK 1 Chase Manhattan Plaza New York NEW YORK 100051413 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050811. |