

Print this page | Close window

# IRS Account Analysis and Processing

Dealing with the complexities of the IRS's processes and procedures can be difficult, especially without in-depth experience and knowledge of the agency. Even small errors and attempts to expedite filing and processing without the requisite knowledge and experience can result in mistakes that cost time and money.

The Tax Controversy specialists at Deloitte Tax LLP can help. We understand how the IRS systems work, the documents and facts needed to address problems, and ways to present issues and work through problems.

Learn more about our services: IRS Account Analysis and Processing.

RSS

Legal    Privacy    Site map    Security

Copyright © 2011 Deloitte Development LLC. All rights reserved.



Official Professio
Services Spons

Professional Services means audit, tax, consulting and financial advisory servic