UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
                        Debtors.                                   :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket Nos. 15032, 15035,
                                                                       15040, 15041

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 17, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                   /s/ *Lauren Rodriguez*
                                                                   Lauren Rodriguez

Sworn to before me this
18th day of March, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   CREDIT SUISSE
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010


Additional:   CREDIT SUISSE
              CRAVATH, SWAINE & MOORE LLP
              ATTN: RICHARD LEVIN
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019


Transferee:   BANK JULIUS BAER & CO. LTD.
              LEGAL PRODUCTS & SERVICES
              PO BOX
              ZURICH CH-8010 SWITZERLAND


**Your transfer   of claim #   55829   is defective for the reason(s) checked below:**

Other                              CURRENCY DENOMINATION ISIN XS0200265709 DOESN'T MATCH CLAIM


Docket Number 15035            Date 03/15/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2011.

# EXHIBIT B

```
TIME: 10:37:36                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 03/17/11                                         CREDITOR LISTING

Name                         Address
BANK JULIUS BAER & CO LTD.   LEGAL PRODUCTS & SERVICES P.O. BOX CH-8010 ZURICH   SWITZERLAND
BANK JULIUS BAER & CO. LTD.  LEGAL PRODUCTS & SERVICES PO BOX ZURICH  CH-8010 SWITZERLAND
BANK JULIUS BAR & CO AG ZURICH  BANK JULIUS BAER & CO. LTD. LEGAL PRODUCTS AND SERVICES PO BOX ZURICH  CH-8010 SWITZERLAND
BANK VONTOBEL AG             ATTN: DR. RUDOLF REINHARD MUELLER DREIKONIGSTRASSE 37 CH-8022 ZURICH, SWITZERLAND ZURICH  CH-8022 SWITZERLAND
BANK VONTOBEL AG             BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006
BANK VONTOBEL AG             FRED FLURY DREIKONIGSTRASSE 37 ZURICH  CH-8002 SWITERLAND
CREDIT SUISSE                ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
UBS AG                       BAHNHOFSTR. 45 ZURICH  8001 SWITZERLAND
UBS AG                       ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
VALIANT PRIVATBANK AG        P.O. BOX BERN  3001 SWITZERLAND


Total Number of Records Printed       11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC