UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                         :
:
:    Ref. Docket Nos. 15028-15030,
-----------------------------------------------------------------x        15033, 15038, 15043-15051, 15055,
15056, 15058-15065

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 17, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
18th day of March, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 15028-15030, 15033, 15038, 15043-15051, 15055, 15056, 15058-15065_AFF_03-17-11.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
     TRANSFEROR: MERRILL LYNCH INTERNATIONAL
     ATTN: SETH DENSON
     214 N TYRON STREET
     NCI-027-14-01
     CHARLOTTE NC 28255
```

Please note that your claim # 55837-02 in the above referenced case and in the amount of
$4,272,900.00        has been transferred **(unless previously expunged by court order)**

```
     SERENGETI LYCAON MM L.P.
     TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
     C/O SERENGETI ASSET MANAGEMENT LP
     ATTN: SHAKER CHOUDHURY
     632 BROADWAY, 12TH FLOOR
     NEW YORK NY 10012
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15028       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/17/2011                            Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 17, 2011.

# EXHIBIT B

```
TIME: 10:31:06                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 03/17/11                                         CREDITOR LISTING

Name                                    Address
BANK JULIUS BAER & CO. LTD.             TRANSFEROR: CLARIDEN LEU LTD LEGAL PRODUCTS & SERVICES PO BOX ZURICH CH-8010 SWITZERLAND
BANK JULIUS BAR & CO. AG                TRANSFEROR: EFG BANK AG C/O BANK JULIUS BAER & CO. LTD. LEGAL PRODUCTS & SERVICES BAHNHOFSTRASSE 36; PO BOX
                                        ZURICH CH-8010 SWITZERLAND
CLARIDEN LEU LTD                        ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CLARIDEN LEU LTD                        CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
EFG BANK AG                             GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                             BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                    TRANSFEROR: MAELSTROM HOLDING INC. 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: AGGREGATING TRUST 1, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: AGGREGATING TRUST 10, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: AGGREGATING TRUST 2, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: AGGREGATING TRUST 3, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: AGGREGATING TRUST 4, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: AGGREGATING TRUST 5, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: AGGREGATING TRUST 6, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: AGGREGATING TRUST 8, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: AGGREGATING TRUST 9, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: BAUPOST GROUP SECURITIES, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                        NEW YORK NY 10005
MAELSTROM HOLDING INC.                  P.O. BOX 9679 ZURICH 8036 SWITZERLAND
MERRILL LYNCH, PIERCE, FENNER & SMITH   TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: SETH DENSON 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
 INCORPORATED
SERENGETI LYCAON MM L.P.                TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY
                                        632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNTIES MM L.P.          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                        NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETIASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                        NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                        NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNTIES MM L.P.          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                        NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                        NEW YORK NY 10012

Total Number of Records Printed      29                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```