Schuyler G. Carroll
Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
212.262.6900
212.977.1649 (facsimile)
scarroll@perkinscoie.com
jvanacore@perkinscoie.com

David M. Miller (*Pro Hac Vice Motion Pending*)
303 E. 17th Avenue, Suite 500
Denver, CO 80203
303.832.2400
303.832.1510 (facsimile)
dmm@kutnerlaw.com

Attorneys for Movants

PRESENTMENT DATE/TIME: April 1, 2011, 12 noon
HEARING DATE/TIME (IF OBJECTIONS): April 13, 2011, 10 a.m.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X
                                      :
In re:                                :
                                      :
LEHMAN BROTHERS HOLDINGS INC.; LB     :   Chapter 11
ROSE RANCH LLC and PAMI STATLER       :
ARMS LLC,                             :   Case No. 08-13555 (JMP)
                                      :   (Jointly Administered)
                Debtors.              :
                                      :
                                      :
------------------------------------- X

**NOTICE OF PRESENTMENT OF PROPOSED ORDER
AUTHORIZING EXAMINATION OF DEBTORS PURSUANT TO BANKRUPTCY RULE 2004**

**PLEASE TAKE NOTICE** that upon the annexed Motion for an Order Authorizing Examination of

Debtors Pursuant to Bankruptcy Rule 2004 (the "Motion"), by the Movants[1], the undersigned will present

---

[1] The "Movants" or "Homeowners" are Jamin Cook, Tiffany Cook, Vaughan Counts, Suzanne Counts, Kevin Craig, Thisha Craig, Charlie Lawson, Sarahliz Lawson, Stephanie Mosher, Steve New, Kori New, Craig Willis, Pamela Willis, Kurt Kornreich, Helen Kornreich, Sohrab Amini, M.D., J. Christine Amini, Neil Ross, Gary Gray, Michael Cryan, Brian Alonge, Daniel Hock, Toni Hock, David Ice, Lisa Ice, Richard Moore, Patrick Nesbitt, Andre Pontin, Julie Pontin, James Vidakovich, The James Vidakovich

the attached proposed order to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on April 1, 2011 at 12 noon.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than March 31, 2011. Unless objections are received by that time, the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that objections to the Order, if any, must be in writing, filed with the Bankruptcy Court in accordance with General Order M-182, which order can be found at www.nysb.uscourts.gov, with courtesy copy delivered to Judge Peck's chambers and served upon counsel for Movants, Perkins Coie LLP, 30 Rockefeller Plaza New York, New York 10112 (Attn: Jeffrey D. Vanacore) and Kutner Miller Brinen, P.C. (Attn. David M. Miller) 303 E. 17th Avenue, Suite 500, Denver, CO 80203, so as to be actually received no later than **March 31, 2011.** Unless objections are received by that time, the Motion may be granted.

Dated: New York, New York.
March 17, 2011

PERKINS COIE LLP

By: __/s/ *Jeffrey D. Vanacore*__
Jeffrey D. Vanacore
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
212.262.6900
Attorneys for Movants

- and -

---

Revocable Trust, Craig Willis, Pamela Willis, Kristin F. Davis, Joseph S. Davis, Chadwick Mickschl, Sarah Mickschl, Tina Rochowiak, Jamie Prough, Michael Rochwiak, and Martin Rochowiak.

David M. Miller (*Pro Hac Vice Motion Pending*)
303 E. 17th Avenue, Suite 500
Denver, CO 80203
303.832.2400
303.832.1510 (facsimile)
dmm@kutnerlaw.com