Schuyler G. Carroll
Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Center, 25th Floor
New York, NY  10112-0085
212.262.6900
212.977.1649 (facsimile)
scarroll@perkinscoie.com
jvanacore@perkinscoie.com

David M. Miller (*Pro Hac Vice Motion Pending*)
303 E. 17th Avenue, Suite 500
Denver, CO 80203
303.832.2400
303.832.1510 (facsimile)
dmm@kutnerlaw.com

Attorneys for Movants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X
In re:                                :
                                      :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC.;        :
LB ROSE RANCH LLC and PAMI STATLER    :   Case No. 08-13555 (JMP)
ARMS LLC,                             :   (Jointly Administered)
                                      :
              Debtors.                :
                                      :
                                      :
------------------------------------- X

**ORDER VACATING THE AUTOMATIC STAY**
**PURSUANT TO 11 U.S.C. § 362 OF THE BANKRUPTCY CODE**

Upon the motion by the Movants,[1] by and through their attorneys Perkins Coie

LLP and Kutner Miller Brinen, P.C. for the entry of an order granting relief from the automatic

stay to allow Movants to proceed with their claims against the Debtors in the Colorado State

Court Action described in the Motion, to liquidate their claims against the Debtors and to collect

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

on any judgment received from available insurance proceeds in the event they prevail in that litigation; and it appearing that due and sufficient cause exists therefore, it is hereby

ORDERED, the Motion is granted in its entirety; and it is further

ORDERED, the Movants are hereby authorized to proceed with the Colorado State Court Action against the Debtors as described in the Motion, and the automatic stay provisions of 11 U.S.C. Section 362 are hereby modified, lifted and vacated to permit such suit to proceed; and it is further

ORDERED, that the relief granted herein shall not limit any rights Movants may have to seek payment from non-debtor parties or from any sources of insurance other than the Debtors' insurance polices.

Dated: New York, New York.
April __, 2011

UNITED STATES BANKRUPTCY JUDGE