Schuyler G. Carroll
Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
212.262.6900
212.977.1649 (facsimile)
scarroll@perkinscoie.com
jvanacore@perkinscoie.com

David M. Miller (*Pro Hac Vice Motion Pending*)
303 E. 17th Avenue, Suite 500
Denver, CO 80203
303.832.2400
303.832.1510 (facsimile)
dmm@kutnerlaw.com

Attorneys for Movants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X
                                      :
In re:                                :
                                      :
LEHMAN BROTHERS HOLDINGS INC.; LB     :   Chapter 11
ROSE RANCH LLC and PAMI STATLER       :
ARMS LLC,                             :   Case No. 08-13555 (JMP)
                                      :   (Jointly Administered)
                    Debtors.          :
                                      :
------------------------------------- X

**NOTICE OF HEARING TO CONSIDER THE MOTION OF**
**MOVANTS[1] FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)(1)**

---

[1] The "Movants" or "Homeowners" are Jamin Cook, Tiffany Cook, Vaughan Counts, Suzanne Counts, Kevin Craig, Thisha Craig, Charlie Lawson, Sarahliz Lawson, Stephanie Mosher, Steve New, Kori New, Craig Willis, Pamela Willis, Kurt Kornreich, Helen Kornreich, Sohrab Amini, M.D., J. Christine Amini, Neil Ross, Gary Gray, Michael Cryan, Brian Alonge, Daniel Hock, Toni Hock, David Ice, Lisa Ice, Richard Moore, Patrick Nesbitt, Andre Pontin, Julie Pontin, James Vidakovich, The James Vidakovich Revocable Trust, Craig Willis, Pamela Willis, Kristin F. Davis, Joseph S. Davis, Chadwick Mickschl, Sarah Mickschl, Tina Rochowiak, Jamie Prough, Michael Rochwiak, and Martin Rochowiak.

91004-2317/LEGAL20445874.1

TO:   THE HONORABLE JAMES M. PECK,
      UNITED STATES BANKRUPTCY JUDGE

PLEASE TAKE NOTICE that a hearing will be held on **April 13, 2011 at 10:00 a.m.** (the "Hearing Date"), or as soon thereafter as counsel may be heard, before the Honorable James M. Peck, United States Bankruptcy Judge, in the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, to consider the motion (the "Motion") of Movants, pursuant to 11 U.S.C. § 362(d)(1) and (d)(2), for entry of an order authorizing relief from stay.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall state with particularity the grounds therefore and shall be filed with the Clerk of the Bankruptcy Court (with a copy delivered to Judge Peck's chambers) and served upon the undersigned counsel for the Movants, Perkins Coie LLP, 30 Rockefeller Plaza New York, New York 10112 (Attn: Jeffrey D. Vanacore) and Kutner Miller Brinen, P.C. (Attn. David M. Miller) 303 E. 17th Avenue, Suite 500, Denver, CO 80203, so as to be filed and actually received by **April 6, 2011.**

Dated: New York, New York.
March 17, 2011

PERKINS COIE LLP

By: /s/ Jeffrey D. Vanacore

Schuyler G. Carroll
Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
212.262.6900
212.977.1649 (facsimile)
scarroll@perkinscoie.com
jvanacore@perkinscoie.com

       - and -

       David M. Miller (*Pro Hac Vice Motion Pending*)
       303 E. 17th Avenue, Suite 500
       Denver, CO 80203
       303.832.2400
       303.832.1510 (facsimile)
       dmm@kutnerlaw.com

       Attorneys for Movants