UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
                                             :
In re                                   :        Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.* :        08-13555 (JMP)
                                           :
        Debtors.                  :        (Jointly Administered)
                                           :
-----------------------------------------------------------------------------X

### EIGHTH SUPPLEMENTAL DECLARATION OF RAJIV MADAN
### ON BEHALF OF BINGHAM MCCUTCHEN

       Rajiv Madan, being duly sworn, deposes and says:

       1.      I am an attorney and member of the firm Bingham McCutchen LLP ("Bingham"

or the "Firm"), and am duly authorized to make this declaration (the "Supplemental

Declaration") on the Firm's behalf.  I submit this Supplemental Declaration in connection with

the application of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-

referenced chapter 11 cases (collectively, the "Debtors") pursuant to § 327(e) and § 328(a) of

title 11 of the United States Code and Rule 2014 of the Federal Rules of Bankruptcy Procedures

for authorization to employ the Firm as special counsel, *nunc pro tunc*, which application was

approved by the Court by order dated August 25, 2009.[1]

       2.      This Eighth Supplemental Declaration supplements my previous declarations in

support of Bingham's retention dated August 1, 2009 (Docket No. 4636) (the "August

Declaration"), October 22, 2009 (Docket No. 5602), April 27, 2010 (Docket No. 8684), May 28,

2010 (Docket No. 9332), July 19, 2010 (Docket No. 10294), October 7, 2010 (Docket No.

11860), and December 9, 2010 (Docket No. 13361), and the declaration of my partner, Michael

---

[1] McKee Nelson LLP ("McKee") combined with Bingham effective August 1, 2009.  McKee was retained by the Debtors prior to the combination.  I submitted declarations dated October 8, 2008 and March 17, 2009 and my partner, Jeffrey Johnson, submitted a declaration dated March 10, 2009 in connection with McKee's retention.  Such declarations remain applicable to the extent set forth in the August Declaration.

Levy, dated February 18, 2010 (together with the August Declaration, collectively, the "Previous Declarations").    The primary purpose of this Eighth Supplemental Declaration is to make additional disclosures which may be required by the Bankruptcy Code and the Bankruptcy Rules.

### Bingham's Connections to Parties In Interest In Matters Unrelated to the Debtors' Chapter 11 Cases

3.        As previously disclosed, Bingham has represented, currently represents, and may represent in the future, various entities or their affiliates in matters unrelated to the pending chapter 11 cases.  Since filing the Previous Declarations, counsel for the Debtors has provided Bingham with an updated list of parties in interest in the Debtors' chapter 11 cases (collectively the "Parties in Interest").  A copy of such list is attached hereto as Schedule 1.

4.        Attorneys working under my supervision reviewed Bingham's "connections" with the Parties in Interest recently added to the list.[2]  Based upon this review, while such Parties in Interest may be current or former clients of Bingham, or may otherwise be involved in litigation or transactional matters in which Bingham represents a client, I do not believe that Bingham holds any interest adverse to the estates with respect to any of the matters for which Bingham is retained by the Parties in Interest.

5.        In certain of the Previous Declarations, I included a list of Parties in Interest (as defined therein) that Bingham has represented within the past two years, or currently represents, in matters unrelated to the Debtors' chapter 11 cases.  Based on the results of Bingham's

---

[2] To the best of my knowledge, neither the term "connection" as used in Bankruptcy Rule 2014 nor the proper scope of a professional's search for "connections" has been completely defined, and I am therefore required to exercise some degree of professional judgment in applying that term to the facts of which I am aware, as well as in defining the scope of how to search for such facts.  Out of an abundance of caution, I may be disclosing items that are not disqualifying or problematic under either the Bankruptcy Code or applicable standards of professional ethics.

searches for the newly listed Parties in Interest[3] and new information which has become available, Bingham hereby supplements its previous disclosures to include the entities listed on Schedule 2.[4]

6.     Except as specifically set forth herein, this Supplemental Declaration does not modify the statements in the Previous Declarations. I will supplement this Supplemental Declaration to the extent additional relevant information becomes available during the pendency of these cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Supplemental Declaration was executed on March 18, 2011.

Rajiv Madan, Esq.
Partner
Bingham McCutchen, LLP

---

[3] Although I do not believe a search of "potentially" interested parties is necessary to satisfy the requirements of Bankruptcy Rule 2014, to the extent the United States Trustee requires that the Firm make such disclosures, the Firm would agree to do so.

[4] Bingham also represents, or has represented in the past two years, investment managers of certain funds listed as Parties in Interest.    To the extent the United States Trustee requires further disclosures regarding such representation, the Firm would agree to make such disclosures.

**SCHEDULE 1**

# RETENTION CHECKLIST

## 50 Largest Bond Holders

1.  Advanced Series Trust
2.  AETNA Life Insurance Company
3.  AIG Annuity Insurance Company
4.  ALFA Mutual Fire Insurance Company
5.  Allianz Life Insurance Company of North America
6.  Alpha Mutual Fund Management
7.  American Family Life Assurance Company
8.  American Life Insurance Company
9.  AXA Equitable Life Insurance Company
10.  Barclays Global Fund Advisors
11.  BBVA Gestion SA SGIIC (Spain)
12.  Blackrock Advisors
13.  Capital Research and Management
14.  Continental Casualty Company
15.  Federated Investors
16.  Fidelity Management and Research
17.  Franklin Advisors Inc.
18.  Franklin Templeton Investments
19.  Guardian Life Insurance Company
20.  Hartford Life Insurance Company
21.  ING Investment LLC
22.  Jackson National Life Insurance
23.  John Hancock Investment Management Services
24.  John Hancock Life Insurance Company
25.  Liberty National Life Insurance Company
26.  Loomis Sayles & Company L.P.
27.  Medical Liability Mutual Insurance Company
28.  Metlife Insurance Company of Connecticut
29.  Metropolitan Life Insurance Company
30.  Metropolitan West Capital Management
31.  NATIXIS  Asset Management Advisors
32.  Northwest Mutual Life Insurance Company
33.  Phillips Hager & North Investment Management
34.  PIMCO Advisors LP
35.  PIMCO Funds Global Investors
36.  Principal Life Insurance Company
37.  Prudential Financial Inc.
38.  Prudential Insurance Company of America
39.  Riversource Life Insurance Company
40.  Sun Life Assure Co. of Canada
41.  T. Rowe Price Associates
42.  Teachers Insurance and Annuity Association
43.  Thrivent Financial for Lutherans
44.  Transamerica Life Insurance Company

45.    UBS Investment KAG
46.    United States – Indices
47.    Van Kampen Asset Management
48.    Vanguard Group Incorporated
49.    Western Asset Management Company
50.    Zurich American Insurance Company

## Largest Unsecured Creditors other than Bondholders

1.    1221 Avenue of the Americas *
2.    125 Broad Street *
3.    1301 Properties Owner LP
4.    55 Broadway *
5.    767 Fifth  Ave *
6.    Allen & Overy
7.    Anjarlekar & Associates
8.    ANZ Banking Group Limited
9.    Aozora Bank
10.    Ashurst Morris Crisp
11.    Australia and New Zealand Banking Group Limited
12.    Banctec Ltd.
13.    Bank of America Plaza STE 3500 *
14.    Bank of China, New York Branch
15.    Bank of Taiwan, New York Agency
16.    Bats Trading, Inc.
17.    Bloomberg Finance LP
18.    Bloomberg L.P.
19.    BNP Paribas
20.    Broadridge Securities Processing
21.    Caldwalader, Wickersham, and Taft
22.    Canary Warf Management Limited
23.    CB Richard Ellis Client Account RE Gloa
24.    CDW Direct LLC
25.    Chuo Mitsui Trust & Banking
26.    Citibank N.A. Hong Kong Branch
27.    Citibank, NA
28.    Clifford Chance
29.    Commonwealth Bank of Australia, Tokyo Branch
30.    Compucenter (UK) Ltd.
31.    CW Lending II Limited
32.    Davis, Polk and Wardwell
33.    Dell Marketing L.P.
34.    Deutsche Borsche AG
35.    Dimension Data
36.    DnB NOR Bank ASA
37.    Drowst Trading, LLC
38.    Ernst & Young
39.    Ernst and Young Private Limited
40.    Fidessa Plc.

41.    First Commercial Bank Co., Ltd, New York Agency
42.    FT Interactive Data
43.    Haworth Singapore PTE Ltd.
44.    Henegan Construction Co., Inc.
45.    Hewlett-Packard AP (HONG KONG) LIMITED
46.    HSBC Bank
47.    Hua Nan Commercial Bank, Ltd
48.    IBM Corporation
49.    ICAP Securities Limited
50.    Information Builders Inc.
51.    JQ Network PTD Limited
52.    KBC Bank
53.    Kim & Chang
54.    Kingston Communications PLC
55.    Linklaters, S.L.
56.    Lloyds Bank, PLC
57.    London & European Title Insurance Services Ltd.
58.    London Borough of Tower Hamlets Rates
59.    Mace Limited
60.    McKee Nelson LLP
61.    Microsoft Licensing, GP
62.    Millennium Developers PVT LTD
63.    Mizuho Corporate Bank Ltd.
64.    Morse Group Limited
65.    Morse Service Holdings Limited
66.    National Bank of Australia
67.    National Commerce bank
68.    Network Appliance, Inc.
69.    Nippon Life Insurance Co.
70.    NYSE Market, Inc.
71.    Origin HR Consulting Limited
72.    Paul Weiss
73.    Pricoa Relocation UK Limited
74.    Reuters America Inc.
75.    Reuters Limited
76.    Shinkin Central Bank
77.    Shinsei Bank Ltd.
78.    Sidley Austin Brown & Wood
79.    Standard & Poor's
80.    Standard Chartered Bank
81.    Sumitomo Mitsui Banking Corp
82.    Sungard Securities Finance Inc.
83.    Svenska Handelsbanken
84.    Swapswire Limited
85.    Taipei Fubon Bank, New York Agency
86.    Tata Consultancy Services
87.    The Bank of New York
88.    The Bank of Nova Scotia
89.    The British Land Company PLC
90.    Thompson Financial
91.    TIBCO Software, Inc.

92.    UFJ Bank Limited
93.    Vertex Mortgage Services
94.    Virtx
95.    WIPRO Infotech Enterprise Solutions
96.    YXIME
97.    ZKB (Zurcher Kantonalbank)

## Significant Leases

- 101 Hudson Leasing Associates
- 1111 Brickell Office, LLC
- 125 High Street LP
- 1301 Properties Owner L.L.C
- 20 CCC Business Trust
- 300 Main L.L.C.
- 50 Broadway Realty Corp.
- 5450 West Sahara LLC
- 600 Partners Co., L.P.
- 605 Third Avenue Fee LLC
- 70 Hudson Street, LLC
- 8 Sound Shore Associates, LLC
- 85 Tenth Avenue Associates, LLC
- AIG Technologies, Inc.
- American Center
- Archipelago Holdings, Inc.
- Argonne Capital Group
- B&R 919, LLC
- Beneficiaries of North Star Trust Company Title Holding Land
- BNC Mortgage
- Board of Trade of the City of Chicago, Inc.
- BP 399 Park Avenue LLC
- Brandywine Office Investments LLC
- Brookfield Properties One WFC Co. LLC
- CA-10880 Wilshire Limited Partnership
- CB Office 10, Ltd.
- CharterMac Mortgage Capital Corporation
- Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
- Clifford Chance US LLP
- CMD ST Financial Centre, LLC
- Columbia Center Property LLC
- Constellation Place, LLC
- Consultatio Inversora S.A.
- Corporate Park Associates
- Corridors I & II/Loudoun II SPE Feeco, L.L.C.

7

- Courtside West, LLC
- CPR (USA) Inc.
- Creekside Business Mall LLC
- Crescent TC Investors LP
- Crown Point, L.L.C.
- CT Tower Investments Inc
- Custer Court, L.P.
- DBSI Housing, Inc.
- Denver United LLC
- Deutsche Bank AG, New York Branch
- Deutsche Bank Securities, Inc.
- Deutsche Immobilien Fonds Aktiengesellschaft
- Dewey Ballantine LLP/Dewey LeBouf LLP
- Eastrich No. 167 Corporation
- Financial Solutions Partners, LLC
- For 1031 Heritage II LLC
- Four Point Star Operating Company, L.P.
- Franklin Credit Management
- Frazee, LLC
- Frenkel of New Jersey, Inc.
- Galleria Properties, LLC
- GRE Glendale LLC
- Guggenheim Concourse, L.P.
- Hanover Moving & Storage Co., Inc.
- Historic TW Inc.
- Historic TW Inc.
- HQ Global Workplaces
- Hunter Financial Group, LLC
- Huron Consulting Group LLC
- HWA 555 Owners, LLC
- JBC Funds 200 West Monroe LLC
- JDJ Properties, Inc.
- Legacy III Centennial, LLC
- Lehman Brothers Commercial Bank
- Lehman Brothers Holdings, Inc.
- Lempira S.R.L., R.U.C.
- Level 3 Communications, LLC
- Liberty Property Limited Partnership
- Mack-Cali CW Realty Associates L.L.C.
- Mackenzie Financial Corporation
- MCPR Unit V LP, S.E.
- Middlefield Park Associates
- Millennium De Investimentos Imobiliarios LTDA
- MJH Wacker LLC

- Monarch Centre Associates, LLC
- Mountain Towers Properties, LLC
- National Union Fire Insurance Company of Pittsburgh, PA
- NBS Brookside 700/800, L.L.C.
- New Tower Trust Company Multi-Employer Property Trust
- Nine Penn Center Associates, LP
- Normandy Real Estate Partners
- One William Street Capital Management, L.P.
- Palm Beach Park Centre 4, LLC
- PCC Properties (Calgary) Ltd.
- Piedmont Operating Partnership, L.P.
- Pricewaterhouse Coopers, LLP
- R3 Capital Management, L.P.
- Regus do Brasil, Ltd
- Rock Forty Ninth LLC
- Rockefeller Center North, Inc.
- Rosemead Properties, Inc.
- Sandtrap II, Ltd.
- Sharon Land Company, LLC
- SLG 220 News Owner LLC
- SP4 190 S. LaSalle, L.P.
- Stillwater Development, LLC
- Sunray Investments
- Teachers Insurance and Annuity Assoc. of America
- Telwares, Inc.
- Tempe Fountainhead Corporate, LLC
- Texas Tower Limited
- The Irvine Company LLC
- The Realty Associates Fund VIII, L.P.
- Triple Net Properties, LLC
- Trizec Westwood Center LLC
- Wacker Drive Limited Partnership
- Wasserstein Perella Group Holdings, LLC
- Willkie Farr & Gallagher LLP
- WLA UPU 1 and 2, LLC
- WPGH, LLC

## Secured Creditors

1. Danske Bank
2. Fenway Funding LLC
3. JPMorgan Chase
4. MetLife
5. SMBC
6. State Street

7.    Swedbank

## Government and State Regulatory Agencies.

- Commodity Futures Trading Commission (LBI, NB LLC)
- Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
- Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.)
- Financial Industry Regulatory Authority (non-governmental)
- National Futures Association (non-governmental)
- New York Stock Exchange (non-governmental)
- Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
- Office of Thrift Supervision (LB Bank)
- Securities and Exchange Commission
- State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
- State Blue Sky Laws in all 50 states and Puerto Rico
- Utah Commissioner of Financial Institutions (LB Commercial Bank)

## Members of Ad Hoc or Unofficial Creditors' Committees

1.    The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds
- Allstate Insurance Co.
- Capital Research Management Co.
- Capital Research Management Co.
- Franklin Advisors LP
- Franklin Federal Intermediate-Term-Tax-Free Income Fund
- Franklin Federal Tax-Free Income Fund
- Franklin Georgia Tax-Free Income Fund
- Franklin High-Yield Tax-Free Income Fund
- Independence Holding Co.
- Oppenheimer Funds, Inc.
- The Vanguard Group

2.    Informal LBHI Bondholder Group
- Alliance Bernstein
- Capital Guardian Trust Company
- Cyrus Capital Partners, L.P.
- King Street Capital Management, L.L.C.
- Pacific Management Investment Company
- Wexford Capital LLC
- York Capital Management

## Significant Stockholders

- AXA and related parties                          7.25%
- Clearbridge Advisors, LLC and related parties    6.33%
- FMR LLC and related parties                      5.87%

## Directors and Officers (LBHI) – Current and former (up to three years) members of the corporation's board of directors and its officers.

Board of Directors
- Henry Kaufman
- Jerry A. Grundhofer
- John D. Macomber
- John F. Akers
- Marsha Johnson Evans
- Michael L. Ainslie
- Richard S. Fuld, Jr.
- Roger S. Berlind
- Roland A. Hernandez
- Sir Christopher Gent
- Thomas H. Cruikshank

Officers
- Aaron Guth
- Aida Sarmast
- Alex Kirk
- Andrew Fischtal
- Andrew Yeung
- Ann Cairns
- Bryan Marsal
- Christian Meissner
- Christine Searl
- Christopher O'Mera
- Daniel Ehrmann
- Darryl Steinberg
- David Coles
- David Goldfarb
- Denise Troise
- E. Todd Whittemore
- Eric Felder
- Erin Callen
- Francine Kittredge
- George H. Walker
- Gerald A Donini

- Gerald Pietroforte
- Gwen J. Zeisler
- Herbert H. McDade III
- Hugh E. McGee III
- Hyung S. Lee
- Ian T Lowitt
- Jack MCCarthy
- James Brogan
- James Fogarty
- Jasjit S. Bhattal
- Jeffrey A. Welikson
- Jeffrey Fitts
- Jeffry Ciongoli
- Joanne Chormanski
- John M. Skoba
- John Suckow
- Jonathan Beyman
- Jonathan Harris
- Jospeh M. Gregory
- Karen B. Corrigan
- Lana Franks
- Leo C. Trautman, Jr.
- Linda Klang
- Madeline L. Shapiro
- Martha Solinger
- Martin Winter
- Michael Geband
- Neill Poole
- Pamela Tibbetts
- Riccardo Banchetti
- Richard S. Fuld, Jr.
- Robert J. Leist
- Ronn A. Pisapia
- Salvatore Barbuzza
- Scott J. Freidheim
- Shawnda D. Merriman
- Stephen M. Lessing
- Terry L. Gentry
- Thomas A. Russo
- Thomas Hommel
- Wendy M. Uvino
- William Fox
- William Gordon
- William Olshan

- Yvonne Stich

## Underwriting Investment Bankers for Debtor's Securities

- ABN AMRO Rothschild
- Hoare Govett, Ltd.
- Lehman Brothers
- Merrill Lynch
- UBS Investment Bank

## Related Entities

1.  737 Portfolio Services LLC
2.  737 Portfolio Trust
3.  Area Assignor Corp. (dissolved)
4.  Area Depository Corporation (dissolved)
5.  Area GP Corporation
6.  Aristos LLC
7.  ASB L.L.C.
8.  Ballybunion Investments No. 2 Ltd.
9.  Ballybunion Investments No. 3 Ltd
10. Ballybunion Investments No. Ltd.
11. Banque Lehman Brothers S.A.
12. Bixen Limited
13. BK I Realty Inc. (dissolved)
14. BK II Properties Inc.
15. BK III Properties Inc.
16. Blue Jay Realty Corporation
17. BNC Holdings Inc.
18. Bromley LLC
19. Brookson Corp.
20. Brookwood Energy & Properties Inc.
21. Canope Credit Corp.
22. Capital Analytics II, LP
23. Central Funding (Concord) Corporation (dissolved)
24. Clarks Summit I, LLC
25. Clarks Summit II, LLC
26. CP1 Real Estate Services Inc.
27. CP4 Real Estate Services Inc. (dissolved)
28. Dimont Corporation
29. DL Mortgage Corp.
30. DRA Management, Inc. (dissolved)
31. Eagle Energy Management, LLC
32. Eagle Energy Partners I, L.P.
33. East Dover Limited
34. Edibrook Corp.
35. EHP/GP Inc. (dissolved)
36. Eldon Street Holdings Limited
37. ELQ Holdings B.V.

38.    ELQ Hypothekan N.V.
39.    Equipment Management Inc.
40.    Equity Strategies Loans LLC
41.    Equity Strategy Loans LLC
42.    e-Valuate, LP
43.    Executive Monetary Management, Inc.
44.    Falcon Holdings I LLC
45.    First Ward Properties Inc.
46.    Flight Sim I LLC
47.    Flight Sim II LLC
48.    Flight Sim III LLC
49.    Flight Sim IV LLC
50.    Flight Sim V Inc.
51.    FRAH Special Services Inc.
52.    Fundo De Investimento Multimercado Credito Privado Navigator Investmento
53.    Furno & Del Castano CapitalPartners LLP
54.    GA Dekalb Inc.
55.    GKI Korea Development Limited
56.    Global Principal Strategies Loans Inc.
57.    GmbH
58.    GRA Finance Corporation Ltd.
59.    GRA Finance Corporation Ltd.
60.    Growth Partners Inc. (dissolved)
61.    Hills Funding One, Ltd.
62.    Hydrocarbon Capital II LLC
63.    IL Lombard Inc. (dissolved)
64.    Ivanhoe Lan Pty Limited
65.    Jet Aircraft Leasing Inc. (dissolved)
66.    Jet Partners, LLC
67.    JFM Aviation Once LLC
68.    KM-I Real Estate Company VII (sold)
69.    Laminar Holdings LLC
70.    LB 3 GmbH
71.    LB Alberta Holdings Inc.
72.    LB Beta Finance Cayman Limited
73.    LB GPS Lightfoot L.L.C.
74.    LB Holdings Intermediate 1 Ltd
75.    LB Holdings Intermediate 2 Ltd
76.    LB I Group Inc
77.    LB India Holdings Cayman I Limited
78.    LB India Holdings Cayman II Limited
79.    LB India Holdings Mauritius I Limited
80.    LB India Holdings Mauritius II Limited
81.    LB India Holdings Mauritius III Limited
82.    LB Investment Corp. Inc.
83.    LB Investment Holding Company Limited (dissolved)
84.    LB Investments (UK) Limited
85.    LB Leasing Inc.
86.    LB Lomond Investments Limited
87.    LB Maritim Investor
88.    LB Memphis Brownestone LLC

89.    LB Military Housing LLC
90.    LB Note Corp.
91.    LB Ohana, LLC
92.    LB Skypower Inc.
93.    LB Trade Corp.
94.    LB UK Financing Limited
95.    LB UK RE Holdings Ltd.
96.    LBCCA Holdings I LLC
97.    LBCCA Holdings II LLC
98.    LB-NL Holdings (Cayman) Limited
99.    LB-NL Holdings I Inc.
100.   LB-NL Holdings L.P.
101.   LB-NL U.S. Investor Inc.
102.   LBO Investments Limited
103.   LBQ Funding (UK)
104.   LBQ Hong Kong Funding Ltd
105.   LBQ Hong Kong Services Limited
106.   LCP LTU LLC
107.   LCPI Properties Inc.
108.   LCPI Properties Inv.
109.   Leesburg ACG LLC
110.   Lehman ABS Corporation
111.   Lehman Aircraft Securitization Holdings LLC
112.   Lehman Asset Backed Caps Inc.
113.   Lehman Brother Venture Capital 2003 Partnership
114.   Lehman Brothers (Israel) Inc.
115.   Lehman Brothers (PTG) Limited
116.   Lehman Brothers (Spain) S.A.
117.   Lehman Brothers 1999 Venture Managers' Partnership L.P.
118.   Lehman Brothers 1999 Vernture GP Partnership L.P.
119.   Lehman Brothers AIM Holding II LLC
120.   Lehman Brothers Alternative Investment Management LLC
121.   Lehman Brothers Argentina S.A.
122.   Lehman Brothers Asset Management (Europe) Ltd
123.   Lehman Brothers Asset Management Asia, Inc. (dissolved)
124.   Lehman Brothers Asset Management France
125.   Lehman Brothers Asset Securitization LLC
126.   Lehman Brothers Capital GmbH, Co
127.   Lehman Brothers Capital Partners I, L.P.
128.   Lehman Brothers Capital Partners II, L.P.
129.   Lehman Brothers Capital Partners IV, L.P.
130.   Lehman Brothers CDO 2003 L.P.
131.   Lehman Brothers CDO Associates (Cayman), Ltd.
132.   Lehman Brothers CDO Associates 2003 L.P.
133.   Lehman Brothers CDO Associates 2004 L.P.
134.   Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
135.   Lehman Brothers Commercial Corporation Asia Limited
136.   Lehman Brothers Commercial Mortgage K.K.
137.   Lehman Brothers Commodity Service Inc.
138.   Lehman Brothers Communications Partnership
139.   Lehman Brothers de Chile, S.A. (dissolved)

15

140. Lehman Brothers de Venezuela C.A. (inactive)
141. Lehman Brothers Derivative Finance LLC
142. Lehman Brothers Derivative Products Inc.
143. Lehman Brothers Diversified Private Equity Fund 2004, L.P.
144. Lehman Brothers do Brasil Ltda
145. Lehman Brothers Energy Canada, ULC
146. Lehman Brothers Europe Inc.
147. Lehman Brothers Europe Limited
148. Lehman Brothers European Mezzanine 2002 Associates L.P.
149. Lehman Brothers European Mezzanine 2002 L.P.
150. Lehman Brothers European Venture Capital Associates L.P.
151. Lehman Brothers European Venture Capital L.P.
152. Lehman Brothers Finance (Japan) Inc.
153. Lehman Brothers Financial Products Inc.
154. Lehman Brothers Fund of Funds Associates L.P.
155. Lehman Brothers Fund of Funds L.P.
156. Lehman Brothers Global Asset Management K.K. (liquidated)
157. Lehman Brothers Healthcare Venture Capital Associates L.P.
158. Lehman Brothers Healthcare Venture Capital L.P.
159. Lehman Brothers Holdings Inc.
160. Lehman Brothers Holdings International Inc.
161. Lehman Brothers Holdings Japan Inc.
162. Lehman Brothers Holdings Plc
163. Lehman Brothers Holdings Scottish LP
164. Lehman Brothers Inc.
165. Lehman Brothers Insurance Agency L.L.C
166. Lehman Brothers International (Europe)
167. Lehman Brothers International Services, Inc.
168. Lehman Brothers Investment Holding Company Inc.
169. Lehman Brothers Investment Management Asia Limited
170. Lehman Brothers Investments PTE Ltd.
171. Lehman Brothers Japan Inc
172. Lehman Brothers LBO Inc.
173. Lehman Brothers Limited
174. Lehman Brothers Luxembourg Investments Sari
175. Lehman Brothers MBG Associates III L.L.C.
176. Lehman Brothers MBG Associates L.P.
177. Lehman Brothers MBG Capital Partners 1998 (C) LP
178. Lehman Brothers MBG Finders 1999 (A) L.P.
179. Lehman Brothers MBG Finders 1999 (B) L.P.
180. Lehman Brothers MBG Finders 2000 (B) L.P.
181. Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
182. Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
183. Lehman Brothers MBG Partners 1998 (A) L.P.
184. Lehman Brothers MBG Partners 1998 (B) L.P.
185. Lehman Brothers MBG Partners 1998 (C) L.P.
186. Lehman Brothers MBG Partners 1999 (A) L.P.
187. Lehman Brothers MBG Partners 1999 (B) L.P.
188. Lehman Brothers MBG Partners 1999 (C) L.P.
189. Lehman Brothers MBG Partners L.P.
190. Lehman Brothers MBG Venture Capital Partners 1997

191.    Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
192.    Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
193.    Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
194.    Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
195.    Lehman Brothers MLP Associates, L.P.
196.    Lehman Brothers MLP Partners, L.P.
197.    Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
198.    Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
199.    Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.
200.    Lehman Brothers Offshore Investment Partnership L.P.
201.    Lehman Brothers Offshore Investment Partnership-Japan L.P.
202.    Lehman Brothers Offshore long/short fund, ltd
203.    Lehman Brothers Offshore Long/Short Master Fund Ltd.
204.    Lehman Brothers Offshore Partners Ltd.
205.    Lehman Brothers Offshore Partnership Account 2000/2001, L.P.
206.    Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
207.    Lehman Brothers Offshore Real Estate Associates, Ltd
208.    Lehman Brothers OTC Derivatives Inc.
209.    Lehman Brothers Overseas Inc.
210.    Lehman Brothers Pacific Holdings Pte. Ltd.
211.    Lehman Brothers Participation Fund Associates, L.P.
212.    Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
213.    Lehman Brothers Private Equity Advisers L.L.C
214.    Lehman Brothers Private Fund Advisers LP
215.    Lehman Brothers Private Fund Management LP
216.    Lehman Brothers Private Funds Investment Company GP, LLC
217.    Lehman Brothers Private Funds Investment Company LP, LLC
218.    Lehman Brothers Secondary Fund of Funds Associates L.P.
219.    Lehman Brothers Secondary Fund of Funds L.P.
220.    Lehman Brothers Securities Taiwan Limited
221.    Lehman Brothers Services India Private Limited
222.    Lehman Brothers Singapore PTE Ltd.
223.    Lehman Brothers South Asia Limited (Inactive)
224.    Lehman Brothers South East Asia Investments PTE Limited
225.    Lehman Brothers Spain Holdings Limited
226.    Lehman Brothers Special Financing Inc.
227.    Lehman Brothers Sudamerica S.A.
228.    Lehman Brothers U.K. Holdings (Delaware) Inc.
229.    Lehman Brothers Uruguay S.A.
230.    Lehman Brothers VC Partners L.P.
231.    Lehman Brothers Venture Associates Inc.
232.    Lehman Brothers Venture Bankers' Partnership L.P.
233.    Lehman Brothers Venture Capital Partners I, L.P.
234.    Lehman Brothers Venture GP Partnership L.P.
235.    Lehman Brothers Venture Partners L.P.
236.    Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
237.    Lehman CMO Inc.
238.    Lehman Commercial Paper Inc.
239.    Lehman Crossroads Corporate Investors II, LP
240.    Lehman Insurance Company
241.    Lehman Loan Funding I LLC

242. Lehman Mortgage Company of Canada (surrendered)
243. Lehman Mortgage Holdings Canada I Inc. (inactive)
244. Lehman Mortgage Holdings Canada II Inc. (inactive)
245. Lehman Municipal ABS Corp.Lehman OPC LLC
246. Lehman Pass-Through Securities Inc.
247. Lehman Queens Center Inc. (inactive)
248. Lehman Queens Limited Inc. (inactive)
249. Lehman Re Ltd.
250. Lehman Realty & Development Corp.
251. Lehman Receivables Corp. (dissolved)
252. Lehman Risk Advisors Inc.
253. Lehman Risk Management, Inc. (dissolved)
254. Lehman Structured Assets Inc.
255. Lehman Structured Securities Corp.
256. Lehman Syndicated Loan Inc.
257. Lehman VIP Holdings Inc.
258. Lehman VIP Investment LDC
259. Liberty Corner Inc. (sold)
260. Liberty GP II Inc. (sold)
261. Libro Companhia Securitizadora de Creditos
262. LIBRO Holdings I Inc.
263. Long Point Funding Pty Ltd.
264. Louise Y.K.
265. LPTG Inc.
266. LPTG Intermediate LLC
267. LPTG LLC
268. LW-LP Inc.
269. LW-LP Properties Inc.
270. M&L Debt Investments Holdings Pty Limited
271. M&L Debt Investments Pty Limited
272. Mast Depositor Corp
273. MBAM Investor Limited
274. MBR/GP Corp.
275. Merit, LLC
276. Metro Realty Corporation (dissolved)
277. MMP Funding Corp.
278. Morganberry Corporation
279. Nai Ham Hotel 1 Company Limited
280. Neuberger & Berman Agency, Inc.
281. Neuberger Berman Asset Management, LLC
282. Neuberger Berman Inc.
283. Neuberger Berman Investment Services, LLC
284. Neuberger Berman Pty Ltd.
285. Neuberger Berman, LLC
286. Newark Properties One Inc.
287. Nexity Investment Partnership L.P.
288. NL Funding, L.P.
289. NL GP Inc.
290. Northstar Equipment Leasing Income Inc. (dissolved)
291. NPC Inc. (dissolved)
292. O.M.B. Limited Partner Ltd.

293.   OCI Holdings Limited
294.   OSD Corp.
295.   PAC Aircraft Management Inc.
296.   Pentaring, Inc.
297.   Phuket Hotel 1 Holdings Company Limited.
298.   Pike International Y.K.Pindar Pty Ltd.
299.   Preferred Group Limited
300.   Preferred Holdings Limited
301.   Preferred Mortgages Limited
302.   Principal Transactions Inc.
303.   QP80 Real Estate Services Inc.
304.   Quality Pork Partners, Inc.
305.   Real Estate Investors Inc. (dissolved)
306.   Real Estate Private Equity Inc.
307.   Real Estate Services I Inc. (dissolved)
308.   Real Estate Services VII Inc. (dissolved)
309.   Reliance Energy E&P, LLC
310.   REPE LBREP III LLC
311.   Revival Holdings Limited
312.   RIBCO LLC
313.   RIBCO SPC, Inc.
314.   Rock Hill Real Estate, Inc.
315.   Sage Partners, LLC
316.   SAIL Investor Pte Ltd.
317.   Sambar Properties Inc.
318.   SASCO ARC Corporation
319.   Scranzay, Inc.
320.   Security Assurance Advisers, LP
321.   Select Asset Inc.
322.   Senior Income Fund Inc. (dissolved)
323.   Serafino Investments Pty Limited
324.   Shearson Lehman Brothers Capital Partners II, L.P.
325.   Shearson Lehman Hutton Capital Partners II
326.   Skratook LLC
327.   Small Business Assets I LLC
328.   Southern Pacific Funding 5 Ltd
329.   Stamford Investment Realty Inc.
330.   STRATUS I Inc.
331.   Structure Asset Securities Corporation II
332.   Structured Asset Securities Corporation
333.   Structured Options Inc.
334.   STUIE CORP.
335.   Sunrise Finance Co., Ltd.
336.   TAL Europe, LLC
337.   Tallus
338.   Thayer Group Limited
339.   Thayer Properties (Jersey) Ltd.
340.   Thayer Properties Limited
341.   Townsend Analytics Japan Ltd.
342.   Townsend Analytics, Ltd.
343.   TX Tower Inc. (sold)

344. West Dover, LLC
345. Wharf Reinsurance Inc.
346. Woori-LB First Asset Securitization Specialty Co., Ltd.
347. Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
348. Y.K Tower Funding
349. Y.K. Park Funding

## Potential Parties in Interest

1. 1301 Properties Owner, LP
2. 13D Research Inc.
3. 1407 Broadway Real Estate LLC
4. 25 Broad LLC
5. 250 East Borrower LLC
6. 3i Group PLC
7. 4086 Advisors
8. 469 Bergman Properties LLC
9. 4Cast Inc.
10. 4Kids Entertainment, Inc.
11. 50 Broadway Realty Corp. LLC
12. 605 Third Avenue Fee LLC
13. 8 Sound Shore Associates LLC
14. A. De Lang
15. A.A.M. Heinemann (Drs.)
16. A.J. Friedrich
17. A.M. Best Company
18. A/P Hotel, LLC
19. Aargauische Kantonalbank
20. AB Bankas
21. AB Svensk Exportkredit
22. ABC Assicura Societa per Azioni
23. Abelmen & Associates Limited
24. Aberdeen Asset Management Inc.
25. Abm Industries, Inc.
26. ABN Ambro Holding N.V.
27. ABN Amro Bank
28. AboveNet Communications Inc.
29. Abu Dhabi Investment Authority
30. Abu Dhabi National Energy
31. Accel Capital Corporation Accellent Inc.
32. Accenture LLP
33. Access Asia Investment Holdings (BVI) Ltd.
34. Access Data
35. ACCLARA
36. Account Temps
37. Accredited Home Lenders, Inc.
38. Accuride Corporation
39. ACE America Insurance Company
40. Achorage Short Credit Offshore Master Fund II, LP

41. ACI Operations Pty Limited
42. Acorn Partners LP
43. ACTIV Financial Systems, inc.
44. Activant Solutions Inc.
45. Acts Aero Tech Support
46. Adagio IV CLO Limited
47. Adam Chadwick
48. ADM Galleus Fund Limited
49. Adolfo Fernandez Tremps
50. Adolfo Ramiro Fernandez
51. ADV Portfolio Tech
52. Advanced Graphic Printing, Inc.
53. Advanced Portfolio Technologies, Inc.
54. AES Corporation
55. AEW Capital Management, LP
56. AG Financial Products, Inc.
57. AG First Farm Credit Bank
58. AGA Medical Corporation
59. Aggregating Trust 1, L.L.C.
60. Aggregating Trust 10, L.L.C.
61. Aggregating Trust 2, L.L.C.
62. Aggregating Trust 3, L.L.C.
63. Aggregating Trust 4, L.L.C.
64. Aggregating Trust 5, L.L.C.
65. Aggregating Trust 6, L.L.C.
66. Aggregating Trust 7, L.L.C.
67. Aggregating Trust 8, L.L.C.
68. Aggregating Trust 9, L.L.C.
69. Aglio Master Fund Limited
70. Agribank
71. Ahorro Corporacion Financiera S.V.
72. Aida Maria Arnaiz Lopez
73. Aida Sarmast
74. AIG CDS, Inc.
75. AIG Financial Products Corp.
76. AIG Global Investment Corporation
77. AIM Advisors
78. AIM Funds
79. Airclaims Limited
80. Aircraft Finance Trust
81. Airlie CDO I
82. AIRLIE LCDO (AVIV LCDO 2006-3)
83. AIRLIE LCDO (Pebble Creek 2007-1)
84. Airlie Opportunity Master Fund Lt.d
85. AJF Holding B.V.
86. AKF Engineers, LLP
87. Akin Gump Strauss Hauer & Feld LLP
88. Aktia Bank PLC
89. Aktiengesellschaft

90. Alabama Power Company
91. Aladdin Relative Value Credit Master Fun Limited
92. Alameda County (CA) Employees' Retirement Association
93. Alan J. Worden
94. Alan Semple
95. Alansbanken Sverige AB
96. Alcoa Inc.
97. Alenco
98. Alex E. Rhinehart
99. Alexander Leytman
100.    Algoma Stell Inc.
101.    Aliant Bank
102.    Alix Egloff
103.    Alix Partners LLP
104.    Allegheny Energy
105.    Allen A. Moff
106.    Allen Matkins Leck Gamble Mallory
107.    Allesandro Bosco
108.    Alli Joseph
109.    Alliance Imaging, Inc.
110.    Alliance Laundry Equipment Receivable Trust 2005-A
111.    Alliance Laundry Equipment Receivables 2005 LLC
112.    Alliance Laundry Holdings LLC
113.    Alliance Laundry Systems
114.    Alliance Resource Operating
115.    AllianceBernstein LP
116.    Alliant Energy Corporation
117.    Allianz
118.    Allianz Global Investors AG
119.    Allianz Global Investors France S.A.
120.    Allied Holdings, Inc.
121.    Allied Waste Industries Inc.
122.    Allied World Assurance Company
123.    Allison Transmission, Inc.
124.    Allsport Management SA
125.    Allstate Life Insurance Company
126.    Alltel Communications
127.    Alltel Corp.
128.    Almtaler Volksbank
129.    Alpha D2 Limited
130.    Alpha III
131.    Alpiq f/k/a AARE-TESSIN
132.    Altma Fund Sicav PLC, in respect of Rowan Sub-Fund
133.    Altos Hornos de Mexico SA de CV
134.    Altova, Inc.
135.    Altra Group, Inc.
136.    AM International E Mac 63 Limited
137.    Amadeus Holdings Limited

138.    AMBAC
139.    Amber Capital Investment Management
140.    Amber Master Fund (Cayman) SPC
141.    Ameren Corporation
142.    Amerenergy Resources Generating
143.    American Airlines 1st Lien
144.    American Airlines Inc.
145.    American Axle & Manufacturing Inc.
146.    American Electric Power Company Inc.
147.    American European Insurance Company
148.    American Express
149.    American Express Travel Related Services Co., Inc.
150.    American Family Life Assurance Company
151.    American International Group Inc.
152.    American National Insurance Company
153.    American Transmission Company
154.    Americas
155.    America's Servicing Company
156.    AmeriSourceBergen Corporation
157.    Amgen Inc.
158.    Amit K. Sarkar
159.    Amuala S.L.
160.    Ana Fernanda Canales Gonzales
161.    Ana Serratosa Lujan
162.    ANC Rental Corporation
163.    Anchorage Capital Master Offshore, Ltd.
164.    Anchorage Crossover Credit Offshore Master Fund
165.    Anchorage Short Credit Offshore Master Fund, Ltd.
166.    Andrea Lerner
167.    Andrea Lobbe-Hermans
168.    Andreas Brandes
169.    Andrew Hopkins
170.    Andromeda Global Credit Fund, Ltd.
171.    Angelina Ozores Ozores
172.    Anita Bryant
173.    Ann E. Stradmeijer
174.    Ann Lee
175.    Anne-Marie Oliveri
176.    Antero Resources Corporation
177.    Anthony J. Napolitano & Associates
178.    Anthony Victor Lomas
179.    Anthracite Balanced Company (R-26) Limited
180.    Anthracite Balanced Company 46 Limited
181.    Anthracite Investments (Ireland) PC
182.    Anthracite Related Invesments (Cayman) Limited
183.    Anton R. Valukas (Examiner)
184.    Antonio Redon Castaner
185.    Antonio Vilchez Moleon
186.    ANZ Securities, Inc.

187.    Aon Consulting
188.    Aozora Bank, Ltd.
189.    Apax Summer Bidco Limited
190.    Apollo Management Holdings, L.P.
191.    Arab Bank
192.    Araba Pensiones EPSV – Tuboplast Hispania SA
193.    Aracruz
194.    Aramark Corporation
195.    Arapahoe County Attorney's Office
196.    Arapahoe County Treasurer
197.    Arapahoe International Limited
198.    Arche Master Fund, L.P
199.    Archon Bay Capital, LLC
200.    Area Giochi Holding S.p.A
201.    Arent Fox LLP
202.    ARINC Incorporated
203.    Aristeia International Limited
204.    Aristeia Master, L.P.
205.    Arizona Public Service Company
206.    Arlington Partners, L.P.
207.    Aron Oliner
208.    Arrowgrass Distressed Opportunities Fund Limited
209.    Arrowgrass Master Fund Ltd.
210.    Arthur King
211.    Arthur T. Bent c/o Reserve Management Company
212.    Arun K. Kakarla
213.    ArvinMeritor, Inc.
214.    Arysta Lifescience
215.    AS Propulsion Capital BV
216.    Asbury Atlantic
217.    Asbury-Solomons
218.    Ashmore Energy International / AEI
219.    Asian CRC Hedge Fund
220.    Asian Multi Finance Hedge Fund
221.    Asian SBC Hedge Fund
222.    Asian Special Finance Hedge Fund
223.    Aspecta Assurance International Luxembourg S.A.
224.    Aspen Creek Financial Advisors LLC
225.    Asset Backed Management Corp.
226.    Assicurazioni
227.    Assurant, Inc.
228.    Astrea LLC
229.    Asurion Corporation
230.    AT&T Incorporated
231.    AT&T Services Inc.
232.    Atlantic Forms and Systems Inc.
233.    Atlas Pipeline Partners
234.    Atmos Energy Corporation
235.    Atrium Companies Inc.

236. Audio Incorporated Sound System Design, Installation & Rental
237. Audio Visual Services Corporation
238. Australia and New Zealand Banking Group Limited
239. Australia National Bank
240. Autodesk Inc.
241. Automated Securities Clearance LLC (f/k/a SunGard Expert Solutions, Inc.)
242. Automobile Club Insurance Association
243. Autonomy Capital Research LLP
244. Autonomy Master Fund Limited
245. Autonomy Rochevera One Limtied
246. A-V Services, Inc.
247. Avago Technologies Finance Pte. Ltd.
248. Avatar Financy Pty Ltd.
249. Avaya Inc.
250. Aveos
251. Avignon Capital Ltd.
252. Avio
253. Avista Corp.
254. AVIV LCDO 2006-1
255. AVIV LCDO 2006-2
256. Aviva Assicurazioni S.p.A.
257. Aviva Insurance Company
258. Aviva Investors North America, Inc.
259. Aviva Italia Holding S.p.A.
260. Aviva Italia S.p.A.
261. Aviva Life and Annuity Company
262. Aviva Life S.p.A.
263. Aviva Previdenza S.p.A.
264. Aviva S.p.A.
265. Aviva Vita S.p.A.
266. AVR Acquisitions B.V.
267. AVR Industrial Waste B.V.
268. AVR Industrie N.V.
269. AXA Wholesale Core Australian Fixed Interest Fund
270. Axel Siepmann
271. Axis – ACM Inc.
272. Axon Financial
273. B & G Foods
274. B Y Partners, L.P.
275. B.E. Smith
276. B.I. OEI
277. BAC Home Loan Servicing, LP
278. Bacar Constructors, Inc.
279. BAE Systems Holdings Inc.
280. Baker & Hostetler LLP
281. Balestra Capital Partners, L.P.
282. Ball Corporation
283. Ball Packaging Products Canada
284. Ballyrock ABS CDO 2007-1 Limited

285.   Banc of America Securities LLC
286.   Banca Akros S.p.A
287.   Banca Carige, S.p.A.
288.   Banca del Piemonte SPA
289.   Banca di San Marino S.p.A.
290.   Banca Euromobiliare (Suisse)
291.   Banca Fideuram S.p.A.
292.   Banca Infrastrutture Innovazione Sviluppo S.P.A.
293.   Banca Intesa San Paolo
294.   Banca Italease S.p.A.
295.   Banca Monte dei Paschi di Seina S.p.A.
296.   Banca Popolare dell' Alto Adige Soc. coop. pa
297.   Banca Popolare di Milano Societa Coopertiva a r.l.
298.   Banca Popolare di Spoleto S.p.A.
299.   Banca Sai
300.   Banco Banif, S.A.
301.   Banco Bilbao Vizcaya Argentaria, S.A.
302.   Banco Canaria de Venezuela C.A. Banco Universal
303.   Banco de Bogota
304.   Banco de la Pequena Y Mediana Empresa SA
305.   Banco di Credito Cooperativo Signa
306.   Banco di Desio e della Brianza S.p.A.
307.   Banco di Napoli S.p.A.
308.   Banco Espanol de Credito, S.A.
309.   Banco Inversis, S.A
310.   Banco Popolare Societa Coopertiva
311.   Banco Popular Espanol, S.A.
312.   Banco Santander
313.   Banco Santander (Suisse) S.A.
314.   Banco Urquijo SBP, S.A.
315.   Banesco Banco Universal
316.   Banesco Holding C.A.
317.   Banif-Banco
318.   Banif-Banco de Investimento, S.A.
319.   Bank Hapoalim B.M.
320.   Bank Julius Bear & Co. Ltd.
321.   Bank of America Mellon
322.   Bank of America Mexico, S.A.
323.   Bank of America N.A.
324.   Bank of China
325.   Bank of Mexico, S.A.
326.   Bank Of Montreal
327.   Bank of New York Mellon
328.   Bank of New York Mellon Trust Company, N.A.
329.   Bank of New York Trust Co., N.A.
330.   Bank of Nova Scotia
331.   Bank of Taiwan
332.   Bank Pekao
333.   Bank Sarasin & Co., Ltd.
334.   Bankers Life and Casualty Company
335.   Bankruptcy Creditors' Service, Inc.

336.  Banque Privee Saint Dominique
337.  Barbara A. Ziccarelli
338.  Barbara Hatton Decker
339.  Barbara Peonio
340.  Barclays Bank PLC
341.  Barclays Capital, Inc.
342.  Barclays Global Investors National Association
343.  Basso Capital Management L.P.
344.  Bats Holdings, Inc.
345.  Baupost Group Securities, L.L.C.
346.  Bausch and Lomb
347.  Baxter International Inc.
348.  Bay Harbour Management LC
349.  Bay Harbour Master
350.  Bayview Financial, L.P.
351.  Bayview Opportunity Master Fund, L.P.
352.  BB&T Investments
353.  BBVA Securities Inc.
354.  BCM Ireland Holdings Limited
355.  BCV Investments SCA
356.  BDF Limited
357.  BE Smith & Others
358.  BEA Systems, Inc.
359.  Beaver Country Day School (The)
360.  Becker, Glynn, Melamed & Muffly LLP
361.  Begoa Serratosa Lujan
362.  Beheermaatschappij Riksen BV
363.  Beig Midco Limited
364.  Beig Pikco Limited
365.  Bel Air Investment Advisors LLC
366.  Bellair Development Group S.A.
367.  Belmont Holdings Corp.
368.  Benito Vazquez Fernandez
369.  Bernd Werneyer
370.  Bernhard Koenner
371.  Berry Plastics Corporation
372.  Beryl Finance Limited
373.  Beryl Finance Limited, Series 2005-10
374.  Beryl Finance Limited, Series 2005-12
375.  Beryl Finance Limited, Series 2005-15
376.  Best Buy
377.  Best Karpet
378.  BG Energy Merchants LLC
379.  BHCO Master
380.  BHF-Bank Aktiengesellschaft
381.  BHM Exit Financing Facility
382.  BHM Exit Term Loan
383.  BHM Technologies, LLC
384.  Billie Chadwick
385.  BIM

386. BIM Torino
387. BIM Vita S.p.A.
388. Binder Trust Limited
389. Binding Company, Inc.
390. Biogen Iden Inc.
391. Biomet, Inc.
392. BKS Claims LLC
393. BKW FMB Energie SA
394. Black Lion Beverages III B.V.
395. Black River Asia Fund Ltd.
396. Black River Commodity Energy Fund LLC
397. Black River Commodity Fund Ltd.
398. Black River Commodity Select Fund Ltd.
399. Black River Convertible Bonds and Derivatives Fund
400. Black River EMCO Master Fund Ltd.
401. Black River Emerging Markets Credit Fund Ltd.
402. Black River Emerging Markets Fixed Income Fund Ltd.
403. Black River Fixed Income Relative Value Fund Ltd.
404. Black River Global Credit Fund Ltd.
405. Black River Global Equity Fund Ltd.
406. Black River Global Investments Fund Ltd.
407. Black River Municipal Fund Ltd.
408. BlackRock
409. Blackrock Financial Management
410. Blackstone / Blackstone Capital Partners V L.P.
411. Block Financial Corporation
412. Bloomberg Finance L.P. and its affiliates
413. Bloomberg L.P. and its affiliates
414. BLT 39 LLC
415. Blue Angel Claims, LLC
416. Blue Bridge Holdings Limited
417. Blue Chip Multi-Strategy Master Fund, L.P.
418. Blue Heron Micro Opportunities Fund, LLP
419. BlueBay (Masters) Fund II Limited
420. BlueBay Asset Management PLC
421. BlueMountain Capital Management LLC
422. BlueMountain Credit Alternatives Master Fund L.P.
423. BlueMountain Equity Alternatives Master Fund L.P.
424. BlueMountain Timberline Ltd.
425. BMO Capital Markets Corp.
426. BMO Nesbitt Burns, Inc
427. BNC Mortgage Loan Trust
428. BNP Paribas Sucursal en Espana P.P.
429. BNY Capital Markets, Inc.
430. BNY Corporate Trustee Services Ltd.
431. Board of Education of the City of Chicago
432. Boardwalk Pipelines, LP
433. BOC Energy Services, Inc. n/k/a Linde Energy Services, Inc.
434. Boilermakers-Blacksmith National Pension Trust
435. Bondwave LLC

436. Bonten Media Group, Inc.
437. Booz Allen Hamilton Inc.
438. Bortstein Legal LLC
439. Boston Generating, LLC
440. Bottazzi Guiseppe
441. Bouef Limited
442. Boultbee (Helsinki) AB
443. Boultbee (Vasteras) AB
444. Boussard & Gavaudan Fund PLC
445. BP Canada
446. BP Capital Energy Equity Fund Master II, L.P.
447. BP Capital Energy Equity Fund, L.P.
448. BP Capital Energy Equity International Holdings I
449. BP Capital Energy Fund LP
450. BP Energy
451. BP Gas Marketing Limited
452. BP North America
453. BPC Holding Corporation (f/k/a BPC Acquisition Corp.)
454. Brahman C.P.F. Partners, LP
455. Brahman Investments I
456. BRE Bank S.A.
457. BreitBurn Operating L.P.
458. Bremer Financial Corporation
459. Bremer Financial Corporation A-3
460. Bremer Landesbank Kreditanstalt Oldenburg-Gorzentrale-Domshof 26
461. Brent D. Boger
462. Brian Chomas Kelleher
463. Brian Ellis
464. Brian Monahan
465. Brickman Group
466. Brickman Group Holdings, Inc.
467. Bridgepont International Inc.
468. Brigadier Capital Master Fund, Ltd.
469. Brigatta von Wendorr
470. British Airways Plc
471. British Airways PLC
472. British Sky Broadcasting Group plc
473. Broadridge Processing Solutions, Inc.
474. Brockton Contributory Retirement System
475. Brookdale Senior Living
476. Brookfield Properties One WFC Co. LLC
477. Brooks Family Partnership, LLC
478. Brownstein Hyatt Farber Schreck, LLP
479. Bruce J. Zabarauskas
480. Bruce R. Bent
481. Bruce Witherell
482. Bryan Borum
483. Bryant University
484. BTR Global Opportunity Trading Limited

485. Buckeye Partners, L.P.
486. Buffets, Inc.
487. Building Materials - Wells
488. Buildings Materials Holdings
489. Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin)
490. Bundesverband deutscher Banken e.V.
491. Bunge SA
492. Burger King Corporation
493. Burleson, ISD
494. Business Objects Americas
495. C.M. Tennant
496. C.V.I. G.V.F. (Lux) Master S.a.r.l.
497. Cableuropa S.A.U.
498. Cablevision Systems Corp.
499. Cabrera Capital Markets, LLC
500. Cadwalader, Wickersham & Taft LLP
501. Cairanti Graziera
502. Caisse D'Epargne et de Prevoyance de Midi-Pyrenees
503. Caisse De Depot et Placement du Quebec
504. Caixa Geral De Depositos, S.A.
505. Caja de Ahorros de Vigo
506. Caja de Ahorros y Monte de Piedad de Madrid
507. Caja de Castilla la Mancha Vida y Pensiones S.A. de Seguros y Reaseruros
508. Caja De Credito De Los Ingenieros, SCC
509. Calabri Elena
510. California Department of Water Resources
511. California Ind. Systems Operator Corp.
512. California Public Employees Retirement System
513. California Winery Worker's Pension Trust Fund
514. Calyon
515. Calyon Securities
516. Cammell Laird Holdings Plc
517. Campbell Soup Company
518. Canadian Imperial Bank
519. Canpartners Investments IV, LLC
520. Cantab Capital Partners LLP
521. Cantor Fitzgerald Securities
522. Canyon Value Realization Mac 18 Ltd
523. Cap Gemini Financial Services USA, Inc
524. Capital Automotive L.P.
525. Capital IQ, Inc.
526. Capital One, N.A.
527. Capmark Financial Group Inc.
528. CapStar Copley LLC
529. Capula Global Relative Value Master Fund Limited
530. Carbone S.A.R.L.
531. Caribe Media Inc.
532. Carimonte Holdings S.p.A.
533. Carlos Manala

534. Carlos Quintero Abella
535. Carlsberg Breweries
536. Carlton Communications Ltd.
537. Carlton Willard
538. Carly Galiger
539. Carlyle Credit Partners Master Fund
540. Carlyle High Yield Partners IX, Ltd.
541. Carlyle Loan Investment
542. Carmignac Gestion
543. Carnegie Bank A/S
544. Carol Braunwarth
545. Carolyn J. Bessler
546. Carrollton-Farmers Branch Independent School District
547. Carval Investors UK Limited
548. Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja
549. CASAM ADI CD Arbitrage Fund Limited
550. Casam Adi Cd Arbitrage Fund Limited
551. Cascade Investment LLC
552. Casema Mezzanine
553. Casema/Euribor
554. Caspian Alpha Long Credit Fund, L.P.
555. Caspian Capital Partners, L.P.
556. Caspian Corporate Loan Fund, LLC
557. Caspian Select Credit Master Fund, Ltd.
558. Cassa Di Risparmio Della Repubblica Di San Marino
559. Cassa di Risparmio di Parma e Piacenza
560. Cassa di Risparmio di Ravenna S.p.A.
561. Cassa Di Risparmio Di Saluzzo SPA
562. Castex Energy 1995, L.P.
563. Cat Brokerage AG
564. CAT Brokerage AG
565. Cathay United Bank
566. Cattolica Assicurazioni S.p.A.
567. Cavalier Telephone
568. CB Richard Ellis, Inc.
569. CBI Italian Receivables
570. CBI-Italian NPL
571. CBR Textile GMBH
572. CBS Corp.
573. CBW LLC
574. CC Arbitrage, Ltd.
575. CCMP Acquisition
576. CCP Credit Acquisition Holdings, LLC
577. CD Representative, L.C.
578. CDC IXIS Financial Guaranty Services Inc.
579. CDW Corporation
580. CEAGO ABS CDO 2007-1, LLC
581. CEAGO ABS CDO 2007-1, Ltd.
582. Cebridge 2nd Lien PIK

583. Cedar Fair
584. Cedar Hill Capital Partners Master Fund, L.P.
585. Cedar Hill Capital Partners Offshore, Ltd.
586. Cedar Hill Capital Partners Onshore, L.P.
587. Cede & Co.
588. CEI/Kensington Ltd.
589. Cellcap Securities Limited
590. Centennial Cellular Corp.
591. Centennial Communications Corp.
592. Center Energy Resources Corp.
593. Centerbridge Credit Partners LP
594. Centerbridge Credit Partners Master LP
595. Centerbridge Special Credit Partners, L.P.
596. Centerpoint Energy Resource
597. Centra Park, LLC
598. Central CATV Inc.
599. Central European Industrial Development Company
600. Central European Media Enterprises Ltd.
601. Central Illinois Light Company
602. Central Illinois Public Service Company
603. Centurytel, Inc.
604. Cenveo Corporation
605. Cequel Comm
606. Ceradyne, Inc.
607. Cereita Lawrence
608. Cessna
609. CFIP Fund
610. CFS Holding NV
611. Chadbourne & Parke LLP
612. Chadwick W. Cook
613. Chan Ming Fung
614. Chan Sing Cheung
615. Charise Carroll
616. Charles River School (The)
617. Charles Schwab & Co., Inc.
618. Chart Industries, Inc.
619. Charter Communications
620. Chau Kam Man
621. Chauny S.A.
622. Chequer Finance 1 S.A.
623. Chequer Finance 2 S.A.
624. Chequer Finance 3 S.A.
625. Chesapeake Appalachia, L.L.C.
626. Chesapeake Energy Corp.
627. Cheung Kam Mee Camy
628. Chevron Natural Gas
629. Cheyne Fund L.P.
630. Cheyne Leverage Fund L.P.

631.   Chiang Wai Man Vivian
632.   Chiba Bank, Ltd.
633.   Chicago Board Options Exchange, Incorporated
634.   Chicago Mercantile Exchange
635.   Chinatrust Commercial Bank, et al.
636.   Chinfon Commercial Bank
637.   Choctaw Investors B.V.
638.   Chorion (Project Planet) PIK
639.   Chris C. Bobell
640.   Chris or Nancy Stovic
641.   Chris Stovic
642.   Christian Fichtl
643.   Christiane Sickmueller
644.   Christina Schowalter
645.   Christine Coleman
646.   Chui Fung Ming Sandra
647.   Chun IP
648.   Chun Ip
649.   Chuo Mitsui Trust And Banking Co.
650.   CIBC Wolrd Markets Inc.
651.   CIFG
652.   CIFG Services, Inc.
653.   Cilcorp Inc.
654.   Cinemark USA, Inc. A-4
655.   CineMedia LC
656.   Cisco Systems Capital Corporation
657.   Cisco Systems, Inc.
658.   CIT Group (Master)
659.   Citadel Equity Fund, Ltd.
660.   Citibank Belgium S.A.
661.   Citibank Europe plc
662.   Citibank International PLC
663.   Citibank, NA
664.   Citic International Financial Holdings
665.   Citigroup Global Market Limited
666.   Citigroup, Inc.
667.   Citrus Corporation
668.   City of Auburn
669.   City of Burbank
670.   City of Chicago, IL
671.   City of Cleveland, OH
672.   City of Edinburgh Council as Administrating Authority of the Lothian Pension Fund
673.   City Of Farmers Branch
674.   City of Fremont
675.   City of Milwaukee, Wisconsin
676.   City of San Buenaventura
677.   City of South San Francisco
678.   City of Tuolumne
679.   City View Plaza, S.E.

680.    CKX Inc.
681.    Claire's Stores, Inc.
682.    Clayton Commercial Corporation
683.    Clearwater Capital Partners
684.    Cleveland Barrett
685.    Clifford Chance US LLP
686.    Clifford Kraus
687.    Clio European CLO B.V.
688.    Clondalkin Acquisition B.V.
689.    Clyde C. Crockett
690.    CME Group Inc.
691.    CNP Assurances
692.    CNX Gas Co.
693.    Coast Electric Power Association
694.    Coblentz, Patch, Duffy & Bass LLP
695.    Coditel Sarl
696.    Cognizant Technology Solutions
697.    Colfax Corporation
698.    Collins & Aikman Products
699.    Collins Building Services, Inc.
700.    Collins Steward (CL) Ltd.
701.    Colombo DeAgazio
702.    Colonial Realty Limited Partnership
703.    Commerzbank A.G.
704.    Commerzbank A.G. (New York and Grand Cayman Branches)
705.    Commerzbank Capital Markets Corp.
706.    Commonwealth Bank of Australia
707.    Community Health System
708.    Community Trust Bancorp Inc.
709.    Compagnia Italiana Rischi Aziendali Societa per Azioni
710.    Compagnie Financiere Tradition SA
711.    Company I Ameren Resources Gen Co
712.    Compass Bank
713.    Computer Financial Consultants Inc.
714.    Comunitas Vorsorgestiftung
715.    Concord Development Properties Ltd.
716.    Concordia Mac 29 Ltd
717.    Conduit Capital Markets Ltd.
718.    Confederacion Espanola de Cajas de Ahorros
719.    Conocophillips
720.    Conseco Inc.
721.    Conseco Life Insurance Company
722.    Consolidated Container Company LLC
723.    Constellation Capital Management LLC
724.    Constellation Energy Group, Inc.
725.    Constellation PL
726.    Continental AG I Continental
727.    Continental Airlines, Inc.
728.    Contrarian Capital Management, LLC

729. Contrarian Funds, LLC
730. Convenience Food System
731. Converteam
732. Cooperative Centrale Raiffeisen-Boerenleenbank, B.A.
733. Cooper-Standard Automotive Inc.
734. Core Laboratories, LP
735. Corporate Credit (Europe) S.A.
736. Corporation Trust Company
737. Corrections Corporation of America
738. CorrectNet, Inc.
739. CortalConsors SA, German Branch
740. Cortefiel, S.A.
741. Corus Bank, N.A.
742. Coscan Construction, LLC
743. Costello Maione Schuch Inc.
744. Coughlin Stoia Geller Rudman & Robbins, LLP
745. Counsel To Australia And New Zealand Banking
746. Countrywide Home Loans
747. County of Monterey (CA)
748. County of San Mateo (CA)
749. County of Ventura
750. County of Westchester
751. Covanta Energy Corporation
752. Coventry Health Care, Inc.
753. Coviden Inti
754. Cox Communications, Inc.
755. Cox Enterprises, Inc.
756. Cox Radio, Inc.
757. CPQ Midco II Corporation
758. CRA Rogerscasey, LLC
759. Credican, C.A.
760. Credit Agricole
761. Credit Mutuel Arkea
762. Credit Suisse
763. Credit Suisse Credit Strategies Liquidating Trust
764. Credit Suisse Credit Strategies Master Fund, Ltd.
765. Credit Suisse International
766. Credit Suisse Loan Funding LLC
767. Credit Suisse Securities (USA) LLC
768. Credito Emiliano S.p.A.
769. Credito Privato Commerciale S.A.
770. Crescent I, LP
771. CRJ 200 Whole Loan
772. CROSSMAR, Inc.
773. Crossmark Investment Advisers, LP
774. Crossroads Investment Advisors
775. Crown Americas, Inc.
776. Crown Castle
777. CRS Fund, Ltd.

778. CSC Holdings
779. CSG Systems International, Inc.
780. CSS, LLC
781. CT Corporation
782. CT Corporation, a Wolters Kluwer Business
783. Cura Fixed Fund
784. Cura Fixed Income Master Arbitrage
785. Currenex
786. Curtis Ware
787. Customer Asset Protection
788. CWABS Asset Backed Certificates Trust 2006-BC2
789. CWABS Asset Backed Certificates Trust 2006-SD4
790. CWALT, Inc. Alternative Loan Trust 2007-OH2
791. CWT Senior
792. CyberAgent FX, Inc.
793. Cynthia Swabsin
794. Cyrus Capital Partners, L.P.
795. Cyrus Europe Master Fund Ltd.
796. Cyrus Opportunities Master Fund II, Ltd.
797. Cyrus Opportunities Master Fund II, Ltd.
798. D.E. Shaw Composite Portfolios, LLC
799. D.E. Shaw Dihedral Portfolios, L.L.C.
800. D.E. Shaw Oculus Portfolios, LLC
801. DAB Bank AG
802. Dae Aviation Holdings, Inc.
803. Daiwa Securities Capital Markets Co. Ltd.
804. Dale Suder
805. Dallas County
806. Dan Ianello
807. Dan Yoram Schwarzmann
808. Dana Holding Corporation
809. Danaher Corporation
810. Daniel Clute
811. Daniel J. Ebbert
812. Daniel R. Hager
813. Danish Holdco
814. Danny Kirk
815. Danske Bank A/S
816. Darby Financial Products
817. Darden Restaurants Inc.
818. Data Down Link Corporation
819. Dav-el Reservations
820. David A. Rosenfeld
821. David C. Cimo
822. David C. Walton
823. David H. Arlington Oil and Gas, Inc.
824. David J. Brooks
825. David Lerner
826. David Younger

827. Davidson Kempner Distressed Opportunities Fund, LP
828. Davidson Kempner Distressed Opportunities International, Ltd.
829. Davidson Kempner Institutional Partners, L.P.
830. Davidson Kempner International, Ltd.
831. Davidson Kempner Partners
832. Davin J. Noto
833. Davy Darren
834. Dayco
835. DBP NPLS
836. DCFS Trust
837. DCI Umbrella Fund PLC
838. De Lochtenberg Beheer BV
839. Debitel (Netherlands) Holding B.V.
840. Deep Sagar
841. Deer Park Road Corporation
842. Deere & Company
843. Deerfield Capital LLC
844. Deerfield Relative Value Ltd.
845. Del Mar Master Fund Ltd.
846. Del Monte Corporation
847. Delaware Management Holdings, Inc.
848. Delaware Port River Authority
849. Delek Benelux B.V.
850. Delek Luxembourg Holding Sarl
851. Delek US Holdings Inc.
852. Dell Global B.V.
853. Dell Marketing L.P.
854. De'Longhi Capital Services S.R.L.
855. Delphi
856. Delta Airlines A-5
857. Delta Airlines, Inc.
858. Delta Coves Venture, LLC
859. Delta Lloyd Bank NV
860. Demann
861. Denver Public Schools Retirement System
862. Department of Labor and Industries
863. DEPFA Bank PLC
864. Desdner Kleinwort Group Holdings LLC
865. Deustche Bank Securities Inc.
866. Deutsche Bank AG
867. Deutsche Bank AG (London Branch)
868. Deutsche Bank National Trust Company
869. Deutsche Bank SA/NV
870. Deutsche Bank Trust Company Americas
871. Deutsche Borse AG
872. Deutsche Hypothekenbank (Actien Gesellschaft)
873. Deutsche Pfandbriefbank AG
874. Deutsche Postbank AG
875. Deutsche Telekom AG
876. Deutscher Sparkassen Und Giroverband (The)

877. Developers Research, Inc.
878. Dexia Banque Belgique S.A.
879. Dexia Banque Internationale a Luxembourg S.A.
880. Dexia Belgique
881. Dexia Credit Local
882. Dexia Deutschland
883. Dexia Kommunalbank Deutschland AG
884. Dexia Local
885. Dexia Luxembourg
886. DG3 Holdings LLC
887. DHS Drilling Company
888. Dhyan Appachu
889. Di Gioia Fabrizio
890. Diageo Finance PLC
891. Diakon Lutheran Social Ministries
892. Diamond Notch Opportunities Master Fund Ltd.
893. Dido Erste Vermoegensverwaltun GS
894. Diener Investments, LP
895. Dietmar Reinartz
896. Digicel International Finance Limited
897. Dinero Active I Fondo de Inversion
898. Ding Xiafen
899. Direct Energy Business LLC
900. Direct Energy LLC
901. Discover Financial Services
902. Diversified Asian Strategies Fund
903. Diversified Credit Investments LLC as agent for the Government of Singapore    Investment Corporation PTE, LTD.
904. Diversified European Credit S.A.
905. Diversified Financials Europe S.A.
906. Diversified Software Systems, Inc.
907. Division of Taxation for Corporation Tax (State of Rhode Island and Providence  Plantations)
908. Division Water
909. DK Acquisition Partners
910. DMR Structured Arbitrage Master Fund Ltd.
911. DNB Nor Bank Asa
912. Doeke C. Faber
913. Dollar General Corporation
914. Dominion Resources Inc.
915. Domtar Inc.
916. Don Engel
917. Don Wing Liang
918. Donald L. Boyd
919. Donald Tang
920. Donatella Pautasso
921. Donna Galiger
922. Doppenberg A.F.J.
923. Dovenmuehle Mortgage Inc.
924. Dow Corning Corporation

925. Dow Jones & Company, Inc.
926. Dr. Monika Thuermer-Grant
927. Drake Management LLC
928. Drawbridge Global Macro Commodities Ltd.
929. Dresdner Bank (Switzerland) Ltd.
930. Dresdner Bank A.G.
931. Dresdner Kleinwort Group Goldings LLC
932. Dresser, Inc.
933. DRRT FBO HANSAINVEST Hanseatische Investment GmbH
934. Dubai International Capital LLC
935. Duff & Phelps
936. Duke Corporate Education
937. Duke Energy Ohio, Inc.
938. Dun & Bradstreet
939. Duncan Energy Parnters L.P.
940. Duomo Unione Assicurazioni Societa per Azioni
941. DuPont Capital Management
942. Duquesne Light
943. Dynegy Holdings, Inc.
944. Dynergy Power Marketing, Inc.
945. DZ Financial Markets LLC
946. DZ Privatbank (Schweiz) AG
947. E*TRADE Bank
948. E. Schuddeboom
949. E.On AG
950. EAC Partners Master Fund, Ltd.
951. Eagle Rock Energy Partners, L.P.
952. Easdaq N.V. (Artur Fischer)
953. East 46th Borrower LLC
954. Easton Investments II
955. Eaton Corporation
956. Ebay Inc.
957. Eckart W. Schmidt
958. ECP International S.A.
959. Edam Acquisition Holdings B.V.
960. Edgen Murray
961. Edison International
962. Edison Mission Energy
963. Edmond Reymen
964. Edmondo Bosco
965. Edscha A.G.
966. Educational Management Corp.
967. Edvard-Ragnar Fackner
968. Edward D. Jones & Co., LP
969. Edward Grieb
970. Edward Jones
971. Edwin D. Thomas
972. EF Securities LLC
973. EFG Bank AG

974.    EHMD, LLC
975.    Eitan Lavie, Adv.
976.    El Paso Corporation
977.    El Paso Pipeline Partners
978.    Electrabel
979.    Electrabel S.A.
980.    Electricite de France
981.    Elektrizitats-Gesellschaft Laufenburg AG
982.    Element Capital Master Fund Limited
983.    Eletrabel n.v./s.a.
984.    Eleuterio Gonzalez Alvarez
985.    Elizabeth Colon Lopez
986.    Elizabeth DiLiegghio
987.    Elizabeth Rodriguez-Colon
988.    Elizabeth Yee
989.    Ellington Credit Fund, Ltd.
990.    Ellington Emerging Markets Fund, Ltd.
991.    Ellington Mortgage Fund S/C, Ltd.
992.    Ellington Mortgage Partners, LP
993.    Ellington Overseas Partners, Ltd.
994.    Ellington Special Opportunities Ltd.
995.    Elliot International L.P.
996.    Elliot Management Corporation
997.    Elliott Associates, L.P.
998.    Elliott International L.P.
999.    Ellsworth Partners, L.L.C.
1000.   EM Opportunities Bond Fund, Inc.
1001.   Emad Morrar
1002.   Embarcadero Aircraft Securitization Trust
1003.   EMBS, Inc.
1004.   EMC Corporation
1005.   EMI Entertainment World, Inc.
1006.   Emigrant Bank
1007.   Emilio Izquierdo Jimenez
1008.   Emirates National Oil Company
1009.   Empire State Carpenter Pension Plan
1010.   Empiricurve Fund Limited
1011.   Enbridge (U.S.) Inc.
1012.   Enbridge Energy Partners
1013.   EnBW Trading GmbH
1014.   Encana Corp.
1015.   Encana Oil and Gas
1016.   Endemol Mezz
1017.   Endemol Sen
1018.   Enel SPA
1019.   Energy Income and Growth Fund
1020.   EnergyCo Marketing and Trading
1021.   EnergyCo, LLC
1022.   E-NET Corporation

1023.  Engineers-Employers Construction Industry Retirement Trust/Saginaw Police & Fire      Pension Board
1024.  eni S.p.A. (f/k/a Societa Finanziaria Eni S.p.A.)
1025.  Enron Corp.
1026.  Ente Nazionale di Previdenza ed Assistenza
1027.  Entegra Holdings LLC
1028.  Entegra TC LLC
1029.  Entergy Corp.
1030.  Enterprise GP Holdings L.P.
1031.  Enterprise Products LLC
1032.  Enterprise Products Operating L.P.
1033.  Envirosolutions Real Property Holdings, Inc.
1034.  EPCO Holdings
1035.  EPSV Araba Eta Gasteizko Aurreski Kutxa III
1036.  EPSV Araba Eta Gasteizko Aurreski Kutxa IV
1037.  Equitable Resources, Inc.
1038.  Ercan Eren
1039.  Eric and Margaret Mace-Tessler
1040.  Eric C. Giles
1041.  Eric Giles
1042.  Eric Kok
1043.  ERP Operating Limited Partnership
1044.  Esca Co., Ltd.
1045.  Escaline S.a.r.l.
1046.  E-Source, Inc.
1047.  Espin & Alter, LLP
1048.  Essex Equity Holdings USA, LLC
1049.  Estate of Edwin Jacobson
1050.  Esteban Gonzalez Gasch
1051.  Esteban Hijos Raubert
1052.  Etihad Airways
1053.  Eugene Greene
1054.  Eurohypo AG, New York Branch
1055.  Euromix Sicav, SA
1056.  European Bank For Reconstruction
1057.  European Credit (Luxembourg) S.A.
1058.  European Credit Fund SICAV
1059.  European Credit Management Limited
1060.  Eurosai Finanziaria Partecipazioni S.r.l.
1061.  Eurovita Assicurazioni S.P.A.
1062.  Eva Schabmueller
1063.  Evelyn Clair
1064.  Evelyn I. Wheeler
1065.  Everest Capial Asia Fund, L.P.
1066.  Everest Capial Emerging Markets Fund, L.P.
1067.  Evergreen Core Bond Trust
1068.  Evergreen High Income Fund
1069.  Evergreen Income Advantage Fund
1070.  Evergreen Intermediate Bond Trust
1071.  Evergreen Investment Management Company, LLC

1072.    Evergreen Long Duration Trust
1073.    Evergreen Multi-Sector Income Fund
1074.    Evergreen Select high Yield Bond Trust
1075.    Evergreen Solar, Inc.
1076.    Evergreen, Et. Al
1077.    EXCO Operating Company, LP
1078.    Exco Partners Operating Partnership L.P.
1079.    Exco Resources Inc.
1080.    Executive Fliteways, Inc.
1081.    Exegy Incorporated
1082.    Export Development Canada
1083.    Express Energy Services Holding, LP
1084.    Extendicare Health Services Inc.
1085.    Exterran Holdings, Inc.
1086.    EXUM RIDGE CBO 2006-1
1087.    EXUM RIDGE CBO 2006-2
1088.    EXUM RIDGE CBO 2006-4
1089.    EXUM RIDGE CBO 2006-5
1090.    EXUM RIDGE CBO 2007-1
1091.    EXUM RIDGE CBO 2007-2
1092.    EZE Castle
1093.    FA Sub 3 Limited
1094.    Fabio Castrovillari
1095.    Fabio Liotti
1096.    Factiva Limited
1097.    Factiva, Inc.
1098.    Fadesa Inmobiliaria, S.A.
1099.    Faegre & Benson
1100.    Fairfax Financial Holdings Limited
1101.    Fairpoint Communications, Inc.
1102.    Fairway Fund Limited
1103.    Falcon Senior
1104.    Fannie Mae
1105.    Far Eastern International Bank
1106.    Farallon Capital Institutional Partners II, L.P.
1107.    Farallon Capital Institutional Partners III, L.P.
1108.    Farallon Capital Institutional Partners, L.P.
1109.    Farallon Capital Offshore Investors II, Inc.
1110.    Farallon Capital Offshore Investors III, Inc.
1111.    Farallon Capital Partners, L.P.
1112.    Fatima Butt
1113.    FBN Securities, Inc.
1114.    FCAR
1115.    FCDB LBU 2009 LLC
1116.    FCDB LBU LLC
1117.    FCOMA LBU LLC
1118.    FCP Groupama Dynamisme
1119.    FCP Groupama Equilibre
1120.    Federal Deposit Insurance Corporation, as Receiver of Westernbank Puerto Rico
1121.    Federal Express Corporation

1122.   Federal Home Loan Bank of Atlanta
1123.   Federal Home Loan Bank of Boston
1124.   Federal Home Loan Bank of New York
1125.   Federal Home Loan Bank Of Pittsburgh
1126.   Federal Home Loan Mortgage Corp
1127.   Federal National Mortgage Association
1128.   Federal Reserve Bank of New York
1129.   Federazione Italiana del Consorzi Agrari S.r.l.
1130.   Federconsorzi
1131.   Fenway Capital, LLC
1132.   Fenway Funding, LLC
1133.   Fernando Alaix Idoate
1134.   Fernando Veiga
1135.   Ferretti
1136.   FH Emerging Markets Debt Fund L.P.
1137.   Fidelity Balanced Fund
1138.   Fidelity Capital Markets Services A-6
1139.   Fidelity Investments
1140.   Field Point IV S.a.r.l.
1141.   Fifth Third Bank, N.A.
1142.   Financial Security Assurance
1143.   Financiere Daunou
1144.   Financiers CVT
1145.   Finartex
1146.   Findomestic Banca S.P.A.
1147.   Finlandia Group plc
1148.   Finmaser Diversifacin S.L.
1149.   Finmeccanica Finance SA
1150.   FINOVA Loan Administration
1151.   Fir Tree Capital Opportunity Master Fund, L.P.
1152.   Fir Tree Value Master Fund, L.P.
1153.   Fire & Police Pension of Colorado
1154.   Firma Modena Financing S.A.
1155.   First Chemical Holding
1156.   First Chemical Mexxanine
1157.   First Chemical Senior
1158.   First Choice Power, LP
1159.   First Commercial Bank Co., Ltd. New York Agency
1160.   First Data Corporation
1161.   First Franklin Mortgage Lona Trust 2006-FFA
1162.   First International Bank of Israel, Ltd.
1163.   First Trust Advisors L.P.
1164.   First Trust Portfolios L.P.
1165.   FirstBank Puerto Rico
1166.   FirstEnergy Corp
1167.   Firth Rixson Mezz
1168.   FKA Countrywide Home Loans Servicing LP
1169.   Flavia Schuster
1170.   Flextronics International Ltd

1171. Florida Gas Transmission Company, LLC
1172. Florida Power & Light Company
1173. Florida State Board of Administration
1174. FOLIOfn Investment, Inc.
1175. Fonalava Fondo de Inversion
1176. Fondazione Cassa di Risparmio di Imola, c/o Sciume & Associati
1177. Fondazione Cassa di Risparmio di Padova e Rovigo
1178. Fondazione Cassa Risparmio della Spezia
1179. Fondazione Enasarco
1180. Fondiaria
1181. Fondo Latinoamericano De Reservas
1182. Fondo Pensione Per Il Personale Della Banca Di Roma
1183. Fonds Commun De Placement Tait Bout Obligations ET
1184. Ford Motor Company
1185. Ford Motor Credit
1186. Forest City Capital Corporation
1187. Forest Hills Trading Ltd. c/o Curacao Int. Trust
1188. Forest Holdings Inc.
1189. Fortis Group
1190. Fortress Investment Group LLC
1191. FPB Bank, Inc.
1192. FPCM Inflation-Linked Opportunities Fund Limited
1193. FPL Group Capital Inc.
1194. FR Acquisitions Corporation (Europe) Limited
1195. Fran DeLaura
1196. Francisco Coca Vano
1197. Francisco Perez
1198. Frank Smejkal
1199. Franklin American Mortgage Company
1200. Franklin Lincoln National Corporation
1201. Fred Hutchinson Cancer Research Center
1202. Fred Telling
1203. Frederic Verhoeven, Trustee for Lehman Brothers Treasury Co. B.V.
1204. Freenet
1205. Freescale Semiconductor, Inc.
1206. Fresenius Medical Holdings Inc.
1207. Freshfields Bruckhaus Deringer US LLP
1208. Frictionless Commerce, Inc.
1209. Friedman, Billings, Ramsey & Group, Inc.
1210. Friendship Village of West County Inc.
1211. Fritz Fickenscher
1212. Front Capital Ltd.
1213. Frontier Drilling
1214. Frost & Sullivan
1215. Fubon Insurance Co.
1216. Fubon Securities Co.
1217. Fuji Shinkin Bank
1218. Fuji Shinkin Bank
1219. Fulton Bank

1220. Fusion Funding Limited
1221. Fusion Funding Luxembourg, S.A.R.L.
1222. Futanami Securities Co., Ltd.
1223. Future Industry Assocation (FIA)
1224. FX Alliance LLC
1225. FXCM Holdings, LLC
1226. G.J. Cleijpool
1227. Gables Marquis
1228. Gabriele Stahl
1229. Gala
1230. Gala Group Finance Limited
1231. Gala Mezz
1232. Galileo Fund Limited
1233. Galleon Buccaneer's Offshore LTD
1234. Gallery QMS Master Fund Ltd.
1235. Galliard Capital Management
1236. Gaming Invest Sarl
1237. Garadex, Inc.
1238. Gartner UK Limited
1239. Gartner, Inc.
1240. Gaselys
1241. Gaston Christian School, Inc.
1242. Gate Gourmet
1243. G-BNWE Aircraft Pty Ltd
1244. G-BNWF Aircraft Pty Ltd
1245. G-BNWG Aircraft Pty Ltd
1246. G-BNWJ Aircraft Pty Ltd
1247. G-BNWK Aircraft Pty Ltd
1248. G-BNWK Aircraft Pty Ltd.
1249. G-BNWL Aircraft Pty Ltd
1250. G-BNWS Aircraft Pty Ltd
1251. G-BNWT Aircraft Pty Ltd
1252. GE Capital Information Technology
1253. GE Capital Information Technology Solutions, Inc. DB/A Ikon Financial Services
1254. GE Corporate Financial Services, Inc.
1255. Gemstone CDO VI Corp
1256. Gemstone CDO VI Ltd
1257. GenenTech, Inc.
1258. General Electric Capital Corp
1259. General Helicopters International LLC
1260. General Mills, Inc.
1261. General Nutrition Centers, Inc.
1262. Genovese Joblove & Battista, P.A.
1263. Gensler Architecture, Design And Planning, P.C.
1264. Gentiva Health Services, Inc.
1265. Genworth Financial, Inc.
1266. Genworth Life Insurance Company (f/k/a General Electric Capital
       Assurance Corporation)

1267. Geode Capital Master Fund Ltd.
1268. Georg Degelmann
1269. George E. Di Russo
1270. George Kleinman
1271. Georgetown University
1272. Georgia Gulf
1273. Georgia Pacific Corporation
1274. Georgia-Pacific Expansion S.A.S
1275. Georgios P. Ereiliadis
1276. Geraldine Ponto
1277. Gerard Galiger
1278. Gerd Meyer
1279. German Association of Savings Banks
1280. Gertrud Styra
1281. Gesconsult S.A. SG LLC
1282. GFA I LLC
1283. GFI Securities, Ltd.
1284. GHB Karnten AG
1285. Giants Stadium LLC
1286. Gibson Dunn & Crutcher LLP
1287. Gilbert Amster
1288. Gilmartin, Poster & Shafto LLP
1289. Ginn Clubs
1290. Giorgio Marinelli
1291. Girobank N.V.
1292. Gisela Schultz
1293. Givaudan S.A.
1294. GL Trade
1295. Glen A. Blaze
1296. Glencore Commodities Ltd.
1297. Glencore Energy UK Ltd.
1298. Glenn A. Blaze
1299. Glenn A. Bostic
1300. GLG Market Neutral Fund
1301. GLG Partners LP
1302. Global Cash Access, Inc.
1303. Global Credit Hedge Fund
1304. Global Opportunity Master Fund, Ltd.
1305. Global Thematic
1306. Global Thematic Opportunities Fund LP
1307. Globe Pub Management Limited
1308. Gloria K. Berkwits
1309. GM Canada Foreign Trust
1310. GMAC LLC
1311. GMAC Mortgage, LLC
1312. GMAC Residential Capital
1313. GMAC-IM
1314. GMAM Investment Funds Trust
1315. GMBH
1316. GN3 SIP Ltd.

1317.   Godiva Chocolatier, Inc.
1318.   GoldenTree Distressed Debt Fund LP
1319.   GoldenTree Distressed Debt Master Fund, LP
1320.   GoldenTree European Select Opportunities Master Fund, L.P.
1321.   GoldenTree High Yield Master Fund Ltd.
1322.   GoldenTree High Yield Value Fund Offshore (Strategic), Ltd.
1323.   GoldenTree Master Fund II, Ltd.
1324.   GoldenTree Master Fund, Ltd.
1325.   Goldman Sachs & Co.
1326.   Goldman Sachs (Asia) Finance
1327.   Goldman Sachs (Japan) Ltd.
1328.   Goldman Sachs Asset Management International,
1329.   Goldman Sachs Asset Management, L.P.
1330.   Goldman Sachs Bank USA
1331.   Goldman Sachs Credit Partners
1332.   Goldman Sachs International
1333.   Goldman Sachs International Bank, Seoul Branch
1334.   Goldman Sachs Japan Co. Ltd.
1335.   Goldman Sachs Lending Partners LLC
1336.   GoldTree Master Fund II Ltd.
1337.   GoldTree Master Fund Ltd.
1338.   Gomez Holdings, Inc.
1339.   Gong Cheng Hsiung
1340.   Good Steward Trading SPC
1341.   Gosford City Council
1342.   Government of Guam Retirement Fund
1343.   Government of Singapore
1344.   Grace Wang
1345.   Graham Packaging Company, L.P.
1346.   Graphic Packaging International Corp
1347.   Grassi Marco
1348.   Grayson Ventures Limited
1349.   Great Bay Condominium Owners Association
1350.   Great Lakes Dredge & Dock Corporation
1351.   Greektown Holdings LLC
1352.   Green Tree Servicing Inc.
1353.   Green Tree Servicing LLC
1354.   Green Valley Ranch Gaming LLC A-7
1355.   Greenbriar Minerals, LLC
1356.   Greenpoint Mortgage Funding Trust Series
1357.   Greenwich Insurance Company
1358.   Greg Georgas & Mark Grock
1359.   Greywolf Capital Management L.P.
1360.   Groupama Asset Management
1361.   Grover Younger
1362.   Grup Actinver
1363.   Grupo Financiero Bank of America
1364.   Grupo Iusacell
1365.   Gruss Arbitrage Master Fund, Ltd.
1366.   Gruss Global Investors Master Fund (Enhanced), Ltd.

1367.  GS European Performance Fund Limited
1368.  GS Investment Strategies, LLC
1369.  GSEF Al Nawras (Cayman) Limited
1370.  GSW Grundbesitz GmbH & Co. KG
1371.  GTAM Fund I, Ltd.
1372.  Gulf Stream – Sextant CLO 2006-1 Ltd.
1373.  Gulf Stream Asset Management
1374.  H3C Holdings Ltd
1375.  Hain Capital Group, LLC
1376.  Hain Capital Holdings, Ltd.
1377.  Hakone Fund II
1378.  Halbis Distressed Opportunity Master Fund Ltd.
1379.  Hale Avenue Borrower LLC
1380.  Halliburton Company
1381.  Hanger Orthopedic Group, Inc.
1382.  Hank's Living Trust
1383.  Hanna Shram
1384.  Hanover Moving & Storage Co. Inc
1385.  Hans Ruldof Wehrli
1386.  Hans-Deiter Olsberg
1387.  Hans-Juergen Tersteggen
1388.  Hanspeter Wittig
1389.  Harbert
1390.  Harbinger Capital Partners
1391.  Harbinger Capital Partners Special Situations Fund LP
1392.  Harbison Station Apts L.P.
1393.  HarbourView CDO III, Limited
1394.  Harold Shamah
1395.  Harpen Immobilien GmbH & Co. KG
1396.  Harrah's Operating Co. Inc.
1397.  Harris County
1398.  Harris Nesbit Corp.
1399.  Hartfield Fund Limited
1400.  Hawaiian Telcom Communications, Inc.
1401.  Hawaiian Telcom Holdco, Inc.
1402.  Hawaiian Telcom IP Service Delivery Investment, LLC
1403.  Hawaiian Telcom IP Service Delivery Research, LLC
1404.  Hawaiian Telcom IP Video Investment, LLC
1405.  Hawaiian Telcom IP Video Research, LLC
1406.  Hawaiian Telcom Services Company, Inc.
1407.  Hawaiian Telcom, Inc.
1408.  Hawker Beechcraft
1409.  Hayman Advisors
1410.  Hayman Capital Master Fudn, L.P.
1411.  HBK Investments LP
1412.  HBK Master Fund L.P.
1413.  HCA Inc.
1414.  HD Supply
1415.  He Ping

1416. Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois
1417. Health First, Inc.
1418. Heating Finance PLC
1419. Hebron Academy Incorporated
1420. Hegemon Fund I, LLC
1421. Heidi Alice Steger
1422. Heike Goetz
1423. Heinz Fiebiger
1424. Helena Gonzalez Gasch
1425. Hellman & Friedman
1426. Henegan Construction Co., Inc.
1427. Henry Schein, Inc.
1428. Herbert Sickmueller
1429. Herbst Gaming, Inc.
1430. Heritage Fields
1431. Hermes, Ltd.
1432. Hexion
1433. HFR Ed Select Fund IV Master Trust DTD 7/16/01
1434. Hickok Place, L.L.C.
1435. High Lodge
1436. Highbridge LD Acquisition LLC
1437. Highbridge Principal Strategies - Mezzanine Partners
1438. Highland Capital Management, L.P.
1439. Highland CDO Opportunity Master Fund, L.P.
1440. Highland Credit Opportunities CDO, L.P.
1441. Highland Credit Strategies Fund
1442. Highland Credit Strategies Master Fund, L.P.
1443. Highland Crusader Offshore Partners, L.P.
1444. Highland Floating Rate Advantage Fund
1445. Highland Floating Rate Fund
1446. Highmount Exploration & Production LLC
1447. Hilite German GMBH & Co. KG
1448. Hilliard Farber & Co. Inc.
1449. Hillside Apex Fund Limited
1450. Hirakata Shinkin Bank
1451. Hiroshima Bank, Ltd.
1452. HLH Partnership
1453. HMH Publishers LLC
1454. HMH Publishing Mezzanine Holdings Inc.
1455. Ho Kam Yuen
1456. Hodgson Russ LLP
1457. Hogan & Hartson LLP
1458. Holger Jackisch
1459. Holland & Knight LLP
1460. Home Loan Mortgage Corporation
1461. Hontai Life Insurance Co., Ltd.
1462. Hope Greenfield
1463. Horizon II International Limited
1464. Horizon Merger Corporation

1465.  Houghton Mifflin Harcourt Publishers Inc.
1466.  Howard Terry
1467.  Howard W. Tomlinson
1468.  HSBC Bank (Cayman) Limited, acting as trustee of Sub-Trust (A-H)
1469.  HSBC Bank PLC
1470.  HSBC Bank USA, N.A.
1471.  HSBC Finance Corporation
1472.  HSBC Realty Credit
1473.  HSBC Securities Japan Limited
1474.  HSH Nordbank AG, Luxembourg Branch
1475.  Hua An International Balanced Fund
1476.  Hudson CLO 3 B.V.
1477.  Hughes Hubbard
1478.  Huish Detergents Inc. (Huish)
1479.  Humberto G. Merchland Lopez
1480.  Humerick Environmental Constructions, Inc.
1481.  Huntsman International LLC
1482.  HVB Capital Markets, Inc.
1483.  HWA 555 Owners, LLC
1484.  Hybrid Capital K.K.
1485.  Hypo Alpe-Adria Bank International AG
1486.  Hypo Investment Bank Ag
1487.  Hyposwiss Privatbank AG
1488.  Iasis Healthcare LLC
1489.  Ibertravel Vacations (MEZZ)
1490.  Ibertravel Vacations Holding LS
1491.  IBM
1492.  ICAP North America Inc.
1493.  ICICI Bank UK PLC
1494.  Iconix Brand Group
1495.  Icopal
1496.  Ida May S. Barnes
1497.  Idearc Inc.
1498.  Ie She Hoen
1499.  IGI Resources
1500.  Ignace Van Overbeke
1501.  Ignis Asset Management
1502.  III Credit Bias Hub Fund Ltd.
1503.  III Enhanced Credit Bias Hub Fund Ltd.
1504.  III Finance Ltd.
1505.  III Global Ltd.
1506.  III Relative Value Credit Strategies Hub Fund Ltd.
1507.  III Relative Value/Macro Hub Fund Ltd.
1508.  III Select Credit Hub Fund Ltd.
1509.  IKB International S.A.
1510.  Illinois National Insurance
1511.  Illinois Power Company
1512.  Illiquidix Ltd
1513.  Illiquidx LTD

1514. Illuminating
1515. IM US Hold Inverness Medical
1516. IMO Carwash
1517. Imperial Tobacco Entertainment Finance Limited
1518. Incapital LLC
1519. Independence Holding Co.
1520. Indian Pacific Ltd.
1521. INEOS Group Limited
1522. Inergy, L.P.
1523. INF SRVS
1524. Infineon Technologies AG
1525. Infonxx Inc.
1526. Informal Group Of Taiwan Financial Institutions
1527. Infospace Inc.
1528. ING bank, FSB
1529. ING Financial Markets LLC
1530. ING Group
1531. ING Life Insurance and Annuity Company
1532. ING Real Estate Finance
1533. Ingram Pension Plan/NY Life Co. TTEE Ingram Industries Retirement Plan
1534. Innovatis Investment Fund Limited (SAC)
1535. Innovia Films (Holding 3) Limited
1536. Institucion de Banca Multiple
1537. Institutional Benchmarck Series (Augustus Conv Arb.)
1538. Institutional Benchmarck Series (Centaur Seg. Acct)
1539. Institutional Benchmarck Series (Taks Seg Acct)
1540. Institutional Benchmarck Series [Augustus Global]
1541. Institutional Benchmarks
1542. Instituto de Credito Oficial
1543. Intechra LLC
1544. Integrys Energy Services, Inc.
1545. Intelsat (Bermuda), Ltd.
1546. Intelsat Corporation (FKA Panamsat)
1547. Intelsat Jackson (FKA Bermuda) A-8
1548. Intelsat Subsidiary Holding Company
1549. Interactive Data Corp.
1550. Inter-American Development Bank
1551. Intercall Inc.
1552. Interface Cable Assemblies and Services Corp.
1553. Intergen N.V.
1554. Interline Brands, Inc.
1555. Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters
1556. Internal Revenue Service
1557. International Bank for Reconstruction and Development
1558. International Business Machines Corporation
1559. International Lease Finance Corporation
1560. International Swaps and Derivatives Association, Inc.
1561. International Transmission Company

1562.	International Union of Operating Engineers – Employers Construction Industry    Retirement Trust
1563.	Internationale Kapitalanlagegesellschaft mbH
1564.	Intersil Corporation
1565.	Intersil Europe SaRL, Inc.
1566.	Intersil Holding GmbH
1567.	Intersil Investment Company
1568.	Interstate Brands Corporation
1569.	Interstate Fibernet, Inc.
1570.	Interstate Power and Light Company
1571.	Interwind Corp.
1572.	Intesa
1573.	Intesa Sanpaolo S.p.A.
1574.	IntraLinks Inc.
1575.	Invardia, S.L.
1576.	InverCaixa Gestion SGIIC SAU A/C Foncaixa Garantia Europa Proteccion IV FI
1577.	Inverness Medical Innovations Inc.
1578.	Inversiones Esser 2007 S.L.
1579.	Inversiones Y Fabricaciones, SL
1580.	INVESCO CLO
1581.	INVESCO Real Estate
1582.	Investcorp Fixed Income Relative Value
1583.	Investcorp Interlachen Multi-Strategy Master Fund Limited
1584.	Investcorp Silverback Arbitrage Master Fund Ltd.
1585.	Investcorp, Et. Al.
1586.	Investec Bank (Switzerland) AG
1587.	Investec Capital Accumulator Trust Limited
1588.	Investec Funds Series IV - Capital Accumulator Fund
1589.	Investkredit AG
1590.	Investment Corporation PTE, LTD.
1591.	Investment Grade European Credit S.A.
1592.	Iowa Telecommunications Services, Inc.
1593.	Ira Wertentiel
1594.	Iridium Satellite LLC
1595.	Iris Software, Inc.
1596.	Irmgard Wieczorek
1597.	Iron Mountain Incorporated
1598.	Iron Mountain Information Management
1599.	Ironbridge Homes, LLC
1600.	Ironbridge Mountain Cottages, LLC
1601.	Ironbridge Poperty Owners Association
1602.	Ironbridgte Aspen Collection, LLC
1603.	Isaac Shamah
1604.	Island Medical Group
1605.	Islavista Spain S.A.
1606.	ISS Holding
1607.	iStar Financial Inc.
1608.	Italease Finance S.p.A.
1609.	ITC Holdings Corporation

1610. ITC Midwest LLC
1611. ITC Transco
1612. Iusacell
1613. Ivan Aldea Alvarez
1614. J P Morgan Chase Bank, N.A.
1615. J. Aron & Company
1616. J.C. Spilt
1617. J.M. Van der Sande
1618. Jack L. Rivkin
1619. Jacob Chang
1620. Jacqueline G. Nieman
1621. Jacquelyn Soffer
1622. Jade Tree I, L.L.C.
1623. Jaime Garcia-Mila Palaudarias
1624. James Eason
1625. James J. Sullivan
1626. James M. Pyle
1627. James Moscola
1628. James P. Quismorio
1629. James Scellato
1630. James W. Giddens
1631. Jamie Desmond
1632. Janet Crawshaw
1633. Janet Maker
1634. Janus Capital Management LLC
1635. Japan Net Bank, Ltd.
1636. Jarden Corporation
1637. Jarett Wait
1638. Jason C. Chapin
1639. Jason C. Davis
1640. Jason Siner
1641. Jason Wallace
1642. Javier Sanglas Camps
1643. Jean Ruetze
1644. Jeanes Hospital
1645. Jeff McMurrey
1646. Jeff Schaefer
1647. Jeffrey Soffer
1648. Jennifer Squires
1649. Jesus Soler Linares
1650. JFB Firth Rixson, Inc.
1651. JFK International Air Terminal LLC
1652. Jiansheng Jensen Shen
1653. Jin Liu
1654. Jin Liu
1655. JMG Capital Partners, LP
1656. JMG Triton Offshore Fund Limited
1657. Jo Anne Buzzo
1658. Jo Beth Nicoll
1659. JoAnne Beachy

1660.  Joel J. Farrer
1661.  Johann Bartl
1662.  John Chadwick
1663.  John Dmuchowski
1664.  John Hancock II Strategic Bond Fund
1665.  John J. Genovese
1666.  John Leivaditis
1667.  John Palchynsky
1668.  John R. Carlson
1669.  John Rose Jr.
1670.  John Rowlands
1671.  John Tsui
1672.  Johnson County Arlington ISD
1673.  Johnson, Killen & Seiler
1674.  Jordan International Bank PLC
1675.  Jorvik Multi-Strategy Master Fund, L.P.
1676.  Jose Bertran Alcalde
1677.  Jose Enrique Villanueva Toran
1678.  Jose Gine Davi
1679.  Jose L. Jove Vintro
1680.  Jose Louis Pedraza Llanos
1681.  Jose Luis Lafuente Bel
1682.  Jose Luis Ruiz
1683.  Jose M. Matellanes Martin Mateos
1684.  Jose Manuel Grana Molares
1685.  Jose Ruiz
1686.  Josef Hoette
1687.  Joseph Cordaro, Assistant U.S. Attorney, SDNY
1688.  Joseph P. Brunetti
1689.  Journal Register
1690.  JSC Rosgosstrakh
1691.  Juan Antonia Terrasa Pou
1692.  Juan Jose Perez Ruiz de Torres
1693.  Juan Juanals Garcia
1694.  Juan M. Sanmarti Aulet
1695.  Juana M. Sanchez Lafuente Mariol
1696.  Juergen Klein
1697.  Juice Energy, Inc.
1698.  Julian Iragorri
1699.  Julian Sutton
1700.  Julianne Salvatore
1701.  Julie Verstraete
1702.  Julius Baer & Co. Ltd.
1703.  Julius Meinl Investment GmbH
1704.  June L. Carlson
1705.  Jung Development Co., Ltd.
1706.  Jung Developments (Infinity 2) Inc.
1707.  Jung Developments Inc.
1708.  Jurgen Lindermann
1709.  Jutta Spies

54

1710. Jyske Bank A/S
1711. K2 Diversified Portable Alpha Fund II, LTD
1712. Ka Kin Wong
1713. Kabel Deutschland
1714. Kae Sook Park
1715. Kagome Co., Ltd.
1716. Kahrl Roberts & Wutcher LLP
1717. Kalaimoku-Kuhio Development Corp.
1718. Kantatsu Co. Ltd.
1719. Kapalua Bay, LLC
1720. Karen Theresa Reinike
1721. Kari Meltzer
1722. Karim Kano
1723. Karl Ernsdoerfer
1724. Karl Joseph Thoma
1725. Karl Wood
1726. Katalin Tischhauser
1727. Kathleen Arnold
1728. Kathryn K. Secrest
1729. Katten Muchin Rosenman LLP
1730. Kaupthing Bank
1731. Kavitha Duddukuri
1732. Kawasaki Heaving Industries, Ltd.
1733. KBC Bank KBC Financial Products UK Limited
1734. KBC Financial Products USA, Inc.
1735. KBC Investments Cayman Islands V Limited
1736. KBC Investments Limited
1737. KBR Holdings, LLC
1738. KC CLO I
1739. KC CLO II
1740. KDP Investment Advisors, Inc.
1741. Keane Inc.
1742. Kelly Fryer
1743. Kelly L. McGehee
1744. Kelly McGehee
1745. Kelsey Galiger
1746. Kelson Finance LLC
1747. Kelson Holding LLC
1748. Kempner International, Ltd.
1749. Kenneth L. Kresse
1750. Kensington International Limited
1751. Kerasotes Theatres Inc.
1752. Kerstin Ruetze
1753. Kevin Mun
1754. Kevin R. Kristick
1755. Key Energy Services, Inc.
1756. KeyBank National Association
1757. Keystone Inc.
1758. KfW (a/k/a Kreditanstalt fuer Wiederaufbau)

1759.  KFW Bankengruppe
1760.  KGT Inc.
1761.  Khin Tun
1762.  Kimberly-Clark Corporation
1763.  Kinder Morgan Energy Partners L.P.
1764.  King Capital Ltd.
1765.  King Street Acquisition Company, LLC
1766.  King Street Capital , L.P.
1767.  King Street Capital Master Fund, Ltd.
1768.  Kirch Holding GMBH & Co. KG
1769.  KKR Private Equity Investors L.P.
1770.  Klavins & Slaidins A-9
1771.  Kle Euribor Prime
1772.  Kleopatra Lux 2 Mezz
1773.  Kleopatra Lux 2 S.A.R.L
1774.  Kleopatra Senior
1775.  Kleyr Grasso Associes
1776.  Knight Capital Europe Limited
1777.  Knight Capital Group
1778.  Knight Debtco Ltd.
1779.  Knighthead Master Fund, L.P.
1780.  Knightsbridge Guarding Ltd.
1781.  Kontrabecki Group Limited Partnership
1782.  Korea Central Mortgage, Inc.
1783.  Korea Development Bank
1784.  Korea Investment & Securities Co., LTD
1785.  Korinna Schwerdt
1786.  KPMG
1787.  Kraft Foods Inc.
1788.  Kraus Partner Investment Solutions AG
1789.  Kreissparkasse Heinsberg
1790.  Kristi Brim
1791.  Kristine Smith
1792.  Kroger Co. (The)
1793.  Kubber Investments
1794.  Kurt Wolf
1795.  Kyle Hamatake
1796.  Kylie Galiger
1797.  Laboratory Corporation of America Holdings
1798.  Lafrance Hughes
1799.  Lafrance Martine
1800.  LAHDE Capital Management
1801.  Lai Mei Chan
1802.  Lai-han Cheung
1803.  Lake Las Vegas Resort (Laslas)
1804.  Lam Sau Ling
1805.  Lam Ying Choi
1806.  Lan Dale Asset Purchasing
1807.  Lance Edwards

1808. Landale Liquidity Facility
1809. Landamerica Financial Group, Inc.
1810. Landesbank Hessen-Thuringen
1811. Landsource
1812. Landwirtschaftliche Rentenbank
1813. Lansforsakring Kronoberg
1814. Lanxess AG
1815. Laplace Fund Equities Limited (from)
1816. Las Vegas Resort
1817. Las Vegas Sands, LLC
1818. LaSalle Bank National Association
1819. LaSalle Global Trust Services
1820. Latshaw Drilling Company, LLC
1821. Laurel Cove Development, LLC
1822. Lauren Semple
1823. Lavena Holding GMBH 3
1824. Lavena Holding GMBH 4
1825. Lavena Mezz
1826. Lavena Senior
1827. Lawrence & Carolyn Fogarazzo
1828. Lawrence E. McCarthy
1829. Lawrence Reddock
1830. LB 2080 Kalakaua Owners LLC
1831. LB Co-Investment Partners Cayman AIV I LP
1832. LB Merchant Banking Partners III Cayman AIV LP
1833. LB Offshore GP Holdings (PE) Ltd.
1834. LB Offshore Investment Partners II LP
1835. LB Secondary OPP Offshore Fund II LP
1836. LB Secondary OPP Offshore Fund LP
1837. LB VC Partners LP (VC Fund II)
1838. LB/L SunCal Northlake, LLC
1839. LB/L-SunCal Oak Valley, LLC
1840. LBAYK
1841. LBBW Asset Management Investmentgesellschaft MBH
1842. LBREP /L-Suncal Master I LLC
1843. LBREP Lakeside SC Master I, LLC
1844. LBT Loan Funding
1845. LBT Varlik Yonetim Anonim Sirketi
1846. LBVN Holdings, L.L.C.
1847. LCF Select Offshore, Ltd.
1848. LCG Select, LLC
1849. LeaseDimensions
1850. Lee Ho Yi Linda
1851. Legal & General Group Plc
1852. Legendre Holdings 17 SA
1853. Lehman Brothers Alpha Funds PLC for Lehman Brothers US High Yield Funds
1854. Lehman Brothers Bankhaus AG
1855. Lehman Brothers Bankhaus Aktiengesellschaft
1856. Lehman Brothers European Mezzanine LB S.A.R.L

1857. Lehman Brothers First Trust Income Opportunity Fund Inc.
1858. Lehman Brothers High Yield Bond Fund 316. Lehman Brothers Income Funds for
Lehman Brothers High Income Bond Funds
1859. Lehman Brothers Income Funds
1860. Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund
1861. Lehman Brothers Merchant Banking Partners IV LP
1862. Lehman Brothers Private Equity Funds
1863. Lehman Mortgage Trust
1864. Lehman Re, Ltd.
1865. Lehman XS Trust
1866. Leonard E. Narel
1867. Leticia Chau
1868. Leung King Sang
1869. Level 3 Communications, LLC
1870. Level 3 Financing, Inc.
1871. Leveraged Loans Europe & Term Loans Europe
1872. Levine Leichtman Capital Partners Deep Value Fund, L.P.
1873. Lewtan Technologies, Inc.
1874. LFIGXG LLC
1875. LGT Bank (Switzerland) Ltd.
1876. LH 1440 LLC
1877. LH1140
1878. LHB Internationale Handelsbank AG
1879. Liam Holdings Inc.
1880. Libby Wong
1881. Liberator Bidco Limited
1882. Liberator Jr Mezz
1883. Liberator Mezz
1884. Liberator Senior Facilities Dtd
1885. Liberty Global Inc.
1886. Liberty Mutual Group Inc.
1887. LibertyView Arbitrage Fund, L.P.
1888. LibertyView Capital Management, LLC
1889. LibertyView Credit Opportunities Fund
1890. LibertyView Credit Select Fund, L.P.
1891. LibertyView Focus Fund, L.P.
1892. LibertyView Funds, L.P.
1893. Libra CDO Limited
1894. Libra CDO LLC Libra CDO Ltd
1895. Libyan Arab Foreign Investment Company
1896. Lidia Gallen Raluy
1897. Lilith Ventures, Ltd.
1898. Lim Finance II, Inc.
1899. Limited Lincoln National Corporation
1900. Limtong Manuel Tan
1901. Lin Hsien Hsing
1902. Lin Lai Chao Yin
1903. Lin Wu Chuch
1904. Lin Yu Tang

1905. Lin Yu Ting
1906. Lincoln Variable Insurance
1907. Lincore Limited
1908. Linda Demizio
1909. Linde Energy Services, Inc.
1910. Linden Advisors LP
1911. Lindsay Owen
1912. Linh Vo
1913. Linn Energy, LLC
1914. Liquidity Solutions, Inc.
1915. Liquidpoint
1916. Lispenard Street Credit (Master), Ltd.
1917. Litton Loan Servicing, L.P.
1918. LKQ Corporation
1919. LLC New York State Office of Unclaimed Funds
1920. LLCA-2
1921. Lloyd's, London and Companies
1922. Lloyds Bank
1923. Lloyds TSB Bank plc
1924. LM ISIS Opportunities Master Fund Ltd.
1925. LMA SPC for and on behalf of MAP 84 Segregated Portfolio
1926. LMA SPC, for and on behalf of Map 84 Segregated Portfolio
1927. Lmbarda Vita Socitea per Azioni
1928. Local Insight Media
1929. Local Insight Regatta Holdings, Inc.
1930. Local Media Finance LLC
1931. London Select Fund Limited
1932. Longacre Master Fund II, L.P.
1933. Longacre Master Fund Ltd
1934. Longacre Opportunity Fund, L.P.
1935. Longhorn Credit Funding, LLC
1936. Loomis Street, L.L.C.
1937. Loop Capital markets, LLC
1938. Loreley Financing (Jersey) No. 15, Limited
1939. Loreley Financing (Jersey) No. 24 Limited
1940. Loreley Financing (Jersey) No. 8, Limited
1941. Loretta Wan Ling Huo
1942. Lori Chan
1943. Lorimor Corporation
1944. Los Angeles City Employees' Retirement System
1945. Louis Dreyfus Energy Services, L.P.
1946. Louise L. Chappy
1947. Louise Mattingly
1948. Louise Nervo
1949. Louisiana Department of Revenue
1950. Lovells LLP
1951. Lowenstein Sandler PC
1952. LSF6 Mercury REO Investments Trust Serios 2008-1
1953. Luboja & Thau, LLP
1954. Ludwig Merckle

1955. Lufthansa AG
1956. Lukoil Finance Limited
1957. Luminus Energy Partners Master Fund Ltd.
1958. Lusardi Construction Company
1959. Luxembourg 3 S.a.R.L.
1960. Luzerner Kantonalbank AG
1961. LW Securities, Ltd.
1962. Lydian Global Opportunities Master Fund Ltd.
1963. Lydian Overseas Partners Master Fund Ltd.
1964. Lyon Capital Ventures
1965. Lyondell
1966. LyondellBasell Industries
1967. Lyxor Asset Management S.A.
1968. Lyxor/York Fund Limited
1969. M&B Maher
1970. M&G Investment Management Limited
1971. M&G Investment Management Limited (as Investment Advisor to Stitching Shell Pensioenfonds, M&G Secured Debt Fund Limited, M&G Dynamic European Loan Fund Limited, and The Prudential Assurance Company Limited)
1972. M. Arthur Gensler Jr and Assoc, Inc.
1973. M. Brian Maher and Basil Maher
1974. M.B.H. Emprunteur
1975. M.H. Davidson & Co.
1976. M.R. Beal & Company
1977. Ma del Milagro Herrero Moro
1978. Mack-Cali Realty LP
1979. Mackinaw Power Holdings, LLC
1980. Macquarie A-10
1981. Macquarie Bank Limited
1982. Madeline Dimodica
1983. Magnus Scaddan
1984. Maheswora N. Baidya
1985. Main Street Natural Gas, Inc.
1986. Majestic Fund Limited
1987. Malaysian Airline System
1988. Man Group Finance Inc.
1989. Mansfield ISD
1990. Manuel Alvaro Guimaraes Gomes
1991. Manuel Freude
1992. Manuel Oriol de Mingo
1993. Manufacturers and Traders Trust Company
1994. Manzoni/Prêt D?Acquisition VLM
1995. MAP84 Segregated
1996. Mapco Express, Inc.
1997. Maples and Calder
1998. Maples Finance Limited
1999. Marathon Credit Opportunity Master Fund Ltd.
2000. Marathon Oil Company
2001. Marble Care

2002. Marc Uribe
2003. Marfin Popular Bank Public Company
2004. Margaret L. Smith
2005. Margaret Mitchell-King
2006. Margolis Edelstein
2007. Maria Concepcion de Aguirre Torres
2008. Maria DeSouza
2009. Maria Jose Albareda Costa
2010. Maria Montserrat Cabre Rabada
2011. Maria Teresa Sanz Gareta
2012. Marie Hunter
2013. Marina Bay-2nd Deal
2014. Marina District Finance Company, Inc.
2015. Mariner LDC
2016. Maritta Knoller
2017. Mark A. Crigler
2018. Mark Glasser
2019. Mark IV
2020. Mark L. Zusy
2021. Mark Mazzatta
2022. Mark Neander
2023. Mark T. Millkey
2024. Market Place Apts
2025. Marko Verbic
2026. Marlies Wagner
2027. Marriott International Inc.
2028. Marsha Kosseff
2029. Marshall & Ilsley Trust Company, N.A.
2030. Marshall Funds, Inc.
2031. Marshall Wace Core Fund Limited
2032. Martha Chilton Mueller
2033. Martin J. Redilla
2034. Martin Kuemmel
2035. Marvin Schwerdtferger
2036. Mary C. Hess
2037. Mary E. Uhlman
2038. Massachusetts Mutual Life Insurance
2039. Massachusetts Water Resources Authority
2040. Massdevelopment/Saltonstall Building Redevelopment Corporation
2041. MassMutual Asia Limited
2042. Mast Credit Opportunities I Master Fund Limited
2043. Master Trust Bank of Japan, Ltd.
2044. Materis SAS
2045. Matteo Etedmad
2046. Matthew Eller
2047. Matthew Gulrich, Jr.
2048. Matthew Hudson
2049. Matthew Q. Giffuni
2050. Maureen Mason

2051.   Maximilian Coreth
2052.   Mayer Brown LLP
2053.   MC Communications, LLC
2054.   McJunkin Corporation
2055.   McJunkin Red Man Holdings Corporation
2056.   McKenna Long & Aldridge LLP
2057.   Mclennan County
2058.   Medassets
2059.   Medco Health Solutions Inc.
2060.   Mediolanum Vita S.p.A.
2061.   Meera Sood Sagar
2062.   Members of Certified Class in Austin, ET AL V. Chisick, ET AL., Case SA CV 01-0971  DOC
2063.   Menter, Rudin & Trivelpiece, P.C.
2064.   MEP II S.A.R.L.
2065.   Mercedes Gonzalez Gasch
2066.   Merchantil Commercbank, N.A.
2067.   Meridian Company of New York
2068.   Merit Floors Inc.
2069.   Merlin Entertainments Group
2070.   Merlin Italian SNR
2071.   Merlin Row SNR
2072.   Merrick Place, L.L.C.
2073.   Merrill Lynch & Co.
2074.   Merrill Lynch Credit Products
2075.   Merrill Lynch Interntional
2076.   Merrill Lynch Japan Securities Co. Ltd.
2077.   Merrill Lynch, Pierce, Fenner & Smith Incorporated
2078.   Metavante Corporation
2079.   Metropolitan Life Insurance Company
2080.   Metropolitan Transit Authority
2081.   Metropolitan West Asset Management, LLC
2082.   Metropolitan West Total Return Bond Fund
2083.   MF Global Finance / MF Global Finance Europe Limited
2084.   MF Global Ltd. / Man Financial
2085.   MHB-Bank AG
2086.   Michael Blumenthal
2087.   Michael Burrow
2088.   Michael C. Frege
2089.   Michael Duceatt
2090.   Michael John Andrew Jervis
2091.   Michael Karfunkel
2092.   Michael R. Zodda
2093.   Michael Ruppert
2094.   Michael Sroka
2095.   Michael Stores
2096.   Michael Vana
2097.   Michele McHugh-Mazzatta
2098.   Michigan Department of Treasury
2099.   Michigan Electric Transmission Co.

2100. Michigan State Housing Development Authority
2101. MicroHedge LLC
2102. Microsoft Corporation
2103. Microsoft Licensing
2104. Miczyslaw Wolski
2105. Midamerican Energy Company
2106. Midcontinent Express Pipeline LLC
2107. MidCountry Bank
2108. Midwest Realty Advisors LLC
2109. MidFirst Bank
2110. Midtown Acquisitions L.P.
2111. Midwest Independent System
2112. Miguel Vila Despujol
2113. Milano
2114. Milano Assicurazioni S.p.A.
2115. Milbank, Tweed, Hadley & McCloy LLP
2116. Millenium Management, LLC
2117. Millenium Marketing & Management Pty, Ltd.
2118. Millenium USA, L.P.
2119. Millennium Automotive Group
2120. Millennium International, Ltd.
2121. Minardi Capital Corp
2122. Minera Del Norte S.A.
2123. Minnesota Masonic Home Care Center
2124. Minnesota State Board of Investment
2125. Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
2126. Mirant Corporation
2127. Mirant North America, LLC
2128. Missouri Department Of Revenue, Bankruptcy Unit
2129. Misuzu Industry Co., Ltd.
2130. Misys IQ LLC
2131. Misys PLC
2132. Mitsubishi UFJ, Ltd.
2133. Mitsui-MOL
2134. Mizuho Alternative Investments LLC
2135. Mizuho Bank (Switzerland) Ltd.
2136. Mizuho Capital Markets Corp.
2137. Mizuho Corporate Bank
2138. Mizuho Corporate Bank LTD
2139. Mizuho Financial Group
2140. Mizuho Investors Securities Co., Ltd.
2141. Mizuho Securities Co., Ltd.
2142. Mizuho Trust & Banking (Luxembourg S.A.)
2143. MKP Capital Management, LLC
2144. MKP Vela CBO, LLC
2145. MKP Vela CDO Ltd
2146. Moana Properties
2147. Moderna Finance
2148. Mohinani Hassomal Bulchand

2149. Mok, Ping Yu Francis
2150. Momo-o, Matsuo & Namba
2151. Monarch Capital Master Fund LP
2152. Monarch Debt Recovery Master Fund Ltd.
2153. Monarch Opportunities Master Fund Ltd.
2154. Monika Wenza
2155. Monique Miller Fong
2156. Monument Realty LLC
2157. Moody's Corp.
2158. Moody's Investors Service
2159. Moore Macro Fund, L.P.
2160. Morgan Stanley & Co. Incorporated
2161. Morgan Stanley & Co. International plc
2162. Morgan Stanley Capital Services Inc.
2163. Morgan Stanley Senior Funding, Inc.
2164. Moshe Shram
2165. Motors Insurance Corp 361. MP Bank HF
2166. Mount Kellett Master Fund II, L.P.
2167. Movie Gallery, Inc.
2168. MP Bank hf
2169. MSN
2170. MSS Distressed & Opportunities 2
2171. MSTD, Inc.
2172. MTR Corporation Limited
2173. Mueller Water Products Inc.
2174. Multi Asset Platform Master Fund SPC
2175. Municipal Electric Authority of Georgia
2176. Murata Machinery, Ltd.
2177. Muriel Siebert & Co., Inc.
2178. Myung Soo Jung
2179. N. J. Joseph
2180. N.J.L.M. van den Brink
2181. N.V. Luchthaven Schipol
2182. N.V. Vereenigde Effceten Compagnie
2183. Na'alehu Ventures
2184. nabCapital Securities LLC
2185. Nagy es Trocsanyi Ugyvedi Iroda
2186. Nagy-Koppany Ugyvedi Iroda
2187. Nakanishi Gakuen
2188. Nakilat Inc.
2189. Namrun Finance S.A.
2190. Nasdaq OMX
2191. Nathan W. Bear A-11
2192. National Agricultural Cooperative Federation
2193. National Australia Bank Limited
2194. National Bank of Canada
2195. National Bank of Fujairah psc
2196. National Cinemedia, Inc.
2197. National Futures Association (NFA)

2198.   National Power Corporation
2199.   National Rural Utilities Cooperative Finance Corporation
2200.   Nationwide Fund Advisors
2201.   Natixis Bleichroeder Inc.
2202.   Natixis Entities
2203.   Natixis Financial Products LLC
2204.   Natixis S.A.
2205.   Natl Australia Bank Limited
2206.   Natsis
2207.   NCAT-New Center Asset Trust
2208.   Nebraska Investment Finance Authority
2209.   Nebraska Investment Finance Authority
2210.   Neff Corp.
2211.   Neggio Holding 3 GMBH
2212.   Nelnet, Inc.
2213.   Neste Oil Oyj
2214.   Nestor De Jesus
2215.   Netapp, Inc.
2216.   Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond  Fund
2217.   Neuberger Berman Income Opportunity Fund Inc.
2218.   Neuberger Berman LLC
2219.   Neuberger Berman Management, LLC
2220.   Neue Aagauer Bank AG
2221.   Nevada Power Company
2222.   New Center Asset Trust
2223.   New Edge
2224.   New England Power Company
2225.   New Generation Funding Trust 15, 16, 37, 38, 39 and 83
2226.   New Holdco BV
2227.   New Jersey Carpenters Health Fund
2228.   New Jersey Housing and Mortgage Finance Agency
2229.   New South Federal Savings Bank
2230.   New York Institute of Finance, Inc.
2231.   New York Life Insurance Co
2232.   New York Life Investment Management
2233.   New York State Common Retirement Fund
2234.   Newedge USA, LLC
2235.   Newell Rubbermaid Inc.
2236.   Newpage Corporation
2237.   Newport Global Advisors LP
2238.   Newport Global Credit Fund (Master) L.P.
2239.   Newport Global Opportunities Fund LP
2240.   Newtonville Partners, L.L.C.
2241.   Nexen Energy Marketing Europe Limited
2242.   Nexen Energy Marketing London Limited
2243.   Nextera Energy Power Marketing, LLP (f/k/a/ FPL Energy Power Marketing, Inc.
2244.   NFI Luxco SCA
2245.   Ng Pui Shan Vinci
2246.   Ngoc Huong Huynh

2247. NIBC Bank NV
2248. Nicholas S. Mateko
2249. Nick Santino
2250. Nicolas Schuster
2251. Niederosterreich-Mitte
2252. Nippon Life Insurance Company
2253. NML General Fund
2254. NMLA General Fund (NMLGENCA) [by AllianceBernstein]
2255. Nokia Corporation
2256. Nol Shala
2257. Nomura Capital Markets plc
2258. Nomura Holding America Inc.
2259. Nomura Holdings Inc.
2260. Nomura International PLC and its affiliates
2261. Nomura Securities Co. Ltd.
2262. Noonday Offshore, Inc.
2263. Norma Delepine
2264. Normandy Hill Capital, LP NorthEast
2265. Nortek Holdings, Inc.
2266. Northern Ireland Governmental Officers Superannuation Committee
2267. Northern State Power Company
2268. Northgate Minerals Corporation
2269. Northrup Grumman
2270. NorthStar Real Estate Securities Opportunities Master Fund L.P.
2271. NorthStar Real Estate Securities Opportunity Master Fund L.P.
2272. Northwest Airlines, Inc.
2273. Norton Gold Fields Limited
2274. Nova Gas Transmissions Ltd.
2275. Novara
2276. Novartis Finance Corporation
2277. NPD Group Inc.
2278. NPL
2279. NRG Energy, Inc.
2280. NSG Holdings LLC
2281. nTAG Interactive Corporation
2282. NTL Cable Plc
2283. NTL Communications Ltd
2284. Nuance Communications, Inc.
2285. NuStar Logistics, L.P.
2286. NY State Department of Labor
2287. NY State Department Of Taxation and Finance
2288. Nybron Refi
2289. Nycomed Germany Holding GMBH
2290. Nycomed Holding A/S
2291. NYFIX, Inc.
2292. Nykredit Bank A/S
2293. NYSE Euronext Inc.
2294. O'Reilly Automotive, Inc.
2295. Oaktree Capital Management, L.P.

2296.  Oaktree High Yield Plus Fund, L.P.
2297.  Oaktree Huntington Investment Fund, L.P.
2298.  Oaktree Opportunities Fund VIII Delaware, L.P.
2299.  Obaxbank S.p.A.
2300.  OBB-Posbus GmbH
2301.  Oberoesterreichische Verischerung AG
2302.  Occidental Energy Marketing, Inc.
2303.  Occidental Power Services, Inc.
2304.  Oceania Cruises, Inc.
2305.  Oceania Vessel Finance, Ltd.
2306.  Och-Ziff
2307.  OCM Mezzanine Fund II Holdings, L.P.
2308.  OCM Opportunities
2309.  OCM Opportunities Fund VII Delaware, L.P.
2310.  OCM Opportunities Fund VIIb Delaware, L.P.
2311.  OCM Opportunities VIII Delaware, L.P.
2312.  Oesterreichische Elektrizitaetswirtschafts - AG
2313.  Office of the U.S. Trustee
2314.  Office Of The United States Attorney
2315.  Office of Thrift Supervision
2316.  Office of Thrift Supervision, Northeast Region
2317.  Official Committee of Unsecured Creditors
2318.  OGE Energy Corp.
2319.  Ohio Presbyterian Retirement Services
2320.  OI Canada Corporation
2321.  Oklahoma Gas And Electric Company
2322.  Oklahoma Municipal Power Authority
2323.  Omnicare, Inc.
2324.  OMX Timber Finance Investments
2325.  Oncor
2326.  OneBeacon US Holdings
2327.  ONEOK Energy Services Company, L.P.
2328.  Onex Debt Opportunity Fund, Ltd.
2329.  Ontario Teacher's Pension Plan Board
2330.  Opal Leasing Limited
2331.  Open Solutions Inc.
2332.  Openwave Systems Inc.
2333.  Operating Engineers Local 3 Trust Fund
2334.  Oppenheimer Funds Inc.
2335.  Optim Energy Marketing and Trading LLC (f/k/a EnergyCo Marketing and Trading,    LLC)
2336.  Optim Energy, LLC (f/k/a Energy Co., LLC)
2337.  Oracle Corporation
2338.  Oracle Credit Corporation
2339.  Orange Capital, LLC
2340.  Orangina
2341.  Oranje-Nassau Energie BV
2342.  Orbitz Worldwide
2343.  Ore Hill Hub Fund Ltd.
2344.  Orion Cable

2345.  Orly Guy, Adv.
2346.  Orrick, Herrington & Sutcliffe LLP
2347.  Osterreichische
2348.  OTP Bank Plc
2349.  Ourense y Pontevedra
2350.  Ove Nordhagen
2351.  Oversea-Chinese Banking Corp. Ltd.
2352.  Overstock.com
2353.  Owens & Minor, Inc.
2354.  Owens Illinois Inc.
2355.  Oz Management LP
2356.  OZ Special Master Fund, Ltd. c/o Och-Ziff Capital Management Group
2357.  P. van der Graaf
2358.  Pablo Serratosa Lujan
2359.  Pacific Coast Cap. Partners, LLC
2360.  Pacific Gas & Electric Company
2361.  Pacific International Finance Limited
2362.  Pacific International Limited
2363.  Pacific Investment Management LLC
2364.  Pacific Summit Energy LLC
2365.  PacifiCorp
2366.  Pages Jaunes Groupe
2367.  Palatine Asset Management
2368.  Palmyra Capital Fund, L.P.
2369.  Palmyra Capital Institutional Fund, L.P.
2370.  Palmyra Capital Offshore Fund, L.P.
2371.  Paloma Industries
2372.  Paloma Industries Nogata Plant Ltd.
2373.  Panagiota Manatakis
2374.  PanAmSat Corporation
2375.  Pangea Ltd A-12
2376.  Panton Fund
2377.  Panton Master Fund, LP
2378.  Paola Biraschi
2379.  Par Investment Partners, L.P.
2380.  Paramount Pro Printing Corporation
2381.  Park Place Apartments L.P.
2382.  Parker Drilling Company
2383.  Parmalat Participacoes Do Brasil Ltda
2384.  Parmalat Participacoes Promissory Note
2385.  Parsec Corp.
2386.  Parsec Trading Corp.
2387.  Partnerre Ltd.
2388.  Partnership Life Assurance Company Ltd.
2389.  Patricia Izquierdo Merlo
2390.  Patricia Mudge
2391.  Patricia O'Reilly
2392.  Patrick J. Coughlin
2393.  Patrick W. Daniels

2394.  Paul Berlage
2395.  Paul Edwards
2396.  Paul J. Bakker
2397.  Paul J. Battista
2398.  Paul Nancarrow
2399.  Paul Zakian
2400.  Pavel Kinel
2401.  Payreel, Inc.
2402.  PB Capital Corporation
2403.  Peabody Energy Corporation
2404.  Pearl Assurance Limited
2405.  Pebble Creek 2007-2, LLC
2406.  Pebble Creek 2007-2, LTD
2407.  Pebble Creek LCDO 2006-1
2408.  Pebble Creek LCDO 2007, LLC
2409.  Pebble Creek LCDO 2007-3
2410.  Pecos Investors LLC
2411.  Pedo J. Subira Farre
2412.  Pedro Steinhardt
2413.  Penn Convention Center Authority
2414.  Penn National Gaming
2415.  Pennsylvania Public School Employees' Retirement System
2416.  Pension Benefit Guaranty Corporation
2417.  Pension Plan and Trust
2418.  Pentwater Capital Management, LP
2419.  PEP Credit Investor L.P.
2420.  Pepsi Bottling Group, Inc.
2421.  Perella Weinberg Partners LP
2422.  Permal York, Ltd.
2423.  Perry Partners International, Inc.
2424.  Perry Partners L.P.
2425.  Perstorp AB
2426.  Pertus Sechzehnt GmbH
2427.  Pertus Sechzehnte GBMH
2428.  Peter Heun
2429.  Peter J. and Mary Jane Dapuzzo
2430.  Peter J. Thompson
2431.  Peter Knoller
2432.  Petroleum Realty Investment Partners, L.P.
2433.  PGA Holdings, Inc.
2434.  PGRS 1407 BWAY LLC
2435.  Pharmerica Corporation
2436.  Philip H. Hauger
2437.  Philip Morris International Inc
2438.  Philips Electronics NV
2439.  Phoenix Life Limited
2440.  PHS Group PLC
2441.  PHS Senior
2442.  PHZ Long/Short Trading Ltd.

2443.  PI US Holdings
2444.  Pieter de Haes LLM (Drs)
2445.  Pietro Ferrero
2446.  Pilot Insurance Company
2447.  PIMCO Bermuda LIBOR Plus Fund
2448.  PIMCO Real Return Fund
2449.  PIMCO Real Return Fund (M)
2450.  Pinnacle Entertainment, Inc.
2451.  Pinnacle Foods Finance LLC
2452.  Pinnacle West Capital Corp.
2453.  Pioneer Europe Mac 70 Ltd
2454.  Pipeline Data, LLC
2455.  Piper Jaffray and Co.
2456.  Pira Energy Group
2457.  Pivot Global Value Fund
2458.  Pivotal Promontory
2459.  PJM Interconnection, L.L.C.\
2460.  Plainfield Special Situations Master Fund Limited
2461.  Planet Acquisition Holdco 1 Ltd
2462.  Planet Acquisition Holdco 2 Ltd
2463.  Plastech Engineered Products, Inc.
2464.  Plinius Investments B.V.
2465.  Plumbers and Pipefitters National Pension Fund
2466.  PMA Koryo Fund
2467.  PMA Prospect Fund
2468.  PNC Bank, National Association
2469.  PNM Resources, Inc.
2470.  PNMR Services Co.
2471.  Polaris Software Lab Limited
2472.  Police and Fire Retirement System of the City of Detroit
2473.  Pond Credit (Master), L.P.
2474.  Ponte da Barca, S.L.
2475.  Poon Kai Hung
2476.  Poon Yuk Wah
2477.  Popolare
2478.  Popolare Vita S.p.A.
2479.  Popular Gestion S.G.I.I.C., S.A.
2480.  Popular High Grand Fixed Income Fund, Inc.
2481.  Portafolio de Inversiones C2-34, C.A.
2482.  Portfolio CDS Trust 18, 103-105, 162, 187, 191-196, 208-214, and 233-244
2483.  Portfolio Green German CMBS
2484.  Portland General Electric Company
2485.  Power Sector Assets & Liabilities Management Corporation
2486.  Powerex Corp.
2487.  Pozavarovalnica Sava, D.D.
2488.  PQ Corporation
2489.  Precis Corporation
2490.  Precision Partners
2491.  PRGS 1407 BWAY LLC

2492.   PricewaterhouseCoopers AG, Zurich
2493.   Primedia Inc.
2494.   Primeshares
2495.   Principal Financial Group, Inc.
2496.   Private Limited Company
2497.   ProFund Advisors LLC
2498.   Profunds Advisors LLC 424.
2499.   Programma Dinamico S.p.A.
2500.   Project Cabellero
2501.   Project Knight Senior
2502.   ProSiebenSat.
2503.   Protection One Alarm Monitoring, Inc.
2504.   Providence Equity Partners
2505.   Providence Equity Partners IV L.P.
2506.   Providence Equity Partners IV-A L.P.
2507.   Providence TMT Special Situations Fund L.P.
2508.   Prudence M. Waltz
2509.   PSEG Power LLC
2510.   Psychiatric Solutions Inc.
2511.   PT Bank Negara Indonesia
2512.   PT Mnc Sky Vision
2513.   PTG Grande Asset DEB KF
2514.   PTG Tanco Kingfisher
2515.   Public Bank Berhad
2516.   Public Employees' Retirement Association of Colorado
2517.   Public Service Company of Colorado
2518.   Public Service Enterprise Group Incorporated
2519.   Public Service of North Carolina
2520.   Public Utility District No. 1 of Chelan County, WA
2521.   Puerto Swap FCCC Corp.
2522.   Puget Sound Energy Inc.
2523.   Punjab National Bank (International) Limited
2524.   Pursuit Capital Partners Master
2525.   Pursuit Capital Partners Master (Cayman) Ltd.
2526.   Pursuit Opportunity Fund I Master LTD.
2527.   Pursuit Partners
2528.   Putnam Investments, LLC and Affiliates
2529.   Putnam Total Return Fund, LLC
2530.   Putnam Total Return Fund, Ltd.
2531.   Pyrrhuloxia, LP
2532.   Qantas Aircraft Leases
2533.   Qatar Liquefied Gas Company Limited
2534.   Quadrifoglio Vita S.p.A.
2535.   Quantitative Enhanced Decisions Master Fund
2536.   Quantum Partners Ltd.
2537.   Queensland Treasury Corporation
2538.   Quinlan Private European Strategic Property Fund
2539.   Quoc Truong Huynh
2540.   QVC, Inc.

2541.   QVT Financial LP
2542.   Qwest Services Corporation
2543.   R. Morzaria
2544.   R.F.P. Robijn B.V.
2545.   R3
2546.   R3 Capital Partners Master, LP
2547.   Raiffeisen Centrobank AG
2548.   Raiffeisen Zentralbank Osterreich AG
2549.   Raiffeisen Zentralbank Osterreich Aktiengesellschaft
2550.   Rajesh Pentapati
2551.   Rak Koestler
2552.   Ramon Garcia-Torrent Molina
2553.   Randolph H. Emerson
2554.   Ras Laffan Liquefied Natural Gas Company Limited (II)
2555.   RasGas
2556.   Raven Credits Opportunities Master Fund, Ltd.
2557.   Raymond F. Kravis Center for Performing Arts (The)
2558.   Raymond James & Associates, Inc.
2559.   RBC Dain Rauscher Inc.
2560.   RBS Coutts Bank AG
2561.   RBS Greenwich Capital
2562.   RBS Securities Japan Limited
2563.   Red River HYPi, L.P.
2564.   Reddy Ice Corporation
2565.   Regal Cinemas, Inc.
2566.   Regency Gas Services LP
2567.   Regent Seven Seas Cruises
2568.   Region Marche
2569.   Regions Bank
2570.   Regulated Utilities
2571.   Reiseburo Knofel & Nolte GmbH & Co. KG
2572.   Relative European Value S.A.
2573.   Reliance Globalcom Services, Inc.
2574.   Reliant Energy Inc. A-13
2575.   Reliant Energy Power Supply, LLC
2576.   Reliant Energy Services, Inc.
2577.   Renal Advantage, Inc.
2578.   Renate Werneyer
2579.   Rent-A-Center, Inc.
2580.   Rentokil
2581.   Republic Waste
2582.   Reserve Management Company Inc.
2583.   Residential Funding Company LLC
2584.   Resona Holdings
2585.   Resrv Partners, Inc.
2586.   Restructured Asset Certificates with Enhanced Returns, Series 2005-15-C Trust
2587.   Retirement Housing Foundation
2588.   Reva Kirk
2589.   Rexnord Corporation

2590. Reynolds American
2591. RFG Holding (France) SAS
2592. RFG Midco A/S
2593. RH Donnelley
2594. Richard A. Lough
2595. Richard B. Johnson
2596. Richard C. Miller
2597. Richard Clair
2598. Richard Graham
2599. Richard McKinney
2600. Richard Sheldon
2601. Richard Witten
2602. Rick Fleischman
2603. Right Management, Inc.
2604. Risparmio & Previdenza Societa per Azioni
2605. River Capital Advisors Inc.
2606. Rivka Schmuskovits
2607. Rizal Commercial Banking Corporation
2608. RJ Reynolds Tobacco Holdings, Inc.
2609. RMC
2610. RMS Belimo AG
2611. Robert A. Schoellhorn Trust
2612. Robert Dimeglio
2613. Robert Eberwein
2614. Robert F. Hausmann
2615. Robert Franz
2616. Robert L. Biscardi
2617. Robert L. Gross
2618. Robert M. Pettit
2619. Robert M. Rothman
2620. Robert Maitin
2621. Robert Teller
2622. Rocio Gonzalez De Canales
2623. Rock Creek Group LP, as Asset Manager
2624. Rockefeller Center Management Corporation
2625. Rockefeller Center North Inc.
2626. Rockefeller Group Development Corporation
2627. Rock-Forty Ninth LLC, Rockefeller Center et al.
2628. Rockies Express Pipeline LLC
2629. Rodger R. Stetler
2630. Rodney N. Brown
2631. Rogelio Beltran
2632. Roger B. Nagioff
2633. Roger Leveille
2634. Roger Nieman
2635. Rogge Global Partners PLC (on behalf of its customers)
2636. Rolando DiLiegghio
2637. Ronald A. Stack
2638. Ronald J. Mandracchia
2639. Ronald P. Zemenak

2640.  Ronald Profili
2641.  Rony Seikaly
2642.  Roofing Holding Inc.
2643.  Rosemarie Franzo
2644.  Ross Financial Company
2645.  Rosslyn Investors I, LLC
2646.  Rothorn Fund Limited (fka Man Mac Rothorn 6A Ltd)
2647.  Rovida Holdings Limited
2648.  Royal & Sun Alliance Insurance Group Plc
2649.  Royal Bank of America
2650.  Royal Bank of Canada
2651.  Royal Bank of Scotland
2652.  RR Investment Co. Ltd.
2653.  RSA Insurance Group Plc
2654.  Rudolf Wehrli
2655.  Rudolf Weiszmann
2656.  Russell Investment Group, Inc.
2657.  Rutger Schimmelpenninck
2658.  Ruth Jane Rayner
2659.  Ruthann McFarland
2660.  Rutland Hospital, Inc.
2661.  RWE
2662.  RWE AG
2663.  RWE Supply & Trading GmbH
2664.  Saad Investments Company Limited
2665.  Sabine Naito
2666.  SABMi11er Plc
2667.  SABMiller Finance B.V.
2668.  Sabre Holdings Corporation
2669.  Sabretooth Master Fund, LP
2670.  Sacher Funding Ltd.
2671.  Sachiko Abe
2672.  Sailfish Structured Investment Management (G4), LLC
2673.  Saint Joseph's University
2674.  Salem Five Cents Savings Bank
2675.  Sally-Anne E. Osborne
2676.  Salt Lake Neighborhood Housing Services, Inc.
2677.  Salzburg Munchen Bank
2678.  Samir Tabet
2679.  Sampo Bank PLC
2680.  Samsung Life Insurance Co., Ltd.
2681.  Samuel Benedict
2682.  Samuel E. Belk IV
2683.  Samuel E. Benjamin
2684.  Samuel H. Rudman
2685.  Samuel Magnus Andersen
2686.  San Diego-Frazee, LLC
2687.  San Miniato Previdenza Societa per Azioni
2688.  Sandeep Bordia

2689.  Sandra Hahn-Colbert
2690.  Sandridge Energy, Inc.
2691.  Santa Fe Partners LLC
2692.  Santander Asset Management, S.A., S.G.I.I.C.
2693.  Santander Investment Securities Inc.
2694.  Saphir Finance PLC
2695.  Sarah Coombs
2696.  Sarasin Investmentfonds
2697.  Sark Master Fund Limited
2698.  SAS Institute Inc.
2699.  Satterlee Stephens Burke & Burke LLP
2700.  Saverio Panerai
2701.  SBA Comm
2702.  SBA Senior Finance
2703.  Schaffhauser Kantonalbank
2704.  Schefenacker AG
2705.  Schieder Moebel Holding GMBH
2706.  Schretlen & Co.
2707.  Schroder Alternative Solutions
2708.  Scoggin Capital Management II
2709.  Scoggin International Fund, Ltd.
2710.  Scoggin Worldwide Fund, Ltd.
2711.  Scotia Capital (USA) Inc.
2712.  Scott Aitken
2713.  Scott Kitchens
2714.  Scottwood Master Ltd.
2715.  Sea Port Group Securities, LLC
2716.  Sears Holdings Corp.
2717.  Sears Roebuck Acceptance Corp.
2718.  Seattle Pacific University
2719.  SEB Enskilda, Inc.
2720.  SecondMarket, Inc.
2721.  Security Pacific Capital Leasing Corporation
2722.  SEI Institutional Investment Trust – Enhanced Income Fund
2723.  Semcrude LP
2724.  SemGroup Energy Partners, L.P.
2725.  Seneca Center
2726.  Sengent, Inc. -d/b/a ClariFI
2727.  Seniors Civil Liberties Association
2728.  Sequa Corporation
2729.  Serena Software, Inc.
2730.  Serengeti Overseas Ltd.
2731.  Serengeti Partners LP
2732.  Serengeti Rapax MM LP
2733.  Serpering Investments B.V.
2734.  Service Corp Int'l
2735.  SG Americas Securities LLC
2736.  SGS HY Credit Fund I (Exum Ridge CBO 2006-3)
2737.  SGS International, Inc.

2738.  Shamah 2000 Family Trust
2739.  Shane Visto
2740.  Shannon Allen
2741.  Shareholders of Novastar Financial Inc.
2742.  Shea-Edwards Limited Partnership
2743.  Shell Energy North America (US) L.P.
2744.  Shell Trading (US) Company
2745.  Sheridan Holdings, Inc.
2746.  Sherrill-Lubinksi Corporation
2747.  Shiga Bank, Ltd. (The)
2748.  Shin Kong Life Insurance Company Ltd
2749.  Shinhan Investment Corp.
2750.  Shinkin Central Bank
2751.  Shinsei Bank Limited
2752.  Short Credit Master Fund, LP
2753.  SHPS, Inc.
2754.  SHUAA Capital PSC
2755.  Sidley Austin LLP
2756.  Siebert Capital Markets
2757.  Siegried Mosch
2758.  Siemens AG
2759.  Siemens/Convertibles global markets trading as Innovest European
2760.  Siepmann & Cie GmbH & Co. KG
2761.  Sierra Pacific Power Company
2762.  Siit Extended Duration Fund Liquiditing Trust
2763.  Silicon Graphics Inc.
2764.  Silver Point Capital Offshore Master Fund, L.P.
2765.  Silver Point Capital, LP
2766.  Silver Sprints Apts
2767.  Silvio Schuster
2768.  Simeon Moreno
2769.  Sinclair Television Group, Inc.
2770.  Sing Heung
2771.  Singapore Airlines
2772.  Sirius International Limited
2773.  Sisal Mezz
2774.  Sisal S.p.A
2775.  Sistema Universitario Ana G. Mendez
2776.  Siu Lui Ching
2777.  Six Flags Theme Parks Inc. A-14
2778.  Sixth Gear
2779.  SK Energy Co., Ltd.
2780.  SK Securities Co., Ltd.
2781.  Sky Power Corporation
2782.  SLG 220 News Owner LLC
2783.  Slim Baccar
2784.  SLM Corporation
2785.  SMBC Capital Markets
2786.  SMC Credit Opportunities Fund, Ltd.

2787. Smitha Aivar
2788. Smolanksy Fund Limited
2789. So Wai Lan
2790. Societa Cattolica di Assicurazione – Societa Cooperativa
2791. Societe Generale
2792. Soffer Turnberry/South Strip, LLC
2793. Sola Ltd.
2794. Solent Credit Opportunities Master Fund
2795. Solo Cup Company
2796. Solutia Inc.
2797. Somers Dublin Ltd. A/C KBC Pledged
2798. Somerset Properties SPE, LLC
2799. Soros Fund Management LLC
2800. Sothic Capital European Opportunities Master Fund
2801. Sourcecorp, Inc.
2802. South Mississippi Power Association
2803. South Yorkshire Pension Authority
2804. Southeastern Golf, Inc.
2805. Southern Community Bank and Trust
2806. Southern Community Financial Corporation
2807. Southern Company
2808. Southwestern Public Service Company
2809. Sovereign Securities Corporation, LLC
2810. SP4190 S. Lasalle, L.P.
2811. Spanish Broadcasting Systems, Inc.
2812. Sparbanken Vastra Malardalen
2813. Sparda-Bank Hessen eG
2814. Sparebank 1 SR-Bank
2815. Sparkasse Erwitte-Anroechte
2816. Sparkasse Heidelberg
2817. Sparkasse Pforzheim Calw
2818. Sparkasse Saarbruecken
2819. SPCP Group, L.L.C. (agent for Silver Point Capital Fund, L.P. and Silver Pont Capital Offshore Fund, Ltd.)
2820. Spectra Energy Capital, LLC (f/kfa Duke Capital)
2821. Spectra Energy Partners OLP, LP
2822. Spiegel Inc.
2823. Spring Star Corp.
2824. Springfield Associates LLC
2825. Sprint Nextel Corp
2826. Sprint Solutions, Inc
2827. SR GGI Master MA, Ltd.
2828. SR Latigo Master MA, Ltd.
2829. Sridhar Duddukuri
2830. Srihari Javvaji
2831. Stacy Holder
2832. Stagg, Terenz, Confusione & Wabnik, LLP
2833. Stahl Acquisition BV
2834. Stallion Oilfield Services Ltd.

2835.   Stamford Associates L.P.
2836.   Stamford Associates L.P.
2837.   Stamford Law Corporation
2838.   Stan Mehaffey
2839.   Standard Bank Plc
2840.   Standard Chartered Bank
2841.   Standard Chartered Bank (Hong Kong) Limited
2842.   Standard Credit Group LLC
2843.   Standard Life Bank Plc
2844.   Standard Pacific
2845.   Stanford Hospital and Clinics
2846.   Stanley Czajka
2847.   Staple Street Aviation (Master), L.P.
2848.   Star Tribune Co.
2849.   Starwood Hotels & Resorts
2850.   State Bank of Long Island
2851.   State Board of Administration of Florida
2852.   State of Arizona ex rel Arizona State Treasurer
2853.   State of Michigan, Department of Treasury
2854.   State Street Bank
2855.   Statler Arms Garage LLC
2856.   Stefan Brandt
2857.   Steingass
2858.   Stephen Gaty
2859.   Stephen Gott
2860.   Stephen Green
2861.   Stephen L. Hopkins
2862.   Stephen N. Hurley
2863.   Steptoe & Johnson LLP
2864.   Steven Anthony Pearson
2865.   Steven G. Holder Living Trust
2866.   Steven M. Speier
2867.   Steven Mehos
2868.   Steven T. Mulligan
2869.   STF THSRC
2870.   Stone Lion Portfolio L.P.
2871.   Stone Tower Capital LLC
2872.   Stone Tower Debt Advisors LLC
2873.   Stonehill Institutional Partners, L.P.
2874.   Stonehill Master Fund Ltd.
2875.   Stony Brook Court
2876.   Strategic Value Master Fund, Ltd.
2877.   Strategic Value Special Situations Master Fund LP
2878.   Straumar-Burdaras Investment Bank HF
2879.   Stroock & Stroock & Lavan LLP
2880.   Structure Consulting Group, LLC
2881.   Structure Tone Inc.
2882.   Structured Products Transaction Management Group
2883.   SuccessFactors Inc.
2884.   Sudhakar Aremanda

2885. Sullivan & Company Marketing
2886. Sumitomo Mitsui Banking Corp.
2887. Sumitomo Mitsui Brussels Branch
2888. Sumitomo Mitsui Financial Group
2889. Sumitomo Trust & Banking
2890. Sumitomo Trust & Banking Co., LTD
2891. Summer W. Mudge
2892. Summit Capital Partners, LP
2893. Summit Petroleum Limited
2894. Summit Systems, Inc.
2895. Sun Microsystems, Inc.
2896. Sun Trust Banks, Inc.
2897. SunAmerica Asset Management
2898. SunCal Debtors
2899. SunCal Heartland, LLC
2900. SunCal Marblehead, LLC
2901. SunCal Oak Knoll, LLC
2902. SunCal PSV, LLC
2903. SunCal Torrance, LLC
2904. Suncor Energy Marketing, Inc.
2905. SunGard
2906. SunGard Assent LLC
2907. SunGard Asset Management Systems LLC
2908. SunGard Availability Services LP
2909. SunGard Business Integration Ltd.
2910. SunGard Data Reference Solutions, LLC
2911. Sungard Data Systems Inc.
2912. SunGard Expert Solutions LLC
2913. SunGard Institutional Brokerage Inc.
2914. SunGard Investment Systems LLC
2915. SunGard Kiodex, Inc.
2916. SunGard Securities Finance LLC
2917. Sunoco Inc.
2918. Sunoco Logistics Partners Operations, LP
2919. Sunrise Partners Limited Partnership
2920. Sunshine Holdings Limited
2921. SunTrust Robinson Humphrey, Inc.
2922. Supervalu Inc.
2923. Susan Sayers
2924. Susanne K. Kraus
2925. Sutherland Asbill & Brennan
2926. Svenska Handelsbanken AB
2927. Svenska Litteratursaillskapet
2928. SVMF 48, LLC
2929. Swedbank
2930. Swedbank AB, New York Branch
2931. Swift Transportation Co., Inc.
2932. Swiss Reinsurance Company
2933. Sylvia Lewis

2934.  Symetra Financial Corporation
2935.  Symphony Asset Management LLC
2936.  Synagro Technologies, Inc.
2937.  Synam Limited
2938.  Synatech
2939.  Syncora Syncora Holdings Ltd. Syniverse
2940.  Syniverse Technologies
2941.  SyntexEnergy LLC
2942.  Systema
2943.  Systema Vita Compagnia di Assicurizioni S.p.A.
2944.  Szeto Ting Hoi
2945.  T & W Funding Company
2946.  T. Boone Pickens
2947.  Ta Chong Finance (Hong Kong) Limited
2948.  TAARP Group, LLP
2949.  Taconic Capital Partners 1.5 L.P.
2950.  Taconic Market Dislocation Fund II, L.P.
2951.  Taconic Opportunity Fund L.P.
2952.  Taifook Securities Company Limited
2953.  Taipei Fubon Commercial Bank Co.
2954.  Taishin International Bank
2955.  Tal Lev Ani
2956.  TAM YIN MUI
2957.  Tan Lye Thiam John
2958.  Tan Tjiang Moy
2959.  Tangoe, Inc.
2960.  Targa Resources, Inc.
2961.  Target Corporation
2962.  Tarrant County
2963.  Tata American International
2964.  Tata Communications Services (America) Inc. f/k/a VSNL America Inc.
2965.  Tata Consultancy Services LTD
2966.  TCW Absolute Return Credit Fund, L.P.
2967.  TD Securities (USA) LLC
2968.  TD Security
2969.  TDS Investor Corporation
2970.  Teachers' Retirement System of the State of Illinois
2971.  Team Finance LLC
2972.  Teamsters Allied Benefit Funds Technical & Scientific Application, Inc.
2973.  Telecom Italia Capital S.A.
2974.  Telefonica Europe B.V.
2975.  Telefonica, S.A.
2976.  Tembec
2977.  Tembec Industries Inc.
2978.  Temple Health System Transport Team, Inc.
2979.  Temple Physicians, Inc.
2980.  Temple University Health Systems, Inc. for itself and as Agent
2981.  Templeton Global
2982.  Tennenbaum Multi Strategy Master Fund

2983.  Tennessee Department of Revenue
2984.  Tenor Opportunity Master Fund, Ltd.
2985.  Tensor Opportunity Limited
2986.  Teppco Partners, L.P. A-15
2987.  Tercas-Cassa di Risparmio Della Provencia di Teramo S.p.A.
2988.  Terry Foundation
2989.  Tesoro Corporation
2990.  Tetra Tech, Inc.
2991.  Teva Hungary Pharmaceutical Marketing
2992.  Teva Pharmaceutical Works Company
2993.  TFS
2994.  Thalia CLO
2995.  Thalia Credit FAC
2996.  Tham Yiu Kwok
2997.  The Adelphia Recovery Trust
2998.  The Arizona Department of Revenue
2999.  The Bank of New York
3000.  The Bank of New York Corporate Trustee Services Limited
3001.  The Bank of New York Mellon
3002.  The Bank Of Tokyo-Mitsubishi UFJ, Ltd
3003.  The Blackstone Group
3004.  The Carlyle Group
3005.  The Central Puget Sound Regional Transit Authority
3006.  The Christian and Missionary Alliance Foundation
3007.  The Chuo Mitsui Trust And Banking Co., Ltd
3008.  The City of Long Beach
3009.  The Clorox Company
3010.  The Commonwealth Of Pennsylvania
3011.  The Co-operative Bank p.l.c.
3012.  The Drake Global Opportunities (Master) Fund, Ltd.
3013.  The Drake Low Volatility Master Fund, Ltd.
3014.  The Drake Offshore Master Fund, Ltd.
3015.  The Governor and the Company of the Bank of Ireland
3016.  The Hartford Financial Services Group, Inc.
3017.  The Hertz Corporation
3018.  The Higo Bank, Ltd.
3019.  The Horne Depot, Inc.
3020.  The Hotchkiss School
3021.  The Informal Noteholder Group
3022.  The Iyo Bank, Ltd.
3023.  The Joint Administrators of the Lehman European Group Administration Companies
3024.  The Juilliard School
3025.  The Kiyo Bank
3026.  The Kuwana Shinkin Bank
3027.  The Kyoei Fire and Marine Insurance Company Ltd.
3028.  The Lehman Hong Kong Liquidators
3029.  The Lightstone Group
3030.  The Liverpool Limited Partnership
3031.  The McGraw-Hill Companies, Inc.

3032. The Minami-Nippon Bank, Ltd.
3033. The Neiman Marcus Group, Inc.
3034. The O'Neil Group, LLC
3035. The Pemex Project Funding Master Trust
3036. The Pension Fund Group
3037. The Primary Fund of the Reserve Fund
3038. The Provisional French Administrator to Banque Lehman Brothers
3039. The Provisional French Administrator to Banque Lehman Brothers SA
3040. The Related Companies
3041. The Reserve International Liquidity Fund
3042. The Reserve Yield Plus Fund
3043. The Rhodes Companies, LLC
3044. The Seaport Group LLC
3045. The Shoko Chukin Bank, Ltd.
3046. The Sports Authority, Inc.
3047. The TAARP Group, LLP
3048. The Toyokawa Shinkin Bank
3049. The Vanguard Group, Inc.
3050. The Varde Fund IX, L.P.
3051. The Varde Fund IX-A, L.P.
3052. The Varde Fund V-B, L.P.
3053. The Varde Fund VII-B, L.P.
3054. The Varde Fund VIII, L.P.
3055. The Walt Disney Company / Disney
3056. The Williams Companies
3057. The Yamagata Bank
3058. Theodore Wm. Tashlik
3059. Thomas Cook AG
3060. Thomas M. Cockreil
3061. Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund
3062. Thomas Reynolds
3063. Thompson Investment Management, Inc.
3064. Thomson Reuters Plc & Thomson Reuters Corp.
3065. Thomson Tat
3066. ThruPoint, Inc.
3067. Ticknor Corner LLC
3068. Tiffany & Co.
3069. Tiger Asia Fund, L.P.
3070. Tiger Asia Overseas Fund, Ltd.
3071. Tiger Global II, L.P.
3072. Tiger Global, L.P.
3073. Time Warner
3074. Timothy A. Cotten
3075. Tishman Speyer Properties, L.P.
3076. Tishman Speyer Real Estate Venture VII, L.P
3077. TLLB2002 International
3078. Tobacco Settlement Financing Corporation
3079. Tokai Tokyo Securities Co., Ltd.
3080. Tokai Tokyo Securities Co., Ltd.
3081. Tom Wolf

3082.  Tomarchio Carmelo
3083.  TomTom N.V.
3084.  Top Advance Limited
3085.  Toronto-Dominion Bank
3086.  Total Alpha Investment Fund Management Company S.A.
3087.  Total Gas & Power Limited
3088.  TOUSA, Inc. (f/k/a Technical Olympic USA Inc.)
3089.  Town Sports International, Inc.
3090.  Toys R Us
3091.  TPF Generation Holdings, LLC
3092.  TPG Credit Opportunities Fund, L.P.
3093.  TPG Credit Opportunities Investors, L.P.
3094.  TPG Credit Strategies Fund, L.P.
3095.  TPG Opportunity Fund I, L.P.
3096.  TPG Opportunity Fund III, L.P.
3097.  TPG-Austin Portfolio Holdings LLC
3098.  TPG-Axon Partners (Offshore) Ltd.
3099.  TPG-Axon Partners, LP
3100.  Tracey Morman
3101.  Trademarks LLC
3102.  Tradeweb Markets LLC
3103.  Trading Technologies International
3104.  Training the Street, Inc.
3105.  Trans World Airlines Inc.
3106.  Transamerica Asset Funding Corp.I
3107.  TransCanada Pipelines Limited
3108.  Transdigm Inc
3109.  Transocean Inc.
3110.  Travelers National Accounts
3111.  Travelport 2nd A&R
3112.  Travelport Holdings Ltd.
3113.  Travelport Inc.
3114.  Treasurer of Douglas County, Colorado
3115.  Treasurer of Garfield County, Colorado (The)
3116.  TRG Global Opportunity Master Fund, Ltd.
3117.  TRG Local Currency Opportunity Master Fund, Ltd.
3118.  Tribune Company
3119.  Trilogy Leasing Co., LLC
3120.  TriOptima AB
3121.  Triple Point Technology, Inc.
3122.  Tri-State Generation And Transmission Association, Inc.
3123.  Tronox Worldwide
3124.  Tronox Worldwide LLC
3125.  Trophy Hunter Investments
3126.  Tropicana Entertainment
3127.  Troutman Sanders LLP
3128.  Troy A. Uhlman
3129.  True Friend 4th Securitization Specialty Co.
3130.  TRW Automotive Holdings Corp.

3131. TRW Automotive Inc.
3132. TSO LLC
3133. TUA Assicurazioni Societa per Azioni
3134. Tudor Global Emerging Markets Portfolio L.P.
3135. Tulug Temel
3136. Turnberry Associates
3137. Turnberry Fund
3138. Turnberry Leveraged Credit Master LP
3139. Turnberry Retail Holding, L.P.
3140. Turnberry/Centra Crossroads, LLC
3141. Turnberry/Centra Development, LLC
3142. Turnberry/Centra Office Sub, LLC
3143. Turnberry/Centra Quad, LLC
3144. Turnberry/Centra Sub, LLC
3145. Turnberry/South Strip, LP
3146. Tuscon Electric Company
3147. Tuxedo Reserve Owner LLC
3148. Tuxedo TPA Owner LLC
3149. TW Telecom Inc.
3150. TXU / Texas Utilities
3151. TXU Energy Company
3152. Tyco Electronics Tyco International Group S.A.
3153. U. Young Park
3154. U.S. Bank National Association
3155. U.S. Shipping Partners L.P.
3156. UBI Banca Sc.p.A.
3157. UBS AG
3158. UBS Financial Services
3159. UBS Financial Services of Puerto Rico
3160. UBS International Inc.
3161. UBS Securities LLC
3162. Udo Wellman
3163. Unclaimed Property Recovery Service, Inc.
3164. Unicredito Italiano
3165. Union Bancaire Privee, UBP SA
3166. Union Bank Of California, N.A.
3167. Union Investment Privatfonds GmbH
3168. United Air Lines
3169. United Coconut Planters Bank
3170. United Components, Inc.
3171. United Corporate Federal Credit Union
3172. United of Omaha Life Insurance
3173. United Parcel Services, Inc. / UPS
3174. United States Steel Corporation / US Steel Corp
3175. United Surgical Partners International, Inc.
3176. UnitedHealth Group IncA-16
3177. University of Pittsburgh
3178. Univision Communications Inc.
3179. UPC Broadband Holding B.V.

3180. UPCMedia
3181. US AG Bank
3182. US Airways Group, Inc.
3183. US Bank National Association
3184. US Bus Pension Scheme
3185. US Investigations Services, Inc.
3186. US Securities and Exchange Commission
3187. USAA Capital Corporation
3188. USI Holdings Corp.
3189. USPF Holdings, LLC
3190. Utah Housing Corporation
3191. Utendahl Capital Partners, L.P.
3192. Uwe Schaper
3193. Uwe Schirrmeister
3194. Uwe Schoenwaelder
3195. Valero Energy Corporation
3196. Valiant Privatbank AG
3197. Van Der Moolen Specialists
3198. Van Gansewinkel Holding B.V.
3199. Van Trai Huynh
3200. Vanguard Fiduciary Trust Company Asset-Backed Securities Trust
3201. Vanguard Fiduciary Trust Company Corporate Bond Trust
3202. Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust
3203. Vanguard Total Bond Market Index Fund, a series of Vanguard Bond Index Funds
3204. Varde Investment Partners (Offshore) Master, L.P.
3205. Varde Investment Partners, L.P.
3206. Varig S.A. (Vicao Aerea Rio-Grandense)
3207. VBS Investment Bank
3208. Venetian Macau Limited
3209. Venise Acquisition
3210. Venoco, Inc.
3211. Venor Capital Master Fund Ltd.
3212. Venstar Leasing
3213. Verde CDO
3214. Verein Fazu
3215. Verint Systems Inc.
3216. Verizon Communications Inc.
3217. Verso Paper Holding LLC
3218. Versorgungswerk der Apothekerkammer Nordrheim
3219. Vertrue Incorporated
3220. Veyance Technologies, Inc.
3221. Vicente Aguilera Caelles
3222. Victoria Reinsurance Company Ltd.
3223. Vignette Europe Limited
3224. Viktoiaplatz
3225. Vincent Jackson
3226. Virginia Electric And Power Company
3227. Virtual Expo

3228. Visteon Corporation
3229. VITA
3230. Vital Dinero Fondo de Inversion
3231. Vital Pension Garantizado 2012, P.P.I., E.P.S.V.
3232. Vitol Asia Pte Ltd.
3233. Vitol S.A.
3234. Vittoria Veterano
3235. Vodafone Group Plc
3236. Volksbank Aichfeld-Murboden
3237. Volksbank Bad Goisern
3238. Volksbank Enns-St. Valentin
3239. Volksbank Feldkirchen
3240. Volksbank Gmuend
3241. Volksbank Graz-Bruck
3242. Volksbank Obersdorf-Wolkersdorf-Dt
3243. Volksbank Oetscherland
3244. Volksbank Osttirol
3245. Volksbank Paderdorn-Hoxter Detmold eG
3246. Volksbank Ried im Innkreis
3247. Volksbank Schaerding
3248. Volksbank Slovenia
3249. Volksbank Tullnerfeld eG
3250. Volksbank Voklabruck-Bmunden e.Gen
3251. Vollers Excavating & Construstion,Inc
3252. Vornado Realty L.P. Vought Aircraft Industries, Inc.
3253. VR-LIW GmbH on behalf of Deutsche Apotheker
3254. VR-LW GmbH
3255. Wachovia Bank
3256. Wachovia Securities Ltd.
3257. Wagram
3258. Wall St Concepts
3259. Wall Street Concepts LLC
3260. Walmart Stores
3261. Walter Mosch
3262. Warburg Pincus Equity Partners L.P.
3263. Washington Metro
3264. Washington Mutual Bank
3265. Washington Mutual, Inc.
3266. Washington National Insurance Company
3267. Washington State Tobacco Settlement Authority
3268. Water Pollution Control Authority for the City of Bridgeport
3269. Waterfall European CLO S.A.
3270. Waterstone Market Neutral Mac 51 Ltd
3271. Wayne D. Reid II
3272. WCCV
3273. WCG Master Fund
3274. WCI Capital Corp.
3275. WCI Communities
3276. WDAC Intermediate
3277. Web-Pro Technology Limited

3278. Weetabix Mills
3279. Wellmont Health System
3280. Wellpoint Inc
3281. Wells Fargo & Co.
3282. Wells Fargo Bank Minnesota
3283. Wells Fargo Bank, NA
3284. Werra Papier
3285. Wesco Aircraft Hardware Corp.
3286. Westar Energy, Inc.
3287. Western Asset UK GBP Credit Plus Bond Fund
3288. Western Digital Corporation
3289. Westernbank Puerto Rico
3290. WestLB AG, New York Branch
3291. Westport Capital Management
3292. WH 2005 / NIAM III East Holding OY
3293. Wharton Asian Arbitrage Fund I
3294. Wharton Asian Special Opportunities Company 1 Ltd.
3295. Whippoorwill Associates Inc
3296. White Marlin CDO 2007-1
3297. White Mountains Insurance Group, Ltd.
3298. Whitworth College, d/b/a Whitworth University
3299. Wilfried Uttendorf
3300. William Berkman
3301. William C. Meyer Jr.
3302. William Capital Group, L.P.
3303. William Kuntz, III
3304. William L. Hess
3305. William Nicoll
3306. William P. White
3307. William Salway
3308. William Skolnick
3309. Williams Partners L.P.
3310. Wilmar Landco LLC
3311. Wilmington Trust Company
3312. Wilmington Trust Company
3313. Wilmington Trust FSB
3314. Wim J.M. Alen
3315. Wimar Opco
3316. Wind Telecommunicazioni S.P.A.
3317. Windels Marx Lane & Mittendorf, LLP
3318. Windwalker Hawaii
3319. Wingecarribee Shire Council
3320. Winstar
3321. Wintergreen Orchard House
3322. Wisconsin Electric Power Company
3323. Wisconsin Energy Corporation
3324. Wisconsin Gas LLC (f/kla Wisconsin Gas Company)
3325. Wisconsin Power And Light Company
3326. WMG Acquisition Corp.

3327. Wolf Hollow 2nd Lien
3328. Wolf Hollow I LP
3329. Wolters Kluwer NV
3330. Wong Tak Keung
3331. Wong Yee Wan
3332. Woo Set Wah
3333. Woodmark
3334. World Directories
3335. World Directories Acquisition Corp.
3336. Wrenton Management Limited
3337. WSG Development Co.
3338. WWK Hawaii
3339. Wyeth
3340. Xcel Energy Inc.
3341. Xerox Corporation
3342. Xianhua Xu
3343. Xicor, LLC
3344. XL Capital
3345. XL Specialty Insurance Company A-I7
3346. XLCA Admin, LLC
3347. XLCDS, LLC
3348. Yam Chak Hong Henry
3349. Yamani Hartono
3350. Yang Wei Ying
3351. Yankee Candle Company, Inc.
3352. Yarpa Investmenti S.G.R. S.p.A. -RP3 Fund
3353. Yarpa Investmenti S.G.R. S.P.A.-RP3
3354. Yellowstone Club
3355. Yellowstone Mtn Club
3356. Yeung So Fan
3357. Yildiz Holdings, Inc.
3358. Yin Ying Leung
3359. Yiu Yuen On Paul
3360. York Asian Opportunities Master Fund, L.P.
3361. York Capital Management, L.P.
3362. York Credit Opportunities Fund, L.P.
3363. York Credit Opportunities Master Fund, L.P.
3364. York Credit Opportunities Unit Trust
3365. York European Focus Master Fund, L.P.
3366. York European Opportunities Master Fund, L.P.
3367. York Global Master Fund, L.P.
3368. York Investment Master Fund, L.P.
3369. York Select Master Fund, L.P.
3370. York Select Unit Trust
3371. York Select, L.P.
3372. Yorvik Partners LLP
3373. Young Broadcasting
3374. YPSO France S.A.S.
3375. YPSO Senior

3376.  Yu Chun Kwan
3377.  Yuanta Commercial Bank
3378.  Yuksung Korea Co., Ltd.
3379.  Yuma Hospital District
3380.  Yun You
3381.  Zahniser Trust
3382.  ZAIS Opportunity Master Fund, Ltd.
3383.  Zais Scepticus Fund I, Ltd.
3384.  ZAO KB Citibank
3385.  Zephyrus Investments LLC
3386.  ZPR International, Inc.
3387.  Zwinger Opco 6 BV

## Affiliations of Outside Directors

Michael L. Ainslie
- director - The St. Joe Company
- director - Lehman Brothers Bank, FSB
- Member (and the chairman emeritus) of the Board of Directors of The Posse Foundation, Inc.
- trustee - Vanderbilt University

John F. Akers
- director - W.R. Grace & Co

Roger S. Berlind
- governor - The Broadway League

Thomas H. Cruikshank

Marsha Johnson Evans
- advisory board - LPGA
- advisory board - Pew Partnership for Civic Change
- director - America's Development Foundation.
- director - Huntsman Corporation
- director - Naval Academy Foundation
- director - Office Depot, Inc.
- director - Weight Watchers International, Inc.

Sir Christopher Gent
- advisory board - Reform
- director - Ferrari SpA
- senior advisor - Bain & Company, Inc.

Roland A. Hernandez
- advisory board - David Rockefeller Center for Latin American Studies at Harvard University
- advisory board - Harvard Law School
- director - Sony Corporation
- director - The Ryland Group, Inc.
- director - Vail Resorts, Inc.
- director of MGM Mirage
- President's Council on International Activities – Yale University

Henry Kaufman
- member - Board of Trustees of New York University
- member - Board of Trustees of the Animal Medical Center
- member (and the chairman emeritus) - Board of Overseers of the Stern School of Business of New York University
- member (and the chairman emeritus) - Board of Trustees of the Institute of International Education
- member of the Advisory Committee to the Investment Committee of the International Monetary Fund Staff Retirement Plan
- member of the Board of Governors of Tel-Aviv University  treasurer (and former trustee) of The Economic Club of New York.
- member of the International Advisory Committee of the Federal Reserve Bank of New York
- president - Henry Kaufman & Company

John D. Macomber
- chairman - Council for Excellence in Government
- director - Collexis Holdings, Inc.
- director - Stewart & Stevenson LLC
- trustee - Carnegie Institution of Washington
- trustee - Folger Library
- vice chairman - Atlantic Council

## Professionals Retained by the Company

- Akerman Senterfitt
- Allen & Overy LLP
- Allen Matkins Leck Gamble Mallory and Natsis
- Alvarez & Marsal North America. LLC
- Andrews & Kurth LLP
- Anthony J. Napolitano & Associates
- Appleby Global
- Baker & McKenzie LLP
- Balcomb & Green, P.C.

- Ballard Spahr Anders & Ingersoll, LLP
- Bar & Karrer AG
- Bedell Cristin
- Benesch, Fiedlander, Coplan & Arnoff LLP
- Berkman Wechsler Bloom & Co., Law Offices
- Bickerton Lee Dang & Sullivan, LLP
- Bih Li & Lee
- Blake Cassels & Graydon LLP
- Bloom Murr & Accomazzo, P.C.
- BLP Abogados
- BlueGate Partners, LLC
- Bonchonsky & Zaino, LLP
- Bonelli Erede Pappalardo
- Bortstein Legal LLC
- Bracewell & Giulliani LLP
- Brand Law Group, PC
- Broad & Cassel
- Brownstein Hyatt Farber Schreck, LLP
- Bulboaca & Associatii
- Burns, White & Hickton
- Cadwalader, Wickersham & Taft LLP
- Cains
- Carrington, Coleman, Sloman & Blumenthal, L.L.P.
- Cassels Brock & Blackwell LLP
- CB Richard Ellis
- Cederquist
- Chiomenti Studio Legale
- Chun Rair & Yoshimoto LLP
- Click & Null, P.C.
- Clyde Click
- Conway and Mrowiec
- Cox Castle Nicholson
- Curtis, Mallet-Prevost, Colt & Mosle LLP
- David Marks QC
- Davies Ward Phillips & Vineberg
- Davis & Gilbert LLP
- De Brauw Blackstone Westbroek
- Dechert LLP
- Deloitte & Touch USA LLP
- Dickstein Shapiro LLP
- DLA Piper
- Dorsey & Whitney LLP
- DTZ Rockwood LLC
- Duff and Phelps

- Duff and Phelps
- Einstein Malanchuk LLP
- Epiq
- Ernst & Young LLP
- Evergreen Law Group
- Foster, Graham, Milstein & Calisher, LLP
- Fragomen, Del Rey, Bernsen & Loewy, LLP
- Freshfields Bruckhaus Deringer
- Fried Frank
- FTI Consulting Inc.
- Fulbright & Jaworski L.L.P.
- Gianni, Origoni Grippo & Partners
- Gibson, Dunn & Crutcher LLP
- Hahn Loeser & Parks LLP
- HBN Law
- Heller Ehrman LLP
- Herbert Smith CIS LLP
- Herbert Smith Ltd.
- Herrick & Feinstein MMOR Consulting
- Herzfeld & Rubin, P.C.
- Hoegen & Associates, P.C.
- Hogan & Hartson
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Houser & Allison, APC
- Hunt Leibert Jacobson, P.C.
- Hunton & Williams LLP
- Huron Consulting Group
- International Legal Counselors Thailand Ltd.
- Jackson Lewis LLP
- Jeffer, Mangels, Butler & Marmaro
- Jeffery Peter Onions QC
- Jenner & Block LLP
- Jenner and Block LLP
- Jones Day
- Juris Law Offices
- Kahrl & Wutcher LLP
- Kellerhals Hess
- Kelly Matthew Wright
- Kepley Brouscious & Biggs
- Klavins & Slaidins
- Kleyr Grasso Associes
- Kramer Levin Naftalis & Frankel LLP
- Krebsbach & Snyder, P.C.
- Krieg Devault LLP

- L.B. Smithplein 3
- Latham & Watkins LLP
- Lazard Freres & Co.
- Lewis and Roca LLP
- Locke Lord Bissell & Liddell LLP
- Lombardo Dufresne
- LS Horizon Ltd.
- Luboja & Thau, LLP
- Mandel, Katz & Brosnan LLP
- Mannheimer Swartling Advokatbyrå Ab
- Maples and Calder (Cayman Office)
- Mayo Crowe LLC
- Mazars LLP
- McCann FitzGerald Solicitors
- McDermott Will & Emery LLP
- McKee Nelson
- McKenna Long & Aldridge LLP
- Meitar, Liquornik, Geva & Leshem Brandwein
- Menter, Rudin & Trivelpiece, P.C.
- Mercer Marsh & McLennan Companies
- Merra & Kanakis, P.C.
- Milbank, Tweed, Hadley & McCloy LLP
- Miller Canfield Paddock Stone
- Mitsui Company
- MM Arizona Holdings LLC
- MMOR Consulting
- Momo-o, Matsuo & Namba
- Morrison & Foerster LLP
- Mourant du Feu & Jeune
- Natixis Capital Markets
- NautaDutilh N.V.
- NBP Clems
- Norton Rose LLP
- Ogier
- Oh-Ebashi LPC & Partners
- Pachulski Stang Ziehl & Jones LL
- Paul, Hastings, Janofsky & Walker LLP
- Paul, Weiss, Rifkind, Wharton & Garrison LLP
- Pekin & Pekin
- PetroVal, Inc.
- Pite Duncan
- PricewaterhouseCoopers
- Prickett Jones & Elliott, P.A.
- Quinn Emanuel Urquhart Oliver & Hedges, LLP

- Raja & Tann
- Reilly Pozner & Connelly  LLP
- Richard Sheldon QC
- Richards, Layton & Finger, P.A.
- Salvadore Auctions & Appraisals, Inc.
- Schulte, Roth, & Zabel LLP
- Sidley Austin LLP
- Sills Cummis Epstein & Gross P.C.
- Simpson Thacher & Bartlett LLP
- Skadden, Arps, Slate, Measgher & Flom LLP
- Smith Dollar
- Snell & Wilmer
- Snyder Valuation
- Sonnenschein Nath & Rosenthal
- Squire, Sanders & Dempsey L.L.P.,
- Stamford Law Corporation
- Stroock, Stroock & Lavan
- Sutherland Asbill & Brennan LLP
- Thacher Proffitt & Wood LLP
- The Madden Law Firm
- Tompkins, McGuire, Wachenfeld & Barry LLP
- Tozzini Freire Advogados
- Travers Smith LLP
- Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
- Valentine S. Grimes & Co.
- Wachtel & Masyr LLP
- Watson, Farley & Williams (Thailand) Limited
- White & Case
- Willkie Farr & Gallagher LLP
- Wilmer Cutler Pickering Hale and Dorr LLP
- Windels Marx Lane & Mittendorf, LLP
- Woodbury & Santiago, P.A.
- Worldwide Trade Partners
- Wynn & Wynn, P.C.

## Litigation Claimants

- Alaska Electrical Pension Fund
- Alex E. Rinehart
- Aliant Bank
- American Family Life Assurance Company Of Columbus
- Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
- Aurora Bank FSB f/k/a Lehman Brothers Bank FSB
- Avenius, et, al. v. Banc of America Securities LLC, et., al.

- Bader & Yakaitis P S P & Trust
- Bank of America Trust and Banking Corporation (Cayman) Limited
- Bank of America, N.A.
- BHL Capital Partners L.P.
- BP Energy Company & BP Corporation North America Inc.
- Breakaway Solutions Inc.
- Carolina First Bank
- City of Cleveland, Ohio
- David Trent
- Declan Kelly
- Deutsche Bank AG
- Electronic Trading Group, LLC
- Elizabeth Foster
- Evergreen Solar, Inc.
- FCCD Limited
- First Alliance Mortgage Company Class Action
- Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
- Fogel Capital Management, Inc.
- Forza Capital Management, L.L.C.
- Friedman, Billings, Ramsey Group, Inc.
- Harrier Finance Limited,
- Hugh D. Barton
- In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)
- In re Lehman Brothers Holdings, Inc. Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
- In re Mirant Corporation Securities Litigation (class action)
- In re Public Offering Antitrust Litigation (consolidated class action)
- IPO Class Actions
- J. Bader
- Keith Carpenter
- Keith Cheng
- Locals 302 & 612 of the International Union of Operating Engineers-Employers
- Mark Montag
- Mary Helbeyn
- Massachusetts Water Resources Authority
- Metropolitan West Low Duration Bond Fund
- Miron Berenshteyn
- Nomura Global Financial Products Inc.
- Oliver Cheng
- Olivia Bam

- Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund
- Overstock.Com Inc., et, al. v. Morgan Stanely & Co. Inc., et, al.
- PNC Bank, National Association
- Prudential Global Funding LLC
- Rathgar Capital Corporation
- Research Analyst Independence Litigations
- Rye Select Broad Market Portfolio Limited
- Rye Select Broad Market XL Portfolio Limited
- Securities Investor Protection Corporation
- Sentinel Management Group, Inc.
- Sola Ltd. Royal Bank of America v. Lehman Brothers Special Financing
- Southern Community Financial Corporation, Southern Community Bank and Trust
- State Street Bank and Trust Company
- The Adelphia Recovery Trust
- The Options Clearing Corporation
- Woodlands Commercial Bank f/k/a Lehman Brothers Commercial Bank
- Wright et al v. Lehman Brothers Holdings Inc. et, al. (A. Vernon Wright and Dynoil Refining LLC, plaintiffs)

## Largest Holders of Trade Debt

1. 1221 Avenue of the Americas
2. 125 Broad Street
3. 1301 Properties Owner LP
4. 2027 Collections Center Drive
5. 4 Connections LLC
6. 425 Lexington Ave.
7. 515 South Flower Street
8. 55 Broadway
9. 767 Fifth Avenue
10. 77 West Wacker
11. A V Services Inc.
12. AC Nielsen Company
13. Acronis, Inc.
14. AFD Contract Furniture Inc.
15. Agilysys Nj, Inc.
16. Allen & Overy
17. Alpha Office Supplies Inc.
18. Anjarlekar & Associates
19. ANZ Banking Group Limited
20. Aperture Technologies
21. Ashurst Morris Crisp
22. Australia and New Zealand Banking Group Limited
23. Automated Securities Clearance Ltd.
24. Ayco Services Agency Inc.

| 25. | Banctec Ltd. |
|-----|--------------|
| 26. | Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency |
| 27. | Bank One Plaza |
| 28. | Bats Trading, Inc. |
| 29. | Bloomberg Finance LP |
| 30. | Bloomberg L.P. |
| 31. | Broadridge Securities Processing |
| 32. | BT Americas, Inc. |
| 33. | Cadwalader, Wickersham and Taft |
| 34. | Canary Wharf Management Limited |
| 35. | CB Richard Ellis Client Account RE Gloa |
| 36. | CDW Direct LLC |
| 37. | Centrale Attivita Finanziarie SPA |
| 38. | CHD Meridian Healthcare |
| 39. | Clayton Fixed Income Services, Inc. |
| 40. | Clifford Chance |
| 41. | Compliance Data Center Inc. |
| 42. | Compucenter (UK) Ltd. |
| 43. | Computer Associates International Inc. |
| 44. | Computer Financial Consultants, Inc. |
| 45. | Cushman & Wakefield Inc. |
| 46. | Cyveillance |
| 47. | Davis Polk and Wardwell |
| 48. | DBRS Inc. |
| 49. | Dell Marketing L.P. |
| 50. | Deutsche Borsche AG |
| 51. | DGWB, Inc. |
| 52. | Dimension Data |
| 53. | Diversified Global Graphics Group DG3 |
| 54. | DnB NOR Bank ASA |
| 55. | Drowst Trading LLC |
| 56. | Elyo Services Limited |
| 57. | Emil Werr |
| 58. | Enterprise Solution Providers Inc. |
| 59. | Ernst & Young LLP |
| 60. | Ernst & Young Private Limited |
| 61. | EXLservice Holdings Inc. |
| 62. | Fidessa Plc. |
| 63. | First Commercial Bank Co., Ltd, New York Agency |
| 64. | FTInteractive Data |
| 65. | Gartner Group Inc. |
| 66. | Gotham Technology Group |
| 67. | Greenline Financial Technologies Inc. |
| 68. | Hanover Moving &Storage Co Inc. |
| 69. | Hatfield Philips International Limited |
| 70. | Haworth Singapore PTE Ltd. |
| 71. | Headstrong Services, LLC |
| 72. | Henegan Construction Co., Inc. |
| 73. | Hewlett Packard AP (Hong Kong) Limited |
| 74. | Hewlett Packard Company |
| 75. | HSBC Bank |

| | |
|---|---|
| 76. | IBM Corporation |
| 77. | ICAP Securities Limited 1078. |
| 78. | Information Builders Inc. |
| 79. | Intuition Publishing |
| 80. | Ikon Office Solutions Inc. |
| 81. | ILOG Inc. |
| 82. | Inconit Corporation |
| 83. | Information Builders Inc |
| 84. | Infusion Development Corp. |
| 85. | Integreon Managed Solutions |
| 86. | Interactive Data Corp. |
| 87. | Intuition Publishing Inc. |
| 88. | IPC Information Systems Inc. |
| 89. | Iron Mountain Digital Archives |
| 90. | Iron Mountain Records Management |
| 91. | JQ Network PTD Limited 1082 |
| 92. | Kepner Tregoe Inc. |
| 93. | Key Systems |
| 94. | Kim & Chang |
| 95. | Kingston Communications PLC |
| 96. | KPMG, LLP |
| 97. | Lancaster Office Cleaning Co. |
| 98. | Lexis Nexis |
| 99. | Linklaters, S.L. |
| 100. | Liquid Engines, Inc. |
| 101. | Logical Information Machines |
| 102. | London & European Title Insurance Services Ltd. |
| 103. | London Borough of Tower Hamlets Rates |
| 104. | London Eastern Railway Limited |
| 105. | Mace Limited |
| 106. | McKee Nelson LLP |
| 107. | Mellon Analytical Solutions |
| 108. | Meridian IT, Inc. |
| 109. | Meridian It, Inc. |
| 110. | Michael Stapleton Associates |
| 111. | Microsoft Corporation |
| 112. | Microsoft Licensing, GP |
| 113. | Millennium Developers PVT Ltd. |
| 114. | Morse Group Limited |
| 115. | Morse Service Holdings Limited |
| 116. | National Bank of Australia |
| 117. | National Commerce Bank |
| 118. | Net One Systems |
| 119. | Network Appliance Inc. |
| 120. | Nishimura & Partners |
| 121. | Northrop Grunman |
| 122. | NYSE Market, Inc. |
| 123. | Origin HR Consulting Limited |
| 124. | Paul Weiss |
| 125. | Polaris Software Lab (India), Ltd. |
| 126. | Pricoa Relocation UK Limited |

127. Quest Software Inc.
128. Rainmaker Group LLC
129. Restaurant Associates
130. Reuters America
131. Reuters Ltd.
132. Rittal Corporation
133. Rockefeller Center North, Inc.
134. Rolfe & Nolan Systems Inc.
135. RR Donnelley Receivables Inc.
136. SAS Institute Inc
137. Sharon Land Company, LLC
138. SOS Security Inc.
139. Standard & Poors
140. Standard and Poors Corp.
141. Standard Chartered Bank
142. Standard Register
143. Storage Technology Corp
144. Structure Group
145. Sungard Securities Finance Ltd.
146. Swapswire Limited
147. Swets Information Services Inc.
148. Tac Americas, Inc.
149. Taipei Fubon Bank, New York Agency
150. Tata Consultancy Services
151. The Bank Of  New York
152. The British Land Company PLC
153. Thomson Financial
154. Tibco Software, Inc.
155. Transaction Network Services
156. Trilogy Leasing Co. LLC
157. Trimont Real Estate Advisors Inc.
158. Triple Point Technology, Inc.
159. Verrazano Consulting Solutions, LLC
160. Vertex Mortgage Services
161. Video Corporation Of America
162. Virtix
163. Wipro Technologies
164. Wombat Financial Software, Inc.
165. ZKB (Zurcher Kantonalbank)

## Professionals Retained by Significant Creditor Groups

- Akin Gump Strauss Hauer & Feld LLP
- FTI Consulting, Inc.
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Milbank, Tweed, Hadley & McCloy LLP
- Munsch Hardt Kopf & Harr, P.C.
- Quinn Emanuel Urquhart Oliver and Hedges LLP

- The Wilson Law Firm, PC

## Utilities

- AT&T
- Cleveland Division of Water
- Cleveland Public Power
- ComEd
- Con Edison
- Dominion
- Illuminating
- Interstate Gas
- NEORSD
- NSTAR Electirc
- NYC Water Board
- Sempra Energy Solutions
- The Hess Corporation
- Time Warner

## Committee Members

(a)    <u>Current</u>
- Metlife
- Mizuho Corporate Bank, Ltd.
- The Bank of NY Mellon
- The Vanguard Group
- Wilmington Trust Company
- U.S. Bank N.A.
- Elliot Management Corp.

(b)    <u>Former</u>
- Aegon USA Investment Management
- RR Donnelley & Sons
- Shinsei Bank, Limited
- The Royal Bank of Scotland, PLC

## Selected Derivative Counterparties

1.    Advanced Graphic Printing, Inc.
2.    Advanced Micro Devices, Inc.
3.    AIG CDS, Inc.
4.    Aircraft Finance Trust
5.    Allison Transmission
6.    AMBAC Credit Products, LLC
7.    A.M. McGregor Home
8.    American Investor Life Insurance Company

9.      Aviva Life Insurance Company
10.     Aviva Live & Annuity Company
11.     Banca Italease S.p.A.
12.     Banco Espirito Santo Investimento
13.     Banco Espirito Santo
14.     Bayview Financial, L.P.
15.     Bayview Opportunity Master Fund, L.P.
16.     Bremer Financial Corporation
17.     BRM Group, Ltd.
18.     Canadian National Resources Limited
19.     Capital Automotive L.P.
20.     Cheung Kong Bond Finance Limited
21.     Chevron U.S.A. Inc.
22.     City of Milwaukee, Wisconsin
23.     Colorado Housing Finance Authority
24.     Consolidated Container Company LLC
25.     Convexity Capital Master Fund L. P.
26.     Deer Park Road Corporation
27.     Delaware River Port Authority
28.     Deutsche Bank National Trust Company
29.     Deutsche Bank Trust Company Americas
30.     Dexia Bank Internationale a Luxembourg SA
31.     Dexia Banque Belgique SA
32.     Dexia Credit Local, Dexia Kommunalbank Deutschland AG
33.     Direct Energy Business, LLC
34.     Dollar General Corporation
35.     E-Capital Profits Limited
36.     Embarcadero Aircraft Securitization Trust
37.     Emigrant Bank
38.     Energy America LLC
39.     Enterprise Products Operating, LLC
40.     EPCO Holdings, Inc.
41.     Federal Home Loan Bank of Dallas
42.     FirstBank of Puerto Rico
43.     Florida Power & Light Company
44.     FPL Energy Power Marketing, Inc.
45.     FSA Credit Protection Trust 283
46.     Gaston Christian School, Inc.
47.     Government of Singapore Investment Corp.
48.     H21 Absolute Return Concepts SPC  ARC-B07-20
49.     H21 Absolute Return Portfolios SPC Class A
50.     HarbourView CDO III, Limited
51.     HFF I, LLC
52.     Houghton Mifflin Harcourt Publishing Company
53.     Iconix Brand Group, Inc.
54.     Idaho Housing and Finance Association
55.     Indianapolis Life Insurance Company (Inc)
56.     ING Life Insurance & Annuity Company
57.     ING USA Annuity & Life Insurance Company
58.     Intel Corporation
59.     Iowa Telecommunications Services Inc

60.    Irish Life & Permanent PLC
61.    Italease Finance S.p.A.
62.    JA Solar Holdings Co., LTD.
63.    Lexington Insurance Company
64.    Life Investors Insurance Company of America
65.    Lincore Limited
66.    Linn Energy, LLC
67.    MEG Energy Corp.
68.    Metavante Corporation
69.    Ministry of Finance Italy
70.    Monumental Life Insurance Company (INC)
71.    Natixis Environment & Infrastructures
72.    Nebraska Investment Finance Authority
73.    New Generation Funding Trust 15
74.    New Generation Funding Trust 16
75.    New Jersey Housing and Mortgage Finance Agency
76.    New York Life & Annuity Insurance Corporation
77.    New York Life INS & Annuity Corp Private Placi
78.    New York Life Insurance Company Inc
79.    Northcrest, Inc.
80.    Occidental Power Services, Inc.
81.    Official Committee of Unsecured Creditors
82.    OHP Opportunity Limited Partnership
83.    One Madison Investments (CAYCO) Limited
84.    Pacific Life & Annuity Co
85.    Pacific Lifecorp
86.    Pacific Life Insurance Company
87.    Pinnacle Foods Finance LLC
88.    Portfolio Green German CMBS GMBH
89.    Principal Financial Services Inc.
90.    Putnam (183 ISDA's)
91.    Reliastar Life Insurance Company
92.    Reliastar Life Insurance Company of New York
93.    Reynolds American Defined Benefit Master Trust
94.    Riversource Life Insurance Company of New York
95.    Russell Implementation Services Inc.
96.    Russell Investment Group
97.    Security Life of Denver Insurance Company
98.    Security Life of Denver Insurance Company Inc
99.    Simpson Meadows
100.    Southern California Edison Company
101.    Standard Credit Group LLC
102.    Sunamerica Life Insurance Company
103.    TFS (Germany)
104.    TFS (TX)
105.    TFS Derivatives Corporation
106.    TFS Derivatives Total
107.    TFS Derivatives Total
108.    TFS Oil
109.    TFS Oil Floor
110.    TFS PWR NG

111.    TFS Sing
112.    TFS UK
113.    TFS UK Cleared
114.    TFS-ICAP
115.    Tobacco Settlement Financing Corporation
116.    Tradition (North America) Inc.
117.    Tradition Asiel Securities Inc.
118.    Tradition Services S.A. DE C.V. Mex
119.    Transamerica Financial Life Insurance Co
120.    Transamerica Occidental Life Insurance Co
121.    Tullett Prebon Holdings Corporation
122.    University of Pittsburgh
123.    Verde CDO Ltd.
124.    Verde CDO, LLC
125.    Veyance Technologies, Inc.
126.    Wellmont Health System
127.    West Corporation
128.    Zeeland Aluminium Company AG

## Principal Investments

1.    ASA McJunkin Red Man Corp.(F/K/A McJunkin Corp.)
2.    AlixPartners
3.    Applebees
4.    Brozero Limited
5.    Castex Energy 2007, L.P.
6.    Castex Energy, Inc.
7.    Celtic Pacific (UK) Two Limited
8.    Classic Cruises Holdings S.a.r.l.
9.    Crimson Exploration Inc.
10.    David Arrington Oil & Gas Barnett Shale IV, LLC
11.    David Arrington Oil & Gas, Inc.
12.    Delta Prefco Limited
13.    Delta Topco Limited
14.    DHS Drilling Company
15.    DHS Holding Company
16.    Energy XXI Gulf Coast, Inc.
17.    FDR Holdings, Ltd.
18.    First Wind Holdings, LLC
19.    Firth Rixson Limited
20.    Forgings International Holdings 1 Limited
21.    Forgings International Holdings Limited
22.    Forgings International Limited
23.    FR Acquisition Corporation (Europe) Limited
24.    FR Acquisition Corporation (Luxembourg) Sarl
25.    FR Acquisition Corporation (US), Inc.
26.    FR Acquisition Finance Subco (Luxembourg) Sarl

27.    FR Acquisition Holding Corporation (Luxembourg) Sarl
28.    FR Acquisition Subco (Luxembourg) Sarl
29.    Frontier Drilling ASA
30.    Frontier Drilling USA, Inc.
31.    Greenbrier Minerals Holdings, LLC
32.    Greenbrier Minerals, LLC
33.    Greenbrier Petroleum Corp.
34.    Hilcorp Energy I, L.P.
35.    Hilcorp Exploration Venture 1 LLC
36.    Hilton Hotels Corporation n/k/a Hilton Worldwide, Inc.
37.    Jazz Pharmaceuticals, Inc.
38.    JFB Firth Rixson, Inc.
39.    JFB Overseas Holdings Limited
40.    JPI Commercial, LLC
41.    Labarge Pipe & Steel Company
42.    Latshaw Drilling & Exploration Company
43.    Latshaw Drilling Company, LLC
44.    LBPS Holding Co.
45.    LIM
46.    McJunkin Nigeria Limited
47.    McJunkin –Puerto Rico Corp.
48.    McJunkin Red Man Development Corp. (F/K/A McJunkin  Development  Corporation)
49.    McJunkin Red Man Holding Corp.
50.    McJunkin -West Africa Corp.
51.    MEG Energy Corp.
52.    Midway-Tristate Corp.
53.    Milton Oil & Gas Co.
54.    Minrad International, Inc.
55.    Mountain Drilling Company
56.    Mountain Drilling LLC
57.    MRC Management Co. (F/K/A MRM West Virginia Management Company)
58.    MRM Oklahoma Management LLC
59.    Oceana Cruises, Inc.
60.    Orthovita, Inc.
61.    Pegasus International, Inc.
62.    Petsec Energy Inc.
63.    Pinnacle Entertainment Corp.
64.    Prestige Cruise Holdings Inc.
65.    Radisson Seven Seas France
66.    Red Man Pipe & Supply Co.
67.    Regents
68.    RJO Holdings Corp.
69.    RJO Investor Corp.
70.    Ruffner Realty Co.
71.    Sacher Funding Ltd.
72.    SCP Worldwide I L.P.

73.    Sheridan Healthcare
74.    Sixth Gear Funding Trust
75.    Sixth Gear Inc.
76.    Sixth Gear Solutions Corp.
77.    SkyPower Corp.
78.    Spanish Broadcasting Systems, Inc.
79.    Supplystill Limited
80.    Universal Ensco, Inc.
81.    Universal Pegusus
82.    UP Acquisition Sub Inc.
83.    Up Holdings Inc.
84.    Varel Funding Corp.
85.    Varel International Ind., L.P.
86.    Veyance
87.    Voss of Norway
88.    Vought
89.    Walton Street Capital
90.    Walton Street Real Estate Fund V, L.P.
91.    Wesco Acquisition Partners, Inc.
92.    WTCC Ventana Alpha Mezz V, L.L.C.
93.    WTCC Ventana Investors V, L.L.C.
94.    WTCC Ventana Mezz V, L.L.C.
95.    Yankee Candle

## Selected Claimants

1.  Advanced Graphic Printing, Inc.
2.  American International Group Inc Retirement Plan Trust
3.  Aozora Bank Ltd
4.  Axis Bank Ltd, Treasury
5.  Bisgaier Family Llc
6.  Canyon Balanced Master Fund, Ltd.
7.  Canyon Capital Arbitrage Master Fund, Ltd.
8.  Canyon Value Realization Fund (Cayman), Ltd., The
9.  Canyon Value Realization Fund, L.P.
10. Capstone Volatility Master (Cayman) Limited
11. Castlerigg Master Investments Ltd
12. China Minsheng Banking Corp., Ltd§
13. Clinton Magnolia Master Fund Ltd
14. Clinton Multistrategy Master Fund Ltd.
15. Commonwealth Bank Of Australia
16. Contrarian Funds LLC
17. Credit Opportunity Associates LLC
18. CSP II Usis Holdings L.P.
19. CTC Master Fund, Ltd.
20. Discovery Global Citizens Master Fund Ltd

21. Dover Master Fund Ii, L.P.
22. E-Capital Profits Limited
23. Esperance Family Foundation, The
24. Gabriel Capital, L.P.
25. Garland Business
26. Halbis UsSCredit Alpha Master Fund, Ltd
27. HFF I, LLC
28. ICM Business Trust, C/O Ionic Capital Management LLC
29. Industrial Bank Co, Ltd
30. ING Life Insurance And Annuity Company
31. JFJ Investments Inc.
32. Kilroy Realty, L.P.
33. Lloyds TSB Bank PLC
34. Loeb Arbitrage B Fund LP
35. Loeb Arbitrage Fund
36. Loeb Offshore B Fund Ltd.
37. Loeb Offshore Fund Ltd.
38. Marathon Master Fund Ltd
39. Marathon Special Opportunity Master Fund Ltd.
40. Mariner Ldc
41. Mariner-Tricadia Credit Strategies Master Fund, Ltd
42. Meridian Court Apartments Limited Partnership
43. Merrill Lynch Credit Products, LLC
44. Mitsui & Co Energy Risk Management Ltd
45. National Bank of Canada
46. New South Federal Savings Bank, F.S.B.
47. Newton, Roger And Coco JTWROS
48. Nexstar Developing Opportunities Master Fund, Ltd
49. Nisource Finance Corp
50. Ore Hill Credit Hub Fund Ltd. F/K/A Ore Hill Concentrated Credit Hub
51. Owl Creek I, L.P.
52. Owl Creek II, L.P.
53. Owl Creek Overseas Fund, Ltd
54. Peabody Energy Corporation
55. Pentwater Growth Fund Ltd
56. Pohjola Bank Plc
57. Prospect Harbor Credit Partners, L.P.
58. QFR Master Victoria Fund, L.P.
59. R2 Investments, LDC
60. Ramius Convertible Arbitrage Master Fund, Ltd
61. Ross Financial Corporation
62. Royal Charter Properties - East, Inc.
63. Sankaty Credit Opportunities II LP
64. Sankaty Credit Opportunities III LP
65. Sistema Universitario Ana G. Mendez, Incorporado
66. SPCP Group, L.L.C.

67. State Bank of India
68. Thomson Reuters Group Limited
69. Tricadia Distressed And Special Situations Master Fund Ltd
70. Tudor BVI Global Portfolio L.P., The
71. Tyticus Master Fund Ltd.
72. Venoco, Inc.

## SCHEDULE 2

LEHMAN BROTHERS HOLDINGS INC., *ET AL.*

SCHEDULE OF PARTIES IN INTEREST THAT CURRENTLY EMPLOY OR HAVE FORMERLY
EMPLOYED (WITHIN THE LAST TWO YEARS) BINGHAM MCCUTCHEN LLP IN MATTERS
UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES[5]

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
| --- | --- | --- |
| Axis Bank Ltd. | Selected Claimants | Axis Bank Ltd.<br>Axis Private Equity, Ltd. |
| Mitsui & Co. Energy Risk Management, Ltd. | Selected Claimants | Certis USA, LLC<br>Mitsui Bussan Metals Co., Ltd.<br>Mitsui Foods, Inc.<br>Mitsui Norin Co., Ltd.<br>Mitsui & Co., Ltd.<br>Mitsui & Co., Ltd. Tokyo<br>Mitsui & Co. (USA), Inc.<br>Mitsui & Co. Energy Risk Management, Ltd.<br>Mitsui & Co. Global Investment Ltd.<br>Mitsui & Co. Plant Systems, Inc.<br>Mitsui & Co. Steel, Ltd. |
| Nisource Finance Corp. | Selected Claimants | Nisource Finance Corp.<br>NiSource, Inc. |
| Standard Chartered Bank | Non-Adverse Party | Standard Chartered Bank |
| T. Rowe Price Associations, Inc. | Non-Adverse Party | T. Rowe Price Associations, Inc. |

---

[5] The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Bingham through its conflict reporting system. Bingham has not performed independent research to confirm any affiliate relationships that may be implied by this disclosure or to identify all stockholder interests or other affiliate relationships with respect to interested parties. Moreover, Bingham has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.