UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re : Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)

: (Jointly Administered)

Debtors. :

------------------------------------------------------------------x

Ref. Docket Nos. 15052-15054,
15057, 15066, 15081, 15083, 15086,
15087, 15089, 15093, 15095

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 18, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
21st day of March, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 15052-15054, 15057, 15066, 15081, 15083, 15086, 15087, 15089, 15093, 15095_AFF_03-18-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                Debtors.                           |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   JPMORGAN CHASE BANK, N.A.
          TRANSFEROR: AGGREGATING TRUST 7, LLC
          ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
          ONE CHASE MANHATTAN PLAZA - FLOOR 26
          NEW YORK NY 10005

Please note that your claim # 29184-01 in the above referenced case and in the amount of
         $416,570.70         has been transferred **(unless previously expunged by court order)**

          SERENGETI OPPORTUNITIES MM L.P.
          TRANSFEROR: JPMORGAN CHASE BANK, N.A.
          C/O SERENGETI ASSET MANAGEMENT LP
          ATTN: SHAKER CHOUDHURY
          632 BROADWAY, 12TH FLOOR
          NEW YORK NY 10012

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 15052      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/18/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 18, 2011.

**EXHIBIT B**

```
TIME: 15:29:49                              LEHMAN BROTHERS HOLDING INC.                                      PAGE:   1
DATE: 03/18/11                                   CREDITOR LISTING

Name                                                Address
ALRAURA STIFTUNG                                    AEULESTRASSE 5 VADUZ   FL-9490 LIECHTENSTEIN
BARCLAYS BANK PLC                                   TRANSFEROR: THE VARDE FUND IX LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: THE VARDE FUND IX-A LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: THE VARDE FUND V LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: THE VARDE FUND V-B LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: THE VARDE FUND VII-B, LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: THE VARDE FUND VIII LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: THE VARDE FUND X (MASTER) LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: VARDE INVESTMENT PARTNERS, LP 745 SEVENTH AVENUE NEW YORK NY 10019
FIR TREE VALUE MASTER FUND, L.P.                    TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS; ATTN: STEPHEN SCARPULLA 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
GOLDMAN SACHS LENDING PARTNERS LLC                  MANAGING CLERK RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                  MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I C/O GOLDMAN, SACHS & CO., ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FL
                                                    JERSEY CITY NJ 07302
HBK MASTER FUND L.P.                                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700
                                                    DALLAS TX 75201
ISP SECURITIES LTD.                                 TRANSFEROR: ALRAURA STIFTUNG BELLERIVESTRASSE 33 PO BOX 567 ZURICH  CH8034 SWITZERLAND
ISP SECURITIES LTD.                                 TRANSFEROR: PREYER, RALF BELLERIVESTRASSE 33 PO BOX 567 ZURICH  CH8034 SWITZERLAND
JPMORGAN CHASE BANK, N.A.                           TRANSFEROR: AGGREGATING TRUST 10, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                           TRANSFEROR: AGGREGATING TRUST 7, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                           TRANSFEROR: BAUPOST GROUP SECURITIES, LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                    NEW YORK NY 10005
KING STREET ACQUISITION COMPANY, LLC                TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE 65 EAST 55TH STREET, 30TH FLOOR ATTN: TRADE CLAIMS NEW YORK NY 10022
MERRILL LYNCH CREDIT PRODUCTS, LLC                  TRANSFEROR: POLYGON GLOBAL OPPORTUNITIES MASTER FUND C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/JEFF BENESH/RON TOROK
                                                    BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10080
POLYGON GLOBAL OPPORTUNITIES MASTER FUND            C/O POLYGON INVESTMENT PARTNERS LLP 4 SLOANE TERRACE LONDON  SW1X 9DQ UNITED KINGDOM
POLYGON GLOBAL OPPORTUNITIES MASTER FUND            MICHAEL ADAMS POLYGON GLOBAL OPPORTUNITIES MASTER FUND C/O POLYGON INVESTMENT PARTNERS LP 399 PARK AVE 22ND FL NEW YORK NY 10022
PREYER, RALF                                        34 GROVE ROAD LONDON  SW19 1DJ UNITED KINGDOM
ROYAL BANK OF SCOTLAND PLC, THE                     C/O RBS SECURITIES INC ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND PLC, THE                     C/O RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND PLC, THE                     IRENA M. GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
SC LOWY FINANCIAL (HK) LTD.                         TRANSFEROR: SHINKONG FINANCE (HK) LIMITED ATTN: STEVE LYONS SUITE 1403, 14/F, NINE QUEEN'S ROAD CENTRAL  HONG KONG
SC LOWY PRIMARY INVESTMENTS, LTD.                   TRANSFEROR: SC LOWY FINANCIAL (HK) LTD. C/O SC LOWY ASSET MANAGEMENT (HK) LTD.; ATTN: STEVE LYONS SUITE 1403, 14/F
                                                    NINE QUEEN'S ROAD, CENTRAL HONG KONG  HONG KONG
SERENGETI OPPORTUNITIES MM L.P.                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                                    NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                                    NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN; SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                                    NEW YORK NY 10012

Total Number of Records Printed       33
```

EPIQ BANKRUPTCY SOLUTIONS, LLC