ANDERSON KILL & OLICK, P.C.
Robert M. Horkovich
Todd E. Duffy
Dennis J. Nolan
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
*Attorneys for Essex Equity Holdings USA, LLC*

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Dennis J. Nolan, certify that I am over eighteen (18) years of age, am not a party to this action, am employed with Anderson Kill & Olick, P.C., and that on March 18, 2011, I caused a true and correct copy of:

> Objection of Creditor Essex Equity Holdings USA, LLC to Debtors' Disclosure Statement for First Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code
>
> Objection of Creditor Essex Equity Holdings USA, LLC to Disclosure Statement for the Joint Substantively Consolidating Chapter 11 Plan for Lehman Brothers Holdings Inc. and Certain of its Affiliated Debtors Other Than Merit, LLC, LB Somerset and LB Preferred Somerset LLC Proposed By the As Hoc Group of Lehman Brothers Creditors

to be served via ECF and by first-class mail, postage pre-paid upon the following parties:

The Honorable James M. Peck  
United States Bankruptcy Judge  
One Bowling Green  
New York, New York 10004  

Harvey R. Miller, Esq.  
Lori R. Fife, Esq.  
Alfredo R. Perez, Esq.  
Weil Gotshal & Manges LLP  
767 Fifth Avenue  
New York, New York 10153  

NYDOCS1-964235.1

Andrea Schwartz, Esq.
Elisabetta Gasparini, Esq.
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Even Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Gerard Uzzi, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Dated: March 21, 2011
      New York, New York

                                      */s/ Dennis J. Nolan*
                                      Dennis J. Nolan