
**[Privileged and confidential]**

WU Mei Chu Sylvia
Room G, 39th Floor, Block 16, Ocean Shores
88 O King Road, Tiu Keng Leng
Tseung Kwan O
NT, Hong Kong



8-Mar-11

To:

1. The chambers of the Honorable James M Peck, One Bowling Green, New York, New York 10004, Courtroom 601, United States;

2. Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, United States, Attn: Shai Waisman, Esq and Mark Bernstein, Esq;

3. Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, United States, Attn: Tracy Hope Davis, Esq, Elisabetta Gasparini, Esq and Andrea B Schwartz, Esq; and

4. Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, United States, Attn: Dennis F Dunne, Esq, Dennis O'Donnell, Esq and Evan Fleck, Esq.

## RESPONSE TO OBJECTION

**Bankruptcy court: United States Bankruptcy Court, Southern District of New York**
**Debtors: Lehman Brothers Holdings Inc** *et al*
**Chapter 11 case number: 08-13555 (JMP)**
**Title of objection: Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims)**

**Name of claimant: Wu Mei Chu Sylvia**
**Basis for claim: USD 275,000 owed under Lehman Programs Securities as of 15 September 2008.**

Summary

The objection to my claim has been made on the ground that my Lehman Securities Programs proof of claim form received by the court on 28 December 2009 (claim number 66023) did not contain the electronic instruction reference or a blocking reference number as required (the "**Objection**"). I oppose the Objection on the ground that this number was originally provided on the proof of claim filed on 13 October 2009 made on the same basis (claim number 38039).

Details

I completed a proof of claim on 7 September 2009, which included a blocking reference number (CA18720) and stated in the first line of my address as "**Room G, 39/F, Blk 16**". This was filed on 13 October 2009 and was assigned claim number 38039.

Epiq Bankruptcy Solutions LLC, the court-approved claims agent, sent an acknowledgement of receipt of proof of claim to me on 2 December 2009 at the incorrect address of "**Room G 3917 Blk 16**" (the first line). As it was sent to an incorrect address, I eventually received this letter after it was forwarded on to me, and I wrote to Epiq on 19 December 2009 to clarify my address with

them. At the same time I attached a copy of the original proof of claim dated 7 September 2009 as supporting document for my claim Unfortunately the blocking reference number was inadvertently omitted from this copy proof of claim form. This copy proof of claim was received by the court on 28 December 2009 and was subsequently assigned claim number 66023.

On 13 September 2010, I was informed that my original claim 38039 was to be disallowed and expunged as it had been amended and superseded by surviving claim 66023 (the "**First Notice**").

On 14 February 2011, I was informed that claim 66023, i.e. the surviving claim, was to be disallowed and expunged but on this occasion on the sole ground that the proof of claim did not contain a blocking reference number (the "**Second Notice**"). I oppose the Objection. I respectfully submit that the claim should not be disallowed and expunged as (a) I had previously provided the blocking reference number on the proof of claim filed on 13 October 2009; and (b) it was clear that the intention of the proof of claim sent on 19 December 2009 and received by the court on 28 December 2009 was not to remove the blocking reference number from my claim but was sent as supporting document of my claim for your reference in my notification of wrong address, and that rather such an omission must have been unintended.

I note that a hearing of the Objection will be held on 31 March 2011 at 10:00 a.m. Given that I reside in Hong Kong and in light of the time difference, I do not plan to appear at the said hearing either in person or telephonically. Please notify me at once if my appearance cannot be excused.

I further note that the First Notice was sent to my correct address but the Second Notice was sent to the incorrect address. To avoid any further doubt, please ensure that all future correspondences are sent to the following address:

> Room G, 39th Floor, Block 16, Ocean Shores
> 88 O King Road, Tiu Keng Leng
> Tseung Kwan O, NT
> Hong Kong
>
> Tel: 852-94016684
> Email: swu@prosperity-hk.com.hk

Should you require any further information, please do not hesitate to contact me at the above address.

Yours sincerely

*[signature]*

WU Mei Chu Sylvia