Honorable James M. Peck
One Bowling Green, New York
Courtroom 601

NEW YORK 10004
UNITED STATES OF AMERICA

Brussels, 7 March 2011

Reference:

Claim number: 36900

Debtor: 08-13555

Creditor Name & Address: Borremans Lucien – Dries Elisa

Wyckmansveld 6

B-2850 Boom, Belgium

Classification & Amount of claim: Unsecured : US$ 70.905,-

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding (ISIN XS0215349357). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Yours sincerely,

Borremans Lucien – Dries Elisa

Wyckmansveld 6

B-2850 Boom, Belgium

