WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
**In re**                                                              :     **Chapter 11 Case No.**
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                           :     **08-13555 (JMP)**
                                                                       :
            Debtors.                                                   :     **(Jointly Administered)**
                                                                       :
-------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MARCH 23, 2011 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
                       Alexander Hamilton U.S. Custom House, before the Honorable
                       James M. Peck, United States Bankruptcy Judge, **Room 601**,
                       One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

   1.   Debtors' Motion for an Order Modifying the Automatic Stay to Allow Settlement
        Payments Under 2007-2008 Directors and Officers Insurance Policy by Zurich
        American Insurance Co. **[Docket No. 14707]**

        Response Deadline:    March 16, 2011 at 4:00 p.m.

        Responses Received:   None.

        Related Documents:    None.

        Status: This matter is going forward.

   2.   Motion of BNC Mortgage LLC for Authorization to (i) Enter into Intercompany
        Services Agreement with Aurora Bank FSB, and (ii) Reimburse Aurora Bank
        FSB for Certain Administrative Expenses **[Docket No. 14764]**

Response Deadline:   March 16, 2011 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status: This matter is going forward.

3. Motion of Edgewood Management LLC for an Order Directing Lehman Brothers Holdings Inc. to Release and Return Non-Estate Property **[Docket No. 13063]**

   Response Deadline:   March 16, 2011 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status: This matter is going forward.  A stipulation and agreed order will be presented to the Court.

4. Motion of Debtors for Approval of the Sales of Shares of Quadrant Structured Products Company, Ltd. **[Docket No. 14708]**

   Response Deadline:   March 16, 2011 at 4:00 p.m.

   Responses Received:

       A.  Statement of the Committee of Unsecured Creditors in Support of the Debtors' Motion **[Docket No. 15174]**

   Related Documents:  None.

   Status: This matter is going forward.

5. Motion of LBHI for Approval of Two Note Purchase Agreements with the Insolvency Administrator of Lehman Brothers Bankhaus AH (In Insolvenz) **[Docket No. 14743]**

   Response Deadline:   March 16, 2011 at 4:00 p.m.

   Responses Received:

       A.  Statement Of Official Committee Of Unsecured Creditors In Support Of Debtors' Motion **[Docket No. 15020]**

  B. Statement of the SIPA Trustee Regarding Motion **[Docket No. 15106]**

  C. Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of Debtors' Motion **[Docket No. 15217]**

Related Documents:

  D. Notice of Amendment to Debtors' Motion and Settlement Agreement **[Docket No. 15181]**

  E. Notice of Amended Order for Approval of Two Note Purchase Agreements with the Insolvency Administrator of Lehman Brothers Bankhaus AG (In Insolvenz) **[Docket No. 15214]**

Status: This matter is going forward and will be heard in connection with the *Motion by LB Bankhaus AG for an Order Approving Agreements with Lehman Brothers Holdings Inc. and Authorizing the Sale of Certain Notes Free and Clear of All Liens, Claims, Encumbrances and Interests*.

## CHAPTER 15 PROCEEDINGS: IN RE LEHMAN BROTHERS BANKHAUS AG (in INSOLVENZ)

6. Motion by LB Bankhaus AG for an Order Approving Agreements with Lehman Brothers Holdings Inc. and Authorizing the Sale of Certain Notes Free and Clear of All Liens, Claims, Encumbrances and Interests **[Case No. 09-12704; Docket No. 36]**

  Response Deadline: March 16, 2011 at 4:00 p.m.

  Responses Received: None.

  Related Documents:

   A. Declaration of Joachim Kuhne in Support of Motion **[Docket No. 37]**

   B. Declaration of Helmut Olivier in Support of Motion **[Docket No. 38]**

   C. Notice of Amendment to SASCO Sale Agreement and Settlement Agreement **[Docket No. 40]**

  Status: This matter is going forward and will be heard in connection with the *Motion of LBHI for Approval of Two Note Purchase Agreements with the Insolvency Administrator of Lehman Brothers Bankhaus AH (In Insolvenz)*.

**II.   ADJOURNED MATTERS:**

7.  Debtors' Motion to Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions **[Docket No. 3218]**

    Response Deadline:   April 17, 2009 at 4:00 p.m.

    Responses Received:

    A.   Objection of Official Committee of Unsecured Creditors [Docket No. 3395]

    Related Documents:   None.

    Status: This matter has been adjourned to April 13, 2011 at 10:00 a.m.

8.  Application of Debtors for Authorization to Employ and Retain Milbank, Tweed Hadley & McCloy LLP, as Special Counsel to the Debtors in Connection with Certain Tax Related Matters **[Docket No. 14811]**

    Response Deadline:   March 18, 2011 at 11:00 a.m.

    Responses Received

    B.   Objection of the United States Trustee **[Docket No. 15192]**

    Related Documents:   None.

    Status: This matter has been adjourned to April 13, 2011 at 10:00 a.m.

9.  Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[Docket No. 11513]**

    Response Deadline:   February 9, 2011 at 4:00 p.m.

    Responses Received

    C.   Debtors' Objection **[Docket No. 14398]**

    D.   Joinder of Official Committee of Unsecured Creditors to LCPI'S Objection **[Docket No. 14462]**

    Related Documents:

    E.   Affidavit of Michael E. Busch, Esq. in Support of Motion **[Docket No. 11514]**

      F.    Declaration of Christopher Milenkevich in Support of Debtors' Objection **[Docket No. 14454]**

Status: This matter has been adjourned to April 13, 2011 at 10:00 a.m.

10. Motion of Cascade Investment, L.L.C. for Leave to Conduct Discovery of (1) the Debtors, and (2) JPMorgan Chase Bank, N.A. **[Docket No. 12120]**

    Response Deadline: April 6, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to April 13, 2011 at 10:00 a.m.

11. Debtors' Motion for Authorization to Establish and Implement Procedures in Connection with Discovery Related to Plan Confirmation **[Docket No. 14867]**

    Response Deadline: April 1, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to April 13, 2011 at 10:00 a.m.

12. Motion of Jason T. Taylor for Relief from the Automatic Stay **[Docket No. 14377]**

    Response Deadline: April 6, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to April 13, 2011 at 10:00 a.m.

13. Motion of Phillip Walsh for Relief from the Automatic Stay **[Docket No. 14571]**

    Response Deadline: April 6, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

Status: This matter has been adjourned to April 13, 2011 at 10:00 a.m.

14. Debtors' Motion for an Order Enforcing the Automatic Stay Against Greenbrier Minerals Holdings, LLC **[Docket No. 9729]**

Response Deadline: July 8, 2010 at 5:00 p.m.

Responses Received:

A. Objection of Greenbrier Minerals Holdings, LLC **[Docket No. 10093]**

Related Documents:

B. Declaration of Jack McCarthy, Sr. in Support of Motion **[Docket No. 9731]**

C. Reply of Debtor Lehman Commercial Paper Inc. in Support of Motion **[Docket No. 10131]**

D. Statement of Official Committee of Unsecured Creditors in Support of Motion **[Docket No. 10148]**

E. Emergency Motion for Continuance and Extension of Time to Respond **[Docket No. 9998]**

Status: This matter has been adjourned without date.

15. Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order Authorizing Debtor to Obtain Postpetition Financing **[Docket No. 434]**

Response Deadline: May 12, 2011 at 5:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to May 18, 2011.

16. Pre-Trial Conference

The Brooklyn Hospital Center v. Aurora Bank FSB f/k/a Lehman Brothers Bank FSB [Adv. Case No. 11-01353]

Related Documents:

      A.    Complaint against Aurora Bank FSB f/k/a Lehman Brothers Bank FSB **[Docket No. 1]**

      B.    Aurora Bank FSB's Motion to Dismiss and Brief in Support Thereof **[Docket No. 4]**

Status: This matter has been adjourned to April 13, 2011 at 2:00 p.m.

17.    Pre-Trial Conference

<u>PT Bank Negara Indonesia (Persero) Tbk v. Lehman Brothers Special Financing, Inc., et al.</u> [Adv. Case No. 09-01480]

Related Documents:

      A.    Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

      B.    Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

      C.    Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

      D.    Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

Status: This matter has been adjourned to April 13, 2011 at 2:00 p.m.

### III.    **WITHDRAWN MATTERS:**

18.    Motion of US Bank National Association as Trustee for the Structured Asset Securities Corporation, Series 2005-GEL2 for Relief from the Automatic Stay **[Case No. 09-10137, Docket No. 11]**

Response Deadline:    February 9, 2011 at 10:00 a.m.

Responses Received:  None.

Related Documents:

      A.    Memorandum of Law in Support of Motion **[Docket No. 12]**

      B.    Letter Withdrawing Motion for Relief from Stay **[Docket No. 16]**

Status: This matter has been withdrawn.

19. Motion of US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-HE3 for Relief from the Automatic Stay **[Case No. 09-10137, Docket No. 13]**

   Response Deadline:    February 9, 2011 at 10:00 a.m.

   Responses Received:  None.

   Related Documents:

       A.    Memorandum of Law in Support of Motion **[Docket No. 14]**

       B.    Letter Withdrawing Motion for Relief from Stay **[Docket No. 15]**

   Status: This matter has been withdrawn.

20. Motion of Coscan Construction, LLC. for Relief from the Automatic Stay **[Docket No. 7226]**

   Response Deadline:    December 8, 2010 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

       A.    Notice of Withdrawal of Motion **[Docket No. 14601]**

   Status: This matter has been withdrawn.

21. Motion to Compel Congregation Machne Chaim to Respond to Rule 2004 Subpoena **[Docket No. 13105]**

   Response Deadline:    December 8, 2010 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

       A.    Declaration of Michael J. Firestone in Support of Debtors' Motion **[Docket No. 13106]**

      B.    Notice of Withdrawal of Motion **[Docket No. 15094]**

<u>Status</u>: This matter has been withdrawn.

Dated: March 22, 2011
      New York, New York

    /s/ Shai Y. Waisman
    Shai Y. Waisman

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession