UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,        Case No. 08-13555 (JMP)

                            Debtors.
-----------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JEREMY S. WILLIAMS

UPON the motion of Jeremy S. Williams dated March 8, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jeremy S. Williams is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       March 22, 2011

                                                      *s/ James M. Peck*
                                                      UNITED STATES BANKRUPTCY JUDGE