**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: _____ |
| | Chapter ___ |
| Debtor | |

----------------------------------------------------------------x

| | |
|---|---|
| | Adversary Proceeding No.: _____ |
| Plaintiff | |
| v. | |
| Defendant | |

----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of _____, to be admitted, ***pro hac vice***, to represent _____, (the "Client") a _____ in the above referenced     case     adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

**ORDERED**, that _____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced     case     adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York           /s/ _____
                                         UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

Sohrab Amini, M.D., J. Christine Amini, and Neil Ross
    000124 River Bend Way
    Glenwood Springs, CO  81601

---

Jamin and Tiffany Cook
    0081 White Peaks Lane
    Glenwood Springs, CO 81601

---

Vaughan and Suzanne Counts
    84 White Peaks Lane
    Glenwood Springs, Colorado 81601

---

Kevin Clark and Thisha M. Craig
    0091 Silver Mountain Drive
    Glenwood Springs CO 81601

---

Gary Gray, Michael Cryan and Brian Alonge
    000153 River Bend Way
    Glenwood Springs, CO  81601

    000195 River Bend Way
    Glenwood Springs, CO  81601

---

Daniel and Toni Hock
    000091 River Bend Way
    Glenwood Springs, CO  81601

---

David and Lisa Ice
    000020 Silver Mountain Drive
    Glenwood Springs, CO  81601

---

Kurt and Helen Kornreich
    000026 River Bend Way
    Glenwood Springs, CO 81601

    000119 White Peaks Lane
    Glenwood Springs, CO 81601

Charlie and Sarahliz Lawson
    126 White Peaks Lane
    Glenwood Springs CO 81601

Richard Moore
    00015 White Peaks Lane
    Glenwood Springs, CO  81601

Stephanie (Sam) Mosher
    000047 White Peaks Lane
    Glenwood Springs  CO  81601

Patrick M. Nesbitt
    000129 Riverbend Way
    Glenwood Springs, CO  81601

Steve and Kori New
    99 White Peaks Lane
    Glenwood Springs CO 81601

Andre and Julie Pontin
    00031 White Peaks Lane
    Glenwood Springs, CO  81601

James Vidakovich
    Individually and James Vidakovich Revocable Trust
    000064 White Peaks Lane
    Glenwood Springs, CO  81601

Craig and Pamela Willis
    92 White Peaks Lane
    Glenwood Springs  CO  81601

-5-

Kristin F. Davis and Joseph S. Davis
    000136 Silver Mountain Drive
    Glenwood Springs, CO  81601

Chadwick and Sarah Mickschl
    000691 River Bend Way
    Glenwood Springs, CO  81601

Tina Rochowiak, Jamie Prough, Michael Rochowiak, and Martin Rochowiak
    0048 Bent Grass
    Glenwood Springs, CO  81601

William and Jayne Poss
    000054 Wild Rose Dr.
Glenwood Springs, CO  81601