WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Gerard Uzzi (GU–2297)
J. Christopher Shore (JS–6031)

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,** | : | **Case No. 08-13555 (JMP)** |
| | : | |
| Debtors. | : | **Jointly Administered** |

----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

| STATE OF NEW YORK | ) | |
|---|---|---|
| | ) | s.s.: |
| NEW YORK COUNTY | ) | |

Grace Yoon, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York.  I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 22nd day of March, 2011, I caused a copy of the following filings to be served Via Regular Mail on the parties shown on the attached Service List:

- Statement */ Second Supplemental Statement of White & Case LLP Pursuant to Bankruptcy Rule 2019* [Docket No. 15216]

- Statement */ The Ad Hoc Group of Lehman Brothers Creditors' Statement in Support of the Motion of LBHI Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of Two Note Purchase Agreements with the Insolvency Administrator of Lehman Brothers AG (in Insolvenz)*[Docket No. 15217]

                    */s/ Grace Yoon*
                    Grace Yoon

NEWYORK 7779095 (2K)

Sworn to before me the 22nd day of March, 2011
 /s/ Patricia A. Ashman
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2014.

## SERVICE LIST

United States Bankruptcy Court
Southern District of New York
Attn: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Office of the US Trustee
Attn: Andrew D Velez-Rivera, Paul Schwartzberg
Brian Masumoto, Linda Rifkin,
Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Lori R. Fife
Shai Y. Waisman, Jacqueline Marcus,
Amanjit S. Arora
767 Fifth Avenue
New York, NY 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Wilbur Foster, Jr.
Dennis O'Donnell, Esq., Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

D. Farrington Yates, Esquire
Jillian Gutman Mann, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020

James B. Kobak, Jr.
Christopher K. Kiplok
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004

Patrick C. Maxcy, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606