Schuyler G. Carroll
Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Center, 25th Floor
New York, NY  10112-0085
212.262.6900
212.977.1649 (facsimile)
scarroll@perkinscoie.com
jvanacore@perkinscoie.com

Attorneys for Movants

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X
In re:                                :
                                      :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC.;        :
LB ROSE RANCH LLC and PAMI STATLER    :    Case No. 08-13555 (JMP)
ARMS LLC,                             :    (Jointly Administered)
                                      :
            Debtors.                  :
                                      :
------------------------------------- X

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, David M. Miller, a member in good standing of the bar of the State of Colorado, request admission, pro hac vice, before the Honorable James M. Peck to represent the parties listed on **Exhibit A** in the above referenced cases.  The parties listed on **Exhibit A** are the Movants in Docket Entries 15,200 (Motion for 2004 Exam) and 15,202 (Motion for Relief from Stay).

My address is:    Kutner Miller Brinen, P.C.
                  303 E. 17th Avenue, Suite 500
                  Denver, CO 80203
                  E-mail address is:  dmm@kutnerlaw.com
                  Telephone number is:    (303) 832-2400

The filing fee of $25.00 has been submitted with this motion for pro hac vice admission.

44445-1000/LEGAL20449982.1

Dated: Denver, CO  　　　　　　　　　　　　*/s/ David M. Miller*
　　　　March 21, 2011

　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　　　David M. Miller

**EXHIBIT A**

Sohrab Amini, M.D., J. Christine Amini, and Neil Ross
    000124 River Bend Way
    Glenwood Springs, CO 81601

---

Jamin and Tiffany Cook
    0081 White Peaks Lane
    Glenwood Springs, CO 81601

---

Vaughan and Suzanne Counts
    84 White Peaks Lane
    Glenwood Springs, Colorado 81601

---

Kevin Clark and Thisha M. Craig
    0091 Silver Mountain Drive
    Glenwood Springs CO 81601

---

Gary Gray, Michael Cryan and Brian Alonge
    000153 River Bend Way
    Glenwood Springs, CO 81601

    000195 River Bend Way
    Glenwood Springs, CO 81601

---

Daniel and Toni Hock
    000091 River Bend Way
    Glenwood Springs, CO 81601

---

David and Lisa Ice
    000020 Silver Mountain Drive
    Glenwood Springs, CO 81601

---

Kurt and Helen Kornreich
    000026 River Bend Way
    Glenwood Springs, CO 81601

    000119 White Peaks Lane
    Glenwood Springs, CO 81601

---

Charlie and Sarahliz Lawson

    126 White Peaks Lane
    Glenwood Springs CO 81601

-4-

Richard Moore
    00015 White Peaks Lane
    Glenwood Springs, CO  81601

Stephanie (Sam) Mosher
    000047 White Peaks Lane
    Glenwood Springs  CO  81601

Patrick M. Nesbitt
    000129 Riverbend Way
    Glenwood Springs, CO  81601

Steve and Kori New
    99 White Peaks Lane
    Glenwood Springs CO 81601

Andre and Julie Pontin
    00031 White Peaks Lane
    Glenwood Springs, CO  81601

James Vidakovich
    Individually and James Vidakovich Revocable Trust
    000064 White Peaks Lane
    Glenwood Springs, CO  81601

Craig and Pamela Willis
    92 White Peaks Lane
    Glenwood Springs  CO  81601

Kristin F. Davis and Joseph S. Davis
000136 Silver Mountain Drive
Glenwood Springs, CO  81601

Chadwick and Sarah Mickschl
000691 River Bend Way
Glenwood Springs, CO  81601

Tina Rochowiak, Jamie Prough, Michael Rochowiak, and Martin Rochowiak
0048 Bent Grass
Glenwood Springs, CO  81601

William and Jayne Poss
000054 Wild Rose Dr.
Glenwood Springs, CO  81601