Alan D. Halperin, Esq.
Donna H. Lieberman, Esq.
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

Counsel to 1407 Broadway Real Estate LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS

**PLEASE TAKE NOTICE** that 1407 Broadway Real Estate LLC hereby withdraws its remaining claims in the above-captioned bankruptcy cases, including without limitation claims numbered 67259 and 67253.

Dated: New York, New York
       March 22, 2011

.

          HALPERIN BATTAGLIA RAICHT, LLP

          By:   /s/ Donna H. Lieberman
                Alan D. Halperin, Esq.
                Donna H. Lieberman, Esq.
                555 Madison Avenue – 9th Floor
                New York, NY 10022
                (212) 765-9100

                *Counsel to 1407 Broadway Real Estate LLC*

{00140110.1 / 0694-001}