WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                                      :    **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                                :
                        Debtors.                         :    **(Jointly Administered)**
                                                                :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF
HEARING ON MOTION OF BNC MORTGAGE LLC PURSUANT
TO SECTIONS 105(a), 363 AND 503 OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 6004 FOR AUTHORIZATION TO (I) ENTER INTO
INTERCOMPANY SERVICES AGREEMENT WITH AURORA BANK FSB, AND
(II) REIMBURSE AURORA BANK FSB FOR CERTAIN ADMINISTRATIVE EXPENSES**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the motion of BNC Mortgage LLC, pursuant to sections 105(a), 363, and 503 of title 11 of the United States Code and Rule 6004 of the Federal Rules of Bankruptcy Procedure for authorization to (i) enter into intercompany services agreement with Aurora Bank FSB ("Aurora"), and (ii) reimburse Aurora for certain administrative expenses (the "Motion") [Docket No. 14764], which was scheduled for March 23, 2010, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to March 31, 2011 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

US_ACTIVE:\43663462\01\58399.0003

New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: March 22, 2011
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession