UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                         Debtors.                           :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 15041, 15121,
                                                                 15125, 15126

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 21, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
22nd day of March, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

EXHIBIT A

08-13555-mg    Doc 15245    Filed 03/22/11    Entered 03/22/11 17:03:41    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor: BANK VONTOBEL AG
ATTN: DR. RUDOLF REINHARD MUELLER
DREIKONIGSTRASSE 37
CH-8022 ZURICH, SWITZERLAND
ZURICH CH-8022 SWITZERLAND

Additional: BANK VONTOBEL AG
FRED FLURY
DREIKONIGSTRASSE 37
ZURICH CH-8002 SWITERLAND

Transferee: BANK JULIUS BAR
C/O BANK JULIUS BAER & CO. LTD
LEGAL PRODUCTS & SERVICES
P.O. BOX
ZURICH CH-8010 SWITZERLAND

Your transfer of claim # 19459 is defective for the reason(s) checked below:

Amount On Transfer Agreement Does Not Match

Docket Number 15041    Date 03/15/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 21, 2011.

**EXHIBIT B**

```
TIME: 10:24:40                                      LEHMAN BROTHERS HOLDING INC.                                    PAGE:     1
DATE: 03/21/11                                           CREDITOR LISTING

Name                                    Address
BANK JULIUS BAR                         C/O BANK JULIUS BAER & CO. LTD LEGAL PRODUCTS & SERVICES P.O. BOX ZURICH  CH-8010 SWITZERLAND
BANK VONTOBEL AG                        ATTN: DR. RUDOLF REINHARD MUELLER DREIKONIGSTRASSE 37 CH-8022 ZURICH, SWITZERLAND
BANK VONTOBEL AG                        BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006
BANK VONTOBEL AG                        FRED FLURY DREIKONIGSTRASSE 37 ZURICH  CH-8002 SWITERLAND
ILLIQUIDX LTD                           CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
MEGA GLOBAL ASSET MANAGEMENT CO. LTD.   UNITS 2201-07, 22/F, COSCO TOWER NOS. 181-3 QUEEN'S ROAD CENTRAL   HONG KONG
MEGA GLOBAL ASSET MANAGEMENT CO. LTD.   UNITS 2201-07, 22/F, COSCO TOWER, NOS. 181-3 QUEEN'S ROAD CENTRAL   HONG KONG
MEGA GLOBAL ASSET MANAGEMENT CO., LTD   UNITS 2201-07 22/F COSCO TOWER, NOS. 181-3 QUEEN'S ROAD CENTRAL   HONG KONG

Total Number of Records Printed        8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC