UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                           :

In re                             :       **Chapter 11 Case No.**

                                       :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :       **08-13555 (JMP)**

                                     :       **(Jointly Administered)**

                     **Debtors.**        :

                                     :

-------------------------------------------------------------------x    **Ref. Docket Nos. 15102-15104,**
                                                        **15118, 15142**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 21, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
22nd day of March, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:    BARCLAYS BANK PLC
               TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH
               745 SEVENTH AVENUE
               NEW YORK NY 10019

Please note that your claim # 55825-04 in the above referenced case and in the amount of
        $0.00        has been transferred **(unless previously expunged by court order)**

               STONEHILL INSTITUTIONAL PARTNERS, LP
               TRANSFEROR: BARCLAYS BANK PLC
               C/O STONEHILL CAPITAL MANAGEMENT, LLC
               ATTN: STEVEN D. NELSON
               885 THIRD AVENUE, 30TH FLOOR
               NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15102        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/21/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 21, 2011.

# EXHIBIT B

TIME: 10:23:58
DATE: 03/21/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| BARCLAYS BANK PLC | TRANSFEROR: BAYERISCHE HYPO- UND VEREINSBANK AG 745 SEVENTH AVENUE ATTN: DAN CROWLEY NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH 745 SEVENTH AVENUE NEW YORK NY 10019 |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | TRANSFEROR: SUDTIROLER PLATZ 9 LIENZ A-9900 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | TRANSFEROR: DLA PIPER WEISS- TESSBACH ATTN: THOMAS RUHM, ESQ. & CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA A-1010 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | TRANSFEROR: DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ & VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | TRANSFEROR: OSTTIROL REG. GEN.M.B.H. KOLLINGASSE 19 VIENNA A-1090 AUSTRIA |
| OESTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT | TRANSFEROR: OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK OSTTIROL REG.GEN.M.B.H. ATTN: MRS. VERENA RUPP KOLINGASSE 14-16 VIENNA A-1090 AUSTRIA |
| RAINER LOTSCH | TRANSFEROR: UBS AG AARGAUISCHE KANTONALBANK ATTN: MR STEFAN BUSER BAHNHOFPLATZ 1 AARAU 5000 SWITZERLAND |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH 8098 SWITZERLAND |

Total Number of Records Printed     12

EPIQ BANKRUPTCY SOLUTIONS, LLC