WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                              :
In re                                                                    :    Chapter 11 Case No.
                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                              :
                                    Debtors.                    :    (Jointly Administered)
                                                                              :
                                                                              :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' SIXTY-SEVENTH OMNIBUS OBJECTION**
**TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), **solely with respect to the claims listed on Exhibit A attached hereto**, that was scheduled for December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to March 31, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned to April 28, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: March 22, 2011
      New York, New York

                    /s/ Shai Y. Waisman
                    Shai Y. Waisman
                    Penny P. Reid
                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Aozora Bank Ltd. | 13907 |
| Aozora Bank Ltd. | 15627 |
| Canyon Balanced Master Fund, Ltd. | 17438 |
| Canyon Capital Arbitrage Master Fund, Ltd. | 17884 |
| Canyon Capital Arbitrage Master Fund, Ltd. | 17885 |
| Canyon Value Realization Fund (Cayman), Ltd., The | 17714 |
| Canyon Value Realization Fund (Cayman), Ltd., The | 17886 |
| Canyon Value Realization Fund, L.P. | 17881 |
| Canyon Value Realization Fund, L.P. | 17882 |
| Castlerigg Master Investments Ltd | 27310 |
| China Minsheng Banking Corp., Ltd | 18870 |
| China Minsheng Banking Corp., Ltd | 18871 |
| Citibank, N.A., In Its Capacity As Trustee | 22640 |
| Citibank, N.A., In Its Capacity As Trustee | 22777 |
| Commonwealth Bank of Australia | 14796 |
| Commonwealth Bank of Australia | 14797 |
| Commonwealth Bank of Australia | 14798 |
| Commonwealth Bank of Australia | 14799 |
| CSP II USIS Holdings L.P. | 16198 |
| CSP II USIS Holdings L.P. | 16199 |
| E-Capital Profits Limited | 17556 |
| E-Capital Profits Limited | 17558 |
| Federal Home Loan Bank of DeMoines | 23895 |
| Federal Home Loan Bank of DeMoines | 23896 |
| Halbis USSCredit Alpha Master Fund, Ltd | 12897 |
| ICM Business Trust C/O Ionic Capital Management LLC | 14172 |
| ICM Business Trust, C/O Ionic Capital Management LLC | 14173 |
| Kilroy Realty, L.P. | 12597 |
| Lloyds TSB Bank PLC | 17727 |
| Lloyds TSB Bank PLC | 17728 |
| Lloyds TSB Bank PLC | 17729 |
| Lloyds TSB Bank PLC | 17730 |
| Loeb Arbitrage B Fund LP | 12032 |
| Loeb Arbitrage B Fund LP | 12033 |
| Loeb Arbitrage Fund | 12034 |
| Loeb Arbitrage Fund | 12035 |
| Loeb Offshore B Fund Ltd. | 12028 |
| Loeb Offshore B Fund Ltd. | 12029 |
| Loeb Offshore Fund Ltd. | 12030 |
| Loeb Offshore Fund Ltd. | 12031 |
| Mariner LDC | 23763 |
| Mariner-Tricadia Credit Strategies Master Fund Ltd | 23755 |
| Mariner-Tricadia Credit Strategies Master Fund Ltd | 23756 |
| Merrill Lynch Credit Products, LLC | 17450 |
| Merrill Lynch Credit Products, LLC | 18011 |
| Mitsui & Co Energy Risk Management Ltd. | 14100 |

| **Claimant Name** | **Claim Number** |
|---|---|
| Mitsui & Co Energy Risk Management Ltd. | 14101 |
| National Bank of Canada | 15693 |
| National Bank of Canada | 15848 |
| Nexstar Developing Opportunities Master Fund, Ltd | 33279 |
| Pentwater Growth Fund Ltd | 14082 |
| Pentwater Growth Fund Ltd | 14083 |
| Ross Financial Corporation | 23839 |
| Ross Financial Corporation | 23840 |
| Royal Charter Properties - East, Inc. | 10220 |
| SPCP Group, LLC Transferor: Alliance Laundry Systems LLC As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd | 1299 |
| SPCP Group, LLC Transferor: Alliance Laundry Systems LLC As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd | 1300 |
| Tricadia Distressed And Special Situations Master Fund Ltd | 23751 |
| Tricadia Distressed And Special Situations Master Fund Ltd | 23752 |
| Venoco, Inc. | 4479 |
| Venoco, Inc. | 4480 |