# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lawson Software, Inc.

     **Lawson Software, Inc.**, a corporation organized pursuant to the laws of the state of Delaware, having offices located at 380 St. Peter Street, St. Paul, Minnesota 55102 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS OTC DERIVATIVES INC. (and its affiliates) in the amount of $9,486,345.97, docketed as Claim No. 32322 which amended Claim No. 25568 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13893 (JMP) (jointly administered under Case No. 08-13555).

     Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

     IN WITNESS WHEREOF, dated as of the 10th day of February, 2011.

WITNESS:

(Signature)
Name: Brenda L Hammerschmidt
Title: Paralegal
(Print name and title of witness)

Lawson Software, Inc.

By: _____
(Signature of authorized corporate officer)

Name: Bruce B. McPheeters
Title: Sr. Vice President + Corporate Secretary
Tel.: (651) 767-4827

WITNESS:

(Signature)
Name: Divya Verma
Title: Associate
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized corporate officer)

Name: David A. Martinez
Title: Authorized Signatory
Tel.: _____

C:\Users\3660\Documents\CastroProject\JPMChase-Lawson-Assignment of LBOTC Claim-MARKED-Feb-10-2011.doc