MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. (312) 782-0600
Fax (312) 701-7711
J. Paul Forrester
Chae U. Yi
Michael W. Ott

MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Monique J. Mulcare

*Attorneys for ING Investment Management CLO I,
Ltd. & ING Investment Management CLO II, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 19159, 19160, 19161 & 19162

PLEASE TAKE NOTICE that ING Investment Management CLO I, Ltd. ("ING CLO I") and ING Investment Management CLO II, Ltd. ("ING CLO II"), through its undersigned counsel, hereby withdraw the following Proofs of Claim filed against Lehman Brothers Holdings, Inc. ("LBHI") and Lehman Brothers Special Financing, Inc. ("LBSF"):

| Claim No. | Creditor | Debtor | Claim Amount |
|---|---|---|---|
| ➢ 19159 | ING CLO I | LBHI | $369,720.27 |
| ➢ 19160 | ING CLO I | LBSF | $369,720.27 |
| ➢ 19161 | ING CLO II | LBSF | $28,333.75 |
| ➢ 19162 | ING CLO II | LBHI | $28,333.75 |

700033197

PLEASE TAKE FURTHER NOTICE that ING CLO I and ING CLO II request that Epiq Bankruptcy Solutions LLC revise its official claims register accordingly.

Dated: New York, New York
March 23, 2011

MAYER BROWN LLP

/s/ Monique J. Mulcare
Monique J. Mulcare
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910

J. Paul Forrester
Chae U. Yi
Michael W. Ott
71 South Wacker Drive
Chicago, Illinois 60606
Tel. (312) 782-0600
Fax (312) 701-7711

700033197                                    2