DICKSTEIN SHAPIRO LLP                                      Hearing Date: TBD
New York, New York 10019
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
Arnold Gulkowitz, Esq.
Shaya M. Berger, Esq.

Attorneys for Party-In-Interest Edgewood Management LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X

In re                                              :    **Chapter 11**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC., et al.**          :    **Case No. 08-13555 (JMP)**
                                                   :
          Debtors.                                 :    **(Jointly Administered)**
                                                   :

---------------------------------------------------------------- X

## NOTICE OF ADJOURNMENT OF HEARING

PLEASE TAKE NOTICE, that pending the completion of a settlement with respect to the Motion of Edgewood Management LLC Pursuant To 11 U.S.C. §§105 And 541 For An Order Directing Lehman Brothers Holding Inc. To Release And Return Non-Estate Property (the "Motion") pursuant to a Stipulation and Order executed by the parties on March 22, 2011, but not yet entered by the Court, the hearing on the Motion has been adjourned and is scheduled to take place at the Omnibus Hearing in these bankruptcy cases that will take place on **April 13, 2011 at 10:00 a.m.,** or as soon thereafter as counsel may be heard, before the Honorable James M. Peck at the United States Court House, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Courtroom 601.

DATED: March 23, 2011
          New York, New York

                                              DICKSTEIN SHAPIRO LLP

                                              By: /s/ Shaya M. Berger
                                                  Arnold Gulkowitz
                                                  Shaya M. Berger
                                                  1633 Broadway
                                                  New York, New York 10019
                                                  Telephone: (212) 277-6500
                                                  Facsimile: (212) 277-6501

                                                  Attorneys for Party-In-Interest
                                                  Edgewood Management LLC

DOCSNY-430870v3