**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re. | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No of Debtor |
| LEHMAN BROTHERS HOLDINGS INC | 08-13555 |

# PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000017591

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

ASPECTA ASSURANCES INTERNATIONAL SA
GOLDBELL 1
5, RUE EUGENE RUPPERT
L - 2453 LUXEMBOURG

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number:_____
(If known)

Filed on: _____

Telephone number: +352 26 498 255     Email Address: sleroy@aspecta.lu

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case

Telephone number:     Email Address:

1. **Amount of Claim as of Date Case Filed:** $ 130,667.60 (EUR 92,000)
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☑ Check this box if all or part of your claim is based on a Guarantee.*

   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR OTHER CHARGES WILL BE DISALLOWED.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** EMTN Issued and guaranteed by Lehman (XS0218304458)   -
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 4458
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____  Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____  Basis for perfection _____
   **Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

| Date: 11/09/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

FOR COURT USE ONLY

FILED / RECEIVED

SEP 18 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW). IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM.

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____ **DEFINITIONS** _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:
Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Programs Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available on http://www.lehman-docket.com as of July 27, 2009.

_____ **INFORMATION** _____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDING INC.** | : | **Case No. 08-13555** |
| | : | |
| **Debtor.** | : | |

-------------------------------------------------------------- x

## ATTACHMENT TO PROOF OF CLAIM

1.     ASPECTA Assurance International Luxembourg S.A. ("ASPECTA"), is a
Luxembourg life insurance company established and having its registered office at 5, rue Eugène
Ruppert, L-2453 Luxembourg, Grand-Duchy of Luxembourg.

2.     In its capacity as an insurance company under Luxembourg laws, ASPECTA has
invested part of the insurance premiums which it has received from certain of its clients in notes
called "Global notes 2005-17.5.35 Variable Rate Reg-S Series 2744 Senior" (ISIN
XS0218304458) issued by Lehman Brothers Treasury Co B.V., a Dutch entity. *See* Exhibit A
hereto. Pursuant to Luxembourg law, the sums paid by such clients as premiums to an insurance
company become property of the insurance company, and the investments made by the insurance
company with such monies are made in the insurance company's own name and for its own
account. Policyholder(s) / beneficiary(ies) only has(ve) an insurance claim against the insurance
company.

3.     With respect to the notes which are referenced to above, Lehman Brothers
Holdings Inc. has given a guaranteed repayment. *See* Exhibit B hereto. The total amount of
claim relating to the investment in the notes referred to above amounts to $ 130,667.60 (EUR

92,000). Accordingly, Aspecta hereby pursues its claim against Lehman Brothers Holdings Inc. pursuant to its guarantee.

4.    Aspecta has also filed a claim against Lehman Brothers Treasury Co B.V. in the bankruptcy proceedings against such entity, in the Netherlands, for repayment of the notes referred to above. *See* Exhibit C hereto.

### Reservation of Rights

5.    Aspecta reserves the right to supplement, amend and/or revise this proof of claim as necessary and appropriate.

Dated: _11/09_ , 2009                    By:_____

                                         Pierre Merroy
                                         CEO





# Attestation

Nous soussignés, Banque de Luxembourg, dont le siège est 14 boulevard Royal à L-2449 Luxembourg atteste par la présente les positions ci-dessous, pour les clients géré par

### ASPECTA ASSURANCE

Au vendredi 20 mars 2009:

| Désignation | Code Isin | client | Quantités |
|---|---|---|---|
| LEHMAN BT/EUR 15Y 07 -ID- | XS 0331506369 | 1671413 | 1.248.000 |
| LEHMAN BT/EUR 15Y 07 -ID- | XS 0331506369 | 1674897 | 715.000 |

Fait à Luxembourg, le 23/03/2009

* Ce document produit électroniquement est valable sans signature



**ING** 

ASPECTA
Assurance International Luxembourg SA
Fund Administration
Goldbell1
5, rue Eugène Ruppert
L-2453 Luxembourg


Luxembourg, le 25/03/2009


Concerne: attestation de position en titres LEHMAN BROTHERS


Par la présente, nous attestons qu'au 25/03/2009 vous déteniez en nos livres pour le compte
ASPECTA Assurance International SA


| QUANTITE | DENOMINATION | CODE ISIN |
|----------|--------------|-----------|
| 92 000 | LEHMAN BROTHERS TREASUR 7% 2005-35 17MAY | XS0218304458 |
| 150 000 | LEHMAN BROTHERS TRE 4.625% 2007-19 14MAR | XS0287044969 |
| 4 800 000 | LEHMAN BROTHERS 10Y TARGET 6 NOTE 100% | XS0346081481 |
| 2 850 000 | LEHMAN BROTHERS BANKHAUS (10Y ALPHA SEL) | XS0350719380 |
| 3 900 000 | LEHMAN 7Y CAP.PROT. SPA NOTE (METAL SEC) | XS0358400108 |


Philippe HALTER
Corporate & Institutionnal Banking

Virginie GIUNTA
Corporate & Institutional Banking

ING Luxembourg, Société Anonyme          R.C.S. Luxembourg B.6041          T +352 44 99 11 F +352 44 99 12 31
52, route d'Esch L-2965 Luxembourg       TVA LU 11082217  Code Swift CELLLULL   www.ing.lu



Instrument Details                                                                 Page 1 of 6

## Instrument Details

Instrument Summary   Custom Page   Instrument Classification   Best Trading Venue   Listings   Markets   Identification Di
MiFID Classification   Managers / Agents   Depository / Clearing   Guarantee / Covenant   All CA (excl. Dividends / Listing E
All Corporate Actions   Issue Conditions   Early Redemption / Extension Conditions   Early Redemption Schedule
Final Redemption   Interest / Dividend Conditions   Ratings   Rating History   Capital Structure   EU Tax   Tax / Reporting
Documents   Country Details

# Lehman Brothers --- Global Notes 2005-17.5.35 Variable Rate Reg-S Series 2744 Senior

PDF

**Issuer** GK414388 **Lehman Brothers Treasury Bv** (Instruments)
**Domicile** Netherlands
**Sector** Banks & other credit institutions

## Basic Data

| | |
|---|---|
| **TK Valor Number** | 2134511 |
| **ISIN** | XS0218304458 |
| **CFI Code** | DTFXGB (Assigned by another NNA) |
| **Most Liquid Market** | 38 Euronext Ams |
| **Instrument Type** | Hybrid, structured instruments |
| **Short Name** | Leh Trsy 35 VRN |
| **Security Prefix** | Global Notes |
| **Security Suffix** | 2005-17.5.35 Variable Rate Reg-S Series 2744 Senior |
| **Instrument Form** | Bearer form |
| **Delivery Mode** | Euroclear Bank: Not deliverable, global cert. Clearstream Bk Lux: Not deliverable, global cert. |
| **Instrument Unit** | Nominal (par value/face value) |
| **Original Issuer** | GK414388 Lehman Brothers |
| **Currency / Principal** | EUR / 125000000 Outstanding capital |
| **Maturity Date** | 17.05.2035 |
| **Redemption Amount** | 100 % |
| **Coupon** | 7% Fixed |
| **Payment Frequency** | every year |
| **Income Type** | Periodical payment |
| **Dated Date** | 17.05.2005 |
| **First Interest Payment** | 17.05.2006 |
| **First Payment per Year** | 17.05. |
| **Day Count Convention** | ACT/ACT (ICMA) |
| **Business Day Convention** | Following |
| **Payment Period Adjustment** | Unadjusted |
| **Denominations** | EUR 1000 |
| **Callable by Issuer** | Yes |
| **Seniority** | Senior |
| **Security Number Type** | No processing |
| **Without Physical Coupon** | Yes |

## Instrument Classification

| | |
|---|---|
| **Type of security** | Hybrids, structured instruments |
| **Borrower category** | Bond issued by banks & financial instit. |

Instrument Details

|  |  |
|---|---|
| Telekurs jurisdiction | Eurobonds |
| Market affiliation | Global Bond (GLB) |
| Price category | Instrument listed on standard market |
| Classification of financial instruments | Debt Instruments, Medium-term notes, Fixed rate, Not available / unknown, Fixed with call feature, Bearer |
| EU Interest income tax category | Unknown |
| Series | 2744 |

## EU Interest Income Taxation    (not permissioned)

## Tax / Reporting

| | | Applicability | Object | Application | Amounts |
|---|---|---|---|---|---|
| **Country: Switzerland** | | | | | |
| Current Taxes N/P | | | | | |
| Reporting / Regulation | SNB | N/P | | | |
| | SNB | N/P | | | |
| | SNB | N/P | | | |
| **Country: Liechtenstein** | | | | | |
| Current Taxes N/P | | | | | |
| **Country: United Kingdom** | | | | | |
| Current Taxes | Capital gains tax | Potentially liable/ applicable | --- | | Tax resident: |
| **Country: United States** | | | | | |
| Reporting / Regulation | Offered under Reg S | Liable/ applicable | --- | | Applies to all: |

## Latest Instrument Ratings

| Scheme | Name | Date | Rating | Rating Trend |
|---|---|---|---|---|
| MDYLTD | MOODY'S long-term rating grades | 10.12.2008 | WR | |
| FITLTC | FITCH Long Term Credit | 15.09.2008 | B | On watch: possible downgrading |

Rating History

## Latest Company Ratings

| Scheme | Name | Date | Rating | Rating Trend |
|---|---|---|---|---|
| MDYISTCP | MOODY'S commercial paper short term | 10.12.2008 | WR | |
| SPSICRLC | S&P Issuer Credit Rating Local CCY ST | 15.09.2008 | B | On watch: poss.up-/downgrading |
| SPLICRLC | S&P Issuer Credit Rating Local CCY LT | 15.09.2008 | BB- | On watch: poss.up-/downgrading |
| SPSICRFC | S&P Issuer Credit Rating Foreign CCY ST | 15.09.2008 | B | On watch: poss.up-/downgrading |
| SPLICRFC | S&P Issuer Credit Rating Foreign CCY LT | 15.09.2008 | BB- | On watch: poss.up-/downgrading |
| MDYILTCY | MOODY'S Issuer counterparty long-term | 22.10.2003 | A1 | |
| FITSTC | FITCH Short Term Credit | 12.10.2001 | F1 | |
| FITLTC | FITCH Long Term Credit | 12.10.2001 | A+ | Rating Outlook Stable |
| FITIND | FITCH Individual Rating | 12.10.2001 | B | |
| FITSUPP | FITCH Support Rating | 19.11.1997 | 5 | |

Rating History

## Best Trading Venue

| | | |
|---|---|---|
| Highest number of ticks | EUR | Frankfurter Wertpapierboerse |
| Best spread over all | EUR | Xtrakter |

Instrument Details                                                                    Page 3 of 6

Best spread per currency   EUR  Xtrakter

## Listings

| Code | Exchange | CCY | Listing Name | Trader Symbol | SEDOL | Listing Status | Notati |
|------|----------|-----|--------------|---------------|-------|----------------|--------|
| 38 | Euronext Ams | EUR | Leh Trsy 35 VRN | | GBB07W4M8 (OPOL) | Official listing acc. to regulatory authority | Percer price |
| 13 | Frankfurt SE | EUR | Leh Trsy 35 VRN | | | Active listing according to exchange | Percer price |
| 399 | N Euxt CMI | EUR | Leh Trsy 35 VRN | | GBB07W4M8 | No Listing (Quoted) | Percer price |
| 873 | N Euxt OTC 1 | EUR | Leh Trsy 35 VRN | | | Active listing according to exchange | Percer price |
| 186 | Xtrakter | EUR | Leh Trsy 35 VRN | | | No Listing (Quoted) | Percer price |

## NSINs

| | | | |
|------|------------|--------|------------|
| CH | 2134511 | Active | 22.04.2005 |
| XS | 021830445 | Active | 22.04.2005 |
| U* | N5213CKC3 | Active | 22.04.2005 |
| GB | B07W4M8 | Active | 26.04.2005 |
| BE | 24238579 | Active | 28.04.2005 |
| NL | 015348 | Active | 04.05.2005 |
| DE | A0E5CR | Active | 25.05.2005 |
| AT | A0E5CR | Active | 25.05.2005 |
| ISIN | XS0218304458 | Active | 22.04.2005 |

## MiFID Classification   (not permissioned)

Country  Class. Schema  Classification  Valid From  Valid Until

## Managers / Agents

| Institution | Role |
|-------------|------|
| KBL Eu Priv Bk | Paying agent |
| LBI Europe | Lead manager |
| LBI Europe | Calculation/Fixing agent |
| ABN AMRO Bank | Paying agent |
| JPM Chase Bk NA | Principal paying agent |
| JPM Chase Bk NA | Fiscal agent |
| ING Bank | Lead manager |

## Depository / Clearing

| Name | System | Mode / Details | Main CSD/ESES | Custody Type | Unit / Denomin |
|------|--------|----------------|---------------|--------------|----------------|
| Clearstream Bk Lux | CEDCOM(Luxembourg+Euro) | Not deliverable, global cert. | | | |
| SIX SIS | SECOM (CH/SIS) | | | Custodian (CUS) | |
| Euroclear Bank | EUCLID(Belgium+Euro) | Not deliverable, global cert. | | | |

Instrument Details

| Euroclear Ned | SBI - Subsystem of Brokers-Intermediaries | | Yes |
| | ISB - Inter Broker Subsystem | | Yes |
| | SLAB - Delivery by mutual consent Subsystem | | Yes |
| | ISB GARANTIE | | Yes |
| | ESES/RGV | Not deliverable, book entry Settlement From: 17.05.2005 Settlement in System Possible: Yes | Yes |

## Guarantee / Covenant

| Guarantor | Type |
| --- | --- |
| Lehman Brothers | Pari Passu Clause |
| Lehman Brothers | Negative pledge clause |

## Issue Conditions

| | |
| --- | --- |
| TK Valor Number | 2134511 |
| ISIN | XS0218304458 |
| Short Name | Leh Trsy 35 VRN |
| Original Issuer | Lehman Brothers |
| Issue Status | Issued |
| Placement Type | Public placement |
| Issue Amount | EUR 125000000 |
| Original Denominations | EUR 1000 |
| Denominations | EUR 1000 |
| Issue Price | 100 % |
| Payment on Subscription | No |
| Payment Type | Fully paid-up |
| Payment Date | 17.05.2005 |
| Dated Date | 17.05.2005 |
| Restrictions | United States United Kingdom Japan France Netherlands Germany Italy Australia Singapore |

## Capital Structure

| | |
| --- | --- |
| Capital Type | Outstanding capital |
| Nominal Capital | EUR 125000000 |
| Effective Date | 07.10.2008 |
| Capital Type | Issued capital |
| Nominal Capital | EUR 125000000 |
| Effective Date | 07.10.2008 |

## Interest / Dividend Conditions

Instrument Details                                                        Page 5 of 6

**Conditions Set Number 1**
Interest / Dividend Period   17.05.2005 -- 16.05.2010
Interest Type   Fixed
Interest / Dividend Rate   7%
Distribution Frequency   every year
Day Count Convention   ACT/ACT
Fraction settlement   Fractions settled in cash
**Conditions Set Number 2**
Interest / Dividend Period   17.05.2010 -- 16.05.2035
Interest Type   Variable
Maximum Rate   9 %
Minimum Rate   2 %
Fixing Frequency   every year
Distribution Frequency   every year
Day Count Convention   ACT/ACT
Underlying Name   Variable Coupon
Underlying Description   CMS 2Y=means the rate for EUR Swap transactions
with a maturity of two years.
CMS 10Y=means the rate for EUR Swap transactions
with a maturity of ten years.
Underlying Type   Cash payment
Underlying Formula   Rate Of Interest=4 X(CMS 10Y - CMS 2Y)
Fraction settlement   Fractions settled in cash

## Early Redemption / Extension Conditions

Repayment Due To Taxation
Entitled Person   Issuer
Payments   Total
Notice Period   --- 30 Day

| Repayments | Call Period | Call Frequency | Repayment Price | Inc. / Dec. Value | Inc. / Dec. Frequency |
|---|---|---|---|---|---|
| | 17.05.2005 -- | At any time | 100 % | | |

Repayment Due To Free callability
Entitled Person   Issuer
Payments   Total
Notice Period   --- 5 Day

| Repayments | Call Period | Call Frequency | Repayment Price | Inc. / Dec. Value | Inc. / Dec. Frequency |
|---|---|---|---|---|---|
| | 17.05.2015 -- | every 5 years | 100 % | | |

## Early Redemption Schedule

| Period / Date | Reason | Entitled Person | Notice Period | Redemption Amount |
|---|---|---|---|---|
| 17.05.2005 -- 17.05.2035 | Taxation | Issuer | - 30 Day | 100 % |
| 17.05.2015 | Free callability | Issuer | - 5 Day | 100 % |
| 17.05.2020 | Free callability | Issuer | - 5 Day | 100 % |
| 17.05.2025 | Free callability | Issuer | - 5 Day | 100 % |
| 17.05.2030 | Free callability | Issuer | - 5 Day | 100 % |

## Final Redemption

Redemption Date   17.05.2035
Redemption Amount   100 %

Instrument Details

**Settlement Style**  Cash
More Information

## All CA (excl. Dividends / Listing Events)

26.09.2008  **Legal proceedings**
Bankruptcy proceedings

17.05.2008  **Interest**
Gross Amount: 7 %
Payment Date: 17.05.2008

17.05.2007  **Interest**
Gross Amount: 7 %
Payment Date: 17.05.2007

17.05.2006  **Interest**
Gross Amount: 7 %
Payment Date: 17.05.2006

Data Version: T20 Run (20. Jul 2009, VDMMAPS.V009201.T20T,svzpvdb03)

Instrument Details

# Lehman Brothers ——— Global Notes 2005–17.5.35 Variable Rate Reg–S Series 2744 Senior

| | |
|---|---|
| **Issuer** | GK414388 **Lehman Brothers Treasury Bv** |
| **Domicile** | Netherlands |
| **Sector** | Banks & other credit institutions |

**Basic Data**

| | |
|---|---|
| **TK Valor Number** | 2134511 |
| **ISIN** | XS0218304458 |
| **CFI Code** | DTFXGB (Assigned by another NNA) |
| **Most Liquid Market** | 38 Euronext Ams |
| **Instrument Type** | Hybrid, structured instruments |
| **Short Name** | Leh Trsy 35 VRN |
| **Security Prefix** | Global Notes |
| **Security Suffix** | 2005–17.5.35 Variable Rate Reg–S Series 2744 Senior |
| **Instrument Form** | Bearer form |
| **Delivery Mode** | Euroclear Bank: Not deliverable, global cert.<br>Clearstream Bk Lux: Not deliverable, global cert. |
| **Instrument Unit** | Nominal (par value/face value) |
| **Original Issuer** | GK414388 Lehman Brothers |
| **Currency / Principal** | EUR / 125000000 Outstanding capital |
| **Maturity Date** | 17.05.2035 |
| **Redemption Amount** | 100 % |
| **Coupon** | 7% Fixed |
| **Payment Frequency** | every year |
| **Income Type** | Periodical payment |
| **Dated Date** | 17.05.2005 |
| **First Interest Payment** | 17.05.2006 |
| **First Payment per Year** | 17.05. |
| **Day Count Convention** | ACT/ACT (ICMA) |
| **Business Day Convention** | Following |
| **Payment Period Adjustment** | Unadjusted |
| **Denominations** | EUR 1000 |
| **Callable by Issuer** | Yes |
| **Seniority** | Senior |
| **Security Number Type** | No processing |
| **Without Physical Coupon** | Yes |

**Instrument Classification**

| | |
|---|---|
| Type of security | Hybrids, structured instruments |
| Borrower category | Bond issued by banks & financial instit. |
| Telekurs jurisdiction | Eurobonds |
| Market affiliation | Global Bond (GLB) |
| Price category | Instrument listed on standard market |
| Classification of financial instruments | Debt Instruments, Medium–term notes, Fixed rate, Not available / unknown, Fixed maturity with call feature, Bearer |
| EU Interest income tax category | Unknown |
| Series | 2744 |

**EU Interest Income Taxation**   (not permissioned)

**Tax / Reporting**

| | | Applicability | Object | Application | Amounts |
|---|---|---|---|---|---|
| **Country: Switzerland** | | | | | |
| **Current Taxes N/P** | | | | | |
| **Reporting / Regulation** | SNB | N/P | | | |
| | SNB | N/P | | | |
| | SNB | N/P | | | |
| **Country: Liechtenstein** | | | | | |
| **Current Taxes N/P** | | | | | |
| **Country: United Kingdom** | | | | | |
| **Current Taxes** | Capital gains tax | Potentially liable/ applicable | | –––– | Tax resident: |
| **Country: United States** | | | | | |
| **Reporting / Regulation** | Offered under Reg S | Liable/ applicable | | –––– | Applies to all: |

**Latest Instrument Ratings**

| Scheme | Name | Date | Rating | Rating Trend |
|---|---|---|---|---|
| MDYLTD | MOODY'S long–term rating grades | 10.12.2008 | WR | |
| FITLTC | FITCH Long Term Credit | 15.09.2008 | B | On watch: possible downgrading |

Rating History

**Latest Company Ratings**

| Scheme | Name | Date | Rating | Rating Trend |
|--------|------|------|--------|--------------|
| MDYISTCP | MOODY'S commercial paper short term | 10.12.2008 | WR | |
| SPSICRLC | S&P Issuer Credit Rating Local CCY ST | 15.09.2008 | B | On watch: poss.up–/downgrading |
| SPLICRLC | S&P Issuer Credit Rating Local CCY LT | 15.09.2008 | BB– | On watch: poss.up–/downgrading |
| SPSICRFC | S&P Issuer Credit Rating Foreign CCY ST | 15.09.2008 | B | On watch: poss.up–/downgrading |
| SPLICRFC | S&P Issuer Credit Rating Foreign CCY LT | 15.09.2008 | BB– | On watch: poss.up–/downgrading |
| MDYILTCY | MOODY'S Issuer counterparty long–term | 22.10.2003 | A1 | |
| FITSTC | FITCH Short Term Credit | 12.10.2001 | F1 | |
| FITLTC | FITCH Long Term Credit | 12.10.2001 | A+ | Rating Outlook Stable |
| FITIND | FITCH Individual Rating | 12.10.2001 | B | |
| FITSUPP | FITCH Support Rating | 19.11.1997 | 5 | |

Rating History

**Best Trading Venue**

| | | |
|--|--|--|
| Highest number of ticks | EUR | Frankfurter Wertpapierboerse |
| Best spread over all | EUR | Xtrakter |
| Best spread per currency | EUR | Xtrakter |

**Listings**

| Code | Exchange | CCY | Listing Name | Trader Symbol | SEDOL | Listing Status | Notation Type |
|------|----------|-----|--------------|---------------|-------|----------------|---------------|
| 38 | **Euronext Ams** | EUR | Leh Trsy 35 VRN | | **GBB07W4M8 (OPOL)** | Official listing acc. to regulatory authority | Percentage price |
| 13 | Frankfurt SE | EUR | Leh Trsy 35 VRN | | | Active listing according to exchange | Percentage price |
| 873 | N Eu OTC EUR | EUR | Leh Trsy 35 VRN | | | Active listing according to exchange | Percentage price |
| 399 | N Euxt CMI | EUR | Leh Trsy 35 VRN | | GBB07W4M8 | No Listing (Quoted) | Percentage price |
| 186 | Xtrakter | EUR | Leh Trsy 35 VRN | | | No Listing (Quoted) | Percentage price |

**NSINs**

| | | | |
|---|---|---|---|
| **CH** | 2134511 | Active | 22.04.2005 |
| **XS** | 021830445 | Active | 22.04.2005 |
| **U\*** | N5213CKC3 | Active | 22.04.2005 |
| **GB** | B07W4M8 | Active | 26.04.2005 |
| **BE** | 24238579 | Active | 28.04.2005 |
| **NL** | 015348 | Active | 04.05.2005 |
| **DE** | A0E5CR | Active | 25.05.2005 |
| **AT** | A0E5CR | Active | 25.05.2005 |
| **ISIN** | XS0218304458 | Active | 22.04.2005 |

**MiFID Classification**   (not permissioned)

| Country | Class. Schema | Classification | Valid From | Valid Until |
|---|---|---|---|---|

**Managers / Agents**

| Institution | Role |
|---|---|
| KBL Eu Priv Bk | Paying agent |
| LBI Europe | Lead manager |
| LBI Europe | Calculation/Fixing agent |
| ABN AMRO Bank | Paying agent |
| JPM Chase Bk NA | Principal paying agent |
| JPM Chase Bk NA | Fiscal agent |
| ING Bank | Lead manager |

**Depository / Clearing**

| Name | System | Mode / Details | Main CSD/ESES | Custody Type | Unit / Denomination |
|---|---|---|---|---|---|
| Clearstream Bk Lux | CEDCOM(Luxembourg+Euro) | Not deliverable, global cert. | | | |
| SIX SIS | SECOM (CH/SIS) | | | Custodian (CUS) | |
| Euroclear Bank | EUCLID(Belgium+Euro) | Not deliverable, global cert. | | | |
| Euroclear Ned | SBI – Subsystem of Brokers–Intermediaries | | Yes | | |
| | ISB – Inter Broker Subsystem | | Yes | | |
| | SLAB – Delivery by mutual consent Subsystem | | Yes | | |
| | ISB GARANTIE | | Yes | | |
| | ESES/RGV | Not deliverable, book entry Settlement From: 17.05.2005 Settlement in System Possible: Yes | Yes | | |

**Guarantee / Covenant**

| Guarantor | Type |
| --- | --- |
| Lehman Brothers | Pari Passu Clause |
| Lehman Brothers | Negative pledge clause |

**Issue Conditions**

| | |
| --- | --- |
| TK Valor Number | 2134511 |
| ISIN | XS0218304458 |
| Short Name | Leh Trsy 35 VRN |
| Original Issuer | Lehman Brothers |
| Issue Status | Issued |
| Placement Type | Public placement |
| Issue Amount | EUR 125000000 |
| Original Denominations | EUR 1000 |
| Denominations | EUR 1000 |
| Issue Price | 100 % |
| Payment on Subscription | No |
| Payment Type | Fully paid–up |
| Payment Date | 17.05.2005 |
| Dated Date | 17.05.2005 |
| Restrictions | United States |
| | United Kingdom |
| | Japan |
| | France |
| | Netherlands |
| | Germany |
| | Italy |
| | Australia |
| | Singapore |

**Capital Structure**

| | |
| --- | --- |
| Capital Type | Outstanding capital |
| Nominal Capital | EUR 125000000 |
| Effective Date | 07.10.2008 |
| Capital Type | Issued capital |
| Nominal Capital | EUR 125000000 |
| Effective Date | 07.10.2008 |

**Interest / Dividend Conditions**

**Conditions Set Number 1**

| | |
|---|---|
| Interest / Dividend Period | 17.05.2005 –– 16.05.2010 |
| Interest Type | Fixed |
| Interest / Dividend Rate | 7% |
| Distribution Frequency | every year |
| Day Count Convention | ACT/ACT |
| Fraction settlement | Fractions settled in cash |

**Conditions Set Number 2**

| | |
|---|---|
| Interest / Dividend Period | 17.05.2010 –– 16.05.2035 |
| Interest Type | Variable |
| Maximum Rate | 9 % |
| Minimum Rate | 2 % |
| Fixing Frequency | every year |
| Distribution Frequency | every year |
| Day Count Convention | ACT/ACT |
| Underlying Name | Variable Coupon |
| Underlying Description | CMS 2Y=means the rate for EUR Swap transactions with a maturity of two years. CMS 10Y=means the rate for EUR Swap transactions with a maturity of ten years. |
| Underlying Type | Cash payment |
| Underlying Formula | Rate Of Interest=4 X(CMS 10Y - CMS 2Y) |
| Fraction settlement | Fractions settled in cash |

**Early Redemption / Extension Conditions**

Repayment Due To Taxation

| | |
|---|---|
| Entitled Person | Issuer |
| Payments | Total |
| Notice Period | –––– 30 Day |

| Repayments | Call Period | Call Frequency | Repayment Price | Inc. / Dec. Value | Inc. / Dec. Frequency |
|---|---|---|---|---|---|
| | 17.05.2005 –– | At any time | 100 % | | |

Repayment Due To Free callability

| | |
|---|---|
| Entitled Person | Issuer |
| Payments | Total |
| Notice Period | –––– 5 Day |

| Repayments | Call Period | Call Frequency | Repayment Price | Inc. / Dec. Value | Inc. / Dec. Frequency |
|---|---|---|---|---|---|
| | 17.05.2015 –– | every 5 years | 100 % | | |

**Early Redemption Schedule**

| Period / Date | Reason | Entitled Person | Notice Period | Redemption Amount |
|---|---|---|---|---|
| 17.05.2005 —— 17.05.2035 | Taxation | Issuer | – 30 Day | 100 % |
| 17.05.2015 | Free callability | Issuer | – 5 Day | 100 % |
| 17.05.2020 | Free callability | Issuer | – 5 Day | 100 % |
| 17.05.2025 | Free callability | Issuer | – 5 Day | 100 % |
| 17.05.2030 | Free callability | Issuer | – 5 Day | 100 % |

**Final Redemption**

| | |
|---|---|
| Redemption Date | 17.05.2035 |
| Redemption Amount | 100 % |
| Settlement Style | Cash |
| | More Information |

**All CA (excl. Dividends / Listing Events)**

| | | |
|---|---|---|
| 26.09.2008 | **Legal proceedings** | Bankruptcy proceedings |
| 17.05.2008 | **Interest** | Gross Amount: 7 % Payment Date: 17.05.2008 |
| 17.05.2007 | **Interest** | Gross Amount: 7 % Payment Date: 17.05.2007 |
| 17.05.2006 | **Interest** | Gross Amount: 7 % Payment Date: 17.05.2006 |

Data Version: T20 Run (12. Aug 2009, VDMMAPS.V009224.T20T,svwpvdb04)

1 von 5

# Submission Confirmation

Thank you for completing your submission.

Your submission details are shown below along with your confirmation number. Please print off a copy of this page or note down your confirmation number for future reference.

If you wish to change your claim or contact details please click on the 'unlock my submission' button below. You will then be returned to the home page and be able to access your submission and make further changes.

| Print Confirmation | Unlock my Submission | Exit System |

**Legal Entity Name:** Aspecta Assurance International (Luxembourg) S.A.
**Confirmation Date:** 07/04/2009 17:55:57
**Confirmation Reference:** C400DBEE-C871-478C-B3C0-C4949ED04C38

## Primary Contact Details

| | | |
|---|---|---|
| Regulatory Role Reference | V614596622 | Building Number/Name |
| Contact Title | Mr | Street | 5, rue Eugène Ruppert |
| Contact First Name | Stéphane | Town/City | Luxembourg |
| Contact Surname | Le Roy | County/State | Luxembourg |
| Telephone Number | +352 264 98 255 | Post Code/ZIP | 2453 |
| Position/Authority | Head of Fund Administration | Country | Luxembourg |
| Email Address | sleroy@aspecta.lu | | |

## Securities Financing

**Repo/Reverse Repo Agreements**

| Date of Agreement (DD MMM YYYY) | Type of Agreement | Is it closed out? | USD Amount due (from)/to LBIE |
|---|---|---|---|
| | | | 0 |
| | | | 0 |
| | | | 0 |

https://dm.pwc.com/LBIECreditors/SubmissionConfirmatio

**Stock Borrow/Lending Agreements**

| Date of Agreement (DD MMM YYYY) | Type of Agreement | Is it closed out? | USD Amount due (from)/to LBIE |
|---|---|---|---|
| | | | 0 |
| | | | 0 |

**Total claim due (from)/to LBIE**

USD 0

Please enter any additional comments/information:

## OTC Derivatives

**ISDA Master Agreements**

| Date of Agreement (DD MMM YYYY) | Is it closed out? | USD Amount due (from)/to LBIE |
|---|---|---|
| | | 0 |
| | | 0 |
| | | 0 |

**Long Form Confirmations**

| Number of Confirmations | Are they closed out? | USD Amount due (from)/to LBIE |
|---|---|---|
| 0 | | 0 |

**Total claim due (from)/to LBIE**

USD 0

Please enter any additional comments/information:

## Prime Broker

https://dtm.pwc.com/LBIECreditors/SubmissionConfirmatio

## Unsettled DVP / RVP Transactions

| | | USD |
|---|---|---|
| **Cash Balances** | | |
| Cash due (from) LBIE (other than client money) | | 0 |
| Loans payable to LBIE | | 0 |
| Net cash | | 0 |
| **Securities** | | USD |
| Long security close out value (including rehypothecated assets) | | 0 |
| Short security close out value (borrowed securities) | | 0 |
| Net security close out value | | 0 |
| **CFD** | | USD |
| Long CFD close out value | | 0 |
| Short CFD close out value | | 0 |
| Net CFD close out value | | 0 |
| **Total claim due (from)/to LBIE** | | USD 0 |
| **Comments** | | |
| **DVP** | | USD |
| Value of securities due (from) LBIE | | 0 |
| Cash due to LBIE | | 0 |
| Net due (from)/to LBIE | | 0 |
| **RVP** | | USD |
| Cash due (from) LBIE | | 0 |
| Value of securities due to LBIE | | 0 |

4 von 5

Net due (from)/to LBIE                                                USD
                                                                       0

Total claim due (from)/to LBIE                                       USD
                                                                       0

Comments

# Exposures on Exchange Traded Derivatives Across all Accounts

## Closed Out / Known Claims

Net liquidating value excluding collateral due (from) LBIE            USD
(client accounts which are not subject to FSA client money protection/segregation)   0

Collateral value due to LBIE                                         USD
                                                                       0

Total claim due (from)/to LBIE                                       USD
                                                                       0

Comments

## Other Balances

| Description | USD |
| --- | --- |
| Notes held: XS0346081481 face value €4,800,000 | -6,810,926 |

Notes held: XS0287044969 face value €150,000                                           -212,841

Notes held: XS0218304458   face value €92,000                                          -130,543

Notes held: ISIN XS0331506369   face value   €1,963,000                               -2,785,385

**Total claim due (from)/to LBIE**                                                   -9,939,695

https://dm.pwc.com/LBIECreditors/SubmissionConfirmatio

## Submission Confirmation

Thank you for completing your submission.

Your submission details are shown below along with your confirmation number. Please print off a copy of this page or r down your confirmation number for future reference.

If you wish to change your claim or contact details please click on the 'unlock my submission' button below. You will th returned to the home page and be able to access your submission and make further changes.

| Print Confirmation | Unlock my Submission | Exit System |

| | |
|---|---|
| **Legal Entity Name:** | Aspecta Assurance International (Luxembourg) S.A. |
| **Confirmation Date:** | 07/04/2009 17:55:57 |
| **Confirmation Reference:** | C400DBEE-C871-478C-B3C0-C4949ED04C38 |

### Primary Contact Details

| | | | |
|---|---|---|---|
| Regulatory Role Reference | V61459622 | Building Number/Name | - |
| Contact Title | Mr | Street | 5, rue Eugène Ruppert |
| Contact First Name | Stéphane | Town/City | Luxembourg |
| Contact Surname | Le Roy | County/State | Luxembourg |
| Telephone Number | +352 264 98 255 | Post Code/ZIP | 2453 |
| Position/Authority | Head of Fund Administration | Country | Luxembourg |
| Email Address | sleroy@aspecta.lu | | |

### Securities Financing

**Repo/Reverse Repo Agreements**                                                                 **USD**

| Date of Agreement (DD MMM YYYY) | Type of Agreement | Is it closed out? | Amount due (from)/to l |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Stock Borrow/Lending Agreements**                                                              **USD**

| Date of Agreement (DD MMM YYYY) | Type of Agreement | Is it closed out? | Amount due (from)/to l |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | **USD** |
|---|---|
| **Total claim due (from)/to LBIE** | |

**Please enter any additional comments/information:**

### OTC Derivatives

| **ISDA Master Agreements** | **USD** |
|---|---|

| Date of Agreement (DD MMM YYYY) | Is it closed out? | Amount due (from)/to LBIE |
|---|---|---|
| | | 0 |
| | | 0 |
| | | 0 |

**Long Form Confirmations**                                                              **USD**

| Number of Confirmations | Are they closed out? | Amount due (from)/to LBIE |
|---|---|---|
| 0 | | 0 |

**USD**

| | |
|---|---|
| Total claim due (from)/to LBIE | 0 |

**Please enter any additional comments/information:**

# Prime Broker

**Cash Balances**                                                                                **USD**

| | |
|---|---|
| Cash due (from) LBIE (other than client money) | 0 |
| Loans payable to LBIE | 0 |
| Net cash | 0 |

**Securities**                                                                                   **USD**

| | |
|---|---|
| Long security close out value (including rehypothecated assets) | 0 |
| Short security close out value (borrowed securities) | 0 |
| Net security close out value | 0 |

**CFD**                                                                                          **USD**

| | |
|---|---|
| Long CFD close out value | 0 |
| Short CFD close out value | 0 |
| Net CFD close out value | 0 |

**USD**

| | |
|---|---|
| Total claim due (from)/to LBIE | 0 |

**Comments**

# Unsettled DVP/RVP Transactions

**DVP**                                                                                          **USD**

| | |
|---|---|
| Value of securities due (from) LBIE | 0 |
| Cash due to LBIE | 0 |
| Net due (from)/to LBIE | 0 |

**RVP**                                                                                          **USD**

| | |
|---|---|
| Cash due (from) LBIE | 0 |
| Value of securities due to LBIE | 0 |

https://dm.pwc.com/LBIECreditors/SubmissionConfirmation.asp

| | |
|---|---|
| Net due (from)/to LBIE | 0 |

| | USD |
|---|---|
| **Total claim due (from)/to LBIE** | 0 |

**Comments**

## Exposures on Exchange Traded Derivatives Across all Accounts

| Closed Out / Known Claims | USD |
|---|---|
| Net liquidating value excluding collateral due (from) LBIE | 0 |
| (client accounts which are not subject to FSA client money protection/segregation) | |

| | |
|---|---|
| Collateral value due to LBIE | 0 |

| | USD |
|---|---|
| **Total claim due (from)/to LBIE** | 0 |

**Comments**

## Other Balances

**Description**

Notes held: XS0346081481 face value €4.800.000

—▫ Bankhaus AG

Notes held: XS0287044969 face value €150.000

—> Inc British entity

Notes held: XS0218304458   face value €92.000

—> Duvcl entity

Notes held: ISIN XS0331506369    face value €1.963.000

—> Dutch entity

**Total claim due (from)/to LIBE**

New Page 1                                                    https://dm.pwc.com/LBIECreditors/navigation.asp

Lehman Brothers International (Europe) in Administration    PRICEWATERHOUSECOOPERS
Creditor Claim System

**Login**          **Legal Entity Name:** Aspecta Assurance
**ID:** GPXT4GSF    International (Luxembourg) S.A.

Home | News | User Guide | Logout

https://dm.pwc.com/LBIECreditors/SubmissionConfirmation.asp

## Submission Confirmation

Thank you for completing your submission.

Your submission details are shown below along with your confirmation number. Please print off a copy of this page or r down your confirmation number for future reference.

If you wish to change your claim or contact details please click on the 'unlock my submission' button below. You will th returned to the home page and be able to access your submission and make further changes.

Print Confirmation | Unlock my Submission | Exit System |

| | |
|---|---|
| **Legal Entity Name:** | Aspecta Assurance International (Luxembourg) S.A. |
| **Confirmation Date:** | 07/04/2009 17:53:13 |
| **Confirmation Reference:** | C400DBEE-C871-478C-B3C0-C4949ED04C38 |

## Primary Contact Details

| | | | |
|---|---|---|---|
| Regulatory Role Reference | V61459622 | Building Number/Name | |
| Contact Title | Mr | Street | 5, rue Eugène Ruppert |
| Contact First Name | Stéphane | Town/City | Luxembourg |
| Contact Surname | Le Roy | County/State | Luxembourg |
| Telephone Number | +352 264 98 255 | Post Code/ZIP | 2453 |
| Position/Authority | Head of Fund Administration | Country | Luxembourg |
| Email Address | sleroy@aspecta.lu | | |

## Securities Financing

**Repo/Reverse Repo Agreements**                                                                                          **USD**

| Date of Agreement (DD MMM YYYY) | Type of Agreement | Is it closed out? | Amount due (from)/to L |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Stock Borrow/Lending Agreements**                                                                                       **USD**

| Date of Agreement (DD MMM YYYY) | Type of Agreement | Is it closed out? | Amount due (from)/to L |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**USD**

Total claim due (from)/to LBIE

**Please enter any additional comments/information:**

## OTC Derivatives

ISDA Master Agreements                                                                                                     **USD**

| Date of Agreement (DD MMM YYYY) | Is it closed out? | Amount due (from)/to LBIE |
|---|---|---|
| | | 0 |
| | | 0 |
| | | 0 |

**Long Form Confirmations**                                                     **USD**

| Number of Confirmations | Are they closed out? | Amount due (from)/to LBIE |
|---|---|---|
| 0 | | 0 |

                                                                     **USD**

Total claim due (from)/to LBIE                                                0

**Please enter any additional comments/information:**

# Prime Broker

| Cash Balances | USD |
|---|---|
| Cash due (from) LBIE (other than client money) | 0 |
| Loans payable to LBIE | 0 |
| Net cash | 0 |

| Securities | USD |
|---|---|
| Long security close out value (including rehypothecated assets) | 0 |
| Short security close out value (borrowed securities) | 0 |
| Net security close out value | 0 |

| CFD | USD |
|---|---|
| Long CFD close out value | 0 |
| Short CFD close out value | 0 |
| Net CFD close out value | 0 |

| | USD |
|---|---|
| Total claim due (from)/to LBIE | 0 |

**Comments**

# Unsettled DVP/RVP Transactions

| DVP | USD |
|---|---|
| Value of securities due (from) LBIE | 0 |
| Cash due to LBIE | 0 |
| Net due (from)/to LBIE | 0 |

| RVP | USD |
|---|---|
| Cash due (from) LBIE | 0 |
| Value of securities due to LBIE | 0 |

https://dm.pwc.com/LBIECreditors/SubmissionConfirmation.asp

| | |
|---|---|
| Net due (from)/to LBIE | 0 |

| | USD |
|---|---|
| **Total claim due (from)/to LBIE** | 0 |

**Comments**

## Exposures on Exchange Traded Derivatives Across all Accounts

| Closed Out / Known Claims | USD |
|---|---|
| Net liquidating value excluding collateral due (from) LBIE | 0 |
| (client accounts which are not subject to FSA client money protection/segregation) | |

| | |
|---|---|
| Collateral value due to LBIE | 0 |

| | USD |
|---|---|
| **Total claim due (from)/to LBIE** | 0 |

**Comments**

## Other Balances

**Description**

Notes held: XS0346081481 face value €4.800.000

Notes held: XS0287044969 face value €150.000

Notes held: XS0218304458   face value €92.000

Notes held: ISIN XS0331506369    face value   €1.963.000

**Total claim due (from)/to LIBE**

Lehman Brothers International (Europe) in Administration    PRICEWATERHOUSECOOPERS
Creditor Claim System

**Login**            **Legal Entity Name:** Aspecta Assurance
**ID:** GPXT4GSF    International (Luxembourg) S.A.

Home | News | User Guide | Logout