VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Edward A. Smith
Rishi Kapoor

*Attorneys for Brevan Howard Master Fund Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             : Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          : Case No. 08-13555 (JMP)
                                                                  :
    Debtor.                                     : (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I, RISHI KAPOOR, an attorney admitted to practice in the State of New York, hereby certify that on the 16th day of March, 2011, copies of the *Response of Brevan Howard Master Fund Limited to Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims)* [Docket No. 15079] were served electronically on the parties registered for ECF service and on the parties and by the means indicated on the attached Service List.

                                                       */s/ Rishi Kapoor*
                                                         RISHI KAPOOR

# SERVICE LIST

### By Hand Delivery

The Honorable James M. Peck
United States Bankruptcy Court for the Southern District of New York
Courtroom 601
One Bowling Green
New York, New York 10004

### By Overnight Delivery

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Shai Waisman
        Penny Reid

*Attorneys for the Debtors*

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn:   Elizabeth Gasparini
        Andrea Schwartz

*United States Trustee*

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne
        Dennis O'Donnell
        Evan Fleck

*Attorneys for the Official Committee of Unsecured Creditors*