**Michael L. Moskowitz (mlm@weltmosk.com)**
**Michele K. Jaspan (mkj@weltmosk.com)**
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Errol John Voigt*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
212.684.7800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                     ) ss:
COUNTY OF NEW YORK    )

AMRITHA SINGH, being duly sworn, deposes and says:

1.  I am not a party to the action, am over 18 years of age, and reside in the County of Nassau, State of New York.

2.  On March 23, 2011, I served a true copy of the attached Joinder of Errol John Voigt in Opposition to Debtor's Eighty-Eighth Omnibus Objection to Claims by transmitting the same to the parties set forth below by electronic means to the telephone number or the other station or other limitation designated for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Weil Gotshal & Manges, LLP
*Attorneys for Debtor*
767 Fifth Avenue
New York, New York 10153
Attn: Erin Eckols, Esq.
212.310.8007 (facsimile)

Office of the United States Trustee
for Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Elisabeth Gasparini, Esq.
212.668.2255 (facsimile)

Milbank, Tweed, Hadley &McCloy, LLP
*Attorneys for Official Committee of*
*Unsecured Creditors*
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
212.530.5219 (facsimile)

3. On March 23, 2011, I served a true copy of the attached Joinder of Errol John Voigt in Opposition to Debtor's Eighty-Eighth Omnibus Objection to Claims by transmitting the same to the person named below at her respective e-mail address:

Erin Eckols, Esq.    erin.eckols@weil.com

4. On March 23, 2011, I served a true copy of the attached Joinder of Errol John Voigt in Opposition to Debtor's Eighty-Eighth Omnibus Objection to Claims by depositing the same with an overnight delivery service (Federal Express) in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

Honorable James M. Peck, U.S.B.J.
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

5. I further state that on March 23, 2011, upon electronic filing of the Joinder, electronic mail filing notifications were caused to be sent to all attorneys of record registered to receive electronic filing notices in this case via this Court's ECF filing system.

_____
AMRITHA SINGH

Sworn to before me this
23rd day of March 2011

_____
Notary Public
MICHAEL L. MOSKOWITZ
Notary Public, State of New York
No. 4766946
Qualified in Nassau County
Commission Expires Feb. 28, 20 15

F:\VOIGT-10060\RESPONSE TO 88 & 90\AOS.doc