UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                        Debtors.                               :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 15107, 15122,
                                                                    15149, 15150, 15161, 15162, 15166,
                                                                    15168-15170, 15172, 15173, 15183

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 22, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
23rd day of March, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 15107, 15122, 15149, 15150, 15161, 15162, 15166, 15168-15170, 15172, 15173, 15183_AFF_03-22-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
 |
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
 | (Jointly Administered)
Debtors. |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   HIGH COUNTRY ENGINEERING, INC.
          ATTN: ROGER NEAL
          1517 BLAKE AVENUE, SUITE 101
          GLENWOOD SPRINGS CO 81601

Please note that your claim # 22298 in the above referenced case and in the amount of
         $11,115.60         has been transferred **(unless previously expunged by court order)**

          LIQUIDITY SOLUTIONS, INC.
          TRANSFEROR: HIGH COUNTRY ENGINEERING, INC.
          ONE UNIVERSITY PLAZA, SUITE 312
          HACKENSACK NJ 07601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15107      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/22/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 22, 2011.

**EXHIBIT B**

```
TIME: 12:27:19                                         LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 03/22/11                                              CREDITOR LISTING

Name                                          Address
APPALOOSA INVESTMENT L.P. 1                   ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
APPALOOSA INVESTMENT L.P. 1                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
CCP CREDIT ACQUISITION HOLDINGS, LLC          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN & DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN & DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS,         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN & DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
L.P.
CITIGROUP FINANCIAL PRODUCTS INC.             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: SCOTTWOOD MASTER, LTD ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, FOURTH FLOOR NEW YORK NY 10013
CVF LUX SECURITIES TRADING SARL               TRANSFEROR: TANG CAPITAL PARTNERS, LP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                              SURREY KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
GOLDENTREE ENTRUST MASTER FUND SPC            TRANSFEROR: GOLDENTREE MASTER FUND, LTD ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD                   TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FL NEW YORK NY 10022
GOLDMAN SACHS LENDING PARTNERS LLC            C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC            MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC            MANAGING CLERK RICHARDS KIBBE & ORBE, LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
HIGH COUNTRY ENGINEERING, INC.                ATTN: ROGER NEAL 1517 BLAKE AVENUE, SUITE 101 GLENWOOD SPRINGS CO 81601
ISP SECURITIES LTD.                           TRANSFEROR: ALRAMA STIFTUNG BELLERIVESTRASSE 33 PO BOX 567 ZURICH CH8034 SWITZERLAND
ISP SECURITIES LTD.                           TRANSFEROR: PREYER, RALF BELLERIVESTRASSE 33 PO BOX 567 ZURICH CH8034 SWITZERLAND
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: ISP SECURITIES LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: ISP SECURITIES LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
LIQUIDITY SOLUTIONS, INC.                     TRANSFEROR: HIGH COUNTRY ENGINEERING, INC. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                              NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: POLYGON GLOBAL OPPORTUNITIES MASTER FUND C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/JEFF BENESH/RON TOROK
                                              BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10080
OAKTREE HUNTINGTON INVESTMENT FUND, L.P.      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. ATTN: JEFF ARNOLD
                                              333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OAKTREE HUNTINGTON INVESTMENT FUND, L.P.      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. ATTN: JEFF ARNOLD
                                              333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OAKTREE OPPORTUNITIES FUND VIII               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. ATTN: JEFF ARNOLD
(PARALLEL 2), L.P.                            333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OAKTREE OPPORTUNITIES FUND VIII               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. ATTN: JEFF ARNOLD
DELAWARE, L.P.                                333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OAKTREE OPPORTUNITIES FUND VIII,              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. ATTN: JEFF ARNOLD
(PARALLEL 2), L.P.                            333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OCM OPPORTUNITIES FUND VIIB DELAWARE,         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. ATTN: JEFF ARNOLD
L.P.                                          333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
REDWOOD MASTER FUND, LTD                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: JONATHAN KOLATCH & RUBEN KLIKSBERG 910 SYLVAN AVENUE ENGLEWOOD CLIFFS NJ 07632
REDWOOD MASTER FUND, LTD                      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JONATHAN KOLATCH & RUBEN KLIKSBERG 910 SYLVAN AVENUE ENGLEWOOD CLIFFS NJ 07632
SHANNON HEALTH SYSTEM                         SHANE PLYMELL, TREASURER 120 EAST HARRIS SAN ANGELO TX 76903
SWEARENGEN PLACE, L.L.C.                      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ROPES & GRAY LLP ATTN: LISA RAGOSTA PRUDENTIAL TOWER, 800 BOYLSTON STREET
                                              BOSTON MA 02199-3600
TANG CAPITAL PARTNERS, LP                     C/O SEWARD & KISSEL LLP ATTN : JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004
TANG CAPITAL PARTNERS, LP                     TANG CAPITAL PARTNERS, LP C/O TANG CAPITAL MANAGEMENT, LLC ATTN: JOHN LEMKEY AND KEVIN TANG 4401 EASTGATE MALL SAN DIEGO CA 92121
THOROUGHBRED FUND L.P                         ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THOROUGHBRED FUND L.P                         TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O APPALOOSA INVESTMENT L.P. 1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                              SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD                       ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THOROUGHBRED MASTER LTD                       TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O APPALOOSA INVESTMENT L.P. 1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                              SHORT HILLS NJ 07078


Total Number of Records Printed        38                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```