# PRO MAIN V.Z.W.

**Winterling 7**
**2170 Merksem (Antwerpen)**
Tel. (03) 646 94 64 (5 lijnen)
Fax (03) 646 44 27
BTW  BE-453.575.661
Bank : BBL 320-0537740-42

Honorable James M. Peck
One Bowling Green, New York
Courtroom 601

NEW YORK 10004
UNITED STATES OF AMERICA

Merksem 7 March 2011

Reference:
Claim number : 52378
Debtor : 08-13555
Creditor Name & Adress:
PROMIN VZW
WINTERLING 7
B 2170 MERKSEM  BELGIUM

Classification & Amount of claim : unsecured : $ 849.060.00

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding ( ISIN XS ...0215349357........). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Your sincerely,

PROMIN VZW
Winterling 7
2170 Merksem  Belgium

Jan Van den Eynde, Director



RECEIVED
MAR 1 4 2011
U.S. BANKRUPTCY COURT, SDNY
JMP