# SURPLUS LINK LIMITED

Room 1705-8, 17/F., St. George's Building, 2 Ice House Street, Central, Hong Kong
Tel : (852) 2820-1100  Fax : (852) 2596-0050

Date  :  28 February 2011

Ref.  :  Let/ 110142

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
USA

Attn.: Tracy Hope Davis Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.

Dear Sir,

Re : United States Bankruptcy Court Southern District of New York
Chapter 11 Case No. 08-13555(JMP) (Jointly Administered)

In re Lehman Brothers Holdings Inc. et al., Debtors

Notice of Hearing on Debtors' Ninety-Second Omnibus Objections to Claims (No Blocking Number LPS Claims)

Claims to be Disallowed & Expunged

| Creditor Name and Address : | |
|---|---|
| Surplus Link Limited<br>Room 1705-8, 17/F., St. George's Building<br>2 Ice House Street<br>Central, Hong Kong | Claim Number :  37507<br><br>Date Filed :  10/13/2009<br><br>Debtor :  08-13555<br><br>Classification & Amount :  Unsecured : $400,000.00 |

Referring to the captioned, claims should not be disallowed, as we are providing further details required by the Bar Date Order as follows :

Blocking Reference Number :   CA25973
(see attachments 1 & 2)

Details of Our Contact are :   Surplus Link Limited
Room 1705-8, 17/F., St. George's Building
2 Ice House Street, Central, Hong Kong

Attention Person :   Nicholas H. Hui
(Tel : 852-28201168)
(Email : nicholas@imcgroup.com.hk)

Yours faithfully,

For and on behalf of
SURPLUS LINK LIMITED

*signature*
Authorized Signature(s)

\am
Encl.
cc:  The Chambers of the Honorable James M. Peck
Weil Gotshal & Manges LLP
Milbank, Tweed, [cut off]

# SURPLUS LINK LIMITED

Room 1705-8, 17/F., St. George's Building, 2 Ice House Street, Central, Hong Kong
Tel : (852) 2820-1100   Fax : (852) 2596-0050

Date    :   28 February 2011

Ref.    :   Let/ 110143

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
USA

Attn.: Shai Waisman, Esq. and Mark Bernstein, Esq.

Dear Sir,

Re :    United States Bankruptcy Court Southern District of New York
        Chapter 11 Case No. 08-13555(JMP) (Jointly Administered)

        In re Lehman Brothers Holdings Inc. et al., Debtors

        Notice of Hearing on Debtors' Ninety-Second Omnibus Objections to Claims
        (No Blocking Number LPS Claims)

| Creditor Name and Address : | Claims to be Disallowed & Expunged |
|---|---|
| Surplus Link Limited<br>Room 1705-8, 17/F., St. George's Building<br>2 Ice House Street<br>Central, Hong Kong | Claim Number : 37507<br>Date Filed : 10/13/2009<br>Debtor : 08-13555<br>Classification & Amount : Unsecured : $400,000.00 |

Referring to the captioned, claims should not be disallowed, as we are providing further details required by the Bar Date Order as follows :

Blocking Reference Number :   CA25973
                              (see attachments 1 & 2)

Details of Our Contact are :  Surplus Link Limited
                              Room 1705-8, 17/F., St. George's Building
                              2 Ice House Street, Central, Hong Kong

                 Attention Person :   Nicholas H. Hui
                                      (Tel : 852-28201168)
                                      (Email : nicholas@imcgroup.com.hk)

Yours faithfully,

For and on behalf of
SURPLUS LINK LIMITED

.......................................
Authorized Signature(s)

\am
Encl.
cc :   The Chambers of the Honorable James M. Peck
       The Office of the United States Trustee for the Southern District of New York
       Milbank, Tweed, Hadley & McCloy LLP

# SURPLUS LINK LIMITED

Room 1705-8, 17/F., St. George's Building, 2 Ice House Street, Central, Hong Kong
Tel : (852) 2820-1100  Fax : (852) 2596-0050

Date    :    28 February 2011

Ref.    :    Let/ 110141

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
USA

Attn.: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.

Dear Sir,

Re :    United States Bankruptcy Court Southern District of New York
        Chapter 11 Case No. 08-13555(JMP) (Jointly Administered)

        In re Lehman Brothers Holdings Inc. et al., Debtors

        Notice of Hearing on Debtors' Ninety-Second Omnibus Objections to Claims
        (No Blocking Number LPS Claims)

| Claims to be Disallowed & Expunged ||
|---|---|
| Creditor Name and Address :<br>Surplus Link Limited<br>Room 1705-8, 17/F., St. George's Building<br>2 Ice House Street<br>Central, Hong Kong | Claim Number :    37507 |
| | Date Filed :    10/13/2009 |
| | Debtor :    08-13555 |
| | Classification & Amount :  Unsecured : $400,000.00 |

Referring to the captioned, claims should not be disallowed, as we are providing further details required by the Bar Date Order as follows :

Blocking Reference Number :    CA25973
                                (see attachments 1 & 2)

Details of Our Contact are :    Surplus Link Limited
                                Room 1705-8, 17/F., St. George's Building
                                2 Ice House Street, Central, Hong Kong

                Attention Person :    Nicholas H. Hui
                                      (Tel : 852-28201168)
                                      (Email : nicholas@imcgroup.com.hk)

Yours faithfully,

*For and on behalf of*
**SURPLUS LINK LIMITED**

........................................
Authorized Signature(s)

\am
Encl.
cc :    The Chambers of the Honorable James M. Peck
        Weil Gotshal & Manges LLP