**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

LEHMAN BROTHERS HOLDINGS, INC., ET AL

DEBTORS.

CASE NO. 08-13555 (JMP)

CHAPTER 11

ADVERSARY PROCEEDING NO:

FILED
U.S. BANKRUPTCY COURT
2011 MAR 24  A 11: 12
S.D. OF N.Y.

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James C. Moore, Esq., request admission, *pro hac vice*, before the Honorable James M. Peck, to represent:

| CREDITORS | CLAIM NUMBERS |
|---|---|
| 1. Maria Clara Xavier Rocha Gomes Van der Hart | 0000044654 |
| 2. Jose Carlos Camoes Rosado | 0000045477 |
| 3. Rui Manuel Dias Moura Teixeria | 0000044656 |
| 4. Antonio Manuel Coelho Affonso de Barros | 0000049837 |
| 5. Fundación Rafael del Pino | 0000057540 |
| 6. Miguel Lopes de Sousa | 4490-967 |
| 7. Antonio Manuel Coutinhas Da Silva Ferreira | 55255 |

As Creditors in the above referenced case proceeding

*I certify that I am a member in good standing* of the bar in the State of New York and, if applicable, the bar of the U.S. District Court for the Western District of New York

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: March 18, 2011
Rochester, NY

_____
James C. Moore, Esq.
1600 Bausch & Lomb Place
Rochester, NY 14604-2711
Email: jcmoore1939@gmail.com
Telephone: (585) 231-1124

777685_1