



Honorable James M. Peck
One Bowling Green, New York
Courtroom 601

NEW YORK 10004
UNITED STATES OF AMERICA

Brussels, 7 March 2011

Reference: *LEHMAN BROTHERS HOLDINGS INC., et al., Debtors*

Claim number: *56680*

Debtor: *08-13555*

Creditor Name & Address: *HULET LAURENCE*
*CHEMIN DES DAMES AVELINES 26*
*SART DAMES AVELINES, 1495 BELGIUM*

Classification & Amount of claim: *UNSECURED: $35,377.00*

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding (ISIN XS0213449257/00). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Yours sincerely,

Name + address + signature

*HULET LAURENCE*
*CHEMIN DES DAMES AVELINES 26*
*SART DAMES AVELINES, 1495 BELGIUM*

ING Belgique SA – Avenue Marnix 24, B-1000 Bruxelles – RPM Bruxelles – TVA BE 0403.200.393.
Tél. +32 2 547 21 11 – info@ing.be – BIC: BBRUBEBB – Compte: 310-9156027-89 (IBAN: BE45 3109 1560 2789).
Courtier en assurances, inscrit à la CBFA sous le numéro de code 12381A.
Tous droits réservés. Reproduction et diffusion interdites sans autorisation préalable écrite d'ING.