UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                           Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,      Case No. 08-13555 (JMP)

                        Debtors.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DAVID M. MILLER

UPON the motion of David M. Miller dated March 22, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that David M. Miller is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
        March 24, 2011

                                       *s/ James M. Peck*
                                       UNITED STATES BANKRUPTCY JUDGE