Honorable James M. Peck
One Bowling Green, New York
New York 10004, Courtroom 601
USA

Dear Mr. Peck,

With referral to the letter of the United States Bankruptcy Court Southern District of New York, I hereby oppose the disallowance, expungement, reduction or reclassification of my claim, listed under number 53220, filed 10/28/2009, Debtor 08-13555, classification and Amount $ 170,172.00.

Yours sincerely,

Mrs. W.E. de Vries-Scheiberlich
Edisonstraat 10
1171 AL Badhoevedorp
The Netherlands



RECEIVED
MAR 14 2011
U.S. BANKRUPTCY COURT, SDNY
JMP