Honorable James M. Peck
One Bowling Green, New York
Courtroom 601

NEW YORK 10004
UNITED STATES OF AMERICA

Brussels, 7 March 2011

Reference: Chapter 11 case n° 08-13555 ( JMP ) joint administrated

Claim number: 52031

Debtor: 08-13555

Creditor Name & Address: Schram – Defonseca

　　　　　　　　　　　　　Jozef Mulslaan 6

　　　　　　　　　　　　　B-2950 Kapellen

　　　　　　　　　　　　　Belgium

Classification & Amount of claim: unsecured 141.510 US $

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding (ISIN XS 0215349357). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Yours sincerely,

DIRK SCHRAM　　　　　　　　　　　　ANDREA DEFONSECA

Schram –Defonseca
Jozef Mulslaan 6
B2950 Kapellen
Belgium

RECEIVED MAR 14 2011 U.S. BANKRUPTCY COURT, SDNY