C.W. Pearson
Veelmanlanden 38
7542 MB Enschede
The Netherlands

        Chambers of Honourable James M. Peck,
        One Bowling Green, New York
        New York 10004, Courtroom 601, U.S.A.

Enschede, 7th. March 2011

To whom it may concern,-
This is a response by the undersigned to the Notice of the filing of the L.B.H.I. Ninetieth Omnibus Objection to Claims. Please see items contained in the text here below.

(i)    CAPTION: United States Bankruptcy Court Southern District of New York.
        Debtors: Lehman Brothers Holdings Inc., et al.,
        Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered)
        Objection: Debtors Ninetieth Omnibus Objection to Claims
        (No Liability Claims). Claim to be disallowed & expunged.

(ii)    CLAIMANT(Creditor): Pearson, Colin W
        Veelmanlanden 38, Enschede, 7542MB, Netherlands.
        Basis of Creditor's Claim: Loss of invested funds associated with
        bankruptcy proceedings of Debtors.

(iii)    STATEMENT: The Creditor's claim should not be disallowed, expunged,
        reduced, or reclassified, since the funds concerned are Creditor's
        own property, and have only been jeopardized due to acts, omissions,
        and negligence of the Debtors, their affiliates and associates. The
        Court is hereby requested to dismiss Debtors' claim, as well as any
        further similar claims made by the Debtors concerning Creditor's
        claim.

(iv)    DOCUMENTATION: United States Bankruptcy Court Southern District of New
        York Notice dated February 11, 2011. (copy enclosed)



RECEIVED
MAR 14 2011
SDNY

(v)    REPLIES: To be sent to the attention and address of the Claimant (Creditor).

(vi)    CONTACT PERSON: Claimant (Creditor)- see name and address under (ii) above. Telephone No. + 31 (0) 53 4770336.

Colin W. Pearson.

*[signature]*

This document has been dispatched on Mon. 7th. March 2011 by fastest postal means to:-

Chambers of Honourable James M. Peck, One Bowling Green, New York
New York 10004, Courtroom 601, U.S.A.

Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York,
New York 10153, U.S.A. (Attn. Shai Waisman Esq., Mark Bernstein Esq.)

Office of the United States Trustee for Southern District of New York,
33 Whitehall Street, 21st. Floor, New York,
New York 10004, U.S.A. (Attn. Elisabeth Gasparini Esq., Andrea Schwartz Esq.)

Milbank, Tweed, Hadley, & McCloy LLP, 1 Chase Manhattan Plaza, New York,
New York 10005, U.S.A. (Attn. Dennis F. Dunne Esq., Dennis O'Donnell Esq., Evan Fleck Esq.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                        Debtors.                                 :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

LBH OMNI90 02-11-2011 (MERGE2,TXNUM2) 4000096119 BAR(23) MAIL ID *** 000041717111 *** BSIUSE: 226
PEARSON, COLIN W.
VEELMANLANDEN 38
ENSCHEDE, 7542 MB NETHERLANDS

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' NINETIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>PEARSON, COLIN W.<br>VEELMANLANDEN 38<br>ENSCHEDE, 7542 MB NETHERLANDS | Claim Number: | 48997 |
| | Date Filed: | 10/27/2009 |
| | Debtor: | 08-13555 |
| | Classification and Amount: | UNSECURED: $ 42,453.00 |

PLEASE TAKE NOTICE that, on February 11, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Ninetieth Omnibus Objection to Claims (No Liability Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that the Debtors have no liability for said claim because it seeks to recover for securities that were neither issued nor guaranteed by the Debtors. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on March 16, 2011 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.