Honarable United States Bankruptcy Court
Southern District of New York,

Title : Our Response and Objection to Lehman Brothers Holdings Inc., the Debtors Ninety Second Omnibus Objection to Claims ( No blocking Number LPS claims )

Debtor : Lehman Brother Holding Inc.

Case No : Chaper 11 Case No : 08-13555 (JMP)

Name of Claimant : Saraff Susheel Kumar & Pushpa Devi, Bangkok ( Thailand )

Amount of Claim   :  US$ 100,000.00 Unsecured

Our Response to your objection : -

Claim Field on 08-09-2009
Claim No: 10707
ISIN No. ( Cusip No. ) – 035163034
Blocking No: CA24602

Basis of Objection :-

Sir, we have filed our claim in time as per courts bar date order. As it has blocking number, Cusip Number and all other legal formalities done, all documents included prove of claim. So our case should not be disallowed. Our address and phone number are same.


Regards


Saraff Susheel Kumar/Pushpa Devi



RECEIVED
MAR 1 4 2011
U.S. BANKRUPTCY COURT, SDNY
JMP