The Chambers of the Honorable James M. Peck
One Bowling Green,
New York, New York 10004
Courtroom 601

March 12, 2011

Further to the notice received, please find written response to the Objection:
(i)
Bankruptcy Court: United States Bankruptcy Court for the Southern District of New York
Debtors: Lehman Brothers Holdings Inc. and certain of its affiliates
Chapter 11 Case Number: 08-13555
Claim number: 50161 filed on 10/27/2009
Objection: Eighty-six Omnibus Objection to Claims (No liability Claim)
(ii)
Claimant: Fabrizio Cesario, Flat 1, 12 Redcliffe Square, London SW10 9JZ, United Kingdom
Basis of amount of Claim: $103,875.00 in securities issued by Lehman Brothers and held in Claimant
bank Account (attached)
(iii)
Securities were issued by a Lehman Brothers Inc. consolidated subsidiary, with credit risk determined on
the basis of the Lehman group rating and therefore should not be disallowed and/or expunged,
independently of any legal jurisdiction of the entity issuing the securities.
(iv)
Please find attached copy of bank statements confirming ownership of securities, purchased on
February 21, 2006
(v)
Address same as in proof of claim
(vi)
Fabrizio Cesario (Tel.: +447768233728)
Address:
Flat 1
12 Redcliffe Square
London Sw10 9JZ
United Kingdom

Kind regards

Fabrizio Cesario



RECEIVED
MAR 1 4 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

Barclays Wealth Americas Dashboard - OCR - Holding By Asset Class

Page 1 of 4

## Holdings - For Account 73965368

Scratch Pad | Margin Calculator | Client Access

FABRIZIO CESARIO
A/C CAPITAL
12 REDCLIFFE SQUARE
WEST BROMPTON SW10 9J2
LONDON SW10 9J2
ENGLAND

Sales ID: 075002
Lead Account: 73965367
73965368-1-0-002 SDS: 40812014

### Reporting Options

Report as of: 8 Mar 2011
Account: 73965368 - CESARIO FABRIZIO
Display by: Account | **Asset Class**
Currency: USD United States Dollar

Submit

### Asset Allocation for Account 73965368




Cash, Cash Equivalents & Other
Equities  1.16%  3,416.84
Fixed Income
Alternative Investments

Total Market Value:

Total Daily Change: **0.00 (USD)**

| Investment | | | | | | |
|---|---|---|---|---|---|---|
| CESARIO FABRIZIO | | | | | - | USD |
| XS0229269656 ***LEHMAN BROTHERS CAPITAL FUND II PERPUTUAL R/MD 5.125 09/21/2049 | | | | | | |
| International Bonds | 73965368 CESARIO FABRIZIO | CASH | 103,875.000 | 0.01 (7 Mar 2011) | 14.50 | 1.16% EUR 1.3969 |
| Accrued Interest | | | | - | 3,402.34 | - EUR |
| **Subtotal Market Value** | | | | | | |