The Chambers of the Honorable James M. Peck
One Bowling Green,
New York, New York 10004
Courtroom 601

March 12, 2011

Further to the notice received, please find written response to the Objection:
(i)
Bankruptcy Court: United States Bankruptcy Court for the Southern District of New York
Debtors: Lehman Brothers Holdings Inc. and certain of its affiliates
Chapter 11 Case Number: 08-13555
Claim number: 50160 filed on 10/27/2009
Objection: Eighty-six Omnibus Objection to Claims (No liability Claim)
(ii)
Claimant: Fabrizio Cesario, Flat 1, 12 Redcliffe Square, London SW10 9JZ, United Kingdom
Basis of amount of Claim: $21,125.00 in securities issued by Lehman Brothers and held in Claimant bank Account (attached)
(iii)
Securities were issued by a Lehman Brothers Inc. consolidated subsidiary, with credit risk determined on the basis of the Lehman group rating and therefore should not be disallowed and/or expunged, independently of any legal jurisdiction of the entity issuing the securities.
(iv)
Please find attached copy of bank statements confirming ownership of securities, purchased on February 21, 2006
(v)
Address same as in proof of claim
(vi)
Fabrizio Cesario (Tel.: +447768233728)
Address:
Flat 1
12 Redcliffe Square
London Sw10 9JZ
United Kingdom

Kind regards

Fabrizio Cesario



Barclays Wealth Americas Dashboard - OCR - Holding By Asset Class

# Holdings - For Account 73965367

Page 1 of 3

| Scratch Pad | Margin Calculator | Client Access |

Sales ID: 075002

FABRIZIO CESARIO
A/C INTEREST
12 REDCLIFFE SQUARE
WEST BROMPTON
LONDON SW109J2
UNITED KINGDOM

Lead Account: 73965367
73965367-1-1-002  SDS: 4713575

## Reporting Options

Report as of: 8 Mar 2011
Account: 73965367 - CESARIO FABRIZIO
Display by: Account | **Asset Class**
Currency: USD United States Dollar

[Submit]

### Asset Allocation for Account 73965367

Fixed Income 100.00%

Total Market Value: 694.88 (USD)    Total Daily Change: 0.00 (USD)

Holdings as of end of business day: 7 Mar 2011.     Intraday Holdings Information | Additional Holdings Information

Download to: Excel Spreadsheet (XLS)

## Fixed Income (All Values in USD)

| Security | Sub-class | Account Name | Account Type | Par | Price | Market Value | Daily Change | % of Portfolio | Native Currency |
|---|---|---|---|---|---|---|---|---|---|
| XS0226269855 ***LEHMAN BROTHERS CAPITAL FUND II PERPUTUAL R/MD 5.125 09/21/2049 | International Bonds | 73965367 CESARIO FABRIZIO | CASH | 21,125.000 | 0.01 (7 Mar 2011) | 2.95 | - | 100.00% | EUR 1.3969 |
| | Accrued Interest | | | - | - | - | - | - | EUR |
| **Subtotal Market Value:** | | | | | | 2.95 | - | - | USD |
| **Subtotal Accrued Interest:** | | | | | | 691.93 | - | - | USD |
| **Total Fixed Income:** | | | | | | 694.88 | 0.00 | 100.00% | USD |

Daily Change, when revalued using a foreign currency, will reflect any change in the foreign currency rate from the previous business day.

http://mv.lehman.com/OCR/app/OcrHoldByAsst.do?account=73965367&scratchpad=true&toolbar=true

3/8/2011