✻ UBS

UBS AG
Badenerstrasse 547 / D
P.O.Box, CH-8098 Zurich
Tel.

Corporate Events
OMN7 Default Management

Jean-Claude Besson
OQ9C / O5GC-JWJ
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

# Message

March 15, 2011

**subject Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of

Attention: Clerk of the Court

you are receiving

Notice of Partial Transfer of Claim pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2) or (4): Original hard copy of Evidence of Partial Transfer of Claim + Schedule I released by Bank of Singapore Ltd on March 9 2011.

☐ for your information      ☐ returned with thanks      ☐ please return
☒ for your records          ☐ please comment             ☒ please confirm receipt
☐ as agreed                 ☐ please sign                ☒ please process
☐ please complete           ☐ please forward to

Remarks
3) USD 400'000.00 ELN Lehman Bros 2007-29.10.2009 CH 3503264 / XS0327055371
Claimant / Transferor: Bank of Singapore Ltd, Singapore
Initial Proof of Claim Number: 41773

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)



Yours sincerely,

UBS AG

*[signature]*                              *[signature]*

Jean-Claude Besson                         Hugo Koller
Associate Director                         Director

## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.         Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> **UBS AG** | Name of Transferor: <br> BANK OF SINGAPORE LIMITED |
|---|---|
| Notices to Transferee should be sent to: <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zurich, Switzerland <br> Attn: Mr. Hugo Koller <br> +41 44 235 37 36 – <br> hugo.koller@ubs.com | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> 9 RAFFLES PLACE <br> #08-01 REPUBLIC PLAZA <br> SINGAPORE 048619 |
| Amount of Claim Being Transferred: <br><br> $400,000 <br><br> ~~OR~~ <br><br> ~~€_____ (face amount of securities)~~ | ***NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS*** |
| Court Claim No. (if known): 41773 | |
| Date Claim Filed: Oct 19 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _15.3.2011_
Hugo Koller, Director
**UBS AG**
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn: Mr. Hugo Koller
+41 44 235 37 36 –

hugo.koller@ubs.com

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 41773 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| LEHMAN-DAC ELN-CCB/ICBC/BOC 27.10.09+2 | XS0327055371 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | $400,000 |
| | | | | |
| | | | | |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 3 and in paragraphs/lines 54 of the Addendum to the Proof of Claim.

BANK OF SINGAPORE LIMITED ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**UBS AG**

Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn: Mr. Hugo Koller
+41 44 235 37 36 –
hugo.koller@ubs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 09 March 2011.

BANK OF SINGAPORE LIMITED
Transferor

By: _____
    Name: MARIENA DASIRAN
    Title: ASSISTANT DIRECTOR

By: _____
    Name: DANIEL SIA
    Title: DIRECTOR

ACKNOWLEDGED BY:

**UBS AG**
Transferee

By: _____
    Name: Hugo Koller
    Title: Director

✸ UBS

UBS AG
Badenerstrasse 547 / D
P.O.Box, CH-8098 Zurich
Tel.

Corporate Events
OMN7 Default Management

Jean-Claude Besson
OQ9C / O5GC-JWJ
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

# Message

March 15, 2011

subject **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of

Attention: Clerk of the Court

you are receiving

Notice of Partial Transfer of Claim pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2) or (4): Original hard copy of Evidence of Partial Transfer of Claim + Schedule I released by Bank of Singapore Ltd on March 9 2011.

☐ for your information
☒ for your records
☐ as agreed
☐ please complete

☐ returned with thanks
☐ please comment
☐ please sign
☐ please forward to

☐ please return
☒ please confirm receipt
☒ please process

Remarks
3) USD 400'000.00 ELN Lehman Bros 2007-29.10.2009 CH 3503264 / XS0327055371
Claimant / Transferor: Bank of Singapore Ltd, Singapore
Initial Proof of Claim Number: 41773

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director