

*Correspondence address,*
Jain Rajiv & Rippan
10 Jalan Besar
B1-39, Sim Lim Tower
Singapore, 208787

10th March 2011

*For the attention of the chambers of the Honorable James M. Peck*

One Bowling Green,
New York, New York 10004,
Courtroom 601,
USA

Dear Sirs

| | |
|---|---|
| **Bankruptcy court:** | **United States Bankruptcy Court Southern District of New York** |
| **Debtor:** | **Lehman Brothers Holdings Inc.** |
| **Chapter 11 Case no:** | **08-13555(JMP)** |
| **Subject:** | **Objection to claim with no blocking reference number** |
| **Claim Number:** | **6161** |

We refer to the notice from the Bankruptcy Court dated 14 February 2011 (copy attached).

We write to advise the following information which is not included in the Proof of Claim submitted to the Bankruptcy Court:

| **Security ISIN** | **Blocking Reference Number** |
|---|---|
| XS0301813522 | CA24613 |

Yours faithfully

_____        _____
Rajiv Jain                                               Rippan Jain

*Correspondence address,*
Jain Rajiv & Rippan
10 Jalan Besar
B1-39, Sim Lim Tower
Singapore, 208787

COPY

10th March 2011

**For the attention of Tracy Hope Davis, Esq.,**
**Elisabetta Gasparini Esq. and**
**Andrea B. Schwartz, Esq.**

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street,
21st Floor, New York, New York 10004,
USA

Dear Sirs

| | |
|---|---|
| **Bankruptcy court:** | United States Bankruptcy Court Southern District of New York |
| **Debtor:** | Lehman Brothers Holdings Inc. |
| **Chapter 11 Case no:** | 08-13555(JMP) |
| **Subject:** | Objection to claim with no blocking reference number |
| **Claim Number:** | 6161 |

We refer to the notice from the Bankruptcy Court dated 14 February 2011 (copy attached).

We write to advise the following information which is not included in the Proof of Claim submitted to the Bankruptcy Court:

| **Security ISIN** | **Blocking Reference Number** |
|---|---|
| XS0301813522 | CA24613 |

Yours faithfully

_____          _____
Rajiv Jain                                              Rippan Jain

COPY

*Correspondence address,*
Jain Rajiv & Rippan
10 Jalan Besar
B1-39, Sim Lim Tower
Singapore, 208787

10th March 2011

**For the attention of Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.**

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza,
New York, New York 10005
USA

Dear Sirs

| | |
|---|---|
| **Bankruptcy court:** | United States Bankruptcy Court Southern District of New York |
| **Debtor:** | Lehman Brothers Holdings Inc. |
| **Chapter 11 Case no:** | 08-13555(JMP) |
| **Subject:** | Objection to claim with no blocking reference number |
| **Claim Number:** | 6161 |

We refer to the notice from the Bankruptcy Court dated 14 February 2011 (copy attached).

We write to advise the following information which is not included in the Proof of Claim submitted to the Bankruptcy Court:

| **Security ISIN** | **Blocking Reference Number** |
|---|---|
| XS0301813522 | CA24613 |

Yours faithfully

_____            _____
Rajiv Jain                                            Rippan Jain

COPY

*Correspondence address,*
Jain Rajiv & Rippan
10 Jalan Besar
B1-39, Sim Lim Tower
Singapore, 208787

10th March 2011

*For the attention of Shai Waisman, Esq. and Mark Bernstein, Esq.*

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
USA

Dear Sirs

| | |
|---|---|
| **Bankruptcy court:** | United States Bankruptcy Court Southern District of New York |
| **Debtor:** | Lehman Brothers Holdings Inc. |
| **Chapter 11 Case no:** | 08-13555(JMP) |
| **Subject:** | Objection to claim with no blocking reference number |
| **Claim Number:** | 6161 |

We refer to the notice from the Bankruptcy Court dated 14 February 2011 (copy attached).

We write to advise the following information which is not included in the Proof of Claim submitted to the Bankruptcy Court:

| **Security ISIN** | **Blocking Reference Number** |
|---|---|
| XS0301813522 | CA24613 |

Yours faithfully

_____        _____
Rajiv Jain                                               Rippan Jain