# MONARD - D'HULST
ADVOCATEN - AVOCATS - ATTORNEYS-AT-LAW

GOUVERNEUR ROPPESINGEL 131
3500 HASSELT
TELEFOON +32 (0)11 28 15 00
FAX      +32 (0)11 28 15 05

The Honorable JAMES M. PECK
United States Bankruptcy Court
One Bowling Green
NEW YORK, NY 10004
Courtroom 601

**BY MAIL AND BY RECORDED DELIVERY**

Hasselt, 11th March 2011

**Concerning:** VANDEBROEK ROGER C/ ABN
**Our ref.:**   1009090 VDTvdt
**Your ref.:**

| CREDITOR NAME AND ADRESS | REFERENCES |
|---|---|
| VANDEBROEK ROGER | Claim Number: 55106 |
| Weg naar de Grauwe Steen 31 | Date filed: 29.10.2009 |
| 3550 Heusden-Zolder | Debtor: 03-13555 |
| BELGIUM | Classification and Amount: $ 327.589,00 |

| DEBTOR |
|---|
| Lehman Brothers Holding Inc., et al. |

UNITED STATES BANKRUPTCY COURT, Southern District of New York

**NOTICE OF HEARING ON DEBTOR'S EIGHTY-EIGHT OMNIBUS OBJECTION TO CLAIMS (NO-LIABILITY CLAIMS)**

Honorable Mr. James Peck,

RECEIVED MAR 1 5 2011 U.S. BANKRUPTCY COURT, SDNY JMP

We refer to your writing d.d. 11.02.2011.

Concerning the above mentioned reference, we are the legal counsels of Mr. Roger Vandebroek, having its address at 3550 Heusden-Zolder (Belgium), Weg naar de Grauwe Steen 31.

On behalf of our client we strongly contest the objection of the claim, as formulated in the above mentioned writing and this because of the hereafter quoted reasons:

1

1) Our client has bought the following Lehman products at the ABN AMRO office of Hasselt (Belgium):

   - VAR RATE EMTN NOTES for a total amount of 230.000 EUR (December, 29th 2005) **PIECE n° 1**
   - UK CAP NON-CUM. PREF. SEC. NOTES for a total amount of 230.000 EUR (December, 29th 2005) **PIECE n° 2**
   - VAR RATE EMTN NOTES for a total amount of 65.000 EUR (January, 27th 2006) **PIECE n° 3**

2) Given the fact that these notes are to be considered as bonds, it is clear that they represent a claim of our client towards Lehman Brothers Holding Inc, being the issuer.
   The bankruptcy of Lehman Brothers Holding Inc does not change this claim, nor its existence. For this the objection of the claim of our client can not be accepted.

3) Furthermore we wish to point out that our client has invested in these products in the assumption that there was a guarantee of capital by the issuer as stated by ABN AMRO. After all our client was looking for a guaranteed and defensive investment, since the invested money was intended to be used for a coming acquisition of a company.

4) Our client was indeed shocked when he heard the news about the bankruptcy of Lehman Brothers Inc. This astonishment increased when he became aware of the fact that the capital has not been guaranteed, despite the promised made on that behalf.

5) For this our client has filed a claim in the bankruptcy of Lehman Holdings Inc for the amount of 327.589,00 USD (**PIECE n° 4**) and one for the amount of 420.168,50 USD (**PIECE n° 5**)

Considering the above mentioned circumstances we strongly contest the declaration as stated in your writing d.d. 11.02.2011, whereby the claim of our client – for the amount of 327.589,00 USD – has been objected.

For this our client should be indemnified and the claim of our client should be accepted, without any amendments or restrictions.

Finally we would like to request that any further information or documentation shall be sent directly to us, as the counsel of Mr. Vandebroek. You can always contact us at the hereafter stated data.

Sincerely Yours,

Jeroen Raskin                                                                 Nicole Segers

Monard- D'Hulst
Attn. Mrs. Nicole Segers & Mr. Jeroen Raskin

2

Gouverneur Roppesingel 131
3500 Hasselt
BELGIUM

TEL: 0032 11 28 15 00
FAX: 0032 11 28 15 05
Email: nicole.segers@monard-dhulst.be
       Jeroen.raskin@monard-dhulst.be

A copy of this writing has been sent to:

- Mr. Dennis F'Dunne, Mr. Dennis O'Donnel and Mr. Even Fleck (Milbank, Tweed, Hadley & McCloy LLP)
- Mr. Shai Y. Waisman and Mr. Mark I. Bernstein (Weil, Gotsal & Manges LLP)
- Ms. Elisabeth Gasparini and Ms. Andrea Schwartz (The office of the United States Trustee for the Southern District of New York)

 ABN·AMRO Bank



Bevestiging effectentransactie

Heren Roger,stefan,valer Vandebroek
P/a Weg Naar De Grauwe Steen 31

B-3550 Heusden-Zolder

Referentie : 927844    Datum : 23/12/2005        Clientnummer : 7233824

Wij hebben voor u gekocht op 23/12/2005
LEHMAN BROTHERS VAR RATE EMTN NOTE
Coupon :      6 %            Vervaldatum : 02/11/2035

Bedrag                          :          230.000,00    EUR
Koers                           :              96 %

Bruto Bedrag                    :          220.800,00         EUR
57 Dagen opgelopen rente        :            2.155,07         EUR
Provisie                        :              921,94         EUR
Taks Op Beursverrichtingen      :              156,09         EUR
Totaal Bedrag                   :          224.033,10         EUR

Wij debiteren uw rekening
723-5933824-89 EUR
Valuta :29/12/2005

Wij hebben deze waarden aan uw effectenportefeuille toegevoegd.

Hierbij nodigen wij u uit om alle op dit document vermelde gegevens
zorgvuldig te verifiëren. Elke onnauwkeurigheid of afwijking dient
binnen de 8 dagen na ontvangst van deze orderbevestiging schriftelijk
gerapporteerd te worden aan onze Afdeling Effectenadministratie.

 ABN·AMRO Bank



Bevestiging effectentransactie

Heren Roger,stefan,valer Vandebroek
P/a Weg Naar De Grauwe Steen 31

B-3550 Heusden-Zolder

Referentie : 927846   Datum : 23/12/2005          Clientnummer : 7233824

Wij hebben voor u gekocht op 23/12/2005
LEHMAN BROTHERS UK CAP NON-CUM. PREF SEC.
Coupon :      5,125 %       Vervaldatum : 14/10/2245

| | | |
|---|---|---|
| Bedrag | : | 230.000,00 EUR |
| Koers | : | 96,8 % |
| Bruto Bedrag | : | 222.640,00 EUR |
| 99 Dagen opgelopen rente | : | 3.197,16 EUR |
| Provisie | : | 933,35 EUR |
| Taks Op Beursverrichtingen | : | 158,09 EUR |
| Totaal Bedrag | : | 226.928,60 EUR |

Wij debiteren uw rekening
723-5933824-89 EUR
Valuta :29/12/2005

Wij hebben deze waarden aan uw effectenportefeuille toegevoegd.

Hierbij nodigen wij u uit om alle op dit document vermelde gegevens
zorgvuldig te verifiëren. Elke onnauwkeurigheid of afwijking dient
binnen de 8 dagen na ontvangst van deze orderbevestiging schriftelijk
gerapporteerd te worden aan onze Afdeling Effectenadministratie.

 **ABN·AMRO** Bank

Bevestiging effectentransactie

③

Heren Roger,stefan,valer Vandebroek
P/a Weg Naar De Grauwe Steen 31

B-3550 Heusden-Zolder

3789/801

Referentie : 932861   Datum : 27/01/2006        Clientnummer : 7233824

Wij hebben voor u gekocht op 27/01/2006
LEHMAN BROTHERS VAR RATE EMTN NOTE
Coupon :        6 %              Vervaldatum : 02/11/2035

| | | | |
|---|---|---|---|
| Bedrag | : | 65.000,00 | EUR |
| Koers | : | 95 % | |
| Bruto Bedrag | : | 61.750,00 | EUR |
| 91 Dagen opgelopen rente | : | 972,33 | EUR |
| Provisie | : | 280,89 | EUR |
| Taks Op Beursverrichtingen | : | 43,91 | EUR |
| Totaal Bedrag | : | 63.047,13 | EUR |

XS 0232364868

Wij debiteren uw rekening
723-5933824-89 EUR
Valuta :01/02/2006

Wij hebben deze waarden aan uw effectenportefeuille toegevoegd.

Hierbij nodigen wij u uit om alle op dit document vermelde gegevens
zorgvuldig te verifiëren. Elke onnauwkeurigheid of afwijking dient
binnen de 8 dagen na ontvangst van deze orderbevestiging schriftelijk
gerapporteerd te worden aan onze Afdeling Effectenadministratie.

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Roger Vandebroek
Weg naar de grauwe steen 31
3550 Heusden Zolder (Belgium)

Telephone number: 0032 11573607    Email Address: Roger@masteradvice.be

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: 0032 475235871    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 420.160,50    (Required) Euro 295.000)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0232364068    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA 76818    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

~~Accountholders Euroclear Bank,~~ Clearstream Bank ~~or Other Depository Participant~~ Account Number: 11614
(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date: 4 Sept 09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**epiq**
SYSTEMS


MAILID *** 0004897092 ***
**** LBH CLMLTR (MERGE2,TXNUM2) 4000102216 ****
VAN DE BROEK, ROGER
WEGNAAR DE GRANWE STEEN 31
HEUSDEN ZOLDER, 3550 BELGIUM

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | VAN DE BROEK, ROGER |
| Date Received: | 10/29/2009 |
| Claim Number: | 55105 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU.** PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

EPIQ BANKRUPTCY SOLUTIONS, LLC

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Lehman Brothers Holdings Inc., et al., Debtors.
Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Roger Vandebroek
Weg naar de grauwe steen 31
3550 Heusden zolder (Belgium)
Telephone number: 0032 11593607
Email Address: Roger@masteradvice.be

☐ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: _____ (If known)
Filed on: _____

Name and address where payment should be sent (if different from above)
Telephone number: 0032 475235871
Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 327.589,00   (Required)   Euro 230.000

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0226268056   (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
C476649   (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 11614   (Required)

Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date: sept 09
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**epiq** SYSTEMS



MAILID *** 0004897093 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000102219 ****
VAN DE BROEK, ROGER
WEGNAAR DE GRANWE STEEN 31
HEUSDEN ZOLDER, 3550 BELGIUM

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | VAN DE BROEK, ROGER |
| Date Received: | 10/29/2009 |
| Claim Number: | 55106 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU.** PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

EPIQ BANKRUPTCY SOLUTIONS, LLC