PANVEST LTD
21 THIRD AVENUE
SINGAPORE 266594
SINGAPORE

7th March 2011

The Chamber of the Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601
U.S.A

Dear Sirs,

**LEHMAN BROTHERS HOLDINGS INC
NOTICE OF HEARING ON DEBTORS' EIGHTY-SEVENTH OMNIBUS
OBJECTION TO CLAIMS(NO LIABILITY CLAIMS)**

Name of Bankruptcy Court : United States Bankruptcy Court for the Southern District of New York

Name of the Debtors :      Lehman Brothers Holdings Inc

Case Number        :       65421

Name of Claimant   :       Panvest Ltd

Claim Amount       :       EUR179,000

Authorised person to
Reconcile, settle and resolve claim    :

Name :              Mr Loh Yong Lim

Address :           21 Third Avenue
                    Singapore 266594
                    Singapore

Telephone Number :  +65 9671 3511



RECEIVED
MAR 16 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

Basis for opposing the Objection :

We bought EUR200,000 Lehman Brothers Cap Fund II 5.125% 290949 on 21 September 2005 @ 99.75%. We have to date received two coupon payments on 21 September 2006

and 21 September 2007 for EUR12,500 each. Total net loss is EUR179,000. In view of the huge loss, we hereby opposed the disallowance, expungement, reduction or reclassification of our claim listed under **"CLAIM TO BE DISALLOWED & EXPUNGED"**.

Yours truly,

PANVEST LTD