Roca COMERCIAL JORDI
Gremi Selleters 14C · 07009 Palma de Mallorca · t. 971 90 90 80 · f. 971 90 92 90 · comercial@comercialjordi.es · www.comercialjordi.es

United States Bankruptcy Court

Southern District of New York

SUBJECT: LEHMAN BROTHERS HOLDINGS, INC et al.

Claim no. 35867

Date Filed: 10/1/2009

Debtor/Chapter 11 Case no. 08-13555 (JPM)

Classification and Amount: UNSECURED: $ 420,284,70

(Jointly Administered).




The body COMERCIAL JORDI, S.A., with address for service at Gremi Selleters i Basters, 14- Palma de Mallorca (07009)- SPAIN, represented by Mr. Luis Jordi Volait, a married adult and holder of tax identity no. A07078116, with the same address for service as that cited hereinabove, hereby STATES:

1.- That I was notified on February 20th 2011 by this Court addressed herein that Lehman Brothers Holding Inc and some of its affiliates (the Debtors) had filed their eighty-sixth Omnibus Objection to Claims (No Liability Claims) (the "Objection") with the said Court on February 11th 2011.

2.- That the said Objection requests that this Bankruptcy Court expunge, reduce, reclassify and/or disallow my claim on the grounds that the Debtors have no liability for the said claim because it seeks to recover securities that were neither issued nor guaranteed by the Debtors. The consequences of its expungement or disallowance will be tantamount to my claim not having been filed and I will thus not be entitled to any distribution on account thereof.

3.- That , as a result, COMERCIAL JORDI S.A, the body represented herein, OPPOSES the disallowance, expungement, reduction or reclassification of the filed claim.

4.- That, for the purposes of describing the basis for the amount of the claim, the acquisition through the Banco Español de Crédito, Banesto, of Preferred Shares for a nominal sum of 297,000 euros was taken into account.

That, likewise, from attached documents consisting of a purchase order or purchase agreement, it can be seen that Lehman Brothers Inc. is shown as the body issuing the said preferred shares. We therefore understand that the said body is fully liable and that it is the guarantor responsible for returning the invested money, which amounts to 299,999.50 euros.

Given all the above,

With the submission of this petition, I hereby request that this Bankruptcy Court deem it as being timely filed, served and received as an objection to the expungement, disallowance, reduction or reclassification of the filed claim, therefore dismissing the request made by Lehman Brothers Holding Inc and some of its affiliates (the Debtors) filed in its eighty-sixth Omnibus Objection to Claims. I likewise request that my claim is maintained so that proceedings and the said claim can be allowed to take their legal course.

Roca COMERCIAL JORDI
Gremi Selleters 14C · 07009 Palma de Mallorca · t. 971 90 90 80 · f. 971 90 92 90 · comercial@comercialjordi.es · www.comercialjordi.es

Palma de Mallorca, March 10th 2011




Signed: Luis Jordi, legal representative of the body Comercial Jordi, S.A.

Contact telephone no.: 00 34 971750240 or 00 34 609649830



## ***Participaciones Preferentes***

Son valores emitidos por una sociedad instrumental que están garantizados plenamente por la matriz. El único riesgo para el inversor radica en la quiebra o la suspensión de pagos del emisor (como cualquier otro depósito bancario). De ahí que sea muy importante el rating del emisor (calidad del emisor).

Se emiten a tipo variable o tipo fijo y con carácter perpetuo, si bien los emisores se reservan la posibilidad de amortizarlos a partir de una fecha determinada (fecha de la call). Hasta la fecha no ha habido ninguna emisión que no se haya amortizado en la fecha de la call, pues en caso contrario perderían atractivo entre los inversores. En el supuesto que no se amortice en la fecha de la call, el emisor tiene la potestad de amortizar en cada año coincidiendo con el pago del cupón, con un preaviso de un mes. En todo caso si el emisor no amortiza en la fecha de la call está obligado a seguir pagando el cupón.

Los títulos se representan mediante anotaciones en cuenta que cotizan en el mercado oficial de la Asociación de Intermediación de activos Financieros: El cliente puede vender las participaciones preferentes en cualquier momento, si bien a precio de mercado. El precio de las preferentes fluctúa de forma inversa a la evolución de los tipos de interés.

La compra y venta de las preferentes está exenta de cualquier gasto, cobrándose únicamente una comisión del 0,30% anual sobre el valor efectivo de las mismas.

Emisión recomendada:

**PREFERENTES LHEMAN BROTHERS**

**Fecha emisión: 21-09-2004**

**Call: 21-09-2009. Si bien se pueden vender en cualquier momento en el mercado secundario**

**Cotización Ex-cupón: 99%**

**Cotiza Cupón corrido: 101,30%**

**Cupón anual: 5,125%**

**Rentabilidad a la call: 5,47%**

**Moneda: EUR**

**Ejemplo para una inversión de 300.000 €**

**Desembolso: 303.900 €** 5,05923%

**21-09-2007: Cupón de 15.375 € brutos**

**21-09-2008: Cupón de 15.375 € brutos**

**21-09-2009: Cupón de 15.375 € brutos**

**21-09-2009: Devolución de 300.000 € netos si se ejecuta la call, en caso contrario sigue pagando cupón anual de 15.375 €**

**Total beneficio bruto hasta 21-09-2009: 42.225 €**

**Gastos anuales de administracion y custodia: 900 €**

4,763077996% / año

Att. Toni Cot.

CENTRO: 8650 PALMA DE MALLORCA URB.AVENIDAS FECHA: 08/07/2008

**ORDEN DE COMPRA A VENCIMIENTO**

CONTRATO NUMERO.: 0030 8650 12 0201179400
CTA. ABONO/CARGO: 0030 8650 15 0378020273

**NOMBRE Y APELLIDOS O DENOMINACION SOCIAL** **DOCUMENTO**
COMERCIAL JORDI S.A. A07078116

**DATOS DE LA OPERACION NUMERO 1 DE FECHA 29-03-2007**

EMISOR.....: LEHMAN BROS CAP FUND II
ACTIVO.....: BONOS DE EMPRESA REFERENCIA.......: 2292698562
NOMINAL.....: 297.000,00 EURO EFECTIVO COMPRA..: 299.999,50 EURO
COMISION...: EFECTIVO RECOMPRA: 297.000,00 EURO
CAMBIO.....: 101,009933 % TIPO INTERES.....: 5,125 % (*)
T.A.E......: 5,125 %
FECHA VALOR: 02-04-2007 FECHA VENCIMIENTO: 21-09-2049

(*) Tipo de interés nominal sobre importe efectivo

Las anteriores condiciones particulares quedan complementadas con las siguientes condiciones generales:

1.- Sírvanse depositar en sus cajas los mencionados valores y, encárguense de gestionar el cobro del importe nominal de los mismos una vez descontados los gastos ocasionados y la retención fiscal, si los hubiere.

2.- Esta orden tiene un plazo de validez de 5 días hábiles, a contar desde la fecha de este documento, y en caso de que no sea posible cumplimentarla, la provisión de fondos efectuada, será rembolsada mediante su ingreso en la cuenta de adeudo o puesta a disposición de(de los) Ordenante(s) en caso de que la hubiera(n) hecho efectivo.

3.- El Ordenante(s) autoriza(n) al Banco para efectuar en la cuenta, el cargo de la inversión y de sus comisiones, así como los abonos derivados de los rendimientos de dicha inversión y las eventuales reducciones de ésta y el importe de la inversión.

4.- En la fecha valor de cada inversión, se devengará a favor del Banco la comisión de compra indicada, que se liquidará y será exigible en la fecha de compra.

5.- El Banco queda autorizado a compensar, en la fecha de vencimiento, el importe de la inversión con cualquier deuda vencida y exigible que presente el Ordenante(s) a favor del Banco en cualquiera de sus Sucursales.

6.- La Tasa Anual Equivalente (T.A.E.) que, a efectos informativos se consigna en este documento, se ha calculado de acuerdo con la fórmula incluida en la Circular 8/90 del Banco de España, publicada en el B.O.E número 226 de 20 de Septiembre de 1990, página 27.506.

Recibí(mos) copia
de esta orden,
EL(LOS) ORDENANTE(S)

Retiramos y en caso de cumplimentación,
se emitirá el correspondiente resguardo.
**BANCO ESPAÑOL DE CREDITO, S.A.**
P.P.

Att. Luis Jordi

**FINAL TERMS**

**Lehman Brothers UK Capital Funding II L.P. (the "Issuer")**

**€50,000,000**

**Fixed Rate Guaranteed Non-Voting Non-Cumulative Perpetual Preferred Securities (the "Preferred Securities")**

**having the benefit of a subordinated guarantee of**

**Lehman Brothers Holdings plc (the "Guarantor")**

**(to be consolidated and form a single series with the €200,000,000 Fixed Rate Guaranteed Non-Voting Non-Cumulative Perpetual Preferred Securities, which were issued on 21st September, 2005)**

Terms used herein shall be deemed to be defined as such for the purposes of the Description of the Preferred Securities set forth in the Prospectus dated 30th August, 2005 (the **Prospectus**) which constitutes a base prospectus for the purposes of the Prospectus Directive (Directive 2003/71/EC) (the **Prospectus Directive**). This document constitutes the Final Terms of the Preferred Securities described herein for the purposes of Article 5.4 of the Prospectus Directive and must be read in conjunction with the Prospectus. Full information on the Issuer and the offer of the Preferred Securities is only available on the basis of the combination of these Final Terms and the Prospectus. The Prospectus is available for viewing at 25 Bank Street, London E14 5LE and copies may be obtained from 25 Bank Street, London E14 5LE.

| | |
|---|---|
| **Closing Date:** | 27th October, 2005 |
| **Liquidation Preference:** | €1,000 |
| **Distribution Rate:** | 5.125 per cent. per annum payable annually in arrear |
| **Distribution Payment Dates:** | 21st September in each year, with the first Distribution Payment Date being on 21st September, 2006. Distributions in respect of the first Distribution Period will accrue from 21st September, 2005, being the date of issue of the Issuer's €200,000,000 Fixed Rate Guaranteed Non-Voting Non-Cumulative Perpetual Preferred Securities, which were issued on 21st September, 2005 (the **Existing Preferred Securities**). |
| **Aggregate Nominal Amount of the Preferred Securities:** | |
| **(i) Series:** | €250,000,000 |
| **(ii) Tranche:** | €50,000,000 |
| | On issue, the Preferred Securities will be consolidated and form a single series with the **Existing Preferred Securities.** On issue, the Preferred Securities will be evidenced by a temporary global certificate which will be exchanged for a permanent global certificate on 6th December, 2005 (40 days after the Closing Date). |

| | |
|---|---|
| **Issue Price of Tranche:** | 101.25 per cent. of the Aggregate Nominal Amount of the Tranche plus 36 days' accrued Distribution from 21st September, 2005 at the rate of 5.125 per cent. per annum. |
| **First Call Date of Subordinated Notes:** | 21st September 2009 |
| **Net Proceeds:** | €50,252,739.73 |
| **Managers:** | **Lead Manager**<br>Lehman Brothers International (Europe)<br><br>There are no other Managers for this Tranche. |
| **ISIN:** | The Preferred Securities will be fungible for trading purposes upon 6th December, 2005 being the date falling 40 days after the Closing Date. Until such date, the Preferred Securities will have a temporary ISIN (XS0233128916) and following such date, the Preferred Securities will have the same ISIN as the Existing Preferred Securities (XS0229269856). |
| **Common Code:** | The Preferred Securities will be fungible for trading purposes upon 6th December, 2005 being the date falling 40 days after the Closing Date. Until such date, the Preferred Securities will have a temporary Common Code (023312891) and following such date, the Preferred Securities will have the same Common Code as the Existing Preferred Securities (022926985). |
| **Ratings:** | The Preferred Securities are expected to be assigned on issue the following ratings:<br>Moody's Investors Service Limited: A3<br>Fitch IBCA: A |
| **Other terms:** | The Lead Manager will receive a combined selling, management and underwriting commission of €12.50 per Preferred Security. |

The above pricing gives a yield of 5.125 per cent. per annum. Such yield is applicable as of the date of these Final Terms and may fluctuate in the future. For the avoidance of doubt, upon issuance of any Eligible Investments (or further Eligible Investments) as defined in the terms of the Preferred Securities in the Prospectus, the interest rate applicable to the Eligible Investments (or further Eligible Investments) will be the fixed rate per annum determined by the then prevailing market conditions for instruments of similar risk and 30-year maturity. This does not effect the Distribution Rate on the Preferred Securities.

The date of these Final Terms is 26th October, 2005.

## LISTING AND ADMISSION TO TRADING APPLICATION

These Final Terms comprise the final terms required to list and have admitted to trading the issue by Lehman Brothers UK Capital Funding II L.P. of the Preferred Securities described herein.

**RESPONSIBILITY**

Each of the LB GP No. 1 Ltd (the **General Partner**), acting on behalf of the Issuer, and the Guarantor accepts responsibility for the information contained in these Final Terms.

Signed by LB GP No. 1 Ltd
as General Partner,
acting on behalf of the Issuer:

By: ..............................................
*Duly authorised*

Signed on behalf of the Guarantor:

By: ..............................................
*Duly authorised*

Banesto

**BANCO ESPAÑOL DE CRÉDITO S.A.**, con C.I.F. A28000032, y en su nombre y representación D. Fernando LEYÚN GONZÁLEZ, con N.I.F. 391076F y D. Luis VIGIL MUÑOZ , con N.I.F. 50694696M, según escrituras de apoderamiento otorgadas ante el Notario de Madrid D. Miguel RUIZ-GALLARDÓN GARCÍA DE LA RASILLA con fecha 19 de abril de 2005 y número de protocolo 2861 y ante el Notario D. Félix PASTOR RIDRUEJO con fecha 11 de septiembre de 1991 y número de protocolo 3706 respectivamente, y que figuran debidamente inscritas en el Registro Mercantil de Madrid, por medio del presente:

# CERTIFICA

Que al día 9 de octubre de 2008 mantenemos en depósito en nuestra cuenta de clientes 90781 con EUROCLEAR BRUSSELS los siguientes títulos

**297 bonos LEHMAN BROTHERS CAP 5,125 % 09-49 con código ISIN XS0229269856 por EUR 297.000,00 nominales.**

Que según consta en nuestros registros, estos títulos son propiedad de nuestro cliente COMERCIAL JORDI S.A., con C.I.F. A07078116, y figuran depositados en el contrato de valores número 0030 8650 11 0201179 400.

Y para que así conste a los efectos oportunos, se firma el presente en Madrid, a veintisiete de octubre de dos mil ocho.

**BANCO ESPAÑOL DE CRÉDITO S.A.**

**Fernando Leyún** **Luis Vigil**

Banesto

**BANCO ESPAÑOL DE CRÉDITO S.A.**, con C.I.F. A28000032, y en su nombre y representación D. Fernando LEYÚN GONZÁLEZ, con N.I.F. 391076F y D. Luis VIGIL MUÑOZ , con N.I.F. 50694696M, según escrituras de apoderamiento otorgadas ante el Notario de Madrid D. Miguel RUIZ-GALLARDÓN GARCÍA DE LA RASILLA con fecha 19 de abril de 2005 y número de protocolo 2861 y ante el Notario D. Félix PASTOR RIDRUEJO con fecha 11 de septiembre de 1991 y número de protocolo 3706 respectivamente, y que figuran debidamente inscritas en el Registro Mercantil de Madrid, por medio del presente:

# CERTIFICA

Que al día 9 de octubre de 2008 mantenemos en depósito en nuestra cuenta de clientes 90781 con EUROCLEAR BRUSSELS los siguientes títulos

**297 bonos LEHMAN BROTHERS CAP 5,125 % 09-49 con código ISIN XS0229269856 por EUR 297.000,00 nominales.**

Que según consta en nuestros registros, estos títulos son propiedad de nuestro cliente COMERCIAL JORDI S.A., con C.I.F. A07078116, y figuran depositados en el contrato de valores número 0030 8650 11 0201179 400.

Y para que así conste a los efectos oportunos, se firma el presente en Madrid, a veintisiete de octubre de dos mil ocho.

**BANCO ESPAÑOL DE CRÉDITO S.A.**

**Fernando Leyún** **Luis Vigil**

CELIA M. FILIPETTO ISICATO
INTÉRPRETE JURADO
CATALÁN - INGLÉS - ITALIANO
BONAPLATA 45, T. 8 - 08034 BARCELONA
TELÉFONO Y FAX 93 204 69 36




TRADUCTORA

# OFFICIAL TRANSLATION

**BANCO ESPAÑOL DE CRÉDITO S.A.,** C.I.F. [Fiscal Id. Code] No. A28000032, represented by Mr. Fernando LEYÚN GONZÁLEZ, bearer of N.I.F. [Fiscal Id. Number] No. 391076F and Mr. Luis VIGIL MUÑOZ, bearer of N.I.F. No. 50694696M, by virtue of the power of attorney deeds granted by Mr. Miguel RUIZ-GALLARDÓN GARCÍA DE LA RASILLA, Notary of Madrid, on April 19, 2005, notary record book 2861, and before Mr. Félix PASTOR RIDRUEJO, Notary, on September 11, 1991, notary record book 3706, respectively, such deeds having been duly registered in the Madrid Mercantile Registry, hereby: ------------------------------------------------------------------------

**CERTIFIES**------------------------------------------------------------------------

That as at October 9, 2008 we maintain on deposit in our customer *account 90781 held with EUROCLEAR BRUSSELS the following* securities:------------------------------------------------------------------------

**297 bonds LEHMAN BROTHERS CAP 5.125% 09-49 under code ISIN XS0229269856 for the amount of EUR 297,000.00 par value.**

That according to our records, these securities are owned by our customer COMERCIAL JORDI S.A., bearer of CIF A07078116, and they appear as deposited in securities contract number 0030 8650 11 0201179 400. ------------------------------------------------------------------------

CELIA M. FILIPETTO ISICATO
INTÉRPRETE JURADO
CATALÁN - INGLÉS - ITALIANO
BONAPLATA 45, T. 8 - 08034 BARCELONA
TELÉFONO Y FAX 93 204 69 36

CELIA FILIPETTO
BONAPLATA 45 T. 8 08034 BARCELONA T. Y F. 93 204 69 36
c/e: traductora@celiafilipetto.com
www.celiafilipetto.com
D.N.I. 46.130.570 E

[trænz'leitə]

Stated and signed for all pertinent purposes in Madrid on October 27th, 2008. ---------------------------------------------------------------

**BANCO ESPAÑOL DE CRÉDITO S.A.**-----------------------------------

Fernando Leyún - Luis Vigil-----------------------------------------------------

---

I, Celia María Filipetto Isicato, Official Translator of English, Catalan and Italian, certify that the above is a true and complete translation into English of the document written in Spanish. In Barcelona, on this thirtieth day of October of year two thousand and eight. ------------------------------

Celia María Filipetto Isicato, Intérprete Jurado de catalán, inglés e italiano, certifica que la que antecede es traducción fiel y completa al inglés de un documento redactado en castellano. En Barcelona, a treinta de octubre de dos mil ocho.------------------------------

CELIA M. FILIPETTO ISICATO
INTÉRPRETE JURADO
CATALÁN - INGLÉS - ITALIANO
BONAPLATA 45, T. 8 - 08034 BARCELONA
TELÉFONO Y FAX 93 204 69 36