Honorable James M. Peck
One Bowling Green, New York
Courtroom 601

NEW YORK 10004
UNITED STATES OF AMERICA

Brussels, 7 March 2011

| | |
|---|---|
| Reference: | Case n° 08-13555 (JMP) Chapter 11. |
| Claim number: | 61655. |
| Debtor: | 08-13555 Lehman Brothers |
| Creditor Name & Address: | De Cleen Walter and Audimignon Veronique, Gentse weg, 172, B-9120 Beveren. Belgium |
| Classification & Amount of claim: | Unsecured : $ 141.51 |

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding (ISIN XS.v.2.15.39.93.7). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Yours sincerely,

Name + address + signature

De Cleen Walter,
Gentse weg, 172, B-9120 Beveren. Belgium

Audimignon Veronique
Gentse weg 172, B-9120 Beveren. Belgium

RECEIVED
MAR 17 2011