BANKRUPTCY COURT

Creditor name: María Teresa Martínez Jiménez

C. Manuel Aguilar Muñoz, nº 17. Madrid, 28042. SPAIN

Claim number: 37116

Debtor: 08-13555

Amount: $ 14,736.85

I OPPOSE THE DISALLOWANCE, EXPUNGEMENT, REDUCTION OR RECLASSIFICATION OF MY CLAIM LISTED.

I invested my savings in bonds issued by Lehman Brothers, one of the largest banks in the United States of America, bonds were rated triple A and that, Trusting in their banks and their rating agencies, I considered completely safe. Therefore, does not seem right now can not recover anything for my money for its unilateral decision.

Carefully

