1 TO UNITED STATES BANCKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK

DEBTORS NAME: LEHMAN BROTHERS HOLDINGS INC., et al.

CASE NUMBER: Chapter 11 Case Nº. 08-13555 (JPM) (Jointly Administered)

OPOSITION TO DEBTORS EIGHTY-SEVENTH OMNIBUS OBJECTION TO CLAIN (NO LIABILITY CLAIMS)

2. CREDITOR NAME:
MARCOS, PILAR LUEJE    **Claim Number: 45172**   Debtor: 08-13555 Classification and Amount: UNSECURED **$84,737.93**

ARGUING AGAINTS DEBTORS OBJECTION TO CLAIM:

The creditor opposes the disallowance, expungement, reduction or reclassification of our claim listed above on the following grounds:

Nos oponemos a que la reclamación sea eliminada de ese proceso de quiebra basándolo En que se trata de securities ISIN XSO229269856 que fueron emitidas por Lehman Brothers UK Capital Funding II LP (Inglaterra y Gales), por tratarse de éstas de filiales del deudor en ese proceso de quiebra, generando con ello indefensión en este acreedor de buena fe, una viuda que invirtió los ahorros de su vejez ( mi edad es de 88 años) y no tiene ahora a quien reclamar la parte que pueda corresponderle.

Que si la objeción del deudor se basa en que securities de los que soy titular se incluyen en otro proceso de quiebra distinto de éste, ruego a esa Corte me lo haga saber, para poder ejercer mis derechos en él.

Que si la objeción del deudor se basa en que los securities de que soy titular han sido incluidos en fracciones de la empresa deudora que han sido vendidas al Barclays Bank u otras entidades financieras, ruego a esa Corte me lo haga saber para poder dirigir mi reclamación contra ellas.

NAME AND ADDRESS WHERE NOTICES SHOULD BE SENT:

PILAR Lueje Marcos
C/ Zurbarán, 9, Esc. Dcha. 6º C - Madrid, 28010 – SPAIN

NAME AND ADDRESS CREDITOR RESPONSABLE:

Pilar Suárez-Carreño Lueje
C/ Núñez de Balboa, 15, 4 Dcha.- Madrid, 28001 – SPAIN
Tel.: +34 629 16 48 29
Email: pilar@sc-comunicacion.com

Madrid 16 March 2011

*[signature]*
Firmado: Pilar Lueje Marcos

RECEIVED
MAR 17 2011
COURT SDNY