UNITED STATES BANKRUPTCY
SOUTHERN DISTRICT OF NEW YORK
In re LEHMAN BROTHERS Holdings debitors
Chapter 11  Case n° 08 – 13555 (JMP)
(Jointly Administered)

Creditors:

LATORRE CASABELLA, Clara
CAJAL FRANCO, José Luis

We are Spanish people and do not master the English language.

Nevertheless we want to say the following:

The amount of the claim, as it was contained in the proof of claim, was 9000€ taken out in September, 2006, as it is indicated in the attached copy. The equivalence in dollars is mentioned in the proof of claim as well.

These shares were taken out as a safe investment, without any risks because we wanted security above all.

We are not financial experts and do not know all the characteristics related to a preferred share issue.

Our financial advisor - Popular Banca privada- offered us these preferred shares as a trustworthy and profitable investment.

How could we know that the investment was not safe?

Who lies to whom?

Whose fault is it in this situation?

We do not know, but we do know something: We are victims of this international big- sized fraud.

Who defends us? Who thinks about us?

Now we have to search for the legislation to defend us. Do we also have to be experts of international law?

Our address is:

Latorre Casabella, Clara
Cajal Franco, José Luis
Avda. Pablo Gargallo 105, 4° B
ZARAGOZA 50003 SPAIN

