Honorable James M. Peck

One Bowling Green, Courtroom 601

New York NY 10004

United States Bankruptcy Court Southern District of New York

Debtors: Lehman Brothers Holdings Inc, et al

Chapter 11 Case No. 08-13555 (JMP) Jointly Administered

Seventy-Third Omnibus Objection

to Claims To Reclassify Proofs of Claims as Equity Interests

Creditor: JAO, Andrea T

Address: 77Seventh Ave, Apt 10-S, New York NY 10011

Tel: (917) 209-4497

Claim Number: 5340

Date Filed: 7/15/2009

Debtor: 08-13555

Classification and Amount: $107,253.00 unvested restricted stock units

* I received notice that the hearing was adjourned to March 31, 2011.

* Please advise as to how I should proceed given that I may have work related conflicts in schedule. If scheduling works out, I will attend.

* If available, please send details of the conference call to the above contact details and/or to Andrea.Jao@gmail.com



Andrea T. Jao on March 15, 2011