Honorable James M. Peck
One Bowling Green, New York
Courtroom 601

NEW YORK 10004
UNITED STATES OF AMERICA

Brussels, 7 March 2011

Reference: Chapter 11 Lehman Brothers Holdings Inc

Claim number: 52127

Date filed: 10/28/2009

Debtor: 08-13555 (JMP)

Creditor Name & Address: MICHEL, KARIL

HOUCHENEE, 28

TAVIER, 4163 BELGIUM

Classification & Amount of claim: USD 70,755.00

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding (ISIN XS0215349357). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Yours sincerely,

Name + signature

PP KARIL MICHEL


RECEIVED
MAR 17 2011
U.S. BANKRUPTCY COURT, SDNY
JMP