## CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 8/19/2009 at 5:36 PM Pacific. Please print this page as proof of your filing.

| | |
|---|---|
| Mark Kim<br>Unit3<br>98 Thorn Street<br>Kangaroo point<br>Brisbane, 4116 Australia | |
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | LEHMAN BROTHERS TREASURY CO. BV |
| Amount of claim against Obligor | $1,000,000.00 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |
| Amount of claim against the Guarantor | $1,000,000.00 |
| If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed. | Structured Note Confirmation- Daily Accrual Memory Knouck Out Principal Protected Note Issued By Lehman Brothers Treasury Co BV |

**Documents**
DAILY ACCURAL MEMORY KNOUT OUT PRINCIPAL PROTECTED NOTE.pdf



RECEIVED
MAR 17 2011
U.S. BANKRUPTCY COURT, SDNY
JMP