SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Thomas John Wright

*Attorney for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

## CERTIFICATE OF SERVICE

I, Thomas John Wright, hereby certify that, on March 24, 2011, I caused to be served a true and correct copy of **Objections of Giants Stadium LLC and Christine Procops to Debtors' Subpoena for Rule 2004 Examination** via e-mail and hand delivery upon:

> Richard W. Slack
> Michael J. Firestone
> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153-0119
>
> *Attorneys for Debtors*

Dated: New York, New York
       March 24, 2011

By:  /s/ Thomas John Wright
     Thomas John Wright