UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 15226 & 15248
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                          ) ss.:
COUNTY OF NEW YORK )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 22, 2011, I caused to be served the:

    a. "Notice of Agenda of Matters Scheduled for Hearing on March 23, 2011 at 10:00 A.M.," dated March 22, 2011 [Docket No. 15226], and

    b. "Notice of Amended Agenda of Matters Scheduled for Hearing on March 23, 2011 at 10:00 A.M.," dated March 22, 2011 [Docket No. 15248],

    by causing true and correct copies to be:

        i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

        ii. delivered via facsimile to those parties listed on the annexed Exhibit B, and

        iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Samuel Garcia

Sworn to before me this
23rd day of March, 2011

Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\LBH\Affidavits\Agenda & Amended Agenda for March 23 Hrg_DI 15226 & 15248_AFF_3-22-11.doc

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | ashaffer@mayerbrown.com |
| aalfonso@willkie.com | ashmead@sewkis.com |
| abraunstein@riemerlaw.com | asnow@ssbb.com |
| acaton@kramerlevin.com | atrehan@mayerbrown.com |
| acker@chapman.com | aunger@sidley.com |
| adam.brezine@hro.com | austin.bankruptcy@publicans.com |
| adarwin@nixonpeabody.com | avenes@whitecase.com |
| Adiamond@DiamondMcCarthy.com | azylberberg@whitecase.com |
| aeckstein@blankrome.com | bankr@zuckerman.com |
| aentwistle@entwistle-law.com | bankruptcy@goodwin.com |
| afriedman@irell.com | bankruptcy@morrisoncohen.com |
| agbanknewyork@ag.tn.gov | bankruptcymatters@us.nomura.com |
| aglenn@kasowitz.com | barbra.parlin@hklaw.com |
| agold@herrick.com | bbisignani@postschell.com |
| ahammer@freebornpeters.com | bdk@schlamstone.com |
| aisenberg@saul.com | bgraifman@gkblaw.com |
| akantesaria@oppenheimerfunds.com | bguiney@pbwt.com |
| alesia.pinney@infospace.com | bill.freeman@pillsburylaw.com |
| alum@ftportfolios.com | bkmail@prommis.com |
| amarder@msek.com | bmanne@tuckerlaw.com |
| AMcMullen@BoultCummings.com | BMiller@mofo.com |
| amenard@tishmanspeyer.com | boneill@kramerlevin.com |
| Andrew.Brozman@cliffordchance.com | Brian.Corey@greentreecreditsolutions.com |
| andrew.lourie@kobrekim.com | bromano@willkie.com |
| angelich.george@arentfox.com | brosenblum@jonesday.com |
| ann.reynaud@shell.com | broy@rltlawfirm.com |
| anthony_boccanfuso@aporter.com | btrust@mayerbrown.com |
| aoberry@bermanesq.com | btupi@tuckerlaw.com |
| aostrow@beckerglynn.com | bturk@tishmanspeyer.com |
| apo@stevenslee.com | bwolfe@sheppardmullin.com |
| aquale@sidley.com | bzabarauskas@crowell.com |
| araboy@cov.com | cahn@clm.com |
| arahl@reedsmith.com | calbert@reitlerlaw.com |
| arheaume@riemerlaw.com | canelas@pursuitpartners.com |
| arlbank@pbfcm.com | carlsons@sullcrom.com |
| arosenblatt@chadbourne.com | carol.weinerlevy@bingham.com |
| arthur.rosenberg@hklaw.com | cbelisle@wfw.com |
| arwolf@wlrk.com | cbelmonte@ssbb.com |
| aseuffert@lawpost-nyc.com | cbrotstein@bm.net |

# LEHMAN BROTHERS HOLDINGS INC.
## E-MAIL SERVICE LIST

cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com

dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com

# LEHMAN BROTHERS HOLDINGS INC.
## E-MAIL SERVICE LIST

| | |
|---|---|
| dshemano@pwkllp.com | giddens@hugheshubbard.com |
| dspelfogel@foley.com | gkaden@goulstonstorrs.com |
| dtatge@ebglaw.com | glenn.siegel@dechert.com |
| dwdykhouse@pbwt.com | gmoss@riemerlaw.com |
| dwildes@stroock.com | gravert@mwe.com |
| dworkman@bakerlaw.com | gspilsbury@jsslaw.com |
| easmith@venable.com | guzzi@whitecase.com |
| echang@steinlubin.com | harrisjm@michigan.gov |
| ecohen@russell.com | harveystrickon@paulhastings.com |
| efile@willaw.com | hbeltzer@mayerbrown.com |
| efleck@milbank.com | heidi@crumbielaw.com |
| efriedman@friedumspring.com | heim.steve@dorsey.com |
| egeekie@schiffhardin.com | heiser@chapman.com |
| eglas@mccarter.com | hirsch.robert@arentfox.com |
| ehollander@whitecase.com | hollace.cohen@troutmansanders.com |
| ekbergc@lanepowell.com | holsen@stroock.com |
| elevin@lowenstein.com | howard.hawkins@cwt.com |
| eli.mattioli@klgates.com | hseife@chadbourne.com |
| ellen.halstead@cwt.com | hsnovikoff@wlrk.com |
| eobrien@sbchlaw.com | icatto@kirkland.com |
| eschaffer@reedsmith.com | igoldstein@dl.com |
| eschwartz@contrariancapital.com | ilevee@lowenstein.com |
| esmith@dl.com | info2@normandyhill.com |
| ezujkowski@emmetmarvin.com | ira.herman@tklaw.com |
| ezweig@optonline.net | isgreene@hhlaw.com |
| fbp@ppgms.com | israel.dahan@cwt.com |
| feldsteinh@sullcrom.com | iva.uroic@dechert.com |
| ffm@bostonbusinesslaw.com | jaclyn.genchi@kayescholer.com |
| fhyman@mayerbrown.com | jacobsonn@sec.gov |
| fishere@butzel.com | jafeltman@wlrk.com |
| francois.janson@hklaw.com | james.mcclammy@dpw.com |
| frank.white@agg.com | james.sprayregen@kirkland.com |
| fsosnick@shearman.com | jamestecce@quinnemanuel.com |
| fyates@sonnenschein.com | jamie.nelson@dubaiic.com |
| gabriel.delvirginia@verizon.net | jar@outtengolden.com |
| gbray@milbank.com | jason.jurgens@cwt.com |
| george.davis@cwt.com | jay.hurst@oag.state.tx.us |
| geraci@thalergertler.com | jay@kleinsolomon.com |
| ggitomer@mkbattorneys.com | Jbecker@wilmingtontrust.com |

# LEHMAN BROTHERS HOLDINGS INC.
## E-MAIL SERVICE LIST

| | |
|---|---|
| jbeemer@entwistle-law.com | jlipson@crockerkuno.com |
| jbird@polsinelli.com | jliu@dl.com |
| jbromley@cgsh.com | jlovi@steptoe.com |
| jcarberry@cl-law.com | jlscott@reedsmith.com |
| jchristian@tobinlaw.com | jmaddock@mcguirewoods.com |
| Jdrucker@coleschotz.com | jmazermarino@msek.com |
| jdyas@halperinlaw.net | jmcginley@wilmingtontrust.com |
| jean-david.barnea@usdoj.gov | jmelko@gardere.com |
| jeannette.boot@wilmerhale.com | jmerva@fult.com |
| jeff.wittig@coair.com | jmmurphy@stradley.com |
| jeffrey.sabin@bingham.com | jmr@msf-law.com |
| jeldredge@velaw.com | john.monaghan@hklaw.com |
| jen.premisler@cliffordchance.com | john.rapisardi@cwt.com |
| jennifer.demarco@cliffordchance.com | john@crumbielaw.com |
| jennifer.gore@shell.com | joli@crlpc.com |
| jeremy.eiden@state.mn.us | jorbach@hahnhessen.com |
| jessica.fink@cwt.com | Joseph.Cordaro@usdoj.gov |
| jfalgowski@reedsmith.com | joshua.dorchak@bingham.com |
| jflaxer@golenbock.com | jowen769@yahoo.com |
| jfox@joefoxlaw.com | jowolf@law.nyc.gov |
| jfreeberg@wfw.com | joy.mathias@dubaiic.com |
| jg5786@att.com | JPintarelli@mofo.com |
| jgarrity@shearman.com | jpintarelli@mofo.com |
| jgenovese@gjb-law.com | jporter@entwistle-law.com |
| jguy@orrick.com | jprol@lowenstein.com |
| jherzog@gklaw.com | jrabinowitz@rltlawfirm.com |
| jhiggins@fdlaw.com | jrsmith@hunton.com |
| jhorgan@phxa.com | jschwartz@hahnhessen.com |
| jhuggett@margolisedelstein.com | jsheerin@mcguirewoods.com |
| jhuh@ffwplaw.com | jshickich@riddellwilliams.com |
| jim@atkinslawfirm.com | jsmairo@pbnlaw.com |
| jjoyce@dresslerpeters.com | jstoll@mayerbrown.com |
| jjtancredi@daypitney.com | jtimko@allenmatkins.com |
| jjureller@klestadt.com | jtimko@shutts.com |
| jkehoe@sbtklaw.com | jtougas@mayerbrown.com |
| jlamar@maynardcooper.com | judy.morse@crowedunlevy.com |
| jlawlor@wmd-law.com | jwallack@goulstonstorrs.com |
| jlee@foley.com | jwang@sipc.org |
| jlevitin@cahill.com | jwcohen@daypitney.com |

# LEHMAN BROTHERS HOLDINGS INC.
## E-MAIL SERVICE LIST

| | |
|---|---|
| jweiss@gibsondunn.com | lmcgowen@orrick.com |
| jwest@velaw.com | lml@ppgms.com |
| jwh@njlawfirm.com | lmolfetta@mayerbrown.com |
| jwhitman@entwistle-law.com | lnashelsky@mofo.com |
| k4.nomura@aozorabank.co.jp | loizides@loizides.com |
| karen.wagner@dpw.com | lromansic@steptoe.com |
| KDWBankruptcyDepartment@kelleydrye.com | lscarcella@farrellfritz.com |
| keith.simon@lw.com | lschweitzer@cgsh.com |
| Ken.Coleman@allenovery.com | lthompson@whitecase.com |
| ken.higman@hp.com | lubell@hugheshubbard.com |
| kgwynne@reedsmith.com | lwhidden@salans.com |
| kiplok@hugheshubbard.com | mabrams@willkie.com |
| kkelly@ebglaw.com | MAOFILING@CGSH.COM |
| klyman@irell.com | Marc.Chait@standardchartered.com |
| kmayer@mccarter.com | margolin@hugheshubbard.com |
| kobak@hugheshubbard.com | mark.deveno@bingham.com |
| korr@orrick.com | mark.ellenberg@cwt.com |
| KOstad@mofo.com | mark.houle@pillsburylaw.com |
| kovskyd@pepperlaw.com | mark.sherrill@sutherland.com |
| kowens@foley.com | martin.davis@ots.treas.gov |
| kpiper@steptoe.com | Marvin.Clements@ag.tn.gov |
| kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| KReynolds@mklawnyc.com | matthew.morris@lovells.com |
| krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| kurt.mayr@bgllp.com | mbienenstock@dl.com |
| lacyr@sullcrom.com | mbossi@thompsoncoburn.com |
| Landon@StreusandLandon.com | mcademartori@sheppardmullin.com |
| lawallf@pepperlaw.com | mcordone@stradley.com |
| lberkoff@moritthock.com | mcto@debevoise.com |
| Lee.Stremba@troutmansanders.com | mdorval@stradley.com |
| lgranfield@cgsh.com | meltzere@pepperlaw.com |
| lhandelsman@stroock.com | metkin@lowenstein.com |
| linda.boyle@twtelecom.com | mfeldman@willkie.com |
| lisa.ewart@wilmerhale.com | mgordon@briggs.com |
| lisa.kraidin@allenovery.com | mgreger@allenmatkins.com |
| LJKotler@duanemorris.com | mhanchet@mayerbrown.com |
| lmarinuzzi@mofo.com | mhopkins@cov.com |
| Lmay@coleschotz.com | michael.frege@cms-hs.com |

# LEHMAN BROTHERS HOLDINGS INC.
**E-MAIL SERVICE LIST**

michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com

oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbernard@bakerlaw.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com

# LEHMAN BROTHERS HOLDINGS INC.
## E-MAIL SERVICE LIST

| | |
|---|---|
| richard.lear@hklaw.com | schwartzmatthew@sullcrom.com |
| richard.levy@lw.com | scottshelley@quinnemanuel.com |
| richard.tisdale@friedfrank.com | scousins@armstrongteasdale.com |
| ritkin@steptoe.com | sdnyecf@dor.mo.gov |
| RJones@BoultCummings.com | sehlers@armstrongteasdale.com |
| RLevin@cravath.com | sfelderstein@ffwplaw.com |
| rmatzat@hahnhessen.com | sfineman@lchb.com |
| rnetzer@willkie.com | sfox@mcguirewoods.com |
| rnorton@hunton.com | sgordon@cahill.com |
| robert.bailey@bnymellon.com | sgubner@ebg-law.com |
| robert.dombroff@bingham.com | shannon.nagle@friedfrank.com |
| robert.henoch@kobrekim.com | sharbeck@sipc.org |
| robert.malone@dbr.com | shari.leventhal@ny.frb.org |
| Robert.yalen@usdoj.gov | shgross5@yahoo.com |
| robertdakis@quinnemanuel.com | sidorsky@butzel.com |
| Robin.Keller@Lovells.com | slerner@ssd.com |
| ronald.silverman@bingham.com | slevine@brownrudnick.com |
| rqureshi@reedsmith.com | SLoden@DiamondMcCarthy.com |
| rreid@sheppardmullin.com | smayerson@ssd.com |
| rroupinian@outtengolden.com | smillman@stroock.com |
| rrussell@andrewskurth.com | smulligan@bsblawyers.com |
| rterenzi@stcwlaw.com | snewman@katskykorins.com |
| RTrust@cravath.com | sory@fdlaw.com |
| russj4478@aol.com | spiotto@chapman.com |
| rwasserman@cftc.gov | splatzer@platzerlaw.com |
| rwyron@orrick.com | squigley@lowenstein.com |
| s.minehan@aozorabank.co.jp | SRee@lcbf.com |
| sabin.willett@bingham.com | sselbst@herrick.com |
| sabramowitz@velaw.com | sshimshak@paulweiss.com |
| sagolden@hhlaw.com | steele@lowenstein.com |
| Sally.Henry@skadden.com | stephen.cowan@dlapiper.com |
| sandyscafaria@eaton.com | steve.ginther@dor.mo.gov |
| Sara.Tapinekis@cliffordchance.com | steven.troyer@commerzbank.com |
| sbernstein@hunton.com | steven.wilamowsky@bingham.com |
| scargill@lowenstein.com | Streusand@StreusandLandon.com |
| schannej@pepperlaw.com | susan.schultz@newedgegroup.com |
| Schepis@pursuitpartners.com | susheelkirpalani@quinnemanuel.com |
| schnabel.eric@dorsey.com | swolowitz@mayerbrown.com |
| schristianson@buchalter.com | szuch@wiggin.com |

Pg 11 of 15

## LEHMAN BROTHERS HOLDINGS INC.
**E-MAIL SERVICE LIST**

tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com

woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

08-13555-mg    Doc 15342    Filed 03/24/11    Entered 03/24/11 17:20:39    Main Document
Pg 12 of 15

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

| Name | Fax |
|---|---|
| Office of the US Trustee T H Davis E Gasparini A Schwartz | 212-668-2255 |
| Internal Revenue Service | 212-436-1931 |
| **Additional Parties** | |
| King & Spalding Attn A.J. Steinberg; S. Davidson | 212-556-2222 |
| Weil Gotshal & Manges LLP Attn: Alfredo Perez | 713-224-9511 |
| Jones Day Attn: R. C. Micheletto; B. Rosenblum | 212-755-7306 |
| Buchanan Ingersoll Attn: W. Schorling; D. Malecki | 212-440-4401 |

**EXHIBIT C**

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

US TRUSTEE , TRACY HOPE DAVIS, ESQ.,
ELISABETTA G. GASPARINI, ESQ., ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

JONES DAY
ATTN: ROBERT C. MICHELETTO, ESQ.
ATTN: BENAJAMIN ROSENBLUM, ESQ.
222 EAST 41ST STREET
NEW YORK, NY 10017