DICKSTEIN SHAPIRO LLP
New York, New York 10019
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
Arnold Gulkowitz, Esq.
Shaya M. Berger, Esq.

Attorneys for Party-In-Interest Edgewood Management LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
In re                                                            :   Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.                            :   Case No. 08-13555 (JMP)
                                                                 :
                    Debtors.                                     :   (Jointly Administered)
                                                                 :
---------------------------------------------------------------- X

## NOTICE OF WITHDRAWAL OF
## MOTION OF EDGEWOOD MANAGEMENT LLC

    **PLEASE TAKE NOTICE**, that Edgewood Management LLC hereby withdraws its Motion Pursuant To 11 U.S.C. §§105 And 541 For An Order Directing Lehman Brothers Holding Inc. To Release And Return Non-Estate Property [Docket No. 13063] in accordance with the So Ordered Stipulation, Agreement and Order Resolving the Motion of Edgewood Management LLC [Docket No. 15275].

DATED: March 24, 2011
      New York, New York

                                                                         DICKSTEIN SHAPIRO LLP

                                                                        By: /s/ Shaya M. Berger
                                                                            Arnold Gulkowitz
                                                                            Shaya M. Berger
                                                                            1633 Broadway
                                                                            New York, New York 10019
                                                                            Telephone: (212) 277-6500
                                                                            Facsimile: (212) 277-6501

                                                                            Attorneys for Party-In-Interest
                                                                            Edgewood Management LLC