B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
For the Southern District of New York

In re Lehman Brothers Holdings Inc.,                Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MERRILL LYNCH JAPAN FINANCE CO., LTD. | GIFU BANK and THE GIFU BANK, LIMITED |
|---|---|
| Name of Transferee | Name of Transferor(s) |

Name and address where notices to transferee should be sent:
   Nihonbashi 1-chome Building,
   1-4-1, Nihonbashi Chuo-ku,
   Tokyo, 103-8230
Contact Person: Chiemi Mizuki / Hyun-ki Yang
Fax No.: 03-6225-6931
E-mail: chiemi.mizuki@baml.com /
   Hyun-ki.yang@baml.com
Phone: 011-81-3-6225-8220 / 6629

Court Claim # (if known): 65571 (amending Court Claim # 13105)
Amount of Claim: $920,870.81
Date Claim Filed: September 15, 2009.

Phone: 011-81-58-272-9013

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MERRILL LYNCH JAPAN FINANCE CO., LTD.

By: /s/ *[signature]*
Name: NAOKO AKUTAGAWA
Title: PRESIDENT

Date: MARCH 24, 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.