Form 210A (10/06)

# United States Bankruptcy Court

__SOUTHERN__ District Of __NEW YORK__

In re LEHMAN BROTHERS HOLDINGS, INC.    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI GVF Luxembourg Twelve S.a.r.l. | Allianz Risk Transfer AG (formerly AllianzRiskTransfer) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

Court Claim # (if known): 25360
Amount of Claim: $2,245,868.00
Date Claim Filed: September 21, 2009

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ David Short__    Date: __March 25, 2011__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim of Allianz Risk Transfer AG ("Assignor") has been transferred and assigned to CVI GVF Luxembourg Twelve S.a.r.l. ("Assignee"):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $2,245,868.00 | 25360 |

The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF Luxembourg Twelve S.a.r.l
Address: c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom
BY CARVAL INVESTORS UK LIMITED
Signature:
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date:

ASSIGNOR: Allianz Risk Transfer AG (formerly Allianz Risk Transfer)
Address: Lavaterstrasse 67
Zurich CH-8002
Switzerland
Attn: Thomas Bruendler, General Counsel
Signature:
Name: Henning Sohnemann
Title: Deal Operations Manager Europe
Date: Feb - 03 - 2011

Signature:
Name: Bernhard Arbogast
Title: Chief Portfolio Officer
Date: Feb-03-2011

Claim Question? Call: 646 282 2400   Technical Support Question? Call: 800 794 4430   Guest | Sign In

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home    Claims    Docket    Key Documents

Home » Search Claims                                                                                           Bookmark this Page

## Search Claims

### Criteria

| Claim Number | Creditor Name | | Scope | |
|---|---|---|---|---|
| 25360 | Name Starts With | | Claims and Schedules | |

| Schedule Number | Amount | | | |
|---|---|---|---|---|
| | Total Claim Value | | Equals | |

| Docket Number | Claim Date Range | | | |
|---|---|---|---|---|
| | | to | | |

**Debtor**

Order By: Creditor Name          Results Per Page: 25                                   Reset   Search

### Results
Collapse All

[1] Page 1 of 1 - 01 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 25360 | | ALLIANZ RISK TRANSFER AG | 9/21/2009 | $2,245,868.00 | Image |
| | | FORMERLY ALLIANZ RISK TRANSFER<br>ATTENTION: THOMAS BRUENDLER, GENERAL COUNSEL<br>LAVATERSTRASSE 67<br>CH-8002<br>ZURICH, CH- 8002<br>SWITZERLAND | Claimed Unsecured: | $2,245,868.00 | |
| | | Debtor: 08-13555 Lehman Brothers Holdings Inc. | | | |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.