UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
: 
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                    Debtors.                                :
                                                            :
-----------------------------------------------------------x    Ref. Docket Nos. 14955, 14988,
                                                                 14995, 14996, 15029, 15168-15170,
                                                                 15206, 15210

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 23, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
25th day of March, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH
          ATTN: RICH VICHAIDITH
          60 WALL STREET, 3RD FLOOR
          NEW YORK NY 10005

Please note that your claim # 67079-12 in the above referenced case and in the amount of
    $17,411,387.31  allowed at $10,000,000.00      has been transferred **(unless previously expunged by court order)**

          OZ SPECIAL MASTER FUND, LTD
          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
          C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP
          ATTN: LESLIE EVANS
          9 WEST 57TH STREET, 13TH FLOOR
          NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14955      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/23/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 23, 2011.

**EXHIBIT B**

```
TIME: 14:29:24                                   LEHMAN BROTHERS HOLDING INC.                                            PAGE:    1
DATE: 03/23/11                                        CREDITOR LISTING

Name                                          Address
ALLIANZ INVEST KAPITALANLAGEGESELLSCHAFT      FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND HARVEY DYCHIAO 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022
  MBH
ALLIANZ INVEST KAPITALANLAGEGESELLSCHAFT      ATTN: MAG SABINE ZECHA, CRM HIETZINGERKAI 101-105 WIEN 1130 AUSTRIA
  MBH
APPALOOSA INVESTMENT L.P. 1                   ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
APPALOOSA INVESTMENT L.P. 1                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
BARCLAYS BANK PLC                             TRANSFEROR: ALLIANZ INVEST KAPITALANLAGEGESELLSCHAFT MBH 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 745 SEVENTH AVENUE NEW YORK NY 10019
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.           C/O CARVAL INVESTORS, UK, LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM
CITIGROUP FINANCIAL PRODUCTS INC.             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: SCOTTWOOD MASTER, LTD ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, FOURTH FLOOR NEW YORK NY 10013
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DOLOSTONE L.L.C.                              ROBERT G. LEONARD BINGHAM MCCUTCHEN LLP 339 PARK AVENUE NEW YORK NY 10022-4689
DOLOSTONE L.L.C.                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 7954 NEW YORK NY 10150
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
OZ SPECIAL MASTER FUND, LTD                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                              NEW YORK NY 10019
PERMAL STONE LION FUND, LTD.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STONE LION CAPITAL PARTNERS, L.P. ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FLOOR
                                              NEW YORK NY 10017
STONE LION PORTFOLIO LP                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STONE LION CAPITAL PARTNERS LP ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FLOOR
                                              NEW YORK NY 10017
THOROUGHBRED FUND L.P.                        ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THOROUGHBRED FUND L.P.                        TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O APPALOOSA INVESTMENT L.P. 1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                              SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD                       ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THOROUGHBRED MASTER LTD                       TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O APPALOOSA INVESTMENT L.P. 1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250 B
                                              SHORT HILLS NJ 07078

Total Number of Records Printed      20
```

EPIQ BANKRUPTCY SOLUTIONS, LLC