WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                          :

**In re**                                   :       **Chapter 11 Case No.**

                                          :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :       **08-13555 (JMP)**

                                          :

                **Debtors.**         :       **(Jointly Administered)**

                                          :
-------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' EIGHTY-NINTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

        **PLEASE TAKE NOTICE** that the hearing on Debtors' Eighty-Ninth Omnibus

Objection to Claims (No Liability Claims) (the "Objection"), solely as to the claims listed on

Exhibit A attached hereto, that was scheduled for March 31, 2011, at 10:00 a.m. (Prevailing

Eastern Time), **has been adjourned to April 28, 2011, at 10:00 a.m. (Prevailing Eastern**

**Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The hearing on the

Objection as to all other claims set forth therein shall proceed as scheduled on March 31, 2011,

at 10:00 a.m. (Prevailing Eastern Time). The Hearing will be held before the Honorable James

M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, Room 601, and such Hearing may be further adjourned from time

to time without further notice other than an announcement at the Hearing.

Dated: March 25, 2011
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Adjourned Claims:**

| Claimant Name | Claim Number(s) |
|---|---|
| Borremans, Lucien – Dries, Elisa | 36900 |
| BPI Obrigacoes de Alto Rendimento de Alto Risco de Obrigacoes de Taxa Fixa (BPI OARAR) | 57662 |
| BPI Reforma Investimento PPR | 57657 |
| Buys, Greta | 51907 |
| Cardoen, Marijke | 52368 |
| Careprovan Private Stichting | 51621 |
| Cok, Joop | 51902 |
| Da Silva Ferreira, Antonio Manuel Coutinhas | 55255 |
| De Blieck, Benoit | 52126 |
| De Cleen, Walter & Andimignon, Veronique | 61655 |
| De Uries-Scheiberlich, W.E. | 53220 |
| De Ville, Dominique | 52125 |
| Dias Moura Teixeira, Rui Manuel | 44686 |
| Dotson Investments Limited | 47171 |
| Du Mortier-Houyet, Christian | 52123 |
| Dumolim, Didier | 51948 |
| Dumolin, Pierre | 51950 |
| Flos, Gilberta | 48716 |
| Fondation Jean Praet A.S.B.L. | 52290 |
| Fundacion Rafael Del Pino | 57540 |
| Groot, A.M.A. | 45167 |

| Claimant Name | Claim Number(s) |
|---|---|
| Handelmij Van Pernis B.V. | 48996 |
| Hijmans, R.A. | 54693 |
| Hulet, Andre | 56678 |
| Hulet, Pierre | 56679 |
| Jaso, BM | 51905 |
| Kroon, M. & Dronk, S. | 61636 |
| Kuppens-Van Den Broeck | 48710 |
| Leenknecht, Norbert-Therese Lecluyse | 52055 |
| Liestekri, BM | 51906 |
| Lopes de Sousa, Miguel | 41969 |
| Manuel Coehlo Affonso de Barros, Antonio | 49837 |
| Vukailovic, Alex | 41609 |
| Weemaes, Christel | 45458 |
| Weemaes, Monique | 45459 |
| Weemaes, Mussche | 45460 |
| Weismies | 61603 |
| Xaiver Rocha Gomes Van Der Hart, Maria Clara | 44654 |

US_ACTIVE:\43667475\01\99995.3676