WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' NINETY-FIFTH**
**OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)**
**AS TO SPCP GROUP L.L.C. TRANSFEROR: TIFFANY & CO.**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), **solely with respect to the claims listed on Exhibit A attached hereto**, that was scheduled for March 31, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 28, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

08-13555-mg    Doc 15391    Filed 03/25/11    Entered 03/25/11 22:14:14    Main Document
     Pg 2 of 3

Dated: March 25, 2011
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
Penny P. Reid
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| SPCP Group LLC: Transferor: Tiffany & Co. | 20292 |
| SPCP Group LLC: Transferor: Tiffany & Co. | 20319 |

3