WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         : 08-13555 (JMP)
                                                     :
                        Debtors.                     : (Jointly Administered)
------------------------------------------------------------------x

# NOTICE OF EXTENSION OF TIME TO OBJECT TO
# DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE
# AND RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
# FOR AUTHORIZATION TO ESTABLISH AND IMPLEMENT PROCEDURES
# IN CONNECTION WITH DISCOVERY RELATED TO PLAN CONFIRMATION

NOTICE IS HEREBY GIVEN that the time to object to the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Rule 7026 of the Federal Rules of Bankruptcy Procedure for Authorization to Establish and Implement Procedures in Connection with Discovery Related to Plan Confirmation, dated March 8, 2011 [Docket No. 14867] (the "Motion"), scheduled to be heard on April 13, 2011 at 10:00 a.m. (New York Time), has been extended from April 1, 2011, so that parties in interest may file and serve objections to the Motion (as filed or amended) to be received by the attorneys for the Debtors, the Court and other parties in interest as provided for in prior notices by no later than April 5, 2011, at 4:00 p.m. (New York Time).

Dated:  March 26, 2011
        New York, New York

                                        /s/ Harvey R. Miller
                                        Harvey R. Miller

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

US_ACTIVE:\43654296\03\58399.0008