Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings, Inc., et al. , Chapter 11 Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DEUTSCHE BANK AG, LONDON BRANCH | BANK OF COMMERCE |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim #22898 |
|---|---|
| Deutsche Bank AG, Hong Kong Branch | Amount of Claim: US$15,178,972.22 |
| Level 60 International Commerce Centre | Date Claim Filed: 21/0/2009 |
| 1 Austin Road West | Phone:  +632 982 6400 |
| Kowloon | Attn: Felipe Martin M. Timbol |
| Hong Kong | Email: ftimbol@bankcom.com.ph |
| Attention: Jack Tsai | Last Four Digits of Acct. #:22898 |
| Email: jack.tsai@db.com | |
| dpg.execution@db.com | |
| | |
| Phone: +852 2203 8660 | |
| Last Four Digits of Acct #: 22898 | |

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 22/03/2011
Transferee/Transferee's Agent
Henry Wu
Director

Christopher Wong
Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings, Inc., et al., Chapter 11 Case No. 08-13555 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 22898 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on ___March , 2011 (date).

Bank of Kaohsiung Offshore Banking Branch

Address of Alleged Transferor:
17/F San Miguel Properties Centre
7 St. Francis Street
Mandaluyong City
1550 Philippines

Attention: Felipe Martin F. Timbol
Tel: +632 982 6400
Email: ftimbol@bankcom.com.ph

Name of Transferee:
Deutsche Bank AG, London Branch

Address of Transferee:
Deutsche Bank AG, Hong Kong Branch
60/F International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong

Attention: Jack Tsai
Tel: +852 2203 8660
Email: jack.tsai@db.com
Dpg.execution@db.com

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                      _____
                                                    **CLERK OF THE COURT**

**Exhibit B (to Terms and Conditions of Assignment)**

**LBHI Notice of Assignment**

TO:   United States Bankruptcy Court for the
      Southern District of New York ("**Bankruptcy Court**")

TO:   Lehman Brothers Holdings Inc. ("**Debtor**")
      Chapter 11
      Case No. 08-13555 (JMP)

      Attn:   Lehman Brothers Holdings Claims Processing Center
      c/o Epiq Bankruptcy Solutions, LLC
      FDR Station
      P.O. Box 5076
      New York NY 10150-5076
      United States of America

Date: March 15, 2011

Claim #: 22898

**BANK OF COMMERCE**, of San Miguel Properties Centre, 7 St. Francis Street, Mandaluyong City in the Republic of the Philippines, its successors and assigns ("**Seller**"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

   **DEUTSCHE BANK AG, LONDON BRANCH**
   c/o Deutsche Bank AG, Hong Kong Branch
   60/F International Commerce Centre
   1 Austin Road West
   Kowloon
   Hong Kong

   Attn:   Jack Tsai
           Distressed Products Group
   Email: dpg.execution@db.com
   Phone: +852 2203 8660
   Fax: +852 2203 7224

its successors and assigns ("**Buyer**"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of

USD15,000,000.00 plus USD178,972.22 outstanding and accrued interest in relation thereto (the "**Claim**") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 15, 2011.

**BANK OF COMMERCE**

By: _____
Name: Antonio Basilio C. De Guzman
Title: Vice President
      Structures and Investments Division

By: _____
Name: Paul John T. Reyes
Title: First Vice President
      Deputy Treasurer

By: _____
Name: Felipe Martin F. Timbol
Title: ~~Senior Vice President~~
       Treasurer