B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI GVF (Lux) Master S.A.R.L. | Goldman, Sachs & Co. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

C/O Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Gobharn Surrey KTI 12PD
UK
Attn: Annemarie Jacobsen

Court Claim # (if known): 66962, which amends the Proof of Claim 51585 (21.3714611% of such claim)
Amount of Claim as Filed:$657,432,812.50
Amount of Claim Transferred:$140,502,997.50
Date Claim Filed:7/28/2010 and 10/28/2009
Debtor: __Lehman Brothers Holdings Inc.__

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

US 655978v1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**CVI GVF (Lux) Master S.A.R.L.**

By: Carval Investors UK Limited

By: _____[signature]_____  Date: 25th March 2011
Transferee/Transferee's Agent
Name: DAVID SHORT
Title: OPERATIONS MANAGER

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

US 655978v1

AGREEMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM
UNDER LEHMAN PROGRAM SECURITIES

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, Goldman, Sachs & Co. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CVI GVF (Lux) Master S.a.r.l. (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the principal amounts specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 66962, which amends Proof of Claim Number 51582, each filed by or on behalf of Seller's predecessor in interest (collectively, the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Partial Transfer of Claim; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors. Seller does not give any representation or warranty, either implied or express, other than the ones contained in this Agreement and Evidence of Partial Transfer of Claim.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives, with respect only to the Transferred Claims, to the fullest extent permitted by law any notice or right to receive notice of a hearing with respect to such transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

643800.1/153-05435

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein. Without limiting the effect of any representation or warranty expressly contained in this Agreement, Seller makes no representation or warranty with respect to whether the Transferred Claims will ultimately be allowed by the Bankruptcy Court. Purchaser is aware that the purchase price paid to Seller may be more or less than the amount ultimately distributed with respect to the Transferred Claims and that such amount may not be determined after confirmation of a plan of reorganization.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Partial Transfer of Claim supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Partial Transfer of Claim, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of Jan 2011.

GOLDMAN, SACHS & CO.

By:
Name: **Dennis Lafferty**
Title: **Managing Director**
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

CVI GVF (LUX) MASTER S.A.R.L.
BY CARVAL INVESTORS UK LIMITED

By:
Name: DAVID SHORT
Title: OPERATIONS MANAGER

C/O Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham Surrey KT11 2PD
UK
Attn: Annemarie Jacobsen

643800.1/153-05435

Schedule 1

Transferred Claims

Purchased Claim

(1) 26.6374628% of XS0326999959 = USD 32,323,252.50 of USD 121,345,087.50 (the outstanding principal amount of XS0326999959 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto,

(2) 50.1961% of XS0278126510 = USD 1,814,400.00 of USD 3,614,625.00 (the outstanding principal amount of XS0278126510 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto,

(3) 50% of XS0278266951 = USD 3,019,275.00 of USD 6,038,550.00 (the outstanding principal amount of XS0278266951 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto,

(4) 50.2092% of XS0279675150 = USD 1,701,000.00 of USD 3,387,825.00 (the outstanding principal amount of XS0279675150 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto,

(5) 50.1639% of XS0283174927 = USD 2,168,775.00 of USD 4,323,375.00 (the outstanding principal amount of XS0283174927 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto,

(6) 50.0539% of XS0284162533 = USD 6,577,200.00 of USD 13,140,225.00 (the outstanding principal amount of XS0284162533 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto,

(7) 50.0148% of XS0286531156 = USD 23,884,875.00 of USD 47,755,575.00 (the outstanding principal amount of XS0286531156 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto,

(8) 50% of XS0287160104 = USD 2,239,650.00 of USD 4,479,300.00 (the outstanding principal amount of XS0287160104 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto,

(9) 50% of XS0293628748 = USD 19,178,775.00 of USD 38,357,550.00 (the outstanding principal amount of XS0293628748 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto,

(10) 50% of XS0294778336 = USD 2,126,250.00 of USD 4,252,500.00 (the outstanding principal amount of XS0294778336 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto,

(11) 50% of XS0297155136 = USD 2,551,500.00 of USD 5,103,000.00 (the outstanding principal amount of XS0297155136 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto,

643800.1/153-05435

(12) 50% of XS0297155565 = USD 36,954,225.00 of USD 73,908,450.00 (the outstanding principal amount of XS0297155565 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto,

(13) 50.0075% of XS0314763052 = USD 4,725,945.00 of USD 9,450,472.50 (the outstanding principal amount of XS0314763052 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto,

(14) 50% of XS0327398656 = USD 600,000.00 of USD 1,200,000.00 (the outstanding principal amount of XS0327398656 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto, and

(15) 50% of XS0342236295 = USD 637,875.00 of USD 1,275,750.00 (the outstanding principal amount of XS0342236295 as described in the Proof of Claim as of January 20, 2011), plus all interest related thereto.

(TOTAL) which, in the aggregate, equals 21.37146106% of the Proof of Claim = USD 140,502,997.50 of USD 657,432,812.50 (the outstanding amount of the Proof of Claim as of January __, 2011), plus all interest related thereto.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity (DD/MM/YYYY) |
|---|---|---|---|---|---|
| Lehman Program Security | XS0326999959 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 22,803,000 (equivalent to USD 32,323,252.50) | 29/11/2014 |
| Lehman Program Security | XS0278126510 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,280,000 (equivalent to USD 1,814,400.00) | 14/12/2010 |
| Lehman Program Security | XS0278266951 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 2,130,000 (equivalent to USD 3,019,275.00) | 27/12/2011 |
| Lehman Program Security | XS0279675150 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,200,000 (equivalent to USD 1,701,000.00) | 03/01/2011 |
| Lehman Program Security | XS0283174927 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,530,000 (equivalent to USD 2,168,775.00) | 25/01/2012 |
| Lehman Program Security | XS0284162533 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 4,640,000 (equivalent to USD 6,577,200.00) | 2/2/2014 |
| Lehman Program Security | XS0286531156 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 16,850,000 (equivalent to USD 23,884,875.00) | 26/02/2014 |
| Lehman Program Security | XS0287160104 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,580,000 (equivalent to USD 2,239,650.00) | 2/3/2012 |

| Lehman Program Security | XS0293628748 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 13,530,000 (equivalent to USD 19,178,775.00) | 2/4/2014 |
|---|---|---|---|---|---|
| Lehman Program Security | XS0294778336 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,500,000 (equivalent to USD 2,126,250.00) | 3/5/2012 |
| Lehman Program Security | XS0297155136 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,800,000 (equivalent to USD 2,551,500.00) | 26/04/2014 |
| Lehman Program Security | XS0297155565 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 26,070,000 (equivalent to USD 36,954,225.00) | 7/5/2014 |
| Lehman Program Security | XS0314763052 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 3,334,000 (equivalent to USD 4,725,945.00) | 9/8/2012 |
| Lehman Program Security | XS0327398656 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 600,000 | 31/10/2012 |
| Lehman Program Security | XS0342236295 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 450,000 (equivalent to USD 637,875.00) | 29/01/2015 |
| | | | Total | USD 140,502,997.50 | |