**Exhibit E – MNB Email to LBI, October 9, 2009**

23397058v1

## 南日本銀行　証券国際部

| | |
|---|---|
| 送信者： | "MINAMI NIPPON BANK SECURITIES AND INTERNATIONAL DEPARTMENT" <mnb99861010@nangin.com> |
| 宛先： | <LBIprime@hugheshubbard.com> |
| 送信日時： | 2009年10月9日 18:45 |
| 添付： | LEHMAN PROGRAMS SECURITIES BAR DATE NOTICE.pdf; PROGRAM SECURITIES LIST 7 24 2009.PDF |
| 件名： | Lehman Programs Securities Bar Date Notice |

Dear Sir or Madame,

Could you take care and do something custodian have to do written in an attached notice(Lehman programs securities bar date notice) against our securities LBI are taking custodyof.And details of our securities are below. If you have any question,please contuct us.

Account Number: 935-10236

ISIN:XS0255101353
issuer:Lehman Brothers Treasury Co.B.V.
maturity:19 MAY 2021
currency:USD
amount:3,000,000
listed in Lehman Program Securities List


ISIN:XS0289151879
issuer:Lehman Brothers Treasury Co.B.V.
maturity:02 MAR 2022
currency:USD
amount:3,000,000
listed in Lehman Program Securities List


ISIN:XS0331488014
issuer:Lehman Brothers Treasury Co.B.V.
maturity:21 NOV 2022
currency:USD
amount:3,000,000
listed in Lehman Program Securities List


Account Number: 7825880

CUSIP:865599AD6
issuer:SUMITOMO BK INTL FIN NV-MTN
maturity:06/15/2009
currency:USD
amount:1,000,000
not listed in Lehman Program Securities List


Best Regards,

MINAMI NIPPON BANK LTD
Email: mnb99861002@nangin.com
       or mnb99861010@nangin.com
1-1 YAMASHITA-CHO
KAGOSHIMA CITY KAGOSHIMA
892-8611
JAPAN