**Exhibit G – Delivery Error Message, October 9, 2009**

23397058v1

## 南日本銀行　証券国際部

| | |
|---|---|
| 送信者： | "Mail Delivery Subsystem" <MAILER-DAEMON@nangin.com> |
| 宛先： | <mnb99861010@nangin.com> |
| 送信日時： | 2009年10月9日 17:51 |
| 添付： | ATT00130.dat; Lehman Programs Securities Bar Date Notice.eml |
| 件名： | Returned mail: see transcript for details |

The original message was received at Fri, 9 Oct 2009 17:51:56 +0900
from root@localhost

   ----- The following addresses had permanent fatal errors -----
<LBIprime@hugheshubbard.com>
    (reason: 550 Invalid recipient <LBIprime@hugheshubbard.com> (#5.1.1))

   ----- Transcript of session follows -----
... while talking to cluster9.us.messagelabs.com.:
>>> RCPT To:<LBIprime@hugheshubbard.com>
<<< 550 Invalid recipient <LBIprime@hugheshubbard.com> (#5.1.1)
550 5.1.1 <LBIprime@hugheshubbard.com>... User unknown