**Exhibit H – LBI Contact Information (Japanese Original)**

## 日本国外のリーマン・ブラザーズのエンティティーに関する情報

(2008年10月7日現在)

以下に記載した各連絡先に関する情報は、一般に入手可能な公開情報を弊社でまとめたものです。個々の連絡先からどのような情報・サービスが入手できるかについては独自に確認しておりませんので、あらかじめご了承ください。

1. - リーマン・ブラザーズ・ホールディングズ・インク
   (英語名 Lehman Brothers Holdings Inc.) （以下「LBHI」という。）
   - リーマン・ブラザーズ・コモディティー・サービシズ・インク
   (英語名 Lehman Brothers Commodity Services Inc.)
   - リーマン・ブラザーズ・ファイナンス・エスエー
   (英語名 Lehman Brothers Finance SA)
   - リーマン・ブラザーズ・スペシャル・ファイナンシング・インク
   (英語名 Lehman Brothers Special Financing Inc.)
   - リーマン・ブラザーズ・オーティーシー・デリバティブズ・インク
   (英語名 Lehman Brothers OTC Derivatives Inc.)
   (LBHI以外の上記エンティティーを総称して、以下、「米国チャプター11エンティティー」という。」)

- LBHIは2008年9月15日に連邦破産法第11条に基づく倒産手続きの申請を米国ニューヨーク南部地区破産裁判所に行いました。

- 続いて、米国チャプター11エンティティーも2008年10月3日に連邦破産法第11条に基づく倒産手続きの申請を米国ニューヨーク南部地区破産裁判所に行いました。

- LBHI又は米国チャプター11エンティティーの倒産手続きに関する情報（債権の届出の締切日に関する情報を含む。）は下記のウェブサイトをご覧ください。ウェブサイト上の情報は随時更新されていますので、定期的にご確認ください。

    http://chapter11.epiqsystems.com/lehman

- LBHIにて倒産手続き申請に関する問い合わせ先として以下の電話番号が設置されていますので、そちらにご連絡ください。但し、この連絡先はLBHIに関してのみです。

| 米国内: +1-866-879-0688 | 米国外: +1-646-282-2579 |

- 倒産手続きに関与している法律事務所は以下になります。

| 倒産者である LBHI 又は米国チャプター11 エンティティーの代理人 | LBHI の無担保債権者委員会の代理人（Milbank, Tweed, Hadley & McCloy LLP は、米国チャプター11エンティティーの無担保債権者委員会を代理するために必要な承認を待っている状況です。） |
|---|---|
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>http://www.weil.com<br><br>電話番号: +1 (212) 310-8000<br>FAX 番号: +1 (212) 310-8007<br>担当者: Richard P. Krasnow, Esq.<br>　　　　Lori R. Fife, Esq.<br>　　　　Shai Y. Waisman, Esq.<br>　　　　Jacqueline Marcus, Esq. | **東京**<br>ミルバンク・ツィード・ハドリ＆マックロイ外国法事務弁護士事務所<br>〒107-6221<br>東京都港区赤坂9－7－1　ミッドタウン・タワー21階<br>電話番号: 03-5410-2801（代表）<br>FAX 番号: 03-5410-2891<br>担当者: ゲリー・ウィグモア（Gary Wigmore）、マネージング・パートナー<br>担当者電話番号: 03-5410-2840（直通）<br>担当者電子メール: GWigmore@milbank.com<br><br>**ニューヨーク**<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>http://www.milbank.com<br><br>電話番号: +1 (212) 530-5000<br>FAX 番号: +1 (212) 530-5219<br>担当者: Dennis F. Dunne, Esq.<br>　　　　Dennis O'Donnell, Esq.<br>　　　　Evans Fleck, Esq.<br><br>**香港**<br>Milbank, Tweed, Hadley & McCloy LLP<br>3007 Alexandra House<br>18 Chater Road<br>Central, Hong Kong<br><br>電話番号: +852-2971-4888<br>FAX 番号: +852-2840-0792/2845-9046<br>担当者: Ada Liu, Esq. |

- Alvarez and Marshal の Bryan Marsal が LBHI 及び米国チャプター11 エンティティーの Chief Restructuring Officer に任命されました。LBHI 及び米国チャプター11 エンティティーの再建に関する事項（これらのエンティティーに対する債権者としての請求に関連しない事項）についてのお問い合わせは、以下の連絡先にご連絡ください。

    Alvarez and Marshal, HK office

    Rooms 1101-3
    11/F MassMutual Tower
    38 Gloucester Road
    Wanchai, Hong Kong

    担当者: Mr. Neill Poole
    電話番号: +852 3102-2602
    電子メール: npoole@alvarezandmarsal.com

    担当者: Mr. Johnathan Lai
    電話番号: +852 3102-2629
    電子メール: jlai@alvarezandmarsal.com

## 2. リーマン・ブラザーズ・インク （英語名 Lehman Brothers Inc.） （以下「LBI」という。）

- LBI に関しては、2008 年 9 月 19 日、米国にて証券投資者保護公社（英語名 Securities Investor Protection Corporation）が証券投資者保護法に基づき LBI の清算手続きを申請し、同日、連邦地方裁判所より清算命令が下されました。

- LBI の清算手続きに関する情報（債権の届出代理人の連絡先を含む。）は下記のウェブサイトをご覧ください。ウェブサイト上の情報は随時更新されていますので、定期的にご確認ください。

    http://www.lehmantrustee.com

- また上記の清算手続き等に関する質問は、LBI にて問い合わせ先として以下の電話番号が設置されていますので、そちらにご連絡ください。

| 米国内: +1-866-841-7868 | 米国外: +1-503-597-7690 |

- プライムブローカー・アカウントの移転に関する問い合わせ先、または既存の証券取引もしくはコモディティー取引に関する問い合わせ先に関しては、上記ウェブサイト上の「IMPORTANT DOCUMENTS」の中の、「Protocol Regarding Lehman Brothers Inc. Prime Brokerage Arrangements」または「Protocol Regarding Lehman Brothers Inc. Outstanding Securities and Commodities Transactions」をご覧ください（但し、ウェブサイト上の情報は随時変更・移転されることがありますのでご注意ください）。

3

- 米国の法律事務所である Hughes Hubbard & Reed, LLP のパートナーの James Giddens が、証券投資者保護法の下で LBI の清算に関するトラスティーとして任命されました。Hughes Hubbard & Reed, LLP の連絡先は以下になります。

    Hughes Hubbard & Reed, LLP
    <u>東京</u>
    〒100-0014
    東京都千代田区永田町 2-14-3　赤坂東急ビル 6 階
    電話番号: 03-3539-2771
    FAX 番号: 03-3539-2780
    担当者:岡本康夫
    担当者電子メール: okamoto@hugheshubbard.com

    <u>ニューヨーク</u>
    One Battery Park Plaza
    New York, N.Y. 10004-1482
    電話番号: 1- (212) 837-6000
    FAX 番号: 1- (212) 422-4726

### 3. リーマン・ブラザーズ・インターナショナル（ヨーロッパ）(英語名 Lehman Brothers International (Europe))　（以下「LBIE」という。）

- LBIE、Lehman Brothers Ltd、LB Holdings PLC および LB UK RE Holdings Ltd（以下総称して「リーマンの英国エンティティー」という。）の清算に関しては、プライスウォーターハウスクーパーズ（以下「PWC」という。）が管財人として任命されています。リーマンの英国エンティティーに関する情報は以下のウェブサイトをご覧ください。<u>ウェブサイト上の情報は随時更新されていますので、定期的にご確認ください</u>。

    http://www.pwc.co.uk

- リーマンの英国エンティティーに関する一般的な質問は、以下の電子メールアドレスにご連絡ください。

    enquiries.lehmanbrothers@uk.pwc.com

- また上記の PWC のウェブサイトには、以下のように商品の内容ごとに連絡先の電子メールアドレスが記載されておりますので、そちらまでご連絡ください。

    | 債券デリバティブ商品 | uk.fidotcqueries@lehman.com |
    |---|---|
    | 債券キャッシュ商品 | uk.fidcashqueries@lehman.com |
    | インターナショナル株式 | uk.equitycashqueries@lehman.com |
    | 株式デリバティブ商品 | uk.equityderivativequeries@lehman.com |
    | プライムブローカー | uk.primeservicesqueries@lehman.com |
    | コモディティー | uk.commoditiesqueries@lehman.com |
    | 先物 | uk.futuresqueries@lehman.com |

- なお契約の解除通知についての問い合わせは以下の電子メールアドレスにご連絡ください。（但し、リーマン英国エンティティーと貴社との間の契約に従って解除通知を行う必要があります。）

    uk.terminationnoticesqueries@lehman.com

### 4. リーマン・ブラザーズ・トレジャリー・カンパニー・ビー・ヴイ
（英語名 Lehman Brothers Treasury Co. B.V.）
（以下「LBT」という。）

- 2008年9月19日に、アムステルダム地方裁判所はLBTの管財人の任命とともにLBTによる支払の一時的停止を承認しました。その結果、LBTの今後の経営に関しては、管財人とLBTの経営陣が共同で責任および権限を有することとなりました。

- LBTに関する情報（債権の届出方法および締切日を含む。）は以下のウェブサイトをご覧ください。ウェブサイト上の情報は随時更新されていますので、定期的にご確認ください。

    http://www.houthoff.com

> 5. - リーマン・ブラザーズ・アジア・ホールディングス・リミテッド
>    （英語名Lehman Brothers Asia Holdings Limited）
>    - リーマン・ブラザーズ・アジア・リミテッド
>    （英語名Lehman Brothers Asia Limited）
>    - リーマン・ブラザーズ・フューチャーズ・アジア・リミテッド
>    （英語名Lehman Brothers Futures Asia Limited）
>    - リーマン・ブラザーズ・セキュリティーズ・アジア・リミテッド
>    （英語名Lehman Brothers Securities Asia Limited
>    - リーマン・ブラザーズ・コマーシャル・コーポレーション・アジア・
>    リミテッド　（英語名Lehman Brothers Commercial Corporation Asia Limited）
> （上記のエンティティを総称して、「香港エンティティー」という。）

- 上記の香港エンティティーの仮管財人としてKPMGが任命されました。香港エンティティーに関する質問は以下のKPMGの連絡先にお問い合わせください。

    KPMGの連絡先：
    電子メール: lehman@kpmg.com.hk
    電話番号: +852 3121 9888
    FAX番号: +852 2869 7357

- なお、KPMGに連絡する場合には、質問が最も効率的に対応されるよう、以下の情報を必ず記載するようお願い申し上げます。

    * 社名および担当者
    * どのリーマンのエンティティーに関しての問い合わせか
    * 該当する事象または満了日
    * 特定の案件に関する問い合わせの場合、その案件の詳細情報
      （例えば、算定価格、商品の種類、口座番号等）
    * 連絡先