**Exhibit I – LBI Contact Information (English Translation)**

23397058v1

**[CONVENIENCE TRANSLATION]**

**Information regarding Entities of Lehman Brothers outside Japan**

(As of October 7, 2008)

Each contact information listed as follows was summarized by our firm based on the disclosed information available in general.  Please be advised that we have not confirmed what type of information/service can be obtained from each contact.

1. • Lehman Brothers Holdings Inc.

   (English Name: **Lehman Brothers Holdings Inc.**) (Hereinafter "LBHI")

   • Lehman Brothers Commodity Services Inc.

   (English Name: **Lehman Brothers Commodity Services Inc.**)

   • Lehman Brothers Finance SA

   (English Name: **Lehman Brothers Finance SA**)

   • Lehman Brothers Special Financing Inc.

   (English Name: **Lehman Brothers Special Financing Inc.**)

   • Lehman Brothers OTC Derivatives Inc.

   (English Name: **Lehman Brothers OTC Derivatives Inc.**)

(All above entities except **LBHI** are hereinafter called "The U.S. Chapter 11 Entities")

• LBHI filed a petition under Chapter 11 of the United States Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of New York on September 15, 2008.

• Subsequently, The U.S. Chapter 11 Entities filed a petition under Chapter 11 of the United States Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of New York on October 3, 2008.

• Please refer to the following website for the information regarding the bankruptcy procedures of LBHI or the U.S. Chapter 11 Entities.  <u>Since the website information is occasionally updated, please refer it periodically</u>.

**http://chapter11.epiqsystems.com/lehman**

• There is a telephone number set by LBHI for inquiries regarding the bankruptcy procedure filing, so please contact there.  However, this contact information is for LBHI only.

| Within the U.S.: +1-866-879-0688 | Outside the U.S.: +1-646-282-2579 |

• Law firms getting involved in the bankruptcy procedures are as follows:

| Attorneys for bankrupts, LBHI or the U.S. Chapter 11 Entities | Attorneys for the Committee of Unsecured Creditors of LBHI (Milbank, Tweed, Hadley & McCloy LLP are waiting for the necessary approvals to represent the Committee of Unsecured Creditors of the U.S. Chapter 11 Entities.) |
|---|---|
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>http://www. weil.com<br><br>Tel: +1(212) 310-8000<br>Fax: +1(212) 310-8007<br>Persons<br>in charge: Richard P. Krasnow, Esq.<br>         Lori R. Fife, Esq.<br>         Shai Y. Waisman, Esq.<br>         Jacqueline Marcus, Esq. | Tokyo<br>Milbank, Tweed, Hadley & McCloy Office of Registered Foreign Lawyers<br>9-7-1 Akasaka, Midtown Tower 21st Floor, Minato-ku , Tokyo 107-6221<br>Tel: 03-5410-2801 (Main)<br>Fax: 03-5410-2891<br>Persons<br>in charge: Gary Wigmore (Gary Wigmore), Managing Partner<br>Responsible Person's Tel: 03-5410-2840 (direct)<br>Responsible Person's Email: GWigmore@milbank.com<br><br>New York<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>http://www.milbank.com<br><br>Tel: +1(212) 530-5000<br>Fax: +1(212) 530-5219<br>Persons<br>in charge: Dennis F. Dunne, Esq.<br>         Dennis O'Donnell, Esq.<br>         Evans Fleck, Esq. |

|  | Hong Kong<br>Milbank, Tweed, Hadley & McCloy LLP<br>3007 Alexandra House<br>18 Chater Road<br>Central, Hong Kong<br><br>Tel: +852-2971-4888<br>Fax: +852-2840-0792/2845-9046<br>Persons<br>in charge: Ada Liu, Esq. |
|---|---|

• Bryan Marsal of Alvarez and Marshal [*sic*] has been appointed as Chief Restructuring Officer for LBHI and the U.S. Chapter 11 Entities. Please contact the following for matters regarding the restructuring of LBHI and the U.S. Chapter 11 Entities (matters not related to claims against these entities as creditors):

Alvarez and Marshal, HK office

Rooms 1101-3
11/F MassMutual Tower
38 Gloucester Road
Wanchai, Hong Kong

Person in charge: Mr. Neill Poole
Tel: +852 3102-2602
Email: npoole@alvarezandmarsal.com

Person in charge: Mr. Johnathan Lai
Tel: +852 3102-2629
Email: jlai@alvarezandmarsal.com

## 2. Lehman Brothers Inc. (English Name: **Lehman Brothers Inc.**) (Hereinafter, "**LBI**")

• With regard to LBI, Securities Investor Protection Corporation (English Name: Securities Investor Protection Corporation) filed for liquidation of LBI based on Securities Investor Protection Act on September 19, 2008, and the federal district court gave an order of liquidation.

3

• Please refer to the following website for the information regarding the bankruptcy procedures of LBI (including the contact information of representatives for claim filing). <u>Since the website information is occasionally updated, please refer it periodically</u>.

**http://www.lehmantrustee.com**

• There is a telephone number set by LBI for inquiries regarding the above liquidation procedure filing, so please contact there.

| Within the U.S.: +1-866-841-7868 | Outside the U.S.: +1-503-597-7690 |

• For the contact information regarding the transfer of prime brokerage accounts or outstanding securities or commodities, please refer to "Protocol Regarding Lehman Brothers Inc. Prime Brokerage Arrangements" or "Protocol Regarding Lehman Brothers Inc. Outstanding Securities and Commodities Transactions" under "IMPORTANT DOCUMENTS" on the above website (However, <u>please note that the information on the website may be updated or transferred occasionally</u>).

• James Giddens, partner of U.S. law firm, Hughes Hubbard & Reed, LLP, was appointed as Trustee for the liquidation of LBI under the Securities Investor Protection Act. Hughes Hubbard & Reed, LLP's contact information is as follows:

    Hughes Hubbard & Reed, LLP
    <u>Tokyo</u>
    Zip code: 100-0014
    Akasaka Tokyu Building 6F, 2-14-3 Nagata-cho, Chiyoda-ku, Tokyo
    Phone: 08-3539-2771
    Fax: 03-3539-2780
    Person in charge: Yasuo Okamoto
    Email of the person in charge: okamoto@hugheshubbard.com

    <u>New York</u>
    One Battery Park Plaza
    New York, N.Y. 10004-1482
    Phone: 1-(212) 837-6000
    Fax: 1-(212) 422-4726

3. Lehman Brothers International (Europe)

    (English name: **Lehman Brothers International (Europe)**) (Hereinafter referred to as "**LBIE**.")

- PricewaterhouseCoopers LLP (hereinafter referred to "PWC") has been appointed as Administrators concerning the liquidation of LBIE, Lehman Brothers Ltd, LB Holdings PLC and LB UK RE Holdings Ltd (hereinafter collectively referred to as "Lehman's UK Entities").  Please visit the following website for information on Lehman's UK Entities.  <u>Since the website information is updated occasionally, please check [the site] regularly.</u>

    **http://www.pwc.co.uk**

- Please direct general inquiries on Lehman's UK Entities to the following E-Mail address.

    Enquiries.lehmanbrothers@uk.pwc.com

- Meanwhile, the above-mentioned PWC website has included information on the contact E-Mail address for each of the following products described, please E-Mail the following addresses.

| Fixed Income Derivative Products | uk.fidotcqueries@lehman.com |
|---|---|
| Fixed Income Cash Products | uk.fidcashqueries@lehman.com |
| International Equities | uk.equitycashqueries@lehman.com |
| Equity Derivative Products | uk.equityderivativequeries@lehman.com |
| Prime Brokerage | uk.primeservicesqueries@lehman.com |
| Commodities | uk.commoditiesqueries@lehman.com |
| Futures | uk.futuresqueries@lehman.com |

5

- And inquiries regarding notice of contract termination should be directed to the following E-Mail address. (However, termination notice needs to be given in accordance with the contract entered into between Lehman's UK Entities and your company.)

    uk.terminationnoticesqueries@lehman.com

> 4. Lehman Brothers Treasury Co. B.V.
>
>    (English name: **Lehman Brothers Treasury Co. B.V.**)
>
>    (Hereinafter referred to as "**LBT**.")

- On September 19, 2008, the Amsterdam District Court granted LBT provisional suspension of payment as well as the appointment of LBT's Administrator. As a consequence, the Administrator and the management board of LBT are jointly authorized and responsible for the ongoing management of LBT.

- Please visit the following website for information on LBT (including the method of and the deadline for filing a claim for credits). <u>Since website information is updated occasionally, please check [the site] regularly.</u>

    **http://www.houthoff.com**

5.  - Lehman Brothers Asia Holdings Limited

    (English name: **Lehman Brothers Asia holding Limited**)

    - Lehman Brothers Asia Limited

    (English name: **Lehman Brothers Asia Limited**)

    -Lehman Brothers Futures Asia Limited

    (English name: **Lehman Brothers Futures Asia Limited**)

    - Lehman Brothers Securities Asia Limited

    (English name: **Lehman Brothers Securities Asia Limited**)

    - Lehman Brothers Commercial Corporation Asia Limited

    (English name: **Lehman Brothers Commercial Corporation Asia Limited**)

    (The above entities are collectively referred to as "Hong Kong Entities.")

- KPMG has been appointed as Provisional Administrators for the above-mentioned Hong Kong Entities. Please direct inquiries on the Hong Kong Entities to the following KPMG contacts:
-
    KPMG Contacts:
    E-Mail: lehman@kpmg.com.hk
    Phone: +852 3121 9888
    Fax: +852 2869 7357

- And when you contact KPMG, in order to have your inquiries processed mostly efficiently, please make sure to include the following information.

    - Company name and person in charge
    - Which Lehman entity is this inquiry regarding
    - The concerned event or expiry date
    - In case of inquiries on a specific case, detailed information on the case. (E.g., price of calculation, type of the product, account number, etc.)
    - Contact

7