**Exhibit L – Automated Receipt, October 16, 2009**

23397058v1

南日本銀行　証券国際部

| | |
|---|---|
| 送信者： | "MisdirectedWires" &lt;MisdirectedWires@lbitrustee.com&gt; |
| 宛先： | "MINAMI NIPPON BANK" &lt;mnb99861010@nangin.com&gt; |
| 送信日時： | 2009年10月16日 19:42 |
| 件名： | Auto-reply from MisdirectedWires@lbitrustee.com |

Thank you for your e-mail. If you are submitting a Request Form For The Return of Misdirected Funds, this e-mail serves as a confirmation that we have received your form. Your request will be processed in the order received. We will contact you if we need additional information and/or once we make a determination on whether to authorize a return of the funds.

Due to the high volume of similar requests, we estimate that it will take several weeks to investigate and, if appropriate, authorize a return of the funds. Due to the volume of similar requests, we are unable to provide day-to-day updates concerning the status of a particular request.

For more information concerning our procedures for handling requests for the return of misdirected funds, please see the Protocol Regarding Misdirected Funds at www.lehmantrustee.com.