**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| **Lehman Brothers Holdings Inc.,** *et al.***,** | **08-13555 (JMP)** |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Derek P. Alexander, of Debevoise & Plimpton LLP certify that I am over eighteen years of age and that on this 28th day of March, 2011, I caused to be served copies of the *Response of The Minami-Nippon Bank Limited to Debtors' Objection to Claim Number 59150 in Their Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims)* (i) on all parties of record via ECF and (ii) upon the following parties by hand delivery:

| Office of the United States Trustee | Debtors' Attorneys | Attorneys for the Official Committee of Unsecured Creditors |
|---|---|---|
| 33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn: Andy Velez-Rivera, Esq. | Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Shai Y. Waisman, Esq. | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn: Dennis F. Dunne, Esq. |

Dated: New York, New York,
March 28, 2011

/s/ Derek P. Alexander
Derek P. Alexander
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel. (212) 909-6000
Fax. (212) 909-9836

23400989v1