**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING, INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.* | Adv. Proc. No. 10-03228-jmp |
| Plaintiffs and Intervenor, | |
| -against- | |
| NOMURA INTERNATIONAL PLC, | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING, INC. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.* | Adv. Proc. No. 10-03229-jmp |
| Plaintiffs and Intervenor, | |
| -against- | |
| NOMURA SECURITIES CO., LTD. | |
| Defendant. | Ref. Docket No. 15247 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 22, 2011, I caused to be served the "Notice of Presentment of Stipulated Scheduling Order," dated March 22, 2011[Docket No. 15247], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

   c. enclosed securely in separate postage pre-paid envelopes and delivered via first class to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
23rd day of March, 2011

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.,
EMAIL LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abraunstein@riemerlaw.com | bdk@schlamstone.com |
| acaton@kramerlevin.com | bgraifman@gkblaw.com |
| acker@chapman.com | bguiney@pbwt.com |
| adam.brezine@hro.com | bill.freeman@pillsburylaw.com |
| adarwin@nixonpeabody.com | bkmail@prommis.com |
| adiamond@diamondmccarthy.com | bmanne@tuckerlaw.com |
| aeckstein@blankrome.com | bmiller@mofo.com |
| aentwistle@entwistle-law.com | boneill@kramerlevin.com |
| afriedman@irell.com | brian.corey@greentreecreditsolutions.com |
| agbanknewyork@ag.tn.gov | bromano@willkie.com |
| aglenn@kasowitz.com | brosenblum@jonesday.com |
| agold@herrick.com | broy@rltlawfirm.com |
| ahammer@freebornpeters.com | btrust@mayerbrown.com |
| aisenberg@saul.com | btupi@tuckerlaw.com |
| akantesaria@oppenheimerfunds.com | bturk@tishmanspeyer.com |
| alesia.pinney@infospace.com | bwolfe@sheppardmullin.com |
| alum@ftportfolios.com | bzabarauskas@crowell.com |
| amarder@msek.com | cahn@clm.com |
| amcmullen@boultcummings.com | calbert@reitlerlaw.com |
| amenard@tishmanspeyer.com | canelas@pursuitpartners.com |
| andrew.brozman@cliffordchance.com | carlsons@sullcrom.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | cgoldstein@stcwlaw.com |
| aostrow@beckerglynn.com | chammerman@paulweiss.com |
| apo@stevenslee.com | chardman@klestadt.com |
| aquale@sidley.com | charles@filardi-law.com |
| araboy@cov.com | charles_malloy@aporter.com |
| arahl@reedsmith.com | charu.chandrasekhar@wilmerhale.com |
| arheaume@riemerlaw.com | chipford@parkerpoe.com |
| arlbank@pbfcm.com | chris.donoho@lovells.com |
| arosenblatt@chadbourne.com | christopher.schueller@bipc.com |
| arthur.rosenberg@hklaw.com | clarkb@sullcrom.com |
| arwolf@wlrk.com | clynch@reedsmith.com |
| aseuffert@lawpost-nyc.com | cmontgomery@salans.com |
| ashaffer@mayerbrown.com | cohenr@sewkis.com |
| ashmead@sewkis.com | cp@stevenslee.com |
| asnow@ssbb.com | cpappas@dilworthlaw.com |
| atrehan@mayerbrown.com | craig.goldblatt@wilmerhale.com |
| aunger@sidley.com | crmomjian@attorneygeneral.gov |
| austin.bankruptcy@publicans.com | cs@stevenslee.com |
| avenes@whitecase.com | csalomon@beckerglynn.com |
| azylberberg@whitecase.com | cschreiber@winston.com |
| bankr@zuckerman.com | cshore@whitecase.com |
| bankruptcy@goodwin.com | cshulman@sheppardmullin.com |
| bankruptcy@morrisoncohen.com | ctatelbaum@adorno.com |
| bankruptcymatters@us.nomura.com | cwalsh@mayerbrown.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
EMAIL LIST

| | |
|---|---|
| cward@polsinelli.com | drosenzweig@fulbright.com |
| cweber@ebg-law.com | drosner@goulstonstorrs.com |
| cweiss@ingramllp.com | drosner@kasowitz.com |
| dallas.bankruptcy@publicans.com | dshemano@pwkllp.com |
| daniel.guyder@allenovery.com | dspelfogel@foley.com |
| dave.davis@isgria.com | dtatge@ebglaw.com |
| david.bennett@tklaw.com | dwdykhouse@pbwt.com |
| david.crichlow@pillsburylaw.com | dwildes@stroock.com |
| david.heller@lw.com | dworkman@bakerlaw.com |
| david.seligman@kirkland.com | easmith@venable.com |
| davids@blbglaw.com | echang@steinlubin.com |
| davidwheeler@mvalaw.com | ecohen@russell.com |
| dbalog@intersil.com | efile@willaw.com |
| dbarber@bsblawyers.com | efleck@milbank.com |
| dbaumstein@whitecase.com | efriedman@friedumspring.com |
| dbesikof@loeb.com | egeekie@schiffhardin.com |
| dcimo@gjb-law.com | eglas@mccarter.com |
| dckaufman@hhlaw.com | ehollander@whitecase.com |
| dcoffino@cov.com | ekbergc@lanepowell.com |
| dcrapo@gibbonslaw.com | elevin@lowenstein.com |
| ddavis@paulweiss.com | eli.mattioli@klgates.com |
| ddrebsky@nixonpeabody.com | ellen.halstead@cwt.com |
| ddunne@milbank.com | eobrien@sbchlaw.com |
| deggermann@kramerlevin.com | eschaffer@reedsmith.com |
| deggert@freebornpeters.com | eschwartz@contrariancapital.com |
| demetra.liggins@tklaw.com | esmith@dl.com |
| deryck.palmer@cwt.com | ezujkowski@emmetmarvin.com |
| dfelder@orrick.com | ezweig@optonline.net |
| dflanigan@polsinelli.com | fbp@ppgms.com |
| dgrimes@reedsmith.com | feldsteinh@sullcrom.com |
| dhayes@mcguirewoods.com | ffm@bostonbusinesslaw.com |
| dheffer@foley.com | fhyman@mayerbrown.com |
| diconzam@gtlaw.com | fishere@butzel.com |
| dirk.roberts@ots.treas.gov | francois.janson@hklaw.com |
| djoseph@stradley.com | frank.white@agg.com |
| dkleiner@velaw.com | fsosnick@shearman.com |
| dkozusko@willkie.com | fyates@sonnenschein.com |
| dladdin@agg.com | gabriel.delvirginia@verizon.net |
| dlemay@chadbourne.com | gbray@milbank.com |
| dlipke@vedderprice.com | george.davis@cwt.com |
| dludman@brownconnery.com | geraci@thalergertler.com |
| dmcguire@winston.com | ggitomer@mkbattorneys.com |
| dmurray@jenner.com | giddens@hugheshubbard.com |
| dneier@winston.com | gkaden@goulstonstorrs.com |
| dodonnell@milbank.com | glenn.siegel@dechert.com |
| dove.michelle@dorsey.com | gmoss@riemerlaw.com |
| dowd.mary@arentfox.com | gravert@mwe.com |
| dpiazza@hodgsonruss.com | gspilsbury@jsslaw.com |
| draelson@fisherbrothers.com | guzzi@whitecase.com |
| dravin@wolffsamson.com | harrisjm@michigan.gov |
| drose@pryorcashman.com | harveystrickon@paulhastings.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
EMAIL LIST

| | |
|---|---|
| hbeltzer@mayerbrown.com | jg5786@att.com |
| heidi@crumbielaw.com | jgarrity@shearman.com |
| heim.steve@dorsey.com | jgenovese@gjb-law.com |
| heiser@chapman.com | jguy@orrick.com |
| hirsch.robert@arentfox.com | jherzog@gklaw.com |
| hollace.cohen@troutmansanders.com | jhiggins@fdlaw.com |
| holsen@stroock.com | jhorgan@phxa.com |
| howard.hawkins@cwt.com | jhuggett@margolisedelstein.com |
| hseife@chadbourne.com | jhuh@ffwplaw.com |
| hsnovikoff@wlrk.com | jim@atkinslawfirm.com |
| icatto@kirkland.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@sbtklaw.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jaclyn.genchi@kayescholer.com | jlipson@crockerkuno.com |
| jacobsonn@sec.gov | jliu@dl.com |
| jafeltman@wlrk.com | jlovi@steptoe.com |
| james.mcclammy@dpw.com | jlscott@reedsmith.com |
| james.sprayregen@kirkland.com | jmaddock@mcguirewoods.com |
| jamestecce@quinnemanuel.com | jmazermarino@msek.com |
| jamie.nelson@dubaiic.com | jmcginley@wilmingtontrust.com |
| jar@outtengolden.com | jmelko@gardere.com |
| jason.jurgens@cwt.com | jmerva@fult.com |
| jay.hurst@oag.state.tx.us | jmmurphy@stradley.com |
| jay@kleinsolomon.com | jmr@msf-law.com |
| jbecker@wilmingtontrust.com | john.monaghan@hklaw.com |
| jbeemer@entwistle-law.com | john.rapisardi@cwt.com |
| jbird@polsinelli.com | john@crumbielaw.com |
| jbromley@cgsh.com | joli@crlpc.com |
| jcarberry@cl-law.com | jorbach@hahnhessen.com |
| jchristian@tobinlaw.com | joseph.cordaro@usdoj.gov |
| jdrucker@coleschotz.com | joshua.dorchak@bingham.com |
| jdyas@halperinlaw.net | jowen769@yahoo.com |
| jean-david.barnea@usdoj.gov | jowolf@law.nyc.gov |
| jeannette.boot@wilmerhale.com | joy.mathias@dubaiic.com |
| jeff.wittig@coair.com | jpintarelli@mofo.com |
| jeffrey.sabin@bingham.com | jpintarelli@mofo.com |
| jeldredge@velaw.com | jporter@entwistle-law.com |
| jen.premisler@cliffordchance.com | jprol@lowenstein.com |
| jennifer.demarco@cliffordchance.com | jrabinowitz@rltlawfirm.com |
| jennifer.gore@shell.com | jrsmith@hunton.com |
| jeremy.eiden@state.mn.us | jschwartz@hahnhessen.com |
| jessica.fink@cwt.com | jsheerin@mcguirewoods.com |
| jfalgowski@reedsmith.com | jshickich@riddellwilliams.com |
| jflaxer@golenbock.com | jsmairo@pbnlaw.com |
| jfox@joefoxlaw.com | jstoll@mayerbrown.com |
| jfreeberg@wfw.com | jtimko@allenmatkins.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
EMAIL LIST

| | |
|---|---|
| jtimko@shutts.com | lscarcella@farrellfritz.com |
| jtougas@mayerbrown.com | lschweitzer@cgsh.com |
| judy.morse@crowedunlevy.com | lthompson@whitecase.com |
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@standardchartered.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| jwhitman@entwistle-law.com | mark.deveno@bingham.com |
| k4.nomura@aozorabank.co.jp | mark.ellenberg@cwt.com |
| karen.wagner@dpw.com | mark.houle@pillsburylaw.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.sherrill@sutherland.com |
| keith.simon@lw.com | martin.davis@ots.treas.gov |
| ken.coleman@allenovery.com | marvin.clements@ag.tn.gov |
| ken.higman@hp.com | matthew.klepper@dlapiper.com |
| kgwynne@reedsmith.com | matthew.morris@lovells.com |
| kiplok@hugheshubbard.com | mbenner@tishmanspeyer.com |
| kkelly@ebglaw.com | mberman@nixonpeabody.com |
| klyman@irell.com | mbienenstock@dl.com |
| kmayer@mccarter.com | mbossi@thompsoncoburn.com |
| kobak@hugheshubbard.com | mcademartori@sheppardmullin.com |
| korr@orrick.com | mcordone@stradley.com |
| kostad@mofo.com | mcto@debevoise.com |
| kovskyd@pepperlaw.com | mdorval@stradley.com |
| kowens@foley.com | meltzere@pepperlaw.com |
| kpiper@steptoe.com | metkin@lowenstein.com |
| kressk@pepperlaw.com | mfeldman@willkie.com |
| kreynolds@mklawnyc.com | mgordon@briggs.com |
| krosen@lowenstein.com | mgreger@allenmatkins.com |
| kuehn@bragarwexler.com | mhanchet@mayerbrown.com |
| kurt.mayr@bgllp.com | mhopkins@cov.com |
| lacyr@sullcrom.com | michael.frege@cms-hs.com |
| landon@streusandlandon.com | michael.kim@kobrekim.com |
| lawallf@pepperlaw.com | millee12@nationwide.com |
| lberkoff@moritthock.com | miller@taftlaw.com |
| lee.stremba@troutmansanders.com | mimi.m.wong@irscounsel.treas.gov |
| lgranfield@cgsh.com | mitchell.ayer@tklaw.com |
| lhandelsman@stroock.com | mjacobs@pryorcashman.com |
| linda.boyle@twtelecom.com | mjedelman@vedderprice.com |
| lisa.ewart@wilmerhale.com | mjr1@westchestergov.com |
| lisa.kraidin@allenovery.com | mkjaer@winston.com |
| ljkotler@duanemorris.com | mlahaie@akingump.com |
| lmarinuzzi@mofo.com | mlandman@lcbf.com |
| lmay@coleschotz.com | mlynch2@travelers.com |
| lmcgowen@orrick.com | mmendez@hunton.com |
| lml@ppgms.com | mmooney@deilylawfirm.com |
| lmolfetta@mayerbrown.com | mmorreale@us.mufg.jp |
| lnashelsky@mofo.com | mmurphy@co.sanmateo.ca.us |
| loizides@loizides.com | mneier@ibolaw.com |
| lromansic@steptoe.com | monica.lawless@brookfieldproperties.com |

# LEHMAN BROTHERS HOLDINGS INC.,
EMAIL LIST

mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbernard@bakerlaw.com
rbyman@jenner.com
rdaversa@orrick.com

relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhs@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com

# LEHMAN BROTHERS HOLDINGS INC.,
EMAIL LIST

sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com

tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**Additional Email Addresses**
dbartner@shearman.com
solomon.noh@shearman.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | (212) 436-1931 |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE U.S. TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


DOUGLAS P. BARTNER & SOLOMON J. NOH
SHEARMAN & STERLING
599 LEXINGTON AVENUE
NEW YORK, NY 10022