Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>     Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Credit Suisse AG | Bank Vontobel AG |
| Name of Transferee | Name of Transferor |

Name and Address where notices
to transferee should be sent:

Credit Suisse AG
1 Madison Avenue
New York, NY 10010
Attn: Mr. Allen Gage

Phone: (212) 538-9137

Last Four Digits of Acct #: --

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 63521
Date Claim Filed: November 2, 2009
Amount of Claim: --
Portion of Claim Transferred (see
Schedule I): see Evidence of Transfer

Phone: --

Last Four Digits of Acct. #: --

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: March 28, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged,
**BANK VONTOBEL AG** ("Transferor") unconditionally and irrevocably transferred to
**CREDIT SUISSE** ("Transferee") all of its right, title, interest, claims and causes of action
in and to or arising under or in connection with the portion of its claim (**Claim No. 63521) CHF
15'000** in nominal value related to the security with International Securities Identification
Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"),
Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court
for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the
books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest
extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the
Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules
or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an
order of the Bankruptcy Court may be entered without further notice to Transferor regarding the
transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of
the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested
parties that all further notices relating to the claim, and all payments or distributions of money or
property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS
EXECUTED ON February, 10th

**BANK VONTOBEL AG**

By:_____
Name: Thomas Schwerzmann
Title:   Director

By:_____
Name: Jeannette Fuss
Title:   Authorized Officer

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim related to Security |
|------|---------------|------------------|--------|-------------------------------------------|
| XS0300658597 | 63521 | November 02, 2009 | Lehman Brothers Holdings Inc. | CHF 15'000 |