B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.
(JMP)

Case No. 08-13555
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Goldman Sachs Lending Partners LLC<br>Name of Transferee | OZ ASIA MASTER FUND, LTD.<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>200 West Street, New York, NY 10282-2198, United States<br>Attn/Ref: Jose Aguinaga | Court Claim # (if known): 31511<br>Amount of Claim: USD 888,803.41<br>Date Claim Filed: 22 September 2009 |
| Phone: 212 357 3541<br>Last Four Digits of Acct #: _____ | Phone: (646) 562-4569<br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above):<br>Phone: _____<br>Last Four Digits of Acct #: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 18 March 2011

Transferee/Transferee's Agent
Wendy Myers
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.
(JMP)

Case No. 08-13555
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Goldman Sachs Lending Partners LLC<br>Name of Transferee | OZ MASTER FUND, LTD.<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>200 West Street, New York, NY 10282-2198, United States<br>Attn/Ref: Jose Aguinaga | Court Claim # (if known): 31512<br>Amount of Claim: USD 21,331,470.70<br>Date Claim Filed: 22 September 2009 |
| Phone: 212 357 3541<br>Last Four Digits of Acct #: _____ | Phone: (646) 562-4569<br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone: _____<br>Last Four Digits of Acct #: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____Wendy Myers_____   Date: __18 March 2011__
Transferee/Transferee's Agent
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.