WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY**
**PROOFS OF CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Seventy-Third Omnibus

Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection"), solely

as to the claims listed on Exhibit A attached hereto, that was scheduled for March 31, 2011, at

10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 28, 2011, at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The

Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated:  March 28, 2011
        New York, New York

                              /s/ Shai Y. Waisman
                              Shai Y. Waisman

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

**Exhibit A**

**(Adjourned Claims)**

|  | **Claimant Name** | **Claim Number** |
|---|---|---|
| 1 | Andrew Allard | 11044 |
| 2 | Ian Anderson | 12809 |
| 3 | Edmund Craston | 17879 |
| 4 | Charles Diccianni | 12314 |
| 5 | Kathleen C. Duffy | 21911 |
| 6 | Robert C. Dyer | 28012 |
| 7 | Sheryl Goldman | 10029 |
| 8 | Michael Gran | 23900 |
| 9 | Andrea T. Jao | 5340 |
| 10 | Craig Kellard | 12821 |
| 11 | Judith Ann Kenney | 13929 |
| 12 | Mary E. Langevin | 24675 |
| 13 | Samantha Malthouse | 9428 |
| 14 | Barbara Muinos | 11043 |
| 15 | Gavin Netzel | 12806 |
| 16 | Andrea Penton | 12044 |
| 17 | Paul Nigel Shotton | 21362 |
| 18 | Gregg Somma | 24373 |
| 19 | Christopher A. Statham | 15690 |
| 20 | Andrea Sullivan | 13087 |
| 21 | Ian Toal | 12811 |
| 22 | Colin S. A. Welch | 13290 |