WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : |

-----------------------------------------------------------------x

**AMENDED NOTICE OF ADJOURNMENT OF DEBTORS'
SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY
PROOFS OF CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection"), solely as to the claims listed on Exhibit A attached hereto, that was scheduled for March 31, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 28, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated:  March 28, 2011
       New York, New York

                /s/ Shai Y. Waisman
                Shai Y. Waisman

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

## Exhibit A

### (Adjourned Claims)

|    | Claimant Name | Claim Number |
|----|---------------|--------------|
| 1  | Andrew Allard | 11044 |
| 2  | Ian Anderson | 12809 |
| 3  | Edmund Craston | 17879 |
| 4  | Charles Diccianni | 12314 |
| 5  | Kathleen C. Duffy | 21911 |
| 6  | Robert C. Dyer | 28012 |
| 7  | Sheryl Goldman | 10029 |
| 8  | Michael Gran | 23900 |
| 9  | Andrea T. Jao | 5340 |
| 10 | Craig Kellard | 12821 |
| 11 | Judith Ann Kenney | 13929 |
| 12 | Mary E. Langevin | 24675 |
| 13 | Samantha Malthouse | 9428 |
| 14 | Barbara Muinos | 11043 |
| 15 | Gavin Netzel | 12806 |
| 16 | Richard Noble | 14197 |
| 17 | Andrea Penton | 12044 |
| 18 | Paul Nigel Shotton | 21362 |
| 19 | Gregg Somma | 24373 |
| 20 | Christopher A. Statham | 15690 |
| 21 | Andrea Sullivan | 13087 |
| 22 | Ian Toal | 12811 |
| 23 | Colin S. A. Welch | 13290 |