**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**<br><br>**Debtors.** | **Chapter 11 Case No.**<br><br>**08-13555 (JMP)**<br>**(Jointly Administered)**<br><br>**Ref. Docket Nos. 15096, 15109-15115, 15117, 15120, 15129-15131, 15133, 15167, 15186-15188, 15225, 15243, 15260, 15262, 15263, 15265, 15266, 15281** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 25, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
28th day of March, 2011

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: IMPERIO ASSURANCES ET CAPITALISATION
18/20 RUE ELEMENT BAYARD
LEVALLOIS-PERRET 92300
FRANCE

IMPERIO ASSURANCES ET CAPITALISATION
F&E PORTUGAL GESTAO PATRIMONIOS
ATTN: MARIA JOSE CARVALHO
AV. JOSE MALHOA, NO. 27, 6 ANDAR
LISBOA 1070-157 PORTUGAL

Please note that your claim # 40322 in the above referenced case and in the amount of $1,463,873.61 has been transferred **(unless previously expunged by court order)**

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: IMPERIO ASSURANCES ET CAPITALISATION
ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
ONE CHASE MANHATTAN PLAZA - FLOOR 26
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 15096 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2011

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 25, 2011.

# EXHIBIT B

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING



| Name | Address |
|---|---|
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10282 |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANCA VALSABBINA SCPA | SERVIZIO FINANZA VIA MOLINO, 4 I-25078 VESTONE (BS) ITALY |
| BANCA VALSABBINA SCPA | VIA MOLINO, 4 I-25078 VESTONE (BS) ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: ERIC SODERLUND 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| GIFU BANK | 1-7-1 USA-MINAMI, GIFU-SHI ATTN: MR. SHUNICHI NAGASE GIFU 500-8565 JAPAN |
| HAYMAN CAPITAL MASTER FUND, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| IMPERIO ASSURANCES ET CAPITALISATION | 18/20 RUE ELEMENT BAYARD LEVALLOIS-PERRET 92300 FRANCE |
| IMPERIO ASSURANCES ET CAPITALISATION | F&E PORTUGAL GESTAO PATRIMONIOS ATTN: MARIA JOSE CARVALHO AV. JOSE MALHOA, NO. 27, 6 ANDAR LISBOA 1070-157 PORTUGAL |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: IMPERIO ASSURANCES ET CAPITALISATION ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: LAWSON SOFTWARE, INC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LAWSON SOFTWARE, INC | ATTN: BRUCE MCPHEETERS 380 ST. PETER STREET SAINT PAUL MN 55102-1302 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: FEDERAL HOME LOAN BANK OF ATLANTA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH JAPAN FINANCE CO., LTD. | TRANSFEROR: GIFU BANK ATTN: CHIEMI MIZUKI / HYUN-KI YANG NIHONBASHI 1-CHROME BUILDING, 1-4-1 NIHONBASHI CHUO-KU TOKYO 103-8230 JAPAN |
| REDWOOD MASTER FUND, LTD. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JONATHAN KOLATCH & RUBEN KLIKSBERG 910 SYLVAN AVENUE ENGLEWOOD CLIFFS NJ 07632 |
| STRATEGIC VALUE MASTER FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MARC SILEO / AMY SIM / BEN EDWARDS STRATEGIC VALUE PARTNERS, LLC 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MARC SILEO / AMY SIM / BEN EDWARDS STRATEGIC VALUE PARTNERS, LLC 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| YORVIK PARTNERS LLP | TRANSFEROR: BANCA VALSABBINA SCPA ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed 21

| Name | Address |
|---|---|
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BANK OF SINGAPORE LIMITED | CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANK OF SINGAPORE LIMITED | ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA 048619 SINGAPORE |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH MIKE EPSTEIN / DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH MIKE EPSTEIN / DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MIZUHO SECURITIES CO LTD DEUTSCHE BANK AG, HONG KONG BRANCH; ATTN: JACK TSAI 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD, CENTRAL HONG KONG HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| MIZUHO SECURITIES CO LTD | ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN |
| MIZUHO SECURITIES CO LTD | STROOCK & STROOCK & LAVAN LLP ATTENTION: SHERRY MILLMAN ESQ. 180 MAIDEN LANE NEW YORK NY 10038 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO/AMY SIM/BEN EDWARDS 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO/AMY SIM/BEN EDWARDS 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| UBS AG | TRANSFEROR: BANK OF SINGAPORE LIMITED ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH 8001 SWITZERLAND |

Total Number of Records Printed 16

CCP CREDIT ACQUISTION HOLDINGS, LLC
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
ATTN: MIKE EPSTEIN & DAN BORIS
375 PARK AVENUE, 13TH FLOOR
NEW YORK NY 10152

CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
ATTN: MIKE EPSTEIN & DAN BORIS
375 PARK AVENUE, 13TH FLOOR
NEW YORK NY 10152

OAKTREE HUNTINGTON INVESTMENT FUND, L.P.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P.
ATTN: JEFF ARNOLD
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES CA 90017

OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P.
ATTN: JEFF ARNOLD
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES CA 90017

OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P.
ATTN: JEFF ARNOLD
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES CA 90017

OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P.
ATTN: JEFF ARNOLD
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES CA 90017