WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007  
Shai Y. Waisman  

Attorneys for Debtors  
and Debtors in Possession  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  

---------------------------------------------------------------x
: 
In re                                              :   **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :   **08-13555 (JMP)**
: 
Debtors.                               :   **(Jointly Administered)**
: 
: 
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' SEVENTIETH OMNIBUS OBJECTION
TO CLAIMS (SETTLED DERIVATIVE CLAIMS) AS TO CERTAIN CLAIMANTS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Seventieth Omnibus Objection to Claims (Settled Derivative Claims) [Dkt. No. 13110] solely with respect to the claim listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claim listed on Exhibit A on any grounds in the future.

Dated: March 28, 2011
      New York, New York

                              /s/ Shai Y. Waisman
                              Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| **Claimant Name** | **Claim Number** |
|---|---|
| Bank of America, National Association, Successor by Merger to LaSalle Bank NA | 66615 |