Adjourned Objection Deadline: June 8, 2011 at 4:00 p.m. (ET)
Adjourned Hearing Date: June 15, 2011 at 10:00 a.m. (ET)

**LOWENSTEIN SANDLER PC**
Ira M. Levee, Esq. (IL 9958)
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

and

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Attorneys for Factiva, Inc.,*
*Factiva Limited and Dow Jones & Company, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 7102 |

**NOTICE OF ADJOURNMENT OF HEARING OF MOTION BY FACTIVA, INC., FACTIVA LIMITED AND DOW JONES & COMPANY, INC. FOR AN ORDER (A) COMPELLING IMMEDIATE PAYMENT OF POST-PETITION ADMINISTRATIVE EXPENSE CLAIMS AND (B) COMPELLING THE DEBTORS TO ASSUME OR REJECT EXECUTORY CONTRACTS OR ALTERNATIVELY MODIFYING THE AUTOMATIC STAY TO <u>PERMIT MOVANTS TO TERMINATE THE EXECUTORY CONTRACTS</u>**

PLEASE TAKE NOTICE that the hearing to consider *Motion by Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc. for an Order (A) Compelling Immediate Payment of Post-Petition Administrative Expense Claims and (B) Compelling the Debtors to Assume or*

16539/11
03/29/2011 16274993.1

*Reject Executory Contracts or Alternatively Modifying the Automatic Stay to Permit Movants to Terminate the Executory Contracts* (the "Motion") (Docket No. 7102), as amended (Docket No. 7834), previously scheduled for April 13, 2011, **has been adjourned to June 15, 2011 at 10:00 a.m. (ET),** before the Honorable James M. Peck, Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion (i) must be in writing; (ii) shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court; (iii) be filed in accordance with General Order M-242 of the Bankruptcy Court, which can be found at www.nysb.uscourts.gov; (iv) shall set forth the name of the objecting party and the basis for the objection and the specific grounds therefore; (v) shall be filed with the Clerk of the Bankruptcy Court (with a courtesy copy delivered directly to the Chambers of the Honorable James M. Peck), together with the proof of service thereof; and (vi) shall be served in a manner so as to actually be received by (a) Lowenstein Sandler, PC, Attorneys for Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc., 65 Livingston Avenue, Roseland, NJ 07068 (Attn: Ira M. Levee, Esq.); and (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York 10004 (Attn: Andrew D. Velez-Rivera), not later than **4:00 p.m. (ET) on June 8, 2011**.

PLEASE TAKE FURTHER NOTICE that if you fail to file and serve a timely response to the Motion in accordance with the above requirements, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

Dated: March 29, 2011

          **LOWENSTEIN SANDLER PC**

          By: _/s/ Ira M. Levee_
          Ira M. Levee (IL 9958)
          1251 Avenue of the Americas, 18th Floor
          New York, New York 10020
          (212) 262-6700  (Telephone)
          (212) 262-7402  (Facsimile)

          and

          65 Livingston Avenue
          Roseland, NJ  07068
          (973) 597-2500 (Telephone)
          (973) 597-2481 (Facsimile)

          _Attorneys for Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc._