B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case <u>No. 08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SPCP Group, LLC</u>                             <u>The Royal Bank of Scotland plc</u>
Name of Transferee                               Name of Transferor

Name and Address where notices to                Court Claim # (if known): <u>26527</u>
transferee should be sent:                       Amount of Claim: <u>$140,845.36</u>
    SPCP Group, LLC                          Date Claim Filed: <u>9/22/09</u>
    2 Greenwich Plaza                         Debtor: <u>Lehman OTC Derivatives Inc. (Case No. 08-
    1st Floor                                 13893 (JMP))</u>
    Greenwich, CT 06830
    Attn:  Brian A. Jarmain

With a copy to:
    Andrews Kurth LLP
    450 Lexington Avenue - 15th Floor
    New York, NY 10017
    Attn: David Hoyt

Phone: <u>203-542-4032</u>                          Phone: _____
Last Four Digits of Acct #: _____         Last Four Digits of Acct #: _____


Name and Address where transferee
payments should be sent (if different from
above):

Phone: _____

Last Four Digits of Acct #: _____

586209.6/2620-00256                              33

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 3/23/11
Name of Transferee/Transferee's Agent


By: _____  Date: _____
Name of Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

By: _____*G.I.L.*_____      Date: __3/23/11__
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.