B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.  <u>Case No. 08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SPCP Group, LLC</u>
Name of Transferee

<u>The Royal Bank of Scotland plc</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
    SPCP Group, LLC
    2 Greenwich Plaza
    1st Floor
    Greenwich, CT 06830
    Attn: Brian A. Jarmain

Court Claim # (if known): <u>26528</u>
Amount of Claim: <u>$140,845.36</u>
Date Claim Filed: <u>9/22/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

With a copy to:
    Andrews Kurth LLP
    450 Lexington Avenue - 15th Floor
    New York, NY 10017
    Attn: David Hoyt

Phone: <u>203-542-4032</u>
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

586209.6/2620-00256      35

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ M _____     Date: 3/23/11
Name of Transferee/Transferee's Agent

By: _____     Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

By: _____*C.H.L.*_____          Date: __3/23/11__
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.