UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x Ref. Docket No. 15338

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 28, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
29th day of March, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   CREDIT SUISSE
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010

Additional:   CREDIT SUISSE
              CRAVATH, SWAINE & MOORE LLP
              ATTN: RICHARD LEVIN
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019

Transferee:   CREDIT SUISSE (DEUTSCHLAND) AG
              MR. RICHARD LEVIN
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019

**Your transfer   of claim #   55829   is defective for the reason(s) checked below:**

Other                                   CURRENCY OF ISIN LISTED ON TRANSFER DOES NOT MATCH CLAIM

Docket Number 15338              Date 03/24/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 28, 2011.

**EXHIBIT B**

```
TIME: 11:45:52                              LEHMAN BROTHERS HOLDING INC.                                      PAGE: 1
DATE: 03/28/11                                   CREDITOR LISTING

Name                         Address
CREDIT SUISSE                ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (DEUTSCHLAND) AG   MR. RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019

Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC