UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION OF EAST BAY MUNICIPAL UTILITY DISTRICT TO DEBTORS' EIGHTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

PLEASE TAKE NOTICE that the objection to Debtors' Eighty-First Omnibus Objection To Claims (Duplicative Claims) filed by the East Bay Municipal Utility District [Dkt. No. 14624] is hereby withdrawn.

Dated: March 24, 2011

_/s/ Gary Breaux_
Gary Breaux, Director of Finance
East Bay Municipal Utility District
375 Eleventh Street, MS 801
Oakland, CA 94607