WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                   :   Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   08-13555 (JMP)
                                                        :
    Debtors.                                            :   (Jointly Administered)
                                                        :
                                                        :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**SIXTY-SEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS**
**(VALUED DERIVATIVE CLAIM) AS TO ADVANCED GRAPHIC PRINTING, INC.**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), **solely with respect to the claim listed on Exhibit A attached hereto**, that was scheduled for December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain claims to March 31, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned to April 28, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: March 29, 2011
      New York, New York

           /s/ Shai Y. Waisman
           Shai Y. Waisman
           Penny P. Reid
           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Advanced Graphic Printing, Inc. | 36802 |