**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   Case No. 08-13555 (JMP)
                                                                 :
                              Debtors.      :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x
                                                                 :
LEHMAN BROTHERS HOLDINGS INC. and            :
LEHMAN BROTHERS SPECIAL                      :   Adv. Proc. No. 10-03228-jmp
FINANCING, INC. and OFFICIAL COMMITTEE  :
OF UNSECURED CREDITORS OF LEHMAN        :
BROTHERS HOLDINGS INC., *et al*.             :
                       Plaintiffs and   :
                       Intervenor,      :
                                                                 :
     -against-                                                   :
                                                                 :
NOMURA INTERNATIONAL PLC,                                        :
                                                                 :
                              Defendant.    :
-----------------------------------------------------------------x
                                                                 :
LEHMAN BROTHERS HOLDINGS INC. and            :
LEHMAN BROTHERS SPECIAL                      :   Adv. Proc. No. 10-03229-jmp
FINANCING, INC. and OFFICIAL COMMITTEE  :
OF UNSECURED CREDITORS OF LEHMAN        :
BROTHERS HOLDINGS INC., *et al*.             :
                                                                 :
                       Plaintiffs and   :
                       Intervenor,      :
                                                                 :
     -against-                                                   :
                                                                 :
NOMURA SECURITIES CO., LTD.                                      :
                                                                 :
                              Defendant.    :
-----------------------------------------------------------------x

## **STIPULATED SCHEDULING ORDER FOR CONSOLIDATED ACTIONS**

This Civil Case Management Plan submitted in accordance with Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(f), is adopted as the Scheduling Order of this Court for these consolidated actions. It supersedes the So Ordered Stipulated Scheduling Order between Debtors and Nomura International plc, Nomura Securities Co., Ltd. and Nomura Global Financial Products, Inc. [Docket No. 12270].

1. Amended pleadings may not be filed except with leave of the Court.

2. All fact discovery shall be completed by November 21, 2011 (except that Responses to any Request for Admission or Local Rule 7011-1(c) Interrogatories served on November 21, 2011 shall be due no later than December 19, 2011).

3. The parties are to conduct discovery in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure (as incorporated therein), and the Local Rules of this Court. In accordance with Federal Rules of Bankruptcy Procedure 9014 and 7026-7037, Federal Rules of Civil Procedure 26-37 shall apply in their entirety to these proceedings. The following interim deadlines may be extended by the written consent of the parties without application to the Court, provided all fact discovery is completed by the date set forth in paragraph 2 above:

    A. Requests for production of documents may be served no later than May 16, 2011.

    B. Objections to requests for the production of documents to be served within 20 days of the service of each request or set of requests for the production of documents.

    C. Interrogatories pursuant to Local Bankruptcy Rule 7033-1(a) and 7033-1(b) may be served no later than May 16, 2011.

    D. Interrogatories pursuant to Local Bankruptcy Rule 7033-1(c) may be served no earlier than July 14, 2011 and no later than November 21, 2011.

    E. Requests for admissions may be served no earlier than July 14, 2011 and no later than November 21, 2011.

    F. Document production to be substantially completed by June 30, 2011.

    G. Depositions of fact witnesses to be completed by November 21, 2011.

  4. Expert reports will be exchanged on February 6, 2012.  The parties will exchange any rebuttal expert reports on March 6, 2012.  Expert discovery to be completed 21 days after the receipt of the last expert report.

  5. Dispositive motions to be filed no later than April 20, 2012.

  6. A pretrial hearing shall be held at a date to be determined.

  7. The trial(s) shall be held at a date to be determined by the Court.

Dated: March 9, 2011
   New York, New York

               /s/Sarah E. Lieber
              Corinne Ball
              Jayant W. Tambe
              Aviva Warter Sisitsky
              Sarah E. Lieber
              JONES DAY
              222 East 41st Street
              New York, New York 10017
              Telephone:  (212) 326-3939

              *Attorneys for the Debtors and*
              *Debtors in Possession*

Dated: March 9, 2011
      New York, New York

        /s/ Daniel Lewis
Douglas P. Bartner
Henry Weisburg
Brian H. Polovoy
Daniel Lewis
SHEARMAN & STERLING
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000

*Attorneys for Nomura International plc, Nomura Securities Co., Ltd. and Nomura Global Financial Products, Inc.*

Dated: March 9, 2011
      New York, New York

        /s/ David S. Cohen
Dennis F. Dunne
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

David S. Cohen
Adrian C. Azer (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

*Attorneys for the Official Committee of Unsecured Creditors*

**SO ORDERED:**

Dated: New York, New York
      March 29, 2011

      *s/ James M. Peck*
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE