UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                           :     Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (JMP)
:     (Jointly Administered)
Debtors.                                                  :
:
---------------------------------------------------------------x     Ref. Docket Nos. 15310, 15313-
15315, 15322, 15324, 15329

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 28, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
29th day of March, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

08-13555-mg    Doc 15430    Filed 03/29/11    Entered 03/29/11 16:43:36    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
                                      |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,|
                                      |   (Jointly Administered)
                                      |
         Debtors.                     |
                                      |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  SERIUS INTERNATIONAL LIMITED              SERIUS INTERNATIONAL LIMITED
         HSBC HOUSE                                HSBC BANK USA, NATIONAL ASSOCIATION
         68 WEST BAY ROAD                          CORPORATE TRUST & LOAN AGENCY
         PO BOX 1109 GT                            ATTN: SANDRA E. HORWITZ
         GRAND CAYMAN    KY1-1102                  452  5TH AVENUE
         CAYMAN ISLANDS                            NEW YORK NY 10018-2706
```

Please note that your claim # 66418 in the above referenced case and in the amount of
          $16,600.00         has been transferred **(unless previously expunged by court order)**

```
         GOLDMAN SACHS INTERNATIONAL
         TRANSFEROR: SERIUS INTERNATIONAL LIMITED
         C/O GOLDMAN, SACHS & CO.
         30 HUDSON STREET, 36TH FLOOR
         JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15310      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/28/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 28, 2011.

# EXHIBIT B

```
TIME: 11:35:23                                      LEHMAN BROTHERS HOLDING INC.                                                PAGE:   1
DATE: 03/28/11                                            CREDITOR LISTING

Name                                               Address
CONAGRA TRADE GROUP INC                            N/K/A GAVILON, LLC ATTN: RUSSELL MARTINSON ONE CONAGRA DRIVE OMAHA NE 68102-5001
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: OZ SPECIAL MASTER FUND, LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                   NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                   NEW YORK NY 10005
GOLDMAN SACHS INTERNATIONAL                        TRANSFEROR: SERIUS INTERNATIONAL LIMITED C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LTD                                      TRANSFEROR: MEGA GLOBAL ASSET MANAGEMENT CO. LTD. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET
                                                   LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                      TRANSFEROR: MEGA GLOBAL ASSET MANAGEMENT CO., LTD ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET
                                                   LONDON  EC4Y 1EL UNITED KINGDOM
LONGACRE INSTITUTIONAL OPPORTUNITY FUND,           TRANSFEROR: CONAGRA TRADE GROUP INC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
L.P
LONGACRE INSTITUTIONAL OPPORTUNITY FUND,           TRANSFEROR: CONAGRA TRADE GROUP INC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
L.P.
MEGA GLOBAL ASSET MANAGEMENT CO. LTD.              UNITS 2201-07, 22/F, COSCO TOWER NOS. 181-3 QUEEN'S ROAD CENTRAL   HONG KONG
MEGA GLOBAL ASSET MANAGEMENT CO. LTD.              UNITS 2201-07, 22/F, COSCO TOWER, NOS. 181-3 QUEEN'S ROAD CENTRAL   HONG KONG
MEGA GLOBAL ASSET MANAGEMENT CO., LTD              UNITS 2201-07 22/F COSCO TOWER, NOS. 181-3 QUEEN'S ROAD CENTRAL   HONG KONG
OZ SPECIAL MASTER FUND, LTD                        TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.                       TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O OCH ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
SERIUS INTERNATIONAL LIMITED                       CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112
SERIUS INTERNATIONAL LIMITED                       HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452  5TH AVENUE NEW YORK NY 10018-2706
SERIUS INTERNATIONAL LIMITED                       HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN  KY1-1102 CAYMAN ISLANDS


Total Number of Records Printed         16
```