**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                    :        **(Jointly Administered)**
            **Debtors.**                            :
                                                    :        **Ref. Docket No. 15363**
-----------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 25, 2011, I caused to be served:

    a.  the "Notice of Hearing on Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims)," dated March 25, 2011, to which was attached the "Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims)," dated March 25, 2011 [Docket No. 15363], (the "117th Omnibus Objection"), and

    b.  a customized version of the "Notice of Hearing on Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims)," dated March 25, 2011, related to Docket No. 15363, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "117th Omnibus Custom Notice"),

    by causing:

        i.  true and correct copies of the 117th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

        ii.  true and correct copies of the 117th Omnibus Objection, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>,

        iii.  a true and correct copy of the 117th Omnibus Objection, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US

Trustee, Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004, and

iv. the 117th Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
28th day of March, 2011
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                             :    Chapter 11 Case No.
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :    **08-13555 (JMP)**
                                                  :
                              Debtors.            :    **(Jointly Administered)**
                                                  :
------------------------------------------------------------------x

<small>LBH OMNI117 03-25-2011 (MERGE2,TXNUM2) 4000071747 BAR(23) MAIL ID *** 000043626268 *** BSIUSE: 1</small>

PAPROSKI, MARGARET D.
18512-93 AVENUE
EDMONTON, AB T5T IV7 CANADA

<u>THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.</u>

<u>IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, ESQ., AT 212-310-8323.</u>

NOTICE OF HEARING ON DEBTORS' ONE HUNDRED SEVENTEENTH
<u>OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS)</u>

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>PAPROSKI, MARGARET D.<br>18512-93 AVENUE<br>EDMONTON, AB T5T IV7 CANADA | **Claim Number:**  **24724**<br><br>**Date Filed:**  **9/21/2009**<br><br>**Debtor:**  **08-13555**<br><br>**Classification and Amount:**  **PRIORITY: $ 9,583.33<br>UNLIQUIDATED** |

PLEASE TAKE NOTICE that, on March 25, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "<u>Debtors</u>") filed their One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) (the "<u>Objection</u>") with the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it was filed against the Debtors asserting claims for compensation arising out of your employment with entities that are not Debtors in these chapter 11 cases.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court <u>and</u> serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on May 18, 2011 (the "<u>Response Deadline</u>").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

        The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

        A hearing will be held on June 2, 2011 to consider the Objection.  The hearing will be held at 10:00 a.m. prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

        If the Bankruptcy Court does NOT disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

        You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

        If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

        **If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erika del Nido, Esq., at 212-310-8323.**  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  March 25, 2011
        New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpiazza@hodgsonruss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com

drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
econhen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.edu
harveystrickon@paulhastings.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com

jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lmolfetta@mayerbrown.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com

lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbernard@bakerlaw.com
rbyman@jenner.com
rdaversa@orrick.com

relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhs@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@oshr.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com

tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tweeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT C**

| Name | Fax |
|------|-----|
| INTERNAL REVENUE SERVICE | (212) 436-1931 |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ABERNATHY, GREGG | 31 GRENARD TERRACE SAN FRANCISCO CA 94109 |
| ABRAMS, STANLEY | 712 N. CRESCENT DRIVE BEVERLY HILLS CA 90210 |
| ACEVEDO, JORGE | 2 DAFFODIL DRIVE EDISON NJ 08837 |
| ADAIR, JOHN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| ADAMS, PAUL | 5 GLOUCESTER ROAD KEW RICHMOND, SURREY TW9 3BS UNITED KINGDOM |
| ADDINGTON, ERIK R. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| AGRAWAL, SHASHANK | 205 HUDSON STREET 511 HOBOKEN NJ 07030 |
| ALBUS, ORNA | 233 EAST WACKER DR APT 3505 CHICAGO IL 60601 |
| AMBROGI, MATTHEW J. | 1920 WEST WELLINGTON AVE CHICAGO IL 60657 |
| AMBROGI, MATTHEW J. | MATTHEW J AMBROGI 1920 WEST WELLINGTON AVE CHICAGO IL 60657 |
| ANDERS, MARY GRACE | 31 E. 1ST STREET BOILING SPRINGS PA 17007 |
| ANDERSEN, SVEN | SCHOPENHAUERSTRASSE 10 FRANKFURT AM MAIN 60316 GERMANY |
| ANTONELLI, CHRISTOPHER G. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| ASSANTE, MICHAEL A | 9 KENNINGSTON COURT WARREN NJ 07059 |
| BAIRD-BYALICK, DOREEN | 657 IVY COURT WEST BETHPAGE NY 11714 |
| BALLENTINE, JAMES M., III | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BALSEIRO, LOURDES | 815 13TH STREET UNION CITY NJ 07087 |
| BARBOTO, LIZ ANN | 1301 WALL ST W APT 2411 LYNDHURST NJ 070713513 |
| BARICEVIC, JOANNA M. | 238 N RAILROAD AVE STATEN ISLAND NY 10304 |
| BARONE, HEATHER | 2406 SW 15TH STREET DEERFIELD BEACH FL 33442 |
| BASS, JESSE | 210 WEST 89TH STREET APT 5J NEW YORK NY 10024 |
| BAVIERE, LAWRENCE VANDEN | 42 BRANDLEHOW ROAD SW15 2ED UNITED KINGDOM |
| BECKEL,DAVID J. | 240 E 39TH ST APARTMENT 38K NEW YORK NY 10016 |
| BECKER, STEVEN | 7 JEFFERSON CT. MONROE NJ 08831 |
| BENIWAL, NEENA | 966 6TH AVENUE APARTMENT 4F NEW YORK NY 10018 |
| BEST, BARBARA J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BEST, ROYSTON GREGORY | THE STABLES, HOUBLONS HILL, COOPERSALE, EPPING ESSEX CM167QL UNITED KINGDOM |
| BEST, ROYSTON GREGORY | MR ROYSTON GREGORY BEST THE STABLES, HOUBLONS HILL, COOPERSALE, EPPING ESSEX CM167QL UNITED KINGDOM |
| BHATTAL, JASJIT S. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BIGOTT, CARLOS | 1111 BRICKELL AVE, SUITE 1400 (CREDIT SUISSE) MIAMI FL 33131 |
| BOBB, JANICE | 313 PLYMOUTH ROAD NORTH BRUNSWICK NJ 08902 |
| BOUCHER, DAVID F. | 334 DELANCEY STREET PHILADELPHIA PA 19106 |
| BOUTROSS, JOSEPH P. | JAMES J. MOYLAN, ESQ. JAMES J. MOYLAND AND ASSOCIATES, P.C. P.O. BOX 775965 STEAMBOAT SPRINGS CO 80477 |
| BOUTROSS, JOSEPH P. | JAMES J. MOYLAN, ESQ. JAMES J. MOYLAND AND ASSOCIATES, P.C. P.O. BOX 775965 STEAMBOAT SPRINGS CO 80477 |
| BRAMHAM, SHAUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BRAUN, KONSTANTIN | 26 WINTERBOTTOM LN POUND RIDGE NY 10576 |
| BRAUN, KONSTANTIN | 26 WINTERBOTTOM LN POUND RIDGE NY 10576 |
| BRAUN, KONSTANTIN | 26 WINTERBOTTOM LN POUND RIDGE NY 10576 |
| BREWSTER, MICHAEL J. | 269 WEST LANE BLVD. MAHOPAC NY 10541 |
| BROWN, JONATHAN H. | 2939 AVENUE Y APT #4F BROOKLYN NY 11235 |
| BRUMBACH, CHRIS | 43-45 PORTMAN SQUARE, 2ND FLOOR LONDON W16 HLY UNITED KINGDOM |

| Claim Name | Address Information |
| --- | --- |
| BRUSCO, F. ROBERT | 34 OAK LANE DOUGLASTON NY 11363 |
| BUCHERT, FRED | 346 LORIMER STREET, 2ND FLOOR BROOKLYN NY 11206 |
| BUCHERT, FRED | 346 LORIMER STREET, 2ND FLOOR BROOKLYN NY 11206 |
| BUSH, JAMES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BUSHRUI, ALADDIN | 28 EAST 27TH STREET BAYONNE NJ 07002 |
| BUSHRUI, ALADDIN | 28 EAST 27TH STREET BAYONNE NJ 07002-4609 |
| BUTLER-MCLAUGHLIN, CECELIA | 2 LANGDON ROAD CARLE PLACE NY 11514 |
| CAMPAGNOLO, JOHN | 5119 MESQUITE RD SAN DIEGO CA 92115 |
| CAMPBELL, JOAN | 4240 LOST HILLS ROAD, UNIT 105 CALABASAS CA 91301 |
| CAMPOS, ALEX | 43 ORCHARD STREET BLOOMFIELD NJ 07003 |
| CAROL, CLAYTON | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CASRIEL, LYLE | 2 FIFTH AVENUE, #5G NEW YORK NY 10011 |
| CATALANO,JULIE ANN | 109 NANCY LANE CHESTER NY 10918 |
| CHAMBERS, J. ROBERT | THOMPSON & KNIGHT LLP ATTN: ALLISON BYMAN 333 CLAY ST, SUITE 3300 HOUSTON TX 77002 |
| CHAMBERS, J. ROBERT | 3631 OLYMPIA DR. HOUSTON TX 77019 |
| CHAN, KENT | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHAVIRA, KELLY | 8940 KLINEDALE AVENUE PICO RIVERA CA 90660 |
| CHEN, BRIAN | 6260 W. 3RD ST # 418 LOS ANGELES CA 90036 |
| CHETTY, NOEL ROYAPPAN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHIN, RUSSELL | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHIRIACO, KRISTEN L. | 63 EMILY ROAD FAR HILLS NJ 07931 |
| CHIRIACO, KRISTEN L. | SACK & SACK ATTN:  JONATHAN SACK, ESQ. 110 EAST 59TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| CHO, JOHN | 538 HILLSIDE AVE PALISADES PARK NJ 07650 |
| CHO, KUNHO | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHOUDHURI, PUSHKAR GHOSH | 1416 MARINE AVE MANHATTAN BEACH CA 90266 |
| CIMAGLIA, ANTHONY M. | 9 HIGHLAND ROAD STATEN ISLAND NY 10308 |
| CIMAGLIA, ANTHONY M. | 9 HIGHLAND ROAD STATEN ISLAND NY 10308 |
| CLARKE, SYLVENA A. | 50 WESTMINSTER RD # 1E BROOKLYN NY 11218 |
| COHEN, DARIAN J. | 5035 WAGNER WAY OAK PARK CA 91377 |
| COHN, BARRETT | 535 B SIMONDS LOOP SAN FRANCISCO CA 94129 |
| COMMUNIER-WILCO, GWEN | JESSAMINE COTTAGE 39 ALGAR ROAD MDDSX OLD ISLEWORTH TW7 7AG UNITED KINGDOM |
| CONNOLLY, THOMAS J. | 3545 BRIDLE CREEK DRIVE SUWANEE GA 30024 |
| CONNORS, WILLIAM F. | 105 DUANE STREET APT 38C TRIBECA TOWER NEW YORK NY 10007 |
| CORSALINI, ENRICO J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CRADER, MELANIE A | 3 MARIN CT MANHATTAN BEACH CA 90266-7243 |
| CUMMINGS-MOORE, PATRICIA | 3512 AVE K BROOKLYN NY 11210 |
| DADASHEV, MARINA | 245 EAST 25TH STREET #14A NEW YORK NY 10010 |
| DALY, BRENDAN | 1076 PILGRIM PASS VICTOR NY 14564-9729 |
| DECOSTA, EMMANUELLE | 203 7TH STREET HARRISON NJ 07029 |
| DELLARUSSO, RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DEMANGE, JOANN | 3 WIGEON COURT RIVERHEAD NY 11901 |
| DEMASI, KATHLEEN M. | 146 78TH STREET BROOKLYN NY 11209 |

| Claim Name | Address Information |
|---|---|
| DEMASI, KATHLEEN M. | 146 78TH STREET BROOKLYN NY 11209 |
| DEODAT, VIVEKANAND | 94-15 113TH STREET RICHMOND HILL NY 11419 |
| DEVLIN, JOHN | 8 CLAY COURT LOCUST NJ 07760 |
| DEXTER, DARRIN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DIEKE, RALF C | FLAT 2 197 QUEENS GATE LONDON, GT LON SW7 5EU UNITED KINGDOM |
| DOE, JOCELYN J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DONNELLY, MARY P. | 16 DAHILL ROAD OLD BETHPAGE NY 11804 |
| DORFMAN, DAVID A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DOUGLAS,DOROTHEA | 177-11 136TH AVE JAMAICA NY 11434 |
| DOUGLAS,DOROTHEA | 177-11 136TH AVE JAMAICA NY 11434 |
| DRANCIK, KAREN R. | 2012 PALMER DRIVE NAPERVILLE IL 60564 |
| DYER, ROBERT C. | 2 MCLAREN ROAD SOUTH DARIEN CT 06820 |
| DYNKIN, LEV | 18 EMERSON DR. GREAT NECK NY 11023 |
| EBY, ROBERT | 15 SYCAMORE HILL RD. BERNARDSVILLE NJ 07924 |
| EBY, ROBERT | 15 SYCAMORE HILL RD. BERNARDSVILLE NJ 07924 |
| ENDLAR LEE, LAURIE | 35 BITTERSWEET LANE WESTON MA 02493 |
| EPPERSON, TOM | 2220 HEATHERMOOR HILL DRIVE MARIETTA GA 30062 |
| ERLANGER, PHILIP | 22545 CARBON MESA ROAD MALIBU CA 90265 |
| ERSOFF, BRETT I. | C/O KLESTADT & WINTERS, LLP 292 MADISON AVENUE- 17TH FLOOR NEW YORK NY 10017 |
| ERSOFF, BRETT I. | C/O KLESTADT & WINTERS, LLP 292 MADISON AVENUE- 17TH FLOOR NEW YORK NY 10017 |
| FARIN, ARASH | 136 S. PALM DRIVE APT. 302 BEVERLY HILLS CA 90212 |
| FARMER, JOHN P. | 305 WEST 50TH STREET, APT 5K NEW YORK NY 10019 |
| FARMER, JOHN P. | 305 WEST 50TH STREET APT. 5K NEW YORK NY 10019 |
| FELDKAMP, GEOFFREY F | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FIG LLC | TRANSFEROR: WAIT, JARETT 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| FINN, NICHOLAS B. | 55 INDIAN HILL ROAD BEDFORD NY 10506 |
| FINN, NICHOLAS B. | 55 INDIAN HILL RD BEDFORD NY 105061204 |
| FLANAGAN, CHRISTOPHER | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FLESCHLER, ROBERT | C/O SEIDMAN & PINCUS, LLC ATTN: ANDREW PINCUS 777 TERRACE AVENUE, 5TH FLOOR HASBROUCK HEIGHTS NJ 07604 |
| FLUENT, MARK | 7445 WOODROW WILSON DRIVE LOS ANGELES CA 90046 |
| FLYNN, RICHARD | 47 GANNETT ROAD SCITUATE MA 02066 |
| FOLK, AMANDA K. | 345 N LASALLE APARTMENT 4103 CHICAGO IL 60610 |
| FOSTER, MICHELE | 240-A RD 46 LES ESCASSADES 13710 FUVEAU FRANCE |
| FOURQUET, JOSE A. | 18796 SW 78 CT. CUTLER BAY FL 33157 |
| FRICKER, CHARLOTTE | 16 BRIGHTMAN ROAD EARLSFIELD LONDON SW18 3HQ UNITED KINGDOM |
| FUCHS, BENJAMIN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GABBAY, MARK | HOUSE 11 51-55 DEEP WATER BAY ROAD HONG KONG |
| GABBAY, MARK | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GAILES, JASON B. | 2821 BUCHANAN STREET #2 SAN FRANCISCO CA 94123 |
| GANDHI, SUNIL KUMAR | 25 BANK ST LONDON E14 5LE UNITED KINGDOM |
| GARY, SHELLIE A. | 134-27 166TH PLACE APT. GA JAMAICA NY 11434 |
| GELBAND, MICHAEL | 30 STEWART ROAD SHORT HILLS NJ 07078 |

| Claim Name | Address Information |
|---|---|
| GENNA, MICHAEL | 482 ATLANTIC AVE MASSAPEQUA PARK NY 11762 |
| GERE, THOMAS | 3 DASSANCE DR FOXBORO MA 02035 |
| GERE, THOMAS | 3 DASSANCE DR FOXBORO MA 02035 |
| GILDE, FREDRIC L. | 240 WEST 75TH STREET APT #7B NEW YORK NY 10023 |
| GILLESPIE, AIDAN | 43 HARVEY DRIVE SUMMIT NJ 07901 |
| GLAVAN, JEFFREY L. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GLOBERSON, DANIEL | 51 RELIHAN ROAD DARIEN CT 06820 |
| GLOVER, MICHAEL | 132 BROOKVILLE ROAD BROOKVILLE NY 11545 |
| GOEL, PANKAJ | 2398 PACIFIC AVE, APT 608 SAN FRANCISCO CA 94115 |
| GOLD, JONATHAN L. | 22 MARRYAT SQUARE WYFOLD ROAD LONDON SW6 6UA UNITED KINGDOM |
| GOLDEN, EUGENE R. | 46 WESTGATE BLVD MANHASSET NY 11030 |
| GONGLE, SHRUTI | 1533 WATERFORD DR EDISON NJ 08817 |
| GOODEARL, SUSAN R | 341 FERNWOOD DRIVE SAN BRUNO CA 94066-1943 |
| GOULD, JAMES P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GOULD, TIMOTHY B. | 393 MIDDLESEX RD DARIEN CT 06820 |
| GRAMINS, MICHAEL | C/O RUDDY LAW OFFICE, PLLC ATTN : MARK RUDDY, ESQ. 1225 15TH STREET, N.W. WASHINGTON DC 20005 |
| GRECO, FRANK D. | 53 RED COACH LANE LOCUST NJ 07760 |
| GRECO,FRANK D. | 53 RED COACH LANE LOCUST NJ 07760 |
| GREENWALD, ANDREW J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GROSS, ADAM J. | 64 WOODHILL LANE MANHASSET NY 11030 |
| GULLO, FRANK L. | 485 GOWER STREET STATEN ISLAND NY 10314 |
| GULLO, FRANK L. | 485 GOWER STREET STATEN ISLAND NY 10314 |
| GUNDERSON, BRYAN C. | 2225 SPRUCE ST APT A PHILADELPHIA PA 19103 |
| GUNDERSON, BRYAN C. | 2225 SPRUCE ST APT A PHILADELPHIA PA 19103 |
| HALPERN, JEFFREY | 20 STRAWBERRY LANE IRVINGTON NY 10533 |
| HAMERLING, MARC | 18 GRAMATAN CT. BRONXVILLE NY 10708 |
| HAMILL,ROBERT B. | 72 APPLE TREE LANE NEW CANAAN CT 06840 |
| HAN, ZHENG JAMES | 723 HORIZON DRIVE STROUDSBURG PA 18360 |
| HAR-EVEN, ITAMAR | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HARIA, JINAL | 350A COOMBE LANE WEST WIMBLEDON, GT LON SW20 0RJ UNITED KINGDOM |
| HART, LELAND TIFFANY | 40 REDBURN STREET LONDON SW3 4BX UNITED KINGDOM |
| HART,LESLIE A. | 9 KENSINGTON ROAD MADISON NJ 07940 |
| HARVEY,E ANN | 11 OAK ST. STATEN ISLAND NY 10305 |
| HAYDEN, CHERYL | 550 E. PARKWOOD AVE. LA HABRA CA 90631 |
| HENRY, JAMES P. | 4248 BOCA BAY DR. DALLAS TX 75244 |
| HEQUET, OLIVIER | 9 UNION SQUARE ISLINGTON N1 7DH UNITED KINGDOM |
| HIGGS,ROBERT H. | LOHBERG STRASSE 13 GOETTINGEN 37085 GERMANY |
| HILL, MARILYN J. | 111 ALLYN LANE PO BOX 519 BARNSTABLE MA 02630 |
| HILL, MARILYN J. | 111 ALLYN LANE PO BOX 519 BARNSTABLE MA 02630 |
| HILL, MARILYN J. | 111 ALLYN LANE PO BOX 519 BARNSTABLE MA 02630 |
| HITE, CHRISTOPHER D | 18 METTOWEE FARMS CT. UPPER SADDLE RIVER NJ 07458 |
| HOFFMAN, E. GARY | 20 BETSY ROSS DR WARREN NJ 070593001 |
| HORNE, CATHY | 3510 GARDEN MIST CIRCLE AUBURN GA 30011 |
| HOWE, CHRISTIAN J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| HOY, ROBERT J. | 19 HARMON PARK ROAD PO BOX 474 YORK HARBOR ME 03911 |
| HUANG, KANGLIN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HUGO-LANCELOT ROBERT GABRIEL MARTY | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HUNT, ROBIN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HURLEY, JEFFREY D. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HWANG, KEVIN S | 20 PINE RIDGE DRIVE EDISON NJ 08820 |
| IMPERATO, JASON | 148 WEAVER STREET GREENWICH CT 06831 |
| IONESCU, MARIA VASILICA | BLOCK L, ROOM 223 ROASLIND FRANKLIN CLOSE GUILDFORD,SURREY GU2 7YZ UNITED KINGDOM |
| ISSA-EL-KHOURY, FARID | FLAT 10 192 QUEEN'S GATE LONDON SW7 5EU UNITED KINGDOM |
| JACKSON, JEREMY | 100 JANE ST, APT 2D NEW YORK NY 10014 |
| JAIN, AMIT | 21 EAST 96TH STREET APT 3 NEW YORK NY 10128 |
| JAKUBSON, LYUBOV | 71 VILLAGE ROAD NORTH #2H BROOKLYN NY 11223 |
| JENKINS, SIAN | 21 WENTWORTH ROAD THAME, OXON OX9 3XQ UNITED KINGDOM |
| JOHNSON, JEAN C | 48 PAMRAPO AVENUE JERSEY CITY NJ 07305 |
| JOTWANI, TARUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| JUNDANIAN, GREGORY | 56 GLENRIDGE ROAD DEDHAM MA 02026 |
| KAM MING SUN | FLAT F, 20/F, BLOCK 2, BAYVIEW GARDEN TSUEN WAN, N.T. HONG KONG |
| KAM MING SUN | 12792 SHEPHERDS WAY FISHERS IN 460376221 |
| KARP, MICHAEL | 11 CANDLEWOOD DR WEST WINDSOR NJ 08550 |
| KARP, MICHAEL H | 11 CANDLEWOOD DR WEST WINDSOR NJ 08550 |
| KAYE, PATRICK J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| KEAY, STEPHANIE | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| KEYBURN, SAMUEL | 3709 BROADWAY APT. 2A QUEENS NY 11103 |
| KIEN KOTCHER, LAURI | 250 EAST 87TH ST, APT 16F NEW YORK NY 10128 |
| KIM, GLENN V | 5 WELLINGTON SQUARE LONDON SW3 4NJ UNITED KINGDOM |
| KING, MITCHELL B. | 572 4TH STREET BROOKLYN NY 11215 |
| KLAR, GREGORY L. | 63 EAST 9TH ST., APT. 7P NEW YORK NY 10003 |
| KLEIN, JOSEPH C | 2855 MEADOWSIDE CT BROOKFIELD WI 530053523 |
| KLINE, SARAH | 450 W. 17TH ST. # 2202 NEW YORK NY 10011 |
| KOBERNICK, JEFFREY | 349 RIDGEWOOD AVE GLEN RIDGE NJ 07028 |
| KOGAN, IRINA | 1561 E 13TH ST APT # C9 BROOKLYN NY 11230 |
| KOLLYDAS, PETER | 28 COLERIDGE DR MARLBORO NJ 07746 |
| KOLLYDAS, PETER | 28 COLERIDGE DR MARLBORO NJ 07746 |
| KOLLYDAS, PETER G. | 28 COLERIDGE DRIVE MARLBORO NJ 07746 |
| KONHEIM. SETH | 10 LYNDALE PARK WESTPORT CT 06880 |
| KONSTANTINOS KONTOMINAS | 92 CENTRIAN BUILDING CHELSEA BRIDGE WHARF 376 QUEENS ROAD LONDON SW8 4NZ UNITED KINGDOM |
| KUN, WILLIAM | 1111 S GRAND AVE #415 LOS ANGELES CA 90015 |
| KUN, WILLIAM | 1111 S GRAND AVE #415 LOS ANGELES CA 90015 |
| KWEE, OLIVIA | 5 JURONG EAST ST. 32 #02-07 SINGAPORE 609479 SINGAPORE |
| LAIBLE, ROBERT K. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| LAITER, DANIEL | 803 BEACON CT. HOLLYWOOD FL 33019 |

| Claim Name | Address Information |
| --- | --- |
| LASRY, FRANCOIS | 121 EAST 71ST STREET NEW YORK NY 10021 |
| LAX, STEPHEN | 324 AUTUMN HILL DRIVE MORGANVILLE NJ 07751-2043 |
| LEGENDRE, ELIZABETH | 155 GALICIA WAY # 203 JUPITER FL 33480 |
| LEMIN, VLADIMIR | 288 TOM HUNTER ROAD FORT LEE NJ 07024 |
| LEONG,JENNIFER | 1719 EAST 16TH STREET BROOKLYN NY 11229 |
| LII, JONATHAN | 42 ALDGATE DR. EAST MANHASSET NY 11030 |
| LOHMAR, WENDI | 224 LORRAINE B'LVD LOS ANGELES CA 90004 |
| LOPEZ-BALBOA II, ENRIQUE J | 1539 SHIPPAN AVENUE STAMFORD CT 06902 |
| LUCOCQ, SIMON B. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| LUNDQUIST, JOHN AKSEL VIDAR | SVANDAMMSV 12 HAGERSTEN 12634 SWEDEN |
| LUNSTEAD, MARK OWEN | P.O. BOX 2277 NEW YORK CITY NY 10021 |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MAHESHWARI, ANUPAM | 280 MARIN BLVD. APT #2A JERSEY CITY NJ 07302 |
| MALHOTRA, RAHUL | 65B RIVERVALE COURT SCOTCH PLAINS NJ 07076 |
| MALO ROB, MARIA PAULINA | 36 GRAMMERY PARK EAST APT. PHC NEW YORK NY 10003 |
| MALO ROB, MARIA PAULINA | 36 GRAMMERY PARK EAST APT. PHC NEW YORK NY 10003 |
| MANNS, MICHAEL | 7 MARGULIS COURT WEST ORANGE NJ 07052 |
| MARCEY, PAMELA DOLORES | 111B GREEN STREET MARBLEHEAD MA 10945 |
| MAY, MARK S. | 262 CENTRAL PARK WEST 3B NEW YORK NY 10024 |
| MAYNARD, LINDA M. | 330 WEST 55TH STREET 3B NEW YORK NY 10019 |
| MCCLELLAN, RYAN | 444 HERMOSA AVENUE, #101 HERMOSA BEACH CA 90254 |
| MCCULLY, MICHAEL K. | 333 EAST 18TH STREET NEW YORK NY 10003 |
| MCGARRY, PATRICK J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MCILRAITH, CHRISTOPHER S | 117 EAST 37TH STREET APT 8F NEW YORK NY 10016 |
| METAXAS, JAMES | 717 BIG RIDGE, ESTS EAST STROUDSBURG PA 18302 |
| METAXAS, JAMES | 717 BIG RIDGE ESTS E STROUDSBURG PA 183027701 |
| MIKHAIL, REDA | 319 ABINGDON AVENUE STATEN ISLAND NY 10308 |
| MILLEA, TIMOTHY E. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MILLER, ANDREA | 845 2ND AVE # 2B NEW YORK NY 10017 |
| MIOTTO, GIULIA AURORA | VIA RISORGIMENTO 15/B MOTTA DI LIVENZA 31045 ITALY |
| MODI, ASHISH K. | 727 COTTAGE CT. MOUNTAIN VIEW CA 94043 |
| MODIFICA, PETER III | 33-34 156TH STREET FLUSHING NY 11354-3328 |
| MONTUORO, WILLIAM L. | 7 MONTCLAIR AVENUE AIRMONT NY 10952-4129 |
| MOORE, GWION | FLAT 6 65 KENSINGTON GARDEN SQUARE BAYSWATER, GT LON W24DG UNITED KINGDOM |
| MORRIS, JASON P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MORRISON, JAMES C. | 81 TULIP LANE COLTS NECK NJ 07722 |
| MOSCUZZA, MICHAEL | 3501 DIVISADERO ST, APT 11 SAN FRANCISCO CA 94123 |
| MOULTON, MARK | 1754 WEXFORD WAY VIENNA VA 22182-2151 |
| MURRAY, THOMSON C JR. | 220 CLEFT ROAD MILL NECK NY 11765-1001 |
| MURROW, ALLYSON | 3042 BAGLEY AVE LOS ANGELES CA 900342956 |
| MURTHY, AKSHAY | ROTTENBERG LIPMAN RICH, P.C. ATTN: HARRY W. LIPMAN 369 LEXINGTON AVENUE, 16TH FL. NEW YORK NY 10017 |
| MUSSO,LEONARD A. | 77-33 JUNIPER BLVD. NORTH MIDDLE VILLAGE NY 11379 |
| NASRALLAH, WASSIM | PO BOX 31303 DUBAI UNITED ARAB EMIRATES |
| NEWHOUSE, MICHELLE M. | 420 EAST 54TH STREET APT 11C NEW YORK NY 10022-5151 |

| Claim Name | Address Information |
|---|---|
| NICHOLS, MARK | 220 EAST 73RD STREET APT. 9H NEW YORK NY 10021 |
| NOLAN JR, THOMAS P | 76 POINT LOOKOUT MILFORD CT 06460 |
| NORTH,LINDSAY E. | 145 WEST 67TH STREET APT. 32H NEW YORK NY 10023 |
| O'CONNOR, BRIAN M. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| OH, MIRIAM Y. | 76 GLEN DRIVE NEW CANAAN CT 06840 |
| ONILLON, EMMANUEL | 4 EARLS COURT GARDEN LONDON, GT LON SW5 0TD UNITED KINGDOM |
| ONILLON, EMMANUEL | 4 EARLS COURT GARDEN LONDON SW5 0TD UNITED KINGDOM |
| OSGOOD, MARK DANIEL | 4527 GORHAM DR CORONA DL MAR CA 926253111 |
| PALLONE, MAURA | 2 SMITHFIELD LANE FLORHAM PARK NJ 07932 |
| PAPADAKIS, SPYROS N. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| PAPROSKI, MARGARET D. | 18512-93 AVENUE EDMONTON AB T5T IV7 CANADA |
| PARMAR, BINITA | BINITA PARMAR 906 AMSTERDAM AVENUE APT 5A NEW YORK NY 10025 |
| PARMAR, BINITA | 255 W 94TH ST APT 22I NEW YORK NY 100259654 |
| PATEL, PURNA | 14 ALEXANDER COURT JERSEY CITY NJ 07305 |
| PATTERSON, RICHARD D | 330 STERLING ROAD KENILWORTH IL 60043-1048 |
| PAUL, BRIAN | TENAYA CAPITAL 1000 WINTER STREET SUITE 1010 WALTHAM MA 02451 |
| PEARSON, THOMAS M. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| PECKHAM, MARK | 7057 LOS TILOS RD LOS ANGELES CA 900683108 |
| PEDLEY, DANIELA | 454 IRIS ST REDWOOD CITY CA 94062 |
| PENTON, MATTHEW RICHARD | MATTHEW RICHARD PENTON DWELLY FARM, DWELLY LANE, HAXTED, KENT TN8 6QA ENGLAND |
| PENTON, MATTHEW RICHARD | DWELLY DARM, DWELLY LANE, HAXTED, KENT TN8 6QA UNITED KINGDOM |
| PERRINE, LETICIA | 2704 RIDGEMERE FLOWER MOUND TX 75028 |
| PETROSSIAN, CHRISTOPHER | 4407 BEULAH DRIVE LA CANADA CA 91011 |
| PHELPS, BRUCE D. | 35 SWIFT'S LANE DARIEN CT 06820 |
| PIASIO, WAYNE RICHARD | SUITE 259 28 OLD BROMPTON ROAD LONDON SW7 355 UNITED KINGDOM |
| PIERCE, PATRICK J | 65 WESTCHESTER RD NEWTON MA 02458 |
| PIERRE-LOUIS, ALIX | 121 RUSSELL AVENUE ELMONT NY 11003 |
| PILZ,ARNO | 45 KENDAL STREET LONDON, GT LON W2 2BU UNITED KINGDOM |
| PRENDERGAST,NADINE | 1299 CORPORATE DRIVE, APT 1409 WESTBURY NY 11590 |
| PREVOT, ALEXIS | 8 THE TERRACE KENT ROCHESTER ME1 1XN UNITED KINGDOM |
| PREVOT, ALEXIS | 8 THE TERRACE ROCHESTER KENT KENT ME1 1XN UNITED KINGDOM |
| PSIROGIANES, JASON | 359 LONG BOW DRIVE FRANKLIN LAKES NJ 07417 |
| PSIROGIANES, JASON | 359 LONG BOW DRIVE FRANKLIN LAKES NJ 07417 |
| QUAGLIATA, ROBERT | 48 VERMONT AVENUE CONGERS NY 10920 |
| QUISMORIO, JAMES P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| RAFUL, NELDA C | 66 S GLEN ROAD BUTLER NJ 07405 |
| RAINER, EDWARD | 36, BRANCOTE ROAD OXTON WIRRAL MERSEYSIDE, MERSYD CH43 6TJ UNITED KINGDOM |
| RASNER, TIMOTHY D. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| REED, KIMBERLY ANN | C/O TERRY REED - LAW OFFICES OF HYMES AND COONTS P.O. BOX 310 BUCKHANNON WV 26201 |
| REYERO, JAIME | 188 LUDLOW ST APT#11A NEW YORK NY 10002 |
| RIZZO, CHARLES K. | 14 ATLANTIC AVENUE - UNIT F OCEAN CITY NJ 08226 |
| ROBERT, QUAGLIATA | 48 VERMONT AVENUE CONGERS NY 10920 |
| ROBINSON, REYNE L. | 583 WEBSTER AVE NEW ROCHELLE NY 10801 |
| ROBINSON, REYNE L. | 583 WEBSTER AVE NEW ROCHELLE NY 10801 |

| Claim Name | Address Information |
|---|---|
| RODRIGUEZ,PATRICIA | 28-44 43RD STREET APT 3D ASTORIA NY 11103 |
| ROGERS, THOMAS JOSEPH | 119 BRIGHTON ROAD CLIFTON NJ 07012 |
| RONZITTI, LESLIE | 2187 S. ZEPHYR STREET LAKEWOOD CO 80227-3016 |
| ROPNER, HENRY | 14 DUNCANNON 26 LINDSAY SQUARE LONDON SW1V 2HT UNITED KINGDOM |
| ROSADO, MARIA M. | 201 45TH STREET APT. B- 1 UNION CITY NJ 07087 |
| ROSADO, MARIA M. | 201 45TH STREET APT. B- 1 UNION CITY NJ 07087 |
| ROSADO, MARIA M. | 201 45TH STREET APT. B- 1 UNION CITY NJ 07087 |
| ROSADO, MARIA M. | 201 45TH STREET APT. B- 1 UNION CITY NJ 07087 |
| ROSHAN, PARISA | 60 EAST 8TH STREET APT 15K NEW YORK NY 10003 |
| RUBIN, CHARLES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| RUBINSTEIN, MARC | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| RUDGERS, DANIEL F. | 16 CRESTVIEW TERRACE MORRISTOWN NJ 07960 |
| RYAN, JUDY | 10 DUKES STREET KEARNY NJ 07032 |
| RYAN, JUDY | 10 DUKES STREET KEARNY NJ 07032 |
| RYAN, JUDY | 10 DUKES STREET KEARNY NJ 07032 |
| RYAN, KATHERINE S. | 99-16 157TH AVENUE HOWARD BEACH NY 11414 |
| SACCENTI, GARY T. | 205 GELSTON AVENUE BROOKLYN NY 11209 |
| SACHER, GIL | 176 EAST 71ST STREET APT. 16D NEW YORK NY 10021 |
| SAFAVI, CHRISTINE LYNN | 22415 SENTAR ROAD WOODLAND HILLS CA 91364 |
| SALTUS, WILLIAM N. | 709 STUART AVENUE MAMARONECK NY 10543 |
| SANTORO,VITO | 130 AREGOOD LANE ISLAMORADA FL 33036 |
| SATIN, ELIZABETH J. | C/O WOLLMUTH MAHER & DEUTSCH LLP ONE GATEWAY CENTER, 9TH FLOOR NEWARK NJ 07102 |
| SCHAEFER, THOMAS M. | 560 TWIN SPRINGS ROAD NW ATLANTA GA 30327 |
| SCHAUB, MARY-ELIZABETH | 513 ENGLISH PL MAMARONECK NY 10543-2038 |
| SCHIELDROP, DAVID | 252 7TH AVE #7T NEW YORK NY 10001 |
| SCHIFFMAN, GLENN H. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SCHNEIDER, THOMAS | OSTERWALDSTRASSE 52 MUENCHEN 80805 GERMANY |
| SCHREIBER, RUSSELL | FLAT 5 CADOGAN COURT GARDENS 1 D'OYLEY STREET LONDON SW1X 9AQ UNITED KINGDOM |
| SCOTT, ERIC A. | 48A GREEN ST MEDFIELD MA 020521705 |
| SCOTT, ERIC A. | 48A GREEN ST MEDFIELD MA 20521705 |
| SECHAN, ROBERT J. II | 111 SUNSET HILL ROAD NEW CANAAN CT 06840 |
| SHAH, NIRAJ | 107 WEST PASSAIC AVENUE BLOOMFIELD NJ 07003 |
| SHANG, JAMES | 3657 SAPPHIRE DR. ENCINO CA 91436 |
| SHANLEY, DENNIS | 41 KANE STREET LINDENHURST NY 11757 |
| SHARMA, SOUMITRA | 22 AVENUE AT PORT IMPERIAL APT - 426 WEST NEW YORK NJ 07093 |
| SHAVEL, GREG | 345 WEST 53RD ST. APT 2A NEW YORK NY 10019 |
| SHELDON, KENNETH M. | 222 BLOOMFIELD STREET, APT. 3 HOBOKEN NJ 07030 |
| SIEGEL, NORMAN | 550 N. KINGSBURG # R08 CHICAGO IL 60654 |
| SIEGMUND, THOMAS | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SILVERSTEIN, ANDREW | 201 EAST 66TH STREET APT 10K NEW YORK NY 10065 |
| SINGER, DANIEL | 257 WEST 17TH STREET 3A NEW YORK NY 10011 |
| SINGH, MANVIR | 2881 E OMAHA AVE FRESNO CA 937204963 |
| SINGH, SNIGDHA | FLAT 56, VISAGE APARTMENTS WINCHESTER ROAD ACCT E010212477 LONDON NW3 3ND UNITED KINGDOM |
| SKOLNICK, FRED J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

| Claim Name | Address Information |
|---|---|
| SORENSEN, KATHLEEN R | ONE LINBROOK DRIVE SOUTH AMBOY NJ 08879 |
| SOWINSKI, JOHN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SPANO, JOSEPH B. | 10833 WILSHIRE BLVD, APT 516 LOS ANGELES CA 90024 |
| STACK, RICHARD J. | 206 PARK ROAD FRANKLIN LAKES NJ 07417 |
| STEIN, JEFFREY A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| STOVOLD, MILES | 90 OVERBURY AVENUE KENT, BECKENHAM BR3 6PY UNITED KINGDOM |
| STOVOLD, MILES | 90 OVERBURY AVENUE KENT BECKENHAM BR3 6PY UNITED KINGDOM |
| SUBHAS, MAMUNDI G | 528 BIRCH AVENUE WESTFIELD NJ 07090-3003 |
| SULLIVAN, MARK L. | 21 OVERHILL AVENUE RYE NY 10580 |
| TANENBAUM, JESSE | 2600 GLENN DRIVE BELLMORE NY 11710 |
| TERIACO, JACQUELINE | 625 WILLOW AVENUE HOBOKEN NJ 07030 |
| THOMAS, SCHNEIDER | OSTERWALDSTRASSE 52 MUENCHEN 80805 GERMANY |
| THOMPSON, DEAN | 9973 DURANT DR #2 BEVERLY HILLS CA 90212 |
| TIAN, YE | 10 RIVER ROAD 11P NEW YORK NY 10044 |
| TIOMKIN, TAMARA | 205 E 78TH STREET APT 12B NEW YORK NY 10075 |
| TOLCHINSKY, ANDREA | 119 CHESTNUT HILL ROAD WILTON CT 06897 |
| TORTORIELLO, CHERYL M. | PO BOX 501 ORIENT POINT NY 11957 |
| TORTORIELLO, CHERYL M. | PO BOX 501 ORIENT POINT NY 11957 |
| TRAN, DAN V. | 745 SOUTH BERNARDO AVENUE APARTMENT 308A SUNNYVALE CA 94087 |
| TROTTI, PAUL | 2207 ROSEMONT ST NORTH BELLMORE NY 11710 |
| TROTTI, PAUL | 2207 ROSEMONT ST NORTH BELLMORE NY 11710 |
| TROUSSET, TONY | 3627 BRODERICK STREET SAN FRANCISCO CA 94123 |
| TSEKOV, GEORGI I. | 213 S. SCOTCH PLAINS AVE WESTFIELD NJ 07090 |
| TUNG, SHARON W. | TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| TWITCHELL, DARYL M. | 11 SILVER RIDGE ROAD NEW CANAAN CT 06840 |
| UMLAUF, ERIK | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| VAISH, PANKAJ | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| VAN STONE, JAMES J. | 1601 HUNTINGTON AVENUE NICHOLS HILLS OK 73116 |
| VERDERAME, ANDRE | ROTTENSTREICH & ETTINGER LLP 150 E 58TH ST. 21ST FL NEW YORK NY 10155 |
| VERGHESE, PRAKASH MATHEW | ALLISON BYMAN THOMPSON & KNIGHT LLP 333 CLAY ST., SUITE 3300 HOUSTON TX 77002 |
| VERGHESE, PRAKASH MATHEW | 3322 PLUMB ST. HOUSTON TX 77005 |
| VISCONTI, CHRISTOPHER | 1006 PRIMROSE AVE STROUDSBURG PA 18360 |
| VOELKER, ERIC | 1025 MAXWELL LANE UNIT #415 HOBOKEN NJ 07030 |
| VOGEL, THEODORE R. | 120 DOGWOOD TERRACE MILLINGTON NJ 07946 |
| VULAKH, NATALIE SAVIC | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WALLACE, WILLIAM A. | 95 MYSTIC DRIVE OSSINING NY 10562 |
| WANG, ROBERTO Y | 52 WEST HOMESTEAD AVENUE PALISADES PARK NJ 07650 |
| WANG, TRACY | FLAT 4C, BLOCK 2, CITY GARDEN NORTH POINT HONG KONG HONG KONG |
| WARDELL, JEFFERY K. | 2255 BUSH STREET # 1 SAN FRANCISCO CA 94115 |
| WEBSTER, KEITH W. | 6735 ALTAMOR DRIVE LOS ANGELES CA 90045 |
| WEISS, AARON J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WENDEL, CHRISTOPHER | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| WENDORF, KIRK | 2000 AVENUE OF THE STARS, SUITE 7-N LOS ANGELES CA 90067 |
| WHEELER, KEITH | 13 PALOMINO CIRCLE NOVATO CA 94947 |
| WIESENFELD, NATHAN | 26 SHELDRAKE ROAD SCARSDALE NY 10583 |
| WILKINSON,TIMOTHY B | CORNER COTTAGE PARSONAGE LANE LITTLE BADDOW CHELMSFORD, CM3 4SU UNITED KINGDOM |
| WILSON, ANDREW A. | 345 EAST 80TH ST APT 15J NEW YORK NY 10021 |
| WONG,CLIFFORD | 300 E 39TH STREET, APT. 16E NEW YORK NY 10016 |
| WRUBLE, JORDAN T. | 60 WEST 14TH STREET, 5D NEW YORK NY 10011 |
| WUNDERLI, MICHAEL A. | 3104 VAIL AVE. REDONDO BEACH CA 90278 |
| XIE, HONG | 64-34 102ND STREET, APT 3K REGO PARK NY 11374 |
| YEE, JACK S. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| YIN, GRAHAM W. | 225 E 6TH ST APT 7K NEW YORK NY 100038266 |
| YOSHIKO, VRATANINA | 48 LAIGHT STREET APT 4S NEW YORK NY 10013 |
| YUHN, PHIL | 83 MCKINLEY AVE APT A3-1 WHITE PLAINS NY 10606 |
| ZANCO, MARIO | VIA CONCORDIA 10 CUSANO MILANINO MI 20095 ITALY |
| ZHANG, WEI | 1 END STREET APT. 2302 JERSEY CITY NJ 07302 |
| ZINSER, HAROLD W. | CHEMIN DES USSES 7 CORSIER GE-1246 SWITZERLAND |
| ZOLA, BRIAN | 130 WEST 79TH ST APARTMENT 9B NEW YORK NY 10020 |
| ZOLAD, BRYAN C. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

Total Creditor count  403