**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
: 
In re                                :       **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :       **08-13555 (JMP)**
:       **(Jointly Administered)**
        **Debtors.**            :
: 
-------------------------------------------------------------------------x   **Ref. Docket Nos. 15376-15381, 15383-15391**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 25, 2011, I caused to be served the:

   a. "Notice of Adjournment of Debtors' Sixty-Seventh Omnibus Objection to Certain Claims (Valued Derivative Claim) as to New South Federal Savings Bank, F.S.B.," dated March 25, 2011 [Docket No. 15376], (the "67th Omni NOA"),

   b. "Notice of Adjournment of Hearing of Debtors' Eighteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims," dated March 25, 2011 [Docket No. 15377], (the "18th Omni NOA"),

   c. "Notice of Adjournment of Hearing of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated March 25, 2011 [Docket No. 15378], (the "40th Omni NOA"),

   d. "Notice of Adjournment of Hearing of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated March 25, 2011 [Docket No. 15379], (the "41st Omni NOA"),

   e. "Notice of Adjournment of Hearing of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims," dated March 25, 2011 [Docket No. 15380], (the "42nd Omni NOA"),

f.  "Notice of Adjournment of Hearing of Debtors' Forty-Third Omnibus Objection to Claims (Late-filed Lehman Programs Securities Claims) Solely as to Certain Claims," dated March 25, 2011 [Docket No. 15381], (the "43rd Omni NOA"),

g.  "Notice of Adjournment of Hearing of Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) Solely as to Certain Claims," dated March 25, 2011 [Docket No. 15383], (the "46th Omni NOA"),

h.  "Notice of Adjournment of Hearing of Debtors' Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated March 25, 2011 [Docket No. 15384], (the "74th Omni NOA"),

i.  "Notice of Adjournment of Hearing of Debtors' Seventy-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated March 25, 2011 [Docket No. 15385], (the "75th Omni NOA"),

j.  "Notice of Adjournment of Hearing of Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated March 25, 2011 [Docket No. 15386], (the "86th Omni NOA"),

k.  "Notice of Adjournment of Hearing of Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated March 25, 2011 [Docket No. 15387], (the "87th Omni NOA"),

l.  "Notice of Adjournment of Hearing of Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated March 25, 2011 [Docket No. 15388], (the "88th Omni NOA"),

m.  "Notice of Adjournment of Hearing of Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated March 25, 2011 [Docket No. 15389], (the "89th Omni NOA"),

n.  "Notice of Adjournment of Hearing of Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated March 25, 2011 [Docket No. 15390], (the "90th Omni NOA"), and

o.  "Notice of Adjournment of Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) as to SPCP Group L.L.C. Transferor: Tiffany & Co.," dated March 25, 2011 [Docket No. 15391], (the "95th Omni NOA"),

by causing true and correct copies of the:

i.  67th Omni NOA, 18th Omni NOA, 40th Omni NOA, 41st Omni NOA, 42nd Omni NOA, 43rd Omni NOA, 46th Omni NOA, 74th Omni NOA, 75th Omni NOA, 86th Omni NOA, 87th Omni NOA, 88th Omni NOA, 89th Omni NOA, 90th Omni NOA, and 95th Omni NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

-2-

T:\Clients\LBH\Affidavits\NOA - 67, 18, 40-43, 46, 74, 75, 86-90, 95 Omni Obj_DI 15376-15381, 15383-15391_AFF_3-25-11.doc

ii.   67th Omni NOA, 18th Omni NOA, 40th Omni NOA, 41st Omni NOA, 42nd Omni NOA, 43rd Omni NOA, 46th Omni NOA, 74th Omni NOA, 75th Omni NOA, 86th Omni NOA, 87th Omni NOA, 88th Omni NOA, 89th Omni NOA, 90th Omni NOA, and 95th Omni NOA, to be delivered via facsimile to those parties listed on the annexed Exhibit B,

iii.  67th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.   18th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.    40th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.   41st Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

vii.  42nd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G,

viii. 43rd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit H,

ix.   46th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit I,

x.    74th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit J,

xi.   75th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit K,

xii.  86th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit L,

xiii. 87th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit M,

xiv.  88th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit N,

xv.   89th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit O,

xvi.  90th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit P,

xvii.    95th Omni NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Richard Levy, JR. Ronald S. Beacher Seven Times Square, New York, NY 10036-6569, and

xviii.    67th Omni NOA, 18th Omni NOA, 40th Omni NOA, 41st Omni NOA, 42nd Omni NOA, 43rd Omni NOA, 46th Omni NOA, 74th Omni NOA, 75th Omni NOA, 86th Omni NOA, 87th Omni NOA, 88th Omni NOA, 89th Omni NOA, 90th Omni NOA, and 95th Omni NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
25th day of March, 2011
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpiazza@hodgsonruss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com

drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com

jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lmolfetta@mayerbrown.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com

lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbernard@bakerlaw.com
rbyman@jenner.com
rdaversa@orrick.com

relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhs@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com

tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tweheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | (212) 436-1931 |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. | TROUTMAN SANDERS LLP ATTN: HOLLACE T. COHEN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. | ATTN: BETSY REYNOLDS, ESQ. 1900 CRESTWOOD BLVD. BIRMINGHAM AL 35210 |

**Total Creditor count  2**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| TERRY, HOWARD | THOMPSON & KNIGHT LLP ATTN JENNIFER A. CHRISTIAN 900 THIRD AVENUE 20TH FLOOR NEW YORK NY 10022 |
| THE TERRY FOUNDATION | THOMPSON & KNIGHT LLP ATTN JENNIFER A. CHRISTIAN 900 THIRD AVENUE 20TH FLOOR NEW YORK NY 10022 |

**Total Creditor count  2**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ADAGIO FUND | WHITE & CASE LLP ATTN: ABRAHAM L. ZYLBERBERG RICHARD GRAHAM, RADEK PALOWSKI 1125 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| ALLIANZ GLOBAL INVESTORS FRANCE SA | ACTING ON BEHALF OF THE FUND CEA PIMCO DT FUND JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| AMSTER, GERALDINE D. | 1307 PALISADES DR. PACIFIC PALISADES CA 90272 |
| AMSTER, GILBERT & GERALDINE | 1307 PALISADES DR PACIFIC PALISADES CA 90272 |
| AN POST SUPEANNNUATION | JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ATHERTON CONSTRUCTION, INC. 0552700 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| BEST LIFE & HEALTH INSURANCE 56011039 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| BIRASCHI,PAOLA | FLAT 73 BRYANSTON COURT II GEORGE STREET LONDON, GT LON W1H 7HD UNITED KINGDOM |
| BROOKS, DAVID J | DAVID S. PEGNO DEWEY PEGNO & KRAMARSKY LLP 220 E. 42ND STREET NEW YORK NY 10017 |
| BUILDING MANAGEMENT SERVICES 1146295 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | ATTN: JAMES K. OPENSHAW, SENIOR STAFF COUNSEL CALIFORNIA ENERGY RESOURCES SCHEDULING PO BOX 219001 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95821-9001 |
| CATHAY UNITED BANK | DAVID W. PARHAM 2001 ROSS AVENUE, 2300 TRAMMELL CROW CENTER DALLAS TX 75201 |
| CHAUNY, S.A. | JOHN P GLEASON GLEASON & KOATZ, LLP 122 E. 42ND STREET NEW YORK NY 10168 |
| CHURCH OF SCIENTOLOGY INT. 1481250 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| CHURCH OF SCIENTOLOGY RELIGIOUS TR 1406252 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| COLON LOPEZ, ELIZABETH | MENACHEM M. BENSINGER, MCGRAIL & BESINGER LLP 676A NINTH AVENUE # 211 NEW YORK NY 10036 |
| CPF BOARD | JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| DE JESUS, NESTOR E | LA VILLA DE TORRIMAR REINA ANA STREET #163 GUAYNABO PR 00969 |
| DE NICOLA, MICHELA | B66 ALBION RIVERSIDE 8 HESTER ROAD LONDON SW11 4AP UNITED KINGDOM |
| DESERET GEN & TRANS CO-OP 1810550 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| DIMEGLIO, ROBERT | 344 E 28TH STREET, SUITE 23H NEW YORK NY 10016 |
| DIXIE AND ANNE LEAVITT FOUNDATION 5184809 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ, WENDY L. MAGER SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP 2 RESEARCH WAY PRINCETON NJ 08540 |
| EMPIRE STATE CARPENTERS PENSION PLAN | C/O MANNING-NAPIER ADVISORS INC ATTN: KIM BAXTER 290 WOODCLIFF DR FAIRPORT NY 14450 |
| FILBEE, SARAH M | 107 MAZE HILL GREENWICH LONDON SE108XQ UNITED KINGDOM |
| FOCHT, DEBORAH E | AKERMAN SENTERFITT LESLIE A. UTIGER, ESQ. (ATTORNEY ON BEHALF OF BNC MORTGAGE, INC.) 401 E, JACKSON STREET. SUITE 1700 TAMPA FL 33602 |
| FOCHT, DEBORAH E | 530 E LAUREL ROAD NOKOMIS FL 34275 |
| FRANZO, ROSEMARIE | 119 87TH STREET BROOKLYN NY 11209 |
| FRYER, KELLY | 49 MARITIME CLOSE KENT GREENHITHE DA9 9QW UNITED KINGDOM |
| GARADEX INC. | C/O ANDREW GATY 1800 ST.JAMES PLACE SUITE 300 HOUSTON TX 77056 |
| GELB, JAY | 2 SEACOAST LANE SANDS POINT NY 11050 |
| GMAM GROUP PENSION TRUST II FOR THE ACCOUNT OF | GM GLOBAL HIGH QUALITY FIXED INCOME POOL ACCT # GFI-119, JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD HOLMES NY 12531 |
| HIGH LODGE CAPITAL LLC | PATRICK D. OH FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| IRAGORRI, JULIAN | JOHN ROSE, JR. CRUMBIE LAW GROUP 280 TRUMBALL STREET, 21ST FLOOR HARTFORD CT 06103 |
| IRODA, NAGY ES TROCSANYI UGYVEDI | UGOCSA UTCA 4/B BUDAPEST 1126 HUNGARY |
| J SAINSBURY COMMON INVESTMENT FUND | JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| LEV ARI, TAL | FLAT 15 1 PARKHILL ROAD LONDON NW3 2YJ UNITED KINGDOM |
| LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION | CARROLL DEVILLIER JR. BREAZEALE, SACHSE & WILSON, L.L.P. 23RD FLOOR, ONE AMERICA PLACE 301 MAIN STREET BATON ROUGE LA 70821-3197 |
| LYNCH, BRENDAN E. | 604 SCOTCH RD PENNINGTON NJ 08534 |
| MARSILIO, PAUL A. | 25-11 37TH STREET ASTORIA NY 11103 |
| MATTINGLY, LOUISE | 28 FORT GREENE PLACE BROOKLYN NY 11217 |
| MCCARTHY, BRIAN M. | 195 WALNUT LANE MANHASSET NY 11030 |
| MCCARTHY, LAWRENCE E | 4741 GARDEN POINT TRL WELLINGTON FL 33414 |
| MONAHAN, MARIA | JOHN M. DALTON 406 FOREST AVENUE STATEN ISLAND NY 10301 |
| MORZARIA, RAGINI | 7 EDWINA GARDENS REDBRIDGE ESSEX 1G4 5BS UNITED KINGDOM |
| MORZARIA, RAGINI | 7 EDWINA GARDENS REDBRIDGE ESSEX 1G4 5BS UNITED KINGDOM |
| PALCHYNSKY, JOHN N. | 32 HILLDALE ROAD PINE BROOK NJ 07058 |
| PORTMAN BUILDING SOCIETY PENSION | AND ASSURANCE SCHEME JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RAYNER, RUTH J. | LARCH HOUSE HECKFIELD GREEN HOXNE, EYE SUFFOLK IP21 5AA UNITED KINGDOM |
| RIVKIN, JACK L. | PO BOX 2249 AMAGANSETT NY 11930 |
| ROBERT STOCKDALE | JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RODRIGUEZ-COLON, ELIZABETH | URB, DOS PINOS 784 CALLE LINCE SAN JUAN PR 00923 |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| SCAVONE, JOSEPH AND THERESA | 229 CENTRAL AVENUE DEER PARK NY 11729 |
| SCAVONE, THERESA, FOR JOSEPH SCAVONE | 229 CENTRAL AVENUE DEER PARK NY 11729-5025 |
| SCELLATO, JAMES | 31 FIELD STREET STATEN ISLAND NY 10314 |
| SEVILLA ARDISANA, JULIO F. | DIGNA ROSA DE SEVILLA, REBECA SEVILLA SALDIVIA 3447 HAMPRESTON WAY N.W. KENNESAW GA 30144-7442 |
| SHEN, JIANSHENG JENSEN | 8502 HORNWOOD DR. HOUSTON TX 77036 |
| SKOLNICK, WILLIAM | 68 SEACORD RD NEW ROCHELLE NY 10804 |
| SMEJKAL, FRANK | 1305 BEVERLY STREET HOUSTON TX 77008 |
| SUTTON, JULIAN R | 33 PINE GROVE BROOKMANS PARK HERTS AL9 7BP UNITED KINGDOM |
| TAYLOR,CHRISTOPHER C | 23220 PARK ENSENADA CALABASAS CA 91302 |
| TEMEL, TULUG T. | 18A BELSIZE SQUARE LONDON NW3 4HT UNITED KINGDOM |
| TENNANT, COLIN H | 21 PRINCEDALE ROAD LONDON W11 3NW UNITED KINGDOM |
| VENTURA COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY 800 S VICTORIA AVE VENTURA CA 93009-1290 |
| VENTURA, GIORGIO | VIA MELCHIORRE GIOIA 53 MILANO 20124 ITALY |
| VERDE VALLEY MEDICAL CENTER 6120100 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| VEREKER, WILLIAM | 13 DAWSON PLACE LONDON W2 4TH UNITED KINGDOM |
| VINTAH BASIN MEDICAL CENTER 8748701 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| WESTLB AG | TIMOTHY T, BROWN CADWALADAR, WICKERSHAM & TAFT LLP 700 6TH STREET, N.W. WASHINGTON DC 20001 |
| WILKINSON, TIMOTHY B | CORNER COTTAGE PARSONAGE LANE ESSEX LITTLE BADDOW CHELMSFORD CM3 4SU UNITED KINGDOM |
| ZAKIAN, PAUL A. | 129 EAST 82ND STREET APT 10A NEW YORK NY 10028 |
| ZANCO, MARIO | VIA CONCORDIA 10 CUSANO MILANINO 20095 ITALY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

**Claim Name**                                    **Address Information**

Total Creditor count  74

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ADANTE FUND LP C/O SYMPHONY ASSET MANAGEMENT LLC | ABRAHAM L. ZYLBERBERG WHITE & CASE LLP 1125 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| CHAN, LORI | 33-49 75TH STREET JACKSON HEIGHTS NY 11372 |
| DAVY, DARREN | PATRICK D. OH FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE NEW YORK NY 10022 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ, WENDY L. MAGER SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP 2 RESEARCH WAY PRINCETON NJ 08540 |
| ENCORE FUND, LP C/O SYMPHONY ASSET MANAGEMENT LLC | ABRAHAM L. ZYLBERBERG WHITE & CASE LLP 1125 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| FORTISSIMO FUND C/O SYMPHONY ASSET MANAGEMENT LLC | ABRAHAM L. ZYLBERBERG WHITE & CASE LLP 1125 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| GATEX PROPERTIES INC | C/O ANDREW GATY 1800 ST.JAMES PLACE SUITE 300 HOUSTON TX 77056-4109 |
| GH PHIPPS CONSTRUCTION COMPANIES 7061931 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| HAHN-COLBERT, SANDRA | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| JOHN, TAN LYE THIAM | B288A BUKIT BATOK ST. 25 #15-228 SINGAPORE 650288 SINGAPORE |
| KING, HARRIET CHAN | 395 SOUTH 2ND STREET #1 BROOKLYN NY 11211 |
| LAYTON COMPANIES, INC, THE 5175510 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| MCMAHON, EDITH E & JOSEPH F. MCMAHON | 310 PACIFIC AVENUE WEST CAPE MAY NJ 08204 |
| QUISMORIO, JAMES | 1738 VIA DEL REY SOUTH PASADENA CA 91030 |
| REID, WAYNE D, II | 433 LANGLEY OAKS DRIVE MARIETTA GA 30067 |
| RODRIGUEZ-COLON, ELIZABETH | URB. DOS PINOS 784 CALLE LINCE SAN JUAN PR 00923 |
| SINCLAIR MEDICAL PLAN SI97400 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| SMEJKAL, FRANK | 1305 BEVERLY STREET HOUSTON TX 77008 |
| STARTEK INC. 8109959 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| UT STATE BAR 8938175 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| UTAH BUSINESS/BENCHMARK INSURANCE CO. 8914701 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |

**Total Creditor count  22**

**EXHIBIT G**

| Claim Name | Address Information |
| --- | --- |
| ABLEMEN & ASSOCIATES LTD | FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE 78 BONHAM ROAD HONG KONG CHINA |
| AGUILERA CAELLES, VICENTE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| AGUILERA CAELLES, VICENTE | AV. DE ROMA, 153-2-2 BARCELONA 08011 SPAIN |
| ALBAREDA COSTA, MARIA JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| ALBAREDA COSTA, MARIA JOSE | C/PARIS 57-61, 2-1 BARCELONA 08029 SPAIN |
| BERTRAN ALCADE, JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| BERTRAN ALCADE, JOSE | C/MIGUEL REVERTER, 7-A SANT JUST DESVERN BARCELONA 08960 SPAIN |
| BURROW, MICHAEL | HOUSEBOAT MADDALENA 106 CHEYNE WALK LONDON SW10 0DG UNITED KINGDOM |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: CASTANER, ANTONIO REDON ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: VILLANUEVA TORAN, JOSE ENRIQUE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: SANGLAS CAMPS, JAVIER ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: SOLER LINARES, JESUS ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: SANZ GARETA, MARIA TERESA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: MARIA CONCEPCION DE AGUIRRE TORRES ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: GALLEN RALUY, LIDIA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: LAFUENTE BEL, JOSE LUIS ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: SANCHEZ-LAFUENTE MARIOL, JUANA MARIA, JOSE ASTO RULL ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: VILA DESPUJOL, MIGUEL & CARMEN GRIFOLL DE LA ESPERANZA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: GARCIA-MILA PALAUDARIAS, JAIME & ROSA M MATEU SOLE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: FERNANDEZ, ADOLFO RAMIRO ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: MATELLANES MARTIN MATEOS, JOSE M. & MERCEDES DE AZPIAZU GELABERT ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: ORIOL DE MINGO, MANUEL MERCEDES BITAUBE CORTES ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: JUANALS GARCIA, JUAN & ANNA BELLVEHI SOLER ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: HERRERO MORO, MARIA DEL MILAGRO & PEDRO HERNANDEZ DEL SANTO ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CHANG SING CHEUNG &/OR SO WAI LAN | FT E 24/F BLK 1 PARK VIEW GDN 8 PIK TIN STREET SHATIN HONG KONG |
| CHAU KAM MAN & CHIANG WAI MAN VIVIAN | 17A HILLTOP 60 CLOUD VIEW ROAD NORTH POINT HONG KONG |
| CLEIJPOOL, G.J. | MR. EDUOARD FREMAULT AVENUE EDMOND VAN NIEUWENHUYSE 6B8 1160 BRUSSELS BELGIUM |
| DE LA ROSA DIAZ, JOSE ANTONIO | CALLE JULIAN SANZ IBANEZ 44 4-C ZARAGOZA 50017 SPAIN |
| DE LOCHTENBERG BEHEER | SCHRETLEN & CO. N.V. APOLLO HOUSE - APOLLOLAAN 15 1077AB AMSTERDAM THE NETHERLANDS |
| EITO EITO, ANGELES | CALLE DOCTOR CERADA 14-16 ESE. 2, 6 ZARAGOZA 50005 SPAIN |
| ELEUTERIO GONZALEZ ALVAREZ | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |

| Claim Name | Address Information |
| --- | --- |
| ELEUTERIO GONZALEZ ALVAREZ | MARIA MERCEDES GASCH RIUDOR AVDA. PRAT DE LA RIBA, 54 BAJOS GRANOLLERS (BARCELONA) 08401 SPAIN |
| F. CH. W. MEVISSEN BV | SCHRETLEN & CO. N.V. APOLLO HOUSE – APOLLOLAAN 15 1077AB AMSTERDAM THE NETHERLANDS |
| FERNANDEZ TREMPS, ADOLFO | & MARIA VICENTA ORTEGA ORDOVAS CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| FERNANDEZ TREMPS, ADOLFO | & MARIA VICENTA ORTEGA ORDOVAS CORCEGA 89, ATICO 2 BARCELONA 08029 SPAIN |
| FERNANDO ALAIX IDOATE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| FERNANDO ALAIX IDOATE | C/FOLGAROLAS, 30, 3-2 BARCELONA 08022 SPAIN |
| FOK YIM SHEUNG, FLORIA | 26 H BLOCK 13 YUET WU VILLA TUEN MUN HONG KONG |
| FORCE MANNER COMPANY LIMITED | 44 WYNDHAM STREET 27/FLOOR, UNIT C&D WYNDHAM PLACE, CENTRAL HONG KONG |
| FOREST HOLDING INC | 60 MARKET SQAURE P.O. BOX 364 BELIZE CITY BELIZE |
| FOREST HOLDING INC | ROGERIA MAURICIA SILVA COSTA RUA D. MARIA DORES PAYZINHO 66, LT 4 BRC CARCAVELOS 2775 PORTUGAL |
| GARCIA-TORRENT MOLINA, RAMON | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GARCIA-TORRENT MOLINA, RAMON | C/GANDUXER, 132-6-2 BARCELONA 08022 SPAIN |
| GINE DAVI, JOSE & MARIA CARIDAD ROGER PLANAS | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GINE DAVI, JOSE & MARIA CARIDAD ROGER PLANAS | PASEO BONANOVA, 26, 5-2 BARCELONA 08022 SPAIN |
| GONG CHENG HSIUNG | 23/F B BLOCK 5 AVON PARK 15 YAT-MING ROAD FANLING, NT HONG KONG |
| GONZALEZ ALVAREZ, ELEUTERIO | & MARIA MERCEDES GASCH RUIDOR CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ ALVAREZ, ELEUTERIO | & MARIA MERCEDES GASCH RUIDOR AVDA. PRAT DEL A RIBA, 54 BAJOS GRANOLLERS (BARCELONA) 08401 SPAIN |
| GONZALEZ GASCH, ESTEBAN | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, ESTEBAN | JULIA CENTELLES, 14, 4-2 GRANOLLERS 08402 SPAIN |
| GONZALEZ GASCH, HELENA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, HELENA | PRINCEP DE VIANA, 15, 1-2 GRANOLLERS (BARCELONA) 08400 SPAIN |
| GONZALEZ GASCH, MERCEDES | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, MERCEDES | PRAT DE LA RIBA, 54 GRANOLLERS (BARCELONA) 08400 SPAIN |
| GONZALEZ ROQUET, MARIA | CALLE VERONICA 16 4 IZQ. ZARAGOZA 50001 SPAIN |
| GROOTENHUIS, J.B. | ROSTOCKLAAN 14 BUSSUM 1404 AG NETHERLANDS |
| H. ROOTVELD | SCHRETLEN & CO. N.V. APOLLO HOUSE – APOLLOLAAN 15 1077AB AMSTERDAM THE NETHERLANDS |
| HIJOS RAUBERT, ESTEBAN & MARIA JESUS GAGO MOREDA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| HIJOS RAUBERT, ESTEBAN & MARIA JESUS GAGO MOREDA | PJ DEL CARMEN, 30, CASA D SANT CUGAT DEL VALLES BARCELONA 08190 SPAIN |
| HO KAM YUEN | FLAT C, 5/F 28 NASSAU STREET, MEI FOO SUN CHUEN KOWLOON HONG KONG |
| HO, CHU WAI YEE., DR | 8/F HUMPHREY PLAZA, 4 HUMPHREYS AVE TSIM SHA  TSUI KOWLOON HONG KONG |
| IBERAVAL SGR | C/ESTACION, 13 C.I.F. XXXXX0796 VALLADOLID 47004 SPAIN |
| IE SHE HOEN & TAN TJIANG MOY | FLAT C-2, 17/F, BLK C, WILSHIRE TOWER 200 TIN HAU TEMPLE ROAD HONG KONG |
| INTEGRALE CCA. | PLACE SAINT JOCQUES 11 BTE 101 LIEGE 4000 BELGIUM |
| JOSE RUIVO DRAGAO, JOAO | VILA DRAGAO ALDEIA CAMPO VILAMOURA QUARTEIRA 8125-417 PORTUGAL |
| JOVE VINTRO, JOSE L | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |

| Claim Name | Address Information |
|---|---|
| JOVE VINTRO, JOSE L | C/BEETHOVEN, 12-5-1 BARCELONA 08021 SPAIN |
| JUVENTIS INTERNATIONAL LIMITED | LEVEL 13 1 QUEEN'S ROAD CENTRAL HONG KONG |
| KING SANG, LEUNG | FLAT/ROOM C 20/F BLOCK 5 CITY ONE SHATIN TAK KEI STREET SHATIN N.T. HONG KONG |
| KUNTZE-BRAACK, NILS | KLABAUTERMANNWEG 130 HAMBURG D-22457 GERMANY |
| KUNTZE-BRAACK, SILVIA | KLABAUTERMANNWEG 130 HAMBURG D-22457 GERMANY |
| LAFRANCE, HUGHES | 49 RUE JOSEPH GORIN KAIN-TOURNAI 7540 BELGIUM |
| LAFRANCE, MARTINE | 8, RUE DU PAVE DORMONT KAIN-TOURNAI 7540 BELGIUM |
| LAM YING CHOI & YEUNG SO FAN | 12B, BLOCK 1, FLORA GARDEN 7 CHUN FAI ROAD HONG KONG |
| LICERAS RUIZ, JOSE LUIS | C/MEMORIAL NUNEZ BLANCA NO. 9 GRANADA 18007 SPAIN |
| LIN CHAN, HING | SHUK YI LIU, IVY 3A BLOCK 32 GREENWOOD TERRACE 26-28 SUI WO ROAD FO TAN HONG KONG |
| LIN HSIEN HSIUNG &/LIN LAI CHAO YIN | &/LIN YU TANG &/LIN YU TING NO 58 KWANG MING ROAD TA CHIA TAICHUNG HSIEN 437 TAIWAN, PROVINCE OF CHINA |
| LOPEZ, AIDA MARIA ARNAIZ | CAJA DE CREDITO DE LOS INGNENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| LOPEZ, AIDA MARIA ARNAIZ | C/BAQUE, 6 CERDANYOLA DEL VALLES BARCELONA 08290 SPAIN |
| MEEUS LUDOVICUS | COLETTYNENHOF 16 BRUGGE 8000 BELGIUM |
| MEEUS-AELBRECHT, LUDOVICUS | COLETTIJNENHOF 16 BRUGGE 8000 BELGIUM |
| MEVROUW E.C. ROOTVELD & F.B.A.P. ROOTVELD | SCHRETLEN & CO. N.V. APOLLO HOUSE – APOLLOLAAN 15 1077AB AMSTERDAM THE NETHERLANDS |
| MEVROUW N.P.J. VAN LUIJK | SCHRETLEN & CO. N.V. APOLLO HOUSE – APOLLOLAAN 15 1077AB AMSTERDAM THE NETHERLANDS |
| MOK SIU YUK, EMILY | 167 QUEEN'S ROAD EAST 5TH FLOOR WANCHAI HONG KONG |
| MONTSERRAT CABRE RABADA, MARIA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| MONTSERRAT CABRE RABADA, MARIA | ENCARNACION CABRE RABADA C/VILADOMAT, 235-237, 3-1 BARCELONA 08029 SPAIN |
| NG PUI SHAN VINCI | FLAT C 21/F BLOCK 11 CITY GARDEN NORTH POINT HONG KONG |
| NORDHAGEN, OVE | HAGAVEIN 17 LOKEN N-1960 NORWAY |
| PARDO CORDERO, EMILIO | BOITE POSTALE N. 4 BEDOUS 64490 FRANCE |
| PEARL ASSURANCE PLC | ROBIN E. KELLER & CHRISTOPHER BRYANT HOGAN LOVELLS US LLP 875 THIRD AVENUE NEW YORK NY 10022 |
| PEARL ASSURANCE PLC | CRAIG H. ULMAN & KHANG V. TRAN HOGAN LOVELLS US LLP COLUMBIA SQUARE 555 THIRTEENTH STREET, N.W. WASHINGTON DC 20004 |
| PEDRAZA LLANOS, JOSE LUIS | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| PEDRAZA LLANOS, JOSE LUIS | C/CAMI DE CAN GANXET, 47-1-2 SANT CUGAT DEL VALLES BARCELONA 08190 SPAIN |
| PEREZ RUIZ DE TORRES, JUAN JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| PEREZ RUIZ DE TORRES, JUAN JOSE | C/LA LUZ, 1 BJS. CASABERMEJA(MALAGA) 29160 SPAIN |
| PLENTYWEALTH INVESTMENT CO. LTD | ROOM 2206 22/F 118 CONNAUGHT ROADWEST HONG KONG HONG KONG |
| POLITT, HANS-DIETRICH | HARTMUT RITTER BREITE STRASSE 25/26 38100 BRAUNSCHWIEG GERMANY |
| POON YUK WAH | G/F, HOUSE B, 11-13 WILTSHIRE ROAD WILTSHIRE PLACE KOWLOON TONG HONG KONG |
| R.F.P. ROBYN B.V. | JOOST WILLEMEN VIJFHUIZENBERG 50 POSTBUS 69 4700 AB  ROOSENDAAL THE NETHERLANDS |
| SANMARTI AULET, JUAN M. | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SANMARTI AULET, JUAN M. | MARIA ANTONIA BOSCH MALLADA PS. DEL COLLET, 9-11, ESC. C 3-2 CASTELLDEFELS(BARCELONA) 08860 SPAIN |
| SCHAEFER, EDITH | MICHAEL PLFAUMER GROSSMAN & HAAS KRONENSTRASSE 24, ZEPPELIN-CARRE 70173 STUTTGART GERMANY |
| SCHOWATAN, CHRISTINA | MEDAUTBHAT 1 MUTTERSTADT 67712 GERMANY |

| Claim Name | Address Information |
| --- | --- |
| SCHRODER, INGRID | BRENTANOSTRASSE 12 BONN D-53113 GERMANY |
| SHRAM, MOSHE | DAN SHAKED SHAKED & POSNER 255 W. 36TH ST., 8TH FLOOR NEW YORK NY 10018 |
| SIEPMANN & CIE GMBH & CO KG | JENISCHSTR. 35 HAMBURG 22609 GERMANY |
| STAHL, GABRIELE | MAIUPARKSTRASSE 11 MAINASCHAFF D-63814 GERMANY |
| STEINHARDT, PEDRO | AMENABAR 1572 P2 "A" BUENOS AIRES 1426 ARGENTINA |
| STICHTING QUADRAAM | SCHRETLEN & CO. N.V. APOLLO HOUSE – APOLLOLAAN 15 1077AB AMSTERDAM THE NETHERLANDS |
| STRADMEIJER, A.E. | GRONINGERSTRAAT 187 DE PUNT 9493 PB NETHERLANDS |
| SUBIRA FARRE, PEDRO | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SUBIRA FARRE, PEDRO | RAMONA SERENTILL LLOVERA C/DOLORS MODOLELL, 7 BIS BAJOS 2 SAN JUST DESVERN BARCELONA 08960 SPAIN |
| SUTER, CLAUDIA | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| SYNAM LIMITED | WING ON COURT 18TH FLOOR, FLAT C 24 HOMANTIN HILL ROAD KOWLOON HONG KONG |
| TOP ADVANCE LIMITED | 31/F THE CENTER 99 QUEEN'S ROAD CENTRAL HONG KONG |
| TSUI, JOHN &/OR LEE HO YI LINDA | FLAT 4 3/F BLOCK B KING LAI COURT 36-38 COURT FUNG SHING ST NGAU CHI WAN HONG KONG |
| VAN MEURS-BERGSMA, HMA | GRENSLAAN 6 AERDENHOUT 2111 GH NETHERLANDS |
| VILCHEZ MOLEON, ANTONIO | CALLE CASTANEDA NUMERO 4, PISO 3 O C GRANADA 18009 SPAIN |
| WEB-PRO TECHNOLOGY LIMITED | P.O. BOX 188 PEJABAT POS MINI, CENTRAL PLAZA 88200 KOTA KINABALU SABAH MALAYSIA |
| WONG YEE WAN & POON KAI HUNG | FLAT E, 8/F, BLK 1 POK FU LAM GDNS POK FU LAM HONG KONG |
| WOUTERS, DANIELLE | STEENOVENSTRAAT 14 WESTMALLE 2390 BELGIUM |
| WRENTON MANAGEMENT LIMITED | 2ND FLOOR ABBOTT BUILDING P.O. BOX 933 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| YAM CHAK HONG HENRY | FLAT A, 17/F, HIBISCUS COURT WORLD-WIDE GARDENS 7 LUNG PAK ST. SHATIN HONG KONG |
| YU CHUN KWAN | RM 808 8/F BLK H LUK YEUNG SUN CHUEN TSUEN WAN NEW TERRITORIES HONG KONG |

**Total Creditor count  124**

**EXHIBIT H**

| Claim Name | Address Information |
| --- | --- |
| ABLEMEN & ASSOCIATES LTD | FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE 78 BONHAM ROAD HONG KONG |
| AJF HOLDING B.V. | TER BORCHLAAN 43 GRONINGEN 9728 XA NETHERLANDS |
| AJF HOLDING B.V. | PLAS\|BOSSINADE ADVOCATEN ATTN: MR. S.N.S.M. MAK POSTBUS 1100 GRONINGEN 9701 BC THE NETHERLANDS |
| ANDERSEN, SAMUEL MAGNUS | LONALEITET 157 HAUKELAND 5268 NORWAY |
| AUGUSTO, CHIERICHETTI | VIA DELLA BIELLA, 6 CASTELLANZA (VA) 21053 ITALY |
| BAKKER, P.J. | POSTBUS 741 MAASTRICHT 6200 AS NETHERLANDS |
| BANCO DI NAPOLI S.P.A | ANDREA PINCUS REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANI, THEOPHIL | ANDREA PINCUS REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BIANCO, GRAZIELLA | VIA TANA BASSA, 30 MONTEGROSSO D'ASTI (AT) 14048 ITALY |
| BUGINI, HANS | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: CORDONCILLO FONTANET, FRANCISCO J. & MARIA DEL ROSER MITJAVILA GARCIA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: COLLET CABOT, JOAN & ROSA FISA PLANA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: CARDENO FORASTERO, JOSE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CERDA BARO, AGUSTIN | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CERDA BARO, AGUSTIN | ROSA MUSSONS SALABERT GAVINA 16, INTERIOR CERDANYOLA DEL VALLES BARCELONA 08290 SPAIN |
| CHU, TAI-FANG & SHU MEI LIN | PO BOX 8-95 KAOHSIUNG 807 TAIWAN, PROVINCE OF CHINA |
| COCA VANO, FRANCISCO JOSE | C/MANUEL DEL VALLE, 16,5 DCHA MADRID 28043 SPAIN |
| DER M&P MENG UND VORSORGESTIFUNG | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| DILISSEN, MARLEEN | ENGELSTRAAT 82 SINT-AMANDSBERG 9040 BELGIUM |
| EDIFICACIONES MARSOL, S.A. | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |
| EIGENHEER, HEIDI | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| ERNSDORFO, KARL | C/O ROTTER RECHTSANWATTE LUISE-ULLRICH-STR. 2 GRUNWALD 82031 GERMANY |
| EUROMIX SICAV, SA | AVENIDA MADRID, 77-10-A LOGROFRO 26006 SPAIN |
| FABER, DOEKE C. | VIRULYPAD 27 LEYDEN 2316 ZS NETHERLANDS |
| FIEBIGER, HEINZ | CH DU ROUSSILLON 6 MEYRIN 1217 SWITZERLAND |
| FISCHLI, RUDOLF | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| FLACH-MEIER | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| FRIEDRICH, A.J. | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| GLOOR, MAX | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| GOSELE, HEINZ | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| HE PING &/OR DING XIAFEN | NO 29 SHAN YANG LU TWO LUNG HUNG HOU DISTRICT SHANGHAI CHINA |
| HEINEMANN, A.A.M. | SEGBROEKLAAN 110 THE HAGUE 2565 DN NETHERLANDS |
| KALT, EDGAR | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| KNOLLER, PETER & MARITTA | CLAUS-PETER KNOELLER KURPFALZSTRASSE 10 67133 MAXDORF GERMANY |
| KNUPP, WALTER | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| KOK, ERIC | 54 JALAN BUKIT SEGAR 3 TAMAN SEGAR CHEARS KUALA LUMPUR 56100 MALAYSIA |
| KONIG, PC | N.V. DE VEREENIGDE EFFECTEN COMPAGNIE OOSTBUS 81 1135 ZJ EDAM THE NETHERLANDS |
| KONIG, PC | N.V. DE VEREENIGDE EFFECTEN COMPAGNIE JAN NIEUWENHUIZENPLEIN 12 1135 WV EDAM THE NETHERLANDS |
| KUPAT HATAGMULIM SHEL ODVEY BANK | EITAN LAVIE, SULAMI LAVIE LAW FIRM RUBENSTEIN BLDG 20 LINCOLN ST., 15TH FLOOR TEL-AVIV 67134 ISRAEL |
| LIMTONG MANUEL TAN | &/OR LIMTONG EUSEBIO EDGARDO TAN SERAFIN BORCES STREET MABOLO CEBU CITY PHILIPPINES |
| LIN WU CHUEH & SHIH SHU TSUN | NO 36 LANE 319 CHIN HUA RD TAICHUNG TAIWAN, PROVINCE OF CHINA |
| MARTINEZ LOPEZ, ENCARNACION | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |

| Claim Name | Address Information |
|---|---|
| MEYER-MEIER, ADRIAN | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| MOHINANI HASSOMAL BULCHAND | &/OR MOHINANI RENU HARISH FLAT A 15/F WING ON COURT 24 HOMANTIN HILL ROAD KOWLOON HONG KONG |
| MOHINANI, HASSOMAL BULCHAND AND RENU HARISH | 18/F 909 CHEUNG SHA WAN ROAD LAI CHI KOK KOWLOON HONG KONG |
| MOTLLO CARBO, ANTONIO | C/ LOS PENASCALES 46, 6-A MADRID 28028 SPAIN |
| MOTLLO MARTINEZ, ANTONIO | C/ SANTA MARIA MAGDALENA 19 MADRID 28016 SPAIN |
| NIESZNER, THOMAS | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| REYMEN, EDMOND | K. DE PRETERLEI 42 BORGERHOUT 2140 BELGIUM |
| SCHENKER, RUDOLF | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| SCHEURMANN, BEATRIX | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| SCHNOPP, MAX LUDWIG | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| SCHWARZ, MATTHIAS | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| SPILT, J.C. | VALKEVEENSELAAN 2 A HUIZEN 1272 ND NETHERLANDS |
| STRADMEIJER, A.E. | GRONINGERSTRAAT 187 DE PUNT 9493 PB NETHERLANDS |
| STRAUSS-MUHLEMANN, PETER | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| THAM YIU KWOK | RM 26A AMBER GARDEN 70-72 KENNEDY ROAD HONG KONG |
| TODINI, GIOVANNA | NICHOLAS BAKER SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK NY 10017 |
| VAN OVERBEKE, IGNACE | LOPPENSESTRAAT 39 LOPPEM 8210 BELGIUM |
| VOGLER, KARL | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| WELLINGER, CHRISTOHER | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| WERNLI, BEAT | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| WILLEMS, SIMONE | KREGLINGERSTRAAT 39 DEURNE (ANTWERPEN) B-2100 BELGIUM |
| WINIGER, ROMAN | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| WONG TAK KEUNG & LAM SAU LING | 8/F, 93D BROADWAY, MEI FOO SUN CHUEN KOWLOON HONG KONG |
| WOO SET WAH & CHUI FUNG MING SANDRA | 11D, LILY COURT 9 LUNG PAK ST WORLD-WIDE GARDENS SHATIN, NT HONG KONG |
| WOODTLY, URSULA | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| YIU YUEN ON PAUL | FLAT 7D WING ON COURT 24 HO MAN TIN HILL ROAD KOWLOON HONG KONG |

**Total Creditor count  68**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| A.M. BEST COMPANY, INC. | AMBEST ROAD OLDWICK NJ 08858 |
| ACTIV FINANCIAL SYSTEMS, INC.* | 125 SOUTH WACKER DRIVE, SUITE 2325 CHICAGO IL 60606 |
| ATLANTIC FORMS AND SYSTEMS, INC. | 181 WEST OLD COUNTRY ROAD HICKSVILLE NY 11801 |
| AUDIO INC | 170-172 WEST WESTFIELD AVE ROSELLE PARK NJ 07204 |
| DAV-EL RESERVATIONS SYSTEM, INC. | 200 SECOND STREET CHELSEA MA 02150-1802 |
| QUINN, PATRICIO | OLAZABAL 1382 - CAPITAL FEDERAL 1428 ARGENTINA |
| ZPR INTERNATIONAL INC. | 1642 NORTH VOLUSIA AVENUE ATTN: MAX ZAVANELLI ORANGE CITY FL 32763 |

**Total Creditor count  7**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| BOWAUT, INC. | 16 CHERRYMOOR DRIVE ENGLEWOOD CO 80113 |
| STAINKAMP, GLORIA A. | 71 HUDSON PARK RD NEW ROCHELLE NY 10805 |
| STOLK, HERMAN | 12492 MASTERS RIDGE DRIVE JACKSONVILLE FL 32225 |
| STOLK, SANDRA M. | 12492 MASTERS RIDGE DRIVE JACKSONVILLE FL 32225 |
| THOMPSON, PETER | 2710 MCDIVITT RD. MADISON WI 53713 |
| THOMPSON, PETER SEP IRA | 2710 MCDIVITT RD. MADISON WI 53713 |

**Total Creditor count  6**

**EXHIBIT K**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LUCKY ASIA TRADING LIMITED | C/O CHIGWELL CHANCE LIMITED FLAT A, 7/F, MILTON MANSION 96, NATHAN ROAD KOWLOON HONG KONG |
| ZITO, ROBERT L. | 4600 N SUNCASTLE CT. APPLETON WI 54913 |

**Total Creditor count  2**

**EXHIBIT L**

| Claim Name | Address Information |
| --- | --- |
| ARDENIA HOLDINGS SA | DANIEL REIS MARTINS 19 RUE D'HAROUIN FOUG 54570 FRANCE |
| CALAMANDA MANUEL PLENS | PLACA DEL MERCAT, 17 BELLCAIRE D'URGELL 25337 SPAIN |
| CAMPAGNER, ANTONELLA | C/DISEMINADOS 18 ALQUERIA BLANCA BALEARES 07691 SPAIN |
| CARRENO, CRISTINA LURRUENA | FRANCISCO GERVAS 17 1ST MADRID 28020 SPAIN |
| CEBRIAN, FERNANDO ENGUIDANOS & CLEMENTE, MARIA BEL | CL. ALCALDE MARTINEZ DE LA OSSA, 2 ALBACETE 02001 SPAIN |
| CESARIO, FABRIZIO | FLAT 1 12 REDCLIFFE SQUARE LONDON SW10 9JZ UNITED KINGDOM |
| CESARIS, FABRIZIO | FLAT 1 12 REDCLIFFE SQUARE LONDON SW10 9JZ UNITED KINGDOM |
| COHN, DAVID NATHAN AND AMELIA MORENO ROSILLO | TRES PECES 14 ESTUDIO MADRID E-28012 SPAIN |
| COMERCIAL JORDI S.A. | GREMI SELLETERS I BASTERS, 14 PALMA DE MALLORCA 07009 SPAIN |
| COSTERS-VAN LEEMPUTTEN, ALFONS | VRIJE JACHTLAAN 1 TREMELO 3120 BELGIUM |
| DA SILVA FERREIRA, ANTONIO MANUEL COUTINHAS | JAMES C. MOORE LAW OFFICE OF JAMES C. MOORE 1600 BAUSCH & LOMB PLACE ROCHESTER NY 14604-2711 |
| DE LA ROSA DIAZ, JOSE ANTONIO | CALLE JULIAN SANZ IBANEZ 44 4 C ZARAGOZA 50017 SPAIN |
| ELI, AHARON | 15 SIRKIN ST. HAIFA 33115 ISRAEL |
| ELYASHIV, SHMUEL | MOSHAV BEF ELAZARI 86 76803 ISRAEL |
| FRANCISCO FERNANDEZ ROIG | C1 VIRGEN DEL ROSARIO 7 1 TORRENT 46900 SPAIN |
| FRANCO, JOSE LUIS CAJAL & CASABELLA, CLARA LATORRE | AVDA. PABLO GARGALLO 105 4 B ZARAGOZA 50003 SPAIN |
| GALVEZ, NEUS PENA | SAINT IGNASI, 502 TERRASSA 08221 SPAIN |

> **Total Creditor count  17**

**EXHIBIT M**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN, RON AND OR ORNA | 25/31 BEN-YOSEF ST TEL-AVIV 69125 ISRAEL |
| GROHS, CLAUDIA | HANS-WERNER SCHENK 45219 ESSEN-KETTWIG LIEBNIZSTRASSE 11 GERMANY |
| HALEBY, HENRY MANZANO | CURICO 18 OFICINA 501 SANTIAGO CHILE |
| KUX, JOHANNES | FEUERBACHSTR. 7 NEUMUENSTER 24539 GERMANY |
| MARCOS, PILAR LUEJE | C/ZURBARAN, 9 ESC. DCHA. 6C MADRID 28010 SPAIN |
| MARTINEZ JIMENEZ, MARIA TERESA | C. MANUEL AGUILAR MUNOZ, NO. 17 MADRID 68042 SPAIN |
| MEURER, HORST & ELISABETH, DR.'S | LEUTFRESSERWEG 29 97082 WURZBURG GERMANY |
| PANVEST LTD | 21 THIRD AVE SINGAPORE 266594 SINGAPORE |

Total Creditor count  8

**EXHIBIT N**

| Claim Name | Address Information |
| --- | --- |
| PRIJS, BEN | ZONNEBLOEMLAAN 7 AERDENHOUT 2111 ZD NETHERLANDS |
| PRIJS-LIPS, J.M. | ZONNEBLOEMLAAN 7 AERDENHOUT 2111 ZD NETHERLANDS |
| RAM, JACOB | 4 ITZHAK MANGER STREET HERZELIYA 46681 ISRAEL |
| RUIZ-TARIADOR LARRAZABAL, JOSE-MANUEL | C/ FUENTE DEL BERRO NO. 10-6-B. MADRID 28009 SPAIN |
| SOUSA, JOSE MARTINHO SILVA | BANCO POPULAR PORTUGAL, S.A. ATTN: MIGUEL SILVA R.RAMALHO ORTIGAO, 51-2 LISBOA 1099-090 PORTUGAL |
| SOUSA, JOSE MARTINHO SILVA | RUA ZE DO TELHADO, 79 MARCO CANAVESES 4630-309 PORTUGAL |
| STOCKER, HANNELORE | LE PARADOR I 7 CHEMIN CROVETTO FRERES 98000 MONACO |
| STOTT, JEAN TODD | PORT DE LA BONAIGUA 9 VALLIRANA BARCELONA 08759 SPAIN |
| SUBIRA, JUAN ANTONIO MARCOS | C/BOLIVIA, 17-8 0 D MADRID 28016 SPAIN |
| VANDERBROEK, ROGER | JEROEN RASKIN & NICOLE SEGERS MONARD – D'HULST GOUVERNEUR ROPPESINGEL 131 3500 HASSELT BELGIUM |
| WEIGELT, MARCO | POTSDAMER STR. 9 ZIERENBERG 32489 GERMANY |

**Total Creditor count  11**

**EXHIBIT O**

| Claim Name | Address Information |
|---|---|
| BORREMANS, LUCIEN – DRIES, ELISA | WYCKMANSVELD 6 B-2850 BOOM BELGIUM |
| BPI OBRIGACOES DE ALTO RENDIMENTO DE ALTO RISCO | DE OBRIGACOES DE TAXA FIXA (BPI OARAR) ERIC SCHNABEL DORSEY & WHITNEY LLP 300 DELAWARE AVENUE, SUITE 1010 WILMINGTON DE 19801 |
| BPI REFORMA INVESTIMENTO PPR | ERIC SCHNABEL DORSEY & WHITNEY LLP 300 DELAWARE AVENUE SUITE 1010 WILMINGTON DE 19801 |
| BUYS, GRETA | BELLESTRAAT 75 A SINT-NIKLAAS B-9100 BELGIUM |
| CARDOEN, MARIJKE | IZEGEMSESTRAAT 6 ROESELAVE 8800 BELGIUM |
| CAREPROVAN PRIVATE STICHTING | CIAMBERLANIDREEF 34 BEVEREN-WAAS B9120 BELGIUM |
| COK, JOOP | MIKSEBAAN 232 BUS 4 BRASSCHAAT B-2930 BELGIUM |
| DA SILVA FERREIRA, ANTONIO MANUEL COUTINHO | JAMES C. MOORE LAW OFFICE OF JAMES C. MOORE 1600 BAUSCH & LOMB PLACE ROCHESTER NY 14604-2711 |
| DE BLIECK, BENOIT | ZEEDIJK-HET ZOUTE 773/51 KNOKKE-HEIST 8300 BELGIUM |
| DE CLEEN, WALTER AND ANDIMIGNON, VERONIQUE | GENTSEWEG 172 BEVEREN B-9120 BELGIUM |
| DE URIES-SCHEIBERLICH, W.E. | EDISONSTRAAT 10 BADHOEUEDORP 1171 AL NETHERLANDS |
| DE VILLE, DOMINIQUE | RUE SAINT MARTIN, 28 NIL-ST-VINCENT 1457 BELGIUM |
| DIAS MOURA TEIXEIRA, RUI MANUEL | JAMES C. MOORE LAW OFFICE OF JAMES C. MOORE 1600 BAUSCH & LOMB PLACE ROCHESTER NY 14604-2711 |
| DOTSON INVESTMENTS LIMITED | JAMES M. SULLIVAN MOSES & SINGER LLP 405 LEXINGTON AVENUE NEW YORK NY 10174-1299 |
| DU MORTIER-HOUYET, CHRISTIAN (MR. & MRS.) | AVENUE WINTERBERG, 17 RIXENSART 1130 BELGIUM |
| DUMOLIN, DIDIER | J. VAM EYCKSTRAAT 4 MARKE 8510 BELGIUM |
| DUMOLIN, PIERRE | MGR. DE HAERMELAAN 70 KORTRYK 8500 BELGIUM |
| FLOS, GILBERTA | STATIONSTRAAT 28 D GEEL B-2440 BELGIUM |
| FONDATION JEAN PRAET A.S.B.L. | BOULEVARD LAMBERMONT 63 BRUSSELS 1030 BELGIUM |
| FUNDACION RAFAEL DEL PINO | JAMES C. MOORE LAW OFFICE OF JAMES C. MOORE 1600 BAUSCH & LOMB PLACE ROCHESTER NY 14604-2711 |
| GROOT, A.M.A. | P.J.G. SCHNEITS RSM WEHRENS, MENNEN & DEVRIES BEKKERWEG 10, POSTBUS 6005 6401 HEERLEN THE NETHERLANDS |
| HANDELMIJ VAN PERNIS B.V. | P/A HEIDEROOSWEG 1 BEEKBERGEN 7361 GG NETHERLANDS |
| HIJMANS, R.A. | CANADASTRAAT 11 HOLTEN 7451 ZJ NETHERLANDS |
| HULET, ANDRE | RUE DES HAIES 14 GERPINNES 6280 BELGIUM |
| HULET, PIERRE | LAURENCE HULET CHEMIN DAMES AVELINES 26 SART DAMES AVELINES 1495 BELGIUM |
| HULET, PIERRE | RUE L HEC Q 64 EPINOIS 7134 BELGIUM |
| JASO, BM | STREEPSTRAAT 58 KAPELLEN B-2950 BELGIUM |
| KROON, M. AND DRONK, S. | P/A HARINGVLIET 387 ROTTERDAM 3011 ZP NETHERLANDS |
| KUPPENS-VAN DEN BROECK | PROVINCIEBAAN 11 RETIE B-2470 BELGIUM |
| LEENKNECHT, NORBERT – THERESE LECLUYSE | GROTE MARKT 35 BUS 53 KORTRIJK 8500 BELGIUM |
| LIESTEKRI, BM | SEVENHANSLEI 47 KAPELLEN B-2950 BELGIUM |
| LOPES DE SOUSA, MIGUEL | JAMES C. MOORE LAW OFFICE OF JAMES C. MOORE 1600 BAUSCH & LOMB PLACE ROCHESTER NY 14604-2711 |
| MANUEL COEHLO AFFONSO DE BARROS, ANTONIO | JAMES C. MOORE LAW OFFICE OF JAMES C. MOORE 1600 BAUSCH & LOMB PLACE ROCHESTER NY 14604-2711 |
| VUKAILOVIC, ALEX | HOEHENBLICK 52A FRANKFURT 60431 GERMANY |
| WEEMAES, CHRISTEL | TIJMSTRAAT 17 MELSELE B9120 BELGIUM |
| WEEMAES, MONIQUE | OUDE ZANDSTRAAT 72 BEVEREN-WAAS B-9120 BELGIUM |
| WEEMAES, MUSSCHE | GROTE MARKT 32 D32 BEVEREN-WAAS B-9120 BELGIUM |
| WEISMIES | ROGGESTRAAT 24 KERBERGEN B-3140 BELGIUM |
| XAIVER ROCHA GOMES VAN DER HART, MARIA CLARA | JAMES C. MOORE LAW OFFICE OF JAMES C. MOORE 1600 BAUSCH & LOMB PLACE ROCHESTER NY 14604-2711 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

Total Creditor count  39

**EXHIBIT P**

| Claim Name | Address Information |
|---|---|
| MICHEL, KARIL | HOUCHENEE 28 TAVIER 4163 BELGIUM |
| MISSUWE, BALS | SERINGENLAAN 10 SCHILDE B-2970 BELGIUM |
| MULLENS | DIESTERSTEENWEG 23 HALEN 3545 BELGIUM |
| NOYEN-RUELENS, VAN | RIDDER DESSAINLAAN 59 MECHELEN B-2800 BELGIUM |
| NYSSENS, ALAIN | AVENUE DE L'OREE 24/BTE 2 BRUSSELS 1000 BELGIUM |
| OOSTNEDERLANDSE VERENIGING AANNEMERS RESERVEFONDS | (O.V.A.R.) JOOST LE CLERQ BRADA KUTTNER KONINGINNEWEG 6 1075 AMSTERDAM THE NETHERLANDS |
| PEARSON, COLIN W. | VEELMANLANDEN 38 ENSCHEDE 7542 MB NETHERLANDS |
| PRIEMS-BRESSER | ALBERTPLEIN 16 BUS 72 KNOKKE-HEIST B-8300 BELGIUM |
| PROMIN VZW | WINTERLING 7 MERKSEM B-2170 BELGIUM |
| REPER, FRANS | CHAUSSEE DE WATERLOO 778 BTE 10 BRUSSELS 1180 BELGIUM |
| RYCKAERT, CECILIA | MELKERIJ 19/1 EEKLO B-9900 BELGIUM |
| SCHOOFS, JEANINE | TIEP TIAP 2 BRAKEL B-9660 BELGIUM |
| SCHRAM-DEFONSECA | JOZEF MULSLAAN 6 KAPELLEN 2950 BELGIUM |
| SMET, FRANCOIS DE | AVENUE LOUIS PASTEUR 7523 DEPT B33 RCH VITACURA SANTIAGO CHILE |
| SPEYER, JUAN ENRIQUE | 11 DE SEPTIEMBRE NO 1888 - PISO 11 CIUDAD AUTONOMA DE BUENOS AIRES 1428 ARGENTINA |
| SPINETTE-ROSE, MR. & MRS. ROBERT | RUE BOIS MILORD 2 COURT S. ETIENNE 1490 BELGIUM |
| STAES | REIGERSDREEF 2 SCHILDE B-2970 BELGIUM |
| STAS-ORBAN, DOMINIQUE | NIEUUSTRAAT 51 DESSELGEM 8792 BELGIUM |
| SUREKA, DEEPAK &/OR SHANKARLAL | 13E, CONWAY MANSION 29 CONDUIT ROAD MID-LEVELS HONG KONG |
| TERMONT, ALINE | AV JEAN SIBELIUS 16 B 26 ANDERLECHT 1070 BELGIUM |
| VAN GORP, MARC | GROTE BAAN 97 BUS 7 RAVELS B-2380 BELGIUM |
| VAN VOORST VADER-VAN ESCH, P.W. | STADSWAL NOORD 31 HUISSEN 6851 VG NETHERLANDS |
| VANDEWALLE, KARIN | HOOGLATEMWEG 14 SINT MARTENS B-9830 BELGIUM |

**Total Creditor count  23**