# EXHIBIT 6

## FORM OF NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

Form 210A (10/06)

United States Bankruptcy Court

**SOUTHERN DISTRICT OF NEW YORK**

In re LEHMAN BROTHERS HOLDINGS INC, Case No. 08 - 13555 (JMP) JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Morgan Stanley Bank International Limited** | CVI GVF Luxembourg Twelve Sarl |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 18219<br>Amount of Claim: $133,495,991.35<br>Date Claim Filed: September 18, 2009 |
| **Morgan Stanley Bank International Limited**<br>25 Cabot Square<br>Canary Wharf<br>London E14 4QW, UK | **Transferred Amount of Claim:**<br>**37.4543082% of the total Claim** |
| Phone:<br>Last Four Digits of Acct #: | Phone:<br>Last Four Digits of Acct. #: |

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Bank accounts details of Transferee

| | |
|---|---|
| TO: | CITIBANK, N.A. NEW YORK |
| SWIFT CODE: | CITIUS33 |
| VIA: | ABA # 021-000-089 |
| ACCOUNT NAME: | MORGAN STANLEY BANK INTERNATIONAL LIMITED |
| SWIFT CODE: | MSLNGB2X |
| ACCOUNT NUMBER: | 40765251 |
| REF: | Lehman/CVI |

VI

84484435v5

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: : _____                                Date: December 1 ,2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both. 18 U.S C. §1152 & 3571.

VII

84484435v5

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVI GVF Luxembourg Twelve Sarl ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Morgan Stanley Bank International Limited ("Purchaser") an undivided interest equal to 37.4543082% (corresponding to a principal amount of $50,000,000) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 18219) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of December, 2010.

CVI GVF Luxembourg Twelve S.a.r.l.
BY CARVAL INVESTORS UK LIMITED

By: _____
Name: David Short
Title: Operations Manager

Morgan Stanley Bank International Limited

By: _____
Name:
Title: Authorised Signatory        BRIAN CRIPPS
                                   Authorised Signatory

VIII

84484435v5