WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Penny P. Reid

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                     :   Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   08-13555 (JMP)
                                                          :
    Debtors.                                        :   (Jointly Administered)
                                                          :
                                                          :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' SEVENTY-FIRST OMNIBUS**
**OBJECTION TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS)**
**SOLELY AS TO TEVA PHARMACEUTICAL INDUSTRIES LIMITED**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), **solely with respect to the claims listed on Exhibit A attached hereto**, that was scheduled for January 20, 2011, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned to March 31, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned to April 28, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: March 29, 2011
      New York, New York

                                       /s/ Shai Y. Waisman
                                       Shai Y. Waisman
                                       Penny P. Reid
                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007

                                       Attorneys for Debtors
                                       and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
| --- | --- |
| Teva Pharmaceutical Industries Limited | 28222 |
| Teva Pharmaceutical Industries Limited | 28223 |