WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113


Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,** | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )   s.s.:
NEW YORK COUNTY       )

Rashida Adams, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York.  I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 29th day of March, 2011, I caused a copy of the *Motion of the Ad Hoc Group of Lehman Brothers Creditors for Entry of (I) An Order Scheduling a Disclosure Statement Hearing and Approving the Form and Manner of Notice Thereof and (II) An Order Approving the Disclosure Statement for the Joint Substantively Consolidating Chapter 11 Plan for Lehman Brothers Holdings Inc. and Certain of its Affiliated Debtors Other Than Merit, LLC, LB Somerset LLC And LB Preferred Somerset LLC, Filed by the Ad Hoc Group of Lehman Brothers Creditors [Docket No. 15431]* to be served via overnight mail on the parties annexed on Exhibit A and via electronic mail on the parties annexed on Exhibit B.

                                                    */s/ Rashida J. Adams*
                                                    Rashida J. Adams

NEWYORK 7801524 (2K)

Sworn to before me the 29th day of March, 2011
*/s/ Patricia A. Ashman*
_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2014.

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
*ATTORNEYS FOR THE DEBTORS*
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS,
AMANJIT S. ARORA
767 FIFTH AVENUE
NEW YORK, NY 10153

MILBANK, TWEED, HADLEY & MCCLOY LLP
*ATTORNEYS FOR THE CREDITORS'
COMMITTEE*
ATTN: DENNIS DUNNE, WILBUR FOSTER, JR.
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL
SCHWARTZBERG, BRIAN MASUMOTO, LINDA
RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

HUGHES HUBBARD & REED LLP
ATTN: SARAH CAVE, JAMES W. GIDDENS,
JAMES B. KOBAK, JR., CHRISTOPHER K.
KIPLOK
ONE BATTERY PARK PLAZA,
NEW YORK, NEW YORK 10004

INTERNAL REVENUE SERVICES
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

ARENT FOX LLP
ROBERT M HIRSCH AND GEORGE P
ANGELICH
*COUNSEL TO THE VANGUARD GROUP, INC.*
1675 BROADWAY
NEW YORK, NY 10019

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

ATTORNEY GENERAL OF THE
STATE OF NEW YORK
ATTN: NEAL S. MANN,
ASSISTANT ATTORNEY GENERAL
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030

ARENT FOX LLP
ATTN: MARY JOANNE DOWD, ESQ.
*COUNSEL TO GEORGETOWN UNIVERSITY*
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

BAKEN BOTTS L.L.P.
ATTN: TONY M. DAVIS
*COUNSEL TO LINN ENERGY, LLC*
910 LOUISIANA STREET
HOUSTON, TX 77002-4995

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
*COUNSEL TO BROOKFIELD PROPERTIES ONE
WFC CO. LLC*
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021

BRICE, VANDER LINDEN & WERNICK, P.C.
ATTN: HILARY B. BONIAL
*COUNSEL TO LITTON LOAN SERVICING, LP*
9441 LBJ FREEWAY, SUITE 350
DALLAS, TX 75243

BUTZEL LONG, A PROFESSIONAL
CORPORATION
ATTN: ERIC B. FISHER AND ROBERT
SIDORSKY
(COUNSEL TO CAIXA GERAL DE DEPOSITOS,
S.A.)
380 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

CHAPMAN AND CUTLER LLP
JAMES SPIOTTO ANN ACKER FRANKLIN TOP
JAMES HEISER
(COUNSEL TO BANK OF MONTREAL; US
BANK NATIONAL AUSTRALIA BANK
LIMITED)
111 WEST MONROE STREET
CHICAGO, IL 60603

FULBRIGHT & JAWORSKI L.L.P.

ATTN: DAVID A. ROSENZWEIG
(COUNSEL TO AT&T INC.)
666 FIFTH AVENUE
NEW YORK, NY 10103

GREENBERG TRAURIG, LLP
ATTN: MARIA DICONZA, ESQ.
(COUNSEL TO NOMURA HOLDING AMERICA, INC AND
ON BEHALF OF NOMURA HOLDINGS, INC.)
200 PARK AVENUE
NEW YORK, NY 10166

HOGAN & HARTSON LLP
ATTN: IRA GREENE, SCOTT GOLDEN AND DENA
KAUFMAN
(COUNSEL TO KRAFT FOODS, INC.)
875 THIRD AVENUE
NEW YORK, NY 10022

HUNTON & WILLIAMS LLP
ATTN: SCOTT H. BERNSTEIN
(COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC VIDA, DEPSA,
NORTEHISPANA, REASEGUROS, SEGUROS)
200 PARK AVENUE, 53RD FLOOR
NEW YORK, NY 10166

INTERSIL CORPORATION
ATTN: DOUGLAS BALOG, ESQ.
ASSOCIATE GENERAL COUNSEL
1650 ROBERT A. CONLON BLVD., NE
M/S 62A309

ATTN: MARK LANDMAN, WILLIAM BALLAINE & SOPHIA
REE
(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP.
IN CONSERVATORSHIP)
120 BROADWAY, 27TH FLOOR
NEW YORK, NY 10271-0079

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES, ESQ.
(COUNSEL TO 72 INDIVIDUALS)
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801


MISSOURI DEPARTMENT OF REVENUE,
BANKRUPTCY
UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
301 W HIGH STREET, ROOM 670
JEFFERSON CITY, MO 65105-0475

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY 10281
FAX: 646-587-9505
EMAIL: BANKRUPTCYMATTERS@US.NOMURA.COM

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND
BARRY J. ROY
(COUNSEL TO SOMERSET PROPERTIES SPE, LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039

SAINT JOSEPH'S UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
ATTN: MARIANNE SCHIMELFENIQ, ESQ.
(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
5600 CITY AVENUE
PHILADELPHIA, PA 19131-1395

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW
(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM)
230 PARK AVENUE
NEW YORK, NY 10169

STANDARD CHARTERED BANK
ATTN: MARC CHAIT
1 MADISON AVENUE, 3RD FLOOR
NEW YORK, NY 10010

**EXHIBIT B**

richard.krasnow@weil.com; lori.fife@weil.com; shai.waisman@weil.com; jacqueline.marcus@weil.com; giddens@hugheshubbard.com; kiplok@hugheshubbard.com; kobak@hugheshubbard.com; margolin@hugheshubbard.com; lubell@hugheshubbard.com; wiltenburg@hugheshubbard.com; ddunne@milbank.com; wfoster@milbank.com; dodonnell@milbank.com; efleck@milbank.com; paronzon@milbank.com; gbray@milbank.com; robert.yalen@usdoj.gov; tarbit@cftc.gov; rwasserman@cftc.gov; sharbeck@sipc.org; jwang@sipc.org; jean-david.barnea@usdoj.gov; joseph.cordaro@usdoj.gov; newyork@sec.gov; jacobsonn@sec.gov; jbromley@cgsh.com; lschweitzer@cgsh.com; lgranfield@cgsh.com; ctatelbaum@adorno.com; adg@adorno.com; mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com; rajohnson@akingump.com; lisa.kraidin@allenovery.com; ken.coleman@allenovery.com; daniel.guyder@allenovery.com; mgreger@allenmatkins.com; jtimko@allenmatkins.com; rrussell@andrewskurth.com; s.minehan@aozorabank.co.jp; k4.nomura@aozorabank.co.jp; hirsch.robert@arentfox.com; angelich.george@arentfox.com; dowd.mary@arentfox.com; scousins@armstrongteasdale.com; dladdin@agg.com; frank.white@agg.com; charles_malloy@aporter.com; anthony_boccanfuso@aporter.com; jg5786@att.com; neal.mann@oag.state.ny.us; tony.davis@bakerbotts.com; rbernard@bakerlaw.com; dworkman@bakerlaw.com; peter@bankrupt.com; ffm@bostonbusinesslaw.com; csalomon@beckerglynn.com; aostrow@beckerglynn.com; cbrotstein@bm.net; mpucillo@bermanesq.com; wzoberman@bermanesq.com; aoberry@bermanesq.com; davids@blbglaw.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willett@bingham.com; jeffrey.sabin@bingham.com; robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; mark.deveno@bingham.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; joshua.dorchak@bingham.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; carol.weinerlevy@bingham.com; jeffrey.sabin@bingham.com; joshua.dorchak@bingham.com; raj.madan@bingham.com; aeckstein@blankrome.com; amcmullen@boultcummings.com; rjones@boultcummings.com; kurt.mayr@bgllp.com; kuehn@bragarwexler.com; notice@bkcylaw.com; mgordon@briggs.com; monica.lawless@brookfieldproperties.com; dludman@brownconnery.com; msiegel@brownrudnick.com; slevine@brownrudnick.com; schristianson@buchalter.com; christopher.schueller@bipc.com; timothy.palmer@bipc.com; fishere@butzel.com; sidorsky@butzel.com; jessica.fink@cwt.com; deryck.palmer@cwt.com; john.rapisardi@cwt.com; george.davis@cwt.com; gary.ticoll@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; israel.dahan@cwt.com; mark.ellenberg@cwt.com; howard.hawkins@cwt.com; hanh.huynh@cwt.com; ellen.halstead@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; howard.hawkins@cwt.com; jason.jurgens@cwt.com; ellen.halstead@cwt.com; sgordon@cahill.com; jlevitin@cahill.com; thomas_noguerola@calpers.ca.gov; cahn@clm.com; wanda.goodloe@cbre.com; dlemay@chadbourne.com; hseife@chadbourne.com; arosenblatt@chadbourne.com; spiotto@chapman.com; acker@chapman.com; heiser@chapman.com; heiser@chapman.com; lgranfield@cgsh.com; lschweitzer@cgsh.com; maofiling@cgsh.com; maofiling@cgsh.com; jennifer.demarco@cliffordchance.com; andrew.brozman@cliffordchance.com; sara.tapinekis@cliffordchance.com; andrew.brozman@cliffordchance.com; jen.premisler@cliffordchance.com; psp@njlawfirm.com; jwh@njlawfirm.com; lmay@coleschotz.com; jdrucker@coleschotz.com; joli@crlpc.com; jeff.wittig@coair.com; eschwartz@contrariancapital.com; mmurphy@co.sanmateo.ca.us; mhopkins@cov.com; dcoffino@cov.com; araboy@cov.com; rlevin@cravath.com; rtrust@cravath.com; jlipson@crockerkuno.com; ttracy@crockerkuno.com;

judy.morse@crowedunlevy.com; woconnor@crowell.com; bzabarauskas@crowell.com; heidi@crumbielaw.com; john@crumbielaw.com; jcarberry@cl-law.com; karen.wagner@dpw.com; james.mcclammy@dpw.com; thomas.ogden@dpw.com; james.mcclammy@dpw.com; rbeacher@daypitney.com; jjtancredi@daypitney.com; jwcohen@daypitney.com; mcto@debevoise.com; glenn.siegel@dechert.com; iva.uroic@dechert.com; mmooney@deilylawfirm.com; mbienenstock@dl.com; jliu@dl.com; tkarcher@dl.com; pwright@dl.com; esmith@dl.com; mbienenstock@dl.com; igoldstein@dl.com; wheuer@dl.com; mbienenstock@dl.com; igoldstein@dl.com; adiamond@diamondmccarthy.com; sloden@diamondmccarthy.com; aaaronson@dilworthlaw.com; cpappas@dilworthlaw.com; timothy.brink@dlapiper.com; matthew.klepper@dlapiper.com; thomas.califano@dlapiper.com; stephen.cowan@dlapiper.com; william.m.goldman@dlapiper.com; john.mcnicholas@dlapiper.com; schnabel.eric@dorsey.com; heim.steve@dorsey.com; dove.michelle@dorsey.com; joseph.scordato@dkib.com; jjoyce@dresslerpeters.com; robert.malone@dbr.com; ljkotler@duanemorris.com; tduffy@andersonkill.com; jim@atkinslawfirm.com; sandyscafaria@eaton.com; ezujkowski@emmetmarvin.com; aentwistle@entwistle-law.com; jwhitman@entwistle-law.com; jbeemer@entwistle-law.com; jporter@entwistle-law.com; kkelly@ebglaw.com; dtatge@ebglaw.com; sgubner@ebg-law.com; cweber@ebglaw.com; lscarcella@farrellfritz.com; shari.leventhal@ny.frb.org; sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; jhuh@ffwplaw.com; charles@filardi-law.com; pwirt@ftportfolios.com; dheffer@foley.com; jlee@foley.com; kowens@foley.com; dspelfogel@foley.com; sory@fdlaw.com; jhiggins@fdlaw.com; ahammer@freebornpeters.com; deggert@freebornpeters.com; walter.stuart@freshfields.com; patrick.oh@freshfields.com; peter.simmons@friedfrank.com; brian.pfeiffer@friedfrank.com; richard.tisdale@friedfrank.com; efriedman@friedumspring.com; drosenzweig@fulbright.com; jmerva@fult.com; jmelko@gardere.com; relgidely@gjb-law.com; jgenovese@gjblaw.com; pbattista@gjb-law.com; dcimo@gjblaw.com; dcrapo@gibbonslaw.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com; aseuffert@lawpost-nyc.com; brian.corey@greentreecreditsolutions.com; diconzam@gtlaw.com; tannweiler@greerherz.com; scott.gibson@dubaiic.com; bgraifman@gkblaw.com; jschwartz@hahnhessen.com; jorbach@hahnhessen.com; rmatzat@hahnhessen.com; wbenzija@halperinlaw.net; jdyas@halperinlaw.net; agold@herrick.com; sselbst@herrick.com; ramona.neal@hp.com; ken.higman@hp.com; dpiazza@hodgsonruss.com; isgreene@hhlaw.com; sagolden@hhlaw.com; dckaufman@hhlaw.com; barbra.parlin@hklaw.com; arthur.rosenberg@hklaw.com; francois.janson@hklaw.com; richard.lear@hklaw.com; john.monaghan@hklaw.com; barbra.parlin@hklaw.com; eric.johnson@hro.com; adam.brezine@hro.com; kerry.moynihan@hro.com; mmendez@hunton.com; rnorton@hunton.com; sbernstein@hunton.com; keckhardt@hunton.com; jrsmith@hunton.com; alesia.pinney@infospace.com; cweiss@ingramllp.com; dave.davis@isgria.com; toby.r.rosenberg@irscounsel.treas.gov; mimi.m.wong@irscounsel.treas.gov; dbalog@intersil.com; teresa.oxford@invescoaim.com; afriedman@irell.com; klyman@irell.com; mneier@ibolaw.com; jay.hurst@oag.state.tx.us; ptrostle@jenner.com; dmurray@jenner.com; rbyman@jenner.com; gspilsbury@jsslaw.com; jowen769@yahoo.com; jfox@joefoxlaw.com; joseph.cordaro@usdoj.gov; eli.mattioli@klgates.com; elizabeth.harris@klgates.com; drosner@kasowitz.com; aglenn@kasowitz.com; snewman@katskykorins.com; rchoi@kayescholer.com; rchoi@kayescholer.com; kdwbankruptcydepartment@kelleydrye.com; mpage@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; icatto@kirkland.com; james.sprayregen@kirkland.com; jay@kleinsolomon.com; jjureller@klestadt.com; chardman@klestadt.com; michael.kim@kobrekim.com; robert.henoch@kobrekim.com; andrew.lourie@kobrekim.com; ian.levy@kobrekim.com; tmayer@kramerlevin.com;

boneill@kramerlevin.com; acaton@kramerlevin.com; tmayer@kramerlevin.com; deggermann@kramerlevin.com; mlandman@lcbf.com; wballaine@lcbf.com; sree@lcbf.com; ekbergc@lanepowell.com; keith.simon@lw.com; david.heller@lw.com; douglas.bacon@lw.com; peter.gilhuly@lw.com; richard.levy@lw.com; gabriel.delvirginia@verizon.net; ezweig@optonline.net; michael.bonacker@lehman.com; martin.bury@lehman.com; helmut.olivier@lehman.com; patrick.schmitzmorkramer@lehman.com; christian.spieler@lehman.com; wswearingen@llf-law.com; sfineman@lchb.com; dallas.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; austin.bankruptcy@publicans.com; peisenberg@lockelord.com; wcurchack@loeb.com; vrubinstein@loeb.com; dbesikof@loeb.com; loizides@loizides.com; robin.keller@lovells.com; omeca.nedd@lovells.com; chris.donoho@lovells.com; robin.keller@lovells.com; matthew.morris@lovells.com; ilevee@lowenstein.com; krosen@lowenstein.com; vdagostino@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; metkin@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; jprol@lowenstein.com; metkin@lowenstein.com; scargill@lowenstein.com; squigley@lowenstein.com; metkin@lowenstein.com; scargill@lowenstein.com; squigley@lowenstein.com; mwarren@mtb.com; jhuggett@margolisedelstein.com; fhyman@mayerbrown.com; atrehan@mayerbrown.com; btrust@mayerbrown.com; jtougas@mayerbrown.com; atrehan@mayerbrown.com; btrust@mayerbrown.com; fhyman@mayerbrown.com; jtougas@mayerbrown.com; atrehan@mayerbrown.com; agolianopoulos@mayerbrown.com; tkiriakos@mayerbrown.com; btrust@mayerbrown.com; fhyman@mayerbrown.com; jtougas@mayerbrown.com; atrehan@mayerbrown.com; swolowitz@mayerbrown.com; btrust@mayerbrown.com; jstoll@mayerbrown.com; ashaffer@mayerbrown.com; hbeltzer@mayerbrown.com; jtougas@mayerbrown.com; cwalsh@mayerbrown.com; btrust@mayerbrown.com; mhanchet@mayerbrown.com; jtougas@mayerbrown.com; jlamar@maynardcooper.com; kreynolds@mklawnyc.com; rhs@mccallaraymer.com; bkmail@prommis.com; eglas@mccarter.com; wtaylor@mccarter.com; ggitomer@mkbattorneys.com; ncoco@mwe.com; phayden@mcguirewoods.com; sfox@mcguirewoods.com; dhayes@mcguirewoods.com; jmaddock@mcguirewoods.com; jsheerin@mcguirewoods.com; jmr@msf-law.com; tslome@msek.com; amarder@msek.com; jmazermarino@msek.com; tslome@msek.com; harrisjm@michigan.gov; michael.frege@cms-hs.com; sdnyecf@dor.mo.gov; steve.ginther@dor.mo.gov; davidwheeler@mvalaw.com; nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; lberkoff@moritthock.com; jpintarelli@mofo.com; lmarinuzzi@mofo.com; lmarinuzzi@mofo.com; twatanabe@mofo.com; kostad@mofo.com; tgoren@mofo.com; jpintarelli@mofo.com; lnashelsky@mofo.com; bmiller@mofo.com; bankruptcy@morrisoncohen.com; millee12@nationwide.com; susan.schultz@newedgegroup.com; ddrebsky@nixonpeabody.com; adarwin@nixonpeabody.com; vmilione@nixonpeabody.com; mberman@nixonpeabody.com; vmilione@nixonpeabody.com; bankruptcymatters@us.nomura.com; info2@normandyhill.com; krubin@ozcap.com; crmomjian@attorneygeneral.gov; mjr1@westchestergov.com; jeremy.eiden@state.mn.us; dirk.roberts@ots.treas.gov; martin.davis@ots.treas.gov; akantesaria@oppenheimerfunds.com; akantesaria@oppenheimerfunds.com; rdaversa@orrick.com; rdaversa@orrick.com; jguy@orrick.com; jguy@orrick.com; korr@orrick.com; dfelder@orrick.com; rfrankel@orrick.com; rwyron@orrick.com; jguy@orrick.com; dfelder@orrick.com; lmcgowen@orrick.com; rdaversa@orrick.com; wsilverm@oshr.com; pfeldman@oshr.com; jar@outtengolden.com; rroupinian@outtengolden.com; chipford@parkerpoe.com; dwdykhouse@pbwt.com;

bguiney@pbwt.com; harveystrickon@paulhastings.com; thomaskent@paulhastings.com; sshimshak@paulweiss.com; ddavis@paulweiss.com; chammerman@paulweiss.com; dshemano@pwkllp.com; kressk@pepperlaw.com; kovskyd@pepperlaw.com; wisotska@pepperlaw.com; lawallf@pepperlaw.com; meltzere@pepperlaw.com; schannej@pepperlaw.com; arlbank@pbfcm.com; jhorgan@phxa.com; david.crichlow@pillsburylaw.com; bill.freeman@pillsburylaw.com; mark.houle@pillsburylaw.com; splatzer@platzerlaw.com; dflanigan@polsinelli.com; jbird@polsinelli.com; cward@polsinelli.com; jsmairo@pbnlaw.com; tjfreedman@pbnlaw.com; bbisignani@postschell.com; fbp@ppgms.com; lml@ppgms.com; bpershkow@profunds.com; rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; drose@pryorcashman.com; shumaker@pursuitpartners.com; canelas@pursuitpartners.com; schepis@pursuitpartners.com; susheelkirpalani@quinnemanuel.com; jamestecce@quinnemanuel.com; scottshelley@quinnemanuel.com; robertdakis@quinnemanuel.com; jrabinowitz@rltlawfirm.com; broy@rltlawfirm.com; arahl@reedsmith.com; kgwynne@reedsmith.com; jfalgowski@reedsmith.com; clynch@reedsmith.com; eschaffer@reedsmith.com; mvenditto@reedsmith.com; jlscott@reedsmith.com; dgrimes@reedsmith.com; rqureshi@reedsmith.com; calbert@reitlerlaw.com; jshickich@riddellwilliams.com; gmoss@riemerlaw.com; abraunstein@riemerlaw.com; arheaume@riemerlaw.com; ecohen@russell.com; russj4478@aol.com; mschimel@sju.edu; cmontgomery@salans.com; lwhidden@salans.com; cbelmonte@ssbb.com; tbrock@ssbb.com; pbosswick@ssbb.com; asnow@ssbb.com; aisenberg@saul.com; egeekie@schiffhardin.com; jkehoe@sbtklaw.com; bhinerfeld@sbtklaw.com; bdk@schlamstone.com; nlepore@schnader.com; nfurman@scottwoodcapital.com; cohenr@sewkis.com; ashmead@sewkis.com; fsosnick@shearman.com; jgarrity@shearman.com; ned.schodek@shearman.com; ann.reynaud@shell.com; jennifer.gore@shell.com; cshulman@sheppardmullin.com; rreid@sheppardmullin.com; mcademartori@sheppardmullin.com; rreid@sheppardmullin.com; bwolfe@sheppardmullin.com; bankruptcy@goodwin.com; jtimko@shutts.com; aquale@sidley.com; aunger@sidley.com; rfriedman@silvermanacampora.com; sally.henry@skadden.com; fyates@sonnenschein.com; pmaxcy@sonnenschein.com; slerner@ssd.com; smayerson@ssd.com; rterenzi@stcwlaw.com; cgoldstein@stcwlaw.com; r.stahl@stahlzelloe.com; marc.chait@standardchartered.com; echang@steinlubin.com; eobrien@sbchlaw.com; shgross5@yahoo.com; jlovi@steptoe.com; lromansic@steptoe.com; ritkin@steptoe.com; kpiper@steptoe.com; cs@stevenslee.com; cp@stevenslee.com; apo@stevenslee.com; cp@stevenslee.com; ppatterson@stradley.com; mcordone@stradley.com; mdorval@stradley.com; mcordone@stradley.com; ppatterson@stradley.com; mcordone@stradley.com; mdorval@stradley.com; ppatterson@stradley.com; djoseph@stradley.com; jmmurphy@stradley.com; landon@streusandlandon.com; villa@streusandlandon.com; streusand@streusandlandon.com; lhandelsman@stroock.com; dwildes@stroock.com; holsen@stroock.com; mspeiser@stroock.com; smillman@stroock.com; lacyr@sullcrom.com; feldsteinh@sullcrom.com; clarkb@sullcrom.com; schwartzmatthew@sullcrom.com; carlsons@sullcrom.coms; wrightth@sullcrom.com; paul.turner@sutherland.com; mark.sherrill@sutherland.com; miller@taftlaw.com; agbanknewyork@ag.tn.gov; marvin.clements@ag.tn.gov; thaler@thalergertler.com; geraci@thalergertler.com; ranjit.mather@bnymellon.com; robert.bailey@bnymellon.com; mmorreale@us.mufg.jp; yamashiro@sumitomotrust.com; jpefile@willaw.com; ira.herman@tklaw.com; demetra.liggins@tklaw.com; rhett.campbell@tklaw.com; rhett.campbell@tklaw.com; mitchell.ayer@tklaw.com; david.bennett@tklaw.com; mbossi@thompsoncoburn.com; amenard@tishmanspeyer.com; mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com;

jchristian@tobinlaw.com; oipress@travelers.com; mynch2@travelres.com; hollace.cohen@troutmansanders.com; lee.stremba@troutmansanders.com; lee.stremba@troutmansanders.com; bmanne@tuckerlaw.com; btupi@tuckerlaw.com; mshiner@tuckerlaw.com; linda.boyle@twtelecom.com; dlipke@vedderprice.com; mjedelman@vedderprice.com; easmith@venable.com; sabramowitz@velaw.com; jwest@velaw.com; dkleiner@velaw.com; jeldredge@velaw.com; hsnovikoff@wlrk.com; rgmason@wlrk.com; jafeltman@wlrk.com; arwolf@wlrk.com; cbelisle@wfw.com; jfreeberg@wfw.com; nichols, philip; macwright, thomas; venes, aileen; hollander, evan; hollander, evan; zylberberg, abraham; baumstein, douglas; graham, richard; ruetzel, michael; kreppel, ulf; kstahl@whitecase.com; lauria, thomas e; uzzi, gerard; shore, christopher; thompson, lisa; szuch@wiggin.com; mabrams@willkie.com; mfeldman@willkie.com; bromano@willkie.com; mabrams@willkie.com; mfeldman@willkie.com; aalfonso@willkie.com; rnetzer@willkie.com; dkozusko@willkie.com; mabrams@willkie.com; peter.macdonald@wilmerhale.com; jeannette.boot@wilmerhale.com; charu.chandrasekhar@wilmerhale.com; craig.goldblatt@wilmerhale.com; lisa.ewart@wilmerhale.com; jmcginley@wilmingtontrust.com; jbecker@wilmingtontrust.com; cschreiber@winston.com; dmcguire@winston.com; mkjaer@winston.com; dneier@winston.com; dravin@wolffsamson.com; jlawlor@wmd-law.com; jlawlor@wmd-law.com; jlawlor@wmd-law.com; bankr@zuckerman.com; sehlers@armstrongteasdale.com; mberman@nixonpeabody.com; mberman@nixonpeabody.com; james.sprayregen@kirkland.com; maria.ginzburg@kirkland.com;david.seligman@kirkland.com; lmarinuzzi@mofo.com; glee@mofo.com; yuwatoko@mofo.com; nippon_102590154@mhmjapan.com; wk@pwlawyers.com; rbeacher@pryorcashman.com; jowolf@law.nyc.gov; elevin@lowenstein.com; tduffy@andersonkill.com